

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 23 2004
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.             PLAINTIFFS

v.             CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.             DEFENDANTS

### NOTICE OF SERVICE OF PLAINTIFFS' AMENDED PRE-DISCOVERY DISCLOSURE

NOTICE IS HEREBY GIVEN that Plaintiffs have this date disclosed to Defendants the information required by Uniform Local Rule 26.1(A).

RESPECTFULLY SUBMITTED, this, the 23rd day of December, 2004.

*/s/ Melody McAnally*

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
(601) 948-8000
(601) 948-3000 (fax)

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi 39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South
New York, New York 10016
(212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I, Melody McAnally, one of the attorneys for Plaintiffs herein, do hereby certify that I have this day cause to be served via facsimile and U.S. mail, a true and correct copy of the foregoing to:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar St., Ste. 1100
Jackson, MS 39201

Harold Pizzetta, Esq.
Special Assistant Attorney General
Carroll Gartin Justice Building
450 High Street
Jackson, Mississippi 39205-0220

*Attorneys for Defendants*

THIS the 23rd day of December, 2004.

_____
MELODY MCANALLY