IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| OLIVIA Y., By and Through Her<br>Next Friend, James D. Johnson, et al. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV251LN |
| HALEY BARBOUR, As Governor of the State of<br>Mississippi; DONALD TAYLOR, as Executive Director<br>of the Department of Human Services; and BILLY MANGOLD,<br>as Director of the Division of Children's Services | DEFENDANTS |

## NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

1. Quarterly supplementation of computerized documentation regarding Named Plaintiffs and accompanying Privileged Log pursuant to Order of the Court dated December 17, 2004.

2. Quarterly supplementation of case records regarding Named Plaintiffs and accompanying Privileged Log pursuant to Order of the Court dated December 17, 2004.

This, the 14th day of January 2005.

        Respectfully submitted,

        **HALEY BARBOUR, as Governor of the State of MS;**
        **DONALD TAYLOR, as Exec. Dir. of the Dept. of**
        **Human Services; and BILLY MANGOLD as Director**
        **of the Div. of Family and Children's Services**

        **McGlinchey Stafford, PLLC**

        By:  Amy K. Elder (MSB #99149)
             Gretchen L. Zmitrovich (MSB #101470)

169781.1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I, Gretchen L. Zmitrovich, do hereby certify that I have this day served a copy of the foregoing on counsel of record by United States Mail, postage prepaid to:

W. Wayne Drinkwater, Jr., Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Marcia Robinson Lowry, Esq.
Eric E. Thompson, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York 10016

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

John Lang, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

SO CERTIFIED, this the 14th day of January, 2005.

*Gretchen Zmitrovich*
Gretchen L. Zmitrovich

3