IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**OLIVIA Y., ET AL**                                                                                       **PLAINTIFFS**

**V.**                                                                         **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR, ET AL.**                                                                        **DEFENDANTS**

### RESPONSE TO MOTION FOR CLASS CERTIFICATION

**COME NOW**, Defendants, by counsel, and respond to Plaintiffs' Motion for Class Certification as follows:

1.

The motion for class certification was prepared prior to this Court's ruling that only the claims of denial of substantive due process survived the motion to dismiss and has not been amended so it is, at the time of this response, overly broad in some respects and in others it fails to address the children who were later joined. Eight children and four next friends remain.

2.

In response to the allegations of the motion, beginning with IA.:

IA.     Admitted except the legal conclusions therein are denied and the allegations of the last unnumbered paragraph are denied.

IB.     Denied. The facts as regard to these children and the other named children are attached hereto as Exhibit 1 and incorporated herein by reference.

IC.     Denied as well as sub-parts 1 through 7 are denied except Defendants admit that DHS is understaffed with caseworkers and is attempting to employ more..

ID.     Denied.

3.

Defendants further respond that Plaintiffs have failed to establish that the requirements of Rule 23(a) and 23(b) are satisfied for the reasons set forth in Defendants' Memorandum in Support hereof.

**THIS**, the 18th day of January 18, 2005.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of MS; DONALD TAYLOR, as Exec. Dir. of the Dept. of Human Services; and BILLY MANGOLD as Director of the Div. of Family and Children's Services**

By: s/Sam E. Scott

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

169855.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr., Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Marcia Robinson Lowry, Esq.
Eric E. Thompson, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York 10016

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

John Lang, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

**SO CERTIFIED**, this the 18th day of January, 2005.

_____
By: s/Sam E. Scott

169855.1