IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



OLIVIA Y., et al.                                                    PLAINTIFFS

v.                                                CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

### ORDER

This matter having come before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Request for Production of Documents, the Court hereby GRANTS the Motion and further ORDERS that:

1. Defendants shall have until no later than March 4, 2005, to produce all documents responsive to Plaintiffs' First Request for Production of Documents;

2. During the interim 45-day extension period, Defendants shall produce forthwith to Plaintiffs responsive documents as soon as they become available; and

3. ~~Defendants shall provide to the Court and Plaintiffs, within ten days, a detailed schedule of those categories of responsive documents that will be produced by specific interim dates during the 45-day extension period.~~

SO ORDERED, this the 24th day of January, 2005.

                                                        *Alfred L. Nicols*
                                                UNITED STATES MAGISTRATE JUDGE

4/37680.1