# EXHIBIT LIST
## *Plaintiffs' Reply in Further Support of Their Motion for Class Certification*

1. Exhibit "B": <u>Charlie and Nadine H. v. Whitman</u>, Civ. No. 99-3678 (D.N.J. March 7, 2002), Memorandum Opinion

2. Exhibit "C": <u>Brian A. v. Sundquist</u>, Civ. No. 3:00-0445 (M.D. Tenn. July 7, 2001), Order and Settlement Agreement

3. Exhibit "D": <u>Eric L. v. Bird</u>, No. 91-376-M, 1993 WL 764420 (D. N.H. Dec. 16, 1993)

4. Exhibit "E": <u>David C. v. Leavitt</u>, No. 93-C-206W, 1993 WL 764518 (D. Utah May 7, 1993)

5. Exhibit "F": 6A Charles A. Wright, et al., Federal Practice and Procedure § 1572 (1990)

6. Exhibit "G": Newberg, Newberg on Class Actions § 4.11 (2d ed. 1985)

