# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                        CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS

## PLAINTIFFS' MOTION TO ENLARGE PAGE LIMITATION FOR CLASS CERTIFICATION BRIEFING

Plaintiffs respectfully move this Court for an enlargement of the page limitation for the original and reply memoranda under Uniform Local Rule 7.2(E) in support of their Motion for Class Certification to a total of 41 pages.  Such an additional six pages of briefing would afford Plaintiffs the opportunity to adequately respond to Defendants' Response in light of the scope and importance of the issues before the Court.  Counsel for Defendants has agreed to the enlargement of the page limit requested herein.

WHEREFORE, Plaintiffs respectfully request the Court to enter an order granting them the additional six pages for their reply memorandum for a total of 41 pages of briefing.

RESPECTFULLY SUBMITTED, this the 31st day of January, 2005.

                                   s/ Melody McAnally
                                   W. Wayne Drinkwater, Jr. (MBN 6193)
                                   Melody McAnally (MBN 101236)
                                   BRADLEY ARANT ROSE & WHITE LLP
                                   188 East Capitol Street, Suite 450
                                   Jackson, MS  39201
                                   (601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
(212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

NONE

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

| |  |
|---|---|
| Betty A. Mallett, Esq.<br>McGlinchey Stafford, PLLC<br>200 South Lamar Street, Suite 1100<br>Jackson, MS 39201<br><br>Harold E. Pizzetta, III, Esq.<br>Assistant Attorney General<br>General Civil Division<br>Carroll Gartin Justice Building<br>430 High Street<br>Jackson, MS 39201<br><br>*Attorneys for Defendants* | |

s/ Melody McAnally