# EXHIBIT LIST
## *Plaintiffs' Motion to Strike Defendants' Exhibit 1 and to Place Under Seal*

1. Exhibit "B": Confidentiality Order (08/05/04)

2. Exhibit "C": Counsel's correspondence (1/24/05 & 1/25/05)

