# M<small>c</small>GLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

Sam E. Scott
(601) 960-8415
Fax (601) 352-7757
sscott@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS

February 2, 2005



J.T. Noblin, Clerk
United States District Court
245 East Capitol Street, Suite 316
Jackson, MS 39201

Re: *Olivia Y., et al v. Haley Barbour, et al*; Cause No. 3:04cv251LN

Dear Mr. Noblin:

On February 1, 2005, Defendants electronically filed their Motion for Leave to Substitute an Amended Exhibit 1 to Defendants' Response to Plaintiffs' Motion for Class Certification. Unfortunately, the first two attempts to electronically file the Motion were done incorrectly insofar as the Exhibit attached to the Motion was not attached correctly. After calling the Clerk's office, we were advised to simply re-file the motion. This letter is to advise the Court that the correct Motion for Leave is Docket No. 78, and Docket Nos. 76 and 77 should be void.

By copy of this letter, we are informing Judge Nicols, as well as all known counsel of record.

We apologize for any inconvenience this may have caused. Please contact me should you have any questions.

Yours very truly,

McGlinchey Stafford, PLLC

Sam E. Scott

SES/kb
cc: Honorable Alfred G. Nicols, Jr.
W. Wayne Drinkwater, Esq.
Melody McAnally, Esq.
Marcia Robinson Lowry, Esq.
Stephen H. Leech, Esq.
John Lang, Esq.
Harold E. Pizzetta, III, Esq.

170756.1