IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                              PLAINTIFFS

v.                                                       CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

### AGREED ORDER FOR ADDITIONAL TIME IN WHICH TO RESPOND TO PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

This matter having come before the Court on Defendants' Motion for Extension of Time in Which to Respond to Plaintiffs' Third Request for Production of Documents, and having been advised that the Plaintiffs do not object, the Court hereby GRANTS the Motion and further ORDERS that:

Defendants shall have until no later than April 4, 2005, to produce all documents responsive to Plaintiffs' Third Request for Production of Documents.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

4/42057.1

Agreed to by:

*[signature: Melody McAnally]*

Melody McAnally, Esquire (MBN 101236)
Bradley Arant Rose & White, LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
*Attorney for Plaintiffs*

*[signature: Betty Mallett]*

Betty Mallett, Esquire (MBN 8867)
McGinchey Stafford, PLLC
200 South Lamar St., Suite 1100
P.O. Box 22949
Jackson, MS 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757
*Attorney for Defendants*

4/42057.1