IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., By and Through Her                                                    PLAINTIFFS
Next Friend, James D. Johnson, et al.

v.                                                          CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, As Governor of the State of                                       DEFENDANTS
Mississippi; DONALD TAYLOR, as Executive Director
of the Department of Human Services; and BILLY MANGOLD,
as Director of the Division of Children's Services

## NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

1. Defendants' Responses to Plaintiffs' First Request for Production of Documents;

and

2. Defendants' Privileged Log.

This, the 4th day of March, 2005.

                                        Respectfully submitted,

                                        **HALEY BARBOUR, as Governor of the State of MS;
DONALD TAYLOR, as Exec. Dir. of the Dept. of
Human Services; and BILLY MANGOLD as Director
of the Div. of Family and Children's Services**

                                        **McGlinchey Stafford, PLLC**

                                        _____
                         By:    /s Betty A. Mallett (MSB #8867)

172729.1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

**CERTIFICATE OF SERVICE**

  I, Betty A. Mallett, do hereby certify that I have this day served a copy of the foregoing on counsel of record by electronic mailing:

W. Wayne Drinkwater, Jr., Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS

Stephen H. Leech, Esq.

Harold E. Pizzetta, III

and via United States Postal Service, postage prepaid, to:

Marcia Robinson Lowry, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York  10016

Eric S. Manne
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

  **SO CERTIFIED**, this the 4th day of March, 2005.

                  _____
                  /s Betty A. Mallett