## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**JAMES D. JOHNSON, as next friend to
Olivia Y.; CARLA LEWIS, as next friend
to Jamison J. and SYLVIA FORSTER, as
next friend to Desiree, Renee, Tyson and
Monique P.**                                                                    **PLAINTIFFS**

**VS.**                                                             **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR; DONALD TAYLOR,
as Executive Director of the Department of
Human Services and BILLY MANGOLD,
as Director of the Division of Family and
Children's Services**                                                           **DEFENDANTS**

## ORDER

This matter came before the court on a *sua sponte* review of the docket, which indicated that two discovery motions filed in July, 2004, appear to be pending. The Motions were apparently resolved by a conference on August 12, 2004, but an order was never submitted for entry. Because the Motions have been resolved, they will be denied as moot, so as to administratively remove them from the docket.

IT IS, THEREFORE, ORDERED that the Motion to Quash Notices of Depositions [43] and the Motion to Compel Deposition Testimony [44] are hereby **denied.**

IT IS SO ORDERED, this the 8th day of March, 2005.

s/Alfred G. Nicols, Jr.
UNITED STATES MAGISTRATE JUDGE