IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

## PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION OF COURT'S CLASS CERTIFICATION MEMORANDUM OPINION AND ORDER

1.      On March 30, 2004, Plaintiffs' filed a motion for class certification pursuant to Rules 23 of the Federal Rules of Civil Procedure. In its motion for class certification, Plaintiffs' counsel, among other things, requested an order appointing them as class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. (Pls.' Mem. in Supp. of its Mot. for Class Certification at 26.)

2.      In Defendants' response to the motion for class certification, they did not dispute that Plaintiffs' counsel is competent to prosecute the case. (Defs' Mem. In Supp. of Resp. to Mot. for Class Certification at 13; *see also* Mem. Op. and Order at 8.)

3.      This Court's March 14, 2005 Memorandum Opinion and Order granting Plaintiffs' motion for class certification of an "In-Custody Class" does not include an appointment of class counsel as requested by Plaintiffs' counsel and required by the new Rule 23(g)Federal Rules of Civil Procedure. Plaintiffs' counsel respectfully request such an order appointing them as class counsel. Defendants, who have not contested counsel's adequacy, do not oppose such an order.

4/43706.1

RESPECTFULLY SUBMITTED, this the 21st day of March, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS  39202
Telephone:  (601) 355-4013
Facsimile:  (601) 355-4015

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS, INC.
404 Park Avenue South
New York, NY  10016
Telephone:  (212) 683-2210
Facsimile:  (212) 683-4015

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201
bmallett@mcglinchey.com, glong@mcglinchey.com

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
hpizz@ago.state.ms.us, fhell@ago.state.ms.us

*Attorneys for Defendants*

                                                s/ Melody McAnally