**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., ET AL.                                                                    PLAINTIFFS

v.                                                              CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.              DEFENDANTS


**ORDER**

The Court having granted Plaintiffs' Motion for Class Certification as to the "In-Custody Class," and duly considered the qualifications of Plaintiffs' counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court now further ORDERS that:

The following Plaintiffs' counsel are appointed Class counsel in the present action pursuant to Rule 23(g):

1. Children's Rights attorneys Marcia Robinson Lowry, Eric Thompson, Shirim Nothenberg, and Corene Kendrick;

2. The law firms of Bradley Arant Rose & White, LLP, and Loeb & Loeb LLP; and

3. Stephen Leech.

SO ORDERED, this the 22nd day of  March,  2005.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE


SUBMITTED BY:
/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson Mississippi 39201
Telephone:  (601) 948-8000; Facsimile:  (601) 948-3000