IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., By and Through Her  **PLAINTIFFS**
Next Friend, James D. Johnson, et al.

v.  CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, As Governor of the State of  **DEFENDANTS**
Mississippi; DONALD TAYLOR, as Executive Director
of the Department of Human Services; and BILLY MANGOLD,
as Director of the Division of Children's Services

## NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

1. Defendants' First Supplemental Responses to Plaintiffs' First Request for Production of Documents;

This, the 23rd day of March, 2005.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of MS;
DONALD TAYLOR, as Exec. Dir. of the Dept. of
Human Services; and BILLY MANGOLD as Director
of the Div. of Family and Children's Services**

**McGlinchey Stafford, PLLC**

_____
By:  /s Betty A. Mallett (MSB #8867)

173888.1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## **CERTIFICATE OF SERVICE**

I, Betty A. Mallett, do hereby certify that I have this day served a copy of the foregoing on counsel of record by electronic mailing:

W. Wayne Drinkwater, Jr., Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS

Stephen H. Leech, Esq.

Harold E. Pizzetta, III

and via United States Postal Service, postage prepaid, to:

Marcia Robinson Lowry, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York 10016

Eric S. Manne
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the 23rd day of March, 2005.

_____
/s Betty A. Mallett