**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                              PLAINTIFFS


V.                                                                    CIVIL ACTION NO.  3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi, et al.              DEFENDANTS


**MOTION FOR ADMISSION PRO HAC VICE
OF ERIK S. PITCHAL**


Plaintiffs, Olivia Y., et al., by and through their undersigned counsel and pursuant

to Rule 83.1(A)(2) of the Uniform Local Rules for the United States District Courts for the

Northern and Southern Districts of Mississippi, apply to this Court for an order permitting Erik

S. Pitchal, Esquire, to be admitted pro hac vice by comity for this case.

Mr. Pitchal is not a member of the Mississippi Bar and is not authorized to

practice before the Mississippi Supreme Court.  Mr. Pitchal was admitted to practice law in New

York in 1999, and is a member of the United States District Court for the Southern District of

New York.  Mr. Pitchal is a member in good standing of the New York Bar.  Mr. Pitchal is also

an inactive member of the Massachusetts Bar.  A copy of Mr. Pitchal's certificate of good

standing for the U.S. District Court for the Southern District of New York is attached as Exhibit

A.

A certification that Mr. Pitchal has read and is familiar with the Uniform Local

Rules of the United States District Courts for the Northern and Southern Districts of Mississippi

is attached hereto as Exhibit B.

The Applicant has associated with the undersigned counsel for Plaintiffs, who is a member of the bar of this Court.

WHEREFORE, Plaintiffs respectfully request this Court grant this Motion for Admission Pro Hac Vice of Erik S. Pitchal.

RESPECTFULLY SUBMITTED, this the 24th day of March, 2005.


s/ Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS  39202
Telephone:  (601) 355-4013
Facsimile:  (601) 355-4015

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South
New York, NY  10016
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Betty A. Mallett, Esq.<br>McGlinchey Stafford, PLLC<br>200 South Lamar Street, Suite 1100<br>Jackson, MS 39201<br><br>Harold E. Pizzetta, III, Esq.<br>Assistant Attorney General<br>General Civil Division<br>Carroll Gartin Justice Building<br>430 High Street<br>Jackson, MS 39201<br><br>*Attorneys for Defendants* | |

Respectfully submitted,


s/ Melody McAnally
OF COUNSEL