SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of
# Good Standing

I, _____ **J. Michael McMahon** _____ , Clerk of this Court, certify that

_____ ERIK  SCOTT  PITCHAL _____ , Bar # _____ EP7981 _____

was duly admitted to practice in this Court on

_____ AUGUST  5ᵗʰ,  1999 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
_____ New York, New York _____   on  _____ FEBRUARY  24ᵗʰ,  2005 _____

**J. MICHAEL McMAHON**
_____          by: _____
Clerk                                         Deputy Clerk

**EXHIBIT**
**A**

## **CERTIFICATION**

I, Erik S. Pitchal, certify that I have read and am familiar with the Uniform Local Rules

of the United States District Courts for the Northern and Southern Districts of Mississippi.

Erik S. Pitchal

