IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al                                            PLAINTIFFS

vs                                          CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                              DEFENDANTS

## NOTICE OF SERVICE

       Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

       1.       Defendants' Second Supplemental Responses to Plaintiffs' First Request for Production of Documents.

       This, the 11th day of April, 2005.

                                           Respectfully submitted,

                                           **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

                                           **MCGLINCHEY STAFFORD, PLLC**

                                           __/s/ Betty A. Mallett_____
                                           By:     Betty A. Mallett (MSB #8867)

174974.1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS  39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York  10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

>Marcia Robinson Lowry, Esq.
>Corene Kendrick, Esq.
>Erik S. Pitchal, Esq.
>CHILDREN'S RIGHTS, INC.
>404 Park Avenue
>New York, New York  10016
>
>Eric S. Manne
>LOEB & LOEB, LLP
>345 Park Avenue
>New York, NY 10154

**SO CERTIFIED**, this the 11th day of April, 2005.

>_/s/ Betty A. Mallett_____
>Betty A. Mallett

3