**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                           PLAINTIFFS

V.                                                                               CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, et al.                                                                              DEFENDANTS

**NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Notice is hereby given that on April 20, 2005, Plaintiffs served on all counsel of record the following:

1.     Plaintiffs' 5th Requests for Production of Documents.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 20th day of April, 2005.

                                                                 s/ Melody McAnally_____
                                                                 W. Wayne Drinkwater, Jr. (MBN 6193)
                                                                  Melody McAnally (MBN 101236)
                                                                  BRADLEY ARANT ROSE & WHITE LLP
                                                                  188 East Capital Street, Suite 450
                                                                  Jackson, MS 39201
                                                                  Telephone: (601) 948-8000
                                                                  Facsimile: (601) 948-3000

                                                                  Stephen H. Leech (MBN 1173)
                                                                  850 East River Place, Suite 300
                                                                  Jackson, MS 39202
                                                                  (601) 355-4013

                                                                  Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
                                                                  Eric E. Thompson (MBN 43993 *pro hac vice*)
                                                                  Corene Kendrick (MBN 43989 *pro hac vice*)
                                                                  CHILDREN'S RIGHTS
                                                                  404 Park Avenue South, 11th Floor
                                                                  New York, NY 10016

1

(212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

s/ Melody McAnally