IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                              PLAINTIFFS

V.                                                                         CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                                          DEFENDANTS

## NOTICE OF SERVICE OF INTERROGATORIES

Notice is hereby given that on April 14, 2005, Plaintiffs served on all counsel of record the following:

1.      Plaintiffs' First Set of Interrogatories.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 22nd day of April, 2005.

>
> s/ Melody McAnally_____
> W. Wayne Drinkwater, Jr. (MBN 6193)
> Melody McAnally (MBN 101236)
> BRADLEY ARANT ROSE & WHITE LLP
> 188 East Capital Street, Suite 450
> Jackson, MS 39201
> Telephone:  (601) 948-8000
> Facsimile:  (601) 948-3000
>
> Stephen H. Leech (MBN 1173)
> 850 East River Place, Suite 300
> Jackson, MS 39202
> (601) 355-4013
>
> Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
> Eric E. Thompson (MBN 43993 *pro hac vice*)
> Corene Kendrick (MBN 43989 *pro hac vice*)
> CHILDREN'S RIGHTS
> 404 Park Avenue South, 11th Floor
> New York, NY  10016

        (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        Eric Manne (MBN 43988 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY  10154
        (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Betty A. Mallett, Esq.
    McGlinchey Stafford, PLLC
    200 South Lamar Street, Suite 1100
    Jackson, MS 39201

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, MS 39201

    *Attorneys for Defendants*

                s/ Melody McAnally