IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                PLAINTIFFS

v.                                                           CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

<u>Plaintiffs' Motion for Rule 16 Discovery Status Conference</u>

Counsel further certify that:

____ 1. The motion is unopposed by all parties.

____ 2. The motion is unopposed by:

_X_ 3. The motion is opposed by: Defendants

____ 4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

THIS, the 11th day of May, 2005.

/s/ Eric Thompson
ERIC THOMPSON (MBN #43993 *pro hac vice*)
One of the Attorneys for Plaintiffs

/s/ Betty A. Mallett
BETTY A. MALLETT (MSB #8867)
One of the Attorneys for Defendants