# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al                                                          PLAINTIFFS

vs                                                     CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                      DEFENDANTS

## DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS

COME NOW Defendants, by and through their attorneys of record, and file their responses to Plaintiff' Second Requests for Production of Documents, as follows:

<u>Document Request No. 1:</u>   Any and all DHS case records of all children currently in DHS custody or, in the alternative, the DHS case records of a statistically significant number of such children to be selected by Plaintiffs for the purpose of case record review.

<u>Response No. 1</u>. Defendants object to this Request in that it is overly-broad and unduly burdensome for production. The Request also seeks information that is irrelevant to the claims of the Named Plaintiffs and is not calculated to lead to the discovery of admissible evidence.

Furthermore, Defendants object to the Request because it seeks the production of information regarding minors who are in the custody of the Mississippi Department of Human Services but who are not plaintiffs in the instant litigation and are not represented by Plaintiffs' counsel or any other legal representative or "Next Friend" to whom such information may be produced. Any information regarding children in the custody of the Mississippi Department of Human Services is protected from disclosure pursuant to Miss. Code Ann. § 43-21-251 and § 43-21-261 and any other applicable state or federal laws that protect the personal, medical and educational records of children who are in the custody of the Mississippi Department of Human Services.

170191.1


EXHIBIT E

Without waiving the objections set forth herein, and in a good faith attempt to respond to the discovery requests propounded by the Plaintiffs, Defendants have produced and will continue to produce all such requested case records of the Named Plaintiffs in this case.

<u>Document Request No. 2</u>:   A computer-readable data tape of all children currently in DHS custody, identify the child's name, date of birth, case record identification number, the DFCS office(s) the child's case is assigned to, and all dates of entry into DHS custody.

<u>Response No. 2</u>:   Defendants object to this Request in that it is overly-broad and unduly burdensome for production because it seeks information for an unspecified period of time. The Request also seeks information that is irrelevant to the claims of the Named Plaintiffs and is not calculated to lead to the discovery of admissible evidence.

Furthermore, the Defendants object to the Request because it seeks the production of information regarding minors who are in the custody of the Mississippi Department of Human Services but who are not plaintiffs in the instant litigation and are not represented by Plaintiffs' counsel or any other legal representative or "Next Friend" to whom such information may be produced. Any information regarding children in the custody of the Mississippi Department of Human Services is protected from disclosure pursuant to Miss. Code Ann. § 43-21-251 and § 43-21-261 and any other applicable state or federal laws that protect the personal, medical and educational records of children who are in the custody of the Mississippi Department of Human Services.

Defendants also object to the Request to the extent that it requires the Defendants to produce documents in a form in which they are not normally maintained. Without waiving the objections set forth herein, and in a good faith attempt to respond to the discovery requests propounded by the Plaintiffs, the Defendants have produced and will continue to produce all case

170191.1

records of the Named Plaintiffs, including print-outs of computerized documentation, which sets forth the information requested herein.

        Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

McGlinchey Stafford, PLLC

By: _____Betty A. Mallett (MSB #8867)_____

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

170191.1

## CERTIFICATE OF SERVICE

I, Betty A. Mallett, do hereby certify that I have this day served a copy of the foregoing on counsel of record by United States Mail, postage prepaid to:

W. Wayne Drinkwater, Jr., Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Marcia Robinson Lowry, Esq.
Eric E. Thompson, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York 10016

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

John Lang, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

Harold E. Pizzetta, III
Special Assistant Attorney General
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205

SO CERTIFIED, this the 24th day of January, 2005.

Betty A. Mallett

170191.1



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., By and
Through Her Next Friend,
James D. Johnson, et al.                                        **PLAINTIFFS**

v.                                                  CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR,                                                  **DEFENDANTS**
As Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director
of the Department of Human Services; and
BILLY MANGOLD, as Director of the Division
of Children's Services

## NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor, and Billy Mangold have caused to be served in the above matter the following:

1. Defendants' Responses to the Plaintiffs' Second Requests for Production of Documents.

This, the 24th day of January, 2005.

                    Respectfully submitted,

                    HALEY BARBOUR, as Governor of the State of
                    Mississippi; DONALD TAYLOR, as Executive Director
                    of the Department of Human Services; and
                    BILLY MANGOLD as Director of the Division of
                    Family and Children's Services

                    McGlinchey Stafford, PLLC

              By:    Betty A. Mallett (MSB #8867)

170203.1

OF COUNSEL:
Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I, Betty A. Mallett, do hereby certify that I have this day served a copy of the foregoing on counsel of record by United States Mail, postage prepaid to:

W. Wayne Drinkwater, Jr., Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS  39215

Marcia Robinson Lowry, Esq.
Eric E. Thompson, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS
404 Park Avenue
New York, New York  10016

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

John Lang, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York  10154

2

       Harold E. Pizzetta, III
      Special Assistant Attorney General
      OFFICE OF THE ATTORNEY GENERAL
         P.O. Box 220
        Jackson, MS  39205

**SO CERTIFIED**, this the 24th day of January, 2005.

             /s/ Betty A. Mallett
             Betty A. Mallett

170203.1