**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| OLIVIA Y., et al | PLAINTIFFS |
| vs | CIVIL ACTION NO. 3:04cv251LN |
| HALEY BARBOUR, et al. | DEFENDANTS |

**NOTICE OF SERVICE**

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

**Defendants' Responses to Plaintiffs' First Set of Interrogatories**

This, the 24th day of May, 2005.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

**MCGLINCHEY STAFFORD, PLLC**

　　/s/ Betty A. Mallett_____
By:    Betty A. Mallett (MSB #8867)

178172.1

1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: W. Wayne Drinkwater, Jr. Esq., Melody McAnally, Esq., Stephen H. Leech, Esq., Eric E. Thompson, Esq., and Harold E. Pizzetta, III.

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

> Marcia Robinson Lowry, Esq.
> Corene Kendrick, Esq.
> Erik S. Pitchal, Esq.
> CHILDREN'S RIGHTS, INC.
> 404 Park Avenue
> New York, NY 10016
>
> Eric S. Manne
> LOEB & LOEB, LLP
> 345 Park Avenue
> New York, NY 10154

**SO CERTIFIED**, this the 24th day of May, 2005.

    /s/ Betty A. Mallett_____
    Betty A. Mallett