IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, as next friend to Olivia Y.; CARLA LEWIS, as next friend to Jamison J. and SYLVIA FORSTER, as next friend to Desiree, Renee, Tyson and Monique P.**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR; DONALD TAYLOR, as Executive Director of the Department of Human Services and BILLY MANGOLD, as Director of the Division of Family and Children's Services**  **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motion for Rule 16 Discovery Status Conference. The court held a Case Management Conference, in accordance with Unif. Local R. 16.1(A), in June, 2004. The court rarely grants a second such conference to discuss discovery disputes, as they can usually be adequately raised by motion. The dispute raised by the Plaintiffs' Motion is not of such a nature as to require another conference. Moreover, the court sees no reason to deviate from the customary practice of permitting a party to produce business records as they are kept in the usual course of business. Fed. R. Civ. P. 34(b).

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion for Rule 16 Discovery Status Conference is hereby **denied.**

IT IS SO ORDERED, this the 25th day of March, 2005.

s/Alfred G. Nicols, Jr.
UNITED STATES MAGISTRATE JUDGE