IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., By and                                                           PLAINTIFFS
Through Her Next Friend,
James D. Johnson, et al.

V.                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR,                                                              DEFENDANTS
As Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director
of the Department of Human Services; and
BILLY MANGOLD, as Director of the Division
of Children's Services

## ENTRY OF APPEARANCE

**COMES NOW**, Dewitt L. ("Rusty") Fortenberry, Jr., of the firm of McGlinchey Stafford, PLLC and enters his appearance as counsel for Defendants, Haley Barbour, as Governor of the State of Mississippi; Donald Taylor, as Executive Director of the Department of Human Services; and Billy Mangold, as Director of the Division of Family and Children's Services.

DATE: 5/25/05

>Respectfully submitted,
>
>HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD, as Director of the Division of Family and Children's Services
>
>By:   /s/ Dewitt L. Fortenberry, Jr.
>        Dewitt L. Fortenberry, Jr.

OF COUNSEL:
Sam E. Scott (MSB # 6567)
Betty A. Mallett (MSB #8867)
Dewitt L. Fortenberry, Jr. (MSB #5435)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
**McGLINCHEY STAFFORD, PLLC**
Skytel Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
Corene Kendrick, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Eric S. Manne
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

This, the **25th** day of **May**, **2005**.

By:    /s/ Dewitt L. Fortenberry, Jr.
       Dewitt L. Fortenberry, Jr.