IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                          PLAINTIFFS

v.                                                                         CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.         DEFENDANTS

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of Mechille Henry, Director of Region VI-North of the Mississippi Division of Children's and Family Services on Wednesday, July 13, 2005, beginning at 8:30 a.m., at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

RESPECTFULLY SUBMITTED, this, the 25th day of May, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201
(601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)

Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South
New York, New York  10016
(212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally_____