## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                                                            PLAINTIFFS


v.                                                              CIVIL ACTION NO.  3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi, et al.              DEFENDANTS


### NOTICE OF 30(b)(6) DEPOSITION OF THE DEPARTMENT
### OF HUMAN SERVICES

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30

and 30(b)(6), Plaintiffs, by their undersigned attorneys, will take the deposition upon oral

examination of the State of Mississippi, the Department of Human Services and the Division of

Family and Children's Services, before a certified court reporter duly authorized to administer

oaths.  The deposition will be conducted at the offices of Bradley, Arant, Rose & White LLP,

188 East Capitol Street, Suite 450, Jackson, Mississippi 39201 on June 15, 2005, at 8:30 a.m. and

thereafter from day to day as may be required.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil

Procedure 30(b)(6), Defendants are required to designate one or more officers, directors, agents,

or other persons who consent to testify on their behalf on the matters described in Exhibit A

attached hereto.

RESPECTFULLY SUBMITTED, this, the 25th day of May, 2005.

/s Melody McAnally_____

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450

Jackson, Mississippi  39201
(601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South
New York, New York  10016
(212) 683-2210

John F. Lang (MBN 43987 *pro hac vice*)
Christian D. Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally_____

## EXHIBIT A

MATTERS ON WHICH TESTIMONY IS SOUGHT

1. The process by which the following needs of children placed in Mississippi Department of Human Services custody are assessed:

   a. Physical health;

   b. Dental health;

   c. Mental health, including but not limited to psychiatric/psychological disorders, behavioral issues, and neurological disabilities;

   d. Developmental needs; and

   e. Educational needs, including but not limited to appropriate special educational services and access to a high school degree rather than a GED.

2. The process by which the following needs of children placed in Mississippi Department of Human Services custody are provided for:

   a. Physical health;

   b. Dental health;

   c. Mental health, including but not limited to psychiatric/psychological disorders, behavioral issues, and neurological disabilities;

   d. Developmental needs; and

   e. Educational needs, including but not limited to appropriate special educational services and access to a high school degree rather than a GED.

3. The interaction between the Division of Family and Children's Services and other State agencies providing services to children, including:

   a.  Other divisions within the Department of Human Services;

   b.  The Department of Health; and

   c.  The Department of Mental Health.

4.  The interaction between the Division of Family and Children's Services and all other public and private providers of services to children in custody, including but not limited to emergency shelters, residential treatment centers, therapeutic foster homes, group homes, mental retardation centers, and any institutions licensed by the Department of Health or Department of Mental Health in which children have resided after being placed in Mississippi Department of Human Services custody by a Youth Court.

5.  The nature and scope of medical services (including but not limited to mental health services) available and provided to children in custody, whether through public or private entities.

6.  The nature and scope of medical services (including but not limited to mental health services) reimbursed by Medicaid for children in custody.

7.  The nature and scope of any assessment of State-wide service needs for children in custody by the Division of Family and Children's Services.

8.  The nature and scope of contracts for services to children in custody entered into by the Division of Family and Children's Services and the process by which such contracting occurs.

9.  The sources and scope of aggregate data concerning the topics listed above.

10. The location of documents concerning the topics listed above and the individuals responsible for maintaining those documents.