## LIST OF EXHIBITS

Exhibit A:     Plaintiffs' First Request for Production of Documents, dated December 17, 2004;

Exhibit B:     Amended Case Management Order, signed by Magistrate Judge Alfred G. Nicols, Jr., dated December 17, 2004;

Exhibit C:     Good Faith Certificate signed by Eric Thompson, Counsel for Plaintiffs, and Betty Mallett, Counsel for Defendants, dated May 11, 2005;

Exhibit D:     Defendants' Response to Plaintiffs' First Request for Production of Documents, dated March 4, 2005;

Exhibit E:     *Schwab v. Wyndham Int'l, Inc.*, No. 3-04-CV-1748-L, 2005 WL 697425 (N.D. Tex. Mar. 8, 2005) and *Alonso v. Agrinetics, Inc.*, No. Civ.A.B.-04-005, 2004 WL 2668801 (S.D. Tex. Nov. 15, 2004);

Exhibit F:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated February 8, 2005;

Exhibit G:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated February 17, 2005;

Exhibit H:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated February 23, 2005;

Exhibit I:     Privilege Log Submitted by Defendants for the redacted Named Plaintiff Jamison J.'s case record entries;

Exhibit J:     Letter from Betty Mallett, Counsel for Defendants, to Eric Thompson, Counsel for Plaintiffs, dated February 16, 2005;

Exhibit K:     Relevant pages from the transcript of the deposition of DFCS caseworker Yutaska Simpson, October 2, 2004;

Exhibit L:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated October 28, 2004;

Exhibit M:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated March 11, 2005;

Exhibit N:     Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated March 25, 2005;

4/53121.1

Exhibit O:       Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated March 31, 2005;

Exhibit P:       Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated April 5, 2005;

Exhibit Q:       Letter from Betty Mallett, Counsel for Defendants, to Eric Thompson, Counsel for Plaintiffs, dated April 6, 2005

Exhibit R:       Document produced by Defendants Entitled "MACWIS Reports," Bates Nos. DHS 20101-109;

Exhibit S:       Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated April 13, 2005;

Exhibit T:       State Quality Improvement Quarterly Report, 2003, at Bates No. DHS 009879;

Exhibit U:       Child and Family Services Plan, 2003, at Bates Nos. DHS 017235, 017301, and 017322;

Exhibit V:       Letter from Betty Mallett, Counsel for Defendants, to Eric Thompson, Counsel for Plaintiffs, dated March 30, 2005;

Exhibit W:       Letter from Eric Thompson, Counsel for Plaintiffs, to Betty Mallett, Counsel for Defendants, dated April 29, 2005;

Exhibit X:       Selected pages from the DHS Self-Assessment, dated December 2003, Bates Nos. P001952, 001958, 001960, 001965, and 001970;

Exhibit Y:       Document produced by Defendants entitled "Direct Service Primary Clients by Region;"

Exhibit Z:       Document produced by Defendants, December 8, 2003 Memorandum from Linda Barnes to Wanda Gillom and Gloria Salter, Bates No. DHS 020061;

Exhibit AA:      *Collins v. Coastline Constr., Inc.,* Civ. A. No. 92-16, 1992 WL 125328, (E.D. La. 1992);

Exhibit BB:      Pages 45-51 of the transcript of the deposition of DFCS employee Kathy Triplett, dated October 20, 2004;

Exhibit CC:      U.S. Department of Health and Human Services, Administration for Children and Families, Children's Bureau "Key Findings Report, Mississippi Department of Human Services," available at

http://www.acf.hhs.gov/programs/cb/cwrp/key/findings04/ms.htm, accessed on May 25, 2005;

Exhibit DD-P1: *Zubulake v. UBS Warburg LLC*, No. 02-1243, 2004 WL 1620866 (S.D.N.Y. July 20, 2004); *Wiginton v. CB Richard Ellis, Inc.*, No. 02-6832, 2004 WL 1895122 (N.D. Ill. Aug. 10, 2004).

Exhibit DD-P2: *Zubulake v. UBS Warburg LLC*, No. 02-1243, 2004 WL 1620866 (S.D.N.Y. July 20, 2004); *Wiginton v. CB Richard Ellis, Inc.*, No. 02-6832, 2004 WL 1895122 (N.D. Ill. Aug. 10, 2004);