IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                PLAINTIFFS

v.                                                CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.    DEFENDANTS

## GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Plaintiffs' Motion To Compel Documents Responsive To Plaintiffs' First Request For Production Of Documents

Counsel further certify that:

____1. The motion is unopposed by all parties.

____2. The motion is unopposed by:

_X_3. The motion is opposed by:  Defendants

____4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

THIS, the 11th day of May, 2005.

*[signature]*
ERIC THOMPSON (MBN #43993 *pro hac vice*)
One of the Attorneys for Plaintiffs

*[signature]*
BETTY A. MALLETT (MSB #8867)
One of the Attorneys for Defendants

EXHIBIT
C