

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Mellssa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

February 23, 2005

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

This will confirm our conversation yesterday regarding the issues I raised in my letter of February 17, 2005.

First, you agreed to begin producing documents responsive to Plaintiffs' First Request by making some initial documents available for inspection or copying no later than today. I understand that my colleague Ms. McAnally has already arranged with you for the copying of those initial documents, as confirmed by your letter of today. You also agreed to make further documents available for copying on a rolling basis (as often as daily if available) and to notify us when they were being delivered for copying.

Second, you confirmed that Defendants are relying on the attorney-client communication privilege for the documents listed in your January 14, 2005 privilege log, and that the parties disagree as to the privilege's application in the instances Plaintiffs have contested. You indicated that you would have to review and get back to me as to the redaction of Bates No. 00003 from Olivia Y's case records, which was not listed in your privilege log.

Let me know if this does not accurately reflect our conversation.

Sincerely yours,

Eric Thompson
Plaintiffs' counsel

cc: Wayne Drinkwater & Melody McAnally, Bradley Arant
    Stephen Leech, Esq.
    John Lang, Loeb & Loeb



404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 · Fax: 212-683-4015 · info@childrensrights.org · www.childrensrights.org