IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FILED
JAN 14 2005
J.T. NOBLIN, CLERK
BY _____ DEPUTY

OLIVIA Y., ET AL

**PLAINTIFF**

V.

CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, ET AL.

**DEFENDANTS**

## DEFENDANTS' PRIVILEGE LOG

| Bates Label | Date | Description of Privileged Communication |
|---|---|---|
| DHS Jamison J. 00207-00209 | 07/06/04 | Note: Communication between Attorney General's office and group home |
| DHS Jamison J. 00205 & 00206 | 07/07/04 | Note: Communication between Attorney General's office and group home |
| DHS Jamison J. 00142 & 00143 | 07/07/04 | Note: Social worker's contact with group home about communication with Attorney General's office |
| DHS Jamison J. 00136 | 08/13/04 | Note: Social worker's contact with Attorney General's office |
| DHS Jamison J. 00130 & 00131 | 08/31/04 | Note: Social worker's contact with Attorney General's office |

Respectfully submitted,

HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and Billy Mangold, as Director of the Division of Family and Children's Services

By: /s/ Gretchen L. Zmitrovich
Gretchen L. Zmitrovich MSB #101470

EXHIBIT J