# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

Betty A. Mallett
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS

February 16, 2005

*VIA FAX & U.S. MAIL*
Eric Thompson
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016

Re: *Olivia Y., et al. v. Haley Barbour, et a;* In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04 CV 251LN

Dear Mr. Thompson:

This letter responds to yours of February 8, 2005 and two letters that you sent to us on February 15, 2005.

As for the privilege log filed on January 27, 2005, the log clearly states that the redacted documents relate to communications involving the Mississippi Attorney General's Office. We do not agree that these are records beyond the privilege. As for the other matters discussed in your letter of January 27, 2005, we plan to have any outstanding questions regarding the children's records addressed at the next quarterly update. We will produce any documents regarding the children that were inadvertently omitted.

We have every intention to produce documents to you as soon as they are available and in accordance with the Magistrate Judge's orders. We ask for your patience with the production of what undoubtedly are thousands and thousands of pages.

I will be available on the afternoon of Monday, February 21, 2005 or the morning of February 22, 2005 to discuss any ideas regarding the format of document production.

Sincerely,

McGLINCHEY STAFFORD, PLLC

Betty A. Mallett


EXHIBIT J