

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Harvey Keitel
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sachin
Carol Wilson Spigner
Anne Strickland Squadron

October 28, 2004

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar St.
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

As we discussed on October 26, 2004, during the course of Yutaska Simpson's deposition, it is apparent that existing case records relating to Named Plaintiff Calvin Burks, Jr. (Cody B.) maintained on MACWIS (the State's computer information system) have not been produced to Plaintiffs pursuant to the court's June 17, 2004 Case Management Order. For example, Ms. Simpson testified that she makes her formal case narrative entries solely in MACWIS, not in the paper record, and that case plans are also maintained on MACWIS. The case file produced to Plaintiffs for Calvin Burks contained no such records, although they are referred to therein.

Please advise by November 2, 2004 when we can expect to receive any and all computer-maintained case records relating to Named Plaintiff Calvin Burks, Jr., as I requested during the deposition of Ms. Simpson on October 26, 2004. By the same token, please advise whether the other Named Plaintiff case records produced to Plaintiffs pursuant to the court's CMO are similarly incomplete, and if so, when we can expect to receive the missing MACWIS records.

Finally, as also identified and requested during Ms. Simpson's deposition, the psychological evaluations of Calvin Burks' parents by Dr. Matheme, referenced in Ms Simpson's court report of November 24, 2003, are missing from the case record produced to Plaintiffs. We look forward to receiving these missing documents as soon as possible.

Sincerely yours,

*Eric Thompson / AW*

Eric Thompson
Plaintiffs' counsel

cc:    Wayne Drinkwater & Melody McAnally, Bradley Arant
       Stephen Leech, Esq.
       John Lang, Loeb & Loeb



404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 · Fax: 212-683-4015 · info@childrensrights.org · www.childrensrights.org