

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

March 25, 2005

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201



Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

    This will confirm our telephone conversation of yesterday regarding pending discovery matters addressed in my letters of March 11 and March 14, 2005.

    You confirmed that Defendants, without waiving their objections, will now allow Plaintiffs access to DHS case records as requested in Plaintiffs' Second Request for Production of Documents. We discussed that Plaintiffs are assembling their expert review team, and that based on past experience, Plaintiffs will probably need access to between 300 and 400 randomly selected case records on a rolling basis. You advised that DHS would probably prefer to make the case records available in a central location in Jackson. We discussed Plaintiffs' need for a review area with sufficient desk space for at least six to ten reviewers for approximately a three-month period, probably not to begin before the second half of May. We also agreed that the parties would need to negotiate an acceptable protocol for the delivery of records to the review site, for the security and integrity of the records and for their confidentiality.

    As to the requested data tape of all children in custody necessary for Plaintiffs to pull their sample, you agreed to check how much lead time DHS will need to produce the requested data tape. Plaintiffs will need a current data run shortly before the record review is set to start. Having now reviewed some of the recently produced MACWIS information, I also informed you that Plaintiffs request that an additional data point be included in the data tape identifying the permanency plan for every child.

    As to Plaintiffs' First Request for Production of Documents, you promised to provide me Defendants' response to my March 11 letter in writing by early next week indicating what, if any, additional responsive documents will be produced and Defendants' basis for withholding any others.

    Finally, I did confirm that Plaintiffs are still missing the following pages identified as being produced in response to Plaintiffs' First Request, Document Request No. 16, but which we have not received: (4) DHS 027539; and (18) DHS 028316, as noted in my letter of March 15, 2005.



404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 · Fax: 212-683-4015 · info@childrensrights.org · www.childrensrights.org

Thank you for your kind consideration.

Sincerely yours,

*Eric Thompson* /sw

Eric Thompson
Plaintiffs' counsel


cc:   Wayne Drinkwater & Melody McAnally, Bradley Arant
      Stephen Leech, Esq.
      John Lang, Loeb & Loeb

- 2 -