# M<sup>c</sup>GLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

Betty A. Mallett
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

April 6, 2005

Eric Thompson
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016

Re: *Olivia Y., et al. v. Haley Barbour, et a;* In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04 CV 251LN

Dear Mr. Thompson:

In response to your letter of April 5, 2005, MDHS will determine the availability of additional Mississippi State Advisory Board Annual Assessments and attempt to provide you with representative MACWIS screen printouts that reflect all data fields.

As I have stated before, the Defendants agree that actual program improvement plans – and not drafts of plans- are subject to public view. As you well know, the USDHHS will also publish the final P.I.P. approved for the Mississippi Department of Human Services. I don't anticipate that, in adhering to federal regulations, that the USDHHS will publish a draft plan or require the MDHS to publish draft plans for public review.

We will produce a copy of the final P.I.P. approved by the United States Department of Human Services.

Sincerely,

M<sup>c</sup>GLINCHEY STAFFORD, PLLC

Betty A. Mallett

BAM/dmf


EXHIBIT Q

CITY CENTRE SOUTH, SUITE 1100, 200 SOUTH LAMAR STREET | JACKSON, MS 39201 | (601) 960-8400 | FAX: (601) 960-8406 | www.mcglinchey.com
MAILING ADDRESS: POST OFFICE DRAWER 22949   JACKSON, MS 39225-2949