**MACWIS REPORTS**
Monthly
5TH of the Month

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3JGED1 | MWCURGED | Custody Children Age 14+ enrolled in 12th grade, college and GED training | Independent Living Unit | |
| MW3JAPC | 1. MWBAPC01<br>2. MWBAPC02 | 1. Children Age 14+ in Custody<br>2. Children Age 14+ Who Left Custody | Independent Living Unit | |
| MW3J504P | MWB17PLR | Custody Children Aged 17 ½ | Independent Living Unit | |
| MW3JCUS1 | MWCURCUS | Current Custody Listing | Administration Unit<br>Eligibility Unit<br>Foster Care Review Unit<br>County Offices | Criteria for pulling Placements are Incorrect; Revisions Needed |
| MW3JTPR1 | 1. MWCURTPR<br>2. MWCURTPRS | 1. Children who have Plan of Adoption and are Free for Adoption (Detail)<br>2. Children who have Plan of Adoption and are Free for Adoption (Summary) | Permanency Planning Unit<br>Adoption Unit | |
| MW3J503P | 1. MW14017A<br>2. MW14017S | 1. Children with Court Ordered TPR (Detail)<br>2. Children with Court Ordered TPR (Regional/State Summary) | Administration Unit<br>Permanency Planning Unit<br>Adoption Unit<br>Regional Offices | |
| MW3J148P | 1. MWZ0148B<br>2. MWZ0148S | 1. Custody Children with Missing Social Security Numbers (Detail)<br>2. Custody Children with Missing Social Security Numbers (State Summary) | Administration Unit<br>Regional Offices | 2 reports to be added to distribution |
| MW3J601P | MWZ078RB | Custody Children with Overdue Foster Care Review Conference | Foster Care Review Unit | |
| MW3J323B | 1. MWZ0323B<br>2. MWZ0323S | 1. Children who are Legally Freed for Adoption (Detail)<br>2. Children who are Legally Freed for Adoption (Age Summary) | Administration Unit<br>Adoption Unit | |

2/10/2005 11:34:47 AM

DHS 020101

EXHIBIT P

1

# MACWIS REPORTS
## Monthly
## 10TH of the Month

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3JNISP | MWZ0024B | Active cases with No Active ISP | Administration Unit MACWIS Director Regional Offices | |
| MW3JIVTP | 1. MWZ1268B1<br>2. MWZ1268B2<br>3. MWZ1268B3<br>4. MWZ1268B4 | 1. Adult & Child Investigation Timeliness Report (Detail)<br>2. Adult & Child Investigation Timeliness Report (Regional Summary)<br>3. Adult & Child Investigation Timeliness Report (State Summary)<br>4. Investigations with Narrative Errors by County & Worker | Administration Unit MACWIS Director Regional Offices | |
| MW3JSCPP | 1. MWZ050D1<br>2. MWZ050D2 | 1. Stability of Foster Care Placements / Shelter Care (Detail)<br>2. Stability of Foster Care Placements / Shelter Care (Summary) | Administration Unit MACWIS Director Regional Offices | |
| MW3J511P | 1. MWBLAST2<br>2. MWBLAST2B | 1. Custody Contact Report (Detail)<br>2. Custody Contact Report (Regional/State Summary) | Administration Unit MACWIS Director Regional Offices | |
| MW3J460P | 1. MWZ0461B<br>2. MWZ0462B<br>3. MWZ0463B | 1. New Adoption Contracts<br>2. Adoption Contracts which are Ended<br>3. Adoption Contracts to be reviewed | Adoption Unit | Unable to obtain until 02/05 |

2/10/2005 11:34:47 AM

2

DHS
020102

# MACWIS REPORTS
## Monthly
## 15TH of the Month

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3JOIVP | 1. MWZ12620<br>2. MWZ12621<br>3. MWZ12522<br>4. MWZ12623 | 1. Open Investigation Report (Report Summary)<br>2. Open Investigation Report (Adult & Child Detail)<br>3. Open Investigations Over 30 Days (County & Regional Summary)<br>4. Open Investigations Over 30 Days (State Summary) | Administration Unit<br>MACWIS Director<br>Regional Offices | |
| MW3JPLTP | 1. MWZ05081<br>2. MWZ05082<br>3. MWZ05083 | 1. Monthly Children in Custody by Placement Type (County/Regional Summary)<br>2. Annual Children in Custody by Placement Type (County/Regional Summary)<br>3. Exception/Error Report for Placements not Counted | Administration Unit<br>Regional Offices | Running annual on all : Check Parm |
| MW3JSP01 | MW12337P | Custody Race/Gender/Age Report | Administration Unit | |
| MW3JDCRP | MWZ0023B | Dormant Case Report | Administration Unit<br>Regional Offices<br>MACWIS Help Desk | |
| MW3J152P | 1. MWZ01411<br>2. MWZ01412 | 1. ASFA Exception Report<br>2. Permanency Planning (ASFA Compliance) Report | Administration Unit<br>Regional Offices<br>MACWIS Help Desk | |
| MW3J301P | 1. MWAANFAZ<br>2. MWAANFAZ2<br>3. MWAANFBZ<br>4. MWAANFCZ | 1. Adult Finding Report<br>2. Child Finding Regional/State Summary<br>3. Intake Screening Report<br>4. Child Finding Report | Administration Unit | |
| MW3J302P | MWAFYF1Z | Social Service Block Grant Monthly Report | Administration Unit | |
| MW3J303P | 1. MWBCHABR<br>2. MWBCHABU<br>3. MWBADABR<br>4. MWBADABU<br>5. MWBSCRRR<br>6. MWBSCRRU | 1. Child Intake Report (County/Region Summary)<br>2. Child Intake Report (Detail)<br>3. Adult Intake Report (County/Region Summary)<br>4. Adult Intake Report (Detail)<br>5. Screen-In/Screen-Out Report (Detail)<br>6. Screen-In/Screen-Out Report (State Summary) | Administration Unit<br>Regional Offices | |

2/10/2005 11:34:47 AM

3

DHS 020103

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3J305P | MWASSCM1 | Support Services by County and State | MACWIS Director | Need to add County Breackdown |
| MW3J306P | 1. MWASAW1Z<br>2. MWASAW4Z | 1. Workload Summary County Detail Report<br>2. State Workload Summary Report | Administration Unit<br>Family Preservation Unit<br>Regional & County Offices | |
| MW3J304P | MWAPMDFZ | Performance Measurement Report | Administration | |
| MW3J310P | 1. MWCURST2<br>2. MWCURST3<br>3. MWCURST4 | 1. Eligibility Status Report (Detail & Summary)<br>2. Eligibility Status Report – CWS (Detail & Summary)<br>3. Eligibility Status Report – IVE (Detail & Summary) | Eligibility Unit | |
| MW3J510P | MWBRD10B | Average Length of Time to Adoption (County/Regional Summary) | Administration Unit<br>Adoption Unit | Parm Card not set correctly (not updating) |
| MW3J525P | MWBRD05R | Custody Discharge Reason Report (County/Regional Summary) | Administration Unit<br>MACWIS Director<br>Regional Offices | |
| MW3J527P | 1. MWBRD07R<br>2. MWBRD08R | 1. Placement Count Report (State Summary)<br>2. Placement Count Report (County/Regional Summary) | Administration Unit<br>MACWIS Director<br>Regional Offices | |
| MW3J530P | MWBPRV02 | Count of Prevention ISP's (County/Regional Summary) | MACWIS Director | |
| MW3J531P | MWBPROT2 | Count of Protection ISP's (County/Regional Summary) | MACWIS Director | |
| MW3J540P | MWCLCUS2 | Children Exiting Custody by Transaction Date | Eligibility Unit<br>Foster Care Review Unit | |
| MW8J1412 | 1. MWREIMB1<br>2. MWREIMB2 | 1. Request for Reimbursement – Detail<br>2. Request for Reimbursement – Summary | MACWIS Director | |
| MW3JAS1P | 1. MWFASPRB<br>2. MWFASPRC<br>3. MWFASPRD | 1. Adoptive Home Payment Register<br>2. Adoption Cash Requirement Journal – Summary<br>3. Adoption Assistance SAAS Interface Journal Voucher | Adoption Unit<br>Client Payments<br>Administration Unit<br>Research & Statistics | |

DHS 020104

**MACWIS REPORTS**
Monthly
20TH of the Month

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3J505P | MWZSER2B5 | Quality Improvement 1: Placement Services | Quality Improvement | |
| MW3J506P | MWZSER2B6 | Quality Improvement 2: Protection & Prevention Services | Quality Improvement | |
| MW3J507P | MWZSER4B7 | Quality Improvement 3: Closed Direct Services | Quality Improvement | |
| MW3JC01B | 1.MWMCC02B  2.MWMCC04B | 1.Quality Improvement 4: Direct Services Opened  2.Quality Improvement 5: Direct Services Closed | Quality Improvement | |

2/10/2005 11:34:47 AM

5

DHS 020105

## MACWIS REPORTS
### Monthly
### Last Day of the Month

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW3JPCRP | 1. MWJPCRMB<br>2. MW3JPCR3 | 1. Pending FCR Conference Report<br>2. Exception/Error Report | Foster Care Review Unit Administration Unit | |
| MW8J1412 | 1. MWREIMB1<br>2. MWREIMB2 | 1. Request for Reimbursement – Detail<br>2. Request for Reimbursement – Summary | MACWIS Director | |

2/10/2005 11:34:47 AM

DHS 020106

MACWIS REPORTS
Quarterly
15TH of (Jan, Apr, Jul, Oct)

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW4JOCCP | 1. MWZ01420<br>2. MWZ01421<br>3. MWZ01422<br>4. MWZ01423 | 1. Open Custody Cases: Summary and Exception Report<br>2. Open Custody Cases: Length of Time Opened by Age (County/Regional & State)<br>3. Open Custody Cases: Length of Time Opened (Regional/County & State)<br>4. Closed Summary Page (Regional totals and State Average) | Administration Unit<br>MACWIS Director<br>Regional Offices | |
| MW4JICPP | 1. MWZ0241B1<br>2. MWZ0241B | Active Incoming ICPC Direct Services (County/Regional & State)<br>2. Incoming ICPC Exception / Error Report | Administration Unit<br>ICPC Unit | |
| MW4J502P | 1. MWBRD00R<br>2. MWBRD01R<br>3. MWBRD02R | 1. Does not produce any data<br>2. Count of Maltreated Children while in Custody (State)<br>3. Summary of Maltreated Children while in Custody (State) | Administration Unit | |
| MW4J503P | 1. MWBRD03R<br>2. MWBRD04R<br>3. MWBRD04B | 1. Children with RE-Entries Into Custody during Year<br>2. Listing of Children Re-Entering Custody<br>3. Number of Children Entering Custody and Plan (County/Regional & State) | Administration Unit<br>MACWIS Director<br>Regional Offices | Currently only runs for month. Check Perm Card; Needs modifications for quarter/year |
| MW4J514P | 1. MWBRD14Q<br>2. MWBRD15Y | 1. Medical, Dental & Psychological Report (Detail/County & State)<br>2. Medical, Dental & Psychological Report (Detail/County & State) | Administration Unit<br>Regional Offices | In process of corrective actions and modifications<br>NOT IN DISTRIBUTION |
| MW4J515P | MWBRD15Q | Educational Report (Detail) | Administration Unit<br>Regional Offices | In process of corrective actions and modifications<br>NOT IN DISTRIBUTION |
| MW4J516P | 1. MWBRD16A<br>2. MWBRD16Q | 1. Independent Living Recipient/Service Report<br>2. Independent Living Report: (County Detail) | Administration Unit<br>Regional Offices<br>Independent Living Unit | Report has not been Tested for Validity |

2/10/2005 11:34:47 AM

7

DHS
020107

**MACWIS REPORT**
Annual
15TH January

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW5JOCCP | 1. MWZ01424<br>2. MWZ01425<br>3. MWZ01426<br>4. MWZ01427 | 1. Open Custody Cases: Exception & Error Report<br>2. Open Custody Cases: Length of Time by Age (County, Regional & State)<br>3. Open Custody Cases: Length of Time by Years (County, Regional & State)<br>4. Closed Custody Cases: Length of Time (Regional & State) | Administration Unit<br>Regional Offices | |
| MW5J514P | MWBRD15Y | Medical, Dental & Psychological Report (Detail/County & State) | Administration Unit<br>Regional Offices | In process of corrective actions and modifications<br>NOT IN DISTRIBUTION |

2/10/2005 11:34:47 AM

8

DHS
020105

MACWIS REPORT
AD HOC

| JOB NAME | REPORT NAME | SHORT DESCRIPTION | DISTRIBUTION | ERROR/EXCEPTION |
|---|---|---|---|---|
| MW9J303P | 1. MWBINVGR<br>2. MWBINVG1<br>3. MWBINVG2<br>4. MWBINVG3<br>5. MWBSCRR1 | 5. Screen-In/Screen-Out Report for Year (Regional & State Summary)<br>6. | Administration Unit | |
| | 6.MWBSCRR2 | | | |
| MW9J501P | MWZ0500B | Count of placements in each facility type by State | Administration Unit | |
| MW9J14RP | 1. MWFREIRB1<br>2. MWFREIRB2 | 1. Request for Reimbursement by County (Summary)<br>2. Request for Reimbursement by County (Detail) | MACWIS Director | |
| MW9JCLOP | 1. MWBCLOP1 | 1. Children with Open Custody & No Case/Closed Case | Administration Unit | |
| | MWZ0246B | Adjustment to Foster Home Slots due to Closure from GPK | | |
| | MWOFCUS2 | Listing of Active Custody records with child age 18+ | Administration Unit | |
| | MWFFHPRB | Foster Board Payment Register | Administration Unit | Manual Process |
| | MWZ0560B | Active Foster/Adopt Homes with Missing Family Structure | Administration Unit | |
| | MWZ0140B | Listing of Active Custody with Missing Caretaker Structure | Administration Unit | |
| | MWZ050AB | End Placements for Closed Custody & Update Slots In Resource Directory | | |
| | MWZ124F2 | Screened In Intake/No Worker Assigned | Administration Unit | |
| | MWZCCl1B | Converted MSSIS Cases that have never been Processed | Administration Unit | |

DHS 020109

9