

**QUALITY IMPROVEMENT**

3rd Qtr FY 2002-2003

# State Quarterly Report In-Home Cases

Prepared By Ken Pilarski
Social Worker Advanced

DHS 009876



# Contents

Introduction ---------------------------------------------------------------- Page iii-iv

**Cases** ------------------------------------------------------------------- **Page 1**
Cases Reviewed ------------------------------------------------------- Page 1 (Table 1)
Cases Reviewed by Type ---------------------------------------------- Page 1 (Table 1A)

**Reports/Investigations** -------------------------------------------- **Pages 2-4**
Reports Screened-in and Assigned within 24 Hours ------------------- Page 3 (Table 2)
Investigations with Face-to-Face Contact with Victim ---------------- Page 3 (Table 3)
Approved Investigations without Findings, Recommendations, etc ----- Page 4 (Table 4)
Avg Number of Days to Submit, Approve, Complete Investigations ----- Page 4 (Table 5)

**Contacts** ----------------------------------------------------------- **Pages 5-7**
Contact Within Seven Days of Case Assignment ---------------------- Page 5 (Table 6)
Last Successful Face-to-Face Contact -------------------------------- Page 6 (Table 7)
Total Contacts and Face-to-Face Contacts --------------------------- Page 6 (Table 8)
Contacts with a Definitive Purpose or Objective --------------------- Page 7 (Table 9)
Monthly Contacts by Relationship ----------------------------------- Page 7 (Table 10)

**Assessment** --------------------------------------------------------- **Pages 8-10**
Initial Assessments with Risk, Safety and Well-Being Levels --------- Page 8 (Table 11)
Initial Assessment Adequately Addresses Allegation(s) --------------- Page 9 (Table 12)
Assessment Summary Considered Satisfactory ------------------------ Page 9 (Table 13)
Educational, Dental, Medical, Mental Health Issues Explored -------- Page 10 (Table 14)
Assessment Summary Updated at Closure ----------------------------- Page 10 (Table 15)

**Adult ISP** ---------------------------------------------------------- **Pages 11-14**
Goal Statements ------------------------------------------------------ Page 12 (Table 16)
Tasks Assigned ------------------------------------------------------- Page 12 (Table 17)
Achievement Criteria ------------------------------------------------- Page 13 (Table 18)
Initial Adult ISP Meetings Held -------------------------------------- Page 13 (Table 19)
Initial ISP Meeting Attendance and Tasks Assigned ------------------ Page 14 (Table 20)
Task Evaluations ----------------------------------------------------- Page 14 (Table 21)

**Well-Being** --------------------------------------------------------- **Pages 15-17**
Educational Issues Identified ---------------------------------------- Page 15 (Table 22)
Medical Issues Identified -------------------------------------------- Page 16 (Table 22A)
Dental Issues Identified --------------------------------------------- Page 16 (Table 22B)
Family Stress Factors Identified ------------------------------------- Page 17 (Table 22C)
Mental Health Issues Identified -------------------------------------- Page 17 (Table 22D)

DHS
009877

## Introduction

Welcome to the first State Quality Improvement Quarterly Report. This report deals solely with what is referred to as "In-Home Cases" - Prevention/Protection Service Cases and Adult Protective Service Cases. (A separate State Quality Improvement Quarterly Report will be issued dealing solely with the Placement Cases reviewed by Quality Improvement). The data contained in this report is based on case record reviews that were conducted in seven of the nine Regions designated by the Division of Children & Family Services, and involved a total of 61 counties (72.6 percent). The seven Regions included in this report are I West, II, IV, V, VI North, VI South, and VII.

The data for this report was collected during the third quarter of the current fiscal year (January through March 2003). A total of 263 Prevention/Protection and Adult Protective Service Cases were reviewed for this report, which averages out to 4.3 cases reviewed per county. The cases reviewed for this report were all newly active cases that had been opened for service (became active) approximately 6-10 months from the date of opening. In other words, the cases that were reviewed for this report were opened (became active), either for the first time or the most recent time, between November 1, 2001 and September 30, 2002. In order to be eligible for review, a case must have been in open (active) status during the sample period for a minimum of 30 days.

This report is one of a series of Quality Improvement reports. In addition to this report, the State Report, the other reports are - Case Reports, County Reports, and Regional Reports. Each of these reports looks at the information collected from a slightly different perspective, and are each targeted for a particular audience or group, but are by no means limited to any one group or audience. The targeted audience for this report, the State Report, is primarily State Office personnel and the Regional Directors. The Case Reports are targeted for social workers and county supervisors, the County Reports are targeted for supervisors and Regional Directors and the Regional Reports are targeted for Regional Directors.

The data in this report is presented through a series of tables and explanatory text dealing with a number of specific elements of practice and policy, as well as state and federal laws. The report is divided into nine (9) clearly marked sections dealing with such aspects as the report/investigation process, contacts with the family, the assessment process, issues of well-being for children and families, the Adult ISP, etc.

The data presented in this report does not represent all the information that has been collected through the Quality Improvement case record review process. A much larger report would be required to show every bit of information collected. Hopefully, the

iii

DHS
009879