## DIRECT SERVICE PRIMARY CLIENTS BY REGION

*Effective January 2004*  *revised*

| REGION | COUNTY | SERVICE | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | ADOPT | A PROT | ICPC | INV | PLACEMENT | PREVENTION | PROTECTION | |
| 1E | Clay | 5 | 1 | 0 | 18 | 57 | 25 | 1 | 107 |
| 1E | East Chickasaw | 3 | 0 | 0 | 1 | 3 | 8 | 0 | 15 |
| 1E | Itawamba | 1 | 0 | 0 | 12 | 42 | 23 | 1 | 79 |
| 1E | Lee | 9 | 2 | 2 | 66 | 85 | 89 | 9 | 262 |
| 1E | Monroe | 12 | 3 | 1 | 21 | 85 | 102 | 34 | 258 |
| 1E | Pontotoc | 1 | 0 | 0 | 17 | 66 | 33 | 0 | 117 |
| 1E | Prentiss | 4 | 4 | 0 | 17 | 73 | 55 | 4 | 157 |
| 1E | Tishomingo | 4 | 0 | 3 | 7 | 49 | 30 | 0 | 93 |
| 1E | Union | 1 | 0 | 0 | 16 | 32 | 26 | 1 | 76 |
| 1E | Webster | 0 | 1 | 0 | 6 | 10 | 18 | 5 | 40 |
| 1E | West Chickasaw | 1 | 7 | 0 | 12 | 41 | 107 | 17 | 185 |
| | **TOTAL** | 41 | 18 | 6 | 193 | 543 | 516 | 72 | 1389 |
| 1W | Alcorn | 0 | 0 | 2 | 18 | 56 | 30 | 0 | 106 |
| 1W | Benton | 0 | 0 | 0 | 5 | 4 | 14 | 0 | 23 |
| 1W | Calhoun | 0 | 6 | 0 | 13 | 4 | 19 | 3 | 45 |
| 1W | Desoto | 1 | 0 | 12 | 25 | 181 | 123 | 12 | 354 |
| 1W | Lafayette | 3 | 0 | 3 | 12 | 26 | 17 | 6 | 67 |
| 1W | Marshall | 2 | 0 | 4 | 13 | 72 | 35 | 1 | 127 |
| 1W | Panola | 0 | 0 | 2 | 17 | 38 | 14 | 1 | 72 |
| 1W | Tate | 9 | 0 | 0 | 9 | 31 | 4 | 0 | 53 |
| 1W | Tippah | 2 | 0 | 0 | 11 | 19 | 21 | 4 | 57 |
| 1W | Tunica | 3 | 0 | 1 | 4 | 13 | 8 | 7 | 36 |
| | **TOTAL** | 20 | 6 | 24 | 127 | 444 | 285 | 34 | 940 |
| 2 | Coahoma | 3 | 5 | 3 | 17 | 71 | 57 | 11 | 167 |
| 2 | East Bolivar | 2 | 3 | 0 | 18 | 53 | 125 | 53 | 252 |
| 2 | Grenada | 0 | 0 | 3 | 11 | 31 | 30 | 8 | 83 |
| 2 | Humphreys | 0 | 2 | 1 | 4 | 43 | 18 | 11 | 79 |
| 2 | Quitman | 0 | 0 | 2 | 0 | 11 | 21 | 3 | 37 |
| 2 | Sunflower | 1 | 0 | 2 | 8 | 55 | 37 | 11 | 115 |
| 2 | Tallahatchie | 0 | 1 | 2 | 13 | 21 | 19 | 9 | 65 |
| 2 | Washington | 12 | 1 | 14 | 25 | 78 | 284 | 161 | 575 |
| 2 | West Bolivar | 3 | 0 | 5 | 6 | 6 | 28 | 8 | 56 |
| 2 | Yalobusha | 5 | 0 | 0 | 0 | 13 | 8 | 6 | 32 |
| | **TOTAL** | 26 | 12 | 32 | 101 | 382 | 627 | 281 | 1461 |
| 3 | Attala | 2 | 0 | 1 | 13 | 9 | 37 | 12 | 74 |
| 3 | Carroll | 0 | 1 | 0 | 1 | 9 | 15 | 6 | 32 |
| 3 | Holmes | 0 | 2 | 1 | 20 | 15 | 25 | 8 | 71 |
| 3 | Issaquena | 0 | 1 | 0 | 3 | 0 | 1 | 0 | 5 |
| 3 | Leake | 0 | 0 | 0 | 21 | 19 | 15 | 6 | 61 |
| 3 | Leflore | 0 | 0 | 3 | 11 | 40 | 51 | 6 | 111 |
| 3 | Madison | 2 | 0 | 0 | 50 | 99 | 43 | 17 | 211 |
| 3 | Montgomery | 0 | 3 | 0 | 7 | 5 | 13 | 11 | 39 |
| 3 | Rankin | 2 | 0 | 0 | 37 | 86 | 67 | 78 | 270 |
| 3 | Scott | 0 | 0 | 3 | 23 | 22 | 16 | 0 | 64 |
| 3 | Sharkey | 0 | 0 | 0 | 1 | 3 | 5 | 0 | 9 |
| 3 | Yazoo | 0 | 0 | 1 | 14 | 114 | 69 | 3 | 201 |
| | **TOTAL** | 6 | 7 | 9 | 201 | 421 | 357 | 147 | 1149 |
| 4 | Choctaw | 0 | 0 | 0 | 5 | 4 | 1 | 0 | 10 |
| 4 | Clarke | 3 | 1 | 0 | 12 | 33 | 19 | 0 | 68 |
| 4 | Jasper | 5 | 1 | 3 | 0 | 19 | 13 | 10 | 51 |
| 4 | Kemper | 0 | 0 | 1 | 2 | 14 | 4 | 0 | 21 |
| 4 | Lauderdale | 2 | 0 | 6 | 49 | 126 | 91 | 23 | 297 |
| 4 | Lowndes | 10 | 5 | 1 | 11 | 119 | 43 | 4 | 193 |
| 4 | Neshoba | 0 | 0 | 0 | 10 | 39 | 15 | 0 | 64 |
| 4 | Newton | 0 | 2 | 0 | 6 | 21 | 14 | 7 | 50 |
| 4 | Noxubee | 0 | 0 | 0 | 1 | 8 | 6 | 0 | 15 |
| 4 | Oktibbeha | 3 | 0 | 0 | 4 | 31 | 13 | 0 | 51 |
| 4 | Smith | 2 | 0 | 2 | 8 | 8 | 4 | 5 | 29 |
| 4 | Wayne | 2 | 2 | 0 | 24 | 21 | 32 | 5 | 86 |
| 4 | Winston | 0 | 0 | 0 | 7 | 72 | 29 | 0 | 106 |
| | **TOTAL** | 27 | 11 | 13 | 139 | 515 | 284 | 54 | 1043 |



EXHIBIT
4

DHS
020023

## DIRECT SERVICE PRIMARY CLIENTS BY REGION
### Effective January 2004

| REGION | COUNTY | SERVICE | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | ADOPT | A PROT | ICPC | INV | PLACEMENT | PREVENTION | PROTECTION | |
| 5 | Adams | 11 | 1 | 1 | 22 | 149 | 75 | 52 | 311 |
| 5 | Amite | 0 | 3 | 0 | 7 | 19 | 18 | 13 | 60 |
| 5 | Claiborne | 0 | 2 | 2 | 9 | 12 | 19 | 7 | 51 |
| 5 | Coplah | 6 | 6 | 3 | 18 | 49 | 46 | 9 | 137 |
| 5 | Franklin | 0 | 0 | 0 | 5 | 23 | 17 | 7 | 52 |
| 5 | Jefferson | 0 | 0 | 0 | 6 | 10 | 8 | 1 | 25 |
| 5 | Jefferson Davis | 0 | 0 | 0 | 3 | 18 | 15 | 0 | 36 |
| 5 | Lawrence | 0 | 0 | 0 | 3 | 17 | 29 | 6 | 66 |
| 5 | Lincoln | 2 | 1 | 3 | 14 | 38 | 19 | 3 | 80 |
| 5 | Pike | 2 | 2 | 3 | 30 | 67 | 102 | 48 | 254 |
| 5 | Simpson | 3 | 2 | 0 | 13 | 117 | 44 | 28 | 207 |
| 5 | Walthall | 1 | 0 | 0 | 3 | 24 | 24 | 18 | 70 |
| 5 | Wilkinson | 1 | 0 | 0 | 4 | 31 | 17 | 10 | 63 |
| | TOTAL | 26 | 17 | 12 | 137 | 574 | 433 | 202 | 1401 |
| 6N | Covington | 1 | 1 | 0 | 11 | 28 | 20 | 9 | 68 |
| 6N | Forrest | 22 | 0 | 4 | 10 | 293 | 33 | 13 | 375 |
| 6N | George | 0 | 0 | 0 | 4 | 18 | 21 | 3 | 46 |
| 6N | Greene | 1 | 0 | 0 | 9 | 13 | 10 | 0 | 33 |
| 6N | Jones | 11 | 3 | 1 | 60 | 76 | 64 | 33 | 247 |
| 6N | Lamar | 4 | 0 | 1 | 19 | 47 | 34 | 0 | 105 |
| 6N | Marion | 8 | 0 | 4 | 10 | 15 | 5 | 7 | 49 |
| 6N | Pearl River | 4 | 1 | 1 | 43 | 147 | 114 | 5 | 315 |
| 6N | Perry | 4 | 0 | 0 | 7 | 45 | 15 | 3 | 74 |
| 6N | Stone | 0 | 0 | 0 | 9 | 109 | 31 | 7 | 156 |
| | TOTAL | 55 | 5 | 11 | 182 | 788 | 347 | 80 | 1488 |
| 6S | Hancock | 5 | 5 | 4 | 16 | 121 | 40 | 18 | 209 |
| 6S | Harrison | 34 | 3 | 27 | 209 | 432 | 226 | 299 | 1230 |
| 6S | Jackson | 13 | 2 | 4 | 122 | 284 | 196 | 162 | 783 |
| | TOTAL | 52 | 10 | 35 | 347 | 837 | 462 | 479 | 2222 |
| 7 | Hinds | 52 | 2 | 18 | 109 | 347 | 173 | 120 | 821 |
| 7 | Warren | 5 | 0 | 3 | 49 | 103 | 39 | 38 | 237 |
| | TOTAL | 57 | 2 | 21 | 158 | 450 | 212 | 158 | 1058 |
| | STATE TOTAL | 310 | 88 | 163 | 1585 | 4954 | 3523 | 1507 | 12130 |

*OCC = Other County Covering Caseload

DHS
020024