

**STATE OF MISSISSIPPI**
DAVID RONALD MUSGROVE, GOVERNOR
**DEPARTMENT OF HUMAN SERVICES**
THELMA W. BRITTAIN
EXECUTIVE DIRECTOR

RECEIVED
2003 DEC -9 AM 11: 30
FAMILY & CHILDREN SERVICES

# MEMORANDUM

TO: Wanda Gillom, Deputy Director
Division of Family and Children's Services
Gloria Salters, Bureau Director
Division of Family and Children's Services

FROM: Linda Barnes, Acting Director
Division of Budgets and Accounting

DATE: Revised December 8, 2003

RE: Attached Personnel Actions

---

Per discussions with Mrs. Brittain and Mr. Bennett, the attached personnel actions (219s) are being returned due to insufficient funding.

Any 219 for the Social Worker positions that are funded by SB 2327 should be charged 100%. All other 219s that are charged to General Funds and TANF should be held until a decision is made concerning the TANF grant.

LB:ja

c: Mrs. Brittain
Joe Bennett
Peter Boulette
Debra Dixon