


### Child Welfare Reviews

# Children's Bureau
## Child and Family Services Review
## Key Findings Report
## Mississippi Department of Human Services
## Family and Children's Services

The Children's Bureau and the Administration for Children and Families (ACF) administer the child and family services reviews. The reviews comprise two phases: (1) the Statewide Assessment, during which the State analyzes its child welfare data and practice, and (2) the onsite review, during which Federal and State teams examine outcomes for children and families by conducting case record reviews and case-related interviews, and assess State systemic issues through stakeholder interviews.

Following the onsite review, Federal staff prepare a Final Report, which is provided to the State not more than 30 days after the onsite review or resolution of a discrepancy. States are provided a courtesy copy of the Final Report before the official Final Report is issued. In order for the State to be found in substantial conformity in any one of the seven outcomes reviewed, the outcome must be determined to be substantially achieved in 95 percent (90 percent during the first review) of the cases reviewed. States that are found not to be in conformity on any of the seven outcomes or seven systemic factors must prepare a Program Improvement Plan (PIP) that includes action steps and benchmarks for bringing the State into conformity. The PIP is due not more than 90 days after the State receives the courtesy copy of the Final Report. This report presents key findings from the Mississippi Final Report of the review.

**I. Identifying Information and Review Dates**

**ACF Region:** IV

**Date of Onsite Review:** February 9-13, 2004

**Period Under Review:** October 1, 2002-February 9, 2004

**Date Final Report Issued:** May 18, 2004

**Date Program Improvement Plan Due:** August 16, 2004

**Date Program Improvement Plan Approved:** April 1, 2005

**Estimated Penalty:** $982,308

