IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al                                                                  PLAINTIFFS

vs                                                             CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                         DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given that Defendants Billy Mangold has caused to be served in the above matter the following:

**Defendant's Interrogatories to Plaintiff**

This, the 27th day of May, 2005.

       Respectfully submitted,

       **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

       **MCGLINCHEY STAFFORD, PLLC**


       __/s/ Betty A. Mallett_____
       By: Betty A. Mallett (MSB #8867)

178545.1

1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:  W. Wayne Drinkwater, Jr. Esq., Melody McAnally, Esq., Stephen H. Leech, Esq., Eric E. Thompson, Esq., and Harold E. Pizzetta, III.

     I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Corene Kendrick, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, NY  10016

Eric S. Manne
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

    **SO CERTIFIED**, this the 27th day of May, 2005.

                                           _/s/ Betty A. Mallett_____
                                             Betty A. Mallett