**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

OLIVIA Y., et al                                                                    PLAINTIFFS

vs                                                          CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                    DEFENDANTS

---

## NOTICE OF SERVICE

---

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold

have caused to be served, in the above-styled matter, the following:

**Defendants' Responses to Plaintiffs' 5th Requests for Production of Documents**

This, the 31st day of May, 2005.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of**
**Mississippi; DONALD TAYLOR, as Executive Director**
**of the Department of Human Services; and**
**BILLY MANGOLD as Director of the Division of**
**Family and Children's Services**

**MCGLINCHEY STAFFORD, PLLC**


     /s/ Betty A. Mallett
By:     Betty A. Mallett (MSB #8867)

178605.1

1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
City Centré South, Suite 1100
200 South Lamar Street (39201)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: W. Wayne Drinkwater, Jr. Esq., Melody McAnally, Esq., Stephen H. Leech, Esq., Eric E. Thompson, Esq., and Harold E. Pizzetta, III.

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Corene Kendrick, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, NY 10016


Eric S. Manne
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the 31st day of May, 2005.

_/s/ Betty A. Mallett_____
Betty A. Mallett