IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al*.                                                                                          PLAINTIFFS

V.                                                                            CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*            DEFENDANTS

**MOTION FOR ADMISSION PRO HAC VICE**
**OF TARA S. CREAN**

Plaintiffs, by and through their undersigned counsel and pursuant to Rule 83.1(A)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, apply to this Court for an order permitting Tara S. Crean, to be admitted pro hac vice by comity for this case.

Ms. Crean is not a member of the Mississippi bar and is not authorized to practice before the Mississippi Supreme Court. Ms. Crean was admitted to practice law in Massachusetts in 1997, in New York in 1998, and in Pennsylvania in 1998, and is a member in good standing of all. Ms. Crean is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.  A copy of Ms. Crean's Certificate of Good Standing for the U.S. District Court from the Southern District of New York is attached as Exhibit A.

A certification that Ms. Crean has read and is familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi is attached as Exhibit B.

Ms. Crean has associated with the undersigned counsel, who are members of the bar of this Court, as counsel for Plaintiffs.

WHEREFORE, Plaintiffs respectfully request this Court grant this Motion for Admission Pro Hac Vice of Tara S. Crean.

Respectfully submitted, this the 6th day of June, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 Capital Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

*PLAINTIFFS' COUNSEL*

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally