SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

_____TARA SIOBHAN CREAN_____ , Bar # _____TC5207_____

was duly admitted to practice in this Court on

_____FEBRUARY 26th, 2002_____ , and is in good standing

as a member of the Bar of this Court.

Dated at _____500 Pearl Street, New York, New York_____   on   _____APRIL 28th, 2005_____

**J. MICHAEL McMAHON**
Clerk

by _____[signature]_____
Deputy Clerk



EXHIBIT "A"