## CERTIFICATION

I, Tara S. Crean, certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

*Tara S. Crean*
Tara S. Crean

**EXHIBIT "B"**