IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                           PLAINTIFFS

v.                                                                   CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

**NOTICE OF WITHDRAWAL OF NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that the deposition upon oral examination of Gloria Salter, Director, Eligibility Bureau, Placement Unit of Mississippi Division of Family and Children's Services, scheduled for Wednesday, June 29, 2005, beginning at 8:30 a.m., at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, has been cancelled by counsel for plaintiffs.  Plaintiffs reserve the right to re-notice this deposition as they deem necessary.

RESPECTFULLY SUBMITTED, this, the 10th day of June, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
Telephone:  (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        Corene Kendrick (MBN 43989 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Avenue South
        New York, New York 10016
        Telephone: (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        Eric Manne (MBN 43988 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, New York 10154
        Telephone: (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                /s Melody McAnally_____