# EXHIBIT "A"

## Summary of Documents Produced in Response to Plaintiffs' Requests

## SUMMARY OF DISCOVERY REQUESTS/RESPONSES
## as of June 3, 2005

06/03/04    Court Ordered Disclosure of Named Plaintiffs' Case Files from -- AG's Office
               Total   > 7789 pages

**12/17/04   Plaintiff's 1st Request for Production of Documents**
35 Requests Propounded,
35 Requests Responded to on March 4, 2005
Requests #7, 8, 9, 20 and 29 Supplemented on March 23, 2005
Requests #2 and 5 Supplemented on April 11, 2005
               Total   26,516 pages so far

**12/22/04   Plaintiff's 2nd Request for Production of Documents**
2 Requests Propounded
2 Requests Responded to on January 24, 2005
               Total   0  so far

12/28/04    Defendants' Initial Disclosures to Plaintiffs w/ Privilege Log
               Total   1130 pages*  does not include disclosures without corresponding pages

12/28/04    Defendants' Supplementation of Computerized Documentation and Case Records of Named Plaintiffs
Supplemented on January 14, 2005
Supplemented on April 11, 2005
               Total   1120 pages so far with privilege logs

**02/02/05   Plaintiffs' Third Request for Production of Documents**
25 Requests Propounded
25 Requests Responded to on April 3, 2005
Request #16 Supplemented on March 11, 2005
               Total   2155 pages so far with privilege logs

**04/14/05   Plaintiffs' 1st Interrogatories to Defendants**
23 Interrogatories Propounded
23 Interrogatories Responded to on May 24, 2005
               Total   1264 pages

**04/14/05   Plaintiffs' 4th Request for Production of Documents**
4 Requests Propounded
4 Requests Responded to on May 24, 2005
               Total   1788 pages so far

**04/20/05   Plaintiff's 5th Request for Production of Documents**
13 Requests Propounded
13 Requests Responded to on May 31, 2005
               Total   1792 pages so far