# EXHIBIT "B"

**List of Documents Produced in Response to all of Plaintiffs' Requests for Production of Documents**