# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**JAMES D. JOHNSON, as next friend to Olivia Y.; CARLA LEWIS, as next friend to Jamison J. and SYLVIA FORSTER, as next friend to Desiree, Renee, Tyson and Monique P.**                               **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR; DONALD TAYLOR, as Executive Director of the Department of Human Services and BILLY MANGOLD, as Director of the Division of Family and Children's Services**                               **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Request for Production of Documents. The Plaintiffs' Motion properly sets out the individual Requests about which issues remain, pursuant to Unif. Local R. 37.1(B). The Defendants have wholly failed to respond to that Motion by request, but have merely presented a global argument that they have produced many documents and that ought to be sufficient. They have also referred the court to exhibits that purportedly demonstrate that discovery has been adequate. The court has no intention of sifting through documents to determine whether the Defendants' discovery responses were adequate, nor can the court issue an informed opinion based on "Rules 26, 34 and 37, the Court's sound discretion and common sense." Given the importance of this case, however, rather than simply grant the Plaintiffs' Motion, the court will permit the Defendants to submit a proper response to the Motion to Compel, describing the production that was made to each request or demonstrating the applicability of any privilege or other argument against

production.

IT IS, THEREFORE, ORDERED that the Defendants shall submit a revised response to the Plaintiffs' Motion to Compel Documents on or before June 24, 2005. The Plaintiffs shall submit any rebuttal pleading on or before June 29, 2005.

IT IS SO ORDERED, this the 15th day of June, 2005.

s/Alfred G. Nicols, Jr.  
UNITED STATES MAGISTRATE JUDGE