### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**OLIVIA Y., et al.**                                                                 **PLAINTIFFS**

**v.**                                                        **CIVIL ACTION No. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                                          **DEFENDANTS**

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on this date Plaintiffs served on Defendants the following:

1.      Plaintiffs' Responses to Defendants' First Set of Interrogatories.

Respectfully submitted, this 27th day of June, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MSB # 6193)
Melody McAnally (MSB # 101236)
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*PLAINTIFFS' COUNSEL*

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.

4/57004.1

Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                        s/ Melody McAnally