# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis; AND
DESIREE, RENEE, TYSON, AND MONIQUE P.,
by and through their next friend, Sylvia Forster; on their
own behalf and on behalf of all others similarly situated                    PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD,
as Director of the Division of Family and Children's Services               DEFENDANTS

### PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN PISKORA

COME NOW Plaintiffs and, pursuant to Rule 83.1(A)(2) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, moves the Court for an Order admitting John A. Piskora *pro hac vice* as additional counsel for Plaintiffs, and would show the Court the following:

1.   John A. Piskora is a non-resident who is not a member of the Mississippi Bar and is not authorized to practice before the Mississippi Supreme Court.

2.   He is a member of the law firm Loeb & Loeb LLP, located at 345 Park Avenue, New York, New York 10154. His telephone number is (212) 407-4000. His facsimile number is (212) 407-4990.

3.   He is familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. *See* Affidavit of John A. Piskora, attached as Exhibit 1.

4. He is a member in good standing of the New York Bar and has been licensed to practice in New York since 2001. He is admitted to practice in the United States District Court for the Southern District of New York, as evidenced in the Certificate of Good Standing, attached as Exhibit 2.

5. John A. Piskora will be associated with Melody McAnally, a member in good standing with the Mississippi Bar. Her Mississippi State Bar number is 101236. Her office address is Suite 450, One Jackson Place, 188 East Capitol Street, Post Office Box 1789, Jackson, Mississippi, 39215. Her direct telephone number is (601) 592-9944. Her facsimile number is (601) 592-1444.

WHEREFORE, Plaintiffs requests that the Court issue an Order admitting John A. Piskora, *pro hac vice*, and for such other relief as may be justified.

Respectfully submitted, this the 30th day of June, 2005.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)

         Christian Carbone (MBN 43986 *pro hac vice*)
         Eric Manne (MBN 43988 *pro hac vice*)
         LOEB & LOEB LLP
         345 Park Avenue
         New York, NY 10154
         Telephone: (212) 407-4000

         *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

         s/ Melody McAnally