# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis; AND
DESIREE, RENEE, TYSON, AND MONIQUE P.,
by and through their next friend, Sylvia Forster; on their
own behalf and on behalf of all others similarly situated                    PLAINTIFFS

V.                                                        CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD,
as Director of the Division of Family and Children's Services                DEFENDANTS

## AFFIDAVIT OF JOHN A. PISKORA

STATE OF NEW YORK

COUNTY OF NEW YORK

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said county and state, the within named JOHN A. PISKORA, who, after being first duly sworn, did depose and say:

1. My name is John A. Piskora. I am over the age of 21 and otherwise competent to make this affidavit. I make this affidavit of my own personal knowledge in support of Plaintiffs' motion for admission of non-resident attorney pro hac vice.

2. I am an attorney who has been licensed to practice in the State of New York since December 12, 2001, and the State of New Jersey since January 30, 2002..

3. I am currently in good standing with the New York and New Jersey Bars.


EXHIBIT

4. I am currently admitted to practice before the United States District Court for the Southern District of New York and the District of New Jersey, as evidenced by the Certificates of Good Standing attached as Exhibits 1-2.

5. No disciplinary proceedings or criminal charges have been instituted against me.

6. I have read and am familiar with the Uniform Local Rules of the District Courts of Mississippi, as well as the Uniform Civil Justice Expense and Delay Reduction Plan for the United States District Courts for the Northern and Southern Districts of Mississippi.

Further, affiant sayeth not.

_____
JOHN A. PISKORA

SWORN TO AND SUBSCRIBED BEFORE ME, this, the 24th day of June, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

MARK J. GOLDBERG
Notary Public, State of New York
No. 02GO5027417
Qualified in New York County
Commission Expires May 9, 2006

2