# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__JOHN  ANTHONY  PISKORA__, Bar # __---__

was duly admitted to practice in this Court on

__MAY  10th,  2005__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__   on   __June 27th, 2005__

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk

EXHIBIT "2"