IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al.**                                                                 **PLAINTIFFS**

**VS.**                                                        **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                                                   **DEFENDANTS**

### NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor and Billy Mangold have caused to be served in the above matter the following:

**First Set Of Requests For Production Of Documents To Plaintiffs Propounded By Defendants**.

This, the **1st** day of **July**, **2005**.

                Respectfully submitted,

                **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

                **MCGLINCHEY STAFFORD, PLLC**

                _____/s/ Dewitt L. Fortenberry, Jr._____
                        Dewitt L. Fortenberry, Jr.

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

180836.1

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Amy Kebert Elder (MSB #99149)
Gretchen Zmitrovich (MSB #101470)
Post Office Box 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
Corene Kendrick, Esq.
Tara Crean
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

2

Marcia Robinson Lowry, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York  10016

Eric S. Manne
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **1st** day of **July**, **2005**.


_____/s/ Dewitt L. Fortenberry,  Jr._____
Dewitt L. Fortenberry, Jr.