IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.             PLAINTIFFS

v.             CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

**AMENDED CASE MANAGEMENT ORDER**

IT IS HEREBY ORDERED that the Case Management Order is amended AS FOLLOWS:

1. **Trial Scheduling Deadlines:**

    A. **Trial:** This action is set for trial commencing on _____.

    B. **Pretrial:** The pretrial discovery conference is set on _____.

    C. **Discovery:** All fact discovery shall be completed by October 13, 2005; all expert discovery shall be completed by December 8, 2005.

    D. **Experts:** The parties' experts shall be designated by the following dates:

    a. Plaintiffs: October 13, 2005

    b. Defendants: November 14, 2005

    E. **Trial Motions:** All motions other than motions *in limine* shall be filed by December 22, 2005.

IT IS SO ORDERED, this the _____ day of _____, 2005.

_____
United States Magistrate Judge

4/58478.1

EXHIBIT C

Prepared and Submitted By:

/s Melody McAnally
Melody McAnally (MBN 101236)
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

4/58478.1