IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.,                                                                                                 PLAINTIFFS

V.            CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.,            DEFENDANTS

**NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES**

      Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and Rule 26.1(A)(1) of the Uniform Local Rules of the United States District Courts of the Northern and Southern Districts of Mississippi, the Plaintiffs submit the following supplemental initial disclosure to Defendants.

(1)     Bates-stamped copies of all treatment documents produced by Catholic Charities of Jackson to Plaintiffs' counsel regarding Named Plaintiff Jamison J.

RESPECTFULLY SUBMITTED, this the 14th day of July, 2005.

        /s Melody McAnally
        W. Wayne Drinkwater, Jr. (MBN 6193)
        Melody McAnally (MBN 101236)
        BRADLEY ARANT ROSE & WHITE LLP
        188 East Capital St., Suite 450
        Jackson, MS 39201
        Telephone:  (601) 948-8000
        Facsimile:  (601) 948-3000

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone:  (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Corene Kendrick (MBN 43989 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Ave. South

New York, NY 10016
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr, Esq.
McGlinchey Stafford, PLLC
200 South Lamar St., Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High St.
Jackson, MS 39201

*Attorneys for Defendants*

s/ Melody McAnally