

# CHILDREN'S RIGHTS

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Harvey Keitel
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

July 5, 2005

VIA FAX – (601) 352-7757
and REGULAR MAIL

Mr. Rusty Fortenberry
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar St.
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Mr. Fortenberry:

    Pursuant to our conversation of June 28, 2005, my letter of same date, and yours of July 1, 2005, I enclose a proposed Joint Motion For An Amended Case Management Order. If it meets with your approval please endorse and forward to our local co-counsel Ms. McAnally for filing.

    We are aware that should the Court agree to the proposed extensions it may require adjustment of the pretrial and trial dates as well, but it seems the better practice to leave this to the Court's discretion and calendar.

    Please let me know if you have any questions as to the above.

                                 Sincerely yours,

                                   Eric Thompson / gk

                                   Eric Thompson
                                   Counsel for Plaintiffs

Encl.
cc:   Wayne Drinkwater & Melody McAnally, Bradley Arant
      Stephen Leech, Esq.
      John Lang, Loeb & Loeb

**EXHIBIT**
"C"

404 Park Avenue South, New York, NY 10016
Tel: 212-683-  Fax: 212-6  -4015 • info@childrensrights.org • www.childrensrights.org