# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y.; CARLA LEWIS, as next friend to Jamison J. and SYLVIA FORSTER, as next friend to Desiree, Renee, Tyson and Monique P. | **PLAINTIFFS** |
| VS. | **CIVIL ACTION NO. 3:04CV251LN** |
| HALEY BARBOUR; DONALD TAYLOR, as Executive Director of the Department of Human Services and BILLY MANGOLD, as Director of the Division of Family and Children's Services | **DEFENDANTS** |

## ORDER

This matter came before the court on the Defendants' Motion to Amend Case Management Order and for Continuance of Trial Date. The Plaintiffs agree that some deadlines need to be extended, but argue against moving the trial date. However, adopting the schedule proposed by either side would extend the motion deadline to December 22, 2005, or February 5, 2006. Under either schedule, briefing on motions filed on those dates would not be completed before the Pretrial Conference, which is currently scheduled for January 12, 2006. Thus, the court cannot grant the extensions requested by either side without moving this case to the next available trial calendar and adjusting all other deadlines accordingly. Additionally, because the Plaintiffs are being given a substantial extension of the deadline within which to designate their experts, the Defendants will be permitted sixty days thereafter to designate defense experts.

IT IS, THEREFORE, ORDERED that the Defendants' Motion to Amend Case Management Order and for Continuance of Trial Date is hereby **granted**, and the Case Management Plan Order previously entered in this matter is amended as follows:

1. The trial of this matter will be held on the trial calendar that begins on May 1, 2006, and ends on May 12, 2006.

2. The pretrial conference will be held on April 10, 2006.

3. Discovery shall be completed by January 1, 2006.

4. The Plaintiff shall designate experts by October 1, 2005.

5. The Defendant shall designate experts by December 1, 2005.

6. The deadline for submitting motions, other than motions *in limine*, is January 15, 2006.

IT IS SO ORDERED, this the 20th day of July, 2005.

                                                    s/Alfred G. Nicols, Jr.
                                      UNITED STATES MAGISTRATE JUDGE