## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JAMES D. JOHNSON, et al.                   PLAINTIFFS

VS.                   CIVIL ACTION NO. 3:04cv351LN

HALEY BARBOUR, et al.                   DEFENDANTS

### GOOD FAITH CERTIFICATE

Counsel in this case hereby certify that they have conferred in good faith in an effort to resolve the issues in question and it is necessary to file a motion entitled: Motion for Protective Order and Motion to Quash Plaintiffs' Deposition Notice for Billy Mangold.

Counsel further certify:

___ (1) The filed motion is unopposed by all parties.
___ (2) The filed motion is unopposed by _____.
_X_ (3) The filed motion is opposed by Plaintiffs.

This the 22 day of July, 2005.

_Marcia Robinson Lowry_
(Signature)

Marcia Robinson Lowry (MSB#43991)
(Typed name and Bar no.) Attorney for Plaintiffs

_Betty A. Mallett_
(Signature)

Betty A. Mallett (MSB# 8867)
*Attorney for Defendants*

181988.1

EXHIBIT "A"