```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                      JACKSON DIVISION
 3
      OLIVIA Y., ET AL.
 4                                              PLAINTIFFS
 5
      V.                    CIVIL ACTION NO. 3:04CV251LN
 6
 7    HALEY BARBOUR, AS
      GOVERNOR OF THE STATE OF
 8    MISSISSIPPI, ET AL.
                                                DEFENDANTS
 9
10
         VIDEO DEPOSITION OF NELSON V. "BILLY" MANGOLD
11
12    Taken at the instance of the Plaintiffs at Bradley,
      Arant, Rose & White, 188 East Capitol Street, Suite
13    450, Jackson, Mississippi, on Wednesday, August 25,
               2004, beginning at 9:07 a.m.
14
15    APPEARANCES:
16
          MARCIA ROBINSON LOWRY, ESQ.
17        ERIC E. THOMPSON, ESQ.
          Children's Rights
18        404 Park Avenue South
          New York, New York 10016
19
             COUNSEL FOR PLAINTIFFS
20
21
          BETTY A. MALLETT, ESQ.
22        McGlinchey Stafford, PLLC
          200 South Lamar Street
23        Jackson, Mississippi 39201
24
25           COUNSEL FOR DEFENDANT
```


EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                         DEFENDANTS

DEPOSITION OF MECHILLE HENRY

Taken at the instance of the Plaintiffs at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Thursday, September 9, 2004,
beginning at approximately 1:00 p.m.

APPEARANCES:

   ERIC E. THOMPSON, ESQ.
   SHIRIM NOTHENBERG, ESQ.
   Children's Rights, Inc.
   404 Park Avenue South
   New York, NY 10016



COUNSEL FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS


VS.                          CIVIL ACTION NO. 3:04CV25LN


HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                         DEFENDANTS

DEPOSITION OF KATHY TRIPLETT

Taken at the instance of the Plaintiff at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Wednesday, October 20, 2004,
beginning at approximately 8:09 a.m.

APPEARANCES:



ERIC E. THOMPSON, ESQ.
MARCIA ROBINSON LOWRY, ESQ.
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016


COUNSEL FOR PLAINTIFFS

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION


OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                          PLAINTIFFS


VS.                       CIVIL ACTION NO. 3:04CV25LN


HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                               DEFENDANTS


                  DEPOSITION OF GAIL YOUNG

      Taken at the instance of the Plaintiff at the
    offices of Bradley Arant, LLP, One Jackson Place,
       188 E. Capitol Street, Suite 450, Jackson,
        Mississippi, on Wednesday, October 20, 2004,
             beginning at approximately 1:00 p.m.


APPEARANCES:                                     COPY

    ERIC E. THOMPSON, ESQ.
    MARCIA ROBINSON LOWRY, ESQ.
    Children's Rights, Inc.
    404 Park Avenue South
    New York, NY 10016


              COUNSEL FOR PLAINTIFFS
```

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS
VS.                        CIVIL ACTION NO. 3:04CV25LN
HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                          DEFENDANTS

              DEPOSITION OF YUTASKA SIMPSON

    Taken at the instance of the Defendant at the
  offices of Bradley Arant, LLP, One Jackson Place,
    188 E. Capitol Street, Suite 450, Jackson,
    Mississippi, on Thursday, October 26, 2004,
          beginning at approximately 1:04 p.m.

APPEARANCES:
    ERIC E. THOMPSON, ESQ.
    SHIRIM NOTHENBERG, ESQ.
    Children's Rights, Inc.
    404 Park Avenue South
    New York, NY 10016
          COUNSEL FOR PLAINTIFFS

    BETTY A. MALLETT, ESQ.
    McGlinchey Stafford, PLLC
    Skytel Centre South, Suite 1100
    200 South Lamar Street
    Jackson, Mississippi 39201

          COUNSEL FOR DEFENDANTS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                        CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                          DEFENDANTS


DEPOSITION OF DEBORAH STEWART


Taken at the instance of the Defendant at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Thursday, October 27, 2004,
beginning at approximately 7:50 a.m.

COPY

APPEARANCES:
    ERIC E. THOMPSON, ESQ.
    SHIRIM NOTHENBERG, ESQ.
    Children's Rights, Inc.
    404 Park Avenue South
    New York, NY 10016
            COUNSEL FOR PLAINTIFFS

    BETTY A. MALLETT, ESQ.
    McGlinchey Stafford, PLLC
    Skytel Centre South, Suite 1100
    200 South Lamar Street
    Jackson, Mississippi 39201

            COUNSEL FOR DEFENDANTS