Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                         JACKSON DIVISION
 4
 5    OLIVIA Y., et al.                              PLAINTIFFS,
 6
 7    VS.                              CIVIL ACTION NO. 3:04CV251LN
 8
 9    HALEY BARBOUR, et al.                          DEFENDANTS.
10
11              30(b)(6) DEPOSITION OF NANCY MEADORS
12
13       Taken at the offices of Bradley, Arant, Rose & White, LLP,
14    on Tuesday, May 16, 2005, beginning at 8:40 A.M.
15
16
17
18       REPORTED BY:
19           REBECCA A. KIDDER
20           State Wide Reporters
21           4400 Old Canton Road, Suite 201 (39211)
22           Post Office Box 14113
23           Jackson, Mississippi  39236
24           Telephone: (601) 366-9676
25           Fax: (601) 366-9756
```

EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                PLAINTIFFS

V.                          CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, et al.                            DEFENDANTS

**DEPOSITION OF ROBIN WILSON**

Taken at the instance of the Plaintiffs at Bradley Arant Rose & White, 188 East Capital Street, Jackson, Mississippi, on, May 16, 2005, beginning at 2:11 p.m.

APPEARANCES:

**ERIC THOMPSON, ESQ.**
**TARA S. CREAN, ESQ.**
Children's Rights
404 Park Avenue South, 11th Floor
New York, New York 10016

COUNSEL FOR PLAINTIFFS

**BETTY MALLETT, ESQ.**
McGlinchey Stafford
200 South Lamar Street
Jackson, Mississippi 39201

COUNSEL FOR DEFENDANTS

REPORTED BY:   **Dawn A. Johnson**
               CSR - MS #1579
               Breaud Court Reporting
               106 Knollwood Lane
               Clinton, Mississippi 39056

COPY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                      JACKSON DIVISION
 4
 5      OLIVIA Y., et al.                        PLAINTIFFS,
 6
 7      VS.                         CIVIL ACTION NO. 3:04CV251LN
 8
 9      HALEY BARBOUR, et al.                    DEFENDANTS.
10
11              30(b)(6) DEPOSITION OF GAIL YOUNG
12
13      Taken at the offices of Bradley, Arant, Rose & White, LLP,
14      on May 16, 2005, beginning at 1:34 P.M.
15
16
17
18      REPORTED BY:
19          REBECCA A. KIDDER
20          State Wide Reporters
21          4400 Old Canton Road, Suite 201 (39211)
22          Post Office Box 14113
23          Jackson, Mississippi  39236
24          Telephone: (601) 366-9676
25          Fax: (601) 366-9756
```

1        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                   JACKSON DIVISION
3
4   OLIVIA Y., ET AL                          PLAINTIFFS
5   VS.                    CIVIL ACTION NO. 3:04CV251LN
6   HALEY BARBOUR, ET AL                      DEFENDANTS
7
                                    COPY
8
9
10            DEPOSITION OF BILLY MANGOLD
11
12       Taken at Bradley Arant Rose & White,
         188 East Capitol Street, Suite 450,
13         Jackson, Mississippi, on Monday,
         May 16, 2005, beginning at 10:45 a.m.
14
15
16
17
18
19
    REPORTED BY:
20
        CELESTE O. WERKHEISER, RMR
21      State-Wide Reporters
        4400 Old Canton Road
22      Suite 160 (39211)
        Post Office Box 14113
23      Jackson, Mississippi 39236
        Telephone:  (601) 366-9676
24      Fax:  (601) 366-9756
        www.legalink.com
25

```
 1            IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL                          PLAINTIFFS
 5   VERSUS              CIVIL ACTION NO. 3:04CV251LN
 6   HALEY BARBOUR, ET AL                      DEFENDANTS
 7
 8
 9
10              DEPOSITION OF LINDA MILLSAPS
11
            Taken at Bradley, Arant,
12          Rose & White,
            Jackson, Mississippi, on
13          Thursday, June 2, 2005,
            beginning at 12:50 p.m.
14
15
16
17
18
19
20   REPORTED BY:
21     ELISA M. MEDDERS, BCR, CSR #1670
       State-Wide Reporters
22     4400 Old Canton Road
       Suite 160(39211)
23     Post Office Box 14113
       Jackson, Mississippi 39236
24     Telephone:  (601) 366-9676
       Fax:  (601) 366-9756
25
```

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION


 OLIVIA Y., ET AL.,

                                                  PLAINTIFFS

 VS.                                        NO. 3:04CV251LN

 HALEY BARBOUR, AS GOVERNOR OF
 THE STATE OF MISSISSIPPI, ET
 AL.,
                                                  DEFENDANTS


              DEPOSITION OF MS. KATHY TRIPLETT

        Taken by the Plaintiffs at the offices of Bradley
 Arant Rose & White located in Jackson, Mississippi
 beginning at 10:00 a.m. on Tuesday, June 14, 2005.

                          COPY

 APPEARANCES:

 Representing the Plaintiff(s):

     ERIC E. THOMPSON, ESQ.
     Tara S. Crean, ESQ.
     Children's Rights, Inc.
     404 Park Avenue South
     New York, New York 10016

 Representing the Defendant(s):

     RUSTY FORTENBERRY, ESQ.
     McGlinchey Stafford, PLLC
     200 South Lamar Street, Ste. 1100
     Jackson, MS  39201



 REPORTED BY:  BARBARA L. CRAWFORD, CSR #1182
               Metro Court Reporting Services
               709 Windward Road
               Jackson, MS  39206
```

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
           JACKSON DIVISION


OLIVIA Y., ET AL.,

                                          PLAINTIFFS

VS.                               NO. 3:04CV251LN

HALEY BARBOUR, AS GOVERNOR OF
THE STATE OF MISSISSIPPI, ET
AL.,
                                          DEFENDANTS


         DEPOSITION OF MS. NANCY MEADERS

     Taken by the Plaintiffs at the offices of Bradley
Arant Rose & White located in Jackson, Mississippi
beginning at 2:50 p.m. on Tuesday, June 14, 2005.

                    COPY

APPEARANCES:

Representing the Plaintiff(s):

     ERIC E. THOMPSON, ESQ.
     Tara S. Crean, ESQ.
     Children's Rights, Inc.
     404 Park Avenue South
     New York, New York 10016

Representing the Defendant(s):

     RUSTY FORTENBERRY, ESQ.
     McGlinchey Stafford, PLLC
     200 South Lamar Street, Ste. 1100
     Jackson, MS 39201



REPORTED BY: BARBARA L. CRAWFORD, CSR #1182
             Metro Court Reporting Services
             709 Windward Road
             Jackson, MS 39206
```

## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2              JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL,
 5      Plaintiffs,
 6   V.          CIVIL ACTION NO. 3:04CV251LN
 7   HALEY BARBOUR, ET AL,
 8      Defendants.
 9
10
              DEPOSITION OF GAIL YOUNG
11
         Taken at the law offices of Bradley,
12    Arant, Rose & White, located at One
      Jackson Place, 188 E. Capitol Street,
13    Suite 450, on Wednesday, June 15, 2005,
      beginning at 8:33 a.m.
14
15
16   REPORTED BY:
17     SANDI L. SUAREZ, RPR, CSR #1301
       State-Wide Reporters,
18     A LegaLink Company
       Post Office Box 14113 (39236)
19     4400 Old Canton Road, Suite 160
       Jackson, Mississippi 39211
20     Telephone: (601) 366-9676
       Fax: (601) 366-9756
21
       Biloxi Office:
22     764 Water Street
       Biloxi, Mississippi 39530
23     Telephone: (228) 432-0770
       Fax: (228) 432-0690
24
       1(800)372-DEPO
25     www.legalink.com
```

## Page 2

```
 1   APPEARANCES:
 2
     TARA S. CREAN, ESQUIRE
 3   ERIC E. THOMPSON, ESQUIRE
     Children's Rights
 4   404 Park Avenue South
     New York, New York 10016
 5   Telephone: (212) 683-2210
         ATTORNEY FOR PLAINTIFFS
 6
 7   BETTY A. MALLETT, ESQUIRE
     McGlinchey Stafford, PLLC
 8   Skytel Centre South, Suite 1100
     200 South Lamar Street
 9   Jackson, Mississippi 39201
     Telephone: (601) 960-8400
10       ATTORNEY FOR DEFENDANTS
```

## Page 3

```
                    INDEX

WITNESS: Gail Young              PAGE:

EXAMINATION BY:

   Ms. Crean                       6
         EXHIBITS
   Exhibit No. 69,                10
     Individual Service Plan, Bates
     No. NP 4560 through 4563.
   Exhibit No. 70,                12
     Policy Pages From Volume IV
     Manual
   Exhibit No. 71,                19
     Mississippi Department Of
     Human Services, Office Of
     Social Services, Custody
     Case Plan
   Exhibit No. 72,                42
     Policy Manual Page, Bates
     Stamped DHS 418
   Exhibit No. 73,                50
     Service Plan, Bates Stamped
     NP 3421 and 3422
   Exhibit No. 74,                52
     From 445 Service Plan,
     Bates Stamped NP 3424
   Exhibit No. 75,                53
     Form 446A, Case Service Plan
     Supplement, Bates Stamped
     NP 3425

   Exhibit No. 76,                74
     Issues Observed During The
     Foster Care Review, Bates
     Stamped DHS 14050
   Exhibit No. 77,                81
     Policy Manual Excerpts, Bates
     Stamped DHS 363 Through DHS 402
```

## Page 4

```
INDEX (Continued):
   Exhibit No. 78,                115
     Policy Manual Pages

Stipulations                       5

Certificate of Reporter          149

Errata Sheet                     150
```

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL,
    Plaintiffs,
V.    CIVIL ACTION NO. 3:04CV251LN
HALEY BARBOUR, ET AL,
    Defendants.

DEPOSITION OF KATHY TRIPLETT

Taken at the law offices of Bradley, Arant, Rose & White, located at One Jackson Place, 188 E. Capitol Street, Suite 450, on Wednesday, June 15, 2005, beginning at 1:41 p.m.

REPORTED BY:
SANDI L. SUAREZ, RPR, CSR #1301
State-Wide Reporters,
A LegaLink Company
Post Office Box 14113 (39236)
4400 Old Canton Road, Suite 160
Jackson, Mississippi 39211
Telephone: (601) 366-9676
Fax: (601) 366-9756

Biloxi Office:
764 Water Street
Biloxi, Mississippi 39530
Telephone: (228) 432-0770
Fax: (228) 432-0690

1(800)372-DEPO
www.legalink.com

## Page 2

APPEARANCES:

TARA S. CREAN, ESQUIRE
ERIC E. THOMPSON, ESQUIRE
Children's Rights
404 Park Avenue South
New York, New York 10016
Telephone: (212) 683-2210
    ATTORNEY FOR PLAINTIFFS

BETTY A. MALLETT, ESQUIRE
McGlinchey Stafford, PLLC
Skytel Centre South, Suite 1100
200 South Lamar Street
Jackson, Mississippi 39201
Telephone: (601) 960-8400
    ATTORNEY FOR DEFENDANTS

## Page 3

INDEX

WITNESS: Kathy Triplett    PAGE:

EXAMINATION BY:

  Ms. Crean    5

EXHIBITS

Exhibit No. 79,    35
MDHS DFCS CFSR Program Improvement Plan, March 24th, 2005, Bates Stamped DHS 38159 through DHS 38248

Exhibit No. 80,    76
Excerpts From The Family And Children Services Policy Manual, Bates Stamped DHS 522 through DHS 529

Stipulations    4
Certificate of Reporter    110
Errata Sheet    111

## Page 4

STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys of record, that this deposition may be taken at the time and place hereinbefore set forth, by SANDI L. SUAREZ, RPR, CSR, Court Reporter and Notary Public, pursuant to the Federal Rules of Civil Procedure, as amended;

That the formality of READING AND SIGNING is specifically RESERVED;

That all objections, except as to the form of the questions and the responsiveness of the answers, are reserved until such time as this deposition, or any part thereof, may be used or is sought to be used in evidence.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL                                      PLAINTIFFS
VS.                           CIVIL ACTION NO. 3:04CV251LN
HALEY BARBOUR, ET AL                                  DEFENDANTS

COPY

DEPOSITION OF ROBERT HAMRICK

Taken at Bradley Arant Rose & White,
188 East Capitol Street, Suite 450,
Jackson, Mississippi, on Monday,
June 20, 2005, beginning at 8:30 a.m.

REPORTED BY:

CELESTE O. WERKHEISER, RMR
State-Wide Reporters
4400 Old Canton Road
Suite 160 (39211)
Post Office Box 14113
Jackson, Mississippi 39236
Telephone:  (601) 366-9676
Fax:  (601) 366-9756
www.legalink.com

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                   JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL                        PLAINTIFFS
 5   VS.                CIVIL ACTION NO. 3:04CV251LN
 6   HALEY BARBOUR, ET AL                    DEFENDANTS
 7
 8                                              COPY
 9
10           DEPOSITION OF TERESSA JACKSON
11
12       Taken at Bradley Arant Rose & White,
         188 East Capitol Street, Suite 450,
13       Jackson, Mississippi, on Tuesday,
         June 21, 2005, beginning at 8:35 a.m.
14
15
16
17
18
19
     REPORTED BY:
20
         CELESTE O. WERKHEISER, RMR
21       State-Wide Reporters
         4400 Old Canton Road
22       Suite 160 (39211)
         Post Office Box 14113
23       Jackson, Mississippi 39236
         Telephone:  (601) 366-9676
24       Fax:   (601) 366-9756
         www.legalink.com
25
```

mcdaniel.TXT

                                                                              1

         1              IN THE UNITED STATES DISTRICT COURT
                      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
         2                         JACKSON DIVISION

         3

                 OLIVIA Y., by and through her next friend,
         4       James D. Johnson; JAMISON J, by and through
                 His next friend, Clara Lewis; DESIREE,
         5       RENEE, TYSON AND MONIQUE P., by and through
                 Their next friend, Sylvia Forster; JOHN A.,
         6       By and through his next friend, James D. Johnson;
                 CODY B, by and through his next friend, Sharon Scott;
         7       MARY, TOM, MATTHEW and DANA W, by and through their
                 next friend, Zelatra W; and SAM H, by and
         8       through his next friend, Yvette Bullock;
                 on their own behalf and on behalf of all others
         9       similarly situated

        10
                            Plaintiffs,
        11                                          CIVIL ACTION NO.
                                                    3:04cv251LN
        12                  V.

        13       HALEY BARBOUR, as Governor of the State
                 Of Mississippi; DONALD TAYLOR, as Executive
        14       Director of the Department of Human Services;
                 And BILLY MANGOLD, as Director of the
        15       Division of Family and Children's Services

        16                  Defendants.

        17

        18                          *******
        19             DEPOSITION OF MARTHA MCDANIEL

        20          Taken at Bradley Arant Rose & White,
                         One Jackson Place, Suite 450
        21                   Jackson, Mississippi,
                         on Wednesday, July 20, 2005,
        22           beginning at approximately 8:30 a.m.

        23

        24
                 *********************************
        25

                                                                              2

         1