**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                         PLAINTIFFS

v.                         CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

**AMENDED NOTICE OF DEPOSITION DUCES TECUM**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs will take the deposition upon oral examination of Renee Hood, Program Integrity Director of the Mississippi Department of Human Services on Tuesday, August 16, 2005, beginning at 8:30 a.m., at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

FURTHERMORE, PLEASE TAKE NOTICE that pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned counsel, request Ms. Hood to produce at or before her deposition the documents listed on Exhibit A attached herein, which are the subject of Plaintiffs' First Request for Production of Documents, No. 8, served on Defendants pursuant to Rule 34 on December 17, 2004.

RESPECTFULLY SUBMITTED, this, the 28th day of July, 2005.

                               /s Melody McAnally
                               W. Wayne Drinkwater, Jr. (MBN 6193)
                               Melody McAnally (MBN 101236)
                               BRADLEY ARANT ROSE & WHITE LLP

4/61772.1

188 East Capital Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Ave. South, 11th Floor
New York, NY 10016
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building

430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally