## **EXHIBIT A**

1. Any and all Department of Human Services Program Integrity Unit assessments, audits, evaluations or reviews of Division of Family and Children's Services programs, staff, and/or cases, and all documents regarding any response, corrective action or "action plan" requested or undertaken in relation to those Program Integrity Unit assessments audits, evaluations, and reviews.

4/61774.1