Nelson V. "Billy" Mangold - 08-25-04

Page 1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                   JACKSON DIVISION
3

    OLIVIA Y., ET AL.
4                                        PLAINTIFFS
5

    V.                 CIVIL ACTION NO. 3:04CV251LN
6
7   HALEY BARBOUR, AS
    GOVERNOR OF THE STATE OF
8   MISSISSIPPI, ET AL.

                                        DEFENDANTS
9
10

    VIDEO DEPOSITION OF NELSON V. "BILLY" MANGOLD
11
12  Taken at the instance of the Plaintiffs at Bradley,
    Arant, Rose & White, 188 East Capitol Street, Suite
13  450, Jackson, Mississippi, on Wednesday, August 25,
                 2004, beginning at 9:07 a.m.
14
15  APPEARANCES:
16

        MARCIA ROBINSON LOWRY, ESQ.
17      ERIC E. THOMPSON, ESQ.
        Children's Rights
18      404 Park Avenue South
        New York, New York 10016
19
20          COUNSEL FOR PLAINTIFFS
21

        BETTY A. MALLETT, ESQ.
22      McGlinchey Stafford, PLLC
        200 South Lamar Street
23      Jackson, Mississippi 39201
24
25          COUNSEL FOR DEFENDANT



EXHIBIT
"G"

Nelson V. "Billy" Mangold - 08-25-04

Page 2

1
2
       VIDEOGRAPHER:  Robert Branning
3
4
5
6
7    REPORTED BY:  Ginger H. Brooks, CSR #1165
           RPR, CSR-MS, TX, OK
8          Brooks Court Reporting, Inc.
           Post Office Box 2632
9          Jackson, Mississippi 39207
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              INDEX
2    Style and Appearances...................    1
3    Index  .............................    3
4    Certificate of Deponent  ...............  145
5    Certificate of Court Reporter  ..........  146
6              EXAMINATIONS
7    Examination By Ms. Lowry ...............    4
8              EXHIBITS
9    1    Statewide Self Assessment .......    8
10   2    Final Report, May 2004 ..........   36
11   3    "Sun Herald" Article, April 24, .  137
12        2004
13   4    "Sun Herald" Article, May 21, ...  139
14        2004
15   5    "Hattiesburg American" Article ..  140
16
17
18
19
20
21
22
23
24
25

Page 4

1         VIDEOGRAPHER:  Good morning.  This is the
2    video deposition of Nelson V. "Billy" Mangold taken
3    by counsel for the plaintiff in the matter of Olivia
4    Y., et al., versus Haley Barbour as Governor of
5    Mississippi, et al., in the United States District
6    Court for the Southern District of Mississippi,
7    Jackson division, case number 304CV251LN, held at
8    the offices of Bradley, Arant, Rose & White on the
9    25th day of August, 2004.  The time now is 9:07.
10   Counsel may introduce themselves.
11        MS. LOWRY:  This is Marcia Lowry for
12   plaintiffs.
13        MR. THOMPSON:  Also for plaintiffs, Eric
14   Thompson.
15        MS. MALLETT:  Betty Mallett with
16   McGlinchey Stafford, PLLC for the defendants.
17        VIDEOGRAPHER:  The Court Reporter will now
18   swear in the witness.
19        NELSON V. "BILLY" MANGOLD,
20   having been first duly sworn, was examined and
21   testified as follows:
22   EXAMINATION BY MS. LOWRY:
23        Q.  Good morning, Mr. Mangold.
24        A.  Good morning.
25        Q.  Have you ever been deposed before?

Page 5

1         A.  Yes, ma'am.
2         Q.  Okay.  So then you know that if I ask you
3    any questions that you don't understand, you should
4    please just tell me that so I can ask the question
5    in a way that's clear enough to you?
6         A.  Yes, ma'am.
7         Q.  And if you need to take any breaks at any
8    time, please just tell us that, and we will take a
9    break at your convenience.
10        A.  Okay.  Thank you.
11        Q.  Sure.  Mr. Mangold, are you currently
12   employed by the State of Mississippi?
13        A.  Yes, ma'am, I am.
14        Q.  What is your position, please?
15        A.  I'm the director of the Division of Family
16   and Children's Services for the Mississippi
17   Department of Human Services.
18        Q.  And how long have you been in that
19   position?
20        A.  Since January of this year, January of
21   2004.
22        Q.  And have you been employed by the State of
23   Mississippi prior to that time?
24        A.  Yes, ma'am, I have.
25        Q.  For about how long?

Brooks Court Reporting
1-800-245-3376

Nelson V. "Billy" Mangold - 08-25-04

Page 142

1   MS. LOWRY: Could we take a short break?
2   VIDEOGRAPHER: Off record at 12:17.
3   (A short break was taken.)
4   (Record read.)
5   VIDEOGRAPHER: Back on record at 12:22.
6   Q. (By Ms. Lowry) Mr. Mangold, you said that
7   the division was making changes in the procedures in
8   accountability. Could you tell us -- could you
9   describe what those changes are, please?
10  A. Some of the changes are that the area of
11  social worker supervisors are going to be looking at
12  more cases than the regional directors are also
13  going to be looking at more case trying to determine
14  where and when we have some areas of concern, and
15  then incorporating plans on a regional level to
16  ensure that we change or correct whatever the
17  problem is.
18  Q. Okay. Anything else?
19  A. I'm sure there's a lot of other things. I
20  just can't -- you know, we've got a lot of other
21  plans to -- procedures that we're going to put in
22  place, but the -- the biggest issue is that our
23  supervisors are going to have a more hands-on
24  approach, and our regional directors. And then each
25  region based on their specific situations are going

Page 143

1   to submit plans to correct whatever situation that
2   is. And if you see a problem and then you correct
3   the problem, then, you know, that's -- that's what
4   we need to be doing to initiate best practices and
5   ensure that every decision we make a decision is
6   going to be in the best interest of that child.
7   Q. Uh-huh. And that's the case even if you
8   don't have the resources to provide what's in the
9   best interest of the child?
10  A. We will do the very best we can with what
11  we have to do with, and we use the most available
12  and the most appropriate resource that we have.
13  Q. Okay. Are all of these changes which
14  you've described codified or compiled in any
15  particular place?
16  A. Most of them are listed in the -- in the
17  PIP, the Program Improvement Plan.
18  MS. LOWRY: Okay. We are at this time
19  finished with our questions for this session. We
20  would like to put on the record that we will have
21  more questions for Mr. Mangold when document
22  production goes forward in this case and when we are
23  not subject to the three-hour limitation which we're
24  working under now. And so we reserve our right to
25  conclude the deposition under those circumstances.

Page 144

1   MS. MALLETT: And we understand that
2   you're concluding this deposition at this time.
3   And, you know, I understand that we are working
4   under the same three-hour deposition limit at this
5   time. But you're anticipating that at some point we
6   will not be, and you would like to take deposition
7   once that restriction is lifted. If the Court lifts
8   that restriction.
9   MS. LOWRY: Do you have any questions for
10  Mr. Mangold?
11  MS. MALLETT: I don't have any follow-up.
12  MS. LOWRY: Okay. Very good.
13  VIDEOGRAPHER: Off the record at 12:25.
14  This completes the deposition of Mr. Nelson "Billy"
15  Mangold.
16  (12:27 p.m.)
17
18
19
20
21
22
23
24
25

Page 145

1
2   CERTIFICATE OF DEPONENT
    DEPONENT:
3   DATE:        , 2004
    CASE STYLE:      vs.
    ORIGINAL TO:        , Esq.
4       I, the above-named deponent in the
        deposition taken in the herein styled and numbered
5   cause, certify that I have examined the deposition
        taken on the date above as to the correctness
6   thereof, and that after reading said pages, I find
        them to contain a full and true transcript of the
7   testimony as given by me.
        Subject to those corrections listed below,
8   if any, I find the transcript to be the correct
        testimony I gave at the aforestated time and place.
9   Page    Line            Comments
10  ___    ___    _____
11  ___    ___    _____
12  ___    ___    _____
13  ___    ___    _____
14  ___    ___    _____
15  ___    ___    _____
16  ___    ___    _____
17  This the ____ day of _____, 2004.
18
19  State of Mississippi
    County of _____
20
    Subscribed and sworn to before me, this the
21  ____ day of _____, 2004.
22  My Commission Expires:
23  _____
                Notary Public
24
25

37 (Pages 142 to 145)