
**CHILDREN'S RIGHTS**

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

July 29, 2005

**VIA FAX – (601) 352-7757**
**and REGULAR MAIL**
Ms. Betty Mallett
Mr. Rusty Fortenberry
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar St.
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett and Mr. Fortenberry:

    I write in further response to your letter of July 26, 2005, regarding deposition scheduling.

    This will confirm, as previously discussed, that we are currently scheduled to take the noticed depositions of Regional Director Zadie Rogers on August 9, 2005 (all day), Regional Director Henry Goodman on August 10, 2005 (all day), and Placement Unit Director Gail Young on August 11, 2005 (all day).

    As to the following week, you have advised that Regional Director Maggie Mixon is not available on August 17, 2005, but may be available on August 15. We will need a full day for Ms. Mixon's deposition, and as I indicated to you by email, we could take her deposition as you suggest if the other depositions that week can be scheduled on consecutive days. I have yet to hear back from you whether Program Manager Robin Wilson is available on August 16 (after the brief deposition of DHS Program Integrity Director Renee Hood that morning) and DFCS Director Ricky Felder on August 17, 2005 (as opposed to his noticed date of August 18). In order to issue deposition notices within the timeframes required by the Rules, we will need confirmation from you immediately.

    We would like to re-notice former DFCS Bureau Director Gloria Salters for August 29, 2005 (all day), and take the deposition of DHS Budget Director Peter Boulette on August 30, 2005 (all day). We would also like to re-notice the depositions of Program Manager Clara Kilgore (half day) and DHS Executive Director Don Taylor (all day). Possible dates would be the last three days in August (in addition to Ms. Salters and Mr. Boulette), or September 14 and 15, 2005, respectively. We propose to re-notice Adoptions Unit Director Phoebe Clark for September 7 (all day) and Regional Director Mechille Henry for September 8, 2005 (all day). Please confirm witness availability for these dates by August 5, 2005.

    Additional deponents Plaintiffs will be seeking to re-notice for deposition in October 2005 are former DFCS directors Sue Perry (all day) and Billy Mangold (all day); Area Social Work Supervisors Queen Coleman (half day) and Deborah Stewart (all day); Training Unit Douglas Howard (half day); Licensing Specialist Eva Beck (half day); and social worker Josie Brown (half day).



404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 • Fax: 212-683-4015 • info@childrensrights.org • www.childrensrights.org

Plaintiffs also anticipate deposing the following persons starting in October 2005: Regional Directors Tracy Malone (all day), John Reynolds (all day), John Webb O'Bryant (all day), and Sylvia Sessions (all day); Program Manager Vicky Stevenson (half day) and Governor Haley Barbour (all day). Additional deponents may be identified as Defendants complete their document production and discovery proceeds.

We also await confirmation from you as to any former employees of Defendants, besides Mr. Mangold, who are represented by Defendants' counsel.

Sincerely yours,

Eric Thompson /gw

Eric Thompson
Plaintiffs' counsel

cc: Melody McAnally, Bradley Arant
Stephen Leech, Esq.
John Lang, Loeb & Loeb