**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JAMES D. JOHNSON, as next friend to  PLAINTIFFS
Olivia Y.; et al.

vs.  CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the
State of Mississippi; et al.  DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given that Defendants Haley Barbour, Donald Taylor, and Billy Mangold have caused to be served in the above matter the following:

1. Documents for *in camera* inspection by Magistrate Judge Alfred Nicols pursuant to Court Order of July 18, 2005;

2. Documents produced to Plaintiffs pursuant to Court Order of July 18, 2005:

    a. Division of Medicaid Annual Early and Periodic Screening, Diagnostic, and Treatment Services ("EPSDT") Participation Report for the years 2002, 2003 and 2004.

    b. Electronic reports of abuse and neglect generated by the Mississippi Automated Child Welfare Information System (MACWIS).

    c. Serious Injury Reports and Manual log of reports of abuse and neglect maintained by the Mississippi Department of Human Services.

182485.1

        d.    May 2004 Federal Child and Family Services Review (CFSR) Report.

**This, the 29th day of July, 2005.**

        Respectfully Submitted,

**HALEY BARBOUR, as Governor of the State of MS; DONALD TAYLOR, as Exec. Dir. of the Dept. of Human Services; and BILLY MANGOLD as Director of the Div. of Family and Children's Services**

BY:     /s/ Betty A. Mallett

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:  W. Wayne Drinkwater, Jr. Esq., Melody McAnally, Esq., Stephen H. Leech, Esq., Eric E. Thompson, Esq., and Harold E. Pizzetta, III.

      I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

      Marcia Robinson Lowry, Esq.
      Corene Kendrick, Esq.
      Tara Crean, Esq.
      Erik S. Pitchal, Esq.
      CHILDREN'S RIGHTS, INC.
      404 Park Avenue
      New York, New York  10016

      Eric S. Manne, Esq.
      John Piskora, Esq.
      LOEB & LOEB, LLP
      345 Park Avenue
      New York, NY 10154

**SO CERTIFIED**, this the 2**9th** day of  July , **2005**.

                                                      /s/ Betty A. Mallett