IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                   PLAINTIFFS

v.                                                              CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.
DEFENDANTS

### NOTICE OF SERVICE OF PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on August 1, 2005, Plaintiffs served on all counsel of record the following:

1. Plaintiffs' Response to Defendants' First Request for Production of Documents.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to Uniform Local Rule 5.1(c).

RESPECTFULLY SUBMITTED, this the 2nd day of August, 2005.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)

        Corene Kendrick (MBN 43989 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Ave. South, 11th Floor
        New York, NY 10016
        Telephone: (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        Eric Manne (MBN 43988 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY 10154
        Telephone: (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Betty A. Mallett, Esq.
    Dewitt L. Fortenberry, Jr, Esq.
    McGlinchey Stafford, PLLC
    200 South Lamar Street, Suite 1100
    Jackson, MS 39201

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, MS 39201

*Attorneys for Defendants*

          /s Melody McAnally