IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                          PLAINTIFFS

v.                          CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

### AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination, by video and stenographic means, of Billy Mangold, Director of the Division of Family and Children's Services, on Wednesday, August 25, 2004, beginning at 9:00 a.m. at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths. Pursuant to the Case Management Order, the deposition will be limited to three hours.

RESPECTFULLY SUBMITTED, this, the 18th day of August, 2004.

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
(601) 948-8000
(601) 948-3000 (fax)

4/27559.1

EXHIBIT "A"

48

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of Billy Mangold, Director of the Division of Family and Children's Services, on Wednesday, August 25, 2004, beginning at 2:00 p.m. at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths. Pursuant to the Case Management Order, the deposition will be limited to three hours.

RESPECTFULLY SUBMITTED, this, the 23rd day of July, 2004.

_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
(601) 948-8000
(601) 948-3000 (fax)

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi 39202
(601) 355-4013

4/26348.1