IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                          PLAINTIFFS

v.                                                                           CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

## ORDER

Upon full consideration of Plaintiffs' Expedited Motion For A Rule 35(a) Order Requiring Defendants To Produce Named Plaintiff John A. For Mental Examination, the parties' submissions, and for good cause shown;

IT IS on this the ____ day of August 2005, ORDERED as follows:

Defendants must produce and transport Named Plaintiff John A. for examination at the offices of Dr. Wood Hiatt, Mississippi Neuropsychiatric Clinic, 576 Highland Colony Parkway, Ste. 100, Ridgeland, MS 39157, by 9:00 a.m. on August 24 or 31, 2005; but in any event no later than August 31, 2005.

_____
United States Magistrate Judge