# CURRICULUM VITAE

## WOOD C. HIATT, M.D.
Mississippi Neuropsychiatric Clinic, P.L.L.C
576 Highland Colony Parkway, Suite 100
Ridgeland, Mississippi 39157
(601) 853-2676

**PERSONAL**

Home Address:     4 Waterstone Place
                  Jackson, Mississippi 39211

Family:           Spouse – Jane Crater Hiatt
                  Three children

**LICENSURE**

State of Mississippi Medical License
*License Number 08126*

**CERTIFICATION**

Certified, American Board of Psychiatry and Neurology
1. *Adult and General Psychiatry*
2. *Child and Adolescent Psychiatry*
3. *Psychiatry and the Law (Forensic Psychiatry)*

**EDUCATION**

B. S., Pre-Medical Degree, University of Alabama
  *Tuscaloosa, Alabama*
M. D., University of Tennessee Medical Center
  *Memphis, Tennessee*

**POST DOCTORAL TRAINING**

Rotating Internship, McLaren General Hospital
  *Flint, Michigan*
General Psychiatry Residency, University of Tennessee Medical Center
  *Memphis, Tennessee*
Child and Adolescence Psychiatry Fellowship, John Hopkins University
  *Baltimore, Maryland*
United States Air Force School of Aviation Medicine
  *Brooks Air Force Base*

**PROFESSIONAL EXPERIENCE**

Private Family Practice, Phillips County, Arkansas
  *1957 – 1961*
General Medical Officer, United States Air Force, Kirtland Air Force Base
  *1961 – 1963*
Private Family Practice, Socorro, New Mexico
  *1963 – 1965*
Faculty, Depart. of Psychiatry, University of Tennessee Medical Center
  *1971 – 1976*
Colonel, Active Duty, United States Air Force, Keesler AFB
  *1976 – 1980*
Faculty, Department of Psychiatry, UMMC
  *1980 – 1992*
Private Practice of General and Forensic Psychiatry, Current Practice
  *1993 - Present*

Exhibit A

**MILITARY**
**EXPERIENCE**

Retired as Colonel, Medical Corps, United States Air Force Reserve
Active Duty, United States Air Force – 6 years
Active Duty, United States Air Force Reserve – 6 years
Active Duty, ROTC – 4 years
Flight Surgeon, Mississippi Air National Guard – 8 years
Chief of Aerospace Medicine, Mississippi Air National Guard – 8 years

**APPOINTMENTS**

Tenured Associate Professor, UMMC, 1986-1992
Director of Division, Department of Psychiatry, UMMC, 1985-1992
Director of Fellowship, Department of Psychiatry, UMMC, 1985-1992
Medical Director of CARES, Jackson, Mississippi, 1993-2002

**HONORS AND**
**AWARDS**

Mississippi Delegate (Natl White House Conference on Families), 1980
Air Force Commendation Medal, 1981
President, Mississippi Psychiatric Association, 1989
President, Mississippi State Mental Health Association, 1990
15 Scientific Publications
61 Invited Papers and Lectures

**FORENSIC**
**ACTIVITIES**

Lecturer, Judicial College, UMSL, 1985
Lecturer, School Law Institute, UMSL, 1986
Lecturer, MS Law Enforcement Training Academy, 1984-1985
Lecturer, MS College School of Law, 1993
Private Practice of Forensic Psychiatry, 1993 to present

Expert Witness: Chancery, Youth, Criminal and Federal Courts

| Year | Appearances |
|---|---|
| 1985 – 1992 | 38 Appearances in Court |
| 1993 | 11 Appearances in Court |
| 1994 | 10 Appearances in Court |
| 1995 | 6 Appearances in Court |
| 1996 | 14 Appearances in Court |
| 1997 | 2 Appearances in Court |
| 1998 | 10 Appearances in Court, 3 Depositions |
| 1999 | 10 Appearances in Court, 12 Depositions |
| 2000 | 11 Appearances in Court, 7 Depositions |
| 2001 | 13 Appearances in Court, 7 Depositions |
| 2002 | 8 Appearances in Court, 7 Depositions |
| 2003 | 13 Appearances in Court, 6 Depositions |