

Marcia Robinson Lowry
President &
Executive Director

**Board of Directors**
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

August 1, 2005

**VIA FAX – (601) 352-7757**
**and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

I am working with Eric Thompson on the above-named case and am writing to inform you that plaintiffs intend to arrange for our client John A. to be examined this month by Dr. Wood Hiatt. As John A. is in your clients' custody, I also write to arrange with you that he be transported and escorted to and from Dr. Hiatt's office in Jackson from where John is presently living in Hattiesburg.

To mimimize what is required to get this accomplished, Dr. Hiatt intends to conduct the entire evaluation in a one-day period that will in fact take the entire day. He has available the following dates: August 15, 24 and 31st.

As you know, time is of the essence and we will need to have your answer about this matter shortly. Please inform us by Thursday August 4th whether Defendants will cooperate in facilitating this transport or require us to seek the Court's assistance pursuant to Rule 35. I thank you in advance for your anticipated cooperation.

Very truly yours,

Susan Lambiase
Plaintiffs' counsel

cc: Wayne Drinkwater & Melody McAnally, Bradley Arant
Stephen Leech, Esq.
John Lang, Loeb & Loeb

Exhibit B

404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 • Fax: 212-683-4015 • info@childrensrights.org • www.childrensrights.org