# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

BETTY A. MALLETT
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

August 2, 2005

**VIA FACSIMILE and**
**UNITED STATES MAIL**
Susan Lambiase
Eric Thompson
Children's Rights Incorporated
404 Park Avenue South
New York, NY 10016

RE: *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Ms. Lambiase:

This letter follows yours of August 1, 2005 regarding a proposed examination of John A. by Dr. Wood Hiatt.

We have been advised by MDHS that John A. is doing quite well in his current foster home where he lives with his siblings. His condition is more stable today than it has been for quite some time. After discussing your examination request with MDHS, we are concerned about the impact that an examination by an unfamiliar doctor may have on John A. Therefore, we request that you provide additional information about the proposed examination so that we may discuss the matter with John A.'s case workers and his doctor. We trust that you agree that a determination of what is in the best interest of John A by his regular doctor is more important than immediately gathering information for a lawsuit. Please understand that we want to minimize any stress or anxiety for John A.

Please advise us immediately of the purpose of Dr. Hiatt's proposed examination and the details of what such an examination would entail. If you contend that any treatment that John A. has received or is receiving is somehow deficient, please advise us of the alleged deficiencies. We will also consider any suggested alternatives to an actual examination that may be helpful to the Plaintiffs' counsel.

It is our general impression that John A. is not aware that he is a party to this lawsuit. Please let us know whether a representative of the Plaintiffs, such as John A.'s legal representative, has spoken to John A. regarding this lawsuit so that his doctors and caseworkers may adequately prepare him for the prospect of an examination.

Sincerely,

McGLINCHEY STAFFORD, PLLC

Betty A. Mallett

Exhibit C

BAM/dmf
cc:    Melody McAnally (via facsimile)

CITY CENTRE SOUTH, SUITE 1100, 200 SOUTH LAMAR STREET | JACKSON, MS 39201 | (601) 960-8400 | FAX: (601) 960-8406 | www.mcglinchey.com
MAILING ADDRESS: POST OFFICE DRAWER 22949    JACKSON, MS 39225-2949