ATTORNEYS AT LAW

# McGlinchey Stafford PLLC

**BETTY A. MALLETT**
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

August 9, 2005

**VIA FACSIMILE and**
**UNITED STATES MAIL**
Susan Lambiase
Eric Thompson
Children's Rights Incorporated
404 Park Avenue South
New York, NY 10016

RE: *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Ms. Lambiase:

This letter is a follow up to your request that the Mississippi Department of Human Services arrange transportation for Plaintiff John A. to visit Dr. Wood Hiatt.

One of your colleagues, Tara Crean, displayed to me today during the deposition of MDHS Regional Director Zadie Rogers, a Certificate of Good Faith for attachment to a proposed motion by the Plaintiffs regarding the examination. I advised Ms. Crean that I would follow-up with you regarding this matter.

We have forwarded your letters to MDHS regarding the proposed examination of John A. We have been advised that his caseworkers need to confirm with John A.'s physician that the information you sent to us regarding the proposed examination is sufficient for a determination of the potential impact of an examination by an unfamiliar doctor.

I trust that you will withhold any motions until we have received adequate instructions from John A.'s doctor. As I stated previously, we want to avoid any trauma to the child that may result from an examination.

Sincerely,

McGLINCHEY STAFFORD, PLLC

Betty A. Mallett

BAM/dmf
cc: Melody McAnally (via facsimile)

Exhibit E