ATTORNEYS AT LAW

# McGLINCHEY STAFFORD PLLC

**BETTY A. MALLETT**
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

August 12, 2005

**VIA FACSIMILE and**
**UNITED STATES MAIL**
Susan Lambiase
Eric Thompson
Children's Rights Incorporated
404 Park Avenue South
New York, NY 10016

RE: *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Ms. Lambiase:

This letter is a follow up to your letter dated August 10, 2005, regarding your request that the Mississippi Department of Human Services make Plaintiff John A. available for examination by Dr. Wood Hiatt.

In a previous letter to you, I advised you that I forwarded your correspondence to DHS, as John A.'s caseworker needs to consult with the child's physician about Dr. Hiatt's proposed exam. The clinic where John A. receives treatment has been contacted, but his physician has been out of town. MDHS will need until at least Aug 23, 2005, to receive a full and informed report from John A.'s physician on this matter.

We previously asked that you provide us with information regarding the type of exam Dr. Hiatt intends to conduct. Your letter of August 3, 2005, did not offer much detail regarding the scope of the examination and the parameters of such exam. Please provide us with sufficient information so that everyone can be better informed about the scope of the exam.

Sincerely,

McGLINCHEY STAFFORD, PLLC

*Betty A. Mallett/kkr*

Betty A. Mallett

BAM/kkr

cc:  Melody McAnally (via facsimile)

Exhibit G