**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**JAMES D. JOHNSON, as next friend to**
**Olivia Y.; CARLA LEWIS, as next friend**
**to Jamison J. and SYLVIA FORSTER, as**
**next friend to Desiree, Renee, Tyson and**
**Monique P.**                                                      **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR; DONALD TAYLOR,**
**as Executive Director of the Department of**
**Human Services and BILLY MANGOLD,**
**as Director of the Division of Family and**
**Children's Services**                                             **DEFENDANTS**

<u>**ORDER**</u>

This matter came before the court on the Plaintiffs' Expedited Motion for a Rule 35(a) Order Requiring Defendants to Produce Named Plaintiff John A. For Mental Examination.  The court has reviewed the Motion and the Defendants' opposition and is of the opinion that the Motion has merit and should be granted.  While the court is sympathetic to the Defendants' concerns for the welfare of this minor, it is apparent that he has seen numerous mental health professionals during his life, and the court sees little harm in having him examined for the purposes of this litigation.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Expedited Motion for a Rule 35(a) Order Requiring Defendants to Produce Named Plaintiff John A. For Mental Examination is hereby **granted.**  The examination will be for the purpose of psychiatric evaluation and shall occur at the office of Dr. Wood Hiatt, Mississippi Neuropsychiatric Clinic, 576 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi, 39157.  The Defendants shall transport this Plaintiff to that location by 9:00 a.m. on either  August 24 or 31, 2005.

IT IS SO ORDERED, this the 19th day of August, 2005.


                                    s/Alfred G. Nicols, Jr.
                          UNITED STATES MAGISTRATE JUDGE