**ATTORNEYS AT LAW**

# McGLINCHEY STAFFORD PLLC

DEWITT L. (RUSTY) FORTENBERRY, JR.
(601) 960-3534
Fax (601) 352-7757
rfortenberry@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

September 15, 2005

**VIA FACSIMILE AND U.S. MAIL**
W. Wayne Drinkwater, Jr.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
188 East Capital Street
Jackson, Mississippi 39215

RE:   *James D. Johnson, et al. vs. Haley Barbour, et al.*; In the United States
      District Court for the Southern District of Mississippi, Jackson Division,
      Civil Action No. 3:04cv251LN

Dear Mr. Drinkwater:

I write in response to your letter of September 7, 2005. In the interim, Magistrate Judge Nicols entered an Order staying this matter.

As a result of the extraordinary situation presented by Hurricane Katrina, the Governor's Office as well as DHS and all of their employees are totally and completely occupied with the recovery effort. Given the dire circumstances, they are presently unable to participate in or adequately assist us in the defense of this litigation. We are not in a position to waive any arguments or proceed without their participation.

I understand that your clients have concerns, but in order to protect our clients' interest, this lawsuit must be completely stayed for the foreseeable future so that our clients can focus on the overwhelming challenge presented by Hurricane Katrina. Because of the unusual situation presented, we are not able to predict when our clients will be able to proceed with the defense of this litigation and it may be necessary to request an extension of the stay.

This is a tragic and unfortunate situation. Given the extreme circumstances, I respectfully request your clients' understanding. In view of our position, please confirm whether a telephone conversation tomorrow afternoon is still necessary.

Thank you for your consideration.

Sincerely,

McGlinchey Stafford, PLLC

Rusty Fortenberry

EXHIBIT

tabbies

\|\ ∩ \|

C

184576.1

CITY CENTRE SOUTH , SUITE 1100, 200 SOUTH LAMAR STREET  |  JACKSON, MS 39201  |  (601) 960-8406  |  FAX: (601) 960-8406  |  www.mcglinchey.com

MAILING ADDRESS: POST OFFICE DRAWER 22949   JACKSON, MS 39225-2949