

Marcia Robinson Lowry
President &
Executive Director

**Board of Directors**
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

August 25, 2005

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

I write in response to your letter of August 23, 2005, related to Defendants' incomplete production of documents in response to Plaintiffs' Fifth Request for Production of Documents.

As to Document Request no. 9, Plaintiffs will limit their request at this time to the provider and licensing files maintained by Defendants for the homes and facilities listed in the logs of maltreatment in care investigations at Bates DHS 053503-053529 (enclosed). We note that according to Gail Young's May 17, 2005, R. 30(b)(6) testimony, these provider and licensing files are maintained in the State Office or in the County Offices depending on the type of placement, and are not complete without the related MACWIS provider files (*see* Young depo 30:7-19; 31:4-7; 41:1-5)(enclosed). Please produce these documents by August 31, 2005. Plaintiffs reserve the right to pursue additional responsive documents as needed.

Further, as to the documents compelled by J. Nicols' July 18, 2005 Order, I note that your July 29, 2005 production did not include a current MACWIS report as testified to by Ms. Triplett and compelled by the Court. Moreover, as made clear by the logs regarding investigations of maltreatment in care referenced above that were produced pursuant to the Order, the related investigation reports are noted to have been received or printed from MACWIS by the State Office. These documents are clearly responsive to Request No. 35 of Plaintiffs' First Request for Production of Documents and should be immediately produced pursuant to the July 18, 2005 Order compelling such responsive documents.

I look forward to your immediate response to these pending deficiencies.

Sincerely yours,

Eric Thompson
Plaintiffs' counsel

Encls.
cc:  Stephen Leech, Esq.
     Wayne Drinkwater & Melody McAnally, Bradley Arant
     John Lang, Loeb & Loeb

**EXHIBIT**

404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 • Fax: 212-683-4015 • info@childrensrights.org • www.childrensrights.org

## Calendar Year 2005
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R -Responsible S -Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 02/08/05 | 02/08/05 | Pearl River | | Physical Abuse | 04/05/05 Printed from MACWIS | No Evidence |
| 03/07/05 | 03/29/05 | Warren | | Physical Abuse<br>Physical Abuse<br>Physical Abuse<br>Emotional Abuse/Neglect | 03/29/05 | No Evidence |
| 03/31/05 | 04/19/05 | Harrison | | Emotional Abuse/Neglect | 04/19/05 | No Evidence |
| 03/31/05 | 05/04/05 | Hinds | | Physical Abuse<br>Sexual Abuse | 05/04/05 | No Evidence<br>No Evidence |
| 03/31/05 | 05/04/05 | Hinds | | Sexual Abuse<br>Sexual Abuse | 05/04/05 | No Evidence |
| 04/07/05 | 04/18/05 | Quitman | | Physical Neglect | Printed from MACWIS 05/12/05 | No Evidence |
| | 05/25/05 | R-Clay S-Oktibbeha | | | They were involved in a car accident. No investigation will be done. | |
| 11/23/04 | 06/03/05 | Harrison | | Foster Children (Not specific) Emotional Abuse/Neglect | 06/03/05 | No Evidence |

DHS
053503

**Calendar Year 2005**
**MDHS**
**Foster Home Investigations**

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/16/05 | 06/17/05 | R-Forrest S-Grenada | | Physical neglect | | |
| | | | | Physical Neglect | | |

DHS
053504

Calendar Year 2004
MDHS
Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R--Responsible S--Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 10/23/03 | 08/09/04 | Forrest | | Physical Neglect | 08/09/04 | No Evidence |
| 12/18/03 | 01/26/04 | Pearl River | | | 01/26/04 | No Evidence / No Evidence / No Evidence / No Evidence |
| 02/04/04 | 02/13/04 | Jones | | 11/22/93 | 03/05/04 | CS-Evidenced |
| 01/29/04 | 02/13/04 | Forrest | | | 02/24/04 | No Evidence |
| 02/20/04 | 02/20/04 | R-E. Bolivar S-Humphreys | | Phy Abuse | 5/12/05 Printed from MACWIS | No Evidence |
| 03/04/04 | 03/17/04 | R-Rankin S-Lee | | Physical & Emotional Abuse | 03/17/04 | No Evidence |
| 04/12/04 | 05/17/04 | Forrest | | Physical Neglect | 05/17/04 | No Evidence |
| 04/06/04 | 04/27/04 | R-Lafayette S-Pontotoc | | | 04/27/04 | No Evidence |
| 04/19/04 | 04/21/04 | R-Desoto S-Desoto | | Physical Abuse | 07/27/04 Printed from MACWIS | CS-Evidenced |
| 05/13/04 | 05/13/04 | R-E. Bolivar | | Alleged: Physical Abuse | 05/13/05 Verbal from RD | CA-Evidenced |
| 06/15/04 | 08/05/04 | R-Leake S-Warren | | Alleged: Physical Abuse | 08/05/04 | No Evidence |

Page 1 of 3

DHS
053505

# Calendar Year 2004
## MDHS
### Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/25/04 | 07/22/04 | Forrest R-Marion S-Jones | | Alleged: Sexual Abuse / Alleged: Physical Neglect | 07/22/04 | No evidence |
| 06/28/04 | 09/29/04 | R-Washington R-Washington | | Alleged: Sexual Abuse | 09/29/04 | No Evidence |
| 07/06/04 | 10/19/04 | George | | Physical Abuse | 10/19/04 | No evidence |
| 07/30/04 | 09/24/04 | R-Warren S-Hinds | | Physical Abuse / Physical Abuse | 09/24/04 | No evidence |
| 08/23/04 | 10/11/04 | Tunica | | Physical Neglect/Abuse, Emotional abuse/neglect / Physical Neglect / Physical Abuse/Neglect / Physical Neglect | 10/11/04 | No Evidence |
| 08/27/04 | 08/27/04 | R-Winston S-Warren | | Alleged: Physical Abuse | 08/29/04 | No Evidence |
| 09/03/04 | 09/24/04 | Warren | | Physical Abuse | 09/24/04 | No evidence |
| 09/03/04 | 09/24/04 | Warren | | Physical Abuse | 09/24/04 | No evidence |

Page 2 of 3

DHS 053506

**Calendar Year 2004**
**MDHS**
**Foster Home Investigations**

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 09/24/04 | 09/27/04 | R-Forrest S-Forrest | | Alleged: Emotional Abuse/Neglect | 10/08/04 | No Evidence |
| 10/04/04 | 02/09/05 | Hinds | | | 02/09/05 | No Evidence |
| 10/29/04 | 12/13/04 | Forrest | | Physical Abuse | 12/13/04 | CS-Evidenced |
| | | | | Sexual Abuse | | |
| 10/18/04 | 10/18/04 | Harrison | | Sexual Abuse | 12/01/04 | No Evidence |
| 11/03/04 | 02/09/05 | Warren | | Physical Abuse | 02/09/05 | No Evidence |
| | | | | Physical Abuse | | |
| 11/04/04 | 11/19/04 | Lamar | | Sexual Abuse | 12/28/04 | No Evidence |
| 11/05/04 | 01/11/05 | Warren | | Medical Neglect | 01/11/05 | No Evidence |
| 12/21/03 | 12/29/04 | DeSoto | | Sexual Abuse | 05/13/05 Printed from MACWIS | No Evidence |

DHS 053507

# CALENDAR YEAR 2003
## MDHS
## AGENCY (FOSTER) HOME INVESTIGATIONS

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 1/16/03 | 1/31/03 | Union | ██████ | Alleged: Physical Abuse | 1/31/03 | No evidence on either victim |
| 1/31/03 | 2/3/03 | DeSoto | ██████ | Alleged: Physical Abuse | 9/16/03 | No evidence |
| 1/31/03 | 2/3/03 | DeSoto | ██████ | Alleged: Physical Abuse | 9/16/03 | No evidence |
| 2/27/03 | 2/28/03 | Alcorn | ██████ | Alleged: Sexual Abuse | 3/19/03 | CS Evidence - ██ No Evidence - |
| 3/19/03 | 3/19/03 | DeSoto | ██████ | Alleged: Physical Abuse | 4/3/03 | No evidence |
| 4/9/03 | 4/10/03 | Jones | ██████ | Alleged: Sexual Abuse | 9/19/03 | CE- Evidenced CA- No Evidence |

1

DHS
053508

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R –Responsible S –Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 2/19/03 | 4/14/03 | Hancock | ▇ | ▇ | 4/14/03 | No Evidence of CN or CA toward any of the children |
| | | Washington Copy of RD's letter to foster parents rec'd 5/27/03 re: "no evidence to substantiate allegations." Protection Unit had not rec'd notice of a report on this home. | ▇ | Unknown. Copy of RD's letter only to the "foster parents" from McDaniel rec'd 5/27/03 | | ...... |
| 6/2/03 | 7/10/03 | Pearl River | ▇ | Alleged: CN | 7/10/03 | No evidence |
| 6/27/03 | | Prentiss | ▇ | Alleged: CA | 7/30/03 | No Evidence of CA |

2

DHS
053509

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R-Responsible S-Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 4/11/03 | | Coahoma | | Alleged: CS - | 5/27/03 Rec'd only the RD's letter to the foster parents | No Evidence of CS |
| 7/22/03 | | Tishomingo | | Alleged: CE / CA | 8/11/03. Rec'd only the RD's letter to the foster parents | No Evidence of either allegation |
| 6/26/03 | | Forrest | | Alleged: CA / CE / CN | 8/18/03 | Evidenced - CE only on ▮▮▮ No Evidence CA/CN Violation of policy by using corporal punishment |
| 6/2/03 | | Pearl River | | Alleged: AN | 8/28/03 | No Evidence |
| 9/30/03 | 10/03/03 | Pearl River, Region 6-N | | Alleged: Child Sexual | 12/15/03 | No Evidence |

3

DHS
053510

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R-Responsible S-Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 10/01/03 | 10/03/03 | Forrest, Region 6-N | ■ | ■ | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 10/1/03 | 10/03/03 | Forrest, Region 6-N | ■ | ■ | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 1/05/03 | | Jones, Region 6-N | ■ | ■ | | CE Evidenced, CA-No Evidence, CA-No Evidence, CE-Evidenced, |
| 11/05/03 | 11/10/03 | Pearl River, Region 6-N | ■ | Alleged: Child Abuse / Alleged: Child Abuse | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 8/08/03 | 11/18/0? | Forrest, Region 6-N | ■ | Alleged: Child Abuse/Neglect | 11/18/03 | No Evidence |
| 6/12/03 | 11/17/03 | Jackson, Region 6-S | ■ | Alleged: Child Abuse | 11/17/03 | No Evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | ■ | Alleged: Child Abuse | | Did not see in MACWIS |
| 11/12/03 | 12/01/03 | Washington, Region II | ■ | Alleged: Physical Abuse | 12/01/03 | No Evidence |

4

DHS
053511

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 11/18/03 | 12/01/03 | Jackson, Region 6-S | ■ | Alleged: Child Abuse/Neglect | 12/01/03 | No Evidence |
| 10/09/03 | 12/04/03 | Harrison, Region 6-S | ■ | Alleged: Child Abuse / Alleged: Child Abuse | 12/04/03 | CA Evidenced- / CA Evidenced- |
| 12/08/03 | 12/11/03 | Oktibbeha, Region 4 | ■ | ■ | 12/15/03 | CB Evidenced / CB Evidenced / CB Evidenced / CB Evidence - |
| 12/21/03 | 12/30/03 | Desoto, Region I-W | ■ | Alleged: Sexual Abuse | 2/26/04 Copied from MACWIS | No Evidence |
| 12/23/03 | 12/30/03 | Marshall, Region I-W | ■ | Alleged: Physical Abuse / Alleged : Physical Abuse | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 12/08/03 | 12/16/03 | Neshoba Region 4 | ■ | Alleged: Physical Abuse / Alleged: Physical Abuse | 12/16/03 | CA-Evidenced, / CA-No Evidence |

5

DHS
053512

# Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS
## MDHS Agency (Foster) Homes

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 1/8/02 | | Walthall Reg. V | | (only alleged victim) | 3/8/02 | Alleged: physical & emotional abuse. No Evidence of A/N; but violation of agency policy on corporal punishment |
| 1/2/02 | | Claiborne - R Hinds - S Reg. 5 | | (only alleged victim) | 3/22/02 | Alleged Sexual abuse No Evidence |
| 1/10/02 | | Forrest Reg. 6 N | | (only alleged victim) | 4/15/02 | Alleged Physical Abuse No Evidence of CA; violation of agency policy. |
| 3/14/02 | | Hinds Reg. 7 | | (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 3/14/02 | | Hinds Reg. 7 | | (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 4/22/02 | MACWIS prints rec'd 5/13/02 | Jones VI-N | | | 5/1/02 | Alleged Physical Abuse No Evidence - no victim |

1

DHS
053513

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency/ Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/28/02 | 6/10/02 by MACWIS screen prints | Pearl River Reg. VI-N | ███████ | Alleged: Physical abuse | | |
| ? | 6/10/02 | Hancock Reg. VI N ████████ | ████████ | Alleged: foster mother whipped ███ with her hand & made siblings stand against the wall w/head leaning on it | 6/24/02 | NO EVIDENCE. Concerns noted and recommendations made by RD - Zadie Rogers. |
| 5/3/02 | | County? ████ Reg. V | | Alleged: Physical Abuse | 7/8/02 | EVIDENCE |
| | | | | | | |

2

DHS
053514

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 8/20/02 | ------- | Harrison | | All left in car w/ windows rolled up. Use of corporal punishment. | 9/16/02 | EVIDENCE -CN - all children. All removed. |
| 8/8/02 | | Harrison | | Alleged: Physical abuse | 9/25/02 | No Evidence - both children |
| 11/7/02 | 11/8/02 | Stone | | Alleged: Physical Abuse | | |
| 10/17/02 | ------- | Hancock | | Alleged: physical abuse and neglect | 11/20/02 | No Evidence |
| 11/5/02 | ------- | Lee I- E | | Alleged: Physical Abuse | 11/27/02 | Evidence |

3

DHS
053515

2002 —
MDHS - Agency Foster Home
(Unsubstantiated)

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 11/7/02 | 12/11/02 | Stone | ███████████ | Alleged: Physical Abuse | 12/11/02 | No Evidence |
| 8/26/02 | 2/18/03 | Jackson | ███████████ | Alleged: Emotional Abuse and Neglect | 2/18/03 | No Evidence - alleged victim removed from home. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

DHS
053516

All Correction.. made

## Calendar Year 2005
## Out-of-Home
## Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/05 | 05/09/05 | W Chickasaw | | Physical Abuse | 05/09/05 | No Evidence |
| 01/21/05 | 05/09/05 | Clay | | Physical Neglect / Physical Neglect | 05/09/05 09 | CN-Evidenced |
| 02/25/05 | 05/09/05 | Pontotoc | | Physical Abuse | 05/09/05 | No Evidence |
| 04/15/05 | 04/28/05 | R-Rankin S-Jones | | Physical Abuse | | |
| 06/08/05 | 06/08/05 | George | | Physical Neglect | Referred to Health Department and Law Enforcement | |
| | | | | | | |
| | | | | | | |

DHS
053517

## Calendar Year 2004
## Out-of-Home
## Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/04 | 01/14/04 | Pontotoc | | Physical Abuse | 01/14/04 | No Evidence |
| 01/06/04 | 01/06/04 | Stone | | Sexual Abuse | Screened out referred to law Enforcement | out referred to law Enforcement |
| 12/17/03 | 01/15/04 | Pontotoc | | Physical Abuse | 01/15/04 | No Evidence |
| 01/22/04 | 03/30/04 | Pearl River | | Physical & Emotional Abuse | 04/30/04 | CA-Evidenced CE-Evidenced |
| 02/05/04 | 02/26/04 | Chickasaw W | | Emotional & Physical Abuse | Printed 6-22-05 | CE CA Evidenced |
| 02/26/04 1/30/04 | 02/26/04 | R-Pearl River S-Madison | | Sexual Abuse | Printed 6-22-05 | CS Evidenced |
| 03/01/04 | 03/01/04 | Madison | | Sexual Abuse | Screened out. | |
| 03/08/04 | 04/05/04 | R-Monroe S-Pontotoc | | Sexual Abuse | 04/05/04 | No Evidence |
| 03/11/04 | 04/05/04 | Pontotoc | | Physical Abuse | 04/05/04 | No Evidence |
| 03/23/04 | 04/12/04 | R-DeSoto S-Pontotoc | | Physical Abuse Physical Neglect | 04/12/04 | No Evidence |
| 04/08/04 | 04/08/04 | George | | Physical Abuse | Screened out referred to law enforcement & health dept | |
| 04/13/04 | 04/23/04 | R-Winston S-Pontotoc | | Physical Abuse | 04/23/04 | No Evidence |

Page 1 of 2

DHS 053518

# Calendar Year 2004
## Out-of-Home
## Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 04/23/04 | 05/14/04 | S-Pontotoc | | Physical Abuse | 05/14/04 | No Evidence |
| 05/19/04 | 07/07/04 | S-Pontotoc R-Union | | Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/08/04 | 07/07/04 | Pontotoc | | Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/15/04 | 08/05/04 | Warren | | Physical Abuse | 08/05/04 | No Evidence |
| 06/17/04 | 06/17/04 | Alcorn | | Physical Abuse | Printed 4-22-05 | No evidence |
| 06/22/04 | 06/24/04 | Hinds Pearl River | | Sexual Abuse | 08/05/04 | No Evidence |
| 09/21/04 | 10/15/04 | R-Rankin S-Coahoma | | Sexual Abuse | 10/15/04 | CS-Evidenced |

Page 2 of 2

DHS
053519

## CALENDAR YEAR 2003
## OUT OF HOME
## FACILITY INVESTIGATIONS

| Date County Rec'd Report | Date Incident Reported to S. O. | County/ Region R-Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| | 1/8/03 | Madison, Winston, Rankin, Warren Hinds - S | [redacted] | Alleged: Sexual misconduct | | Screened Out |
| 1/16/03 | 2/6/03 | Pontotoc | [redacted] | Alleged: Physical Abuse | 2/6/03 | No Evidence |
| 1/23/03 | | SIMPSON | [redacted] | Alleged: Physical Abuse | 2/7/03 | No Evidence |
| 2/21/05 | 2/21/03 | GEORGE | [redacted] | No Victim Identified Alleged: Neglect/Abuse | | Did not see in MACWIS |

1

DHS 053520

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, If Evidenced) |
|---|---|---|---|---|---|---|
| ? | 3/11/03 | HINDS | ■■■ | Alleged: Victim said on 3/7/03, grabbed her butt. Also, said on 3/9/03, he rubbed a banana across her breast. | | Did not ■■■ ■■■ |
| 3/25/03 | 4/1/03 CS | FORREST Reporter: SMCC staff via letter to Licensure Unit | ■■■ | Pearl River child | 9/19/03 | CS: Evidenced Victim: ■■■ |
| ? 5/29/03 | 5/30/03 | HOLMES Reporter: ■■■ | ■■■ | Alleged: Baby taken to Dr. 5/29/03 w/fracture leg. Dr feels it was an unfortunate accident. Baby was born premature, blind, lung disorder which requires oxygen. Oxygen cord wrapped around baby's leg. There is another medically fragile 2 yr old in this home. | Printed from MACWIS 11/24/04 | No Evidence |
| 6/4/03 | 6/26/03 | PEARL RIVER | ■■■ | Victim said ■■■ hit him in the mouth. Victim had a busted lip. | 6/26/03 | Finding: Evidence - CA |

2

DHS
053521

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 6/25/03 | 6/25/03 | HINDS | ▮ | Witnesses said ▮ was sitting on ▮ lap on the bus and was fingering her. They admit they have engaged in sex. ▮ is in custody of Lauderdale and ▮ in custody of Madison Co. | | Screened out |
| 6/17/03 | 6/25/03 | JONES | ▮ | Numerous concerns reported: (1) Arranges visits with sponsors away from home. (2) Clothing out of season; don't fit. (3) Shoes to tight caused blisters on feet. (4) Medication not dispensed properly; medical attn. not sought | | Did not bee it. N/acwit |
| ? | 7/28/03 | HINDS | ▮ | Alleged: ▮ choaked grabbed him by the throat and hit him in the chest. Happened Fri. or Sat. | | Did not bee in Macwit |

3

DHS
053522

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 5/2/03 | | PONTOTOC | ■ | Alleged: CE / CN | 6/6/03 Rec'd only the RD's letter to the facility | No Evidence of either allegation |
| ? Unable to pull up report in MACWIS | | PONTOTOC | ■ | Alleged: CA. Can't pull up report in MACWIS | 6/18/03 Rec'd only the RD's letter to the facility | No Evidence |
| ? | | PONTOTOC | ■ | Alleged: Unknown Can't pull up report in MACWIS | 7/7/03 Rec'd only the RD's letter to the facility | No Evidence |
| 7/21/03 | | W. Chickasaw | ■ | Alleged: CE/CA - Alleged: CS/CE/CA - | 8/12/03 Rec'd only the RD's letter to the facility | No Evidence |
| 5/16/03 | | JONES | | Alleged: Physical & Sexual Abuse | 8/18/03 | No Evidence of either allegation |

4

DHS
053523

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 8/14/03 | | PONTOTOC | (redacted) | Alleged: Physical Abuse | 8/28/03 | No Evidence |
| 8/11/03 | 9/02/03 | Itawamba, Region I-E | (redacted) | Alleged: Medical Neglect | 9/02/03 | No Evidence |
| 8/14/03 | 9/04/03 | Pontotoc, Region I-E | (redacted) | Alleged: Physical Abuse | 9/04/03 | CA: Evidenced Victim: |
| 9/11/03 | 9/23/03 | Pontotoc, Region I-E | (redacted) | Alleged: Sexual Abuse | 9/23/03 | CS: Evidenced Victim: |
| 9/18/03 | 10/16/03 | Pontotoc, Region I-E | (redacted) | Alleged: Physical Abuse | 10/16/03 | No evidence |
| 10/13/03 | 10/19/03 | Pontotoc, Region I-E | (redacted) | Alleged: Physical Abuse | 10/29/03 | No evidence |
| 9/09/03 | 9/22/03 | Hinds, Region VII | (redacted) | Alleged: Child Neglect | No Info | |
| 9/09/03 | 9/22/03 | Hinds, Region VII | (redacted) | Alleged: Child Neglect | in | |

5

DHS 053524

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R- Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 9/09/03 | 9/22/03 | Hinds, Region VII | | Alleged: Child Neglect | Duhotsen MACWIS | MACWIS |
| 11/18/03 | 11/18/03 | Lincoln, Region V | | Alleged: Sexual Abuse  Alleged: Sexual Abuse | Screened out – ANS report NOT Documented | Screened out – ANS report NOT Documented |
| 10/17/03 | 11/17/03 | Pontotoc, Region I-E | | Alleged: Sexual Abuse | 11/17/03 | No Evidence |
| 10/01/03 | 10/02/03 | Desoto, Region I-W | | Alleged: Physical Abuse | 1/20/04 | No Evidence |
| 10/13/03 | 10/15/03 | Desoto, Region I-W | | Alleged: Physical Abuse | 1/20/04 | CA-Evidenced |
| 1/06/04 | 1/06/04 | Stone, Region 6-N | | Alleged: Child Sexual | | |
| 10/14/03 | 10/14/03 | Humphreys, Region II | | Alleged: Child Abuse  Physical | 6-22-05 MACWIS | No evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | | Alleged: Child Abuse | 05/13/05 | No Evidence |
| 11/18/03 | 12/24/03 | Pontotoc, Region I-E | | Alleged: Sexual Abuse | 12/24/03 | No Evidence |

Page 6 of 6

DHS
053525

# Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS FACILITIES

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| | 1/28/02 CN | Desoto 1W | | (alleged: not taken to doctor) | 9·16·03 | No evidence |
| | 1/30/02 CN | Hinds 7 | | (alleged: lack of supervision) | | |
| 1·24·03 | 1/24/02 CA | Hinds 7 | | (alleged: teachers threw him down - has bruises on arms, upper back & chest) | Printed from MACWIS 11·24·03 | No evidence |
| | 2/4/02 CS / CN | E. Chickasaw 1E | | (alleged: perp admitted he put his penis in ▬ mouth) | | |
| 3/5/02 | | Simpson 5 | | (Alleged: sexual abuse by ▬ resident) | 3/13/02 | No Evidence. However, staff violated "bathroom policy" re: supervision |

1

DHS 053526

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region | Facility/Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/6/02 | 5/8/02 | Lee | | Allegation: Sexual Intercourse with ▮ about 20 times at ▮ home, and once at ▮ over the last 6 months. | 5/21/02 MACWIS screen prints rec'd | EVIDENCED - CS ▮ - victim |
| | ?/?/02 | Simpson Reg. 5 | | Alleged: Physical Abuse - employee hit ▮ In right eye, that caused bruising. | 5/2/02 | EVIDENCED - CA Victim: ▮ |
| | 4/1/02 | Natchez Reg 5 | | Alleged: Physical Abuse. Dir. ▮ shoved a door into ▮ head. | 5/2/02 | NO EVIDENCE |
| not stated | | Webster Reg. 1 E | | ▮ not an MDHS facility. | 5/13/02 | n/a |
| not stated | 3/22/02 ▮ reporter | Rankin Reg 3 | | Alleged: two residents witnessed ▮ touching ▮ private part as he lay naked on her bed. He was screaming "I want my mommy" | | |

2

DHS
053527

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region | Facility/Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/9/02 | 5/10/02 | Hancock 6 S | | Perp coerced two sixteen-year old girls (not in DHS' custody) to have sex with him. The staff member was transporting [redacted] a foster child) to visit family in MS. | | Protection Unit director suggested report be filed with law enforcement as an Out of Home and Licensure |
| ? | 6/27/02 [redacted] called Gail Young) | Jackson 6 S | | Children had been hit with pans; put on restriction for 3 weeks & allowed to come out only for meals. [redacted] (ASWS-Jackson Co) wife is director of Bacot. [redacted] has been making DHS supervisory visits with the children. | | |
| 7/24/02 | 7/23/02 to Hotline | Pearl River | | Alleged: several occasions of oral sexual activity | 9-19-03 | Evidenced |
| 7/15/02 | 9/27/02 memo from [redacted] | Benton/ Marshall Co 1-W | | Alleged: Lack of Supervision; Neglect | 9/27/02 | Evidence |
| 9/1/02 | 9/27/02 | SAME | | Similar allegations | same | Evidence |
| 9/23/02 | 10/30/02 | Covington 6N | | Alleged: Houseparent physically assaulted [redacted] on two occasions. | 10/30/02 | No Evidence |

3

DHS 053528

| Date, County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 10/24/02 | 10/23/02 | George Co. 6N | ■■■■ | ■■■ Alleged: Physical Abuse | | No Evidence - verbal report from ■■ |
| 10/24/02 | 11/14/02 | Simpson 5 | ■■■■ | ■■ Alleged: Physical Abuse | 11/14/02 | No Evidence; Inappropriate Interaction |
| 11/18/02 | 12/16/02 | Pontotoc I- E | ■■■■ | ■■ Alleged: Physical Abuse | 12/16/02 | Evidence |
| 12/12/02 | 12/26/02 | Pontotoc I- E | ■■■■ | Alleged: Sexual Abuse (fondling) | 12/26/02 | Evidence |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

DHS 053529

Page 1

1                  IN THE UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3                        JACKSON DIVISION

4

5        OLIVIA Y., et al.                        PLAINTIFFS,

6

7        VS.                        CIVIL ACTION NO. 3:04CV251LN

8

9        HALEY BARBOUR, et al.                     DEFENDANTS.

10

11                30(b)(6) DEPOSITION OF GAIL YOUNG

12

13           Taken at the offices of Bradley, Arant, Rose & White, LLP,

14      on May 16, 2005, beginning at 1:34 P.M.

15

16

17

18      REPORTED BY:

19              REBECCA A. KIDDER

20              State Wide Reporters

21              4400 Old Canton Road, Suite 201 (39211)

22              Post Office Box 14113

23              Jackson, Mississippi  39236

24              Telephone: (601) 366-9676

25              Fax: (601) 366-9756

Page 2

```
1    APPEARANCES:
2
3        ERIC E. THOMPSON, ESQUIRE
4        TARA S. CREAN, ESQUIRE
5        Children's Rights
6        404 Park Avenue South
7        New York, New York 10016
8        Telephone: 212.683.2210
9        Fax: 212.683.4015
10       ATTORNEYS FOR PLAINTIFFS
11
12       BETTY A. MALLETT, ESQUIRE
13       McGlinchey Stafford, PLLC
14       Skytel Centre South, Suite 1100
15       200 South Lamar Street
16       Jackson, Mississippi 39201
17       Telephone: 601.960.8424
18       Fax: 601.960.8431
19       ATTORNEY FOR DEFENDANTS
20
21
22
23
24
25
```

Page 3

```
1            T-A-B-L-E O-F C-O-N-T-E-N-T-S
2    Examination By:                         Page
3        MR. THOMPSON                          5
4    Exhibits:
5        54: Placement log                     8
6        55: Quality improvement report on in-home cases    58
7    Stipulation                             4
8    Certificate of Court Reporter          72
9    Witness Signature Sheet                73
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                    STIPULATION
2         It is hereby stipulated and agreed by and between the
3    parties hereto, through their respective attorneys of record,
4    that this deposition may be taken at the time and place
5    hereinbefore set forth, by Rebecca A. Kidder, Court Reporter and
6    Notary Public, pursuant to the Mississippi Rules of Civil
7    Procedure, as amended;
8         That the formality of READING AND SIGNING is
9    specifically NOT WAIVED;
10        That all objections, except as to the form of the
11   questions and the responsiveness of the answers, are reserved
12   until such time as this deposition, or any part thereof, may be
13   used or is sought to be used in evidence.
14                    ---
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1                    GAIL YOUNG
2            having been first duly sworn, was
3            examined and testified as follows:
4
5                    EXAMINATION
6    MR. THOMPSON:
7        Q.  Good afternoon, Ms. Young.  As you know my name
8    is Eric Thompson.  I'm here with Ms. Tara Crean.  We both
9    represent plaintiffs in the matter of Olivia Y. v Barbour.  Do
10   you understand that you're here today to give sworn testimony in
11   that matter?
12   THE WITNESS:
13       A.  Yes.
14       Q.  What is your current position with DHS?
15       A.  I'm a Division Director II.
16       Q.  I'm showing you what's been previously marked as
17   Exhibit 33 at page four and subsequently.  Do you see Exhibit A
18   there?
19       A.  Yes.
20       Q.  Have you reviewed this notice of deposition and
21   the subject matters enclosed in Exhibit A?
22   MS. MALLETT:
23       I think you gave her the wrong one.
24   MR. THOMPSON:
25       Q.  I'm sorry.  Let me show you what's been
              STATE-WIDE REPORTERS (228) 432-0770
```

2 (Pages 2 to 5)

Page 30

1  file?
2      A.  Yes.
3      Q.  You mentioned that some of the adoption staff are
4  located outside of the state office.  Does that include the
5  licensing specialists?
6      A.  Yes.
7      Q.  As a result, do the licensing specialists
8  maintain any foster care resource files outside of the state
9  office placement unit?
10     A.  They do maintain duplicates of the foster homes
11 but not of the child placing agencies and the licensed child
12 care facilities and those licensing specialists are located in
13 the state office for the group facilities.
14     Q.  And as to the foster homes, when you say they
15 maintain duplicates does that mean that there is, at the state
16 office, a complete paper file maintained on all those resources?
17     A.  Actually the state file is the duplicate.  The
18 state file may not contain all of the information that the local
19 level has.
20     Q.  How many licensing specialists are there
21 currently?
22     A.  Around 12, I believe.
23     Q.  And they're assigned statewide?
24     A.  Yes.
25     Q.  Are they located principally at regional offices
           STATE-WIDE REPORTERS (228) 432-0770

Page 31

1  or also at the county offices?
2      A.  Probably more so in the county offices.  There
3  could be a few at the regional offices.
4      Q.  Does each licensing specialist maintain their own
5  set of files as to the resources that they're responsible for
6  monitoring?
7      A.  Yes.
8      Q.  Is there a process for the information from those
9  files being incorporated into the files that were kept at the
10 placement unit at the state office?
11     A.  There is certain information that's required to
12 be sent to the state office.
13     Q.  Is it the placement unit staff in the state
14 office that enters into MACWIS information on the placement
15 resources?
16     A.  For the residential it is; for the residential
17 childcare facilities and child placing agencies.  The state
18 office staff enters in that information.
19     Q.  And then for the foster homes is it the licensing
20 specialists that are assigned throughout the state to enter that
21 information?
22     A.  Yes.
23     Q.  Are there some counties or regions that don't
24 have a licensing specialist assigned?
25     A.  The specialists can be assigned more than one
           STATE-WIDE REPORTERS (228) 432-0770

Page 32

1  county.
2      Q.  Are there currently any counties that don't have
3  a licensing specialist assigned?
4      A.  Right now with the foster adopt, it's kind of the
5  adoption specialist and licensing specialist.
6      Q.  You said you have approximately 12 licensing
7  specialists throughout the state; is that correct?
8      A.  That's correct.
9      Q.  How many foster adopt personnel do you have?
10     A.  Probably about 15 in the adoption plus the 12
11 licensing and prior to that those duties were covered by county
12 social workers in some cases.
13     Q.  Currently though, does each county have either a
14 licensing specialist or one of these foster adopt personnel
15 assigned to it to license foster homes?
16     A.  They would be assigned through the adoption
17 administration; yes.
18     Q.  To your knowledge, each county has someone
19 assigned to it for licensing besides a case worker?
20     A.  Yes.
21 MR. THOMPSON:
22     Why don't we take a break here?
23     (WHEREUPON A SHORT RECESS WAS TAKEN.)
24
25 MR. THOMPSON:
           STATE-WIDE REPORTERS (228) 432-0770

Page 33

1      Q.  Are the foster home files that are
2  maintained by the licensing specialists limited to those foster
3  homes licensed by DHS?
4  THE WITNESS:
5      A.  Yes.
6      Q.  So do they keep any files on child specific
7  foster homes approved by the youth court?
8      A.  They would all be maintained in the same
9  locations as their licensed foster home.
10     Q.  Let me show you what's been previously marked
11 Exhibit 51.  Do you recognize this to be a MACWIS report on
12 children in placement by placement type?
13     A.  Yes.
14     Q.  Under the column labeled 'child specific relative
15 home,' are these homes that would have files maintained by the
16 licensing specialist?
17 MS. MALLETT:
18     I'm going to object.  She was to testify to paper
19 files.
20 THE WITNESS:
21     A.  The foster homes would be maintained by the
22 licensing specialist, and the child specific relative homes
23 would be maintained in the child's county file by the social
24 worker.
25 MR. THOMPSON:
           STATE-WIDE REPORTERS (228) 432-0770

9 (Pages 30 to 33)

Page 38

1    Q.  Besides looking up the files for the
2    children placed in any given foster home, is there any other way
3    that face-to-face contacts with the foster care provider may
4    have occurred that may have been completed by a case worker and
5    would be documented in the foster home file?
6    A.  Usually not.
7    Q.  Are you aware of any tracking by your staff of
8    whether or not foster care providers are receiving monthly face-
9    to-face contacts as required?
10   A.  We do not track that.
11   Q.  As to group homes and other facilities licensed
12   by DHS, how often do those licenses need to be renewed?
13   A.  Annually.
14   Q.  Does that re-evaluation process include a psych
15   visit?
16   A.  Yes. It does.
17   Q.  That psych visit would be completed by the
18   licensing staff?
19   A.  Yes; not the licensing specialists that are out
20   there in the county offices. There are two program specialists
21   in the state office that do that.
22   Q.  Those are the staff specifically responsible for
23   the residential facilities?
24   A.  That's correct.
25   Q.  Besides the annual re-licensing visit, are there
     STATE-WIDE REPORTERS (228) 432-0770

Page 39

1    any other requirements for psych visits of DHS licensed
2    facilities?
3    A.  There are no requirements. They do make other
4    visits if there are changes or somebody reports they're changing
5    or they might want to change their structure or their number or
6    something like that.
7    Q.  Might they also make additional visits if there
8    had been a report of an allegation of abuse and neglect in a
9    facility?
10   A.  They do not investigate allegations, but they do
11   follow-up if the investigator recommends or has findings and
12   there might be something they may need to follow-up.
13   Q.  Would all their psych visits be documented in the
14   facility's paper files maintained by the placement unit?
15   A.  Yes.
16   Q.  On the issue of reports of maltreatment and care,
17   the placement unit staff are not responsible for investigating
18   those reports; is that correct?
19   A.  That's correct.
20   Q.  Would they receive any written information as to
21   those reports?
22   A.  The reports are primarily in MACWIS now.
23   Q.  Is there any process for the licensing
24   specialists to be notified when a report has been made regarding
25   an allegation of abuse and neglect in a foster home?
     STATE-WIDE REPORTERS (228) 432-0770

Page 40

1    A.  I believe there is a procedure for that.
2    Q.  Do you know what that procedure is?
3    A.  It's a phone call usually. Usually, it's
4    reported to the regional director and the regional director is
5    the one that notifies and assigns the person who's going to
6    investigate.
7    Q.  Would one of the responsibilities of the regional
8    director be to forward the information to the placement unit?
9    A.  That's right.
10   Q.  Would that information be filed with the provider
11   in the provider's case file?
12   A.  It may or may not.
13   Q.  Is there any reason why it wouldn't be filed
14   there?
15   A.  Primarily it's maintained in MACWIS now.
16   Q.  Is all the information that's in the paper case
17   files also maintained in MACWIS?
18   A.  Not all of them. Are you talking just about
19   investigations?
20   Q.  No. I'm referring to all the information in the
21   paper provider files? Is that now information that's also
22   maintained in MACWIS?
23   A.  Not necessarily. You may have documents entered
24   in electronically, but the actual documents would be in the
25   paper files.
     STATE-WIDE REPORTERS (228) 432-0770

Page 41

1    Q.  As director of the placement unit which
2    would you consider the authoritative source for information as
3    to the license providers? Is it the paper case provider files
4    or is it MACWIS?
5    A.  It has to be a combination of both.
6    Q.  Is there some information in MACWIS that's
7    actually not in the paper provider files?
8    A.  Yes.
9    Q.  What types of information?
10   A.  You're talking about just the resource files now;
11   not child's files?
12   Q.  Correct; the provider's files.
13   A.  Basically, with the foster homes, there may be
14   some training exercises and materials, certificates of training,
15   those dates would be documented in MACWIS, but the actual
16   certificates and exercises that they completed, there might be
17   actual letters of references that might be in the paper file,
18   they would be documented in MACWIS, but the actual letter itself
19   would not be in there.
20   Q.  You mentioned that some of these maltreatment
21   reports as to foster care providers might actually be entered in
22   MACWIS and not make it into the paper case file, into the
23   provider's file?
24   A.  It's my understanding that could happen because
25   basically everything that's documented is in MACWIS.
     STATE-WIDE REPORTERS (228) 432-0770