

*et al.*

v.

*et al.*

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF CORENE KENDRICK AS COUNSEL**



Telephone:

(*pro hac vice*)
(*pro hac vice*)
(*pro hac vice*)
(*pro hac vice*)

4/67092.1

*pro hac vice*)
*pro hac vice*)
*pro hac vice*)

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

*Attorneys for Defendants*

OLIVIA Y., *et al.*

v

HALEY BARBOUR, *et al.*

## **ORDER**