IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*     PLAINTIFFS

v.     CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*     DEFENDANTS

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF CORENE KENDRICK AS COUNSEL**

Plaintiffs respectfully move for permission to withdraw the appearance of Corene Kendrick as counsel for Plaintiffs, as Ms. Kendrick has left the employ of Children's Rights, Inc. Plaintiffs' ongoing interests herein will continue to be adequately represented by Marcia Robinson Lowry, Eric Thompson, Susan Lambiase, Tara Crean, and Erik Pitchal of Children's Rights, Inc., Wayne Drinkwater and Melody McAnally of Bradley Arant Rose & White, LLP, Stephen Leech, Esq., and John Lang, Christian Carbone, and Eric Manne of Loeb & Loeb, LLP.

Respectfully submitted, this the 26th day of September, 2005.

                                       s/ Melody McAnally
                                       W. Wayne Drinkwater, Jr. (MBN 6193)
                                       Melody McAnally (MBN 101236)
                                       BRADLEY ARANT ROSE & WHITE LLP
                                       188 East Capitol Street, Suite 450
                                       Jackson, MS  39201
                                       Telephone:  (601) 948-8000

                                       Stephen H. Leech (MBN 1173)
                                       850 East River Place, Suite 300
                                       Jackson, MS 39202

Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2005, I electronically filed the foregoing and all enclosures with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt L. Fortenberry, Jr., Esq.
John T. Rouse, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                              <u>s/ Melody McAnally                    </u>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                     PLAINTIFFS

v.                                                           CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*         DEFENDANTS

## **ORDER**

Upon consideration of Plaintiffs' Motion to Withdraw Appearance of Corene Kendrick, it is hereby ordered that the motion is GRANTED.

Dated: Jackson, MS

_____, 2005

_____
The Honorable Tom S. Lee
United States District Judge

- 4 -

4/67092.1