AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |
|---|---|---|

### CERTIFICATE OF
### GOOD STANDING

I,          Robert C. Heinemann          , Clerk of this Court,

certify that          **Margaret A. Ross**          , Bar # ----------          ,

was duly admitted to practice in this Court on

          August 19, 2003          , and is in good standing

DATE

as a member of the Bar of this Court.

Dated at          Brooklyn, N.Y.          on September 28, 2005 .

          LOCATION                              DATE

*Elizabeth Goddard*

| Robert C. Heinemann | Elizabeth Goddard |
|---|---|
| CLERK | DEPUTY CLERK |

EXHIBIT

"A"