## CERTIFICATION

I, Margaret Ross, certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

_Margaret Ross_ (signature)
Margaret Ross

**EXHIBIT** "B"