IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al.**                                                                 **PLAINTIFF**

**VS**                                                                    **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                                                 **DEFENDANT**

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND ORDER STAYING LITIGATION

**COME NOW**, Defendants, by and through counsel and file this response to the Plaintiffs' Motion to Amend Order Staying Litigation. Contemporaneously filed with this Response is the Defendants' Motion to Extend Stay of Proceedings Due to the Impact of Hurricane Katrina.

Plaintiffs' Motion to Amend Order raises two issues, to which the Defendants respond as follows:

1.     Plaintiffs submit that discovery motion practice should go forward on pre-Katrina disputes. Contrary to Plaintiffs assertion, those discovery disputes cannot be independently resolved by Defendants' counsel. Resolution will involve counsel and the work and assistance of MDHS employees regarding documents produced as well as justifications for the production of certain documents. As more fully discussed in Defendants' concurrent Motion to Extend Stay, every MDHS employee is needed in continuing recovery efforts.

The recovery from Hurricane Katrina must take priority, and as such, the Governors Office and MDHS must be allowed to totally dedicate themselves to the recovery effort, which includes completely restoring MDHS services by the end of this year.

186634.1

2. Plaintiffs request that the Court take judicial notice of their case record review and preclude any challenges from the Defendants. Plaintiffs base this request on the argument that Plaintiffs may have to incur additional expense and disruption. At this time, the Defendants are not in a position to waive any objections. Further, it would be highly prejudicial if Defendants were deprived of legitimate objections to evidence because of the impact of Hurricane Katrina. It is understandable that the Plaintiffs are concerned about the time and expense resulting from the storm. However, that concern pales in comparison to the impact that the Defendants and MDHS have suffered. To argue that the Defendants should be denied objections to evidence presented by the Plaintiffs is misplaced.

## CONCLUSION

Notwithstanding the importance of this lawsuit, the Defendants respectfully request that this Court recognize the significant impact of Hurricane Katrina and allow the Defendants to focus on the recovery efforts for the remainder of this year without the additional burdens imposed by this lawsuit.

**THIS**, the **17th** day of **October**, **2005**.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

BY: _____/s/ Dewitt L. (Rusty) Fortenberry, Jr._____

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

186634.1

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

  I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

186634.1

Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York  10016

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **17th** day of **October**, **2005**.


      /s/  Dewitt L. (Rusty) Fortenberry, Jr.