# FEMA-1604-DR, Mississippi
# Disaster Declaration as of 09/06/2005





**Location Map**

**Legend**

**Designated Counties**
- Public Assistance
- Public Assistance Category A and B
- Individual and Public Assistance
- Individual and Public Assistance Category A and B

**FEMA**

ITS Mapping and Analysis Center
Washington, DC
09/06/05 -- 22:10:00 EDT

All Counties are eligible
for Hazard Mitigation

EXHIBIT "B"

MapID b359963ffb3