

**CHILDREN'S RIGHTS**

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

August 25, 2005

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

I write in response to your letter of August 23, 2005, related to Defendants' incomplete production of documents in response to Plaintiffs' Fifth Request for Production of Documents.

As to Document Request no. 9, Plaintiffs will limit their request at this time to the provider and licensing files maintained by Defendants for the homes and facilities listed in the logs of maltreatment in care investigations at Bates DHS 053503-053529 (enclosed). We note that according to Gail Young's May 17, 2005, R. 30(b)(6) testimony, these provider and licensing files are maintained in the State Office or in the County Offices depending on the type of placement, and are not complete without the related MACWIS provider files (*see* Young depo 30:7-19; 31:4-7; 41:1-5)(enclosed). Please produce these documents by August 31, 2005. Plaintiffs reserve the right to pursue additional responsive documents as needed.

Further, as to the documents compelled by J. Nicols' July 18, 2005 Order, I note that your July 29, 2005 production did not include a current MACWIS report as testified to by Ms. Triplett and compelled by the Court. Moreover, as made clear by the logs regarding investigations of maltreatment in care referenced above that were produced pursuant to the Order, the related investigation reports are noted to have been received or printed from MACWIS by the State Office. These documents are clearly responsive to Request No. 35 of Plaintiffs' First Request for Production of Documents and should be immediately produced pursuant to the July 18, 2005 Order compelling such responsive documents.

I look forward to your immediate response to these pending deficiencies.

Sincerely yours,

Eric Thompson
Plaintiffs' counsel

Encls.
cc:    Stephen Leech, Esq.
       Wayne Drinkwater & Melody McAnally, Bradley Arant
       John Lang, Loeb & Loeb

404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 · Fax: 212-683-4015 · info@childrensrights.org · www.childrensrights.org

**EXHIBIT
D**

# Calendar Year 2005
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 02/08/05 | 02/08/05 | Pearl River | | Physical Abuse Physical Abuse Physical Abuse | 04/05/05 Printed from MACWIS | No Evidence |
| 03/07/05 | 03/29/05 | Warren | | Emotional Abuse/Neglect Emotional Abuse/Neglect | 03/29/05 | No Evidence |
| 03/31/05 | 04/19/05 | Harrison | | Physical Abuse | 04/19/05 | No Evidence |
| 03/31/05 | 05/04/05 | Hinds | | Sexual Abuse Sexual Abuse | 05/04/05 | No Evidence No Evidence |
| 03/31/05 | 05/04/05 | Hinds | | Sexual Abuse | 05/04/05 | No Evidence |
| 04/07/05 | 04/18/05 | Quitman | | Physical Neglect | Printed from MACWIS 05/12/05 | No Evidence |
| | 05/25/05 | R-Clay S-Oktibbeha | | | They were involved in a car accident. No investigation will be done. | |
| 11/23/04 | 06/03/05 | Harrison | | Foster Children (Not specific) Emotional Abuse/Neglect | 06/03/05 | No Evidence |

Page 1 of 2

DHS 053503

# Calendar Year 2005
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R -Responsible S -Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/16/05 | 06/17/05 | R-Forrest S-Grenada | ▮▮▮▮▮▮▮▮▮ | Physical neglect | | |
| | | | | Physical Neglect | | |

Page 2 of 2

DHS
053504

# Calendar Year 2004
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 10/23/03 | 08/09/04 | Forrest | | Physical Neglect | 08/09/04 | No Evidence |
| 12/18/03 | 01/26/04 | Pearl River | | | 01/26/04 | No Evidence No Evidence No Evidence No Evidence |
| 02/04/04 | 02/13/04 | Jones | | 11/22/93 | 03/05/04 | CS-Evidenced |
| 01/29/04 | 02/13/04 | Forrest | | | 02/24/04 | No Evidence |
| 02/20/04 | 02/20/04 | R-E.Bolivar S-Humpreys | | Phy Abuse | 5/12/05 Printed from MACWIS | No Evidence |
| 03/04/04 | 03/17/04 | R-Rankin S-Lee | | Physical & Emotional Abuse | 03/17/04 | No Evidence |
| 04/12/04 | 05/17/04 | Forrest | | Physical Neglect | 05/17/04 | No Evidence |
| 04/06/04 | 04/27/04 | R-Lafayette S-Pontotoc | | Physical Abuse | 04/27/04 | No Evidence |
| 04/19/04 | 04/21/04 | R-Destoto S-Desoto | | Sexual Abuse | 07/21/04 Printed from MACWIS | CS-Evidenced |
| 05/13/04 | 05/13/04 | R-E.Bolivar | | Alleged: Physical Abuse | 05/13/05 Verbal from RD | CA-Evidenced |
| 06/15/04 | 08/05/04 | R-Leake S-Warren | | Alleged: Physical Abuse | 08/05/04 | No Evidence |

DHS
053505

# Calendar Year 2004
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/25/04 | 07/22/04 | Forrest R-Marion S-Jones | | Alleged: Sexual Abuse Alleged: Physical Neglect | 07/22/04 | No evidence |
| 06/28/04 | 09/29/04 | R-Washington R-Washington | | Alleged: Sexual Abuse | 09/29/04 | No Evidence |
| 07/06/04 | 10/19/04 | George | | Physical Abuse | 10/19/04 | No evidence |
| 07/30/04 | 09/24/04 | R-Warren S-Hinds | | Physical Abuse Physical Abuse | 09/24/04 | No evidence |
| 08/23/04 | 10/11/04 | Tunica | | Physical Neglect/Abuse, Emotional abuse/neglect Physical Neglect Physical Abuse/Neglect Physical Neglect | 10/11/04 | No Evidence |
| 08/27/04 | 08/27/04 | R-Winston S-Warren | | Alleged: Physical Abuse | 08/29/04 | No Evidence |
| 09/03/04 | 09/24/04 | Warren | | Physical Abuse | 09/24/04 | No evidence |
| 09/03/04 | 09/24/04 | Warren | | Physical Abuse | 09/24/04 | No evidence |

DHS
053506

# Calendar Year 2004
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R –Responsible S –Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 09/24/04 | 09/27/04 | R–Forrest S–Forrest | | ~~Alleged~~ Emotional Abuse/Neglect | 10/08/04 | No Evidence |
| 10/04/04 | 02/09/05 | Hinds | | | 02/09/05 | No Evidence |
| 10/29/04 | 12/13/04 | Forrest | | Physical Abuse | 12/13/04 | CS-Evidenced |
| 10/18/04 | 10/18/04 | Harrison | | Sexual Abuse | 12/01/04 | No Evidence |
| 11/03/04 | 02/09/05 | Warren | | Sexual Abuse / Physical Abuse | 02/09/05 | No Evidence |
| 11/04/04 | 11/19/04 | Lamar | | Physical Abuse / Sexual Abuse | 12/28/04 | No Evidence |
| 11/05/04 | 01/11/05 | Warren | | Medical Neglect | 01/11/05 | No Evidence |
| 12/21/03 | 12/29/04 | DeSoto | | Sexual Abuse | 05/13/05 Printed from MACWIS | No Evidence |

DHS
053507

**CALENDAR YEAR 2003**

**MDHS**

**AGENCY (FOSTER) HOME INVESTIGATIONS**

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 1/16/03 | 1/31/03 | Union | ████████ | ████ Alleged: Physical Abuse | 1/31/03 | No evidence on either victim |
| 1/31/03 | 2/3/03 | DeSoto | | ██ Alleged: Physical Abuse | 9/16/03 | No evidence |
| 1/31/03 | 2/3/03 | DeSoto | | ██ Alleged: Physical Abuse | 9/16/03 | No evidence |
| 2/27/03 | 2/28/03 | Alcorn | | ██ Alleged: Sexual Abuse | 3/19/03 | CS Evidence - ████ No Evidence - |
| 3/19/03 | 3/19/03 | DeSoto | | ██ Alleged: Physical Abuse | 4/3/03 | No evidence |
| 4/9/03 | 4/10/03 | Jones | | ██ Alleged: Sexual Abuse | 9/19/03 | CE- Evidenced CA- No Evidence |

1

DHS
0533508

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R –Responsible S –Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 2/19/03 | 4/14/03 | Hancock | ███████████ | ███████████ | 4/14/03 | No Evidence of CN or CA toward any of the children |
| | | Washington Copy of RD's letter to foster parents rec'd 5/27/03 re: "no evidence to substantiate allegations." Protection Unit had not rec'd notice of a report on this home. | | Unknown. Copy of RD's letter only to the "foster parents" from McDaniel rec'd 5/27/03 | | |
| 6/2/03 | 7/10/03 | Pearl River | ████████ | ████ Alleged: CN | 7/10/03 | No evidence |
| 6/27/03 | | Prentiss | | ██ Alleged: CA | 7/30/03 | No Evidence of CA |

2

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 4/11/03 | | Coahoma | ██████ | ██████ Alleged: CS - | 5/27/03 Rec'd only the RD's letter to the foster parents | No Evidence of CS |
| 7/22/03 | | Tishomingo | ██████ | ██████ Alleged: CE / CA | 8/11/03. Rec'd only the RD's letter to the foster parents | No Evidence of either allegation |
| 6/26/03 | | Forrest | ██████ | ██████ Alleged: CA / CE / CN | 8/18/03 | Evidenced - CE only on ██████ No Evidence CA/CN Violation of policy by using corporal punishment |
| 6/2/03 | | Pearl River | ██████ | ██████ Alleged: AN | 8/28/03 | No Evidence |
| 9/30/03 | 10/03/03 | Pearl River, Region 6-N | ██████ | ██████ Alleged: Child Sexual | 12/15/03 | No Evidence |

3

DHS
053510

DHS
053511

| Date- County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R –Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 10/01/03 | 10/03/03 | Forrest, Region 6-N | ■ | ■ | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 10/1/03 | 10/03/03 | Forrest, Region 6-N | ■ | ■ | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 1/05/03 | | Jones, Region 6-N | ■ | ■ | | CE Evidenced, CA-No Evidence, CA-No Evidence, CE-Evidenced, ■ |
| 11/05/03 | 11/10/03 | Pearl River, Region 6-N | ■ | Alleged: Child Abuse / Alleged: Child Abuse | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 8/08/03 | 11/18/0? | Forrest, Region 6-N | ■ | Alleged: Child Abuse/Neglect | 11/18/03 | No Evidence |
| 6/12/03 | 11/17/03 | Jackson, Region 6-S | ■ | Alleged: Child Abuse | 11/17/03 | No Evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | ■ | Alleged: Child Abuse | | Did not see in MACWIS |
| 11/12/03 | 12/01/03 | Washington, Region II | ■ | Alleged: Physical Abuse | 12/01/03 | No Evidence |

4

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R-Responsible S-Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 11/18/03 | 12/01/03 | Jackson, Region 6-S | [redacted] | Alleged: Child Abuse/Neglect | 12/01/03 | No Evidence |
| 10/09/03 | 12/04/03 | Harrison, Region 6-S | [redacted] | Alleged: Child Abuse / Alleged: Child Abuse | 12/04/03 | CA Evidenced- / CA Evidenced- |
| 12/0803 | 12/11/03 | Oktibbeha, Region 4 | [redacted] | Alleged: Physical Abuse | 12/15/03 | CB Evidenced / CB Evidenced / CB Evidenced / CB Evidence - |
| 12/21/03 | 12/30/03 | Desoto, Region 1-W | | Alleged: Sexual Abuse | 2/26/04 Copied from MACWIS | No Evidence |
| 12/23/03 | 12/30/03 | Marshall, Region 1-W | | Alleged: Physical Abuse / Alleged : Physical Abuse | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 12/08/03 | 12/16/03 | Neshoba Region 4 | | Alleged: Physical Abuse / Alleged: Physical Abuse | 12/16/03 | CA-Evidenced, / CA-No Evidence |

5

DHS
053512

# Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS
## MDHS Agency (Foster) Homes

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 1/8/02 | | Walthall Reg. V | | (only alleged victim) | 3/8/02 | Alleged: physical & emotional abuse. No Evidence of A/N; but violation of agency policy on corporal punishment |
| 1/2/02 | | Claiborne - R Hinds - S Reg. 5 | | (only alleged victim) | 3/22/02 | Alleged Sexual abuse No Evidence |
| 1/10/02 | | Forrest Reg. 6 N | | (only alleged victim) | 4/15/02 | Alleged Physical Abuse No Evidence of CA; violation of agency policy. |
| 3/14/02 | | Hinds Reg. 7 | | (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 3/14/02 | | Hinds Reg. 7 | | (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 4/22/02 | MACWIS prints rec'd 5/13/02 | Jones VI-N | | | 5/1/02 | Alleged Physical Abuse No Evidence - no victim |

1

DHS
053513

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency/ Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/28/02 | 6/10/02 by MACWIS screen prints | Pearl River Reg. VI-N | ███████ | Alleged: Physical abuse | | |
| ? | 6/10/02 | Hancock, Reg. VI N | ███████ | ███████ Alleged: foster mother whipped ███ with her hand & made siblings stand against the wall w/head leaning on it | 6/24/02 | NO EVIDENCE. Concerns noted and recommendations made by RD - Zadie Rogers. |
| 5/3/02 | | County? ████ Reg. V | ███████ | ███ Alleged: Physical Abuse | 7/8/02 | EVIDENCE |
| | | | | | | |

2

DHS
0535514

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 8/20/02 | ------- | Harrison | ████████ | ████████ All left in car w/ windows rolled up. Use of corporal punishment. | 9/16/02 | EVIDENCE -CN - all children. All removed. |
| 8/8/02 | | Harrison | ████████ | ████████ Alleged: Physical abuse | 9/25/02 | No Evidence - both children |
| 11/7/02 | 11/8/02 | Stone | ████████ | ████████ Alleged: Physical Abuse | | |
| 10/17/02 | ------- | Hancock | ████████ | ████████ Alleged: physical abuse and neglect | 11/20/02 | No Evidence |
| 11/5/02 | ---- | Lee I- E | ████████ | ████████ Alleged: Physical Abuse | 11/27/02 | Evidence |

3

DHS
053515

2002 —
MDHS - Agency Foster Home (Investigations)

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 11/7/02 | 12/11/02 | Stone | ■ | Alleged: Physical Abuse | 12/11/02 | No Evidence |
| 8/26/02 | 2/18/03 | Jackson | ■ | Alleged: Emotional Abuse and Neglect | 2/18/03 | No Evidence - alleged victim removed from home. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

15
16

4

DHS
053516

## Calendar Year 2005
## Out-of-Home
## Facility Investigations

*All corrections made*

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/05 | 05/09/05 | W Chickasaw | ████ | Physical Abuse | 05/09/05 | No Evidence |
| 01/21/05 | 05/09/05 | Clay | ████ | Physical Neglect / Physical Neglect | 05/03/05 09 | CN-Evidenced |
| 02/25/05 | 05/09/05 | Pontotoc | ████ | Physical Abuse | 05/09/05 | No Evidence |
| 04/15/05 | 04/28/05 | R-Rankin S-Jones | ████ | Physical Abuse | | |
| 06/08/05 | 06/08/05 | George | ████ | Physical Neglect | Referred to Health Department and Law Enforcement | |
| | | | | | | |
| | | | | | | |

DHS
053517

# Calendar Year 2004
## Out-of-Home
### Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/04 | 01/14/04 | Pontotoc | | Physical Abuse | 01/14/04 | No Evidence |
| 01/06/04 | 01/06/04 | Stone | | Sexual Abuse | Screened out Referred to law Enforcement | |
| 12/17/03 | 01/15/04 | Pontotoc | | Physical Abuse | 01/15/04 | No Evidence |
| 01/22/04 | 03/30/04 | Pearl River | | Physical & Emotional Abuse | 04/30/04 | CA-Evidenced CB-Evidenced |
| 02/05/04 | 02/26/04 | Chickasaw W | | Emotional & Physical Abuse | Printed 6-22-05 | CE CA Evidenced |
| 02/26/04 1/30/04 | 02/26/04 | R-Pearl River S-Madison | | Sexual Abuse | Printed 6-22-05 | CS Evidenced |
| 03/01/04 | 03/01/04 | Madison | | Sexual Abuse | Screened out. | |
| 03/08/04 | 04/05/04 | R-Monroe S-Pontotoc | | Sexual Abuse | 04/05/04 | No Evidence |
| 03/11/04 | 04/05/04 | Pontotoc | | Physical Abuse | 04/05/04 | No Evidence |
| 03/23/04 | 04/12/04 | R-DeSoto S-Pontotoc | | Physical Abuse Physical Neglect | 04/12/04 | No Evidence |
| 04/08/04 | 04/08/04 | George | | Physical Abuse | Screened out refused to law enforment & health dept | |
| 04/13/04 | 04/23/04 | R-Winston S-Pontotoc | | Physical Abuse | 04/23/04 | No Evidence |

Page 1 of 2

DHS 053518

Calendar Year 2004
Out-of-Home
Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 04/23/04 | 05/14/04 | S-Pontotoc | | Physical Abuse | 05/14/04 | No Evidence |
| 05/19/04 | 07/07/04 | S-Pontotoc R-Union | | Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/08/04 | 07/07/04 | Pontotoc | | Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/15/04 | 08/05/04 | Warren | | Physical Abuse | 08/05/04 | No Evidence |
| 06/17/04 | | Alcorn | | Physical Abuse | Printed 6-22-05 | No evidence |
| 06/22/04 | 06/24/04 | Hinds Pearl River | | Sexual Abuse | 08/05/04 | No Evidence |
| 09/21/04 | 10/15/04 | R-Rankin S-Coahoma | | Sexual Abuse | 10/15/04 | CS-Evidenced |

Page 2 of 2

DHS
053519

**CALENDAR YEAR 2003**
**OUT OF HOME**
**FACILITY INVESTIGATIONS**

| Date County Rec'd Report | Date Incident Reported to S. O. | County/Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| | 1/8/03 | Madison, Winston, Rankin, Warren Hinds - S | | Alleged: Sexual misconduct | | Screened Out |
| 1/16/03 | 2/6/03 | Pontotoc | | Alleged: Physical Abuse | 2/6/03 | No Evidence |
| 1/23/03 | | SIMPSON | | Alleged: Physical Abuse | 2/7/03 | No Evidence |
| 2/21/05 | 2/21/03 | GEORGE | | No Victim Identified Alleged: Neglect/Abuse | | Did not see in MACWIS |

1

DHS
053520

| Date County Rec'd Report | Date Incident Reported to S. O. | County/Region R=Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| ? | 3/11/03 | HINDS | ■ | Alleged: Victim said on 3/7/03, ■ grabbed her butt. Also, said on 3/9/03, he rubbed a banana across her breast. | | Did not ■ ■ ■ ■ ■ |
| 3/25/03 | 4/1/03 CS | FORREST Reporter: SMCC staff via letter to Licensure Unit | ■ | Pearl River child ■ | 9/19/03 | CS: Evidenced Victim: ■ |
| ? 5/29/03 | 5/30/03 | HOLMES Reporter: ■ | ■ | Alleged: Baby taken to Dr. 5/29/03 w/fracture leg. Dr feels it was an unfortunate accident. Baby was born premature, blind, lung disorder which requires oxygen. Oxygen cord wrapped around baby's leg. There is another medically fragile 2 yr old in this home. | Printed from MACWIS 11/24/03 | No Evidence |
| 6/4/03 | 6/26/03 | PEARL RIVER | | Victim said ■ hit him in the mouth. Victim had a busted lip. | 6/26/03 | Finding: Evidence - CA |

2

DHS
053521

| Date County Rec'd Report | Date Incident Reported to S.O. | County/ Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 6/25/03 | 6/25/03 | HINDS | ■■■ | Witnesses said ___ was sitting on ___ lap on the bus and was fingering her. They admit they have engaged in sex. ___ is in custody of Lauderdale and ___ in custody of Madison Co. | | screened out |
| 6/17/03 | 6/25/03 | JONES | ■■■ | Numerous concerns reported: (1) Arranges visits with sponsors away from home. (2) Clothing out of season, don't fit. (3) Shoes to tight caused blisters on feet. (4) Medication not dispensed properly; medical atm. not sought | | Did not see it. Macwis |
| ? | 7/28/03 | HINDS | ■■■ | Alleged: ___ chocked ___ grabbed him by the throat and hit him in the chest. Happened Fri. or Sat. | | Did not see in Macwis |

3

DHS
053522

| Date County Rec'd Report | Date Incident Reported to S. O. | County/Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 5/2/03 | | PONTOTOC | | Alleged: CE / CN | 6/6/03 Rec'd only the RD's letter to the facility | No Evidence of either allegation |
| ? Unable to pull up report in MACWIS | | PONTOTOC | | Alleged: CA. Can't pull up report in MACWIS | 6/18/03 Rec'd only the RD's letter to the facility | No Evidence |
| ? | | PONTOTOC | | Alleged: Unknown Can't pull up report in MACWIS | 7/7/03 Rec'd only the RD's letter to the facility | No Evidence |
| 7/21/03 | | W. Chickasaw | | Alleged: CE/CA - Alleged: CS/CE/CA - | 8/12/03 Rec'd only the RD's letter to the facility | No Evidence |
| 5/16/03 | | JONES | | Alleged: Physical & Sexual Abuse | 8/18/03 | No Evidence of either allegation |

4

DHS 053523

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 8/14/03 | | PONTOTOC | | Alleged: Physical Abuse | 8/28/03 | No Evidence |
| 8/11/03 | 9/02/03 | Itawamba, Region I-E | | Alleged: Medical Neglect | 9/02/03 | No Evidence |
| 8/14/03 | 9/04/03 | Pontotoc, Region I-E | | Alleged: Physical Abuse | 9/04/03 | CA: Evidenced Victim: |
| 9/11/03 | 9/23/03 | Pontotoc, Region I-E | | Alleged: Sexual Abuse | 9/23/03 | CS: Evidenced Victim: |
| 9/18/03 | 10/16/03 | Pontotoc, Region I-E | | Alleged: Physical Abuse | 10/16/03 | No evidence |
| 10/13/03 | 10/19/03 | Pontotoc, Region I-E | | Alleged: Physical Abuse | 10/29/03 | No evidence |
| 9/09/03 | 9/22/03 | Hinds, Region VII | | Alleged: Child Neglect | No info | |
| 9/09/03 | 9/22/03 | Hinds, Region VII | | Alleged: Child Neglect | in | |

5

DHS
053524

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 9/09/03 | 9/22/03 | Hinds, Region VII | | Alleged: Child Neglect | Duvartsen MACWIS | MACWIS |
| 11/18/03 | 11/18/03 | Lincoln, Region V | | Alleged: Sexual Abuse / Alleged: Sexual Abuse | Screened out – ANC report NOT documented | |
| 10/17/03 | 11/17/03 | Pontotoc, Region I-E | | Alleged: Sexual Abuse | 11/17/03 | No Evidence |
| 10/01/03 | 10/02/03 | Desoto, Region I-W | | Alleged: Physical Abuse | 1/20/04 | No Evidence |
| 10/13/03 | 10/15/03 | Desoto, Region I-W | | Alleged: Physical Abuse | 1/20/04 | CA-Evidenced |
| 1/06/04 | 1/06/04 | Stone, Region 6-N | | Alleged: Child Sexual | | |
| 10/14/03 | 10/14/03 | Humphreys, Region II | | Alleged: Child Abuse Physical | 6-22-05 MACWIS | No evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | | Alleged: Child Abuse | 05/13/05 | No Evidence |
| 11/18/03 | 12/24/03 | Pontotoc, Region I-E | | Alleged: Sexual Abuse | 12/24/03 | No Evidence |

Page 6 of 6

DHS
053525

## Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS FACILITIES

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim If Evidenced) |
|---|---|---|---|---|---|---|
| | 1/28/02 CN | Desoto 1W | | (alleged: not taken to doctor) | 9·16·03 | No evidence |
| | 1/30/02 CN | Hinds 7 | | (alleged: lack of supervision) | | |
| 1·24·03 | 1/24/02 CA | Hinds 7 | | (alleged: teachers threw him down – has bruises on arms, upper back & chest) | Printed from MacWiz 11·24·03 | No evidence |
| | 2/4/02 CS / CN | E. Chickasaw 1E | | (alleged: perp admitted he put his penis in ▇ mouth) | | |
| 3/5/02 | | Simpson 5 | | (Alleged: sexual abuse by ▇ resident) | 3/13/02 | No Evidence, However, ▇ staff violated "bathroom policy" re: supervision |

1

DHS
053526

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region | Facility/Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/6/02 | 5/8/02 | Lee | ▮ | Allegation: Sexual Intercourse with ▮ about 20 times at home and once at ▮ over the last 6 months. | 5/21/02 MACWIS screen prints rec'd | EVIDENCED - CS ▮ - victim |
|  | ?/?/02 | Simpson Reg. 5 | ▮ | Alleged: Physical Abuse - employee hit ▮ in right eye, that caused bruising. | 5/12/02 | EVIDENCED - CA Victim: ▮ |
| 4/1/02 |  | Natchez Reg 5 | ▮ | Alleged: Physical Abuse, Dir. ▮ showed a door into ▮ head. | 5/2/02 | NO EVIDENCE |
| not stated |  | Webster Reg. 1 E | ▮ | ▮ not an MDHS facility. | 5/13/02 | n/a |
| not stated | 5/22/02 ▮ reporter | Rankin Reg 3 | ▮ | Alleged: two residents witnessed ▮ touching ▮ private part as he lay naked on her bed. He was screaming "I want my mommy" |  |  |

2

DHS 053527

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region | Facility/Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/9/02 | 5/10/02 | Hancock 6 S | ■■■■ | Perp coerced two sixteen-year old girls (not in DHS' custody) to have sex with him. The staff member ■ was transporting ■ a foster child) to visit family to MS. | | Protection Unit director suggested report be filed with law enforcement as an Out of Home and Licensure |
| ? | 6/27/02 ■■■ called Gail Young) | Jackson 6 S | ■■■■ | Children had been hit with pans; put on restriction for 3 weeks & allowed to come out only for meals. ■ (ASWS-Jackson Co) wife is director of Bacot, ■ has been making DHS supervisory visits with the children. | | |
| 7/24/02 | 7/23/02 to Hotline | Pearl River | | Alleged: several occasions of oral sexual activity | 9-19-03 | Evidenced |
| 7/15/02 | 9/27/02 memo from ■ | Benton/ Marshall Co I-W | | Alleged: Lack of Supervision; Neglect | 9/27/02 | Evidence |
| 9/1/02 | 9/27/02 | SAME | | Similar allegations | same | Evidence |
| 9/23/02 | 10/30/02 | Covington 6N | | Alleged: Houseparent physically assaulted ■ on two occasions. | 10/30/02 | No Evidence |

3

DHS
053528

| Date, County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 10/24/02 | 10/23/02 | George Co. 6N | ████████ | ████ Alleged: Physical Abuse | | No Evidence - verbal report from █████ |
| 10/24/02 | 11/14/02 | Simpson 5 | ████████ | ███ Alleged: Physical Abuse | 11/14/02 | No Evidence; Inappropriate Interaction |
| 11/18/02 | 12/16/02 | Pontotoc 1- E | ████████ | ███ Alleged: Physical Abuse | 12/16/02 | Evidence |
| 12/12/02 | 12/26/02 | Pontotoc 1- E | | ███ Alleged: Sexual Abuse (fondling) | 12/26/02 | Evidence |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

DHS
053529