08/01/05  14:01 FAX 601 352 7757         MCGLINCHEY STAFFORD                    ☒002/002

# M<sup>c</sup>GLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

**BETTY A. MALLETT**
(601) 960-8424
Fax (601) 352-7757
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

August 1, 2005

**VIA FACSIMILE and**
**UNITED STATES MAIL**
Eric Thompson
Children's Rights Incorporated
404 Park Avenue South
New York, NY 10016

RE:   *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Mr. Thompson:

This letter follows yours of July 27, 2005 regarding Plaintiffs' request for documents identified during the deposition of Martha McDaniel. Although Plaintiffs requested documents by August 3, 2005, please be advised that Defendants will forward any responsive documents to Plaintiffs on or before August 8, 2005 in order to give Ms. McDaniel an adequate opportunity to compile documents.

Sincerely,

McGLINCHEY STAFFORD, PLLC

Betty A. Mallett

BAM/dmf
cc:   Melody McAnally (via facsimile)

CITY CENTRE SOUTH, SUITE 1100, 200 SOUTH LAMAR STREET   (601) 960-8400 | FAX: (601) 960-8406 | www.mcglinchey.com
MAILING ADDRESS: P.O. ...   JACKSON, MS 39225-2949

EXHIBIT
"F"