IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, as next friend to
Olivia Y.; CARLA LEWIS, as next friend
to Jamison J. and SYLVIA FORSTER, as
next friend to Desiree, Renee, Tyson and
Monique P.**                                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR; DONALD TAYLOR,
as Executive Director of the Department of
Human Services and BILLY MANGOLD,
as Director of the Division of Family and
Children's Services**                                    **DEFENDANTS**

## ORDER

This matter came before the court on the Defendants' Motion to Extend Stay of Proceedings due to the Impact of Hurricane Katrina, by which they seek a stay through the end of this year. As the court has previously held, the extraordinary demands placed upon the Mississippi Department of Human Services by the needs of families affected by the storm justify staying this matter.

IT IS, THEREFORE, ORDERED that the Defendants' Motion to Extend Stay of Proceedings due to the Impact of Hurricane Katrina is hereby **granted,** and all deadlines previously set by the court are suspended until January 2, 2006.

IT IS SO ORDERED, this the 31st day of October, 2005.

                                                        s/Alfred G. Nicols, Jr.
                                           UNITED STATES MAGISTRATE JUDGE