UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

November 7, 2005

J.T. Noblin
CLERK

P. O. Box 23552   Zip 39225-3552
245 E Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
P. O. Box 23552        Zip 39225-3552
245 E. Capitol, Suite 316, Zip  39201

EASTERN & WESTERN at Jackson
P. O. Box 23552     Zip  39225-3552
245 E. Capitol, Suite 316, Zip  39201



Margaret Ross, Esq.
Children's Rights, Inc.
404 Park Avenue South, 11th Floor
New York, NY   10016

      Re:  Olivia Y., et al. Vs. Haley Barbour, as Governor of the State of Mississippi, et al.
          Civil Action No. 3:04cv251-TSL-AGN

Dear Attorney Ross:

      Our records indicate that you are attorney of record in the captioned matter admitted *pro hac vice*. Pursuant to the order entered by this court on April 1, 1992, relative to *pro hac* admissions, we have assigned to you a bar number, 44542, to be used on all pleadings and correspondence you file with this court. The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information may be accessed from the court's internet web site (*www.mssd.uscourts.gov*). If we can provide additional information in this matter, please let us know.

                        Yours very truly,

                        Katherine Alexander
                        Deputy Clerk

Enc.
cc: Chris Louisville, Deputy Clerk