IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                                 PLAINTIFFS

v.                                                                               CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*       DEFENDANTS

**PLAINTIFFS' MOTION FOR REVISED CASE MANAGEMENT ORDER**

In anticipation of the expiration on January 2, 2006 of the extended stay of litigation imposed by this Court, Plaintiffs respectfully submit this motion for a proposed revised Case Management Order.[1]

The Case Management Order deadlines proposed herewith have been extended commensurate with the four months (18 weeks) between the Hurricane Katrina disaster and the resumption of litigation on January 2, 2006. The prompt entry of such an Order will assist the parties in moving this case forward without further delay.

Plaintiffs attempted to secure Defendants' consent to the proposed revised Case Management Order by letter of December 12, 2005 (*see* Ex. A), but received no response.

Accordingly, Plaintiffs respectfully request the Court to enter the proposed revised Case Manager Order before the stay is lifted on January 2, 2006.

Respectfully submitted, this the 19th day of December, 2005.

---

[1] In accordance with Section (5)(B) of the Administrative Procedures for Electronic Case Filing for the United State District Court for the Southern District of Mississippi, Plaintiffs have submitted the proposed Order via email.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing and all enclosures with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Betty A. Mallett, Esq.
Dewitt "Rusty" Fortenberry, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.

Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                       s/ Melody McAnally