

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

December 12, 2005

**VIA FAX – (601) 352-7757**
**and REGULAR MAIL**
Ms. Betty Mallett
Mr. Rusty Fortenberry
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett and Mr. Fortenberry:

I write in anticipation of the imminent expiration on January 2, 2006, of the extended stay of litigation imposed by the Court.

Plaintiffs seek agreement from Defendants on a revised Case Management Order to be proposed to the Court to govern the parties going forward. I have attached a draft Order extending the previous Case Management Order deadlines commensurate with the four months (18 weeks) between the Hurricane Katrina disaster and the resumption of litigation on January 2, 2006.

Please let me hear from you this week so that we may have the Court address case scheduling by the time the stay of litigation expires.

Sincerely yours,

Eric Thompson
Plaintiffs' counsel

Encl.
cc:   Wayne Drinkwater & Melody McAnally, Bradley Arant
      Stephen Leech, Esq.
      John Lang, Loeb & Loeb

**EXHIBIT**
"A"

Tel: 2                 404 Park Avenue South, New York, NY 10016
                       5 · info@childrensrights.org · www.childrensrights.org