IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al**  **PLAINTIFFS**

**V.**  **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al**  **DEFENDANTS**

### DEFENDANTS' MOTION FOR NEW CASE MANAGEMENT PLAN ORDER AND RESPONSE TO PLAINTIFFS' MOTION FOR REVISED CASE MANAGEMENT ORDER

**COME NOW**, the Defendants, by and through counsel, and file this Motion for New Case Management Plan Order and Response to Plaintiffs' Motion for Revised Case Management Order and would show the Court the following:

1.

This Courts previous Order dated September 8, 2005, directed that at the conclusion of the stay, the Defendants shall submit a Motion for a new Case Management Plan Order with deadlines extended commensurate with the stay.

2.

Attached hereto as Exhibit "A" is Defendants proposed new Case Management Plan Order. The dates are commensurate with the length of the Stay in this matter. Defendants proposed Order differs from Plaintiffs in that it does not set forth proposed dates for the pretrial conference and trial since those dates are subject to the Courts calendar.

191916.1

**THIS**, the **27th** day of **December**, **2005**.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and BILLY MANGOLD as Director of the Division of Family and Children's Services**

BY: _____/s/ Dewitt L. (Rusty) Fortenberry, Jr._____

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Sam E. Scott (MSB #6567)
Betty A. Mallett (MSB #8867)
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Amy Kebert Elder (MSB #99149)
Gretchen L. Zmitrovich (MSB #101470)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300

191916.1

Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **27th** day of **December**, **2005**.

/s/ Dewitt L. (Rusty) Fortenberry, Jr.

191916.1

3