IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al.**                                     **PLAINTIFFS**

**VS**                                                    **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                      **DEFENDANTS**

## ORDER

**THE COURT**, having stayed this matter through January 1, 2006, hereby amends the Case Management Order deadlines and ORDERS as follows:

1. The trial of this matter will be held on the trial calendar that begins on _____, 2006.

2. The pretrial conference will be held on _____, 2006.

3. Discovery shall be completed by May 8, 2006.

4. The Plaintiffs shall designate experts by February 6, 2006.

5. The Defendants shall designate experts by April 6, 2006.

6. The deadline for submitting motions, other than motions *in limine*, is May 22, 2006.

**IT IS SO ORDERED**, this the _____ day of _____, **2005**.

_____
UNITED STATES MAGISTRATE JUDGE

191920.1

