IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al().**     **PLAINTIFFS**

**vs.**     **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**     **DEFENDANTS**

**ORDER**

**THIS MATTER** came before the Court on the Motion for Substitution filed by the Defendants. The Court, having reviewed said Motion and being fully advised in the premises finds as follows:

**Rickie Felder**, who is now the Director of the Division of Family and Children's Services should be substituted as a party-defendant in his official capacity in place of **Billy Mangold**, who retired from Mississippi Department of Human Services on June 30, 2005.

**SO ORDERED**, this the 25th day of **January**, **2006**.

                                        S/Alfred G. Nicols, Jr.
                                        ALFRED G. NICOLS
                                        UNITED STATES MAGISTRATE JUDGE

192291.1