IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES D. JOHNSON, et al.**                                                                **PLAINTIFFS**

**VS**                                                                **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                                                **DEFENDANTS**

## MOTION FOR SUBSTITUTION OF COUNSEL

**COME NOW**, Defendants, Haley Barbour, et al., by and through counsel and file this Motion for Substitution of Counsel and in support thereof would show unto the Court the following:

1. Since the inception of this lawsuit, Betty A. Mallett, Amy Kebert Elder, Samuel E. Scott, of the law firm McGlinchey Stafford, PLLC, participated in representation of the Defendants.

2. Effective February 1, 2006, Betty A. Mallett, Amy Kebert Elder and Samuel E. Scott are no longer associated with McGlinchey Stafford, PLLC.

3. McGlinchey Stafford, PLLC shall continue to serve as counsel for the Defendants.

4. The Defendants request that Gretchen L. Zmitrovich, Ashley Tullos Young and Kenya Key Rachal, of the law firm of McGlinchey Stafford, PLLC, be added as additional counsel in this matter.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an Order allowing Betty A. Mallett, Amy Kebert Elder and Samuel E. Scott to withdraw as counsel of record and substituting Gretchen L. Zmitrovich, Ashley Tullos Young

193927.1

1

and Kenya K. Rachal of the law firm of McGlinchey Stafford, PLLC, as counsel of record for the

Defendants in this matter.

       **THIS** the **1st** day of **February**, **2006**.

                    Respectfully submitted,

                    **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

                    BY: _____/s/ Dewitt L. ("Rusty") Fortenberry, Jr._____

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

                    W. Wayne Drinkwater, Jr. Esq.
                    Melody McAnally, Esq.
                    BRADLEY ARANT ROSE & WHITE LLP
                    Suite 450, One Jackson Place
                    Post Office Box 1789
                    Jackson, MS  39215

193927.1

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
Margaret Ross, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **1st** day of **February**, **2006**.

_/s/ Dewitt L. ("Rusty") Fortenberry, Jr._