IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, et al.                                             PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                               DEFENDANTS

## ORDER SUBSTITUTING COUNSEL

**THIS CAUSE**, came before the Court on the Defendants' Motion for Substitution of Counsel and the Court finding that the motion is well taken and should be granted finds,

**IT IS, HEREBY, ORDERED**, that Betty A. Mallett, Amy Kebert Elder and Samuel E. Scott be allowed to withdraw as counsel of record for Defendants in this matter.

**IT IS, FURTHER, ORDERED**, that Gretchen L. Zmitrovich, Ashley Tullos Young and Kenya Key Rachal of the law firm of McGlinchey Stafford, PLLC be added as counsel of record for Defendants in this matter. The Court's docket shall be changed to reflect this substitution.

**SO ORDERED**, this the 6th day of **February, 2006**.

_____
UNITED STATES MAGISTRATE JUDGE