IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                   PLAINTIFFS

v.                                                      CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*     DEFENDANTS

**NOTICE OF SERVICE OF PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

Notice is hereby given that on the date entered below Plaintiffs served Defendants with the following expert witness designations, along with the reports of each expert witness, as required by Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and Rules 5.3(A) and 26.1(A)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi:

Dr. Bill M. Brister;

Catherine R. Crabtree;

Dr. Peg McCartt Hess;

Dr. Wood C. Hiatt; and

Dr. Marva L. Lewis.

Respectfully submitted, this the 7th day of February, 2006.

                                         /s Melody McAnally
                                         W. Wayne Drinkwater, Jr. (MBN 6193)
                                         Melody McAnally (MBN 101236)
                                         BRADLEY ARANT ROSE & WHITE LLP
                                         188 East Capitol Street, Suite 450
                                         Jackson, MS  39201
                                         Telephone:  (601) 948-8000

Facsimile: (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Rusty Fortenberry, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                                                            <u>s/ Melody McAnally</u>