IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                                         CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

**AMENDED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that counsel for Plaintiffs will take the deposition upon oral examination of Peter Boulette, Budget Director for the Mississippi Department of Human Services, on Thursday, March 16, 2006, beginning at 8:30 a.m., at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, recorded by a court reporter duly authorized to administer oaths and by videotape.  This deposition was originally noticed to take place on Wednesday, August 31, 2005, at the same time and place.

RESPECTFULLY SUBMITTED, this, the 14th day of February, 2006.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
Telephone:  (601) 355-4013

4/77583.1

    Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
    Eric E. Thompson (MBN 43993 *pro hac vice*)
    Shirim Nothenberg (MBN 43990 *pro hac vice*)
    Tara S. Crean (MBN 44447 *pro hac vice*)
    CHILDREN'S RIGHTS
    404 Park Avenue South
    New York, New York  10016
    Telephone:  (212) 683-2210

    John Lang (MBN 43987 *pro hac vice*)
    Christian Carbone (MBN 43986 *pro hac vice*)
    Eric Manne (MBN 43988 *pro hac vice*)
    John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York  10154
    Telephone:  (212) 407-4000

    *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General,
Mississippi Attorney General's Office
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                 /s Melody McAnally_____