**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                           PLAINTIFFS

V.                                                                        CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                                            DEFENDANTS

**NOTICE OF SERVICE OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 5.3(C) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, notice is hereby given that on the date entered below, Plaintiffs' counsel served on all counsel of record the following:

1.     Plaintiffs' First Request for Production of Documents as to Experts.

The undersigned counsel retains the originals of the above documents as custodian thereof, pursuant to Local Rule 5.3(C).

RESPECTFULLY SUBMITTED, this the 28th day of February, 2006.

s/ Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)

1

CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY  10016
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

s/ Melody McAnally