**"Exhibit A" will be filed conventionally under seal.**

4/78629.1

EXHIBIT "A"