# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                                                             PLAINTIFFS

V.                                                                             CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                                                   DEFENDANTS

### 30(b)(6) NOTICE OF DEPOSITION OF THE GOVERNOR'S OFFICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned attorneys, will take the deposition upon oral examination of the Governor's Office.

The deposition will be conducted at the offices of Bradley, Arant, Rose & White LLP, 188 East Capitol Street, Suite 450, Jackson, Mississippi 39201 on March 17, 2006, at 8:30 a.m. before a certified court reporter duly authorized to administer oaths.  The deposition will be stenographically recorded.  The deposition will commence on the date set forth above and will continue until complete as permitted by law and/or Court Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Defendant Governor is required to designate one or more officers, directors, agents, or other persons who consent to testify on his behalf on the matters described in Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this 3rd day of March, 2006.

                                              s/ Melody McAnally
                                              W. Wayne Drinkwater, Jr. (MBN 6193)
                                              Melody McAnally (MBN 101236)

4/78647.1

BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone: (212) 683-2210

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.

Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                            s/ Melody McAnally