## **EXHIBIT A**

MATTERS ON WHICH TESTIMONY IS SOUGHT:

1. All documents maintained by the Governor's Office concerning the operations of the Mississippi Department of Human Services (MDHS) Division of Family and Children's Services (DFCS) and the agency's ability to meet its mandated functions and protect children, including but not limited to reports, studies, audits, briefing documents, meeting minutes, memos, complaints, letters, email, and other communications.

2. The role of the Governor and his Office in addressing any DFCS failures in meeting the agency's mandated functions and protecting children, and any related documents maintained by the Governor's Office.