IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, et al.                                                PLAINTIFF

v.                                                CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, et al.                                                DEFENDANTS

### NOTICE OF DEPOSITION

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, Haley Barbour, as Governor of the State of Mississippi; Donald Taylor, as Executive Director of the Department of Human Services; and Rickie Felder, as Director of the Division of Family and Children's Services, by and through undersigned counsel, will take the deposition upon oral examination of **Dr. Marva Lewis** before an officer authorized by law to administer oath. Said deposition shall commence on **Wednesday, April 12, 2006 at 9:00 a.m.** at:

McGlinchey Stafford, PLLC
Suite 1100, City Centre South
200 South Lamar Street
Jackson, Mississippi 39201

THIS, the 6th day of March, 2006.

        Respectfully submitted,

        **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER, as Director of the Division of Family and Children's Services**

        BY: /s/Ashley Tullos Young
             Ashley Tullos Young

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB # 101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 362-7757

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing on counsel of record by hand delivery to:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
Bradley Arant Rose & White LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

I also certify that I have this day served a copy of the foregoing on counsel of record by United States Mail, postage prepaid to:

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
Margaret Ross, Esq.
CHILDREN'S RIGHTS, INC..
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, Mississippi 39205

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

**SO CERTIFIED**, this the 6th day of March, 2006.

/s/Ashley Tullos Young
Ashley Tullos Young