IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                             PLAINTIFFS

v.                                            CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*     DEFENDANTS

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs do not object to Defendants' Motion to Exceed Page Limitation provided that any additional briefing pages allowed Defendants for their Motion for Summary Judgment apply likewise to Plaintiffs' Reply in Opposition to same.

Plaintiffs respectfully request that the Court waive the requirement for a separate Memorandum of Law pursuant to Uniform Local Rule 7.2(D).

Respectfully submitted, this the 9th day of March, 2006.

                                           /s Melody McAnally_____
                                           W. Wayne Drinkwater, Jr. (MBN 6193)
                                           Melody McAnally (MBN 101236)
                                           BRADLEY ARANT ROSE & WHITE LLP
                                           188 East Capitol Street, Suite 450
                                           Jackson, MS  39201
                                           Telephone:  (601) 948-8000
                                           Facsimile:  (601) 948-3000

                                           Stephen H. Leech (MBN 1173)
                                           850 East River Place, Suite 300
                                           Jackson, MS 39202
                                           Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I electronically filed the foregoing and all enclosures with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. "Rusty" Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

s/ Melody McAnally