**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**OLIVIA Y., et al.**                                                                              **PLAINTIFFS**

**V.**                                                         **CIVIL ACTION NO. 3:04CV251LN**

**HALEY BARBOUR, et al.**                                                                **DEFENDANTS**

**AMENDED 30(b)(6) NOTICE OF DEPOSITION OF THE
GOVERNOR'S OFFICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30 and 30(b)(6), Plaintiffs, by their undersigned attorneys, will take the deposition upon oral examination of the Governor's Office.

The deposition will be conducted at the offices of Bradley, Arant, Rose & White LLP, 188 East Capitol Street, Suite 450, Jackson, Mississippi 39201 on March 15, 2006, at 2:30 p.m. before a certified court reporter duly authorized to administer oaths. The deposition will be stenographically recorded. The deposition will commence on the date set forth above and will continue until complete as permitted by law and/or Court Order. This deposition was originally noticed to take place on March 17, 2006, at 8:30 a.m. at the same place.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), the Defendant Governor is required to designate one or more officers, directors, agents, or other persons who consent to testify on his behalf on the matters described in Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this 9th day of March, 2006.

s/ Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)

        BRADLEY ARANT ROSE & WHITE LLP
        188 East Capital Street, Suite 450
        Jackson, MS 39201
        Telephone:  (601) 948-8000
        Facsimile:  (601) 948-3000

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Avenue South, 11th Floor
        New York, NY  10016
        Telephone:  (212) 683-2210

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone:  (601) 355-4013

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY  10154
        Telephone:  (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Dewitt L. Fortenberry, Jr, Esq.
    John T. Rouse, Esq.
    Kenya Key Rachal, Esq.
    Ashley Tullos Young, Esq.
    Gretchen L. Zmitrovich, Esq.
    McGlinchey Stafford, PLLC
    200 South Lamar Street, Suite 1100
    Jackson, MS 39201

    Harold E. Pizzetta, III, Esq.

Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                          s/ Melody McAnally