# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JAMES D. JOHNSON, et al.**     **PLAINTIFFS**

**vs.**     **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**     **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed with the clerk of the Court the unredacted Defendants' Response to Plaintiffs' Motion for Leave to Release the Redacted Social Worker Expert Report of Dr. Lewis and its accompanying "Exhibit A" under seal.

Exhibit A has not been filed electronically because the document is under seal and cannot be in the electronic format. A redacted version of the Defendants Response to Plaintiffs' Motion for Leave to Release the Redacted Social Worker Expert Report of Dr. Lewis has been filed electronically with the Court.

Respectfully submitted, this the 17th of March, 2006.

    Respectfully submitted,

    **HALEY BARBOUR, as Governor of the State of MS; DONALD TAYLOR, as Exec. Dir. of the Dept. of Human Services; and RICKIE FELDER as Director of the Div. of Family and Children's Services**

    BY: /s/ Kenya Key Rachal
        Kenya Key Rachal (MSB #99227)

- 2 -

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed, via United States Postal Service, proper postage affixed, the foregoing pleading, to the following counsel of record:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Marcia Robinson Lowry, Esq.
Eric E. Thompson, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
Margaret Ross, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **17th** day of **March**, **2006**.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kenya Key Rachal
　　　　　　　　　　　　　　　　　　　　Kenya Key Rachal