**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                                 PLAINTIFFS

V.                                                                                    CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, et al.                                                                                   DEFENDANTS

**NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES AND
RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on March 20, 2006, Plaintiffs served on all counsel of record the following:

1. Plaintiffs' Answers to Defendants' First Set of Interrogatories Relating to Experts;
2. Verification signed by Peg McCartt Hess;
3. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Bill M. Brister;
4. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Catherine R. Crabtree;
5. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Peg McCartt Hess;
6. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Wood C. Hiatt;
7. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Marva L. Lewis.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 20th day of March, 2006.

                                         s/ Melody McAnally_____
                                         W. Wayne Drinkwater, Jr. (MBN 6193)
                                         Melody McAnally (MBN 101236)
                                         BRADLEY ARANT ROSE & WHITE LLP
                                         188 East Capital Street, Suite 450
                                         Jackson, MS 39201
                                         Telephone:  (601) 948-8000
                                         Facsimile:  (601) 948-3000

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone: (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        330 Seventh Avenue
        New York, NY 10001
        Telephone: (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY 10154
        Telephone: (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. Fortenberry, Jr, Esq.
    John T. Rouse, Esq.
    Kenya Key Rachal, Esq.
    Ashley Tullos Young, Esq.
    Gretchen L. Zmitrovich, Esq.
    McGlinchey Stafford, PLLC
    200 South Lamar Street, Suite 1100
    Jackson, MS 39201

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, MS 39201

3

*Attorneys for Defendants*

                                      s/ Melody McAnally

4/80140.1