**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                           PLAINTIFFS

V.                                                                          CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, et al.                                                                              DEFENDANTS

**NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES AND
RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on March 20, 2006, Plaintiffs served on all counsel of record the following:

1. Plaintiffs' Answers to Defendants' First Set of Interrogatories Relating to Experts;
2. Verification signed by Peg McCartt Hess;
3. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Bill M. Brister;
4. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Catherine R. Crabtree;
5. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Peg McCartt Hess;
6. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Wood C. Hiatt;
7. Plaintiffs' Responses to Defendants' First Request for Production of Documents Relating to Dr. Marva L. Lewis.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 20th day of March, 2006.

> s/ Melody McAnally_____
> W. Wayne Drinkwater, Jr. (MBN 6193)
> Melody McAnally (MBN 101236)
> BRADLEY ARANT ROSE & WHITE LLP
> 188 East Capital Street, Suite 450
> Jackson, MS 39201
> Telephone:  (601) 948-8000
> Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue
New York, NY 10001
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

3

*Attorneys for Defendants*

s/ Melody McAnally

3

4/80140.1