IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, et al.                                                                          PLAINTIFFS

vs.                                                                          CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                                          DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given that Defendants Haley Barbour, Donald Taylor, and Ricky Felder have caused to be served in the above matter the following:

1. Defendants' Second Supplemental Initial Disclosures to Plaintiffs.

This, the **20th** day of **March**, **2006**.

Respectfully Submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

BY:     /s/ Dewitt L. ("Rusty") Fortenberry, Jr.
          Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

197266.1

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing on counsel of record by United States Mail, postage prepaid to:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS  39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
Margaret Ross, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue
New York, New York  10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **20th** day of March, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
　　　　　　　　　　　　　　　　　　　　Dewitt L. ("Rusty") Fortenberry, Jr.