## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JAMES D. JOHNSON, et al.                                                                        PLAINTIFFS

vs.                                                                        CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.
                                                                                                DEFENDANTS

## NOTICE OF SERVICE

**NOTICE** is hereby given that Defendants Haley Barbour, Donald Taylor, and Rickie Felder, have caused to be served in the above matter Defendants' Eighth Supplemental Disclosure of Case Records of Named Plaintiffs.

**THIS**, the **27th** day of **March**, **2006**.

                                        Respectfully Submitted,

                                        **HALEY BARBOUR, as Governor of the State of MS;**
                                        **DONALD TAYLOR, as Exec. Dir. of the Dept.**
                                        **of Human Services; and  RICKIE FELDER as**
                                        **Dir. of the Div. of Family &Children's Services**


                                        BY:  /s/ Ashley Tullos Young_____
                                             Ashley Tullos Young (MSB #101839)

**OF COUNSEL:**
Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| W. Wayne Drinkwater, Jr. Esq. | Eric E. Thompson, Esq. |
| Melody McAnally, Esq. | CHILDREN'S RIGHTS, INC. |
| BRADLEY ARANT ROSE & WHITE LLP | 404 Park Avenue |
| Suite 450, One Jackson Place | New York, New York 10016 |
| Post Office Box 1789 | |
| Jackson, MS 39215 | Harold E. Pizzetta, III |
| | Special Assistant Attorney General |
| Stephen H. Leech, Esq. | OFFICE OF THE ATTORNEY GENERAL |
| 850 East River Place, Suite 300 | P.O. Box 220 |
| Jackson, Mississippi 39215 | Jackson, MS 39205 |

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

| | |
|---|---|
| Marcia Robinson Lowry, Esq. | |
| Tara Crean, Esq. | Eric S. Manne, Esq. |
| Erik S. Pitchal, Esq. | John Piskora, Esq. |
| Margaret Ross, Esq. | LOEB & LOEB, LLP |
| CHILDREN'S RIGHTS, INC. | 345 Park Avenue |
| 404 Park Avenue | New York, NY 10154 |
| New York, NY 10016 | |

**SO CERTIFIED**, this the **27th** day of **March 2006**.

/s/ Ashley Tullos Young_____