## **Exhibit A: Documents Requested of the Mississippi State Personnel Board**

(1) Any request(s) made to the Personnel Board by the Mississippi Department of Human Services' Division of Family and Children's Services ("DFCS") in 2005 and/or 2006 for hazard pay for staff employed by DFCS; and

(2) Any and all documents submitted by DFCS to the Personnel Board in support of the above request(s).