IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **JAMES D. JOHNSON**, as next friend to Olivia Y.; **CARLA LEWIS**, as next friend to Jamison J. and **SYLVIA FORSTER**, as next friend to Desiree, Renee, Tyson and Monique P. | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:04CV251LN** |
| **HALEY BARBOUR; DONALD TAYLOR**, as Executive Director of the Department of Human Services and **BILLY MANGOLD**, as Director of the Division of Family and Children's Services | **DEFENDANTS** |

## ORDER

This matter came before the Court on the Defendants' Motion to Extend Deadline for Filing Motions, by which they seek to move the motion deadline in this matter to June 1. The Plaintiffs have responded by requesting an extension of that deadline to May 10. Neither extension can be accommodated with the trial and pretrial conference dates currently established.

IT IS, THEREFORE, ORDERED, that the Defendants' Motion to Extend Deadline for Filing Motions is hereby **denied**.

IT IS SO ORDERED, this the 29th day of March, 2006.

                                                                        s/James C. Sumner
                                            UNITED STATES MAGISTRATE JUDGE