# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | | |
|---|---|---|
| OLIVIA Y., by her next friend James D. Johnson, et al., on their own and on behalf of all others similarly situated, | ) ) ) | Case No. 3:04CV251LN |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **NOTICE OF CHANGE OF ADDRESS** |
| HALEY BARBOUR, as Governor of the State of Nebraska et al., | ) ) ) ) | |
| Defendants. | ) | |

The Plaintiffs hereby give notice to the Court and all Defendants that Plaintiffs' attorneys with Children's Rights, Marcia Robinson Lowry, Susan Lambiase, Eric E. Thompson, Shirim Nothenberg, and Tara S. Crean, *pro hac vice* counsel for Plaintiffs, have moved to the following address:

    Children's Rights
    330 Seventh Avenue, 4th Floor
    New York, New York 10001

Electronic mail addresses and facsimile and telephone numbers remain the same.

Dated:   March 31, 2006

                                    Respectfully Submitted,

                                    /s Tara S. Crean_____
                                    MARCIA ROBINSON LOWRY (MBN 43991 *pro hac vice*)
                                    SUSAN LAMBIASE (MBN 43992 *pro hac vice*)
                                    ERIC E. THOMPSON (MBN 43993 *pro hac vice*)
                                    SHIRIM NOTHENBERG (MBN 43990 *pro hac vice*)
                                    TARA S. CREAN (MBN 44447 *pro hac vice*)
                                    Children's Rights
                                    330 Seventh Avenue, 4th Floor
                                    New York, New York 10001
                                    Phone: (212) 683-2210
                                    Facsimile: (212) 683-4015

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

      /s Tara S. Crean_____

2