**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JAMES D. JOHNSON, et al.                                                                    PLAINTIFFS

vs.                                                                         CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                                       DEFENDANTS

**NOTICE OF SERVICE OF DEFENDANTS' DESIGNATION OF EXPERT WITNESS**

Notice is hereby given that Defendants Haley Barbour, Donald Taylor, and Rickie Felder have served Plaintiffs with the following expert witness designation, along with the report of the expert witness, as required by Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and Rules 5.3(A) and 26.1(A)(2) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi:

1.    Dr. Sue D. Steib

2.    Any or all treating Physicians and/or Mental Health Professionals of the Named Plaintiffs as identified in discovery disclosures and whose records of treatment have been or will be produced during the course of discovery.

This, the **31st** day of **March**, **2006**.

Respectfully Submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and  RICKIE FELDER, as Director of the Division of Family and Children's Services**

BY:   /s/ Ashley Tullos Young
          Ashley Tullos Young  (MSB #101839)

**OF COUNSEL:**
Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

<u>C</u>

**ERTIFICATE OF SERVICE**

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

  I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

| | |
|---|---|
| Marcia Robinson Lowry, Esq. | |
| Tara Crean, Esq. | Eric S. Manne, Esq. |
| Erik S. Pitchal, Esq. | John Piskora, Esq. |
| Margaret Ross, Esq. | LOEB & LOEB, LLP |
| CHILDREN'S RIGHTS, INC. | 345 Park Avenue |
| 330 Seventh Avenue, 4th Floor | New York, NY 10154 |
| New York, New York 10001 | |

  **SO CERTIFIED**, this the **31st** day of **March**, **2006**.

/s/ Ashley Tullos Young
Ashley Tullos Young (MSB# 101839)
