**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                             PLAINTIFFS

v.                                                                                         CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that counsel for Plaintiffs will take the deposition upon oral examination of Dr. Sue D. Steib on Thursday, April 13, 2006, beginning at 8:30 a.m., at the law offices of Bradley Arant Rose & White, LLP, 188 East Capital Street, Suite 450, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths and by videotape. This deposition will commence on the date set forth above and will continue until complete as permitted by law and/or Court Order.

RESPECTFULLY SUBMITTED, this, the 3rd day of April, 2006.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)

4/81923.1

       Shirim Nothenberg (MBN 43990 *pro hac vice*)
       Tara S. Crean (MBN 44447 *pro hac vice*)
       CHILDREN'S RIGHTS
       330 Seventh Avenue
       New York, New York 10001
       Telephone:  (212) 683-2210

       John Lang (MBN 43987 *pro hac vice*)
       Christian Carbone (MBN 43986 *pro hac vice*)
       John Piskora (MBN 44474 *pro hac vice*)
       LOEB & LOEB LLP
       345 Park Ave.
       New York, New York  10154
       Telephone:  (212) 407-4000

       *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dewitt L. "Rusty" Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

            /s Melody McAnally