ATTORNEYS AT LAW

# McGLINCHEY STAFFORD PLLC

Betty A. Mallett
Phone: 601-950-8424
Fax: 601-352-7751
bmallett@mcglinchey.com

JACKSON
NEW ORLEANS
HOUSTON
BATON ROUGE
CLEVELAND
MONROE
DALLAS
ALBANY

August 23, 2005

Eric Thompson
Children's Rights Incorporated
404 Park Avenue South
New York, NY 10016

RE: *James D. Johnson, et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Mr. Thompson:

This letter responds to yours of August 17, 2005, regarding alleged discovery deficiencies identified in your letter to me dated July 7, 2005.

As for Requests Nos. 21 through 23, Mechille Henry has been unable to locate the referenced memoranda. If such memoranda are subsequently located, we will produce same.

As for Request No. 35, Kathy Triplett has not been able to locate the referenced electronic mail. If such documents are subsequently located, we will produce the same.

Sincerely,

McGlinchey Stafford, PLLC

Betty A. Mallett

BAM/dmf

183766.1

EXHIBIT "9"

CITY CENTRE SOUTH, SUITE 1100, 200 SOUTH LAMAR STREET  |  JACKSON, MS 39201  |  (601) 960-8400  |  FAX: (601) 960-8406  |  www.mcglinchey.com
MAILING ADDRESS: POST OFFICE DRAWER 22949  JACKSON, MS 39225-2949