

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman & Treasurer
Robin L. Dahlberg
Secretary
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner
Anne Strickland Squadron

August 25, 2005

**VIA FAX – (601) 352-7757
and REGULAR MAIL**
Ms. Betty Mallett
McGlinchey Stafford PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Ms. Mallett:

I write in response to your letter of August 23, 2005, related to Defendants' incomplete production of documents in response to Plaintiffs' Fifth Request for Production of Documents.

As to Document Request no. 9, Plaintiffs will limit their request at this time to the provider and licensing files maintained by Defendants for the homes and facilities listed in the logs of maltreatment in care investigations at Bates DHS 053503-053529 (enclosed). We note that according to Gail Young's May 17, 2005, R. 30(b)(6) testimony, these provider and licensing files are maintained in the State Office or in the County Offices depending on the type of placement, and are not complete without the related MACWIS provider files (*see* Young depo 30:7-19; 31:4-7; 41:1-5)(enclosed). Please produce these documents by August 31, 2005. Plaintiffs reserve the right to pursue additional responsive documents as needed.

Further, as to the documents compelled by J. Nicols' July 18, 2005 Order, I note that your July 29, 2005 production did not include a current MACWIS report as testified to by Ms. Triplett and compelled by the Court. Moreover, as made clear by the logs regarding investigations of maltreatment in care referenced above that were produced pursuant to the Order, the related investigation reports are noted to have been received or printed from MACWIS by the State Office. These documents are clearly responsive to Request No. 35 of Plaintiffs' First Request for Production of Documents and should be immediately produced pursuant to the July 18, 2005 Order compelling such responsive documents.

I look forward to your immediate response to these pending deficiencies.

Sincerely yours,

Eric Thompson
Plaintiffs' counsel

Encls.
cc:    Stephen Leech, Esq.
       Wayne Drinkwater & Melody McAnally, Bradley Arant
       John Lang, Loeb & Loeb

**EXHIBIT**
"13"

404 Park Avenue South, New York, NY 10016
Tel: 212-683-2210 · Fax: 212-683-4015 · info@childrensrights.org · www.childrensrights.org

# Calendar Year 2005
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R –Responsible S –Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 02/08/05 | 02/08/05 | Pearl River | Karen & Bill Rohrbacker<br>Perp(s): Karen & Bill Rohrbacker | Tara Sanders, 07/23/93<br>Physical Abuse<br>Heather Sanders, 07/23/93<br>Physical Abuse<br>Caleb Lopez, 10/03/03<br>Physical Abuse | 04/05/05<br>Printed from MACWIS | No Evidence |
| 03/07/05 | 03/29/05 | Warren | Sherry Roberts<br>Perp: Sherry Roberts | Tanya Drewery, 09/11/91<br>Emotional Abuse/Neglect<br>Brittany Livingston, 01/28/02<br>Emotional Abuse/Neglect | 03/29/05 | No Evidence |
| 03/31/05 | 04/19/05 | Harrison | Marie & Victor Ross<br>Perp: Marie Ross | Zachary Rogers, 10/10/94<br>Physical Abuse | 04/19/05 | No Evidence |
| 03/31/05 | 05/04/05 | Hinds | Mae Jacobs<br>Perp: Sterling Jacobs | Bernice Burns, 01/18/98<br>Sexual Abuse<br>Murteshia Burns, 02/28/00<br>Sexual Abuse | 05/04/05 | No Evidence<br>No Evidence |
| 03/31/05 | 05/04/05 | Hinds | Mae Jacobs<br>Perp: Harold Floyd | Arlista Jacobs, 05/31/94<br>Sexual Abuse | 05/04/05 | No Evidence |
| 04/07/05 | 04/18/05 | Quitman | Daphne & Tommy Rogers<br>Perp (s): Daphne & Tommy Rogers | Meochia Macon, 12/21/90<br>Physical Neglect | Printed from MACWIS<br>05/12/05 | No Evidence |
|  | 05/25/05 | R–Clay<br>S–Oktibbeha | Kimberly Spruell | Kelyrn simmons, 08/12/90 | They were involved in a car accident. No investigation will be done. |  |
| 11/23/04 | 06/03/05 | Harrison | Peggy & Joe Raymond<br>Perp(s): Peggy & Joe Raymond | Foster Children (Not specific)<br>Emotional Abuse/Neglect | 06/03/05 | No Evidence |

Page 1 of 2

DHS
053503

# Calendar Year 2005
# MDHS
# Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/16/05 | 06/17/05 | R-Forrest S-Grenada | Teresa Reed (Stepping Stones) Perp: Teresa Reed | Jamyis King, 02/11/04 Physical neglect Akasha King, 03/02/05 Physical Neglect | | |
| | | | | | | |

DHS
053504

## Calendar Year 2004
## MDHS
## Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 10/23/03 | 08/09/04 | Forrest | Barbara Visser<br>Perp: Barbara Visser | **Stacy McRaney, 09/30/87**<br>Physical Neglect | 08/09/04 | No Evidence |
| 12/18/03 | 01/26/04 | Pearl River | Terry & Allison Hall<br>Perp: Terry Hall | Alextha Bigner, 10/25/00<br>Lillian R. Bigner, 12/20/97<br>Taylor Morris, 10/23/98<br>Austin Hall, 10/19/99  Phy & physical abuse | 01/26/04 | No Evidence<br>No Evidence<br>No Evidence<br>No Evidence |
| 02/04/04 | 02/13/04 | Jones | Frankie Lee Jefferson<br>Perp: Jackie Hamby | Dyshque Chatman, 11/22/93<br>n | 03/05/04 | CS-Evidenced |
| 01/29/04 | 02/13/04 | Forrest | Johnnie Hatten<br>Perp: Johnnie Hatten | **Jessica Berry, 01/21/97**<br>Phy Neg | 02/24/04 | No Evidence |
| 02/20/04 ~ | 02/20/04 | R-E. Bolivar<br>S-Humpreys | Georgia Sneed<br>Perp: Georgia Sneed | **Jessica Drain, 05/06/93**<br>P/N Abuse | 5/12/05<br>Printed from MACWIS | No Evidence |
| 03/04/04 | 03/17/04 | R-Rankin<br>S-Lee | Kay Smith, Youth Villages Foster Home<br>Perp: Kay Smith | **Kimberly Hamilton**<br>Physical & Emotional Abuse | 03/17/04 | No Evidence |
| 04/12/04 | 05/17/04 | Forrest | Tausha Monet Graves<br>Perp: Tausha Graves | **Peaches Reedy, 07/15/99**<br>Physical Neglect | 05/17/04 | No Evidence |
| 04/06/04 | 04/27/04 | R-Lafayette<br>S-Pontotoc | Ruth Delorse<br>Perp: Ruth Delorse | **Michael Terhune, 05/04/98**<br>Physical Abuse | 04/27/04 | No Evidence |
| 04/19/04 | 04/21/04 | R-Destoto<br>S-Desoto | Christine & Tim Jones<br>Perp: Willie Jones | **Cortrease Jones, 07/15/68**<br>Sexual Abuse | 07/27/04<br>Printed from MACWIS | CS-Evidenced |
| 05/13/04 | 05/13/04 | R-E. Bolivar | Mary McAbee<br>Perps: Mary McAbee<br>Gebraska Brown | Arionte Lusby<br>Alleged: Physical Abuse | 05/13/05<br>Verbal from RD | CA-Evidenced |
| 06/15/04 | 08/05/04 | R-Leake<br>S-Warren | Rhonda & James Hall<br>Perp: Suzanne Fowler | Carolyn Harris, 8/11/95<br>Alleged: Physical Abuse | 08/05/04 | No Evidence |

DHS<br>053505

# Calendar Year 2004
## MDHS
### Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R-Responsible S-Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 06/25/04 | 07/22/04 | Forrest R-Marion S-Jones | Regina Parker Perp: Regina Parker Perp: Ronald Montgomery | Recarldais Alexander, 7/15/90 Alleged: Sexual Abuse Alleged: Physical Neglect | 07/22/04 | No evidence |
| 06/28/04 | 09/29/04 | R-Washington R-Washington | Gloria & William Manning Perp: William Manning | Barquiesha Madison, 8/01/98 Alleged: Sexual Abuse | 09/29/04 | No Evidence |
| 07/06/04 | 10/19/04 | George | Jackie Littlefield Perp: Jackie Littlefield | Santana Canard, 10/03/00 Physical Abuse | 10/19/04 | No evidence |
| 07/30/04 | 09/24/04 | R-Warren S-Hinds | Bessie Chambers Perp: Bessie Chambers Perp: Angela Chambers | Antion Brown, 10/6/97 Physical Abuse Demetrius Brown, 8/17/96 Physical Abuse | 09/24/04 | No evidence |
| 08/23/04 | 10/11/04 | Tunica | Annie Shields Perp: Annie Shields | Karnesha Thomas, 11/9/89 Physical Neglect/Abuse, Emotional abuse/neglect Pierre Thomas, 6/14/92 Physical Neglect Ravel Thomas, 1/20/95 Physical Abuse/Neglect Jana Shield, 7/13/95 Physical Neglect | 10/11/04 | No Evidence |
| 08/27/04 | 08/27/04 | R-Winston S-Warren | Sherry & Dave Roberts Perp: Sherry Roberts | Tiffany Livingston, 10/24/94 Alleged: Physical Abuse | 08/29/04 | No Evidence |
| 09/03/04 | 09/24/04 | Warren | Billie Kinsey Perp: Billie Kinsey | Belinda Shears, 9/8/95 Physical Abuse | 09/24/04 | No evidence |
| 09/03/04 | 09/24/04 | Warren | Pat Wilson Perp: Pat Wilson | Alex Shears, 9/5/99 Physical Abuse | 09/24/04 | No evidence |

Page 2 of 3

DHS
053506

Calendar Year 2004
MDHS
Foster Home Investigations

| Date MDHS Received Report | Date Reported to State Office | County R –Responsible S –Service (if different) | Agency Foster Home & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 09/24/04 | 09/27/04 | R-Forrest S-Forrest | Barbara Lee Perp: Tanya Lee | Brandon Bowman, 9/07/87 alleged Emotional Abuse/Neglect | 10/08/04 | No Evidence |
| 10/04/04 | 02/09/05 | Hinds | Alma & Willie Haley Perp: Willie Haley | Christopher May, 11/29/94 Physical Abuse | 02/09/05 | No Evidence |
| 10/29/04 | 12/13/04 | Forrest | Jacqueline & Danny Magee Perp: Danny Magee | Jadaisia Thurmond, 8/23/86 Sexual Abuse | 12/13/04 | CS-Evidenced |
| 10/18/04 | 10/18/04 | Harrison | Joe Raymond Perp: Joe Raymond | Autumn Dubois, 3/4/89 Sexual Abuse | 12/01/04 | No Evidence |
| 11/03/04 | 02/09/05 | Warren | Mildred Martin Perp: Mildred Martin | Natalie Hayes, 7/15/85 Physical Abuse Taniya Hayes, 2/24/04 Physical Abuse | 02/09/05 | No Evidence |
| 11/04/04 | 11/19/04 | Lamar | Sylvia & Billy Gray Perp: Billy Gray | Jadaisia Thurmond Sexual Abuse | 12/28/04 | No Evidence |
| 11/05/04 | 01/11/05 | Warren | Billie Kinsey Perp: Billie Kinsey | Rebecca Hopson, 8/02/02 Medical Neglect | 01/11/05 | No Evidence |
| 12/21/03 | 12/29/04 | DeSoto | Gloria & Rodmann Hansen Perp: Rodmann Hansen | Jessica Derrick, 7/21/99 Sexual Abuse | 05/13/05 Printed from MACWIS | No Evidence |

Page 3 of 3

DHS
053507

# CALENDAR YEAR 2003
## MDHS
## AGENCY (FOSTER) HOME INVESTIGATIONS

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 1/16/03 | 1/31/03 | Union | Jarvis, Gayle Perp: same | Miller, Andrew T. 1/29/92 Miller, Brandon 11/16/90 Alleged: Physical Abuse | 1/31/03 | No evidence on either victim |
| 1/31/03 | 2/3/03 | DeSoto | Reed, Lora Reed, Fredrick Perp: same | Wade, Ricco, age 5 Alleged: Physical Abuse | 9/16/03 | No evidence |
| 1/31/03 | 2/3/03 | DeSoto | Harris, Nellie Harris, Robert Perp: same | Moore, Randall, age 13 Alleged: Physical Abuse | 9/16/03 | No evidence |
| 2/27/03 | 2/28/03 | Alcorn | Brooks, Paul Perp: same | Brooks, Jessica, age 17 Hasen, Jo Anna, age 5 Alleged: Sexual Abuse | 3/19/03 | CS Evidence - Jessica No Evidence - Jo Anna |
| 3/19/03 | 3/19/03 | DeSoto | Curran, Debra Curran, Michael Perp: Debra Curran | Johnson, Tommie 13 Alleged: Physical Abuse | 4/3/03 | No evidence |
| 4/9/03 | 4/10/03 | Jones | Jefferson, Frankie Perp: Doug Jefferson (foster parent's son) | White, Ashley age 12 Alleged: Sexual Abuse | 9/19/03 | CE- Evidenced CA- No Evidence |

1

DHS
053508

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R-Responsible S-Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 2/19/03 | 4/14/03 | Hancock | Lee, Earl Perp: Lee, Earl, foster parent. Also, Kasey Lee alleged perp on Patrick H. Collins | Beal, Rachel - 4/22/88 - CN Beal, David - 5/4/89 -CN Boney, Ashley - CN Collins, Patrick H. - CN DOB: 12/12/88 Collins, Patrick H. - CN DOB: 6/7/01 Collins, Patrick H. - CA DOB: 6/7/01 | 4/14/03 | No Evidence of CN or CA toward any of the children |
| | | Washington Copy of RD's letter to foster parents rec'd 5/27/03 re: "no evidence to substantiate allegations." Protection Unit had not rec'd notice of a report on this home. | Mr. & Mrs. Dennis McNeer - Cleveland, MS | Unknown. Copy of RD's letter only to the "foster parents" from McDaniel rec'd 5/27/03 | | |
| 6/2/03 | 7/10/03 | Pearl River | Hutchings, Laurie Perp - same - Foster Mother | Bergens, Alexandra, 9/18/89 Brand, Hilary 5/5/87 (age 16) Alleged: CN | 7/10/03 | No evidence |
| 6/27/03 | | Prentiss | Mahan, Angela - Foster mtr Perp: Angela | Gillard, Tyesha 8/26/99 Alleged: CA | 7/30/03 | No Evidence of CA |

2.

DHS
053509

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R-Responsible S-Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 4/11/03 | | Coahoma | McNeer, Dennis and Karen Perp: Dennis McNeer | Julian, Glynmayla "Penny" age 4; W/F Moreland, Terry age 2; W/M Alleged: CS - Glynmayla | 5/27/03 Rec'd only the RD's letter to the foster parents | No Evidence of CS |
| 7/22/03 | | Tishomingo | Foster, Daniel Lance and Sandra Perp: Sandra Foster | Avery, Ashley, age 11 Griffith, Heather, age 6 Griffith, Morgan, age 9 Eaton, Lisa, age 9 Eaton, William Eric, age 4 Alleged: CE / CA | 8/11/03. Rec'd only the RD's letter to the foster parents | No Evidence of either allegation |
| 6/26/03 | | Forrest | Jones, Ethel Perp: Jones, Ethel and Paige, Tamika | Collins, Katrina, age 11 Thurmond, Brandena C., 10 Reed, Kabrena, age 10 Curry, Raymond, age 8 Curry, Anthony, age 5 Paige, Chloe W., age 8 Bolton, Andrel, age 4 Bolton, Danielle, age 6 Alleged: CA / CE / CN | 8/18/03 | Evidenced - CE only on Brandena Thurmond; No Evidence CA/CN Violation of policy by using corporal punishment |
| 6/2/03 | | Pearl River | Hutchings, Laurie Perp: same | Bergens, Alexandra L. 9/18/89 Brand, Hilary 5/5/87 Alleged: AN | 8/28/03 | No Evidence |
| 9/30/03 | 10/03/03 | Pearl River, Region 6-N | Deborah Bounds Foster Home Perp: Julian Bounds | Destiny Walker Alleged: Child Sexual | 12/15/03 | No Evidence |

3

DHS
053510

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R -Responsible S -Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 10/01/03 | 10/03/03 | Forrest, Region 6-N | Joy Crosby | Stacy Morris Spartacus Harley Kiara Cunningham Candace Norris | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 10/1/03 | 10/03/03 | Forrest, Region 6-N | Joy Crosby | Danielle Ramierez Samuel Smith | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 1/05/03 | | Jones, Region 6-N | Frankie Jeffeson | Shanequa Arrington Teeice White Mark McCullum | | CE Evidenced, Shanequa CA-No Evidence, Shanequa CA-No Evidence, Teeice CE-Evidenced, Mark |
| 11/05/03 | 11/10/03 | Pearl River, Region 6-N | Pam & Shane Gordon Michael Bishop | Kerry Banner Alleged: Child Abuse Gabrielle Banner Alleged: Child Abuse | 2/26/04 Copied from MACWIS | No Evidence on either child. |
| 8/08/03 | 11/18/0? | Forrest, Region 6-N | Barbara Viser | Stacy McRaney Alleged: Child Abuse/Neglect | 11/18/03 | No Evidence |
| 6/12/03 | 11/17/03 | Jackson, Region 6-S | Glenda Noble | Victoria Bilbo Alleged: Child Abuse | 11/17/03 | No Evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | James Magee | Reginald Williams Alleged: Child Abuse. | | Did not see in MACWIS |
| 11/12/03 | 12/01/03 | Washington, Region II | Luke Harp Foster Home Perp: Luke Harp | Akeem Lewis Alleged: Physical Abuse | 12/01/03 | No Evidence |

4

DHS
053511

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County / Region R –Responsible S –Service | Agency Foster Home/ Alleged Perpetrator | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 11/18/03 | 12/01/03 | Jackson, Region 6-S | David & Jackie Denman Foster Home<br>Perp: David & Jackie Denman | Cody Riback<br>Alleged: Child Abuse/Neglect | 12/01/03 | No Evidence |
| 10/09/03 | 12/04/03 | Harrison, Region 6-S | Michelle Green Foster Home<br>Perp: Michelle Greeen | Twanda Norwood<br>Alleged: Child Abuse<br>Tamara Floyd<br>Alleged: Child Abuse | 12/04/03 | CA Evidenced-Twanda<br>CA Evidenced-Tamara |
| 12/08/03 | 12/11/03 | Oktibbeha, Region 4 | Noynesa & William Jordan Foster Home<br>Perps: Noynesa & William Jordan | Steven Lambert, Child Abuse<br>Willie Lambert, Child Abuse<br>Kenya Jackson, Child Abuse<br>Angelique Finley, Child Abuse | 12/15/03 | CB Evidenced - Steven<br>CB Evidenced - Willie<br>CB Evidenced - Kenya<br>CB Evidence - Angelique |
| 12/21/03 | 12/30/03 | Desoto, Region 1-W | Rodmann Hanson Foster Home<br>Perp: Rodmann Hanson | Jessica Derrick, DOB-7/21/99<br>Alleged: Sexual Abuse | 2/26/04<br>Copied from MACWIS | No Evidence |
| 12/23/03 | 12/30/03 | Marshall, Region 1-W | Carolyn Faulkner Foster Home<br>Perp: Carolyn Faulkner | Christina Faulkner, DOB-7/30/99<br>Alleged: Physical Abuse<br>Develia Spight, DOB-1/15/01<br>Alleged : Physical Abuse | 2/26/04<br>Copied from MACWIS | No Evidence on either child. |
| 12/08/03 | 12/16/03 | Neshoba Region 4 | Frances Shannon Foster Home<br>Perp:Frances Shannon | Trinity Foley<br>Alleged: Physical Abuse<br>Cassidy Foley<br>Alleged: Physical Abuse | 12/16/03 | CA-Evidenced, Cassidy<br>CA-No Evidence |

DHS
053512

## Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS
## MDHS Agency (Foster) Homes

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim If Evidenced) |
|---|---|---|---|---|---|---|
| 1/8/02 | | Walthall Reg. V | Foster mtr: Weary, Yolanda Perp: same | Dillon, Angela - age 11, DOB: 7/5/90 (only alleged victim) | 3/8/02 | Alleged: physical & emotional abuse. No Evidence of A/N; but vilcation of agency policy on corporal punishment |
| 1/2/02 | | Claiborne - R Hinds - S Reg. 5 | Shorter, J.C. Perp: same | Burnette, Tameka - age 17; 10/27/84 (only alleged victim) | 3/22/02 | Alleged Sexual abuse No Evidence |
| 1/10/02 | | Forrest Reg. 6 N | Foster mtr: Coleman, Betty Perp: Same | Hathorn, Gregory 6 B/M (only alleged victim) | 4/15/02 | Alleged Physical Abuse No Evidence of CA; violation of agency policy. |
| 3/14/02 | | Hinds Reg. 7 | Foster mtr: Willie Body Perp: Same | Seals, James 9/24/92 (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 3/14/02 | | Hinds Reg.7 | Foster Mtr: Lela Heath Perp: Same | Crawford, LaDarius 7/28/93 (only alleged victim) | 4/23/02 | Alleged Physical Abuse No Evidence |
| 4/22/02 | MACWIS prints rec'd 5/13/02 | Jones VI-N | Foster Parent: Jefferson, Frankie L. Perp: same | White, Ashley L. 3/29/91 - B/F Arrington, Shamequa L. 7/28/02 B/F | 5/1/02 | Alleged Physical Abuse No Evidence - no victim |

1

DHS
053513

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/28/02 | 6/10/02 by MACWIS screen prints | Pearl River Reg. VI-N | Smith, Johnnie M. Perp: Same | Ray, Ashawan, age 3 B/F Alleged: Physical abuse | | |
| ? | 6/10/02 | Hancock Reg. VI N  Sandy Wright, SW Harrison Co. Call-in to Hotline. Assigned SW - Sandy Wright | Vogelmeicer, John & Mary Perp: Mary (foster mtr) | Blackwell, Brittney W/F age 3 - Sean - W/M age 9 Haley - W/F, age 6 Amber - W/F, age 8  Alleged: foster mother whipped Brittany with her hand & made siblings stand against the wall w/head leaning on it | 6/24/02 | NO EVIDENCE. Concerns noted and recommendations made by RD - Zadie Rogers. |
| 5/3/02 | | County? Lacey O'Quin SW - Reg. V | Hall, Pearl Perp: same | Powell, Tekira b/f: 9/8/97 Alleged:  Physical Abuse | 7/8/02 | EVIDENCE |
| | | | | | | |

2

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 8/20/02 | ------- | Harrison | Foster parents: Debra and James Fox  Perp: Debra Fox | Skinner, William 9 y.o. Taylor, Don 9 y.o. Bilbo, Krystia 8 y.o. Mateen, Danielle R. 8 yo Mateen, Danielle L. 8 yo Bilbo, Victoria 8 y.o Silkwood, Jesica L. 1 yo Alleged: AN /CA. All left in car w/ windows rolled up. Use of corporal punishment. | 9/16/02 | EVIDENCE -CN - all children. All removed. |
| 8/8/02 | | Harrison | Foster parents: Donnie & Laura Jenkins Perp: Laura Jenkins | Gross, Tyleber L., age 6 - 1/15/96 Craft, Charmaine, age 14 - 11/4/87 Alleged: Physical abuse | 9/25/02 | No Evidence - both children |
| 11/7/02 | 11/8/02 | Stone | Foster Parents: Irvin & Andelle Whitaker Perp: Andelle Whitaker | Morgan, Christina, age 3 Alleged: Physical Abuse | | |
| 10/17/02 | ------- | Hancock | Foster parents: Gordon and June Herron Perp: foster parents and Danny Lightell | Martin, Corey 7/28/93 Martin, Olivia 7/6/98 Foster, Kayla 10/12/97 Martin, Chloe 11/12/99 Collins, Elicia 8/12/87 Alleged: physical abuse and neglect | 11/20/02 | No Evidence |
| 11/5/02 | ------- | Lee I- E | Foster Parents: James & Catherine Ivory Perp: James Ivory | Blaylock, Contreal, age 11 DOB: 5/29/91 Alleged: Physical Abuse | 11/27/02 | Evidence |

3

DHS 053515

2002 —
MDHS - Agency Foster Home (Investigation)

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/Region R- Responsible S- Service | Agency Foster Home/ Perpetrator | Children Involved/ Allegations | Date S.O. Received Investigative Report | Findings (& Victim If Evidenced) |
|---|---|---|---|---|---|---|
| 11/7/02 | 12/11/02 | Stone | Foster Parents: Whittaker, Andrette & Irvin II Perp: Andrette Whittaker | Morgan, Christina S., age 3 DOB: 2/15/99 Alleged: Physical Abuse | 12/11/02 | No Evidence |
| 8/26/02 | 2/18/03 | Jackson | Upchurch, Linda perp: same | Darby, Ashley R., age 14 DOB 11/11/88 Alleged: Emotional Abuse and Neglect | 2/18/03 | No Evidence - alleged victim removed from home. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

DHS
053516

All corrections made...

## Calendar Year 2005
## Out-of-Home
## Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/05 | 05/09/05 | W Chickasaw | Millcreek of Pontotoc Markious Hollan | Antonio Cosby 1·19·92 Physical Abuse | 05/09/05 | No Evidence |
| 01/21/05 | 05/09/05 | Clay | Sally Kate Winters Ex-employees | Ashley Clark 5·23·84 Physical Neglect Sean Catledge 3·13·89 Physical Neglect | 05/09/05 09 | CN-Evidenced |
| 02/25/05 | 05/09/05 | Pontotoc | Millcreek of Pontotoc Alisha Tillman | Patsy Burgess 9·18·93 Physical Abuse | 05/09/05 | No Evidence |
| 04/15/05 | 04/28/05 | R-Rankin S-Jones | McCarty Home for Boys | Joshua Spann Physical Abuse | | |
| 06/08/05 | 06/08/05 | George | Eagle Point Staff | Salvador Montes, 13 y/o Physical Neglect | Referred to Health Department and Law Enforcement | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page 1 of 1

*DHS*
*053517*

# Calendar Year 2004
## Out-of-Home
## Facility Investigations

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 01/05/04 | 01/14/04 | Pontotoc | Millcreek of Pontotoc Perp: Ellis A. Scott | Marquette N. Smith, 11-15-92 Physical Abuse | 01/14/04 | No Evidence |
| 01/06/04 | 01/06/04 | Stone | Baptist Children's Village, Deanah Campus Perp: Rebecca Davis | Manda Smith 15 y/o Sexual Abuse | Screened out Referred to law Enforcement | out Referred to law Enforcement |
| 12/17/03 | 01/15/04 | Pontotoc | Millcreek of Pontotoc Perp: Ellis A. Scott | Willie J. Sanders, 01/15/90 Physical Abuse | 01/15/04 | No Evidence |
| 01/22/04 | 03/30/04 | Pearl River | St. Francis Academy Perps: Glenda Harruff Frank Harruff | Kolayer T. Chapman, 06/02/88 Physical & Emotional Abuse | 04/30/04 | CA-Evidenced CE-Evidenced |
| 02/05/04 | 02/26/04 | Chickasaw W | Sunnybrook Children's Home Perp: Kimberly Everett Wheel | Santana Williams Lisa Hall Emotional & Physical Abuse | Printed 6-22-05 | CE CA Evidenced |
| 02/26/04 1/26/04 | 02/26/04 | R-Pearl River S-Madison | Sunnybrook Children's Home Perp: Randy Shoemaker Todd Gainey | Felisa Frelich, 01/07/88 Sexual Abuse Brittany Frelich 9-19-90 | Printed 6-22-05 | CS Evidenced CS |
| 03/01/04 | 03/01/04 | Madison | Sunnybrook Children's Home Perp: Brittany Frelich | Samantha Smart, 04/22/94 Sexual Abuse | Screened out. | |
| 03/08/04 | 04/05/04 | R-Monroe S-Pontotoc | Millcreek of Pontotoc Perp: LaTonya Williamson | Julie Alexander, 02/12/90 Sexual Abuse | 04/05/04 | No Evidence |
| 03/11/04 | 04/05/04 | Pontotoc | Millcreek of Pontotoc Perp: Regina Simon | Ashley Cutright, 10/21/94 Physical Abuse | 04/05/04 | No Evidence |
| 03/23/04 | 04/12/04 | R-DeSoto S-Pontotoc | Millcreek of Pontotoc Perp: Another resident Perp: Lois Cox, Staff member | Christopher Jones, 04/08/95 Physical Abuse Physical Neglect | 04/12/04 | No Evidence |
| 04/08/04 | 04/08/04 | George | Bethel Home Perp: Instructor Cameron | Colin Crompton, 14 y/o Physical Abuse | Screened out refused to law enforcement & health dept | out refused to law enforcement & health dept |
| 04/13/04 | 04/23/04 | R-Winston S-Pontotoc | Millcreek of Pontotoc Perp: Unknown | Vince Jackson, 04/13/93 Physical Abuse | 04/23/04 | No Evidence |

DHS 053518

Page 1 of 2

**Calendar Year 2004**
**Out-of-Home**
**Facility Investigations**

| Date MDHS Received Report | Date Reported to State Office | County R- Responsible S -Service (if different) | Facility & Alleged Perpetrator | Child(ren) Involved DOB & Allegations | Date State Office Received Investigative Report | Findings |
|---|---|---|---|---|---|---|
| 04/23/04 | 05/14/04 | S-Pontotoc | Millcreek of Pontotoc Perp: Dewayne Farris | Larobert Mitchell, 04/12/92 Physical Abuse | 05/14/04 | No Evidence |
| 05/19/04 | 07/07/04 | S-Pontotoc R-Union | Millcreek of Pontotoc Perp: Daniel Campbell | Joseph Richards, 03/29/98 Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/08/04 | 07/07/04 | Pontotoc | Millcreek of Pontotoc Perp: Michael Humphrey | James Ener, 07/20/92 Physical Abuse | 07/20/04 Printed from MACWIS | No Evidence |
| 06/15/04 | 08/05/04 | Warren | Warren County Children's Shelter Perp: Eddie Wells | Denzel Hawkins, 06/07/93 Physical Abuse | 08/05/04 | No Evidence |
| 06/17/04 | 06/17/04 | Alcorn | Sally Kate Winters Perps: Employee/Director | Brandon Stacy, 12/6 12·21·92 Physical Abuse | Printed 6·22·05 | No evidence |
| 06/22/04 | 06/24/04 | Hinds Pearl River | Christians in Action Perp: Kerrie Banner | Kanausha Hunt, 09/04/00 Sexual Abuse | 08/05/04 | No Evidence |
| 09/21/04 | 10/15/04 | R-Rankin S-Coahoma | Bass Home Perp: Robert Jones | Michaelle Cullen, 09/08/86 Sexual Abuse | 10/15/04 | CS-Evidenced |

DHS
053519

## CALENDAR YEAR 2003
## OUT OF HOME
## FACILITY INVESTIGATIONS

| Date County Rec'd Report | Date Incident Reported to S. O. | County/Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| | 1/8/03 | Madison, Winston, Rankin, Warren Hinds - S | Baptist Children's Village<br><br>Perp: Amber Cox (resident) W/F/13 | Edwards, Toni W/F/3-26-93<br>Frith, Samantha, W/F/9-15-91<br>Frith, Callie W/F/1-20-94<br><br>Alleged: Sexual misconduct | | Screened Out |
| 1/16/03 | 2/6/03 | Pontotoc | Millcreek<br>Perps - staff:<br>Campbell, Daniel<br>Nolder, Terry G. | Chapman, Kolayer T., 6/2/88<br><br>Alleged: Physical Abuse | 2/6/03 | No Evidence |
| 1/23/03 | | SIMPSON | Millcreek<br>Perps - staff:<br>Tina Binson<br>Marcus Allen | Latimer, DeVaughn, w/m<br>DOB 3/25/95<br>Alleged: Physical Abuse | 2/7/03 | No Evidence |
| 2/21/03 | 2/21/03 | GEORGE | Bethel Boy's Home<br>Lucedale, MS | No Victim Identified<br>Alleged: Neglect/Abuse | | Did not see in MACWIS |

1

DHS
053520

| Date County Rec'd Report | Date Incident Reported to S.O. | County/Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| ? | 3/11/03 | HINDS | The ARK<br>Perp: Melvin Carter | Holmes, Erica B/F<br>DOB 1/29/88<br>Alleged: Victim said on 3/7/03, Melvin grabbed her butt. Also, said on 3/9/03, he rubbed a banana across her breast. | | Did not see it.<br>I know. |
| 3/25/03 | 4/1/03<br>CS | FORREST<br>Reporter:<br>SMCC staff via letter to Licensure Unit | South MS Children's Center (SMCC)<br>Perp: Allen Sutton (staff employee) | Davis, Donnisha (female resident)<br>Pearl River child | 9/19/03 | CS: Evidenced<br>Victim: Donnisha Davis |
| ? 5/29/03 | 5/30/03 | HOLMES<br>Reporter:<br>Sammie Stuart | Youth Villages Therapeutic Foster Home<br>Foster Parents: Tammy McDonald & Anthony Banks | Truss, Myra B/F<br>DOB 7/7/02 (11 months)<br>Alleged: Baby taken to Dr. 5/29/03 w/fracture leg. Dr feels it was an unfortunate accident. Baby was born premature, blind, lung disorder which requires oxygen. Oxygen cord wrapped around baby's leg. There is another medically fragile 2 yr old in this home. | Printed from MACWIS<br>11/24/03 | No Evidence |
| 6/4/03 | 6/26/03 | PEARL RIVER | St. Francis Academy<br>Perp: Shonda Kelly,<br>House Teacher | May, Carnell B/M, age 16<br>DOB 2/18/87<br>Victim said Shonda Kelly hit him in the mouth. Victim had a busted lip. | 6/26/03 | Finding: Evidence - CA |

2

DHS<br>053521

| Date County Rec'd Report | Date Incident Reported to S. O. | County/ Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 6/25/03 | 6/25/03 | HINDS | Baptist Children's Village Perp: Fredia White, age 15 B/f, DOB 3/31/88 | Cox, Matthew, age 12, W/M DOB 8/19/90 Witnesses said Fredia was sitting on Matthew's lap on the bus and was fingering her. They admit they have engaged in sex. Fredia is in custody of Lauderdale and Matthew in custody of Madison Co. | | Screened Out |
| 6/17/03 | 6/25/03 | JONES | Baptist Children's Home (Laurel, MS) Perps: Sidney Davis Dir. Pat Davis, Dir's wife Betty Turnbo, Sec. | 1) Brunty, Alden - age not given 2) Brunty, Desiree - age not given 3) Chelsea (last name unk). Numerous concerns reported: (1) Arranges visits with sponsors away from home. (2) Clothing out of season; don't fit. (3) Shoes to tight caused blisters on feet. (4) Medication not dispensed properly; medical attn. not sought | | Did not see it known |
| ? | 7/28/03 | HINDS | Oakley Training School Perp: Oliver Nelson | Clark, Brandon, B/M, DOB 4/1/88 Alleged: Oliver choked Brandon; grabbed him by the throat and hit him in the chest. Happened Fri. or Sat. | | Did not see it MACWIS |

3

DHS
053522

| Date County Rec'd Report | Date Incident Reported to S. O. | County/Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 5/2/03 | | PONTOTOC | Millcreek Perp: Debbie Bullard staff member | Vardaman, Tevin, age 10; DOB 4/29/92 Childress, Justin, age 11; DOB 12/11/95 Alleged: CE / CN | 6/6/03 Rec'd only the RD's letter to the facility | No Evidence of either allegation |
| ? Unable to pull up report in MACWIS | | PONTOTOC | Millcreek Perp: Dewayne Farris, staff member | Freeman, Michael, DOB 9/4/92 Alleged: CA. Can't pull up report in MACWIS | 6/18/03 Rec'd only the RD's letter to the facility | No Evidence |
| ? | | PONTOTOC | Millcreek Perp: Unknown | Eggleston, Paul DOB/Age unknown Alleged: Unknown Can't pull up report in MACWIS | 7/7/03 Rec'd only the RD's letter to the facility | No Evidence |
| 7/21/03 | | W. Chickasaw | Gardner Simmons Home for Girls Foster Parents: Forrest & Wanda Collums Perp: Forrest Collums | Collums, Dulaney, DOB 10/7/88 age 14 Collums, Sheila, DOB 7/26/93; age 10 Alleged: CE/CA - Dulaney Alleged: CS/CE/CA - Shelia | 8/12/03 Rec'd only the RD's letter to the facility | No Evidence |
| 5/16/03 | | JONES | MILLCREEK - Perp: Melinda Allen, staff person | Allen, William S. 12/19/91 age 11 Alleged: Physical & Sexual Abuse | 8/18/03 | No Evidence of either allegation |

DHS
053523

4

| Date County Rec'd Report | Date Incident Reported to S.O. | County/ Region R-Responsible S-Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 8/14/03 | | PONTOTOC | MILLCREEK Perp: Sharon D. Petty (staff person) | Decker, Michael K., 6/12/93; age 10 Alleged: Physical Abuse | 8/28/03 | No Evidence |
| 8/11/03 | 9/02/03 | Itawamba, Region I-E | Harden House Perpetrators: Judy Arnette Debra Russom Janet McMillan (Staff) | Emosha Weeks, 2/24/91 Alleged: Medical Neglect | 9/02/03 | No Evidence |
| 8/14/03 | 9/04/03 | Pontotoc, Region I-E | Harden House/Kenneth Grisham Adoptive Home Perp: Kenneth Grisham | Charles McCowen, 8/27/98 Alleged: Physical Abuse | 9/04/03 | CA: Evidenced Victim: Charles McCowen |
| 9/11/03 | 9/23/03 | Pontotoc, Region I-E | Millcreek of Pontotoc Perp: Edwin J. Marion | Andrew Miller Alleged: Sexual Abuse | 9/23/03 | CS: Evidenced Victim: Andrew Miller |
| 9/18/03 | 10/16/03 | Pontotoc, Region I-E | Millcreek of Pontotoc Perp: Carl Warren | Lazarius Thomas Alleged: Physical Abuse | 10/16/03 | No evidence |
| 10/13/03 | 10/19/03 | Pontotoc, Region I-E | Millcreek of Pontotoc Perp: Shamara Littlejohn | David Thomas Alleged: Physical Abuse | 10/29/03 | No evidence |
| 9/09/03 | 9/22/03 | Hinds, Region VII | Our House | Fredrick Burns Alleged: Child Neglect | No info | |
| 9/09/03 | 9/22/03 | Hinds, Region VII | Our House | Tiarra Hudson Alleged: Child Neglect | in | |

5

DHS
053524

| Date County Rec'd Report | Date Incident Reported to S.O. | County/ Region R- Responsible S -Service | Facility / Alleged Perp | Children Involved & Allegations | Date S.O. Received Investigative Report | Findings (& Victim, if Evidenced) |
|---|---|---|---|---|---|---|
| 9/09/03 | 9/22/03 | Hinds, Region VII | Our House | Charles Carey Alleged: Child Neglect | Durots on MACWIS | MACWIS |
| 11/18/03 | 11/18/03 | Lincoln, Region V | Baptist Children's Village, Dickerson Place Perp: Michael Cutler Von Alsdorf | Christian Garrison Alleged: Sexual Abuse Joseph Dobbs Alleged: Sexual Abuse | Screened out – ANc RePoRt NoT Documented | |
| 10/17/03 | 11/17/03 | Pontotoc, Region I-E | Millcreek of Pontotoc Perp: Michael Cutler | Franklin Thompson Alleged: Sexual Abuse | 11/17/03 | No Evidence |
| 10/01/03 | 10/02/03 | Desoto, Region I-W | Desoto Sunrise Emergency Shelter Perp: Peggy Day | Tyrone Small, DOB-9/15/03 Alleged: Physical Abuse | 1/20/04 | No Evidence |
| 10/13/03 | 10/15/03 | Desoto, Region I-W | Desoto Sunrise Emergency Shelter Perp: Steve McMillian | Mickey Duskin, DOB-9/09/1991 Alleged: Physical Abuse | 1/20/04 | CA-Evidenced |
| 1/06/04 | 1/06/04 | Stone, Region 6-N | Baptist Children's Village, Deemah Campus Perp: Rebecca Davis | Manda Smith Alleged: Child Sexual | | |
| 10/14/03 | 10/14/03 | Humphreys, Region II | Sacred Heart Ministry for Children Perp: Shirley Williams | Laquieta Malone, 1·26·90 Alleged: Child Abuse Physical | 6·22-05 MACWIS | No evidence |
| 11/12/03 | 11/24/03 | Stone, Region 6-N | James Magee | Reginald Williams, 5/10/90 Alleged: Child Abuse | 05/13/05 | No Evidence |
| 11/18/03 | 12/24/03 | Pontotoc, Region I-E | Millcreek of Pontotoc Perps: Marquette Smith David Unknown | Larry Thomas Alleged: Sexual Abuse | 12/24/03 | No Evidence |

Page 6 of 6

DHS
053525

# Yr: 2002 CPS OUT-OF-HOME INVESTIGATIONS FACILITIES

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| | 1/28/02 CN | Desoto 1W | Desoto Sunrise Home Perp: Staff | Mack, Mallory 19 mo. W/F (alleged: not taken to doctor) | 9·16·03 | No evidence |
| | 1/30/02 CN | Hinds 7 | Center for Family Life Ext. (CARES?) Perp: Staff | Collins, Cortez B/M 8/15/87 (alleged: lack of supervision) | | |
| 1·24·03 | 1/24/02 CA | Hinds 7 | CARES Behavioral Health Systems - School Perp: Mr. Perry and Ms Patrell Mr. | Southern, Erik 12 W/M (alleged: teachers threw him down - has bruises on arms, upper back & chest) | Printed from Macwis 11·24·03 03 | No evidence |
| | 2/4/02 CS / CN | E. Chickasaw 1E | Sunnybrook Children's Home Foster Home: Clayton & Kimberly Everett. Perp: Emmanuel Johnson, 13 W/M - Alcorn Co. foster child | Walley, Michael, 4 W/M Perry Co. foster child (alleged: perp admitted he put his penis in Michael's mouth) | | |
| 3/5/02 | | Simpson 5 | Millcreek Perp: Antonio Brown - client on MR Unit | Gordon, Felton, age 10 B/M (Alleged: sexual abuse by 18 y.o resident) | 3/13/02 | No Evidence. However, staff violated Millcreek's "bathroom policy" re: supervision |

1

DHS 053526

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/6/02 | 5/8/02 | Lee | Alpha House Group Home Tupelo, MS (Primary Caretaker @ facility - Jerry Clayton). Incidents occurred @ Melissa Spencer's (Perp / SW @ Alpha House) home, and once at Alpha House | Noble, Hale, age 17 **Allegation:** Sexual Intercourse with Melissa Spencer about 20 times at Spencer's home, and once at Alpha Group Home over the last 6 months. | 5/21/02 MACWIS screen prints rec'd | EVIDENCED - CS Hale Noble - victim |
| | ?/ ? /02 | Simpson Reg. 6 | Millcreek Rehab Center Perp: LaTonya Ducksworth | Hawkins, Samantha DOB: 1/16/88 **Alleged:** Physical Abuse - employee hit Samantha in right eye, that caused bruising. | 5/2/02 | EVIDENCED - CA Victim: Samantha Hawkins |
| 4/1/02 | | Natchez Reg 5 | Sunrise Shelter Natchez, MS Perp: Gail Haley, Dir. | McGriggs, Amanda DOB: 3/2/90 B/F **Alleged:** Physical Abuse. Dir. shoved a door into Amanda's head. | 5/2/02 | NO EVIDENCE |
| not stated | | Webster Reg. 1 E | Hope Christian Home - unlicensed group home Perp: The Prather's. Sheriff's Office took lead role. DHS role was supportive only to law enforcement | Tukua, Tiffany Draper, Johanna not an MDHS facility. | 5/13/02 | n/a |
| not stated | 5/22/02 Amie Clark, SW -reporter | Rankin Reg 3 | Sunnybrook Children's Home Perp: Mary Summers, age 11, in custody of Hancock Co. | Ruddelli, Ethan, W/M, age 3 **Alleged:** two residents witnessed Mary touching Ethan's private part as he lay naked on her bed. He was screaming "I want my mommy" | | |

2

DHS 053527

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 5/9/02 | 5/10/02 | Hancock 6 S | Youth Villages' (Memphis) staff member "Mr. Fox" - age 27 B/M | Perp coerced two sixteen-year old girls (not in DHS' custody) to have sex with him. The staff member was transporting Johnathon (a foster child) to visit family to MS. | | Protection Unit director suggested report be filed with law enforcement as an Out of Home and Licensure |
| ? | 6/27/02 (Mechille Henry, Acting RD, called Gail Young) | Jackson 6 S | Bacot Therapeutic Group Home | Children had been hit with pans; put on restriction for 3 weeks & allowed to come out only for meals. Matt Matthews' (ASWS-Jackson Co) wife is director of Bacot. Mr. Matthews has been making DHS supervisory visits with the children. | | |
| 7/24/02 | 7/23/02 to Hotline | Pearl River | St. Francis Academy, St. Michael's Campus Perp: another student, age 17 Michael Holliman | Henry, Gabriel, age 13. Alleged: several occasions of oral sexual activity | 9·19·03 | Evidenced |
| 7/15/02 | 9/27/02 memo from ASWS, Chauncea Gilliard | Benton/ Marshall Co I-W | New Hope Home for Boys Director- Mr. Mayfield Exec. Dir - Alfred Moore | Boys at Home Alleged: Lack of Supervision; Neglect | 9/27/02 | Evidence |
| 9/1/02 | 9/27/02 | SAME | SAME | Similar allegations | same | Evidence |
| 9/23/02 | 10/30/02 | Covington 6N | Memorial Behavioral Health?? Residential Facility Perp: Earl D. Kelly, Houseparent | Powers, Justin age 15, B/M. Alleged: Houseparent physically assaulted Justin on two occasions. | 10/30/02 | No Evidence |

3

DHS
053528

| Date County Rec'd Report | Date/Type "Incident" Reported to S.O. | County/ Region | Facility/ Perp | Children Involved / Allegations | Date S.O. Received Investigative Report | Findings (& Victim if Evidenced) |
|---|---|---|---|---|---|---|
| 10/23/02 | 10/23/02 | George Co. 6N | Bethel Children's Home | Graham, Terrance, age 15, DOB: 11/3/86 Alleged: Physical Abuse | | No Evidence - verbal report from Mechille Henry, RD |
| 10/24/02 | 11/14/02 | Simpson 5 | Millcreek Juan Newton, Psychiatric Assist. | Hill, Michael, age 15 DOB: 9/30/87 w/m Alleged: Physical Abuse | 11/14/02 | No Evidence; Inappropriate Interaction |
| 11/18/02 | 12/16/02 | Pontotoc I- E | Millcreek Rehab. of Pontotoc Chris Nolden | Piner, John C., age 12 DOB: 3/3/90 Alleged: Physical Abuse | 12/16/02 | Evidence |
| 12/12/02 | 12/26/02 | Pontotoc I- E | Millcreek Perp: Shackelford, Aundray | Ellis, April A., age 17 DOB: 4/17/85 Alleged: Sexual Abuse (fondling) | 12/26/02 | Evidence |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

DHS
053529

Page 1

1                  IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3                          JACKSON DIVISION

4

5        OLIVIA Y., et al.                        PLAINTIFFS,

6

7        VS.                       CIVIL ACTION NO. 3:04CV251LN

8

9        HALEY BARBOUR, et al.                    DEFENDANTS.

10

11                30(b)(6) DEPOSITION OF GAIL YOUNG

12

13        Taken at the offices of Bradley, Arant, Rose & White, LLP,

14   on May 16, 2005, beginning at 1:34 P.M.

15

16

17

18        REPORTED BY:

19             REBECCA A. KIDDER

20             State Wide Reporters

21             4400 Old Canton Road, Suite 201 (39211)

22             Post Office Box 14113

23             Jackson, Mississippi  39236

24             Telephone: (601) 366-9676

25             Fax: (601) 366-9756

Page 2

```
1   APPEARANCES:
2
3       ERIC E. THOMPSON, ESQUIRE
4       TARA S. CREAN, ESQUIRE
5       Children's Rights
6       404 Park Avenue South
7       New York, New York 10016
8       Telephone: 212.683.2210
9       Fax: 212.683.4015
10      ATTORNEYS FOR PLAINTIFFS
11
12      BETTY A. MALLETT, ESQUIRE
13      McGlinchey Stafford, PLLC
14      Skytel Centre South, Suite 1100
15      200 South Lamar Street
16      Jackson, Mississippi 39201
17      Telephone: 601.960.8424
18      Fax: 601.960.8431
19      ATTORNEY FOR DEFENDANTS
20
21
22
23
24
25
```

Page 4

```
1               STIPULATION
2       It is hereby stipulated and agreed by and between the
3   parties hereto, through their respective attorneys of record,
4   that this deposition may be taken at the time and place
5   hereinbefore set forth, by Rebecca A. Kidder, Court Reporter and
6   Notary Public, pursuant to the Mississippi Rules of Civil
7   Procedure, as amended;
8       That the formality of READING AND SIGNING is
9   specifically NOT WAIVED;
10      That all objections, except as to the form of the
11  questions and the responsiveness of the answers, are reserved
12  until such time as this deposition, or any part thereof, may be
13  used or is sought to be used in evidence.
14                  ---
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1           T-A-B-L-E  O-F  C-O-N-T-E-N-T-S
2   Examination By:                        Page
3       MR. THOMPSON                         5
4   Exhibits:
5       54: Placement log                   8
6       55: Quality improvement report on in-home cases  58
7   Stipulation                             4
8   Certificate of Court Reporter          72
9   Witness Signature Sheet                73
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1               GAIL YOUNG
2           having been first duly sworn, was
3           examined and testified as follows:
4
5               EXAMINATION
6   MR. THOMPSON:
7       Q.  Good afternoon, Ms. Young.  As you know my name
8   is Eric Thompson.  I'm here with Ms. Tara Crean.  We both
9   represent plaintiffs in the matter of Olivia Y. v Barbour.  Do
10  you understand that you're here today to give sworn testimony in
11  that matter?
12  THE WITNESS:
13      A.  Yes.
14      Q.  What is your current position with DHS?
15      A.  I'm a Division Director II.
16      Q.  I'm showing you what's been previously marked as
17  Exhibit 33 at page four and subsequently.  Do you see Exhibit A
18  there?
19      A.  Yes.
20      Q.  Have you reviewed this notice of deposition and
21  the subject matters enclosed in Exhibit A?
22  MS. MALLETT:
23      I think you gave her the wrong one.
24  MR. THOMPSON:
25      Q.  I'm sorry.  Let me show you what's been
            STATE-WIDE REPORTERS (228) 432-0770
```

2 (Pages 2 to 5)

Page 30

1  file?
2      A.  Yes.
3      Q.  You mentioned that some of the adoption staff are
4  located outside of the state office.  Does that include the
5  licensing specialists?
6      A.  Yes.
7      Q.  As a result, do the licensing specialists
8  maintain any foster care resource files outside of the state
9  office placement unit?
10     A.  They do maintain duplicates of the foster homes
11  but not of the child placing agencies and the licensed child
12  care facilities and those licensing specialists are located in
13  the state office for the group facilities.
14     Q.  And as to the foster homes, when you say they
15  maintain duplicates does that mean that there is, at the state
16  office, a complete paper file maintained on all those resources?
17     A.  Actually the state file is the duplicate.  The
18  state file may not contain all of the information that the local
19  level has.
20     Q.  How many licensing specialists are there
21  currently?
22     A.  Around 12, I believe.
23     Q.  And they're assigned statewide?
24     A.  Yes.
25     Q.  Are they located principally at regional offices
        STATE-WIDE REPORTERS (228) 432-0770

Page 31

1  or also at the county offices?
2      A.  Probably more so in the county offices.  There
3  could be a few at the regional offices.
4      Q.  Does each licensing specialist maintain their own
5  set of files as to the resources that they're responsible for
6  monitoring?
7      A.  Yes.
8      Q.  Is there a process for the information from those
9  files being incorporated into the files that were kept at the
10  placement unit at the state office?
11     A.  There is certain information that's required to
12  be sent to the state office.
13     Q.  Is it the placement unit staff in the state
14  office that enters into MACWIS information on the placement
15  resources?
16     A.  For the residential it is; for the residential
17  childcare facilities and child placing agencies.  The state
18  office staff enters in that information.
19     Q.  And then for the foster homes is it the licensing
20  specialists that are assigned throughout the state to enter that
21  information?
22     A.  Yes.
23     Q.  Are there some counties or regions that don't
24  have a licensing specialist assigned?
25     A.  The specialists can be assigned more than one
        STATE-WIDE REPORTERS (228) 432-0770

Page 32

1  county.
2      Q.  Are there currently any counties that don't have
3  a licensing specialist assigned?
4      A.  Right now with the foster adopt, it's kind of the
5  adoption specialist and licensing specialist.
6      Q.  You said you have approximately 12 licensing
7  specialists throughout the state; is that correct?
8      A.  That's correct.
9      Q.  How many foster adopt personnel do you have?
10     A.  Probably about 15 in the adoption plus the 12
11  licensing and prior to that those duties were covered by county
12  social workers in some cases.
13     Q.  Currently though, does each county have either a
14  licensing specialist or one of these foster adopt personnel
15  assigned to it to license foster homes?
16     A.  They would be assigned through the adoption
17  administration; yes.
18     Q.  To your knowledge, each county has someone
19  assigned to it for licensing besides a case worker?
20     A.  Yes.
21  MR. THOMPSON:
22      Why don't we take a break here?
23      (WHEREUPON A SHORT RECESS WAS TAKEN.)
24
25  MR. THOMPSON:
        STATE-WIDE REPORTERS (228) 432-0770

Page 33

1      Q.  Are the foster home files that are
2  maintained by the licensing specialists limited to those foster
3  homes licensed by DHS?
4  THE WITNESS:
5      A.  Yes.
6      Q.  So do they keep any files on child specific
7  foster homes approved by the youth court?
8      A.  They would all be maintained in the same
9  locations as their licensed foster home.
10     Q.  Let me show you what's been previously marked
11  Exhibit 51.  Do you recognize this to be a MACWIS report on
12  children in placement by placement type?
13     A.  Yes.
14     Q.  Under the column labeled 'child specific relative
15  home,' are these homes that would have files maintained by the
16  licensing specialist?
17  MS. MALLETT:
18      I'm going to object.  She was to testify to paper
19  files.
20  THE WITNESS:
21     A.  The foster homes would be maintained by the
22  licensing specialist, and the child specific relative homes
23  would be maintained in the child's county file by the social
24  worker.
25  MR. THOMPSON:
        STATE-WIDE REPORTERS (228) 432-0770

Page 38

1  Q. Besides looking up the files for the
2 children placed in any given foster home, is there any other way
3 that face-to-face contacts with the foster care provider may
4 have occurred that may have been completed by a case worker and
5 would be documented in the foster home file?
6  A. Usually not.
7  Q. Are you aware of any tracking by your staff of
8 whether or not foster care providers are receiving monthly face-
9 to-face contacts as required?
10  A. We do not track that.
11  Q. As to group homes and other facilities licensed
12 by DHS, how often do those licenses need to be renewed?
13  A. Annually.
14  Q. Does that re-evaluation process include a psych
15 visit?
16  A. Yes. It does.
17  Q. That psych visit would be completed by the
18 licensing staff?
19  A. Yes; not the licensing specialists that are out
20 there in the county offices. There are two program specialists
21 in the state office that do that.
22  Q. Those are the staff specifically responsible for
23 the residential facilities?
24  A. That's correct.
25  Q. Besides the annual re-licensing visit, are there
STATE-WIDE REPORTERS (228) 432-0770

Page 39

1 any other requirements for psych visits of DHS licensed
2 facilities?
3  A. There are no requirements. They do make other
4 visits if there are changes or somebody reports they're changing
5 or they might want to change their structure or their number or
6 something like that.
7  Q. Might they also make additional visits if there
8 had been a report of an allegation of abuse and neglect in a
9 facility?
10  A. They do not investigate allegations, but they do
11 follow-up if the investigator recommends or has findings and
12 there might be something they may need to follow-up.
13  Q. Would all their psych visits be documented in the
14 facility's paper files maintained by the placement unit?
15  A. Yes.
16  Q. On the issue of reports of maltreatment and care,
17 the placement unit staff are not responsible for investigating
18 those reports; is that correct?
19  A. That's correct.
20  Q. Would they receive any written information as to
21 those reports?
22  A. The reports are primarily in MACWIS now.
23  Q. Is there any process for the licensing
24 specialists to be notified when a report has been made regarding
25 an allegation of abuse and neglect in a foster home?
STATE-WIDE REPORTERS (228) 432-0770

Page 40

1  A. I believe there is a procedure for that.
2  Q. Do you know what that procedure is?
3  A. It's a phone call usually. Usually, it's
4 reported to the regional director and the regional director is
5 the one that notifies and assigns the person who's going to
6 investigate.
7  Q. Would one of the responsibilities of the regional
8 director be to forward the information to the placement unit?
9  A. That's right.
10  Q. Would that information be filed with the provider
11 in the provider's case file?
12  A. It may or may not.
13  Q. Is there any reason why it wouldn't be filed
14 there?
15  A. Primarily it's maintained in MACWIS now.
16  Q. Is all the information that's in the paper case
17 files also maintained in MACWIS?
18  A. Not all of them. Are you talking just about
19 investigations?
20  Q. No. I'm referring to all the information in the
21 paper provider files? Is that now information that's also
22 maintained in MACWIS?
23  A. Not necessarily. You may have documents entered
24 in electronically, but the actual documents would be in the
25 paper files.
STATE-WIDE REPORTERS (228) 432-0770

Page 41

1  Q. As director of the placement unit which
2 would you consider the authoritative source for information as
3 to the license providers? Is it the paper case provider files
4 or is it MACWIS?
5  A. It has to be a combination of both.
6  Q. Is there some information in MACWIS that's
7 actually not in the paper provider files?
8  A. Yes.
9  Q. What types of information?
10  A. You're talking about just the resource files now;
11 not child's files?
12  Q. Correct; the provider's files.
13  A. Basically, with the foster homes, there may be
14 some training exercises and materials, certificates of training,
15 those dates would be documented in MACWIS, but the actual
16 certificates and exercises that they completed, there might be
17 actual letters of references that might be in the paper file,
18 they would be documented in MACWIS, but the actual letter itself
19 would not be in there.
20  Q. You mentioned that some of these maltreatment
21 reports as to foster care providers might actually be entered in
22 MACWIS and not make it into the paper case file, into the
23 provider's file?
24  A. It's my understanding that could happen because
25 basically everything that's documented is in MACWIS.
STATE-WIDE REPORTERS (228) 432-0770

11 (Pages 38 to 41)