SueSteib.041306

1

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION


OLIVIA Y., ET AL.                              PLAINTIFFS

VERSUS                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, ET AL.                          DEFENDANTS
```

DEPOSITION OF DR. SUE STEIB

Deposition Taken at the Instance of Plaintiffs
In the Offices of Bradley, Arant, Rose & White
Jackson, Mississippi
On April 13, 2006
Commencing at 8:45 a.m.

REPORTED BY:   CHERIE G. BOND, RMR
               Mississippi CSR #1012

               BOND & ASSOCIATES
         107 Mill Creek Corners, Suite C
             Brandon, Mississippi 39047
                  (601) 936-4466

2

APPEARANCES:

MS. SUSAN LAMBAISE
Children's Rights
330 7th Avenue, Fourth Floor
New York, New York 10001

   REPRESENTING PLAINTIFFS

Page 1



SueSteib.041306

```
12   would be looking at how much time things take for a
13   worker to get the job done.  Is that right?
14        A    Looking at the activities that they're
15   expected to do, to perform individual job functions,
16   however those are broken down, in a particular agency
17   and the time that it takes to do those.
18        Q    Okay.  And a lot of your work in this report
19   is about that workload study.  Is that right?
20        A    Yes.
21        Q    Okay.  And you didn't report on case loads
22   based on the data, though, in your report?
23        A    I believe we just give a range.
24        Q    Okay.  And is that range based on your
25   interviews, or is that range based on the data?
                                                         46
 1        A    Based on both.
 2        Q    Okay.  Because -- I'm asking because I
 3   didn't -- I didn't see any list of the data that you
 4   utilized, and I didn't get any data in the information
 5   that we got in our request for production of documents
 6   in the production back.  Did you save all the
 7   materials that you looked at in preparing your report?
 8        A    We did a request for documents, yes.
 9        Q    Did you save all the materials that you --
10        A    Oh. yes.
11        Q    -- got?  And did you turn it over to
12   counsel?
13        A    I turned over everything to counsel that I
14   understood we were supposed to turn over to counsel.
15        Q    Okay.  Did you turn over the data that you
16   looked at?
17        A    No, I did not understand we were supposed to
```

Page 37

SueSteib.041306

18  turn over data documents that were produced by DHS,
19  that we were to turn over our documents.
20      Q    Okay.
21          MS. LAMBIASE:  I will state for the record
22  that -- that we are requesting any and all documents
23  that the expert looked at.  It's clearly --
24          MS. RACHAL:  We'll produce any responsive
25  documents.

47

1           MS. LAMBIASE:  Thank you.
2       A    I thought DHS turned that over.  All right.
3   BY MS. LAMBIASE:
4       Q    No.
5           MS. RACHAL:  We did turn it over.
6           MS. LAMBIASE:  Not in context of what the
7   expert looked at.
8   BY MS. LAMBIASE:
9       Q    Did you find the data to be problematic in
10  any way, the case load data?  Was it difficult?  Was
11  it unreliable?  Was it problematic in any other way?
12          MS. RACHAL:  Objection to form.
13      A    I can't say whether or not it was reliable.
14  BY MS. LAMBIASE:
15      Q    Did you talk to anybody about whether it was
16  reliable, any of the people you interviewed in your
17  focus groups and conference calls and interviews and
18  surveys?
19      A    I'm not sure -- we talked about -- I was
20  trying to think of some of the documents.  The data
21  documents I discussed with the person who gave me the
22  data documents.
23      Q    And did you discuss whether -- their

Page 38