```
                        SueSteib.041306
                                                              1
  1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
  2                      JACKSON DIVISION

  3
       OLIVIA Y., ET AL.                        PLAINTIFFS
  4
       VERSUS                  CIVIL ACTION NO. 3:04CV251LN
  5
       HALEY BARBOUR, ET AL.                    DEFENDANTS
  6

  7

  8

  9

 10

 11            DEPOSITION OF DR. SUE STEIB

 12

 13

 14

 15

 16
             Deposition Taken at the Instance of Plaintiffs
 17          In the Offices of Bradley, Arant, Rose & White
                         Jackson, Mississippi
 18                       On April 13, 2006
                        Commencing at 8:45 a.m.
 19

 20

 21

 22    REPORTED BY:   CHERIE G. BOND, RMR
                      Mississippi CSR #1012
 23
                          BOND & ASSOCIATES
 24              107 Mill Creek Corners, Suite C
                   Brandon, Mississippi 39047
 25                     (601) 936-4466
                                                              2

  1                         APPEARANCES:

  2
       MS. SUSAN LAMBAISE
  3    Children's Rights
       330 7th Avenue, Fourth Floor
  4    New York, New York 10001

  5            REPRESENTING PLAINTIFFS
                        Page 1
```



SueSteib.041306

6    Q    -- in Georgia, in New Jersey?
7    A    CWLA has been contracted with states in
8  relation to lawsuits.
9    Q    To provide expert testimony for the states?
10    A    I know that they have provided expert
11  testimony.
12    Q    Okay. And is it your understanding that
13  they have used in fact case record reviews as part of
14  that work, that expert work, in defending lawsuits?
15    A    I know that there have been case record
16  reviews done. But -- I'm not privy to the -- I don't
17  know about the connection between the case record
18  review and the testimony.
19    Q    Well, the case record review as part of
20  expert work for a state undergoing a lawsuit.
21        MS. RACHAL: Objection to form.
22  BY MS. LAMBIASE:
23    Q    I'll correct it and ask the question more
24  clearly. You're aware that CWLA has provided expert
25  work for systems where there have been class action

24

1  lawsuits and part of that work has been case record
2  reviews to defend those lawsuits?
3    A    Yes.
4    Q    Okay. Georgia is one example. Do you know
5  of that example?
6    A    I know of that example.
7    Q    Okay. And, in fact, Charlene Ingram was one
8  of the people who you worked with on this case in
9  Mississippi. Right?
10    A    Correct.
11    Q    And she worked on one of the case record

Page 19

SueSteib.041306

12  reviews in Georgia. Did you know that?
13      A    That's correct.
14      Q    Okay.
15           MS. LAMBIASE: Off the record.
16           (Off Record)
17           MS. LAMBIASE: Ms. Steib, I'd like to talk
18  about your contract for a second so I'm going to hard
19  the court reporter a copy of what I believe to be your
20  contract. It's Bates Number Steib 000028 through 34
21  and ask that we mark it as 174.
22           (Exhibit 174 marked)
23  BY MS. LAMBIASE:
24      Q    Do you have it in front of you?
25      A    Yes.

25

1       Q    Do you recognize what has been marked as
2   Exhibit 174?
3       A    Yes.
4       Q    Is that your contract with Mississippi
5   Department of Human Services, Department of Children
6   and Family Services?
7       A    No.
8       Q    It's not -- that's not the contract?
9       A    It is our contract, but our contract was
10  with the Attorney General.
11      Q    Okay. Okay. Thank you for clarifying that.
12  I appreciate that. So this is the copy of the
13  contract of the work to be performed by CWLA for the
14  State of Mississippi. Is that correct?
15      A    It would appear to be.
16      Q    This is what we got just for your
17  edification from the documents produced I guess from

Page 20

SueSteib.041306

18  your files.
19  A   Correct.
20  Q   And I'll note just for the record that the
21  last page has Shay Bilchik the former president of
22  CWLA -- is that correct -- who signed it?
23  A   He's still the president.
24  Q   I'm sorry. He's still the president.
25  Thank. But I don't have a copy with the Attorney

26

1   General's office signature. But their is the copy
2   that was in your files. Is that correct?
3   A   That's correct.
4   Q   So this was the -- this was a contract
5   between and you the AG, your organization and the
6   Attorney General's office of the State of Mississippi.
7   A   Yes.
8   Q   Okay. Can you describe the work that was
9   contracted to be performed under this contract?
10  A   We were asked to review the policies and the
11  procedures and the organization of DFCS.
12  Q   Okay.
13  A   And with a particular focus on workload.
14  Q   Okay. So the way it was presented to CWLA
15  was there a request to particularly emphasize
16  workload.
17  A   Correct.
18  Q   Okay. And how did that contact come about
19  as much as you know?
20  A   The initial contact was with -- was with Bob
21  McKeagney as the CWLA representative, but I'm not sure
22  with whom he had contact.
23  Q   Okay. Do you know whether it was somebody

Page 21