SueSteib.041306

1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
        JACKSON DIVISION

3

4    OLIVIA Y., ET AL.                    PLAINTIFFS

5    VERSUS            CIVIL ACTION NO. 3:04CV251LN

6    HALEY BARBOUR, ET AL.               DEFENDANTS

7

8

9

10

11        DEPOSITION OF DR. SUE STEIB

12

13

14

15

16

17    Deposition Taken at the Instance of Plaintiffs
      In the Offices of Bradley, Arant, Rose & White
18              Jackson, Mississippi
                On April 13, 2006
19            Commencing at 8:45 a.m.

20

21

22    REPORTED BY:  CHERIE G. BOND, RMR
                    Mississippi CSR #1012
23
              BOND & ASSOCIATES
24      107 Mill Creek Corners, Suite C
         Brandon, Mississippi 39047
25              (601) 936-4466

                                          2

1              APPEARANCES:

2

3    MS. SUSAN LAMBAISE
     Children's Rights
     330 7th Avenue, Fourth Floor
4    New York, New York 10001

5         REPRESENTING PLAINTIFFS
              Page 1


EXHIBIT
"20"

SueSteib.041306

```
 7      Q    And are you considered -- do you consider
 8  yourself a fiscal expert?
 9      A    No.
10      Q    Did you do a fiscal review in this case?
11      A    No.
12      Q    And you're not offering any opinions that
13  contradict plaintiffs' fiscal expert, Bill Brister?
14           MS. RACHAL:  Objection to form.
15      A    Only insofar as what our understanding -- I
16  mean, we -- only insofar as what we have been told
17  about some of the additional federal monies that may
18  be made available or the work of the Public Consulting
19  Group.
20  BY MS. LAMBIASE:
21      Q    And did you look -- so that's right.  You
22  had testified earlier that the Public Consulting Group
23  was doing a financial budgetary analysis --
24      A    Yes.
25      Q    -- and you did not do one.  Okay.  Your
                                                    82
 1  report talks about one of the things you were going to
 2  do was a named plaintiff review or in other words a
 3  review of some named plaintiffs files.  Is that right?
 4      A    It does, yes.
 5      Q    And, in fact, that review didn't come.  Is
 6  that right?
 7      A    That review -- that's correct.
 8      Q    And on page -- specifically on page i.,
 9  small i. in your executive summary in your report, you
10  state that, "The following activities were undertaken
11  to collect the data on which the findings and
12  conclusions of this study are based."
```

Page 66

SueSteib.041306

13        A    Yes.

14        Q    And the second bullet says, "Review of the

15   case records of named plaintiffs in the litigation."

16   Is that correct?

17        A    Yes.

18        Q    Did somebody actually conduct that review of

19   the named plaintiffs' case records?

20        A    Of some of those, yes.

21        Q    And who was that?

22        A    Charlene Ingram.

23        Q    And as of the date of this report, which is

24   March 31st, 2006, just about two weeks ago, it was

25   your understanding, I guess, as the author of the

                                                        83

1   report that that review was forthcoming?

2        A    Yes.

3        Q    And so what happened?

4        A    My understanding is is that that review --

5   that's not my understanding.  I know that part.  That

6   review was requested with a very tight time frame.

7        Q    In February?

8             MS. RACHAL:  Objection to form.

9        A    I don't know the actual date, but I know

10   that it was requested rather late in the process.  It

11   was not something that we set out to do.  And --

12   BY MS. LAMBIASE:

13        Q    Wasn't part of your contract?

14        A    Correct.  And that Charlene did do a review

15   of some of the named plaintiffs' cases, but that

16   because of the tight time frame, she was not able to

17   complete it.

18        Q    Just to see if we can get the time frame

Page 67