## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JAMES D. JOHNSON, et al.                                                PLAINTIFFS

vs.                                                    CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, et al.                                                   DEFENDANTS

## NOTICE OF SERVICE

NOTICE is hereby given that Defendants Haley Barbour, Donald Taylor, and Rickie Felder have caused to be served in the above matter the following:

1.      Defendants' Twelfth Supplemental Responses to Plaintiffs' First Request for Production of Documents;

2.      Defendants' Eighth Supplemental Responses to Plaintiffs' Third Request for Production of Documents;

3.      Defendants' Sixth  Supplemental Responses to Plaintiffs' Fifth Request for Production of Documents;

4.      Defendants' Supplemental Responses to Plaintiffs' Request for Production of Documents as to Experts;

5)      Ninth Supplemental Disclosure of Case Records of Named Plaintiffs, and

5)      Defendants' Privilege Log.

This, the 17th day of April, 2006.

Respectfully Submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and  RICKIE FELDER, as Director of the Division of Family and Children's Services**

BY: _____/s/Kenya Key Rachal_____

Kenya Key Rachal  (MSB #99227)

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**McGLINCHEY STAFFORD, PLLC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
John T. Rouse (MSB #101586)
City Centre South, Suite 1100
200 South Lamar Street (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225
Telephone: (601) 960-8400
Facsimile: (601) 352-7757

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS  39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Tara Crean, Esq.
Erik S. Pitchal, Esq.
Margaret Ross, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

3

**SO CERTIFIED**, this the **17th** day of **April**, **2006**.

BY:       /s/Kenya Key Rachal_____

Kenya Key Rachal  (MSB #99227)