IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                          PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*            DEFENDANTS
_____

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF MARGARET ROSS AS COUNSEL**
_____

Plaintiffs respectfully move for withdrawal of Margaret Ross as counsel for Plaintiffs, as

Ms. Ross has left the employ of Children's Rights, pursuant to Rule 83.1(B)(3) of the Uniform

Local Rules of the United States District Courts for the Northern and Southern Districts of

Mississippi.  Plaintiffs' ongoing interests herein will continue to be adequately represented by

Marcia Robinson Lowry, Eric Thompson, Susan Lambiase, Tara Crean and Shirim Nothenberg

of Children's Rights, Wayne Drinkwater and Melody McAnally of Bradley Arant Rose & White,

LLP,

Stephen Leech, Esq., and John Lang, Christian Carbone and John Piskora of Loeb & Loeb, LLP.

RESPECTFULLY SUBMITTED, this the 19th day of April, 2006.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)

4/82722.1

850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. "Rusty" Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
McGlinchey Stafford, PLLC
200 South Lamar Street, Suite 1100
Jackson, MS 39201

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally