IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, et al.                                    PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 3:04cv251TSL-JCS

HALEY BARBOUR, et al.                                       DEFENDANTS

## **ORDER**

THIS CAUSE is before the court on the motion of defendants to exceed page limitation for memorandum of law in support of motion for summary judgment. The court, being advised that plaintiffs have no objection thereto, finds that said motion should be granted.

IT IS, THEREFORE, ORDERED that plaintiffs' motion to exceed page limitation provided by Uniform District Court Rule 7.2 is hereby granted.

SO ORDERED, this 24th day of April, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE