IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                    PLAINTIFFS

v.                                                                           CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*          DEFENDANTS

_____

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION FOR MEMORANDA IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**
_____

Plaintiffs respectfully request the Court to allow Plaintiffs' original and rebuttal memoranda in support of their motion for summary judgment to exceed the thirty-five page limitation. In addition, Plaintiffs respectfully request that they be relieved from filing a supporting memorandum of authorities due to the self explanatory nature of this Motion. In support, Plaintiffs state the following:

1. Rule 7.2(E) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi provide that the movant's original and rebuttal memoranda together shall not exceed a total of thirty-five pages, and that the respondent's reply memorandum shall not exceed thirty-five pages.

2. On March 1, 2006, Defendants filed a Motion to Exceed Page Limitation for Memorandum of Law in Support of Motion for Summary Judgment. In their Motion, Defendants requested the Court to allow their memoranda and rebuttal memoranda in support of a motion for summary judgment to exceed the thirty-five page limit.

4/83114.1

3. On March 9, 2006, Plaintiffs responded to Defendants' Motion to Exceed Page Limitation and did not object to Defendants' request to exceed the thirty-five page limit provided that the Plaintiffs are allowed the same additional pages in their reply memorandum.

4. On this day, April 24, 2006, the Court entered an Order granting Defendants' Motion to Exceed Page Limitation "being advised that plaintiffs have no objection thereto." In the Court's Order, Defendants are allowed to exceed the page limitation provided by Uniform Local Rule 7.2 without specifically stating a page limitation.

5. Likewise, Plaintiffs respectfully request that this Court allow Plaintiffs' original and rebuttal memoranda in support of their motion for summary judgment to exceed the thirty-five page limit in order to properly and fully brief all of the important issues to be raised in Plaintiffs' motion.

6. Counsel for Plaintiffs is aware that excessively long filings are not appropriate and every effort will be made to limit the pages of its original and rebuttal memoranda to seventy pages.

WHEREFORE, being advised that the Defendants have no objection to Plaintiffs' motion, Plaintiffs respectfully request that this Court allow Plaintiffs' original and rebuttal memoranda in support of their motion for summary judgment to exceed the thirty-five page limit.

RESPECTFULLY SUBMITTED, this the 25th day of April, 2006.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone:  (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Tara Crean (MBN 44447 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        CHILDREN'S RIGHTS
        330 Seventh Ave, 4th Floor
        New York, NY 10001
        Telephone:  (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Avenue
        New York, NY 10154
        Telephone:  (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. "Rusty" Fortenberry, Jr, Esq.
    John T. Rouse, Esq.
    Kenya Key Rachal, Esq.
    Ashley Tullos Young, Esq.
    Gretchen L. Zmitrovich, Esq.
    McGlinchey Stafford, PLLC
    200 South Lamar Street, Suite 1100
    Jackson, MS 39201

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, MS 39201

*Attorneys for Defendants*

/s Melody McAnally