**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JAMES D. JOHNSON, et al.**                                                                          **PLAINTIFFS**

**VS**                                                                          **CIVIL ACTION NO. 3:04cv251LN**

**HALEY BARBOUR, et al.**                                                                          **DEFENDANTS**

**MOTION FOR SUBSTITUTION OF COUNSEL**

    **COME NOW**, Defendants, Haley Barbour, et al., by and through counsel and file this Motion for Substitution of Counsel and in support thereof would show unto the Court the following:

    1.    Since the inception of this lawsuit, the law firm of McGlinchey Stafford, PLLC, has represented the Defendants. Counsel of record for the Defendants in this matter at McGlinchey Stafford, PLLC include Dewitt L. Fortenberry, Jr., Gretchen L. Zmitrovich, Ashley Tullos Young, Kenya K. Rachal and John T. Rouse.

    2.    Dewitt L. Fortenberry, Jr., Gretchen L. Zmitrovich, Ashley Tullos Young and Kenya K. Rachal are no longer associated with McGlinchey Stafford, PLLC. These attorneys are now associated with Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.

    3.    John T. Rouse and the law firm of McGlinchey Stafford, PLLC will not continue to serve as counsel for the Defendants.

    4.    The Defendants request that Dewitt L. Fortenberry, Jr., Gretchen L. Zmitrovich, Ashley Tullos Young and Kenya K. Rachal be allowed to continue as counsel for the Defendants and that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC be substituted for McGlinchey Stafford, PLLC as counsel in this matter.

5.     The Defendants, as well as the Attorney General of the State of Mississippi, McGlinchey Stafford, PLLC, and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC consent to this substitution of counsel.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an Order allowing John T. Rouse and the law firm of McGlinchey Stafford, PLLC to withdraw as counsel of record and substituting Dewitt L. Fortenberry, Jr., Gretchen L. Zmitrovich, Ashley Tullos Young and Kenya K. Rachal of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, as counsel of record for the Defendants in this matter.

**THIS** the **26th** day of **April**, **2006**.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**


BY:      s/ Dewitt L. ("Rusty") Fortenberry, Jr.
         **BAKER, DONELSON,**
         **BEARMAN, CALDWELL & BERKOWITZ, PC**
         4268 I-55 North
         Meadowbrook Office Park
         Jackson, MS   39211
         Telephone: (601) 351-2400
         Facsimile: (601) 351-2424

BY:      s/ John T. Rouse
         **MCGLINCHEY STAFFORD, PLLC**
         Suite 1100, City Centre South
         200 South Lamar Street (Zip – 39201)
         Post Office Box 22949
         Jackson, MS 39225
         Telephone: (601) 960-8400
         Facsimile: (601) 960-8431

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
Jackson, MS  39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**W. Wayne Drinkwater, Jr** - wdrinkwater@bradleyarant.com  jaltobelli@bradleyarant.com

**Dewitt L. Fortenberry, Jr** - rfortenberry@bakerdonelson.com  glong@bakerdonelson.com

**Stephen H. Leech, Jr** - s.leech@sleech.com

**Melody McAnally** - mmcanally@bradleyarant.com  ltempleton@bradleyarant.com

**Harold Edward Pizzetta, III** - hpizz@ago.state.ms.us  fhell@ago.state.ms.us

**Kenya Key Rachal** - kkrachal@bakerdonelson.com  kkr@lawyer.com

**Eric E. Thompson – PHV** - ethompson@childrensrights.org  slambiase@childrensrights.org  snothenberg@childrensrights.org  psinha@childrensrights.org  hbeck@childrensrights.org  jwheeler@childrensrights.org  tcrean@childrensrights.org  ewilder@childrensrights.org

**Ashley Tullos Young** - ayoung@bakerdonelson.com

**Gretchen L. Zmitrovich** - gzmitrovich@bakerdonelson.com

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

> Marcia Robinson Lowry, Esq.
> Tara Crean, Esq.
> CHILDREN'S RIGHTS, INC.
> 404 Park Avenue
> New York, New York  10016
>
> Eric S. Manne, Esq.
> John Piskora, Esq.
> LOEB & LOEB, LLP
> 345 Park Avenue
> New York, NY 10154

**SO CERTIFIED**, this the **26th** day of **April**, **2006**.

                                                    ____s/John T. Rouse_____