**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                              PLAINTIFFS

V.                                                                                          CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR, et al.                                                                                  DEFENDANTS

**NOTICE OF CONVENTIONAL FILING**

Notice is hereby given that Plaintiffs conventionally filed in paper form only with the Clerk of Court the following exhibits in reference to Plaintiffs' Motion for Summary Judgment on Liability:

Exhibits "1" – "4" and "6" – "44"; and

Exhibit "5" *under seal*.

Exhibit "5" has not been filed electronically because the document is filed under seal and Exhibits "1" – "4" and "6" – "44" have not been filed electronically by permission due to the number and size of the exhibits.

Exhibits "1" – "4" and "6" – "44" have been manually served on all parties this day and Exhibit "5" was served on all parties on February 7, 2006 as part of Plaintiffs' expert witness designations.

Respectfully submitted, this the 1st of May, 2006.

                                      /s Melody McAnally_____
                                      W. Wayne Drinkwater, Jr. (MBN 6193)
                                      Melody McAnally (MBN 101236)
                                      BRADLEY ARANT ROSE & WHITE LLP
                                      188 East Capital Street, Suite 450
                                      Jackson, MS 39201
                                      Telephone: (601) 948-8000

        Facsimile: (601) 948-3000

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone: (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Susan Lambiase (MBN 43992 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Avenue South, 11th Floor
        New York, NY 10016
        Telephone: (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY 10154
        Telephone: (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. Fortenberry, Jr, Esq.
    Kenya Key Rachal, Esq.
    Ashley Tullos Young, Esq.
    Gretchen L. Zmitrovich, Esq.
    Baker Donelson Bearman Caldwell & Berkowitz, P.C.
    4268 I-55 North
    Meadowbrook Office Park
    Jackson, Mississippi 39211

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building

430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                                                  /s Melody McAnally