---

[33] Urban Institute, The Cost of Protecting Vulnerable Children IV, 2004, page 120.

[34] *Id.* at page 17.

[35] FFY 2002 at DHS 031001-009, FFY 2003 at DHS 031048-057, FFY 2004 at DHS 031092-102, FFY 2005 at DHS 091918-922.

[36] The number of children in State custody is taken from the SFY MDHS Budget Requests from Program Performance Indicators and Measures. SFY 2007 at DHS 059090-059128, SFY 2006 at DHS 031539-031606, SFY 2005 at DHS 031467-031538, SFY 2004 at DHS 031395-031466.

[37] The Institute for Applied Research, which served as evaluator of the Title IV-E demonstration project of MDHS gives Title IV-E eligibility rates for the State at 31% in 1999, 31% in 2000, 26% in 2001, and 19% in 2002. Presentation slides at http://www.iarstl.org/papers/MSSlidesMay2005.pdf.

[38] The Institute for Applied Research, which served as evaluator of the Title IV-E demonstration project of MDHS, comments that "while Mississippi ranked first in child poverty among the 50 states in 2000, first in the percent of families in poverty, first in the number of households headed by single women, and 47th in median household income, it was, at the same time, 42nd in the percent of foster care cases determined to be eligible for IV-E. In 2001 it ranked 46th in the percent of IV-E eligible foster care cases and in 2002 it ranked 48th."

[39] DFCS has an administrative unit, the Eligibility Unit, whose function is to maximize the Title IV-E funding to support Foster Care and Adoption Assistance placements. This unit's efforts are designed to reduce the utilization of capped federal funds and state funds. The existence of the Eligibility Unit notwithstanding, Mississippi still has the lowest Title IV-E participation rate in the country.

The low Title IV-E eligibility rate is also addressed in Jackson DEP at 86:5-86:20 and Jackson DEP at 114:12-115:17.

[40] Deposition of Billy Mangold (Mangold DEP) at 84:13-84:21.

[41] Jackson DEP at 84:6-84:18.

[42] DHS 059116.

[43] DHS 091922.

[44] There exists an inexplicable discrepancy between the reported Title IV-E Foster Care Federal funds in the MDHS Budget Requests and the Title IV-E Quarterly Reports submitted to ACF. It was reported in the FY 2007 MDHS Budget Request (DHS 059094) that $10,531,505 was received from title IV-E Foster Care program. It was reported in the Title IV-E Quarterly Reports (DHS 031092-110, DHS 053610-14, and DHS 091923-26) that $9,195,033 was reimbursed to the State through the Title IV-E Foster Care program in SFY 2005.

[45] Jackson DEP at 84:6-85:8.

[46] Jackson DEP at 84:11-84:18; DHS 058618 (Broome Presentation).

[47] Calculations based on 3,372 children in State custody and an $11,550 per child Title IV-E Federal Payment.

[48] Based on the FY 2005 FMAP rate of 77.08 percent.

[49] DHS 000864 (In a January 7, 2004, memo to the Regional Directors of DFCS, Gloria Salters, Bureau Director of DFCS warns, "It is very important that those children who are Title IV-E eligible retain this eligibility status. Due to the current budget situation, we cannot afford to lost Title IV-E funds. These are the only funds that are available and are not capped. During the quarter, the change in eligibility status resulted in a loss of approximately $154,000 in Title IV-E funding. This equates to approximately six (6) Social Worker positions. The loss in title IV-E funding impacts the Division's ability to fund positions and provide services.").

[50] FFY 2002 at DHS 031001-9, FFY 2003 at DHS 031048-57, FFY 2004 at DHS 031092-102, and FFY 2005 at DHS 091918-22.

[51] House Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, pages 23-24.

[52] This description of the Title IV-E Adoption Assistance program is taken from: Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, page 33.

[53] Department of Medicaid 2004 Annual Report at http://www.mississippi.gov/frameset.jsp?URL=http%3A%2F%2Fwww.dom.state.ms.us%2F

[54] Urban Institute, The Cost of Protecting Vulnerable Children IV, 2004, page 17.

[55] House Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, page 35.

[56] House Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, page 38; and DHS 031006.

The Title IV-E Adoption Assistance funding from the federal government is not listed as a Federal source of funds on the MDHS Budget Requests. References are made to these funds in the Budget Narrative, but no separate line item for Title IV-E Adoption Assistance is given in the budget tables.

FFY 2002 at DHS 031001-9, FFY 2003 at DHS 031048-57, FFY 2004 at DHS 031092-102, and FFY 2005 at DHS 091918-22 (These data are taken from the Title IV-E Quarterly reports as submitted by DFCS to AFC. As set forth in attached Table 5, $5,661,652 was spent on eligible children in the Title IV-E Adoption Assistance program. The federal government's share of these expenditures was 71.8%, or $4,065,195.).

[57] Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, pages 38-39.

[58] U.S. Department of Health and Human Services at http://www.nrcys.ou.edu/nrcyd/programs/chafee.shtml and http://www.nrcys.ou.edu/nrcyd/programs/etv.shtml.

SFY 2007 at DHS 059090-059128, SFY 2006 at DHS 031539-031606, SFY 2005 at DHS 031467-031538, SFY 2004 at DHS 031395-031466, SFY 2003 at DHS 031315-031394, SFY 2002 at DHS 031245-031314, SFY 2001 at DHS 031177-031244, SFY 2000 at DHS 031111-031176 (The level of Title IV-E Chaffee funding actually received by MDHS is given in attached Table 5.).

[59] In SFY 2003, DFCS received $845,586 in Chafee Independent Living funds – $107,681 less than allocated to the State. In SFY 2004, DFCS received $482,415 – $521,145 less than the State's total allocation. In SFY 2004, Mississippi drew down less than half of the federal funds available through the Chafee Independent Living program. And in SFY 2005, MDHS drew down $512,010 in Chafee Title IV-E funds, $458,281 less than allocated.

[60] DHS 053156 (MDHS explains that "[the Chafee Independent Living] grant requires the state to provide a 20% match in order to draw down the funds. The current budget constraints have made it difficult to come up with the match.").

---

[61] The Institute of Applied Research published the Final Evaluation Report for the State of Mississippi Child Welfare Demonstration Project. The report can be obtained at: http://www.iarstl.org/papers/MSIVEFinalReport.pdf.

[62] DHS 053725-726 (In the DFCS Budget Request package dated June 17, 2005, Rickie Felder, Director of DFCS, explains the purpose of the Demonstration and the causes and impact of its suspension as follows: "In 1999, the state of Mississippi was given a waiver to demonstrate how providing additional services through Title IV-E funding to a randomly selected group of children in foster care would eliminate the need for the agency to be in his/her life for a long period of time. By providing these services the agency would eliminate out-of-home placements, return children to their homes, leave children in their home or ensure independent living. This project has not been implemented as proposed due to lack of staff in the waiver counties. These counties were understaffed and were not adequately performing the tasks required by the Waiver Project. Consequently, on September 30, 2004, the Title IV-E Demonstration Waiver Project was cancelled, losing Title IV-E federal funds.).

[63] Title IV-B CWS is a non-entitlement capped at $289,650,112 nationally in FFY 2005. Mississippi's allotment was $3,875,000 in FFY 2003, $3,788,816 in FFY 2004, and $3,769,621 in FFY 2005. As set forth in attached Table 5, MDHS reports $7,603,651 in Title IV-B (Child Welfare Services) spending in SFY 2003, $3,728,651 more than allotted. In SFY 2004, MDHS spent $1,856,739 more than allotted. And in SFY 2005, MDHS spent $1,168,821 more than allotted.

[64] DHS 058618 (These words are taken from a presentation made by Janice Broome Brooks, Executive Director of MDHS, at the Legislative Budget Hearings leading to the 2003 legislative session.).

[65] Jackson DEP at 84:11-85:3.

[66] "Review of Mississippi's Participation in Title IV-B, Subpart 2 of the Social Security Act, Promoting Safe and Stable Families for Fiscal Years 1994 through 1999," (A-06-01-00065) September 21, 2001, at http://oig.hhs.gov/oas/reports/region6/60100065.htm.

[67] Title IV-B PSSF funding is capped at $367,174,785 for the 50 states in FFY 2005. Mississippi's allotment for FFY 2003 was 6,044,140, $6,331,204 in FFY 2004, and $6,333,688 in FFY 2005. As set forth in attached Table 5, MDHS drew down $3,431,011 in Title IV-B PSSF funds in SFY 2003. This is $2,613,129 less than allotted. In SFY 2004, MDHS drew down $3,944,468 in Title IV-B PSSF funds. This is $2,386,736 less than allotted. And in SFY 2005, MDHS drew down $3,568,385 in Title IV-B PSSF funds. This is $2,765,303 less than allotted.

[68] DHS 059103.

[69] DHS 059103.

[70] DHS 062877-062878 (In a memo written to Thelma Brittain, Deputy Director of Program for MDHS, and dated June 25, 2001, Sue Perry, Director of DFCS, expresses her dismay that 39 Family preservation positions were abolished that would have been 100% funded by Federal TANF funds. Director Perry points out that "our children are at risk. If the state cannot provide general fund dollars to protect the program, we should use every federal dollar available. If we do not, children will continue to live in abusive/neglectful situations and some will die. This is just a fact.").

[71] Urban Institute, The Cost of Protecting Vulnerable Children IV, 2004, page 25.

[72] The reason for the unusually low figure in FY 2003 is not readily apparent from the data reviewed. Discovery has not provided the answer and I reserve the right to amend this report upon the receipt of new information that might explain it.

---

[73] SFY 2007 at DHS 059090-059128, SFY 2006 at DHS 031539-031606, SFY 2005 at DHS 031467-031538, SFY 2004 at DHS 031395-031466, SFY 2003 at DHS 031315-031394, SFY 2002 at DHS 031245-031314, SFY 2001 at DHS 031177-031244, SFY 2000 at DHS 031111-031176.

The SSBG grant is an entitlement that was capped at $1,700,000,000 in total for all the states in FY 2005. Mississippi's allotment in FY 2005 was $16,749,190. A portion of this total grant is allocated to DFCS for child welfare purposes. In SFY 2005, DFCS received $3,450,360 in SSBG funds.

[74] States must spend at least 75% of what they spent in FY 1994 to meet the maintenance of effort ("MOE") requirement; they must spend 80% if they do meet the work requirement. Urban Institute, The Cost of Protecting Vulnerable Children IV, 2004, page 37 & n.29.

[75] Urban Institute, The Cost of Protecting Vulnerable Children IV, 2004, page 23.

[76] SFY 2007 at DHS 059090-059128, SFY 2006 at DHS 031539-031606, SFY 2005 at DHS 031467-031538, SFY 2004 at DHS 031395-031466, SFY 2003 at DHS 031315-031394, SFY 2002 at DHS 031245-031314, SFY 2001 at DHS 031177-031244, SFY 2000 at DHS 031111-031176.

[77] SFY 2007 at DHS 059090-059128, SFY 2006 at DHS 031539-031606, SFY 2005 at DHS 031467-031538, SFY 2004 at DHS 031395-031466, SFY 2003 at DHS 031315-031394, SFY 2002 at DHS 031245-031314, SFY 2001 at DHS 031177-031244, SFY 2000 at DHS 031111-031176.

[78] FY 2005 at DHS 030657-692, FY 2006 at DHS 030693-747, FY 2007 at DHS 053703-732.

[79] DHS 059107.

[80] The U.S. Department of Agriculture estimates the cost of raising a child in a publication titled "Expenditures on Children by Families, 2004". In this publication the DOA estimates the annual cost of raising a child by the age of the child, the income of the family, geographic location, and by category of spending.

[81] DHS 032883.

[82] Ways and Means Committee Prints: 108-6, 2004 Green Book, Section 11, pages 103-109.

[83] "Making an Economic Case for Prevention", U.S. Department of health and Human Services, Administration for Families and children, April 2004.

[84] "Total Estimated Cost of Child Abuse and Neglect in the United States" Statistical Evidence", Suzette Fromm, Prevent Child Abuse in America, 2001 at
http://www.preventchildabuse.org/learn_more/research_docs/cost_analysis.pdf

Table 1
Federal and State Revenue to DFCS
Actual, Estimated, and Requested
SFY 2000-2006

| | | SFY 2002 Budget Request | | | SFY 2003 Budget Request | | | SFY 2004 Budget Request | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2000 Actual | 2001 Estimated | 2002 Requested | 2001 Actual | 2002 Estimated | 2003 Requested | 2002 Actual | 2003 Estimated | 2004 Requested |
| Title XX | Social Services Block Grant | 2,916,158 | 3,364,708 | 3,364,708 | 5,134,182 | 7,462,218 | 6,495,115 | 2,002,214 | 3,993,381 | 4,043,491 |
| Title IV-B | Child Welfare Services | 5,413,724 | 6,246,437 | 6,246,437 | 2,441,639 | 3,548,772 | 3,088,851 | 8,561,422 | 17,075,520 | 17,289,875 |
| Title IV-E | Foster Care | 18,420,840 | 21,254,247 | 21,254,247 | 21,080,792 | 30,639,634 | 26,668,740 | 16,875,436 | 33,258,699 | 33,876,207 |
| Title I | Child Abuse | 270,910 | 312,580 | 312,580 | 325,130 | 472,557 | 411,314 | 211,660 | 422,151 | 427,450 |
| Refugee Resettlement | | 429,307 | 495,341 | 495,341 | 820,415 | 1,192,424 | 1,037,886 | 1,294,881 | 2,582,604 | 2,815,025 |
| Title IV-B | Family Preservation | 2,469,975 | 2,849,895 | 2,849,895 | 2,326,154 | 3,372,201 | 2,935,164 | 2,701,434 | 5,387,936 | 5,455,573 |
| Title IV-E | Chafee Foster Care Independence | 405,204 | 487,531 | 487,531 | 419,816 | 610,176 | 531,098 | 233,822 | 466,351 | 472,206 |
| Title I | Children's Justice Act | 87,943 | 101,470 | 101,470 | 131,741 | 191,477 | 166,662 | 151,802 | 302,387 | 306,182 |
| DHHS | Community Based Family Resources | 210,798 | 243,222 | 243,222 | 151,933 | 220,826 | 192,207 | 187,701 | 374,385 | 379,064 |
| IHHS | TANF | 5,760,665 | 6,646,766 | 6,646,766 | 20,481,165 | 29,768,114 | 25,910,166 | 16,516,267 | 32,941,241 | 33,354,783 |
| Other | Other | 287,838 | 332,112 | 332,112 | 486,595 | 707,236 | 615,578 | 502,188 | 1,001,600 | 1,014,173 |
| Total Federal Revenue | | 36,673,382 | 42,314,309 | 42,314,309 | 53,793,582 | 78,185,635 | 68,052,783 | 49,038,627 | 97,806,195 | 99,033,989 |
| Total State (General Fund) Revenue | | 14,792,471 | 13,745,383 | 13,745,383 | 13,346,029 | 11,901,406 | 13,745,383 | 20,727,406 | 10,632,136 | 16,472,590 |
| Total Revenue | | 51,465,853 | 56,059,692 | 56,059,692 | 67,139,591 | 90,087,041 | 81,798,166 | 69,766,033 | 108,438,331 | 115,506,579 |

| | | SFY 2005 Budget Request | | | SFY 2006 Budget Request | | | SFY 2007 Budget Request | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2003 Actual | 2004 Estimated | 2005 Requested | 2004 Actual | 2005 Estimated | 2006 Requested | 2005 Actual | 2006 Estimated | 2007 Requested |
| Title XX | Social Services Block Grant | 36,806 | 72,585 | 72,585 | 3,467,503 | 4,025,883 | 4,025,883 | 3,450,360 | 4,031,951 | 4,186,307 |
| Title IV-B | Child Welfare Services | 7,803,651 | 14,995,114 | 14,995,114 | 5,845,555 | 6,554,671 | 6,554,671 | 4,938,442 | 5,770,864 | 5,991,790 |
| Title IV-E | Foster Care | 10,362,223 | 20,435,277 | 20,435,277 | 10,447,569 | 12,129,965 | 12,129,965 | 10,531,505 | 12,306,692 | 12,777,830 |
| Title I | Child Abuse | 168,561 | 332,419 | 332,419 | 224,120 | 260,211 | 260,211 | 36,524 | 42,680 | 44,314 |
| Refugee Resettlement | | 571,828 | 1,127,699 | 1,127,699 | 1,354,816 | 1,572,753 | 1,572,753 | 1,059,771 | 1,238,406 | 1,285,816 |
| Title IV-B | Family Preservation | 3,431,011 | 6,766,276 | 6,766,276 | 3,944,468 | 4,579,655 | 4,579,655 | 3,566,385 | 4,199,871 | 4,329,507 |
| Title IV-E | Chafee Foster Care Independence | 845,586 | 1,667,578 | 1,667,578 | 482,415 | 560,099 | 560,099 | 512,010 | 598,314 | 621,219 |
| Title I | Children's Justice Act | 151,801 | 299,366 | 299,366 | 238,290 | 274,340 | 274,340 | 144,451 | 168,800 | 175,262 |
| DHHS | Community Based Family Resources | 101,127 | 199,432 | 199,432 | 76,865 | 89,243 | 89,243 | 104,182 | 121,743 | 126,404 |
| IHHS | TANF | 19,046,548 | 37,561,576 | 37,561,576 | 21,427,878 | 24,878,226 | 24,878,226 | 19,987,836 | 23,356,978 | 24,071,123 |
| Other | Other | 894,418 | 1,763,875 | 1,763,875 | 31,776 | 36,893 | 36,893 | 249,929 | 292,057 | 303,238 |
| Total Federal Revenue | | 43,213,560 | 85,221,197 | 85,221,197 | 47,338,855 | 54,961,939 | 54,961,939 | 44,583,395 | 52,098,356 | 53,912,810 |
| Total State (General Fund) Revenue | | 20,660,713 | 16,070,564 | 19,556,335 | 17,849,141 | 17,256,000 | 19,281,000 | 17,256,000 | 16,697,447 | 18,857,422 |
| Total Federal and State Revenue | | 63,874,273 | 101,291,761 | 104,777,532 | 65,187,996 | 72,217,939 | 74,242,939 | 61,839,395 | 68,795,803 | 72,770,232 |

Source: MDHS, Fiscal Year Budget Requests, 2002-2007.

**Table 2: Total Spending and Major Categories of Funding for the Division of Family and Children by Dollar Amounts and Percentage of Total Budget, 1998-2005.**

| State Fiscal Year | Actual Spending | General Fund Appropriation (State Funds) | Federal Funds | Local | Children's Trust Fund | Budget Contingency Fund | Other | Estimated Cash Available Next Fiscal Period |
|---|---|---|---|---|---|---|---|---|
| 1998 | $52,541,174 | 13,936,372 | 37,416,658 | 1,188,144 | | | | |
| 1999 | $52,843,082 | 11,929,941 | 39,783,239 | 1,129,902 | | | | |
| 2000 | $52,483,538 | 14,792,471 | 36,673,382 | 1,017,685 | | | | |
| 2001 | $68,219,627 | 13,346,029 | 53,793,562 | 1,080,036 | | | | |
| 2002 | $70,743,219 | 20,727,406 | 49,038,627 | 918,966 | 58,220 | | | |
| 2003 | $68,379,817 | 20,882,136 | 43,213,560 | 1,541,055 | 62,691 | 3,580,375 | | -900,000 |
| 2004 | $69,502,032 | 17,849,141 | 47,338,855 | 656,585 | 627,543 | 1,218,300 | 1,811,608 | |
| 2005 | $64,206,040 | 17,256,000 | 44,583,395 | 197,328 | 174,003 | | 1,995,314 | |

**Percent of Total Spending**

| State Fiscal Year | Actual Spending | General Fund Appropriation (State Funds) | Federal Funds | Local | Children's Trust Fund | Budget Contingency Fund | Other | Estimated Cash Available Next Fiscal Period |
|---|---|---|---|---|---|---|---|---|
| 1998 | 100.00% | 26.52% | 71.21% | 2.26% | 0.00% | 0.00% | 0.00% | 0.00% |
| 1999 | 100.00% | 22.58% | 75.29% | 2.14% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2000 | 100.00% | 28.18% | 69.88% | 1.94% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2001 | 100.00% | 19.56% | 78.85% | 1.58% | 0.00% | 0.00% | 0.00% | 0.00% |
| 2002 | 100.00% | 29.30% | 69.32% | 1.30% | 0.08% | 0.00% | 0.00% | 0.00% |
| 2003 | 100.00% | 30.54% | 63.20% | 2.25% | 0.09% | 5.24% | 0.00% | -1.32% |
| 2004 | 100.00% | 25.68% | 68.11% | 0.94% | 0.90% | 1.75% | 2.61% | 0.00% |
| 2005 | 100.00% | 26.88% | 69.44% | 0.31% | 0.27% | 0.00% | 3.11% | 0.00% |

Source: MDHS, Fiscal Year Budget Requests, 2000-2007.

**Table 3**
**Federal Funding Sources SFY 2005 (Actual) and Estimated State Match**

| Federal Funding Source | Federal Funding | Estimated State Match Percentage | Estimated State Match |
|---|---|---|---|
| Title IV-E Foster Care | 10,531,505 | 41% | 7,318,503 |
| Title IV-B Child Welfare Services | 4,938,442 | 25% | 1,646,147 |
| Title IV-B Promoting Safe and Stable | 3,568,385 | 25% | 1,189,462 |
| Chafee Independent Living | 512,010 | 20% | 128,003 |
| Social Services Block Grant | 3,450,360 | 0 | 0 |
| TANF | 19,987,836 | 0 | 0 |
| Refugee Relocation | 1,059,771 | 0 | 0 |
| Child Abuse | 36,524 | 0 | 0 |
| Children's Justice Act | 144,451 | 0 | 0 |
| Community Based Family Resources | 104,182 | 0 | 0 |
| Other | 249,929 | 0 | 0 |
| Total | 44,583,395 | | 10,282,115 |
| State General Fund Allocation | | | 17,256,000 |
| State Funds Used for Purposes Other than Match | | | 6,973,885 |

**Table 4**
**Title IV-E Funds in 2002 per Child**

| State | Number of Children in the State | Title IV-E Funds to the State | Title IV-E Funds per Child |
|---|---|---|---|
| Dist. of Columbia | 112,128 | $38,728,989 | 345 |
| Maine | 279,058 | $50,163,202 | 180 |
| Vermont | 139,662 | $19,710,181 | 141 |
| New York | 4,613,251 | $631,433,000 | 137 |
| California | 9,452,391 | $1,271,781,000 | 135 |
| Ohio | 2,879,927 | $378,472,533 | 131 |
| Illinois | 3,254,523 | $392,190,791 | 121 |
| Pennsylvania | 2,863,452 | $319,357,487 | 112 |
| Michigan | 2,570,264 | $242,590,718 | 94 |
| Maryland | 1,379,925 | $124,057,282 | 90 |
| Hawaii | 295,514 | $25,105,189 | 85 |
| West Virginia | 389,171 | $32,740,679 | 84 |
| Wisconsin | 1,338,064 | $112,516,763 | 84 |
| Rhode Island | 239,248 | $19,782,067 | 83 |
| Connecticut | 872,853 | $68,367,027 | 78 |
| Alaska | 192,428 | $14,752,952 | 77 |
| Minnesota | 1,252,125 | $93,335,925 | 75 |
| Kentucky | 931,588 | $67,052,988 | 72 |
| Delaware | 189,698 | $13,349,993 | 70 |
| North Dakota | 146,812 | $9,957,507 | 68 |
| Montana | 216,320 | $14,087,929 | 65 |
| Iowa | 698,045 | $44,871,784 | 64 |
| Nebraska | 439,393 | $27,797,428 | 63 |
| Massachusetts | 1,463,340 | $89,789,754 | 61 |
| Missouri | 1,397,461 | $85,593,591 | 61 |
| Oregon | 855,107 | $50,795,095 | 59 |
| Colorado | 1,151,118 | $64,105,711 | 56 |
| Kansas | 696,519 | $38,346,048 | 55 |
| Oklahoma | 873,560 | $47,498,021 | 54 |
| Arkansas | 677,522 | $35,183,839 | 52 |
| New Mexico | 500,506 | $25,336,344 | 51 |
| Louisiana | 1,185,674 | $58,783,946 | 50 |
| Florida | 3,882,271 | $183,180,612 | 47 |
| Washington | 1,513,360 | $66,132,748 | 44 |
| South Carolina | 979,163 | $40,649,000 | 42 |
| New Jersey | 2,127,391 | $87,405,658 | 41 |
| Indiana | 1,594,857 | $65,071,406 | 41 |
| Virginia | 1,779,408 | $71,311,559 | 40 |
| Georgia | 2,268,477 | $87,889,807 | 39 |
| Arizona | 1,476,856 | $56,923,703 | 39 |
| South Dakota | 195,625 | $7,135,548 | 36 |
| North Carolina | 2,068,840 | $71,827,809 | 35 |
| Utah | 713,012 | $24,704,200 | 35 |
| Nevada | 572,590 | $19,296,286 | 34 |
| Wyoming | 122,344 | $3,825,606 | 31 |
| Alabama | 1,107,108 | $31,059,893 | 28 |
| Tennessee | 1,404,661 | $38,297,764 | 27 |
| Texas | 6,102,316 | $160,891,955 | 26 |
| Idaho | 370,439 | $8,375,900 | 23 |
| New Hampshire | 308,371 | $6,741,662 | 22 |
| Mississippi | 760,747 | $14,919,822 | 20 |
| Average | 72,894,483 | 5,553,276,701 | 76 |

Source: "The Cost of Protecting Vulnerable Children IV", The Urban Institute, 2004.

Table 5: Federal Funding for the Division of Families and Children by Major Categories and Percent of Total Federal Funding, 1998-2005.

| State Fiscal Year | Federal Funds | TANF | Title IV-E Foster Care | Title IV-B CWS - Child Welfare Services | Title IV-B Family Preservation | Social Services Block Grant (SSBG) | Refugee Resettlement | Title IV-E Independent Living | Title I Children Justice Act | Title I Child Abuse | DHHS Community Based Family Resources | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | $37,416,658 | | 12,093,705 | 5,739,367 | 2,213,280 | 15,127,626 | 1,300,454 | 525,163 | 56,029 | 199,356 | 159,611 | 2,065 |
| 1999 | $39,783,239 | | 20,257,873 | 5,366,894 | 3,716,724 | 8,492,238 | 951,847 | 382,864 | 170,807 | 174,090 | 121,275 | 148,627 |
| 2000 | $36,673,382 | 5,760,685 | 18,420,840 | 5,413,724 | 2,469,975 | 2,916,158 | 429,307 | 405,204 | 87,943 | 270,910 | 210,798 | 287,838 |
| 2001 | $53,793,562 | 20,481,165 | 21,080,792 | 2,441,639 | 2,320,154 | 5,134,182 | 820,415 | 419,816 | 131,741 | 325,130 | 151,933 | 486,595 |
| 2002 | $49,038,627 | 16,516,267 | 16,675,436 | 8,561,422 | 2,701,434 | 2,002,214 | 1,294,881 | 233,822 | 151,602 | 211,660 | 187,701 | 502,188 |
| 2003 | $43,213,560 | 19,046,548 | 10,362,223 | 7,603,651 | 3,431,011 | 36,806 | 571,828 | 845,586 | 151,801 | 168,561 | 101,127 | 894,418 |
| 2004 | $47,338,855 | 21,427,678 | 10,447,569 | 5,645,555 | 3,944,468 | 3,467,503 | 1,354,616 | 482,415 | 236,290 | 224,120 | 76,865 | 31,776 |
| 2005 | $44,583,395 | 19,987,836 | 10,531,505 | 4,938,442 | 3,568,385 | 3,450,360 | 1,059,771 | 512,010 | 144,451 | 36,524 | 104,182 | 249,929 |

Percent of Total Spending

| State Fiscal Year | Federal Funds | TANF | Title IV-E Foster Care | Title IV-B CWS - Child Welfare Services | Title IV-B Family Preservation | Social Services Block Grant (SSBG) | Refugee Resettlement | Tital IV-E Independent Living | Title I Children Justice Act | Title I Child Abuse | DHHS Community Based Family Resources | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | 100.0% | 0.0% | 32.3% | 15.3% | 5.9% | 40.4% | 3.5% | 1.4% | 0.1% | 0.5% | 0.4% | 0.0% |
| 1999 | 100.0% | 0.0% | 50.9% | 13.5% | 9.3% | 21.3% | 2.4% | 1.0% | 0.4% | 0.4% | 0.3% | 0.4% |
| 2000 | 100.0% | 15.7% | 50.2% | 14.8% | 6.7% | 8.0% | 1.2% | 1.1% | 0.2% | 0.7% | 0.6% | 0.8% |
| 2001 | 100.0% | 38.1% | 39.2% | 4.5% | 4.3% | 9.5% | 1.5% | 0.8% | 0.2% | 0.6% | 0.3% | 0.9% |
| 2002 | 100.0% | 33.7% | 34.0% | 17.5% | 5.5% | 4.1% | 2.8% | 0.5% | 0.3% | 0.4% | 0.4% | 1.0% |
| 2003 | 100.0% | 44.1% | 24.0% | 17.6% | 7.9% | 0.1% | 1.3% | 2.0% | 0.4% | 0.4% | 0.2% | 2.1% |
| 2004 | 100.0% | 45.3% | 22.1% | 11.9% | 8.3% | 7.3% | 2.9% | 1.0% | 0.5% | 0.5% | 0.2% | 0.1% |
| 2005 | 100.0% | 44.8% | 23.6% | 11.1% | 8.0% | 7.7% | 2.4% | 1.1% | 0.3% | 0.1% | 0.2% | 0.6% |

Source: MDHS, Fiscal Year Budget Requests, 2000-2007.

**Table 6**
**Title IV-E Eligibility Rates, 2002**
**Foster Care and Adoptive Assistance**

| State | Number of Children in Foster Care | Percent Who Received Title IV-E Reimbursement | Percent of Children in Adoptive Placement with Title IV-E Reimbursement |
|---|---|---|---|
| Nevada | 1,789 | NA | NA |
| Delaware | 1,023 | NA | NA |
| Massachusetts | 11,568 | NA | NA |
| Connecticut | 7,440 | NA | NA |
| Pennsylvania | 21,237 | 80 | 80 |
| Vermont | 1,360 | 80 | 80 |
| California | 107,168 | 79 | 87 |
| Ohio | 21,584 | 79 | 93 |
| Wisconsin | 7,290 | 76 | 87 |
| New Mexico | 1,757 | 73 | 73 |
| Dist. of Columbia | 3,339 | 72 | 60 |
| Louisiana | 5,024 | 72 | 79 |
| Maine | 3,226 | 70 | 70 |
| New York | 43,365 | 70 | 80 |
| North Carolina | 10,130 | 70 | NA |
| Michigan | 20,896 | 68 | 88 |
| Maryland | 12,564 | 67 | 71 |
| Hawaii | 2,584 | 66 | NA |
| Oklahoma | 8,674 | 65 | 63 |
| Minnesota | 8,167 | 63 | 82 |
| South Carolina | 4,774 | 62 | 69 |
| Kentucky | 6,141 | 61 | 83 |
| Alaska | 1,993 | 61 | 85 |
| New Jersey | 10,666 | 60 | 60 |
| Missouri | 13,349 | 60 | 70 |
| Kansas | 6,409 | 60 | 76 |
| Colorado | 7,138 | 60 | 78 |
| Idaho | 1,114 | 60 | 80 |
| West Virginia | 3,298 | 60 | 80 |
| Oregon | 8,966 | 60 | 80 |
| Texas | 19,739 | 59 | 75 |
| Virginia | 6,866 | 55 | 64 |
| Arizona | 6,234 | 54 | 73 |
| North Dakota | 1,167 | 54 | 80 |
| South Dakota | 1,367 | 53 | 72 |
| Tennessee | 9,679 | 50 | 70 |
| Utah | 1,957 | 50 | 77 |
| Montana | 2,008 | 50 | 80 |
| Illinois | 28,460 | 45 | 91 |
| New Hampshire | 1,288 | 43 | 59 |
| Alabama | 5,859 | 42 | 60 |
| Florida | 32,477 | 42 | 82 |
| Rhode Island | 2,414 | 40 | 58 |
| Washington | 9,101 | 40 | 80 |
| Iowa | 5,202 | 40 | 80 |
| Wyoming | 965 | 37 | 72 |
| Indiana | 8,383 | 31 | NA |
| Georgia | 12,414 | 30 | 30 |
| Arkansas | 2,959 | 30 | 70 |
| Nebraska | 6,254 | 30 | 70 |
| Mississippi | 3,261 | 23 | 20 |

Source: "The Cost of Protecting Vulnerable Children IV", The Urban Institute, 2004.

Table 7
Title IV-E Expenditures, Federal and State Share, 2002-2005.

Title IV-E Foster Care Program

| Title IV-E Foster Care Categories | FFY 2002 | | | FFY 2003 | | | FFY 2004 | | | FFY 2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share |
| Maintenance Assistance Payments | 2,709,494 | 76.09% | 2,061,854 | 3,251,817 | 76.62% | 2,491,542 | 3,408,535 | 77.06% | 2,627,299 | 4,060,452 | 77.06% | 3,129,796 |
| State and Local Administration | 14,826,227 | 50% | 7,413,114 | 14,708,039 | 50% | 7,354,020 | 9,782,380 | 50% | 4,891,190 | 9,371,819 | 50% | 4,685,910 |
| SACWIS Development Costs | 681,036 | 50% | 340,518 | 332,796 | 50% | 166,398 | 0 | 50% | 0 | 0 | 50% | 0 |
| State and Local Training | 175,377 | 75% | 131,533 | 517,052 | 75% | 387,789 | 1,992,071 | 75% | 1,494,053 | 174,285 | 75% | 130,714 |
| Demonstration Project | 177,522 | | 88,762 | 684,313 | | 378,421 | 391,558 | | 215,132 | 0 | | 0 |
| Total | 18,569,656 | | 10,035,580 | 19,494,017 | | 10,778,170 | 15,574,544 | | 9,227,674 | 13,606,556 | | 7,946,420 |
| Average Monthly Number of Children in Foster Care Receiving IV-E Reimbursement | 500 | | | 652 | | | 640 | | | 688 | | |
| Total Number of Children in Custody of MDHS | 3,685 | | | 3,626 | | | 3170 | | | 3372 | | |
| Title IV-E Foster Care Children as a Percent of Total Foster Care Children | 13.55% | | | 17.97% | | | 20.19% | | | 20.40% | | |

Title IV-E Adoption Assistance Program

| Title IV-E Adoption Assistance Categories | FFY 2002 | | | FFY 2003 | | | FFY 2004 | | | FFY 2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share | Total IV-E Expenditures | Fed % | Fed. Share |
| Adoption Assistance Payments | 3,887,647 | 76.09% | 2,958,111 | 4,012,643 | 76.62% | 3,074,487 | 4,206,078 | 77.06% | 3,242,045 | 4,558,230 | 77.06% | 3,513,484 |
| State and Local Administration | 1,234,235 | 50% | 617,118 | 949,250 | 50% | 474,625 | 955,856 | 50% | 477,928 | 1,103,422 | 50% | 551,711 |
| Total | 5,121,882 | | 3,575,228 | 4,961,893 | | 3,549,112 | 5,161,934 | | 3,719,973 | 5,661,652 | | 4,065,195 |
| Average Monthly Number of Children | 804 | | | 821 | | | 856 | | | 937 | | |

Source: IV-E Quarterly Report of Expenditure, 2002-2005.

**Table 8**
**Title IV-E Foster Care Spending Categories, FFY 2002**
**National Average Allocations Compared to State Allocations**

| | Federal Spending Nationally | Percentage of National Total | Actual Title IV-E Foster Care Federal Spending in Mississippi | Percentage of State Total | State Percentage Match Required | State Match | Title IV-E Foster Care Funds to Mississippi but Consistent with National Categories | State Match if State Spending Consistent with National Categories |
|---|---|---|---|---|---|---|---|---|
| Net Maintenance Payments | 1,881,907,419 | 43.4% | 2,061,654 | 20.7% | 23.91% | 647,840 | 4,321,039 | 1,357,814 |
| Administration and SACWIS | 2,207,037,685 | 50.9% | 7,753,632 | 78.0% | 50.00% | 7,753,632 | 5,067,569 | 5,067,569 |
| Training | 243,113,029 | 5.6% | 131,533 | 1.3% | 25.00% | 43,844 | 558,211 | 186,070 |
| Total | 4,332,058,133 | 100.0% | 9,946,819 | 100.0% | | 8,445,316 | 9,946,819 | 6,611,453 |

Sources: IV-E Quarterly Reports of Expenditure, 2002.
        WMCP: 108-6, 2004 Green Book, House Ways and Means Committee, Page 11-24.

Table 9: Total Spending and Spending Categories and Percent Federal Funding by Spending Category for the Division of Family and Children, 1998-2005.

| Spending Category | 1998 | | 1999 | | 2000 | | 2001 | |
|---|---|---|---|---|---|---|---|---|
| | $'s | % of Total | $'s | % of Total | $'s | % of Total | $'s | % of Total |
| Salaries | 18,596,707 | 35.39% | 19,827,445 | 37.52% | 23,185,650 | 44.18% | 24,711,853 | 36.22% |
| Travel | 1,465,829 | 2.79% | 1,697,642 | 3.21% | 1,894,674 | 3.61% | 2,401,496 | 3.52% |
| Contractual | 10,611,764 | 20.20% | 13,151,628 | 24.89% | 7,469,331 | 14.23% | 17,134,410 | 25.12% |
| Commodities | 164,440 | 0.31% | 347,325 | 0.66% | 514,511 | 0.98% | 332,378 | 0.49% |
| Equipment | 1,549,187 | 2.95% | 1,633,542 | 3.09% | 424,901 | 0.81% | 306,151 | 0.45% |
| Subsidies, Loans, and Grants | 20,153,247 | 38.36% | 16,185,500 | 30.63% | 18,994,471 | 36.19% | 23,333,339 | 34.20% |
| Total Spending | 52,541,174 | 100.00% | 52,843,082 | 100.00% | 52,483,538 | 100.00% | 68,219,627 | 100.00% |

| Spending Category | 2002 | | 2003 | | 2004 | | 2005 | |
|---|---|---|---|---|---|---|---|---|
| | $'s | % of Total | $'s | % of Total | $'s | % of Total | $'s | % of Total |
| Salaries | 23,300,090 | 32.94% | 23,882,216 | 34.93% | 24,843,958 | 35.75% | 23,134,419 | 36.03% |
| Travel | 2,157,666 | 3.05% | 2,248,393 | 3.29% | 2,346,736 | 3.38% | 1,983,073 | 3.09% |
| Contractual | 19,248,327 | 27.21% | 16,211,854 | 23.71% | 15,124,793 | 21.76% | 13,425,211 | 20.91% |
| Commodities | 260,398 | 0.37% | 375,145 | 0.55% | 275,676 | 0.40% | 193,528 | 0.30% |
| Equipment | 1,460,664 | 2.06% | 1,811,433 | 2.65% | 995,018 | 1.43% | 76,658 | 0.12% |
| Subsidies, Loans, and Grants | ·24,316,074 | 34.37% | 23,850,776 | 34.88% | 25,915,851 | 37.29% | 25,393,151 | 39.55% |
| Total Spending | 70,743,219 | 100.00% | 68,379,817 | 100.00% | 69,502,032 | 100.00% | 64,206,040 | 100.00% |

Source: MDHS, Fiscal Year Budget Requests, 2000-2007.

Table 10
Placement Setting of Foster Care Children by State
States Ranked by Percentage of Children in Custody in Non-Relative Foster Care
September 30, 2001

| State | Pre-Adoptive Home | Foster Home (Relative) | Foster Home (Non-Relative) | Group Home | Institution | Supervised Independent Living | Runaway | Trial Home Visit |
|---|---|---|---|---|---|---|---|---|
| Wisconsin | 1 | 7 | 82 | 3 | 7 | | | |
| Arkansas | 4 | 4 | 69 | 1 | 11 | 1 | 3 | 7 |
| Nevada | 1 | 20 | 69 | 5 | 5 | | 0 | 0 |
| Connecticut | 2 | 0 | 67 | 4 | 26 | 1 | | 0 |
| Maine | 5 | 4 | 67 | 8 | 7 | 5 | 0 | 4 |
| New Hampshire | | 12 | 66 | 21 | 1 | 0 | | |
| Idaho | 3 | 13 | 65 | 10 | 7 | | 1 | 1 |
| Georgia | 4 | 19 | 63 | 8 | 6 | | 0 | |
| Virginia | 5 | 4 | 63 | 4 | 18 | 1 | 1 | 4 |
| South Carolina | 6 | 5 | 62 | 5 | 17 | 1 | 2 | 1 |
| Indiana | | 16 | 61 | 3 | 17 | | 1 | 2 |
| Utah | 9 | 4 | 61 | 4 | 11 | 2 | 3 | 6 |
| Louisiana | 0 | 10 | 60 | 8 | 16 | 0 | 1 | 4 |
| New Jersey | 3 | 14 | 59 | 9 | 13 | 1 | | |
| Ohio | 4 | 18 | 59 | 4 | 9 | 1 | 3 | 2 |
| Washington | 1 | 32 | 58 | 5 | 1 | 0 | 2 | 0 |
| Alabama | 3 | 13 | 57 | 4 | 15 | 0 | 1 | 6 |
| Delaware | 7 | 10 | 57 | 8 | 17 | 0 | | |
| District of Columbia | 1 | 17 | 55 | 18 | 8 | | 1 | |
| Hawaii | 0 | 38 | 55 | 1 | 3 | | 2 | 0 |
| Oklahoma | 5 | 29 | 55 | 8 | 3 | 0 | 1 | |
| Vermont | 6 | 11 | 55 | 15 | 3 | 2 | 1 | 8 |
| Kansas | 5 | 13 | 54 | 5 | 6 | 1 | 2 | 14 |
| Montana | | 32 | 54 | 11 | 3 | | | |
| New York | 0 | 21 | 54 | 3 | 17 | 0 | | 5 |
| West Virginia | 5 | 4 | 54 | 32 | 3 | 2 | 0 | 1 |
| Iowa | 7 | 1 | 53 | 30 | 8 | 2 | | |
| New Mexico | 13 | 18 | 53 | 4 | 7 | 4 | | |
| South Dakota | 2 | 18 | 53 | 3 | 23 | 0 | 0 | 1 |
| Kentucky | 3 | 10 | 51 | | 35 | 1 | | |
| Pennsylvania | 2 | 18 | 51 | 11 | 16 | 1 | 0 | 1 |
| Colorado | 9 | 11 | 50 | 4 | 23 | 2 | 2 | 0 |
| Massachusetts | 5 | 17 | 50 | 9 | 12 | 3 | 2 | 1 |
| Minnesota | 6 | 16 | 49 | 10 | 19 | 0 | 0 | |
| Oregon | 5 | 20 | 49 | 1 | 7 | 0 | 5 | 13 |
| North Dakota | 8 | 14 | 48 | 4 | 26 | | 0 | |
| Texas | 4 | 16 | 48 | 9 | 17 | 0 | 1 | 5 |
| Tennessee | 5 | 5 | 47 | 12 | 18 | 1 | 6 | 7 |
| NorthCarolina | 5 | 18 | 46 | 9 | 9 | 0 | 4 | 8 |
| Michigan | 6 | 32 | 44 | 0 | 15 | 2 | 0 | 0 |
| Alaska | 2 | 30 | 43 | 8 | 2 | | | 15 |
| Illinois | 8 | 32 | 42 | 2 | 9 | 4 | 3 | |
| Arizona | 1 | 24 | 40 | 19 | 9 | 2 | 3 | 2 |
| Florida | 2 | 46 | 39 | 2 | 8 | 1 | 1 | |
| Maryland | 5 | 35 | 38 | 10 | 3 | 1 | 1 | 6 |
| Missouri | 11 | 22 | 38 | 1 | 17 | 3 | 1 | 8 |
| Nebraska | 0 | 11 | 38 | 5 | 20 | 1 | 2 | 23 |
| California | 3 | 36 | 37 | 14 | 2 | | 3 | 4 |
| Wyoming | 2 | 14 | 36 | 13 | 32 | 1 | 1 | 1 |
| Mississippi | 2 | 30 | 34 | 18 | 8 | 1 | 0 | 7 |
| Rhode Island | 2 | 20 | 31 | 37 | 1 | 4 | 5 | |
| Averages | 4.1 | 17.3 | 52.7 | 8.8 | 11.7 | 1.3 | 1.6 | 4.7 |

Source: House Ways and Means Committee Prints: 108-6, 2004 Green Book

**Exhibit A**

## Bill M. Brister

| Business Address | Home Address |
|---|---|
| P.O. Box 150606 | 4380 Brook Drive |
| Millsaps College | Jackson, Ms 39206 |
| Jackson, Ms 36210 | (601) 982-1745 |
| (601) 974-1271 | |
| (601) 974-1260 (Fax) | |
| bristbm@millsaps.edu | |

### Education

| | | | |
|---|---|---|---|
| Ph.D. | University of Arkansas | Finance | 1989 |
| | Supporting Fields: | Mathematical Statistics, Economics | |
| MBA | University of Southern Mississippi | Economics | 1979 |
| BS | University of Southern Mississippi | Economics | 1978 |

### Academic Experience

Millsaps College Director of Graduate Admissions, 2004-present

Millsaps College, Director of the Center for Applied Research, 1995-2001

Millsaps College, Assistant Professor of Finance,     1989-present

Millsaps College, Director of the MBA Program,     1993-1997

University of Southern Mississippi, Instructor and Assistant Professor,
    Departments of Economics and Finance     1979-1983, 1987

University of Arkansas, Teaching Assistant, Department of Finance
    1984-1986, 1988

### Subjects Taught

Undergraduate and Graduate Portfolio Management, Undergraduate and Graduate Financial Management, Undergraduate and Graduate Financial Markets and Institutions, Advanced Financial Management, Money and Banking, Principles of Economics, Business Statistics, International Investments, International Financial Management, External Environment of Business, and Accounting and Finance for Managers.

**Publications**

"Does WorkFirst Work? A Preliminary Evaluation of the First Year of Mississippi's Welfare Reform Waiver", Proceedings of the 1997 Meeting of the Academy of Economics and Finance, Forthcoming in 1997, with Jesse Beeler and Philip Taylor.

"Process Study for Mississippi's New Direction Demonstration", submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, March 1997.

"The Impact of WorkFirst After One Year: A Preliminary Assessment" submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, November 1996.

"Quarterly Monitoring Reports, Mississippi New Direction Demonstration Project Evaluation", submitted to the Mississippi Department of Human Services and to the United States Department of Health and Human Services, February 1996, November 1995, August 1995, May 1995, February 1995.

"Beyond Statistics: It's Important to Discover the Value", in the Mississippi Business Journal, November 7, 1994.

"The Regulatory Effect of Credit Ratings on Bond Interest Yield: the Case of Junk Bonds", Journal of Business Finance and Accounting, Winter 1994, with Dr. Pu Liu and Dr. Robert Kennedy.

"The Preliminary Impact of WorkFirst", Papers and Proceedings, Midsouth Academy of Economics and Finance, Accepted for Publication, with Jesse Beeler and Philip Tayler.

"The Stock Market Reaction to Green Information", Papers and Proceedings, Midsouth Academy of Economics and Finance, Summer 1991, with John Broussard.

"Efficiency of International Capital Markets, Some Further Evidence" Western Illinois University Journal of Business, Winter 1989, with Dr. Fazal Seyyed.

"Cost of Capital in Corporate Strategy: Multinational vs. Domestic Firms", Business Insights, Vol. VIII, No. 1, Fall/Winter 1988, with Dr. Eddie M. Lewis.

"Mississippi Sectorial Changes: The 1970's Decade", Midsouth Journal of Economics, Proceedings, September 1984, with Dr. George H. Carter.

"Cost of Capital in Corporate Strategy: Multinational vs. Domestic Firms", Journal of the American Institute of Decision Sciences, Proceedings, Winter 1986-1987, with Dr. Eddie M. Lewis.

**Other Research, Presentations, and Honors**

Presentation of the research paper, "Rebalancing Asset Allocations: The Long-Term Effects", Southern Finance Association, Charleston, SC, December 3-6, 2003.

Presentation of the research paper, "Does WorkFirst Work? A Preliminary Evaluation of the First Year of Mississippi's Welfare Reform Waiver", Academy of Economics and Finance meeting, Lafayette, Louisiana, February, 1997.

Served as principle facilitator of Welfare Reform Workshop for the Department of Human Services of the State of Mississippi at Millsaps College on March 19-22, 1996.

Presentation of the research paper, "The Regulation Effect of Credit Ratings on Bond Interest Yields: The Case of Junk Bonds", at the Eastern Finance Association meeting, The Homestead, Hot Springs, VA, April 1991.

Presentation of the research paper, "The Risk Characteristics of Closed-End Country Funds", at the Eastern Finance Association meeting, Tampa, FL, April, 1992.

Presentation of the research paper, "The Stock Market Reaction to Green Information", at the Midsouth Academy of Economics and Finance annual meeting, Shreveport, LA, February, 1991.

Member of the Board of Editors of the <u>Journal of Economics and Finance</u>, 1990, 1991, 1992, and 1993.

Member, Board of Advisors and Faculty Advisor, General Louis Wilson Fund, a student-managed stock portfolio.

Area Coordinator, Midsouth Academy of Economics and Finance meeting, February 1990, 1991.

Conducted the 1995 Summer Institute for the Mississippi Economic Council's American Enterprise Center. The title of the Institute is "Critical Economic and Social Issues of Mississippi".

Conducted the 1994 Summer Institute for the Mississippi Economic Council's American Enterprise Center. The title of the Institute is "Free Enterprise With a Focus on Geography".

Served as co-instructor of the Executive Management Seminar entitled, "Valuing Your Business" on June 30, 1994. This seminar was the pilot program for the Millsaps' Executive Management Center.

Delivered the Speech, "NAFTA, What Does It Mean For Mississippi" to the Eighth Annual Mississippi Partnership Conference, May 15-17, 1994, Biloxi, Mississippi.

Delivered the Speech, "NAFTA Overview / Impact on Mississippi Business" to the World Trade Week Conference, May 23, 1994, Jackson, Mississippi.

Delivered the Speech, "The New World Fertile Crescent", at the Southern Regional Land Conference, June 24, 1994, Biloxi, Mississippi.

The paper "Corporate Survival Analysis, A Prediction Model" was selected for presentation at the April, 1993 Annual Meeting of the Eastern Finance Association in Richmond, Virginia.

Director of Symposium entitled "Mississippi: Where We've Been, Where We Are, Where We're Going". Funding provided by Mississippi Humanities Council, March 16, 1994. Delivered the speech "NAFTA's Effect on Mississippi" at the Mississippi Economic Council / Mississippi NAFTA Conference, November, 1993.

Delivered the speech "The Economic Rationale Behind the NAFTA Agreement" at the NAFTA/Export Workshop sponsored by the U.S. Department of Commerce, November, 1993.

Designed and Conducted the 1993 Summer Institute for the Mississippi Economic Council's American Enterprise Center. The title of the Institute is "International Economic Events: The Impact on Mississippi".

Moderator and expert for the program, "International Economic Events: The Impact on Mississippi", edited and aired by Mississippi Educational Television, October 3, 1993.

Designed and delivered a lecture series during the summer of 1992 to middle management of Blue Cross/Blue Shield of Mississippi. The series was entitled, "Statistical Analysis for Quality Control in Financial Service Organizations".

Designed and conducted the Summer Institute for the Mississippi Economic Council's American Enterprise Center for 1992. The title of the Institute is "Making Mississippi Work, A Partnership Between Business and Education".

Awarded a Professional Development Grant by Millsaps College for the Summer of 1993.

Received commendation for accomplishments in the area of college service to Millsaps College during the years of 1992, 1994, 1995, and 1996, 2001, and 2002.

Instructor for the American Institute of Banking, 1979-1984.

Speech to the members of the Mississippi Chapter of Financial Analysts entitled "A Comparison of Junk Bond Default Risk and Yield Premiums", Feb 28, 1990.

Participant at several forums and seminars, including the American Iron and Steel Forum and the Chicago Board of Trade Seminar on Financial Futures.

Consulting experience with banks, corporations, small businesses, attorneys, and governmental agencies.

**Professional Memberships**

National Association of Forensic Economics
Financial Management Association
American Finance Association

**Litigation in which Bill M. Brister has Testified**

Pounds v. U.S. Repeating Arms Company and Olin Corporation
U.S. District Court, Southern District of Mississippi, Hattiesburg
Civil Action 2:94-CV-446 PS
Testimony:     05-20-96
Law Firm:      Husch and Eppenburger, St. Louis, MO

Pam Pitner v. Atlanta Casualty Insurance Company
State of Mississippi, Circuit Court of Hinds County
Civil Action No.
Testimony:     08-05-96
Law Firm:      Minor and Associates, Biloxi, MS

Partridge v. Partridge
State of Mississippi, Chancery Court of Hinds County
No. 129,086
Testimony:     01-31-94
Law Firm:      Chinn and Associates, Jackson, MS

Green and Green d/b/a Swensen's v. Bennett York et al
State of Mississippi, Circuit Court of Forrest County
Civil Action No. 7-88-2416
Deposition:    04-28-1994
Law Firm:      Ott, Purdy and Scott, Jackson, MS

Superior Boat Works, Inc. v. Lady Luck Mississippi, Inc. et al
U.S. Bankruptcy Court, Northern District of Mississippi, Aberdeen MS
Proceeding No. 93-2238
Deposition:    09-30-96
Testimony:     10-31-96
Law Firm:      Swank and Associates, Covington, LA

Larry v. McPhate Pulpwood, Inc.
State of Mississippi, Circuit Court of Jefferson County
No. 96-0009
Testimony:     02-11-97
Law Firm:      Watkins and Eager, Jackson, MS

Body Support Systems v. Blue Ridge Table Co., Inc.
U.S. District Court, Northern District of Mississippi, Oxford, MS
Civil Action 1:96CV161-D-A
Deposition:    07-28-97
Law Firm:      Frascogna, Courtney, Wright, Smith & Dyer, Jackson, MS

Bartley Lamar Denton v. Simpson et.al.
State of Mississippi, Circuit Court of Adams County
No.
Testimony:    11-14-97
Law Firm:     Watkins and Eager, Jackson, MS

Casino America v. Ed Ernest and Casino Magic
State of Mississippi, Circuit Court of Harrison County
No.    C2402-96-1064
Deposition:    5-19-98
Butler, Snow, O'Mara, Stevens & Cannada

Geneva Boyd v. Jitney Jungle
State of Mississippi, Circuit Court of Lincoln County
No.    94-00241
Testimony:    7-6-98
Allen, Allen, Boerner & Breeland

Kemp v. Kemp
State of Mississippi, Chancery Court of Lauderdale County
No.    97-1005-M
Testmony:    August 1999
James and Associates

Thompson et. al.v. Jim Walter Homes et. al.
State of Mississippi, Circuit Court of Jefferson County
No.    2000-24
Deposition:    6/24/01
Watkins and Eager

Pro Maintemanace Services et. al. v. Deposit Guaranty National Bank at. al.
State of Mississippi, Circuit Court of Hinds County
No. 251-96-59-CIV
Deposition:    10/18/01
Mockbee, Hall & Drake

Mickey D. Crawford v. Mabe's Trucking Company, Henry Milton Joyner, et. al.
U.S. District Court, Southern District of Mississippi
No. 1:00CV154BrR
Deposition:    May 29, 2002
Minor and Associates

Victory Lane Productions v. Morton Custom Plastics
U.S. District Court, Southern District of Mississippi
No. 3:01CV178WS
Deposition:    August 5, 2002
Simmons and Associates and Husch and Eppenberger

McClellan v. USA Motor Express, Inc.
State of Mississippi, Lee County Circuit Court
No. CV200027POB
Testimony:    December 16, 2002
Ashe, Tanner & Wright

Speetjens, et al. v. Malaco, et al.
State of Mississippi, Madison County Chancery Court
No.
Testimony:    November 20, 2003
Copeland, Cook, Taylor & Bush

Southern Nights v. Hiebert and Miles
State of Mississippi, Harrison County Chancery Court
No.
Testimony:    June 16, 2004
Dukes, Dukes, Keating & Faneca

Derryberry v. Lee et al.
State of Mississippi, Alcorn County Circuit Court
N. CV02-405GA
Testimony:    December 10, 2004
Simmons and Associates