# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JAMES D. JOHNSON, as next friend to        PLAINTIFFS
Olivia Y., et al.

vs.                                        CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the          DEFENDANTS
State of Mississippi, et al.

## DEFENDANTS' MOTION FOR ABSTENTION BASED ON *YOUNGER V. HARRIS*

COME NOW Defendants, by and through their counsel, and hereby move this Court to abstain or partially abstain based on the *Younger* doctrine expressed in *Younger v. Harris*, 401 U.S. 37 (1971). This motion is based upon the following materials filed in conjunction herewith:

| | | |
|---|---|---|
| 1) | Exhibit A: | Subpoena Duces Tecum from Forrest County Youth Court |
| 2) | Exhibit B: | Excerpts of the Deposition of Rickie Felder |
| 3) | Exhibit C: | Youth Court Order from Bolivar County Youth Court |
| 4) | Exhibit D: | Post Termination of Parental Rights Review Hearing Order |
| 5) | Exhibit E: | Order of Placement from Bolivar County Youth Court |
| 6) | Exhibit F: | Youth Court Order from Bolivar County Youth Court |
| 7) | Exhibit G: | Order to Take Child Into Custody from Jackson County Youth Court |
| 8) | Exhibit H: | Motion and Order from Jackson County Youth Court |
| 9) | Exhibit I: | Permanency Order from Jackson County Youth Court |
| 10) | Exhibit J: | Excerpts of the Deposition of Zadie Rogers |
| 11) | Exhibit K: | Motion and Order from Jackson County Youth Court |
| 12) | Exhibit L: | Consent Decree from *Kenny A. v. Perdue* (Fulton and Dekalb Counties in Georgia) |
| 13) | Exhibit M: | Consent Decree from *Brian A. v. Sundquist* (State of Tennessee) |
| 14) | Exhibit N: | Subpoena Duces Tecum from Forrest County Youth Court |
| 15) | Exhibit O: | Excerpts of the Deposition of Gail Young |
| 16) | Exhibit P: | Excerpts of the Deposition of James D. Johnson |
| 17) | Exhibit Q: | Excerpts of the Deposition of Martha McDaniel |
| 18) | Exhibit R: | Excerpts of the Expert Report of Peg Hess |

Defendants respectfully request that this Court abstain or partially abstain from hearing this case based on the *Younger* doctrine expressed in *Younger v. Harris*, 401 U.S. 37 (1971).

This the **1**st day **May, 2006.**

                              Respectfully submitted,

                              **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

                              BY:   /s/ Dewitt L. Fortenberry, Jr.
                                     Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg
Tara Crean, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **1st** day of **May, 2006**.

/s/ Dewitt L. Fortenberry, Jr.