IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL                    PLAINTIFFS

VERSUS           CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the
State of Mississippi, et al.        DEFENDANTS


VIDEOTAPED DEPOSITION OF CHARLES RICKIE FELDER

       Taken at the law offices of
       Bradley, Arant, Rose & White, LLP,
       188 East Capital Street
       Jackson, Mississippi, on
       Thursday, April 5, 2006,
       beginning at 8:37 a.m.


REPORTED BY:

    ELISA M. MEDDERS, BCR, CSR #1670
    State-Wide Reporters
    4400 Old Canton Road
    Suite 160(39211)
    Post Office Box 14113
    Jackson, Mississippi 39236
    Telephone: (601) 366-9676
    Fax: (601) 366-9756

1  objective psychologicals to really determine
2  what the child needs, and we're lacking that
3  right now. And mental health has agreed to --
4  mental health -- excuse me. Medicaid pays for
5  the psychological, so that is a -- it's going to
6  take some meetings and discussions with mental
7  health in order for that to happen.
8      Q.   But you would agree that the
9  psychological is a useful tool for DFCS to then
10 come to their own assessment of what the needs
11 of the child are in terms of placement?
12     A.   I agree that it should be.
13     Q.   And ultimately, it's DFCS's role and
14 responsibility to match that job to the best
15 placement available; is that right?
16     A.   Not necessarily.
17     Q.   Well --
18     A.   Youth court judge has ultimate say-so.
19     Q.   Okay. But in terms of children in
20 DFCS custody --
21     A.   We'd make recommendations to the
22 judge. The judge would have final say.
23     Q.   And, ideally, those recommendations
24 were being formed by a trained and qualified
25 professional based on all the available