Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                    JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL                          PLAINTIFFS
 5   VS.                   CIVIL ACTION NO. 3:04CV251LN
 6   HALEY BARBOUR, ET AL                      DEFENDANTS
 7
 8
 9
10               DEPOSITION OF ZADIE ROGERS
11
12        Taken at Bradley Arant Rose & White,
          188 East Capitol Street, Suite 450,
13         Jackson, Mississippi, on Tuesday,
         August 9, 2005, beginning at 8:30 a.m.
14
15
16
17
18                                          COPY
19
     REPORTED BY:
20
          CELESTE O. WERKHEISER, RMR
21        State-Wide Reporters
          4400 Old Canton Road
22        Suite 160 (39211)
          Post Office Box 14113
23        Jackson, Mississippi 39236
          Telephone: (601) 366-9676
24        Fax: (601) 366-9756
          www.legalink.com
25
```

EXHIBIT J

1  regular foster homes did not have an available
2  place?
3      A.   For the number of children, yes,
4  that's correct. Other than in one of my
5  counties. In the Harrison County Shelter,
6  usually it's protocol in that county that all
7  children who come into care as a result of
8  sexual abuse have to go into the shelter.
9  That's protocol now. I don't think that's
10 written protocol. It's just one of his
11 requirements.
12     Q.   One of whose requirements?
13     A.   Judge Ward's.
14     Q.   Have you ever been given an
15 explanation for that protocol?
16     A.   Well, it's my understanding from my
17 staff that the judge likes for those children to
18 be in a neutral setting prior to going to court
19 because he doesn't want any of the information
20 -- or he doesn't want the child's story to be
21 jeopardized or the child maybe changing their
22 story as a result of having been removed, so he
23 doesn't want that to occur. So as a result
24 those children are placed in a shelter.
25     Q.   So it's your testimony that children