IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                    CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                          DEFENDANTS

DEPOSITION OF GAIL YOUNG

Taken at the instance of the Plaintiff at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Wednesday, October 20, 2004,
beginning at approximately 1:00 p.m.

APPEARANCES:

ERIC E. THOMPSON, ESQ.
MARCIA ROBINSON LOWRY, ESQ.
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016

COUNSEL FOR PLAINTIFFS

COPY

EXHIBIT

```
 1        A.      Can you rephrase it.
 2        Q.      (By Mr. Thompson)  Are you aware that in
 3   certain counties, the practice is to place children
 4   when they come into foster care in an emergency
 5   shelter first?
 6        A.      I don't have direct knowledge of that.
 7        Q.      Are you aware of children in DHS custody
 8   being placed in any shelters that are not licensed
 9   by the division?
10        A.      Can you give me an example?
11        Q.      No.  I'm asking you if you're aware of
12   any unlicensed shelters where children in DHS
13   custody have been placed?
14        A.      I think there's one shelter that is
15   connected to the court.  That's the only one that
16   I'm aware of.
17        Q.      Do you know what county that is in?
18        A.      I believe it's Harrison.
19        Q.      And your understanding is that that
20   shelter is not licensed by DHS?
21        A.      That's correct.
22        Q.      In terms of the licensing shelters, what
23   is it that, what are the requirements that your
24   staff is responsible for ensuring compliance with?
25        A.      Well, there are numerous standards and
```