Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       JACKSON DIVISION
 3
     OLIVIA Y., by and through her next friend,
 4   James D. Johnson; JAMISON J, by and through
     His next friend, Clara Lewis; DESIREE,
 5   RENEE, TYSON AND MONIQUE P., by and through
     Their next friend, Sylvia Forster; JOHN A.,
 6   By and through his next friend, James D. Johnson;
     CODY B, by and through his next friend, Sharon Scott;
 7   MARY, TOM, MATTHEW and DANA W, by and through their
     next friend, Zelatra W; and SAM H, by and
 8   through his next friend, Yvette Bullock;
     on their own behalf and on behalf of all others
 9   similarly situated
10
                  Plaintiffs,
11                                    CIVIL ACTION NO.
                                      3:04cv251LN
12                  V.
13   HALEY BARBOUR, as Governor of the State
     Of Mississippi; DONALD TAYLOR, as Executive
14   Director of the Department of Human Services;
     And BILLY MANGOLD, as Director of the
15   Division of Family and Children's Services
16              Defendants.
17                                         COPY
18
                        *******
19          DEPOSITION OF MARTHA McDANIEL
20       Taken at Bradley Arant Rose & White,
              One Jackson Place, Suite 450
21                 Jackson, Mississippi,
              on Wednesday, July 20, 2005,
22          beginning at approximately 8:30 a.m.
23
24
            *********************************
25
```

EXHIBIT Q

STATE-WIDE REPORTERS (800) 372-3376

```
 1              licensed.  But in the meantime, that would not
 2              prohibit us from placing the child with the
 3              relative.
 4   BY MS. CREAN:
 5         Q    When children are placed with relatives
 6   who are not DHS-licensed foster homes, are those
 7   children in DHS legal custody?
 8         A    They can be in our custody or the
 9   relatives can be given custody.  If it is a foster
10   child, of course, the foster child would be in our
11   custody.
12         Q    What is the DHS policy regarding
13   background checks prior to placing a child -- placing
14   a foster child with a relative?
15         A    We recently had additional policy that
16   background checks were to be completed, as well as
17   home evaluations be completed, prior to a child being
18   placed in a relative's home.  Sometimes the court opts
19   to go ahead and place a child with a relative pending
20   approval of the foster -- excuse me, of the relative's
21   home.  And if the court gives approval or gives an
22   order that a child be placed in a relative's home,
23   they're placed with the understanding that if, for
24   whatever reason, the home is not approved, the child
25   would be removed.
```