**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

JAMES D. JOHNSON, as next friend to                                          PLAINTIFFS
Olivia Y., et al.

vs.                                                           CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                                        DEFENDANTS
State of Mississippi, et al.

---

**NOTICE OF CONVENTIONAL FILING**

---

Notice is hereby given that on this date, Defendants conventionally filed Youth Court

Order from Bolivar County Youth Court, attached as Exhibit "C" to Defendants' Motion for

Abstention based on *Younger v. Harris*, with the Clerk of this court.

Exhibit "C" is in paper form only and is being maintained in the case file in the Clerk's

office. This document has not been filed electronically because it contains confidential

information.

The document has been manually served on all parties.


Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
**BAKER, DONELSON, BEARMAN, CALDWELL &**
**BERKOWITZ, PC**
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211

Date: May 1, 2006