IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to         PLAINTIFFS
Olivia Y., et al.

vs.                                          CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the            DEFENDANTS
State of Mississippi, et al.

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed Order of Placement from Bolivar County Youth Court, attached as Exhibit "E" to Defendants' Motion for Abstention based on *Younger v. Harris*, with the Clerk of this court.

Exhibit "E" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

> Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
> 4268 I-55 North
> Meadowbrook Office Park
> P.O. Box 14167
> Jackson, Mississippi 39211

Date: May 1, 2006