IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to **PLAINTIFFS**
Olivia Y., et al.

vs.                                         CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the **DEFENDANTS**
State of Mississippi, et al.

---

## NOTICE OF CONVENTIONAL FILING

---

Notice is hereby given that on this date, Defendants conventionally filed Subpoena Duces Tecum from Forrest County Youth Court, attached as Exhibit "N" to Defendants' Motion for Abstention based on *Younger v. Harris*, with the Clerk of this court.

Exhibit "N" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211

Date: May 1, 2006