IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                       PLAINTIFFS
Olivia Y., et al.

vs.                                              CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                      DEFENDANTS
State of Mississippi, et al.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Haley Barbour, as Governor of the State of Mississippi, Donald Taylor, as Executive Director of the Mississippi Department of Human Services ("MDHS"), and Rickie Felder, as Director of the Division of Family and Children's Services ("DFCS") ("Defendants"), by their attorneys of record, submit their Motion for Summary Judgment and would show unto the court the following:

1.      Eight Plaintiffs assert claims against Mississippi's Governor, the Executive Director of the MDHS, and the Director of the DFCS of the MDHS on behalf of themselves and an alleged class of approximately 3,000 foster children in the custody of the MDHS.

2.      Plaintiffs seek declaratory and permanent injunctive relief that would make this court responsible for overseeing and administering Mississippi's foster care system.

3.      This court has previously dismissed all but one of Plaintiffs' causes of action; the only remaining cause of action is an alleged violation of the Substantive Due Process clause of the Fourteenth Amendment to the United States Constitution. Plaintiffs seek liability based on 42 U.S.C. § 1983.

4.   Plaintiffs impermissibly expand the reach of their rights under the Fourteenth Amendment, seeking judicial enforcement of standards of *optimal* care, rather than the constitutionally mandated *adequate* care and safekeeping.

5.   Defendants assert as a matter of law, that Plaintiffs have been provided adequate care and safekeeping.

6.   Furthermore, Plaintiffs have failed as a matter of law to satisfy the requirements of deliberate indifference as required by precedent of the United States Court of Appeals for the Fifth Circuit.

7.   For these reasons, Defendants are entitled to summary judgment on Plaintiffs' cause of action based on alleged violations of the Substantive Due Process Clause of the Fourteenth Amendment.

8.   In support of this Motion for Summary Judgment, Defendants offer the following:

| | |
|---|---|
| Exhibit A: | Medical and dental services provided to Olivia Y. |
| Exhibit B: | Mental health, medical, and dental services provided to Jamison J. |
| Exhibit C: | Mental health, medical, and dental services provided to Cody B. |
| Exhibit D: | Mental health, medical, and dental services provided to John A. |
| Exhibit E: | Mental health, medical, and dental services provided to Mary W. |
| Exhibit F: | Mental health, medical, and dental services provided to Tom W. |
| Exhibit G: | Mental health, medical, and dental services provided to Matthew W. |
| Exhibit H: | Mental health, medical, and dental services provided to Dana W. |
| Exhibit I: | Amended Complaint |
| Exhibit J: | *E.F. v. Scafidi*, No. 3:91CV591LN (S.D. Miss. Mar. 13, 1996) (Dist. File) |
| Exhibit K: | FY 2006 Joint Legislative Budget Committee Hearing Transcript |
| Exhibit L: | Selected portions of the MDHS/DFCS Policy and Procedures Manual |
| Exhibit M: | Affidavit of Martha McDaniel |
| Exhibit N: | Affidavit of Maggie Mixon |
| Exhibit O: | Excerpts of the deposition of Marva Lewis |
| Exhibit P: | Excerpts of the deposition of Peg Hess |
| Exhibit Q: | Case Reviews of Four Individual Children by Marva L. Lewis, Ph.D. |
| Exhibit R: | Excerpts of the deposition of Cathy Crabtree |
| Exhibit S: | Excerpts of the deposition of Dr. Wood Hiatt |
| Exhibit T: | Affidavit of Deborah Stewart |
| Exhibit U: | Excerpts of the deposition of Deborah Stewart |
| Exhibit V: | Bulletin 7500 |

Exhibit W:     Affidavit of Terry Phillips
Exhibit X:     Affidavit of Tracy Malone
Exhibit Y:     Affidavit of John Webb O'Bryant
Exhibit Z:     Affidavit Sylvia Sessions
Exhibit AA:    Affidavit of Michelle Henry
Exhibit BB:    Affidavit of Zadie Rogers
Exhibit CC:    Excerpts of the deposition of Bill Brister
Exhibit DD:    Custody, but No Care: A Review of Children's Experiences in MDHS Custody by Peg Hess, Ph.D.
Exhibit EE:    "Beyond Danger!" A Management Review of the Mississippi Department of Human Services Division of Family and Children's Services (MDHS/DFCS) by Cathy Crabtree
Exhibit FF:    Affidavit of Queen Coleman
Exhibit GG:    Affidavit of Brenda Coe
Exhibit HH:    Affidavit of Earnest Johnson
Exhibit II:    Excerpts of the deposition of Rickie Felder
Exhibit JJ:    Affidavit of Vicky Donaho
Exhibit KK:    SB 2694
Exhibit LL:    Selected Supportive Services provided for named Plaintiffs
Exhibit MM:    DHS 132575
Exhibit NN:    Systems Review of the Mississippi Department of Human Services, Division of Family and Children's Services, Final Report by CWLA
Exhibit OO:    Excerpts of the deposition of Sue Steib
Exhibit PP:    HB 572
Exhibit QQ:    SB 2173
Exhibit RR:    DHS W 002877-2878
Exhibit SS:    DHS Jamison J 002203-04
Exhibit TT:    Excerpts of the deposition of Peter Boulette
Exhibit UU:    2007 MDHS Budget Request for DFCS
Exhibit VV:    HB 816
Exhibit WW:    SB 2388
Exhibit XX:    Narrative printed from Plaintiffs' counsel's website concerning Jamison J.
Exhibit YY:    Excerpts of the deposition of Donald Taylor
Exhibit ZZ:    Selected portions of the MDHS/DFCS Child and Family Service Review Program Improvement Plan
Exhibit AAA:   Selected portions of the MDHS/DFCS Child and Family Service Review Statewide Self Assessment
Exhibit BBB:   Report of Dr. Wood Hiatt on John A.
Exhibit CCC:   Affidavit of Charles Rickie Felder; Plan for Reorganization and Performance Improvement Strategies for the Mississippi Department of Human Services; Draft Plan
Exhibit DDD:   HB 1747
Exhibit EEE:   2006 MDHS Budget Report for DFCS
Exhibit FFF:   Expert Report of Bill M. Brister, Ph.D.
Exhibit GGG:   HB 1576
Exhibit HHH:   Affidavit of Richard A. Berry

Exhibit III: P 002323

        Respectfully submitted,

        **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

        BY:  /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

        W. Wayne Drinkwater, Jr. Esq.
        Melody McAnally, Esq.
        BRADLEY ARANT ROSE & WHITE LLP
        Suite 450, One Jackson Place
        Post Office Box 1789
        Jackson, MS  39215

        Stephen H. Leech, Esq.

850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg
Tara Crean, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the **1st** day of **May, 2006**.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.