IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to  PLAINTIFFS
Olivia Y., et al.

vs.  CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the  DEFENDANTS
State of Mississippi, et al.

**NOTICE OF CONVENTIONAL FILING**

Notice is hereby given that on this date, Defendants conventionally filed an unredacted version of the Affidavit of Earnest Johnson, attached as Exhibit "HH" to Defendants' Motion for Summary Judgment, with the Clerk of this court.

The unreduced Exhibit "HH" is in paper form only and is being maintained in the case file in the Clerk's office. This unredacted document has not been filed electronically because it contains confidential information. A redacted version of Exhibit "HH" has been electronically filed with this court.

The unredacted document has been manually served on all parties.

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
**BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC**
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211

Date: May 1, 2006