# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                         PLAINTIFFS
Olivia Y., et al.

vs.                                            CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                          DEFENDANTS
State of Mississippi, et al.

---

## NOTICE OF CONVENTIONAL FILING

---

Notice is hereby given that on this date, Defendants conventionally filed selected

Supportive Services provided for named Plaintiffs, attached as Exhibit "LL" to Defendants'

Motion for Summary Judgment, with the Clerk of this court.

Exhibit "LL" is in paper form only and is being maintained in the case file in the Clerk's

office. This document has not been filed electronically because it contains confidential

information.

The document has been manually served on all parties.

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
**BAKER, DONELSON, BEARMAN, CALDWELL &**
**BERKOWITZ, PC**
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211

Date: May 1, 2006