IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to PLAINTIFFS
Olivia Y., et al.

vs. CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the DEFENDANTS
State of Mississippi, et al.

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed documents labeled Bates No. DHS Jamison J 002203-04, attached as Exhibit "SS" to Defendants' Motion for Summary Judgment, with the Clerk of this court.

Exhibit "SS" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

> Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
> **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
> 4268 I-55 North
> Meadowbrook Office Park
> P.O. Box 14167
> Jackson, Mississippi 39211

Date: May 1, 2006