IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., et al. | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:04cv251LN |
| HALEY BARBOUR, as Governor of the State of Mississippi, et al. | DEFENDANTS |

### NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed Report of Dr. Wood Hiatt on John A., attached as Exhibit "BBB" to Defendants' Motion for Summary Judgment, with the Clerk of this court.

Exhibit "BBB" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

    Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
    4268 I-55 North
    Meadowbrook Office Park
    P.O. Box 14167
    Jackson, Mississippi 39211

Date: May 1, 2006