## Motions

3:04-cv-00251-TSL-JCS Johnson, et al v. Barbour, et al

**Docket Text: Final Text**

MOTION for Summary Judgment by Haley Barbour. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit c# (4) Exhibit D Part 1# (5) Exhibit D Part 2# (6) Exhibit E# (7) Exhibit F# (8) Exhibit G# (9) Exhibit H# (10) Exhibit I# (11) Exhibit J# (12) Exhibit K# (13) Exhibit L# (14) Exhibit M# (15) Exhibit N# (16) Exhibit O# (17) Exhibit P# (18) Exhibit R# (19) Exhibit S# (20) Exhibit T# (21) Exhibit U# (22) Exhibit V# (23) Exhibit W# (24) Exhibit X# (25) Exhibit Y# (26) Exhibit Z# (27) Exhibit AA# (28) Exhibit BB# (29) Exhibit CC# (30) Exhibit DD Part 1# (31) Exhibit DD Part 2# (32) Exhibit DD Part 3# (33) Exhibit DD Part 4# (34) Exhibit DD Part 5# (35) Exhibit DD Part 6# (36) Exhibit DD Part 7# (37) Exhibit DD Part 8# (38) Exhibit DD Part 9# (39) Exhibit DD Part 10# (40) Exhibit DD Part 11# (41) Exhibit EE Part 1# (42) Exhibit EE Part 2# (43) Exhibit EE Part 3# (44) Exhibit GG# (45) Exhibit II Part 1# (46) Exhibit II Part 2# (47) Exhibit II Part 3# (48) Exhibit KK# (49) Exhibit NN Part 1# (50) Exhibit NN Part 2# (51) Exhibit NN Part 3# (52) Exhibit NN Part 4# (53) Exhibit NN Part 5# (54) Exhibit OO# (55) Exhibit PP# (56) Exhibit QQ# (57) Exhibit TT# (58) Exhibit UU Part 1# (59) Exhibit UU Part 2# (60) Exhibit VV# (61) Exhibit WW# (62) Exhibit XX# (63) Exhibit YY# (64) Exhibit ZZ# (65) Exhibit AAA# (66) Exhibit CCC# (67) Exhibit DDD# (68) Exhibit EEE Part 1# (69) Exhibit EEE Part 2# (70) Exhibit FFF# (71) Exhibit GGG# (72) Exhibit HHH# (73) Exhibit III)(Fortenberry, Dewitt)

**Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**

[ Next ]   [ Clear ]

## Motions
3:04-cv-00251-TSL-JCS Johnson, et al v. Barbour, et al

An Internal Error has occurred the error code is 23.

An Internal Error has occurred the error code 71. - transferenvironment

|0|

An Internal Error has occurred the error code 70. -1