

**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

SUITE 450, ONE JACKSON PLACE
188 EAST CAPITOL STREET
PO BOX 1789
JACKSON, MS 39215-1789
601.948.8000   FAX 601.948.3000
WWW.BRADLEYARANT.COM

Melody McAnally

Direct Dial: 601-592-9944
Direct Fax: 601-592-1444
mmcanally@bradleyarant.com

May 2, 2006

<u>*VIA HAND DELIVERY*</u>



Mr. J.T. Noblin, Clerk
UNITED STATES DISTRICT COURT
Southern District of Mississippi
245 East Capitol Street
Jackson, MS 39201

  RE: *Olivia Y., et al v. Haley Barbour, et al.*; In the United States District Court for the
     Southern District of Mississippi, Jackson Division; Civil Action No. 3:04cv251

Dear Mr. Noblin:

  Enclosed please find the original and one bound copy of Amended Volume 6 of the exhibits supporting of Plaintiffs' Motion for Summary Judgment on Liability ("Motion"), which were filed conventionally yesterday, May 1, 2005. Please replace Volume 6 with the enclosed Amended Volume 6. Please stamp the bound copy as "FILED" and return it to me by our firm's courier.

  We discovered this morning that in our haste copying the exhibits yesterday, we inadvertently left out a few pages to Exhibit 30 (Excerpts from Deposition of Kathy Triplett); thus, we have added pages to Exhibit 30 which are cited to in Plaintiffs' Motion. Therefore, all citations in Plaintiffs' Motion to the Triplett Deposition are now included in Exhibit 30. No other changes were made to Volume 6.

  By copy of this letter, I am also providing Judge Lee and Defendants' counsel with a bound copy of Amended Volume 6 of Plaintiffs' exhibits.

  Please do not hesitate to contact me if you have any questions. Thank you for your assistance in this matter.

              Very truly yours,

              Melody McAnally

MM/
Enclosures
cc: The Honorable Tom S. Lee, U.S. District Judge
   Harold E. Pizzetta, Esquire
   Rusty Fortenberry, Jr., Esquire

4/83484.1 BIRMINGHAM  CHARLOTTE  HUNTSVILLE  JACKSON  MONTGOMERY  WASHINGTON, DC