IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to
Olivia Y.; CARLA LEWIS, as next friend
to Jamison J. and SYLVIA FORSTER, as
next friend to Desiree, Renee, Tyson and
Monique P.                                                                    **PLAINTIFFS**

VS.                                                        **CIVIL ACTION NO. 3:04CV251LN**

HALEY BARBOUR; DONALD TAYLOR,
as Executive Director of the Department of
Human Services and BILLY MANGOLD,
as Director of the Division of Family and
Children's Services                                                           **DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motion for Revised Case Management Order and the Defendants' Motion for New Case Management Plan Order, both of which seek a revision of all of the deadlines in this matter commensurate with the stays that have been ordered in the aftermath of Hurricane Katrina. The court finds that the Motions have merit and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion for Revised Case Management Order and the Defendants' Motion for New Case Management Plan Order are hereby **granted,** and the Case Management Plan Order previously entered in this matter is hereby amended, as follows:

1. The trial of this matter will be held on the trial calendar that begins on August 7, 2006, and ends on August 18, 2006.

2. The pretrial conference will be held on July 17, 2006.

3. Discovery shall be completed by April 17, 2006.



4.  The Plaintiff shall designate experts by February 7, 2006.

5.  The Defendant shall designate experts by March 31, 2006.

6.  The deadline for submitting motions, other than motions *in limine*, is May 1, 2006.

IT IS SO ORDERED, this the 17th day of January, 2006.

                                                s/Alfred G. Nicols, Jr.
                                  UNITED STATES MAGISTRATE JUDGE

Long, Gwen

**From:** cmecfhelpdesk@mssd.uscourts.gov
**Sent:** Tuesday, January 17, 2006 12:58 PM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 3:04-cv-00251-TSL-AGN Johnson, et al v. Barbour, et al "Set Deadlines/Hearings"

**\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from TKR, entered on 1/17/2006 at 12:57 PM CST and filed on 1/17/2006
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-251
**Filer:**
**Document Number:**

**Docket Text:**
Set Deadlines/Hearings: Discovery due by 4/17/2006. Designate Experts Plaintiff Deadline due by 2/7/2006. Designate Experts for Defendant Deadline due by 3/31/2006. Motions due by 5/1/2006. Jury Trial set for 8/7/2006 09:30 AM in Courtroom 2 before District Judge Tom S. Lee. Pretrial Conference set for 7/17/2006 09:30 AM in Courtroom 2 before District Judge Tom S. Lee. (TKR)

The following document(s) are associated with this transaction:

**3:04-cv-251 Notice will be electronically mailed to:**

W. Wayne Drinkwater , Jr    wdrinkwater@bradleyarant.com, jaltobelli@bradleyarant.com

Dewitt L. Fortenberry , Jr    rfortenberry@mcglinchey.com, mkeenan@mcglinchey.com;ayoung@mcglinchey.com

Stephen H. Leech , Jr    s.leech@sleech.com,

Betty A. Mallett    bmallett@mcglinchey.com, glong@mcglinchey.com;dfennell@mcglinchey.com

Melody McAnally    mmcanally@bradleyarant.com, ltempleton@bradleyarant.com

Harold Edward Pizzetta , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

John T. Rouse    jrouse@mcglinchey.com, mmason@mcglinchey.com

Eric E. Thompson - PHV !    ethompson@childrensrights.org,
ckendrick@childrensrights.org;jwheeler@childrensrights.org;tcrean@childrensrights.org;mross@childrensrights.org;ew

**3:04-cv-251 Notice will be delivered by other means to:**

1/17/2006

ara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, NY 10016

Marcia Robinson Lowry(PHV)
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, NY 10016

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Erik S. Pitchal - PHV
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, NY 10016

Margaret Ross - PHV
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, NY 10016

1/17/2006

Long, Gwen

**From:** cmecfhelpdesk@mssd.uscourts.gov
**Sent:** Tuesday, January 17, 2006 12:55 PM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 3:04-cv-00251-TSL-AGN Johnson, et al v. Barbour, et al "Order on Motion to Amend/Correct"

**NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from TKR, entered on 1/17/2006 at 12:55 PM CST and filed on 1/17/2006
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-251
**Filer:**
**Document Number:** 207

**Docket Text:**
ORDER granting [204] Motion to Amend/Correct . Signed by Judge Alfred G. Nicols on January 17, 2006. (TKR)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/17/2006] [FileNumber=362579-0]
003afd97947e9ad34f78b94798cfe2dfb5ed1e0fd277bc5f36fac9121d10ed753157
e0d437383e21c59ab48218c6f670773dbbca053ade470faa7234f5325d93]]

**3:04-cv-251 Notice will be electronically mailed to:**

W. Wayne Drinkwater , Jr    wdrinkwater@bradleyarant.com, jaltobelli@bradleyarant.com

Dewitt L. Fortenberry , Jr    rfortenberry@mcglinchey.com, mkeenan@mcglinchey.com;ayoung@mcglinchey.com

Stephen H. Leech , Jr    s.leech@sleech.com,

Betty A. Mallett    bmallett@mcglinchey.com, glong@mcglinchey.com;dfennell@mcglinchey.com

Melody McAnally    mmcanally@bradleyarant.com, ltempleton@bradleyarant.com

Harold Edward Pizzetta , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

John T. Rouse    jrouse@mcglinchey.com, mmason@mcglinchey.com

Eric E. Thompson - PHV !    ethompson@childrensrights.org,
ckendrick@childrensrights.org;jwheeler@childrensrights.org;tcrean@childrensrights.org;mross@childrensrights.org;ew

1/17/2006

**:04-cv-251 Notice will be delivered by other means to:**

ara S. Crean - PHV
HILDREN'S RIGHTS, INC.
04 Park Avenue South, 11th Floor
lew York, NY 10016

Iarcia Robinson Lowry(PHV)
HILDREN'S RIGHTS, INC.
04 Park Avenue South, 11th Floor
lew York, NY 10016

ric S. Manne(PHV)
OEB & LOEB, LLP
45 Park Avenue
lew York, NY 10154

ohn A. Piskora - PHV
OEB & LOEB, LLP
45 Park Avenue
lew York, NY 10154

rik S. Pitchal - PHV
HILDREN'S RIGHTS, INC.
04 Park Avenue South, 11th Floor
lew York, NY 10016

Margaret Ross - PHV
HILDREN'S RIGHTS, INC.
04 Park Avenue South, 11th Floor
lew York, NY 10016

1/17/2006