## AFFIDAVIT OF MARTHA MCDANIEL

**STATE OF MISSISSIPPI**

**COUNTY OF** Leflore

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Martha McDaniel, who, having been duly sworn by me, states on oath:

1. My name is Martha McDaniel and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. I have been employed with the Mississippi Department of Human Services ("MDHS") for over thirty (30) years. Currently I am Director of Region 2 as well as a portion of Region 3. I am familiar with the workers and cases in my region.

3. I firmly believe that the direct service workers want to provide effective services for the families and communities they serve. I have never seen a worker at MDHS who did not care about the foster children and families he or she serves. Workers have sometimes expressed frustration about high caseloads and the nature of the cases they investigate, but I have never heard one complain about helping a child in need.

4. Although documentation of files is important, when in a pinch, case workers give priority to delivery of services. When caseloads are high, and direct service workers have to choose between documenting a file to note a doctor's visit, and providing actual services to a child, our workers choose to provide the services. The foster children in my region have been given more than sufficient food, medical care, clothing, and shelter, and MDHS has done all it reasonably can to ensure the safety of foster children.

1

**EXHIBIT "2"**

5. I believe that MDHS's current administration, Rickie Felder (Director of MDHS Division of Family and Children's Services) and Donald R. Taylor (Executive Director of MDHS) truly want the best for the foster children of this state. They have been very supportive in acting as an advocate for the needs of our workers and foster children. Mr. Felder and Mr. Taylor have taken steps to assess concerns of the MDHS staff and address them.

6. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

7. I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 26th day of April, 2006.

_____
MARTHA MCDANIEL

SWORN TO AND SUBSCRIBED BEFORE ME, this the 26th day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires:
MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEP 3, 2006
BONDED THRU STEGALL NOTARY SERVICE

2