## AFFIDAVIT OF MAGGIE MIXON

**STATE OF MISSISSIPPI**

**COUNTY OF** Hinds

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Maggie Mixon, who, having been duly sworn by me, states on oath:

1.    My name is Maggie Mixon and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2.    I have worked for the Mississippi Department of Human Services ("MDHS") for almost fifteen (15) years. I am currently employed as Acting Regional Director of Region 7 as well as a portion of Region 3. I am familiar with the workers and cases in my region.

3.    I have had concerns about the volume of cases, the worker-case ratios, and the growing number of County of Service cases. These factors affect the timeliness of data entered in the MACWIS system. In spite of these areas of concern, our team strives to provide quality services to children in care. I am very proud of the commitment shown by our workers to providing quality services to the children and families of this state. Every reasonable effort is consistently made to provide adequate clothing, food, shelter and medical care to foster children. Given the number workers and available resources, MDHS has done what it reasonably can to keep children safe.

4.    The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

1



5.    I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NOT, this the  26th  day of  April  , 2006.

_Maggie Mixon_

MAGGIE MIXON

SWORN TO AND SUBSCRIBED BEFORE ME, this the  26th  day of April  , 2006.

_Rosie Lee Thomas_

NOTARY PUBLIC

My Commission Expires:



2