## AFFIDAVIT OF TERRY PHILLIPS

**STATE OF MISSISSIPPI**

**COUNTY OF** _Alcorn_

      Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Terry Phillips, who, having been duly sworn by me, states on oath:

    1.    My name is Terry Phillips and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

    2.    I am currently employed as Acting Regional Director of Region 1-W of the Mississippi Department of Human Services ("MDHS"). I supervise Area Social Work Supervisors and am familiar with the workers and cases in my region.

    3.    Direct service workers do not always have enough time to document everything in MACWIS as it is designed to be done. It has been my experience that when case workers are pressed for time, they give more priority to providing services such as meeting with families and individuals to assess needs or providing services to children in care rather than documenting. Sometimes foster parents take the children to the doctor and the social worker is advised of the medical appointment. Although direct service workers sometimes do not enter appointments on the appropriate medical screen in MACWIS, in most of those cases there is a notation of an appointment listed in the narrative section of MACWIS. It has been my observation that the lack of documentation in a child's file does not mean that services were not provided.

    4.    Medical records are sometimes not included in foster children's case files because of the difficulties caseworkers face in trying to obtain them. Very often doctors require that the direct service worker appear in person to request the records and produce MDHS identification, a



EXHIBIT

"5"

copy of the court order giving custody to MDHS, and a release form that is satisfactory to the doctor. MDHS workers often have difficulty having the time to go through these procedures as they are needed to tend to needs of the children they serve.

5. I truly believe that caseworkers have a strong desire to provide good services to foster children and are dedicated to that goal. The foster children in Region I-W have received more than adequate food, clothing, shelter, and health care. MDHS has done all it reasonably can to see that foster children are protected from harm.

6. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

7. I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the _26_ day of _April_, 2006.

_____
TERRY PHILLIPS

SWORN TO AND SUBSCRIBED BEFORE ME, this the _26th_ day of _April_, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

_11/14/08_

2