## AFFIDAVIT OF TRACY MALONE

**STATE OF MISSISSIPPI**

**COUNTY OF** Lee

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Tracy Malone, who, having been duly sworn by me, states on oath:

1. My name is Tracy Malone and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. I have worked at the Mississippi Department of Human Services (MDHS) since September 1990. I am currently employed as Regional Director of Region I-E of MDHS and am familiar with the caseworkers and cases in my region.

3. The direct service workers in Region I-E are very committed to the children they serve. It is my observation that Region I-E's children have been supplied with adequate food, shelter, clothing, and health care. Our direct service workers have done all they reasonably can to keep foster children safe and away from harm.

4. Donald Taylor, the Director of MDHS, and Rickie Felder, the Director of the Department of Family and Children Services, are very concerned about the needs of the foster children and case workers in this state. Mr. Felder regularly meets with me and the other Regional Directors to ascertain what issues we need assistance with and to discuss areas in which improvement is needed. Mr. Felder makes trips into the county offices to talk to case workers one on one about the experiences they and the children in MDHS custody are having. Since Mr. Felder was appointed as Director of DFCS, he has made great strides in assessing and improving MDHS DFCS.

1.



5.    The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

5.    I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 27th day of April, 2006.

_____
TRACY MALONE

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES  SEP 8, 2006
BONDED THRU STEGALL NOTARY SERVICE

2