## AFFIDAVIT OF SYLVIA SESSIONS

**STATE OF MISSISSIPPI**

**COUNTY OF** _Walthall_

      Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Sylvia Sessions, who, having been duly sworn by me, states on oath:

    1.    My name is Sylvia Sessions and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

    2.    I have been employed with the Mississippi Department of Human Services ("MDHS") for twenty-eight (28) years. I have served as a regional director since 1998 and I currently hold the position of Regional Director (Region 5). I am familiar with the workers and cases in my region.

    3.    Information on medical care, clothing, and shelter, is not always entered timely on the appropriate screens in MACWIS, but this does not mean that the services were not provided. The Foster Care Review ("FCR") program serves as a kind of quality assurance as it reviews cases every 6 months for any issues of concern. If these services are not appropriately documented in the file, FCR follows up with the particular county office.

    4.    The foster children in this region have certainly been given sufficient medical care, food, clothing, and shelter. MDHS has done all it reasonably can to ensure the safety of foster children in its care.

    5.    The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters and personal experience.

1



6. I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 27th day of April, 2006.

_____
SYLVIA SESSIONS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires:
4/28/08