## AFFIDAVIT OF ZADIE ROGERS

STATE OF MISSISSIPPI

COUNTY OF Jackson

    Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Zadie Rogers, who, having been duly sworn by me, states on oath:

1. My name is Zadie Rogers and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. I have been employed with the Mississippi Department of Human Services ("MDHS") for over 23 years. I am currently Regional Director of Region 6-S. I am familiar with the workers and cases in my region.

3. The direct service workers of MDHS who serve foster children are committed to their job. When Hurricane Katrina ravaged much of this state, our caseworkers remained on the job. A number of those, including myself, lost their homes but continued to work from their cars and tents to be sure that all children and families were safe and located. Despite the enormity of Katrina and our own problems from the storm, we did our best to ensure no disruption of services to the families we serve.

4. MDHS has done all it reasonably can to protect the foster children in its care from harm and is not indifferent to the children's needs. The foster children in this region have been given sufficient food, clothing, shelter, and medical care.

5. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.



EXHIBIT "10"

6.  I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 27th day of April, 2006.

_____
ZABIE ROGERS

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of April, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 27, 2009
BONDED THRU STEGALL NOTARY SERVICE

2