**AFFIDAVIT OF QUEEN COLEMAN**

**STATE OF MISSISSIPPI**

**COUNTY OF** Leflore

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Queen Coleman, who, having been duly sworn by me, states on oath:

1. My name is Queen Coleman and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. As Area Social Work Supervisor ("ASWS") at the Bolivar County Office of the Mississippi Department of Human Services ("MDHS"), I am familiar with Jamison J., a Plaintiff in the case styled *Olivia Y. et al. v. Haley Barbour, et al.* (United States District Court for the Southern District of Mississippi, Jackson Division; C/A No. 3:04cv251LN).

3. Jamison came into the custody of the Bolivar County MDHS on or about March 19, 1992 after he was found unbathed living in a home with no electricity or water. There was no toilet inside or outside the home. Jamison's mother, Ms. M. abused alcohol and drugs. MDHS tried to work with Jamison's mother in hopes of reuniting the family but she resumed drinking again and exposed Jamison and his sister to very inappropriate surroundings. Ms. M.'s parental rights were eventually terminated by Youth Court. Ms. M. expired on or around 2001.

4. Jamison is currently doing well in his placement at Joe Rowland Boys Home. He is scheduled to graduate from high school in May 2006 and has plans to attend Jackson State University in the fall. MDHS is presently providing Jamison with financial assistance for his senior expenses, including his ring and invitations. We are working with Jamison to prepare him for the greater independence that will come with his graduation from high school.





5. MDHS has never been indifferent to Jamison's needs. All of Jamison's basic needs have been met including sufficient food, clothing, shelter, and health care. MDHS has done what it reasonably can to protect Jamison from harm. We cannot always provide our foster children with the designer apparel they sometimes want, but the children are most certainly given adequate clothing. Our workers make sure that all our foster children's basic needs are taken care of and try to take care of as many of the children's wants as we can.

6. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

7. I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NOT, this the 26th day of April, 2006.

Queen E. Coleman
QUEEN COLEMAN

SWORN TO AND SUBSCRIBED BEFORE ME, this the 26th day of April, 2006.

Rochelle J. Haire
NOTARY PUBLIC

My Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEP 3, 2006
BONDED THRU STEGALL NOTARY SERVICE