## AFFIDAVIT OF BRENDA COE

**STATE OF MISSISSIPPI**

**COUNTY OF** Jackson

    Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Brenda Coe, who, having been duly sworn by me, states on oath:

1. My name is Brenda Coe and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. As Area Social Work Supervisor ("ASWS") at the Jackson County Office of the Mississippi Department of Human Services ("MDHS"), I am familiar with the minor Cody B. who is a Plaintiff in the case styled *Olivia Y. et al. v. Haley Barbour, et al.* (United States District Court for the Southern District of Mississippi, Jackson Division; C/A No. 3:04cv251LN).

3. Cody came into the custody of MDHS in or about July 2002, when he was about 3 months old, after he was left alone in an apartment. Reports from the Jackson County Health Department indicated that Cody's parents were not mentally competent to take care of him. His mother suffered from seizures and her five other children were living under the care of other relatives. Reunification efforts by the Court and MDHS were unsuccessful and the parents' rights were terminated.

4. Cody is currently living in the home of Mr. and Mrs. B. Since Cody's placement in the B's foster home, he has done very well. The couple is planning to adopt him.

5. MDHS has never been indifferent to Cody's needs. Cody has been provided with adequate food, clothing, shelter, and medical care, and MDHS has done what it reasonably can to protect him from harm.

EXHIBIT "12"

1

6. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

7. I declare under penalty of perjury that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the 27 day of April, 2006.

_Brenda Coe_
BRENDA COE

SWORN TO AND SUBSCRIBED BEFORE ME, this the 27th day of April, 2006.

_Celeste Stanton_
NOTARY PUBLIC

My Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 11, 2007
BONDED THRU STEGALL NOTARY SERVICE

2