## AFFIDAVIT OF EARNEST JOHNSON

**STATE OF MISSISSIPPI**

**COUNTY OF** _Hinds_

      Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Earnest Johnson, who, having been duly sworn by me, states on oath:

1. My name is Earnest Johnson and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. As Area Social Work Supervisor ("ASWS") at the Hinds County Office of the Mississippi Department of Human Services ("MDHS"), I am familiar with the case of Mary W., Matthew W., Dana W., and Tyler W. ("W children") who came into MDHS custody in or about October 2000 and are Plaintiffs in the case styled *Olivia Y. et al. v. Haley Barbour, et al.* (United States District Court for the Southern District of Mississippi, Jackson Division; C/A No. 3:04cv251LN).

3. MDHS has never been indifferent to the needs of the W children. The W children have been provided with adequate food, clothing, shelter, and medical care, and MDHS has done what it reasonably can to keep them safe from harm.

4. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

5. I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the _27_ day of _April_, 2006.

1



_____
EARNEST JOHNSON

SWORN TO AND SUBSCRIBED BEFORE ME, this the _27_ day of _April_, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

[Seal: ROSIE LEE THOMAS, HINDS COUNTY, MS, NOTARY PUBLIC — My Commission Expires June 17, 2008]