00001
1        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2            JACKSON DIVISION

3

4  OLIVIA Y., ET AL                PLAINTIFFS

5  VERSUS          CIVIL ACTION NO. 3:04CV251LN

6  HALEY BARBOUR, as Governor of the
   State of Mississippi, et al.      DEFENDANTS
7

8

9

10

11  VIDEOTAPED DEPOSITION OF CHARLES RICKIE FELDER

12
            Taken at the law offices of
13          Bradley, Arant, Rose & White, LLP,
            188 East Capital Street
14          Jackson, Mississippi, on
            Thursday, April 5, 2006,
15          beginning at 8:37 a.m.

16

17

18

19

20
     REPORTED BY:
21
      ELISA M. MEDDERS, BCR, CSR #1670
22      State-Wide Reporters
        4400 Old Canton Road
23      Suite 160(39211)
        Post Office Box 14113
24      Jackson, Mississippi 39236
        Telephone: (601) 366-9676
25      Fax: (601) 366-9756


**Felder, Charles Rickie 04/05/2006**                    **Page 1**

EXHIBIT
3

00077
1 Dr. Brister cited in support of that conclusion?

2    A.  No.

3    Q.  Aside from the penetration rate, were

4 Dr. Brister's other findings consistent with

5 your assessment?

6    A.  No.

7    Q.  In what way were they inconsistent?

8    A.  I found them very vague.

9    Q.  Well, is there any -- besides the

10 penetration rate, is there any other specific

11 finding that you disagree with?

12    A.  And, again, I found his report very

13 vague.  I really didn't get up a consensus of

14 agreeing or disagreeing with any of it --

15 anything else.

16    Q.  Have you conducted your own assessment

17 of the fiscal and budgeting practices of the

18 division?

19    A.  Yes.  And I have to sit here and think

20 back.  It's been a month or better since I

21 reviewed it.  He did make some comments about

22 not maximizing some grants.  I do agree with

23 that.  And I have found that to be true also.

24 Again, that gets back to our earlier discussion

25 on maximizing all available resources.  My