Not Reported in F.Supp.2d                                                                                                          Page 1
Not Reported in F.Supp.2d, 2003 WL 22204538 (E.D.La.)
(Cite as: 2003 WL 22204538 (E.D.La.))
H

Motions, Pleadings and Filings

Only the Westlaw citation is currently available.

United States District Court,
E.D. Louisiana.
Juan ALBARADO
v.
CHOUEST OFFSHORE, LLC
No. Civ.A. 02-3504.

Sept. 5, 2003.
Robert John Caluda, Metairie, LA, for Plaintiff.

Robert Perry McCleskey, Jr., William Joseph Riviere, Thomas Kent Ledyard Morrison, Todd Thompson, Phelps Dunbar, LLP, New Orleans, LA, for defendant.

BARBIER, J.

*1 Before the Court is the Motion in Limine to Strike Plaintiff's Liability Expert, filed by defendant United Marine Holdings. Rec. Doc. 44. Plaintiff opposes the motion. The motion, set for hearing on September 3, 2003, is before the Court on briefs without oral argument.

In its motion, defendant seeks to bar the testimony of Frank Buck, Sr., a purported "liability/vessel" expert, on the ground that Buck's testimony is not based upon scientific, technical or specialized knowledge, citing, *inter alia*, Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 479, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993). Notably, the motion was filed prior to the parties' mutual consent to strike the jury in this case.

The purpose of *Daubert* is "to ensure that only reliable and relevant expert testimony is presented to the jury." *Rushing v. Kansas City Southern Ry. Co.*, 185 F.3d 496, 506 (5th Cir.1999) (superseded by rule on other grounds), citing *Daubert*, 509 U.S. 590-93, 113 S.Ct. 2786, --- L.Ed.2d ---- - ----. Thus, "[m]ost of the safeguards provided for in *Daubert* are not as essential in a case such as this where a district judge sits as the trier of fact in place of a jury." *Gibbs v. Gibbs*, 210 F.3d 491, 500 (5th Cir.2000). "*Daubert* requires a binary choice--admit or exclude--and a judge in a bench trial should have discretion to admit questionable technical evidence, though of course he must not give it more weight than it deserves." *SmithKline Beecham Corp. v. Apotex Corp.*, 247 F.Supp.2d 1011, 1042 (N.D.Ill.2003).

Given that this case has been converted to a bench trial, and thus that the objectives of *Daubert* (upon which defendant's motion is premised) are no longer implicated, the Court finds that defendant's motion should be denied at this time. Following the introduction of the alleged expert testimony at trial, the Court will either exclude it at that point, or give it whatever weight it deserves. [FN1] Accordingly,

> FN1. It goes without saying, however, that it is unnecessary for a proposed "expert" to perform simple mathematical calculations.

IT IS ORDERED that defendant's Motion in Limine to Strike Plaintiff's Liability Expert, Rec. Doc. 44, should be and is hereby DENIED.

Not Reported in F.Supp.2d, 2003 WL 22204538 (E.D.La.)

Motions, Pleadings and Filings (Back to top)

. 2004 WL 2478374T1 (Trial Motion, Memorandum and Affidavit) Opposition to Motion to Quash Discovery Depositions (Aug. 26, 2004)

. 2003 WL 23862345T1 (Trial Motion, Memorandum and Affidavit) Pre Trial Memorandum (Dec. 3, 2003)

. 2003 WL 23862344T1 (Trial Pleading) Petition for Intervention (Oct. 17, 2003)

. 2003 WL 23862342T1 (Trial Motion, Memorandum and Affidavit) Opposition to Motion to Continue Trial (Sep. 19, 2003)

. 2003 WL 23862337T1 (Trial Motion, Memorandum and Affidavit) Reply to Plaintiff's Opposition to Defendant's Motion in Limine to Strike Plaintiff's Liability Expert (Aug. 29, 2003)

. 2003 WL 23862333T1 (Trial Motion, Memorandum and Affidavit) Opposition to Defendant's Motion in Limine to Strike Plaintiff's

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Not Reported in F.Supp.2d
(Cite as: 2003 WL 22204538, *1 (E.D.La.))

Page 2

Liability Expert (Aug. 26, 2003)

. 2003 WL 24186957T2 (Partial Expert Testimony) (Partial Testimony) (Jul. 31, 2003)Original Image of this Document (PDF)

. 2003 WL 24186959T2 (Partial Expert Testimony) (Partial Testimony) (Jul. 31, 2003)Original Image of this Document (PDF)

. 2003 WL 23862329T1 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Motion to Continue Trial (Jun. 6, 2003)

. 2003 WL 23862328T1 (Trial Pleading) Answer to Third Supplemental and Amending Complaint (Jun. 3, 2003)

. 2003 WL 23862324T1 (Trial Pleading) Third Supplemental and Amending Complaint (May 12, 2003)

. 2003 WL 23862317T1 (Trial Pleading) First Supplemental and Amending Complaint (Jan. 7, 2003)

. 2003 WL 23862320T1 (Trial Pleading) Answer to Complaint and First Supplemental and Amending Complaint (Jan. 7, 2003)

. 2002 WL 32716159T1 (Trial Pleading) Complaint (Nov. 22, 2002)

. 2:02CV03504 (Docket) (Nov. 22, 2002)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.