

**SERVICES**

* Join GFOA
* Annual Conference
* Advanced Government Finance Institute
* Award Programs
* Certification
* Committees
* Consulting Services
* Digital Finance Library
* Employment
* e-Store
* GAAFR Review Selected Articles
* Government Finance Review
* Federal Government Relations
* Budget Practices
* Links
* Publications
* Public Policy Statements
* Recommended Practices
* Special Reports/Samples
* Scholarships
* Training
* Internships

Wednesday, May 17th

About GFOA | Contact GFOA | e-Store | Events | Fo



### Committee on Governmental Budgeting and Fiscal Policy

- Economic Development Incentives (1990)
- Providing a Concise Summary of the Budget (1996)
- Setting of Government Charges and Fees (1996)
- Recommended Budget Practices of the National Advisory Council on State and Local Budgeting (NACSLB)(1998)
- Financial Forecasting in the Budget Preparation Process (1999)
- Relationship Between Budgetary and Financial Statement Information (1999)
- Use of Financial Status in the Budget Process (1999)
- Adoption of Financial Policies (2001)

- Appropr (2002)
- Measuri
- Perform Decisior
- Sustaini
- Using W Financia
- Establis
- Busines
- Statistic

**Return to Previous Menu**



**GFOA YieldAdvantage**

Current Issue

EXHIBIT 8

Home | FAQs | Site Map | E-mail This Page | Printer Friendly Page
203 N. LaSalle St., Suite 2700 • Chicago, IL 60601-1210
Phone: 312-977-9700 • Fax: 312-977-4806
Copyright © 2005 Government Finance Officers Association. All rights reserved.

## Financial Forecasting in the Budget Preparation Process (1999)

**Background**. The National Advisory Council on State and Local Budgeting (NACSLB) has endorsed the forecasting of revenues and the forecasting of expenditures in their Recommended Budget Practices. The Government Finance Officers Association (GFOA) recognizes the importance of combining the forecasting of revenues and the forecasting of expenditures into a single financial forecast. A government should have a financial planning process that assesses long-term financial implications of current and proposed policies, programs, and assumptions that develop appropriate strategies to achieve its goals. A key component in determining future options, potential problems, and opportunities is the forecast of revenues and expenditures. Revenue and expenditure forecasting does the following:

- Provides an understanding of available funding;
- Evaluates financial risk;
- Assesses the likelihood that services can be sustained;
- Assesses the level at which capital investment can be made;
- Identifies future commitments and resource demands; and
- Identifies the key variables that cause change in the level of revenue.

Recommendation. The GFOA recommends that governments at all levels forecast major revenues and expenditures. The forecast should extend at least three to five years beyond the budget period and should be regularly monitored and periodically updated. The forecast, along with its underlying assumptions and methodology, should be clearly stated and made available to participants in the budget process. It also should be referenced in the final budget document. To improve future forecasting, the variances between previous forecast and actual amounts should be analyzed. The variance analysis should identify the factors that influence revenue collections, expenditure levels, and forecast assumptions.

References

- *Recommended Budget Practices: A Framework for Improved State and Local Government Budgeting*, NACSLB, 1998.
- *Recommended Budget Practices* CD-ROM, NACSLB, 1998. · *Budget Awards Program: Illustrations and Examples of Program Criteria,* Juliet Carol Powdar, GFOA, 1999.
- *An Elected Official's Guide to Multi-Year Budgeting,* Salomon A. Guajardo, GFOA, 2000.
- *An Elected Official's Guide to Revenue Forecasting*, Salomon A. Guajardo and Rowan Miranda, GFOA, 2000.