Serial: 131774

IN THE SUPREME COURT OF MISSISSIPPI

No. 2006-AD-00001-SCT

*IN RE COMMISSION ON CHILDREN'S JUSTICE*

RECEIVED APR 28 2006 ATTORNEY GENERAL'S OFFICE CRIMINAL DIVISION STATE OF MISSISSIPPI

FILED APR 27 2006 OFFICE OF THE CLERK SUPREME COURT COURT OF APPEALS

### ORDER

Before this Court en banc is the matter of children's justice in the State of Mississippi. Having carefully considered the matter, the Court finds that it should establish a Commission on Children's Justice to develop a statewide comprehensive approach to improving the child welfare system; to coordinate the three branches of government in assessing the impact of government actions on children who are abused or neglected; and to recommend changes to improve children's safety, strengthen and support families and restore public trust and confidence in the child welfare system.

IT IS, THEREFORE, ORDERED:

1. That this Court hereby establishes a Commission on Children's Justice (Commission) to develop a statewide comprehensive approach to improving the child welfare system; to coordinate the three branches of government in assessing the impact of government actions on children who are abused or neglected; and to recommend changes to improve children's safety, strengthen and support families and restore public trust and confidence in the child welfare system.

2006-AD-00001
Patricia Brothers Marshall
P O Box 220
Sp Ass't Attorney General
Jackson, MS  39205



2. That the members of the Commission are:

County Court Judge Michael W. McPhail, Forrest County, Chair

County Court Judge John N. Hudson, Adams County

County Court Judge Michael H. Ward, Harrison County

County Court Judge Vernita Johnson, Washington County

County Court Judge Houston J. Patton, Hinds County

Sen. Gray Tollison, Chairman, Jud. B Comm., Miss. Senate, Lafayette County

Rep. George Flaggs, Jr., Miss. House of Representatives, Warren County

Robin G. Gibson, Youth Court Referee, Hancock County

Thomas B. Storey, Jr., Youth Court Referee, Clay County

Patricia B. Marshall, Attorney General's Office

Jamie McBride, Administrative Office of Courts

Kim Shackleford, Univ. Of Miss. Professor, Social Work

Lori Woodruff, Univ. Of So. Miss. Professor, Social Work

Pam Castle, Prosecutor

Sara Hoda, Case Manager

Ricky Felder, Department of Human Services (DHS)

Sylvia Sessions, DHS Regional Director, Walthall County

Manfred Edit, Director of CASA, Adams County

Sergio Trejo, DHS-FCS

3. That in undertaking its tasks the Commission shall review such reports, studies, and materials as it deems appropriate, review proposed legislation, analyze the use of court improvement funds, and submit recommendations for any necessary changes to this Court, the Governor, and the Legislature.

4. Judge Michael W. McPhail is appointed Chair of the Commission. The Commission shall meet at such times and places determined by the Chair.

5. The Commission shall submit a report to this Court no later than November 10, 2006.

SO ORDERED, this, the 26th day of April, 2006.

_____
James W. Smith, Jr., Chief Justice
FOR THE COURT

3