WOOD HIATT

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

 3                        JACKSON DIVISION

 4

 5

 6

 7   JAMES D. JOHNSON, et al.                        PLAINTIFFS

 8

 9

10
     VS                      CIVIL ACTION NO. 3:04CV251LN
11

12

13
     HALEY BARBOUR, et al.                           DEFENDANTS
14

15

16

17                 DEPOSITION OF DR. WOOD HIATT

18

19

20   Taken at the instance of the defendants at the
     offices of McGlinchey Stafford, PLLC, 200 South
21   Lamar Street, Jackson, Mississippi, on Wednesday,
     March 29, 2006 at 9:00 a.m.
22

23

24

25
```

Henjum Goucher Reporting Services
601-713-2424

EXHIBIT MMM

WOOD HIATT

Page 97

1       MR. THOMPSON:  Nothing further.
2  EXAMINATION BY MR. FORTENBERRY:
3       Q.   Just a follow-up, Dr. Hiatt, on those
4  questions.  In the beginning you stated you did not
5  review any records or interview any of the other
6  named plaintiffs; is that correct?
7       A.   Correct.
8       Q.   So you do not know if they have the same
9  conditions as John A?
10      A.   Correct.
11      Q.   And you never reviewed or interviewed any
12  of the other foster children that are part of this
13  class?
14      A.   Correct.
15      Q.   And you issued no opinion on the other
16  name plaintiffs or the other foster children in
17  Mississippi?
18      A.   Correct.  No specific opinion.
19           MR. FORTENBERRY:  Right.  That's all I
20  have?
21           MR. THOMPSON:  Nothing further.
22
23
24
25