```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                       JACKSON DIVISION

 3

 4    OLIVIA Y., ET AL                          PLAINTIFFS

 5    VERSUS                 CIVIL ACTION NO. 3:04CV251LN

 6    HALEY BARBOUR, as Governor of the
      State of Mississippi, et al.              DEFENDANTS
 7

 8

 9

10

11    VIDEOTAPED DEPOSITION OF CHARLES RICKIE FELDER

12
                    Taken at the law offices of
13                  Bradley, Arant, Rose & White, LLP,
                    188 East Capital Street
14                  Jackson, Mississippi, on
                    Thursday, April 5, 2006,
15                  beginning at 8:37 a.m.

16

17

18

19

20
      REPORTED BY:
21
          ELISA M. MEDDERS, BCR, CSR #1670
22        State-Wide Reporters
          4400 Old Canton Road
23        Suite 160(39211)
          Post Office Box 14113
24        Jackson, Mississippi 39236
          Telephone:  (601) 366-9676
25        Fax:  (601) 366-9756
```

EXHIBIT 3

Page 38

1   A. Reports, monthly reports.
2   Q. And what was the situation that the
3 monthly reports were reflecting?
4   A. The length of time to initiate
5 investigations, foster care review issues,
6 number of placements, children in custody the
7 last 15 or 22 months, open investigations,
8 inactive cases, emergency shelters...that's just
9 a few off the top of my head.
10   Q. Did you determine that any of these
11 situations endangered the safety and well-being
12 of children?
13 MS. RACHAL:
14       Objection to form.
15       (To the witness) Answer.
16 THE WITNESS:
17       (To Ms. Rachal) Okay.
18 THE WITNESS:
19   A. No.
20 MR. THOMPSON:
21   Q. So when you became division director
22 and reviewed these reports, you didn't have any
23 concerns as to the safety and well-being of
24 children?
25   A. I did have concern about safety and

Page 39

1 well-being of children.
2   Q. I guess that wasn't my question. Let
3 me be more -- I apologize. Let me be clearer.
4 Reviewing these reports, did you identify any
5 problems they gave you, specific concern, about
6 the safety and well-being of children?
7   A. Yes.
8   Q. And what were those problems?
9   A. These reports again, lack of
10 fulfilling timeliness, 24-hour investigations,
11 length of time children stay in emergency
12 shelters, monthly visits -- at that time, it was
13 30-day visits -- with children. Those are
14 examples.
15   Q. You testified previously that
16 Mr. Taylor wanted a strong leader at the
17 division. What did you see your role being in
18 terms of a strong leader at the division?
19   A. To get the job done.
20   Q. And, as you understood it, what was
21 the job that needed to get done?
22   A. Again, ensuring that the services that
23 are providing -- that we're providing to the
24 State of Mississippi, that we're maximizing all
25 resources to provide quality services and to

Page 40

1 meet our goals and objectives. These reports
2 are objectives.
3   Q. How so?
4   A. They are -- can you be more clear?
5   Q. I guess I'm asking you to clarify your
6 response when you testified that these reports
7 are objectives. What do you mean?
8   A. Do you know what an objective is?
9   Q. I do. In this context, what do you
10 mean these reports are objectives?
11   A. An objective is measurable, it's a
12 measurable goal that were established prior to
13 me becoming director.
14   Q. And when you became division director
15 and reviewed these reports, did it become clear
16 to you that the division was failing to meet
17 certain measurable goals?
18   A. Yes.
19   Q. All right. Now, Mr. Felder -- and was
20 it your opinion at that time that the failure to
21 meet these measurable goals was endangering the
22 safety and well-being of children?
23   A. I don't know.
24   Q. You didn't have an opinion as to that?
25   A. Concerned.

Page 41

1   Q. Would you say you identified at least
2 a risk to the safety and well-being of children?
3   A. Yes.
4   Q. Now, Mr. Felder, you testified to some
5 experience in management consulting. When you
6 assumed the position of division director, can
7 you tell me what your management priorities were
8 at that time?
9   A. First is to stabilize in determining
10 where you are, where the division was, current
11 status; second was to determine where we should
12 be; and last is, how do you get there.
13   Q. And in determining where the agency
14 should be, did you refer to DHS policy?
15   A. Yes.
16   Q. Well, were there any other standards,
17 either -- well, strike that.
18       Did you refer to federal laws as to
19 child welfare?
20   A. Yes.
21   Q. Did you refer to Mississippi law as to
22 child welfare?
23   A. Yes.
24   Q. Were there any other professional
25 standards in the field of child welfare that you