Mississippi, Volume IV
Revised 05-01-99

# TABLE OF CONTENTS

|           |                              | PAGE |
|-----------|------------------------------|------|
| SECTION A | ADMINISTRATION               | 1000 |
| SECTION B | PROTECTION                   | 2000 |
| SECTION C | FAMILY PRESERVATION          | 3000 |
| SECTION D | FOSTER CARE                  | 3200 |
| SECTION E | ELIGIBILITY                  | 4000 |
| SECTION F | ADOPTION                     | 4500 |
| SECTION G | UNMARRIED PARENTS            | 5000 |
| SECTION H | INTERSTATE COMPACT SERVICES  | 5200 |
| SECTION I | VOLUNTEER SERVICES           | 5400 |
| SECTION J | APPEALS                      | 5600 |
| SECTION K | LICENSURE                    | 6000 |
| SECTION S | FORMS                        |      |



DHS 00001

Mississippi, Volume IV  
Revised 05-01-99

Section D  
Page 3217

# FOSTER CARE SERVICES
## PROCEDURAL GUIDELINES FOR PLACEMENT OF A CHILD

### Emergency Shelter (Continued)

Responsibility on a **bi-weekly basis** a written progress report which shall include information regarding the child's behavior, progress, problems, and needs. For preschool age children, family settings including Emergency Foster Family Homes should be explored and utilized prior to placement in a group facility.

### Admission Criteria

The Emergency Shelter is a physically nonrestrictive facility to care for children who are in clear danger of abuse, neglect, or exploitation, and the court orders placement or the parent voluntarily places the child in agency custody.

The individual shall be free of any acute medical or major psychological disorders that would require extensive treatment and pose a danger to Emergency Shelter staff and any children placed in care.

The individual shall be between the ages of 0-18. Infants should be placed in family rather than group settings whenever possible.

The maximum length of stay for a child shall be forty-five (45) days within a six month period unless written permission for an extension is received from the Regional Director.

### Admission Procedure

The County of Responsibility shall be prepared to give basic data about the child. The referring social worker shall call the Emergency Shelter to ascertain if there is a vacancy. The admission shall be approved or denied by the designated Emergency Shelter staff person. If approved, an appropriate time of arrival shall be established and directions to the shelter shall be given.

Upon arrival, the Division of Family and Children's Services' Social Worker shall be met by the appropriate Emergency Shelter staff and the child shall be welcomed to the shelter. The Social Worker shall bring any of the following items that are available: Placement Form, copy of court order, Medicaid card, any school records, child's personal belongings, medical information, a social summary, purchase orders or authorization letters, and any other materials that may be helpful to Emergency Shelter staff.