## AFFIDAVIT OF ANNIE SMITH

**STATE OF MISSISSIPPI**

**COUNTY OF** BOLIVAR

    Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Annie Smith, who, having been duly sworn by me, states on oath:

1. My name is Annie Smith and I am over 21 years of age. I am of sound mind and I am competent to testify as to the matters set forth in this affidavit.

2. I am employed as a social worker at the Bolivar County Office of the Mississippi Department of Human Services ("MDHS"). I am familiar with Plaintiff Jamison J., a Plaintiff in the case styled *Olivia Y. et al. v. Haley Barbour, et al.* (United States District Court for the Southern District of Mississippi, Jackson Division; C/A No. 3:04cv251LN) as I have worked with him on a regular basis in my capacity as social worker for the past five (5) years.

3. Jamison came into the custody of the Bolivar County MDHS on or about March 19, 1992 after he was found living in very unsanitary conditions in a home with no electricity or water. Jamison's mother, Ms. M, had a chemical dependency problem. Youth Court and MDHS tried to work with Jamison's mother in hopes of reuniting the family but she resumed drinking. Ms. M's parental rights were eventually terminated by Youth Court and she later passed away.

4. Jamison has thrived in his placement at a boys home where he has lived since July 1, 2004. It is a safe and secure environment. Jamison graduates from high school on May 26 2006, and was awarded a band scholarship to attend Northwest Mississippi Community College of Senatobia, Mississippi. He is enrolled in summer school at Northwest and will begin classes on May 31, 2006.

199549.1

EXHIBIT uuu

5. We have provided Jamison with periodic vouchers for the purpose of purchasing clothing. Each time I see Jamison, he has been dressed well.

6. I am aware that Jamison has regular medical and dental visits.

7. I am not aware of any instance in which Jamison has been harmed in a placement.

8. The matters set forth herein are based on my own experiences, observations, and personal knowledge of such matters.

9. I declare under penalty of perjury that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the _26th_ day of _May_, 2006.

_____
ANNIE SMITH

SWORN TO AND SUBSCRIBED BEFORE ME, this the _26th_ day of _May_, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

Notary Public State of MS
At Large
My Commission Expires October 4, 2009
Bonded Thru Notary Public Commission

199549.1

2