**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., et al. | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:04cv251LN |
| HALEY BARBOUR, as Governor of the State of Mississippi, et al. | DEFENDANTS |

**NOTICE OF CONVENTIONAL FILING**

Notice is hereby given that on this date, Defendants conventionally filed an unredacted version of the deposition of James D. Johnson, attached as Exhibit "OOO" to Defendants' Reply Memorandum of Authorities in Further Support of Defendants' Motion for Summary Judgment, with the Clerk of this court.

The unredacted Exhibit "OOO" is in paper form only and is being maintained in the case file in the Clerk's office. This unredacted document has not been filed electronically because it contains confidential information. A redacted version of Exhibit "OOO" has been electronically filed with this court.

The unredacted document has been manually served on all parties.

    Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
    4268 I-55 North
    Meadowbrook Office Park
    P.O. Box 14167
    Jackson, Mississippi 39211

Date:  May 30, 2006