IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to　　　　　　　　　　　　　　　PLAINTIFFS
Olivia Y., et al.

vs.　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the　　　　　　　　　　　　　　　DEFENDANTS
State of Mississippi, et al.

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed selected documents from John A's MDHS/DFCS case file, attached as Exhibit "PPP" to Defendants' Reply Memorandum of Authorities in Further Support of Defendants' Motion for Summary Judgment, with the Clerk of this court.

Exhibit "PPP" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

　　　　　　　　　　　　　　　　　Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
　　　　　　　　　　　　　　　　　**BAKER, DONELSON, BEARMAN, CALDWELL &**
　　　　　　　　　　　　　　　　　**BERKOWITZ, PC**
　　　　　　　　　　　　　　　　　4268 I-55 North
　　　　　　　　　　　　　　　　　Meadowbrook Office Park
　　　　　　　　　　　　　　　　　P.O. Box 14167
　　　　　　　　　　　　　　　　　Jackson, Mississippi 39211

Date: **May 30, 2006**