## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                                          PLAINTIFFS
Olivia Y., et al.

vs.                                                          CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                                            DEFENDANTS
State of Mississippi, et al.

## NOTICE OF CONVENTIONAL FILING

Notice is hereby given that on this date, Defendants conventionally filed John A's psychological evaluation report, attached as Exhibit "TTT" to Defendants' Reply Memorandum of Authorities in Further Support of Defendants' Motion for Summary Judgment, with the Clerk of this court.

Exhibit "TTT" is in paper form only and is being maintained in the case file in the Clerk's office. This document has not been filed electronically because it contains confidential information.

The document has been manually served on all parties.

                                      Respectfully submitted,

                                      **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

                                      BY:      /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York 10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

      I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

>Marcia Robinson Lowry, Esq.
>Susan Lambiase, Esq.
>Shirim Nothenberg
>Tara Crean, Esq.
>CHILDREN'S RIGHTS, INC.
>330 Seventh Avenue, 4th Floor
>New York, New York  10001
>
>Eric S. Manne, Esq.
>John Piskora, Esq.
>LOEB & LOEB, LLP
>345 Park Avenue
>New York, NY 10154

**SO CERTIFIED**, this the **30th** day of **May**, **2006**.

                                            /s/ Dewitt L. ("Rusty") Fortenberry, Jr.