

Class Specification
Occu Code: 3745
Rev: 05/05
Page 1

**DHS-AREA SOCIAL WORK SUPERVISOR**

## CHARACTERISTICS OF WORK:

This is professional social work of a supervisory nature. Incumbents are responsible for the supervision of social service program for families, children, and adults and maintenance of program operations. Work is performed under the general supervision of the Social Services Regional Director. Incumbents remain on-call on a 24 hour basis.

## MINIMUM QUALIFICATIONS:

These minimum qualifications have been agreed upon by Subject Matter Experts (SMEs) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

### EXPERIENCE/EDUCATIONAL REQUIREMENTS:

**Education:**
Must be licensed to practice Master's Level Social Work (LMSW) in the State of Mississippi;

**AND**

**Experience:**
Three (3) years of experience in social work.

**OR**

**Education:**
Must be licensed to practice Bachelor's Level Social Work (LSW) in the State of Mississippi and must have completed thirty (30) semester hours of graduate level social work education;

**AND**

**Experience:**
Three (3) years of experience in social work.

**OR**

Steib
004584



Class Specification
Occu Code: 3745
Rev: 05/05
Page 2

**Education:**
Must be licensed to practice Bachelor's Level Social Work (LSW or above) in the State of Mississippi;

**AND**

**Experience:**
Four (4) years of experience in social work.

**Documentation Required:**

Applicant must attach a copy of his/her current wallet-size license in Social Work.

**Note:**

Incumbent must have a valid driver license and proof of insurance which will be verified by the hiring agency.

**PHYSICAL REQUIREMENTS:**

These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements. These are typical requirements; however, reasonable accommodations may be possible.

**Moderate Work:** May frequently exert force equivalent to lifting up to approximately 25 pounds and/or occasionally exert force equivalent to lifting up to approximately 50 pounds.

**Vision:** Requires the ability to perceive the nature of objects by the eye.

**Near Acuity:** Clarity of vision at 20 inches or less.
**Midrange:** Clarity of vision at distances of more than 20 inches and less than 20 feet.
**Far Acuity:** Clarity of vision at 20 feet or more.
**Peripheral:** Ability to observe an area that can be seen up and down or left and right while eyes are fixed on a given point.
**Depth Perception:** Three-dimensional vision. Ability to judge distances and spatial relationships so as to see objects where and as they actually are.
**Ability to adjust focus:** Ability to adjust the eye to bring an object into sharp focus.

**Speaking/Hearing:** Possesses the ability to give and receive information through speaking and listening skills.

**Taste/Smell:** Possesses the ability to use the sense of smell to recognize and distinguish odors. Possesses the ability to use the sense of taste to recognize and distinguish flavors.

**Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to use hands to finger, handle, or feel objects, tools, or controls; and reach with hands and arms. The incumbent is frequently required to sit; stand; and walk. The incumbent is occasionally required to stoop, kneel, crouch, or bend; and climb or balance.

**COMPETENCIES:**

The following competencies describe the knowledge, skills, abilities, and attributes that lead to a successful employee in this position. An applicant will be expected to exhibit these competencies

Steib
004585

or the ability to reach competency achievement within a specified time. These competencies are linked to the essential functions of the job. Employees in this position may be evaluated on these competencies as part of the performance appraisal system. Example behaviors are listed below each competency and are used for illustrative purposes only. Specific behaviors may be identified and included later by the hiring agency. It is understood that some of these behaviors might not be acquired until a reasonable time after hire. Failure of an employee to successfully demonstrate some or all of these competencies, as deemed important by his or her reporting official, may result in the employee being placed on a performance improvement plan. If after a reasonable period of time, usually three (3) months, the employee fails to demonstrate successful performance, the employee may be terminated. These competencies include, but are not limited to, the following:

## PUBLIC SECTOR COMPETENCIES:

**Integrity and Honesty:** Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

Models and demonstrates high standards of integrity, trust, openness, and respect for others. Demonstrates integrity by honoring commitments and promises. Demonstrates integrity by maintaining necessary confidentiality.

**Work Ethic:** Is productive, diligent, conscientious, timely, and loyal.

Conscientiously abides by the rules, regulations, and procedures governing work.

**Service Orientation:** Demonstrates a commitment to quality public service through statements and actions.

Seeks to understand and meets and/or exceeds the needs and expectations of customers. Treats customers with respect, responding to requests in a professional manner, even in difficult circumstances. Provides accurate and timely service. Develops positive relationships with customers.

**Accountability:** Accepts responsibility for actions and results.

Is productive and carries fair share of the workload. Focuses on quality and expends the necessary time and effort to achieve goals. Demonstrates loyalty to the job and the agency and is a good steward of state assets. Steadfastly persists in overcoming obstacles and pushes self for results. Maintains necessary attention to detail to achieve high-level performance. Deals effectively with pressure and recovers quickly from setbacks. Takes ownership of tasks, performance standards, and mistakes. Has knowledge of how to perform one's job. Knows the organization's mission and functions and how it fits into state government.

**Self Management Skills:** Effectively manages emotions and impulses and maintains a positive attitude.

Encourages and facilitates cooperation, pride, trust, and group identity; fosters commitment and team spirit; works effectively and cooperatively with others to achieve goals. Treats all people with respect, courtesy, and consideration. Communicates effectively. Remains open to new ideas and approaches. Avoids conflicts of interest. Promotes cooperation and teamwork. Continuously evaluates and adapts; copes effectively with change. Allows self and others to make mistakes and learns from those mistakes. Adheres to high ethical standards.

Steib
004586

**Interpersonal Skills:** Shows understanding, courtesy, tact, empathy, and concern to develop and maintain relationships.

Demonstrates cross cultural sensitivity and understanding. Identifies and seeks to solve problems and prevent or resolve conflict situations. Encourages others through positive reinforcement. Models appropriate behavior. Recognizes and develops potential in others; mentors.

**Communication Skills:** Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Receives other cues such as body language in ways that are appropriate to listeners and situations. Takes into account the audience and nature of the information; listens to others, attends to nonverbal cues, and responds appropriately. May make oral presentations. Communicates ideas, suggestions, and concerns, as well as outcomes and progress throughout the process of an activity. Provides thorough and accurate information.

**Self-Development:** Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

Seeks efficient learning techniques to acquire and apply new knowledge and skills; uses training, feedback, or other opportunities for self-learning and development. Develops and enhances skills to adapt to changing organizational needs. Remains open to change and new information and ideas.

**TECHNICAL COMPETENCIES:**

**Assessment:** Assigns cases to Social Workers to determine the social needs of children and adults.

Supervises and is administratively in charge of the area of service and the area social workers. Gathers relevant data. Identifies, assesses, and analyzes information. Communicates effectively with family. Conducts intake interviews and refers for public assistance, family, and children services, and related services. Investigates immediately all reports of neglect, abuse, or exploitation of children.

**Social Work Supervision:** Coordinates a group of social workers engaged in providing and securing appropriate social services

Provides technical assistance to social workers. Ensures maintenance of acceptable standards of social work practice in geographic area of responsibility. Provides in-service and on-the-job training. Assists county staffs in the development and utilization of resources necessary for carrying out programs. Develops and maintains a plan and program of service for each family applying for or receiving support. Refers clients to agencies that provide services enabling heads of families or older children within the family to become self-supporting members of society. Discusses family planning with families and individuals as needed. Assists those wishing such services to find and utilize appropriate resources. Assists families and individuals in planning and securing appropriate services related to their social, medical, financial, child care, home management, and emotional needs.

**Placement Supervision:** Supplies protective and placement services for homeless, dependent, or neglected children.

Class Specification
Occu Code: 3745
Rev: 05/05
Page 5

Places and supervises children requiring foster home placement. Recruits, studies, and recommends foster homes for approval. Initiates placement of neglected, abused, or exploited of children as needed.

**Case Management:** Supervises social workers engaged in managing caseloads of children or vulnerable adults.

Ensures accurate documentation of all cases. Remains on-call on a 24-hour basis. Prepares reports documenting information on a step-by-step basis. Prepares reports and trend analyses on the operations of geographic area of responsibility. Assists the area social workers in difficult cases when needed. Assists social workers in preparing for court. Testifies in court. Conducts home studies for placement purposes.

## MANAGEMENT COMPETENCIES:

**Emotional Maturity:** Conducts oneself in a professional, consistent manner when representing the organization.

Has the ability to work through adversity and hold self and others accountable for work actions.

**Macro Oriented:** Exercises good judgment; makes sound, well-informed decisions.

Understands and appropriately applies procedures, requirements, and regulations related to specialized areas of expertise.

**Working Through Others:** Supports, motivates, and is an advocate for staff.

Reinforces and rewards team efforts and positive behaviors. Is fair, yet firm with others. Monitors workloads and provides feedback.

**Results Oriented:** Plans effectively to achieve or exceed goals; sets and meets deadlines.

## ESSENTIAL FUNCTIONS:

**Additional essential functions may be identified and included by the hiring agency. The essential functions include, but are not limited to, the following:**

1.     Provides supervisory and administrative duties for social workers and general clerks.

2.     Provides technical assistance to county staff for various problems.

3.     Reviews and improves client services.

## EXAMPLES OF WORK:

**Examples of work performed in this classification include, but are not limited to, the following:**

Ensures maintenance of acceptable standards of social work practice in geographic area of responsibility.

Supervises and is administratively in charge of the area of service and the area social workers.

Provides performance evaluations and performance improvement plans as needed.

Steib
004588

Provides in-service and on-the-job training.

Assists the area social workers in difficult cases when needed, particularly where life/health, public contact, and community organization are concerned.

Prepares reports and trend analyses on the operations of geographic area of responsibility.

Makes presentations to community, civic, and church groups on abuse/neglect and other timely topics.

Assists county staffs in the development and utilization of resources necessary for carrying out programs.

Performs related or similar duties as required or assigned.

**INTERVIEW REQUIREMENTS:**

Any candidate who is called to an agency for an interview must notify the interviewing agency in writing of any reasonable accommodation needed prior to the date of the interview.