

Class Specification
Occu Code: 3754
Rev: 06/02
Page 1

## DHS-SOCIAL SERVICES REGIONAL DIRECTOR

### Characteristics of Work

This is administrative and supervisory work in directing the activities of the Department of Human Services field staff. Incumbent ensures that proper program standards are maintained within each designated geographical area and coordinates program reviews and policy changes necessary for the implementation of various programs. Work is performed under the general supervision of the Division Deputy Director - Family and Children's Services. Incumbents remain on-call on a 24 hour basis.

### Examples of Work

**Examples of work performed in this classification include, but are not limited to, the following:**

Implements prevention, protection and placement services for children and vulnerable adults who are, or are suspected to be, at risk.

Implements long and short-term goals of field operations established by Division Director - Family and Children's Services.

Coordinates social services with Youth Court system in diverse jurisdictions across the state.

Ensures uniform application of all Social Services program policies and procedures through coordination, counseling, and corrective action.

Recommends changes in policies, standards of organization, and methods of operations in order to improve delivery of social services to clients.

Supervises all phases of operation in the region including the assignment and evaluation of the work of area social work supervisors and other staff.

Represents the Department of Human Services in multiple counties as to social services provided which includes making presentations to community, civic and church groups.

Performs related or similar duties as required or assigned.

### Essential Functions

**Additional essential functions may be identified and included by the hiring agency. The essential functions include, but are not limited to, the following:**

1. Performs administrative duties for the regional area of service

2. Supervises all levels of social services staff and volunteers in social services programs.

3. Develops, implements and maintains policies and procedures of the social services programs.

4. Serves as a resource person.

EXHIBIT YYY

Steib
004593

Class Specification
Occu Code: 3754
Rev: 06/02
Page 2

**Minimum Qualifications**

These minimum qualifications have been agreed upon by Subject Matter Experts (SMEs) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**Physical Requirements:** These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements. These are typical requirements; however, reasonable accommodations may be possible.

**Light Work:** May frequently walk or stand and/or frequently exert force equivalent to lifting up to approximately 10 pounds and/or occasionally exert force equivalent to lifting up to approximately 20 pounds.

    **Vision:** Requires the ability to perceive the nature of objects by the eye.

        **Near Acuity:** Clarity of vision at 20 inches or less.
        **Midrange:** Clarity of vision at distances of more than 20 inches and less than 20 feet.
        **Far Acuity:** Clarity of vision at 20 feet or more.
        **Field of Vision:** Ability to observe an area up or down, left or right while eyes are fixed on a given point.
        **Depth Perception:** Three-dimensional vision. Ability to judge distance and space relationships so as to see objects where and as they actually are.

    **Speaking/Hearing:** Ability to give and receive information through speaking and listening skills.

    **Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to use hands to finger, handle, or feel objects, tools or controls; and reach with hands and arms. The incumbent is frequently required to sit. The incumbent is occasionally required to stand; and walk.

**Experience/Educational Requirements:**

    **Education:**
    Must be licensed to practice Master's Level Social Work (LMSW) in the State of Mississippi;

**AND**

    **Experience:**
    Six (6) years of experience in social work, two (2) of which must have been in a supervisory capacity;

**OR**

**Class Specification**
**Occu Code: 3754**
**Rev: 06/02**
**Page 3**

**Education:**
Must be licensed to practice Bachelor's Level Social Work (LSW) in the State of Mississippi;

**AND**

**Experience:**
Seven (7) years of experience in social work, two (2) of which must have been in a supervisory capacity;

**Documentation Required:**

Applicant must attach a copy of his/her current wallet-size Social Worker License.

**Interview Requirements**

Any candidate who is called to an agency for an interview must notify the interviewing agency in writing of any reasonable accommodation needed prior to the date of the interview.

Steib
004595