**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

JAMES D. JOHNSON, as next friend to          **PLAINTIFFS**
Olivia Y., et al.

vs.                                           CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the             **DEFENDANTS**
State of Mississippi, et al.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE SURREBUTTAL**

---

There has come before the Court the Motion of Haley Barbour, as Governor of the State of Mississippi, Donald Taylor, as Executive Director of the Mississippi Department of Human Services, and Rickie Felder, as Director of the Division of Family and Children's Services ("Defendants"), for leave to file a Surrebuttal in response to "Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Summary Judgment." Upon considering this Motion, the Court finds that it is well taken and should be granted.

WHEREFORE, it is ORDERED that Defendants' Motion for Leave to File Surrebuttal is GRANTED.

This the _____ day of _____, 2006.

_____

JUDGE TOM S. LEE