Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL                          PLAINTIFFS
 5   VS.                  CIVIL ACTION NO. 3:04CV251LN
 6   HALEY BARBOUR, ET AL                      DEFENDANTS
 7
 8
 9
10              DEPOSITION OF ZADIE ROGERS
11
12      Taken at Bradley Arant Rose & White,
        188 East Capitol Street, Suite 450,
13         Jackson, Mississippi, on Tuesday,
        August 9, 2005, beginning at 8:30 a.m.
14
15
16
17
18
19
     REPORTED BY:
20
         CELESTE O. WERKHEISER, RMR
21       State-Wide Reporters
         4400 Old Canton Road
22       Suite 160 (39211)
         Post Office Box 14113
23       Jackson, Mississippi 39236
         Telephone:  (601) 366-9676
24       Fax:  (601) 366-9756
         www.legalink.com
25
```

STATE-W[...]3376

EXHIBIT "D"

Page 2

```
 1  APPEARANCES:
 2
       TARA S. CREAN, ESQUIRE
 3     Children's Rights, Inc.
       404 Park Avenue South
 4     New York, New York 10016
       Telephone: (212) 683-2210
 5     Fax: (212) 683-4015
           ATTORNEY FOR PLAINTIFFS
 6
 7     BETTY A. MALLETT, ESQUIRE
       McGlinchey Stafford, PLLC
 8     200 South Lamar Street
       Suite 1100
 9     Jackson, Mississippi 39201
       Telephone: (601) 960-8400
10     Fax: (601) 960-8431
           ATTORNEY FOR DEFENDANTS
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              STIPULATION
 2       It is hereby stipulated and agreed by
 3  and between the parties hereto, through their
 4  respective attorneys of record, that this
 5  deposition may be taken at the time and place
 6  hereinbefore set forth, by Celeste O.
 7  Werkheiser, Registered Merit Reporter and Notary
 8  Public, pursuant to the Federal Rules of Civil
 9  Procedure, as amended;
10       That the formality of READING AND
11  SIGNING is specifically NOT WAIVED;
12       That all objections, except as to the
13  form of the questions and the responsiveness of
14  the answers, are reserved until such time as
15  this deposition, or any part thereof, may be
16  used or is sought to be used in evidence.
17              ---
```

Page 4

```
 1           T-A-B-L-E O-F C-O-N-T-E-N-T-S
 2  Examination By:                     Page
 3  Ms. Crean.........................6
 4  Stipulation.......................3
 5  Exhibits:
 6  No. 110  Excerpt from the policy manual
             that contains pages Bates stamped
 7           DHS 754 through 862..............28
 8  No. 111  Policy bulletin permitting home
             visits to be made by homemakers
 9           and social work aids as well as
             by social workers.................74
10
    No. 112  Foster Care Review Program
11           Quarterly Regional Comparison
             Report dated 4th quarter fiscal
12           year 2004 that bears DHS Bates
             Numbers 46913 through 46991........77
13
    No. 113  Instrument used for the Foster
14           Care Reviewer's Quarterly
             Comparison Reports bearing Bates
15           DHS 46833 through 46845............78
16  No. 114  MACWIS Report bearing Bates
             Numbers 33783 through 33910........95
17
    No. 115  Foster Care Review Program
18           Quarterly Regional Comparison
             Report, 3rd quarter fiscal year
19           2005 bearing Bates Numbers
             DHS 47083 through DHS 47174.......108
20
    No. 116  Excerpts from the policy manual
21           bearing Bates Numbers DHS 358
             through 362.......................112
22
    No. 117  Quality Improvement Quarterly
23           Report dated third quarter
             fiscal year 2002 through 2003
24           bearing Bates Numbers 38553
             through 38582.....................114
25
```

Page 5

```
 1           T-A-B-L-E O-F C-O-N-T-E-N-T-S
 2  Exhibits:                             Page
 3  No. 118  Memo from Billy Mangold dated
             December 8, 2004, with the
 4           subject of Emergency Shelter
             Extensions, bearing Bates
 5           Number 47330......................184
 6  No. 119  Excerpt from the policy manual
             Bates stamped DHS 403 through
 7           DHS 450...........................238
 8  No. 120  Excerpts from the policy manual
             bearing Bates DHS 451
 9           through 472.......................264
10  No. 121  Excerpts from the DHS policy
             manual bearing Bates DHS 611
11           through 613.......................266
12
13  Certificate of Reporter....................293
14  Witness Signature Page.....................294
```

Page 226

1 production.
2 MS. MALLETT:
3 　　　Send us a request.
4 MS. CREAN:
5 　Q.　Please turn to page DHS 476 of
6 Exhibit 70. Do you see here where it says that
7 policy requires that all foster children between
8 0 and 2 years of age shall be referred to the
9 First Steps Early Intervention Program for
10 assessment and follow-up services as needed?
11 　A.　Yes.
12 　Q.　Who in DHS is responsible for making
13 sure infants and toddlers in foster care receive
14 their early intervention checkup?
15 　A.　That would be done by the social
16 worker and the supervisor.
17 　Q.　Do you share a responsibility for
18 that?
19 　A.　Yes.
20 　Q.　Do you review aggregate data on that?
21 　A.　No. I have not seen any data on
22 that.
23 　Q.　Do you do anything to insure that
24 infants and toddlers in DHS care receive their
25 early intervention services?

Page 227

1 　A.　No. I have not done anything with
2 that.
3 　Q.　Who is responsible for making sure
4 that children get their ongoing medical, dental,
5 and mental health services as set forth in
6 Exhibit 70?
7 　A.　The social worker and ASWS and then
8 on up to the Regional Director.
9 　Q.　If you would turn to page DHS 474.
10 It sets forth a schedule for physical
11 examinations. Who is responsible for making
12 sure that children get their exams according to
13 the specific timetable set forth in DHS policy?
14 　A.　The social workers.
15 　Q.　What if anything do you do to make
16 sure that foster children receive their checkups
17 in accordance with the period schedule set forth
18 in DHS 474?
19 　A.　I don't do anything specifically.
20 　Q.　Turn to page DHS 477. What if
21 anything do you do to insure that children
22 receive their immunizations in accordance with
23 the schedules set forth at page DHS 477?
24 　A.　I don't do anything specifically.
25 Generally what happens here is our foster

Page 228

1 parents -- we have these children either placed
2 with relatives or foster parents. They insure
3 that the immunizations are done and then that
4 documentation is provided to us.
5 　Q.　But for children in custody, it is
6 DHS's responsibility to secure children's access
7 to medical services; is that correct?
8 　A.　But the foster parents are an
9 umbrella of MDHS.
10 　Q.　So it's your testimony that it's the
11 foster parents' responsibility to insure that
12 children comply with their immunization
13 schedule?
14 　A.　I'm not saying that it's -- the total
15 responsibility lies with the foster parents, but
16 as I say, we do utilize the foster parents to
17 keep up with the immunization records for
18 children. And that information is then provided
19 to our social workers.
20 　Q.　And are your social workers
21 responsible for insuring that children comply
22 with their immunization schedules?
23 　A.　Yes.
24 　Q.　If you could turn back to Exhibit 40.
25 DHS 474, the middle of the page.

Page 229

1 　A.　Which number did you say?
2 　Q.　Oh, 432. It says here that the ISP
3 is supposed to specify the plan for assuring
4 that the child receives proper care and
5 services. Is it your understanding --
6 　A.　Where does it say that?
7 　Q.　Middle of the page.
8 MS. MALLETT:
9 　　　Which paragraph are you talking
10 about?
11 　A.　Right here.
12 MS. MALLETT:
13 　　　Okay. Are you talking about the plan
14 for assuring the child receives proper care and
15 services?
16 MS. CREAN:
17 　Q.　That's correct. Does services here
18 mean that the ISP is supposed to identify
19 services to meet the child's physical health
20 needs?
21 　A.　Yes. And also services that we
22 provide to the parents as well to help with the
23 return of the child to the home.
24 　Q.　Turn to Exhibit 117, 38561.
25 　A.　Hold on. What was the number?