Yutaska Simpson - 10/26/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                           CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                         DEFENDANTS

DEPOSITION OF YUTASKA SIMPSON

Taken at the instance of the Defendant at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Thursday, October 26, 2004,
beginning at approximately 1:04 p.m.

APPEARANCES:
    ERIC E. THOMPSON, ESQ.
    SHIRIM NOTHENBERG, ESQ.
    Children's Rights, Inc.
    404 Park Avenue South
    New York, NY 10016
        COUNSEL FOR PLAINTIFFS

    BETTY A. MALLETT, ESQ.
    McGlinchey Stafford, PLLC
    Skytel Centre South, Suite 1100
    200 South Lamar Street
    Jackson, Mississippi 39201

        COUNSEL FOR DEFENDANTS

Brooks Court Reporting
1-800-245-3376


EXHIBIT "B"

Yutaska Simpson - 10/26/04

**Page 2**

Also Present: Earl Scales, Office of Attorney General

Reported By: Julie Brown, CSR #1587
Brooks Court Reporting
Post Office Box 2632
Jackson, Mississippi 39207
(601) 362-1995

**Page 4**

EXHIBITS

PAGE

Exhibit 14 - Order, ▓▓▓ County Youth Court  20
Exhibit 15 - Court Report, ▓▓▓ County Youth Court  24
Exhibit 16 - Foster Care Review  43
Exhibit 17 - Report Indicating Ms. ▓▓▓ Wants to Adopt ▓▓▓  46
Exhibit 18 - Developmental Evaluation from Project Prince  62
Exhibit 19 - Foster Care Review  69
Exhibit 20 - Singing River Hospital Discharge Plan  78
Exhibit 21 - Hospital Discharge Summary  86
Exhibit 22 - Removal Request to Youth Court  94
Exhibit 23 - Ms. ▓▓▓ Complaint  101
Exhibit 24 - Report of Suspected Abuse Neglected Child Or Vulnerable Adult  109
Exhibit 25 - Notice of Change  113
Exhibit 26 - Notice of Change  114

**Page 3**

INDEX

| | PAGE |
|---|---|
| Style and Appearances | 1 |
| Index | 3 |
| Certificate of Deponent | 128 |
| Certificate of Court Reporter | 129 |

EXAMINATIONS

| | PAGE |
|---|---|
| Examination By Mr. Thompson | 5 |

**Page 5**

1  YUTASKA SIMPSON,
2  having been first duly sworn, was examined and
3  testified as follows:
4  EXAMINATION BY MR. THOMPSON:
5      Q.  Good afternoon, Ms. Simpson.
6      A.  Hi.
7      Q.  My name is Eric Thompson. I'm one of the
8  attorneys from Children's Rights representing the
9  plaintiff in the matter of Olivia Y. Do you
10 understand that you're here to give sworn testimony
11 in that matter?
12     A.  Yes.
13     Q.  Just a couple of ground rules. If at any
14 point you don't understand a question that I ask,
15 please let me know. I'll try to rephrase it. If at
16 any point you wish to clarify a prior response, let
17 me know. We'll do that on the record. And if at
18 anytime you wish to take a break, please let us know
19 and we'll do that as well.
20     A.  Okay.
21     Q.  Ms. Simpson, have you done anything in
22 preparation for today's deposition?
23     A.  No, no more than contacting the attorney,
24 getting directions, and asking the -- I know Earl
25 Scales from the Attorney General's Office, and I

2 (Pages 2 to 5)

Yutaska Simpson - 10/26/04

Page 106

1  legal non-relative?
2  Q.  And how did you in fact invite her? Was
3  that over the phone or by letter or in person?
4  A.  Probably a phone call. I'm not sure.
5  Q.  Did you ever sit down with her and
6  discuss her willingness to adopt ▮?
7  A.  I can't say, but I believe I did in the
8  process of explaining that we have to make every
9  reasonable effort and the importance of in the sense
10 dotting your I's, crossing your T's.
11 Q.  If you did in fact have this
12 conversation, is that something you would have
13 documented in your narratives?
14 A.  I remember maybe talking to her when I
15 was bringing ▮ back and forth or picking ▮
16 up. And I remember the demeanor is not wanting --
17 wanting to adopt, not wanting to consider anything
18 else.
19 Q.  So you're saying she did want to adopt;
20 she confirmed that for you?
21 A.  Yes.
22 Q.  Can you turn to page two of Exhibit 23?
23 At the top, second sentence, she states, "I called
24 her job and was told that she was on leave." Do you
25 recall being on leave at the end of December '03 and

Page 107

1  beginning of January '04?
2  A.  I'm thinking that was during the
3  Christmas holidays that time that I took leave.
4  Q.  Would that have just been vacation or
5  were you actually on a leave?
6  A.  Oh, I don't know. I don't know. It
7  might have been personal leave or it might have been
8  sick leave. I'm not sure. But I'm thinking it was
9  probably personal leave if I wasn't sick.
10 Q.  And do you recall how long you were out?
11 A.  Probably a week.
12 Q.  And when you or your coworkers are out
13 for a week, is there any procedure in place for case
14 coverage while you're out?
15 A.  The homemaker.
16 Q.  Are the homemakers assigned your case
17 while you're out?
18 A.  No, they are not assigned. Homemakers
19 are supportive services to the social worker. And
20 this is -- this is -- this particular homemaker was
21 assigned to work with me with ▮.
22 Q.  So when you went out on leave, the case
23 was being covered by this particular homemaker?
24 A.  Yes.
25 Q.  And who was that?

Page 108

1  A.  Sharon Carter.
2  Q.  Did you ever have to explain to the court
3  why after a year and a half with ▮ she had
4  requested that he be removed?
5  A.  No, I don't recall having to explain. I
6  may have.
7  Q.  After you placed him in the shelter,
8  where did you place him next, if you recall?
9  A.  In the ▮ foster home.
10 Q.  And how long did he stay there?
11 A.  I really don't know. I'm going to say
12 probably a week or less.
13 Q.  Was that the time he was hospitalized
14 another time?
15 A.  Yes, sir.
16 Q.  And after his hospitalization, did he
17 return to the ▮ home or was he placed
18 somewhere else?
19 A.  He was -- he was -- I asked permission to
20 place him back in the shelter.
21 Q.  Was he in fact placed back in the
22 shelter?
23 A.  Yes, sir.
24 Q.  And do you recall how long he stayed in
25 the shelter that time?

Page 109

1  A.  I don't know, but he was sick and I
2  wanted him stabilized pretty much. I think the
3  weather was -- the weather was bad. It wasn't I
4  don't think that we had a -- didn't have a foster
5  home, but I didn't want him with foster parents that
6  had to work or he had to get out in the weather. I
7  think the weather was inclement and that I wanted
8  him getting his medicine routinely and not getting
9  in and out of the weather.
10     (Exhibit 24 - Report of Suspected Abuse
11 Neglected Child Or Vulnerable Adult marked for
12 identification.)
13 Q.  Let me show you what's been marked
14 Exhibit Number 24. Do you recognize this document?
15 A.  Yes. It looks like it's from Dr. ▮.
16 Q.  You've seen this document before?
17 A.  I can't recall.
18 Q.  Are you familiar with this form entitled
19 "Report of Suspected Abuse Neglected Child Or
20 Vulnerable Adult"?
21 A.  Yes.
22 Q.  Do you recall receiving this format
23 sometime around March 8, 2004?
24 A.  Yes, uh-huh (affirmatively).
25 Q.  There apparent --

Yutaska Simpson - 10/26/04

Page 122

1  A. Yes.
2  Q. And this is in her letter sent after the
3  child was removed from her home?
4  A. Yes.
5  Q. As a result of Ms. ▇▇▇ letter, have
6  you not discussed with your supervisor the
7  possibility that ▇▇▇ could be adopted by Ms.
8  ▇▇▇?
9  A. Oh, I have never had -- no, I haven't
10 ever had that discussion.
11 Q. Do you have any specific reason to
12 believe she'd be unfit to adopt ▇▇▇?
13 A. No.
14 Q. What service is ▇▇▇ currently
15 receiving, if you know?
16 A. I think, and I don't know for a fact,
17 that probably still Project Prince. He's in
18 daycare. Monthly visits. He hasn't been going to
19 the doctor as -- as he's done in the past. You
20 know, possibly because, you know, with -- he hadn't
21 had any bout with respiratory problems lately.
22 Q. And is that for the whole time that he's
23 been in the ▇▇▇ foster home?
24 A. No, not to the whole time. I think
25 initially when he was placed he had some problems.

Page 123

1  I noticed congestion, runny nose, and but otherwise
2  he's energetic.
3  Q. Did he require any more trips to the
4  hospital since his placement in the ▇▇▇ home?
5  A. No.
6  Q. Do you -- so has he not been hospitalized
7  again since March 26th of '04 when he was placed in
8  the ▇▇▇ home?
9  A. I don't think so.
10 Q. Did he receive his two-year physical and
11 immunizations visit this past summer, if you know?
12 A. Yes, yes.
13 Q. He did?
14 A. Yes.
15 Q. And would that be documented in his case
16 record?
17 A. You may find an appointment with the
18 Health Department or you may find a report from the
19 doctor or maybe in a narrative. I'm not sure. I'm
20 not sure.
21 Q. Who's responsible for bringing him to the
22 doctor?
23 A. The foster -- the foster parent. And if
24 she has any problems, she can contact us and we'll
25 do it.

Page 124

1  Q. Do you know if he's on any medication
2  currently?
3  A. No.
4  Q. So he's not on any medication or you just
5  don't know?
6  A. I don't think he's on any. I don't know.
7  Now that I can recall, I think the homemaker took
8  him to his appointment.
9  Q. And when would that have been?
10 A. A couple of months ago if I'm not
11 mistaken.
12 Q. Do you know what his current
13 developmental needs are, if any?
14 A. No, not if I had to answer that today,
15 no. It appears that he's made some progress. I
16 mean, if you want me to guess, I have seen some
17 growth in him, verbal skills, and he has made some
18 progress?
19 Q. When was the last time you saw ▇▇▇?
20 A. I think in September, either August or
21 September. I think the last two visits ▇▇▇
22 did for me.
23 Q. Who decided to place the child in the
24 ▇▇▇ foster home, was that you?
25 A. I think the program specialist may have

Page 125

1  recommended the ▇▇▇. The final decision would
2  have been me. I think she gave me two foster homes.
3  Q. Are there other children in the home?
4  A. They have one child.
5  Q. Of their own?
6  A. Yes.
7  Q. No other foster?
8  A. In the home, in the home.
9  Q. Right. No other foster children?
10 A. No.
11 Q. Do either the -- and is it Mr. and Mrs.
12 ▇▇▇?
13 A. Yes.
14 Q. Do either of them smoke?
15 A. Not that I know of.
16 Q. Do they have any pets in the home?
17 A. Yes.
18 Q. What kind of animals; do you know?
19 A. No.
20 Q. Are there --
21 A. I'm not familiar with the name of dogs.
22 Q. Do you recall --
23 A. They have -- go on. I'm sorry.
24 Q. They have dogs though?
25 A. Yes.

32 (Pages 122 to 125)

Yutaska Simpson - 10/26/04

Page 126

1  Q.  Did you ever inquire as to whether the
2  ▓▓▓ smoke?
3  A.  No.
4  Q.  Did the issue of --
5  A.  Let me say this. When we sat -- when I
6  got with the program specialist, we may have talked
7  and say, you know, "This child has asthma," and that
8  sort of stuff. We would have staffed it like that.
9  And if I'm not mistaken, she gave me two names.
10 Q.  And you picked the ▓▓▓ home?
11 A.  I think we did it together. She
12 recommended it.
13 Q.  And did you discuss at all the prior
14 court order ordering that the child not be exposed
15 to cigarette smoke or animals?
16 A.  We were aware of it. And if I'm not
17 mistaken, we contacted a doctor, Dr. ▓▓▓, if I'm
18 not -- if -- because I remember Ms. Poole giving me
19 two names. And I think we contacted the doctor. Or
20 the foster mother said I want to say something about
21 -- I remember asking if the dogs was inside or
22 outside. I remember that.
23 Q.  And if you did contact the doctor
24 regarding this, this would be documented? This
25 should be documented in your case record?

Page 127

1  A.  Yes, either my narrative or the program
2  specialist.
3  Q.  Under ▓▓▓'s case name, correct?
4  A.  Yes, yes.
5      MR. THOMPSON: I have no further
6  questions at this time. And we do reserve the right
7  to recall this witness at a later date.
8      MS. MALLETT: She may not come. I don't
9  have any questions.
10     (Time Noted: 4:39 p.m.)
11
12 Original: Eric E. Thompson, Esq.
13 Copy:    Betty A. Mallett, Esq.

Page 128

CERTIFICATE OF DEPONENT
DEPONENT: Yutaska Simpson
DATE: October 26, 2004
CASE STYLE: Olivia Y, et al. vs. Haley Barbour, et al.; U.S. District Court, Southern District of Mississippi; Civil Action No. 3:04CV25LN
ORIGINAL TO: Eric E. Thompson, Esq.

I, the above-named deponent in the deposition taken in the herein styled and numbered cause, certify that I have examined the deposition taken on the date above as to the correctness thereof, and that after reading said pages, I find them to contain a full and true transcript of the testimony as given by me.

Subject to these corrections listed below, if any, I find the transcript to be the correct testimony I gave at the aforestated time and place.

Page   Line   Comments
___    ___    _____
___    ___    _____
___    ___    _____
___    ___    _____
___    ___    _____
___    ___    _____

This the ___ day of _____, 2004.

_____
YUTASKA SIMPSON

STATE OF MISSISSIPPI
COUNTY OF _____
Subscribed and sworn to before me, this the ___ day of _____, 2004.

_____
Notary Public
My Commission Expires:

Page 129

CERTIFICATE OF COURT REPORTER
    I, Julie Brown, Court Reporter and Notary Public, in and for the State of Mississippi, hereby certify that the foregoing contains a true and correct transcript as taken by me in the aforementioned matter at the time and place heretofore stated, as taken by stenotype and later reduced to typewritten form under my supervision by means of computer-aided transcription.
    I further certify that under the authority vested in me by the State of Mississippi that the witness was placed under oath by me to truthfully answer all questions in the matter.
    I further certify that I am not in the employ of or related to any counsel or party in this matter and have no interest, monetary or otherwise, in the final outcome of this matter.
    Witness my signature and seal this the ___ day of _____, 2004.

_____
JULIE BROWN

My Commission Expires:
April 3, 2008

33 (Pages 126 to 129)