**Case Narratives**

For ▮▮▮▮▮▮▮▮ (Id ▮▮▮▮▮▮)

**Body of Narrative:**

Worker went by the home of ▮▮▮ and ▮▮▮ to inform them that Lil ▮▮▮ was admitted into the hospital. Worker related to them that Mrs. Simpson wanted them to come to the hospital and spend the night with ▮▮▮. ▮▮▮ and ▮▮▮ went with worker to the hospital, they left ▮▮▮ with their roommate.

**Narrative Date:** 03/05/2004
   **Worker:** CARTER,SHARON
   **Participants:** None Specified

**Body of Narrative:**

Worker went to the hospital to relieve the foster parent. When worker arrived ▮▮▮ was crying and was very upset. The nurses was trying to get blood. ▮▮▮ had to be held down by worker and 2 nurses. Mrs. ▮▮▮ didn't want to go home but she did. She related to worker that she would not be able to take ▮▮▮ back. If she had known about his Asthma she could have been better prepared. ▮▮▮ didn't want worker to hold him. Worker tried singing to him and playing games but none of that seemed to work. ▮▮▮ was eventually placed in a room where he had to stay under a plastic tent. ▮▮▮ continued to cry. Mrs. ▮▮▮ entered the room with a friend of hers from work. Worker related to her that she didn't know if it was such a good idea for her to be there. Mrs. ▮▮▮ stayed in the room with him until worker went to call Matt Mathews to see what his suggestion would be on Mrs. ▮▮▮ being there. He related to worker that she would have to leave. Worker related this informationto Mrs. ▮▮▮. She wasn't pleased to hear this, but she had a feeling that it would be this way. She informed worker that if we needed her to sit with him tonight as well as take him back she would.

**Narrative Date:** 03/05/2004
   **Worker:** SIMPSON,YUTASKA D
   **Participants:** None Specified

**Body of Narrative:**

▮▮▮ said she has been up all night. ▮▮▮ had a sever Asthma attach and they were at Singing River Hospital. He is needing to be hospitalized. She asked for the worker to come to the hospital. Worker has a 9:00 a.m. doctor's appointment. Mrs Sharon Carter homemaker agreed to go to the hospital. She was told to encourage Mrs ▮▮▮ go home as her husband was just getting home from work and they have a toddlers at home. Worker visited the hospitably for a brief time and was told that the minor was being admitted. Worker contacted supervisor Matt Mathews. Worker attempted to contact CASA Worker ▮▮▮ and left a message with the receptionist that ▮▮▮ had been hospitalized.

**Narrative Date:** 03/02/2004
   **Worker:** CARTER,SHARON
   **Participants:** None Specified

EXHIBIT "C"