## Case Narratives
For [redacted]

Departure from Jackson, MS--12:05 PM

Arrival in Kansas City, Kansas---3:51

**Narrative Date:** 01/12/2004
    **Worker:** SMITH,ANNIE P
    **Participants:** None Specified

**Body of Narrative:**
Worker received a call from [redacted]. She stated that they were at the airport and had no problems getting the ticket. She stated that she received a special pass to make sure the child gets on the airplane. She stated that the airplane would be leaving in about an hour.

**Narrative Date:** 01/09/2004
    **Worker:** SMITH,ANNIE P
    **Participants:** None Specified

**Body of Narrative:**
Worker received a call fr

**Narrative Date:** 01/09/2004
    **Worker:** SMITH,ANNIE P
    **Participants:** None Specified

**Body of Narrative:**
Worker received a call from Glady Tsimonjela, Kansas DHS SW. She appeared to be very upset. She stated that she could not recommend the placing because it is violating of the contract. She stated that the child was in Kansas illegally. She called wanting to know what was going on.

Worker explain to Ms. Tsimonjela that Judge Thomas ordered that the child be placed with his biological father. She stated that ICPC rules over the judge's order. She recommended that the worker do a 100-B- closure.

**Narrative Date:** 01/09/2004
    **Worker:** SMITH,ANNIE P
    **Participants:** None Specified

**Body of Narrative:**
Worker contacted [redacted] about reservation for [redacted]. She stated that the reservation was made for Monday. The fight number is 3649. She stated that he would need a picture ID to pick his ticket up. She stated that the child hasa direct fight to Kansas City, Kansas. She stated that on Monday 01-11-03, the child's departure Jackson at 12:05 and would arrive in Kansas City,

DHS Jamison J    85 of 136
000637


EXHIBIT "D"