**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                       PLAINTIFFS

V.                                                                            CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR, et al.                                                                        DEFENDANTS

**NOTICE OF CONVENTIONAL FILING**

Notice is hereby given that Plaintiffs conventionally filed in paper form only with the Clerk of Court Exhibit A to Plaintiffs' Opposition to Defendants' Motion to File a Surrebuttal. Exhibit "A" has not been filed electronically because the document is filed under seal pursuant to the August 5, 2004 Confidentiality Order.

Exhibit "A" was served on all parties on June 16, 2006 as part of Plaintiffs' Opposition to Defendants' Motion to File a Surrebuttal.

Respectfully submitted, this the 16th of June, 2006.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

4/88504.1

        Stephen H. Leech (MBN 1173)
        850 East River Place, Suite 300
        Jackson, MS 39202
        Telephone:  (601) 355-4013

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Susan Lambiase (MBN 43992 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        Tara S. Crean (MBN 44447 *pro hac vice*)
        CHILDREN'S RIGHTS
        404 Park Avenue South, 11th Floor
        New York, NY  10016
        Telephone:  (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, NY  10154
        Telephone:  (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. Fortenberry, Jr, Esq.
    Kenya Key Rachal, Esq.
    Ashley Tullos Young, Esq.
    Gretchen L. Zmitrovich, Esq.
    Baker Donelson Bearman Caldwell & Berkowitz, P.C.
    4268 I-55 North
    Meadowbrook Office Park
    Jackson, Mississippi 39211

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, MS 39201

*Attorneys for Defendants*

                                                            <u>/s Melody McAnally</u>