IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                        PLAINTIFFS

VS.                                                                CIVIL ACTION NUMBER 3:04CV251

HALEY BARBOUR,
as Governor of the State of Mississippi, *et al.*                                          DEFENDANTS

## ORDER SEALING PLAINTIFFS' EXHIBITS

Before the Court is the *ore tenus* motion of Plaintiffs to place under seal the following exhibits, each of which contain individually-identifying information regarding plaintiff children, such child's family members, foster family members and/or persons included in any case files as the source of information concerning any such child and thus are subject to the August 5, 2004 Confidentiality Order:

> Exhibit A to Plaintiffs' Motion for Leave to Release the Redacted Social Work Expert Report of Dr. Lewis, filed March 3, 2006 (Document # 224);
>
> Exhibit 5 to Plaintiffs' Motion for Summary Judgment, filed May 1, 2006 (Document # 266);
>
> Exhibit A to Plaintiffs' Opposition to Defendants' Motion for Leave to File a Surrebuttal.

If the above-listed exhibits are not sealed it would result in the identification of plaintiff children in violation of the August 5, 2004 Confidentiality Order. Therefore, the Court finds that the Motion is well-taken and should be granted,

IT IS, THEREFORE, ORDERED that pursuant to Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, Exhibit A to Plaintiffs' Motion for Leave to Release the Redacted Social Work Expert Report of Dr. Lewis,

Exhibit 5 to Plaintiffs' Motion for Summary Judgment and Exhibit A to Plaintiffs' Opposition to Defendants Motion for Leave to File a Surrebuttal shall be placed under seal.

  IT IS SO ORDERED, this the _____ day of July, 2006.


                  _____S/James C. Sumner_____
                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000
*Counsel for Plaintiffs*