Jun-28-06    04:26pm    From-                                           T-094    P.002/002    F-099

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

4268 I-55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
PHONE: 601.351.2400
FAX: 601.351.2424
MAILING ADDRESS:
P.O. BOX 14167
JACKSON, MISSISSIPPI 39236

www.bakerdonelson.com

DEWITT L. ("RUSTY") FORTENBERRY, JR., ESQ.
Direct Dial: (601) 351-8948
Direct Fax: (601) 974-8948
E-Mail Address: rfortenberry@bakerdonelson.com

June 28, 2006

**VIA FACSIMILE & U.S. MAIL**
W. Wayne Drinkwater, Jr. Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS 39215

RE:   *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Wayne:

This letter is to confirm our understanding and telephone conversations this morning with each other as well as Judge Lee's court room deputy, Lisa Evans. We were individually told that the Pretrial Conference is not on Judge Lee's calendar for July 17, 2006, and that it has not been re-scheduled. Therefore, it is not necessary at this time to continue exchanging drafts of a Joint Pretrial Order in order to comply with the original July 17, 2006, Pretrial hearing date. It is also not necessary that *motions in limine* be filed by July 7, 2006.

If this is not your understanding, please let me know.

Sincerely,

Dewitt ("Rusty") L. Fortenberry, Jr.

cc:   Harold Pizzetta, Esq.
      Stephen Leech, Esq.
      John Lang, Loeb & Loeb
      Eric Thompson

JM DLF 368010 v1
2902819-000001

ALABAMA • GEORGIA • LOUISIANA • M...  • WASHINGTON, D.C. • BEIJING, CHINA



EXHIBIT "2"