## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.,                                                          PLAINTIFFS

V.                                              CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.,                                                     DEFENDANTS

## PLAINTIFFS' AMENDED INITIAL MANDATORY DISCLOSURES
## TO DEFENDANTS

      Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and Local Rule 26.1(A)(1), and in light of the Court's November 19, 2004 Memorandum Opinion, dismissing the claims of the pre-custodial Named Plaintiffs, the Plaintiffs submit the following amended initial mandatory disclosure to Defendants.

      Bates-stamped copies of the documents listed in Sections 7(a)-(j) are being provided to Defendants by December 28, 2004, pursuant to the Amended Case Management Order.

1.     The following individuals are likely to have discoverable information about Olivia Y.'s claims (Plaintiffs direct Defendants to their own documents, management information systems, and Olivia Y.'s case records, to more fully identify these and other individuals likely to have discoverable information):

     (a)     Perpetrators and witnesses of the abuse and/or neglect Olivia incurred, including:

          Peggy Yarbrough
          Address unknown

          Amelia Yarbrough
          Address unknown

          Haley Yarbrough
          581 Richburg Rd.
          Purvis, MS 39475

     (b)     All reporters of the abuse and/or neglect.

     (c)     All current and former DFCS or other state agency personnel, or private agency personnel with whom they have contracted, who have been involved in any way with Olivia, including:



1

Wanda Gillom, Deputy Director
Mississippi Department of Family & Children's Services (DFCS)
750 N. State St.
Jackson, MS 39202

Mickel Hodges, Division of Program Integrity
DFCS
750 N. State St.
Jackson, MS 39202

Mechille Henry, Acting Regional Director
DFCS Region VI-North
226 Broad St., Ste. 1
Columbia, MS 39429
(601) 736-6044

Current and Former Forrest County DHS Employees:
Forrest County DHS
P.O. Box 1938
Hattiesburg, MS 39403
(601) 554-4354

       Eva Beck, DFCS Licensure Specialist
       Susanne Brown, DFCS Social Worker
       Rosie Cox, DFCS homemaker
       Jean Fertitta, Area Wide Social Work Supervisor
       Nicole Holloman, DFCS volunteer
       Ramona Lockett, Area Wide Foster Care Supervisor
       Jennifer McLaurin, DFCS Social Worker
       Joy Moran, DFCS case worker
       Jessie Richardson, DFCS Homemaker
       Berdia Smith, DFCS Social Worker
       Debra Stewart, Area Wide Social Work Supervisor
       Marie Turnage, DFCS Social Worker

Terry Latham, Director
Valerie Edenfield, Assistant Shelter Manager
Hope Haven Children's Shelter
P.O. Box 37
Bay St. Louis, MS 39520

(d)     Any current or former member of Olivia's biological or foster families, including:

Mr. and Ms. Rainey
Foster parents

2

581 Richburg Rd.
Purvis, MS 39475

Ms. Caroline Hunter
Paternal aunt and foster home resource
Address unknown

Ms. Ethel Jones
Foster mother
Address unknown

(e)  Any attorneys or Court Appointed Special Advocates assigned to represent
     Olivia, including:

James D. Johnson, Esq.
301 West Pine Street
Hattiesburg, MS 39401
(601) 583-1937

(f)  Any current or former Youth Court Official knowledgeable about Olivia's case,
     including:

Michael W. McPhail
County Court Judge
P.O. Box 190
Hattiesburg, MS 39403-0190
Phone: (601) 545-6075

Genie Broome, Youth Court Clerk
Sarah Simmons, Youth Court Administrator
Forrest County Youth Court
P.O. Box 190
Hattiesburg, MS 39403
(601) 545-6075

(g)  All current and former employees and agents of service providers, schools or
     courts, or police and medical personnel who have been involved in any way with
     Olivia, including:

Dr. Shama Shakir
Coastal Family Health Center
P.O. Box 475
Biloxi, MS 39533
(228) 374-2474

3

2.    The following individuals are likely to have discoverable information about Jamison J.'s claims (Plaintiffs direct Defendants to their own documents, management information systems, and Jamison J.'s case records, to more fully identify these and other individuals likely to have discoverable information):

(a) Perpetrators and witnesses of any abuse and/or neglect Jamison incurred.

(b) All reporters of the abuse and/or neglect.

(c) All DFCS or other state agency personnel, or private agency personnel with whom they have contracted, who have been involved in any way with Jamison, including:

Queen Coleman, Social Worker Supervisor
Bolivar County Department of Human Services
Cleveland, MS 38732
(662) 759-3551

Tracey Mohdzain
Former Bolivar County DFCS Caseworker
Current whereabouts unknown

Martha McDaniel, Regional Director
Region II – Division of Family & Children's Services
1241 S. Mound St.
Grenada, MS 38902
(662) 226-1351

Staff and/or counselors at Oakley Transitional Living Center
2375 Oakley Road
Raymond, MS 39154
(601) 857-2288

(d) Any member of Jamison's biological or foster families, including:

Daniel Hysten
Biological Father
Address unknown
Wichita, KS

Toshida Lewis
Biological Sister
6562 Lyndon B. Johnson Drive
Jackson, MS 39213
(601) 981-4077

Clara Jean Lewis

4

Foster mother and adoptive mother of Jamison's sister
6562 Lyndon B. Johnson Drive
Jackson, MS 39213
(601) 981-4077

Mrs. Murphy
Foster Parent
Address unknown
Cleveland, MS

Jodie Felton
Foster Parent
923 Parkview Street
Cleveland, MS 38732
(662) 843-2061, work (662) 846-2931

Diane Body
Foster Parent
Address unknown
Jackson, MS
(601) 354-1403

Debra Rogers
Foster parent
Address unknown

Willie & Alma Haley
Foster parents
Address unknown

(e) Any attorneys or Court Appointed Special Advocates assigned to represent Jamison,
including:

Pattie Hendricks, CASA Director
Sherry Van Liew, CASA worker
Bolivar County
204 N. Pearman Ave.
Cleveland, MS 38732
(662) 846-6394

John Cox, Guardian Ad Litem
Cleveland, MS
(662) 843-8351

(f) Any current or former Youth Court Official knowledgeable about Jamison's case,
including:

5

Judge Gwendolyn Thomas
Bolivar County Youth Court
PO Box 188
Cleveland, MS 38732
(662) 843-7175

Judge Patricia Beckett
Bolivar County Senior Status Judge
PO Box 1644
Cleveland, MS 38732
(662) 843-4511

Rose Simmons, Youth Court Clerk
Bolivar County Youth Court
PO Box 188
Cleveland, MS 38732
(662) 843-7175

(g) All current and former employees and agents of service providers, schools or courts,
or police and medical personnel who have been involved in any way with Jamison,
including:

Educators:
Ms. White, Teacher
Nailor Elementary School
Cross Street
Cleveland, MS 38732

Ms. Ferguson, Teacher
Cypress Park Elementary School
725 S. Martin Luther King, Jr. Dr.
Cleveland, MS 38732
(662) 846-6152

Michelle King, Principal
Dorothy Tillman, Teacher
Watkins Elementary School
3915 Watkins Drive
Jackson, MS 39206
(601) 987-3594

Ms. Mott, Teacher
Ms. Lackey, Teacher
Powell Middle School
3655 Livingston Road

6

Jackson, MS 39213
(601) 987-3580

Ms. Mary Branson, Teacher
Mr. Edwin Quinn, Teacher
Sgt. Lowe, Teacher
First Sgt. Weber, Teacher
Callaway High School
601 Beasley Road
Jackson, MS 39206
(601) 987-3535

Sherri Carter-Marks, Counselor
Maj. Timothy Yde, Teacher
Shirley Turner-Whiteside, Teacher
West High School
820 S. Osage St.
Wichita, KS 67213
(316) 973-3600

Service Providers:
Therapists, psychologists, counselors, residents, medical student interns and/or
any other mental health staff at Memphis Youth Villages; the University of
Mississippi Medical Center; Mill Creek; Bristol Park Residential Treatment
Center; Hope Haven Shelter (Jackson); Catholic Charities of Jackson; West Point
Shelter, including:

Dr. Cindy Undesser, Asst. Professor of Psychiatry
University of Mississippi Medical Center
2500 N. State St.
Jackson, MS 39211
(601) 984-5820

Sister Donna Gunn
Linda Raff
Janice Sandefur
Kelly Wilson
Ken Diehl
Sherry Azordegan
Catholic Charities of Jackson
530 George St.
Jackson, MS 39225
(601) 355-8634

DeMarcus Davis, Counselor
Memphis Youth Villages

7

P.O. Box 341154
Memphis, TN 38184
(901) 252-7600

Dr. Maurice Williams
754 Wingfield St.
Jackson, MS 39209
(601) 353-5861

Dr. John Jolly
620 N. State St.
Jackson, MS 39202
(601) 952-2995

Dr. Robert Maddux
1855 Crane Ridge Dr., Ste. A
Jackson, MS 39216
(601) 366-4546

3.   The following individuals are likely to have discoverable information about John A.'s
     claims (Plaintiffs direct Defendants to their own documents, management information
     systems, and John A.'s case records, to more fully identify these and other individuals
     likely to have discoverable information):

     (a) Perpetrators and witnesses of the abuse and/or neglect John incurred, including:

          Pamela Austin
          Address unknown

     (b) All reporters of the abuse and/or neglect, including:

          Greta Gardner, Teacher
          Earl Travillion School
          316 Travillion Dr.
          Hattiesburg, MS 39401
          (601) 584-9303

     (c) All current or former DFCS or other state agency personnel, or private agency
         personnel with whom they have contracted, who have been involved in any way with
         John, including:

          Mechille Henry, Acting Regional Director
          DFCS Region VI-North
          226 Broad St., Ste. 1
          Columbia, MS 39429

8

(601) 736-6044

Current and former employees of Forrest County DHS:
Forrest County DHS
P.O. Box 1938
Hattiesburg, MS 39403
(601) 554-4354

    Sherita Bovastro
    Josie Brown, DFCS Social Worker
    Rosie Cox, DFCS Social Worker Aide
    Deanne Cunningham, DFCS Social Worker
    Beejee Dickson, DFCS Area Wide Social Work Supervisor
    Jean Fretitta, DFCS Area Wide Social Work Supervisor
    Cindy Haslauer, DFCS Social Worker
    Pamela Knight, DFCS Area Wide Social Work Supervisor
    Ramona Lockett, DFCS Area Wide Social Work Supervisor
    Terra McCarthy, DFCS Social Worker
    Betty Rayner, DFCS Social Worker
    Jessie Richardson, DFCS Homemaker
    Barry Robertson, DFCS Social Worker
    Sharron Robinson, DFCS Social Worker
    Berdia Smith, DFCS Social Worker
    Vicki Stephenson, DFCS Social Worker
    Deborah Stewart, DFCS Social Worker

Tabathas Cox, Social Worker
Pontotoc County DHS
P.O. Box 419
Pontotoc, MS 38865
(662) 489-3970

Carrie Monsow, Social Worker
DeSoto County DHS
P.O. Drawer 240
Hernando, MS 38632
(662) 429-1480

(d) Any member of John's biological or foster families, including:

    Pamela Austin
    Biological Mother
    Address Unknown

    James Magee
    Biological Father

Address Unknown

Taneisha, Roderick, and Jeremy Austin
John's Biological Sister and Brothers
124 Taylor Rd.
Hattiesburg, MS 39401
(601) 584-7709

Edward and Anna Bolton
Foster Parents
124 Taylor Rd.
Hattiesburg, MS 39401
(601) 584-7709

Martha Atkins
Foster Parent
4312 Kreole Ave.
Moss Point, MS 39563
(228) 474-6258

Coleman foster home
Address Unknown

Davis foster home
Dixie Ave.
Hattiesburg, MS

Ramey foster home
Address unknown

Ella Mae Craft foster home
Address unknown

Carpenter foster home
Address unknown

(e) Any current or former attorneys or Court Appointed Special Advocates assigned to
   represent John, including:

James D. Johnson, Esq.
301 W. Pine St.
Hattiesburg, MS 39401
(601) 583-1937

Cliff Gaddis, Assistant District Attorney
Forrest County Office of the District Attorney

10

109 Shady Lane
Hattiesburg, MS 39402
(601) 545-1551

(f) Any current or former Youth Court Official knowledgeable about John's case,
    including:

Judge Michael W. McPhail
Forrest County Youth Court
P.O. Box 190
Hattiesburg, MS 39403
(601) 545-6075

Sarah Simmons, Youth Court Administrator
Genie Broome, Youth Court Clerk
Forrest County Youth Court
P.O. Box 190
Hattiesburg, MS 39403
(601) 545-6075

(g) All current or former employees and agents of service providers, schools or courts, or
    police and medical personnel who have been involved in any way with John,
    including:

Therapists, psychologists, counselors, residents, medical student interns and/or
any other mental health staff at Memphis Youth Villages; Gulfport Memorial
Hospital; Oak Circle Residential Treatment Center; Mill Creek; Bacot Home for
Youth; DeSoto Sunrise Hospital; Lakeside Hospital/Alliance Health Care; Powers
Group Home (Jackson); Hope Haven Shelter (Bay St. Louis); Baptist Children's
Village (Clinton); CARES Residential Treatment Center; Pine Grove Hospital;
Mercy House, including:

Dr. Barbara Murray
Marla Rogers
Dr. Anthony Pollard
Gulfport Memorial Hospital, Behavioral Health Unit
P.O. Box 1810
Gulfport, MS 39502
(228) 867-4000

Lois Cox, LCSW
Mill Creek
P.O. Box 1130
Magee, MS 39111
(601) 849-7135

11

Mary Mathews
Dr. Sheridan Tucker
Dr. Deborah Nastasi
Bacot Home for Youth
4021 Chicot St.
Pascagoula, MS 39581
(228) 769-0477

4.    The following individuals are likely to have discoverable information about Cody B.'s claims (Plaintiffs direct Defendants to their own documents, management information systems, and Cody B.'s case records, to more fully identify these and other individuals likely to have discoverable information):

(a) Perpetrators and witnesses of the abuse and/or neglect Cody incurred.

(b) All reporters of the abuse and/or neglect.

(c) All current and former DFCS or other state agency personnel, or private agency personnel with whom they have contracted, who have been involved in any way with Cody, including:

Zadie Rogers, DFCS Regional Director
Region VI-South
1141 Bayview Ave., 5th Floor
Biloxi, MS 39530
(228) 432-0225

Current and Former Jackson County DHS Employees:
Jackson County DHS
P.O. Box 789
Pascagoula, MS 39568

Gwen Beks, DFCS Social Worker
Sharon Carter, DFCS Homemaker
Mathew Lewis, Area Wide Social Work Supervisor
Utaskia Simpson, DFCS Social Worker
Gloria Richardson, DFCS Social Worker

(d) Any current or former member of Cody's biological or foster families, including:

Ms. Beverly Bolden
Foster parent
5443 Winona Drive
Moss Point, MS 39563
(228) 475-9889

12

(e) Any current or former attorneys or Court Appointed Special Advocates assigned to represent Cody, including:

> Jennifer Harris, Esq.
> Jackson County Guardian ad litem
> P.O. Box 510
> Pascagoula, MS 39568
> (228) 696-0228

> Laura Singleton
> Connie West
> Jackson County CASA
> 4903 Telephone Road
> Pascagoula, MS 39567
> (228) 762-7370

(f) Any current or former Youth Court Official knowledgeable about Cody's case, including the following identified persons:

> Judge Sharon Sigalas
> Jackson County Youth Court
> 4903 Telephone Road
> Pascagoula, MS 39567
> (228) 762-7370

> Nancy Fagan, Youth Court Abuse and Neglect Intake
> Cynthia Wilson, Youth Court Administrator
> Jackson County Youth Court
> 4903 Telephone Road
> Pascagoula, MS 39567
> (228) 762-7370

(g) All employees and agents of service providers, schools or courts, or police and medical personnel who have been involved in any way with Cody, including:

> Bridget Pickett
> Mississippi Department of Health
> First Steps Early Intervention Program
> 4302 Hospital Road
> Pascagoula, MS 39581
> (228) 762-1117

(h) The next friend of Cody B.:

> Sharon Scott

4720 Garner St.
Pascagoula, MS 39567
(228) 355-1077

5.    The following individuals are likely to have discoverable information about the W.
      children's (Mary, Tom, Matthew, and Dana) claims (Plaintiffs direct Defendants to their
      own documents, management information systems, and the W. children's case records, to
      more fully identify these and other individuals likely to have discoverable information):

   (a) Perpetrators and witnesses of the abuse and/or neglect the W. children incurred,
       including:

           Markus Williams, Sr.
           Address unknown

           Tracy Williams
           Address unknown

   (b) All reporters of the abuse and/or neglect.

   (c) All former or current DFCS or other state agency personnel, or private agency
       personnel with whom they have contracted, who have been involved in any way with
       the W. children, including:

           Sue Perry, former DFCS Director
           Office of the Mississippi Attorney General
           Carroll Gartin Justice Building
           450 High St.
           Jackson, MS 39201

           Wanda Gillom, Deputy Director
           Mississippi Dept. of Family & Children's Services
           750 N. State St.
           Jackson, MS 39202

           Terry Varnardo, Foster Home Licensure Unit
           Mississippi Dept. of Family & Children's Services
           750 N. State St.
           Jackson, MS 39202

           Former and Current Hinds County DHS Employees:
           Hinds County DFCS
           4777 Medgar Evers Blvd.
           Jackson, MS 39213

                   Ronda Aldridge, DFCS Social Worker

14

Lynette Fleming, DFCS Social Worker
Jeanie Hall, DFCS Social Worker
Maggie Mixon, DFCS Social Worker
Caroline Roberson, Area Social Work Supervisor

Patricia Seals, DFCS Social Worker
Pike County DHS
P.O. Box 665
McComb, MS 39648
(601) 364-7447

Lacey O'Quinn, DFCS Social Worker
Walthall County DHS
P.O. Box 430
Tylertown, MS 39667
(601) 876-3238

Rhonda Polk, Foster Care Licensure Specialist
Marion County DHS
226 Broad St., Ste. 1
Columbia, MS 39429
(601) 736-6044

Vanie White-Sturgis, Resource Exchange Coordinator
Adoption Unit
DFCS
750 N. State St.
Jackson, MS 39202

(d) Any member of the W. children's biological or foster families, including:

Markus and Tracy Williams
Biological Parents
Address unknown

Zelatra and Lawrence Williams
Aunt and uncle and foster parents
1069 Bala Chitto Rd.
Magnolia, MS 39652
(601) 783-3662

(e) Any current or former attorneys or Court Appointed Special Advocates assigned to
represent the W. children, including:

Michael E. Robinson, Esq.
Smith, Rushing, Cotton & Robinson

15

4848 N. State St.
Jackson, MS 39206
(601) 981-1218

(f) Any current or former Youth Court Official knowledgeable about the W. children's
case, including:

Judge Houston Patton
Hinds County Youth Court
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

Judge John P. Price
Pike County Youth Court
294 E. Laurel St.
Magnolia, MS 39652
(601) 783-2262

(g) All current and former employees and agents of service providers, schools or courts,
or police and medical personnel who have been involved in any way with the W.
children, including:

Connie McNab, Principal
Barbie Hales, School Counselor
Ms. Brumfeld, Teacher
Eva Gordon Elementary School
1175 N. Clark St.
Magnolia, MS 39652
(601) 783-5983

Therapists, psychologists, counselors, residents, medical student interns and/or
any other mental health staff at Pine Grove Hospital; Southwest Mississippi
Mental Health Complex; Brentwood Medical Center, including:

Dr. Diane Little, Child and Adolescent Psychologist
Pine Grove
P.O. Box 16389
Hattiesburg, MS 39404
(601) 288-4800

El'Shekethy Burton
Ray Wallace
Stephanie Bullock
Southwest Mississippi Mental Health Complex
P.O. Box 768

16

McComb, MS 39649
(601) 684-2173

6.    Additionally, the following individuals are likely to have knowledge of the systemic failures and problems existing within the child welfare system in Mississippi based on their professional or personal roles in relation to the Mississippi Department of Human Services and the Division of Family and Children's Services as described below (in addition to the persons individually listed below, Plaintiffs direct Defendants to their own files to identify and locate these persons):

*Current and former personnel of the Mississippi Department of Human Services and the Division of Family and Children's Services involved with the child welfare system, and their union representatives, including:*

Colonel Donald Taylor
Executive Director, Mississippi Department of Human Services
750 North State Street
Jackson, MS 39202

Billy Mangold
Director, Division of Family and Children's Services
750 North State Street
Jackson, MS 39202

Thelma Brittain
Former Executive Director, Mississippi Department of Human Services
Current address unknown

Janice Broome Brooks
Former Executive Director, Mississippi Department of Human Services
Current address unknown

Bettye Ward Fletcher
Former Executive Director, Mississippi Department of Human Services
Current address unknown

Wanda Gillom
Division of Family and Children's Services
750 North State Street
Jackson, MS 39202

Gloria Thornton
Division of Family and Children's Services
750 North State Street

17

Jackson, MS 39202

Sue Perry
Former Director, Division of Family and Children's Services
Carroll Gartin Justice Building
450 High Street
Jackson, MS 39201
(601) 359-3816

Sue Hathorn
Former Executive Director, Mississippi Department of Human Services
121 Lakeland Drive
Florence, Mississippi 39073
(601) 845-0780

Rose Roberts
Former Director, Division of Family and Children's Services
(662) 489-5570

Brenda Scott
CWA President
P.O. Box 1056
Jackson, MS 39215
(601) 352-4939

Ed Hatem
CWA DFCS Organizer
P.O. Box 1056
Jackson, MS 39215
(601) 352-4939

Kenneth Gines
CWA Organizer
P.O. Box 1056
Jackson, MS 39215
(662) 334-3482

*Current and former Mississippi Youth Court personnel involved with the court cases of
children known to DFCS, including:*

### ADAMS COUNTY

John N. Hudson
P.O. Box 1371
Natchez, MS 39121
(601) 442-6416

Edrena Smith
P.O. Box 1371
Natchez, MS 39121
(601) 445-8363

Eileen Anderson
P.O. Box 1371
Natchez, MS 39121
(601) 445-8363

Shannon Williams
P.O. Box 1371
Natchez, MS 39121
(601) 445-8363

## ALCORN COUNTY

Jimmy B. Fisher
P.O. Box 844
Corinth, MS 38834
(662) 286-2214

Gail Childers
506 D Cruise St.
Corinth, MS 38834

## AMITE COUNTY

Sam Tumey
P.O. Box 113
Liberty, MS 39645
(601) 657-8914

Beverly Von Kanel
P.O. Box 680
Liberty, MS 39645
(601) 657-8022

## ATTALA COUNTY

John C. Love, Jr.
Box 673
Kosciusko, MS 39090
(662) 289-3862

Mary Williams
P.O. Box 672
Kosciusko, MS 39090
(662) 289-2104

Tommy Kuntz
P.O. Box 672
Kosciusko, MS 39090
(662) 289-2104

## BENTON COUNTY

Joe Thomas Gay
104 S. Main Street
Ripley, MS 38663
(662) 837-7633

## BOLIVAR COUNTY

Patricia Beckett
P.O. Box 188
Cleveland, MS 38732
(662) 843-7175

## CALHOUN COUNTY

Robert S. Cooper
P.O. Box 607
Bruce, MS 38915
(662) 983-4331

Jennifer Bullard
Pittsboro, MS 38913
(662) 412-3115

## CARROLL COUNTY

John C. Love, Jr.
Box 673
Kosciusko, MS 39090
(662) 289-3862

## CHICKASAW COUNTY

Richard G. Bennett
112 W. Washington St.

Houston, MS 38851
(662) 456-3794

Sue Blankenship
P.O. Box 466
Okalona, MS
(662) 447-5454

## CHOCTAW COUNTY

John C. Love, Jr.
Box 673
Kosciusko, MS 39090
(662) 289-3862

Judge Williams
101 City Hall Bldg.
Starkville, MS 39759

## CLAIBORNE COUNTY

Alfred H. Rhodes, Jr.
1557 Reddix St.
Jackson, MS 32909-4422
(601) 992-8901

## CLARKE COUNTY

Sarah Springer
P.O. Box 5681
Meridian, MS 39301
(601) 482-9729

Jerry Mason
P.O. Box 5681
Meridian, MS 39301
(601) 482-9729

## CLAY COUNTY

Thomas B. Storey, Jr.
P.O. Box 835
West Point, MS 39773
(662) 494-5184

## COAHOMA COUNTY

Joe Webster
P.O. Box 756
Clarksdale, MS 38614
(662) 624-3010

Trip Webster
71 Sunflower Ave.
Clarksdale, MS 38614
(662) 624-3010

## COPIAH COUNTY

Jeffrey A. Varas
P.O. Box 190
Hazlehurst, MS 39083
(601) 894-4088

Debra Littleton
P.O. Box 507
Hazlehurst, MS 39083
(601) 894-6194

## COVINGTON COUNTY

Terrell Stubs
P.O. Box 1679
Collins, MS 39428
(601) 847-4811

Tammy Fowler
Covington Co. Courthouse
Collins, MS 39427
(601) 765-8356

## DESOTO COUNTY

Mills E. Barbee
2535 Hwy. 51 South
Hernando, MS 38632
(662) 429-5011

## FORREST COUNTY

Michael W. McPhail
P.O. Box 190

Hattiesburg, MS 39403-0190
(601) 545-6075

## FRANKLIN COUNTY

Hollis McGehee
P.O. Box 279
Meadville, MS 39653
(601) 384-3833

Rex Mohon
Meadville, MS  39653
(601) 384-3667

## GEORGE COUNTY

Darryl A. Hurt, Jr.
826 Manilla St.
Lucedale, MS 39452
(601) 947-4261

Alice Guin
355 Cox St., Ste. A
Lucedale, MS 39452
(601) 947-4803

## GREENE COUNTY

Cheryl K. Cook
P.O. Box 1336
Lucedale, MS 39452
(601) 947-9990

Alice Guin
355 Cox St., Ste. A
Lucedale, MS 39452
(601) 947-4803

## GRENADA COUNTY

Franklin J. George
P.O. Box 598
Grenada, MS 38902
(662) 226-1555

Johnnie P. Jones

P.O. Drawer 1208
Grenada, MS 38901

## HANCOCK COUNTY

Robin Gibson
126 Court Street
Bay St. Louis, MS 39520
(228) 467-7945

Angie DeFraites
126 Court Street
Bay St. Louis, MS 39520
(228) 467-7945

Kay Kihnemann
126 Court Street
Bay St. Louis, MS 39520
(228) 467-7945

Tom Erhardt
126 Court Street
Bay St. Louis, MS 39520
(228) 467-7945

## HARRISON COUNTY

Michael H. Ward
P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

Beth Casey
P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

Cindy Alexander
P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

Frieda Kaletsch
P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

Kelly Bell
P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

## HINDS COUNTY

Houston Patton
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

William Barnett
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

Bobby Delaughter, Sr.
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

Crystal Allen
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

Regina Price
400 E. Silas Brown St.
Jackson, MS 39205
(601) 948-6942

## HOLMES COUNTY

Sally Barrett Williamson
P.O. Box 987
Lexington, MS 39095
(662) 834-2376

## HUMPHREYS COUNTY

Jessie Edwards, III
P.O. Box 5806
Greenville, MS 38704
(662) 247-1740

Wilma Ball
P.O. Box 547
Belzoni, MS 39038
(662) 247-1740

## ISSAQUENA COUNTY

Rush Clements
410 W. Race St.
Rolling Fork, MS 39159
(662) 873-6058

Earline Fortner
P.O. Box 27
Myersville, MS 39113
(662) 873-2761

## ITAWAMBA COUNTY

Johnny Jarrel
1392 Beaver Lake Rd.
Fulton, MS 38843
(662) 862-4955

Rhonda Smart
P.O. Box 371
Fulton, MS 38843
(662) 862-4955

Sherrie Birmingham
P.O. Box 371
Fulton, MS 38843
(662) 862-4955

## JACKSON COUNTY

Sharon Sigalas
4303 Telephone Rd.
Pascagoula, MS 39567
(228) 762-7370

Nancy Nelson
4303 Telephone Rd.
Pascagoula, MS 39567
(228) 762-7370

Mary Harper
4303 Telephone Rd.
Pascagoula, MS 39567
(228) 762-7370

Glenda Cushman
4303 Telephone Rd.
Pascagoula, MS 39567
(228) 762-7370

Keith Cooper
4303 Telephone Rd.
Pascagoula, MS 39567
(228) 762-7370

## JASPER COUNTY

Bobby L. Shoemaker
P.O. Box 258
Bay Springs, MS 39422
(601) 764-3404

Jennifer Veazy
521 Airport Road
Forrest, MS 39047
(601) 469-1404

## JEFFERSON COUNTY

Richard Truly
P.O. Box 344
Fayette, MS 39069
(601) 786-8701

Linda White
P.O. Box 145
Fayette, MS 39069
(601) 786-3021

## JEFFERSON DAVIS COUNTY

John Davies
P.O. Box 389
Prentiss, MS 39474
(601) 792-2197

**JONES COUNTY**

Gaylon Harper
P.O. Box 764
Laurel, MS 39441-0764
(601) 649-7500

Connie Coker
P.O. Box 764
Laurel, MS 39441-0764
(601) 649-7500

**KEMPER COUNTY**

Edward C. Prisock
P.O. Box 430
Louisville, MS 39339
(601) 773-3631

**LAFAYETTE COUNTY**

David Bell
1107 Jefferson Ave.
Oxford, MS 38655
(662) 234-5058

Jennifer Bullard
P.O. Box 273
Oxford, MS 38655
(662) 234-1662

**LAMAR COUNTY**

W.J. Gamble, III
P.O. Box 1210
Purvis, MS 39475
(601) 794-5250

Jack Clark
641 N. Main, Rm. 204
Hattiesburg, MS
(601) 545-6027

**LAUDERDALE COUNTY**

Frank M. Coleman
P.O. Box 5822
Meridian, MS 39302
(601) 482-9756

Amy White
5400 Semmes Rd.
Meridian, MS 39305
(601) 482-8799

## LAWRENCE COUNTY

Terrell Stubbs
P.O. Box 157
Mendenhall, MS 39114
(601) 847-4811

LaQuitha Snow
P.O. Box 1444
Prentiss, MS 39474
(601) 792-2065

## LEAKE COUNTY

James G. McLemore, Jr.
P.O. Box 168
Carthage, MS 39051
(601) 267-8820

## LEE COUNTY

James B. Floyd, III
Box 736
Tupelo, MS 38802
(662) 841-9730

Lisa Williams
Box 736
Tupelo, MS 38802
(662) 841-9111

Sandi Mallard
Box 736
Tupelo, MS 38802
(662) 841-9111

Doris Cantrell
Box 736
Tupelo, MS 38802
(662) 841-9111

## LEFLORE COUNTY

Richard A. Smith
P.O. Box 452
Greenwood, MS 38995-0452
(662) 455-7945

Kathy Jones
P.O. Box 452
Greenwood, MS 38995-0452
(662) 455-7908

Margie McClain
P.O. Box 452
Greenwood, MS 38995-0452
(662) 455-7908

## LINCOLN COUNTY

Michael M. Taylor
P.O. Box 1350
Brookhaven, MS 39601
(601) 835-1576

Debra Littleton
P.O. Box 52
Brookhaven, MS 39602
(601) 823-3812

## LOWNDES COUNTY

Beverley Mitchell Franklin
P.O. Box 1829
Columbus, MS 39703-1829.
(662) 329-5940

Donna Stone
P.O. Box 1471
Columbus, MS 39703
(662) 245-4622

## MADISON COUNTY

William Agin
P.O. Box 343
Canton, MS 39046
(601) 859-5211

## MARION COUNTY

Garland Upton
301 Broad St.
Columbia, MS 39429
(601) 736-2793

Jack Clark
P.O. Box 52
Brookhaven, MS 39602
(601) 823-3812

## MARSHALL COUNTY

Sarah Liddy
115 South Market St.
Holly Springs, MS 38635
(662) 252-3788

## MONROE COUNTY

Julian Fagan
P.O. Box 562
Amory, MS 38821
(662) 256-2233

E.C. Carpenter
P.O. Box 57
Amory, MS 38821
(662) 256-3041

## MONTGOMERY COUNTY

Luther P. Crull
P.O. Box 704
Winona, MS 38967
(662) 283-1280

## NESHOBA COUNTY

Edward C. Prisock
P.O. Box 430
Louisville, MS 39339
(601) 773-3631

## NEWTON COUNTY

George S. Monroe
403 Decatur St.
P.O. Box 28
Newton, MS 39345
(601) 683-2382

Priscilla Butler
P.O. Box 630
Forest, MS 39074
(601) 469-5191

## NOXUBEE COUNTY

Timothy L. Gowan
P.O. Box 401
Macon, MS 39341
(662) 726-2000

Francis C. Moore
P.O. 147
Macon, MS 39341
(662) 726-4243

## OKTIBBEHA COUNTY

William D. Eshee, Jr.
Lampkin Street, City Hall
Starkville, MS 39759
(662) 323-1491

Judge Williams
101 City Hall Building
Starkville, MS 39759
(662) 323-8564

Debra Johnson
101 City Hall Building

Starkville, MS 39759
(662) 323-8564

## PANOLA COUNTY

Jay Westfaul
P.O. Box 921
Batesville, MS 38606
(662) 563-5031

Allen Tuthill
151 Public Square
Batesville, MS 38606
(662) 563-6250

## PEARL RIVER COUNTY

Jack Clark
641 N. Main, Room 204
Hattiesburg, MS 39401
(601) 545-6027

## PERRY COUNTY

M.M. Forsyth
P.O. Box 636
Richton, MS 39476
(601) 788-5642

Alfred Lott
P.O. Box 556
Beaumont, MS 39423
(601) 784-3307

## PIKE COUNTY

John P. Price
294 East Laurel St.
Magnolia, MS 36952
(601) 783-2262

Sue Moak
294 East Laurel St.
Magnolia, MS 36952
(601) 783-2262

33

## PONTOTOC COUNTY

Phillip L. Tutor
P.O. Box 487
Pontotoc, MS 38863
(662) 489-1701

## PRENTISS COUNTY

Ed W. Jenkins
200 South First St.
Booneville, MS 38829
(662) 728-8101

Gail Childers
102 S. Main St.
Booneville, MS 38829
(662) 728-7173

## QUITMAN COUNTY

Tom Kimbro
P.O. Box 96
Marks, MS 38646
(662) 326-2881

## RANKIN COUNTY

Kent McDaniel
P.O. Box 1599
Brandon, MS 39043
(601) 825-1474

Doug Rawson
3350 Hwy. 468
Pearl, MS 39208
(601) 932-5766

## SCOTT COUNTY

N. Norman Brown
P.O. Box 370
Forest, MS 39074
(601) 469-2721

Priscilla Butler

P.O. Box 630
Forest, MS 39074
(601) 469-5191

## SHARKEY COUNTY

Rush Clements
410 W. Race St.
Rolling Fork, MS 39159
(662) 873-6058

## SIMPSON COUNTY

William Smith, III
P.O. Box 606
Mendenhall, MS 39114
(601) 847-5937

Janella Lee
150 W. Court Ave.
Mendenhall, MS 39114
(601) 847-4519

Dale Simon
150 W. Court Ave.
Mendenhall, MS 39114
(601) 847-4519

## SMITH COUNTY

Gary King
P.O. Box 486
Raleigh, MS 39153
(601) 782-4273

## STONE COUNTY

Rebecca Taylor
324 E. Cavers Ave.
Wiggins, MS 39577
(601) 928-7272

Robin Fletcher
P.O. Drawer 7
Wiggins, MS 39577
(601) 928-5266

## SUNFLOWER COUNTY

Jessie Edwards
P.O. Box 988
Indianola, MS 38751
(662) 887-7424

Eddie Harbour
P.O. Box 1554
Indianola, MS 38751
(662) 887-7424

## TALLAHATCHIE COUNTY

William R. Sanders
P.O. Box 416
Charleston, MS 38921
(662) 647-3656

Lawrence Thomas
P.O. Box 381
Marks, MS 39646
(662) 326-4012

## TATE COUNTY

Gaines Baker
P.O. Box 1417
Batesville, MS 38606
(662) 563-9385

Allen Tuthill
151 Public Square
Batesville, MS 38606
(662) 563-6250

## TIPPAH COUNTY

Joe Thomas Gay
104 S. Main St.
Ripley, MS 38663
(662) 837-7633

## TISHOMINGO COUNTY

Richard O. Clark
P.O. Box 319
Iuka, MS 38852
(662) 423-5227

Christy Williams
915 Battleground Dr.
Iuka, MS 38852
(662) 423-1006

## TUNICA COUNTY

Bard E. Selden, Jr.
P.O. Box 68
Tunica, MS
(662) 363-3622

Ann Wheeler
P.O. Box 1627
Tunica, MS 38676
(662) 363-1100

## UNION COUNTY

Frederick R. Rogers
P.O. Box 803
New Albany, MS 38652
(662) 534-2245

Susanne Beatty
P.O. Box 209
Pontotoc, MS 38863
(662) 489-3936

## WALTHALL COUNTY

Conrad Mord
P.O. Drawer 311
Tylertown, MS 39667
(601) 876-2611

## WARREN COUNTY

H. Gerald Hoseman
P.O. Box 244
Vicksburg, MS 39181

37

(601) 638-8026

## WASHINGTON COUNTY

Vernita King Johnson
P.O. Box 816
Greenville, MS 38702-0816
(662) 334-2657

Marketa Nash
P.O. Box 816
Greenville, MS 38702-0816
(662) 334-2657

## WAYNE COUNTY

John Gunn
P.O. Box 1154
Waynesboro, MS 39367
(601) 735-3440

## WEBSTER COUNTY

Buchanan Meek, Jr.
P.O. Box 555
Eupora, MS 39744
(662) 258-3521

Reeti M. Reuhi
114 Hwy. 9 North
Eupora, MS 39744
(662) 258-3090

## WILKINSON COUNTY

Hillery Eugene Horne, Jr.
P.O. Box 100
Centreville, MS 39631
(601) 645-5561

Katrina Hunter
P.O. Box 516
Woodville, MS 39669
(601) 888-4381

## WINSTON COUNTY

Edward C. Prisock
P.O. Box 430
Louisville, MS 39339
(662) 773-5811

## YALOBUSHA COUNTY

Ben F. Horne
410 N. Main St.
Water Valley, MS 38965
(662) 473-1666

## YAZOO COUNTY

Hudson L. Thomas
P.O. Box 296
Yazoo City, MS 39194
(662) 746-5214

Michael Suttlar
P.O. Box 124
Yazoo City, MS 39194
(662) 746-6234

Wade Woods
P.O. Box 296
Yazoo City, MS 39194
(662) 746-0019

Buddy Passons
P.O. Box 296
Yazoo City, MS 39194
(662) 746-0019

## CITY OF PEARL MUNICIPAL YOURT COURT

Jane A. Perdue
P.O. Box 6011
Pearl, MS 39288
(601) 939-2866

Douglas Rawson
3350 Hwy. 468
Pearl, MS 39288
(601) 932-5766

*Current and former foster children, foster parents, and adoptive parents of children in DFCS custody, and Foster Parent Association representatives, including:*

Becky Watkins
Mississippi Foster Parent Association
115 Glynn Ave.
Quitman, MS 39355
(601) 776-5245

Margie Shelton
F.A.C.E. Adoption Support Group for North Mississippi
Box 728
Booneville, MS 38829

Melissa Boykin
South Mississippi Foster Parents Association
PO Box 919
Escatawpa, MS 39552
(228) 990-4336

Janice Huff
North American Council on Adoptable Children
5722 Michelle Ray Street
Jackson, MS 39209
(601) 853-5684

Dianne and Jerry Gore
Mississippi Adoption Foster Parent Group
P.O. Box 4055
Brandon, MS  39047

Duane C. Powell
Southwest Mississippi Adoption Support Group
27 Guitar Lane
Foxworth, MS 39483

*Current and former private contract providers or personnel of private contract agencies who contract with DFCS to provide services and/or placement (including adoptive placement) to abused and neglected children whom a Mississippi Youth Court has deemed to be in need of out-of-home-placement, including:*

Sheila Davis
Lee County Families First

425 Magazine Street
Tupelo, MS 38801
(662) 844-0013

Belvia Giachelli
Lee County Families First
425 Magazine Street
Tupelo, MS 38801
(662) 844-0013

Linda Raff
Executive Director, Catholic Charities
530 George Street
Jackson, MS 39202
(601) 960-8493

Rev. Ed Theiss
Executive Director, United Methodist Ministry
 to Children and Families
P.O. Box 2589
Madison, MS 39130-2589
(601) 853-5014

Rev. Horace Buckley
Executive Director, Center for Family Life Extension
P.O. Box 1188
Starkville, MS 39209
(601) 354-9948

Michael Blaylock
Program Director, Community Counseling Services
302 N. Jackson Street
Starkville, MS 39759
(662) 324-9318

Martha Wallace
Coordinator, Parkview Home for Youth
451 Cooper Street
West Point, MS 39773
(662) 494-8399

Carrie Ponder
Executive Director, Hope Village for Children
P.O. Box 26
Meridian, MS 39302
(601) 553-8660

John Nowlin
Director, Millcreek Therapeutic Group Home
P.O. Box 1130
Magee, MS 39111
(601) 849-4221

Jerry Jackson
Program Director, The Ark
1801 N. West St.
Jackson, MS 29202
(601) 355-0077

Linda White
Program Director, Powers Group Home
1654 McClure Road
Jackson, MS 39212
(601) 372-9468

Rev. Edward Felhauer
Executive Director, Saint Francis Academy
P.O. Box 640
Picayune, MS 39466
(601) 798-2418

Mary Mathews
Program Director, Bacot/First Home for Boys
4021 Chicot Street
Pascagoula, MS 39581
(228) 769-0477

Manuel Marshall
Bridgeway Apartments
P.O. Box. 640
Picayune, MS 39466
(601) 799-5750

Shauna Tillman
Clinical Program Director, Harden House
109 Crane Street
Fulton, MS 38843-1573
(662) 862-5315

Marilyn Lewis
Director, The Bridge/Signal Hill Girls Home
250 Old Cain ridge Road

Vicksburg, MS 3918
(601) 636-2700

Roy Drummond
Clinical Program Director, The Bridge/Rowland Home for Boys
2865 Highway 332
Grenada, MS 38901-2175
(662) 226-9905

Sue Cherney
Southern Christian Services for Children and Youth
1900 N. West Street, Suite B
Jackson, MS 39202-1034
(601) 354-0983

Rachael Olmstead
Program Director, P.A.L.S.
5260 Manhattan Road
Jackson, MS 39206
(601) 366-7733

Rev. Ronnie E. Robinson
Executive Director, Baptist Children's Village
P.O. Box. 27
Clinton, MS 39060-0027
(601) 922-2242

James Abraham
Director, Hope Haven Crisis Center
5102 Robinson Road, Ext.
Jackson, MS 39204
(601) 376-0500

Mary Simms-Johnson
Director, Our House Emergency Shelter
942 North Street
Jackson, MS 39205
(601) 355-0161

Christopher Cherney
Executive Director, Mississippi Children's Home Society
P.O. Box 1078
Jackson, MS 39215
(601) 352-7784

Janice Wilder

43

Director, Christians in Action
P.O. Box 9943
Jackson, MS 39206
(601) 353-1942

Kathy Hightower
Executive Director
DeSoto Sunrise Emergency Shelter
P.O. Box 246
(601) 429-3609

Tina Dyess
Director, East Mississippi Children's Shelter
P.O. Box 2413
Meridian, MS 39302
(601) 693-2784

Kathryn McKee
Director, Faith Haven Emergency Shelter
P.O. Box 835
Tupelo, MS 38802
(662) 844-7091

Nancy Fagan
Director, Rhonda Crain Emergency Shelter
4903 Telephone Road
Pascagoula, MS 39567
(228) 762-7370

Annette Mitchell
Executive Director, Northeast MS Emergency Shelter
P.O. Box 1140
Corinth, MS 38834
(601) 286-7745

Sheila Brand
Director, Sally Kate Winters Memorial Children's Home
P.O. Box 1233
West Point, MS 39773
(662) 494-4867

Melodie Cantrell
Director, Mark Mitchell Children's Shelter
206 Tuscaloosa Road
Columbus, MS 39702
(662) 327-5321

Gail Healy
Executive Director, Sunshine Shelter
409 North Union Street
Natchez, MS 39120
(601) 445-2223

Jerry Clayton
Director, Alpha House
Tupelo, MS 38801
(662) 841-9009

Henry Glaze
Associate Executive Director, Baptist Children's Village
Brookhaven, MS 39601
(601) 833-8104

Lorenzo Myers
Franklin Court Group Home
30 Franklin Court
Jackson, MS
(601) 981-5167

Mark Box
Executive Director, DeSoto Sunrise Home for Boys
P.O. Box 246
Hernando, MS 38632
(601) 429-3609

Susan Mah
DeSoto Sunrise Home for Girls
165 La Bauve Street
Hernando, MS
(662) 429-7928

Robert Farris
Palmer Home for Children—Hernando Campus
P.O. Box 929
Hernando, MS 38632
(662) 449-2400

Bob Schwanebeck
Palmer Home for Children—Columbus Campus
P.O. Box 746
Columbus, MS 39703
(662) 328-5704

45

Carrie Ponder
Executive Director, Hope Village for Children
P.O. Box 26
Meridian, MS 39302
(601) 553-8660

Terry Latham
Hope Haven Shelter
P.O. Box 37
Bay St. Louis, MS 39520
(228) 467-7945

Ruthie Zinn
Executive Director, Mercy House Group Home
1313 Country Club Road
Hattiesburg, MS 30401
(601) 582-3475

Nancy Hungerford
Executive Director, Natchez Children's Home
P.O. Box 2028
Natchez, MS 39121
(601) 442-6858

Alfred Moore
Executive Director, New Hope Home for Boys
1340 Higdon Road
Holly Springs, MS 38635
(662) 551-2115

Gwen Grey
Director, Paul's Home for Children
3286 Pleasant Ridge Road
Sturgis, MS 39769
(662) 465-8632

Bonnie Vanzant
Interim Director, Pine Vale Children's Home
1872 A Country Road 700
Corinth, MS 38834
(662) 286-6555

Donnell Allen
Director, School to Work Program
2375 Oakley Road

Raymond, MS 39154
(601) 857-2288

Terry Moore
Executive Director, Sunnybrook Children's Home
P.O. Box 4871
Jackson, MS 39296-4871
(601) 856-6555

Newton Dodson
Executive Director, Sunflower Landing
3000 Highway 49 South
Dublin, MS 38739
(662) 624-4905

Debbie Velie
Executive Director, New Beginnings Maternity Group Home
Route 5, Box 453
Fulton, MS 38843
(662) 842-6752

*Current and Former child welfare advocates, including:*

Rims Barber
Mississippi Human Services Coalition
921 N. Congress
Jackson, MS 39202
(601) 355-47495

Linda West
Mississippi Families for Kids
P.O. Box 829
Ocean Springs, MS, 39566
(601) 360-0591

Mike Sayer
Southern Echo
Greenville, MS
(662) 334-6827

Martha Bergmark
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS 39215-1023
(601) 352-2269

47

Leslie Gross
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS  39215-1023
(601) 352-2269

David Miller
Mississippi Center for Justice
P.O. Box 1023
Jackson, MS  39215-1023
(601) 352-2269

Thomas Wright Teel
Perry, Murr & Teel
2409 14th Street
Gulfport, MS 39501
(228) 863-0092

Sylvia Forster
Petal Association for Families
PO Box 1247
787 South Main, Ste. C
Petal, MS  39465
(601) 582-0909

Maurice Calistro
Choctow Indian Children's Advocacy Center
P.O. Box 6050
Philadelphia, MS 39350
(601) 650-1742

Annette Brealand
Grandparent Support Group
Biloxi, MS
(228) 435-3745

Mary Marion
Bridging the Gap
(662) 841-6841

Michael Adelman
Attorney-at-Law
(601) 544-8292

Margaret Alfonso
Professionals Advocating for Children Together

Harrison County Courthouse
P.O. Drawer CC
Gulfport, MS 39502-0860

Sam Buchanon
Southeast Mississippi Legal Services
Drawer 1728
Hattiesburg, MS 39403
(601) 545-2950

Felinda Funches
Southeast Mississippi Legal Services
Drawer 1728
Hattiesburg, MS 39403
(601) 545-2950

Ken Myers
Southeast Mississippi Legal Services
Drawer 1728
Hattiesburg, MS 39403
(601) 545-2950

Linda Robinson
Central Southwest MS Legal Services
P.O. Box 951
Jackson, MS 39205
(601) 899-0123

Susan Shaw
North Mississippi Rural Legal Services
(601) 843-7080

Ruby White
Northern Mississippi Rural Legal Services
(662) 234-8731

Cheryl James
North Panola Community Resource Development Corporation
(662) 563-6201

Mildred Conley
Concerned Citizens for a Better Tunica County
Post Office Box 2249
Tunica, MS 38676
(662) 363-1228

Ellen Reddy
Citizens for Quality Education
109 Swinney Lane
Lexington, MS 39095
(662) 834-0089

Nsombi Lambright
Executive Director, American Civil Liberties Union of Mississippi
PO Box 2242
Jackson, MS 39225
(601) 355-6464

Janice Wilder
Christians in Action
PO Box 9943
Jackson, MS 39286
(601) 353-1942

Debbie Houck
Northern Mississippi Sexual Assault Resource Center
(662) 280-9111

Warren Yoder, Director
Public Policy Center of Mississippi
403 Mount Vernon Ave.
Jackson, MS 39209
(601) 355-5323

Oleta Garrett Fitzgerald, Southern Regional Director
Children's Defense Fund
Black Community Crusade for Children
2659 Livingston Rd., Ste. 200
Jackson, MS 39213
(601) 321-1966

Fred Johnson
Exchange Club Family Center
(662) 234-4495

Dr. Missy Rowley
University of Southern Mississippi School of Social Work
Box 5114
Hattiesburg, MS 39406-5114
(601) 266-4163

*Current and former medical and mental health professionals who provide care, treatment, and services to abused and neglected children, including but not limited to medical doctors, medical nurses, psychologists, psychiatrists, and mental health facility personnel, including:*

Denise Lee
Aaron E. Henry Community
Health Center
P.O. Box 1216
Clarksdale, MS 38614
(662) 624-2504

Marilyn Sumerford
ACCESS Family Health Services, Inc.
P.O. Box 179
Smithville, MS 38870
(662) 651-4685

Pam Poole
Amite County Medical Services
P.O. Box 511
Liberty, MS 39645
(601) 657-4326

Robert Smith
Central MS Health Services, Inc.
1134 Winter Street
Jackson, MS 39204
(601) 948-5572

Coney Johnson
Claiborne County Family Health Center
P.O. Box 741
Port Gibson, MS 39150
(601) 437-3052

Wilbert Jones
Greater Meridian Health Clinic
2701 Davis Street
Meridian, MS 39301
(601) 483-8803

Joe Dawsey
Greene Area Medical Extenders
P.O. Box 160
Leakesville, MS 39451
(601) 394-2381

51