Dr. Harold Simmons
Grenada Children's Clinic
340 Van Dorn St.
Grenada, MS 38901
(662) 226-0325

Jasmin Chapmin, DDS
Josephine Jackson
Jackson-Hinds Comprehensive Health Center
P.O. Box 3437
Jackson, MS 39207
(601) 362-5321

Shirley Ellis
Jefferson Comprehensive Health Center
P.O. Box 98
Fayette, MS 39069
(601) 786-3475

Martha K. Davis, M.D.
Mallory (Arenia C.) Community Health Center
P.O. Box 479
Lexington, MS 39095
(662) 834-1857

Joe Dawsey
Coastal Family Health Center
P.O. Box 475
Biloxi, MS 39533
(228) 374-2494

Seymour Mitchell
Delta Health Center
P.O. Box 800
Mound Bayou, MS 38762
(662) 741-2151

Melody Byram
East Central Mississippi Health Care
P.O. Box 142
Sebastopol, MS 39359
(601) 625-7199



52

Dr. Margaret A. Gray
Family Health Care Clinic
P.O. Box 6227
Pearl, MS 39288
(601) 825-7893

Gracie Anderson
Wilkinson County Mental Health
PO Box 4 Woodville, MS 39669
(601) 888-3020

Pat Speck, R.N.
Interim Manager
Memphis Sexual Assault Resource Center
(901) 272-2020

Betty Tate Gardner
Choctow Behavioral Health
210 Hospital Circle
Philadelphia, MS 39350
(601) 389-6291

Dr. Ken Whittingston
104 West Railroad Avenue North
Crystal Springs, MS
(601) 894-4661

Shirley Leggett
George County Hospital
P.O. Box 607
Lucedale, MS 39452
(601) 947-3161

Catherine Ratcliffe
Natchez Regional Medical Center
P.O. Box 1488
Natchez, MS 39120
(601) 443-2620

Heidi Bondin
Copiah County Mental Health
1019 Carroll Drive
Hazelhurst, MS 39083
(601) 894-1748

Bobbie Chambliss

53

Regional Mental Health
P.O. Box 624
Port Gibson, MS 39150
(601) 437-8185

Julie Case
Lincoln County Department of Health
(601) 833-3314

Ester Perriman
Region Mental Health
P.O. Box 369
Fayette, MS 39069
(601) 786-8091

Missy O'Keefe
Lisa Wilbourn
Gulf Coast Women's Center
P.O. Box 333
Biloxi, MS 39533
(228) 435-0513

Vicki Revell-Smith
Gulf Coast Mental Health
700 B-Highway 90
Waveland, MS 39576
(228) 467-1881

Dianne Hutchinson
Gulf Coast Women's Center
P.O. Box 333
Biloxi, MS 39533
(228) 436-3809

Amy Sheffield
Memorial Hospital
P.O. Box 1810
Gulfport, MS 39502
(228) 865-3592

Paula Manske Green
Memorial Hospital
P.O. Box 1810
Gulfport, MS 39502
(228) 865-3165

Shelley Foreman
Gulf Coast Mental Health
1600 Broad Ave
Gulfport, MS 39501
(228) 863-1132

Ruth McPhearson
Memorial Behavioral Health
P.O. Box 1810
Gulfport, MS 39502-1810
(228) 867-5202

Dr. William Sorey
University of Misssippi Medical Center
2500 N. State Street
Jackson, MS 39216
(601) 984-2198

Dr. Phillip Meredith
Brentwood Behavioral Healthcare
3531 Lakeland Drive
Jackson, MS 39232
(601) 936-7806

Dr. Lisa Yazdani
Psychological Services
2108 Crossbridge Blvd.
Byram, MS  39272
(601) 372-5374

Jenny Jackson
Spring River Hospital – ER
2809 Denny Ave
Pascagoula, MS 39567
(228) 809-5052

Nancy Magee, LSW
Lincoln County Health Department
P.O. Box 630
Brookhaven, MS 39601
(601) 833-3314

Ellen Lea
Southwest Mississippi Mental Health
P.O. Box 1307
Brookhaven, MS 39602

(601) 833-5386

Jon Jenkins
Southwest Mississippi Mental Health
P.O. Box 1307
Brookhaven, MS 39602
(601) 833-5386

Alice Davis
SW Mental Health
P.O. Box 768
McComb, MS  39649
(601) 249-4227

Stephanie Bullock
SW Mental Health
P.O. Box 768
McComb, MS  39649
(601) 249-4227

Morritee Nena Williams
Region 8 Mental Health
P.O. Box 88
Brandon, MS 39043
(601) 824-0342

Misty Westbrook
Region 8 Mental Health
317 Smith Drive
Mendenhall, MS 39114
(601) 824-4410

Richard McMullan
Region 8 Mental Health
P.O. Box 88
Brandon, MS 39043
(601) 824-0342

Virginia Barlow
Region 8 Mental Health
P.O. Box 88
Brandon, MS 39043
(601) 824-0342

Jean Hoem
Gulf Coast Mental Health

56

211 Hwy 11
Picayune, MS 39466
(601) 798-7011

Valerie Loeschen
Patterns Counseling Center
803 N. 15th Ave.
Laurel, MS
(601) 425-9256

Gracie Anderson
Wilkinson County Mental Health
P.O. Box 4
Woodville, MS 39669
(601) 888-3020

Phillip Cross
Life Help
965 Springhill Rd.
Grenada, MS 38901
(662) 294-0908

*Mandated reporters, such as current and former crisis intervention personnel and education professionals, who are responsible for reporting abuse and neglect of children, including:*

Leah Headings
Director of Counseling and Advocacy Services
Children's Advocacy Center of Northeast Mississippi
P.O. Box 40
Mantachie, MS 38855
(662) 282-4226

Catherine Dixon
Clinical Director
Mississippi Children's Advocacy Center, Inc.
753 North President Street
Jackson, MS 39202
(601) 969-7111

Leigh Johnson
Executive Director
Mississippi Children's Advocacy Center
(601) 992-4404

Terrence Rash
Executive Director

57

Mississippi Delta Children's Advocacy Center
United Family Life Center, Inc.
1101 Dr. Martin Luther King Drive
Cleveland, MS 38734
(662) 843-3097 (Ext. 225)

Ms. Neil Grissom
Executive Director
Wesley House
P.O. Box 1207
Meridian, MS 39302
(601) 485-4736

Bridget Logan
Executive Director
South Central Mississippi Child Advocacy Center
402 Central Avenue, Suite 306
Laurel, MS 39441
(228) 686-8686

Tomiko Mackey
Executive Director
Family Crisis Services of Northwest Mississippi, Inc
P.O. Box 1698
Oxford, MS 38655
(662) 234-9929

Bente Hess
Executive Director
The Southwest Mississippi Children's Advocacy Center
P.O. Box 7283
McComb, MS 39649
(601) 684-4009

Renee Cavin
Guardian Sexual Assault Center
126 South Commerce St.
Natchez, MS 39120

Carole Seale
Adolescent Offender Program
P.O. Box 18392
Natchez, MS 39122
(601) 445-7953

Becky Sims

58

Domestic Abuse Family Shelter
P.O. Box 273
Laurel, MS 39441
(601) 428-1707

Toya Nix
Sexual Assault Crisis
P.O. Box 10016
Hattiesburg, MS 39406
(601) 264-7777

Linda Berry
Rankin County Children's Advocacy Committee
(601) 366-1512

Paula Broome
Family Violence and Victim Services
P.O. Box 6010
Philadelphia, MS 39350
(601) 650-1775

Julia Phelps
Crisis Intervention
P.O. Box 121
Canton, MS 39046
(601) 855-5565

Tressa Eide
Mississippi Families as Allies for Children's Mental Health
5166 Keele St., Suite B-100
Jackson, MS 39206
(601) 981-1618

Christina Bach
Rape Crisis
741 North State Street
Jackson, MS 39202
(601) 355-8634

Wendy Seals
South Central Resource Center
150 W Court Street
Mendenhall, MS 39114
(601) 847-5357

Donna Conner

Natchez School District psychologist
PO Box 1188
Natchez, MS 39121
(601) 445-2842

Deborah Sanford
Harrison County school psychologist
2010 15th St.
Gulfport, MS 38514
(228) 865-4703

Ginger Hurd
Crystal Springs Elementary
213 East Newton St.
Crystal Springs, MS 39059
(601) 892-4795

Wanda Glisson
Magee Elementary
410 8th Street
Magee, MS 39111
(601) 849-3601

Dale Simon
Simpson County Schools
150W Court Ave
Mendenhall, MS 39114
(601) 847-3015

Henry Rath
Stone County Schools
214 Critz Street
Wiggins, MS 39577
(601) 928-7247

Penny King
Jackson County Schools
12210 Colonel Vickrey Rd.
Vancleave, MS 39565
(228) 875-7568

Hank Bounds
Pascagoula Separate School
1006 Community Ave
Pascagoula, MS 39568
(228) 938-6491

Ms. Charla
Raleigh Elementary School
P.O. Box 189
Raleigh, MS 39153
(601) 782-9507

Anita Lee
Lauderdale County Schools
9916 West Lauderdale Rd.
Collinsville, MS 39325
(601) 737-2279

Elizabeth Husband
Harrison County School Counselor
2010 15th St.
Gulfport, MS 38501
(228) 865-4714

Bobbie Dunn
Simpson County School Counselor
300 1st St.
Magee, MS 39111
(601) 849-3372

Diana Scheidel
Lauderdale County School Counselor
601 59th Ave.
Meridian, MS 39307
(601) 484-4983

Candie Murphy
Harrison County Special Education
2010 15th St.
Gulfport, MS 39501
(228) 865-4649

Annie Patterson
Adams County School counselor
10 Homochittoto St.
Natchez, MS 39121
(601) 445-2800

*Current and former participants in the Court Appointed Special Advocate Programs of Mississippi, including:*

Kelley Baleyev
Director, Hancock County CASA
(228) 466-4707

Liz Taylor
Director, Rankin County CASA
(601) 825-5745

Floy Graves
Director, Lee County CASA
(601) 824-7331

Pattie C. Hendricks
Director, Bolivar County CASA
(662) 846-6394

Kathy Best
Former Director, Jackson County CASA
KidCare America
(228) 392-6279

Merideth Thurman
Director, CASA Mississippi, Inc.
(601) 352-5275

Amelia Davis
Director, Hinds County CASA
(601) 371-0451

Allison Sharpe
Director, Jones and Jasper Counties CASA
(601) 428-8898

Rex E. Mohon
Director, Franklin County CASA
(601) 384-3667

Ronnie Teater
Director, Simpson County CASA
(601) 847-4360

Manfred Eidt
Director, Adams County CASA
(601) 304-7863

Russlyn Castle

62

Director, Forrest County CASA
(601) 584-6424

Shaheena Haque
Director, Warren County CASA
(601) 634-0557

Pat Gavin
Coordinator, Clay County CASA
(662) 494-6555

*Persons currently or formerly appointed to serve as Guardians ad Litem for children in DFCS custody, including:*

Penny Jones Alexander
P.O. Box 915
(601) 545-8348

Brian Alexander
Hancock County, MS
(228) 467-4675

Rhonda Allred
P.O. Box 59
Booneville, MS 38829
(662) 728-9453

Cecelia Arnold
P.O. Box 791
Laurel, MS 39441
(601) 425-1957

H. Lee Bailey, Jr.
P.O. Box 133
Winona, MS 38967
(662) 283-1177

Stephen Bailey
P.O. Box 7326
Tupelo, MS 38802
(662) 844-6040

Wade M. Baine
P.O. Box 7017
Gulfport, MS 39506

(228) 865-7000

Bill J. Barnett
125 S. Congress St. Ste. 1308
Jackson, MS 39201
(601) 355-4115

Harvey Barton
3007 Magnolia St.
Pascagoula, MS 39567-4121
(228) 769-2070

Gene Barton
P.O. Box 1019
Pontotoc, MS 38863
(662) 489-4204

M.A. Bass, Jr.
P.O. Box 712
Hazlehurst, MS 38863
(601) 894-5336

Dewitt T. Bates, Jr.
P.O. Box 122
McComb, MS 39659
(601) 684-4414

Darryl C. Baughn
4530 Kings Hwy.
Jackson, MS 39206
(601) 359-4872

Dawn Newman Beam
Forrest County, MS
(601) 544-7343

Greg E. Beard
P.O. Box 285
Booneville, MS 38829
(662) 720-8340

Dale Beavers
P.O. Box 15082
Hattiesburg, MS 39404
(601) 296-0420

64

Brent M. Brickham
P.O. Box 306
Pascagoula, MS 39568
(228) 769-2889

Deedy Boland
P.O. Box 1418
Tupelo, MS 38802
(662) 840-1079

Linda Boozer
P.O. Box 692
Pascagoula, MS 39568-0692
(228) 762-6332

Raymond O. Boutwell, Jr.
P.O. Box 852
Brookhaven, MS 39602
(601) 833-6577

Debra Pace Branan
170 West Center St.
Hernando, MS 38632
(662) 449-4800

Mary Lee Brown
P.O. Box 276
Hernando, MS 38632
(662) 429-5277

Monique Bordelon Brown
405 Tombigbee St.
Jackson, MS 39201
(601) 969-0900

William A. Brown
P.O. Box 276
Hernando, MS 38632
(601) 429-5277

Thad Buck
P.O. Box 163
West Point, MS 39773
(662) 494-5200

Felicia Dunn Burkes

P.O. Box 816
Gulfport, MS 39502-0816
(228) 863-2443

Patsy A. Bush
P.O. Box 771
Hazlehurst, MS 39083
(601) 894-2327

Robbie A. Byers
346 A North Spring St.
Tupelo, MS 38804
(662) 842-8511

Robert W. Byrd
P.O. Box 122
McComb, MS 39659
(601) 684-4414

M. Collier Carlton
P.O. Box 429
Holly Springs, MS 38635
(662) 252-3313

Danny K. Clearman
P.O. Box 85
Decatur, MS 39327
(601) 635-3432

Peter Cleveland
B 53rd Street Circle
Gulfport, MS
(228) 868-5461

Mark A. Cliett
P.O. Box 1463
West Point, MS 39773-1463
(662) 494-4999

Joey M. Cobb
P.O. Box 773
Iuka, MS 38852
(662) 424-0040

Cecelia Cook
406 S. Jackson St.

66

Starkville, MS 39759
(662) 324-0219

Leigh Ann Darby
216 South Ward Street
Senatobia, MS 38688
(662) 562-0013

Amelia Davis
P.O. Box 59452
Jackson, MS 39584
(601) 371-0451

Clayton Davis
231 Greensview Dr.
Brandon, MS 39047
(601) 857-3305

Timothy E. Ervin
P.O. Box 816
Aberdeen, MS 39730
(662) 369-8518

Kelly Faris
4 Tyler Cove
Hattiesburg, MS 39201
(601) 271-2285

Catherine L. Farris
P.O. Box 858
Greenville, MS 38701
(662) 335-8203

Joseph A. Fernald, Jr.
217 S. Railroad Ave.
Brookhaven, MS 39601
(601) 833-1121

Tina Holcombe Ferrell
400A South Jefferson St
Macon, MS 39341
(662) 726-9989

Nancy Garrison
109 N. Commerce St.
Natchez, MS 39120

67

(601) 445-5698

D. Scott Gibson
P.O. Box 208
Gulfport, MS 39502
(228) 863-0900

John M. Gilmore
P.O. Box 151
Durant, MS 39063
(662) 653-3030

K. Maxwell Graves, Jr.
P.O. Box 607
Meadville, MS 39653
(601) 384-2733

Karen H. Haarala
1303 Heidenheim Dr.
Pascagoula, MS 39581
(223) 696-0351

Shelton Hand
151 E. Griffith St.
Jackson, MS 39201
(601) 925-7100

Kathleen Harbour
400 Laurel St.
Summit, MS 39666
(601) 248-6122

C. Joy Harkness
P.O. Box 271
Durant, MS 39063
(662) 653-0000

Jennifer Sekul Harris
P.O. Box 510
Pascagoula, MS 39568
(228) 696-0228

Melissa Harrison
104 Main St.
Ripley, MS 38663
(662) 837-7633

68

Constance Slaughter Harvey
P.O. Box 88
Forest, MS 39074
(601) 469-0990

Steve Headrick
849 Hwy. 11
Petal, MS 39465
(601) 584-7263

Leroy Henderson, Jr.
P.O. Box 351
Booneville, MS 38829
(662) 720-1133

Deborah K. Hester
600 E. Railroad St., Ste. C
Long Beach, MS 39560
(228) 863-7363

Mike Hill
1914 24th Ave.
Gulfport, MS 39501
(228) 868-1013

Mark Holmes
P.O. Box 1128
McComb, MS 39649
(601) 249-3112

Rolfe L. Hunt, Jr.
65 Groves Lane
Stafford, VA 22554-1855
(540) 659-4422

Wendell Hutchinson
5305 Executive Place, Ste. A
Jackson, MS 39206
(601) 981-8207

Jerry Jackson
2125 Friendship Dr.
McComb, MS
(601) 249-7067

Robert T. Jackson, Jr.
P.O. Box 15517
Hattiesburg, MS 39404-5517
(601) 264-3309

L. C. James
P.O. Box 2623
Ridgeland, MS 39158-2623
(601) 952-0050

Katie Jewel
2535 Hwy. 51 South
Hernando, MS 38632
(662) 429-7888

Jeff Johns
P.O. Box 59452
Jackson, MS 39284
(601) 371-0451

Leon Johnson
35 First Street
Grenada, MS 39284

Tarik O. Johnson
35 First Street
Grenada, MS 39284

Patricia B. Judice
317 E. Scenic Dr.
Pass Christian, MS 39571
(228) 452-0103

Harold Jumper
4155 345
Pontotoc, MS 38863
(662) 489-3952

Shirley Kennedy
611 Old Agency Road
Ridgeland, MS 39303
(601) 853-900

Leigh Ann Key
P.O. Box 3707
Meridian, MS 39303

70

(601) 693-0959

Karen L. King
1773 Popps Ferry Rd., J23
Biloxi, MS 39532
(228) 769-3344

Kiley Catledge Kirk
P.O. Box 387
Philadelphia, MS 39350
(662) 773-6686

Jeff Kingfuss
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3811

David Lambert
P.O. Box 359
West Point, MS 39773
(662) 494-3311

Edward D. Lancaster
P.O. Box 688
Houston, MS 38851
(662) 456-2061

Mary Langenbacker
P.O. Box 1386
Biloxi, MS 39533
(228) 374-4160

Lucille Latta
1010 Monroe, Apt. 11A
Grenada, MS 38901
(601) 226-1042

Ann C. Lazzara
P.O. Box 300
Waveland, MS 39576
(228) 467-4737

J. D. Lee
P.O. Box 719
Biloxi, MS 39533
(228) 374-9555

71

V. Denise Lee
178 Main St., Ste. 201
Biloxi, MS 39530
(228) 374-2685

Mildred J. LeSure
P.O. Box 541
Senatobia, MS 38668
(662) 560-0089

John Long
501 CR 683
Saltillo, MS 38866
(662) 869-5584

David L. Love
P.O. Box 8652
Jackson, MS 39284
(601) 372-8857

Joe R. Lovelady, Sr.
P.O. Box 1481
Oxford, MS 38655-1481
(601) 234-3340

Jason Mangum
P.O. Box 85
Decatur, MS 39327
(601) 635-5914

Angela Marshall
1909 Robinson Street
Jackson, MS 39209
(601) 969-5883

Patricia Marshall
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-4243

Linda S. Martin
P.O. Box 59452
Jackson, MS 39284
(601) 371-0451

72

William L. Maxey
P.O. Box 5010
Grenada, MS 38901
(662) 226-4080

Sarah A. McCormick
738 West 5th Street
Laurel, NY 39440
(601) 428-4545

Kent McDaniel
P.O. Box 1599
Brandon, MS 39043
(601) 825-1474

John G. McDonnell
P.O. Box 1599
Brandon, MS 39043
(228) 432-7092

Kim D. McGuire
124th George Ave
Biloxi, MS 39530
(228) 374-7640

F. E. McRae III
505 21 Avenue
Meridian, MS 39301
(601) 693-0226

Jane Stroble Miller
P.O. Box 1466
Meridian, MS 392302
(601) 482-0337

Jimmy L. Miller
P.O. Box 209
Marks, MS 38646-0209
(601) 326-4223

Richard L. Miller
2721 26th Ave.
Gulfport, MS 39501
(228) 864-4600

Kelly L. Mims

73

P.O. Box 826
Tupelo, MS 38802-0826
(662) 840-4900

Mary Austin Monteith
6928 Cobblestone Dr.
Suite 100
Southaven, MS 38671
(662) 890-7575

James D. Moore
326 N. Broadway
Tupelo, MS 38802
(662) 842-1617

Peggy Mullins
4 Duff St
Columbia, MS 39429
(601) 736-7807

Timothy L. Murr
P.O. Box 359
Gulfport, MS 39502
(228) 863-0092

Pamela Loper Nelson
P.O. Box 377
Perkinston, MS 39573
(601) 928-9942

Carol Noblitt
3606 Crobsy Ave.
Pascagoula, MS 39581
(228) 769-5114

Lisa Nored
University of Southern Mississippi School of Criminal Justice
PO Box 5127
Hattiesburg, MS 39406
(601) 266-4509

Ann Odom
P.O. Box 180
Amory, MS 38821
(662) 256-3438

Robert E. O'Dell
P.O. Box 1291
Pascagoula, MS 39568-1291
(228) 762-1506

Anne Marie Parker
P.O. Box 1324
Batesville, MS 38606
(662) 563-9625

William A. Pate
2017 20th Ave.
Gulfport, MS 39501
(228) 864-3489

Brad Peeples
P.O. Box 201
Coffeville, MS 38922
(662) 675-2100

Adrienne C. Phillips
P.O. Box 566
Iuka, MS 38852
(662) 423-1989

Nicholas B. Phillips
P.O. Box 566
Iuka, MS 38852
(662) 423-1989

Elizabeth M. Phipps
7293 Clinton-Tinnin Rd
Jackson, MS 39209
(601) 924-4428

Rebecca Coleman Phipps
P.O. Box 992
Corinth, MS 38835-0992
(662) 286-9211

Marcus P. Pittman, Jr.
P.O. Box 1654
Pascagoula, MS 39568
(228) 769-7817

Johnny W. Pope

P.O. Box 329
Carthage, MS 39051
(601) 267-5636

Joan Perkins Potter
1909 Robinson Road
Jackson, MS 39209
(601) 696-5882

Ashley Powell
P.O. Box 1371
Natchez, MS 39121
(601) 304-7864

M. Channing Powell
P.O. Box 4253
Gulfport, MS 39502
(228) 864-5321

Jack G. Price
P.O. Box 461
McComb, MS 39649
(601) 249-2156

R. Paul Randall, Jr.
P.O. Box 1017
Woodville, MS 39669
(601) 888-3102

William E. Ready
P.O. Box 927
Meridian, MS 39302
(601) 693-6678

Gertrude A. Reid
P.O. Box 1925
Corinth, MS 38835-1925
(662) 287-6772

Thomas Richardson
120 East Jefferson
Kosciusko, MS 39090
(662) 289-1087

James L. Roberts, Jr.
P.O. Box 485

Pontotoc, MS 38863-0487
(662) 489-1701

Keith Roberts
1109 Jackson Ave.
Pascagoula, MS 39567
(228) 762-6088

Helen Robinson
P.O. Box 818
Holly Springs, MS 38635
(662) 252-8903

Charliene Roemer
P.O. Box 211
Biloxi, MS 39533
(228) 374-1747

Sherri Rowlett
P.O. Box 1078
Jackson, MS 39215
(601) 969-3758

Regan Russell
P.O. Box 909
New Albany, MS 38652
(662) 534-6333

Tina M. Scott
P.O. Box 167
Houston, MS 38851
(662) 456-4201

John Shirley
P.O. Box 5426
Pearl, MS 39288
(601) 939-1289

James C. Smallwood, III
P.O. Box 1317
Gulfport, MS 39502
(228) 864-6092

Donna Smith
5060 Meadow Oaks Park Dr
Jackson, MS 39211

(601) 978-3639

Gerard F. Smith
P.O. Box 894
Gulfport, MS 39502
(228) 864-4357

Jovaunda L. Smith
P.O. Box 1208
Jackson, MS 39215-1208
(601) 355-2000

Kristi Smith-Miller
P.O. Box 24146
Jackson, MS 39225
(601) 948-3200

Patricia P. Smith
P.O. Box 589
Vicksburg, MS 39180
(601) 634-1802

Faye Spayde
116 East 3rd St.
Long Beach, MS 39560
(228) 863-8675

Mary-Catherine Starrett
188 E. Capitol St.
Jackson, MS 39201
(601) 973-2817

Minor C. Summers
1907 Dunbarton Dr.
Jackson, MS 39216
(601) 362-8059

Jason E. Tate
P.O. Drawer 1247
McComb, MS 39648
(601) 684-4470

D. Kirk Tharp
P.O. Box 496
Tupelo, MS 38802-0496
(662) 844–2137

Jerry Tidwell
815 42nd St. S.W.
Paris, TX 75460
(903) 784-4479

Virginia M. Todd
P.O. Box 22949
Jackson, MS 39225
(601) 960-8400

Elizabeth Treadway
P.O. Box 613
Olive Branch, MS 38654
(662) 895-8170

Mary Jane Turner
P.O. Box 180244
Richland, MS 39218
(601) 936-4180

Jeffrey A. Varas
P.O. Box 886
Hazelhurst, MS 39083
(601) 894-4088

Brian VonderBruggee
P.O. Box 478
Bay St Louis, MS 39520
(228) 493-3823

Matt Walker
P.O. Box 265
Jackson, MS 39205
(601) 362-2459

Robert O. Waller
P.O. Box 265
Jackson, MS 39205
(601) 354-5252

Tracy Hodges Walley
709 Hardy St.
Hattiesburg, MS 39401
(601) 582-4300

William C. Walter
P.O. Box 23546
Jackson, MS 39225-3546
(601) 939-8900

George W. Weaver
P.O. Box 604
Winona, MS 38967
(662) 283-4276

Pamela Wescovich
19009 Pineville Rd.
Long Beach, MS 39560
(228) 864-8228

Vicki A. Wesson
P.O. Box 1481
Tupelo, MS 38802
(662) 841-0636

Angelique C. White
P.O. Box 660
Gulfport, MS 39502
(228) 863-8861

Carroll E. White
211 Enoch Ave.
Tupelo, MS 38801
(662) 842-9664

Patricia Willis
P.O. Box 128
Bay St. Louis, MS 39520
(228) 467-6515

Eddie C. Williams
P.O. Box 310
Pascagoula, MS 39568
(228) 762-7001

James E. Williamson
P.O. Box 804
Meridian, MS 39302
(601) 693-6461

Herbert W. Wilson

P.O. Box 7017
Gulfport, MS 39506
(228) 865-7000

Vanessa A. Winkler
7193 Swinnea Rd. A
Southaven, MS 38671
(662) 349-6900

Sidra P. Winter
P.O. Box 7237
Tupelo, MS 38802
(662) 844-5579

Edwin Woods, Jr.
1120 Jackson St.
Vicksburg, MS 39180
(601) 638-8299

*Current and former employees of the U.S. Department of Health and Human Services,
Administration for Children and Families, Children's Bureau, or other federal entities,
including:*

Carlis V. Williams
ACF, Region IV Director
Atlanta Federal Center
61 Forsyth Street SW
Suite 4M60
Atlanta, GA 30303
(404) 562-2900

Carola Pike
ACF, Region IV
Atlanta Federal Center
61 Forsyth Street SW
Suite 4M60
Atlanta, GA 30303
(404) 562-2900

Carol Osborne
ACF, Region IV
Atlanta Federal Center
61 Forsyth Street SW
Suite 4M60
Atlanta, GA 30303
(404) 562-2900

81

Eugene Roth
ACF, Region IV Grants Officer
Atlanta Federal Center
61 Forsyth Street SW
Suite 4M60
Atlanta, GA 30303
(404) 562-2900

Kris Sahonchik
National Child Welfare Resource Center for Organizational Improvement
PO Box 15010, 400 Congress Street
Portland, ME 04112
(207) 780-5810

Beth Frizsell
National Child Welfare Resource Center for Organizational Improvement
PO Box 15010, 400 Congress Street
Portland, ME 04112
(207) 780-5810

Lynda Arnold
National Child Welfare Resource Center for Organizational Improvement
PO Box 15010, 400 Congress Street
Portland, ME 04112
(207) 780-5810


*Persons participating in the Mississippi State Citizen Review Board, including both employees and volunteers, including:*

Chris Cherney
Mississippi Children's Home Society
Executive Director, Mississippi Children's Home Society
P.O. Box 1078
Jackson, MS 39215
(601) 352-7784

Michael Forster
University of Southern Mississippi, School of Social Work
P.O. Box 5114
Hattiesburg, MS 39406
(601) 266-4164

Jane Boykin

82

Mississippi Forum on Children and Families
737 North President St.
Jackson, MS 39202
(601) 355-4911

Patti Marshall
Office of Attorney General
Carroll Gartin Justice Building
450 High Street
Jackson, MS 39201

Sandra Parks
Department of Mental Health
1101 Robert E. Lee Building
239 N. Lamar Street
Jackson, MS 39201

Shirley Kennedy
Mississippi College School of Law
151 East Griffith Street
Jackson, MS 39201
(601) 925-7100

Angela Robertson
Social Science Research Center, Mississippi State University
P.O. Box 5287
103 Research Park
Mississippi State, MS  39762-5287
(662) 325-7127

Ruth Williams
Jackson State University
3825 Ridgewood Road
Jackson, Mississippi 39211
(601) 432-6832

Kim Shackelford
University of Mississippi, Department of Social Work
231 Hume Hall
P.O. Box 1848
University, MS 38677-1848
(662) 915-7336

Chunda Longino
Project Homestead, Hinds County
Current address unknown

Butch McMillan
Executive Director, Mississippi Department of Rehabilitation Services
P.O. Box 1698
Jackson, MS 39215-1698

Malcolm McMillin
Hinds County Sheriff
407 E Pascagoula
Jackson, MS 39215
(601) 974-2900

Kathy Triplett
DFCS
750 North State Street
Jackson, MS 39202

Gail Young
DFCS
750 North State Street
Jackson, MS 39202

*Other contributors to the DCFS Child and Family Services Review Statewide Self Assessment, including:*

Rusty Barnett
Mississippi Band of Choctaw, Social Services
P.O. Box 6050
Philadelphia, MS 39350
(601) 650-1742

Maurice Calistro
Mississippi Band of Choctaw, Social Services
P.O. Box 6050
Philadelphia, MS 39350
(601) 650-1742

Angela Griffin
Catholic Charities
530 George Street
Jackson, MS 39202
(601) 960-8493

Liam Mulligan
Sunnybrook Children's Home
P.O. Box 4871

84

Jackson, MS 39296-4871
(601) 856-6555

Beth Frizsell
National Child Welfare Resource Center for Organizational Improvement
PO Box 15010, 400 Congress Street
Portland, ME 04112
(207) 780-5810

Steven Priester
National Child Welfare Resource Center for Family-Centered Practice
1150 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 638-7922

Donna Hornsby
National Child Welfare Resource Center for Family-Centered Practice
1150 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 638-7922

Denetra Taylor
Youth Villages
P.O. Box 341154
Memphis, TN 38184
(901) 252-7600

Linda Lockhart
Mississippi Families for Kids
P.O. Box 829
Ocean Springs, MS, 39566
(601) 360-0591

Sue Cherney
Southern Christian Services for Children and Youth
1900 N. West Street, Suite B
Jackson, MS 39202-1034
(601) 354-0983

Mildred Williams
Stepping Stones
Current address unknown

*Current and former members of the Interagency State Level Case Review Team, including:*

85

BeeJee Dickson, Coordinator
Mississippi Families as Allies for Children's Mental Health
5166 Keele Street, Suite B-100
Jackson, MS 39206
(601) 981-1618

Nancy Vaughn
Mississippi Families as Allies for Children's Mental Health
5166 Keele Street, Suite B-100
Jackson, MS 39206
(601) 981-1618

Ann Sims
Department of Health
570 East Woodrow Wilson Drive
Jackson, MS 39216

Sandra McClendon
Department of Mental Health
1101 Robert E. Lee Building
239 N. Lamar Street
Jackson, MS 39201

Patty Horton
Department of Vocational Rehabilitation
P.O. Box 1698
Jackson, MS 39215-1698

Barbara David
Department of Education
P.O. Box 771
359 North West Street
Jackson, MS 39205
(601) 359-3513

Dennis Perkins
MDHS Division of Youth Services
750 North State Street
Jackson, MS 39202

Wanda Gillom
DFCS
750 North State Street
Jackson, MS 39202

86

Willie Blackmon
MDHS Division of Youth Services
750 North State Street
Jackson, MS 39202

Patti Marshall
Attorney General's Office
Carroll Gartin Justice Building
450 High Street
Jackson, MS 39201

Dwayne Nelson
Department of Mental Health
1101 Robert E. Lee Building
239 N. Lamar Street
Jackson, MS 39201

Kristi Plotner
Division of Medicaid
Suite 801, Robert E. Lee Building
239 North Lamar Street
Jackson, MS 39201

Vicki Stevenson
DFCS
750 North State Street
Jackson, MS 39202

Gail Young
DFCS
750 North State Street
Jackson, MS 39202

7.    Below is a list of documents, data compilations, and tangible things in the possession of
      Plaintiffs that Plaintiffs may use to support their claims.

      (a) Reports and memoranda by, and statements and/or admissions of, the Defendants
          concerning the provision of care, placements, and services to the putative Class
          members:

          1.    CWLA State Child Welfare Survey, February 5, 2002

          2.    Mississippi Department of Human Services Annual Report, Fiscal Year
                2000

87

3.     Direct Services Cases by County report, August 2002

4.     State of Mississippi Child Safety Profile, March 27, 2002

5.     Correspondence:

     i.     Letter from Sue Perry to Gov. Ronnie Musgrove re: Resignation, dated May 8, 2002

     ii.     Letter from Carol Osborne, ACF, to Janice Broome Brooks re: Concerns regarding status of MDHS programs, dated May 8, 2002

     iii.     Memorandum from Sue Perry to Thelma Brittain re: Personnel Actions, dated February 5, 2001

     iv.     Memorandum from Sue Perry to Thelma Brittain re: Personnel Actions/Crisis Situation, dated February 13, 2001

     v.     Memorandum from Cornelius Powell to Thelma Brittain re: Employee Complaint, Hinds County Family and Children's Services, dated February 7, 2001

     vi.     Letter from Judge Michael Ward, Harrison County Youth Court, to Sue Perry re: shortage of social workers, dated January 26, 2001

     vii.     Letter from Betty Spencer, Harrison County Coalition for Families and Children's Services re: shortage of social workers, to Janice Broome Brooks, dated January 22, 2001

     viii.     Memorandum from Sue Perry to Thelma Brittain re: Social Worker Shortage in State, dated March 20, 2001

     ix.     Memorandum from Sue Perry to Thelma Brittain re: DFCS Staff Concerns, dated May 2, 2001

     x.     Memorandum from Sue Perry to Thelma Brittain re: Personnel Actions—Urgent, dated June 14, 2001

     xi.     Memorandum from Sue Perry to Thelma Brittain re: Abolishment of 26 + 13 PINs (100% TANF Funded), dated June 25, 2001

     xii.     Memorandum from Sue Perry to Thelma Brittain re: Weekly Significant Activities Report (June 21, 2001 through June 27, 2001), dated June 27, 2001

xiii.  Memorandum from Sue Perry to Thelma Brittain and Joe Bennett re: MDHS County Visits, dated July 12, 2001

xiv.  Memorandum from Sue Perry to Thelma Brittain re: Hiring Needs, dated July 18, 2001

xv.  Memorandum from Sue Perry to Thelma Brittain re: Needs Assessment, dated July 19, 2001

xvi.  Memorandum from Sharon Worley to Kathy Triplett re: Status of Reviews Being Completed, dated August 1, 2001

xvii.  Letter from Chancellor Hollis McGehee, Amite County, to Janice Broome Brooks, re: Social Worker—Amite County, dated August 24, 2001

xviii.  Letter from Judge Michael Ward, Harrison County Youth Court to Janice Broome Brooks re: shortage of social workers, dated August 27, 2001

xix.  Letter from Attorney General Mike Moore to Janice Broome Brooks re: concern relative to hiring freeze, dated August 27, 2001

xx.  Memorandum from Gail Young to Gloria Thornton and Teresa Jackson re: Independent Living Grant, dated September 12, 2001

xxi.  Letter from Judge Mills Barbee, DeSoto County, to Janice Broome Brooks re: DeSoto County Office of the Department of Human Services Family and Children Services, dated September 26, 2001

xxii.  Letter from Judge Mills Barbee, DeSoto County, to Janice Broome Brooks re: DeSoto County Office of the Department of Human Services Family and Children Services, dated October 4, 2001

xxiii.  Letter from Judge Mills Barbee, DeSoto County, to Janice Broome Brooks re: DeSoto County Office of the Department of Human Services Family and Children Services, dated October 9, 2001

xxiv.  Memorandum from Sue Perry to Sandra Maddox re: Personnel Actions, dated November 5, 2001

xxv.  Memorandum from Sue Perry to Thelma Brittain re: Weekly Significant Activities Report (November 1, 2001 through November 7, 2001), dated November 7, 2001

xxvi.  Memorandum from Sue Perry to Thelma Brittain re: Fair Hearing Officer, dated December 6, 2001

xxvii.  Letter from Judge Mills Barbee, DeSoto County, to Gov. Ronnie Musgrove re: Mississippi Department of Human Services, Division of Family and Children Services Division of Youth Services, dated December 4, 2001

xxviii.  Memorandum from Tammy Miller to Sue Perry re: Decline in Licensed Foster Homes, dated January 14, 2002

xxix.  Memorandum from Margaret Duncan to Sue Perry re: Harrison County Assignments, dated January 22, 2002

xxx.  Memorandum from Sue Perry to all DFCS Staff re: Change in Practice, dated March 4, 2002

xxxi.  Letter from Professionals Advocating for Children Together (PACT) to Janice Broome Brooks re: shortage of social workers, dated March 28, 2002

xxxii.  Letter from PACT to Janice Broome Brooks re: shortage of social workers, dated March 21, 2002

xxxiii.  Memorandum from Sue Perry to Thelma Brittain re: Resignation, dated May 1, 2002

xxxiv.  Letter from Joseph O'Hara, Strategic Governmental Solutions, to Janice Broome Brooks re: Miscellaneous Matters, dated February 22, 2002

xxxv.  Memorandum from Sue Perry to Thelma Brittain re: Utilizing TANF Funds to Fill Social Worker Vacancies, dated March 20. 2002

xxxvi.Testimony from Sue Perry at Senate Hearing re: The Situation with MDHS-DFCS Social Workers, dated April 23, 2002

xxxvii.Memorandum from Mickel Hodges to Wanda Gillom re: Alleged Improprieties of Forrest County DFCS staff, dated December 31, 2003

(b) Documents from DHS/DFCS case files regarding the Named Plaintiffs:

90

**Olivia Y.**
DFCS memoranda, dated 10/16/03 and 3/4/03
DFCS case narrative, dated 9/02/03 - 1/22/04
Residential Services Application, Form MDHS-SS-465, dated 9/26/03
DFCS Investigative Narrative, dated 9/12/03
DFCS Home Evaluation of Relative Placement, dated 9/19/03
Correspondence from private providers to DHS, dated 10/3/03 and 12/15/03

**Jamison J.**
Mississippi Permanent school records, kindergarten-10th Grade

**John A.**
DFCS Youth Court hearing and review summary reports, dated 12/20/01, 1/22/02, 1/30/03, 8/5/03, 3/5/04,
DFCS Case Narratives, dated 6/26/03-2/9/04
Correspondence from private providers to DHS, dated 4/29/02, 2/14/03, 10/2/03

**W. Children**
Correspondence from DHS to relative caregiver, dated 12/21/00, 3/22/02, 7/15/03, 4/1/03, 5/20/03, 3/5/04
Correspondence from relative caregiver to DHS, dated 2/7/03, 3/17/03, May 2003,
Foster home evaluation, dated 10/31/00
Hinds County Youth Court placement order, dated 11/16/00
Hinds County Youth Court adjudicatory order, dated 11/28/00
Correspondence from relative caregiver to Hinds County Youth Court requesting rehearing, no date (approx. Summer 2001)
Hinds County Youth Court rehearing order, dated 9/25/01
Correspondence from private health care provider to plaintiff's school, dated 2/27/03
Correspondence from private health care provider to DHS, dated 2/10/03
Motion for rehearing, dated 10/2/03
Correspondence from foster parents' lawyer to DHS, 6/10/03
Adoptive parent application, dated 3/10/04

(c)  Policies and procedures applicable to the provision of care, protection, placements, treatment, and services to class member children in Mississippi:

   1.  Code of Mississippi Rules 11 111 001 (Division of Family and Children's Services Manual)

(d)  Reports and memoranda by the U.S. Department of Health and Human Services, Administration for Children and Families, and correspondence between the State of Mississippi and HHS officials regarding Mississippi's child welfare system:

   1.  Mississippi Title IV-E Foster Care Eligibility Review for the period April 1, 2002 to September 30, 2002, dated April 15, 2003

91

2.      Letter from Thelma Brittain to Carlis Williams re: Title IV-E Foster Care
        Eligibility Review, dated May 14, 2003

3.      Letter from Carlis Williams to Thelma Brittain re: Revised Title IV-E
        Disallowance, dated June 26, 2003

4.      Letter from Thelma Brittain to Carolyn Reines-Graubard re: Title IV-E
        Eligibility Review, dated September 12, 2003

5.      Brief for ACF re: Title IV-E Eligibility Review, dated November 3, 2003

6.      Title IV-E Eligibility Program Improvement Plan, dated September 11,
        2003

7.      Department of Health and Human Services Office of Inspector General
        Review of Mississippi's Participation in Title IV-B, Subpart 2 of the
        Social Security Act, Promoting Safe and Stable Families for Fiscal Years
        1994 through 1999, dated September 2001

8.      Department of Health and Human Services Office of Inspector General
        Review of Mississippi's Retroactive Claims for Foster Care
        Administrative and Training Costs and Maintenance Payments, dated
        August 2000

9.      Letter from Carlis Williams to Bettye Ward Fletcher re: OIG Audit
        Review of Mississippi's Retroactive Claims for Foster Care
        Administrative and Training Costs and Maintenance Payments, dated
        October 20, 2000

10.     Letter from Carlis Williams to Janice Broome Brooks re: OIG Audit of
        Retroactive IV-E Claims, dated March 14, 2001

11.     Letter from Thelma Brittain to Eugene Roth re: Request for
        Reconsideration Concerning OIG Audit of Retroactive IV-E Claims, dated
        February 2, 2001

12.     Appeal of OIG Audit of Retroactive IV-E Claims, from Bettye Ward
        Fletcher to Carlis Williams, dated November 22, 2000

13.     Acknowledgement of Notice of Appeal from Carolyn Reines-Graubard to
        Bettye Ward Fletcher, dated November 29, 2000

(e) Reports and memoranda by other entities:

92

1.  "Together Leaving No Child Behind: Strengthening Mississippi's Child Welfare and Juvenile Justice Systems, Recommendations by the Child Welfare Leave of America and the Mississippi Department of Human Services to Advance a Family Agenda for Children and Youth," Center for Program Excellence, Child Welfare League of America, November 1, 1992

2.  Mississippi Legislature's Joint Legislative Committee on Performance Evaluation and Expenditure Review (PEER) report on the Department of Human Services' Use of Revenue Maximization Contracts, dated December 6, 2000

3.  Mississippi Legislature's Joint Legislative Committee on Performance Evaluation and Expenditure Review (PEER) Follow-Up Review of the Division of Family and Children's Services of the Department of Human Services, dated May 11, 1999

4.  Office of the State Auditor Financial Audit Management Report and Single Audit Management Reports for the Department of Human Services, Fiscal Year 1999

5.  Office of the State Auditor Financial Audit Management Report and Single Audit Management Reports for the Department of Human Services, Fiscal Year 2000

6.  Office of the State Auditor Financial Audit Management Report and Single Audit Management Reports for the Department of Human Services, Fiscal Year 2001

7.  Office of the State Auditor Financial Audit Management Report and Single Audit Management Reports for the Department of Human Services, Fiscal Year 2002

8.  "Who Speaks for the Children?" by Billie J. Graham and Dawn H. Beam, *The Mississippi Lawyer*, Jan.-Feb.-Mar. 2004.

(f) Plans entered into by the State of Mississippi and the U.S. Department of Health and Human Services pursuant to Titles IV-B and IV-E of the Social Security Act, and related reports:

1.  State Plan for Title IV-E, April 2001

2.  Child and Family Services Plan, Final Report, Program Period of October 1, 1994 through September 30, 1999

93

3.  Child and Family Services Plan, Strategic Plan and Narrative, Program Period of October 1, 1999 through September 30, 2004

4.  Child and Family Services Plan: Annual Progress and Services Report, June 30, 2002

(g) Documents, memoranda, and data regarding the Mississippi Child and Family Services Review (CFSR):

1.  CFSR Pre-Pilot State Self-Assessment, dated March 14, 1995

2.  CFSR Pre-Pilot Review Final Report, dated November 20, 1995

3.  CFSR Statewide Self-Assessment, dated December 2003

(h) Documents, memoranda, and data regarding the budget and funding of the Department of Human Services, Division of Family and Children's Services:

1.  Mississippi Department of Human Services State Fiscal Year 2004 Presentation to the Legislative Budget Committee

2.  Mississippi Department of Human Services State Fiscal Year 2005 Presentation to the Legislative Budget Committee

3.  Correspondence:

    i.   Memorandum from Sue Perry to Thelma Brittain re: Budget Presentation, dated February 7, 2001

    ii.  Memorandum from Sue Perry to Thelma Brittain re: Budgetary Concerns, dated April 12, 2001

    iii. Memorandum from Sue Perry to Janice Broome Brooks, Thelma Brittain, and Sandra Maddox re: Budget Cuts, dated October 26, 2001

    iv.  Memorandum from Sue Perry to Thelma Brittain re: Cutting Costs, dated January 10, 2002

    v.   Memorandum from Sue Perry to Thelma Brittain re: Budget Inconsistencies/Frustrations, dated January 16, 2002

    vi.  Memorandum from Sue Perry to Thelma Brittain re: Loss of Federal Dollars, dated March 20, 2002

(i) Public media reports pertaining to Mississippi's child welfare system:

94

1.    Patrice Sawyer, "20 or more social workers funded," *The Clarion-Ledger*,
      June 6, 2002

2.    Riva Brown, "Help on way for social workers," *The Clarion-Ledger*,
      February 18, 2003

3.    Geoff Pender, "Barbour: Agencies' spending can be cut," *The
      Sun Herald*, January 24, 2004

4.    Julie Goodman, "Lawmaker says layoffs inevitable," *The Clarion-Ledger*,
      May 4, 2004

5.    Julie Goodman, "Gov. takes authority to run DHS after legislative
      impasse," *The Clarion-Ledger*, May 13, 2004

6.    Sheila Hardwell Byrd, "Education, other agencies take hit in approved
      spending plan," *The Sun Herald*, May 10, 2004

7.    Beth Musgrave, "Governor likely to sign DHS bill," *The Sun-Herald*,
      April 28, 2004

8.    Beth Musgrave, "DHS official: Changes on the way," *The Sun Herald*,
      April 24, 2004

9.    Associated Press, "DHS fails review of child services," *The Clarion-
      Ledger*, April 25, 2004

10.   Beth Musgrave, "Audits target DHS, grants for the needy," *The Sun
      Herald*, March 24, 2004

11.   Associated Press, "DHS, auditor probe alleged misspent funds," *McComb
      Enterprise-Journal*, March 25, 2004

12.   Carole Cannon, "Triple Trouble at MDHS," *Jackson Free Press*, April 4,
      2004

13.   Nikki Davis Maute, "DHS under fire for shortcomings," *Hattiesburg
      American*, April 18, 2004

14.   Phalia McCorkle, "Help for abuse is only a phone call away," *Delta
      Democrat Times*, April 21, 2004

15.   Linda Berry, "Child abuse is rampant in Mississippi," *The Northside Sun*,
      March 18, 2004

16.   Beth Musgrave, "DHS' use of grant money probed," *The Sun Herald*,
      March 25, 2004

17.   Julie Goodman, "Misuse of DHS funds alleged," *The Clarion-Ledger*, March 25, 2004

18.   Julie Goodman, "Social workers: Kids endangered," *The Clarion-Ledger*, April 24, 2002

19.   Joey Bunch, "DHS Worker: Kids will die without state's help; abused children going back to homes without follow-up visits," *The Sun Herald*, April 24, 2002

20.   Robbie Ward, "Former deputy pleads guilty to four counts of child abuse," *Northeast Mississippi Daily Journal*, January 28, 2004

21.   Clay Harden, "Child playing with lighter might have started blaze," *The Clarion-Ledger*, October 8, 2003

22.   Julie Finley, "Families First scrambles to save funding," *The Natchez Democrat*, March 12, 2004

23.   Ann Tabb Culpepper, "DHS closing family resource center, five to be unemployed," *The Starkville Daily News*, March 11, 2004

24.   Pamela Berry, "DHS to shut 34 centers, cut aid to save $10.3M," *The Clarion-Ledger*, March 6, 2004

25.   Associated Press, "DHS makes budget cuts," *The Sun Herald*, March 7, 2004

26.   "No more Families First?" *The Natchez Democrat*, March 7, 2004

27.   Beth Musgrave, "Added DHS specialists ease load," *The Sun Herald*, March 1, 2004

28.   Geoff Pender, "House backs hiring child welfare workers," *The Sun Herald*, March 18, 2004

29.   Gabriel Morley, "Pike Families First sees cuts in DHS funding," *McComb Enterprise-Journal*, March 18, 2004

30.   Andrew Jacobs, "Taking on Mississippi's Short-of-Resources Child Protection System," *The New York Times*, April 1, 2004

31.   Patrice Sawyer, "Report critical of DHS efforts, " *The Clarion-Ledger*, February 3, 2004

32.   Bill Minor, "Barbour has lots of white, male faces in his early appointments," *The Clarion-Ledger*, January 18, 2004

33.    Reggie Beehner, "Families First at end of funding road," *The Sun Herald*, March 15, 2004

34.    "Group sues DHS over alleged child abuse," *DeSoto Appeal*, March 31, 2004

35.    Beth Musgrave, "Family centers get reprieve from state," *The Sun Herald*, April 2, 2004

36.    Phalia McCorkle, "Delta agencies educate public on child abuse," *Delta Democrat Times*, April 13, 2004

37.    Phalia McCorkle, "Help for abuse is only a phone call away," *Delta Democrat Times*, April 21, 2004

38.    Courtney Holley, "Human Services holds session on child abuse," *The Bolivar Commercial*, April 27, 2004

39.    Beth Musgrave, "Vigil fights child abuse," *The Sun Herald*, October 27, 2003

40.    Thyrie Bland, "3 children injured in 2 separate beatings," *The Clarion-Ledger*, November 21, 2003

41.    Dale Lilly Brooks, "DeSoto County: Child abuse a problem with no easy answers," *DeSoto Times*, October 29, 2003

42.    Patrice Sawyer, "Adoption—hopes fulfilled," *The Clarion-Ledger*, November 13, 2003

43.    Beth Musgrave and Geoff Pender, "Proposal would slash DHS budget, 440 jobs," *The Sun Herald*, December 5, 2003

44.    Don McCrane, "Is youth court up to par?" *The Natchez Democrat*, November 9, 2003

45.    Julie Goodman, "Layoffs, reduced benefits possible," *The Clarion-Ledger*, May 14, 2002

46.    Julie Goodman, "Social workers: Kids endangered," *The Clarion-Ledger*, April 24, 2002

47.    Julie Goodman, "Effort to change DHS may resurface," *The Clarion-Ledger*, March 11, 2002

48.    Patrice Sawyer, "DHS funds may dry up in December," *The Clarion-Ledger*, May 9, 2002

49. Patrice Sawyer, "Federal concern prompts DHS visit," *The Clarion-Ledger*, May 17, 2002

50. Beth Musgrave, "Barbour targets spending, DHS," *The Sun Herald*, April 3, 2003

51. Clay Harden, "Deadly Yazoo blaze also searing family's unity," *The Clarion-Ledger*, October 12, 2003

52. Clay Harden, "5 laid to rest after fire," *The Clarion-Ledger*, October 11, 2003

53. Jerry Mitchell, "Boy accuser was abused previously," *The Clarion-Ledger*, December 3, 2003

54. Geoff Pender, "Lawmakers fret over DHS, Medicaid shift," *The Sun Herald*, May 22, 2004

55. Andy Kanengister, "Lawmakers: Add DHS to session," *The Clarion-Ledger*, May 22, 2004

56. Lynda Edwards, "Legislators say they want to deal with DHS in current session," *The Sun Herald*, May 21, 2004

57. Julie Goodman, "DHS services won't be affected, Barbour says," *The Clarion-Ledger*, May 14, 2004

58. Beth Musgrave and Geoff Pender, "Barbour denied oversight of DHS," *The Sun Herald*, May 21, 2004

59. Lynda Edwards, "Barbour says special session may be necessary to keep DHS going," *The Clarion-Ledger*, May 20, 2004

60. Don McCraine, "Murdered girl's mother convicted of abuse," *The Natchez Democrat*, " October 8, 2003

61. Associated Press, "Miss. won't get bonus for adoption program," *DeSoto Appeal*, November 10, 2002

62. Beth Musgrave, "Suit seeks to force DHS funding; State has failed children, parents, two lawyers claim," *The Sun Herald*, November 1, 2002

63. Riva Brown, "Youth judges: DHS needs funds," *The Clarion-Ledger*, October 26, 2002

64. Patrice Sawyer, "Social worker applications low," *The Clarion-Ledger*, October 4, 2002

65. Patrice Sawyer, "State agencies asked to hold 5%," *The Clarion-Ledger*, June 14, 2002

66. Riva Brown, "DHS seeks to raise 50 percent passing rate on social workers' licensing exam, "*The Clarion-Ledger,* March 6, 2003

67. Beth Musgrave, "Car tag will help battle child abuse," *The Sun Herald*, May 9, 2003

68. Sheila Hardwell Byrd, "DHS launches child abuse awareness campaign," Associated Press, April 10, 2003

69. Tracy Dash, "Specialists will help ease DHS caseload," *The Sun Herald*, May 7, 2004

70. Stefanie Murray, "Surging number of Americans help raise grandchildren," *The Sun Herald*, October 17, 2003

71. Karen Nelson, "State probing Bethel Boys Academy," *The Sun Herald*, May 28, 2003

72. Scott Larson, "DHS staff levels critical, judge says," *Hattiesburg American*, June 5, 2002

73. Beth Musgrave, "Wanted: Social workers; DHS on mission to spend state's $1.1 by hiring 23," *The Sun Herald*, April 24, 2003

74. Beth Musgrave, "Understaffed DHS is failing our children; Harrison Co. says money solved only part of the problem," *The Sun Herald*, January 19, 2003

75. Ben Bryant and Beth Musgrave, "Senate OKs help for DHS; More workers, raises may be on the way," *The Sun Herald*, January 17, 2003

76. Beth Musgrave, "PACT confronts governor on DHS; Child advocates help make plan," *The Sun Herald*, January 14, 2003

77. Beth Musgrave, "Fed-up social worker quits DHS; Harrison's staff shortage tragic for children, she says," *The Sun Herald*, November 16, 2002

78. Beth Musgrave, "One less person," *The Sun Herald*, July 27, 2002

79. Melissa Scallan, "DHS news a blow to counties; Funds spread out," *The Sun Herald,* July 26, 2002

80. Melissa Scallan, "Social workers sound off," *The Sun Herald*, June 19, 2002

99

81. John Porretto, "Moore vows to intervene in DHS," *The Sun Herald*, June 4, 2002

82. Beth Musgrave, "Special session sought on child-protection staff shortage," *The Sun Herald*, May 30, 2002

83. Beth Musgrave, "Staffing problem burdens workers," *The Sun Herald*, May 29, 2002

84. Emily Wagster, "DHS broke by December?" *The Sun Herald*, May 9, 2002

85. Beth Musgrave, "Musgrove pledges to bolster child protection," *The Sun Herald*, May 4, 2002

86. Beth Musgrave, "Images of heartbreak," *The Sun Herald*, April 21, 2002

87. Sherri Williams, "DHS dilemma: Find $15M or face penalties," *The Clarion-Ledger*, September 13, 2002

88. Sherri Williams, "Foster care, adoption stats grim," *The Clarion-Ledger*, August 14, 2002

89. Riva Brown, "System moves slowly for foster children," *The Clarion-Ledger*, March 26, 2003

90. Riva Brown, "DHS: More funds or job cuts," *The Clarion-Ledger*, February 9, 2003

91. Riva Brown, "DHS: Without funds, we close," *The Clarion-Ledger*, October 3, 2002

92. Patrice Sawyer, "DHS plan to meet funding needs," *The Clarion-Ledger*, October 2, 2002

93. Julie Goodman, "DHS requests more funding," *The Clarion-Ledger*, September 25, 2002

94. Sherri Williams, "DHS director: Cuts looming," *The Clarion-Ledger*, July 31, 2002

95. Jerry Mitchell, "Reclassifying state funds could aid DHS," *The Clarion-Ledger*, July 4, 2002

96. Theresa Kiely, "Cops, courts, DHS...Ashley dies anyway," *The Clarion-Ledger*, June 16, 2002

97. Patrice Sawyer and Julie Goodman, "DHS to add case workers," *The Clarion-Ledger*, June 4, 2002

98. Julie Goodman, "DHS an agency in crisis," *The Clarion-Ledger*, June 3, 2002

99. Julie Goodman, "DHS an agency in crisis," *The Clarion-Ledger*, June 1, 2002

100. Julie Goodman, "Talks with HHS 'constructive,' DHS exec says," *The Clarion-Ledger*, May 24, 2002

101. Patrice Sawyer, "DHS seeking $15.4M for federal match," *The Clarion-Ledger*, March 28, 2002

102. Patrice Sawyer, "Legislators press DHS chief for answers," *The Clarion-Ledger*, June 7, 2001

103. Patrice Sawyer, "Answer sought for DHS firings," *The Clarion-Ledger*, May 31, 2001

104. Pamela Berry, "Where was help for this child?" *The Clarion-Ledger*, November 11, 2000

105. John Butch, "Assistant AG rallies to defense of child advocate," *The Clarion-Ledger*, March 14, 1999

106. Emily Wagster Pettus, "Barbour taps four to head state agencies," *The Sun Herald*, January 10, 2004

107. Beth Musgrave, "Attracting new social workers is a struggle," *The Sun Herald*, September 21, 2003

108. Beth Musgrave, "Failing our Children: DHS in crisis," *The Sun-Herald*, February 13, 2003

109. Tom Wilemon, "Child protection specialists to be hired in Harrison," *The Sun Herald*, September 24, 2003

110. Associated Press, "Lawmakers chastise welfare agency over efforts to add social workers," September 18, 2003

111. Sam Knowlton, "Topics—and opinions—varied in Chaney-Southerland debate," *Vicksburg Post*, September 30, 2003

112. "Council of Youth Court Judges says DHS staff shortage presents crisis," Mississippi Supreme Court Press Release, October 25, 2002

113. Margaret Baker, "When kids are involved, court stays mum," *The Sun Herald*, May 20, 2004

101

(j) Data and reports prepared by the State of Mississippi in order to meet the requirements of the Adoption and Foster Care Analysis and Reporting System (AFCARS) and the National Child Abuse and Neglect Data System (NCANDS) pertaining to the Mississippi child welfare system, and federal reports including such data:

1. NCANDS Summary Data Component Survey, 2000 Data Year

2. NCANDS Summary Data Component Survey, 2001 Data Year

3. Child Welfare Outcomes 2000, U.S. Department of Health and Human Services, Administration for Children and Families, Children's Bureau

4. Child Maltreatment 2001, U.S. Department of Health and Human Services, Administration for Children and Families, Children's Bureau

5. Child Maltreatment 2002, U.S. Department of Health and Human Services, Administration for Children and Families, Children's Bureau

RESPECTFULLY SUBMITTED, this the 23rd day of December, 2004.

*Corene J Kendrick*

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Corene Kendrick (MBN 43989 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South
New York, NY 10016
(212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
(601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
(601) 355-4013

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
Eric Manne (MBN 43988 *pro hac vice*)

102

LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
(212) 407-4000

PLAINTIFFS' COUNSEL

**CERTIFICATE OF SERVICE**

I, Corene Kendrick, one of the attorneys for Plaintiffs herein, do hereby certify that I have

this day cause to be mailed, postage prepaid, a true and correct copy of the foregoing to:

Betty Mallett, Esq.
McGlinchey Stafford, PLLC
City Centre, Suite 1100
200 South Lamar Street
Jackson, MS 39201

ATTORNEYS FOR DEFENDANTS

This, the 23rd day of December, 2004.

CORENE KENDRICK

103