

# CHILDREN'S RIGHTS

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chairman

Robin L. Dahlberg
Treasurer

Anne Strickland Squadron
Secretary

Lawrence J. Fox
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Alice Rosenwald
Melissa G. Salten
Hershel B. Sarbin
Carol Wilson Spigner

July 7, 2006

**VIA FACSIMILE — (601) 974-8948**
**and REGULAR MAIL**
Mr. Rusty Fortenberry
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

    Re: *Olivia Y. et al. v. Barbour et al.*

Dear Mr. Fortenberry:

    I have your letters objecting to Plaintiffs supplementing their exhibit list at this time. We will be submitting this dispute to the Court.

    Please be advised that Plaintiffs also plan to add the following person known to MDHS as a potential witness:

- Henry Goodman, P.O. Box 476, Anguilla, MS 38721, #662-873-6437, former MDHS Regional Director.

    Although he was not listed in Plaintiffs' mandatory disclosures, Defendants have been on notice that Mr. Goodman was a potential witness since Plaintiffs noticed his deposition (later withdrawn) on June 9, 2005.

    Let me know if you have any questions as to the above.

                                       Sincerely yours,

                                       Eric Thompson
                                       Plaintiffs' counsel

cc:    Wayne Drinkwater & Melody McAnally, Bradley Arant
        Stephen Leech, Esq.
        John Lang, Loeb & Loeb

**EXHIBIT "5"**

330 Seventh Avenue, 4th floor • New York, NY 10001
683-4015 • info@childrensrights.org • www.childrensrights.org