

**Bradley Arant**
BRADLEY ARANT ROSE & WHITE LLP

SUITE 450, ONE JACKSON PLACE
188 EAST CAPITOL STREET
PO BOX 1789
JACKSON, MS 39215-1789
601.948.8000   FAX 601.948.3000
WWW.BRADLEYARANT.COM

W. Wayne Drinkwater, Jr.

Direct Dial: 601.592.9911
Direct Fax: 601.592.1411
wdrinkwater@bradleyarant.com

June 29, 2006

Dewitt L. Fortenberry Jr., Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

RE:   *Olivia Y., et al v. Haley Barbour, et al.*; In the United States District Court for the
       Southern District of Mississippi, Jackson Division; Civil Action No. 3:04cv251

Dear Rusty,

Thank you for your letter of June 28, 2006. I agree with your statements.

In addition, although the Court has postponed the July 17, 2006 pretrial conference, I suggest that we use this time to confer about the proposed joint pretrial order we sent to you on June 22, 2006. May we hear back from you by July 7, 2006, at least as to any objections Defendants may have as to the admissibility of Plaintiffs' proposed exhibits? Also, since things have now been put on hold, is there really any reason why we can't add the three fact witnesses whose names Eric sent you? We certainly would have no objection to your deposing them. Let me hear from you about this, also.

Very truly yours,

*Wayne*

W. Wayne Drinkwater, Jr.

WWD/tlm

**EXHIBIT "8"**

4/89850.1   BIRMINGHAM    CHARLOTTE    MONTGOMERY    WASHINGTON, DC