IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y.; CARLA LEWIS, as next friend to Jamison J. and SYLVIA FORSTER, as next friend to Desiree, Renee, Tyson and Monique P. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:04CV251LN |
| HALEY BARBOUR; DONALD TAYLOR, as Executive Director of the Department of Human Services and BILLY MANGOLD, as Director of the Division of Family and Children's Services | DEFENDANTS |

## ORDER SEALING DEFENDANTS' EXHIBITS

Before the Court is the *ore tenus* motion of Defendants to place under seal the following documents that are subject to the August 5, 2004, Confidentiality Order:

Exhibits A, C, D, E, F, G, H, I, K and N to Defendant's Motion for Abstention Based on Younger v. Harris;

Exhibits Q, FF, HH, JJ, LL, MM, RR, SS and BBB to Defendants' Motion for Summary Judgment;

Exhibits NNN, OOO, PPP, QQQ, RRR and TTT to Defendants' Reply Memorandum of Authorities in Further Support of Defendants' Motion for Summary Judgment;

Exhibits ZZZ, AAAA and BBBB to Defendants' Motion for Leave to File a Surrebuttal to Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Summary Judgment.

Each exhibit contains information of a personal nature to the named Plaintiffs which, if not sealed, would result in the identification of named Plaintiffs, thereby violating the August 5, 2004, Confidentiality Order of this Court. The Court finds that this Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that, due to the personal identifiers contained in the exhibits referenced herein, and pursuant to Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, Exhibits A, C, D, E, F, G, H, I, K and N to the Defendants' Motion for Abstention Based on Younger v. Harris, Exhibits Q, FF, HH, JJ, LL, MM. RR, SS, and BBB to Defendants' Motion for Summary Judgment, Exhibits NNN, OOO, PPP, QQQ, RRR and TTT to Defendants' Reply Memorandum of Authorities in Further Support of Defendants' Motion for Summary Judgment, Exhibits ZZZ, AAAA and BBBB to Defendants' Motion for Leave to File a Surrebuttal to Plaintiffs' Reply in Further Support of Plaintiffs' Motion for Summary Judgment shall be placed under seal.

IT IS SO ORDERED, this the 10th day of July, 2006.

        S/James C. Sumner
        UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P. O. Box 14167
Jackson, Mississippi  39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

*Counsel for Defendants*