IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**OLIVIA Y.**, *et al.*                                                                            **PLAINTIFFS**

**v.**                                                     **CIVIL ACTION NUMBER 3:04CV251LS**

**HALEY BARBOUR,**
as Governor of the State of Mississippi, *et al.*                        **DEFENDANTS**

## **ORDER**

Before the Court is the unopposed *ore tenus* motion of Plaintiffs to remove from the Court's docket and place under seal the following exhibits, which were inadvertently not filed under seal and which contain individually-identifying information regarding plaintiff children, such children's family members, foster family members and/or persons included in any case files as the source of information concerning any such child and, thus, are subject to the August 5, 2004 Confidentiality Order:

> Exhibit 3A and 3B to Plaintiffs' Motion for Leave to Supplement Witness List (#343).

If the above-listed exhibits are not removed from the Court's docket and sealed, it would result in the identification of plaintiff children and/or foster families in violation of the August 5, 2004 Confidentiality Order. Therefore, the Court finds that the unopposed motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that, pursuant to Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, Exhibit 3A and 3B to Plaintiffs' Motion for Leave to Supplement Witness List (#343) shall be removed from the Court's docket and placed under seal.

IT IS SO ORDERED, this the 14th day of July, 2006.

                                                     S/James C. Sumner
                                    UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000

*Counsel for Plaintiffs*

AGREED TO BY:

Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
Telephone: (601) 351-2400

*Counsel for Defendants*