**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                           PLAINTIFFS

V.                                                                                       CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, et al.                                                                            DEFENDANTS

**NOTICE OF CONVENTIONAL FILING**

Notice is hereby given that Plaintiffs conventionally filed with the Clerk of Court Exhibits 3A and 3B to Plaintiffs' Motion for Leave to Supplement Witness List (Document No. 343), pursuant to the July 14, 2006 Order (Document No. 345).  Exhibits "3A" and "3B" were served on all parties on July 10, 2006 as part of Plaintiffs' Motion for Leave to Supplement Witness List.

In accordance with the July 14, 2006 Order, these exhibits shall be removed from the Court's docket and placed under seal.

Respectfully submitted, this the 17th of July, 2006.

                            /s Melody McAnally_____
                            W. Wayne Drinkwater, Jr. (MBN 6193)
                            Melody McAnally (MBN 101236)
                            BRADLEY ARANT ROSE & WHITE LLP
                            188 East Capital Street, Suite 450
                            Jackson, MS 39201
                            Telephone:  (601) 948-8000
                            Facsimile:  (601) 948-3000

                            Stephen H. Leech (MBN 1173)

4/91252.1

850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Tara S. Crean (MBN 44447 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South, 11th Floor
New York, NY 10016
Telephone: (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. Fortenberry, Jr, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

/s Melody McAnally

4/91252.1              2