Clara Jean Lewis - 10/26/04

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                          DEFENDANTS

### DEPOSITION OF CLARA JEAN LEWIS

Taken at the instance of the Defendant at the offices of Bradley Arant, LLP, One Jackson Place, 188 E. Capitol Street, Suite 450, Jackson, Mississippi, on Thursday, October 26, 2004, beginning at approximately 9:02 a.m.

APPEARANCES:

**ORIGINAL**

ERIC E. THOMPSON, ESQ.
SHIRIM NOTHENBERG, ESQ.
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016
    COUNSEL FOR PLAINTIFFS

BETTY A. MALLETT, ESQ.
McGlinchey Stafford, PLLC
Skytel Centre South, Suite 1100
200 South Lamar Street
Jackson, Mississippi 39201

    COUNSEL FOR DEFENDANTS


EXHIBIT A

```
1     A.    I really don't.
2     Q.    Have you been licensed as a foster parent
3  before?
4     A.    Yeah, for years.
5     Q.    Okay, okay.  When was the last time that
6  you had a foster child in your home?
7     A.    I think it was January.
8     Q.    Of what year?
9     A.    I think it was -- what is this, 2004?  I
10 believe it was 2004.
11    Q.    Yes, ma'am.
12    A.    Yes, it was 2004.
13    Q.    Okay.  And was this a boy or girl?
14    A.    Boy.
15    Q.    What was his name?
16    A.    ████████████████
17    Q.    ████████ was your --
18    A.    Uh-huh (affirmatively).
19    Q.    Okay.  ████████ was your last child?
20    A.    Uh-huh (affirmatively).
21    Q.    Okay.  We'll get in and talk about
22 ████████ a little later, okay?
23    A.    Okay.
24    Q.    Are you currently employed?
25    A.    No.
```

Zelatra ▮▮▮ - 09/30/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                         DEFENDANTS

DEPOSITION OF ZELATRA W▮▮▮

Taken at the instance of the Defendant at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Thursday, September309, 2004,
beginning at approximately 1:00 p.m.

APPEARANCES:

**ORIGINAL**

ERIC E. THOMPSON, ESQ.
CORENE KENDRICK, ESQ.
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016

COUNSEL FOR PLAINTIFFS

```
1     Q.   That's 40, today is his 40th birthday.
2     A.   I asked him how old he was, he wouldn't
3  tell me.
4     Q.   Okay.  That's 40.  And you and Mr.
5  W▬ have children?
6     A.   Yes.
7     Q.   What are your, how old are your children?
8     A.   12, 6 and 1.
9     Q.   Okay.  And they are boys or girls?
10    A.   Two girls and the youngest is a boy.
11    Q.   Now are you currently a foster parent?
12    A.   That's pending.
13    Q.   You have applied to be a foster parent?
14    A.   I was a foster parent.  My, when they
15 removed my nieces and nephews from my home, they
16 notified me it was a relative placement.  That was
17 the first time I heard that.  I applied for regular
18 license after they left and I haven't heard anything
19 back.
20    Q.   When did you apply for regular license?
21    A.   July of last year.
22    Q.   July of 2003?
23    A.   Yes.
24    Q.   But right now, you and your husband just
25 have the three children at home?
```

IN THE COUNTY COURT OF THE FIRST JUDICIAL DISTRICT

OF HINDS COUNTY, MISSISSIPPI

YOUTH COURT DIVISION

THE STATE OF MISSISSIPPI

IN THE INTEREST OF ███████████ 
███████████W██████                                NO. 16,923

## CORRECTED REHEARING ORDER

THIS DATE this cause came on for hearing upon Motion of Zelatra ███████ W██████ in the interest of ███████████████ W██████ children within the purview of the Youth Court Act, being the ages of ███████████████████████████████████████████████ respectively, having been born on ███████████████████████████████████████████████, respectively, and the Court finds further that the circumstances are of such an emergency nature that reasonable efforts have been made to maintain said children within their own home, and that there is no reasonable alternative to custody, and the Court finds that it would be in the said children's best interest that care and custody should be placed with the Department of Human Services for foster placement retroactive August 1, 2001 with Zelatra ███████████ W██████, and that the board payments to the said custodians should be retroactive to August 1, 2001.

**IT IS THEREFORE ORDERED AND ADJUDGED** that it is further ordered and adjudged that the circumstances are of such and emergency nature that reasonable efforts have been made to maintain said children with their own home, and that there is no reasonable alternative to custody, and it is further ordered and adjudged that care and custody of the subject children shall be placed with the Department of Human Services for foster placement retroactive August 1, 2001 with Zelatra ███████████ W██████

**IT IS FURTHER ORDERED AND ADJUDGED** that the board payments to the said custodians shall be retroactive to August 1, 2001.

**SO ORDERED AND ADJUDGED**, this the 26th day of October, 2001.

_____
YOUTH COURT JUDGE

**FILED**
OCT 26 2001
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

DHS W
002878