Mechille Henry - 09/09/04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y, By and
Through Her Next Friend,
James D. Johnson, et al.                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:04CV25LN

HALEY BARBOUR, As Governor
Of the State of Mississippi;
DONALD TAYLOR, as Executive
Director of the Department of
Human Services; and BILLY MANGOLD,
As Director of the Division of
Children's Services                          DEFENDANTS

DEPOSITION OF MECHILLE HENRY

Taken at the instance of the Plaintiffs at the
offices of Bradley Arant, LLP, One Jackson Place,
188 E. Capitol Street, Suite 450, Jackson,
Mississippi, on Thursday, September 9, 2004,
beginning at approximately 1:00 p.m.

APPEARANCES:

ERIC E. THOMPSON, ESQ.
SHIRIM NOTHENBERG, ESQ.
Children's Rights, Inc.
404 Park Avenue South
New York, NY 10016

COPY

COUNSEL FOR PLAINTIFFS

Brooks Court Reporting
1-800-245-3376


EXHIBIT B

```
 1                    MECHILLE HENRY,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4   EXAMINATION BY MR. THOMPSON:
 5        Q.    Good afternoon, Ms. Henry.  My name is
 6   Eric Thompson.  I am counsel with Children's Rights
 7   and I represent the plaintiffs in the matter of
 8   Olivia Y. et al.  Do you understand that you're here
 9   to give sworn testimony in that matter?
10        A.    Yes.
11        Q.    Ms. Henry, could you spell your first
12   name for the record, please?
13        A.    M-E-C-H-I-L-L-E.
14        Q.    Thank you.  Ms. Henry, have you ever been
15   deposed before?
16        A.    No.
17        Q.    Just a couple of ground rules.  I'll be
18   asking questions.  If at any time my question is
19   unclear to you, I'll be happy to rephrase it.  Just
20   let me know?
21        A.    Okay.
22        Q.    If at any time you need to take a break,
23   let me know and we will do that.  That's it.  We'll
24   just get started.  Ms. Henry, what is your current
25   position?
```

```
 1      A.      Regional director.
 2      Q.      And that's with?
 3      A.      The Department of Human Services Division
 4   of Family and Children Services.
 5      Q.      And for what region are you the regional
 6   director?
 7      A.      6th North.
 8      Q.      That covers a number of counties,
 9   correct?
10      A.      Yes, ten.
11      Q.      Ms. Henry, can you tell me what you did
12   to prepare for today's deposition?
13      A.      I spoke with my attorney.
14      Q.      How long did you speak with your
15   attorney?
16      A.      Do you mean time wise?
17      Q.      Yes?
18              MS. MALLETT:  Objection.  I don't think
19   she has to reveal that.
20      Q.      (By Mr. Thompson)  I'm not inquiring into
21   the nature of the conversation, just how long?
22              MS. MALLETT:  I'm going to instruct her
23   not to answer.
24      Q.      (By Mr. Thompson)  How many times did you
25   have discussions with your attorney regarding
```

Nelson V. "Billiy" Mangold - 08/25/04

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                  JACKSON DIVISION
 3
    OLIVIA Y., ET AL.
 4                                          PLAINTIFFS
 5
    V.                 CIVIL ACTION NO. 3:04CV251LN
 6
 7  HALEY BARBOUR, AS
    GOVERNOR OF THE STATE OF
 8  MISSISSIPPI, ET AL.
                                             DEFENDANTS
 9
10
       VIDEO DEPOSITION OF NELSON V. "BILLY" MANGOLD
11
12  Taken at the instance of the Plaintiffs at Bradley,
    Arant, Rose & White, 188 East Capitol Street, Suite
13  450, Jackson, Mississippi, on Wednesday, August 25,
              2004, beginning at 9:07 a.m.
14
15  APPEARANCES:
16
        MARCIA ROBINSON LOWRY, ESQ.
17      ERIC E. THOMPSON, ESQ.
        Children's Rights
18      404 Park Avenue South
        New York, New York 10016
19
20          COUNSEL FOR PLAINTIFFS
21
        BETTY A. MALLETT, ESQ.
22      McGlinchey Stafford, PLLC
        200 South Lamar Street
23      Jackson, Mississippi 39201
24
25          COUNSEL FOR DEFENDANT
```

COPY

```
1      A.    Since 1985, March of 1985.
2      Q.    And what was your position immediately
3   prior to assuming your current position?
4      A.    I was the regional director for region
5   seven which encompasses Hinds and Warren County for
6   the State of Mississippi.
7      Q.    Okay.  And how long were you in that
8   position?
9      A.    Approximately five years.
10     Q.    Okay.  Now, in fulfilling your
11  responsibilities, your current responsibilities as
12  the director of the Division of Family and
13  Children's Services, are you aware of whether or not
14  there are State law policy and Federal law that
15  govern the operation of the Division of Family and
16  Children Services?
17     A.    Yes I am.
18           MS. MALLETT:  Objection to form.  He can
19  try to answer as best he can.
20           MS. LOWRY:  I'm sorry.  And I didn't ask
21  at the beginning, and I'm sorry.  Whether we're
22  going to do the usual Federal stipulations.
23           MS. MALLETT:  Yeah, we'll -- we'll reserve
24  all objections except to the --
25           MS. LOWRY:  As to form.
```

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     JACKSON DIVISION
 3
      OLIVIA Y., by and through her next friend,
 4    James D. Johnson; JAMISON J, by and through
      His next friend, Clara Lewis; DESIREE,
 5    RENEE, TYSON AND MONIQUE P., by and through
      Their next friend, Sylvia Forster; JOHN A.,
 6    By and through his next friend, James D. Johnson;
      CODY B, by and through his next friend, Sharon Scott;
 7    MARY, TOM, MATTHEW and DANA W, by and through their
      next friend, Zelatra W; and SAM H, by and
 8    through his next friend, Yvette Bullock;
      on their own behalf and on behalf of all others
 9    similarly situated
10
                 Plaintiffs,
11                                    CIVIL ACTION NO.
                                      3:04cv251LN
12                  V.
13    HALEY BARBOUR, as Governor of the State
      Of Mississippi; DONALD TAYLOR, as Executive
14    Director of the Department of Human Services;
      And BILLY MANGOLD, as Director of the
15    Division of Family and Children's Services
16            Defendants.
17                                        COPY
18
                     *******
19          DEPOSITION OF MARTHA McDANIEL
20       Taken at Bradley Arant Rose & White,
            One Jackson Place, Suite 450
21              Jackson, Mississippi,
           on Wednesday, July 20, 2005,
22       beginning at approximately 8:30 a.m.
23
24
      ***********************************
25
```

1  huh-uh and shaking and nodding of the head. So if we
2  can both make an effort to do that, that would be
3  helpful. Is that fair?
4       A    That's fair.
5       Q    And it is also difficult for her to take
6  down testimony when either of us speaks over the
7  other. So I will try to give you an opportunity to
8  finish your answers before asking the next question.
9  And if you could, please wait until I finish the
10 question before answering. Is that fair?
11      A    Yes, it is.
12      Q    Very good. Ms. McDaniel, what is your
13 current job title?
14      A    I'm Social Services regional director with
15 the Mississippi Department of Human Services, Division
16 of Family and Children's Services.
17      Q    And how long have you held that job title?
18      A    I believe I started in '92.
19      Q    And how long have you worked for DHS?
20      A    A little over 30 years.
21      Q    And what positions did you hold before you
22 held the position of regional director for Region 2?
23      A    I was an eligibility worker in Neshoba
24 County, I was a social worker in Neshoba County; and
25 ASWS, area social work supervisor, for Region 2;

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     JACKSON DIVISION
 3
 4   OLIVIA Y., ET AL                         PLAINTIFFS
 5   VS.                    CIVIL ACTION NO. 3:04CV251LN
 6   HALEY BARBOUR, ET AL                     DEFENDANTS
 7
 8
 9
10              DEPOSITION OF ZADIE ROGERS
11
12         Taken at Bradley Arant Rose & White,
           188 East Capitol Street, Suite 450,
13          Jackson, Mississippi, on Tuesday,
          August 9, 2005, beginning at 8:30 a.m.
14
15
16
17
18                                        COPY
19
     REPORTED BY:
20
           CELESTE O. WERKHEISER, RMR
21         State-Wide Reporters
           4400 Old Canton Road
22         Suite 160 (39211)
           Post Office Box 14113
23         Jackson, Mississippi 39236
           Telephone: (601) 366-9676
24         Fax: (601) 366-9756
           www.legalink.com
25
```

Page 7

1  allow you to finish your answer before beginning
2  my next one, but if there's anything that you
3  need to add, you agree to do so; is that fair?
4      A.    That's fair.
5      Q.    Ms. Rogers, what is your current job
6  title?
7      A.    I am the Regional Director for area 6
8  South.
9      Q.    And for how long have you been the
10 Regional Director for area 6 South?
11     A.    Approximately five years.
12     Q.    And for how long have you worked for
13 the Division of Family and Children's Services?
14     A.    Since 1982.
15     Q.    What other jobs have you held for the
16 division?
17     A.    I have been an eligibility worker,
18 Program Specialist, Supervisor, and then
19 Regional Director.
20     Q.    And when you were an eligibility
21 worker, did the job duties at that position
22 involve child welfare?
23     A.    Yes, it did.
24     Q.    And how long were you an eligibility
25 worker?