## DEPOSITIONS TAKEN BY PLAINTIFFS

| | | |
|---|---|---|
| 1.  | 08/25/04 | Billy Mangold |
| 2.  | 09/09/04 | Michelle Henry |
| 3.  | 10/20/04 | 30(b)(6) of Kathy Triplett and Gail Young |
| 4.  | 10/26/04 | Yutaska Simpson |
| 5.  | 10/27/04 | Deborah Stewart |
| 6.  | 05/16/05 | 30(b)(6) of Nancy Meaders, Robin Wilson, and Gail Young |
| 7.  | 05/16/05 | Billy Mangold (continued on 06/02/05) |
| 8.  | 06/02/05 | Linda Millsaps |
| 9.  | 06/14-15/05 | 30(b)(6) of Kathy Triplett, Nancy Meaders, and Gail Young |
| 10. | 06/15/05 | Kathy Triplett |
| 11. | 06/15/05 | Robert Hamrick |
| 12. | 06/21/05 | Teresa Jackson |
| 13. | 06/21/05 | Martha McDaniel |
| 14. | 08/09/05 | Zadie Rogers |
| 15. | 03/15/06 | Ricky Berry |
| 16. | 03/16/06 | Peter Boulette |
| 17. | 04/05/06 | Rickie Felder |
| 18. | 04/06/06 | Don Taylor |
| 19. | 04/17/06 | Deb Biggers |
| 20. | 04/13/06 | Sue Steib |



EXHIBIT C