```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                           JACKSON DIVISION
         November 6, 2006 - CIVIL JURY & NON-JURY TRIAL CALENDAR
                  OCTOBER 16, 2006 - PRETRIAL CALENDAR
                           JUDGE TOM S. LEE
                           ----------------
```

The attached list of civil cases in the JACKSON DIVISION of this District are SET FOR TRIAL and will be heard commencing on **MONDAY, November 6, 2006, at 9:00 A.M.**, Fifth Floor Courtroom, James O. Eastland Courthouse, Jackson, Mississippi, with Judge Tom S. Lee presiding.  This will be a four-week session and any case not reached will be rescheduled for the February, 2007, term.

At the pretrial conference cases will be set for a specific date during the term.

A PRETRIAL CONFERENCE before Judge Lee is hereby ordered in all cases on this calendar beginning **Monday, October 16, 2006,** in Jackson, MS.  The time is noted in the first column on Page 3 of the calendar.

ALL ORDERS OF CONTINUANCE MUST BE GRANTED BY JUDGE LEE.

All motions in limine are to be filed ten calendar days prior to the pretrial conference and the response is to be filed five calendar days prior to the pretrial conference.

Counsel for the parties are to prepare an original and two copies of a joint pretrial order approved by all parties through their attorneys for presentation at the pretrial conference.

(Please note Uniform Local Rule 16.2 governing pretrial con-ferences, and Official Form No. 3, the format for all pretrial orders.)

In the event the attorneys for the parties are of the opinion that a settlement conference would be helpful to a particular case, please notify the court by letter on or before October 11, 2006.

Proposed jury instructions, original and one copy, must be submitted to the Court two (2) working days before trial date.  These instructions must be

numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instrument. We further require that your jury instructions be transmitted electronically to Chambers in Word Perfect format (lee_chambers@mssd.uscourts.gov).

Proposed findings of fact and conclusions of law in non-jury cases, original and one copy, must be submitted to the court at the time of trial. This instrument must bear the style and number of the case.

The original and three copies of a separate exhibit list and witness list are to be furnished to the courtroom deputy **two days prior to trial date. A copy of the exhibit form is attached.**

Please contact Lisa Evans immediately in writing if you have a conflict with these dates; otherwise the court may not take the conflicts into consideration in setting the cases for trial.

Should a party or his attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment entered or sanctions imposed.

                                                 J. T. NOBLIN, CLERK

                                                 /S/ Lisa Evans
                                           BY: Lisa Evans, Courtroom Deputy Clerk
                                                for Judge Tom S. Lee

JACKSON, MS.
September 20, 2006

<u>JURY AND NON-JURY TRIALS - NOVEMBER 6, 2006, AT 9:00 A.M.</u>

<u>PRE-TRIALS - OCTOBER 16, 2006</u>

<u>Cases set for trial on or after November 6, 2006:</u>

<u>JURY CASES:</u>

| Time | Case No. | Caption |
|---|---|---|
| 9:00 a.m. | 3:04cv962 | Yanicko Johnson v. General Motors Corporation, et al. |
| 9:15 a.m. | 3:05cv243 | Maude Bronson v. Frank Williams, et al. |
| 9:30 a.m. | 3:05cv433 | Thomas A. Anderson, et al. V. State Farm Mutual Automobile Insurance Company |
| 9:45 a.m. | 3:05cv462 | Larry Harrison, et al. V. Nissan North America, Inc., et al. |
| 10:00 a.m. | 3:05cv567 | Brad Miller, et al. V. George Coney |
| 10:15 a.m. | 3:05cv606 | William O. Rives, II v. Spectrum Healthcare Resources |
| 10:30 a.m. | 3:05cv668 | Kirsten Sharp v. Siemens Power Transmission & Distribution, Inc. |

<u>NON-JURY CASE:</u>

10:45 a.m.   3:04cv251   James D. Johnson, et al. Haley Barbour, et al.
(*the trial of this case will be set in 2007, but pretrial will be held October 16, 2006)

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**DIVISION**

                    **PLAINTIFF(S)**

**VS.**                      **CIVIL ACTION NO.**

                    **DEFENDANT(S)**

**E X H I B I T S**

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| P-1 or D-1 | Briefly describe each exhibit; leave sponsor, identification and Evidence columns blank. These will be made during trial. | Leave these columns blank. The court will fill them in as exhibits are entered. | | |
| P-2 Or D-2 | Double space between exhibits. | | | |

THIS INSTRUMENT IS A SAMPLE ONLY
DO NOT USE FOR YOUR EXHIBIT LIST