IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., et al. | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:04cv251LN |
| HALEY BARBOUR, as Governor of the State of Mississippi, et al. | DEFENDANTS |

NOTICE OF APPEARANCE AND
REQUEST FOR ALL COPIES AND PLEADINGS

NOTICE IS HEREBY GIVEN that Barry Campbell of Baker Donelson Bearman Caldwell and Berkowitz, PLLC, Post Office Box 14167, Jackson, Mississippi 39211, has entered his appearance on behalf of Haley Barbour, as Governor of the State of Mississippi, et al., Donald Taylor, as Executive Director of the Department of Human Services, and Rickie Felder, as Director of the Division of Family and Children's Services.

REQUEST IS HEREBY MADE on behalf of Haley Barbour, as Governor of the State of Mississippi, et al., Donald Taylor, as Executive Director of the Department of Human Services, and Rickie Felder, as Director of the Division of Family and Children's Services that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case, including but not limited to motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which relate or affect the above styled and numbered cause.

1

This the 17th day of October, 2006.

        Respectfully submitted,

        **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

        BY: <u>/s/ Dewitt L. ("Rusty") Fortenberry, Jr.</u>

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Barry Campbell (MSB #99535)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

        W. Wayne Drinkwater, Jr. Esq.
        Melody McAnally, Esq.
        BRADLEY ARANT ROSE & WHITE LLP
        Suite 450, One Jackson Place
        Post Office Box 1789
        Jackson, MS  39215

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39215

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg
Tara Crean, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Eric S. Manne, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the 17th day of October, 2006.


　　　　　　　　　　　　　　　/s/ Dewitt L. ("Rusty") Fortenberry, Jr._