IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**OLIVIA Y, et. al.**                                                          **PLAINTIFFS**

v.                                                                      **CIVIL ACTION NO. 3:04cv251 LS**

**HALEY BARBOUR, as Governor of**                 **DEFENDANTS**
**the State of Mississippi, et. al.**

**NOTICE OF CHANGE IN ADDRESS AND
TELEPHONE/TELEFAX NUMBERS**

Stephen H. Leech, Jr., counsel for plaintiffs hereby gives notice that his physical address and telephone/telefax numbers have changed effective immediately.

Physical address of counsel has changed to 618 Crescent Boulevard, Suite 103, Ridgeland, MS 39157. Telephone number of counsel has changed to 601-607-4172. Telefax number of counsel has changed to 601-607-4174. <u>Mailing address remains P. O. Box 3623, Jackson, MS 39207.</u>

This the 17th day of October, 2006.

                                                                  Respectfully submitted,

                                                                  OLIVIA Y et. al.
                                                                  By their attorney,
                                                                  <u>/s/Stephen H. Leech, Jr.</u>
                                                                  Stephen H. Leech, Jr.MB#1173
                                                                  P. O. Box 3623
                                                                  Jackson, Mississippi 39207
                                                                  618 Crescent Boulevard, Suite 103
                                                                  Ridgeland, MS 39157
                                                                  Telephone: 601-607-4172
                                                                  Telefax 601-607-4174

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry, Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>Barry Campbell, Esq.
>Baker, Donelson, Bearman, Caldwell & Berkovitz, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211

>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, MS 39201

*Attorneys for Defendants Haley Barbour, et. al*.

/s/Stephen H. Leech, Jr.