IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**OLIVIA Y.,** *et al.,*
**For And On Behalf of All Others Similarly Situated**                                                  **PLAINTIFFS**

**v.**                                                                                                   **CIVIL ACTION NO. 3:04CV251**

**HALEY BARBOUR,**
**as Governor of the State of Mississippi,** *et al.*                                                    **DEFENDANTS**

## SCHEDULING ORDER

This matter having come before the Court at the November 6, 2006 pretrial conference, the Court hereby ORDERS that:

1. The parties shall serve on all counsel a proposed final pretrial order by February 19, 2007;

2. The final pretrial conference is set on February 26, 2007 beginning at 9:30 a.m. and the parties shall submit to the district judge a proposed final pretrial order by this date;

3. This action is set for trial commencing on May 7, 2007 at 9:00 a.m.

SO ORDERED, this 13th day of November, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

/s Dewitt L. ("Rusty") Fortenberry
Dewitt L.  ("Rusty") Fortenberry Jr., Esq.
Barry C. Campbell, Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi  39201

*Attorneys for Defendants*