# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**OLIVIA Y.,** *et al.,*
**For And On Behalf of All Others Similarly Situated**                                    **PLAINTIFFS**

**v.**                                                                                                 **CIVIL ACTION NO. 3:04CV251**

**HALEY BARBOUR,**
as Governor of the State of Mississippi, *et al.*                                          **DEFENDANTS**

## ORDER GRANTING MOTION FOR LEAVE TO
## SUPPLEMENT PLAINTIFFS' WITNESS LIST

This matter having come before the Court on Plaintiffs' Motion for leave to supplement their Amended Initial Mandatory Disclosures, the Court hereby GRANTS the Motion and therefore ORDERS that:

1. Within two weeks from the date of this Order, Plaintiffs shall serve the supplement to their Amended Initial Mandatory Disclosures to Defendants, including summaries of the anticipated testimony of three supplemental witnesses: (i) RR, a 17-year old class member in MDHS custody; (ii) EC, a former MDHS-licensed foster parent; and (iii) Henry Goodman, a former MDHS Regional Director.

2. Defendants shall have three weeks from the date of Plaintiffs' service of the supplemental witnesses to file notices of any depositions of said witnesses; and

3. Defendants shall conclude any such depositions by January 31, 2007.

SO ORDERED, this 13th day of November, 2006.

                                                            /s/ Tom S. Lee
                                                            UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone:  (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Tara Crean (MBN 44447 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone:  (212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone:  (212) 407-4000

*PLAINTIFFS' COUNSEL*

<u>/s Dewitt L. ("Rusty") Fortenberry Jr.</u>
Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Barry C. Campbell, Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi  39201

*Attorneys for Defendants*