IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                          PLAINTIFFS

v.                                                                                 CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

### NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURE

NOTICE IS HEREBY GIVEN that Plaintiffs have this date disclosed to Defendants supplemental initial disclosures pursuant to Fed. R. of Civ. P. 26(a)(1)(A), Uniform Local Rule 26.1(A)(1) and this Court's November 13, 2006 Order Granting Motion For Leave To Supplement Plaintiffs' Witness List.

RESPECTFULLY SUBMITTED, this, the 27th day of November, 2006.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201
(601) 948-8000
(601) 948-3000 (fax)

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi  39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
404 Park Avenue South

4/96569.1

       New York, New York  10016
       Telephone:  (212) 683-2210

       John Lang (MBN 43987 *pro hac vice*)
       Christian Carbone (MBN 43986 *pro hac vice*)
       John Piskora (MBN 44474 *pro hac vice*)
       LOEB & LOEB LLP
       345 Park Ave.
       New York, New York  10154
       (212) 407-4000

       *PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. ("Rusty") Fortenberry, Esq.
    Barry C. Campbell, Esq.
    Kenya Key Rachal, Esq.
    Gretchen L. Zmitrovich, Esq.
    Ashley Tullos Young, Esq.
    BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
    Meadowbrook Office Park
    Jackson, MS  39211

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division
    Carroll Gartin Justice Building
    430 High Street
    Jackson, Mississippi  39201

    *Attorneys for Defendants*

          /s Melody McAnally