IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                                        PLAINTIFFS
Olivia Y., et al.

vs.                                                                                  CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                                      DEFENDANTS
State of Mississippi, et al.

## NOTICE OF DEPOSITION

To:    All Counsel of Record

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, Haley Barbour, et al., will conduct the deposition of Henry Goodman before an official authorized to administer oaths at The Days Inn, 2701 Highway 82 East, Greenville, Mississippi 38701, on Tuesday, January 30, 2007, beginning at 10:00 a.m.

The deposition will continue from day to day until completed. You are invited to attend and participate.

This the 18th day of December, 2006.

                   Respectfully submitted,

                   **HALEY BARBOUR, as Governor of the State of
                   Mississippi; DONALD TAYLOR, as Executive Director
                   of the Department of Human Services; and
                   RICKIE FELDER as Director of the Division of
                   Family and Children's Services**

                   BY: /s/ Barry C. Campbell

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

      I, Barry C. Campbell, one of the attorneys for Defendants do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39202

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, New York 10016

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205

      I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, New York 10016

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 18th day of December, 2006.

                /s/ Barry C. Campbell