IN THE COUNTY COURT OF FORREST COUNTY
STATE OF MISSISSIPPI
YOUTH COURT DIVISION

IN THE INTEREST OF:

O▓▓▓ Y▓▓▓▓▓ A MINOR    DOCKET NO.: 18-YC-03-P-0868-232

### REVIEW ORDER AND
### ORDER GRANTING DURABLE LEGAL CUSTODY

THIS CAUSE is before the Court for a review as mandated by Section 43-15-13 of the Mississippi Code of 1972, Annotated, as amended, the Court finds as follows in the interest of O▓▓▓ Y▓▓▓▓, minor respondent, a female child born ▓▓▓▓▓▓▓, five (5) years of age, was adjudicated a neglected child on January 20, 2004. Following a dispositional hearing, the child was placed in the custody of the Mississippi Department of Human Services—Family and Children's Services.

The Court finds that it has jurisdiction of the above named minor child and the subject matter at hand and, after consideration, finds as follows:

Present at the hearing was the minor respondent's Attorney/Guardian Ad Litem, the Honorable James Johnson and also present was the minor child, O▓▓▓ Y▓▓▓▓. The minor child's natural mother ▓▓▓▓▓▓▓ was present at the hearing. The minor child's natural father, ▓▓▓▓▓▓ was not present in Court.

The nature of the hearing and the rights of all parties were explained by the Court. Having considered available evidence, it is the finding of the Court:

(1) That reasonable efforts were made by the Mississippi Department of Human Services--Family and Children's Services to prevent removal of said child from her home and that removal from the home was necessary in that continuation in the home would be contrary to the child's welfare and that reasonable efforts have been made to



reunify said child with members of her family or to finalize a permanency plan, and at this time it is appropriate for durable legal custody to be granted to R███ and T███ W███ pursuant to Miss. Code Ann. Section 43-21-609 (b) <u>since the minor child was placed with the W███'s on or about May 19, 2005.</u>

(2)   That the Court finds that the child's health and safety are the paramount concern.

IT IS THEREFORE the order of the Court that <u>durable legal custody to be and is hereby granted to R███ and T███ W███, pursuant to Miss. Code Ann. Section 43-21-609 (b) and the Mississippi Department of Human Services-Family and Children's Services shall supervisor this case for six (6) months and shall close this case.</u>

ORDERED, ADJDUGED, AND DECREED, this the 15th day of June, 2006.

_____
MICHAEL W. McPHAIL
Youth Court Judge