

IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI

**FILED**

DEC 1 5 2006

**TERRY MILLER, CLERK**
By _____

IN THE MATTER OF THE ADOPTION OF
THE CHILD IDENTIFIED HEREIN                    CAUSE NO. 2006-2192 PW

## JUDGMENT OF ADOPTION

This day this cause came on to be heard upon the Petition For Adoption by R▬ B▬ and C▬ B▬, and the Court having been fully advised in the premises Finds, Orders Adjudges as follows:

1.   That the Petitioners, R▬ B▬ and C▬ B▬, are adult resident citizens of ▬▬, Mississippi who have resided within the State of Mississippi for at least 90 days preceding the filing of this Petition.

2.   That the minor child who is the subject of this adoption is a four (4) year old minor male born on ▬▬. Said minor resides with the Petitioners and joined in the Petition by and through his Next Friend.

3.   That this Court has jurisdiction over the parties and subject matter herein.

4.   That the parental rights of the biological and/or legal parents of this minor were terminated in a prior proceeding by the Jackson County Youth Court on or about March 7, 2006.

5.   That the Mississippi Department of Human Services and the Jackson County Department of Human Services entered their appearance herein and consented to the adoption of this child by these Petitioners by their Consents attached to the Petition For Adoption as Exhibits "B and C".

6.   That Suzette Breland, Esq. is the Guardian Ad Litem for the minor child herein.



EXHIBIT B

Said Guardian Ad Litem interviewed the parents, investigated the case and submitted a report to this Court recommending the adoption by the Petitioners as same is in the child's best interest.

7. That the Physician's Certificate was attached to the Petition For Adoption as Exhibit "E" and incorporated therein by reference, as required by law.

8. That Affidavits were filed with the Petition as Exhibits "F" and "G" stating that the minor child has no real or personal property of any value, other than his clothing and other small personal effects to the best of the States knowledge and belief.

9. It appears that the Petitioners are desirous of adopting the minor and wish to rear, educate and nurture him as they would their own child as they believe it to be in the minor's best interest. Further, the Petitioners are fit, suitable and proper persons to adopt the child and to have the responsibility of his care, custody and control as if born to them. Further, the Petitioners wish to give the minor the right of inheritance in accordance with the laws of this state including all rights existing by virtue of §93-17-13 and §11-7-13 (Miss. Code Ann. 1972, as amended), and change the birth certificate to reflect R███ B███ and C███ B███ as the parents of said minor child, including all other pertinent information and that the minor child's name shall be changed to C███ B███.

10. That it appears that it would be in the best interest of this child to be adopted by the Petitioners herein; his name legally changed; the Petitioners prayer for relief granted; the investigation, interlocutory decree and six month waiting period waived and a revised birth certificate issued.

**IT IS THEREFORE:**

**ORDERED AND ADJUDGED** that the adoption is granted and C███ B███ is for all legal intents and purposes the child of R███ B███ and C███ B███, having all of the benefits and responsibilities arising from the natural born parent and

child relationship, including but not limited to all of the rights listed in § 93-17-13 and 11-7-13 (Miss. Code Ann. 1972, as amended and supplemented) as well as all other laws of this state.

**ORDERED AND ADJUDGED** that the minor's name is hereby changed to C▮▮ ▮B▮▮ and a new or revised birth certificate shall be issued in accordance with §93-17-21 (Miss. Code Ann. 1972, as amended). Further, said birth certificate shall reflect the Petitioners as his mother and father and shall include thereon all other pertinent information regarding the child and Petitioners as if he was in fact born unto them.

**ORDERED AND ADJUDGED** that the investigation, interlocutory decree and six month waiting period are hereby waived.

**SO ORDERED, ADJUDGED AND DECREED**, this the 15 day of December, 2006.

CHANCELLOR

R▮▮ and C▮▮ B▮▮

Attested
To be true copy of original Judgment
Filed Dec. 15 2006
Terry Miller, Chancery Clerk
Jackson County, Mississippi
By ▮▮▮▮▮▮ D.C.

V. DENISE LEE, ESQ.
MBN 8719
131 LAMEUSE, SUITE B
BILOXI, MS 39530
228-374-2685