# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., et al. | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:04cv251LN |
| HALEY BARBOUR, as Governor of the State of Mississippi, et al. | DEFENDANTS |

## NOTICE OF VIDEO DEPOSITION

To:   All Counsel of Record

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, Haley Barbour, et al., will conduct the video deposition of Ellen Carter before an official authorized to administer oaths at the office of Karl Steinberger of Williams, Heidelberg, Steinberger & McElhaney, 4211 Hospital Road, Suite 312, Pascagoula, Mississippi 39568, on Monday, January 29, 2007, beginning at 9:00 a.m.

The deposition will continue from day to day until completed. You are invited to attend and participate.

This the 17th day of January, 2007.

Respectfully submitted,

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

BY: /s/ Barry C. Campbell

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424