IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                    PLAINTIFFS

v.                                                                              CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*            DEFENDANTS

**PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF RULE 17(c) NEXT FRIEND FOR NAMED PLAINTIFF JAMISON J.**

Plaintiffs respectfully request that Chris Powell, Esquire, be substituted as next friend to represent Named Plaintiff Jamison J., pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, to replace Jamison's recently deceased next friend. Defendants do not oppose this Motion.

Rule 17(c) states that "[a]n infant or incompetent person who does not have a duly appointed representative may sue by a next friend or by a *guardian ad litem*." Fed. R. Civ. P. 17(c) (emphasis added). Mrs. Clara Lewis, who served as Jamison J.'s next friend, passed away in December 2006, and Jamison, age 19, remains a minor disqualified from representing himself. *See* Fed. R. Civ. P. 17(b) ("The capacity of an individual . . . to sue or be sued shall be determined by the law of the individual's domicile."); Miss. Code Ann. §§ 1-3-21, 1-3-27 ("The term[s] 'infant' [and 'minor'] . . . shall include any person . . . under twenty-one years of age.").

Mr. Powell, an attorney in private practice, is the current *guardian ad litem* appointed to represent Jamison J. in the Mississippi state courts. Mr. Powell was appointed to represent Jamison by the Bolivar County Mississippi Youth Court on June 8, 2005. As Jamison's court-

appointed *guardian ad litem*, Mr. Powell has represented Jamison's interests before both the Youth and the Chancery Courts of Mississippi. His representation of Jamison in this matter is specifically authorized by Rule 17(c). In addressing matters pertaining to the appointment of next friends, the Court is to exercise its discretion so as to ensure the protection of a minor's interest in the litigation. *See Gaddis v. United States*, 381 F.3d 444, 453 (5th Cir. 2004). Having Mr. Powell, who has represented Jamison as his *guardian ad litem* for the past year and a half, assume the role of Jamison's Rule 17(c) next friend will promote the protection of Jamison's interest in this litigation.

Wherefore, Plaintiffs respectfully request that Chris Powell, Esquire, 123 South Court Street, Post Office Drawer 1680, Cleveland, Mississippi, 38732, be substituted as next friend for Named Plaintiff Jamison J., pursuant to Rule 17(c).

RESPECTFULLY SUBMITTED, this the 24th day of January, 2007.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, MS 39202
Telephone: (601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Susan Lambiase (MBN 43992 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone: (212) 683-2210

          John Lang (MBN 43987 *pro hac vice*)
          Christian Carbone (MBN 43986 *pro hac vice*)
          John Piskora (MBN 44474 *pro hac vice*)
          LOEB & LOEB LLP
          345 Park Avenue
          New York, NY 10154
          Telephone: (212) 407-4000

          *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007 I electronically filed the foregoing with the Court using the ECF system, which sent notification of such filing to the following:

  Dewitt L. ("Rusty") Fortenberry Jr., Esq.
  Barry C. Campbell, Esq.
  Kenya Key Rachal, Esq.
  Gretchen L. Zmitrovich, Esq.
  Ashley Tullos Young, Esq.
  BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
  428 I-55 North
  Meadowbrook Office Park
  Jackson, MS 39211
  (601) 351-2400

  Harold E. Pizzetta, III, Esq.
  Assistant Attorney General
  General Civil Division
  Carroll Gartin Justice Building
  430 High Street
  Jackson, Mississippi 39201

  *Attorneys for Defendants Haley Barbour, et al.*

      /s Melody McAnally_____