**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**OLIVIA Y.,** *et al.,*
**For And On Behalf of All Others Similarly Situated**                    **PLAINTIFFS**

v.                                                        **CIVIL ACTION NO. 3:04CV251**

**HALEY BARBOUR,**
**as Governor of the State of Mississippi,** *et al.*                    **DEFENDANTS**

**ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF RULE 17(c)
NEXT FRIEND FOR NAMED PLAINTIFF JAMISON J.**

This matter having come before the Court on Plaintiffs' unopposed Motion for the substitution of Named Plaintiff Jamison J.'s next friend, the Court hereby GRANTS the Motion and therefore ORDERS that Chris Powell, Esquire, shall serve as next friend on behalf of Named Plaintiff Jamison J.

SO ORDERED, this 25th day of January, 2007.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE