IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.,*
For And On Behalf of All Others Similarly Situated          PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR,
as Governor of the State of Mississippi, *et al.*           DEFENDANTS

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that all counsel of record for Plaintiffs, listed below, hereby enter their appearances as counsel of record for Chris Powell, the substituted next friend on behalf of Named Plaintiff Jamison J., in the above styled and numbered cause:

> W. Wayne Drinkwater, Jr., wdrinkwater@bradleyarant.com (lead counsel to be noticed);
> Melody McAnally, mmcanally@bradleyarant.com (lead counsel to be noticed);
> Stephen H. Leech, Jr., s.leech@sleech.com;
> Eric E. Thompson, ethompson@childrensrights.org (lead counsel to be notified);
> Marcia Robinson Lowry;
> Shirim Nothenberg;
> Susan Lambiase;
> John F. Lang;
> Christian D. Carbone; and
> John A. Piskora

Plaintiffs' counsel request that Mr. Powell be removed in the ECF system as representing himself related to this matter.

RESPECTFULLY SUBMITTED, this the 30th day of January, 2007.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)

        BRADLEY ARANT ROSE & WHITE LLP
        188 East Capitol Street, Suite 450
        Jackson, Mississippi  39201
        Telephone:  (601) 948-8000
        Facsimile:  (601) 948-3000

        Stephen H. Leech (MBN 1173)
        618 Crescent Boulevard, Suite 103
        Ridgeland, MS  39157
        P. O. Box 3623
        Jackson, Mississippi 39207
        Telephone:  (601) 607-4172

        Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
        Susan Lambiase (MBN 43992 *pro hac vice*)
        Eric E. Thompson (MBN 43993 *pro hac vice*)
        Shirim Nothenberg (MBN 43990 *pro hac vice*)
        CHILDREN'S RIGHTS
        330 Seventh Ave, 4th Floor
        New York, New York 10001
        Telephone:  (212) 683-2210

        John Lang (MBN 43987 *pro hac vice*)
        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Avenue
        New York, New York 10154
        Telephone:  (212) 407-4000

        *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L. ("Rusty") Fortenberry, Esq.
    Barry C. Campbell, Esq.
    Kenya Key Rachal, Esq.
    Gretchen L. Zmitrovich, Esq.
    Ashley Tullos Young, Esq.
    BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
    Meadowbrook Office Park
    Jackson, MS  39211

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi  39201

*Attorneys for Defendants Haley Barbour, et al.*


                                                /s Melody McAnally