## PROGRAM NARRATIVE
### Program Data Collected in Accordance with the Mississippi Performance Budget and Strategic
### Planning Act of 1994
(To Accompany Form MBR-1-03)

| Mississippi Department of Human Services | Division of Family & Children's Services |
|---|---|
| Agency | Program |

published in April 2006. We used their matrix of estimated annual expenditures on a child by husband-wife families (before-tax income less than $42,800, or average $26,700). We determined there was a 45% difference between our current board rates and their figures. By using the average yearly total of our board rates, we projected the yearly increase that would be needed for realignment.

### Forensic Interviewing:

In order to provide forensic interviewing, our staff will need extensive training. The cost for bringing in a trainer is based on a contracted amount with a national company which is $10,000 per session. Each 40 hour session will provide training to 30 employees. We would train 300 employees over three years. These costs also include the usual travel expenses (mileage, meals, and lodging) for the 300 employees.

After training, interview rooms will be set up and shared between several counties. In order to provide a child friendly interview room, appropriate furniture and equipment will need to be purchased. These interview rooms should be set up to decrease the amount of stress and anxiety for children being interviewed. Quality videotaping, sound, and recording equipment will be needed in order to provide proper documentation to serve as evidence in legal cases.

DHS
146313

**PROGRAM PERFORMANCE INDICATORS AND MEASURES**
**Program Data Collected in Accordance with the Mississippi Performance**
**Budget and Strategic Planning Act of 1994**
**(To Accompany Form MBR-1-03)**

| Mississippi Department of Human Services | Division of Family & Children Services |
|---|---|
| Agency | Program |

Program Outputs: (This is the measure of the process necessary to carry out the goals and objectives of the program. This is the volume produced, i.e., how many people served, how many documents generated.)

| | FY 2006 Actual | FY 2007 Estimated | FY 2008 Projected |
|---|---|---|---|
| 1. Primary Direct Service Recipients | 17,265 | 17,290 | 17,315 |
| 2. Abuse/Neglect Investigations | 18,498 | 18,025 | 18,025 |
| 3. Children Receiving Care in Custody of Agency | 3,469 | 4,000 | 3,000 |
| 4. Number of Licensed Foster homes | 1,254 | 1,400 | 1,300 |
| 5. Number of Finalized Adoptions | 207 | 250 | 275 |
| 6. Number of Families Served by Family Preservation | 157 | 600 | 660 |

Program Efficiencies: (This is the measure of the cost, unit cost, or productivity associated with a given outcome or output. This measure indicates linkage between services and funding, i.e., cost per investigation, cost per student or number of days to complete investigation.)

| | FY 2006 Actual | FY 2007 Estimated | FY 2008 Projected |
|---|---|---|---|
| 1. Decrease the Average Length of Time in Foster Care | 2.39 years | 2.17 years | 1.97 years |
| 2. Decrease the Number of Foster Care Review Deficiencies | 10.9% | 8.5% | 7.5% |
| 3. Decrease the Number of Re-Entries into Foster Care | 16.70% | 15.00% | 15.00% |
| 4. Decrease the Number of Place Moves per Child In Foster Care | 3.2 | 2.9 | 2.5 |
| 5. Decrease the number of Subsequent Substantiated Reports of Abuse or Neglect | 25.00% | 25.00% | 25.00% |
| 6. 99% of Families Served by Family Preservation Remain in Tact | 282 | 600 | 660 |
| 7. Decrease the Total Expenditures for Out of State Residential Treatment | $0.00 | $0.00 | $0.00 |

DHS
146314

**PROGRAM PERFORMANCE INDICATORS AND MEASURES**
**Program Data Collected in Accordance with the Mississippi Performance**
**Budget and Strategic Planning Act of 1994**
**(To Accompany Form MBR-1-03)**

**Mississippi Department of Human Services**            **Division of Family & Children Services**
                     Agency                                                    Program

Program Outcomes: (This is the measure of the quality or effectiveness of the services provided by this program. This measure provides an assessment of the actual impact of public benefit of your agency's actions. This is the result produced, i.e., increased customer satisfaction by x% within a 12-month period, reduce the number of traffic fatalities due to drunk drivers within a 12-month period.) ***Briefly explain outcome measures, cite source, and interpret the results. ***

| | Targeted Program Outcomes | Actual Program Outcomes |
|---|---|---|
| FY 2006 | 1. Decrease the Number of Children Entering Custody | 1,982 |
| | 2. Increase the Number of Children Leaving Custody | 1,908 |
| | 3. Increase the Number of Licensed Foster Homes | 1,125 |
| FY 2007 | 1. Decrease the Number of Children Entering Custody | 1,923 |
| | 2. Increase the Number of Children Leaving Custody | 1,965 |
| | 3. Increase the Number of Licensed Foster Homes | 1,175 |
| FY 2008 | 1. Decrease the Number of Children Entering Custody | 1,865 |
| | 2. Increase the Number of Children Leaving Custody | 2,023 |
| | 3. Increase the Number of Licensed Foster Homes | 1,225 |

DHS
146315                              30

State of Mississippi
Form MBR-1-B

## SCHEDULE B
## CONTRACTUAL SERVICES

MDHS - Division of Family and Children's Services
     Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 |
|---|---|---|---|
| **A. TUITION, REWARDS & AWARDS (61010-61099)** | | | |
| 61010  Tuition | | | |
| 61020  Employee Training | 24,317 | 35,067 | 37,014 |
| 61050  Rewards | | | |
| 61030  Travel Registration | | | |
|     TOTAL (A) | 24,317 | 35,067 | 37,014 |
| **B. TRANSPORTATION & UTILITIES (61100-61299)** | | | |
| 61110  Postage, Box Rent, etc. | 109,555 | 157,986 | 166,758 |
| 6112X  Telephone - Basic Line Charges (61121-61125) | | | |
| 6113X  Telephone - Service Fund Fee (61131-61134) | | | |
| 61134  Telephone - Long Distance Service | | | |
| 61141  Telephone - Private Line Charges | | | |
| 611XX  Transportation of Goods (61180-61190) | 9,732 | 14,034 | 14,813 |
| 61210  Electricity | 55,373 | 79,852 | 84,286 |
| 61220  Gas | | | |
| 61230  Water & Sewage | | | |
| 61191  Delivery Charges | | | |
|     TOTAL (B) | 174,660 | 251,872 | 265,857 |
| **C. PUBLIC INFORMATION ((61300-61399)** | | | |
| 61310  Advertising & Public Information | 160,866 | 231,979 | 244,860 |
| 61330  Promotional Dinners, Receptions | 2,855 | 4,117 | 4,346 |
| 61340  Signs & Billboards | | | |
| 61350  Exhibits & Displays | | | |
|     TOTAL (C) | 163,721 | 236,096 | 249,206 |
| **D. RENTS (61400-61499)** | | | |
| 61420  Building & Floor Space | 231,014 | 333,138 | 351,635 |
| 61430  Land | | | |
| 61440  Office Equipment | 415,291 | 598,878 | 632,131 |
| 61460  Other Equipment | 1,825 | 2,632 | 2,778 |
| 61470  Bureau of Buildings | | | |
| 61480  Exhibits, Displays & Conference Rooms | 3,500 | 5,047 | 5,327 |
| 61410  Rent | | | |
| 61490  Other Rent | 5,347 | 7,711 | 8,139 |
|     TOTAL (D) | 656,977 | 947,406 | 1,000,010 |
| **E. REPAIRS & SERVICES (61500-61599)** | | | |
| 61500  Grounds, Walks, Fences & Lots | | | |
| 61520  Buildings | 27,155 | 39,159 | 41,333 |
| 61530  Machinery & Field Equipment | | | |
| 61540  Passenger Vehicles | | | |
| 61550  Office Equipment & Furniture | 24,392 | 35,175 | 37,128 |
| 61580  Shop Equipment | | | |
| 61590  Miscellaneous Items of Equipment | | | |
|     TOTAL (E) | 51,547 | 74,334 | 78,461 |

31

DHS
146316

State of Mississippi
Form MBR-1-B

## SCHEDULE B
## CONTRACTUAL SERVICES CONTINUED

MDHS - Division of Family and Children's Services
    Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 |
|---|---|---|---|
| **F. FEES, PROFESSIONAL & OTHER SERVICES (61600-61699)** | | | |
| 61615  SAAS Fees - DFA | 19,630 | 28,308 | 29,880 |
| 61616  MMRS Fees | 67,399 | 97,194 | 102,591 |
| 61617  SPAHRS Fees - DFA | | | |
| 61618  MERLIN Fees | | | |
| 61620  Department of Audit | 30,708 | 44,283 | 46,742 |
| 6163X  Legal (61630-61636) | 610,697 | 880,666 | 929,565 |
| 61650  State Personnel Board | | | |
| 61645  Psychology Services | 1,000 | 1,442 | 1,522 |
| 6165X  Personnel Services Contracts (61651-61653) | 3,525,801 | 5,084,445 | 5,548,391 |
| 61670  Laboratory & Testing Fees | | | |
| 61680  Temporary Employment less than $400 | 6,706 | 9,671 | 10,208 |
| 61690  Other Fees & Services | 70,775 | 102,062 | 107,729 |
| 61600  Fees-Department of Welfare | | | |
| 61601  Fees-DHS Foster Care Children | 2,843,119 | 4,099,971 | 4,327,621 |
| 61640  Medical Doctors | 9,433 | 13,603 | 14,358 |
| 61661  Recording and Notary Fees | 274 | 395 | 417 |
| 61660  Court Cost & Court Reporters | 13,117 | 18,916 | 19,966 |
| 61663  Witness Fees and Expense | 2,250 | 3,245 | 3,425 |
| 61602  Fees-DHS-Medicaid Transportation | 165,568 | 238,760 | 252,017 |
| 61644  Other Medical | | | |
|     TOTAL (F) | **7,366,477** | **10,622,961** | **11,394,432** |
| **G. OTHER CONTRACTUAL SERVICES (61700-61899)** | | | |
| 61700  Liability Insurance Pool Contributions (Tort Claims) | 38,959 | 56,182 | 59,301 |
| 61710  Insurance & Fidelity Bonds | | | |
| 61715  Insurance Computer Equipment ITS | 1,601 | 2,309 | 2,437 |
| 61720  Membership Dues | 28,919 | 41,703 | 44,019 |
| 61721  Subscriptions | | | |
| 61718  Service Charge-Bank Accounts | 320 | 461 | 487 |
| 61740  Salvage, Demolition, and Removal Service | | | |
|     TOTAL (G) | **69,799** | **100,655** | **106,244** |
| **H. INFORMATION TECHNOLOGY (61900-61990)** | | | |
| 61902  IS Fees - Outside Vendor (61902-61905,61908-61913) | 4,400 | 6,345 | 6,697 |
| 6190X  IS Fees- CDPA (61905-61907) | 4,989 | 7,194 | 7,593 |
| 6191X  IS Training/Education (61914-61915) | | | |
| 61917  Service Charges Paid to State Computer Center | 418,399 | 603,360 | 636,861 |
| 61918  Data Entry | | | |
| 61921  Software Acquisition | 112,011 | 161,527 | 170,496 |
| 61922  Basic Telephone Monthly-Outside Vendor | | | |
| 61923  Basic Telephone Monthly-ITS | | | |
| 61924  Long Distance Charges-Outside Vendor | 1,126 | 1,624 | 1,714 |
| 61925  Long Distance Charge-ITS | 21,761 | 31,381 | 33,123 |
| 61929  Pub Net-ITS | | | |
| 6193X  IS Related Rentals (61932-61938) | 32,216 | 46,458 | 49,038 |
| 61939  Cellular Usage Time - Outside Vendor | | | |
| 61961  Repair, Maintenance & Service of IS Equipment | 126,540 | 182,479 | 192,611 |
| 61962  Maintenance Repair of Communication Systems | 8,167 | 11,777 | 12,431 |

DHS
146317

State of Mississippi
Form MBR-1-B

**SCHEDULE B**
**CONTRACTUAL SERVICES CONTINUED**

MDHS - Division of Family and Children's Services
　　　Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 |
|---|---|---|---|
| **H. INFORMATION TECHNOLOGY  (61900-61990)** | | | |
| 61963   Main Outside | 1,749 | 2,522 | 2,662 |
| 61964   Repair, Maint., & Service of Telephone Systems | 16,827 | 24,266 | 25,613 |
| 61971   Contract Maintenance of IS Equipment (Outside Vendor) | | | |
| 61972   Contract  Maintenance of Computer Systems | | | |
| 61980   Software Maintenance (61980-61989) | 156,621 | 225,858 | 238,399 |
| 61986   Contract Maintenance of Software | | | |
| 61998   Prior Year Expense - Contractual | | | |
| TOTAL (H) | 904,806 | 1,304,791 | 1,377,238 |
| **I. OTHER  (61991-61999)** | | | |
| 61199X   Prior Year Expense (61997-61998) | 384,071 | 553,857 | 584,611 |
| 61999   Contractual Services - No PO Required | | | |
| 61992   SPAHRS TR RC | | | |
| TOTAL (I) | 384,071 | 553,857 | 584,611 |
| **GRAND TOTAL** *(Enter on Line I-B of Form MBR-1)* | 9,796,375 | 14,127,039 | 15,093,073 |
| **FUNDING SUMMARY:** | | | |
| GENERAL FUNDS | 4,708,505 | 6,289,984 | 6,949,201 |
| FEDERAL FUNDS | 4,975,211 | 7,674,593 | 7,981,410 |
| OTHER FUNDS | 112,659 | 162,462 | 162,462 |
| **TOTAL FUNDS** | 9,796,375 | 14,127,039 | 15,093,073 |

DHS
146318

State of Mississippi
Form MBR-1-C

**SCHEDULE C**
**COMMODITIES**

MDHS - Division of Family and Children's Services
        Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 |
|---|---|---|---|
| **A. MAINTENANCE & CONSTR. MATERIALS & SUPPLIES (62010-62099)** | | | |
| 62040  Lumber Parts | | | |
| 62050  Steel & Other Metals | | | |
| 62060  Paints | 136 | 311 | 345 |
| Total (A) | 136 | 311 | 345 |
| **B. PRINTING & OFFICE SUPPLIES & MATERIALS (62100-62199)** | | | |
| 62110  Printing Binding | 27,070 | 61,803 | 68,644 |
| 62120  Duplication & Reproduction Supplies | 19,205 | 43,847 | 48,701 |
| 62130  Office Supplies & Materials | 33,079 | 75,522 | 83,882 |
| 62140  Paper Supplies | 17,344 | 39,598 | 43,981 |
| 62150  Maps, Manuals, Library Books | 19,140 | 43,698 | 48,535 |
| 62160  Office Equipment (not capital outlay) | 37,039 | 84,563 | 93,924 |
| Total (B) | 152,877 | 349,031 | 387,667 |
| **C. EQUIPMENT REPAIR PARTS, SUPPLIES & ACCES. (62200-62299)** | | | |
| 62210  Fuels - Gasoline | 281 | 642 | 713 |
| 62211  Fuels - Gasoline | | | |
| 62250  Repair Office Equipment | 4,630 | 10,571 | 11,741 |
| 62251  Repair Vehicle | | | |
| 62270  Radio & TV Supply & Repair | | | |
| 62290  Other Equipment Repair Parts | | | |
| Total (C) | 4,911 | 11,213 | 12,454 |
| **D. PROFESSIONAL & SCI. SUPPLIES AND MATERIALS (62300-62399)** | | | |
| 62330  Photographic Supplies | 7,314 | 16,699 | 18,547 |
| 62331  Film Processing | 800 | 1,826 | 2,028 |
| 62340  Drugs & Chemicals - Medical & Lab Use | 33 | 75 | 83 |
| 62390  Other Professional Scientific Supplies & Materials | | | |
| Total (D) | 8,147 | 18,600 | 20,658 |
| **E. OTHER SUPPLIES & MATERIALS (62400-62999)** | | | |
| 62420  Hardware, Plumbing & Electrical | 2,528 | 5,772 | 6,411 |
| 62450  Janitor Supplies & Cleaning | 2,612 | 5,963 | 6,623 |
| 62470  Food Persons | 8,623 | 19,687 | 21,866 |
| 62475  Food  For Business Meetings | 24,240 | 55,342 | 61,468 |
| 62510  Poisons | | | |
| 62530  Uniforms & Wearing Apparel | | | |
| 62540  Linens | | | |
| 62555  IS Equipment Repair Parts | 25,515 | 58,253 | 64,701 |
| 62595  Other Equipment | 2,181 | 4,979 | 5,530 |
| 62590  Other Supplies & Materials | 54,603 | 124,664 | 138,465 |
| 62998  Prior Year Expense-Commodities | 108 | 247 | 274 |
| Total (E) | 120,410 | 274,907 | 305,338 |

DHS
146319

State of Mississippi
Form MBR-1-C

SCHEDULE C
COMMODITIES CONTINUED

MDHS - Division of Family and Children's Services
　　　　Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1)<br>Actual Expenses<br>FY Ending<br>June 30, 2006 | (2)<br>Estimated Expenses<br>FY Ending<br>June 30, 2007 | (3)<br>Requested for<br>FY Ending<br>June 30, 2008 |
|---|---|---|---|
| **GRAND TOTAL (A, B, C, D & E)**<br>*(Enter on Line I-C of Form MBR-1)* | 286,481 | 654,062 | 726,462 |
| FUNDING SUMMARY: | | | |
| GENERAL FUNDS | 116,425 | 265,809 | 302,209 |
| FEDERAL FUNDS | 170,056 | 388,253 | 424,253 |
| OTHER FUNDS | | | |
| **TOTAL FUNDS** | 286,481 | 654,062 | 726,462 |

DHS
146320

35

State of Mississippi
Form MBR-1-D-2

**SCHEDULE D-2**
**CAPITAL OUTLAY EQUIPMENT**

MDHS - Division of Family and Children's Services
    Name of Agency

| EQUIPMENT BY ITEM | Act. FY Ending June 30, 2006 | | Est. FY Ending June 30, 2007 | | Req. FY Ending June 30, 2008 | | |
|---|---|---|---|---|---|---|---|
| | No. of Units | Total Cost | No. of Units | Total Cost | No. of Units | Cost Per Unit | Total Cost |
| **A. VEHICLES (see form MBR-1-D-3)** | | | | | | | |
| **B. ROAD MACHINERY, FARM & OTHER EQUIPMENT** | | | | | | | |
| 63330  Office Machines, Furniture, Fixtures & Equipment | | | | | | | |
| TOTAL (B) | | | | | | | |
| **C. OFFICE MACHINES, FURNITURE, FIXTURES, EQUIP.** | | | | | | | |
| Typewriters | 4 | 2,255 | 5 | 500 | 15 | 500 | 7,500 |
| Paper Shredders | 9 | 9,921 | 5 | 1,500 | 20 | 800 | 16,000 |
| Desks | | | | | 5 | 460 | 2,300 |
| Table | | | | | | | |
| Hutch | | | | | | | |
| Credenzas | | | | | | | |
| Executive Desk | | | 15 | 650 | 6 | 500 | 3,000 |
| Executive Chair | 1 | 530 | 1 | 530 | 1 | 542 | 542 |
| Printer Stand | | | | | | | |
| Secretary Chair | | | | | | | |
| Overhead Projector | 7 | 6,783 | 7 | 656 | | | |
| Mail Sorter | 1 | 38,890 | 1 | 38,000 | | | |
| Secretary Desk | | | 20 | 800 | | | |
| TOTAL (C) | | 58,379 | | 42,636 | | | 29,342 |
| **D. IS EQUIPMENT (DP & TELECOMMUNICATIONS)** | | | | | | | |
| Desk Top Computers | | | | | | | |
| Lap Top Computers | | | 6 | 2,520 | 12 | 2,520 | 30,240 |
| Scanners | 1 | 11,822 | 1 | 6,959 | | | |
| Instant Photo Printers | | | | | | | |
| Printers | 11 | 13,363 | 5 | 1,500 | | | |
| Fax Machines | 17 | 11,790 | | | | | |
| Personal Computers | | | 15 | 24,705 | 15 | 1,647 | 24,705 |
| Telephone Systems | 3 | 6,317 | | | 8 | 9,500 | 76,000 |
| Computer Upgrades | | | 1 | 5,000 | | | |
| Back-up Power Supplies | | | | | | | |
| Install DX80 System | | | | | | | |
| Cisco Catalyst 2950 | 15 | 31,688 | | | | | |
| Data Projector | 3 | 3,585 | | | | | |
| Laptop Printer Case | | | | | | | |
| Network Printer | | | | | | | |
| CPU | 1 | 11,416 | | | | | |
| Mini Tower | 1 | 465 | | | | | |
| IBM Thinkpad | 2 | 7,259 | | | | | |
| Dell Optiplex | 1 | 4,870 | | | | | |
| Telephone | 25 | 3,848 | | | | | |
| Laser Printers | | | | | 29 | 1,456 | 42,224 |
| Color Laser Printers | | | | | 5 | 2,400 | 12,000 |
| Multimedia Personal Computers | | | | | 1 | 2,659 | 2,659 |
| Adapter Boards | | | | | 2 | 200 | 400 |
| Citrix Terminals | | | | | 40 | 950 | 38,000 |
| TOTAL (D) | | 106,423 | | 40,684 | | | 226,228 |

36

DHS
146321

State of Mississippi
Form MBR-1-D-2

**SCHEDULE D-2**
**CAPITAL OUTLAY EQUIPMENT CONTINUED**

MDHS - Division of Family and Children's Services
　　Name of Agency

| EQUIPMENT BY ITEM | Act. FY Ending June 30, 2006 | | Est. FY Ending June 30, 2007 | | Req. FY Ending June 30, 2008 | | |
|---|---|---|---|---|---|---|---|
| | No. of Units | Total Cost | No. of Units | Total Cost | No. of Units | Cost Per Unit | Total Cost |
| A. VEHICLES (see form MBR-1-D-3) | | | | | | | |
| E. EQUIPMENT - LEASE PURCHASE (63460-63476) | | | | | | | |
| 634XX Lease Purchases | | | | | | | |
| TOTAL (E) | | | | | | | |
| F. OTHER EQUIPMENT | | | | | | | |
| Cell Phone | 4 | 1,480 | 5 | 1,000 | | | |
| Digital Cameras | | | | | | | |
| Televisions | | | | | | | |
| TV | 18 | 4,162 | 10 | 5,250 | | | |
| Cameras | 10 | 6,321 | | | | | |
| Camcorders | | | 5 | 1,500 | | | |
| VCR | | | 3 | 500 | | | |
| Cassette Recorder | | | | | | | |
| Refrigerator | | | | | | | |
| ATA Shipping Case | 1 | 585 | 1 | 600 | | | |
| Fax Machine | | | 5 | 10,000 | 23 | 1,200 | 27,600 |
| TOTAL (F) | | 12,548 | | 18,850 | | | 27,600 |
| GRAND TOTAL (Enter on Line I-D-2 of Form MBR-1) | | 177,350 | | 102,170 | | | 283,170 |
| FUNDING SUMMARY: | | | | | | | |
| GENERAL FUNDS | | 75,130 | | 43,282 | | | 134,282 |
| FEDERAL FUNDS | | 102,220 | | 58,888 | | | 148,888 |
| OTHER FUNDS | | | | | | | |
| TOTAL FUNDS | | 177,350 | | 102,170 | | | 283,170 |

37

DHS
146322

State of Mississippi
Form MBR-1-D-4

**SCHEDULE D-4**
**WIRELESS COMMUNICATION DEVICES**

MDHS - Division of Family and Children's Services
      Name of Agency

| MINOR OBJECT OF EXPENDITURE | Device Inventory June 30, 2006 | Act FY Ending June 30, 2006 | | Est FY Ending June 30, 2007 | | Req FY Ending June 30, 2008 | |
|---|---|---|---|---|---|---|---|
| | | No. of Devices | Actual Cost | No. of Devices | Estimated Cost | No. of Devices | Requested Cost |
| **A. CELLULAR PHONES (63435)** | | | | | | | |
| 63435 Cellular Phones | 14 | | | | | | |
| Total (A) | 14 | | | | | | |
| **B. PAGERS (63434)** | | | | | | | |
| 63434 Pagers, Paging Equipment | | | | | | | |
| Total (B) | | | | | | | |
| **C. WIRELESS PERSONAL DIGITAL ASSISTANTS (63435)** | | | | | | | |
| 63435 Wireless PDAs, Blackberry, etc | | | | | | | |
| Total (C) | | | | | | | |
| **GRAND TOTAL** *(Enter on Line I-D-4 of Form MBR-1)* | | | | | | | |
| **FUNDING SUMMARY:** | | | | | | | |
| GENERAL FUNDS | | | | | | | |
| FEDERAL FUNDS | | | | | | | |
| OTHER FUNDS | | | | | | | |
| **TOTAL FUNDS** | | | | | | | |

State of Mississippi
Form MBR-1-E

SCHEDULE E
SUBSIDIES, LOANS & GRANT

MDHS - Division of Family and Children's Services
    Name of Agency

| MINOR OBJECT OF EXPENDITURE | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 |
|---|---|---|---|
| **A. SCHOOL GRANTS TO COUNTIES & MUNICIPALITIES (64000-64599)** | | | |
| 64395 MDHS Other Aid to Counties | 1,499,350 | 1,468,853 | 2,329,900 |
| 64295 Library Employees Health Insurance | | | |
|     TOTAL (A) | 1,499,350 | 1,468,853 | 2,329,900 |
| **B. GRANTS TO I.H.L. & OTHER POLITICAL SUBDIVISIONS (64600-64699)** | | | |
| 64695 District Attorney Office Expense | | | |
|     TOTAL (B) | | · | |
| **C. GRANTS TO NON-GOVERNMENT INSTNS & INDS (64700-64999)** | | | |
| 64790 Other Grants to Non-Governmental Institutions | | | |
| 64795 MDHS Grants to Non-Governmental Institutions | 8,095,303 | 7,930,643 | 12,579,626 |
|     TOTAL (C) | 8,095,303 | 7,930,643 | 12,579,626 |
| **D. DEBT SERVICE & JUDGEMENTS (65000-65399)** | | | |
| 65090 Miscellaneous Indebtedness and Interest Claims | | | |
| 65040 Interest on Other Indebtedness | | | |
|     TOTAL (D) | | | · |
| **E. OTHER (66000-89999)** | | | |
| 66070 Foster Care | 18,284,244 | 17,912,339 | 28,231,009 |
| 69998 Prior Year Expense-Subsidies | 14,561 | 14,265 | 22,627 |
| 89150 Transfer to Other Funds | 108,482 | 106,275 | 168,576 |
| 66050 Medical Care for Needy | | | |
|     TOTAL (E) | 18,407,287 | 18,032,879 | 28,422,212 |
| **GRAND TOTAL** *(Enter on Line I-E of Form MBR-1)* | 28,001,940 | 27,432,375 | 43,331,738 |
| **FUNDING SUMMARY:** | | | |
|     GENERAL FUNDS | 7,791,935 | 6,849,672 | 18,638,191 |
|     FEDERAL FUNDS | 18,033,350 | 18,450,322 | 22,561,166 |
|     OTHER FUNDS | 2,176,655 | 2,132,381 | 2,132,381 |
| TOTAL FUNDS | 28,001,940 | 27,432,375 | 43,331,738 |

DHS
146324

39

### Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| FY02 REFUGEE S/S | CATHOLIC SOCIAL & COMMUNITY | (208.71) |
| **FY03 REFUGEE S/S GRANT TOTAL** | | **(208.71)** |
| | | |
| FY03 CHILDREN'S JUSTICE ACT | MISSISSIPPI COALITION | 10,312.14 |
| **FY03 CHILDREN'S JUSTICE ACT GRANT TOTAL** | | **10,312.14** |
| | | |
| FY02 COMMUNITY BASED | STARKVILLE SCHOOL DISTRICT | 11,095.69 |
| | GULF COAST WOMEN'S CENTER | 7,955.13 |
| | PRECIOUS YEARS CHILD | 6,711.83 |
| **FY02 COMMUNITY BASED GRANT TOTAL** | | **25,762.65** |
| | | |
| FY03 CHILD ABUSE | STARKVILLE SCHOOL DISTRICT | 26,425.87 |
| | STARKVILLE SCHOOL DISTRICT | 15,834.51 |
| | EXCHANGE CLUB PARENT | 15,473.41 |
| | EXCHANGE CLUB PARENT | 11,596.07 |
| | EXCHANGE CLUB PARENT | 23,393.89 |
| | EXCHANGE CLUB PARENT | 14,832.69 |
| | GULF COAST WOMEN'S CENTER | 19,345.97 |
| | EXCHANGE CLUB OF VICKSBURG | 19,421.38 |
| **FY03 CHILD ABUSE GRANT TOTAL** | | **146,323.79** |
| | | |
| FY04 FAMILY PRESERVATION | YAZOO CITY MUNICIPAL | 60,032.06 |
| | RUST COLLEGE | 69,041.81 |
| | ADAMS COUNTY YOUTH COURT | 64,637.33 |
| | SOUTHERN CHRISTIAN SERVICES | 66,156.84 |
| | STARKVILLE SCHOOL DISTRICT | 57,641.11 |
| | YOUTH OPPORTUNITIES | 58,317.88 |
| | UNIVERSITY OF SOUTHERN MS | 68,926.11 |
| | CENTER FOR THE PREVENTION OF CHILD ABUSE | 52,967.62 |
| | LEE COUNTY FAMILIES | 87,562.93 |
| | EXCHANGE CLUB OF VICKSBURG | 74,805.48 |
| **FY04 FAMILY PRESERVATION GRANT TOTAL** | | **660,089.17** |

DHS
146325

## Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| FY04 REFUGEE S/S | CATHOLIC SOCIAL & COMMUNITY | 20,964.07 |
| **FY04 REFUGEE S/S GRANT TOTAL** | | **20,964.07** |
| FY04 CHILDREN'S JUSTICE ACT | CENTER FOR THE PREVENTION | 24,336.06 |
| | FAMILY CRISIS SERVICES | 27,281.97 |
| **FY04 CHILDREN'S JUSTICE ACT GRANT TOTAL** | | **51,618.03** |
| FY04 REFUGEE | CATHOLIC SOCIAL & COMMUNITY | 20,550.99 |
| **FY04 REFUGEE GRANT TOTAL** | | **20,550.99** |
| FY05 REFUGEE CMA | CATHOLIC CHARITIES | 307,605.40 |
| **FY05 REFUGEE CMA GRANT TOTAL** | | **307,605.40** |
| FY05 INDEPENDENT LIVING | SOUTHERN CHRISTIAN SERVICES | 90,246.82 |
| | SOUTHERN CHRISTIAN SERVICES | 98,692.63 |
| **FY05 INDEPENDENT LIVING GRANT TOTAL** | | **188,939.45** |
| FY05 TANF | SOCRATES GARRETT ENT | 60,720.94 |
| | RANKIN COUNTY HUMAN RESOURCES | 24,864.86 |
| | MARION CTY SCHOOL DISTRICT | 48,639.42 |
| | NORTH BOLIVAR SCHOOL | 72,696.61 |
| | NOXUBEE CTY SCHOOL DISTRICT | 50,607.24 |
| | PANOLA CTY BOARD OF SUPERVISOR | 87,444.11 |
| | TISHOMINGO CTY SCHOOL | 55,257.74 |
| | WE CARE DAY CARE CENTER | 54,220.26 |
| | WE CARE DAY CARE CENTER | 56,516.14 |
| | MCCOMB SCHOOL DISTRICT | 55,827.04 |
| | ROSE OF SHARON CHURCH | 81,445.27 |
| | FAMILY CRISIS SERVICES | 52,347.45 |
| | SIMPSON COUNTY COMMUNITY | 50,971.64 |
| | COVINGTON CTY SCHOOL | 63,018.07 |
| | PROGRESSIVE FAMILY SERVICES | 64,725.98 |
| | NEW BEGINNING WORSHIP | 71,053.88 |

DHS
146326

## Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| | CENTER FOR THE PREVENTION | 41,946.17 |
| | CENTER FOR THE PREVENTION | 37,375.32 |
| | RECRUITMENT & TRAINING | 56,474.34 |
| | SALLY KATE WINTERS MEMORIAL | 48,758.74 |
| | MS FORUM ON CHILDREN | 58,486.32 |
| | MS FORUM ON CHILDREN | 49,719.08 |
| | PEARL RIVER VALLEY OPPORTUNITY | 52,001.75 |
| | MULTI COUNTY COMMUNITY SERVICES | 66,515.02 |
| | LIFT, INC. | 70,344.39 |
| | JACKSON CTY CIVIC ACTION | 43,666.59 |
| | WASHINGTON ISSAQUENA | 53,427.01 |
| | CENTRAL MS, INC. | 50,638.95 |
| | CENTRAL MS INC. | 51,516.71 |
| | HINDS CTY HUMAN RESOURCES | 42,294.52 |
| | MS COMMUNITY EDUCATION | 78,159.63 |
| | MS COMMUNITY EDUCATION | 74,193.62 |
| | WEST JACKSON COMMUNITY DEVELOPMENT | 68,161.82 |
| | WILLOWOOD DEVELOPMENT | 55,038.59 |
| **FY05 TANF GRANT TOTAL** | | **1,949,075.22** |
| | | |
| **FY05 TANF INITIATIVE** | PEAVEY HOUSE/EAST MS | 53,625.00 |
| | ALCORN CTY HUMAN RESOURCES | 64,460.00 |
| | CATHOLIC CHARITIES | 15,730.00 |
| | FAITH HAVEN, INC. | 71,995.00 |
| | FERTILE GROUND/SUNSHINE | 42,790.00 |
| | MS CHILDREN'S HOME SOCIETY | 115,830.00 |
| | CHRISTIANS IN ACTION | 59,455.00 |
| | SALLY KATE WINTERS MEMORIAL | 62,535.00 |
| **FY05 TANF INITIATIVE GRANT TOTAL** | | **486,420.00** |
| | | |
| **FY05 SSBG** | CONTACT THE CRISIS LINE | 22,616.70 |
| | CONTACT THE CRISIS LINE | 21,335.82 |
| **FY05 SSBG GRANT TOTAL** | | **43,952.52** |
| | | |
| **FY03 COMMUNITY BASED** | GULF COAST WOMEN'S CENTER | 2,667.96 |
| | STARKVILLE SCHOOL DISTRICT | 34,633.78 |

DHS
146327

## Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| **FY03 COMMUNITY BASED GRANT TOTAL** | | **37,301.74** |
| | | |
| **FY04 CHILD ABUSE** | STARKVILLE SCHOOL DISTRICT | 21,549.37 |
| | EXCHANGE CLUB PARENT | 25,097.43 |
| | GULF COAST WOMEN'S CENTER | 2,199.55 |
| **FY04 CHILD ABUSE GRANT TOTAL** | | **48,846.35** |
| | | |
| **FY05 FAMILY PRESERVATION** | YAZOO CITY MUNICIPAL | 38,508.14 |
| | ADAMS COUNTY YOUTH COURT | 40,668.05 |
| | STARKVILLE SCHOOL DISTRICT | 39,166.97 |
| | YOUTH OPPORTUNITIES UNLIMITED | 39,957.90 |
| | FAMILY RESOURCE CENTER | 56,855.67 |
| | UNIVERSITY OF SOUTHERN MISSISSIPPI | 38,628.24 |
| | CENTER FOR THE PREVENTION OF CHILD ABUSE | 14,346.93 |
| | EXCHANGE CLUB OF VICKSBURG | 38,517.72 |
| **FY05 FAMILY PRESERVATION GRANT TOTAL** | | **306,649.62** |
| | | |
| **FY05 REFUGEE S/S** | CATHOLIC SOCIAL & COMMUNITY | 36,624.20 |
| **FY05 REFUGEE S/S GRANT TOTAL** | | **36,624.20** |
| | | |
| **FY05 REFUGEE** | CATHOLIC SOCIAL & COMMUNITY | 30,491.52 |
| **FY05 REFUGEE GRANT TOTAL** | | **30,491.52** |
| | | |
| **FY05 CHILDREN'S JUSTICE ACT** | CENTER FOR THE PREVENTION OF CHILD ABUSE | 38,271.61 |
| | FAMILY CRISIS SERVICES | 55,202.56 |
| **FY05 CHILDREN'S JUSTICE ACT GRANT TOTAL** | | **93,474.17** |
| | | |
| **FY06 INDEPENDENT LIVING** | SOUTHERN CHRISTIAN SERVICES | 415,833.53 |
| **FY06 INDEPENDENT LIVING GRANT TOTAL** | | **415,833.53** |

### Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| **FY06 FAMILY PRESERVATION** | YAZOO CITY MUNICIPAL | 36,288.57 |
| | ADAMS COUNTY YOUTH COURT | 50,792.96 |
| | STARKVILLE SCHOOL DISTRICT | 52,450.11 |
| | YOUTH OPPORTUNITIES | 48,443.06 |
| | FAMILY RESOURCE CENTER | 75,777.04 |
| | UNIVERSITY OF SOUTHERN MS | 50,485.79 |
| | CENTER FOR THE PREVENTION OF CHILD ABUSE | 32,808.55 |
| | | |
| **FY06 FAMILY PRESERVATION GRANT TOTAL** | | **347,046.08** |
| | | |
| **FY06 TANF** | SOCRATES GARRETT ENT | 39,296.70 |
| | SOCRATES GARRETT ENT | 65,833.81 |
| | MARION CTY SCHOOL DISTRICT | 26,076.29 |
| | NORTH BOLIVAR SCHOOL | 35,614.25 |
| | NORTH BOLIVAR SCHOOL | 29,157.74 |
| | NOXUBEE CTY SCHOOL DISTRICT | 24,326.37 |
| | PANOLA CTY BOARD OF SUPERVISOR | 39,886.48 |
| | PANOLA CTY BOARD OF SUPERVISOR | 55,713.46 |
| | TISHOMINGO CTY SCOOL | 37,904.33 |
| | TISHOMINGO CTY SCHOOL | 63,518.60 |
| | WE CARE DAY CARE CENTER | 40,000.00 |
| | WE CARE DAY CARE CENTER | 39,972.07 |
| | WE CARE DAY CARE CENTER | 114,502.66 |
| | MCCOMB SCHOOL DISTRICT | 29,276.84 |
| | MCCOMB SCHOOL DISTRICT | 38,390.55 |
| | ROSE OF SHARON CHURCH | 40,000.00 |
| | ROSE OF SHARON CHURCH | 32,179.54 |
| | FAMILY CRISIS SERVICES | 26,997.79 |
| | FAMILY CRISIS SERVICES | 54,970.48 |
| | SOUTH CENTRAL REGION | 32,379.75 |
| | SIMPSON COUNTY COMMUNITY | 40,000.00 |
| | SIMPSON COUNTY COMMUNITY | 35,187.60 |
| | COVINGTON CTY SCHOOL | 38,057.38 |
| | PROGRESSIVE FAMILY SERVICES | 40,000.00 |
| | PROGRESSIVE FAMILY SERVICES | 61,645.28 |
| | NEW BEGINNING WORSHIP | 40,000.00 |
| | NEW BEGINNING WORSHIP | 63,978.92 |
| | CENTER FOR THE PREVENTION | 14,837.85 |
| | CENTER FOR THE PREVENTION | 15,647.30 |
| | CENTER FOR THE PREVENTION | 64,955.65 |
| | RECRUITMENT & TRAINING | 38,706.89 |
| | RECRUITMENT & TRAINING | 45,985.56 |

44

DHS
146329

### Division of Family and Children Services

| GRANT | SUBGRANT NAME | TOTAL EXPENDITURES 7/1/2005-6/30/2006 |
|---|---|---|
| | SALLY KATE WINTERS MEMORIAL | 40,000.00 |
| | SALLY KATE WINTERS MEMORIAL | 53,273.42 |
| | MS FORUM ON CHILDREN | 37,184.52 |
| | MS FORUM ON CHILDREN | 36,696.96 |
| | MS FORUM ON CHILDREN | 122,347.01 |
| | PEARL RIVER VALLEY OPPORTUNITY | 33,143.45 |
| | PEARL RIVER VALLEY OPPORTUNITY | 48,899.03 |
| | LIFT, INC. | 37,865.65 |
| | LIFT, INC. | 59,744.10 |
| | JACKSON CTY CIVIC ACTION | 24,192.32 |
| | JACKSON CTY CIVIC ACTION | 29,399.01 |
| | WASHINGTON ISSAQUENA | 40,000.00 |
| | WASHINGTON ISSAQUENA | 42,522.09 |
| | CENTRAL MS, INC. | 37,072.38 |
| | CENTRAL MS, INC. | 39,141.20 |
| | CENTRAL MS INC. | 94,078.11 |
| | HINDS CTY HUMAN RESOURCES | 26,648.82 |
| | HINDS CTY HUMAN RESOURCES | 25,949.75 |
| | MS COMMUNITY EDUCATION | 39,599.50 |
| | MS COMMUNITY EDUCATION | 39,604.76 |
| | MS COMMUNITY EDUCATION | 119,275.89 |
| | MARION CTY BOARD OD SUPERVISORS | 28,771.37 |
| | WEST JACKSON COMMUNITY DEV. | 37,707.81 |
| | WEST JACKSON COMMUNITY DEV. | 46,050.63 |
| | WILLOWOOD DEVELOPMENT | 32,345.99 |
| | WILLOWOOD DEVELOPMENT | 54,247.74 |
| **FY06 TANF GRANT TOTAL** | | **2,590,761.65** |
| **FY06 SSBG** | CONTACT THE CRISIS LINE | 97,640.65 |
| **FY06 SSBG GRANT TOTAL** | | **97,640.65** |
| **GRAND TOTAL FOR FAMILY & CHILDREN'S SERVICES CONTRACTS** | | **7,916,074.23** |

DHS
146330

DIVISION OF FAMILY AND CHILDREN'S
SERVICES

Department of Human Services
Agency 90650/0662  FY 2007
July 1, 2006
Page 216



Office Director II
800000          (X-16)
62.8      E        0080
Family and Children's
Services

Administrative Asst. IV
000000
23.9      E      *0356

Secretary Adm. conf.
811411
24.9      E       0029

DHS-Program Specialist
804120
27.0     E    *0158
Volunteer Coordinator

DHS-Program Manager
811010
34.6    E      8020
Page 216-A

Bureau Director I
812000
48.4    E    *0103
Programs
Page 216-B

Bureau Director I
813000
48.4      E       8330
Support
Page 216-C

46

DHS
146331

## BUDGET NARRATIVE - FY 2008
### Justification for Increases and/or Shifts in Spending Authority

**Mississippi Department of Human Services**
**Agency**

**Division of Family & Children's Services**
**Program**

### Salaries:  Increase of $6,465,888

The Division is requesting an increase in salaries to fund 106 Direct Service Workers, this number is based on a workload study recommendation provided to us by the Child Welfare League of America (CWLA); 22 Area Social Work Supervisors to bring the number of ASWSs in line with the number of direct service workers; 24 Attorneys due to the volume and time involved in processing Termination of Parental Rights (TPRs).  We are requesting to have attorneys dedicated to solely DFCS.  These attorneys would be the liaison between juvenile courts and our DFCS to help address any problematic relationships that exist.  Also, in some counties, staff performs certain legal functions such as filing of documents and scheduling permanency review hearings; one Psychologist is needed to help with treatment plans of children in custody by reviewing therapeutic placements packets that include psychological evaluations; 25 Clerk Sr's., our goal is to provide each county with adequate clerical support.  Some counties have to share clerks, meaning not every county has the clerical support that is needed to assist other staff with their job duties.  We have direct service workers who are often called upon to perform clerical duties such as answering phones and opening mail.  By providing the counties with clerks, the direct service workers will be able to focus more on their specific job duties; 3 Program Specialists to the Central Registry group to replace contractual staff that are currently being utilized during regular office hours.

### Travel: Increase of $1,288,864

The Division is requesting an increase in travel for staff, which must cover counties, who do not have adequate staff.  The new positions of, Direct Service Workers and ASWSs that we are requesting will need appropriate Intensive Training and New ASWS Training.  We will also provide MACWIS refresher training to 300 workers over the next three years.  Also, in order to provide forensic interviewing, staff will need extensive training.  The usual travel costs (mileage, meals, and lodging) are expenses that were considered in this request.

### Contractual Services: Increase of $784,400

The Division is requesting an increase in contractual services for additional staff, the rebuilding of the Mississippi Automated Child Welfare Information System (MACWIS), and Forensic Training, which will be from a national company costing $10,000 per session.

### Commodities: Increase of $72,400

The Division is requesting an increase in commodities for the additional staff positions.

**BUDGET NARRATIVE - FY 2008**
**Justification for Increases and/or Shifts in Spending Authority**

<u>Mississippi Department of Human Services</u>     <u>Division of Family & Children's Services</u>
**Agency**                              **Program**

<u>**Equipment: Increase of $181,000**</u>

After the Forensic training is complete, interview rooms will be set up and shared between several counties. In order to provide a child friendly interview room, appropriate furniture and equipment will need to be purchased. These interview rooms should be set up to decrease the amount of stress and anxiety for children being interviewed. Quality videotaping, sound and recording equipment will be needed in order to provide proper documentation to serve as evidence in legal cases. The Division is also requesting equipment for the additional staff positions.

<u>**Subsidies, Loans, and Grants: Increase of $16,080,997**</u>

Funding is needed to expand the Family Preservation Program to provide services across the state. In October 2006, we will begin subgranting these services based on $72 per day for 20 weeks for approximately 1,000 children. By reaching "at risk families," we expect to reduce the number of children coming into care.

Mississippi state policy requires that a kinship placement be considered first when an out-of-home placement is sought for a child in State custody. DFCS is requesting funding to provide financial assistance to relatives who are caring for children in agency custody. At this time, financial support is not offered to relatives unless they become licensed foster parents. These relatives are fulfilling the same needs as foster parents such as full time care, protection, and nurturing. Because relative placement has been made based on determination by the courts and our agency, we feel relatives should be eligible for payment. We feel that by providing a means for relative caregivers to be reimbursed for expenses, permanent placements will be increased.

We are requesting to realign board rates (foster/adoptive) based on information provided in a United States Department of Agriculture report, *Expenditures on Children by Families, 2005*, published in April 2006. We used their matrix of estimated annual expenditures on a child by husband-wife families (before-tax income less than $42,800, or average $26,700). We determined there was a 45% difference between our current board rates and their figures. By using the average yearly total of our board rates, we projected the yearly increase that would be needed for realignment. These amounts are based on expenses such as housing, transportation, food, clothing and miscellaneous items (personal care items, entertainment, and reading materials) and are broken down by age groups.

DHS
146333

OUT-OF-STATE TRAVEL
FISCAL YEAR 2006
JUNE 2006

Agency Name  MDHS- Division of Family and Children's Services
NOTE:  All expenditures recorded on this form must be totaled and said total must agree the out-of-state
travel amount indicated for FY06 on Form MBR - 1, line I.A.2.b.

| Employee's Name | Destination | Purpose | Total Cost | Funding Source |
|---|---|---|---|---|
| Anosike, Patricia | Memphis, TN | Transport Foster Child | $31 | 66% Federal 34% State |
| Anosike, Patricia | Collierville, TN | Transport Foster Child | $36 | 66% Federal 34% State |
| Bass, Gwendolyn | Memphis, TN | Transport Foster Child | $241 | 66% Federal 34% State |
| Bass, Gwendolyn | Memphis, TN | Transport Foster Child | $149 | 66% Federal 34% State |
| Bell, Johnney | Gretna, LA | Transport Foster Child | $192 | 66% Federal 34% State |
| Brinkley, Bradley | Charleston, SC | Citizen's Review Panel Conference | $1,063 | 100% Federal |
| Brooks, Shonda | Memphis, TN | Transport Foster Child | $301 | 100% Federal |
| Bryant, Wendy | Memphis, TN | Transport Foster Child | $92 | 66% Federal 34% State |
| Burns, Kajural | Memphis, TN | Transport Foster Child | $85 | 66% Federal 34% State |
| Burts, Loria | Mobile, AL | Transport Foster Child | $89 | 66% Federal 34% State |
| Carter, Sharon | Mobile, AL | Transport Foster Child | $76 | 66% Federal 34% State |
| Carter, Sharon | Mobile, AL | Transport Foster Child | $76 | 66% Federal 34% State |
| Carter, Sharon | Mobile, AL | Transport Foster Child | $103 | 66% Federal 34% State |
| Carter, Sharon | Mobile, AL | Transport Foster Child | $224 | 100% Federal |
| Clark, Alyce | Little Rock, AR | Transport Foster Child | $167 | 66% Federal 34% State |
| Clark, Joann | San Antonio, TX | Transport Foster Child | $330 | 66% Federal 34% State |
| Clark, Phoebe | Atlanta, GA | Roundtable Conference | $470 | 75% Federal 25% State |
| Combs, Stephanie | Memphis, TN | Transport Foster Child | $264 | 66% Federal 34% State |
| Cooper, Shirley | Memphis, TN | Transport Foster Child | $106 | 66% Federal 34% State |
| Cooper, Shirley | Memphis, TN | Transport Foster Child | $107 | 66% Federal 34% State |
| Cox, Olive | Memphis, TN | Transport Foster Child | $106 | 66% Federal 34% State |
| Cox, Olive | Memphis, TN | Transport Foster Child | $134 | 66% Federal 34% State |
| Crawford, Lillie | Slidell, LA | Transport Foster Child | $37 | 66% Federal 34% State |
| Cross, Mary | Memphis, TN | Transport Foster Child | $215 | 66% Federal 34% State |
| Cross, Mary | Memphis, TN | Transport Foster Child | $85 | 66% Federal 34% State |
| Cross, Mary | Memphis, TN | Transport Foster Child | $189 | 66% Federal 34% State |
| Cross, Mary | Memphis, TN | Transport Foster Child | $315 | 66% Federal 34% State |
| Cruver, Linda | Birmingham, AL | Transport Foster Child | $269 | 100% Other |
| Davenport, Jaworski | Arlington, TX | Transport Foster Child | $309 | 100% Federal |
| Davidson, Pammie | Memphis, TN | Transport Foster Child | $25 | 66% Federal 34% State |
| Davidson, Pammie | Memphis, TN | Transport Foster Child | $153 | 66% Federal 34% State |
| Davis, Wendalyn | Memphis, TN | Transport Foster Child | $347 | 66% Federal 34% State |

DHS
146334

OUT-OF-STATE TRAVEL
FISCAL YEAR 2006
JUNE 2006

Agency Name  MDHS- Division of Family and Children's Services
NOTE:  All expenditures recorded on this form must be totaled and said total must agree the out-of-state
travel amount indicated for FY06 on Form MBR - 1, line I.A.2.b.

| Employee's Name | Destination | Purpose | Total Cost | Funding Source |
|---|---|---|---|---|
| Deflanders, Larica | Mobile, AL | Transport Foster Child | $33 | 66% Federal 34% State |
| Delaine, Chezra | Mobile, AL | Transport Foster Child | $208 | 66% Federal 34% State |
| Desai, Hitesh | Washington, DC | Children's Justice Act Grantee's Meeting | $550 | 100% Federal |
| Essary, Melissa | Marian, AL | Transport Foster Child | $66 | 66% Federal 34% State |
| Felder, Rickie | Chicago, IL | Child Welfare League of America Commissioners' Roundtable | $34 | 100% Other |
| Felder, Rickie | Santa Fe, NM | National Forum on Child Welfare Workload | $1,027 | 100% Other |
| Felder, Rickie | Washington, DC | Children's Justice Act Grantee's Meeting | $386 | 100% Other |
| Felder, Rickie | Washington, DC | American Public Human Services Association National Summer Conference | $752 | 100% Other |
| Felder, Rickie | Arlington, VA | American Public Human Services Association National Spring Conference | $351 | 100% Other |
| Franks, Jill | Memphis, TN | Transport Foster Child | $116 | 66% Federal 34% State |
| Fulgham, Kimberly | New Orleans, LA | Transport Foster Child | $330 | 66% Federal 34% State |
| Gee, Annie | Memphis, TN | Transport Foster Child | $157 | 66% Federal 34% State |
| Glidewell, Thayer | Bartlett, TN | Transport Foster Child | $104 | 100% Federal |
| Glidewell, Thayer | Memphis, TN | Transport Foster Child | $210 | 100% Federal |
| Glidewell, Thayer | Bartlett, TN | Transport Foster Child | $104 | 100% Federal |
| Glidewell, Thayer | Bartlett, TN | Transport Foster Child | $113 | 100% Federal |
| Hardiman, Regina | Memphis, TN | Transport Foster Child | $120 | 66% Federal 34% State |
| Harris, Melissa | Memphis, TN | Transport Foster Child | $108 | 100% Federal |
| Hartford, Willie | Baton Rouge, LA | Transport Foster Child | $163 | 66% Federal 34% State |
| Hickman, Martha | Memphis, TN | Transport Foster Child | $108 | 66% Federal 34% State |
| Hickman, Martha | Memphis, TN | Transport Foster Child | $316 | 66% Federal 34% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $46 | 66% Federal 34% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $46 | 66% Federal 34% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $50 | 80% Federal 20% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $50 | 80% Federal 20% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $42 | 80% Federal 20% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $42 | 80% Federal 20% State |
| Hoey, Minnie | Memphis, TN | Transport Foster Child | $100 | 100% Federal |
| Hollomon, Nicole | Baton Rouge, LA | Transport Foster Child | $251 | 100% Federal |
| Hughes, Kessle | Mobile, AL | Transport Foster Child | $68 | 66% Federal 34% State |
| Hughes, Kessle | Binghamton, NY | Transport Foster Child | $153 | 66% Federal 34% State |
| Jeffery, Hollie | Memphis, TN | Transport Foster Child | $237 | 100% Federal |

OUT-OF-STATE TRAVEL
FISCAL YEAR 2006
JUNE 2006

Agency Name  MDHS- Division of Family and Children's Services
NOTE:  All expenditures recorded on this form must be totaled and said total must agree the out-of-state
travel amount indicated for FY06 on Form MBR - 1, line I.A.2.b.

| Employee's Name | Destination | Purpose | Total Cost | Funding Source |
|---|---|---|---|---|
| Jeffery, Hollie | Memphis, TN | Transport Foster Child | $182 | 100% Federal |
| Jenkins, Willie | Memphis, TN | Transport Foster Child | $99 | 100% Federal |
| Jenkins, Willie | Memphis, TN | Transport Foster Child | $439 | 100% Federal |
| Jenkins, Willie | Memphis, TN | Transport Foster Child | $109 | 100% Federal |
| Jolly, Erin | Baton Rouge, LA | Transport Foster Child | $170 | 66% Federal 34% State |
| Jones, Kimberley | Memphis, TN | Transport Foster Child | $120 | 100% Federal |
| Jones, Wonda | Memphis, TN | Transport Foster Child | $127 | 66% Federal 34% State |
| Jones, Wonda | Memphis, TN | Transport Foster Child | $157 | 66% Federal 34% State |
| Jones, Wonda | Memphis, TN | Transport Foster Child | $153 | 66% Federal 34% State |
| Jones, Wonda | Memphis, TN | Transport Foster Child | $304 | 66% Federal 34% State |
| Lambert, Cynthia | Memphis, TN | Transport Foster Child | $274 | 66% Federal 34% State |
| Little, Paula | Memphis, TN | Transport Foster Child | $89 | 100% Federal |
| Little, Paula | Memphis, TN | Transport Foster Child | $75 | 100% Other |
| Loper, Linda | Mobile, AL | Transport Foster Child | $73 | 100% Federal |
| McAnally, Tonya | San Antonia, TX | Transport Foster Child | $482 | 66% Federal 34% State |
| McAnally, Tonya | Memphis, TN | Transport Foster Child | $214 | 66% Federal 34% State |
| McAnally, Tonya | Memphis, TN | Transport Foster Child | $315 | 66% Federal 34% State |
| McAnally, Tonya | Memphis, TN | Transport Foster Child | $327 | 66% Federal 34% State |
| McAnally, Tonya | Selmer, TN | Transport Foster Child | $60 | 66% Federal 34% State |
| McAnally, Tonya | Memphis, TN | Transport Foster Child | $254 | 66% Federal 34% State |
| McAnally, Tonya | Memphis, TN | Transport Foster Child | $96 | 66% Federal 34% State |
| McArthur, Gloria | Mobile, AL | Transport Foster Child | $311 | 66% Federal 34% State |
| McCrory, Valisa | Memphis, TN | Transport Foster Child | $443 | 66% Federal 34% State |
| Medlin, Shelly | Dallas, TX | Transport Foster Child | $660 | 100% Other |
| Medlin, Shelly | Russelville, AL | Transport Foster Child | $87 | 66% Federal 34% State |
| Medlin, Shelly | Memphis, TN | Transport Foster Child | $71 | 66% Federal 34% State |
| Medlin, Shelly | Memphis, TN | Transport Foster Child | $297 | 100% Other |
| Medlin, Shelly | Memphis, TN | Transport Foster Child | $88 | 66% Federal 34% State |
| Medlin, Shelly | Memphis, TN | Transport Foster Child | $313 | 66% Federal 34% State |
| Merriweather, Constance | Memphis, TN | Transport Foster Child | $38 | 100% Federal |
| Millsap, Linda | Pittsburgh, PA | North American Council on Adoptable Children | $1,061 | 100% Other |
| Munson, Carrie | Memphis, TN | Transport Foster Child | $30 | 66% Federal 34% State |

OUT-OF-STATE TRAVEL
FISCAL YEAR 2006
JUNE 2006

<u>Agency Name  MDHS- Division of Family and Children's Services</u>
NOTE:  All expenditures recorded on this form must be totaled and said total must agree the out-of-state
travel amount indicated for FY06 on Form MBR - 1, line I.A.2.b.

| Employee's Name | Destination | Purpose | Total Cost | Funding Source |
|---|---|---|---|---|
| Munson, Carrie | Memphis, TN | Transport Foster Child | $109 | 100% Federal |
| Munson, Carrie | Memphis, TN | Transport Foster Child | $21 | 66% Federal 34% State |
| Munson, Carrie | Memphis, TN | Transport Foster Child | $71 | 66% Federal 34% State |
| Munson, Carrie | Memphis, TN | Transport Foster Child | $164 | 66% Federal 34% State |
| Panzo, Sandra | Memphis, TN | Transport Foster Child | 34 | 66% Federal 34% State |
| Panzo, Sandra | Memphis, TN | Transport Foster Child | $43 | 66% Federal 34% State |
| Panzo, Sandra | Memphis, TN | Transport Foster Child | $41 | 66% Federal 34% State |
| Parker, Lena | Mobile, AL | Transport Foster Child | $40 | 66% Federal 34% State |
| Peterson, Patricia | New Orleans, LA | Transport Foster Child | $45 | 66% Federal 34% State |
| Peterson, Patricia | New Orleans, LA | Transport Foster Child | $65 | 66% Federal 34% State |
| Pilarski, Kenneth | Miami, FL | Transport Foster Child | $452 | 100% Federal |
| Pilarski, Kenneth | Atlanta, GA | Program Improvement Planning | $312 | 100% Federal |
| Proctor, Barbara | Birmingham, AL | Transport Foster Child | $241 | 66% Federal 34% State |
| Proctor, Barbara | Birmingham, AL | Transport Foster Child | $451 | 100% Other |
| Proctor, Barbara | Birmingham, AL | Transport Foster Child | $148 | 100% Other |
| Proctor, Barbara | Birmingham, AL | Transport Foster Child | ($148) | 100% Other |
| Purdy, Rubijo | Memphis, TN | Transport Foster Child | $104 | 66% Federal 34% State |
| Redmond, Nickol | Memphis, TN | Transport Foster Child | $44 | 66% Federal 34% State |
| Redmond, Nickol | Memphis, TN | Transport Foster Child | $45 | 66% Federal 34% State |
| Redmond, Nickol | Memphis, TN | Transport Foster Child | $21 | 66% Federal 34% State |
| Reed, Jenny | Memphis, TN | Transport Foster Child | $215 | 66% Federal 34% State |
| Reese, Mary | Memphis, TN | Transport Foster Child | $274 | 66% Federal 34% State |
| Robb, Stacey | Jericho, AK | Transport Foster Child | $110 | 66% Federal 34% State |
| Robinson, Angelia | Memphis, TN | Transport Foster Child | $192 | 66% Federal 34% State |
| Robinson, Cathryn | Memphis, TN | Transport Foster Child | $156 | 66% Federal 34% State |
| Robinson, Cathryn | Memphis, TN | Transport Foster Child | $187 | 66% Federal 34% State |
| Sagely, Stacy | Memphis, TN | Transport Foster Child | $125 | 66% Federal 34% State |
| Sally, Nita | Nashville, TN | Transport Foster Child | $82 | 66% Federal 34% State |
| Selby, Elizabeth | Memphis, TN | Transport Foster Child | $182 | 100% Other |
| Selby, Elizabeth | Memphis, TN | Transport Foster Child | $195 | 100% Other |
| Sewell, Laura | Memphis, TN | Transport Foster Child | $120 | 66% Federal 34% State |
| Shannon, Patricia | Miami, FL | Transport Foster Child | $316 | 75% Federal 25% State |

DHS
146337

OUT-OF-STATE TRAVEL
FISCAL YEAR 2006
JUNE 2006

Agency Name  MDHS- Division of Family and Children's Services
NOTE:  All expenditures recorded on this form must be totaled and said total must agree the out-of-state
travel amount indicated for FY06 on Form MBR - 1, line I.A.2.b.

| Employee's Name | Destination | Purpose | Total Cost | Funding Source |
|---|---|---|---|---|
| Shannon, Patricia | Chicago, IL | Parent Leadership Ambassador Training | $72 | 75% Federal 25% State |
| Shelton, Margaret | Pittsburgh, PA | North American Council on Adoptable Children | $1,088 | 100% Other |
| Sheppard, Teresa | Harvey, LA | Transport Foster Child | $199 | 66% Federal 34% State |
| Sheppard, Teresa | New Orleans, LA | Transport Foster Child | $200 | 66% Federal 34% State |
| Shields, Melisa | Memphis, TN | Transport Foster Child | $120 | 66% Federal 34% State |
| Shields, Melisa | San Antonio, TX | Transport Foster Child | 149 | 100% Federal |
| Shumpert, Christina | Memphis, TN | Transport Foster Child | $117 | 66% Federal 34% State |
| Shumpert, Christina | Decatur, IL | Transport Foster Child | $216 | 66% Federal 34% State |
| Simon, Lorraine | Memphis, TN | Transport Foster Child | $317 | 66% Federal 34% State |
| Simpson, Yutaska | Mobile, AL | Transport Foster Child | $78 | 66% Federal 34% State |
| Steckler, Karla | Washington, DC | Children's Justice Act Grantee's Meeting | $1,754 | 100% Other |
| Sturgis, Debora | Murfreeboro, TN | Transport Foster Child | $343 | 66% Federal 34% State |
| Sturgis, Vannie | Atlanta, GA | Roundtable Conference | $470 | 75% Federal 25% State |
| Thompson, Yalita | Memphis, TN | Transport Foster Child | $266 | 66% Federal 34% State |
| Trejo, Sergio | Tulsa, OK | Peer-to-Peer Orientation for State Independent Living Coordinators | $831 | 80% Federal 20% State |
| Trejo, Sergio | Glorieta, NM | National Youth Leadership Conference | $923 | 80% Federal 20% State |
| Trejo, Sergio | Birmingham, AL | Transport Foster Child | $250 | 80% Federal 20% State |
| Valderaz, Kiona | Memphis, TN | Transport Foster Child | $94 | 66% Federal 34% State |
| Ward, Amy | Memphis, TN | Transport Foster Child | $28 | 66% Federal 34% State |
| Weathers, Kimberly | Shreveport, LA | Transport Foster Child | $286 | 66% Federal 34% State |
| Williams, Barbara | Memphis, TN | Transport Foster Child | $262 | 66% Federal 34% State |
| Wooten, Mary | Memphis, TN | Transport Foster Child | $32 | 66% Federal 34% State |
| Wright, Glenda | Memphis, TN | Transport Foster Child | $119 | 100% Federal |
| Wright, Glenda | Memphis, TN | Transport Foster Child | $117 | 100% Federal |
| Wright, Glenda | Memphis, TN | Transport Foster Child | $109 | 100% Federal |
| Wright, Glenda | Memphis, TN | Transport Foster Child | $105 | 100% Federal |
| Young, Kadie | Memphis, TN | Transport Foster Child | $80 | 66% Federal 34% State |
| | | **TOTAL** | **$33,428** | |

DHS
146338