FEES, PROFESSIONAL AND OTHER SERVICES
(EXPENDITURE CODES 61600-61699)

MDHS - Division of Family and Children's Services
Name of Agency

| TYPE OF FEE AND NAME OF VENDOR | Retired w/ PERS | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 | Fund Source |
|---|---|---|---|---|---|
| 61615 SAAS Fees - DFA | | | | | |
| 61615 SAAS / a | 0 | 19,630 | 28,308 | 29,880 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61615 SAAS Fees - DFA** | | 19,630 | 28,308 | 29,880 | |
| 61616 MMRS Fees | | | | | |
| 61616 Payment to MMRS / a | 0 | 67,399 | 97,194 | 102,591 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61616 MMRS Fees** | | 67,399 | 97,194 | 102,591 | |
| 61617 SPAHRS Fees - DFA | | | | | |
| 61617 SAAS Fees | | | | | |
| **TOTAL 61617 SPAHRS Fees - DFA** | | | | | |
| 61618 MERLIN Fees | | | | | |
| 61618 Merlin Fees | | | | | |
| **TOTAL 61618 MERLIN Fees** | | | | | |
| 61620 Department of Audit | | | | | |
| 61620 Department of Audit / a | 0 | 30,708 | 44,283 | 46,742 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61620 Department of Audit** | | 30,708 | 44,283 | 46,742 | |
| 6163X Legal (61630-61636) | | | | | |
| 61630 Legal-Ag / a | 0 | 345,043 | 497,575 | 525,203 | 3653 |
| *Comp. Rate: 0* | | | | | |
| 61631 Prof Fees-Legal to Ag's Office / a | 0 | 265,654 | 383,091 | 404,362 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 6163X Legal (61630-61636)** | | 610,697 | 880,666 | 929,565 | |
| 61650 State Personnel Board | | | | | |
| 61645 / a | 0 | 1,000 | 1,442 | 1,522 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61650 State Personnel Board** | | | | | |
| 6165X Personnel Services Contracts (61651-61653) | | | | | |
| 6165X Personnel Serv Contracts(61651-61653) / a | 0 | 3,525,801 | 5,084,445 | 5,548,391 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 6165X Personnel Services Contracts (61651-61653)** | | 3,525,801 | 5,084,445 | 5,548,391 | |
| 61670 Laboratory & Testing Fees | | | | | |
| 61680 / a | 0 | 6,706 | 9,671 | 10,208 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61670 Laboratory & Testing Fees** | | | | | |
| 61690 Other Fees & Services | | | | | |
| 61690 Other Fees & Services / a | 0 | 70,775 | 102,062 | 107,729 | 3653 |
| *Comp. Rate: 0* | | | | | |
| **TOTAL 61690 Other Fees & Services** | | 70,775 | 102,062 | 107,729 | |
| 61600 Fees-Department of Welfare | | | | | |
| 61600 | | | | | |
| **TOTAL 61600 Fees-Department of Welfare** | | | | | |
| 61601 Fees-DHS Foster Care Children | | | | | |

DHS
146339

FEES, PROFESSIONAL AND OTHER SERVICES

MDHS - Division of Family and Children's Services
      Name of Agency

| TYPE OF FEE AND NAME OF VENDOR | Retired w/ PERS | (1) Actual Expenses FY Ending June 30, 2006 | (2) Estimated Expenses FY Ending June 30, 2007 | (3) Requested for FY Ending June 30, 2008 | Fund Source |
|---|---|---|---|---|---|
| 61601  Fees - DHS Foster Care Children / a | 0 | 2,843,119 | 4,099,971 | 4,327,621 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61601 Fees-DHS Foster Care Children | | 2,843,119 | 4,099,971 | 4,327,621 | |
| 61640 Medical Doctors | | | | | |
| 61640 Medical doctors / a | 0 | 9,433 | 13,603 | 14,358 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61640 Medical Doctors | | 9,433 | 13,603 | 14,358 | |
| 61661 Recording and Notary Fees | | | | | |
| 61661 CT CST & CT RP / a | 0 | 274 | 395 | 417 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61661 Recording and Notary Fees | | 274 | 395 | 417 | |
| 61660 Court Cost & Court Reporters | | | | | |
| 61660 Court Costs & Court Reporters / a | 0 | 13,117 | 18,916 | 19,966 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61660 Court Cost & Court Reporters | | 13,117 | 18,916 | 19,966 | |
| 61663 Witness Fees and Expense | | | | | |
| 61663 Rec not Fees / a | 0 | 2,250 | 3,245 | 3,425 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61663 Witness Fees and Expense | | 2,250 | 3,245 | 3,425 | |
| 61602 Fees-DHS-Medicaid Transportation | | | | | |
| 61602  Client Transportation / a | 0 | 165,568 | 238,760 | 252,017 | 3653 |
| *Comp. Rate: 0* | | | | | |
| TOTAL 61602 Fees-DHS-Medicaid Transportation | | 165,568 | 238,760 | 252,017 | |
| 61644  Other Medical | | | | | |
| 61644  Other Medical | | | | | |
| TOTAL 61644  Other Medical | | | | | |
| GRAND TOTAL (61600-61699) | | 7,366,477 | 10,622,961 | 11,394,432 | |



### Professional Services Report
### Budget Year: 2006
### Agency Number: 651

*MERLIN DSS*

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653 | 61601 | | | 0.00 |
| | | V0000133870 | CARROLL CTY DEPT HUMAN SERVICE | 1,117.55 |
| | | V0000236790 | FORREST CTY DEPT HUMAN SERVICE | 287,296.11 |
| | | V0000251480 | LAUDERDALE CTY DEPT HUMAN SERV | 8,272.76 |
| | | V0000253930 | MADISON CTY DEPT HUMAN SERVICE | 60,304.23 |
| | | V0000266230 | QUITMAN CTY DEPT HUMAN SERVICE | 3,367.21 |
| | | V0000275130 | SUNFLOWER CTY DEPT HUMAN SERV | 26,200.12 |
| | | V0000282630 | WEST BOLIVAR CTY DHS | 14,170.82 |
| | | V0000288390 | COAHOMA CTY DEPT HUMAN SERVICE | 26,830.42 |
| | | V0000288391 | COAHOMA CTY DEPT HUMAN SERVICE | 1,200.00 |
| | | V0000290040 | BOLIVAR CTY DEPT HUMAN SERVICE | 18,191.42 |
| | | V0000290041 | BOLIVAR CTY DEPT HUMAN SERVICE | 8,774.02 |
| | | V0000299640 | SHARKEY CTY DEPT HUMAN SERVICE | 910.00 |
| | | V0000299790 | SIMPSON CTY DEPT HUMAN SERVICE | -200.00 |
| | | V0000299791 | SIMPSON CTY DEPT HUMAN SERVICE | 25,694.01 |
| | | V0000306720 | HINDS CTY DEPT HUMAN SERVICES | 166,464.03 |
| | | V0000306721 | HINDS CTY DEPT HUMAN SERVICES | 15,600.00 |
| | | V0000397960 | YALOBUSHA CTY DEPT HUMAN SERV | 7,431.58 |
| | | V0000399240 | TISHOMINGO CTY DEPT HUMAN SERV | 42,153.76 |
| | | V0000529790 | ADAMS CTY DEPT HUMAN SERVICES | 57,652.73 |
| | | V0000530370 | ALCORN CTY DEPT HUMAN SERVICES | 20,656.10 |
| | | V0000531300 | AMITE CTY DEPT HUMAN SERVICES | 20,921.58 |
| | | V0000533570 | ATTALA CTY DEPT HUMAN SERVICES | 119.00 |
| | | V0000535390 | BENTON CTY DEPT HUMAN SERVICES | 3,529.88 |
| | | V0000539790 | CALHOUN CTY DEPT HUMAN SERVICE | 3,767.53 |
| | | V0000543020 | CHOCTAW CTY DEPT HUMAN SERVICE | 965.88 |
| | | V0000543450 | CLAIBORNE CTY DEPT HUMAN SERV | 7,668.26 |
| | | V0000543800 | CLARKE CTY DEPT HUMAN SERVICES | 10,222.34 |
| | | V0000544050 | CLAY CTY DEPT HUMAN SERVICES | 33,415.47 |
| | | V0000545570 | COVINGTON CTY DEPT HUMAN SERV | 1,912.73 |
| | | V0000545571 | COVINGTON CTY DEPT HUMAN SERV | 11,132.99 |
| | | V0000548410 | DESOTO CTY DEPT HUMAN SERVICES | 99,527.02 |
| | | V0000553770 | EAST CHICKASAW CTY HUMAN SERV | 5,115.36 |
| | | V0000560010 | FRANKLIN CTY DEPT HUMAN SERV | 4,055.44 |
| | | V0000563200 | GREENE CTY DEPT HUMAN SERVICES | 75.00 |
| | | V0000563340 | GRENADA CTY DEPT HUMAN SERV. | 8,598.99 |

Report Description: Contract Services-Detail

Database User ID: bdaniel   Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 1

56

DHS
146341

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61601... | V0000564360 | HARRISON CTY DEPT HUMAN SERV | 8,780.94 |
| | | V0000564362 | HARRISON CTY DEPT HUMAN SERV | 134,611.63 |
| | | V0000566060 | HOLMES CTY DEPT HUMAN SERVICES | 11,032.37 |
| | | V0000566620 | HUMPHREYS CTY DEPT HUMAN SERV | 15,082.97 |
| | | V0000567730 | ITAWAMBA CTY DEPT HUMAN SERV | 32,757.94 |
| | | V0000568272 | JACKSON CTY DEPT HUMAN SERVICE | 116,394.04 |
| | | V0000569910 | JASPER CTY DEPT HUMAN SERVICES | 6,093.39 |
| | | V0000570361 | JEFFERSON CTY DEPT HUMAN SERV | 4,770.62 |
| | | V0000570410 | JEFFERSON DAVIS CTY DEPT HUMAN | 17,540.04 |
| | | V0000575170 | GEORGE CTY DEPT HUMAN SERVICE | 10,755.49 |
| | | V0000575570 | KEMPER CTY DEPT HUMAN SERVICES | 8,829.00 |
| | | V0000576320 | LAFAYETTE CTY DEPT HUMAN SERV | 1,851.08 |
| | | V0000576321 | LAFAYETTE CTY DEPT HUMAN SERV | 11,537.38 |
| | | V0000576400 | LAMAR CTY DEPT HUMAN SERVICES | 20,308.57 |
| | | V0000577060 | LAWRENCE CTY DEPT HUMAN SERV | 2,687.81 |
| | | V0000577240 | LEAKE CTY DEPT HUMAN SERVICES | 2,762.76 |
| | | V0000577370 | LEE CTY DEPT HUMAN SERVICES | 51,775.76 |
| | | V0000577570 | LEFLORE CTY DEPT HUMAN SERVICE | 14,625.97 |
| | | V0000579090 | LINCOLN CTY DEPT HUMAN SERVICE | 13,607.11 |
| | | V0000580640 | ISSAQUENA CTY DEPT HUMAN SERV | 318.00 |
| | | V0000581360 | LOWNDES CTY DEPT HUMAN SERVICE | 67,214.01 |
| | | V0000584480 | MARION CTY DHS SOCIAL SEC FD | 8,828.00 |
| | | V0000584481 | MARION CTY DEPT HUMAN SERVICES | 2,133.60 |
| | | V0000584752 | MARSHALL CTY DHS | 70,344.37 |
| | | V0000590430 | MONROE CTY DEPT HUMAN SERVICES | 6,779.78 |
| | | V0000590550 | MONTGOMERY CTY DEPT HUMAN SERV | -25.00 |
| | | V0000592460 | NESHOBA CTY DEPT HUMAN SERV | 18,917.56 |
| | | V0000592640 | NEWTON CTY DEPT HUMAN SERVICES | 10,482.78 |
| | | V0000593190 | NOXUBEE CTY DEPT HUMAN SERVICE | 3,493.42 |
| | | V0000594550 | PANOLA CTY DEPT HUMAN SERVICES | 13,346.04 |
| | | V0000595650 | PEARL RIVER CTY DEPT HUMAN SER | 58,224.23 |
| | | V0000596240 | PERRY CTY DEPT HUMAN SERVICES | 3,482.45 |
| | | V0000596242 | PERRY CTY DEPT HUMAN SERVICES | 9,976.85 |
| | | V0000596640 | PIKE CTY DEPT HUMAN SERVICES | 49,561.63 |
| | | V0000596920 | PONTOTOC CTY DEPT HUMAN SERV | 21,887.92 |
| | | V0000597980 | PRENTISS CTY DEPT HUMAN SERV | 55,805.37 |
| | | V0000599050 | RANKIN CTY DEPT HUMAN SERVICES | 33,498.23 |
| | | V0000604081 | SCOTT CTY DEPT HUMAN SERVICES | 6,778.02 |
| | | V0000606320 | SMITH CTY DEPT HUMAN SERVICES | 35,643.21 |
| | | V0000606690 | SOUTHERN CHRISTIAN SERVICES | 10,000.00 |
| | | V0000607550 | STONE CTY DEPT HUMAN SERVICES | 86,916.86 |
| | | V0000608370 | TALLAHATCHIE CTY DEPT HUMAN | 11,318.34 |
| | | V0000608590 | TATE CTY DEPT HUMAN SERVICES | 11,527.75 |

Report Description: Contract Services-Detail                                                      Date: 7/26/06
Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details                    Page 2

57                                DHS
146342

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61601... | V0000610120 | TIPPAH CTY DEPT HUMAN SERVICES | 17,384.59 |
| | | V0000610750 | TUNICA CTY DEPT HUMAN SERVICES | 8,663.77 |
| | | V0000611010 | UNION CTY DEPT HUMAN SERVICES | 28,498.11 |
| | | V0000612950 | WEST CHICKASAW CTY | 13,567.36 |
| | | V0000613420 | WALTHALL CTY DEPT HUMAN SERV | 38,356.19 |
| | | V0000613790 | WARREN CTY DEPT HUMAN SERVICES | 42,513.75 |
| | | V0000613920 | WASHINGTON CTY DEPT HUMAN SERV | 110,721.11 |
| | | V0000614130 | WAYNE CTY DEPT HUMAN SERVICES | 8,956.98 |
| | | V0000614131 | WAYNE CTY DEPT HUMAN SERVICES | 800.00 |
| | | V0000614250 | WEBSTER CTY DEPT HUMAN SERVICE | 31,760.04 |
| | | V0000614820 | WILKINSON CTY DEPT HUMAN SERV | 12,844.31 |
| | | V0000616560 | WINSTON CTY DEPT HUMAN SERVICE | 24,233.96 |
| | | V0000617010 | YAZOO CTY DEPT HUMAN SERVICES | 56,575.44 |
| | | V0000685543 | AMERICAN EXPRESS - CHI/FT LAUD | 29,744.45 |
| | | V0000747440 | OKTIBBEHA CTY DEPT HUMAN SERV | 4,153.14 |
| | | V0000749340 | HANCOCK CTY DEPT HUMAN SERVICE | 48,059.72 |
| | | V0000749350 | COPIAH CTY DEPT HUMAN SERVICES | 46,732.05 |
| | | V0000752350 | JONES CTY DEPT HUMAN SERVICES | 62,523.90 |
| | | V0000936210 | ATTALA CTY DEPT HUMAN SERVICES | 4,475.43 |
| | | V0001057400 | HOSTY KATHY | 800.00 |
| | | V0001220630 | FEE VIRGINIA E PHD | 400.00 |
| | | V0001232110 | NEWELL CLARA | 400.00 |
| | | V0001267260 | WALKER BARBARA J | 400.00 |
| | | V0001308550 | CRUDUP RONNIE C | 1,550.00 |
| | | V0001319950 | SMITH IRMA | 800.00 |
| | | V0001360600 | HAPPY TIMES DAYCARE | 2,588.00 |
| | | V0001494220 | HULL PAULLEAN | 400.00 |
| | | V0001497430 | GIBSON JEFFERY SCOTT | 800.00 |
| | | V0001514920 | ABRAMS LEE F | 400.00 |
| | | V0001546590 | LODEN CHEVITH | 800.00 |
| | | V0001571190 | FLIPPINS NIKKI G | 400.00 |
| | | V0001577320 | TURNER JAMES J | 197.04 |
| | | V0001657420 | WOLFF DAVID | 1,600.00 |
| | | V0001711760 | MCCULLUM NANCY J | 1,200.00 |
| | | V0001818490 | TURNER BRENDA J | 400.00 |
| | | V0001819600 | MONTGOMERY CTY DEPT OF HUMAN | 3,050.64 |
| | | V0001825510 | TUCKER GLORIA & BEN | 400.00 |
| | | V0001841990 | BAKER GWENDOLYN | 177.06 |
| | | V0001857890 | JENKINS PAUL | 93.96 |
| | | V0001871530 | DOSSETT DANA K | 400.00 |
| | | V0001881240 | MONROE CTY DEPT OF HUMAN SRVCS | 85,719.07 |
| | | V0001882640 | GOULD DAVID | 102.87 |
| | | V0001889080 | BROWN MOLLY M | 162.40 |

Report Description: Contract Services-Detail

Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 3

DHS
146343    58

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61801... | V0001892191 | LAUDERDALE CTY DHS | 49,733.22 |
| | | V0001892192 | CARROLL CTY DHS | 4,321.24 |
| | | V0001908160 | BRACEY CECELIA | 36.43 |
| | | V0001929900 | COOK TERRY L | 400.00 |
| | | V0001962100 | PAYNE PAMELA K | 400.00 |
| | | V0001962130 | KIRK LAW OFFICE PLLC | 1,730.00 |
| | | V0001964090 | DAVIS TERESA YOLANDA | 729.00 |
| | | V0001971560 | ROBERSON JASON MICHAEL | 625.34 |
| | | V0001994120 | DAVIS SYLVESTER D | 34.30 |
| | | V0002019060 | MONTGOMERY HERTISCENE | 83.03 |
| | | V0002030470 | STEWART DELORIS K | 119.48 |
| | | V0002041330 | GITTER JOANN | 40.74 |
| | | V0002049630 | BOOTHE CYNTHIA S | 15.58 |
| | | V0002052950 | HORNER BARBARA | 56.70 |
| | | V0002054360 | COLE MARCIA | 231.83 |
| | | V0002057950 | PARKER RICHARD C | 2,400.00 |
| | | V0002058870 | RICHARDSON JAVIS L | 400.00 |
| | | V0002058890 | MCNEIL DEBBIE | 400.00 |
| | | V0002058900 | CALDIERO MEGAN MARIE | 400.00 |
| | | V0002058910 | WRIGHT JOE L | 400.00 |
| | | V0002058920 | WARD LINDA M | 800.00 |
| | | V0002058930 | YARBER CLODIS | 1,600.00 |
| | | V0002058940 | BAXTER ANTHONY GWEN | 400.00 |
| | | V0002058950 | MCKINNEY DAVID | 400.00 |
| | | V0002058960 | HIEBERT RANDAL | 400.00 |
| | | V0002058970 | PAINTER PAM | 1,200.00 |
| | | V0002058980 | NICHOLSON BERNICE | 400.00 |
| | | V0002059000 | HALL JAMES ARTHUR | 800.00 |
| | | V0002059010 | WOMACK PATSY TOM | 400.00 |
| | | V0002059020 | HILL STEVEN KEITH | 400.00 |
| | | V0002059030 | TEATER RONNIE G | 400.00 |
| | | V0002059040 | HOLMES MARY ANN | 400.00 |
| | | V0002059050 | VINES LYLE & SHAND | 800.00 |
| | | V0002059060 | JOHNSON MARY | 1,200.00 |
| | | V0002059070 | REEMES SHELIA | 400.00 |
| | | V0002059080 | MELEAR NITA LYNN | 800.00 |
| | | V0002059090 | PALMER LUCY LAVARNA | 2,000.00 |
| | | V0002059100 | CRAWFORD JOHNNIE & SHELLIE | 1,200.00 |
| | | V0002059110 | BELK JOHN | 400.00 |
| | | V0002059120 | BALL CAROLYN | 400.00 |
| | | V0002059130 | JONES HELEN R | 400.00 |
| | | V0002059140 | DUKE DEBBIE | 800.00 |
| | | V0002059150 | PERRY JULIE | 400.00 |

DHS
146344

59

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61601... | VO002059160 | BROWN MAXINE | 400.00 |
| | | VO002059170 | STALLWORTH MARY | 800.00 |
| | | VO002059180 | STUBBS STEVEN & JEANNETTE | 1,200.00 |
| | | VO002059190 | PALMER CLAUDE & ROSIE L | 400.00 |
| | | VO002059200 | HENDRICKS DAVID | 400.00 |
| | | VO002059210 | DRIVER DEANNA | 400.00 |
| | | VO002059220 | BAUER SUSAN | 400.00 |
| | | VO002059230 | THOMPSON MINNIE L | 400.00 |
| | | VO002059240 | GILL KIM D | 800.00 |
| | | VO002059250 | MOORE DARRYL E | 400.00 |
| | | VO002059260 | BARNABY MARGARET & JAMES | 400.00 |
| | | VO002059270 | CUNNINGHAM JOE D & SUSAN R | 400.00 |
| | | VO002059280 | RHODES JONATHAN | 1,200.00 |
| | | VO002059290 | ROCK AARON & DAYNA | 800.00 |
| | | VO002059300 | BLAYLOCK MARY D | 400.00 |
| | | VO002059310 | STEADMAN SUSAN K | 400.00 |
| | | VO002059320 | LEWIS FRANCINE | 400.00 |
| | | VO002059330 | VIERHELLER LAURA | 800.00 |
| | | VO002059340 | SHELNUT TOMMY D | 400.00 |
| | | VO002059350 | HAWKINS WILLIAM & CYNTHIA | 400.00 |
| | | VO002059360 | GRAHAM TODD & TONYA | 800.00 |
| | | VO002060440 | BOGGAN JAMES L JR | 800.00 |
| | | VO002060450 | MCCOWAN DONNIE ANDREW | 400.00 |
| | | VO002061110 | NATIONS CHARLES K | 800.00 |
| | | VO002061120 | HINTON FRED | 1,200.00 |
| | | VO002061130 | BETHAY TINA | 400.00 |
| | | VO002061140 | GIROUARD RHONDA | 800.00 |
| | | VO002061150 | HOWARD ROLF | 400.00 |
| | | VO002061160 | JOSEPH CHARLES | 400.00 |
| | | VO002061190 | HORTON MALCOLM J | 800.00 |
| | | VO002061610 | MCDANIEL SHELIA M | 144.54 |
| | | VO002062280 | CASTLEBERRY PERCY P | 400.00 |
| | | VO002062760 | CURTIS LOUVINIA | 400.00 |
| | | VO002062770 | HARRIS JULIET | 800.00 |
| | | VO002062780 | HARRIS SHARON LYNNE | 400.00 |
| | | VO002062790 | FLOWERS MARGAREE | 800.00 |
| | | VO002062800 | BATES LARRY | 400.00 |
| | | VO002062810 | CANNADAY JOHN F | 400.00 |
| | | VO002062820 | DUBOSE TEARRESSA | 400.00 |
| | | VO002062830 | CONNELLY DAVID S | 400.00 |
| | | VO002062840 | DAVIS GLADYS | 400.00 |
| | | VO002062850 | DOWDELL LINDA | 400.00 |
| | | VO002062860 | DUPLECHIN RICKY | 400.00 |

Report Description: Contract Services-Detail

Database User ID: bdaniel     Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 5

60

DHS
146345

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61601... | V0002062870 | FIELDS CHARLES | 400.00 |
| | | V0002062880 | HARDY CHARLENE | 800.00 |
| | | V0002062890 | HOLLINGSWORTH MELANIE J | 800.00 |
| | | V0002062900 | JACKSON THOMAS E | 400.00 |
| | | V0002062910 | MARTIN SHELLY LAUREEN | 400.00 |
| | | V0002062920 | MILICA LORETTA | 400.00 |
| | | V0002062930 | MORGAN PATRICK | 800.00 |
| | | V0002062940 | NUMNUM CASSANDRA | 1,200.00 |
| | | V0002062950 | ROBERTS SHERRY | 800.00 |
| | | V0002062960 | ROSS CHARLES N | 400.00 |
| | | V0002062970 | SHORES GREGORY | 400.00 |
| | | V0002062980 | SULLIVAN KATHY LEE | 800.00 |
| | | V0002062990 | THOMPSON M L | 400.00 |
| | | V0002063070 | TANKERSLY DEBORAH J | 400.00 |
| | | V0002063520 | HARP LUKE | 400.00 |
| | | V0002063530 | WILSON SAMUEL A | 400.00 |
| | | V0002063540 | MCKEE ANITA H | 400.00 |
| | | V0002063550 | KINSEY HENRY III | 400.00 |
| | | V0002063560 | HUDSON JAMES L | 400.00 |
| | | V0002063570 | WHITTAKER IRVIN II | 1,600.00 |
| | | V0002063580 | STEPHANIE DENNIS J | 1,200.00 |
| | | V0002063590 | TANNER BENTA MARIE | 400.00 |
| | | V0002063600 | WHAVERS JOYCE | 400.00 |
| | | V0002063610 | MALLEY TERRY L | 400.00 |
| | | V0002063620 | LAW DEBRA | 400.00 |
| | | V0002063630 | GREENWOOD LISA D | 400.00 |
| | | V0002063640 | COLLUMS ANGELA | 400.00 |
| | | V0002063650 | STRONG THEODORE SR | 400.00 |
| | | V0002063660 | BRYANT MARK | 400.00 |
| | | V0002063670 | COLLINS JEFFREY L | 400.00 |
| | | V0002063680 | ALLEN THOMAS O | 800.00 |
| | | V0002063690 | ADAMS JOHN W SR | 400.00 |
| | | V0002063700 | ACTKINSON KATIE | 400.00 |
| | | V0002063710 | JOHNSON MARVIN | 400.00 |
| | | V0002063720 | HIATT MICHAEL | 400.00 |
| | | V0002063730 | HARRISON KENNETH W | 400.00 |
| | | V0002063740 | MCCLAIN MARY ALICE | 800.00 |
| | | V0002063750 | PARKER KENNETH | 800.00 |
| | | V0002063760 | GRAVES RAY | 400.00 |
| | | V0002063770 | BETHAY DANIEL | 800.00 |
| | | V0002063780 | VANSANDT BONNIE M | 800.00 |
| | | V0002063790 | HANKS JAMES | 800.00 |
| | | V0002064600 | WEIMER TIMOTHY | 800.00 |

Report Description: Contract Services-Detail                                                    Date: 7/26/06
Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details                    Page 6

61

DHS
146346

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61601... | V0002064630 | HAIRSTON ROBERT | 800.00 |
| | | V0002065220 | CECIL & DORIS BAILEY | 400.00 |
| | | V0002065490 | BINGHAM DEBORAH S | 400.00 |
| | | V0002066410 | BURKS SHARON | 142.40 |
| | | V0002066580 | ALLISON TOBY | 800.00 |
| | | V0002066590 | BOLTON ANNA L | 400.00 |
| | | V0002066620 | PEDEN JEREMIAH JACOB | 400.00 |
| | | V0002066630 | HAWKINS LEO | 800.00 |
| | | V0002066640 | SEAL RICHARD | 400.00 |
| | | V0002066650 | BARNETT HELEN L | 400.00 |
| | | V0002066660 | GRAVES CYNTHIA EILEEN | 400.00 |
| | | V0002072680 | SUGARBEARS PRE SCHOOL & DAYCAR | 2,065.00 |
| | | V0002076210 | STEWART YVONNE | 3,408.21 |
| | | V0002079690 | JARNAGIN SANDRA | 400.00 |
| | | V0002079950 | CAMPER STEPHONE | 1,500.00 |
| | | V0002095340 | BURTS LORIA | 78.91 |
| | 61602 | | | 0.00 |
| | | V0000597980 | PRENTISS CTY DEPT HUMAN SERV | 375.00 |
| | | V0000612950 | WEST CHICKASAW CTY | 105.00 |
| | | V0000897240 | CALDIERO GAIL E | 487.18 |
| | | V0000911720 | HALL PEARL A | 486.41 |
| | | V0000992680 | WOODFORK JOHNNIE L | 414.00 |
| | | V0001122880 | SIMS JEAN | 224.31 |
| | | V0001216470 | WHEELER NELL | 251.43 |
| | | V0001243700 | COOK JANICE | 1,015.51 |
| | | V0001249530 | DAVIS VERTIA | 74.52 |
| | | V0001302800 | CASTLEBERRY DORIS | 85.46 |
| | | V0001319920 | MUNN KATHLEEN A | 678.77 |
| | | V0001370200 | JOHNSON LAVERNE C | 55.08 |
| | | V0001485510 | ROGERS KATHY | 369.15 |
| | | V0001506030 | GODBER DEBRA A | 144.18 |
| | | V0001529300 | HAWKINS EARNESTINE | 230.77 |
| | | V0001570560 | SPENCER PRIMROSE B | 119.80 |
| | | V0001577320 | TURNER JAMES J | 1,325.25 |
| | | V0001580030 | BILLS MARY FRANCES | 65.96 |
| | | V0001600960 | CROSBY JOYCE E | 245.03 |
| | | V0001639700 | LACHER DANA | 253.24 |
| | | V0001672380 | LINCOLN DONNA | 694.98 |
| | | V0001687470 | MAGEE CORA E H | 136.52 |
| | | V0001688290 | KIRKLEY CONNIE B | 581.86 |
| | | V0001716350 | WOLFF KATHLEEN | 7,239.91 |
| | | V0001720410 | LEDBETTER FRANCES MILLICENT | 44.62 |
| | | V0001731900 | MALONE KAREN L | 3,631.71 |

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61602... | V0001754810 | WANSLEY VERNESTINE | 6,026.29 |
| | | V0001774390 | WEST BRENDA HILL | 965.69 |
| | | V0001777870 | BROOKS KATHERYN E MCRAE | 23.24 |
| | | V0001819980 | PICKETT TIMMY | 36.45 |
| | | V0001827300 | LOFTIN KNOX H JR | 377.58 |
| | | V0001829840 | KING ANGIE I | 391.25 |
| | | V0001841990 | BAKER GWENDOLYN | 3,866.96 |
| | | V0001857890 | JENKINS PAUL | 333.37 |
| | | V0001866110 | ROBINSON ANNJANET | 43.17 |
| | | V0001873380 | GEORGE CHASITY | 1,951.20 |
| | | V0001874280 | WILLIAMS KENNETH B | 410.24 |
| | | V0001874910 | LENOIR CHAD | 997.20 |
| | | V0001882640 | GOULD DAVID | 282.30 |
| | | V0001889080 | BROWN MOLLY M | 2,296.07 |
| | | V0001890350 | WITMER ESTHER ELIZABETH | 880.53 |
| | | V0001896460 | BUXTON BEVERLY | 12,349.99 |
| | | V0001898830 | HURLEY MARY | 399.44 |
| | | V0001898840 | MAHAN FAITH | 21.06 |
| | | V0001901950 | BOLERJACK DANNY R | 736.19 |
| | | V0001903620 | TATE CURTIS | 180.20 |
| | | V0001908160 | BRACEY CECELIA | 1,126.67 |
| | | V0001912920 | GRAY GWENDOLYN | 9,398.36 |
| | | V0001917830 | WOODS BEATRICE | 3.56 |
| | | V0001918780 | SINGLETON JESSIE ANN | 302.64 |
| | | V0001920490 | BOUNDS DEBORAH | 1,922.74 |
| | | V0001934230 | GRAHAM TONYA | 305.27 |
| | | V0001939100 | ELBERT HATTIE | 279.00 |
| | | V0001941830 | POWELL JULIE | 270.24 |
| | | V0001941840 | YARBROUGH GINGER | 916.69 |
| | | V0001950750 | HARRIS KELLI B | 381.62 |
| | | V0001958810 | BROWN SHARON | 81.00 |
| | | V0001962100 | PAYNE PAMELA K | 59.94 |
| | | V0001964090 | DAVIS TERESA YOLANDA | 6,714.15 |
| | | V0001964520 | STEWART VERA | 630.33 |
| | | V0001966010 | JOHNSON FRED A | 334.80 |
| | | V0001969560 | MCCARTY TENA | 309.81 |
| | | V0001970090 | GRAVES MARY | 122.35 |
| | | V0001973710 | RAINEY SEABORN | 1,244.48 |
| | | V0001974100 | MONTGOMERY REGINA | 1,533.29 |
| | | V0001974650 | SAMPLEY ALMYRA | 470.33 |
| | | V0001975610 | MAY JIMMY | 638.20 |
| | | V0001977110 | COLEMAN CONNIE | 476.63 |
| | | V0001977530 | JOHNSON ELMO | 93.45 |

Report Description: Contract Services-Detail                                    Date: 7/26/06
Database User ID: bdaniel     Built by: Linda Blackwell  Built From: Financial/General Ledger Details                    Page 8

DHS
146348                          63

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61602... | V0001982110 | LINDLEY JAMES D | 70.48 |
| | | V0001989260 | GARDNER JEFFERY STUART | 762.57 |
| | | V0001989950 | MCKENNY BERNICE G | 110.04 |
| | | V0001992030 | WORLEY AUDRY M | 257.58 |
| | | V0001992630 | CLAY RANDY | 0.00 |
| | | V0001994120 | DAVIS SYLVESTER D | 151.34 |
| | | V0001995600 | POWELL ASHLEY MYERS | 113.00 |
| | | V0002002920 | PERKINS LOVIE | 317.69 |
| | | V0002006790 | GRIFFITH MACKIE | 291.00 |
| | | V0002008300 | BOOTH BARBARA | 192.50 |
| | | V0002009800 | PACKWOOD JOSEPH H | 58.20 |
| | | V0002011450 | WILLIAMS ANDREA LACHELL | 253.21 |
| | | V0002012390 | LETT CRYSTAL C | 626.12 |
| | | V0002014100 | THOMPSON FLORA JEAN | 640.75 |
| | | V0002016940 | FOX KIMBERLY | 48.60 |
| | | V0002016950 | BOUTWELL JULIE | 187.12 |
| | | V0002018690 | MILES MARLEEN | 257.29 |
| | | | MILLER MARLEEN | 1,494.33 |
| | | V0002018700 | RILEY SHANNAH | 1,020.19 |
| | | V0002019080 | LEWIS KIM | 520.10 |
| | | V0002022090 | PACKWOOD MARGARET M | 823.56 |
| | | V0002022740 | PITTMAN ADAM | 392.64 |
| | | V0002023140 | HUGHES PATRICK | 505.76 |
| | | V0002023480 | COTTEN VERNON | 46.58 |
| | | V0002023490 | HUGHES LOU EVA | 272.34 |
| | | V0002024690 | BROWN SUSAN ASHLEY | 170.10 |
| | | V0002028100 | FRAISER STEPHANIE L | 463.72 |
| | | V0002028110 | MCCACHREN ANGELA KAY | 663.08 |
| | | V0002028120 | SMITH STEPHANIE | 165.24 |
| | | V0002028130 | HARTWELL DONNA | 5,644.89 |
| | | V0002028360 | GANTT KENYELL | 48.60 |
| | | V0002029750 | RHODES SCARLETT | 4,859.76 |
| | | V0002029770 | BROWN ANDREA A | 131.62 |
| | | V0002029780 | COCKRELL LORA LEIGH | 328.94 |
| | | V0002029790 | BROWN AMY DEE ANN | 424.04 |
| | | V0002030470 | STEWART DELORIS K | 378.49 |
| | | V0002030480 | BENSON DENA | 234.09 |
| | | V0002030490 | COOPER LILLIE M | 1,408.56 |
| | | V0002031070 | IRVING YOLANDA T | 189.54 |
| | | V0002033540 | MAY MELISSA | 194.62 |
| | | V0002033740 | DAVENPORT AUGUSTA | 1,676.74 |
| | | V0002033750 | DOTSON MARTHA | 296.45 |
| | | V0002033960 | TATUM ELLA | 605.75 |

Report Description: Contract Services-Detail

Database User ID: bdaniel     Built by: Linda Blackwell  Built From: Financial/General Ledger Details

64

DHS
146349

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61602... | V0002034610 | HISAW DANA | 1,689.91 |
| | | V0002035210 | MOORE FELICIA NICOLE | 44.95 |
| | | V0002035220 | MCKEY PHILLIP D | 981.32 |
| | | V0002036160 | HIBBITT FELITA | 820.05 |
| | | V0002036390 | LEWIS JENNIFER | 262.28 |
| | | V0002036630 | JONES DARLENE Y FITZGERALD | 140.94 |
| | | V0002036760 | SULLIVAN KATHLENE | 245.92 |
| | | V0002036770 | NOBLE GLENDA S | 203.71 |
| | | V0002036790 | KING WILLIE MAE | 1,272.86 |
| | | V0002038070 | GARNER YOLANDA | 268.11 |
| | | V0002038550 | WESTBROOK MISTY | 23.49 |
| | | V0002039600 | GREEN PATSY A | 72.90 |
| | | V0002041330 | GITTER JOANN | 554.42 |
| | | V0002042860 | SELMAN RACHEL | 414.44 |
| | | V0002042980 | CULLINAM G WAYNE II | 175.77 |
| | | V0002045740 | JOHNSON JESSICA MONICA | 156.99 |
| | | V0002048150 | WEAVER TANDI | 542.08 |
| | | V0002048160 | FOXWORTH NELLOUISE | 169.29 |
| | | V0002048170 | BROOKSHIRE CELESTE | 1,028.45 |
| | | V0002048830 | HILL INECE | 87.48 |
| | | V0002048840 | GRANT GREGORY | 145.50 |
| | | V0002049250 | LUCKETT DEMIRA | 69.35 |
| | | V0002049260 | HAZZARD TERESA A | 3,587.24 |
| | | V0002049630 | BOOTHE CYNTHIA S | 280.53 |
| | | V0002051310 | BROWN DOROTHY C | 3,804.66 |
| | | V0002052050 | DEAN CHARLOTTE V | 249.81 |
| | | V0002052060 | KEYES MARY F | 168.30 |
| | | V0002052260 | CUNNINGHAM SUSAN R | 208.98 |
| | | V0002052930 | GRANT ALVITA | 392.45 |
| | | V0002052940 | ROBBINS SANDRA | 98.70 |
| | | V0002052950 | HORNER BARBARA | 3,611.32 |
| | | V0002052960 | WILSON JOYCE DIANE | 168.22 |
| | | V0002053150 | POWELL CHARLES HENRY | 97.00 |
| | | V0002054360 | COLE MARCIA | 139.19 |
| | | V0002054670 | MONCRIEF ELISHA MICHELLE | 377.09 |
| | | V0002054680 | FOSTER IRMA G | 83.09 |
| | | V0002054690 | KIRKPATRICK MARY | 434.37 |
| | | V0002054930 | DYKES SHELBY | 27.16 |
| | | V0002055540 | VARNADO TERRY M | 110.73 |
| | | V0002055700 | COOLEY ANDRE | 496.19 |
| | | V0002055820 | MOAK REBECCA JANE | 126.10 |
| | | V0002057870 | CHAPMAN EDNA | 315.73 |
| | | V0002058880 | PHILLIPS MELISSA C | 511.19 |

Report Description: Contract Services-Detail    Date: 7/26/06
Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details    Page 10

65

DHS
146350

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61602... | V0002061600 | COCKRELL IDA | 215.21 |
| | | V0002061610 | MCDANIEL SHELIA M | 672.47 |
| | | V0002061620 | HEIDELBERG JAMIE | 501.57 |
| | | V0002061630 | CLEMTS TRACEY V | 54.90 |
| | | V0002063500 | HEARDON JULIAN L | 603.97 |
| | | V0002063510 | PETERS ANNIE M | 25.26 |
| | | V0002063930 | JERNIGAN BARRY B | 262.03 |
| | | V0002064610 | HARRIS TIFFANY | 427.20 |
| | | V0002065990 | WORLEY JOHNNY L JR | 273.57 |
| | | V0002066410 | BURKS SHARON | 263.63 |
| | | V0002066420 | LEE PAULA | 334.53 |
| | | V0002068010 | PHILPOT MAGGIE L | 2,142.95 |
| | | V0002068270 | WILLIAMSON TONYA M | 234.28 |
| | | V0002068280 | ALLEN BRANDI | 233.19 |
| | | V0002068290 | SHAVERS CAMELLIA WEATHERSPOON | 621.70 |
| | | V0002069180 | HAMMOND E MARIE | 537.56 |
| | | V0002069380 | MOORE ALEISHA | 691.16 |
| | | V0002071100 | TURNER JESSICA | 1,317.21 |
| | | V0002071110 | COOLEY BRANDI | 303.62 |
| | | V0002071120 | OWENS ALETHEA AMARA | 368.47 |
| | | V0002071130 | BROWN STEPHANIE DENISE | 1,315.13 |
| | | V0002071420 | JOHNSON ELOISE | 749.33 |
| | | V0002072070 | HORTON TIFFANY C | 1,072.19 |
| | | V0002072350 | CRAWFORD ANTONIETTE | 1,036.48 |
| | | V0002072370 | JOHNSON SARAH F | 625.65 |
| | | V0002072930 | JONES SYMANTHIA | 2,185.39 |
| | | V0002072940 | HAYES BRENDA N | 545.12 |
| | | V0002073040 | FARLEY TOMMY J | 1,248.01 |
| | | V0002074580 | JONES SHAQUITA | 1,127.17 |
| | | V0002074590 | BROWN MAYR | 590.97 |
| | | V0002074600 | SHORTER LAURISSA | 185.56 |
| | | V0002075550 | VITAGLIANO LINDSAY | 643.11 |
| | | V0002075560 | SINGLETON CARLESLIE | 570.05 |
| | | V0002075570 | BARNES THELMA | 770.30 |
| | | V0002075580 | JACKSON SHERRY | 762.30 |
| | | V0002075590 | HARDGES ASPEN J | 261.16 |
| | | V0002075600 | BOWMAN ALLISON MONIQUE | 327.56 |
| | | V0002075610 | WALKER ANECIA B | 263.06 |
| | | V0002075880 | JACKSON VERONICA D | 939.39 |
| | | V0002075890 | SMITH PHAVIA PATRICE | 931.20 |
| | | V0002075990 | JACKSON MONICA | 687.51 |
| | | V0002076000 | COLLINS PATRICIA ANN | 247.42 |
| | | V0002076220 | DOYLE BARBARA RENEE | 1,623.11 |

Report Description: Contract Services-Detail
Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06
Page 11

DHS
146351

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61602... | V0002076850 | BARLOW RUBY S | 1,416.23 |
| | | V0002076860 | PRICE TERESA B | 161.98 |
| | | V0002076870 | SPOON CAROL W | 612.32 |
| | | V0002076880 | SMITH SHARON | 1,154.12 |
| | | V0002076890 | EMBREY BLONDELL | 1,057.32 |
| | | V0002077500 | EPTING TAMMY A | 79.05 |
| | | V0002077510 | RUSELL HEATHER | 212.28 |
| | | V0002078160 | JENKINS CONNIE | 564.23 |
| | | V0002078170 | MCFARLAND LAPONTA | 200.70 |
| | | V0002078730 | GRAY EUCLUCK | 1,694.24 |
| | | V0002078740 | GARMAN GEORGIA | 1,241.55 |
| | | | GARMMAN GEORGIA | 754.08 |
| | | V0002078830 | TARLETON TRANELL | 715.58 |
| | | V0002079700 | RUTHERFORD WILLIE M | 32.49 |
| | | V0002079710 | THOMPSON JOSIE | 828.58 |
| | | V0002079900 | GILBERT BRENDA | 572.29 |
| | | V0002079910 | WALKER TARA | 344.52 |
| | | V0002079920 | WILLCUT CAROLYN | 1,294.14 |
| | | V0002079930 | SUGGS LATRICIA L | 210.04 |
| | | V0002079940 | ROBINSON SHARRON D | 2,519.08 |
| | | V0002080450 | BROWN GLADYS | 293.32 |
| | | V0002081400 | JUITT JOYCE | 289.70 |
| | | V0002081630 | THOMAS JANET R | 298.15 |
| | | V0002082280 | RUSSELL HEATHER RUTH | 521.13 |
| | | V0002084420 | ELLIS ADA LEE | 311.51 |
| | | V0002084430 | CARRAWAY TRACI | 518.87 |
| | | V0002084440 | EVANS DEBRA | 925.52 |
| | | V0002084450 | GRAHAM WILLIE D | 1,110.27 |
| | | V0002084830 | ROBERTSON MONICA | 1,249.16 |
| | | V0002086040 | WHIGHAM KATRINA LACBELLE | 794.76 |
| | | V0002086970 | BLACKBURN JENA | 287.03 |
| | | V0002088270 | PRITT JAMIE | 231.40 |
| | | V0002089840 | ALLISON CINDY | 256.77 |
| | | V0002089990 | KELLY HELEN | 347.99 |
| | | V0002090870 | HOLLOWAY DOROTHY R | 115.70 |
| | | V0002091060 | PIRTLE MARCIA | 404.51 |
| | | V0002092400 | PIPKINS TRACY DAWN | 336.43 |
| | | V0002094880 | ODOM YOLANDA T | 418.32 |
| | | V0002095460 | ROHRBECKER KAREN M N | 140.18 |
| | | V0002095910 | THOMAS SHIRLEY | 50.17 |
| | | V0002095920 | BROWN FELICIA | 78.32 |
| | 61615 | V9913031300 | STATE TREASURER 3130 * | 25,450.10 |
| | 61616 | V9913031250 | STATE TREASURER 3125 * | 134,798.52 |

Report Description: Contract Services-Detail

Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 12

DHS
146352                    67

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61616... | V9961436140 | STATE TREASURER 3614 * | 94,780.00 |
| | 61620 | V9915531550 | STATE TREASURER 3155 * | 36,550.56 |
| | 61630 | | | 0.00 |
| | | V0000120787 | PRENTISS CTY CHANCERY CLERK | 83.00 |
| | | V0000165860 | HINDS CTY CHANCERY CLERK | 92.00 |
| | | V0000174850 | MS COLLEGE-SCHOOL OF LAW | 23,400.00 |
| | | V0000187663 | HINDS CTY CHANCERY CLERK | 92.00 |
| | | V0000224010 | HANCOCK CTY CHANCERY CLERK | 246.00 |
| | | V0000224130 | LOWNDES CTY CHANCERY CLERK | 80.00 |
| | | V0000319160 | ADAMS DAVID E | 1,200.00 |
| | | V0000501810 | OKOLONA MESSENGER INC | 111.60 |
| | | V0000541220 | RANDLE CARVER A | 1,300.00 |
| | | V0000736090 | MCELROY LAURA CAVENESS | 600.00 |
| | | V0000841390 | LAWSON-CONWAY MAXINE | 2,000.00 |
| | | V0000890390 | HARRELL PRENTISS G | 600.00 |
| | | V0001020020 | RUTHERFORD LEIGH ANN | 600.00 |
| | | V0001072980 | BABB RICHARD J | 4,200.00 |
| | | V0001144970 | WEBSTER GRESHAM & KITTELL | 1,300.00 |
| | | V0001237940 | BUSH PATSY | 1,000.00 |
| | | V0001250380 | BAILEY JOHN L | 1,050.00 |
| | | V0001366310 | SMITH CHARLES E | 3,000.00 |
| | | V0001376040 | KRAMER EDWARD N | 2,200.00 |
| | | V0001377850 | SPARKS DAVID R | 7,200.00 |
| | | V0001404700 | MITCHELL GEORGE M JR | 600.00 |
| | | V0001423900 | BABB RICHARD J | 0.00 |
| | | V0001435840 | SATCHER JOHN N | 600.00 |
| | | V0001451590 | ODOM ANN | 1,050.00 |
| | | V0001468210 | WRIGHT STEVE | 1,800.00 |
| | | V0001493920 | COBB JOEY M | 600.00 |
| | | V0001496340 | LOVELADY JOE R SR | 500.00 |
| | | V0001506120 | ARNOLD CECELIA | 5,400.00 |
| | | V0001511980 | SPARKS DAVID R | 7,200.00 |
| | | V0001545990 | LANCASTER EDWARD D | 1,100.00 |
| | | V0001546450 | STAMPS ANITA MATHEWS | 20,400.00 |
| | | V0001552410 | LESURE MILDRED J | 1,150.00 |
| | | V0001567820 | TUCKER TAYLOR | 1,700.00 |
| | | V0001569000 | WINTER SIDRA P | 600.00 |
| | | V0001578960 | HENDERSON LEROY JR | 13,400.50 |
| | | V0001579350 | SANDERSON REX F | 1,200.00 |
| | | V0001595690 | MARSHALL ANGELA GRAY ESQ | 11,550.00 |
| | | V0001614590 | LAMBERT DAVID W | 1,150.00 |
| | | V0001633160 | FAIR EUGENE L | 4,200.00 |
| | | V0001669840 | SEKUL HORNSBY TISDALE BAKER | 600.00 |

Report Description: Contract Services-Detail

Database User ID: bdaniel     Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 13

DHS
146353

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61630... | V0001691970 | CONWAY MAXINE LAWSON | 2,400.00 |
| | | V0001697080 | BEAM DAWN | 2,100.00 |
| | | V0001714180 | JUNKIN JOHN R II | 600.00 |
| | | V0001732860 | FURBY TOMMY E | 600.00 |
| | | V0001738220 | JOHNSON JAMES D LAW OFFICE | 1,850.00 |
| | | V0001740990 | LAZZARA ANN CLARK | 2,725.00 |
| | | V0001761040 | HOWELL JOHN E | 1,500.00 |
| | | V0001776540 | HORNSBY CLARE S | 9,000.00 |
| | | V0001790100 | HICKMAN GOZA & SPRAGINS LLC | 1,492.91 |
| | | V0001798400 | GRAY JAMES L | 900.00 |
| | | V0001798710 | NELSON PAMELA L | 11,612.50 |
| | | V0001802790 | DEE ALFORD SHANDY LAW OFFICE | 3,200.00 |
| | | V0001805850 | PARKER ANNE MARIE | 1,800.00 |
| | | V0001841971 | TATE JASON E | 832.00 |
| | | V0001850110 | HASTINGS PAUL DAVID | 3,487.50 |
| | | V0001882850 | ANDERSON OLEN LLOYD | 582.00 |
| | | V0001918870 | MURPHY LAURA EAVES | 400.00 |
| | | V0001921050 | CHILDERS ROBERT D | 1,800.00 |
| | | V0001952570 | WHITE ANGELIQUE C | 3,500.00 |
| | | V0001954190 | AUSTIN LAW FIRM P A | 5,465.00 |
| | | V0001962130 | KIRK LAW OFFICE PLLC | 700.00 |
| | | V0001968930 | GRAHAM BILLY J | 400.00 |
| | | V0001971580 | DRUNGOLE PAULA E | 600.00 |
| | | V0001973700 | HOLTZ TERRY | 450.00 |
| | | V0001985830 | BROOKS CARMEN N | 9,694.90 |
| | | V0001987630 | LEE V DENISE | 3,600.00 |
| | | V0002003150 | KIRKMAN PROPERTIES LLC | 0.00 |
| | | V0002011120 | DERENBECKER RHONDA | 600.00 |
| | | V0002016330 | ROBERT L SPOTSWOOD & ASSOC PA | 25,600.00 |
| | | V0002019370 | THACH JACQUELINE K | 600.00 |
| | | V0002035150 | SANDERS W M | 3,400.00 |
| | | V0002036900 | TISDELL DAVID L | 2,250.00 |
| | | V0002038750 | YOSTE CHARLES T | 595.00 |
| | | V0002044010 | MCLAURIN LAW FIRM P A | 600.00 |
| | | V0002044020 | HAYES GWENDOLYN W | 600.00 |
| | | V0002046060 | GOVAN DERWIN B | 450.00 |
| | | V0002050110 | MURPHY LAURA EAVES | 1,050.00 |
| | | V0002050120 | PITCOCK JAMES R | 163.00 |
| | | V0002050860 | ARNOLD CECELIA | 1,200.00 |
| | | V0002050870 | SABINE DAVID C ATTY AT LAW | 1,200.00 |
| | | V0002054940 | LINDLEY MEDA B | 1,268.75 |
| | | V0002055320 | GOODWIN WILLIAM E | 600.00 |
| | | V0002055330 | CLIETT MARK A | 600.00 |

Report Description: Contract Services-Detail
Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06
Page 14

69

DHS
146354

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61630... | V0002062270 | PHILLIPS SONYA C | 1,200.00 |
| | | V0002065690 | ZIMMERMAN DAVID B | 1,200.00 |
| | | V0002072640 | BOONE STEVEN D | 450.00 |
| | | V0002075310 | SMITH WAYNE | 600.00 |
| | | V0002075320 | BUFFINGTON B SCOTT | 1,200.00 |
| | | V0002075330 | SMITH RICHARD J | 2,400.00 |
| | | V0002075340 | NEYMAN JOSEPH DAVID JR | 1,800.00 |
| | | V0002075870 | GILDER HOWELL & ASSOC PA | 600.00 |
| | | V0002082290 | PRICE JACK G | 250.00 |
| | | V0002082300 | CAMPBELL KIMBERLY | 2,400.00 |
| | | V0002083150 | GUY BRYANT D | 3,000.00 |
| | | V0002093550 | LEE-LINDSEY KENDRA | 550.00 |
| | | V0002094340 | MCWILLIAMS LESLIE B | 600.00 |
| | 61631 | | | 1,515.22 |
| | | V9907130710 | STATE TREASURER 3071 * | 264,138.52 |
| | 61640 | V0000584752 | MARSHALL CTY DHS | 196.00 |
| | | V0000720721 | MILLCREEK REHAB CENTER | 9,236.76 |
| | 61651 | | | 0.00 |
| | | V0000562230 | GLOBAL SECTOR SERVICES INC | 31,796.10 |
| | | V0006606690 | SOUTHERN CHRISTIAN SERVICES | 170,214.00 |
| | | V0000720721 | MILLCREEK REHAB CENTER | 78,086.90 |
| | | V0000720930 | MS CHILDREN'S HOME SOCIETY | 432,529.62 |
| | | V0000722690 | ST FRANCIS ACADEMY INC | 109,426.43 |
| | | V0001115660 | UNITED METHODIST MINISTRY WITH | 134,179.00 |
| | | V0001185480 | YOUTH VILLAGES INC | 623,130.00 |
| | | V0001265340 | SENIOR CITIZENS SERVICES INC | 226,942.00 |
| | | V0001547590 | FRANKLIN COVEY | 49,980.00 |
| | | V0001789310 | IT TECHNOVATIONS | 91,280.00 |
| | | V0001840760 | CIBER INC | 944,843.00 |
| | | V0001840762 | CIBER INC | 36,644.50 |
| | | V0001905851 | THOMAS BUSINESS ENTERPRISES | 200.00 |
| | | V0001992370 | PUBLIC CONSULTING GROUP INC | 147,712.00 |
| | | V0002024700 | PENDLETON SECURITY INC | 19,255.78 |
| | | V0002039150 | INSTRUCTIONAL ACCESS INC | 95,400.00 |
| | | V0002077080 | MEADERS CONSULTING LLC | 10,770.00 |
| | 61652 | V0001547590 | FRANKLIN COVEY | 4,373.29 |
| | 61653 | | | 0.00 |
| | | V0001261770 | BUSINESS COMMUNICATIONS INC | 100.00 |
| | | V0001682850 | STRAUGHTER ROY | 881.73 |
| | | V0001841990 | BAKER GWENDOLYN | 17.81 |
| | | V0001901950 | BOLERJACK DANNY R | 108.08 |
| | | V0001941830 | POWELL JULIE | 20.75 |
| | | V0001975610 | MAY JIMMY | 20.21 |

Report Description: Contract Services-Detail                                    Date: 7/26/06
Database User ID: bdaniel        Built by: Linda Blackwell  Built From: Financial/General Ledger Details                    Page 15

DHS
146355                    70

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61653... | VO001992030 | WORLEY AUDRY M | 70.46 |
| | | VO002018690 | MILES MARLEEN | 40.00 |
| | | | MILLER MARLEEN | 16.29 |
| | | VO002029750 | RHODES SCARLETT | 10.73 |
| | | VO002031290 | HOLLER JAMES ALLEN | 239.40 |
| | | VO002052260 | CUNNINGHAM SUSAN R | 91.90 |
| | | VO002054690 | KIRKPATRICK MARY | 17.76 |
| | | VO002056440 | BOYKIN MILISSA DELL | 28.67 |
| | | VO002065990 | WORLEY JOHNNY L JR | 21.24 |
| | | VO002071120 | OWENS ALETHEA AMARA | 8.51 |
| | | VO002075610 | WALKER ANECIA B | 9.96 |
| | 61660 | | | -1,515.22 |
| | | VO000035720 | OXFORD EAGLE | 105.84 |
| | | VO000046820 | JOURNAL PUBLISHING CO INC | 1,290.52 |
| | | VO000050900 | ALCORN CTY SHERIFF'S DEPT | 50.00 |
| | | VO000051570 | AMITE CTY SHERIFF'S DEPT | 0.00 |
| | | VO000060180 | DAILY TIMES LEADER | 96.44 |
| | | VO000069330 | HUMPHREYS CTY CHANCERY CLERK | 4.00 |
| | | VO000069970 | ITAWAMBA CTY TIMES INC | 216.80 |
| | | VO000073991 | LOWNDES CTY SHERIFF'S DEPT | 93.51 |
| | | VO000074970 | MARSHALL CTY SHERIFF'S DEPT | 25.00 |
| | | VO000083950 | PONTOTOC CTY SHERIFF'S DEPT | 25.00 |
| | | VO000090770 | STONE CTY SHERIFF'S DEPT | 225.00 |
| | | VO000091640 | DEMOCRAT | 110.52 |
| | | VO000096940 | WILKINSON CTY SHERIFF'S DEPT | 25.00 |
| | | VO000101430 | BROOKS COURT REPORTING INC | 1,161.40 |
| | | VO000120787 | PRENTISS CTY CHANCERY CLERK | 83.00 |
| | | VO000165860 | HINDS CTY CHANCERY CLERK | 184.00 |
| | | VO000176370 | BOLIVAR COMMERCIAL | 201.84 |
| | | VO000187663 | HINDS CTY CHANCERY CLERK | 1,380.00 |
| | | VO000190901 | SUPREME COURT OF MS | 10.00 |
| | | VO000214370 | ALCORN CTY CHANCERY CLERK | 235.50 |
| | | VO000223650 | ITAWAMBA CTY CHANCERY CLERK | 400.00 |
| | | VO000223920 | CLARKE CTY CHANCERY CLERK | 82.00 |
| | | VO000223930 | CLAY CTY CHANCERY CLERK | 160.00 |
| | | VO000224000 | GRENADA CTY CHANCERY CLERK | 106.50 |
| | | VO000224010 | HANCOCK CTY CHANCERY CLERK | 1,230.00 |
| | | VO000224130 | LOWNDES CTY CHANCERY CLERK | 240.00 |
| | | VO000224340 | WARREN CTY CHANCERY CLERK | 90.00 |
| | | VO000224420 | PRENTISS CTY CHANCERY CLERK | 83.00 |
| | | VO000254760 | MARSHALL CTY CHANCERY CLERK | 35.00 |
| | | VO000261560 | NEWTON CTY CHANCERY COURT CLK | 30.00 |
| | | VO000264190 | PEARL RIVER CTY CHANCERY CLERK | 164.00 |

DHS
146356

71

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61660... | V0000279860 | UNION CTY CHANCERY CLERK | 80.00 |
| | | V0000284740 | YAZOO CTY CHANCERY CLERK | 274.50 |
| | | V0000375820 | HOLMES CTY HERALD | 0.00 |
| | | V0000542820 | CHICKASAW CTY CHANCERY CLERK | 78.50 |
| | | V0000544420 | COAHOMA CTY CHANCERY CLERK | 206.50 |
| | | V0000573550 | JONES CTY CHANCERY CLERK | 83.00 |
| | | V0000576321 | LAFAYETTE CTY DEPT HUMAN SERV | 60.00 |
| | | V0000607540 | STONE CTY CHANCERY CLERK | 164.00 |
| | | V0000610170 | TISHOMINGO CTY CHANCERY CLERK | 2.60 |
| | | V0000613960 | WASHINGTON CTY SHERIFF'S DEPT | 25.00 |
| | | V0000614120 | WAYNE CTY CHANCERY CLERK | 80.00 |
| | | V0000895550 | YALOBUSHA CTY SHERIFF'S DEPT | 25.00 |
| | | V0000976360 | WAYNE CTY SHERIFF'S DEPT | 25.00 |
| | | V0001311201 | SOUTHERN REPORTERS | 137.44 |
| | | V0001366600 | WARREN VARNELL SHORTY | 25.00 |
| | | V0001445070 | QUINN TRUDIE | 296.40 |
| | | V0001689231 | NEWSPAPER HOLDINGS INC | 144.56 |
| | | V0001730030 | PONTOTOC PROGRESS | 114.90 |
| | | V0001954190 | AUSTIN LAW FIRM P A | 205.00 |
| | | V0002035150 | SANDERS W M | 700.00 |
| | | V0002064990 | BLANKENSHIP & ROBERTS COURT | 230.85 |
| | | V0002068000 | PARSONS J A | 752.00 |
| | | V0002087460 | KIMBROUGH AMANDA | 2,414.55 |
| | | V9961436140 | STATE TREASURER 3614 * | 1,441.23 |
| | 61661 | V0001016580 | NOTARY PUBLIC UNDERWRITERS | 105.10 |
| | | V0001714270 | HEIDEN BROOKS & GARLAND INC | 168.50 |
| | 61663 | V0000568000 | MATHERNE J DONALD PHD | 750.00 |
| | | V0001442010 | CAUTHEN NELSON PHD | 1,500.00 |
| | 61680 | V0001233371 | EXPRESS PERSONNEL SERVICES INC | 6,551.01 |
| | 61690 | V0000006042 | CABOT LODGE - MILLSAPS | 1,722.00 |
| | | V0000008340 | CHILD WELFARE LEAGUE OF | 400.00 |
| | | V0000079850 | NATCHEZ EOLA HOTEL | 841.00 |
| | | V0000098620 | ABETCO MOVING INC | 2,480.00 |
| | | V0000104870 | COPYWRITE OF NORTH MS INC | 260.00 |
| | | V0000207830 | QUALITY PRINTING INC | 50.00 |
| | | V0000363671 | ISLE OF CAPRI - NATCHEZ | 700.00 |
| | | V0000606690 | SOUTHERN CHRISTIAN SERVICES | 1,425.00 |
| | | V0001017340 | POSTALIA INC | 81.76 |
| | | V0001043260 | NORWOOD CURTIS | 135.34 |
| | | V0001209260 | GRAHAM TRANSFER & STORAGE | 836.00 |
| | | V0001294690 | RESIDENCE INN BY MARRIOTT | 2,970.35 |
| | | V0001369550 | NOODLE SOUP OF WEINGART DESIGN | 100.00 |
| | | V0001374240 | CENTER FOR FAMILY LIFE INC | 1,725.00 |

Report Description: Contract Services-Detail

Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 17

72

DHS
146357

| Fund Number | Object Code | Vendor Number | Vendor Name | Dollar Amount |
|---|---|---|---|---|
| 3653... | 61690... | V0001682850 | STRAUGHTER ROY | 1,664.46 |
| | | V0001738720 | ALLEGIANCE LLC | 845.00 |
| | | V0001751860 | LAKELAND INCOME PROPERTIES LLC | 1,555.00 |
| | | V0001787340 | ONEWAY SCREEN PRINTING & | 115.00 |
| | | V0001857750 | TAYLOR RENTAL | 51.70 |
| | | V0002031290 | HOLLER JAMES ALLEN | 250.00 |
| | | V0002049380 | ATLANTIC RELOCATION SYSTEMS IN | 7,808.85 |
| | | V0002085450 | MICKENS JOANN E | 3,125.00 |
| | | **Fund 3653 Total:** | | 7,185,400.91 |
| **Budget Year Total:** | | | | 7,185,400.91 |

Report Description: Contract Services-Detail

Database User ID: bdaniel    Built by: Linda Blackwell  Built From: Financial/General Ledger Details

Date: 7/26/06

Page 18

73

DHS
146358

## PRIORITY OF DECISION UNITS
### FISCAL YEAR 2008

MDHS - Division of Family and Children's Services
    Agency Name

| Program | Decision Unit | Object of Expenditure | Amount |
|---|---|---|---|
| Priority # 1 | | | |
| Program # 1 : Division of Family & Children's Services | Direct Service Workers | Salaries | 3,696,750 |
| | | Travel | 509,436 |
| | | Contractual | 254,400 |
| | | Commodities | 42,400 |
| | | Equipment | 106,000 |
| | | Total | 4,608,986 |
| | | General | 2,304,493 |
| | | Federal | 2,304,493 |
| Program # 1 : Division of Family & Children's Services | Area Social Work Supervisors | Salaries | 978,698 |
| | | Travel | 105,732 |
| | | Contractual | 52,800 |
| | | Commodities | 8,800 |
| | | Equipment | 22,000 |
| | | Total | 1,168,030 |
| | | General | 584,015 |
| | | Federal | 584,015 |
| Program # 1 : Division of Family & Children's Services | New Attorneys | Salaries | 1,095,000 |
| | | Travel | 115,344 |
| | | Contractual | 57,600 |
| | | Commodities | 9,600 |
| | | Equipment | 24,000 |
| | | Total | 1,301,544 |
| | | General | 650,772 |
| | | Federal | 650,772 |
| Program # 1 : Division of Family & Children's Services | Psychologist | Salaries | 56,500 |
| | | Travel | 4,806 |
| | | Contractual | 2,400 |
| | | Commodities | 400 |
| | | Equipment | 1,000 |
| | | General | 65,106 |

## PRIORITY OF DECISION UNITS
## FISCAL YEAR 2008

MDHS - Division of Family and Children's Services

      Agency Name

| Program | Decision Unit | Object of Expenditure | Amount |
|---|---|---|---|
| Priority # 1 | | | |
| Program # 1 : Division of Family & Children's Services | New Clerk Senior PINS | Salaries | 534,314 |
| | | Travel | 120,150 |
| | | Contractual | 60,000 |
| | | Commodities | 10,000 |
| | | Equipment | 25,000 |
| | | Total | 749,464 |
| | | General | 374,732 |
| | | Federal | 374,732 |
| Program # 1 : Division of Family & Children's Services | New Program Specialist PINS | Salaries | 104,626 |
| | | Travel | 3,204 |
| | | Contractual | 7,200 |
| | | Commodities | 1,200 |
| | | Equipment | 3,000 |
| | | Total | 119,230 |
| | | General | 59,615 |
| | | Federal | 59,615 |
| Program # 1 : Division of Family & Children's Services | Family Preservation Program | Subsidies | 4,000,000 |
| | | Total | 4,000,000 |
| | | General | 2,000,000 |
| | | Federal | 2,000,000 |
| Program # 1 : Division of Family & Children's Services | Training | Travel | 430,192 |
| | | Total | 430,192 |
| | | General | 215,096 |
| | | Federal | 215,096 |

**PRIORITY OF DECISION UNITS**
**FISCAL YEAR 2008**

MDHS - Division of Family and Children's Services

Agency Name

| Program | Decision Unit | Object of Expenditure | Amount |
|---------|---------------|----------------------|--------|
| Priority # 1 | | | |
| Program # 1 : Division of Family & Children's Services | Forensic Interviewing | | |
| | | Contractual | 181,634 |
| | | Total | 181,634 |
| | | General | 90,817 |
| | | Federal | 90,817 |
| Program # 1 : Division of Family & Children's Services | Kinship Board Payments | | |
| | | Subsidies | 6,416,652 |
| | | General | 6,416,652 |
| Program # 1 : Division of Family & Children's Services | Increase Board Payments | | |
| | | Subsidies | 5,482,711 |
| | | Total | 5,482,711 |
| | | General | 3,371,867 |
| | | Federal | 2,110,844 |
| Program # 1 : Division of Family & Children's Services | Rebuild MACWIS System | | |
| | | Contractual | 350,000 |
| | | General | 350,000 |

70

DHS
146361

**Summary of 3% General Fund Program Reduction to FY2007 Appropriated Funding by Major Object**

MDHS - Division of Family and Children's Services

| Major Object | FY 2007 FUND REDUCTION | AFFECT ON FY 2007 FUNDS | AFFECT ON FY 2007 FUNDS | TOTAL 3% REDUCTIONS |
|---|---|---|---|---|
| PERSONAL SERVICES | ( 558,792) | | | ( 558,792) |
| TRAVEL | | | | |
| CONTRACTUAL SERVICES | | | | |
| COMMODITIES | | | | |
| OTHER THAN EQUIPMENT | | | | |
| EQUIPMENT | | | | |
| VEHICLES | | | | |
| WIRELESS COMM. DEVICES | | | | |
| SUBSIDIES, LOANS, AND GRANTS | | | | |
| TOTALS | ( 558,792) | | | ( 558,792) |

77

DHS
146362

## PROGRAM 3% GENERAL FUND REDUCTION AND NARRATIVE EXPLANATION

MDHS - Division of Family and Children's Services

| | | Fiscal Year 2007 Funding | | | FY 2007 PERCENT REDUCED |
|---|---|---|---|---|---|
| | | Total Funds | Reduced Amount | Reduced Funding Amount | |
| **PROGRAM NAME** Division of Family & Children's Services | | | | | |
| | GENERAL | 18,626,387 | ( 558,792) | 18,067,595 | ( 3.00%) |
| | FEDERAL | 53,532,127 | | 53,532,127 | |
| | OTHER | 2,470,831 | | 2,470,831 | |
| | TOTAL | 74,629,345 | ( 558,792) | 74,070,553 | |

**Narrative Explanation:**

A high vacancy rate must be maintained if a 3% reduction is made.

| | | | | | |
|---|---|---|---|---|---|
| **PROGRAM NAME** Summary of all Programs | | | | | |
| | GENERAL | 18,626,387 | ( 558,792) | 18,067,595 | ( 3.00%) |
| | FEDERAL | 53,532,127 | | 53,532,127 | |
| | OTHER | 2,470,831 | | 2,470,831 | |
| | TOTAL | 74,629,345 | ( 558,792) | 74,070,553 | |

DHS
146363