## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1<br>Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2<br>Goal/ Negotiated measure/ Percent of Improvement | 3<br>Action Steps | 4<br>Assignment (person/Unit responsible) | 5<br>Benchmarks Toward Achieving Goal | 6<br>Method of Measuring Improvement | 7<br>Benchmarks' Dates of Achievement | | 8<br>Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 12e.3<br>Develop Coastal Recovery Plan and distribute in-house for review. | 12e.3<br>Distribution List and Memorandum | 12e.3<br>December 2006 | 12e.3 | | |
| | | | | | | 12e.4<br>Begin implementation of the Coastal Recovery Plan. | 12e.4<br>Coastal Recovery Plan | 12e.4<br>January 2007 | 12e.4 | | |
| | | | | 12f.<br>DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care. | Director of Field Operations<br><br>Resource Families Workgroup | 12f.1 DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care. | 12f.1<br>State and Federal criteria. | 12f.1<br>June 2006 | 12f.1 | | |
| | | | | | | 12f.2<br>Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | 12f.2<br>Proposed recommendations | 12f.2<br>July 2006 | 12f.2 | | |
| Item 13: Visiting with parents and siblings in foster care | X | | Item 13 Goal:<br>A regular schedule of visitation between siblings in foster care and between parent and child in foster care will be established and maintained. | | Item 13 Goal Lead:<br>Foster Care Review Supervisor | Item 13 Benchmarks:<br>The revised Foster Care Case Review Instrument.<br><br>The revised Foster Care Case Review Checklist. | Item 13 Method of Measuring:<br>The method of monitoring and measuring this item will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report. | March 2007 | | March 2008 | |

DHS
146511

# Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 13a. Provide training and concise practice guide on case planning that includes improving visitation between parents and siblings with children in foster care and the development of visitation plans. | Training Program Director | 13a.1 Develop curricula, concise practice guide and training evaluation for case planning including improving visitation between parents and sibling with children in foster care and the development of visitation plans. | 13a.1 Curricula, Guide and Evaluation | 13a.1 December 2006 | 13a.1 | | |
| | | | | | | 13a.2 Trainer's trained on case planning curricula and guide. | 13a.2 Training records | 13a.2 Training = February 2007 | 13a.2 | | |
| | | | | | | 13a.3 Training staff will partner with RD to train ASWS and county social worker staff per region. | 13a.3 Training records and evaluation | 13a.3 Training completed = April 2007

Evaluation = October 2007 | 13a.3 | | |
| | | | | 13b. Enhance the CC (six month administrative review) to be more family-centered in practice. | Foster Care Review Program Supervisor

FCR/CC Workgroup | 13b.1 Review and revise forms, procedures, and policy to be more consistent with family centered practice. | 13b.1 Revised forms, procedures and policy | 13b.1 July 2005 | 13b.1 July 2005 | | |
| | | | | | | 13b.2 Develop Practice Guide for CC for staff and families. | 13b.2 CC Practice Guide for staff and CC Guidebook for families | 13b.2 July 2005 | 13b.2 July 2005 | | |
| | | | | | | 13b.3 Implement changes in CC practice. | 13b.3 FCR Program Quarterly Report | 13b.3 Implemented October 2005 | 13b.3 October 2005 | | |
| | | | | 13c. Strategies will be developed and implemented | RD and ASWS | 13c.1 Develop RAP to | 13c.1 Approved RAP | 13c.1 January 2007 | 13c.1 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | A | N/A | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement Projected: | Benchmarks' Dates of Achievement Actual: | Goals of Achievement Projected: | Goals of Achievement Actual: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | in the RAP, if visitation with parents or siblings in foster care is identified through the County Self Assessment process as an area needing improvement. | | include visitation with parents or sibling for children in foster care based if determined a permanency priority. | | | | | |
| Item 14: Preserving connections | X | | Item 14 Goal: When appropriate, children in foster care will have their primary connections and characteristics preserved. | | Item 14 Goal Lead: Foster Care Review Program Supervisor | Item 14 Benchmarks: The revised Foster Care Case Review instrument. The revised Foster Care Case Review Checklist. | Item 14 Method of Measuring: The method for monitoring and measuring progress of this item will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report. | March 2007 | | March 2008 | |
| | | | | 14a. Request TA from CWLA to assist in developing ICWA training module to be used jointly by MDHS DFCS and MS Band of Choctaws Social Services. | DFCS Division Director Deputy of Support | 14a.1 TA from NRC or NICWA to develop ICWA training module for both DFCS and Choctaw Social Services. | 14a.1 T/TA Report | 14a.1 May 2007 | 14a.1 | | |
| | | | | | | 14a.2 Curricula Developed | 14a.2 ICWA Training Module | 14a.2 October 2007 | 14a.2 | | |
| | | | | | | 14a.3 Training delivered at joint meeting with DFCS and Choctaw Social Service staff. | 14a.3 Training records | 14a.3 February 2008 | 14a.3 | | |
| | | | | 14b. Revise policies and procedures for intake, screening, assessment and case planning to insure | Training Program Director Protection Unit | 14b.1 Recommendations for policy and procedures. | 14b.1 Written recommendations | 14b.1 March 2006 | 14b.1 July 2006 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | identification of child's heritage and to coordinate services for any child identified with Native American heritage with the appropriate tribe. | Director<br><br>Placement Unit Director | 14b.2 Revisions to current policy and practice. | 14b.2 Revised policy and practice | 14b.2 December 2006 | 14b.2 | | |
| | | | | | | 14b.3 Contract with the University of Southern Mississippi to update Intensive training curricula | 14b.3 Finalized Contract | 14b.3 June 2006 | 14b.3 May 2006 | | |
| | | | | | | 14b.4 Incorporated into Intensive Training. | 14b.4 Revised Intensive Curricula | 14b.4 March 2007 | 14b.4 | | |
| | | | | 14c. Update MACWIS to include information necessary to track and monitor ICWA compliance. | MACWIS Team | 14c.1 Revise MACWIS case narrative type to include ICWA contact and tribal contacts. | 14c.1 Code table change in MACWIS | 14c.1 April 2005 | 14c.1 April 2005 | | |
| | | | | | | 14c.2 Develop MACWIS report on ICWA and Native American Race data including % of open cases with ICWA contact and number of families with Native heritage. | 14c.2 MACWIS Report | 14c.2 August 2006 | 14c.2 | | |
| | | | | 14d. Utilize T/TA from NCWRCFCPPP to assist the state in addressing policy and practice related to placement and permanency planning to insure compliance with MEPA. | Bureau Director of Support<br><br>Placement Unit Director | 14d.1 Identify appropriate NRC and initiate TA request and development of TA work plan. | 14d.1 NRC contact TA Request Work Plan for TA | 14d.1 January 2007 | 14d.1 | | |
| | | | | | | 14d.2 Review policy and practice in coordination with Policy and Practice Workgroup and with NRC. | 14d.2 Written Recommendations | 14d.2 February 2007 | 14d.2 | | |

DHS
146514

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 | | | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| | | | 2 Goal/ Negotiated measure/ Percent of Improvement | | | | | | | |
| | A | N/A | | | | | Projected: | Actual: | Projected. | Actual: |
| | | | | | 14d.3 Incorporate recommendations into policy revisions and develop practice guide. | 14d.3 Revised policy  MEPA Practice Guide | 14d.3 April 2007  May 2007 | 14d.3 | | |
| | | | 14e. Strategies will be developed and included in the RAP if preserving family connections or characteristics is identified through the county self assessment process as an area needing improvement. | RD and ASWS | 14e.1 Develop a RAP to include strategies for preserving family connections or characteristics if determined to be a permanency priority. | 14e.1 Approved RAP | 14e.1 Approved and Implemented = January 2007 | 14e.1 | | |
| | | | 14f. Conduct a needs assessment in Harrison, Hancock and Jackson counties. | DFCS Division Director  Director of Field Operations  Region 6 South Regional Director | 14f.1 Request assistance of appropriate NCWRCs to assist with needs assessment.  14f.2 Conduct initial planning meeting with NCWRCs.  14f.3 Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina.  14f.4 Utilize the T/A of the NCWROCI, NCWRCCPP, and the NCRC on Data and Technology in conjunction with the | 14f.1 Request and confirmation from NCWRC.  14f.2 Agenda and minutes of Meeting  14f.3 Comparison Report  14f.4 List of stakeholders, meeting agenda, and minutes of meeting. | 14f.1 March 2006  14f.2 April 2006  14f.3 May 2006  14f.4 June 2006 | 14f.1  14f.2  14f.3  14f.4 | | |

DHS
146515

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of the affected coastal counties. | | | | | |
| | | | | | | 14f.5 Develop a formalized needs assessment. | 14f.5 Needs Assessment | 14f.5 July 2006 | 14f.5 | | |
| | | | | 14g. Development of a Coastal Recovery Plan. | DFCS Division Director  Director of Field Operations  Region 6 South Regional Director | 14g.1 Recommendations for a Coastal Recovery Plan submitted by the National Child Resource Center. | 14g.1 Recommendations | 14g.1 September 2006 | 14g.1 | | |
| | | | | | | 14g.2 Determine available resources and assess those needed to address the identified needs. | 14g.2 Report identifying available resources. | 14g.2 October 2006 | 14g.2 | | |
| | | | | | | 14g.3 Develop Coastal Recovery Plan and distribute in-house for review. | 14g.3 Distribution List and Memorandum | 14g.3 December 2006 | 14g.3 | | |
| | | | | | | 14g.4 Begin implementation of the Coastal Recovery Plan. | 14g.4 Coastal Recovery Plan | 14g.4 January 2007 | 14g.4 | | |
| | | | | 14h. DFCS staff will reassess the policy and procedures regarding the physical | Director of Field Operations  Resource Families | 14h.1 DFCS staff will review relevant state and federal | 14h.1 State and Federal criteria. | 14h.1 June 2006 | 14h.1 | | |

DHS
146516

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | requirements for children placed in foster care. | Workgroup | guidelines regarding the physical requirements for children in foster care. | | | | | |
| | | | | | | 14h.2 Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | 14h.2 Proposed recommendations | 14h.2 July 2006 | 14h.2 | | |
| Item 15: Relative placement | X | | Item 15 Goal: When appropriate, children in foster care will be placed in relative placements. | | Item 15 Goal Lead: Foster Care Review Program Supervisor PIP Coordinator | Item 15 Benchmarks: The revised Foster Care Case Review Instrument. The revised Foster Care review Checklist. | Item 15 Method: The method of monitoring and measuring improvement of this item will be through the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report. | March 2007 | | March 2008 | |
| | | | | 15a. As part of technical assistance from NCWRCCPS and NCWRCFCPPP revise policy as needed on diligent search for relatives and family engagement. | Training Program Director Placement Unit Director | 15a.1 Incorporate NRC and Policy and Practice Workgroup recommendations into policy and practice changes and training on diligent | 15a.1 Policy, Training Curricula, Practice Guides | 15a.1 December 2006 | 15a.1 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | search for relatives. (Placement Unit Director and Protection Unit Director) 15a.2 Implement following statewide training and release of practice guides. (Training Program Director). | 15a.2 Training completed statewide | 15a.2 January 2007 | 15a.2 | 15a.2 | |
| | | | | 15b. Implement supervisory case review to assess both in-home and custody cases within 90 days to ensure diligent search for paternal and maternal relatives early in the case and that a FTM is held within 30 days to develop the initial ISP. | Region 1 Regional Director Supervisory Review Committee | 15b.1 Implement supervisory case review and enter case review documentation into MACWIS. | 15b.1 MACWIS Supervisory Case Review Report | 15b.1 First Quarterly Report = July 2007 | 15b.1 | 15b.1 | |
| | | | | 15c. Implement the revised FCCR instrument and process to assess practice in custody cases related to relative placements | Foster Care Review Program Supervisor | 15c.1 Implement revised Foster Care Case Review instrument. | 15c.1 Foster Care Review Program Quarterly Reports | 15c.1 Implement = July 2005 First Quarterly Report = October 2005, and quarterly thereafter February 2006 June 2006 | 15c.1 July 2005 October 2005 February 2006 June 2006 | | |
| | | | | 15d. If relative placements are identified through the county self assessment process as an area needing improvement and a permanency priority, strategies will be developed and implemented in the RAP | RD and ASWS | 15d.1 Develop RAP to include improvement for relative placements if determined to be a permanency priority. | 15d.1 Approved RAP | 15d.1 January 2007 | 15d.1 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 15e.Utilize technical assistance from Adopt US Kids to develop retention strategies to support relative caregivers as part of the development of the Statewide Recruitment and Retention Plan to include statewide and regional approaches. | Licensure and Adoption Program Directors | 15e.1 T/TA provided to develop Statewide Recruitment and Retention Plan. (Licensure and Adoption Program Directors) | 15e.1 Statewide Recruitment and Retention Plan | 15e.1 July 2005 | 15e.1 June 2005 | | |
| | | | | 15f. Research and identify financial resources used by other states and models for best practice related to kinship care and relative support. | Licensure and Adoption Program | 15f.1 Identify other state models for kinship care and relative supports through NRC and ACF RO. | 15f.1 State Models for Kinship Care and supports | 15f.1 March 2006 | 15f.1 | | |
| | | | | | | 15f.2 Contact states identified for additional information. | 15f.2 State Contacts | 15f.2 April 2006 | 15f.2 | | |
| | | | | | | 15f.3 Make recommendations to DFCS Division Director and Placement Unit Director related to improving support and resources for relative caregivers. | 15f.3 Written recommendations | 15f.3 June 2006 | 15f.3 | | |
| | | | | 15g. Conduct a needs assessment in Harrison, Hancock and Jackson counties. | DFCS Division Director Director of Field Operations Region 6 South Regional Director | 15g.1 Request assistance of appropriate NCWRCs to assist with needs assessment. | 15g.1 Request and confirmation from NCWRC. | 15g.1 March 2006 | 15g.1 | 15g.1 | |
| | | | | | | 15g.2 Conduct initial planning meeting with NCWRCs. | 15g.2 Agenda and minutes of Meeting | 15g.2 April 2006 | 15g.2 | 15g.2 | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 15g.3 Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina. | 15g.3 Comparison Report | 15g.3 May 2006 | 15g.3 | | |
| | | | | | | 15g.4 Utilize the T/A of the NCWROCI, NCWRCCPP, and the NCRC on Data and Technology in conjunction with the Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of the affected coastal counties. | 15g.4 List of stakeholders, meeting agenda, and minutes of meeting. | 15g.4 June 2006 | 15g.4 | | |
| | | | | | | 15g.5 Develop a formalized needs assessment. | 15g.5 Needs Assessment | 15g.5 July 2006 | 15g.5 | | |
| | | | 15h. Development of a Coastal Recovery Plan. | DFCS Division Director

Director of Field Operations

Region 6 South Regional Director | 15h.1 Recommendations for a Coastal Recovery Plan submitted by the National Child Resource Center. | 15h.1 Recommendations | 15h.1 September 2006 | 15h.1 | | |
| | | | | | 15h.2 Determine available resources and assess those needed to address the identified | 15h.2 Report identifying available resources. | 15h.2 October 2006 | 15h.2 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | needs. | | | | | |
| | | | | | | 15h.3 Develop Coastal Recovery Plan and distribute in-house for review. | 15h.3 Distribution List and Memorandum | 15h.3 December 2006 | 15h.3 | | |
| | | | | | | 15h.4 Begin implementation of the Coastal Recovery Plan. | 15h.4 Coastal Recovery Plan | 15h.4 January 2007 | 15h.4 | | |
| | | | | 15i. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care. | Director of Field Operations  Resource Families Workgroup | 15i.1 DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care. | 15i.1 State and Federal criteria. | 15i.1 June 2006 | 15i.1 | | |
| | | | | | | 15i.2 Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | 15i.2 Proposed recommendations | 15i.2 July 2006 | 15i.2 | | |
| Item 16: relationship of child in care with parents | X | | Item 16 Goal: When appropriate, children in foster care will maintain a pattern of at least monthly | | Item 16 Goal Lead: Foster Care Review Program Supervisor | Item 16 Benchmark: The revised Foster Care Case Review instrument and process.  The revised Foster | Item 16 Method: The method for monitoring and measuring this item will be the monthly Foster Care Case Review Issues Report, and the FCR | March 2007 | | March 2008 | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1<br>Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2<br>Goal/ Negotiated measure/ Percent of Improvement | 3<br>Action Steps | 4<br>Assignment (person/Unit responsible) | 5<br>Benchmarks Toward Achieving Goal | 6<br>Method of Measuring Improvement | 7<br>Benchmarks' Dates of Achievement | | 8<br>Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | visitation with parents. | | | Care Case Review Checklist and process. | Quarterly Regional Comparison Report. | | | | |
| | | | | 16a. Provide training and concise practice guide on case planning that includes improving visitation between parents and siblings with children in foster care and the development of visitation plans. | Training Program Director | 16a.1 Develop curricula and concise practice guide for case planning including visitation between parents and sibling with children in foster care and the development of visitation plans. | 16a.1 Curricula, Guide and Evaluation | 16a.1 December 2006 | 16a.1 | | |
| | | | | | | 6a.2 "Train the trainers" on case planning curricula and guide. | 16a.2 Training records | 16a.2 Training = February 2007 | 16a.2 | | |
| | | | | | | 16a.3 Training staff will partner with RD to train ASWS and county social worker staff per region. | 16a.3 Regional Training attendance records and evaluation | 16a.3 Training completed = April 2007<br><br>Evaluation Report = October 2007 | 16a.3 | | |
| | | | | 16b. Utilize technical assistance from the NCWRCFCPP to provide recommendations for policy and practice changes related to FCP, FTM, and family centered CC to improve family engagement in decision-making, assessment and case planning. | Bureau Director of MACWIS, PIP and Special Projects<br><br>Protection Unit Director/Practice Lead<br><br>Training Program Director<br><br>Placement Unit Director/Policy Lead | 16b.1 Incorporate NRC and Workgroup recommendations into policy and practice changes. (Policy- Placement Unit Director; Protection Unit Director) | 16b.1 Policy, Training Curricula and concise practice guides completed | 16b.1 July 2005 | 16b.1 July 2005 | | |
| | | | | | | 16b.2 Implement practice and policy changes through statewide training on FCP, FTM and CC. (Training Program Director) | 16b.2 FCP, FTM, CC training completed and practice guides released | 16b.2 April 2006 | 16b.2 April 2006 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| **WB1: Families have enhanced capacity to provide for their children's needs.**<br><br>**CFSR Finding: Substantially Achieved 36% of cases reviewed** | X | | | | | | | | | | |
| **Item 17: Needs and services of child, parents, foster parents** | X | | Item 17 Goal: For out-of -home cases the statewide percentage of parents (mother, father, foster parents) where services were provided to meet the identified and assessed needs will be increased from:<br><br>Source: Revised Foster Care Case Review instrument and process.<br><br>For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | | Item 17 Goal Lead: Foster Care Review Program Supervisor | Item 17 Benchmark: For out-of-home cases the statewide percentage of parents (mother, father, foster parents) where services were provided to meet the identified and assessed needs will be increased from:<br><br>Source: Revised Foster Care Case Review instrument and process.<br><br>For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 17 Method: The Foster Care Case Review revised instrument and process will be used to monitor progress for the out-of-home cases. Using the revised FCR instrument, four quarters of data will be collected beginning with the July-September 2005 quarter and ending with the April-June 2006 quarter. In July 2006 a baseline and percentage for improvement will be established for the benchmark and goal. This baseline and percentage will be negotiated with ACF RO and the approved measures will be added to the PIP. The 3 Coastal Counties will be eliminated from the baseline and the performance data<br><br>The implementation | March 2007 | | March 2008 | |

DHS
146523

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | | of the Supervisory Case Review. | December 2007 | | March 2008 | |
| | | | | 17a. Build process in MACWIS to effectively link appropriate and available support services to meet the needs of families identified through the safety and risk assessment. | Deputy Director of MACWIS, PIP and Special Projects | 17a.1 MACWIS System Requirements Document Designed, Developed and Tested for implementation into MACWIS | 17a.1 MACWIS Work Plan | 17a.1 December 2006 | 17a.1 | | |
| | | | | | | 17a.2 Training provided to field staff | 17a.2 Training Schedule | 17a.2 January 2007 | 17a.2 | | |
| | | | | | | 17a.3 MACWIS Release Notes and Concise Guide posted on the MACWIS Website | 17a.3 MACWIS Release Notes and Concise Guide | 17a.3 January 2007 | 17a.3 | | |
| | | | | | | 17a.4 Process deployed in MACWIS | 17a.4 MACWIS screen shots | 17a.4 December 2006 | 17a.4 | | |
| | | | | 17b. Provide statewide training to include assessment, case planning and family/community engagement to enhance caseworkers skills to assess family needs and provide appropriate services to address those needs. | Training Program Director | 17b.1 Training completed and concise practice guide released on family/community engagement | 17b.1 Family Engagement training curricula and concise practice guide. | 17b.1 December 2006 | 17b.1 | | |
| | | | | | | 17b.2 Training completed and concise practice guide released on assessment. | 17b.2 Assessment training curricula and concise practice guide | 17b.2 February 2007 | 17b.2 | | |
| | | | | | | 17b.3 Training completed and concise practice guide released on case planning. | 17b.3 Case Planning training curricula and concise practice guide | 17b.3 April 2007 Evaluation Report = October 2007 | 17b.3 | | |
| | | | | 17c. Utilize technical assistance from the | Bureau Director of MACWIS, PIP and | 17c.1 Incorporate NRC | 17c.1 Policy, Training | 17c.1 December 2006 | 17c.1 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | 2 Goal/ Negotiated measure/ Percent of Improvement | | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | NCWRCFCPPP for policy and practice changes related to FCP, FTM, and CC to improve family engagement in decision-making, assessment and case planning. | Special Projects Protection Unit Director Training Program Director Policy Coordinator Placement Unit Director on Special Policy Assignment | recommendations into policy and practice changes. (Policy-Placement and Protection Unit Directors) 17c.2 Implement practice and policy changes through statewide training. (Training Program Director) | Curricula and concise practice guides completed 17c.2 FCP, FTM, CC training completed and practice guides released | 17c.2 April 2006 Evaluation Report = October 2006 | 17c.2 April 2006 | | |
| Item 18: Child and family involvement in case planning | X | | Item 18 Goal: When appropriate, for out-of-home cases parents and children will be actively involved in the case planning process. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | Item 18 Goal Lead: Foster Care Review Program Supervisor | Item 18 Benchmarks: For out-of-home cases the revised Foster Care Case Review instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of out-of-home cases. For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 18 Method: The method of monitoring and measuring progress of the out-of-home cases will be the monthly Foster Care Case Review Issues Reports, and the FCR Quarterly Regional Comparison Report. The implementation of the Supervisory Case Review will be utilized to monitor/measure progress for the in-home cases. | March 2007 December 2007 | | March 2008 March 2008 | |
| | | | 18a. Provide statewide training to include assessment, case planning and family/community engagement to enhance caseworkers skills to better engage family and children in decision-making and the case planning process. | Training Program Director | 18a.1 Training completed and concise practice guide released on family/community engagement 18a.2 Training completed and concise practice | 18a.1 Family Engagement training curricula and concise practice guide. 18a.2 Assessment training curricula | 18s.1 December 2006 18a.2 February 2007 | 18a.1 18a.2 | 18a.1 18a.2 | |

DHS
146525

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | guide released on assessment. | and concise practice guide | | | | |
| | | | | | | 18a.3 Training completed and concise practice guide released on case planning. | 18a.3 Case Planning training curricula and concise practice guide | 18a.3 April 2007 Evaluation Report = October 2007 | 18a.3 | | |
| | | | | 18b.Develop and implement statewide training on FCP, FTM and CC to improve family and child involvement in the case planning process. | Protection Unit Director Training Program Director | 18b.1 Policy, Training Curricula, and Concise Practice Guide developed. | 18b.1 Revised Policy, Curricula & Practice Guide | 18b.1 Completed = July 2005 | 18b.1 August 2005 | | |
| | | | | | | 18b.2 Train the trainers completed. | 18b.2 Training Records | 18b.2 Completed = December 2005 | 18b.2 December 2005 | | |
| | | | | | | 18b.3 Training staff and RD partner to provide drill down training to ASWS and county social work staff per region. | 18b3 Training Records Evaluation Results | 18b.3 Completed = April 2006 Evaluation Report = October 2006 | 18b.3 April 2006 | | |
| | | | | | | 18b.4 Contract with the University of Southern Mississippi to update Intensive Training curricula | 18b.4 Finalized Contract | 18b.4 June 2006 | 18b.4 May 2006 | | |
| | | | | | | 18b.5 Level 1 Intensive training curriculum updated/ revised to include FCP, FTM, CC. | 18b.5 Revised Curricula | 18b.5 Intensive training revised and updated = March 2007, and annually thereafter | 18.b.5 | | |
| | | | | 18c. RAP will include action steps to improve the | Regional Directors | 18c.1 Develop RAP to | 18c.1 Approved RAP | 18c.1 January 2007 | 18c.1 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | engagement of families and children in case planning through FTM. | ASWS | improve family and child involvement in case planning through FTM. | Implemented | | | | |
| | | | | 18d. Implement the supervisory case review to include the assessment of practice related to family and child involvement in the case planning process. | Region IE Regional Director  Supervisory Review Committee | 18d.1 Implement supervisory case review and enter case review documentation into MACWIS. | 18d.1 MACWIS Supervisory Case Review Report | 18d.1 First Quarterly Report = July 2007 | 18d.1 | | |
| | | | | 18e. Implement the revised FCCR instrument and process to assess practice of actively engaging parents and child/youth in case planning. | Foster Care Review Program Supervisor | 18e.1 Implement revised Foster Care Case Review instrument. | 18e.1 Foster Care Review Program Quarterly Reports | 18e.1 Implement = July 2005  First Quarterly Report = October 2005 | 18e.1 July 2005  October 2005 | | |
| Item 19. Worker visits with child | X | | Item 19 Goal: For out-of-home cases the statewide percentage of monthly face to face worker contacts with children in custody will be increased from:.  Baseline: MACWIS Custody Contact Report (July – December 2006)  For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through | | Item 19 Goal Lead: MACWIS Administrator  PIP Coordinator | Item 19 Benchmark: For out-of -home cases the statewide percentage of monthly face to face worker contacts with children in custody will be increased from:  Baseline: MACWIS Custody Contact Report (July-December 2006)  For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 19 Method: The revised MACWIS Custody Contact Report will be used to monitor the monthly face-to-face worker contacts with children in custody. Using the revised MACWIS Custody Contract Report, two quarters of data will be collected, beginning with the July-September 2006 quarter and ending with the October-December 2006 quarter. In January 2007 a baseline and percentage for improvement will be established for the benchmark and goal. This baseline and percentage will be negotiated with the | March 2007 | | March 2008 | |

DHS
146527

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | MACWIS by December 2007. | | | | ACF RO and the approved measures will be added to the PIP. The 3 Coastal Counties will be eliminated from the baseline and the performance data. The implementation of the Supervisory Case Review. | December 2007 | | March 2008 | |
| | | | | 19a. Provide statewide training to include assessment, case planning and family/community engagement to provide instruction related to the quality, frequency, purpose and structure of caseworker visitation with child. | Training Program Director | 19a.1 Training completed and concise practice guide released on family/community engagement 19a.2 Training completed and concise practice guide released on assessment. 19a.3 Training completed and concise practice guide released on case planning. | 19a.1 Family Engagement training curricula and concise practice guide. 19a.2 Assessment training curricula and concise practice guide 19a.3 Case Planning training curricula and concise practice guide | 19s.1 December 2006 19a.2 February 2007 19a.3 April 2007 Evaluation Report = October 2007 | 19a.1 19a.2 19a.3 | | |
| | | | | 19b. Utilizing TA from NCWRCFCPPP to provide recommendations for policy and practice related to caseworker visitation as part of case planning to improve family engagement in decision-making. | Protection Unit Director Training Program Director | 19b.1 Policy, Training Curricula, and Concise Practice Guide developed. 19b.2 Train the trainers completed. 19b.3 Training staff and RD partner to provide drill down | 19b.1 Revised Policy, Curricula & Practice Guide 19b.2 Training Records 19b3 Training Records | 19b.1 Completed = July 2005 19b.2 Completed = December 2006 19b.3 Completed = July 2007 | 19b.1 August 2005 19b.2 19b.3 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | 2 Goal/ Negotiated measure/ Percent of Improvement | | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | training to ASWS and county social work staff per region. | Evaluation Results | Evaluation Report = October 2007 | | | |
| | | | | | 19b.4 Contract with the University of Southern Mississippi to update Intensive training curricula. | 19b.4 Finalized Contract | 19.4 June 2006 | 19.b4 | | |
| | | | | | 19b.5 Level 1 Intensive training curricula updated/revised to include FCP, FTM, CC. | 19b.5 Revised Curricula | 19b.5 Intensive training revised and updated = March 2007, and annually thereafter | 19b.5 | | |
| | | | 19c. Monitor the frequency of caseworker visitation with child(ren) through monthly MACWIS reports, monthly ASWS Progress Improvement Reports, and quarterly RD Progress Improvement Reports. | Bureau Director of MACWIS  PIP Coordinator | 19c.1 Implement progress improvement reporting system to track improvements in caseworker contact with child or children monthly. | 19c.1 RD Quarterly Progress Improvement Reports | 19c.1 Implement Reporting System = April 2007  First RAP Quarterly Reports = July 2007 (covering the April-June Quarter) | 19c.1 | | |
| | | | 19d. Implement the revised FCCR instrument to assess the quality of caseworker visitation with child(ren) and to use this information to inform practice. | Foster Care Review Program Supervisor | 19d.1 Implement revised FCCR instrument. | 19d.1 Foster Care Review Quarterly Report | 19d.1 Implement = July 2005  First Quarterly Report = October 2005 | 19d.1 July 2005  October 2005 | | |
| | | | 19e. Implement the supervisory case review to assess both in-home and custody cases to ensure frequency and quality of caseworker visitation with | Region I Regional Director  Supervisory Workgroup | 19e.1 Implement supervisory case review and enter case review documentation into | 19e.1 MACWIS Supervisory Case Review Report | 19e.1 First Report Available = July 2007 | 19e.1 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | A | N/A | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| | | | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | children. | | MACWIS. | | | | | |
| | | | | 19f. Strategies will be developed and implemented as part of RAP if the county self assessment identifies caseworker visitation as an area needing improvement. | Regional Directors ASWS | 19f.1 Develop RAP to include strategies to improve caseworker visitation if identified through the County Self Assessment as a priority. (ASWS and RD) | 19f.1 Approved RAP | 19f.1 Approved and implemented = January 2007 | 19f.1 | | |
| Item 20: Worker visits with parent(s) | X | | Item 20 Goal: For out-of-home cases, face to face contacts between caseworkers and parents will occur at least monthly.<br><br>For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | | Item 20 Goal Lead: Foster Care Review Program Supervisor | Item 20 Benchmarks: For out-of- home cases the revised Foster Care Case Review instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of out-of-home cases.<br><br>For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 20 Method: The method of monitoring and measuring progress of this item for the out-home cases will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report.<br><br>The implementation of the Supervisory Case review will be utilized to monitor/measure progress for the in-home cases. | March 2007<br><br><br><br><br><br><br><br><br><br>December 2007 | | March 2008<br><br><br><br><br><br><br><br><br><br>March 2008 | |
| | | | | 20a. Provide statewide training to include assessment, case planning and family/community engagement to provide instruction related to the quality, frequency, purpose and structure of caseworker visitation with parent. | Training Program Director | 20a.1 Training completed and concise practice guide released on family/community engagement<br><br>20a.2 Training completed | 20a.1 Family Engagement training curricula and concise practice guide.<br><br>20a.2 Assessment training | 20a.1 December 2006<br><br><br><br><br>20a.2 February 2007 | 20a.1<br><br><br><br><br><br>20a.2 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | and concise practice guide released on assessment.<br><br>20a.3 Training completed and concise practice guide released on case planning. | curricula and concise practice guide<br><br>20a.3 Case Planning training curricula and concise practice guide<br><br>Evaluation Results | 20a.3 April 2007<br><br>Evaluation Report = October 2007 | 20a.3 | | |
| | | | | 20b. Utilize TA from the NCWRCFCPPP to provide recommendations for policy and practice changes related to caseworker visitation as part of case planning to improve family engagement in decision-making. | Bureau Director of MACWIS,<br><br>PIP Coordinator<br><br>Protection Unit Director<br><br>Training Program Director<br><br>Policy Coordinator | 20b.1 Policy, Training Curricula, and Concise Practice Guide developed.<br><br>20b.2 Train the trainers completed.<br><br>20b.3 Training staff and RD partner to provide drill down training to ASWS and county social work staff per region.<br><br>20b.4 Contract with University of Southern Mississippi to update Intensive Training curricula<br><br>20b.5 Level 1 Intensive Training curricula updated/revised to include FCP, FTM, CC. | 20b.1 Revised Policy, Curricula & Practice Guide<br><br>20b.2 Training Records<br><br>20b3 Training Records<br><br>Evaluation Results<br><br>20b.4 Finalized Contract<br><br>20b.5 Revised Curricula | 20b.1 Completed = July 2005<br><br>20b.2 Completed = December 2006<br><br>20b.3 Completed = February 2007<br><br>Evaluation Report = October 2007<br><br>20b.4 June 2006<br><br>20b.5 Intensive training revised and updated = March 2007, and annually thereafter | 20b.1 August 2005<br><br>20b.2<br><br>20b.3<br><br>20b.4<br><br>20b.5 | | |
| | | | | 20c. Implement the revised FCCR instrument to assess | Foster Care Review Program Supervisor | 20c.1 Implement revised | 20c.1 Foster Care Review | 20c.1 Implement = | 20c.1 July 2005 | | |

DHS<br>146531

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | the quality of caseworker visitation with parents and use this information to improve practice. | | Foster Care Case Review instrument to review cases for the quality of caseworker visits with parents. | Program Quarterly Reports | July 2005

First Quarterly Report = October 2005, and quarterly thereafter | October 2005 | | |
| | | | | 20d. Implement the supervisory case review to assess both in-home and custody cases to ensure quality of caseworker visitation with parents. | Region I Regional Director

Supervisory Workgroup | 20d.1 Implement supervisory case review and enter case review documentation into MACWIS. | 20d.1 MACWIS Supervisory Case Review Report | 20d.1 First Report Available = July 2007 | 20d.1 | | |
| | | | | 20e. If the county self assessment process identifies caseworker visitation as an area needing improvement and a priority to improve outcomes, strategies will be developed and implemented as part of the RAP. | Regional Directors

ASWS | 20e.1 Develop RAP to include strategies to improve caseworker visitation if identified through the County Self Assessment as a priority. (ASWS and RD) | 20e.1 Approved RAP | 20e.1 Approved and implemented = January 2007 | 20e.1 | | |
| Outcome WB2: Children receive appropriate services to meet their educational needs

CFSR Finding: Substantially Achieved 75.9% of cases reviewed | X | | | | | | | | | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| Item 21: Educational needs of the child | X | | Item 21 Goal: For out-of-home cases, children will receive educational services based on identified needs.<br><br>For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | | Item 21 Goal Lead: Foster Care Review | Item 21 Benchmarks: For out-of-home cases the revised Foster Care Case Review instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of the out-of-homes cases.<br><br>For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 21 Method: The method of monitoring and measuring progress for this item for the out-of-home cases will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report.<br><br>The implementation of the Supervisory Case Review will be utilized to monitor/measure progress for the in-home cases. | March 2007<br><br><br><br><br><br>December 2007 | | March 2008<br><br><br><br><br><br>March 2008 | |
| | | | | 21a. Provide statewide training to include assessment, case planning and family/community engagement to provide instruction related to engaging community partners such as education in the assessment and case planning process. | Training Program Director | 21a.1 Training completed and concise practice guide released on family/community engagement<br><br>21a.2 Training completed and concise practice | 21a.1 Family Engagement training curricula and concise practice guide.<br><br>21a.2 Assessment training curricula | 21a.1 December 2006<br><br><br><br>21a.2 February 2007 | 21a.1<br><br><br><br><br>21a.2 | 21a.1<br><br><br><br>21a.2 | |

DHS
146533

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1. Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2. Goal/ Negotiated measure/ Percent of Improvement | 3. Action Steps | 4. Assignment (person/Unit responsible) | 5. Benchmarks Toward Achieving Goal | 6. Method of Measuring Improvement | 7. Benchmarks' Dates of Achievement | | 8. Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | guide released on assessment. | and concise practice guide | | | | |
| | | | | | | 21a.3 Training completed and concise practice guide released on case planning. | 21a.3 Case Planning training curricula and concise practice guide

Evaluation Results | 21a.3 April 2007

Evaluation Report = October 2007 | 21a.3 | | |
| | | | | 21b. Enhance the CC (six month administrative review) to be more family-centered and to encourage more community involvement such as teachers and educational providers. | Foster Care Review Program Supervisor

FCR/CC Workgroup | 21b.1 Review and revise forms, procedures, and policy to be more consistent with family centered practice.

21b.2 Develop Practice Guide for CC for staff and families.

21b.3 Implement changes in CC practice. | 21b.1 Revised forms, procedures and policy

21b.2 CC Practice Guide for staff and CC Guidebook for families

21b.3 FCR Program Quarterly Report | 21b.1 July 2005

21b.2 July 2005

21b.3 Implemented October 2005 | 21b.1 July 2005

21b.2 July 2005

21b.3 October 2005 | | |
| | | | | 21c. Implement the revised FCCR Instrument to assess practice related to assessment, identification of educational needs and services provided and use the information to improve practice. | Foster Care Review Program Supervisor | 21c.1 Implement revised Foster Care Case Review instrument. | 21c.1 Foster Care Review Program Quarterly Reports | 21c.1 Implement = July 2005

First Quarterly Report = October 2005, and quarterly thereafter

February 2006

June 2006 | 21c.1 July 2005

October 2005

February 2006

June 2006 | | |
| | | | | 21d. Implement the | Region I Regional | 21d.1 | 21d.1 | 21d.1 | 21d.1 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | supervisory case review to assess both in-home and custody cases to ensure quality of practice related to assessment, identification of educational needs and services provided to improve practice. | Director<br><br>Supervisory Workgroup | Implement supervisory case review and enter case review documentation into MACWIS. | MACWIS Supervisory Case Review Report | First Report Available = July 2007 | | | |
| | | | | 21e. Establish more collaborative efforts and partnerships between local DFCS offices and available Families First Resource Centers to improve access to educational services for children such as Parents as Teachers, after-school and tutorial programs. | Bureau Director of Support<br><br>DFCS Prevention Unit Director | 21e.1  Listing of community–based services funded through MDHS and provided by Families First Resource Centers developed.<br><br>21e.2 List distributed to all regions, ASWS, counties and field staff. | 21e.1 Provider list completed<br><br><br><br>21e.2 Distribution list and memo | 21e.1 February 2005<br><br><br><br>21e.2 April 2005 | 21e.1 March 2005<br><br><br><br>21e.2 April 2005 | | |
| **Outcome WB3:** Children receive adequate services to meet their physical and mental health needs<br><br>**CFSR Finding: Substantially Achieved 52.4% of cases reviewed** | X | | | | | | | | | | |

DHS
146535

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| Item 22: Physical health of the child | X | | Item 22 Goal: For out-of-home cases, children will receive health services based on identified and assessed physical health needs.<br><br>For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | | Item 22 Goal Lead: Foster Care Review Program Supervisor | Item 22 Benchmarks: For out-of-home cases the revised Foster Care Case Review instrument and the revised Foster Care case review Checklist will be used to provide a process for the review of the out-of-home cases.<br><br>For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 22 Method: The method of monitoring and measuring progress of this item for the out-of-home cases will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report.<br><br>The implementation of the Supervisory Case Review will be utilized to monitor/measure progress for the in-home cases. | March 2007<br><br>December 2007 | | March 2008<br><br>March 2008 | |
| | | | | 22a. Initiate meetings with the MS Department of Public Health to identify health programs and services and to improve coordination between state and local offices | DFCS Division Director<br><br>Deputy Director of Support | 22a.1 Contact MSDH State Office and schedule a meeting to initiate discussions for coordination of public health services with MDHS DFCS. | 22a.1 Confirmation letter of meeting | 22a.1 March 2006 | 22a.1 | | |

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 22a.2 Identify programs and services available and accessible to DFCS families and children. | 22a.2 Directory or listing of programs and services. | 22a.2 April 2006 | 22a.2 | | |
| | | | | | | 22a.3 Establish an agreement for coordination of services. | 22a.3 Coordination agreement or MOU | 22a.3 July 2006 | 22a.3 | | |
| | | | | | | 22a.4 Establish educational opportunities for staff from both agencies to learn about programs and services. | 22a.4 Agenda Training Records | 22a.4 January 2007 | 22a.4 | | |
| | | | | 22b. Implement the revised FCCR Instrument to assess practice related to assessment, identification of physical health needs and services provided and use the information to improve practice. | Foster Care Review Program Supervisor | 22b.1 Implement revised Foster Care Case Review instrument. | 22b.1 Foster Care Review Program Quarterly Reports | 22b.1 Implement = July 2005  First Quarterly Report = October 2005, and quarterly thereafter | 22b.1 July 2005  October 2005 | | |
| | | | | 22c. Implement the supervisory case review to assess both in-home and custody cases to ensure quality of practice related to assessment and identification of physical health needs and services provided and use information to improve practice. | Region I Regional Director  Supervisory Workgroup | 22c.1 Implement supervisory case review and enter case review documentation into MACWIS. | 22c.1 MACWIS Supervisory Case Review Report | 22c.1 First Report Available = December 2007 | 22c.1 | | |

DHS
146537

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1<br>Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2<br>Goal/ Negotiated measure/ Percent of Improvement | 3<br>Action Steps | 4<br>Assignment (person/Unit responsible) | 5<br>Benchmarks Toward Achieving Goal | 6<br>Method of Measuring Improvement | 7<br>Benchmarks' Dates of Achievement | | 8<br>Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| Item 23: Mental Health of the child | X | | Item 23 Goal: For out-of-home cases, children will receive mental health services based on identified needs.<br><br>For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007. | | Item 23 Goal Lead: Foster Care Review Program Supervisor | Item 23 Benchmarks: For out-of-home cases the revised Foster Care Case Review instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of the out-of-home cases.<br><br>For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases. | Item 23 Method: The method of monitoring and measuring progress of this item for the out-of-home cases will be the monthly Foster Care Case Review Issues Report, and the FCR Quarterly Regional Comparison Report.<br><br>The implementation of the Supervisory Case Review will be utilized to monitor/measure progress for the in-home cases. | March 2007<br><br>December 2007 | | March 2008<br><br>March 2008 | |
| | | | | 23a. Revise policy related to the Psychological evaluation for children 4 years and older so that it is not automatically based on age, but based on assessed needs of the child. | Placement Unit Director<br><br>Policy/Training Workgroup | 23a.1 Policy revised and issued. | 23a1 Policy Issuance | 23a.1 June 2005 | 23a.1 October 2005 | | |

DHS
146538

## Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | | | | | | |
| | | | | 23c. Develop policy and related practice guidelines to address comprehensive family assessment and accessing mental health services identified as needed in assessments | Placement Unit Director Policy/Training Workgroup | 23c. 1 Policy revised and issued. | 23c.1 Policy Issuance | 23c.1 December 2006 | 23c.1 | | |
| | | | | 23d. Continue DFCS participation with the Interagency Coordinating Council for Children and Youth (ICCCY) and the Interagency Systems of Care Council (ISCC) to address and improve mental health services to seriously emotionally disturbed children and youth. | DFCS Division Director Placement Unit Director | 23d.1 Continue to attend all ICCCY biannual meetings to have input into priorities and strategies to improve coordination among agencies. | 23d.1 Meeting agenda and materials | 23d.1 Biannual August 2006 December 2006 2007 Dates = TBD 2008 Dates = TBD | 23d.1 | | |
| | | | | | | 23d.2 Actively participate in quarterly ISCC meetings with middle managers from other agencies to develop priorities and strategies to submit to ICCCY for improved coordination and collaborative efforts among the agencies. | 23d.2 Meeting agenda and materials. | 23d.2 Quarterly – November 2005 February 2006 and on-going | 23d.2 November 2005 February 2006 | | |
| | | | | 23e. Implement the revised FCCR Instrument to assess practice related to assessment, identification of physical health needs and services provided and use the information to improve practice. | Foster Care Review Program Supervisor | 23e.1 Implement revised Foster Care Case Review instrument. | 23e.1 Foster Care Review Program Quarterly Reports | 23e.1 Implement = July 2005 First Quarterly Report = October 2005 | 23e.1 July 2005 October 2005 | | |

**Renegotiated Safety, Permanency and Well-Being Matrix (Effective April 1, 2006)**

| 1 Outcome or Systemic Factors and Item (s) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 23f. Implement the supervisory case review to assess both in-home and custody cases to ensure quality of practice related to assessment, identification of physical health needs, and services provided and use information to improve practice. | Region I Regional Director<br><br>Supervisory Workgroup | 23f.1 Implement supervisory case review and enter case review documentation into MACWIS. | 23f.1 MACWIS Supervisory Case Review Report | 23f.1 First Report Available = December 2007 | 23f.1 | | |

DHS
146540