7h. Establish a State level Task Force in collaboration with CIP to identify ways to address legislative issues impacting DFCS, Ag's Office and the Courts.

**STATUS:** Task force established, and meetings initiated.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 7h.1 | State level Task Force established and meetings initiated. | July 2006 | **July 2006** | See Attachment 7h.1 |
| 7h.2 | Draft recommendations regarding possible legislative changes such as improvement to the Foster Care Review statutory process. | July 2006 **November 2006** | | |
| 7h.3 | Recommendations presented to Senior Management and community partners for input and revisions. | September 2006 **December 2006** | | |

## Item 8-Reunification, guardianship, or permanent placement with relatives

**Goal:** Increase the statewide percentage of children reunified with parents or caretakers within 12 months from entry into foster care from 66.3% to 67.8% by March 2008.

**Goal Benchmark:** Increase the statewide percentage of children reunified with parents or caretakers within 12 months from entry into foster care from the baseline of 65.1% to 66.3% by March 2007.

| Baseline | Quarter 1st April-June 2005 | Quarter 2nd July-September 2005 | Quarter 3rd October-December 2005 | Quarter 4th January-March 2006 |
|----------|------------------------------|----------------------------------|-------------------------------------|----------------------------------|
| 65.1% | | | | |

**Progress toward Goal:** The goal has been met per CB data for FY 2005 AB.

## Action Steps:

8a. Provide statewide training and release of practice guides on FCP, FTM, and CC to implement practice changes.

**STATUS:** Train-the-Trainers training completed, statewide training completed, and the concise Practice Guides on FCP, FTM, and CC released.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 8a.1 | FCP Training curricula and practice guide developed in coordination with NRC technical assistance and Policy and Practice Workgroup | July 2005 | August 2005 | See Attachment 1f.1 |
| 8a.2 | "Train the Trainers" on FCP curricula and practice guide | December 2005 | **December 2005** | See Attachment 1f.2 |
| 8a.3 | Training staff and RD drill down the FCP training to all ASWS and county caseworkers per region | Statewide Training Completed = April 2006

Evaluation Report = October 2006 | **April 2006** | See Attachment 1e.4 |

8b. Enhance the CC (six month administrative review) to be more family-centered in practice.
**Status**: Forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 8b.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 8b.2 | Develop Practice Guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 8b.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

8d. Implement the revised FCCR instrument to assess practice related to relative placements, to identify barriers to achieving permanency plans timely, and to provide information to ASWS and caseworkers to improve practice.
**Status:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005.  Included in the quarterly report is data relating to relative placements, and identified barriers to achieving permanency plans in a timely manner.  The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 8d.1 | Implement revised Foster Care Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | **January 2006** | |
| | | 3rd Quarterly Report = April 2006 | **April 2006** | See Attached 8d.1 |
| | | 4th Quarterly Report = July 2006 | **July 2006** | |

## Item 9: Adoption

**Goal:** Increase the statewide percentage of children who exited care to a finalized adoption in less than 24 months from the time of the latest removal from home from 11.2% to 14.1% by March 2007.

**Goal Benchmark:** Increase the statewide percentage of children who exited care to a finalized adoption in less than 24 months from the time of the latest removal from home from 11.2% to 12.6% by March 2006.

| Baseline | Quarter 1st April-June 05 | Quarter 2nd July- Sept. 05 | Quarter 3rd Oct.- Dec. 05 | Quarter 4th Jan.-March 06 |
|---|---|---|---|---|
| 11.2% | 14.8% | | | |
| | Quarter 5th April-June 06 | Quarter 6th July- Sept. 06 | Quarter 7th Oct.- Dec. 06 | Quarter 8th Jan.-March 07 |
| | | | | |
| | Quarter 9th April-June 07 | Quarter 10th July- Sept. 07 | Quarter 11th Oct.- Dec. 07 | Quarter 12th Jan.-March 07 |

**Progress toward Goal:** Goal met per CB data FY 2005 AB.

## Action Steps:

9a. Utilize T/TA from the Adopt US Kids to assist in the development and implementation of a targeted Statewide Recruitment and Retention Plan for foster and adoptive families. Adopt US Kids will also train trainers (resource families paired with staff) on the "Answering the Call" curricula to improve the response to potential foster and adoptive parent inquiries.

**Status:** Committee established, and with the help of technical assistance the Statewide Recruitment and Retention Plan has been developed. Train-the-Trainers completed for "Responding to the Call."

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 9a.1 | Request technical assistance from Adopt US Kids | January 2005 | January 2005 | See Attachment 6c.1 |
| 9a.2 | Licensure and adoption establish a committee to coordinate training and T/A with NRC | February 2005 | February 2005 | See Attachment 6c.2 |
| 9a.3 | T/TA provided to develop Statewide Recruitment and Retention Plan | July 2005 | June 2005 | See Attachment 6c.3 |
| 9a.4 | Train the trainers for "Responding to the Call" pairing a resource parent with Licensure or Adoption Staff to provide training regionally. | August 2006 | **June 2006** | See Attachment 6b.4 |

9c. NCWRCCSNA to assist with enhancing foster and adoptive parent training curricula to include foster and adoptive parents roles as team leaders.

**STATUS:** The PATHS Curriculum has been revised and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|---|---|---|---|---|
| 9c.1 | T/TA to review and enhance PATHS curriculum based on dual certification and foster/adopt families role as team members with DFCS and working with birth families. | August 2006 | **September 2006** | See Attachment 6e.1 |

9d. Continue MDHS and Mississippi School of Law collaboration to improve the timeliness of Adoptions.
**Status:**
**(Mississippi requests that the projected date of completion for Item 9d.3 be moved from March 2006 to January 2007).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 9d.1 | Evaluation of collaboration on expediting adoption finalization on referred cases | February 2006 | **February 2006** | See Attachment 9d.1 |
| 9d.2 | Adoption staff and adoption families educated regarding option of utilizing MS School Project to handle adoption finalizations | February 2006 | **February 2006** | See Attachment 9d.1 |
| 9d.3 | Based on Annual Evaluation, renew MOU and consider expanding cases to include TPR | ~~March 2006~~ **January 2007** | | |

9e. Re-structure the SO Adoption Program procedures to reduce internal agency barriers to timely TPR.
**STATUS:** Restructure completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 9e.1 | Conduct a review of existing process and procedures for handling of TPR at State Office | February 2006 | February 2006 | See Attachment 9d.1 |
| 9e.2 | Based on review implement changes within SO procedures to improve efficient handling of TPR packets | February 2006 | February 2006 | See Attachment 9d.2 |
| 9e.3 | Develop process for tracking TPR once sent to Ag's office until the TPR is received in SO | February 2006 | February 2006 | See Attachment 9d.3 |
| 9e.4 | Orient staff and implement new procedures | February 2006 | February 2006 | See Attachment 9d.4 |

## Item 10: Permanency goal of other planned permanent living arrangement

**Goal:** Other planned permanent plans have been considered and ruled out prior to establishing a permanency goal of emancipation or formalized long term foster care by March 2008.
**Goal Benchmark:** Process developed and implemented requiring Regional Director approval to establish a permanency goal of emancipation or long term foster care for any child in custody by March 2006.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | RD approval process developed |
| 2nd | July-September 2006 | Revise policy and procedures |
| 3rd | October-December 2006 | RD approval process implemented |
| 4th | January-March 2007 | |

**Progress toward Goal:**

**Action Steps:**

10a. T/TA through the NCWRCYS to review IL program and assist with maximizing ETV funds for youth, providing aftercare services for youth, and developing training and concise practice guides to improve assessment and case planning for youth including transitional living.

STATUS: Technical Assistance requested, Independent Living work plan developed, and policy revised.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 10a.1 | Initiate TA request and assistance | February 2005 | February 2005 | See Attachment 10a.1 |
| 10a.2 | Implement TA and develop work plan with program staff and providers | August 2005 | August 2005 | See Attachment 10a.2 |
| 10a.3 | Integrate recommendations into IL policy and procedures | October 2005 | October 2005 | See Attachment 10a.3 |

10b. Develop and implement Transitional Living Plan for Independent Living.

STATUS: Transitional Living Plan has been developed, implemented and incorporated in MACWIS..

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 10b.1 | MACWIS updated to include Transitional Living Plan. | July 2006 | **August 2006** | See Attachment 10b.1 |

## PERMANENCY OUTCOME 2: THE CONTINUITY OF FAMILY RELATIONSHIPS AND CONNECTIONS IS PRESERVED FOR CHILDREN

### Item 11: Proximity of foster care placement

**Goal:** When appropriate, children in foster care will be placed in close proximity (within 50 miles of child's original home base).

**Goal Benchmark:** The revised Foster Care Case review Instrument, and the revised Foster Care case Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | The revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | The revised Foster Care Case Review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring by the Foster Care review Program shows that more children, based on the first two quarter of the current fiscal year, are being placed in close proximity (within 50-miles of child's original home base), and that children who are placed outside the 50 mile radius are placed for reasons that assist in achieving the permanency goal for the child.

**Action Steps:**

11a. Establish policy for the regional approval process and criteria for placements more than 50 miles from child's original home.

**STATUS:** Policy and practice revised for RD approval for placements more than 50 miles (from child's original home base).

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 11a.1 | Regional Directors document procedures and criteria for approval for placements more than 50 miles from child's original home based on existing policy. | July 2006 | **July 2006** | See Attachment 11a.1 |
| 11a.2 | Senior Management will agree on procedures and criteria placement outside of 50 mile radius. | September 2006 | **July 2006** | See Attachment 11a.1 |
| 11a.3 | Revise policy and practice. | September 2006 | September 2006 | See Attachment 11a.3 |

11b. Utilize technical assistance and training from Adopt US Kids to develop a targeted Statewide Recruitment and Retention Plan to improve placement options available to counties to be able to place children in close proximity and to retain and support existing foster homes.

**Status:** Utilizing technical assistance the Statewide Recruitment and Retention Plan has been developed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 11b.1 | T/TA provided to develop Statewide Recruitment and Retention Plan | July 2005 | June 2005 | See Attachment 6c.3 |

11d. Conduct a needs assessment in Harrison, Hancock and Jackson counties.

**STATUS:** The needs assessment completed for Harrison, Hancock and Jackson Counties.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 11d.1 | Request assistance of appropriate NCWRCs to assist with needs assessment | March 2006 | **March 2006** | See Attachment 1L.1 |
| 11d.2 | Conduct initial planning meeting with NCWRCs | April 2006 | **April 2006** | See Attachment 1L.2 |
| 11d.3 | Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina | May 2006 | **May 2006** | See Attachment 1L.3 |
| 11d.4 | Utilize the T/A of the NCWROCI, NCWRCCPP, and the NCRC on data Technology in conjunction with the Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of the affected coastal counties. | June 2006 | **May 2006** | See Attachment 1L.4 |
| 11d.5 | Develop a formalized needs assessment. | July 2006 | **July 2006** | See Attachment 1L.5 |

11e. Development of a Coastal Recovery Plan.
**STATUS:** Recommendations developed and submitted to the DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 11e.1 | Recommendations for a Coastal Recovery Plan submitted by the National Child resource Center. | September 2006 | **October 2006** | See Attachment 1m.1 |

11f. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care.
**STATUS:** Alternative policies and/or procedures for children in foster care have been made regarding the physical requirements for children placed in foster care in Harrison, Hancock and Jackson counties.

**(Mississippi requests that the projected completion date for Item 6m.1 be moved from June 2006 to November 2006).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 11f.1 | DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care | June 2006 | | |
| 11f.2 | Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson Counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | July 2006 | **September 2006** | See Attachment 6m.2 |

**Item 12:  Placement with siblings**

**Goal:** When appropriate, siblings in foster care will be placed together.
**Goal Benchmark:** The revised Foster Care Case Review Instrument, and the revised Foster Care Case Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:**  The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care review Program.

11e. Development of a Coastal Recovery Plan.
**STATUS:** Recommendations developed and submitted to the DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 11e.1 | Recommendations for a Coastal Recovery Plan submitted by the National Child resource Center. | September 2006 | **October 2006** | See Attachment 1m.1 |

11f. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care.
**STATUS:** Alternative policies and/or procedures for children in foster care have been made regarding the physical requirements for children placed in foster care in Harrison, Hancock and Jackson counties.

**(Mississippi requests that the projected completion date for Item 6m.1 be moved from June 2006 to November 2006).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 11f.1 | DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care | June 2006 | | |
| 11f.2 | Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson Counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | July 2006 | **September 2006** | See Attachment 6m.2 |

**Item 12:  Placement with siblings**

**Goal:** When appropriate, siblings in foster care will be placed together.
**Goal Benchmark:** The revised Foster Care Case Review Instrument, and the revised Foster Care Case Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:**  The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care review Program.

12e. Development of a Coastal Recovery Plan.

**STATUS:** Recommendations developed and submitted to the DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 12e.1 | Recommendations for a Coastal Recovery Plan submitted by the National Child Resource Center. | September 2006 | **October 2006** | See Attachment 1m.1 |

12f. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care.

**STATUS:** Alternative policies and/or procedures for children in foster care have been made regarding the physical requirements for children placed in foster care in Harrison, Hancock and Jackson counties.

**(Mississippi requests that the projected completion date for Item 6m.1 be moved from June 2006 to November 2006).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 12f.1 | DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care | ~~June 2006~~ November 2006 | | |
| 12f.2 | Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | July 2006 | September 2006 | See Attachment 6m.2 |

## Item 13: Visiting with parents and siblings in foster care

**Goal:** A regular schedule of visitation between siblings in foster care and between parent and child in foster care will be established and maintained.

**Goal Benchmark:** The revised Foster Care Case Review Instrument, and the revised Foster Care Case Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring is being done through the Foster Care review Program.

**Action Steps:**
13b. Enhance the CC (six month administrative review) to be more family centered in practice.
**STATUS:** Forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 13b.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 13b.2 | Develop Practice Guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 13b.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

**Item 14:  Preserving connections**

**Goal:** When appropriate, children in foster care will have their primary connections and characteristics preserved.
**Goal Benchmark:** The revised Foster Care case review Instrument, and the revised Foster Care Case Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care review Program.

**Action Steps:**
14b. Review policies and procedures for intake, screening assessments and case planning to insure identification of child's heritage and to coordinate services for any child identified with Native American heritage with the appropriate tribe.
**STATUS:** Policies and procedures have been reviewed. Contracted with the University of Southern Mississippi to update the Intensive training Curricula.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 14b.1 | Recommendations for policy and procedures | March 2006 | July 2006 | See Attachment 14b.1 |
| 14b.3 | Contract with the University of Southern Mississippi to update intensive training curricula | June 2006 | May 2006 | See Attachment 1f.4 |

DHS
146609

28

14c. Update MACWIS to include information necessary to track and monitor ICWA compliance.
**STATUS:** Code table changed in MACWIS, allowing for tracking and monitoring of ICWA compliance. MACWIS ICWA Report has been developed and implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 14c.1 | Revise MACWIS case narrative type to include ICWA contact and tribal contacts | April 2005 | April 2005 | See Attachment 14c.1 |
| 14c.2 | Develop MACWIS report on ICWA and native American Race data including % of open cases with ICWA contact and number of families with Native heritage. | August 2006 | September 2006 | See Attachment 14c.2 |

14f. Conduct needs assessment in Harrison, Hancock and Jackson counties.
**STATUS:** The needs assessment completed for Harrison, Hancock and Jackson counties.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 14f.1 | Request assistance of appropriate NCWRCs to assist with needs assessment | March 2006 | **March 2006** | See Attachment 1L.1 |
| 14f.2 | Conduct initial planning meeting with NCWRCs | April 2006 | **April 2006** | See Attachment 1L.2 |
| 14f.3 | Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina | May 2006 | **May 2006** | See Attachment 1L.3 |
| 14f.4 | Utilize the T/A of the NCWROCI, NCWRCCPP, and the NCRC on Data and Technology in conjunction with the Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of the affected coastal counties | June 2006 | **May 2006** | See Attachment 1L.4 |
| 14f.5 | Develop a formalized needs assessment. | July 2006 | **July 2006** | See Attachment 1L.5 |

14g. Development of a Coastal Recovery Plan.
**STATUS:** Recommendations made and submitted to the DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 14g.1 | Recommendations for a Coastal Recovery Plan submitted by the national Child Resource Center. | September 2006 | **October 2006** | See Attachment 1m.1 |

14h. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care.

**STATUS:** Alternative policies and/or procedures for children in foster care have been made regarding the physical requirements for children placed in foster care in Harrison, Hancock and Jackson counties.

**(Mississippi requests that the projected completion date for Item 6m.1 be moved from June 2006 to November 2006).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 14h.1 | DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care | ~~June 2006~~ **November 2006** | | |
| 14h.2 | Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | July 2006 | September 2006 | See Attachment 6m.2 |

## Item 15: Relative placement

**Goal:** When appropriate, children in foster care will be placed in relative placements.

**Goal Benchmark:** The revised Foster Care case review Instrument, and the revised Foster Care Review Checklist.

| Quarter | Timeframe | Measurement of Progress |
|---|---|---|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring is being done through the Foster Care Review Program.

DHS
146611

**Action Steps:**
15c. Implement the revised FCCR instrument and process to assess practice in custody cases related to relative placements.
**STATUS:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 15c.1 | Implement revised Foster Care Case Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | January 2006 | |
| | | 3rd Quarterly Report = April 2006 | April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | July 2006 | |

15e. Utilize technical assistance from Adopt US Kids to develop retention strategies to support relative caregivers as part of the development of the Statewide Recruitment and Retention Plan to include statewide and regional approaches.
**STATUS:** With assistance from TA the Statewide Recruitment and Retention Plan has been developed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 15e.1 | T/TA provided to develop Statewide Recruitment and Retention Plan | July 2005 | June 2005 | See Attachment 6c.3 |

15f. Research and identify financial resources used by other states and models for best practice related to kinship care and relative support.
**STATUS:** Research completed and financial resources identified.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 15f.1 | Identify other state models for kinship care and relative supports through NRC and ACF RO | March 2006 | July 2006 | See Attachment 15f.1 |
| 15f.2 | Contact states identified for additional information | April 2006 | July 2006 | See Attachment 15f.1 |
| 15f.3 | Make recommendations to DFCS Division Director and Placement Unit Director related to improving support and resources for relative caregivers | June 2006 | July 2006 | See Attachment 15f.1 |

15g. Conduct a needs assessment in Harrison, Hancock and Jackson counties.

**STATUS:** Needs assessment completed for Harrison, Hancock and Jackson Counties.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 15g.1 | Request assistance of appropriate NCWRCs to assist with needs assessment | March 2006 | **March 2006** | See Attachment 1L.1 |
| 15g.2 | Conduct initial planning meeting with NCWRCs | April 2006 | **April 2006** | See Attachment 1Ll.1 |
| 15g.3 | Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina | May 2006 | **May 2006** | See Attachment 1L.1 |
| 15g.4 | Utilize the T/A of the NCWROCI, NCWRCCPP, and the NCRC on Data and technology in conjunction with the Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of the affected coastal counties | June 2006 | **May 2006** | See Attachment 1L.1 |
| 15g.5 | Develop a formalized needs assessment. | July 2006 | **July 2006** | See Attachment 1L.5 |

15h. Development of a Coastal Recovery Plan.

**STATUS:** Recommendations made and submitted to DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 15h.1 | Recommendations for a Coastal Recovery Plan submitted by the National Child Resource Center. | September 2006 | **October 2006** | See Attachment 1m.1 |

DHS
146613

15i. DFCS staff will reassess the policy and procedures regarding the physical requirements for children placed in foster care.

**STATUS:** Alternative policies and/or procedures for children in foster care have been made regarding the physical requirements for children placed in foster care in Harrison, Hancock and Jackson counties.

**(Mississippi requests that the projected completion date for Item 6m.1 be moved from June 2006 to November 2006).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 15i.1 | DFCS staff will review relevant state and federal guidelines regarding the physical requirements for children in foster care | ~~June 2006~~ November 2006 | | |
| 15i.2 | Recommendations will be made for alternate policies and/or requirements for Harrison, Hancock and Jackson counties for children in foster care, such as allowing young siblings to share a bedroom, and children of the same gender sharing a bedroom. | July 2006 | September 2006 | See Attachment 6m.2 |

## Item 16: Relationship of child in care with parents

**Goal:** When appropriate, children in foster care will maintain a pattern of at least monthly visitation with parents.

**Goal Benchmark:** The revised Foster Care Case Review Instrument and process, and the revised Foster Care Case Review Checklist and process.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | |
| 4th | January-March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring is being done through the Foster Care Review Program.

## Action Steps:

16b. Utilize technical assistance from the NCWRCFCPP to provide recommendations for policy and practice changes related to FCP, FTM, and family centered CC to improve family engagement in decision-making, assessment and case planning.

**STATUS:** NRC recommendations incorporated into policy and practice changes for FCP, FTM and CC. Train-the-Trainers training completed, statewide training completed, and the concise Practice Guides on FCP, FTM, and CC released.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 16b.1 | Incorporate NRC and Workgroup recommendations into policy and practice changes | July 2005 | July 2005 | See Attachment 16b.1 |
| 16b.2 | Implement practice and policy changes through statewide training on FCP, FTM and CC | April 2006 | April 2006 | See Attachment 1e.4 |

**Item 17: Needs and services of child, parents, foster parents**

**Goal:** For out-of-home cases the statewide percentage of parents (mother, father, foster parents) where services were provided to meet the identified and assessed needs will be increased from **87.8% to 91.5%** by March 2008. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:** For out-of-home cases the statewide percentage of parents (mother, father, foster parents) where services were provided to meet the identified and assessed needs will be increased from **87.8% to 89.7%** by March 2007. For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review on in-home cases.

| Baseline | Quarter 1st April-June 06 | Quarter 2nd July- Sept. 06 | Quarter 3rd Oct.- Dec. 06 | Quarter 4th Jan.-March 07 |
|---|---|---|---|---|
| 87.8% | 97.5% | 91.2% | | |
| | Quarter 5th April-June 2007 | Quarter 6th July-Sept. 2007 | Quarter 7th Oct.-Dec. 2007 | Quarter 8th Jan.-March 2008 |
| | | | | |

**Progress toward Goal:** Four quarters of data has been collected using the revised FCR instrument and beginning with the July-September 2005 quarter and ending with the April-June 2006 quarter. The 3 Coastal Counties were not included in the data collected during this time period. A proposed baseline of 87.8% has been established, and proposed percentages of improvement have also been set for the benchmark and the goal. Mississippi exceeded both the proposed benchmark and the proposed goal in the first quarter (April-June 2006), and exceeded the benchmark in the second quarter (July-September 2006), but fell just short of the goal. **(See Attachment PIP Item 17: Baseline and Percentages of Improvement).**

**Action Steps:**

17c. Utilize technical assistance from the NCWRCFCPPP for policy and practice changes related to FCP, FTM, and CC to improve family engagement in decision-making, assessment and case planning.
**STATUS:** Train-the-Trainers training completed, statewide training completed and concise practice guides for FCP, FTM, and CC completed and distributed during the statewide training.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 17c.2 | Implement practice and policy changes through statewide training | Training Completed = April 2006

Evaluation Report = October 2006 | April 2006 | See Attachment 1e.4 |

Item 18:  Child and family involvement in case planning

**Goal:**  When appropriate, for out-of-home cases parents and children will be actively involved in the planning process. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:**  For out-of-home cases the revised Foster Care Case Review instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of out-of-home cases. For in-home cases a Supervisory Case review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | The Supervisory Case Review Instrument |
| 4th | January-March 2007 | |

**Progress toward Goal:**  The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care Review Program.

**Action Steps:**

18b. Develop and implement statewide training on FCP, FTM and CC to improve family and child involvement in the case planning process.

**STATUS:**  Train-the-Trainers training completed, statewide training completed and concise practice guides for FCP, FTM, and CC completed and distributed during the statewide training. The University of Southern Mississippi has been contracted with to update the Intensive Training Curricula.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 18b.1 | Policy, Training Curricula, and Concise Practice Guide developed | July 2005 | August 2005 | See Attachment 1f.1 |
| 18b.2 | Train the trainers completed | December 2005 | December 2005 | See Attachment 1f.2 |
| 18b.3 | Training staff and RD partner to provide drill down training to ASWS and county social work staff per region | Training Completed = April 2006  Evaluation Results = October 2006 | Training Completed = April 2006  Evaluation Results = | See Attachment 1e.4 |
| 18b.4 | Contract with the University of Southern Mississippi to update Intensive Training curricula | June 2006 | May 2006 | See Attachment 1f.4 |

18e. Implement the revised FCCR instrument and process to assess practice of actively engaging parents and child/youth in case planning.

**STATUS:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 18e.1 | Implement revised Foster Care Case Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | First Quarter = October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

## Item 19:  Worker visits with child

**Goal:**  For out-of-home cases the statewide percentage of monthly face-to-face worker contacts with children will be increased from 00.0% to 00.0% by March 2008. For in-home cases a system utilizing a Supervisory Case review will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:**  For out-of-home cases the statewide percentage of monthly face-to-face worker contacts with children in custody will be increased from 00.0% to 00.0% by March 2007. For in-home cases a Supervisory Case review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases.

| Baseline | Quarter 1st January-March 07 | Quarter 2nd April- June 07 | Quarter 3rd July- Sept. 07 | Quarter 4th Jan.-March 06 |
|----------|------------------------------|----------------------------|----------------------------|---------------------------|
| TBD | | | | |

**Progress toward Goal:**  Using the revised MACWIS Custody Contact Report, two quarters of data will be collected, beginning with the July-September 2006 quarter and ending with the October-December 2006 quarter.  In January 2007 a baseline and percentage for improvement will be established for the benchmark and goal. This baseline and percentage will be negotiated with the ACF RO and the approved measures will be added to the PIP. The 3 Coastal Counties will be eliminated from the baseline and the performance data.

**Action Steps:**
19b. Utilizing TA from NCWRCFCPPP to provide recommendations for policy and practice related to caseworker visitation as part of case planning to improve family engagement in decision-making.
**STATUS:** TA utilized, contracted with the University of Southern Mississippi to update the Intensive Training Curricula.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 19b.1 | Policy, Training Curricula, and Concise Practice Guide developed | July 2005 | August 2005 | See Attachment 1f.1 |
| 19b.4 | Contract with the University of Southern Mississippi to update Intensive training curricula | June 2006 | May 2006 | See Attachment 1f.4 |

19d. Implement the revised FCCR instrument to assess the quality of caseworker visitation with child(ren) and to use this information to inform practice.
**STATUS:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 19d.1 | Implement revised Foster Care Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

**Item 20:  Worker visits with parent(s)**

**Goal:**  For out-of home cases, face-to-face contacts between caseworkers and parents will occur at least monthly. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:**  For out-of-home cases the revised Foster Care Case Review Instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of out-of-home cases. For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases.

| Quarter | Timeframe | Measurement of Progress |
|---|---|---|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | The Supervisory Case Review Instrument |
| 4th | January-March 2007 | |

**Progress toward Goal:**  The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care Review Program.

**Action Steps:**

20b. Utilize TA from the NCWRCFCPPP to provide recommendations for policy and practice changes related to caseworker visitation as part of case planning to improve family engagement in decision-making.

**STATUS:**  Technical Assistance utilized. Contracted with the University of Southern Mississippi to update the Intensive Training Curricula.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 20b.1 | Policy, Training Curricula, and Concise Practice developed | July 2005 | August 2005 | See Attachment 1f.1 |
| 20b.4 | Contract with the University of Southern Mississippi to update the Intensive training curricula | June 2006 | May 2006 | See Attachment 1f.4 |

20c. Implement the revised FCCR instrument to assess the quality of caseworker visitation with parents and use this information to improve practice.

**STATUS:**  The revised FCCR instrument went into use in July 2005, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 20c.1 | Implement revised Foster Care Case Review instrument to review cases for the quality of caseworker visits with parents | Implement = July 2005<br><br>First Quarterly Report = October 2005<br><br>2nd Quarterly Report = January 2006<br><br>3rd Quarterly Report = April 2006<br><br>4th Quarterly Report = July 2006 | July 2005<br><br><br>October 2005<br><br><br>Second Quarter = January 2006<br><br>Third Quarter = April 2006<br><br>Fourth Quarter = July 2006 | See Attachment 8d.1<br><br><br><br><br><br><br>See Attachment 8d.1 |

**OUTCOME WELL-BEING 2: CHILDREN RECEIVE APPROPRIATE SERVICES TO MEET THEIR EDUCATIONAL NEEDS**

**Item 21:  Educational needs of the child**

**Goal:** For out-of-home cases, children will receive educational services based on identified needs. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:** For out-of-home cases the revised Foster Care Case Review Instrument and the revised Foster Care Case Review Checklist will be used to provide a process for the review of the out-of-home cases.  For in-home cases a Supervisory Case Review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July-September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | The Supervisory Case Review Instrument |
| 4th | January-March 2007 | |

**Progress toward Goal:**  The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised.  Monitoring is being done through the Foster Care Review Program.

**Action Steps:**

21b. Enhance the CC (six month administrative review) to be more family centered and to encourage more community involvement such as teachers and educational providers.

**STATUS:** Forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 21b.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 21b.2 | Develop Practice Guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 21b.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

21c. Implement the revised FCCR instrument to assess practice related to assessment, identification of educational needs and services provided and use the information to improve practice.

**STATUS:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 21c.1 | Implement revised Foster Care Case Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

21e. Establish more collaborative efforts and partnerships between local DFCS offices and available Families First Resource Centers to improve access to educational services for children such as Parents as Teachers, after-school programs and tutorial programs.

**STATUS:** Completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 21e.1 | Listing of community-based services funded through MDHS and provided by Families First Resource centers developed | February 2005 | March 2005 | See Attachment 21e.1 |
| 21e.2 | List distributed to all regions, ASWS, counties and field staff | April 2005 | April 2005 | See Attachment 21e.2 |

**Item 22: Physical Health of the child**

**Goal**: For out-of-home cases, children will receive health services based on identified and assessed physical health needs. For in-home cases a system utilizing a Supervisory Case review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:** For out-of-home cases the revised Foster Care Case Review Instrument and the revised Foster care Case review Checklist will be used to provide a process for the review of the out-of-home cases.

| Quarter | Timeframe | Measurement of Progress |
|---|---|---|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July – September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | The Supervisory Case Review Instrument |
| 4th | January – March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring is being done through the Foster Care Review Program.

**Action Steps:**

22a. Initiate meetings with the MS Department of Public Health to identify health programs and services and to improve coordination between state and local offices.

**STATUS:** The programs and services available and accessible to DFCS families and children identified.

**(Mississippi requests that the projected completion date for Item 22a.1 be moved from March 2006 to November 2006).**

**(Mississippi requests that the projected completion date for Item 22a.3 be moved from July 2006 to January 2007).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 22a.1 | Contact MSDH State Office and schedule a meeting to initiate discussions for coordination of public health services with MDHS DFCS | March 2006 **November 2006** | | |
| 22a.2 | Identify programs and services available and accessible to DFCS families and children | April 2006 | April 2006 | See Attachment 22a.2 |
| 22a.3 | Establish an agreement for coordination of services. | July 2006 **January 2007** | | |

22B. Implement the revised FCCR instrument to access practice related to assessment, identification of physical health needs and services provided and use the information to improve practice.

**STATUS:** Complete = The revised FCCR instrument went into use in July 2005, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 22b.1 | Implement revised Foster Care Case Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

## Item 23: Mental Health of the child

**Goal:** For out-of-home cases, children will receive mental health services based on identified needs. For in-home cases a system utilizing a Supervisory Case Review process will be developed and implemented through MACWIS by December 2007.

**Goal Benchmark:** For out-of-home cases the revised Foster Care Case review Instrument and the revised Foster Care Case review Checklist will be used to provide a process for the review of the out-of-home cases. For in-home cases a Supervisory Case review system will be developed and implemented through MACWIS by December 2007 to provide a process for the review of in-home cases.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July – September 2006 | Revised Foster Care Case review Checklist |
| 3rd | October-December 2006 | The Supervisory Case Review Instrument |
| 4th | January – March 2007 | |

**Progress toward Goal:** The Foster Care Case Review Instrument and the Foster Care Case Review Checklist have both been revised. Monitoring is being done through the Foster Care Review Program.

**Action Steps:**

23a. Revise policy related to the Psychological evaluation for children 4 years and older so that it is not automatically based on age, but based on assessed needs of the child.

**STATUS:** Policy relating to Psychological Evaluations for children 4 years and older has been revised and issued to staff.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 23a.1 | Policy revised and issued | June 2005 | October 2005 | See Attachment 23a.1 |

23d. Continue FDCS participation with the Interagency Coordinating Council for Children and Youth (ICCCY) and the Interagency Systems of Care Council (ISCC) to address and improve mental health services to seriously emotionally disturbed children and youth.

**STATUS:** Attending meetings.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 23d.1 | Continue to attend all ICCCY biannual meetings to have input into priorities and strategies to improve coordination among agencies | Biannual Meetings = December 2005<br><br>June 2006<br><br>December 2006 | December 2005 | See Attachment 23d.1 |
| 23d.2 | Actively participate in quarterly ISCC meetings with middle managers from other agencies to develop priorities and strategies to submit to ICCCY for improved coordination and collaborative efforts among the agencies | Quarterly = November 2005<br><br>February 2006 and ongoing | November 2005<br><br>February 2006 | See Attachment 23d.2 |

23e. Implement the revised FCCR instrument to assess practice related to assessment, identification of physical health needs and services provided and use the information to improve practice.

**STATUS:** The revised FCCR instrument went into use in July, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 23e.1 | Implement revised Foster Care Case Review instrument | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

**SYSTEMIC FACTOR: STATEWIDE INFORMATION SYSTEM**

**Item 24: State is operating a statewide system that can readily identify the status, demographic characteristics, location and goals for the placement of every child.**

**Goal:** Increase the utilization of MACWIS by caseworkers to enter data timely and appropriately to improve the quality of MACWIS data and reports by March 2008.

**Goal Benchmark:** Increase the utilization of MACWIS by caseworkers to enter data timely and appropriately to improve the quality of MACWIS data and reports by March 2007.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | |
| 2nd | July – September 2006 | |
| 3rd | October-December 2006 | |
| 4th | January – March 2007 | |

**Progress toward Goal:**

**Action Steps:**

24a. Complete an assessment of the MACWIS system to determine ways to improve worker utilization and training needs for all users.

**STATUS:** The Assessment of the MACWIS system to determine ways to improve worker utilization and training needs for all users has been completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24a.1 | Utilize contractor to conduct assessment of MACWIS training and staff needs and based on findings make recommendations | March 2005 | March 2005 | See Attachment |
| 24a.2 | Integrate recommendations for improving utilization into MACWIS program work plan and implement | April 2005 | April 2005 | See Attachment 24a.2 |

24b. Survey all users to determine training needs and provide needed training to staff.

**STATUS:** Users surveyed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24b.1 | Survey developed to assess all users specific training needs | January 2005 | January 2005 | See Attachment |
| 24b.2 | Survey distributed to all DFCS staff users | January 2005 | January 2005 | See Attachment |
| 24b.3 | Survey results compiled and training needs identified | March 2005 | March 2005 | See Attachment |
| 24b.4 | Integrate plans for MACWIS statewide training into Training Program Plan and implement | May 2005 | May 2005 | See Attachment |

24d. Incorporate all MACWIS related PIP strategies and action steps into MACWIS program work plan to manage system changes, prioritize and track progress on the PIP for quarterly reporting.

**STATUS:** MACWIS Work Plan completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24d.1 | Develop MACWIS program work plan to include MACWIS strategies and action steps to manage system changes, to prioritize actions and to track progress for PIP quarterly reporting. | July 2006 | October 2006 | See Attachment 24d.1 |
| 24d.2 | Integrate strategies based on recommendations from assessment into MACWIS work plan. | July 2006 | October 2006 | See Attachment 24d.1 |
| 24d.3 | Integrate MACWIS user acceptance into MACWIS work plan. | July 2006 | October 2006 | See Attachment 24d.1 |

24e. Develop MACWIS Report based on "Family Team Meeting" narrative type to monitor the frequency of Family Team Meetings held within 30 days.

**STATUS:** MACWIS Report based on the Family Team Meeting narrative type has been developed and is being distributed to Regional Directors and Area Social Work Supervisors via the MACWIS Web.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24e.1 | Develop MACWIS Report for ASWSs and RDs. | July 2006 | **June 2006** | See Attachment 1h.1 |

24f. Utilize technical assistance from the NCWRCCPS and the NCWRCFCPPP to provide recommendations for improvement to safety and risk assessment policy, practice and assessment.

**STATUS:** Technical Assistance is being utilized to provide recommendations for improvement to safety and risk assessment policy, practice and assessment.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24f.1 | Incorporate NRC and Workgroup recommendations into policy for safety and risk assessment. | ~~September 2006~~ **November 2006** | | |

24g. Ensure all children have correct placement data entered in MACWIS to improve the validity of data to monitor placement stability and that all children in custody have a placement entry.

**STATUS:** MACWIS Missing Placement Report has been developed and implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24g.1 | All children in custody have a current placement entered in MACWIS | May 2005 | May 2005 | See Attachment 6a.1 |

24i. Track the use of shelter placements to reduce the inappropriate use of shelter placements and the length of stay in shelters.

**Status:** The MACWIS Shelter Report has been developed and implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24i.1 | Develop and implement MACWIS Shelter Report | Develop = April 2005  Implement = May 2005 | Developed = March 2005  Implemented = April 2005 | |
| 24i.2 | RD and ASWS will monitor, track and review shelter placements monthly at staff meetings and develop regional procedures for approval of shelter placements for young children and stays beyond 45 days to reduce the inappropriate use of shelter placements | Implement = May 2005  Procedures = September 2005 | Implemented = May 2005  Procedures = September 2005 | See Attachment 24i.2 |

24l. Develop and implement in MACWIS the Transitional Living Plan as a part of the Independent Living Program.

**STATUS:** Transitional Living Plan has been developed, implemented and incorporated into MACWIS.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24l.1 | MACWIS updated to include Transitional Living Plan. | July 2006 | **August 2006** | See Attachment 10b.1 |

24m. Develop a regional approval process for placements more than 50 miles from child's original home to enforce existing policy,

**STATUS:** Approval process developed for placements more than 50 miles from child's original home.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24m.1 | Regional procedures developed for approval in accordance with policy. | July 2006 | July 2006 | See Attachment 11a.1 |
| 24m.2 | Revise Policy and Practice | September 2006 | September 2006 | See Attachment 11a.3 |

24n. Update MACWIS to include information necessary to track and monitor ICWA compliance.

**STATUS:** MACWIS case narrative type has been revised to include ICWA contact and tribal contacts.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24n.1 | Revise MACWIS case narrative type to include ICWA contact and tribal contacts | April 2005 | April 2005 | See Attachment 24n.1 |
| 24n.2 | Develop MACWIS Report on ICWA and Native American Race data including % of open cases with ICWA contact and number of families with Native heritage. | August 2006 | September 2006 | See Attachment 14c.2 |

24p. Develop a MACWIS tickler to notify ASWS that a Permanency Hearing must be scheduled.

**STATUS:** MACWIS tickler developed and deployed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|------|-----------|----------------|----------------|-------------|
| 24p.1 | Tickler to MACWIS production. | July 2006 | | |

24q. Develop a MACWIS Report to track the status of an adoption case at various stages of the adoption process.

**STATUS:** An Adoption Tracking Report has been completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24q.1 | Report Developed | May 2005 | May 2005 | See Attachment 24q.1 & 28b.1 |

24r. Re-structure and implement the supervisory case review to include the assessment of practice on one in-home case per worker every 90 days.

**STATUS:** The Supervisory Administrative Review form has been completed for both in-home and custody cases, the narrative type "Supervisory Administrative Review" has been added to the MACWIS drop down list.

**(Mississippi requests that the projected completion date for Item 24r.2 be moved from December 2007 to June 2007)**

**(Mississippi requests that the projected completion date for Item 24r.4 be moved from June 2006 to December 2006).**

**(Mississippi requests that the projected completion date fro Item 24r.6 be moved from October 2006 to May 2007).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 24r.1 | Narrative type added to MACWIS to include "Supervisory Administrative Review" | July 2005 | July 2005 | See Attachment 1j.1 |
| 24r.2 | Develop MACWIS report to pull case review data pertaining to "Supervisory Administrative Review" type report | ~~December 2007~~ June 2007 | | |
| 24r.3 | Supervisory Review Committee to revise MDHS-SS-408 Supervisory Administrative Review form to include in-home case information to be integrated in MACWIS | August 2005 | August 2005 | See Attachment 1j.3 |
| 24r.4 | MACWIS Systems Requirements Document completed and shared with Supervisory Review Committee | ~~June 2006~~ December 2006 | | |
| 24r.6 | MACWIS System Requirements Documents designed, developed and tested for implementation in MACWIS | ~~October 2006~~ May 2007 | | |

Item 25: Provides a process that ensures that each child has a case plan to be developed jointly with the child's parents and that includes required provisions.
**Goal:** Parents and children will be actively involved in case planning.
**Goal Benchmark:** The development and implementation of the revised Foster Care Case Review Instrument, and the Foster Care Review Quarterly Program reports.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | Revised Foster Care Case Review Instrument |
| 2nd | July – September 2006 | Foster Care Case Review Quarterly Report |
| 3rd | October-December 2006 | |
| 4th | January – March 2007 | |

**Progress toward Goal:** The Benchmark has been achieved. The revised Foster Care Case Review Instrument has been developed and implemented, and the Foster Care Review Quarterly Program Report format has been developed and implemented. The first Foster Care Review Report was done in October 2005.

**Action Steps:**
25a. T/TA the NCWRCFCPPP to assist with policy and practice changes related to FCP, FTM and family engagement in case planning.

**STATUS:** Policy, training curriculum and practice guides have all been completed. Practice guides were released as part of the statewide training. T/A was utilized as part of this process.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 25a.1 | Request TA through ACF RO and coordinate TA with NRC | January 2005 | January 2005 | |
| 25a.2 | Initiate conference calls and develop wok plan for TA | February 2005 | February 2005 | |
| 25a.3 | Initiate on-site training and technical assistance at the CWTI Annual Conference | February 2005 | February 2005 | |
| 25a.4 | Incorporate NRC recommendations for FCP, FTM and CC into training curricula and practice guide for statewide training | July 2005 | August 2005 | See Attachment 1f.1 |
| | FCP, FTM, CC training completed and practice guides released | April 2006 | April 2006 | See Attachment 1e.4 |

25b. Provide statewide training and release of practice guides on FCP to include FTM within 30 days and CC to implement practice changes.

**STATUS:** Statewide training was completed in April 2006. Practice Guides were completed and released as part of the statewide training.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 25b.1 | FCP Training curricula and practice guide developed in coordination with NRC technical assistance and Policy/Training Workgroup and approved | July 2005 | August 2005 | See Attachment 1f.1 |
| 25b.2 | Train the trainers on FCP curricula and practice guide | December 2005 | December 2005 | See Attachment 1f.2 |
| 25b.3 | Designated regional training staff, RD and ASWS drill down FCP training to all county caseworkers per region | Training Completed = April 2006 | Training Completed = April 2006 | See Attachment 1e.4 |
| | | Statewide Training Evaluation Report = October 2006 | Evaluation Report = | |