25e. Implement the revised FCCR instrument and process to assess practice on custody cases related to parent and child active involvement in case planning.

**STATUS:** The revised FCCR instrument went into use in July 2005, with the first Foster Care Review Program Quarterly Report completed in October 2005 covering the time frame July-September 2005. The 2nd, 3rd, and 4th quarterly reports have also been completed and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 25e.1 | Implement revised Foster Care Case Review instrument and process | Implement = July 2005 | July 2005 | See Attachment 8d.1 |
| | | First Quarterly Report = October 2005 | October 2005 | |
| | | 2nd Quarterly Report = January 2006 | Second Quarter = January 2006 | |
| | | 3rd Quarterly Report = April 2006 | Third Quarter = April 2006 | See Attachment 8d.1 |
| | | 4th Quarterly Report = July 2006 | Fourth Quarter = July 2006 | |

**Item 26:  Provides a process for the periodic review of the status of each child, not less frequently than once every six months, either by a court or by administrative review.**

**Goal:** Children will be afforded a six month administrative review (CC) within 6 months of custody and within every 6 months thereafter.

**Goal Benchmark:** Develop and implement MACWIS Reports to track County Conferences, including pending, overdue, and not held.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | |
| 2nd | July – September 2006 | |
| 3rd | October-December 2006 | |
| 4th | January – March 2007 | |

**Progress toward Goal:**

**Action Steps:**

26b. Enhance the CC (six month administrative review) to be more family-centered.

**STATUS:** Forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 26b.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 26b.2 | Develop Practice guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 26b.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

26c. In collaboration with CIP and AOC distribute monthly reports for County Youth Court Judges that will assist with tracking six month periodic reviews (CC) on the status of each child.

**STATUS:** The Title IV-E Permanency Hearing report has been developed and implemented. Permanency Hearing Reports are being sent directly to Youth Court Judges on a monthly basis. The mailing started in June 2006 and then again in July 2006 and August 2006. The September 2006 Permanency Hearing Report was not mailed out due to feedback from the Youth Court Judges to make the report more useful. The report was changed, based on the suggestions by the judges. In September, the new sample Permanency Hearing Report was distributed to the Referees and County Court Judges at their annual conference. The September report was not mailed out because errors were found after the changes were made. The report has been corrected and distribution will resume during the month of October. Quarterly meetings between DFCS and the Chief Justice have begun.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 26c.1 | Develop and implement Title IV-E Permanency Hearing Report by County to provide to youth court judges to make them aware of need for Permanency hearings | Developed and Implemented = June 2006 | Developed and Implemented = **June 2006** | See Attachment 7f.1 |
| 26c.2 | Copies of permanency Hearing Reports sent directly to Youth Court Judges by DFCS SO | Initiate Process = June 2006 and then monthly<br><br>July 2006<br><br>August 2006<br><br>September 2006 | Initiated = **June 2006**<br><br>**July 2006**<br><br>**August 2006** | See Attachment 7f.2 |
| 26c.3 | Quarterly meetings between the Chief Justice will be held to address reports, court responses and other court and agency issues impacting timely permanency | Initiate = May 2006 and then quarterly | Initiated = **May 2006** | See Attachment 7f.3 |

**Item 27: Provides a process that ensures that each child in foster care has a permanency hearing no less than every 12 months.**

**Goal:** Children in custody will be afforded an annual permanency hearing.

**Goal Benchmark:** The development and implementation of a MACWIS Report to provide monthly information to Youth Court Judges regarding permanency Hearings, and the use of the FCR monthly review and reporting process.

| Quarter | Timeframe | Measurement of Progress |
|---|---|---|
| 1st | April-June 2006 | |
| 2nd | July – September 2006 | |
| 3rd | October-December 2006 | |
| 4th | January – March 2007 | |

**Progress toward Goal:**

**Action Steps:**

27. Develop a MACWIS tickler to notify ASWS that a Permanency hearing must be scheduled.

**STATUS:** MACWIS tickler developed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENTS |
|---|---|---|---|---|
| 27a.1 | Tickler in MACWIS production. | July 2006 | | |

27b. Enhance the CC (six month administrative review) to be more family-centered.

**STATUS:** Completed = Forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 27b.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 27b.2 | Develop Practice Guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 27b.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

27c. In collaboration with CIP and AOC develop monthly reports for county youth court judges that will assist with periodic review of the status of each child.

**STATUS:** The Title IV-E Permanency Hearing Report has been developed and implemented. Permanency Hearing reports are being sent directly to Youth Court Judges on a monthly basis. The mailing started in June 2006 and then again in July 2006 and August 2006. The September 2006 Permanency Hearing Report was not mailed out due to feedback from the Youth Court Judges to make the report more useful. The report was changed, based on the suggestions by the judges. In September, the new sample Permanency Hearing Report was distributed to the Referees and County Court Judges at their annual conference. The September report was not mailed out because errors were found after the changes were made. The report has been corrected and distribution will resume during the month of October. Quarterly meetings between DFCS and the Chief Justice have begun. Quarterly meetings between DFCS and the Chief Justice have begun.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|-------|-----------|----------------|----------------|------------|
| 27c.1 | Develop and implement Title IV-E Permanency Hearing Report by County to provide to youth court judges to make them aware of need for Permanency Hearings | Developed and implemented = June 2006 | Developed and Implemented = June 2006 | See Attachment 7f.1 |
| 27c.2 | Copies of Permanency Hearing Reports sent directly to Youth Court Judges by DFCS SO | Process Initiated = June 2006 and then monthly July 2006 August 2006 September 2006 | Initiated = June 2006 July 2006 August 2006 | See Attachment 7f.2 |
| 27c.3 | Quarterly meetings between DFCS and the Chief Justice will be held to address reports, court responses and other court and agency issues impacting timely permanency | Initiated = May 2006 and then quarterly | Initiated = May 2006 | See Attachment 7f.3 |

## Item 28: Provides a process for termination of parental rights in accordance with ASFA

**Goal:** The MACWIS ASFA Compliance Report will be used to monitor 15 of 22 months and TPR requests and finalizations.

**Goal Benchmark:** RD and ASWS will use the monthly ASFA Report to monitor compliance.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2006 | |
| 2nd | July – September 2006 | |
| 3rd | October-December 2006 | |
| 4th | January – March 2007 | |

**Progress toward Goal:**

**Action Steps:**

28a. Continue MDHS and Mississippi School of Law collaboration to assist in timely finalization of adoption cases.
**STATUS:**

**(Mississippi requests that the projected completion date for Item 28a.3 be moved from March 2006 to January 2007).**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28a.1 | Evaluation of collaboration on expediting adoption finalizations on referred cases | February 2006 | February 2006 | See Attachment 9d.1 |
| 28a.2 | Adoption staff and adoptive families educated regarding option of utilizing MS School of Law Project to handle adoption finalizations | February 2006 | February 2006 | See Attachment 9d.1 |
| 28a.3 | Based on Annual Evaluation, consider expanding MOU to include cases needing TPR | March 2006 | | |

28b. Develop a Report to track the status of TPR and various stages of the adoption process by case to improve adoption practice.
**STATUS:** Adoption Tracking Report has been completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28b.1 | Report developed | May 2005 | May 2005 | See Attachment 24q.1 & 28b.1 |

28c. Implement reporting system for the ASWS and RD to provide feedback about improvements on the MACWIS ASFA Compliance Report to track and address trends and patterns related to children in custody 15 of 22 months.
**STATUS:** Forms have been developed as part of the RAP – a monthly reporting form for ASWS and a quarterly reporting form for RD. Regional Directors and ASWS trained on using the monthly and quarterly reporting forms.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28c.1 | Develop ASWS Monthly and RD Quarterly Progress Improvement reports | May 2005 | May 2005 | See Attachment 1i.1 |
| 28c.2 | Train RD and ASWS on reporting | February 2006 | February 2006 | See Attachment 1c.2 |

28d. Enhance the CC (six month administrative review) to be more family-centered.
**STATUS**:  County Conference (CC) forms, procedures and policy have been reviewed and revised to be more consistent with family centered practice, practice guides for CC staff and families have been developed, and the changes in CC practice have been implemented.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28d.1 | Review and revise forms, procedures, and policy to be more consistent with family centered practice | July 2005 | July 2005 | See Attachment 13b.2 |
| 28d.2 | Develop Practice Guide for CC for staff and families | July 2005 | July 2005 | See Attachment 13b.2 |
| 28d.3 | Implement changes in CC practice | October 2005 | October 2005 | See Attachment 8d.1 |

28e. Establish a State level Task Force in collaboration with CIP to identify barriers to timely termination of parental rights and to develop solutions for barriers at various points in the TPR process.
**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28e.1 | State Level Task Force established and meetings initiated | February 2006 | ? | See Attachment |
| 28e.2 | Draft recommendations regarding possible legislative changes such as improvement to the Foster Care Review statutory process. | July 2006 | ? | |
| 28e.3 | Recommendations presented to Senior Management and community partners for input and revisions. | September 2006 | ? | |

28f. Re-structure the SO Adoption Program procedures to reduce internal agency barriers to timely TPR.
**STATUS:**  Restructure completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 28f.1 | Conduct a review of existing process and procedures for handling of TPR at State Office | February 2006 | February 2006 | See Attachment 9d.1 |
| 28f.2 | Based on review implement changes within SO procedures to improve efficient handling of TPR packets | February 2006 | February 2006 | See Attachment 9d.2 |
| 28f.3 | Develop process for tracking TPR once sent to AG's office until the TPR order is received in SO | February 2006 | February 2006 | See Attachment 9d.3 |
| 28f.4 | Orient staff and implement new procedures | February 2006 | February 2006 | See Attachment 9d.4 |

DHS
146636

**Item 29: Provides notification for foster parents, pre-adoptive parents, and relative caregivers of children in foster care to be notified of, and have an opportunity to be heard in, any review or hearing held with respect to the child.**

**Goal:** Improve the CC notification process for foster parents, relative caregivers and pre-adoptive parents in preparation for court review and hearings.

**Goal Benchmark:** Revised notification form letter in MACWIS, and Permanency Hearing Policy will be revised to include foster parents, pre-adoptive parents, relative placement providers, and grandparents with written notification for scheduled Permanency hearings by August 2006.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|------------------------|
| 1st | April-June 2006 | Foster Care Review notification letter revised and put into the MACWIS system |
| 2nd | July-Sept. 2006 | |
| 3rd | Oct.-Dec. 2006 | |
| 4th | | |

**Progress toward Goal:**

**Action Steps:**

29a. Provide facilitation training to FCR, ASWS and county social workers as part of the statewide training on FTM and CC along with the CC practice guide to improve the engagement of foster parents, pre-adoptive parents and relative caregivers in the CC.

**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 29a.1 | Training completed statewide | Training Completed = April 2006<br><br>Evaluation Report = October 2006 | April 2006 | See Attachment |

## SYSTEMIC FACTOR: QUALITY ASSURANCE

**Item 31:  The State is operating an identifiable quality assurance system**

**Goal:** The state will have in place an identifiable quality assurance system that includes FCCR, Supervisory Case Review and MACWIS reports and will utilize this information to improve practice.

**Goal Benchmark:** The state will implement the revised FCR instrument and process and utilize reports to inform practice; the State will implement the supervisory case review instrument in MACWIS and use reports to inform practice; the State will implement the progress Reporting System including progress on targeted MACWIS reports for the field; the targeted MACWIS Reports will include: the Timeliness Report, the Family Team Meeting Report, and the ASFA Report (15 of 22 months).

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|------------------------|
| 1st | April-June 2005 | Supervisory case review instrument developed, foster care case review revised |
| 2nd | July – September 2005 | Revised foster care case review instrument implemented |
| 3rd | October-December 2005 | |
| 4th | January – March 2006 | |

**Progress toward Goal:**  Foster Care Review Instrument has been revised to be more qualitative

**Action Steps:**
31a. Implement the supervisory case review instrument and process for in-home and custody cases. Utilize MACWIS Supervisory Review Reports to inform and improve practice.

**STATUS:** The Supervisory Administrative Review form has been completed for both in-home and custody cases, the narrative type "Supervisory Administrative Review" has been added to the MACWIS drop down list. The MACWIS System Requirements Document has not been completed and has not been shared with the Supervisory Review Committee.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 31a.1 | Narrative type added to MACWIS to include "Supervisory Administrative Review." | July 2005 | May 2005 | See Attachment 1j.1 |
| 31a.2 | Develop MACWIS report to pull case review data pertaining to "Supervisory Administrative Review" type report | June 2007 | | |
| 31a.3 | Supervisory Review Committee to revise MDHS-SS-408 Supervisory Administrative Review form to include in-home case information to be integrated into MACWIS | August 2005 | August 2005 | See Attachment 1j.3 |
| 31a.4 | MACWIS System Requirements Document completed and shared with Supervisory Review Committee | ~~June 2006~~ | | |

DHS
146638

31b. Revise and implement current Foster Care Review Instrument to be more qualitative.
**STATUS:** FCCR instrument revised to support CFSR outcomes, glossary of terms and instructions developed as part of the revised FCCR instrument, received feedback from Technical Assistance, as well as Unit Director and Sr. Mgt, the staff received orientation regarding the new form and procedures before testing was implemented. The revised FCCR instrument was submitted for final review following the testing phase before final approval. The revised instrument and procedures have been fully implemented in all regions. Prior to implementation, the tool was presented to ASWS through Regional Staff meetings. The first quarterly report was done and distributed in October 2005.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|---|---|---|---|---|
| 31b.1 | Draft revisions to current instrument to support CFSR outcomes and develop glossary of terms and instructions | February 2005 | October 2005 | See Attachment 31b.1 |
| 31b.2 | Request TA from NCWRCOI for review and feedback to improve quality of instrument | February 2005 | February 2005 | See Attachment 31b.2 |
| 31b.3 | Revise based on feedback from NCWRCOI | April 2005 | April 2005 | See Attachment 31b.3 |
| 31b.4 | Submit for review and feedback to Unit Director and Sr. Mgt. Staff | April 2005 | April 2005 | See Attachment 31b.4 |
| 31b.5 | Provide orientation to staff on new form and procedures for test and provide additional TA | May 2005 | April 2005 | See Attachment 31b.5 |
| 31b.6 | Test new form and procedures for 1 case per region per worker for feedback and make final revisions | May 2005 | May 2005 | See Attachment 31b.6 |
| 31b.7 | Submit revised draft instrument for final review and approval | May 2005 | May 2005 | See Attachment 31b.7 |
| 31b.8 | Present tool to ASWS in field through Regional Staff meetings prior to implementation | February 2006 | **February 2006** | See Attachment 31b.8 |
| 31b.9 | Implement revised instrument and process in all regions | Implement = July 2005<br><br>First Quarterly Report = October 2005<br><br>2nd Quarterly Report = January 2007<br><br>3rd Quarterly Report = April 2007<br><br>4th Quarterly Report = July 2007 | Implemented July 2005<br><br>First Quarter Report October 2005<br><br>Second Quarter Report January 2007<br><br>Third Quarter Report = **April 2007**<br><br>Fourth Quarter Report = **July 2007** | See Attachment 8d.1<br><br><br><br><br><br>See Attachment 8d.1 |

31c. Develop a tool to collect data from the FCC Review Instrument that can be reported to DFCS Division Director and Bureau Director of MACWIS, PIP and Special Projects.

**STATUS:** A spreadsheet tool has been developed to collect the data from the Foster Care Case review Instrument. A quarterly reporting system has been developed, and first quarterly report was been completed and distributed in October 2005.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 31c.1 | Develop Spread Sheet tool for monthly data collection and automatically calculates percentages for monthly tallies | June 2005 | June 2005 | See Attachment 31c.1 |
| 31c.2 | Develop quarterly reporting system | July 2005 | July 2005 | See Attachment 8d.1 |
| 31c.3 | Submit Quarterly Report | First Quarterly Report = October 2005 | October 2005 | See Attachment 8d.1 |
| | | 2nd Quarterly Report = January 2007 | Second Quarter Report January 2007 | See Attachment 8d.1 |
| | | 3rd Quarterly Report = April 2007 | Third Quarter Report April 2007 | |
| | | 4th Quarterly Report = July 2007 | Fourth Quarter Report July 2007 | |

31d. MACWIS reports will be utilized as a management tool to track progress of regions and counties to improve the accuracy of data entry and to improve the quality of practice.

**STATUS:** MACWIS data reports distributed to Regional Directors, discussed during Regional staff meetings with ASWS and then by ASWS with county staff during county staff meetings.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 31d.1 | Monthly distribution of regional and county data and reports distributed to RD to monitor progress within the region in reaching goals and desired outcomes | February 2006 and on-going | ? | See Attachment 31d.1 |

31e Implement reporting system to track improvements in practice based on targeted MACWIS Reports for the ASWS and RD to provide feedback about improvements.

**STATUS:** Forms have been developed as part of the RAP – a monthly reporting form for ASWS and a quarterly reporting form for RD. The Regional Directors and Supervisors in 7 of the 9 Regions have been trained on using the monthly and quarterly reporting forms. The remaining 2 Regions (6 North and 6 South) have not been trained due to Hurricane Katrina. It is now anticipated that the training will be completed by December 2005.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 31e.1 | Develop ASWS monthly and RD quarterly progress improvement reports | May 2005 | May 2005 | See Attachment 1i.1 |
| 31e.2 | Train RD and ASWS on reporting | February 2006 | February 2006 | See Attachment |

**Item 33: The State provides on-going training for staff that addressed the skills and knowledge base needed to carry out their duties with regard to the services included in the CFSP**

**Goal:** On-going training system developed and implemented for DFCS staff statewide by March 2008.
**Goal Benchmark:** On-going Training Curricula implemented and first full round of training completed; Training needs survey developed for distribution to staff to help in determining additional training and/or on-going training needs for caseworker and supervisory training by April 2007.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2005 | |
| 2nd | July – September 2005 | |
| 3rd | October-December 2005 | |
| 4th | January – March 2006 | |

**Progress toward Goal:**

**Action Steps:**
33a. Utilize technical assistance from the NCWRCFCPPP to provide recommendations for policy, practice, and training related to FCP, FTM, and CC to improve family engagement in decision-making, assessment and case planning.
**STATUS:** NRC recommendations incorporated into policy and practice changes for FCP, FTM and family centered CC.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33a.1 | Request TA through ACF RO and coordinate TA with NRC | January 2005 | ? | See Attachment |
| 33a.2 | Initiate conference calls and develop plan for TA | March 2005 | ? | See Attachment |
| 33a.3 | Initiate on-site training and technical assistance at the CWTI Annual Conference | February 2005 | ? | See Attachment |
| 33a.4 | Incorporate NRC recommendations into policy and practice changes for FCP, FTM, and CC | Policy, training curricula and practice guides completed = July 2005 | August 2005 | See Attachment 1f.1 |
| | | FCP, FTM, CC training completed and practice guides released = April 2006 | **April 2006** | See Attachment |

33b. Utilize technical assistance from the NCWRCCPS to provide recommendations for improvement to policy, practice and training for intake, screening, and investigation response and to develop training statewide.
**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33b.1 | Request TA through ACF RO and coordinate TA with NRC | January 2005 | ? | See Attachment |
| 33b.2 | Initiate conference calls and develop plan for TA | March 2005 | ? | See Attachment |
| 33b.3 | Initiate on-site training and technical assistance at the CWTI Annual Conference | February 2005 | ? | |

33c. Develop and implement Level 2 on-going training curricula and concise practice guides based on the three skill areas of Assessment, Case Planning and Family/Community Engagement in coordination with policy revisions.

**STATUS:** Completed (item 33c.12). Train-the-trainers training was postponed due to Hurricane Katrina. The training has been rescheduled for December 2005. Training materials and concise practice guides have been completed. Still working on item 33c.1.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33c.8 | (Family & Community Engagement) Curricula, Concise Practice Guide, and TOT materials for Family & Community Engagement including FTM & CC and working with community groups, in coordination with policy revisions | Developed July 2005 | August 2005 | See Attachment 1f.1 |
| 33c.9 | Train the Trainers completed | December 2005 | December 2005 | See Attachment |
| 33c.10 | RD and training staff partners to provide drill down training for ASWS and county staff per region | Training Completed = April 2006 | Training Completed = April 2006 | See Attachment |
| 33c.12 | Utilize evaluation summary results from on-going training evaluation to continuously inform and identify staff training needs; to upgrade existing curricula; to improve trainings; and for annual planning | May 2005 | June 2005 | See Attachment 33c.12 |

33d. Coordinate with IV-E CWTI to provide on-going training curricula for specialized areas including substance abuse, domestic violence, working with the courts and other targeted areas.

**STATUS:** Regional based training has been implemented and completed by CWTI, and the training evaluations have also been completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33d.1 | CWTI will implement through regionally based colleges or universities for regionally based training sessions | June 2005 | June 2005 | See Attachment 4b.2 |
| 33d.2 | CWTI Training evaluation results submitted | July 2005 | July 2005 | See Attachment 4b.2 |

33e. Develop and implement Level I Intensive supervisory curricula for all new supervisors.

**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33e.1 | Establish Supervisory Training Workgroup to develop supervisory training system | August 2005 | September 2005 | See Attachment 33e.1 |
| 33e.2 | Access T/TA to assist workgroup in the evaluation of existing supervisory training curricula and the development of a Supervisory training system | Initiated T/TA = May 2006 | ? | See Attachment 33e.2 |

33g. Make the Training Schedule easily accessible to field.
**STATUS:** Schedule has been posted on the MACWIS website, allowing for easy access by the field staff.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33g.1 | Schedule posted on MACWIS website | June 2005 | November 2005 | See Attachment 33g.1 |
| 33g.2 | DFCS Master training Schedule revised and updated | March 2006 | March 2006 | See Attachment 33g.2 |

33h. Re-structure the Volume IV policy manual by separating practice and policy and developing a useable policy manual and corresponding practice guides that are consistent with training.
**STATUS:** Pending. The existing policy has been separated into Policy and Practice. Technical assistance has been utilized to assist with the development of policy, as well as the on-going training system and the concise practice guides. Still working on all other items.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33h.1 | Coordinate technical assistance from NRCFCPP and NRCCPS to assist with the development of policy in coordination with the on-going training system and concise practice guides | Initiated = January 2005 | ? | See Attachment |
| 33h.2 | Separate existing Policy and Practice in preparation for policy work | February 2005 | February 2005 | See Attachment 33h.2 |
| 33h.3 | Practice and Policy Workgroup and committees to develop recommendations for policy revisions targeting the areas of assessment, case planning and family/community engagement and submit to Policy Lead and Practice Lead. | Family Engagement = September 2006<br><br>Intake, Screening and Response = September 2006<br><br>Assessment = September 2006<br><br>Case Planning = September 2006 | ? | See Attachment |

**Item 34: The State provides training for current and prospective Foster parents, adoptive parents, and staff of State licensed or approved facilities.**

**Goal:** State will have a system for on-going training for licensed foster homes, relatives and adoptive parents by March 2008.
**Goal Benchmark:** State will have implemented revised pre-service training curricula for prospective foster parents, adoptive parents, and relatives by March 2007.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|------------------------|
| 1st | April-June 2005 | |
| 2nd | July – September 2005 | |
| 3rd | October-December 2005 | |
| 4th | January – March 2006 | |

**Progress toward Goal:**

**Action Steps:**
34b. Coordinate with IV-E CWTI to develop and implement on-going training for foster and adoptive parents for identified specialized areas.
**STATUS:** Completed

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 34b.1 | CWTI implemented through regionally based training sessions | Completed = June 2005 | June 2005 | See Attachment 34b.1 |
| 34b.2 | Training evaluation results submitted | July 2005 | July 2005 | See Attachment 34b.2 |

34c. Access T/TA from the national Child Welfare Resource for Special Needs Adoption and the NCWRCFCPPP to enhance the current pre-service training curricula to address the roles of foster and adoptive families in working as team members and based on programmatic changes to policy and practice.
**STATUS:** The PATHS Curriculum has been revised and distributed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 34c.1 | T/TA to review and enhance PATHS curriculum based on dual certification and foster/adopt families role as team members with DFCS and working with birth families. | August 2006 | September 2006 | See Attachment 6e.1 |

## SYSTEMIC FACTOR: SERVICE ARRAY

**Item 35:  The State has in place an array of services that assess the strengths and needs of children and families to determine service needs and to address identified needs**

**Goal:** Increase targeted state level collaborative efforts and partnerships to improve coordination and access to existing services statewide by March 2008.
**Goal Benchmark:** Targeted Partners identified and written agreements developed by March 2007.

| Quarter | Timeframe | Measurement of Progress |
|---------|-----------|-------------------------|
| 1st | April-June 2005 | |
| 2nd | July – September 2005 | |
| 3rd | October-December 2005 | |
| 4th | January – March 2006 | |

**Progress toward Goal:**

**Action Steps:**
35a. In partnership with the Dept of MH research feasibility of expanding MAP Teams and developing consistent protocol for family involvement.
**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35a.1 | Model MAP Team identified | August 2006 | ? | See Attachment |
| 35a.2 | Research for funding conducted as a collaborative effort between MDHS and MDMH for MAP Team expansion. | August 2006 | ? | See Attachment |
| 35a.3 | Partner with MDMH to determine feasibility of expanding MAP Teams. | September 2006 | ? | See Attachment |

35b. Expand CJA Multi-disciplinary Teams to all counties and replicate effective models on a statewide basis.

**STATUS:** Currently there are 78 Mississippi counties out of 82 with MDTs (95.0%). One problem with meeting our goal has been that when contact is made to start a new county, one of the counties that was working starts to flounder and needs to be re-established. This may happen for any number of reasons, such as a current vacancy in the area, lack of participation by one of the MDT components, or internal strife. The efforts of the MDT coordinators are prioritized, and the best use of resources has been for the coordinators to make every effort to keep the current county MDTs going.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35b.1 | Identify counties with MDTs | April 2005 | April 2005 | See Attachment 35b.1,2,2,3,4 |
| 35b.3 | Statewide protocol for MDTs developed | May 2005 | May 2005 | See Attachment 35b.1,2,2,3,4 |

35c. Improve the effectiveness and the impact of Project Homestead County Task Forces on the community to improve local service array and delivery of services.

**STATUS:** Programmatic evaluation has been completed.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35c.1 | Programmatic evaluation of effectiveness of existing Project Homestead County Task Forces | August 2005 | September 2005 | See Attachment 35c.1 |

35d. Stabilize and support the existing Project Homestead Network Coordinators.

**STATUS:** Items have been completed and put into place to help stabilize and support the existing Project Homestead Coordinators.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35d.1 | Programmatic assessment completed to determine methods to stabilize and support 7 Network coordinators for Project Homestead | May 2005 | May 2005 | See Attachment 35d.1 |

DHS
146645

64

35e. Enhance and expand foster and adoptive parent support groups and services.
**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35e.1 | Current active foster and adoptive parent support groups and providers of support services identified statewide | June 2006 | ? | See Attachment |
| 35e.3 | Licensure and Adoption staff will partner with Adopt US Kids, foster & adoptive families and service providers to target areas of the state without access to a support group and plan efforts to expand coverage as part of the targeted Statewide Recruitment and Retention Plan. | Quarterly Report = July 2006 | ? | See Attachment |
| 35e.4 | Provide T/TA to support groups and service providers on how to develop support services for foster and adoptive families through collaborative efforts and partnerships with local community stakeholders. | July 2006 | ? | See Attachment |

35f. Engage current foster and adoptive parent support groups and service providers to provide technical assistance to newly created support groups or foster and adoptive parents interested in starting groups.
**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 33f.1 | "Interest Survey" developed to identify interested groups or service providers | January 2006 | ? | See Attachment 33f.1 |
| 33f.2 | Survey disseminated to Foster/Adoptive parent and service providers | March 2006 | ? | See Attachment |
| 33f.3 | Results of survey compiled to determine the interest level for a foster/adoptive parent support groups and service providers | May 2006 | ? | See Attachment |

35g. Offer workshop provided by members of effective Foster and Adoptive Parent Support Groups at the Annual Lookin' to the Future Conference.
**STATUS:** Workshop was held at the Annual Lookin' to the Future Conference in June. Substantiation materials submitted for the first quarter report were considered to be unacceptable. Revised substantiation materials have been developed for submission.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35g.1 | Agreement from Lookin' to the Future Conference Planning Committee to add workshop to conference agenda | March 2005 | **October 2005** | See Attachment 35g.1 |
| 35g.2 | Support provided to presenters to develop training presentation and materials for workshop | May 2005 | **October 2005** | See Attachment 35g.2 |
| 35g.3 | Workshop provided | July 2005 | **July 2005** | See Attachment 35g.3 |

35h. Research available technical assistance and resource materials available for Foster/Adoptive Parents interested in establishing a Statewide or Regional Foster or Adoptive Parent Association.

**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35h.1 | Research completed | August 2005 | August 2005 | See Attachment 35h.1 |

35i. Establish more collaborative efforts and partnerships between local DFCS offices and available Families First Resource Centers and other community-based providers funded through MDHS.

**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35i.1 | Listing of all available community-based services funded through MDHS developed | August 2005 | August 2005 | See Attachment 35i.1 |
| 35i.2 | List distributed to all regions, ASWS, counties and field staff | April 2005 | August 2005 | See Attachment 35i.2 |

35j. RD and ASWS develop community relationships and support MDHS service providers and other community based groups such as Project Homestead County Task Forces and parent support groups.

**STATUS:** Weekly Significant Activities submitted for the second quarter reporting period.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35j.1 | Improved utilization of MDHS providers by agency staff and clients | May 2005 and on-going | ? | |
| 35j.2 | Evaluation of quality of services by RD and ASWS by April of each grant period | May 2005and then annually<br><br>May 2006<br><br>May 2007 | June 2005<br><br>July 2006 | See Attachment 35j.2<br><br>See Attachment 35j.2 |
| 35j.3 | Improved visibility of DFCS staff support for service providers and community based groups | May 2005 and then on-going<br><br>September 2005<br><br>June 2006 | June 2005<br><br>September 2005<br><br>June 2006 | See Attachment 35j.3<br><br>See Attachment 35j.3<br><br>See Attachment 35j.3 |

35k. Continue DFCS participation with the Interagency Coordinating Council for Children and Youth (ICCCY) and the Interagency Systems of Care Council (ISCC) to address and improve mental health services to SED (seriously emotionally disturbed) children and youth. ICCCY meets biannually and is comprised of the executive directors of all agencies who provide services to children and is mandated by state legislation. ISCC meets quarterly and is comprised of middle managers from each of the mandated ICCCY agencies. ISCC develops priorities and strategy plans for ICCCY approval regarding coordination and collaboration among the agencies.

**STATUS:**

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35k.1 | Continue to attend all ICCCY biannual meetings to have input into priorities and strategies to improve coordination among agencies | Biannual = December 2005<br><br>June 2006<br><br>December 2006 | December 2005 | See Attachment 23d.1 |
| 35k.2 | Actively participate in quarterly ISCC meetings with middle managers from other agencies to develop priorities and strategies to submit to ICCCY for improved coordination and collaboration efforts among the agencies | Quarterly – November 2005<br><br>February 2006 and on-going | November 2005<br><br>February 2006 | See Attachment 35k.2 |

35l. Conduct a needs assessment in Harrison, Hancock and Jackson counties.
**STATUS:** Needs assessment completed for Harrison, Hancock and Jackson Counties.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35l.1 | Request assistance of appropriate NCWRCs to assist with needs assessment | March 2006 | March 2006 | See Attachment 1L.1 |
| 35l.2 | Conduct initial planning meeting with NCWRCs | April 2006 | April 2006 | See Attachment 1L.1 |
| 35l.3 | Utilize MACWIS Reports to review data and compare to area and state prior to Hurricane Katrina | May 2006 | May 2006 | See Attachment 1L.1 |
| 35l.4 | Utilize the T/TA of the NCWROCI, NCWRCCPP, and the NCRC on data technology in conjunction with the Mississippi Children's Home Society to conduct a stakeholders meeting of both internal and external stakeholders to evaluate the current status of affected coastal counties | June 2006 | May 2006 | See Attachment 1L.1 |
| 35l.5 | Develop a formalized needs assessment. | July 2006 | July 2006 | See Attachment 1L.1 |

35m. Development of a Coastal Recovery Plan.
**STATUS:** Recommendations made and submitted to DFCS State Office.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35m.1 | Recommendations for a Coastal Recovery Plan submitted by the National Child resource Center. | September 2006 | October 2006 | See Attachment 1m.1 |

35o. Hancock County will assess current community resources to assist in identifying areas of concern and the programs available for families at risk.
**STATUS:** Current Community Resources identified in Hancock County.

| ITEM | BENCHMARK | PROJECTED DATE | DATE COMPLETED | ATTACHMENT |
|------|-----------|----------------|----------------|------------|
| 35o.1 | Identify programs and community resources that are operating and providing services | June 2006 | June 2006 | See Attachment 3g.1 |
| 35o.2 | Coordinate meeting to review existing services available for families. | July 2006 | October 2006 | See Attachment 3g.1 |
| 35o.3 | Partner with Coastal community resources to explore alternative solutions for safety concerns, such as schools and/or after school programs purchasing washers/dryers to wash clothes in lieu of reporting children who are living in FEMA trailers who appear to be unkempt or dirty. | September 2006 | October 2006 | See Attachment 3g.1 |

**Renegotiated Systemic Matrix (Effective April 1, 2006)  Submitted October 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| Systemic Factor: Statewide Information System | X | | | | | | | | | | |
| Item 24:  State is operating a statewide system that can readily identify the status, demographic characteristics, location and goals for the placement of every child | X | | Item 24 Goal: Increase the utilization of MACWIS by caseworkers entering data timely and appropriately to improve quality of the reports.

Source: Targeted MACWIS Reports | | Item 24 Goal Lead: MACWIS Administrator

PIP Coordinator | Item 24 Benchmark: Increase the utilization of MACWIS by caseworkers entering data timely and appropriately to improve the quality of reports.

Source: Targeted MACWIS Reports | Item 24 Method: The method of measuring improvement will be to monitor targeted data clean up projects on specific MACWIS reports and track data entry related to missing data elements and the reliability and accuracy of data reported. The Regional Directors will be responsible for the monitoring, and the reports will be: The Custody Contact Report, The Number of Children in Placements by Placement Type Report, The Number of Placements for Children in Active Custody Report, and the Stability of Foster Care Placements, Emergency Shelter Care Report. | March  2007 | | March 2008 | |

**Renegotiated Systemic Matrix (Effective April 1, 2006)  Submitted October 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| **Systemic Factors** | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 24a. Complete an assessment of MACWIS training and staff needs to improve worker utilization of the system. | Deputy Director of MACWIS, PIP and Special Projects | 24a.1 Utilize contractor to conduct assessment of MACWIS training and staff needs and based on findings make recommendations. | 24a.1 Assessment findings and recommendations | 24a1 March 2005 | 24a.1 **March 2005** | | |
| | | | | | | 24a.2 Integrate recommendations for improving utilization into MACWIS program work plan and implement. | 24a.2 Work Plan | 24a.2 April 2005 | 24a.2 **April 2005** | | |
| | | | | 24b. Survey all users to determine training needs and provide needed training to staff. | Deputy Director of MACWIS, PIP and Special Projects | 24b. 1 Survey developed to assess all users specific training needs | 24b.1 Survey | 24b.1 January 2005 | 24b.1 **January 2005** | | |
| | | | | | | 24b.2 Survey distributed to all DFCS staff users (MACWIS Administrator) | 24b.2 Memorandum Distribution List | 24b.2 January 2005 | 24b.2 **January 2005** | | |
| | | | | | | 24b.3 Survey results compiled and training needs identified (Bureau Director of Support) | 24b.3 Report of compiled results completed | 24b.3 March 2005 | 24b.3 **March 2005** | | |
| | | | | | | 24b.4 Integrate plans for MACWIS statewide training into Training Program Plan and implement | 24b.4 Approved Training Plan | 24b.4 May 2005 | 24b.4 **May 2005** | | |

DHS
146651

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 24b.5 MACWIS training to users focusing on identified training areas completed (Training Program and MACWIS) | 24b.5 Training records and evaluation | 24b.5 Training Completed = January 2007  Evaluation = July 2007 | 24b.5 | | |
| | | | | 24d. Incorporate all MACWIS related PIP strategies and action steps into MACWIS program work plan to manage system changes, prioritize and track progress on the PIP for quarterly reporting . | Bureau Director of MACWIS, PIP and Special Projects  MACWIS Unit | 24d.1 Develop MACWIS program work plan to include MACWIS strategies and action steps to manage system changes, to prioritize actions and to track progress for PIP quarterly reporting. | 24d.1 MACWIS program work plan | 24d.1 July 2006 | 24d.1 | | |
| | | | | | | 24d.2 Integrate strategies based on recommendations from assessment into MACWIS work plan. | 24d.2 MACWIS Program work plan | 24d.2 July 2006 | 24d.2 | | |
| | | | | | | 24d.3 Integrate MACWIS user acceptance testing into MACWIS work plan. | 24d.3 MACWIS Program work plan | 24d.3 July 2006 | 24d.3 | | |
| | | | | | | 24d.4 Evaluate progress with MACWIS work plan and report quarterly. | 24d.4 MACWIS Program Quarterly Report | 24d.4 October 2006 and on-going quarterly | 24d.4 | | |

DHS
146652

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | A | N/A | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Systemic Factors** | | | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 24e. Develop MACWIS Report based on "Family Team Meeting" narrative type to monitor the frequency of Family Team Meetings held within 30 days.

See Safety Action Step 1h. | Bureau Director of MACWIS

PIP Coordinator

MACWIS Unit | 24e.1 Develop MACWIS Report for ASWSs and RDs | 24e.1 MACWIS Report | 24e.1 July 2006 | 24e.1 | | |
| | | | | 24f. Utilize technical assistance from the NCWRCCPS and the NCWRCFCPPP to provide recommendations for improvement to safety and risk assessment policy, practice and assessment.

See Safety Action Step 4a. | Deputy Director of MACWIS, PIP and Special Projects

Protection Unit Director

Training Program Director

Placement Unit Director on Special Policy Assignment | 24f.1 Incorporate NRC and Workgroup recommendations into policy for safety and risk assessment. (Placement and Protection Unit Directors) | 24f.1 Revised Policy Concise practice Guide Training Curricula | 24f.1 September 2006 | 24f.1 | | |
| | | | | | | 24f.2 Incorporate recommendations from NRC and Workgroup into MACWIS for safety and risk assessment. (Deputy Director of MACWIS) | 24f.2 Release Notes and Screen Shots | 24f.2 December 2006 | 24f.2 | | |
| | | | | | | 24f.3 Implement recommendations from NRC and Workgroup as part of the statewide training and release practice guides. (Training Program Director) | 24f.3 Training completed statewide and practice guides with policy released

Training Evaluation Report | 24f.3 December 2006

Report = July 2007 | 24f.3 | | |

DHS
146653

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 24g. Ensure all children have correct placement data entered in MACWIS to improve validity of data to monitor placement stability and that all children in custody have a placement entry.<br><br>See Permanency Action Item 6a. | RD<br>ASWS | 24g.1<br>All children in custody have a current placement entered in MACWIS | 24g.1<br>MACWIS Missing Placement Report | 24g.1<br>May 2005 | 24g.1<br>May 2005 | | |
| | | | | 24i. Track use of shelter placements to reduce the inappropriate use of shelter placements and the length of stay in shelters.<br><br>See Permanency Action Item 6i. | Deputy Director of MACWIS, PIP and Special Projects<br><br>RD | 24i.1<br>Develop and implement MACWIS Shelter Report. (Administration Unit)<br><br>24i.2<br>RD and ASWS will monitor, track and review shelter placements monthly at staff meetings and develop regional procedures for approval of shelter placements for young children and stays beyond 45 days to reduce the inappropriate use of shelter placements. | 24i.1<br>MACWIS Shelter Report<br><br>24i.2<br>Staff Meeting records | 24i.1<br>Develop = March 2005<br><br>Implement = May 2005<br><br>24i.2<br>Implement = May 2005<br><br>Procedures = September 2005 | 24i.1<br>Developed March 2005<br><br>Implemented May 2005<br><br>24i.2<br>Implemented May 2005<br><br>Procedures = September 2005 | | |
| | | | | 24j. Build process in MACWIS to effectively link appropriate and available placement resources based on needs and assessment.<br><br>See Permanency Action Item 6j. | Deputy Director of MACWIS, PIP and Special Projects | 24j.1<br>MACWIS System Requirements Document Designed, Developed and Tested for implementation into MACWIS | 24j.1<br>MACWIS Work Plan | 24j.1<br>December 2006 | 24j.1 | | |

**Renegotiated Systemic Matrix (Effective April 1, 2006)  Submitted October 2006)**

| 1 Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 24j.2 Training provided to field staff | 24j.2 Training Schedule | 24j.2 January 2007 | 24j.2 | | |
| | | | | | | 24j.3 MACWIS Release Notes and Concise Guide posted on the MACWIS Website | 24j.3 MACWIS Release Notes and Concise Guide | 24j.3 January 2007 | 24j.3 | | |
| | | | | | | 24j.4 Process deployed in MACWIS | 24j.4 MACWIS screen shots | 24j.4 December 2006 | 24j.4 | | |
| | | | 24k. Build process in MACWIS to effectively link tasks to specified goals to improve and monitor progress in meeting the permanency plan.  See Permanency Action Item 7a | Deputy Director of MACWIS, PIP and Special Projects | 24k.1 MACWIS System Requirements Document Designed, Developed and Tested for implementation into MACWIS | 24k.1 MACWIS Work Plan | 24k.1 December 2006 | 24k.1 | | |
| | | | | | | 24k.2 Training provided to field staff | 24k.2 Training Schedule | 24k.2 January 2007 | 24k.2 | | |
| | | | | | | 24k.3 MACWIS Release Notes and Concise Guide posted on the MACWIS Website | 24k.3 MACWIS Release Notes and Concise Guide | 24k.3 January 2007 | 24k.3 | | |
| | | | | | | 24k.4 Process deployed in MACWIS | 24k.4 MACWIS screen shots | 24k.4 January 2007 | 24k.4 | | |
| | | | 24l. Develop and implement in MACWIS the Transitional Living Plan as a part of the Independent Living Program.  See Permanency Action Item 10b. | MACWIS Unit  Independent Living Program | 24l.1 MACWIS updated to include Transitional Living Plan | 24l.1 Transitional Living Plan | 24l.1 July 2006 | 24l.1 | | |

DHS
146655

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | 24m. Develop a regional approval process for placements more than 50 miles from child's original home to enforce existing policy. | RD ASWS MACWIS Unit | 24m.1 Regional procedures developed for approval in accordance with policy. | 24m.1 Written Regional procedures | 24m.1 July 2006 | 24m.1 | | |
| | | | | | | 24m.2 Revise Policy and Practice. | 24m.2 Revised policy and practice | 24m.2 September 2006 | 24m.2 | | |
| | | | | | | 24m.3 MACWIS report developed to provide region with data on children placed outside of county and region. | 24m.3 MACWIS Report | 24m.3 November 2006 | 24m.3 | | |
| | | | | 24n. Update MACWIS to include information necessary to track and monitor ICWA compliance. See Well-being Action Item 14c. | MACWIS Team | 24n.1 Revise MACWIS case narrative type to include ICWA contact and tribal contacts. | 24n.1 Code table change in MACWIS | 24n.1 April 2005 | 24n.1 April 2005 | | |
| | | | | | | 24n.2 Develop MACWIS report on ICWA and Native American Race data including % of open cases with ICWA contact and number of families with Native heritage. | 24n.2 MACWIS Report | 24n.2 August 2006 | 24n.2 | | |
| | | | | 24o. Build process in MACWIS to effectively link appropriate and available support services to meet the needs of families identified through the safety and risk assessment. See Well-being | Deputy Director of MACWIS, PIP and Special Projects | 24o.1 MACWIS System Requirements Document Designed, Developed and Tested for implementation into MACWIS | 24o.1 MACWIS Work Plan | 24o.1 December 2006 | 24o.1 | | |

**Renegotiated Systemic Matrix (Effective April 1, 2006)  Submitted October 2006)**

| 1 Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Systemic Factors** | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | Action Case Review Item 17a. | | 24o.2 Training provided to field staff | 24o.2 Training Schedule | 24o.2 January 2007 | 24o.2 | | |
| | | | | | | 24o.3 MACWIS Release Notes and Concise Guide posted on the MACWIS Website | 24o.3 MACWIS Release Notes and Concise Guide | 24o.3 January 2007 | 24o.3 | | |
| | | | | | | 24o.4 Process deployed in MACWIS | 24o.4 MACWIS screen shots | 24o.4 December 2006 | 24o.4 | | |
| | | | | 24p. Develop a MACWIS tickler to notify ASWS that a Permanency hearing must be scheduled. See Well-being Action Item 27a. | Bureau Director of MACWIS, PIP and Special Projects MACWIS Unit | 24p.1 Tickler in MACWIS production | 24p.1 Tickler notification – process completed | 24p.1 July 2006 | 24p.1 | | |
| | | | | 24q. Develop a report to track the status of an adoption case at various stages of the adoption process. See Well-being Action Case Review Item 28b. | Placement Unit Director Adoption Program Director | 24q.1 Report Developed | 24q.1 Adoption Tracking Report | 24q.1 May 2005 | 24q.1 May 2005 | | |
| | | | | 24r. Re-structure and implement the supervisory case review to include the assessment of practice on one in-home case per worker every 90 days. See Systemic Factor Item 31a. | Bureau Director of MACWIS PIP Coordinator Lead: Region I Regional Director Supervisory Review Committee | 24r.1 Narrative type added to MACWIS to include "Supervisory Administrative Review" | 24r.1 MACWIS Report and MACWIS Release Notes | 24r.1 July 2005 | 24r.1 July 2005 | | |

DHS
146657

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 24r.2 Develop MACWIS report to pull case review data pertaining to "Supervisory Administrative Review" type report | 24r.2 MACWIS Supervisory Report | 24r.2 December 2007 | 24r.2 | | |
| | | | | | | 24r.3 Supervisory Review Committee to revise MDHS – SS -408 Supervisory Administrative Review form to include in-home case information to be integrated into MACWIS | 24r.3 Revised Supervisory Administrative Review form for both in-home and custody cases | 24r.3 August 2005 | 24r.3 August 2005 | | |
| | | | | | | 24r.4 MACWIS System Requirements Document completed and shared with Supervisory Review Committee. | 24r.4 MACWIS System Requirements Document | 24r.4 June 2006 | 24r.4 | | |
| | | | | | | 24r.5 Change tickler from ISP due at 3 month to supervisory administrative review tickler to be sent to ASWS at two months and RD if not completed at 3 months to monitor supervisory reviews. | 24r.5 MACWIS Release note | 24r.5 March 2007 | 24r.5 | | |

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| 1 Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | 2 Goal/ Negotiated measure/ Percent of Improvement | 3 Action Steps | 4 Assignment (person/Unit responsible) | 5 Benchmarks Toward Achieving Goal | 6 Method of Measuring Improvement | 7 Benchmarks' Dates of Achievement | | 8 Goals of Achievement | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 24r.6 MACWIS System Requirements Documents designed, developed and tested for implementation in MACWIS. | 24r.6 MACWIS Work Plan | 24r.6 October 2006 | 24r.6 | | |
| | | | | | | 24r.7 Supervisory Administrative Review Concise Practice Guide Completed | 24r.7 Practice Guide | 24r.7 April 2007 | 24r.7 | | |
| | | | | | | 24r.8 Training provided to ASWS on Supervisory Case Review, Practice Guide & MACWIS. | 24r.8 Training records | 24r.8 May 2007 | 24r.8 | | |
| | | | | | | 24r.9 Release notes and concise practice guide posted on MACWIS website | 24r.9 MACWIS Release Notes and Practice Guide | 24r.9 May 2007 | 24r.9 | | |
| | | | | | | 24r.10 Supervisory Administrative Review deployed in MACWIS and implemented in practice. | 24r.10 MACWIS Screen Shots | 24r.10 December 2006 | 24r.10 | | |
| | | | | | | 24r.11 MACWIS report developed to pull case review data based on Supervisory Administrative Review. | 24r.11 MACWIS Supervisory Case Review Report | 24r.11 First Quarterly Report = December 2007 | 24r.11 | | |

DHS
146659

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006)**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| Systemic Factor: Case Review system | X | | | | | | | | | | |
| Item 25: Provides a process that ensures that each child has a case plan to be developed jointly with the child's parents and that includes the required provisions | X | | Item 25 Goal: Parents and children will be actively involved in case planning. | | Item 25 Goal Lead: Foster Care Review Program Supervisor | Item 25 Benchmark: The development and implementation of the revised Foster Care Case Review Instrument, and the Foster Care Review Quarterly Program Reports. | Item 25 Method: The method of measuring improvement will be through the Foster Care Case Review process, using the revised Foster Care Case Review Instrument and the Foster Care Review Quarterly Program Reports | March 2007 (Benchmark Achieved) | | March 2008 | |
| | | | | 25a. T/TA the NCWRCFCPPP to assist with policy and practice changes related to FCP, FTM and family engagement in case planning. | Placement Unit Director / Policy Training Program Director | 25a.1 Request TA through ACF RO and coordinate TA with NRC (Bureau Director) | 25a.1 ACF RO written approval and confirmation from NRC | 25a.1 January 2005 | 25a.1 January 2005 | | |
| | | | | | | 25a.2 Initiate conference calls and develop work plan for TA | 25a.2 TA Plan | 25a.2 February 2005 | 25a.2 February 2005 | | |
| | | | | | | 25a.3 Initiate on-site training and technical assistance at the CWTI Annual Conference (Director Protection Unit and Training Program) | 25a.3 CWTI Conference Agenda TA Report from NRC | 25a.3 February 2005 | 25a.3 February 2005 | | |

**Renegotiated Systemic Matrix (Effective April 1, 2006) Submitted October 2006**

| 1 | | | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Outcome or Systemic Factors and Item (S) contributing to Non-Conformity | | | Goal/ Negotiated measure/ Percent of Improvement | Action Steps | Assignment (person/Unit responsible) | Benchmarks Toward Achieving Goal | Method of Measuring Improvement | Benchmarks' Dates of Achievement | | Goals of Achievement | |
| Systemic Factors | A | N/A | | | | | | Projected: | Actual: | Projected: | Actual: |
| | | | | | | 25a.4 Incorporate NRC recommendations for FCP, FTM, and CC into training curricula and practice guide for statewide training. (Training Program Director) | 25a.4 Policy, Training Curricula and practice guides Completed | 25a.4 July 2005 | 25a.4 August 2005 | | |
| | | | | | | | FCP, FTM, CC training completed and practice guides released | April 2006 | April 2006 | | |
| | | | | | | 25a.5 Incorporate NRC recommendations into training curricula and practice guide for case planning. (Bureau Director) | 25a.5 Policy, Training Curricula and practice guides completed. | 25a.5 December 2006 | 25a.5 | | |
| | | | | | | | Case Planning training completed and practice guides released. | April 2007 | | | |
| | | | | | | | Evaluation Results | October 2007 | | | |