IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*,
For And On Behalf of All Others Similarly Situated                                        **PLAINTIFFS**

v.                                                                           CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR,
as Governor of the State of Mississippi, *et al.*                                         **DEFENDANTS**

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS NAMED PLAINTIFFS OLIVIA Y. AND CODY B.

Plaintiffs respectfully move for leave to file a sur-reply in further opposition to Defendants' Motion to Dismiss Named Plaintiffs Olivia Y. and Cody B.  Defendants' 12-page brief submitted as a reply in further support of their original two-page motion advances new legal authority and factual grounds purporting to justify their untimely and unsupported motion. Plaintiffs respectfully request the opportunity to address Defendants' new legal authority and arguments.  In support of Plaintiffs' motion for leave, Plaintiffs attach as Exhibit "A" herewith Plaintiffs' sur-reply.

Respectfully submitted, this 8th day of February, 2007.

/s Melody McAnally
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)

       618 Crescent Boulevard, Suite 103
       Ridgeland, MS  39157
       P. O. Box 3623
       Jackson, MS 39207
       Telephone:  (601) 607-4172

       Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
       Susan Lambiase (MBN 43992 *pro hac vice*)
       Eric E. Thompson (MBN 43993 *pro hac vice*)
       Shirim Nothenberg (MBN 43990 *pro hac vice*)
       CHILDREN'S RIGHTS
       330 Seventh Ave, 4th Floor
       New York, NY 10001
       Telephone:  (212) 683-2210

       John Lang (MBN 43987 *pro hac vice*)
       Christian Carbone (MBN 43986 *pro hac vice*)
       John Piskora (MBN 44474 *pro hac vice*)
       LOEB & LOEB LLP
       345 Park Avenue
       New York, NY 10154
       Telephone:  (212) 407-4000

       *PLAINTIFFS' COUNSEL*


## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Court using the ECF system, which sent notification of such filing to the following:

    Dewitt L.  ("Rusty") Fortenberry Jr., Esq.
    Barry C. Campbell, Esq.
    Kenya Key Rachal, Esq.
    Gretchen L. Zmitrovich, Esq.
    Ashley Tullos Young, Esq.
    BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
    428 I-55 North
    Meadowbrook Office Park
    Jackson, MS 39211
    (601) 351-2400

    Harold E. Pizzetta, III, Esq.
    Assistant Attorney General
    General Civil Division

       Carroll Gartin Justice Building
       430 High Street
       Jackson, Mississippi  39201

*Attorneys for Defendants Haley Barbour, et al.*

                                            /s Melody McAnally_____