

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                         PLAINTIFFS

VS.               FILE COPY       CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, *et al.*                DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE CASE MANAGEMENT ORDER

The Court has considered the Plaintiffs' Motion to Modify the Case Management Order and finds same to be well taken under the facts and circumstances presented in said motion.

IT IS, THEREFORE, ORDERED that the motion is **granted**, and the Case Management Order filed June 17, 2004 is hereby amended to state that liability and damages will be bifurcated.

ORDERED, this the 6th day of July, 2004.

                                           S/ *Alfred G. Nicols, Jr.*

                                           UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 8**