# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JAMES D. JOHNSON, as next friend to
Olivia Y.; CARLA LEWIS, as next friend
to Jamison J. and SYLVIA FORSTER, as
next friend to Desiree, Renee, Tyson and
Monique P.

**PLAINTIFFS**

VS.

**CIVIL ACTION NO. 3:04CV251LN**

HALEY BARBOUR; DONALD TAYLOR,
as Executive Director of the Department of
Human Services and BILLY MANGOLD,
as Director of the Division of Family and
Children's Services

**DEFENDANTS**

## ORDER

This matter came before the court on the Plaintiffs' Motion for Revised Case Management Order and the Defendants' Motion for New Case Management Plan Order, both of which seek a revision of all of the deadlines in this matter commensurate with the stays that have been ordered in the aftermath of Hurricane Katrina. The court finds that the Motions have merit and should be granted.

IT IS, THEREFORE, ORDERED that the Plaintiffs' Motion for Revised Case Management Order and the Defendants' Motion for New Case Management Plan Order are hereby **granted,** and the Case Management Plan Order previously entered in this matter is hereby amended, as follows:

1. The trial of this matter will be held on the trial calendar that begins on August 7, 2006, and ends on August 18, 2006.

2. The pretrial conference will be held on July 17, 2006.

3. Discovery shall be completed by April 17, 2006.


EXHIBIT 1

4. The Plaintiff shall designate experts by February 7, 2006.

5. The Defendant shall designate experts by March 31, 2006.

6. The deadline for submitting motions, other than motions *in limine*, is May 1, 2006.

IT IS SO ORDERED, this the 17th day of January, 2006.

_____s/Alfred G. Nicols, Jr._____
UNITED STATES MAGISTRATE JUDGE

2