IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 2 2004
J.T. NOBLIN, CLERK
BY_____ DEPUTY

OLIVIA Y., *et al.*                                           PLAINTIFFS

VS.                    FILE COPY        CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, *et al.*                                       DEFENDANTS

## ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE CASE MANAGEMENT ORDER

The Court has considered the Plaintiffs' Motion to Modify the Case Management Order and finds same to be well taken under the facts and circumstances presented in said motion.

IT IS, THEREFORE, ORDERED that the motion is **granted**, and the Case Management Order filed June 17, 2004 is hereby amended to state that liability and damages will be bifurcated.

ORDERED, this the 6th day of July, 2004.

S/*Alfred G. Nicols, Jr.*

_____
UNITED STATES MAGISTRATE JUDGE


EXHIBIT 3