Appendix D

**Q 4:  Describe how you develop Individual Service Plans.**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations



Appendix D

**Q 5: What barriers exist that prevent or delay the provision of identified services for children and families?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 6: To what extent is concurrent planning practiced?  If it is not practice, why not?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 7:  What can DFCS do to more consistently achieve safe and timely permanency for children?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 8: From your perspective, are caseloads too high?  If so, what factors do you believe influence high caseloads?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 9: What additional supports would be useful to you in carrying out your job?**

| Summary/Key Points | Notable Quotes |
|---|---|
| | |

Comments/Observations

Appendix D

**Mississippi Department of Human Services
Division of Family and Children Services**

*Focus Group Questions and Reporting Form*
**Area Social Work Supervisors**

Focus Group Information

| | |
|---|---|
| Date of Focus Group | |
| Location of Focus Group | |
| Number and Description of Participants | |
| Facilitator | |
| Recorder | |

**Responses to Questions**

**Q 1: Describe your role in the supervision of caseworkers.**

| Summary/Key Points | Notable Quotes |
|---|---|
| | |

Comments/Observations

| |
|---|

Appendix D

## Q 2: What barriers exist in the recruitment and retention of staff?

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 3: From your perspective, are caseloads too high? If so, what factors are responsible?**

| Summary/Key Points | Notable Quotes |
|---|---|
| | |

Comments/Observations

Appendix D

**Q 4: How are service needs of children and families determined?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 5: What barriers exist that prevent or delay the provision of identified services for children and families?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 6: What can DFCS do to more consistently achieve safe and timely permanency for children in out-of-home care?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**Q 7: What additional supports would be useful to you in carrying out your job?**

| Summary/Key Points | Notable Quotes |
|---|---|
|  |  |

Comments/Observations

Appendix D

**3.0 Administrative Supports**[*]

3.1     Describe the supports, including data and management tools, that you receive from the state office?

3.2     What supports, including data and management tools from the state office would be useful to you in carrying out your job?

3.3     What would you describe as agency strengths?

3.4     What would you describe as areas of need?

Thank you for taking the time to discuss these issues.

---

[*] An administrative support refers to assistance and guidance to Regional Offices by the State Office.

Appendix E

CONSULTANT VITAS

Appendix E

## CURRICULUM VITA
December 2005

| | |
|---|---|
| **Name:** | Sue Duvall Steib |
| **Address:** | 25125 Bickham Road<br>Jackson, Louisiana 70748 |
| **Phone:** | (225) 654-9347 |
| **Current Position:** | Director, Research to Practice<br>Child Welfare League of America<br>440 First Street NW, Third Floor<br>Washington, DC 20001 |

### Education

Ph.D.:  Social Work: Social policy and research; Minor: Educational Research
Louisiana State University, 2001

MSW:    Major: Administration; community organization
Louisiana State University, 1983.

BA:    Major: Sociology
Louisiana State University, 1970.

### Licensure & Certifications

- Licensed Clinical Social Worker, License #2227
- Board Approved Supervisor, Louisiana Board of Certified Social Work Examiners
- Academy of Certified Social Workers

### Professional Affiliations, Appointments & Awards

- Catholic Community Services Adoption Advisory Board, Baton Rouge, Louisiana, 2001-2004
- Distinguished Alumni Award, Louisiana State University School of Social Work, 2004
- Louisiana Law Institute, Children's Code Advisory Committee, 2000 to present
- Louisiana Children's Cabinet, Comprehensive Planning Advisory Committee, 1999-2000
- National Association of Social Workers
- Society for Social Work and Research

90

Appendix E

**Sue D. Steib, page 2**

**Professional Experience**

**Child Welfare League of America**

September 2001 to present
Director of Research to Practice

CWLA's Research to Practice (R2P) initiative endeavors to bridge the gap between the research and practice communities by conducting systematic reviews of the empirical literature across the broad spectrum of child welfare and related fields, and synthesizing this information, along with its implications for practice and policy, into a format easily accessed by practice professionals.  R2P prepares annotated bibliographies and research briefs on key topics related to child welfare practice, conducts workshops on evidence-based practices at the conferences of CWLA and other human services organizations throughout the country, and provides on-site consultation and technical assistance to agencies undertaking evidence-based practice change.

**Louisiana Department of Social Services, Office of Community Services:**

Child Welfare Program Director
November, 1997 to September, 2001

Responsible for direction of planning, budgeting, resource and policy development, for the public child welfare programs in Louisiana. Served as primary legislative liaison for the agency in child welfare program issues. Supervised the administrators of the child protection, family services, foster care, and adoption programs who, along with 14 subordinate professional staff, provided functional supervision to approximately 1100 caseworkers, supervisors, and regional level staff throughout the state.

Administrator, Foster Care and Adoption
May 1991 to November, 1997

Responsible for the planning and management of a budget of over $60,000,000 annually, policy and program development. Duties included negotiation and management of contracts, coordination with other public and private agencies, provision of clinical consultation to field staff in exceptionally difficult cases, and review and analysis of legislation affecting services to children and families.  Directly supervised three support staff and six masters level social workers assigned to program management.

Appendix E

**Sue D. Steib, page 3**

<u>Administrator, Child Protection and Family Services</u>
February, 1987 to May, 1991

Responsible for the planning and management of a budget of approximately $9,000,000 and development of programs, policy, and resources. Duties included negotiation and monitoring of contracts with private service providers, provision of clinical consultation in referred cases, provision of input concerning legislation, coordination with other public and private agencies. Supervised a staff of five masters level social workers assigned to program management and two support staff.

<u>Social Services Supervisor</u>
May, 1980 to February, 1987

Supervised casework staff (bachelors and masters level) providing assessment, counseling and case management services to families to address issues of child maltreatment and family conflict and in placement decision making and attainment of permanency for children in foster care. Included direct counseling with families in problem solving and case planning, relinquishment of parental rights, dependency and child custody and permanency issues. Work with the legal system included preparation of cases and provision of testimony in matters of child custody, placement, development of permanent plans for children in foster care, and termination of parental rights.

<u>Caseworker</u>
August,1970 to May,1980

Provided casework services to children and families in child protection, child welfare home-based services, foster care, and adoption.

**<u>Presentations & Publications</u>**

*Presentations in Evidence-Based Practice:*

*Strengths-Based, Family-Centered Practice: Applying the Evidence.* Child Welfare Professional Development Academy, Norfolk State University, Norfolk, VA., December, 13-14, 2005.

The Child Welfare Workforce: What Research Does (and Doesn't) Tell Us About Recruitment and Retention. Child Welfare Workforce Development and Workplace Enhancement Institute: Knowledge Development and Application, U.S. Children's Bureau, Arlington, VA, October 24, 2005.

Appendix E

**Sue D. Steib, page 4**

*Effective Interventions in Child Maltreatment.* American Professional Society on the Abuse of Children, National Colloquium, New Orleans, LA., June 17, 2005.

*Chronic Neglect: Leveraging What We Know to Keep Children Safe.* National Conference on Child Abuse & Neglect, Boston, MA, April 20, 2005..

*Evidence-Based Practice: What is it and What Does it Really Mean for Agencies and Practitioners?* Child Welfare League of America National Conference, Washington, DC, March 11, 2005.

*Using What We Know: Making Research Work for Kids & Families.* Child Welfare League of America National Conference, February 28, 2004.

*Evidence-Based Practice Across the Continuum: Engagement & Assessment of Families.* Child Welfare League of America National Conference, Washington, DC, February 29, 2004.

*Evidence-Based Practice Across the Continuum: Working with Siblings.* Child Welfare League of America National Conference, Washington, DC, February 29, 2004..

*Bringing Research to Life in Child Welfare.* Workshop presentation at the Society for Social Work and Research National Conference, New Orleans, LA, January 19, 2004

*Using Evidence to Make Practice Decisions in Tough Times.* National Council of Juvenile and Family Court Judges National Symposium, Kansas City, MO, September 16, 2003.

*Child Safety: What the Evidence Supports.* National Conference on Child Abuse & Neglect, St. Louis, MO, April 1, 2003.

*What's So Special About Specialized Foster Care?* Foster Family Treatment Association's 16th Annual Conference, Chicago, Illinois, July 24, 2002.

*Exploring the Field: What is Research Saying About Workforce Issues?* CWLA Finding Better Ways Conference, St. Louis, Missouri, June 11, 2002.

*"Turning Research into Meaningful Programs and Practices for Children and Families".* Child Welfare League of America National Conference, Washington, DC, March 8, 2002.

*"Self-efficacy Correlates of Judicial Rating of Child Welfare Caseworker Performance".* Society for Social Work and Research, San Diego, California, January 18, 2002.

Appendix E

**Sue D. Steib, page 5**

*"Reframing Child Welfare and the Courts: A Statewide Study with Implications For Education and Practice".* Ellett, A. and Steib, S. Paper presented at The Annual Program Meeting of the Council on Social Work Education, New York City, N.Y., February, 28, 2000.

*"A Statewide Study of Child Welfare Practice and the Courts: Lessons Learned and Their Implications".* Ellett, A. and Steib, S. Paper presented at The Society for Social Work and Research Annual Conference, Charleston, S. C., January 30, 2000.

*Academic Journal Publications*

Blome, W.W. & Steib, S. (in press).  Strategies for empowering the child welfare administrator facing class action litigation. *Journal of Public Child Welfare.*

Blome, W.W. & Steib, S. (2004).  Whatever the problem, the answer is "evidence-based practice" – or is it?  *Child Welfare, 83*(6), 611-615.

Blome, W.W. & Steib, S. (2004).  Like musical chairs?  Become a child welfare worker. *Child Welfare, 83*(4),  381-384.

Ellett, A.S. & Steib, S. (2005).  Child welfare and the courts:  A statewide study with implications for professional education and practice. *Research in Social Work Practice, 15*(5), 339-352.

Steib, S. & Blome, W.W. (2004).  Fatal error: The missing ingredient in child welfare reform, part II.  *Child Welfare, 83*(1).

Steib, S. & Blome, W.W. (2003).  Fatal error: The missing ingredient in child welfare reform, part I.  *Child Welfare, 82*(6) , 747-750.

# Appendix E

**Charlene Ingram, MSW**
49 Aberdeen Drive
Erial, New Jersey 08081

## EDUCATION

| | | |
|---|---|---|
| **MSW** | 1974 | University of Pennsylvania, School of Social Work |
| **BA** | 1965 | Bennett College, Greensboro, North Carolina |

## EMPLOYMENT EXPERIENCE

1997 to present **Senior Consultant, Child Welfare League of America**, providing consultation and technical assistance to public agencies and governmental bodies in a broad range of child welfare program and management areas, specializing in review and analysis of program process and procedures. Project responsibilities have included:

Evaluation of child welfare systems; Alameda County, California, Board of Supervisors.

Development of child welfare practice standards; State of Pennsylvania Department of Public Welfare;

Technical assistance for Child and Family Service Review statewide assessment, Pennsylvania Department of Public Welfare,

Consultation to litigation team, Georgia Department of Family and Children Services

Review of child welfare programs, Westchester County, New York,

Technical assistance for kinship care policy development, Saskatchewan, Canada, Department of Social Services, Family and Youth Services Division

Review of child welfare policies and practice; Somerset County, Pennsylvania, Department of Social Services;

Training for county social services staff in preparation for implementation of New York's SACWIS system for Andersen Consulting;

Review of child protective service and practices in Montgomery County, Maryland, Department of Social Services;

Development of Kinship Care standards and practice materials for the Child Welfare League of America.

1995–1997 **Social Work Administrator**, Philadelphia Department of Human Services, Children and Youth Division. Plan and coordinate community and family foster home development activities to facilitate child welfare reform through the Family to Family Initiative (national effort supported by the Annie E Casey Foundation); lead responsibility for building collaborative partnerships with nine private child welfare service providers; project manager for funding to private providers implementing Family to Family reforms; chair the Family to Family Steering Committee made-up of private child welfare provider mid-level managers; administrative responsibility for a staff of eleven social workers and two supervisors.

95

# Appendix E

1990 - 94    Administered social service delivery to families through three supervisors and seventeen social workers whose responsibilities included the assessment and service planning for families experiencing child abuse and neglect issues.

Responsible for the administration of the in-house foster care program, which included the recruitment, and retention of foster families, training program development, and the monitoring of foster homes for regulatory compliance issues and family service plan requirements. Provided direction and guidance for three first line supervisors who oversaw the direct service provided to foster families by fifteen social workers.

Directed Juvenile Court related activities through two supervisors responsible for twelve social workers and two support staff. Formulated and coordinated court procedures with city solicitors and court personnel; trained new staff on court procedures and case responsibilities.

1981 - 90    **Social Work Supervisor**, Philadelphia Department of Human Services, Children and Youth Division. Coordinated Juvenile Court activities for social service staff; consulted with City Solicitors on Juvenile Court procedures; served as a liaison between Juvenile Court personnel and Department staff concerning problem issues. Supervised a unit of five social workers who performed assessment and planning for new cases.

1969 - 81    **Social Worker**, Philadelphia Department of Human Services, Children and Youth Division. Represented the agency at the Bar of Court in Delinquent and Dependent Courts; prepared referrals made by judges and probation officers; worked directly with children in foster care and their foster parents; executed initial intake of new families referred for services, investigated reports of abuse and neglect.

1967 - 79    **Mental Health Worker**, Philadelphia State Hospital. Screened patients for participation in a group program; designed and developed activity programs for chronic institutionalized patients, coordinated discharge planning with the social service department, conducted counseling groups.

**ORGANIZATIONS – AWARDS**

Nominated for the 1993 Greater Philadelphia First Public Management Award

**PUBLICATIONS**

Ingram, C. (1996). Kinship Care: From Last Resort to First Choice. Child Welfare, Vol. LXXXV (5) pp.

550-566