CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Attorney Marcia Robinson Lowry
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
10016

3:04CV251 TSL-JCS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 20 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

NIXIE    100    1    40    04/14/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201241391    *0565-09339-10-36



$00.390
Mailed From 39201
04/10/2007
US POSTAGE