

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Attorney Tara S. Crean
CHILDREN'S RIGHTS, INC.
404 Park Avenue South, 11th Floor
New York, NY 10016

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 2 3 2007
J.T. NOBLIN, CLERK
BY _____ DEPUTY

3:04cv251

RECEIVED
APR 2 3 2007
Clerk, U.S. District Court
Southern District of Miss.

NIXIE       100    1           40  04/17/07
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 39201241391        *1883-06433-17-29