IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL,
FOR AND ON BEHALF OF ALL
OTHER SIMILARLY SITUATED                                     PLAINTIFFS

VS.                                                          CIVIL ACTION NO. 3:04CV251

HALEY BARBOUR,
AS GOVERNOR OF THE STATE OF
MISSISSIPPI, ET AL                                           DEFENDANTS

## ORDER

It appearing that the parties have been unable to agree on a mediator to facilitate the development of a remedial plan as required by Section 4.D of the parties' Settlement Agreement, IT IS HEREBY ORDERED that Ruben V. Anderson is appointed as mediator.

ORDERED this the 3rd day of May, 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE