Re: 3:04cv251 LN

Striped of all right yet held accountable all others.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 7 2007
J T NOBLIN, CLERK
BY _____ DEPUTY

Jerelyn Jones
912 Eastview St
Jackson, MS 39203

601-969-6738
" 502-3221

Please excuse my spelling and handwriting

Thank you and have a Blessed day.

My concerns:
May 07, 07

May 07, 07

My name is Jerelyn Flowers Jones. I welcome this opportunity to express my concerns with the Department of Human Services Foster Care division of Family Children Services.

As of April 13 or some where around this date, my daughter (D Amber Jones) and 5 grandchildren Kyshia, Jaquae, Kertan, Iyanie and Marion Joe is in there custody.

April of 2007 a social worker came to investigate a anonymous call about the care of my daughter Jacquline Joe's children and made a statement of neglect. They assed the situation and told us that she would get us some and that she would be back. She came back with 4 care of co-workers and removed my family and stating the problem

was the condition of our home. And that we would be contacted later as to their decision concerning the children.

The allegation that was made to use was incorrect. Drug is part of this. My daughter is an addict, and I'm a recovering addict.

My children was court ordered to DHS & he was 7 month and no proof, no pictures, no written statement from other concern people. They all are healthy children. Our home is old and it did and still do need work on.

We ask for the help this save but nothing matter we ask for subject or places to get help for nothing happen.

My children was in a shelter together until I was told I had to sign an agreement

form. I did this. My daughter Amber was placed in Foster Care and been there since. I had done what they have ask of me except a drug test which I have to pay and to at Metro [Community?]. I am gonna submit my drug test results on Tuesday May 8 in Court.

My daughter is 9 years old, she has been moved 5 times. She has no school record received and [Anthea?] [Bell?] saying that she was in an accident. They deny how ever occur any attempt to get information though a lawyer, we never [received?] any [information for?] [Bayful?]. [May?] was admitted to [ventures?] and [came?] [thought?] out in us [County?] on medical [or?] without

3

my knowledge, her medical needs are not being met. Her glasses has not be[en] replace[d] all of this to me is neglect.

There is so much more I would like say in a written.

Please accept my letter of concern and try to read it best you can,

Thank you so much!

Jerelyn Jones

Jerelyn Jones
912 Eastview St
Jackson MS 39203
601 969-6738
Please, let me hear for you

Jerelyn Jones
912 Eastview St
Jackson MS 39203

RECEIVED
MAY -7 2007
Clerk, U.S. District Court
Southern District of Miss.

Mr JT Noblin Clerk
United State District Court of MS
United States Courthouse
245 E Capitol Street
Jackson MS 39201