SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -7 2007
J. T. NOBLIN, CLERK
BY _____ DEPUTY

3:04cv251

Teresa A Wells
381 Mill Pd Rd
Lamar MS 38642
901-489-2988
May-2-07

    I would like to be apart of this settlement. I was asked to care for two grandchildren by the Department of Human Service. Was told that they would get help me, by giving food stamps. I went to the office to apply not able to get food stamps.

    I was told I had to put my child father on child support to take care of state children. My child had nothing to do with the matter. I didn't ask them to care for mind, I asked on their behalf. I'm a single parent but had to care for two more children for them on a very small income. I cared for the children almost a year.

    I was promised that I would keep the children but returned to the same home. That's not good for the children returning into bad homes. I may not be qualified but I think it was unfair.

Teresa A. Wells

Teresa A. Wells
381 Mill Pd Rd
Lamar MS 38642

RECEIVED
MAY - 7 2007
Clerk, U.S. District Court
Southern District of Miss.

Document 403
Case 3:04-cv-00251-TSL-JCS

Mr. J. T. Noblin Clerk
United State District Court for the
Southern District of Mississippi
United State Courthouse
245 East Capitol Street
Jackson, Mississippi 39201