

We build trust.

May 3, 2007

Mr. J.T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, MS 39201

RE:   *Olivia Y.* Settlement

Dear Mr. Noblin:

*3:04cv 251 TSL-JCS*

    I am a general contractor from Gulfport, Mississippi and I am, and always have been, a strong advocate for children. I belong to an organization called Professionals Advocating for Children Together (P.A.C.T.). In regard to the above referenced, I understand that I have the right to write to you with any comments in this case. My comments pertain not only to the Foster Care System of our State but also to the Department of Children Services of DHS as a whole.

    I am concerned that Foster Care in South Mississippi is ineffective; but I am not qualified in determining what the fix needs to be. It simply amazes me how children are moved from one home to another, at a time when we are trying to provide them some semblance of a stable environment. There is absolutely no training for Foster Care families, no Supervision, no accountability and no expectations. Why is this?

    I have worked with P.A.C.T. for over seven years. We usually meet once a week, and each time we meet I am saddened and depressed by all that I hear about the abuse and neglect of children in our southern counties, and the problems associated with Children Services. We have painstakingly worked hard to improve the conditions in South Mississippi and across the State in regards to Children Services. After being involved for this period of time, I almost believe that the Department of Children Services exists in name only. From every direction, school nurses, Superintendents of Schools systems, teachers, law enforcement agencies, mental health departments, and organizations in the community that are there to fight abuse and neglect, no longer look to the Department of Children Services for help. The problems are massive.

*Mr. J.T. Noblin, Clerk*
*United States District Court*
*May 4, 2007*
*Page 2 of 2*

      For years P.A.C.T. has fought for the unbearable caseloads the department carries and the lack of personnel to do the job. Those that go into the department get no supervision. The training is inadequate, there is no Supervisor training, and there is no accountability to the system. Some cases are being investigated one or two years after being reported.

      I believe that my point could be better made if the Court would allow a few members of P.A.C.T. to come before them to voice our concerns. I want to help make things better for the children in our great State and I ask for your Help in finding a way to do that. Someday we all will be judged for what we didn't do and I want to go out fighting for what I know is good and right.

                                              Sincerely,

                                              H. Gordon Myrick, Jr.

P.O. Box 1479
Gulfport, MS 39502
Telephone: 228-864-9911



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY -7 2007
J.T. NOBLIN, CLERK
BY _____ DEPUTY

Mr. J.T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, MS  39201

**We build trust.**

H. Gordon Myrick, Inc.  ·  P.O. Box 1479  ·  Gulfport, Mississippi 39502