May 3 2007



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY - 8 2007
J T NOBLIN, CLERK
BY_____ DEPUTY

Dear Mr. Noblin,

3:04cv251

I would like to voice my objections to the settlement agreement, because the Defendants are not agreeing to admit to the truth and validity of the claims made against them. I believe the children in the system had their constitutional rights violated, I believe they had their rights as human beings violated. I would very much appreciate a chance to speak to the judge before the Court. This is what I would like to speak about. The fact that their constitutional rights were violated and on the remedial plan.

Jean Smith
332 Nunieyer Ln.
Lumberton MS. 39455
601-795-7160

Jean Smith
332 Niemeyer Ln
Lumberton Ms 39455

**RECEIVED**
MAY - 8 2007
Clerk, U.S District Court
Southern District of Miss.

Mr. J.T. Noblin, Clerk,
United States District Court
For the Southern District of Mississippi
United States Courthouse
245 East Capitol St,
Jackson MS 39201

HATTIESBURG MS 394
04 MAY 2007 PM 1 L

