SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 8 2007
J T NOBLIN, CLERK
BY_____ DEPUTY

To whom it may concern,

3:04cv251

My name is Annie Anderson, and I recently was a foster parent to my grandchildren. In June of 2005 my grandchildren was dropped off at my place of employment by their mother, but I told her to take them to my home were my daughter and son could watch them until I get off. But at the time I didn't know what was going on. I found out that a lot of things was going on that just wasn't right in her household and I think someone had made some complaints to the department of human services in Tunica County which at the time was her place of residents. I think the last time was when she left the children by themselves at home and one of her smaller children were playing on the phone and called 911. So a police officer showed up at their resident and no grown ups was there with them and I guess the police called DHS and they wanted to talk to their mother, but she refused. So she brought the

to me. So her case worker Andrea, who I can't remember her last name, came to my house and talked to the children and told me to keep all 5 children until further notice. She ask me if I want to keep the children and I said yes because I didn't want them separated. Only 3 of her children are my grandchildren, but I love them all the same. Their mother was going around saying I took her kids but I didn't. I asked her relatives if they wanted to keep them, but each one of them said no. So I took in my grandchildren and loved and took care of them the best way I could. The job I have didn't pay much, but I made ends meet. The only help I had was from Andrea, who made sure the kids had plenty of food to eat and clothes to wear. I thanked her because I don't know how I was going to make it. But my daughter and son was a big help. My oldest son is the father of my grandchildren. He helped as much as he could. The only help the state gave

me was giving me food stamps. But one of the social workers from Tunica county told me that I was going to get all the help I needed, but I got nothing. My daughter and sons helped me as much as they could but I felt the state should have helped as well. Times were hard, but by God grace I made it through. I had my grandchildren from June until a week before Christmas in December 2005. I don't know what went on or said but Andrea called me and told me that the children were back in her custody. I just want whats best for those children. I love them so much. The only problem I have is the state of Mississippi doesn't help foster parents at all. And I think thats wrong. So I hope this letter helps everyone understands that despite if you suppose to get help from the state doesn't mean you get help.

Thank you,
Annie Anderson

Annie Anderson
3609 Tom Flag Rd
Como, MS 38619

MEMPHIS TN 381
MAY 2007 PM 2 T

RECEIVED
MAY - 8 2007
Clerk, U.S. District Court
Southern District of Miss.

Mr. J.T. Noblin, Clerk
US District Court for the
Southern District of MS
US Courthouse
245 E Capitol St
Jackson, MS 39201