IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                                 PLAINTIFFS

v.                                                                              CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.         DEFENDANTS

## CONSENT ORDER

WHEREAS this Court appointed Reuben V. Anderson as mediator in this case pursuant to section 4.D of the parties' Settlement Agreement, this Court further ORDERS that:

This Court's August 5, 2004 Confidentiality Order shall extend to the mediator so as to allow Reuben V. Anderson to participate in complete and candid negotiations among the parties in this case.

DATED:_____       _____
                                                                UNITED STATES DISTRICT JUDGE

Consented to:

/s Eric Thompson_____
Eric E. Thompson (MBN 43993 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone:  (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry_____
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*