IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
**JACKSON DIVISION**

OLIVIA Y., et al.                                                                                   PLAINTIFFS


v.                                                                        CIVIL ACTION NO.  3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS


**CONSENT ORDER**

WHEREAS this Court appointed Reuben V. Anderson as mediator in this case pursuant

to section 4.D of the parties' Settlement Agreement, this Court further ORDERS that:

This Court's August 5, 2004 Confidentiality Order shall extend to the mediator so as to

allow Reuben V. Anderson to participate in complete and candid negotiations among the parties

in this case.

    DATED:  5/29/07                          /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE

Consented to:

/s Eric Thompson
Eric E. Thompson (MBN 43993 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone:  (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400

*Defendants' counsel*