IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL.                                                                                          PLAINTIFFS


V.                                                                       CIVIL ACTION NO.  3:04CV251


HALEY BARBOUR,
AS GOVERNOR OF THE STATE OF MISSISSIPPI, ET AL.                    DEFENDANTS


## AGREED ORDER

WHEREAS, while proceeding in good faith with mediation pursuant to the Stipulated Settlement Agreement approved by this Court on May 17, 2007, the parties request one additional week under section 4.E, or until July 9, 2007, to agree on an entity to monitor compliance with the detailed remedial plan being.  The Court, finding that the relief requested is well-taken and that the motion should be granted, HEREBY ORDERS AND ADJUDGES that the parties shall be granted one additional week, or until July 9, 2007, to agree on an entity to monitor compliance with the detailed plan as provided for in section 4.E. of the Agreement.

SO ORDERED this the 15th day of June, 2007.

/s/ TOM  S. LEE
UNITED STATES DISTRICT JUDGE

Agree To By:

/s Eric Thompson
Eric E. Thompson (MBN 43993 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone: (212) 683-2210
*Plaintiffs' Counsel*

/s Rusty Fortenberry
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' Counsel*