PLEASE ALSO NOTE THAT THIS CASE AND THIS HEARING DO NOT CONCERN ANY INDIVIDUAL CHILD'S CASE, OR ANY CASE INVOLVING THE PARENTS OF CHILDREN IN DHS CUSTODY. THIS CASE AND THE MAY 17, 2007 HEARING CONCERN ONLY THE MISSISSIPPI FOSTER CARE SYSTEM AS A WHOLE.

III. How to Obtain Copies of the *Olivia Y.* Settlement Agreement or More Information About the Case

If you would like a copy of the settlement agreement, it is available on the Mississippi DHS website at www.mdhs.state.ms.us. If you do not own a computer, you can access one at many local libraries. If a computer is not available, a copy of the settlement agreement may be obtained by contacting Plaintiffs' counsel, Children's Rights, toll-free at (888) 283-2210 or Kate McMillan at DHS at (601) 359-4500.

Any class member or legal representative of a class member who has questions about the settlement agreement or would like more information about the lawsuit may contact attorneys Eric Thompson or Shirim Nothenberg. These attorneys work for Children's Rights and represent the Plaintiff Class. They can be reached toll-free at (888) 283-2210.

You may also review the materials that have been filed with the Court in this case, except those filed under seal, by going to the Office of the Clerk of the United States District Court for the Southern District of Mississippi (Jackson Division) at the James O. Eastland United States Courthouse, 245 Capitol Street, Jackson, Mississippi. The Clerk's Office is open on business days from 9:00 a.m. to 4:00 p.m. To review materials in the public record in the *Olivia Y.* case, refer to Civil Action Number 3:04CV251.

IV. How to Submit Objections or Comments to the Court, or Request the Opportunity to Speak at the Hearing

If you would like to submit any written objections or comments regarding the proposed *Olivia Y.* settlement, you must send a letter to the Clerk of Court at the following address:

> Mr. J.T. Noblin, Clerk
> United States District Court for the
> Southern District of Mississippi
> United States Courthouse
> 245 East Capitol Street
> Jackson, Mississippi 39201

In order to be considered by the Court, your letter must be received by no later than 4:00 p.m. on Monday, May 7, 2007. You must sign your letter, and must also print your name, address, and telephone number on the letter.

Please also send copies of your letter to the following lawyers:

*[Handwritten:]* Ezell Lanier — Home Phone no. 601-482-788(?)
Ezell Lanier
5815 David lane meridion MS 39301

