```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                           JACKSON DIVISION

          AUGUST 6, 2007 - CIVIL JURY & NON-JURY TRIAL CALENDAR
                    JULY 16, 2007 - PRETRIAL CALENDAR
                           JUDGE TOM S. LEE

                            -----------------
```

The attached list of civil cases in the JACKSON DIVISION of this District are SET FOR TRIAL and will be heard commencing on **MONDAY, August 6, 2007, at 9:00 A.M.**, James O. Eastland Courthouse, Jackson, Mississippi, with Judge Tom S. Lee presiding.  This will be a four-week session and any case not reached will be rescheduled for the November, 2007, term.

At the pretrial conference cases will be set for a specific date during the term.

A PRETRIAL CONFERENCE before Judge Lee is hereby ordered in all cases on this calendar beginning **Monday, July 16, 2007,** in Jackson, MS.  The time is noted in the first column on Page 3 of the calendar.

ALL ORDERS OF CONTINUANCE MUST BE GRANTED BY JUDGE LEE.

All motions in limine are to be filed ten calendar days prior to the pretrial conference and the response is to be filed five calendar days prior to the pretrial conference.

Counsel for the parties are to prepare an original and two copies of a joint pretrial order approved by all parties through their attorneys for presentation at the pretrial conference.

(Please note Uniform Local Rule 16.2 governing pretrial conferences, and Official Form No. 3, the format for all pretrial orders.)

In the event the attorneys for the parties are of the opinion that a settlement conference would be helpful to a particular case, please notify the court by letter on or before July 9, 2007.

Proposed jury instructions, original and one copy, must be submitted to the Court two (2) working days before trial date.  These instructions must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each instrument. We further require

that your jury instructions be transmitted electronically to Chambers in Word Perfect format (lee_chambers@mssd.uscourts.gov).

Proposed findings of fact and conclusions of law in non-jury cases, original and one copy, must be submitted to the court at the time of trial. This instrument must bear the style and number of the case.

<u>The original and three copies of a separate exhibit list and witness list are to be furnished to the courtroom deputy **two days prior to trial date**. A copy of the exhibit form is attached.</u>

Please contact Lisa Evans immediately in writing if you have a conflict with these dates; otherwise the court may not take the conflicts into consideration in setting the cases for trial.

Should a party or his attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment entered or sanctions imposed.

J. T. NOBLIN, CLERK

/s/Lisa Evans
BY: Lisa Evans, Courtroom Deputy Clerk
    for Judge Tom S. Lee

JACKSON, MS.
June 29, 2007

<u>JURY AND NON-JURY TRIALS - AUGUST 6, 2007, AT 9:00 A.M.</u>

<u>PRE-TRIALS - MONDAY, JULY 16, 2007</u>

<u>Cases set for trial on or after August 6, 2007:</u>

<u>JURY CASES:</u>

| | | |
|---|---|---|
| 9:00 a.m. | 3:05cv433 | Thomas Anderson, et al. v. State Farm Mutual Insurance company |
| 9:15 a.m. | 3:06cv287 | American Buildings Company v. Michael E. Earwood, et al. |
| 9:30 a.m. | 3:06cv376 | Johnnye Denham v. Walgreen Co. |
| 9:45 a.m. | 3:06cv394 | Gilbert Mendoza v. Nissan North America, Inc. |

\*\*\*THE FOLLOWING CASES HAVE A TRIAL DEADLINE PREVIOUSLY SET BY SCHEDULING ORDER, ETC., BUT HAVE DISPOSITIVE MOTIONS PENDING AND ARE NOT IN A POSTURE TO BE PLACED ON THE TRIAL CALENDAR AT THIS TIME.  IN THE EVENT THAT A MOTION IS DECIDED BY THE COURT, THE CASE WILL THEN BE SCHEDULED FOR A PRETRIAL CON-FERENCE AND A TRIAL DATE.

```
3:00cv359   Dale, et al. v. Frankel, et al.
3:04cv251   Johnson, et al. v. Barbour, et al.
3:05cv179   Bryant v. Military Department of the State of Mississippi, et al.
3:05cv606   Rives v. Spectrum Healthcare Resources, Inc.
3:06cv257   Spencer v. Nichols, et al.
3:06cv326   O'Mara v. Vigilant Insurance Company
3:06cv402   Sullivan v. Tyson Foods, Inc.
3:06cv413   Flores v. Wal-Mart Stores, Inc.
3:06cv468   Senu-Oke v. Jackson State University
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**DIVISION**

                                  **PLAINTIFF(S)**

**VS.**                                **CIVIL ACTION NO.**

                                  **DEFENDANT(S)**

**E X H I B I T S**

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| P-1 or D-1 | Briefly describe each exhibit; leave sponsor, identification and Evidence columns blank. These will be made during trial. | Leave these columns blank. The court will fill them in as exhibits are entered. | | |
| P-2 Or D-2 | Double space between exhibits. | | | |

THIS INSTRUMENT IS A SAMPLE ONLY
DO NOT USE FOR YOUR EXHIBIT LIST