Case 3:04-cv-00251-HSO-ASH   Document 429   Filed 07/02/07   Page 1 of 1

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Sheila A. Bedi
SOUTHERN POVERTY LAW CENTER
P. O. Box 1023
Jackson, MS 39215.

Return to Sender
—no longer at this address

3:04cv251

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUL - 2 2007**

J. T. NOBLIN, CLERK

BY_____ DEPUTY

RECEIVED

JUL - 2 2007

Clerk, U.S. District Court
Southern District of Miss



$00.41⁰
US POSTAGE

NIXIE       392       DE  1       00  06/27/07

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 39201241391       *0466-13167-15-44