**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                              PLAINTIFFS


v.                                                      CIVIL ACTION NO.  3:04CV251


HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS


### AGREED ORDER

WHEREAS the parties are proceeding in good faith with mediation pursuant to the

parties' Stipulated Settlement Agreement approved by this Court May 17, 2007, but require

more time under section 4.E to agree on an entity to monitor compliance with the detailed

remedial plan being developed.  The Court, finding that the relief requested is well-taken,

HEREBY ORDERS AND ADJUDGES that:

The parties shall be allowed until September 14, 2007, to agree on an entity to monitor

compliance with the detailed plan described in section 4.E of the Settlement Agreement.  If after

mediation the parties cannot agree on a monitor, Option #1 of the Agreement shall become void

and will not be binding on either party.  In such instance, all issues of remedy regarding

Plaintiffs' constitutional substantive due process rights shall be submitted to the Court for

judicial determination as set forth in Option #2 of the Settlement Agreement.

SO ORDERED this the 6th  day of July, 2007.

/s/Tom S.  Lee
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s Melody McAnally
W. Wayne Drinkwater (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

*Plaintiffs' counsel*

/s Rusty Fortenberry
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400

*Defendants' counsel*