# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JAMES D. JOHNSON, as next friend to      PLAINTIFFS
Olivia Y., et al.

vs.     CIVIL ACTION NO.: 3:04cv251LN

HALEY BARBOUR, as Governor of the     DEFENDANTS
State of Mississippi, et al.

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that the Defendants have this day served upon the Plaintiffs by and through their counsel of record the following document(s):

**Defendants' Remedial Phase Interrogatories to the Plaintiffs**

The undersigned retains the original(s) of the above-referenced document(s) as custodians thereof pursuant to the local rules.

Respectfully submitted, this 6th day of September, 2007

> **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director
> of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**
>
> BY: /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

 OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)

Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

### CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39202

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205

I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

- 3 -

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 6th day of September, 2007.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr

- 3 -