IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                           PLAINTIFFS
Olivia Y., et al.

vs.                                       CIVIL ACTION NO.: 3:04cv251LN

HALEY BARBOUR, as Governor of the                        DEFENDANTS
State of Mississippi, et al.

### NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that the Defendants have this day served upon the Plaintiffs by and through their counsel of record the following document(s):

**Defendants' Remedial Phase Requests for the
Production of Documents to the Plaintiffs**

The undersigned retains the original(s) of the above-referenced document(s) as custodians thereof pursuant to the local rules.

Respectfully submitted, this 6th day of September, 2007

                                       **HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director
of the Department of Human Services; and
RICKIE FELDER as Director of the Division of Family and Children's Services**

                                       BY: /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)

Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> W. Wayne Drinkwater, Jr. Esq.
> Melody McAnally, Esq.
> BRADLEY ARANT ROSE & WHITE LLP
> 188 East Capital Street, Suite 450
> Jackson, Mississippi 39201
>
> Stephen H. Leech, Esq.
> 850 East River Place, Suite 300
> Jackson, Mississippi 39202
>
> Eric E. Thompson, Esq.
> CHILDREN'S RIGHTS, INC.
> 330 Seventh Avenue, 4th Floor
> New York, New York 10001
>
> Harold E. Pizzetta, III
> Special Assistant Attorney General
> OFFICE OF THE ATTORNEY GENERAL
> Post Office Box 220
> Jackson, Mississippi 39205

    I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

> Marcia Robinson Lowry, Esq.
> Susan Lambiase, Esq.
> Shirim Nothenberg, Esq.
> CHILDREN'S RIGHTS, INC.
> 330 Seventh Avenue, 4th Floor
> New York, New York 10001

- 3 -

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 6th day of September, 2007.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr