**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al().                                                                                                PLAINTIFFS

V.                                                                                    CIVIL ACTION NO.  3:04CV251

HALEY BARBOUR, et al.                                                                             DEFENDANTS

## NOTICE OF SERVICE OF INTERROGATORIES

Notice is hereby given that on September 6, 2007, Plaintiffs served on all counsel of record the following:

1.   Plaintiffs' Expedited First Set of Interrogatories.

The undersigned retains the originals of the above documents as custodian thereof, pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 6th day of September, 2007.

/s Melody McAnally_____
W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York  10001
Telephone:  (212) 683-2210

Stephen H. Leech (MBN 1173)
618 Crescent Boulevard, Suite 103
Ridgeland, MS  39157

4/108834.1

>P. O. Box 3623
>Jackson, Mississippi 39207
>Telephone: (601) 607-4172
>
>John Lang (MBN 43987 *pro hac vice*)
>Christian Carbone (MBN 43986 *pro hac vice*)
>John Piskora (MBN 44474 *pro hac vice*)
>LOEB & LOEB LLP
>345 Park Ave.
>New York, New York 10154
>Telephone: (212) 407-4000
>
>*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
Barry C. Campbell, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

Harold E. Pizzetta, III, Esq.
Special Assistant Attorney General
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205

*Attorneys for Defendants*

>/s Melody McAnally