

Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Co-Chair
Alice Rosenwald
Co-Chair
Robin L. Dahlberg
Treasurer
Anne Strickland Squadron
Secretary
Stuart H. Coleman
Lynn M. Edens
Richard D. Emery
Lawrence J. Fox
Daniel H. Galpern
Jeffrey B. Gracer
Howard M. Maisel
Melissa G. Salten
Carol Wilson Spigner

July 13, 2007

**VIA ELECTRONIC
and REGULAR MAIL**
Mr. Rusty Fortenberry
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

Re: *Olivia Y. et al. v. Barbour et al.*

Dear Mr. Fortenberry:

This will confirm our agreement on an abbreviated discovery schedule as discussed in our telephone conversation of yesterday:

| | |
|---|---|
| September 6, 2007: | The parties serve up to 5 succinct interrogatories and 15 succinct document requests. |
| October 5, 2007: | The parties serve responses to written discovery and produce documents. |
| October 22, 2007: | Plaintiffs designate expert(s). |
| November 8, 2007: | Defendants designate expert(s). |
| November 15, 2007: | Discovery completed (limit of 12 four-hour depositions, including Rule 30(b)(6), fact witnesses, and expert(s)). |
| November 16, 2007: | Deadline to file motions in limine. |
| November 26, 2007: | Deadline to file responses to motions in limine. |
| November 2007: | Pretrial conference as set by the Court. |

Let me know immediately if this schedule does not accurately reflect our agreement.

330 Seventh Avenue, 4th Floor • New York, NY 10001
Tel: 212-683-2210 • Fax: 212-683-4015 • info@childrensrights.org • www.childrensrights.org

Please also let me know if we can set aside, as discussed, the following dates for any needed depositions: October 23-25, 30-31, November 1, 6-8, 13-15.

Sincerely yours,

*Eric Thompson*/TK

Eric Thompson
Plaintiffs' counsel

cc:    Harold Pizzetta (via electronic mail only)