Mississippi, Volume IV                                     Section D
Revised 05-01-99                                           Page 3262

# FOSTER CARE SERVICES
# FAMILY CENTERED CONCURRENT PERMANENCY PLANNING

### REASONS FOR CONCURRENT PERMANENCY PLANNING

Foster care placements serve a needed purpose when they exist for a planned period of time. The planned period can be temporary while a permanent home is being arranged either with the child's own parents, family durable legal custody or adoptive parents. Since foster care is intended to be temporary, permanency planning should begin from the onset of the case because:

- All children have a need for and right to continuity and stability.

- A child needs a stable home environment in which to grow.

- Children do better when they are in situations perceived as having permanence.

- Children deserve to be secure.

- All children have a basic need to belong.

- Foster homes are often more easily disrupted than permanent homes.

- Even good foster care has the disadvantage of stigmatizing the child, who knows he\she is different from his\her peers.

- Since a child's ability to bond and trust is damaged by each placement change, any break in continuity and stability should be avoided as much as possible. The more children experience a change in placement, the more that damage is inflicted deepens. A foster child who moves many times, or who constantly fears that he\she may have to move, can suffer devastating effects on his\her emotional health.

- A negative foster care experience greatly impacts the psychological well-being and emotional development of a child who has already been abused or neglected.

### GOALS OF FAMILY CENTERED CONCURRENT PERMANENCY PLANNING ARE:

- Prevent a child from being unnecessarily removed from his\her home.

- Enhance safety, well-being and permanency for children at home or in out-of-home care.

DHS 00405