# PACT
## Professionals Advocating for Children Together

December 6, 2007

Mr. J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, MS 39201



Dear Mr. Noblin,

3:04 cv 251 TSL-JCS

Professionals Advocating for Children Together, PACT, formed in 2002, to find ways to help the Department of Human Services, Division of Family and Children Services, with its tremendous responsibility of safe guarding the health and welfare of the children of our state.

Our group is dedicated to improving the services available to children at risk in our community, county, and state. We have met with every civic, community, professional, governmental, and interest group which answered our request to meet or asked us to meet with them. Over the past six years we have benefitted by learning the perspectives of many diverse groups, and each one has added to the substantial experience our group brought to the issues ( the members of PACT have over 170 years combined experience in working with neglected and abused children).

We recognize that *Olivia Y. et al. v. Barbour* has the great potential to set the standards for our state for the protection of children for the foreseeable future in much the same way that *Gates v. Collier* in 1974 set the standard for the Mississippi Department of Corrections.

The members of PACT have read and studied the Settlement Agreement and Reform Plan. We commend the Governor and the Department of Human Services and Children's Rights for reaching agreement. The members of PACT are in full support of the adoption of the Agreement.

Members of PACT plan to attend the hearing on January 4, 2008, and respectfully request to address the Court to speak in favor of the proposed settlement.

If you have any questions, or if we can be of any service to you, please do not hesitate to contact any of the members of PACT listed below.

Sincerely yours,

PACT Members

Cindy Alexander, Court Administrator Harrison County Youth Court, Ph. # 228-865-7000

Margaret Alfonso, Judge Chancery Court, Hancock, Harrison & Stone Counties, Ph # 228-865-4096

Beth Casey, Harrison County Youth Court Intake Counselor, Ph. # 228-865-7000

Betty Elias, Retired Area Social Worker Supervisor, Harrison County DHS

Shelley Foreman, Director of Family and Children's Services
Gulf Coast Mental Health Center, Ph. # 228-863-1132

Freida Kaletsch, Social Worker, Chancery Court, Ph. # 228-865-4096

H. Gordon Myrick, H. Gordon Myrick, Contractor


pc:     Governor Haley Barbour
        Colonel Don Taylor
        Eric Thompson, Esquire, Children's Rights
        Rusty Fortenberry, Esquire
        Baker, Donelson, Bearman, Caldwell and Berkowitz

PACT
P. O. Box 1446
Gulfport, MS 39502



RECEIVED
DEC 10 2007
Clerk, U.S. District Court
Southern District of Miss.

Mr. J. T. Noblin, Clerk
United States District Court
Southern District of Mississippi
United State Courthouse
245 East Capitol Street
Jackson, MS 39201



