# ACKNOWLEDGMENTS

DC Appleseed thanks the Community Services Department at Hogan & Hartson L.L.P. for its invaluable participation in DC Appleseed's HIV/AIDS project. Hogan & Hartson attorneys – led by Pat Brannan (also a member of the DC Appleseed Board of Directors), Bob Leibenluft, and Veronica Valdivieso – have devoted over 4,000 pro bono hours assisting in the research and writing of this report. In addition, Robb Stout and Leigh Cullen of the Marketing Department at Hogan & Hartson provided assistance in the report's graphic design, layout, and production.

DC Appleseed would also like to thank its former Managing Director, Grace Lopes, for her efforts during the early stages of the HIV/AIDS project.

EXHIBIT 3