

# CATHOLIC CHARITIES, INC.

200 North Congress Street, Suite 100
Jackson, Mississippi 39201
*601-355-8634  Fax 601-960-8493*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 18 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

December 14, 2007

Mr. J. T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, MS 39201

3:04cv251

Catholic Charities of the Diocese of Jackson, MS is grateful once again to be given the opportunity to comment on the proposed settlement brought forth by the Olivia Y., et. al. v. Barbour lawsuit.

While Catholic Charities lauds the terms of the settlement, concern remains about the qualifications of the leadership of the Department of Human Services and in particular The Division of Family and Children's Services. These leadership roles must be filled by individuals with at least a master's degree in social work or a closely related field and at least ten years of management experience in running a large complex social service agency; preferably, a state run agency responsible for the care of children who are wards of the state. Preference should also be given to individuals who have been apart of the successful reform of dysfunctional agencies. In addition, the individual must have experience in managing a diverse staff and client population and they must possess outstanding communication and interpersonal skills.

The position requires that the individual has the ability to

Inspire and manage a staff of social service professionals
Plan, organize, develop and coordinate all social services of the agency
Oversee the budget and financial affairs of the agency
Aid in securing funds to expand and improve the service delivery system
Develop and oversee a continuous quality improvement system to monitor agency performance
Maintain a positive and productive relationship with the legislature and all other state and private agencies
Insure the hiring, training, and evaluation and termination of agency personnel in order to maintain a productive, qualified, well trained staff
Communicate with the public and private organizations regarding the services and needs of the agency
Invite review and comment from the public regarding the services of the agency

Without the above qualifications the terms of the settlement cannot be met. We encourage a nation wide search for the most qualified individual to assume the grave responsibility of insuring that Mississippi's most vulnerable children are provided the care they need to become productive contributing members of society.

Sincerely,

Linda Raff, ACSW, LCSW
Executive Director
Catholic Charities, Inc.

*PROVIDING HELP. CREATING HOPE.*

 

*CATHOLIC DIOCESE OF JACKSON*