# NASW, MISSISSIPPI CHAPTER
National Association of Social Workers

December 18, 2007

Mr. J.T. Noblin, Clerk
United States District Court for the Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

3:04 cv 251

Dear Mr. Noblin,

The National Association of Social Workers, Mississippi Chapter is an advocate on behalf of children and families, and the social workers who work with them. We have supported action to improve the Mississippi Department of Human Services, Division of Family & Children's Services, (MDHS) for many years. We have been continually frustrated at the deterioration of the department and the seriousness of the continued abuse and neglect of children in our state. We are so pleased to support full implementation of the proposed Olivia Y. settlement.

We want to strongly urge that each of the seven steps of the settlement be complied with <u>fully and without compromise</u>. Children will continue to be neglected and harmed, and agencies will suffer retribution when speaking out for specific children, until this happens. There will need to be very timely, consistent monitoring and recording of each step, on a quarterly basis of each year, of the five year plan, with swift, unyielding response for non-compliance.

Please note that many advocates for children have supported Children's Rights efforts to bring this lawsuit to fruition. I am also a social worker who had past experience with children in the MDHS system, so from a personal perspective I know the critical need for this settlement to be fully and consistently implemented.

Thank you for the opportunity to support this settlement at this very critical time in our state. The vulnerable children continue to be at risk, and we plead for your full consideration for them.

Sincerely,

Janice Sandefur, ACSW, LCSW
Executive Director
NASW, MS Chapter

cc: Eric Thomspon, Children's Rights
    Rusty Fortenberry, Bker, donelson, Bearman, Caldwell, & Berkowitz, PC

---

National Association of Social Workers
P.O. Box 5599
Pearl, MS 39288-5599

**NASW** — MISSISSIPPI CHAPTER

Mr. J.T. Noblin, Clerk
US Southern District Court
United States Courthouse
245 East Capitol Street
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY