11/12/07

Case #3:04 CV 251 KN

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 18 2007
J T NOBLIN, CLERK
BY _____ DEPUTY

Whetney M. Johnson
Reginald D. Johnson

I am writing in behalf of myself and my Brother Reginald D. Johnson.

This is why I feel Violated:

1) Why did we have to be in DHS or foster care when my mother was providing???

2) My mother's parental rights was taken while incarcerated but she still provide through her VA payments.

3) My brother & I was separated and I didn't know where he was, to find out that he was in Millcreek & The Crossings being heavily medicated.

4) I was refused any school voucher after I was placed in a foster home before my sister & mother got me. DHS not contacted because foster parent did not turn in receipt for what I was to have received I got cut. No voucher

5) We were just put in places and not check on. My brother has been out of DHS since 04

however the State of Ga where that sent him back to when my mom bought him from Ga to Ms. So there was no updates on the files.

6) I attended the independent living but have not recieved in monetary help.

7) My brother lived in Tenn in the Navy and DHS didn't do the paperwork for the military so we was back & forth. We lived on base 1 yr after that paperwork was not done. So when you get placed that is the end

8) My brother has not completed one yr of school for being moved and I ended up with D.E.).

[signature]



Whitney M. Johnson
# 3:04 CV 251-LN
131 N. Tattnall St #2
Milledgeville, Ga 31061

U.S. District Court
Southern District of MS
245 East Capitol St
Jackson MS 39201
Attn: J.T. Noblin, Clerk