

# Delta State University

Department of Social Work

December 12, 2007



Mr. J. T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, Mississippi 39201

Re: *Olivia Y.* Settlement Agreement

Mr. Noblin:

     On behalf of the Mississippi Social Work Education Consortium, composed of the ten public and private institutions of higher education offering accredited social work degrees in the state, I wish to <u>strongly encourage</u> the court to approve the *Olivia Y.* Settlement Agreement. The Agreement, if fully implemented, promises to correct any deep-seated problems in the state's troubled child welfare system.

     The education of qualified personnel to provide services will be vital to successful implementation of the Settlement. The court should be aware that Mississippi's schools of social work stand ready to do their part in meeting this essential requirement of system reform.

Sincerely,

*Alinda Sledge*

Alinda Sledge
Chair, MSWE
Box 3172• Cleveland, MS 38733 • Phone: 662-846-4407 • Fax: 662-846-4403

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

RECEIVED
DEC 19 2007
Clerk, U.S. District Court
Southern District of Miss.

Mr. J. T. Noblin, Clerk
United States District Court for the
Southern District of Mississippi
United States Courthouse
245 East Capitol Street
Jackson, Mississippi 39201

HASLER
DEC 17 2007
US POSTAGE $0.41
FIRST CLASS
MAILED FROM 38733
011A0413025043