**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **JAMES D. JOHNSON, as next friend to** | **PLAINTIFFS** |
| **Olivia Y., et al.** | |
| **vs.** | **CIVIL ACTION NO.: 3:04cv251LN** |
| **HALEY BARBOUR, as Governor of the** | **DEFENDANTS** |
| **State of Mississippi, et al.** | |

**DEFENDANTS' EMERGENCY MOTION
TO SEAL THE COURT RECORD CONCERNING EXHIBIT "4" TO OBJECTION TO
SETTLEMENT FILED BY GEORGE WHITTEN, JR.**

1.   On December 18, 2007, George Whitten, Jr. ("Whitten") filed "Objections to the proposed settlement of *Olivia Y. et al. v. Barbour, et al*." *See* Docket Entry No. 443. Included with this filing were exhibits numbered 1 through 4. *See* Docket Entry No. 443-2. Exhibit 4, which is contained in pages 6 – 19 of docket entry number 443-2, is an excerpt from an internal memorandum written by Whitten while employed by the Mississippi Department of Human Services' and is subject to attorney- client and work product privileges. *See* Docket Entry 443-2, Exhibit 4.

2.   The Defendants did not authorize Whitten to make use of this memorandum in any way and certainly did not give Whitten the authority to put this privileged memorandum into the public domain. Defendants have not waived the attorney-client privilege as to this document and are now asserting such privilege.

3.   Defendants' counsel attempted to contact Whitten at the telephone number provided on the filed objection regarding the filing of this Motion and to inquire whether

Whitten would consent to the exhibit being sealed by the Court. Defendants left a voicemail for Whitten regarding the matter.

Based on the foregoing, Defendants respectfully requests that the Court enter an Order sealing Exhibit "4" of "Objections to the proposed settlement of *Olivia Y., et al. v. Barbour et al.*" (Docket Entry 443-2, pages 6-19).

DATED: December 19, 2007.

**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and RICKIE FELDER as Director of the Division of Family and Children's Services**

BY: \_/s/ Dewitt L. ("Rusty") Fortenberry, Jr.\_\_

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP


Stephen H. Leech, Esq.

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL

      I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York   10001

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 19th day of December, 2007.

                                              /s/ Dewitt L. ("Rusty") Fortenberry, Jr.