IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to  **PLAINTIFFS**
Olivia Y., et al.

vs.                                       CIVIL ACTION NO.: 3:04cv251LN

HALEY BARBOUR, as Governor of the        **DEFENDANTS**
State of Mississippi, et al.

## ORDER

There has come before the Court the Emergency Motion of Haley Barbour, as Governor of the State of Mississippi, Donald Taylor, as Executive Director of the Mississippi Department of Human Services, and Rickie Felder, as Director of the Division of Family and Children's Services ("Defendants"), to seal the court record concerning exhibit "4" to objection to settlement filed by George Whitten, Jr." Upon considering this Emergency Motion, the Court finds that the exhibit should be sealed during the pendency of the motion, so that the issue of the attorney-client privilege can be briefed. Accordingly, defendant's motion is granted in part. Should the court determine the information is not privileged, the exhibit will be unsealed.

SO ORDERED, this the 19th day of December, 2007.

_____s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE