IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to  PLAINTIFFS
Olivia Y., et al.

vs.  CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the  DEFENDANTS
State of Mississippi, et al.

---

**DEFENDANTS' NOTICE OF FILING AFFIDAVIT CERTIFYING COMPLIANCE
WITH NOTICE REQUIREMENTS**

---

Defendants Haley Barbour, as Governor of the State of Mississippi, Donald Taylor, as Executive Director of the Mississippi Department of Human Services, and Rickie Felder, as Director of the Division of Family and Children's Services ("Defendants") hereby serve notice that they are filing herein the Affidavit of Rickie Felder, dated December 3, 2007, certifying compliance with the notice requirements as set forth in the Court's November 8, 2007, order.

This the 4th day of December, 2007.

> Respectfully submitted,
>
> **HALEY BARBOUR, as Governor of the State of
> Mississippi; DONALD TAYLOR, as Executive Director
> of the Department of Human Services; and
> RICKIE FELDER as Director of the Division of
> Family and Children's Services**
>
> BY: /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

**Exhibit 3**

1

OF COUNSEL:

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Barry C. Campbell (MSB #99535)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
Melody McAnally, Esq.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201

Stephen H. Leech, Esq.
850 East River Place, Suite 300
Jackson, Mississippi 39202

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205

2

      I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 4th day of December, 2007.


                                           /s/ Dewitt L. ("Rusty") Fortenberry, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                                          PLAINTIFFS
Olivia Y., et al.

vs.                                                              CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                                            DEFENDANTS
State of Mississippi, et al.

**AFFIDAVIT OF RICKIE FELDER**

STATE OF MISSISSIPPI
COUNTY OF HINDS

    Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Rickie Felder, who, having been duly sworn by me, states on oath the following:

  1. My name is Rickie Felder and I am over 21 years of age. I am of sound mind and competent to testify as to the matters set forth in this affidavit.

  2. I am employed as the Director of the Mississippi Department of Human Services Division of Family and Children's Services.

  3. I managed the preparation and mailing of notices to class members regarding the proposed settlement in *Olivia Y v. Barbour*, Civil Action No. 3:04cv251LN.

  4. On or before November 27, 2007, Defendants mailed true and correct copies of the Notice of Proposed Settlement and the appropriate accompanying letter signed by Executive Director Donald R. Taylor in accordance with paragraph 3(a) of the Court's Order dated November 8, 2007.

  5. On or before November 27, 2007, Defendants prominently posted the Court Order, Notice to Class Members of Proposed Settlement, and the Proposed Settlement on the Mississippi Department of Human Services' website in accordance with the November 8, 2007, Court Order.

6. I therefore certify pursuant to paragraph 3(e) of the Court's Order dated November 8, 2007, that Defendants have complied with the notice requirements of that Order.

7. To the best of my knowledge the matters set forth in the forgoing are true and correct.

FURTHER AFFIANT SAYETH NOT, this the ___3___ day of December, 2007.

_____
RICKIE FELDER

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___3___ day of December, 2007.

_____
NOTARY PUBLIC

My Commission Expires: