IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*  　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*　　DEFENDANTS

## AFFIDAVIT OF TALIA KRAEMER

1. I am Talia Kraemer, and I am a paralegal at Children's Rights. I submit this affidavit in support of Plaintiffs' Motion for Final Approval of Mississippi Settlement Agreement and Reform Plan. I make this affirmation upon personal knowledge and information.

2. In my capacity as a paralegal at Children's Rights, I received over 30 telephone calls from November 28, 2007, through December 18, 2007, from individuals who had received the Notice of Proposed Settlement sent by the Department of Human Services or who were calling on behalf of friends or relatives who had received the Notice.

3. The majority of callers with whom I spoke expressed support for the proposed settlement. Several callers had specific questions pertaining to the notice, but expressed no opinion in favor of or in opposition to the proposed settlement. No caller voiced any objections to the terms of the proposed settlement agreement.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Talia Kraemer

Sworn to before me this
20th day of December, 2007

_____
Notary Public
Registration No. 02P06164729
Queens County
Commission is valid until 4/30/2011

**Exhibit 5**