## Talia Kraemer

**From:** cmecfhelpdesk@mssd.uscourts.gov
**Sent:** Thursday, May 31, 2007 3:11 PM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 3:04-cv-00251-TSL-JCS Johnson, et al v. Barbour, et al Status Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 5/31/2007 at 2:11 PM CDT and filed on 5/17/2007
**Case Name:**        Johnson, et al v. Barbour, et al
**Case Number:**    3:04-cv-251
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Judge Tom S. Lee : Fairness hearing held on 5/17/2007; settlement approved as to liability issue (Court Reporter C. Bond (601/540-5482) (LWE)


**3:04-cv-251 Notice has been electronically mailed to:**

Reuben V. Anderson    wilsonf@phelps.com

W. Wayne Drinkwater , Jr    wdrinkwater@bradleyarant.com, jaltobelli@bradleyarant.com, tmalone@bradleyarant.com

Dewitt L. Fortenberry , Jr    rfortenberry@bakerdonelson.com, fbrown@bakerdonelson.com, glong@bakerdonelson.com

Stephen H. Leech , Jr    s.leech@sleech.com

Paul Mathis    paulmathis@bellsouth.net, lindasjennings@bellsouth.net

Melody McAnally    mmcanally@bradleyarant.com, tmalone@bradleyarant.com

Harold Edward Pizzetta , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

Kenya Key Rachal    krachal@bakerdonelson.com, kkr@lawyer.com

Exhibit A

12/18/2007

Eric E. Thompson - PHV    ethompson@childrensrights.org, creardon@childrensrights.org, hbeck@childrensrights.org, jwheeler@childrensrights.org, psinha@childrensrights.org, slambiase@childrensrights.org, snothenberg@childrensrights.org, tkraemer@childrensrights.org

Ashley Tullos Young    ayoung@bakerdonelson.com

Gretchen L. Zmitrovich    gzmitrovich@bakerdonelson.com

**3:04-cv-251 Notice has been delivered by other means to:**

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Sheila A. Bedi
SOUTHERN POVERTY LAW CENTER
P. O. Box 1023
Jackson, MS 39215

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Coalition for Children's Welfare
Address Unknown


Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203


12/18/2007

Marcia Robinson Lowry - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Mississippi Children's Home Services
c/o Christopher M. Cherney
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

12/18/2007