IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*      PLAINTIFFS

v.      CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*      DEFENDANTS

## DECLARATION OF SHIRIM NOTHENBERG

SHIRIM NOTHENBERG, an attorney at law, hereby declares as follows:

1. I am a staff attorney at Children's Rights, and have been admitted *pro hac vice* in the United States District Court for the Southern District of Mississippi to represent the Plaintiff children in the above-captioned case. This declaration is submitted in support of Plaintiffs' Motion for Final Approval of Mississippi Settlement Agreement and Reform Plan. I make this declaration upon personal knowledge and information.

2. In my capacity as counsel for Plaintiff children, I participated in a child welfare reform forum held in Jackson, Mississippi on November 28, 2007. The purpose of the forum was to explain the terms of the proposed Mississippi Settlement Agreement and Reform Plan to community members who work with Class member children and to provide an opportunity for questions and comment. There were approximately 24 participants at the forum from across the state of Mississippi, including foster care service providers, university professors from local schools of social work, and community child advocates.

**Exhibit D**

3. The participants who made statements at the forum spoke from their experiences with Mississippi's child welfare system, and many expressed strong support of the proposed Agreement. Not one of the attendees expressed any opposition to the proposed Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December 2007.

Shirim Nothenberg

2