Mississippi, Volume IV                                 Section D
Revised 05-01-99                                       Page 3350

# FOSTER CARE SERVICES
## MEDICAL, DENTAL, PSYCHOLOGICAL AND
## EDUCATIONAL SERVICES FOR FOSTER CHILDREN

### AGENCY RESPONSIBILITY

### Medical, Dental, Psychological and Educational Services

When a child is placed in the custody of the Mississippi Department of Human Services, the Division of Family and Children's Services assumes the responsibility for securing the child's access to medical, dental, psychological and educational services. <u>Every</u> foster child: *Initial medical exams should be done w/in 7 working days of custody.*

1.  Shall be referred to the local health department or screening provider for a medical examination through EPSDT Medicaid screening. It is recognized that because of different scheduling practices in each county by the local health departments, this resource may not be available at the time needed. In this case, another resource for the medical examination shall be used. State Funds up to $50.00 can be requested for initial physical examinations.

2.  Shall be referred to the local health department for a dental exam through EPSDT Medicaid screening when the child reaches 3 years of age and regularly thereafter (as prescribed by the dental practitioner). *A dental exam should be done w/in 90 days of custody.*

3.  Shall be provided psychological services. A "Plan of Care" shall be done in order for Medicaid to pay for the psychological. All children in custody ages four and older should have a psychological assessment. *w/in 90 days of custody.*

It is not necessary to follow the time frame listed if otherwise prescribed by the medical/dental practitioners. Case documentation to reflect a different time frame shall include a statement from the doctor/dentist or be described in case dictation.

Documentation of all medical, dental, and psychological information must be kept in the child's case file.

> Documentation of all medical, dental, and psychological exams and summary of findings shall be entered on the appropriate screens in MACWIS.

| Exhibit E |
| :---: |

DHS 00473