# Grace M. Lopes

1875 Connecticut Avenue, N.W.
Washington, D.C.  20009
202-232-8311
*gmlopes@sparb.org*

---

## PROFESSIONAL EXPERIENCE

**Special Arbiter, *Jerry M., et al. v. District of Columbia, et al.***
May 2004 to present
      Recruited by parties to serve as Special Arbiter in a class action lawsuit related to the juvenile justice system that is pending in the Superior Court of the District of Columbia.
- Serve as a final decision-maker and fact-finder.
- Direct mediation, investigation, monitoring, and development of remedial plans.
- Issue findings, evidentiary reports and arbitral directives.
- Manage contempt fine fund.

**Managing Director, D.C. Appleseed Center for Law and Justice**
June 2003 to May 2004
      Recruited to serve as Managing Director of independent non-profit organization established to address regional issues of substantial public importance.
- Coordinated public policy and legislative initiatives.
- Managed and administered Center, including recruitment of *pro bono* counsel and subject matter experts.

**General Counsel to Mayor Anthony A. Williams**
October 2001 to May 2003 (coincident with appointment as Special Counsel for Receiverships)
- Served as a principal legal advisor to Mayor Williams on all government matters.
- Restructured the Office of General Counsel and developed government ethics and Freedom of Information Act programs.
- Served as the primary legal advisor to executive office staff members.

**Special Counsel to the Mayor for Receiverships and Institutional Reform Litigation**
February 2000 to September 2001 (duties subsumed in General Counsel position, October 2001)
      Recruited to serve in newly created Cabinet-level senior staff position.
- Served as lead counsel in class action institutional reform litigation related to child welfare and mental health systems.
- Designed and implemented legal strategies for termination of court imposed receiverships of District of Columbia agencies.
- Directed legal, policy and operational initiatives related to compliance with court orders, transition out of receiverships and transfer to government control.
- Coordinated development of legislation and legislative strategies related to reform litigation, including enactment of enabling legislation for post-receivership agencies.

**Special Master, United States District Court for the District of Maryland**
1997-2000
      Appointed by United States District Court as Special Master in remedial stage of multi-party lawsuit related to special education system in over 180 of Baltimore's public schools.

## Exhibit I

Grace M. Lopes                                                                                          Page Two

- Issued findings of fact, drafted remedial orders, and submitted evidentiary reports.
- Mediated disputes regarding all contested matters.
- Monitored compliance with court orders and consent decrees through audits, inspections and investigations.
- Oversaw arbitration system for compensatory awards and contempt fine fund.
- Coordinated technical assistance and expert evaluation.

**Special Master, United States District Court for the District of Columbia**
1997–1999
        Continuing appointment as Special Master in one class action lawsuit related to
conditions of confinement at the Occoquan prison.
- Coordinated and supervised multi-disciplinary management assistance team of court-appointed security, staffing, and environmental health and safety experts.
- Made findings of fact, drafted remedial orders, and issued evidentiary reports.
- Mediated disputes between the parties.
- Monitored compliance with court orders and consent decrees through audits, inspections and investigations.
- Oversaw U.S. District Court contempt fine fund.

**Special Master, United States District Court for the District of Columbia**
1991-1997
        Appointed as Special Master by two United States District Court judges in seven class
action lawsuits related to conditions of confinement in the District of Columbia prisons and jail.
Also appointed as Trustee of contempt fine fund and Monitor for sexual harassment complaints.
Mediated disputes, made findings of fact, drafted remedial orders, and issued evidentiary reports.
- Coordinated legal matters and resolved compliance issues related to federal court health care receivership.
- Mediated disputes and monitored compliance with court orders and consent decrees through multi-disciplinary audits, inspections, and investigations.
- Facilitated implementation of court orders by developing remediation strategies and coordinating technical assistance related to medical and mental health care, environmental health and safety, and correctional officer staffing and security.
- Issued findings of fact regarding sexual harassment complaints filed by women prisoners.
- Managed and supervised staff attorneys, investigators, and expert consultants.
- Trustee for U.S. District Court contempt fine fund.  Evaluated funding proposals and made recommendations to the Court on grant awards.

**Executive Director, D.C. Prisoners' Legal Services Project, Inc.**
1989-1991
        Recruited to establish and manage non-profit public interest law firm specializing in
prisoners' rights litigation.
- Litigated and supervised class action and individual constitutional and tort litigation.
- Recruited and trained *pro bono* counsel.
- Developed attorney training programs through the local bar associations and courts.
- Designed and coordinated HIV education and advocacy project.

Grace M. Lopes                                                                                          Page Three

- Lectured at community educational forums, conferences of local and national professional associations, as well as area colleges and law schools.
- Coordinated outreach to print and broadcast media.

### Director, Criminal Division, D.C. Law Students in Court Program
1987-1989

Director of criminal division of clinical teaching program for third-year law students enrolled at Catholic University and George Washington University with primary responsibility for curriculum development and administration of the criminal division.

- Supervised student trial and appellate work in the Superior Court of the District of Columbia and the District of Columbia Court of Appeals in misdemeanor cases.
- Lectured on criminal law, criminal procedure, evidence, and trial advocacy.
- Conducted tutorials in legal research, legal writing, and trial advocacy.

### Supervising Attorney, Criminal Division, D.C. Law Students in Court Program
1986-1987

Clinical supervisor of third-year law students appointed to represent clients in misdemeanor cases in the Superior Court of the District of Columbia.

- Lectured on criminal law, criminal procedure, evidence, and trial advocacy.
- Conducted tutorials in legal research, legal writing, and trial advocacy.

### Private Practice, Washington, D.C.
1986-1989

Maintained limited private criminal defense practice that included *pro bono* work in post-conviction capital proceedings and felony trial matters in the District of Columbia and federal courts.

### Supervising Attorney, Adult Misdemeanor Clinic, Antioch School of Law
1985-1986

Clinical supervisor of second- and third-year law students appointed to represent clients charged with misdemeanor offenses in the local and federal courts of the District of Columbia.

- Lectured on criminal law, criminal procedure, evidence, and trial advocacy.
- Instructed first year law students enrolled in moot court program.
- Conducted tutorials in legal research, legal writing, and trial advocacy.

### Partner, Venuti & Lopes
1981-1985

Founding partner of general practice litigation firm; represented clients in criminal trial, criminal appellate and civil rights cases in the local and federal courts.

### Contributing Editor, Public Law Education Institute
1978-1982

Researched and published analyses of regulations from all branches of the armed services and the Veteran's Administration. Analyzed and abstracted for publication decisional documents from Discharge Review Boards.

Grace M. Lopes                                                                    Page Four

## EDUCATION

Antioch School of Law, Washington, D.C., J.D., 1980.
Goddard College, Plainfield, Vermont, B.A., 1976.

## PUBLICATIONS

Seltzer, Venuti, and Lopes, *Juror Honesty During the Voir Dire*, JOURNAL OF CRIMINAL JUSTICE (Oct. 1991); reprinted in Koski, Douglas D., *ed., The Jury Trial in Criminal Justice,* Carolina Academic Press, 214-221 (2003).

REPRESENTATION OF PRISONERS IN THE DISTRICT OF COLUMBIA, A D.C. BAR TRAINING MANUAL FOR CIVIL PRACTITIONERS, (G. Lopes ed., 1991).

Seltzer, Lopes, and Venuti, *Juror Ability to Recognize the Limitations of Eyewitness Identifications*, FORENSIC REPORTS (April-June 1990).

Seltzer, Lopes, Dayan, and Canan, *The Effect of Death Qualification on the Propensity of Jurors to Convict: The Maryland Example*, 29 HOW. L.J. 571-607 (1986).

Seltzer and Lopes, *The Ku Klux Klan: Reasons for Support or Opposition Among White Respondents*, 17 J. BLACK STUDIES, 91-109 (1986).

MILITARY LAW REPORTER, *Section 2 (DRB's),* 1980-1982; *Section 4,* 1978-1982.

## COMMUNITY SERVICE

- Steering Committee, D.C. Bar, D.C. Affairs Section (2001-2004).
- Steering Committee, D.C. Bar, Criminal Law Section (1991-1994).
- Co-Chair, Steering Committee, D.C. Bar, Criminal Law Section (1991-1993).
- The Thurgood Marshall American Inn of Court (1991-1993).
- D.C. Bar Practice Manual Committee (1992-1993).
- D.C. Bar Section Guidelines Committee (1991-1993).
- Indigent Civil Litigation Panel, U.S. District Court for the District of Columbia (1990-1991).
- Advisory Board of Directors, Legal Services Clinic, Whitman Walker Clinic (1989-1991).

## AWARDS

- Mayoral Proclamation, honoring outstanding public service, 2003.
- District of Columbia Government, Outstanding Performance Awards, 2000 and 2001.
- Community Service Award, Trial Lawyers Association of Washington, D.C., 1994.

## CONSULTING

- Expert consultant to Federal Monitor in class action lawsuit related to Tennessee child welfare system (2003).