IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                       PLAINTIFFS

v.                                                                         CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS

**JOINT MOTION TO PLACE EXHIBIT 5 TO JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT UNDER SEAL**

The parties respectfully move this Court pursuant to Uniform Local Rule 83.6 to place Exhibit 5 to their Joint Motion for Preliminary Approval of Settlement Agreement, Docket No. 438 filed November 8, 2007, UNDER SEAL as it reveals confidential individually-identifying information about the minor named Plaintiffs of the type covered by this Court's Confidentiality Order dated August 5, 2004, a copy of which is attached hereto as Exhibit A.

Paragraph 2 of the Confidentiality Order states:

> Any individually-identifying information … regarding any plaintiff child, such child's family members, foster family members, and persons included in any case files as the source of information concerning the child – including but not limited to these persons' names, addresses, telephone numbers, social security numbers, dates of birth, and other individual information likely to enable a reasonable member of the general public to ascertain their identities – is hereby designated to be confidential.

Exhibit 5 reveals individually-identifying information concerning the minor named Plaintiffs and persons included in their case files.  Such confidential information is protected by the Court's Confidentiality Order.  Further, a redacted version of Exhibit 5 has been filed in the public domain as Exhibit B to Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Final

Approval of Mississippi Settlement Agreement and Reform Plan, filed December 20, 2007, Docket No. 451.  Accordingly, the parties request that the Court place Exhibit 5 under seal.  A proposed order is attached.

Respectfully submitted, this 21st day of December, 2007.

/s Eric Thompson
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York  10001
Telephone:  (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
Melody McAnally (MBN 101236)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
618 Crescent Boulevard, Suite 103
Ridgeland, MS  39157
P. O. Box 3623
Jackson, Mississippi 39207
Telephone:  (601) 607-4172

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

/s Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB # 5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi  39201
*ATTORNEYS FOR DEFENDANTS HALEY BARBOUR, ET AL.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing Joint Motion to Place Exhibit 5 to Joint Motion for Preliminary Approval of Settlement Agreement Under Seal with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi  39201
>
>*Attorneys for Defendants Haley Barbour, et al.*

      /s Eric Thompson