IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                               PLAINTIFFS

v.                                                        CIVIL ACTION NUMBER 3:04CV251

HALEY BARBOUR,
as Governor of the State of Mississippi, *et al.*                    DEFENDANTS

## ORDER SEALING PLAINTIFFS' EXHIBIT

Before the Court is the Joint Motion to Place Exhibit 5 to Joint Motion for Preliminary Approval of Settlement Agreement Under Seal. The Court finds that the Motion is well-taken and should be granted.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, Exhibit 5 to Joint Motion for Preliminary Approval of Settlement Agreement shall be placed under seal.

SO ORDERED, this the   28th   day of December, 2007.

                                                                S/ James C. Sumner

                                                                UNITED STATES MAGISTRATE JUDGE