IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                                       CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS

## CONSENT ORDER

WHEREAS this matter came before this Court on the parties' Joint Motion for Consent Order Extending Time to File Motion for Fees, by which they seek to move the fee motion deadline in this matter to February 8, 2008.

IT IS, THEREFORE, ORDERED, that the parties' Joint Motion for Consent Order Extending Time to File Motion for Fees is hereby GRANTED.

DATED:___January 3, 2008              s/ James C. Sumner_____
                                      UNITED STATES MAGISTRATE JUDGE

Consented to:

/s Eric Thompson_____
Eric E. Thompson (MBN 43993 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone: (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry_____
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*