SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 3 1 2008

J. T. NOBLIN, CLERK
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., *et al.*                                          PLAINTIFFS

V.                                    CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*        DEFENDANTS

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF JESSICA POLANSKY

Plaintiffs, Olivia Y., *et al.*, by and through their undersigned counsel and pursuant to

Rule 83.1(A)(2) of the Uniform Local Rules for the Northern and Southern Districts of

Mississippi, apply to this Court for an order permitting Jessica Polansky to be admitted *pro hac*

*vice* by comity for this case and would show the Court the following:

1.      Ms. Polansky is a non-resident who is not a member of the Mississippi bar and is

not authorized to practice before the Mississippi Supreme Court.

2.      Ms. Polansky is with Children's Rights, located at 330 Seventh Avenue, New

York, NY 10001.  Her telephone number is (212) 683-2210.  Her facsimile number is (212) 683-

4015.

3.      Ms. Polansky was admitted to practice law in Massachusetts and in New York in

2006, and is a member in good standing of both. Ms. Polansky is admitted to practice before the

United States District Court for the Southern District of New York.  A copy of Ms. Polansky's

Certificate of Good Standing for the U.S. District Court from the Southern District of New York

is attached as Exhibit A.

4.      Ms. Polansky is familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. *See* Certification of Jessica Polansky, attached as Exhibit B.

5.      Ms. Polansky will be associated with W. Wayne Drinkwater, Jr. of Bradley Arant Rose & White LLP, a member in good standing of the Mississippi Bar.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion for Admission *Pro Hac Vice* of Jessica Polansky.

RESPECTFULLY SUBMITTED, this 31st day of January, 2008.

/s/ W. Wayne Drinkwater, Jr.
W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
(601) 948-8000

Stephen H. Leech (MBN 1173)
850 East River Place, Suite 300
Jackson, Mississippi 39202
(601) 355-4013

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue
New York, New York 10001
(212) 683-2210

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154
(212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, that the foregoing was conventionally filed with the Clerk and that I have served via email to the following:

Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

/s/ W. Wayne Drinkwater, Jr.
W. Wayne Drinkwater, Jr.

## CERTIFICATION

I, Jessica Polansky, certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

_____ JESSICA ELYSE POLANSKY _____, Bar # _____ JP9282 _____

was duly admitted to practice in this Court on

_____ DECEMBER 5th, 2006 _____, and is in good standing

as a member of the Bar of this Court.

Dated at _____ 500 Pearl Street
New York, New York _____    on _____ JANUARY 16th, 2008 _____

**J. MICHAEL McMAHON**
_____
Clerk

by: _____
Deputy Clerk