IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                             PLAINTIFFS

V.                                                           CIVIL ACTION NO.  3:04-CV-251-TSL-JCS

HALEY BARBOUR, et al.                                                                                DEFENDANTS

## ORDER ADMITTING JESSICA POLANSKY *PRO HAC VICE*

Plaintiffs, by and through counsel of record, having filed a motion requesting that Jessica Polansky be admitted *pro hac vice* by comity, to practice before this Court in the above styled civil action; and the Court having found and determined that Ms. Polansky should be so admitted, it is hereby,

ORDERED AND ADJUDGED that Jessica Polansky of Children's Rights, Inc., 330 Seventh Avenue, New York, NY, 10001, be and hereby is admitted to practice before this Court, *pro hac vice* by comity, in the above styled and numbered civil action, as co-counsel for Plaintiffs in association with the local counsel of record for Plaintiffs, upon payment of the required fee and upon registration for electronic filing as required by the Court.

SO ORDERED this the 4th day of February, 2008.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Presented By:

s/ W. Wayne Drinkwater, Jr.
W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Post Office Box 1789
Jackson, Mississippi  39215-1789
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000