SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR - 4 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et al. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:04CV251LN |
| HALEY BARBOUR, as Governor of the State of Mississippi, et al. | DEFENDANTS |

## CONSENT ORDER

WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order Extending Time to File Motion for Fees and Costs by which they seek to extend the fee motion deadline in this matter to April 10, 2008, for either Plaintiffs' fee motion or the parties' joint motion for Court approval of the settlement of same:

IT IS, THEREFORE, ORDERED, that the parties' Agreed Motion for Consent Order Extending Time to File Motion for Fees and Costs is hereby GRANTED.

DATED: 3/4/08

_____
UNITED STATES DISTRICT JUDGE

Consented to:

/s Eric Thompson
Eric E. Thompson (MBN 43993 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone: (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*