IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                                                 PLAINTIFFS

v.                                                           CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

## CONSENT ORDER

WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order Extending Time to File Motion for Fees and Costs by which they seek to extend the fee motion deadline in this matter to April 30, 2008, for either Plaintiffs' fee motion or the parties' joint motion for Court approval of the settlement of same:

IT IS, THEREFORE, ORDERED, that the parties' Agreed Motion for Consent Order Extending Time to File Motion for Fees and Costs is hereby GRANTED.


DATED: 4/8/08                          /s/Tom S. Lee_____
                                       UNITED STATES DISTRICT JUDGE

Consented to:

/s Shirim Nothenberg_____
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone:  (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry_____
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*