IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                       PLAINTIFFS

v.                                            CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*      DEFENDANTS

**AGREED MOTION FOR CONSENT ORDER EXTENDING TIME TO FILE MOTION FOR FEES AND COSTS**

       Whereas the parties have reached an agreement to settle Plaintiffs' claim for attorneys' fees and costs to be paid to Plaintiffs pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 1920, 28 U.S.C. § 1821, Federal Rule of Civil Procedure 23(h) and Rule 54.2 of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, and anticipate the required appropriation bill (SB 3051) to be endorsed by the Governor by May 6, 2008, the parties respectfully request the entry of the enclosed Consent Order regarding the date by which either Plaintiffs must file their motion for attorneys' fees and costs, and any bill of costs, or the parties will jointly file a motion for Court approval of the settlement of same.

       Pursuant to the proposed Consent Order, Plaintiffs' motion for fees and costs or the parties' motion for Court approval of the settlement of same is to be filed by May 9, 2008.

       Respectfully submitted, this 28th day of April, 2008.

                                                   /s Eric Thompson_____
                                                   Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
                                                   Eric E. Thompson (MBN 43993 *pro hac vice*)
                                                   Shirim Nothenberg (MBN 43990 *pro hac vice*)
                                                   CHILDREN'S RIGHTS
                                                   330 7th Avenue, 4th floor
                                                   New York, New York 10001
                                                   Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Stephen H. Leech (MBN 1173)
618 Crescent Boulevard, Suite 103
Ridgeland, MS 39157
P. O. Box 3623
Jackson, Mississippi 39207
Telephone: (601) 607-4172

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154
Telephone: (212) 407-4000
*PLAINTIFFS' COUNSEL*

/s Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB # 5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201
*ATTORNEYS FOR DEFENDANTS HALEY BARBOUR, ET AL.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing Agreed Motion for Consent Order Extending Time to File Motion for Fees and Costs with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi  39201
>
>*Attorneys for Defendants Haley Barbour, et al.*

>        /s Eric Thompson

3