June 2, 2008

Olivia Y Case. Civil Action
Number 304 CV 251 LN

To: Whom it may Concern

I Maxine Williams, <u>Do not Object to</u> the amount of the Attorney fee.

Maxine S. Williams
P.O. Box 822 Rosedale
Miss. 38769
Phone 759 6557 or 588 3033

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 5 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Maxine S. Williams

Max. NO S Williams
P.O. Box 801
Rosedale, Ms. 38769

RECEIVED
JUN - 5 2008
Clerk, U.S. District Court
Southern District Miss

Mr. J. T Noblin, Clerk
United State District Court for the
Southern District of Miss.
United State Court house
245 East Capitol Street
Jackson, MS. 39201


