June 2, 2008

Olivia Y Case. Civil Action
Number 304 CV 251 LN

To: Whom it may Concern

I Maxine Williams, <u>Do not Object to</u> the amount of the Attorney fee.

Maxine S. Williams
P.O. Box 802 Rosedale
Miss. 38769
Phone 759 6557 or 588 3033

```
SOUTHERN DISTRICT OF MISSISSIPPI
        F I L E D
       JUN - 5 2008
     J.T. NOBLIN, CLERK
BY_____ DEPUTY
```

Maxine S. Williams

Max. NP S. Williams
P.O. Box 801
Rosedale, MS. 38769

RECEIVED
JUN - 5 2008
Clerk, U.S. District Court
Southern District Miss

Mr. J. T. Noblin, Clerk
United States District Court for the
Southern District of Miss.
United State Court House
245 East Capitol Street
Jackson, MS. 39201


