

WED. JUNE 11th 2008

To whom it concerns

3:04cv 251

On May 30, 2008 ~~DHS ISSUED~~ this letter. The mail was delivered to our P.O. Box on Monday 6/9/08. The due date for response is June 16th no later than 4:00 pm. This unusual response to such an important legal matter is out of line. At this time we have been in contact with other foster families and they have not recieved this request for comment.

$4,863,557.50 ÷ 28,289.14 manhours = $171.92 hour

Filed on March 2004 and judgement awarded May 17th, 2007 = 39 months.

28,289.14 m/hs ÷ 39 months = 725 m/hs month ÷ 4 wks = 181 m/hs wk ÷ 40 hour work wk = 4.5 lawyers working on this for 39 months to equal 28,289.14 manhours. or $4,863,557.50

39 months x $7,692 a month in expeses to equal $300,000

A current billing invoice is not available at this writing but for using round numbers and the filing to award date these cost are totally out of line.

This is the perfect example of jackpot justice Mississippi style. The children of this state deserve better than this. The rush to this decision leaves the check book open to future claims and makes me wonder of the ethics of all involved. 1) Is the

Department of Human Services so mismanaged continued lawsuits are still needed.

2) Gov. Barbour thinks quote Ms press 6/11/08 article DHS has recieved $29 million in Federal Bonuses for Superior performance." Under Taylor. I fail to see a $5,000,000 lawsuit, ch.Loren in Foster care for 2, 3 and 4 years anything but a disgrace.

3) Gov. Barbour appears to think a "Lateral transfer" of Responsibilities from Mr Taylor to Mr Don Thompson is a good thing. For a department that is out of touch and broken I cannot see any logic in that decision.

4) DHS needs to be Restructed from the top to street level. Case workers should have Incentives that keep them at positions so the Turnover is Reduced. Case workers need the Respect and compensation for doing jobs that no one is willing to do or Even talk about. Foster care is Broken and needs Attention.

   Mr J.T. Noblin, Clerk
   United States District Clerk for the Southern District
   of Mississippi

On Behalf of, Foster families and all Taxpayers

We Respectfully Request a Continuation on this Important Issue to a date where proper notice and comment can be issued and addressed.

Sincerely
Steven Wheeler
12101 Eckhoff Rd          PO Box 392
Moss Point MS 39562    Escatawpa MS 39552
228 474 3689

*Steven Wheeler*

Reference Olivia Y. Case
Civil Action Number
3:04 CV 251 LN