# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JAMES D. JOHNSON, as next friend to　　　　　　　　　　　　　　　PLAINTIFFS
Olivia Y., et al.

vs.　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the　　　　　　　　　　　　　　DEFENDANTS
State of Mississippi, et al.

## JOINT MOTION FOR FORMAL APPOINTMENT OF GRACE M. LOPES AS MONITOR

COME NOW, Defendants and Plaintiffs, and would present to this Honorable Court the following:

In the Mississippi Settlement Agreement and Reform Plan approved by this Court on January 4, 2008, Defendants and Plaintiffs agreed that Grace M. Lopes should serve as the Court Monitor in this matter. Grace M. Lopes has been serving as Court Monitor in this matter since the January 4, 2008, order.

The parties request that the Court formally appoint Grace M. Lopes as Court Monitor pursuant to the terms of the Settlement Agreement and Reform Plan, thereby granting her quasi-judicial immunity while she has been and is acting in the scope of her duties as Court Monitor. This, the 23rd day of July, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**HALEY BARBOUR, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; and**

          **RICKIE FELDER as Director of the Division of Family and Children's Services**

          BY: <u>/s/ Dewitt L. ("Rusty") Fortenberry, Jr</u>.

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Ashley Tullos Young (MSB #101839)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424


## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

        W. Wayne Drinkwater, Jr. Esq.
        BRADLEY ARANT ROSE & WHITE LLP
        188 East Capital Street, Suite 450
        Jackson, Mississippi  39201

        Stephen H. Leech, Esq.
        850 East River Place, Suite 300
        Jackson, Mississippi 39202


        Eric E. Thompson, Esq.
        CHILDREN'S RIGHTS, INC.
        330 Seventh Avenue, 4th Floor
        New York, New York  10001

        Harold E. Pizzetta, III
        Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205

    I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Susan Lambiase, Esq.
Shirim Nothenberg, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York   10001

John Lang, Esq.
Christine Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

    SO CERTIFIED, this the 23rd day of July, 2008.

                                                            /s/Dewitt L. ("Rusty") Fortenberry, Jr.