# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JAMES D. JOHNSON, as next friend to                                            PLAINTIFFS
Olivia Y., et al.

vs.                                                                                              CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                                          DEFENDANTS
State of Mississippi, et al.

## AGREED ORDER FOR FORMAL APPOINTMENT OF GRACE M. LOPES AS MONITOR

Pursuant to the Joint Motion for Formal Appointment of Grace M. Lopes as Monitor and the Mississippi Settlement Agreement and Reform Plan ("Plan") approved by this Court on January 4, 2008, the Court hereby orders that:

Grace M. Lopes is formally appointed as Court Monitor in this matter. She shall serve as the Court Monitor as set forth in the Mississippi Settlement Agreement and Reform Plan and within such capacity is granted quasi-judicial immunity while she has acted and is acting in the scope of her duties.

SO ORDERED, this the 24th day of July, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE