IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                              PLAINTIFFS

v.                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*        DEFENDANTS

**CONSENT ORDER**

The Court having reviewed Plaintiffs' Unopposed Motion for Approval of Settlement Regarding Plaintiffs' Attorneys' Fees, Plaintiffs' Memorandum in Support and Memorandum in Further Support, as well as the Declarations of Marcia Robinson Lowry, Wayne Drinkwater, Stephen Leech, John Lang, Luke Dove, and Martha Bergmark;

Proper notice having been made to the Plaintiff class pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and this Court's Order directing distribution of notice; and

The Court having considered all submissions received regarding the Unopposed Motion, the Court, hereby **ORDERS** that:

The Plaintiffs' Unopposed Motion is GRANTED.

It is hereby further ORDERED THAT partial final judgment be entered in favor of the Plaintiffs, OLIVIA Y., et al., against the Defendants, HALEY BARBOUR, et al., in the sum of $4,863,557.50, for all Plaintiffs' attorneys' fees and expenses through the January 4, 2008 Fairness Hearing, pursuant to the fees settlement agreement of the parties.

IT IS SO ORDERED.

Dated:  August 7, 2008

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Consented to:

/s Shirim Nothenberg
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone: (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry
Rusty Fortenberry, Esquire (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*