# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**GRACE  M.  LOPES**

was, on the 1st day of February A.D. 1982 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 22nd day of October A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: *[signature]*
Deputy Clerk



**Exhibit "A"**