## CERTIFICATION

I, Grace M. Lopes, certify that I have read and am familiar with the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

*Grace M. Lopes* (signature)

**Exhibit "B"**