IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL.                                                                                    PLAINTIFFS

V.                                                                           CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, AS GOVERNOR
OF THE STATE OF MISSISSIPPI, ET AL.                                          DEFENDANTS

**CONSENT ORDER**

WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order Extending Time to File the Year Two Implementation Plan.

WHEREAS the parties and the Council on Accreditation have been actively engaged in good faith negotiations, yet they require additional time to develop a Year 2 Implementation Plan.

IT IS, THEREFORE, ORDERED, that the parties shall file the Year Two Implementation Plan by May 1, 2009 and that the terms of the Consent Order signed by this Court on January 1, 2009 shall remain in effect until the Year 2 Implementation Plan is signed by the parties and thereby incorporated into the Settlement Agreement.

AGREED TO AND APPROVED FOR ENTRY BY:

/s Shirim Nothenberg_____
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York  10001
Telephone:  (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Stephen H. Leech (MBN 1173)
618 Crescent Boulevard, Suite 103
Ridgeland, MS 39157
P. O. Box 3623
Jackson, Mississippi 39207
Telephone: (601) 607-4172

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154
Telephone: (212) 407-4000
*PLAINTIFFS' COUNSEL*

/s Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB # 5435)
Gretchen L. Zmitrovich (MSB #101470)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
Barry C. Campbell (MSB #99535)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street

Jackson, Mississippi  39201
*ATTORNEYS FOR DEFENDANTS HALEY BARBOUR, ET AL.*

SO ORDERED AND ADJUDGED, this the 27th of March  2009.

/S/ TOM  S. LEE

UNITED STATES DISTRICT JUDGE

3