IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                      PLAINTIFFS

v.                                                                            CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*         DEFENDANTS

## DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that Plaintiffs were unable to file the Parties' Period 2 Annual Implementation Plan in a timely manner due to technical difficulties. The deadline for filing the Period 2 Annual Implementation Plan was May 1, 2009. The reasons that Plaintiffs were unable to file the Period 2 Annual Implementation Plan in a timely manner and the good faith efforts Plaintiffs made prior to the filing deadline to both file in a timely manner and to inform the court and the other parties that we could not do so are set forth below.

Plaintiffs attempted to file the Parties' Period 2 Annual Implementation Plan on May 1, 2009, but were unable to access the ECF system for the Southern District of Mississippi. Plaintiffs unsuccessfully attempted to access the system numerous times. Plaintiffs contacted Defendants to inform them of the technical difficulties. Plaintiffs then emailed the Period 2 Annual Implementation Plan to the chambers of Judge Lee noting the technical difficulties.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 4th day of May, 2009.

<u>/s Jessica Polansky</u>
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York  10001
Telephone:  (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi  39201
Telephone:  (601) 948-8000
Facsimile:  (601) 948-3000

Stephen H. Leech (MBN 1173)
618 Crescent Boulevard, Suite 103
Ridgeland, MS  39157
P. O. Box 3623
Jackson, Mississippi 39207
Telephone:  (601) 607-4172

John Lang (MBN 43987 *pro hac vice*)
Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154
Telephone: (212) 407-4000
*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2009, I electronically filed the foregoing Declaration of Technical Difficulties and the Period 2 Annual Implementation Plan with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi  39201
>
>*Attorneys for Defendants Haley Barbour, et al.*

        /s Jessica Polansky