Ex. 5G

Page 1

1              IN THE UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

2                      JACKSON DIVISION

3

4    OLIVIA Y., ET AL                       PLAINTIFFS

5    VS.                 CIVIL ACTION NO. 3:04CV251LN

6    HALEY BARBOUR, ET AL                   DEFENDANTS

7

8                        COPY

9

10           DEPOSITION OF TERESSA JACKSON

11

12      Taken at Bradley Arant Rose & White,

         188 East Capitol Street, Suite 450,

13        Jackson, Mississippi, on Tuesday,

        June 21, 2005, beginning at 8:35 a.m.

14

15

16

17

18

19

REPORTED BY:

20

         CELESTE O. WERKHEISER, RMR

21       State-Wide Reporters

         4400 Old Canton Road

22       Suite 160 (39211)

         Post Office Box 14113

23       Jackson, Mississippi 39236

         Telephone:  (601) 366-9676

24       Fax:  (601) 366-9756

         www.legalink.com

25

1    Directors.   So we look at the positions that are

2    there, of course, based on our formula for the

3    Career Ladder, we come up with the dollar

4    figure.

5         Q.    Can you tell me what the purpose of

6    the Career Ladder is?

7         A.    The purpose of it is so that we can

8    retain knowledgeable staff.  It's sort of like

9    if you've been a social worker then you can

10   advance to the next position if you've been here

11   for so many years.  And I don't know exactly how

12   many years it is.  And then you will go from a

13   social worker, advance to a senior, so, and then

14   to ASWS.  But the Career Ladder was the advance

15   and the senior positions were added for the

16   social workers.  Just basically a way of giving

17   them a raise.

18        Q.    As a result of the fiscal year 2005

19   budget request for funding for the Career

20   Ladder, was that funding provided?

21        A.    No.  In our appropriation it

22   specifically told us not to fund the Career

23   Ladder, not to -- we could not -- couldn't fund

24   it.  We couldn't do that.

25        Q.    I'm sorry, who told you that?

1          A.     It was in our appropriation bill.

2          Q.     As a result of the -- I'm sorry, the

3    appropriation bill for fiscal year 2005?

4          A.     Uh-huh.

5          Q.     That's yes?

6          A.     Yes.

7          Q.     You're saying there was a specific

8    provision?

9          A.     Yes.

10         Q.     As to the Career Ladder.

11         A.     Right.

12         Q.     And the answer was no.

13         A.     Right.

14         Q.     What about your fiscal year 2005

15   request to upgrade various positions?

16         A.     That was also in the budget that we

17   could not upgrade positions or reclass.

18         Q.     And what was the purpose of upgrading

19   or reclassing positions?

20         A.     As people leave you have more work

21   added to you and we wanted to compensate them

22   for that.

23         Q.     This is staff that's covering for

24   those vacant positions?

25         A.     Yes.

1      Q.      And the answer on that was a no?

2      A.      Exactly.

3      Q.      What about the amounts reflected for

4  additional general funds so that the division

5  could draw down additional federal dollars?

6  Were those amounts approved?

7      A.      Not the total amount.

8      Q.      Did that result in the division not

9  being able to draw down as many federal dollars

10  as it would otherwise have been able to?

11      A.      Yes.

12      Q.      As you meet with division staff and

13  receive specific requests for budget items, are

14  you the one who determines what ends up in the

15  final budget request from the division to the

16  DHS Office of Budgets?

17      A.      No.

18      Q.      Who makes that final decision as to

19  what goes into the division's budget request

20  package?

21      A.      That would be up to the Executive

22  Director and the Director of Budgets and

23  Accounting.  We submit it but it may not -- all

24  of our requests may not have been asked for in

25  the final budget.

**Ex. 5H**

**Number of Authorized, Funded, and Filled Caseworker Positions, by Year
January 2004 - March 2009**
[Prepared by the Office of the Court Monitor based on April 13, 2009 data from
Personnel Unit, Division of Family and Children Services]



**Ex. 5I**

**Number of Filled and Vacant ASWS Positions, by Year**
**January 2004 - March 2009**
[Prepared by the Office of the Court Monitor based on April 13, 2009 data from
Personnel Unit, Division of Family and Children Services]



# Ex. 5J

# Reporting Workload Summary

1.  Overview ........................................................................................................ 2
  1.1   Service Type Processes and Reports ............................................... 3
  1.2   Table of Service Types .................................................................... 4
  1.3   Workload Summary record layout .................................................. 5
2.  Direct Service file Service Types ......................................................... 6
  2.1   List of Service Types retrieved from the Direct Service file (MW-DIR-SRVC) ......................................................................................... 6
  2.2   Direct Service file Service Types .................................................... 7
3.  Intake Report file Service Types ......................................................... 8
  3.1   List of Service Types retrieved from the Intake Report file (MW-INT-REPORT) .............................................................................................. 8
  3.2   How do we find the Service Types on the Intake Report file? ........... 8
    3.2.1   Case Management Intake ......................................................... 9
    3.2.2   Court Ordered Relative Application ....................................... 10
    3.2.3   ICPC Application ................................................................... 11
    3.2.4   Child Investigation Level 2 .................................................. 12
    3.2.5   Child Investigation Level 3 .................................................. 13
    3.2.6   Protective Service/Adult Investigation ................................. 14
    3.2.7   Resource Inquiry .................................................................. 15
4.  Resource file Service Types ............................................................... 17
  4.1   List of Service Types retrieved from the Resource file (MW-RESRC-DIR)   17
  4.2   How do we find the Service Types on the Resource file? ............... 17
    4.2.1   Adoption Addendum – create when resource type is 'LFOSH' 18
    4.2.2   Foster Home Addendum – when resource type is 'LFOSH' ..... 19
    4.2.3   Resource Home Study – when resource type is 'RESHM' ........ 21
    4.2.4   Resource Home Supervision – when resource types are 'LADPH', 'LFOSH', and 'RESHM' ........................................................ 22
    4.2.5   Resource Renewal – when resource types are 'LFOSH' and 'RESHM' .................................................................................................. 23

# Reporting Workload Summary

The run time for all four report processes was moved to the same date, the 5th of each month.  The SSBG Worksheet and Performance Measurements data is needed before the 10th of the month.

Our dataset does include Adult service types and we control where they are used by checking for Service Group 'Adult'.  Currently they are only used on the SSBG Worksheet.

## 1.2    Table of Service Types

| No. | Service Group | Service Type | File of Origin | Minutes | Hours |
|---|---|---|---|---|---|
| 1 | Direct Service | Adoption COS | Direct Service | 807 | 13.45 |
| 2 | Adult | Prot Service/Adult | Direct Service | 126 | 2.1 |
| 3 | Direct Service | ICPC Incoming | Direct Service | 106 | 1.77 |
| 4 | Direct Service | ICPC Outgoing | Direct Service | 36 | 0.6 |
| 5 | Direct Service | Placement COR | Direct Service | 132 | 2.2 |
| 6 | Direct Service | Placement R&S | Direct Service | 507 | 8.45 |
| 7 | Direct Service | Placement COS | Direct Service | 375 | 6.25 |
| 8 | Direct Service | Prevention COR | Direct Service | 60 | 1.0 |
| 9 | Direct Service | Prevention COS | Direct Service | 215 | 3.58 |
| 10 | Direct Service | Prevention R&S | Direct Service | 275 | 4.58 |
| 11 | Direct Service | Protective Serv COR | Direct Service | 60 | 1.0 |
| 12 | Direct Service | Protective Serv COS | Direct Service | 351 | 5.85 |
| 13 | Direct Service | Protective Serv R&S | Direct Service | 410 | 6.85 |
| 14 | Other | Case Mgt Intake | Intake Report | 36 | 0.6 |
| 15 | Other | Court Ord Rtv Appl | Intake Report | 282 | 4.7 |
| 16 | Other | ICPC Application | Intake Report | 282 | 4.7 |
| 17 | Other | Investigation Lvl 2 | Intake Report | 480 | 8.0 |
| 18 | Other | Investigation Lvl 3 | Intake Report | 480 | 8.0 |
| 19 | Adult | Prot Serv/Adult Inv | Intake Report | 480 | 8.0 |
| 20 | Resource | Resource Inquiry | Intake Report | 338 | 5.63 |
| 21 | Resource | Adoption Addendum | Res Directory | 191 | 3.18 |
| 22 | Resource | Foster Home Addendum | Res Directory | 191 | 3.18 |
| 23 | Resource | Resource Home Study | Res Directory | 132 | 2.2 |
| 24 | Resource | Resource Home Sup | Res Directory | 60 | 1.1 |
| 25 | Resource | Resource Renewal | Res Directory | 191 | 318 |

**Ex. 5K**

**Washington County**
**Average Number of Hours Worked on Casework Per Week, by Caseworker**
**February 1 - February 28, 2009**
**[Prepared by the Office of the Court Monitor based on MACWIS Report #MWASAW9D]**



**Ex. 5L**

**Number of Caseworkers, by County, by Number Exceeding Caseload Requirements**
**February 1 - February 28, 2009**
**[Prepared by the Office of the Court Monitor based on MACWIS Report MWASA9S2]**



**Ex. 5M**

**Percentage of Caseworkers with Caseloads that Exceed 6960 Minutes, by County**
**February 1 - February 28, 2009**
**[Prepared by the Office of the Court Monitor based on MACWIS Report MWASA9S2]**



**Ex. 5N**

**Ratio of Workers To Supervisors, By County***
**December 1 - December 31, 2008**
**[Prepared by the Office of the Court Monitor based on MACWIS Report MWZPWKRB]**



*Counties without data did not have a supervisor working in that county.

**Ex. 5O**



Class Specification
Occu Code: 3745
Rev: 06/06
Page 1

## DHS-AREA SOCIAL WORK SUPERVISOR

**CHARACTERISTICS OF WORK:**

This is professional social work of a supervisory nature. Incumbents are responsible for the supervision of social service program for families, children, and adults and maintenance of program operations. Work is performed under the general supervision of the Social Services Regional Director. Incumbents remain on-call on a 24 hour basis.

**MINIMUM QUALIFICATIONS:**

These minimum qualifications have been agreed upon by Subject Matter Experts (SMEs) in this job class and are based upon a job analysis and the essential functions. However, if a candidate believes he/she is qualified for the job although he/she does not have the minimum qualifications set forth below, he/she may request special consideration through substitution of related education and experience, demonstrating the ability to perform the essential functions of the position. Any request to substitute related education or experience for minimum qualifications must be addressed to the State Personnel Board in writing, identifying the related education and experience which demonstrates the candidate's ability to perform all essential functions of the position.

**EXPERIENCE/EDUCATIONAL REQUIREMENTS:**

**Education:**
Must be licensed to practice Master's Level Social Work (LMSW) in the State of Mississippi;

AND

**Experience:**
Four (4) years of experience in social work.

OR

**Education:**
Must be licensed to practice Bachelor's Level Social Work (LSW) in the State of Mississippi and must have completed thirty (30) semester hours of graduate level social work education;

AND

**Experience:**
Four (4) years of experience in social work.

OR

**Education:**
Must be licensed to practice Bachelor's Level Social Work (LSW or above) in the State of Mississippi;

AND

**Experience:**
Five (5) years of experience in social work.

**Documentation Required:**

Applicant must attach a copy of his/her current wallet-size license in Social Work.

**Note:**

Incumbent must have a valid driver license and proof of insurance which will be verified by the hiring agency.

## PHYSICAL REQUIREMENTS:

These physical requirements are not exhaustive, and additional job related physical requirements may be added to these by individual agencies on an as needed basis. Corrective devices may be used to meet physical requirements. These are typical requirements; however, reasonable accommodations may be possible.

**Moderate Work:** May frequently exert force equivalent to lifting up to approximately 25 pounds and/or occasionally exert force equivalent to lifting up to approximately 50 pounds.

**Vision:** Requires the ability to perceive the nature of objects by the eye.

**Near Acuity:** Clarity of vision at 20 inches or less.
**Midrange:** Clarity of vision at distances of more than 20 inches and less than 20 feet.
**Far Acuity:** Clarity of vision at 20 feet or more.
**Peripheral:** Ability to observe an area that can be seen up and down or left and right while eyes are fixed on a given point.
**Depth Perception:** Three-dimensional vision. Ability to judge distances and spatial relationships so as to see objects where and as they actually are.
**Ability to adjust focus:** Ability to adjust the eye to bring an object into sharp focus.

**Speaking/Hearing:** Possesses the ability to give and receive information through speaking and listening skills.

**Taste/Smell:** Possesses the ability to use the sense of smell to recognize and distinguish odors. Possesses the ability to use the sense of taste to recognize and distinguish flavors.

**Motor Coordination:** While performing the duties of this job, the incumbent is regularly required to use hands to finger, handle, or feel objects, tools, or controls; and reach with hands and arms. The incumbent is frequently required to sit; stand; and walk. The incumbent is occasionally required to stoop, kneel, crouch, or bend; and climb or balance.

## COMPETENCIES:

The following competencies describe the knowledge, skills, abilities, and attributes that lead to a successful employee in this position. An applicant will be expected to exhibit these competencies or the ability to reach competency achievement within a specified time. These competencies are linked to the essential functions of the job. Employees in this position may be evaluated on these competencies as part of the performance appraisal system. Example behaviors are listed below

each competency and are used for illustrative purposes only. Specific behaviors may be identified and included later by the hiring agency. It is understood that some of these behaviors might not be acquired until a reasonable time after hire. Failure of an employee to successfully demonstrate some or all of these competencies, as deemed important by his or her reporting official, may result in the employee being placed on a performance improvement plan. If after a reasonable period of time, usually three (3) months, the employee fails to demonstrate successful performance, the employee may be terminated. These competencies include, but are not limited to, the following:

**PUBLIC SECTOR COMPETENCIES:**

**Integrity and Honesty:** Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

Models and demonstrates high standards of integrity, trust, openness, and respect for others. Demonstrates integrity by honoring commitments and promises. Demonstrates integrity by maintaining necessary confidentiality.

**Work Ethic:** Is productive, diligent, conscientious, timely, and loyal.

Conscientiously abides by the rules, regulations, and procedures governing work.

**Service Orientation:** Demonstrates a commitment to quality public service through statements and actions.

Seeks to understand and meets and/or exceeds the needs and expectations of customers. Treats customers with respect, responding to requests in a professional manner, even in difficult circumstances. Provides accurate and timely service. Develops positive relationships with customers.

**Accountability:** Accepts responsibility for actions and results.

Is productive and carries fair share of the workload. Focuses on quality and expends the necessary time and effort to achieve goals. Demonstrates loyalty to the job and the agency and is a good steward of state assets. Steadfastly persists in overcoming obstacles and pushes self for results. Maintains necessary attention to detail to achieve high-level performance. Deals effectively with pressure and recovers quickly from setbacks. Takes ownership of tasks, performance standards, and mistakes. Has knowledge of how to perform one's job. Knows the organization's mission and functions and how it fits into state government.

**Self Management Skills:** Effectively manages emotions and impulses and maintains a positive attitude.

Encourages and facilitates cooperation, pride, trust, and group identity; fosters commitment and team spirit; works effectively and cooperatively with others to achieve goals. Treats all people with respect, courtesy, and consideration. Communicates effectively. Remains open to new ideas and approaches. Avoids conflicts of interest. Promotes cooperation and teamwork. Continuously evaluates and adapts; copes effectively with change. Allows self and others to make mistakes and learns from those mistakes. Adheres to high ethical standards.

**Interpersonal Skills:** Shows understanding, courtesy, tact, empathy, and concern to develop and maintain relationships.

Demonstrates cross cultural sensitivity and understanding. Identifies and seeks to solve problems and prevent or resolve conflict situations. Encourages others through positive reinforcement. Models appropriate behavior. Recognizes and develops potential in others; mentors.

**Communication Skills:** Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Receives other cues such as body language in ways that are appropriate to listeners and situations. Takes into account the audience and nature of the information; listens to others, attends to nonverbal cues, and responds appropriately. May make oral presentations. Communicates ideas, suggestions, and concerns, as well as outcomes and progress throughout the process of an activity. Provides thorough and accurate information.

**Self-Development:** Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

Seeks efficient learning techniques to acquire and apply new knowledge and skills; uses training, feedback, or other opportunities for self-learning and development. Develops and enhances skills to adapt to changing organizational needs. Remains open to change and new information and ideas.

**TECHNICAL COMPETENCIES:**

**Assessment:** Assigns cases to Social Workers to determine the social needs of children and adults.

Supervises and is administratively in charge of the area of service and the area social workers. Gathers relevant data. Identifies, assesses, and analyzes information. Communicates effectively with family. Conducts intake interviews and refers for public assistance, family, and children services, and related services. Investigates immediately all reports of neglect, abuse, or exploitation of children.

**Social Work Supervision:** Coordinates a group of social workers engaged in providing and securing appropriate social services

Provides technical assistance to social workers. Ensures maintenance of acceptable standards of social work practice in geographic area of responsibility. Provides in-service and on-the-job training. Assists county staffs in the development and utilization of resources necessary for carrying out programs. Develops and maintains a plan and program of service for each family applying for or receiving support. Refers clients to agencies that provide services enabling heads of families or older children within the family to become self-supporting members of society. Discusses family planning with families and individuals as needed. Assists those wishing such services to find and utilize appropriate resources. Assists families and individuals in planning and securing appropriate services related to their social, medical, financial, child care, home management, and emotional needs.

**Placement Supervision:** Supplies protective and placement services for homeless, dependent, or neglected children.

Places and supervises children requiring foster home placement. Recruits, studies, and recommends foster homes for approval. Initiates placement of neglected, abused, or exploited of children as needed.

**Case Management:** Supervises social workers engaged in managing caseloads of children or vulnerable adults.

Ensures accurate documentation of all cases. Remains on-call on a 24-hour basis. Prepares reports documenting information on a step-by-step basis. Prepares reports and trend analyses on the operations of geographic area of responsibility. Assists the area social workers in difficult cases when needed. Assists social workers in preparing for court. Testifies in court. Conducts home studies for placement purposes.

## MANAGEMENT COMPETENCIES:

**Emotional Maturity:** Conducts oneself in a professional, consistent manner when representing the organization.

Has the ability to work through adversity and hold self and others accountable for work actions.

**Macro Oriented:** Exercises good judgment; makes sound, well-informed decisions.

Understands and appropriately applies procedures, requirements, and regulations related to specialized areas of expertise.

**Working Through Others:** Supports, motivates, and is an advocate for staff.

Reinforces and rewards team efforts and positive behaviors. Is fair, yet firm with others. Monitors workloads and provides feedback.

**Results Oriented:** Plans effectively to achieve or exceed goals; sets and meets deadlines.

## ESSENTIAL FUNCTIONS:

**Additional essential functions may be identified and included by the hiring agency. The essential functions include, but are not limited to, the following:**

1.      Provides supervisory and administrative duties for social workers and general clerks.

2.      Provides technical assistance to county staff for various problems.

3.      Reviews and improves client services.

## EXAMPLES OF WORK:

**Examples of work performed in this classification include, but are not limited to, the following:**

Ensures maintenance of acceptable standards of social work practice in geographic area of responsibility.

Supervises and is administratively in charge of the area of service and the area social workers.

Provides performance evaluations and performance improvement plans as needed.
Provides in-service and on-the-job training.

Assists the area social workers in difficult cases when needed, particularly where life/health, public contact, and community organization are concerned.

**Class Specification**
**Occu Code: 3745**
**Rev: 06/06**
**Page 6**

Prepares reports and trend analyses on the operations of geographic area of responsibility.

Makes presentations to community, civic, and church groups on abuse/neglect and other timely topics.

Assists county staffs in the development and utilization of resources necessary for carrying out programs.

Performs related or similar duties as required or assigned.

**INTERVIEW REQUIREMENTS**:

Any candidate who is called to an agency for an interview must notify the interviewing agency in writing of any reasonable accommodation needed prior to the date of the interview.

**Ex. 6**



2008

# Social Work Education Among MDHS Employees

Prepared by

Joohee Lee, Ph.D.
Tim Rehner, Ph.D.
Michael Forster, Ph.D.
John Reynolds, MSSW

Training Academy
School of Social Work
The University of Southern Mississippi

10/3/2008

DHS
267062

# Table of contents

Section I: Information of survey respondents                                         2

    1. Number of survey respondents                                             2

    2. In which county do you work?                                             2

    3. What is your job title?                                                 3

    4. What undergraduate degree do you hold?                                  4

    5. Do you have a MSW degree?                                                5


Section II: Professional workers with a MSW degree                                  6

    1. Did you earn your MSW degree with support from Title IV-E funds? If yes, which year   6
    did you receive the support?

    2. Do you have a Social Work license? If licensed as a social worker, how were you      7
    licensed?

Section III: Professional workers who are currently enrolled in a MSW program       8

    1. Are you currently enrolled in a MSW program?                            8

    2. At which of the following MSW program are you enrolled?                  8

    3. What MSW program model are you part of right now?                       9

    4. When do you expect to complete your MSW program?                        10

    5. What has been the biggest challenge you faced with regard to your progress toward    11
    obtaining a MSW degree? (Identify one biggest challenge)


Section IV: Professional workers without a MSW degree                               12

    1. Which of the following best fits with your plans to earn a MSW degree?   12

    2. Professional workers who have already submitted an application           13

        2.1. University to which application has been made                 13
        2.2. Program model to which application has been made              15

    3. Professional workers who have plans to pursue a MSW degree               16

        3.1. If you go back to school to earn a MSW, what university would you attend?   16
        3.2. Which of the following program model would you be most interested in?      19

    4. What do you foresee to be the greatest challenge to obtaining a MSW degree?  20

DHS
267063

## Section I: Information of survey respondents

## 1. Number of survey respondents

Data collection occurred through the use of a web survey. A total of 523 workers completed the survey. Of 523 respondents, 482 were professional child welfare workers and 41 were "Others" (clerks, home- makers, etc.). In this report, only professional child welfare workers (N=482) were included for analysis.

## 2. In which county do you work?

Table: Survey respondent by state

| County | N | County | N | County | N |
|---|---|---|---|---|---|
| 1.Adams | 12 | 29.Itawamba | 6 | 57.Pike | 8 |
| 2.Alcorn | 7 | 30.Jackson | 17 | 58.Pontotoc | 7 |
| 3.Amite | 4 | 31.Jasper | 5 | 59.Prentiss | 4 |
| 4.Attala | 4 | 32.Jefferson | 2 | 60.Quitman | 2 |
| 5.Benton | 2 | 33.Jefferson Davis | 2 | 61.Rankin | 4 |
| 6.Calhoun | 5 | 34.Jones | 13 | 62.Scott | 1 |
| 7.Carroll | 3 | 35.Kemper | 2 | 63.Sharkey | 1 |
| 8.Choctaw | 1 | 36.Lafayette | 8 | 64.Simpson | 9 |
| 9.Claiborne | 2 | 37.Lamar | 0 | 65.Smith | 1 |
| 10.Clarke | 5 | 38.Lauderdale | 19 | 66.Stone | 7 |
| 11.Clay | 5 | 39.Lawrence | 2 | 67.Sunflower | 7 |
| 12.Coahoma | 6 | 40.Leake | 3 | 68.Tallahatchie | 4 |
| 13.Copiah | 7 | 41.Lee | 10 | 69.Tate | 4 |
| 14.Covington | 3 | 42.Leflore | 4 | 70.Tippah | 6 |
| 15.DeSoto | 12 | 43.Lincoln | 5 | 71.Tishomingo | 6 |
| 16.East Bolivar | 7 | 44.Lowndes | 7 | 72.Tunica | 2 |
| 17.East Chickasaw | 2 | 45.Madison | 5 | 73.Union | 8 |
| 18.Forrest | 11 | 46.Marion | 3 | 74.Walthall | 5 |
| 19.Franklin | 2 | 47.Marshall | 6 | 75.Warren | 2 |
| 20.George | 1 | 48.Monroe | 10 | 76.Washington | 18 |
| 21.Greene | 0 | 49.Montgomery | 4 | 77.Wayne | 4 |
| 22.Grenada | 9 | 50.Neshoba | 5 | 78.Webster | 1 |
| 23.Hancock | 5 | 51.Newton | 4 | 79.Wilkinson | 2 |
| 24.Harrison | 9 | 52.Noxubee | 1 | 80.Winston | 2 |
| 25.Hinds | 56 | 53.Oktibbeha | 6 | 81.Yalobusha | 3 |
| 26.Holmes | 4 | 54.Panola | 4 | 82.Yazoo | 2 |
| 27.Humphreys | 5 | 55.Pearl River | 11 | 83.West Bolivar | 3 |
| 28.Issaquena | 0 | 56.Perry | 3 | 84.West Chickasaw | 3 |

## 3.  What is your job title?

Of 482 professional child welfare workers, 16% were working as either Family Protection Worker or Family Protection Worker II. About 53% were working as Family Protection Specialist, Family Protection Specialist Senior or Family Protection Specialist Advanced. About 17% were Area Social Work Supervisors and about 1% were Regional Directors. About 14% defined themselves as "Other," which included foster care reviewer, resource specialist, program manager, program specialist, etc.

Table: Job title

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Family protection worker | 42 | 8.7% |
| Family protection worker II | 35 | 7.3% |
| Family protection specialist | 142 | 29.5% |
| Family protection specialist senior | 25 | 5.2% |
| Family protection specialist advanced | 87 | 18.0% |
| Areas social work supervisor | 80 | 16.6% |
| Regional director | 6 | 1.2% |
| Other | 65 | 13.5% |
| **Total** | **482** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.



## 4. What undergraduate degree do you hold?

The majority of respondents had a bachelor's degree in Social Work (64%). On the other hand, 17% indicated "Other," and it included Education (Early Childhood Education, Social Science Education, Educational Psychology, Elementary Education, etc.), Administration, Business, Criminal Justice, Accounting, Mass Communication, English, Biology, etc.

Table: Undergraduate degree

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Social Work | 306 | 63.6% |
| Psychology | 47 | 9.8% |
| Child and Family studies | 11 | 2.3% |
| Sociology | 35 | 7.3% |
| Other | 82 | 17.0% |
| **Total** | **481** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.



## 5. Do you have a MSW degree?

Of 480 respondents, only 52 (11%) possessed a MSW (Master of Social Work) degree, leaving a total of 428 (89%) that did not have MSW degrees.

Table: MSW degree

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Yes | 52 | 10.8% |
| No | 428 | 89.2% |
| Total | 480 | 100.0% |

Note:  a – "Valid Percent" excludes the "missing" answers.



## Section II: Professional workers with a MSW degree

1. Did you earn your MSW degree with support from Title IV-E funds? If yes, which year did you receive the support?

Of 52 workers with MSW degrees, approximately 12% indicated that they earned MSW degree with support from Title IV-E funds, and most of them (83%) received funds during the year of 2002-2003.

Table: Title IV-E funds

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Yes | 6 | 11.5% |
| *2002-2003* | *5* | *83.3%* |
| *2003-2004* | *0* | *0%* |
| *2004-2005* | *0* | *0%* |
| *2005-2006* | *1* | *16.7%* |
| No | 46 | 88.5% |
| **Total** | **52** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.



2. Do you have a Social Work license? If licensed as a social worker, how were you licensed?

Of 52 workers with MSW degrees, about 79% possessed a Social Work license and the majority of them were licensed by examination (83%).

Table: Social Work license

| | Frequency | Valid Percent [a] |
|---|---|---|
| Yes | 41 | 78.8% |
| *Examination* | *34* | *82.9%* |
| *Grandfathering* | *7* | *17.1%* |
| No | 11 | 21.2% |
| **Total** | **52** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.



DHS
267069

## Section III: Professional workers who are currently enrolled in a MSW program

1. Are you currently enrolled in a MSW program?

Twenty seven workers (27) indicated that they were currently enrolled in a MSW program.

2. At which of the following MSW programs are you enrolled?

Of 27 workers, 19 (70%) indicated that they were currently enrolled at The University of Southern Mississippi-Hattiesburg School of Social Work. About 19% indicated "Other," which included University of West Alabama, Walden University, and On-line with Capella University.

Table: At which of the following MSW program are you enrolled

|  | Frequency | Valid Percent [a] |
|---|---|---|
| The University of Southern Mississippi- Hattiesburg | 19 | 70.4% |
| The University of Southern Mississippi- Gulf-Coast | 1 | 3.7% |
| The University of Mississippi | 1 | 3.7% |
| Mississippi Valley State University | 1 | 3.7% |
| Other | 5 | 18.5% |
| **Total** | **27** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.



3.  What MSW program model are you part of right now?

Of 27 workers, about 37% indicated that they were currently enrolled in a weekend model (3 years), 22% indicated enrollment in a regular model (2 years), 22% indicated enrollment in a regular part time model (3 years), and 19% indicated enrollment in an advanced standing model.

Table: What MSW program model are you part of right now

| | Frequency | Valid Percent[a] |
|---|---|---|
| Advanced standing model | 5 | 18.5% |
| Regular full time model (2 years) | 6 | 22.2% |
| Regular part time model (3 years) | 6 | 22.2% |
| Weekend model (3 years) | 10 | 37.0% |
| **Total** | **27** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.



DHS
267071

## 4.  When do you expect to complete your MSW program?

Of 27 workers, the vast majority (96%) indicated that they expected to complete their MSW program by 2011. Almost half of the respondents (52%) said that they expected to complete their programs in the year of 2010.

Table: Year and semester

|  | Frequency | Valid Percent [a] |
|---|---|---|
| **2008**<br>Fall | 3 | 11.1% |
| **2009**<br>Spring<br>Summer<br>Fall | 2<br>0<br>3 | 7.4%<br>0%<br>11.1% |
| **2010**<br>Spring<br>Summer<br>Fall | 8<br>4<br>2 | 29.6%<br>14.8%<br>7.4% |
| **2011**<br>Spring<br>Summer<br>Fall | 3<br>0<br>1 | 11.1%<br>0%<br>3.7% |
| **2012+** | 1 | 3.7% |
| **Total** | **27** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.



DHS
267072

5.  What has been the biggest challenge you faced with regard to your progress
    toward obtaining a MSW degree? (Identify the biggest challenge)

Of 27 workers, about 52% indicated that tuition cost had been the biggest challenge with regard
to their progress toward obtaining a MSW degree. About 19% indicated burnout as the biggest
challenge. About 19% defined "Other" as the biggest challenge (examples of comments can be
found below).

Table: Biggest challenge

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Tuition cost | 14 | 51.9% |
| Scheduling | 1 | 3.7% |
| Burnout | 5 | 18.5% |
| Travel time | 2 | 7.4% |
| Other | 5 | 18.5% |
| Total | 27 | 100.0% |

Note: a – "Valid Percent" excludes the 'missing' answers.

a) "Finding the time to complete all of the required work"
b) "I have experienced a combination of these challenges. One challenge is definitely tuition cost
and accruing new student loan debt. Another challenge is attending classes on the weekend after
a week of work and being able to be receptive to what is being taught. Also, traveling three hours
to Hattiesburg after having to take leave from work to attend class on Friday night adds to
burnout. At times, the amount of work and when assignments are due can also be challenging
when you are still working full time and completing your first semester of field placement. It
feels like I have 3 jobs"
c) "Travel time from work to school. Cost of travel from work to school. Use of personal leave to
travel to school."



## Section IV: Professional workers without a MSW degree

1.  Which of the following best fits with your plans to earn a MSW degree?

Regarding plans to earn a MSW degree, of 399 professional workers, 3% (N=13) indicated that they have already submitted applications. About 23% (N=92) indicated that they intended to submit an application before April 2009. Approximately 55% (N=220) indicated that they have plans to pursue a MSW degree someday, but have not decided when. About 19% (N=74) indicated that they have no plans to pursue a MSW degree, now or in the future.

Table: Plans to earn a MSW degree

|  | Frequency | Valid Percent [a] |
|---|---|---|
| I have already submitted an application | 13 | 3.3% |
| I intend to submit an application before April 2009 | 92 | 23.1% |
| I have plans to pursue a MSW degree someday, but have not decided when | 220 | 55.1% |
| I have no plans to pursue a MSW degree, now or in the future | 74 | 18.5% |
| **Total** | **399** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.



## 2. Professional workers who have already submitted an application
### 2.1. University to which application has been made

Among the 13 who have already submitted applications, 31% indicated that they had submitted applications to The University of Southern Mississippi- Hattiesburg, 23% had submitted to Jackson State University, 15% had submitted to The University of Mississippi, 8% to The University of Southern Mississippi-Gulf-Coast, and 8% to Mississippi Valley State University.

Table: University to which application has been made

| | Frequency | Valid Percent [a] |
|---|---|---|
| The University of Southern Mississippi- Hattiesburg | 4 | 30.8% |
| The University of Southern Mississippi- Gulf-Coast | 1 | 7.7% |
| Jackson State University | 3 | 23.1% |
| The University of Mississippi | 2 | 15.4% |
| Mississippi Valley State University | 1 | 7.7% |
| Other | 2 | 15.4% |
| **Total** | **13** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.

Page 14





2.2.    Program model to which application has been made

Of 13 workers, about 46% indicated that they applied to standing model programs, 31% applied to regular part time models (3 years), 15% to weekend models (3 years), and 8% to regular full-time models (2 years).

Table: Program model to which application has been made

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Advanced standing model | 6 | 46.2% |
| Regular full time model (2 years) | 1 | 7.7% |
| Regular part time model (3 years) | 4 | 30.8% |
| Weekend model (3 years) | 2 | 15.4% |
| **Total** | **13** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.



## 3. Professional workers who have plans to pursue a MSW degree

3.1.    If you go back to school to earn a MSW, what university would you attend?

Among the 311 who answered either "I intend to submit an application before April 2009" or "I have plans to pursue a MSW degree someday, but have not decided when," about 35% indicated that they planned to attend The University of Mississippi as the FIRST choice if they go back to school to earn a MSW. Another 30% planned to attend The University of Southern Mississippi-Hattiesburg, 12% planned to attend Jackson State University, 11% planned to attend Mississippi Valley State University, and 7% planned to attend The University of Southern Mississippi-Gulf-Coast. About 6% indicated "Other," which include University of Alabama (n=8), On-line through in/out of state college (n=6), University of Tennessee (n=5), Mississippi State University (n=4), and Alcorn State University (n=3), etc.

Table: What university would you attend (FIRST choice)

|  | Frequency | Valid Percent [a] |
|---|---|---|
| The University of Southern Mississippi- Hattiesburg | 92 | 29.6% |
| The University of Southern Mississippi- Gulf-Coast | 22 | 7.1% |
| Jackson State University | 37 | 11.9% |
| The University of Mississippi | 108 | 34.7% |
| Mississippi Valley State University | 35 | 11.3% |
| Other | 17 | 5.5% |
| **Total** | **311** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.

Among the 311 who answered either "I intend to submit an application before April 2009" or "I have plans to pursue a MSW degree someday, but have not decided when," about 30% indicated that they planned to attend Jackson State University as the SECOND choice if they go back to school to earn a MSW. Another 25% planned to attend The University of Southern Mississippi-Hattiesburg, 11% planned to attend The University of Mississippi, 10% planned to attend Mississippi Valley State University, and 5% planned to attend The University of Southern Mississippi-Gulf-Coast. About 20% indicated "Other," which included Mississippi State University, University of Tennessee, Delta State University, and University of Alabama, etc.

Table: What university would you attend (SECOND choice)

| | Frequency | Valid Percent [a] |
|---|---|---|
| The University of Southern Mississippi- Hattiesburg | 79 | 25.4% |
| The University of Southern Mississippi- Gulf-Coast | 14 | 4.5% |
| Jackson State University | 92 | 29.6% |
| The University of Mississippi | 33 | 10.6% |
| Mississippi Valley State University | 30 | 9.6% |
| Other | 63 | 20.3% |
| **Total** | **311** | **100.0%** |

Note:  a – "Valid Percent" excludes the "missing" answers.







3.2.    Which of the following program models would you be most interested in?

Of 311, who answered either "I intend to submit an application before April 2009" or "I have plans to pursue a MSW degree someday, but have not decided when," about 38% indicated that they would be interested in weekend program models (3 years), 27% indicated interest in regular part time models (3 years), 22% indicated interest in advanced standing models, and 14% indicated interest in regular full time models (2 years).

Table: Program model in which you would be most interested

|  | Frequency | Valid Percent [a] |
|---|---|---|
| Advanced standing model | 68 | 21.9% |
| Regular full time model (2 years) | 42 | 13.5% |
| Regular part time model (3 years) | 84 | 27.0% |
| Weekend model (3 years) | 117 | 37.6% |
| **Total** | **311** | **100.0%** |

Note: a – "Valid Percent" excludes the "missing" answers.



4.  What do you foresee to be the greatest challenge to obtaining a MSW degree?

See attachment!

**Question: What do you foresee to be the greatest challenge
to obtaining a MSW degree?**

| Comment Text |
| --- |

1.  Tuition, balancing working and school, and family.

2.  location and balancing work, school and family

3.  Tution, balancing working and school and family.

4.  The major issues that I see in obtaining a MSW degree would be the loaction that i would have to travel to as well as balancing work and time away from the job in order to obtain this degree.

5.  tuition, financial and balancing work schedule and school schedule.

6.  Tuition, balancing work and school

7.  lOCATION, BALANCING WORKING AND SCHOOL AND FAMILIES WOULD ALL BE A CHALLANGE TO ME.

8.  My greatest challenge would be the tuition. I amcurrently a single parent with two small chilren; ages 3 and nine months. Then balancing a very demanding workload and school. I say this becuase I currently work in Harrison county. With that, said I must add that I am very determined to successfully complete graduate school. I do have a very good support system.

9.  The greatest challenge for me obtaining a MSW degree is the location. I moved to this stated fron NC and your programs here are not offered frequently as they should be. There are not a lot of collleges/universities to select as it is in my home state where their are over 60 unversities to select from. Working at Harrison County DHS requires a lot of my time due to the large caseload that I have and the lack of staff. Tuition is a factor because of my previous loans from my under grad degree. It seems that the agency should provide some assistance to their worker to achieve that goal. I would love to obtain my MSW.

10. Tuition

11. Location, Tuition, and balancing working and school.

12. Balancing Work and School & paying for the tuition.

13. I feel the greatest challenge to be balancing working with families. I would prefer a school that is as close as possible considering the price of transportation.

14. Balancing worrking and school

15. I have two children and I am pregnant wit the third child. I have to first go and get my BSW and plan to do so in the near future. Then I will focus on the MSW. They are in my future. I have to improve in any way being that I am the mother of two and one on the way. I will progess.

16. Tuition and conflicts with class time and work hours.

17. I forseee the greatest challenge to grapple would be the balancing of work and school. This job requires alot of time so I'm un certain if continuing education can be done as a full time student. I previously attended JSU for Masters of Social Work program and exhausted myself to the fullest. I was only able to complete one year before giving up. The program was so demanding I was forced to quit one job and move back home.

18. Tuition. I have two children in college now. One at Tenn. State Uni. and the other one at Jackson State

19. The greatest challenges for me to obtain a MSW degree are the followings: The location of the school because I will not be able to drive back and forth to school in Tupelo or Oxford. Then I do not have funds for

school. It will be very difficult for me to balance work, family and school at this time.

20. Tuition and balancing work, school and my family.

21. tutition and transportation

22. My only challenge would be trying to pay for tuition.

23. The greatest challenge is tuition.

24. Tuition, time and location are all challenges. I can not afford the expenses at this time, I have a daughter attending college at this time and my wife and I are both DHS employees. Balancing the time between work, school and family would be difficult. Location is a problem because there is no MSW program close to my home at this time. A program that allowed more on-line classes or condensed class time would be helpful.

25. Balancing work and school and family.

26. Balancing work, family and transportation.

27. First of foremost in this area there is one program at Ole Miss. They only accepted a limited number of applications. The other program is at Southern and I live on the opposite end of the state to do this program. The cost from the program at University of Tennessess if $6,000 for two classes. This would add up to be $47,000. There needs to be a school in MS or help for social workers to pay for school. I would be in a program if there was one here and/or the cost.

28. TUITION, PURCHASING BOOKS AND OTHER SCHOOL RELATED FEES, balancing working and school, gas money, location, and any other upfront fees that is required. Also, I am a ASWS and there are very few people in the region that has a MSW degree that is not doing the same thing that I'm doing, so how will my internship be handled. I don't know if I will have to take 16 hours off every week to do field placement, which will affect my current salary.

29. I believe tuition, location, and balancing work and home life will be my greatest challenges.

30. Balancing work and school

31. Tuition

32. The greatest challenge to obtain a MSW degree would be financially. It second greatest challenge would be working and balancing everyday life with children.

33. Location and tuition

34. My biggest challenge would be balancing my work schedule, my family, and my school schedule.

35. Tuition and balancing school & work.

36. First challenge is the location of the school. Next would bee balancing school and working a full-time job.

37. Location, Tuition, Childcare

38. At this point maintaining and balancing the assigned work load efficiently.

39. The greatest challenge I foresee is balancing my work with school.

40. My greatest challenge would be balancing working and school and my family. I have a 2 year old and would need to try to find someone to care for him while I am in class.

41. The location of the MSW Program and balancing working, school, and family.

42. Gas prices, balancing work & family and school, but it would be something that i know that I would have to

work through for my family and myself for a better furture.

43. Balancing work, school, and family. I would need someone to assist me with Step by Step instructions from completing the FAFSA and GRE through getting fully enrolled in school.

44. balancing working, school and family

45. location, balancing working, and school

46. Time to study and to keep my grades up. Tuition Fees Location: Because some days, I do not get off of work on time and I will not be able to make it to class on time, and this will hurt my grades. Old Miss is approximately 75 miles or more, and Jackson State is approximately 90 miles from where I live.

47. All of the above.

48. Balancing working and school and paying tuition.

49. I am very excited about the possibility of obtaining a MSW. However the challenges for me to reach this goal are great. They are as follows: 1. Location – I live in Winston County which is three hours form Southern and two and a half hours from Oxford. Either way I travel with take a great amount of time. 2. Tuition - If we are to pay for the tuition and books upfront I do not have the available funds. Having three children at home and barely making ends meet pay check to pay check there is no way this could be possible. 3. Transportation - I have a vehicle that can make the trips but the gas cost would be a great hardship. It will take me two tanks of gas to each time I would go to school. 4. Children - I have three children 13, 9, and 5. One of which is diagnosed ADHD with a learning disability. She requires a great amount of extra time spent on school work as well as daily task The weekend is the time I focus on the fun interaction with my children. I do not have anyone who could care for my children while a attend classes.

50. Money, Balancing Work and School.

51. The greatest challenge for me in obtaining a MSW degree is tuition and location.

52. Balancing work, school, and family.

53. Work Schedule

54. All the above.

55. Balancing working, family and school

56. Balancing work, school and my current location

57. The greatest challenge of obtaining a MSW degree is the location. The Colleges that I would like to attend that offers the MSW programs and are two hours away from where I live. It will be great if the school could have a sub campus or building where people who stay in rural area can attend and obtain that MSW degree.

58. Currently hold a Master's Degree in Counseling and not certain if I should return for a 2nd Master's or pursue my Doctorate's Degree

59. Tuition and Location

60. tuition and field placement

61. The only problem that seems to holding me is, not being able to get into the MSW program. I have applied at the Univeristy of Mississippi but they only accept a small amount of students. I feel that they need to accept more students into the program. I also feel that online courses would benefit more applicates.

62. Finances and time.

63. The greatest challenges would be first tuition costs and the issues of balancing work responsibilities, family

and school. It would also make a lot of difference where the school was located.

64. All above

65. Tuition, balancing working, school, and family.

66. All of the above.

67. Tuition would be my greatest problem.

68. driving distance, work and families

69. The greatest challenge for obtaining a MSWS is location, tuition and balancing working and school and families.

70. Relocating would be a great challenge.

71. It would be a hardship especially if I'm not able to attend USM. I have three small children who require a lot of my time. I would also need financial assistance.

72. Tuition and balancing working, school, and my children.

73. Being able to balance work, school, child care, tuition, and family.

74. Tuition, balancing working and school and families.

75. Being able to maintain employment and able to work while obtaining a degree.

76. The hardest parts about going back to school is finances and time. Its hard paying on a home with higher insurance rates and then getting off work at a time when it is convenient to attend classes. There is a big issues with being on-call on weekends when there are weekend or night classes.

77. To be able to assist families, where there is a major need, such as with budgeting or housing.

78. Balancing family, work, and school.

79. My biggest concern would be balancing work, school, and family. I have a two year old and right now it is difficult sometimes balancing work and family. Hopefully when I do decide to pursue my MSW, the timing will be right. I would love to continue my SW Education.

80. At this point, I do not foresee any major challenges. The only challenge that I may have is getting back into the swing of going to school.

81. I foresee the greatest challenge in obtaining a MSW degree to be balancing work, family, and school. It think tuition would also be difficult.

82. Location

83. Balancing Working, tuition

84. location, tuition, balancing working

85. Balancing work, school, a personal life and my sanity would probably be my greatest challenge. Supervisor constantly remind me that this is not an 8-5 job, but professors don't always care that I missed class because of my job. Or that I have been overwhelmed at work so this paper is not what it could be.

86. Tuition, Location, Length of Time required to complete the degree. Also the capacity to earn a degree on weekends.

87. Trying to balance family and working hours.

88. I have been with the agency one year and have a three-month-old daughter at home. I would love to get my

MSW right now, but traveling to classes is not an option with working full-time and being a new mother. I feel I would be able to do on-line classes, but traveling is not an option. I would probably qualify for advanced standing due to graduating Magna Cum Laude in May 2007, but I do not know the time-line for getting that degree.

89. cost, family, work schedule, small children and their activities, etc

90. Tuition, balancing working and school and families

91. Tuition and balancing working and school and family along with child care. The opportunity with MSW classes online will assist some of the hardship. Week-ends classes will be great!!!!!!!!!!!!!!!!!!!!

92. The greatest challenge I have to obtaining a MSW degree is the location of the school, and balancing work and the time to go to school.

93. Balancing working and school and family.

94. Tuition, balancing working, school and family.

95. I would find it difficult to balance working full time and going back to school. I have three young children. It would be difficult to attend classes when they are so far from my home. Also, the cost would be a major factor in my attending.

96. My biggest challenge is balancing work, school and family.

97. The location of where the classes will be held as well as the balance of work, school and family.

98. I am very interested in obtaining my masters unfortunately there is more than one challenge postponing my future plans. The main problem is location. I am not financially able to move to anouther city to enroll and start a program. The other problem is tuition. I am currently paying back student loans from undergaduate school and money is a concern. Not only is tution a problem but there are other added cost such as books and travel expenses. It would be difficult to balance work but I feel that I would put in the extra effort to advance my educational level therefore that is not a big challenge. I look at the being extremely part as a short term lose for a long term gain. I hope this information is helpful and I hope that one day I can obtain my MSW degree.

99. Location and balancing working, school and family.

100. Balancing work and school

101. The greatest challeng would be balancing work and school. Also the fact that I am a single parent with already a number of financial obligations including paying back student loans from which I obtain during undergraduate, plays a huge factor in obtaining a MSW degree.

102. Balancing work.

103. The balance between work and school and family. Only limited chance of advancement above ASWS with DHS.

104. Location, balancing work, school and family

105. Tuition and balancing working, school,&family.

106. Location, balancing work, children and their activities.

107. Tuition because i am currently paying on student loans now and balancing work, school and my family. I have little ones at home.

108. Balancing working and school and families would be my greatest challenge to obtaining a MSW.

DHS
267087

109. Balancing work and school.

110. Balancing working and school and families

111. I live three hours from both USM and Ole Miss. Location is a major challenge for me as well as tuition. I already have student loans from my BSW degree and do not feel that my family can afford for me to go back to school. Not only is there tuition but there is books and fuel for a 3 hour one way trip. I am the only ASWS in a county with 70+ children in custody. Balancing work, school, and family is not something that I feel I can do with my current case load. I have two small children who are my first priority and I have to consider what effect it will have on them. I know that USM has satellite nursing programs in Meridian at MSU. Could this be an option for a MSW program since MSU does not offer this degree?

112. The greatest challenge to obtaining a MSW degree is my family. My oldest child is eight and the youngest just turned two. I am unwilling to miss out on events in their lives to continue my education at this time. I already feel that I miss out on time with them due to work. The next challenge is monitary. The price of gas continues to climb. The price of tutition is also climbing. My car has almost 200,000 miles on it and the round trip to Hattiesburg is approximately 120 miles.

113. My greatest challenge is payment of tuition and other fees. I recommend that the agency explore the possiblity of utilizing the reimbursement program. This program was previouly used for Social Work graduate employees at MDHS. In which the employee maintain an average of " B" or above. Also, once the program is completed the employee would be obligate to work for the agency a desiginated number of years, per each $1000.00 reimbursed.

114. Obtaining a MSW degree has always been a goal of mine. However there have been some things in my way. I take much pride in my work, and balancing my work schedule is a concern. The location in which I live is quiet a distance from USM. I hope that some of my concerns can be made easier.

115. Being able to balance work and the demands of being in a graduate program, as well as financial issues.

116. The greatest challenge I see to obtaining an MSW degree is balancing working, school, and family.

117. My greatest challenge would be tuition next to that would be balancing work with my duties to my family.

118. I have small children and need to be home with them at night. So location is an issue but the balance between school and home is also an issue.

119. tuition.

120. Balancing work and family.

121. Location if not in Oxford. Balancing work, school and family. Would prefer evenings to weekends. Being able to do the practicum, while still working for MDHS, without having to take extensive leave from my regular position.

122. Going to school and working is already a challenge in itself but tuition and family adds to the challenge also.

123. None.

124. No comments

125. Tuition

126. Balancing working and school and families, and child care

127. Location and child care

128. Not working a full time job and maybe losing my job.

129. My greatest challenges would be tuition, location, and balancing working, school and family.

130. My greatest challenge will be tution and balancing work and school.

131. I am a single parent with two school aged children. My greatest challenge would be tuition cost. I wouldn't have a problem with balancing work and school and family. As a result, I would like to be enrolled in a weekend program if applicable.

132. Tuition, location, balancing working and school and family.

133. The greatest challenge for me would be the location and tuition. Most of the universities that offer MSW programs are too far away. For me it is very challenging to work full time and travel long distances to attend school.

134. Balancing work and school Tuition Location

135. Balancing school and family. I have two children and have no desire to spend weekends away from them to pursue a degree. My kids come first. There is no choice for me. I will simply chose my children over work and education any day.

136. Time and location

137. The greatest challenge to obtaining a MSW degree for me would be balancing school, familiy, and child care. The location, tuition, and transportation would not be a problem for me.

138. Balancing working, school and a family Child Care Location

139. The time and financial resources to return to college to get my MSW.

140. The greatest challenge will most likely be tuition I will have to continue to pile on the student loans. I don't think anything else will factor in as far as time and scheduling.

141. The greatest challenge would be balancing work and family while obtaining a degree. I have a great desired to obain a master degree. If the location is close to Oktibbeha County or online I could go back to school easily. Child care is also needed.

142. I foresee, tution and child care as my greatest challenges.

143. The greatest challenge to me would be the cost of going back to college now that I have a family. I don't want to spend a fortune in student loans. It could also be hard to balance the job and my family.

144. Location, Tuition, transportation, work, etc.

145. Location,balancing work and school, family, child care, tuition, brunt out on school.

146. Tuition, of course is my first hurdle, but balancing working and family would be a struggle as well.

147. The location is very far away but I can manage to make time and arrange to attend class. As far as tuition, I plan on arriving at the campus to speak with someone before attending the college, to see if there is other available resources before taking out any other loans. But with my perserverance and determination, I shall overcome and succeed.

148. The greatest challenge to obtaining a MSW degree is balancing working and school and families and child care.

149. Currently transportation due to the high cost of gas

150. tuition, location, balancing work and school

151. My greatest challenge will be blancing school and work.

152. At this time balancing my work load and school hours as well as running my household.

DHS
267089

153. Location, tuition, balancing working and school

154. tuition, balancing work, school, and family

155. I foresee that location and balancing work, school and families. It would be very convenient if there was a MSW Program at Mississippi State Meridian Branch. I would like to enroll in the MSW Program, but I am currently pursuing a Master's Degree in Counseling/Psychology. I will finish this degree by the summer of 2009. I am hoping to take a break and begin the MSW Program in 2010.

156. Location

157. Location, tuition, balancing work and school and family, and child care

158. 1)location 2)balancing work, school and personal obligations 3)finances

159. Location! Due to no MSW program at the MSU- Meridian Campus, I will have to work and comute back and forth to the The University of Southern Mississippi at the Hattiesburg Campus.

160. Location and Tuition

161. The greatest challenges are financial, balancing work, family and school. The main challenge would be financial strain.

162. For me it would be location first and then balancing work with school. Third would be tuition becuase I also have a son in college.

163. Tuition is the greatest challenge, and balance between work and personal life would be second. Location would also be a great concern.

164. MONEY!!!! Time, motivation! You have to weigh the benefits of earning an MSW degree: Cost of school verses the increase in pay.

165. All of thee above. I have to school age children and I am really not interested in attending Jackson State University.

166. Balancing working and school.

167. Balancing work and school and family would be a great challenge for me because I have three children under the age of 13 who like to have their mom at home in the evenings. My husband also enjoys my being at home as well. My husband is enrolled full-time in the nursing program at ICC and will earn his degree this coming May. After he graduates, he plans to continue his education by earning his masters in nursing and become a nurse practioner or pursue becoming a nurse anesthetist. He also works full time at the ER in Tupelo on the night shift, so my being home in the evening is important to our family. However, an on-line class or two along the way may be a possible alternative route until a later time when I could do more.

168. The great challenge for me would be balancing working and spending time with my child. The second challenge would be tuition because student loans and interest can be costly.

169. Balancing working, school, and family. I am a single parent with a school aged child who has home work responsiblities, sports activities, etc. I would like to complete online courses toward my MSW; however, have found none available.

170. Tuition Balancing school, work and family I live in LA so I would hope becuase I work for DHS my out of state tuition would be waived. My BSW is from USM.

171. Balancing work and school.

172. I forsee a number of challenges in obtaining a MSW degree. For starters tuition is a challenge because I am already paying back $16,000 in student loans. Also, balancing working full time and going to school will be

a challenge for me.

173. My greated challege would be balancing work, school, family and childcare.

174. My greatest challenge will be tuition and balancing my heavy workload with my studies.

175. The location,tuition,balancing work, and family.

176. My greatest challenge is location.

177. Tuition, location and having sufficient time to attend classes and to study.

178. Balancing my family and work.

179. My greatest challenge to obtain a MSW degree is the location of the school, gas,and tuition along with working.

180. Location, Tuition, Balancing working and school and families, child care, and monetary funds to get back and forth to school and travel as part of my job.

181. The greatest challenges for me would be tuition, balancing work and school and my family.

182. 1. Affording the cost of tuition. 2. Balancing work and school and family as I have two school age children. 3. I have to assess the value of going to school given that I am 51 years old. I know that it would qualify me for a higher position and more pay. I have to determine if the effort would be worth it to me personally as far as the toll that it would take on me to juggle my work and home responsibilities. Certainly an incentive for me would be tuition assistance. I would also be motivated if I knew that I could work on it over a period of three years as a part time student.

183. My biggest obstacle at this point is money "tuition". I am a highly motivated person,I have one child out of college, one coming out next year, and the youngest in high school. I have a good balance between work and family to where I can handle additional responsibility in terms of furthering my education.

184. 1.balancing work and school 2. tuition 3. location-It would be great if satellites could be established at locations in each region or large town such as Starkville and Meridian. I also think it would be beneficial to allow some additional form of entry into the advanced standing program. Thirty years ago I spent more time socializing than studying. As we are looking at an older entry level student, could some means of testing be developed to determine appropriateness of advanced standing based on current knowledge base of practice.

185. Location, tuition, transportation and balancing working and school

186. The greatest challenge would be managing my full-time job and school.

187. I believe the location of the classes is the biggest challenge for me.

188. The greatest challenge I foresee is transportation and the balancing work and school. I feel that if classes were relocated to a closer site, it would make the challenges easier.

189. Trying to balcance work, school and family life.

190. Tuition and balancing work and school.

191. The location of the school and tuition. I would like to attend school on the coast.

192. Balancing work, school, and family. Cost to attend and travel.

193. The greatest challenge would be the location, balancing work, and tuition.

194. Location, tuition, and having sufficient time to balance work & school

195. Tuition, maybe location barriers

DHS
267091

196. Trying to balance work,school, and time with my family

197. Child care

198. The greatest challenge is tuition and finding the time to devote to furthering my education with my already demanding work schedule.

199. Tuition and balancing work ,school and family.

200. location, tuition, transportation and balancing work schedule

201. location and balancing working and school, etc.

202. My greatest challenge in obtaining a MSW would be balancing working and school.

203. All of the above

204. Tuition

205. I believe that my biggest challenge will be the location of the school. IF I could attend a program here on the MS Gulf Coast then I would be able to manage work, school, my family, and my case load without feeling so overwhelmed. I do believe that if I have to travel to Hattiesburg then I would be unable to maintain my case load, my personal life, and family without having a negative impact on my educational goals.

206. Location, balancing work and school, cost of tuition and gas

207. Tutition and balancing my home and worker schedule.

208. The greatest challenge I have in obtaining a MSW degree is: I have a Master of Science in Seconddary Education and I have to get in the mind set of returning to school.

209. The greatest challenges for me will be location and balancing work, school, church and family.

210. Tuition for amount of return. Balancing work and family.

211. Balancing work, school and family duties.

212. I think that the greatest challenges would be paying tuition and the location of the program that I would be enrolled in.

213. Location is a factor; as well as, having the time to take the classes--balancing family/work. Tuition/expenses will also play a role in when or if I decide to go back for my MSW Degreee.

214. Tuition and balancing work and school

215. Balancing working and school and families.

216. Tuition is the greatest challenge for me at this time. Do not want to incure more bills.

217. For me tuition would be the greatest challenge. location, transportation, balancing work, school and family would be problem, my family is very supportive of me receiving my Master.

218. Location, tuition, transportion,idea of being back in school.

219. Family and the cost of tuition

220. The greatest challenge for me would be tuition and balancing work. Trying to attend full time, working full time and trying to pay to go to school.

221. I have one year completed in the MSW program through MVSU. I would like to complete this program; however, I live in Desoto county which presents constraints with the distance. Also, I have a school aged child who requires attention to maintain studies, routines, etc.(parenting duties). I would like the faculty/staff

in the MSW program to review my file and examine the potential of entering the Advanced Standing program. I have taken the first year courses and mastered them. When I left the program it was solely for the purpose to professional upward mobility in accepting the position I currently serve in with Tate and Tunica Counties. I do feel strongly that the Advanced Standing Program was the most appropriate at the entry of the MSW program; however, because the program was just beginning, I feel a focused and serious overview of my profile and academic/professional achievements were not assessed to ensure appropriate placement in the Adv. standing track.

222. Balancing work, school and time studying of exams

223. tuition, balancing work & school, location

224. Tution!!! Balancing working and school

225. Tuition and balancing work hours.

226. With the exception of child care, I feel that all the above is a challenge, however, tuition is the greatest challenge at this time.

227. The location along with working full time would be challenging but obtainable. The tuition is also a factor I have to consider.

228. I foresee my greastest challenge being balancing my work, school, and family. I work two jobs and a family that must be taken care of. I feel that I can do all four and plan to do it in the near furture.

229. The greatest challenge would be financing my graduate studies as well as balancing my work time.

230. tuition, balancing work, school and family, and child care

231. I have a big concern of how I am going to be able to afford to go to school since it has been stated to me that I will have to come up with a lot of money at frist to get started in the MSW program. I can not afford it. Also that we are going to have to pay for the GRE test. I have two children and with economy the way it is now times are hard for me as well as a lot of people. all of the above location, tuition, transportation, and balancing working and school and family.

232. Location and Childcare

233. Balancing working and schools and families, tuition

234. Balancing work, school, and family.

235. The greatest challenge I foresee to obtaining a MSW degree is location, and tuition.

236. The challenge for me to obtain a MSW degree would be money and balancing work, school, and family.

237. The greatest challenges that I forsee of obtaining a MSW are location, tuition and balancing work and school.

238. I foresee tuition being a problem at this time.

239. Balancing home life, work and school, and money to pay for school.

240. Balancing work, school, & family.

241. Working and trying to go back to school is a great challenge.

242. Tuition and balancing work, school and family.

243. location, tuition and balancing working and school.

244. All the above excluding childcare as it does not apply to me at this current time.

DHS
267093

245. Balancing a caseload and school

246. The cost of tuition would be a big deciding factor as to me obtaining my MSW. It would be very hard for me to travel to Hattiesburg to obtain my MSW. It would also be very difficult to maintain my responsiblities at home with two children under 12 years of age.

247. The biggest challenge I have in obtaining a MSW degree is balancing a busy schedule with children and work. The location of the school could also be a hinderance.

248. balancing work,location and tuition

249. Balancing work, school and family as well as financial.


250. Tuition Balancing working and school Child care

251. Location, cost and balancing work and family.

252. 1. Location 2. Balancing working and school and families, child care

253. Tuition would be my main issue with returning to school.

254. tuition, location

255. tuition/balancing work, school, family

256. childcare for my children, stress of having less time to spend caring for childrens needs, transportation, tuition costs, stress of current job responsibilities with this added on

257. Good question...tuition is somewhat of a concern, because my son just started college. I would like to pay tuition without the assistance of student loans for both us. However, I don't know that would be the greatest challenge but definately difficult. I think probably just balancing family, school and work would be the greatest challenge but worth the effort.

258. I am very dedicated to my profession and trying to improve in the area of balancing my career and personal life. I have a tendency to put my job before everything. I would have to learn to balance my work and studies. As far as location, tutition, and transportation, I foresee no challenges.

259. I forsee my greatest challenge to balancing work,school, family and location

260. My greastest challenge is balancing working, school and family.Also, driving back and forward to school at night.

261. Tuition, balancing working, school and family.

262. Tuition and having the time to devote myself to the program. Currently my time is anywhere from 60 to 70 hours per week in keeping my case load current and up to date; the additional time (over standard 40 hour week) is on my own.

263. Balancing working and school, tuition,and location

264. The greatest challenge to obtaining a MSW will be traveling a long distance to attend a University.

265. Balancing work and transportation.

266. Tuition, balancing work, school and family.

267. Balancing work and family.

268. I am a full time wife and mother. I also work full time which makes it difficult to attend an educational program to obtain a MSW. Location is also a problem. I would have to drive two or three hours to attend

class.

269. The greatest challenge to obtaining a MSW would be balancing working and school and affording tuition.

270. All of the above.

271. Tuition and balancing work and school.

272. The greatest challenges will be the tuition and balancing work/school. If University of MS is not an option, location will also be a factor.

273. The greatest challenge to obtaining a MSW degree for me is balancing working and school and families. Other challenges are tuition and location. I believe the best way to solve these problems is to offer MSW courses online. More workers will commit to the MSW program.

274. I foresee the greatest challenge in obtaining a MSW degree to be location, and balancing work.

275. Paying the Tuition and balancing work, school, and family

276. I feel that my obstacles would be tuition,fuel costs and balancing working and going to school.

277. Tuition

278. The greatest challenge is tuition and balancing work and school

279. Balancing working and school and families and Tuition.

280. Tuition

281. location tuition balancing work, school, & family

282. Being a wife and mother of (3), it would definitely be trying to balance school and family obligations.

283. My challenge would the location, tuition and balaning my work schedule.

284. All of the above, with the exception of child care. Tuition is my primary concern. Presently, I cannot afford to return to school. Additionally, if I obtained a master's degree by obtaining student loans, the five percent educational benchmark that I would receive would not cover the payment on the student loans. If I borrowed money to go to school, I would have to take on another job to repay the loans.

285. The high cost of tuition is a major obstacle as is the high rate of stress that I already experience as a social worker for DFCS.

286. tuition

287. Balancing work, school, and family. I already work nights and weekends due to my job duties, so giving up more family time would not be feasible.

288. The greatest challenge would be the time taken away from my work duties. I would probably be challenged by balancing the work duties with my school assignments. Of course tuition is a big factor as well. Finances are tight in my home which makes paying for tuition and books an issue.

289. Tuition, location, balancing working and school. I am interested in knowing if there is an alternative route to becoming a Licensed Social Worker or obtaining a MSW since I have a Master's in Counseling. A program similar to the alternative route for teacher's certification for those who hold a BS but not in education.

290. Tuition and location

291. The greatest challenge for me is balancing working and school and families.

292. The greatest challenge will be tuition and maintaining a job, while obtaining my MSW degree.

293. Tuition and work hours

294. Tuition

295. tuition, time away from family

296. I have young children and not a whole lot of family support. One of my children also has learning disabilites and requires more time than the average child.

297. Tuition. Since I am already enrolled in a MBA Program, I have learned to balance work, school, and family activities.

298. The greatest challenge is balancing family, work, and school. Also concerned with distance i will have to travel.

299. The greatest challenge in obtaining a MSW degree is the lack of schools in the area. Besides the program at Mississippi Valley State University that is not accredited as of yet; the next closest program is approximately two hours away in Jackson, MS. There are not any weekend classes being offered either.

300. Balancing working, school and family would be a challenge for me.

301. All of the above will be a challeng to me. I am employed full time, am married and have one school age child. The location and tuition will be my greatest challenges. I would love the opportunity to obtain my MSW degree

302. Balancing working and family. I need flexable hours to attend school, location would be a plus, if it is close to home. A great plus would be support from my agency.

303. The greatest challenge for me would be the location due to the schools being so far away from my home. I stated that I would be willing to transfer to that county and work so that I would be closer to that particular school.

304. My greatest challenge would be balancing work and school.

305. All of the above

306. Family Work Tuition

307. Balancing working, school, and family life.

308. Finding the time to do it. I would really love something that could be done as nearly as possible on-line. I would also prefer weekend classes during the day. I will be extremely challenged by the demands of my job (which are high) and the additional demands of school.

309. While balancing working and going to school may be a challenge, the greatest challenge would be covering the cost of tuition and books.

310. tuition

311. Tuition and transportation

312. Tuition , balancing work , school and family

313. Location, tuition, and balancing work, school, and family.

314. Location, tuition, and time

315. Tuition, balancing working and school and families.

316. I think it will be hard balancing my full time job with DHS and a school schedule.

317. Tuition and fees as well as balancing work with school.

318. The greatest challenge for me would be a combination of working full time, child care, and tuition.

319. Tuition and cost of books.

DHS
267096

320. Tuition and blancing working, school, family, and child care.

321. Tuition, as well as balancing working, school and my family, all play into the challenges I have in pursuing an advanced degree.

322. The biggest challenge for me would be balancing my job, school, and family. I am in Jackson every other week conducting training. Another concern for me is the cost of tuition. I am a single mother, and I already have a lot of student loans.

323. Tuition Fuel prices & wear/tear on vehicle Work schedule & time management Location (It would be WONDERFUL if UM would offer MSW classes at the Tupelo campus)

324. Tuition Receiving the support from MDHS to allow early departure on Friday to travel to USM

325. My current job schedule, and tution.

DHS
267097

**Ex. 7A**

Denise Brown-Rouse:

Division/Unit you Currently Work In: Division of Family and Children's Services/ Training Unit

Your Current Position:  Training Director

Current Supervisor: Mary Fuller

## OBJECTIVE  (IN WHAT POSITION OR DIVISON/UNIT DO YOU FEEL YOU BEST FIT)

I am competent in providing oversight in the area of training, including supervision of training staff, for the MDHS staff and in expanding the current training trends in child welfare. I feel I am best suited for jobs that pose a challenge and allow me to be creative in forming solutions.  I am a visionary person who thrives when able to bring change and share the vision with others. I like to see the " ligtbulb go off" when others learn and begin to implement changes.  I believe in team work and enjoy the challenge of bringing workers together as a cohesive unit.

## SKILLS PROFILE  ( FINISH SENTENCE ACTIVITY)

- Ability to facilitate and coordinate state-wide training while providing oversight and supervision to staff.

- Knowledge of and experience with people and providing services through the child welfare setting.

- Good with motivating and enhancing the knowledge of people.

- Experience in utilizing family centered strength-based practice with people on various levels (direct service, licensure, supervision and training).

## EMPLOYMENT HISTORY

**Position: Training Director**

Time Period
9months

Provide leadership in the development of the MDHS Family and Children's Services training unit that enhance the skills of the trainers. Develop and create opportunities for continual learning and professional development of Family and Children's Services staff statewide. Conducted research in technology for creating a Virtual Training Center for MDHS Family and Children's Services Division to enable the expansion of training while cutting travel costs. I continue to coordinate a week long summer camp for foster children utilizing community resources.

I began as the Acting Training Director for the Department of Human Services, Family and Children's Services Division in January 2008. At that time the Training Unit consisted of a new clerk and a Program Specialist that had been a part of the Training Unit for approximately two years. Since that time five full-time Training Coordinators have been hired, trained and have been providing regional training for all new hires. Clerks across the state have been provided updated training and staff continues to participate in regional MACWIS Refresher sessions. Curriculum has been revised and competency-based training is a part of all training provided by the DFCS Training Unit.

Additionally, as the DFCS Training Director I have worked closely with the National Association of Social Workers, Mississippi Chapter in order ensure through the DFCS Training Unit may once again receive social work units which is required for licensed social workers to maintain licensure. Three consecutive workshops have been approved for social work units which makes DFCS Training Unit eligible to apply to become a provider of social work units.

Additionally, as Training Director I have had the opportunity to participate in the Court Improvement Workgroup which developed the Advanced Professional Development for Court Procedures Workshop which is a training for child welfare workers across the state in all aspects of court preparation. This workshop is a joint adventure with the Administration Office of Courts in an effort to enhance the relationships of DFCS staff and the various courts across the state.

---

**Position: Area Social Work Supervisor**                       Time Period

                                                                 7 + years

Provided supportive supervision to eleven worker in two counties. Assisted in MACWIS statewide training and other agency training. Other duties included preparing bank deposits, handling complaints, atending community meetings, recruiting staff and resource families and completing performance appraisals of personnel. In addition, I coordinate a week long summer camp for foster children.

**Position: Social Worker Advanced**                             Time Period

                                                                 7 years

As a social worker I was responsible for licensing, recruiting and training resource families in addition to providing protective services to children. I completed family centered strength based family assessments while providing services to clients in the areas of prevention, placement and protection.

**Position: Work Study**                                         Time Period

                                                                 1+ years

Job duties included answering the telephone, taking messages and organizing bills for payment. Additionally, I maintained a roster of students enrolled in the course and recorded grades for each student.

**Position: Assistant Manager at Pizza Hut**                     Time Period

                                                                 3 years

Job duties included providing supervision to cooks, waitresses, hostesses, cashiers and delivery drivers. Other duties included the managing and handling of customer complaints, placing food orders and conducting food inventory. Closing out registers, preparing bank deposits, hiring and training employees were also duties performed.

EDUCATION  (PLEASE LIST ALL DEGREES)

MASTER OF SOCIAL WORK- 2001 OBTAINED FROM THE UNIVERSITY OF SOUTHERN MISSISSIPPI

Bachelor of Social Work with minor in Psychology-1994 from The University of Southern Mississippi

Associate of Art-1993 obtained from the Pearl River Community College

**Type of Degree:**
Master of Social Work
Bachelor of Social Work
Associate of Art

**Type of Licensure:**
Licensed Clinical Social Worker

**Other comments:**
I have completed the following sessions for Trainers and have successfully delivered the training sessions
for the Mississippi Department of Human Services.

| | |
|---|---|
| Master Teacher in Family Life Program | November 20, 1997 |
| Best Practices Train the Trainer | May 30-June 2 and June 5-7, 2000 |
| National Foster Parent Assoc. Train the trainer | September 6&7, 2001 |
| PATH Training | February 26-27, 2002 |
| *MACWIS Refresher Train the Trainer | 2005-2006 |
| Family Team Meeting Train the Trainer | December 13-14, 2005 |
| Family Centered Practice Train the trainer | January 30, 2006 |
| Train-the-Trainer by Joann Mickens | April 10-12, 2006 |
| Intake, Screening and Assessment Train the Trainer | February 2007 |
| Case Planning Train the Trainer | May/June 2007 |
| Intensive Training Train the Trainer by USM | April 25-27 and May 31 & June 1, 2007 |
| Supervisory Level I Train the Trainer | August 13 &14, 2007 |
| Supervisor Administrative Review Train the Trainer | September 13 & 14, 2007 |

*The MACWIS Refresher Training was a two year project that provided hands on training for every direct
service worker, supervisor and regional director in all aspects of MACWIS.

Fill this form out and return via email  by 10-02-08 to:
         Lori.Woodruff@mdhs.ms.gov
Cc:   Mike.Gallarno@mdhs.ms.gov

**Ex. 7B**

# OFFICE OF THE EXECUTIVE DIRECTOR
# MISSISSIPPI DEPARTMENT OF HUMAN SERVICES

## POLICIES

| MDHS - ADMINISTRATIVE POLICY | |
|---|---|
| Effective Date<br>January 1, 1993 | AP-19 |

**SUBJECT:   STAFF TRAINING AND EMPLOYEE DEVELOPMENT POLICY**

| | |
|---|---|
| **PURPOSE:** | To provide guidance regarding issues of staff training and employee development. |
| **ACTION:** | 1.   All employees of the Mississippi Department of Human Services shall be eligible for participation in staff training and employee development as prescribed by the policies and procedures contained herein. |
| | 2.   Division Directors shall ensure fair and consistent application of these policies and procedures. |
| **APPLICATION:** | This policy is applicable to all divisions of the Mississippi Department of Human Services. |
| **CONTACT:** | Director, Office of Personnel and Staff Development. |
| **EXCEPTIONS:** | None. |
| **EFFECT ON OTHER DIRECTIVES:** | Policies and procedures regarding staff training and employee development previously issued in AP-7 effective August 1, 1990 are hereby superceded. |

RECEIVED
FEB 17 1993
OFFICE OF PERSONNEL AND
STAFF DEVELOPMENT
DPT. OF HUMAN SERVICES

Distribution:   MDHS Deputy Directors
MDHS Division Directors
Directors in Executive
Director's Office
MDHS SAAG Section Head

Date:  January 1, 1993

*Sue Hathorn*
Executive Director

AP-19
Issued: January 1, 1993

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Policy............................................................ | 1 |
| Definitions...................................................... | 1 |
| A. On-the-Job Training......................................... | 1 |
| B. In-Service Training......................................... | 1 |
| C. Out-Service Training........................................ | 1 |
| Training/Staff Development Responsibilities and Procedures...... | 1 |
| Responsibilities.......................................... | 1 |
| Selection of Out-Service Facilities............................ | 2 |
| A. Choice of Facilities........................................ | 2 |
| B. Non-Discrimination.......................................... | 2 |
| Selection of Employees for In-Service and Out-Service Training.. | 2 |
| A. Selection for Training...................................... | 2 |
| B. Request for Staff Development Courses, Workshops, and Seminars........ | 3 |
| C. Approval.................................................... | 3 |
| D. Report on Training Attended................................. | 3 |
| Limitations..................................................... | 4 |
| Time In Service........................................... | 4 |
| Financial Administration (Training Only)....................... | 4 |
| A. Availability of Funds....................................... | 4 |
| B. Obligation.................................................. | 4 |
| C. Payments.................................................... | 4 |
| D. Reimbursement Procedure..................................... | 4 |
| Evaluation and Reports.......................................... | 5 |
| A. Evaluation of Training...................................... | 5 |
| B. Annual Report of Training Activities........................ | 5 |



Attachments
A. Request to Attend Staff Development Course, Workshop, or Seminar
(Form DHS-213)
B. Training Report (Form MDHS-PER-2011)
C. Individual Training Report (Form MDHS-PER-2011A)

AP-19
Issued:  January 1, 1993

## MISSISSIPPI DEPARTMENT OF HUMAN SERVICES

## STAFF TRAINING AND EMPLOYEE DEVELOPMENT POLICY

### POLICY

The Mississippi Department of Human Services (MDHS) considers it a responsibility of management at all levels to promote efficiency and economy of operations through staff development by encouraging staff members to engage in self-training, self-education, and self-improvement programs, and to supplement such employee efforts by providing on-the-job training and other training where needed and feasible.  In providing such training MDHS will use the best practices and techniques available within MDHS, consistent with training needs and the availability of funds, to increase the skills, knowledge, and abilities of MDHS employees required for the performance of their current duties and those which they could reasonably be expected to perform in the future. Considerations for accommodating to changing equipment, technology, and organizational objectives; in maintaining awareness of the "state of the art" in complex and developing fields; and in providing skills and information necessary for performance of certain functions unique to MDHS will be included in planning for staff training and employee development.

### DEFINITIONS



MDHS training programs shall be designed to meet the wide range and variety of training needed to assist employees and supervisors in discharging their duties and responsibilities more efficiently and effectively insofar as available funds and resources permit.  The types of training are:

A.  **On-the-Job Training.**  This includes training in the techniques, procedures, and skills essential to a particular position and is the responsibility of immediate supervisors.  It may include rotation of employees in varied duty assignments.

B.  **In-Service Training.**  This includes formal courses conducted in the MDHS by a Division or Office with special expertise in the particular subject, technique, or skill.  These courses normally supplement on-the-job training.

C.  **Out-Service Training.**  This is training that is arranged with institutions, organizations, and individuals from outside the MDHS.  Fees, tuition, and personnel service contracts are associated with this type of training.

### TRAINING/STAFF DEVELOPMENT RESPONSIBILITIES AND PROCEDURES

### RESPONSIBILITIES

A.  Individual staff members are responsible for notifying their supervisors when they feel a need for training and are encouraged to seek counsel from their supervisors.  They are encouraged to pursue individual self-development efforts to the maximum extent possible.

AP-19
Issued:  January 1, 1993

B.  Immediate supervisors are responsible for evaluating work performance and work production for an indication of training needs for their employees; for providing needed training or recommending employees for appropriate training elsewhere; for following up with employees approved for training to ensure enrollment, satisfactory attendance, and course completion; and for counseling employees periodically about self-development.  Supervisors will disseminate information on available training programs to all employees.

C.  Division Directors (or their designees) are responsible for periodically evaluating the training needs of their staff and are encouraged to provide, within their capabilities, training programs or courses of instruction needed by their staff members, and for notifying the Director, Office of Personnel and Staff Development, on a timely basis of those programs and courses that may be of interest and value to other divisions.  Division Directors are encouraged to establish training priorities, if warranted, that are germane to divisional needs.  They are specifically responsible for identifying the need for development of capable supervisors within their divisions and taking prompt action to satisfy these needs.

## SELECTION OF OUT-SERVICE FACILITIES

### A.  CHOICE OF FACILITIES

When there is a choice among training facilities, consideration shall be given to competency, and to availability of training at the time and place needed, relative costs, feasibility of administrative arrangements involved, and other pertinent factors bearing upon the training itself and MDHS' ability to pay for the training needed.

### B.  NON-DISCRIMINATION

The Mississippi Department of Human Services will not select any facility to host training activities that discriminates on the basis of race, color, religion, national origin, sex, age, or against persons with disabilities or veterans.

## SELECTION OF EMPLOYEES FOR IN-SERVICE AND OUT-SERVICE TRAINING

### A.  SELECTION FOR TRAINING

Divisions and Offices should select employees for training based on the following criteria as applicable when available resources permit, and all selections should be free from any discrimination based on race, color, religion, national origin, sex, age, or against persons with disabilities or veterans:

(1) the degree of an employee's need for training to perform his/her present work assignment or those which he/she could reasonably be expected to perform in the future;

(2) the extent to which an employee's work perspective, performance, and potential are likely to be improved by the training;

(3) the extent to which an employee is believed willing and able to apply the training on the job, including the instruction of other employees, if appropriate;

(4) the length of time and the degree to which MDHS can expect to benefit from the employee's improved knowledge or performance;

(5) training previously afforded an employee;

(6) the employee's own aptitude and interest in an effort to improve his/her work and qualifications; and

(7) the benefit likely to accrue to the State.

**B.  REQUEST FOR STAFF DEVELOPMENT COURSES, WORKSHOPS, AND SEMINARS**

Employees are encouraged to attend In-Service and Out-Service courses, workshops, and seminars. These training opportunities should be directly related to an employee's present job duties and responsibilities or those which reasonably could be expected to be related in the near future.



For Example:  A Clerk Typist desires to attend a workshop on how to use a personal computer along with various software. At the present time, the office is not equipped with a personal computer but anticipates being so equipped in the near future. The Clerk Typist will be expected to use a PC. A request of this nature would merit consideration.

An employee planning to attend staff development training is required to submit a Request to Attend Staff Development Course, Workshop, or Seminar (Form DHS-213) at least two (2) weeks in advance to his/her immediate supervisor and other administrative persons as deemed necessary by the Division Director for approval/disapproval.

The travel reimbursement request associated with approved training opportunities should follow travel policy outlined in the MDHS Employee Handbook.

**C.  APPROVAL**

The Division Director will review the Form DHS-213 for accuracy and compliance with policy and, when necessary, will consult with the Director, Office of Personnel and Staff Development, with respect to items in question prior to approval.

The Division Director shall be responsible for final approval of training. All training must be approved in advance of the starting date of the training.

**D.  REPORT ON TRAINING ATTENDED**

All MDHS-sponsored training requires completion of two forms. The MDHS staff in charge of the training is to ensure that each attendee signs the Form MDHS-PER-2011, Training Report. In addition, each attendee is to complete Form

AP-19
Issued: January 1, 1993

Page 4

MDHS-PER-2011A, Individual Training Report, and turn it in by the end of the training session. The MDHS staff in charge of the training is responsible for directing Form MDHS-PER-2011, with all of the Forms MDHS-PER-2011A attached, to the MDHS Office of Personnel and Staff Development.

If the training attended was not MDHS-sponsored, completion of Form MDHS-PER-2011 is not necessary. However, Form MDHS-PER-2011A, Individual Training Report, is to be completed for attendance at any training, and the individual attendee is responsible for submitting Form MDHS-PER-2011A to the Division Director or to the employee within the Division who is designated to coordinate training reports. The Division Director's office will route Form MDHS-PER-2011A to the MDHS Office of Personnel and Staff Developmment, where it will be placed in the employee's personnel file.

## LIMITATIONS

### TIME IN SERVICE

A minimum length of service is not required in order to qualify for "On-the-Job" training, "In-Service" training, and "Out-Service" training. An exception to this policy is training which falls under the Statutory Authority of Section 37-101-293, Mississippi Code of 1972, Annotated. See AP-7, Revised, for the policy on educational assistance to pursue undergraduate or graduate-level education.

## FINANCIAL ADMINISTRATION

### A. AVAILABILITY OF FUNDS

Funds for training will be provided from appropriate, available funds.

### B. OBLIGATION

Approval or selection of an employee for training shall constitute authority for the obligation of funds for the payment of training expenses, provided Division Directors have determined that funds are available. Such approval or selection shall constitute certification that all provisions of policy, law, and regulations concerning training have been met.

### C. PAYMENTS

The MDHS may pay for all or any part of authorized training costs, depending on the availability of funds. All funds for training are currently contained in the operating budgets for each Division or Office within the Mississippi Department of Human Services.

### D. REIMBURSEMENT PROCEDURE

Requests for reimbursement of approved expenses for in-service and out-service experiences should be submitted with proper documentation in a timely manner and in accordance with MDHS policy.

AP-19
Issued:  January 1, 1993

## EVALUATION AND REPORTS

### A.  EVALUATION OF TRAINING

The Division Directors (or their designees) are responsible for the evaluation of the effectiveness of training that occurs within their Divisions and/or Offices.  The Office of Personnel and Staff Development will monitor and track MDHS employee participation in staff development activities.

### B.  ANNUAL REPORT OF TRAINING ACTIVITIES

The Office of Personnel and Staff Development will prepare an annual report on MDHS training activities for the Executive Director.

MISSISSIPPI
Form MDHS-PER-2011
Issued 04-18-01

## MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
## OFFICE OF PERSONNEL AND STAFF DEVELOPMENT

### TRAINING REPORT

[Please return this form to the Office of Personnel and Staff Development, 3450 Highway 80 West, Jackson, Mississippi (Handmail) or P.O. Box 352, Jackson, MS 39205 (Postal Service).]

1.   Name of Training Activity: _____

   _____

2.   Place, Date, Time: _____

   _____

3.   Speaker(s)/Instructor(s) (Name, Title, Place of Employment): ____

   _____

   _____

   _____

4.   Division/Office serving as Sponsor of Program: _____

   _____

5.   Brief Summary of Training Content:  (Attach agenda also, if available.)

   _____

   _____

   _____

6.   MDHS Participants: (Please write legibly.)



| SIGNATURE | SS# | DIVISION/OFFICE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

MISSISSIPPI
Form MDHS-PER-2011A
Revised 01-01-93

**MISSISSIPPI DEPARTMENT OF HUMAN SERVICES**
**OFFICE OF PERSONNEL AND STAFF DEVELOPMENT**

**INDIVIDUAL TRAINING REPORT**

<u>THIS FORM MUST BE FILLED OUT COMPLETELY</u>.

Please return this form to the Office of Personnel and Staff Development at the following address:

3450 Highway 80 West
Jackson, MS 39209 (Handmail)
or,
P. O. Box 352
Jackson, MS 39205 (Postal Service).

1.    Name of Training Activity: _____

    _____

2.    Place, Date, Time: _____

    _____

3.    Speaker(s)/Instructor(s) (List Name, Title, Place of Employment): _____

    _____

    _____

    _____

    _____

4.    Division/Office serving as Sponsor of Program: _____

    _____

5.    Description of Training:  (Attach agenda, if available.) _____

    _____

    _____

    _____

    _____

    _____

6.    MDHS Participant:

    Name (Please print) _____ Date: _____

    Signature: _____ SS# _____

    Division/Office _____

# MISSISSIPPI DEPARTMENT OF HUMAN SERVICES

## TRAINING REPORT

| SIGNATURE | SS# | DIVISION/LOCATION |
|-----------|-----|-------------------|
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |
|           |     |                   |

**Ex. 7C**



**Mission Statement:** The Child Welfare Professional Development Unit (otherwise known as the DFCS Training Unit) provides professional staff development to promote safety and well being for families and children in Mississippi.

**From Denise Rouse:** As we begin to plan and schedule our training programs for the New Year, I wanted to share with you some of the changes/updates that will occur starting in January 2009. One of the ideas we would like to implement is a monthly or quarterly news letter developed by the Training Unit. It is our hope that through this newsletter the direct service workers and the supervisors will have the opportunity to learn about any changes in protocol or training programs that are offered for Social Worker Units. As new training curriculum is developed we will add these classes to the selection that is already in place.

**Direct Service Workers:** Beginning January 2009 all direct service workers will be required to attend 40 hours of ongoing, annual training. Each of you will receive a statement regarding the training requirements as part of your job requirements by the end of this month. The DFCS Training Unit will have ongoing training available throughout the Regions all year long.

**Supervisors:** Beginning January 2009 all supervisors will be required to attend 24 hours of ongoing annual training. Each of you will receive a statement regarding the training requirements as part of your job requirements by the end of this month. The DFCS Training Unit will have ongoing training available throughout the Regions all year long. Supervisors will also receive credit for Supervisory Level I sessions and Learning Labs.

**Training Opportunities:** In keeping with the spirit of Olivia Y and the Council on Accreditation the Training Unit is pleased to share the following opportunities for each of you to receive the required ongoing training hours. Some of the topics are as follows:

- Family Centered Practice
- Intake & Investigation of Child Abuse & Neglect
- Case Planning
- Advanced Professional Development for Court Procedures

- Resource Family Finance
- Advanced Skills Training: Client Engagement, Assessment and/or Case Planning

**Training Opportunities Note:** In addition to receiving training from the DFCS Training Unit, you may attend training opportunities sponsored by Human Resources, Children's Justice Center, *State Personnel Board (SPB) and any other trainings that are approved for social work units.

*SPB—Guidelines for attendance approval are currently being developed. The number of sessions a person can attend annually will be limited.

---

**Remember:** When attending trainings offered by other agencies you will need to complete a **13.20.20 form** and submit the form to your supervisor for approval. Additionally, once you attend the workshop you will need to **submit certificates to the training Unit via your regional Training Coordinator.**

**Ex. 7D**

Mississippi Department of Human Services
Division of Family and Children's Services

**Volume 1, Issue 1**
**January 2009**

# MISSISSIPPI DEPARTMENT OF HUMAN SERVICES DIVISION OF FAMILY AND CHILDREN'S SERVICES



# Child Welfare Professional Development Unit

### Mississippi Legislature Bill 37-143-14 may be right for you. Application Deadline: March 31st

**Inside this issue:**

Direct Service Workers    3

Supervisors    3

Training Highlights    3-4

Training Opportunities    5

Remember    6

The Mississippi Legislature created a scholarship during the 2006 legislative session to encourage family protection workers employed by the Mississippi Department of Human Services to obtain the required degree and become licensed as a social worker or master social worker in the Department of Family and Children's Services as a family protection specialist. The bill passed, but to our knowledge the funding has not been appropriated. IHL believes that the money will be appropriated this year.

To apply with the Institute of Higher Learning:

1. Go to the website www.mississippi.edu

2. Click on the right hand section pertaining to transfer students or adults thinking about going back to college.

3. Click on Financial Aid in the tool bar at the top of the page.

4. State Financial Aid will be found under step #3.

5. Select from the drop down menu, Family Protection Specialist Social Worker Loan/Scholarship (SWOR).



6. A prompt should then open regarding your current employment status.

*(continued on page 2)*

**Mission Statement:** The Child Welfare Professional Development Unit (otherwise known as the DFCS Training Unit) provides professional staff development to promote safety and well being for families and children in Mississippi.

## From the DFCS' Child Welfare Professional Development Unit Director: Denise Rouse

We would like to announce the addition of our newest member of the Child Welfare Professional Development (CWPD) Unit, Leigh Johnson. Leigh has agreed to take on the responsibilities of our clerk and is housed in Pearl River County. She will be glad to assist field staff in any event that I can not be reached at 601-795-3038, extension 129. The CWPD Unit, formerly known as the training unit, continues to grow and currently we are looking to fill two vacancies for Family Protection Training Coordinators, one in Region V and one in Region VII. If you are interested, please submit your application (green for now) to the State Personnel Board. *(continued on page 2)*

# *Mississippi Legislature Bill 37-143-14*



Must be employed as a Family Protection Worker by the Department of Human Services

*(continued from page one)*

**Eligibility:**

Available to the student who:

- Completes the online web application

- Is classified as a junior or senior working on a bachelors degree or is working on a 1ˢᵗ Master's degree student at a Mississippi public university

- Is seeking a degree in social work necessary to become licensed as a social worker or master social worker and become a family protection specialist for the Department of Human Services

- Is employed as a family protection worker by the Department of Human Services

- Has a 2.0 or better cumulative college grade point average on previous college work

Renewal: All continuing participants must:

- Exhibit the satisfactory academic progress standards as established by the institution throughout the normal time required to complete the degree curriculum

- Renew the application each year by completing the on-line web application

- Maintain a 2.0 or better cumulative grade point average.

- Renew application each year by the established deadline date

**Award and Length of Eligibility:**

Scholarship awards are available to both full-time and part-time students. Students enrolling on a full-time basis may receive a maximum of two (2) annual awards. The maximum award will not exceed the highest tuition and required fees at a state institution of higher learning. Awards for part-time students will be based on hours enrolled with a minimum of six

(6) hours required each semester.

**Service Obligation:**

After a recipient has received a license from the Board of Examiners for Social Workers and Marriage and Family Therapists, the recipient shall render service as a family protection specialist for the Department of Human Services for a period of not less than three (3) years from the date the individual became a family protection specialist.

**Any recipient that fails to become licensed shall become liable immediately for all scholarship awards received, plus interest accruing at the current Federal Stafford Loan rate.**

# *From Denise Rouse*

From the office of the CWPD Director

*(continued from page one)*

During the month of December, the unit disseminated electronically a training newsletter. It is our goal to send out a monthly newsletter with training opportunities, successes, and general information that impacts you as a worker for DFCS. If the training information you are looking for is not covered in the monthly newsletter, please call or email Leigh Johnson, Denise Rouse or your respective training coordinator.

Division of Family and Children's            Volume 1, Issue 1                    Page 3

## Direct Service Workers:

Don't forget your client rights and responsibilities' discussions, signatures and the appropriate dissemination of the material with families in which you serve.

Left to Right:: Donna Reeves, Brenda DePriest, Heather Price, Lorie Weatherall and Rhonda Jones earning certification for Child Passenger Safety Training along with several resource staff throughout the state.



There is no new training information that affect you at this time



## Supervisors:

DFCS in cooperation with the State Personnel Board (SPB) has developed a 40 hour supervisory course that will be offered periodically throughout the year and meets the requirements of the *Olivia Y* settlement agreement. The first pilot program for this course will begin February 23, 2009 and the second pilot will begin March 9, 2009. Registration is now in progress, however, most of the slots have been filled. Future opportunities will occur as we receive feedback from the two pilot groups. The participants in the pilot courses were active supervisors from July 1, 2008 to present unless otherwise stipulated by a Regional Director. Future courses will be offered for those that meet all other requirements to become a supervisor prior to recommendations for the advancement/promotion.



40 Hour Supervisory Course

## Training Highlights from Region I & IV

Tupelo, Mississippi

On January 23, 2009, another group of six of the best Family Protection Workers graduated from the four weeks of Child Welfare Professional Development Workshop. This was the first group to reach this milestone for 2009. They named themselves," Brenda's Angels" and angels they were. The Angels were as follows:

Tracey Barnett, Joanna Fowler, Ashley Gray, Tamara Miller, LeQuesha Simmons and Latoya Taylor. They were very cooperative during training sessions and eager to learn policy, practice and procedures of MDHS. Family and Children's Services. The group performed an original skit for their graduation ceremony as well as presented a slide show in tribute to their

trainer, Brenda DePriest. We were joined by other guests, including Region One's Director, Tracy Malone, who presented the certificates and delivered words of encouragement to the Angels.

The first two CWPD classes of 2009 started Jan. 26. One in Region II and one in Region VI



# *Training Highlights*



(continued from page three)

Please see the following example of a regional on-going training form if you are interested in registering for a workshop in your area through CWPD unit. These registration forms are found on the "P" drive in the training unit forms folder.



Mississippi Department of Human Services

Division of Family and Children's Services

CWPD Unit

Workshop Registration Form

Course Information:

    Workshop Title:_____

    Workshop Date(s):_____

    Workshop Location:_____

Registrant Contact Information:

    Name:_____

    Position:_____

    Mailing Address:_____

    Office Phone:_____

    Cell Phone:_____

    EMail:_____

    Region:____County____

    Supervisor:_____

How to Register:

Registration form must be received 10 working days prior to the class beginning.



**Denise Rouse, LCWS**

**Training Unit Director**

Pearl River DFCS

P.O. Box 32

Poplarville, MS 39470

denise.rouse@mdhs.ms.gov

(601) 795-3038 Ext. 130 Office

(601) 403-2331 Fax

Leigh Johnson, Clerk

(601) 795-3038 Ext. 129 Office

Lori Weatherall

Program Specialist

Region II DFCS

P.O. Box 1638

Grenada, MS 38902

lori.weatherall@mdhs.ms.gov

(662) 226-1990

(662) 699-9594 Cell

(662) 226-1432 Fax

**Region I**

**Brenda DePriest**

Region I Training Coordinator

Lee County DFCS

P.O. Box 7057

Tupelo, MS 38802-7057

brenda.depriest@mdhs.ms.gov

(662) 841-9737 Office

(662) 213-4254 Cell

(662) 841-9036 Fax

**Region II**

**Rhonda Jones**

Region II Training Coordinator

Panola County DFCS

P.O. Box 128

Sardis, MS 38666

rhonda.cupit-jones@mdhs.ms.gov

(662) 487-2098 Office

(662) 604-0317 Cell

(662) 487-3592 Fax

**Region III**

**Juliette Sutters**

Region III Training Coordinator

Hinds County DFCS

4777 Medgar Evars Blvd

Jackson, MS 39213

juliette.sutters@mdhs.ms.gov

(601) 364-7447 Office

(601) 364-7441 Fax

**Region IV**

**Donna Reeves**

Region IV Training Coordinator

Lowdnes County DFCS

P.O. Box 1347

Columbus, MS 39701

donna.reeves@mdhs.ms.gov

(662) 245-4612 Office

(601)383-6634 Cell

(662) 329-5893 Fax

**Region VI**

**Heather Price**

Region VI Training Coordinator

Pearl River County DFCS

P.O. Box 32

Poplarville, MS 39470

heather.price@mdhs.ms.gov

(601) 795-3038 Office

(769) 233-5495 Cell

(601) 403-2331 Fax

# *Training Opportunities:*

In keeping with the spirit of Olivia Y and the Council on Accreditation the Training Unit is pleased to share the following opportunities for each of you to receive the required on-going training hours. Some of the topics are as follows:

- Family Centered Practice
- Resource Family Finance
- Intake & Investigation of Child Abuse &  Neglect
- Advanced Skills Training:  Client Engagement, Assessment and/or Case Planning
- Advanced Professional Development for Court Procedures
- Case Planning

**On-going**

**Training !**



**Mississippi Department of Human Services**
**Division of Family and Children's Services**

*750 North State Street*
*Post Office Box 352*
*Jackson, Mississippi 39202*

*MDHS Phone: 601-359-4500*
              *800-345-6347*
*DFCS Phone 601-359-4999*
*Child Abuse & Neglect Hotline 800-222-8000*

## We're on the World Wide Web!
## www.mdhs.state.ms.us

### Best Practice!



Mississippi Department of Human Services

Division of Family and Children's Services

Our Mission is to lead Mississippi in protecting children and youth from abuse, neglect and exploitation by providing services to promote safe and stable families.

We have identified six values that will be honored in working with clients and each other—competence, integrity, responsibility, respect, personal courage and collaboration.

---

# *Remember:*

When attending trainings offered by other agencies you will need to complete a 13.20.20 form and submit the form to your supervisor for approval. Additionally, once you attend the workshop you will need to submit certificates to the CWPD Unit via your regional training coordinator.

**Ex. 8**

# MACWIS
# Desk
# Reference
# Guide – V1.3

Revision August 14, 2008

**TRAINING DIRECTOR COPY**

# PERSONNEL / MASTER TRAINING





## PERSONNEL / EMPLOYEE DETAIL



# Ex. 9A

# PERIODIC ADMINISTRATIVE DETERMINATION
## *On Children in State's Custody*

Mississippi
DFCS 4253 (Revised 07-01-08)
Page 1 of 5

| County of Responsibility | | Foster Care Reviewer's Name | |
|---|---|---|---|
| Assigned Caseworker's Name | | Area Social Work Supervisor's Name | |
| Date of Case Review | | Date Report Forwarded to A.S.W.S. | |

| Child's Name<br>*(Do not use "ALL CAPS")* | Birth Date | Custody Date | ISP Date | Enter Child's Permanent Plan / Concurrent Plan<br>*(example: Reunification with Parent / Custody to a Relative)*<br>*(Do not use "ALL CAPS")* | Perm. Plan's Expected Date of Achievement |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Reason(s) for Custody**
*(This can be copied and pasted from the "Reasons for Service" ISP tab in MACWIS)*



| Date of Most Recent Parental or Primary Caretaker ISP/Case Plan:<br>*(Document ISP date for additional father or primary caretaker. Delete "Father" and enter the actual name of the father)* | Mother | | Termination of Parental Rights Date<br>(If Applicable)<br>*(Blank space may be used to document TPR date for any additional fathers. Delete "Father" and enter the actual name of the father)* | Mother | |
|---|---|---|---|---|---|
| | Father (1) | | | Father (1) | |
| | Father (2) | | | Father (2) | |
| | Father (3) | | | Father (3) | |
| | Father or Prim Caretkr | | | | |

| # | Yes | No | N/A | FOSTER CARE REVIEW CHECKLIST *(Do not use ALL CAPS in the "Reviewers shall specify..." sections)* |
|---|---|---|---|---|
| 1 | | | | There is documentation the assigned caseworker has had face-to-face contact with the child(ren) each month of the current review period. **(Volume 4, Section D, Page 3241; COA Standard PA-FC 12.01)** *(If placed outside the COR, the assigned COS worker is the "assigned caseworker".)* |
| 2 | | | | At least one face-to-face contact per month between the assigned caseworker and the child(ren) focuses on issues related to case planning, service delivery, and goal attainment (if age appropriate or not incapacitated). **(Case Planning & Visitation Practice Guide, Page 24; COA Standard PA-FC 12.01)** |
| 3 | | | | At least one contact per month with the child(ren) has been made by the assigned caseworker in their placement setting. **(Volume 4, Section D, Page 3241)** |
| 4 | | | | For children who are currently on runaway status or, who have been abducted or who are otherwise unaccounted for, regular efforts have been made by agency staff to locate the child in collaboration with law enforcement, public agencies, and other community organizations. **(Vol. 4, Section D, pp 3477-3478; COA Standard PA-FC 12.05)** |
| | | | | **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Items 1 - 4:** |
| | | | | |
| 5 | | | | For children placed outside of the state, an outgoing ICPC request to the receiving state has been submitted and approved. **(Vol. 4, Section H, pp 5204-5215)** |
| 6 | | | | For children placed out of the state for whom an ICPC request has been submitted, a recent supervisory report from the supervising state is on file. **(Vol. 4, Section H, pp 5204-5215)** |
| 7 | | | | For children placed out of state who are not being seen by the receiving state's staff, are quarterly face to face contacts being made by Mississippi DFCS staff? **(Vol. 4, Section D, page 3241)** |
| | | | | **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Items 5 - 7.** |
| | | | | |

Mississippi
DFCS 4253 (Revised 07-01-08)
Page 2 of 5

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 8 | | | | Timely notification for the county conference was provided to **all** potential participants appropriate to this case. **(Volume 4, Section D, pp 3445-3446, COA Standard PA-FC 4.03)** |
| 9 | | | | Was the assigned caseworker (or designee or assigned ASWS) in attendance at the scheduled county conference? *(County Conference Practice Guide, Page 5; COA Standard PA-FC 4.03)* |
| **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Items 8 and/or 9:** | | | | |
| | | | | |

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 10 | | | | The child(ren)'s ISP is <u>current and complete</u>, including a **permanent plan** with an **expected date of achievement**, **concurrent plan** (if applicable), all **medical**, **dental** (if applicable) and **educational** information (if applicable), **independent living plan** (if applicable), **visitation plan** (if applicable), **accurate placement** information, etc. **(Volume 4, Sect. D, Pages 3265-3266/ 3350-3353)** |
| 11 | | | | If applicable, physical health needs, mental health needs, or educational needs have been identified for the child(ren), and services are being provided to meet those needs. **(COA Standard PA-FC 3.05, PA-FC 9 PA-FC 10)** |
| 12 | | | | The age appropriate child(ren) is involved in case planning activities *(Check "N/A" if child is not school age or is incapacitated).* **(COA Standard PA-FC 3.01)** |
| 13 | | | | Has there been agency compliance with the child(ren)'s individual service plan? **(Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13)** |
| **Reviewers shall specify below any issues related to any "No" answers or areas viewed as a strength with regard to Items 10 - 13:** | | | | |
| | | | | |

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 14 | | | | For children in agency custody for 15 months and the case **has not** been referred for termination of parental rights (TPR), are there appropriate compelling reasons for **not** pursuing TPR **documented** on the child's ISP? **(Vol. 4 Sect. D pp 3317-3318; COA Standard PA-FC 4.06)** |
| **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Item 14:** | | | | |
| | | | | |
| 15 | | | | If the child(ren) has a permanent plan of Adoption, does it appear active efforts are being made toward achieving a finalized adoption for them? *Note: If citing a lack of TPR referral, Reviewers shall give the date when the child's plan became Adoption.; If "No" to #15, Reviewers shall address the barrier(s) to achievement of a plan of Adoption in the space below)* **(COA Standards PA-FC 4)** |
| **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Item 15:** | | | | |
| | | | | |
| 16 | | | | If the child(ren) has a permanent plan of Living Independently or Long Term Foster Care, have other more appropriate permanent plan options been previously considered and ruled out? **(Vol. 4, Section D, page 3275-3276)** |
| **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Item 16:** | | | | |
| | | | | |
| 17 | | | | If age appropriate, the child(ren) is receiving independent living/transitional living services. **(Vol. 4, Sect. D, pp. 3417-3431; COA Standards PA-FC 13)** |
| **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Item 17:** | | | | |
| | | | | |

Mississippi
DFCS 4253 (Revised 07-01-08)
Page 3 of 5

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 18 | | | | Is the permanent plan for the child(ren) appropriate based on case information? **(Vol. 4, Section D, page 3261-3261, page 3267, 3268(b)(2), 3270-3276; COA Standards PA-FC 4)** |

**Reviewers shall specify below any issues related to a "No" answer to #18; barriers identified to achieving the permanent plan; or areas viewed as a strength with regard to Item 18:** *(Note: If "No", Reviewers shall (1) specify why the permanent plan may no longer promote permanency for the child(ren), (2) suggest an alternate permanent plan and (3) why the suggested alternate permanent plan may be more appropriate for the child(ren) than the current plan. If suggesting termination of parental rights be pursued, Reviewers will list any grounds\* for termination of parental rights that may apply (\*Volume 4, Section D, pp 3318-3319).*

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 19 | | | | There is documentation of a current, <u>signed</u> adult ISP with the parent(s)/primary caretaker(s) **which includes** tasks and goals for the parties involved. *(Select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify; or the parents' whereabouts are unknown despite efforts to locate).* (Vol. 4, Sect. D, pp 3263-3265) |
| 20 | | | | There is evidence the parent(s)/primary caretaker(s)are included in case planning activities. *(Select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify; or the parent(s)/primary caretaker(s) whereabouts are unknown despite efforts to locate or if parent/primary caretaker is incapacitated).* (Vol. 4, Sect. D, pp 3263-3265) |
| 21 | | | | If applicable, the parent(s)/primary caretaker(s) have needs that have been identified by the agency and services are being provided to meet those needs. **(COA Standard PA-FC 8)** |
| 22 | | | | If applicable, the resource parent(s) (including relative placement providers and adoptive parents) have needs that have been identified by the agency and services are being provided to meet those needs. **(COA Standard PA-FC 16.09)** |
| 23 | | | | Monthly face-to-face contact is being made between the caseworker and the parent(s)/primary caretaker(s) *(Select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify).* (Vol. 4, Sect. D, pp 3242; COA Standard PA-FC 8.02 and 12.01) |
| 24 | | | | Contacts between the caseworker and the parent(s)/primary caretaker(s) focuses on issues related to case planning, service delivery, and goal attainment. *(Select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify).* (Vol. 4, Sect. D, pp 3242; COA Standard PA-FC 12.01) |
| 25 | | | | If the child(ren)'s parent(s)/primary caretaker(s) whereabouts are unknown, documented, diligent efforts have been made to locate them every month (if parental rights have not been terminated or if not deceased). (Volume 4, Section D, page 3242) |
| 26 | | | | Has there been agency compliance with the parental individual service plan? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13) |
| 27 | | | | Has parental/primary caretaker progress been made toward alleviating or mitigating the causes which necessitated the placement of the child(ren) in state's custody? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13) |
| 28 | | | | Is there a continuing need for placement (custody) of the child(ren)? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13) |

**Reviewers shall specify below any issues related to any "No" answers or areas viewed as a strength with regard to Items 19 - 28:**

| # | Yes | No | N/A | |
|---|-----|-----|-----|---|
| 29 | | | | The child(ren) are having (at the least) monthly visitation with their parent(s)/primary caretaker(s). *(If "No",* explain if there is clear evidence that the visitation would be contrary to the children's safety or best interests or the parent(s)/primary caretaker(s) whereabouts are unknown despite agency efforts to locate them). *(Check "N/A" and explain below if parental rights have been terminated; parents/primary caretakers are deceased)* (Volume 4, Section D, page 3239; COA Standard PA-FC 7) |

**Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Item 29:**

Mississippi
DFCS 4253 (Revised 07-01-08)
Page 4 of 5

| # | Yes | No | N/A | |
|---|-----|----|----|---|
| 30 | | | | If not placed in a trial placement with parent(s)/primary caretaker(s), the child(ren) is placed in a home or facility that has been licensed or court ordered? (**COA Standard PC-FC 6.01**) **(Check "N/A" if child is in a trial placement with parent(s).** |
| 31 | | | | *The child(ren)'s placement is in close proximity (within a 50 mile radius) to their original home. (**If 'No', explain if the reason for the placement appears to be directly related to meeting the needs of the child(ren) or achieving the goals of his/her/their case plan(s).** (Volume 4, Section D, page 3232; COA Standard PA-FC 6.03)* |
| 32 | | | | The child(ren)'s placement setting appears to be free from the risk of an unplanned disruption, or a move <u>not</u> directly related to achievement of the child's permanency goal, in the foreseeable future (stability of placement). (**COA Standard PA-FC 6.06**) |
| 33 | | | | Does the current placement appear to be conducive to the safety of the child(ren)? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13; COA Standard PA-FC 4.03) |
| 34 | | | | Is the current placement the most appropriate with regard for the needs of the child(ren)? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13; COA Standard PA-FC 4.03)) |
| 35 | | | | Is the current placement the least restrictive with regard to the needs of the child(ren)? (Mandated Determination / PL 96-272; PL 105-89; MS 43-15-13) |

| Reviewers shall specify below any issues related to any "No" answers or areas viewed as a strength with regard to Items 30 - 35: |
|---|
| |

| # | Yes | No | N/A | |
|---|-----|----|----|---|
| 36 | | | | The child(ren) is placed with one or more siblings who are also in state's custody. (**If "No", address if there is clear evidence the separation is necessary to meet the needs of the child(ren).** (Vol. 4, Section D, page 3232; COA Standard PA-FC 6.03) |
| 37 | | | | If applicable, the siblings placed separately in agency custody are having regularly scheduled visitation. (**If "No", address if there is clear evidence the lack of visitation is necessary to meet the needs of the child(ren).** (Volume 4, Section D, page 3239; COA Standard PA-FC 7) |

| Reviewers shall specify below any issues related to any "No" answers or areas viewed as a strength with regard to Items 36 and 37: |
|---|
| |

| # | Yes | No | N/A | |
|---|-----|----|----|---|
| 38 | | | | Was an ICWA contact found in the case narratives that addressed the child(ren)'s Native American heritage (maternal and paternal), tribal affiliation/membership, and residence on tribal lands? (**Select "N/A" only if this item has been addressed on a previous review of this case**) Vol. 4, Section D, Page 2087; COA Standard PA-FC 1.02 |
| 39 | | | | For children <u>who are not already placed with</u> a parent, primary caretaker, relative, and/or <u>have not</u> been freed for adoption, there is documentation that efforts have been made to identify and locate maternal <u>and</u> paternal relatives for placement. (<u>Vol. 4, Sect. D, pg 3270 (a)(1)</u> |
| 40 | | | | It appears connections to family members, friends, the community of origin, and other positive relationships the child(ren) may had prior to agency custody are being preserved for them. (<u>Volume 4, Section D, page 3239; COA Standard PA-FC 7</u>) |

| Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Items 38 - 40: |
|---|
| |

Mississippi
DFCS 4253 (Revised 07-01-08)
Page 5 of 5

| # | Yes | No | N/A | |
|---|-----|----|----|---|
| 41 | | | | Was a printed, signed copy of the Supervisory Administrative Review *(at 90 days and at 15 months after case opening)* filed in the case file? **(Select "N/A" if this case is not due for a SAR) Volume 4, Sect. A. pg. 1225** |
| 42 | | | | If applicable, there is documented evidence the previous Youth Court Hearing and Review Summary Report (County Conference Report) was forwarded to the court of jurisdiction by the county of responsibility.  **(Volume 4, Section D, page 3446)** |
| 43 | | | | If applicable, is the previous Periodic Administrative Determination (DFCS 4253) filed in the case record? **(PL 96-272; PL 105-89; MS 43-15-13)** |
| 44 | | | | For cases open 12 months or longer, there is evidence an annual permanency hearing has been held on the child(ren)'s case. **(Volume 4, Section D, page 3202)** |
| 45 | | | | Notification for the upcoming / recently held review hearings was provided by the agency to the resource parents (including adoptive placement providers, relative placement providers) and  grandparents (if applicable). **(Volume 4, Section D, page 3202)** |
| | | | | **Reviewers shall specify below any issues related to any "No" answers or areas viewed as a strength with regard to Items 41 - 45:** |
| | | | | |
| 46 | | | | If applicable, there is evidence the child(ren) has received birthday allowances and Christmas allowances. **(COA Standard PA-FC 9.01(f).)** |
| | | | | **Reviewers shall specify below any issues related to a "No" answer or areas viewed as a strength with regard to Items 46:** |
| | | | | |

| Other Comments Relevant to the Case Review |
|---|
| |

# Ex. 9B

# FOSTER CARE REVIEW PROGRAM
## PERIODIC ADMINISTATIVE DETERMINATION CONCISE GUIDE

- Reviewers will provide as much information as possible (but in a concise manner) to explain any "No" answers on the Periodic Administrative Determination (DFCS 4253). Reviewers shall also notate any caseworker strengths observed or strengths observed by other case participants.

- The Periodic Administrative Determination (DFCS 4253) is meant to provide more consistency throughout the state among the Foster Care Review Program staff. Since each case is different with its own set of unique circumstances, this document is meant to be used only as a "guide" for exploratory purposes during the course of a case review. **This guide does not substitute for the Reviewer's professional judgment, experience, and knowledge of agency policy, state and federal regulations, casework practice, and common sense. Field staff should not substitute this guide for consultations and directives from their supervisor.**

- Discussion with the ASWS or caseworker of issues of concern is dependent upon availability of county staff at the time of the case review to discuss these issues and the willingness of county staff to discuss such issues. These discussions should be done in a constructive and non-confrontational manner.

- A copy of the completed Periodic Administrative Determination (DFCS 4253) will be forwarded by e-mail to the Foster Care Review Program supervisor. The original Periodic Administrative Determination will be provided to the county of responsibility staff within 10 days of the county conference.

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 1 | Vol. 4, Section D, Pg 3241 COA Standard PA-FC 12.01 Bulletin # 5967 | There is documentation the assigned caseworker has had face-to-face contact with the child(ren) each month of the current review period. | Agency policy requires the assigned caseworker to have face-to-face contact with the foster children in their caseload at least once every month. The Regional Directors and county staff receive a print out each month of children in their area who have or have not had monthly face to face contact with a caseworker. During the course of a case review, the Reviewer will notate any children with whom it has been observed a contact hasn't been made at least once per month during the review period. If the child(ren) have not had a face to face contact within a month of the case review, the Reviewer notate on the 4253 the date of the last face-to-face contact with the child. | MACWIS Narratives |
| 2 | Case Planning & Visitation Practice Guide, Page 24 COA Standard PA-FC 12.01 | At least one face-to-face contact per month between the assigned caseworker and the child(ren) focuses on issues related to case planning, service delivery, and goal attainment (if age appropriate or not incapacitated). | Do the documented contacts with the child (if age appropriate and not mentally incapacitated or limited) reflect caseworker interaction with the child and a discussion of services provided, goals the child has reached, etc.? For example, if the child is in mental health counseling, does the caseworker address this service with the child and the progress being made? | MACWIS Narratives |
| 3 | Vol. 4, Section D, Pg 3241 | At least one contact per month with the child(ren) has been made by the assigned caseworker in their placement setting | Agency policy requires caseworkers to make face-to-face contact with the foster children in their caseload at least once a month. In order to assess the safety, appropriateness, and restrictiveness of the child's placement is the caseworker or other responsible party visiting the child in his or her placement setting at least once every month? | MACWIS Narratives |
| 4 | Vol. 4, Sect. D, pp 3477-3478 COA Standard PA-FC 12.05 | For children who are currently on runaway status or, who have been abducted or who are otherwise unaccounted for, regular efforts have been made by agency staff to locate the child in collaboration with law enforcement, public agencies, and other community organizations. | Missing children include children who run away, are abducted, or are otherwise unaccounted for. Protocols may be developed in collaboration with law enforcement, public agencies, and other community organizations to locate these children. | MACWIS Narratives County Conference Comments Caseworker/ASWS Interview |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 5 | Vol. 4, Sect. H, pp 5204-5215 | For children placed outside of the state, an outgoing ICPC request to the receiving state has been submitted and approved. | If the child is placed outside of the state, an ICPC request should have been made to the state where the child is placed for supervision of the case. | MACWIS/ICPC Icon/Outgoing Tab Case file review County Conference Comments Caseworker/ASWS Interview |
| 6 | Vol. 4, Sect. H, pp 5204-5215 | For children placed out of the state for whom an ICPC request has been submitted, a recent supervisory report from the supervising state is on file. | The frequency of the supervisory reports may vary on a case by case basis but are generally requested quarterly or semi-annually. Reviewers should interview the caseworker or ASWS assigned to the case to determine the requested frequency of supervisory reports for each applicable case. | MACWIS Narratives County Conference Comments Caseworker/ASWS Interview |
| 7 | Vol. 4, Section D, page 3241 | For children placed out of the state who are not being seen by the receiving state's staff, are quarterly face to face contacts being made by Mississippi DFCS staff? | For children who are placed in another state but there is no ICPC arrangement in place for the placement, the assigned caseworker is responsible for making a face-to-face contact with the child(ren). | MACWIS Narratives County Conference Comments Caseworker/ASWS Interview |
| 8 | Vol. 4, Sect. D, pp 3445-3446 COA Standard PA-FC 4.03 | Timely notification for the county conference was provided to all potential participants appropriate to this case. | Agency policy requires 10 day written county conference notification be given to the parents (unless deceased or parental rights have been terminated) – including alleged fathers (unless deceased or parental rights have been terminated), the child, the child's attorney (if applicable), the guardian ad litem, the child's placement provider, the grandparents (maternal and paternal), and the county/agency of service (including the agency's Adoption Unit). | MACWIS/Court Bar/Legal History Icon/County Conference Icon/Invitation Letter Tab |
| | | | | Case File Review |
| 9 | County Conference Practice Guide, Page 5 COA Standard PA-FC 4.03 | Was the assigned caseworker (or designee or assigned ASWS) in attendance at the scheduled county conference? | It is necessary for agency staff to be in attendance at the county conference in order to discuss with the participants and the conference facilitator what progress has been made on the case by everyone involved toward achievement of the permanency goals for the child(ren). If a caseworker is unable to attend a scheduled county conference, efforts should be made by the caseworker to assure that a qualified individual (another caseworker or the ASWS) be designated to attend in their place and see to it that their designee is informed as to the current status of the case so they can discuss the progress being made toward goal achievement in the county conference with the other participants. | On-Site County Conference |
| 10 | Vol. 4, Sect. D, Pages 3265-3266/ 3350-3353 | The child(ren)'s ISP is current and complete, including a permanent plan with an expected date of achievement, concurrent plan (if applicable), all medical, dental (if applicable) and educational information (if applicable), independent living plan (if applicable), visitation plan (if applicable), accurate placement information, etc. | Agency policy requires an Initial ISP be done within 30 days of a child entering custody and then every 180 days thereafter (Review ISP). Documentation of the following is to be on the child's ISP: A permanent plan with a realistic expected date of achievement and, if applicable, a concurrent plan; a medical exam within 30 calendar days of custody and yearly thereafter; the child's immunizations shall be current in accordance with the approved immunization schedule; a referral for a dental exam within 90 calendar days of the child entering custody at age 3 years or older unless documentation from a dental clinician that dental exams and treatment are up to date. Dental checkups shall recur yearly; Child's current grade level and educational provider; a visitation plan; a discussion of the child's placement, an independent living plan (if applicable), etc. | MACWIS/Case Planning Icon/History Tab Various segments of the child's ISP which populates from the following areas: MACWIS/Medical Icon/Health Record and Immunization Tabs; MACWIS/Case Planning Icon/Initial Review Tab/Medical Issues/Emotional Issues/Educational Issues radio buttons; MACWIS Demographics; MACWIS/Case Bar/Independent Living Icon; MACWIS/Case Bar/Visitation Icon. At the time of each new Review ISP, workers must complete an updated risk assessment to accompany the Review ISP under the risk assessment icon. |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 11 | COA Standard PA-FC 3.05, PA-FC 9 PA-FC 10<br><br>Federal Child and Family Services Review | If applicable, physical health needs, mental health needs, or educational needs have been identified for the child(ren), and services are being provided to meet those needs. | Most children who are in foster care have needs of some kind affecting their physical health, mental health, and education. If not, they wouldn't (or possibly shouldn't) be in foster care. Reviewers should determine from the case review and county conference if physical health needs have been identified for the child as a result of their medical exam (assessment). During the course of those exams was a need found for which services are or are not being provided?<br><br>A documented Ongoing Assessment by the social worker and approved by the supervisor within 30 days of opening the case will be done to determine mental health needs. Reviewers should determine from the case review and county conference if mental health needs have been identified for the child and if services are being provided to meet those needs.<br><br>A documented Ongoing Assessment by the social worker and approved by the supervisor within 30 days of opening the case will be done to determine educational needs Reviewers should determine from the case review and county conference if the child has any identified educational needs that are not being met. | MACWIS/Medical Icon/Health Record and Immunization Tabs<br><br>MACWIS/Case Planning Icon/Initial Review Tab/Medical Issues-Emotional Issues/Educational Issues radio buttons<br><br>MACWIS Narratives<br><br>County Conference Comments (Parent, Foster Parent – or other placement provider, and/or child's comments)<br><br>Case File<br><br>MACWIS/Assessment Icon |
| 12 | COA Standard PA-FC 3.01 | The age appropriate child(ren) is involved in case planning activities. | Is there evidence the child is involved in and aware of his or her case planning? Is there evidence the child had a part in making goals for his or her self? Did the child have a say-so in what his or her needs are? Documentation in narratives (especially family team meeting narratives) is a good source for this information. Reviewers should consider the child's age and functioning level when making a determination on this item. Most normal functioning school age children should be able to participate in case planning activities to some degree and evidence of their participation should be documented by the caseworker. There is a signature line on the printed ISP and a radio button in MACWIS acknowledging whether there is a signed copy in case file or not.<br><br>Reviewers should check "N/A" if child is not school age or is incapacitated. | MACWIS Narratives (Foster Child Contact, Family Team Meeting, etc.)<br><br>Foster Child County Conference Comments<br><br>MACWIS/Court Bar/Legal History Tab/County Conference Icon/Co. Conf. Comments 1 & 2 Tabs<br><br>Caseworker/ASWS Interview |
| 13 | Mandated Determination PL 96-272; PL 105-89; MS 43-15-13 | Has there been agency compliance with the child(ren)'s individual service plan? | When addressing this mandated determination, Reviewers should consider the following: Is the child's case plan current? Is there a permanent plan documented that is being worked toward achievement by a realistic date? Has the agency done for this child what they said they would do on the case plan? | Case Review of Items 10, 11, 12 |
| 14 | Vol. 4 Sect. D pp 3317-3318 COA Standard PA-FC 4.06 PL 105-89 (ASFA) | For children in agency custody for 15 months and the case **has not** been referred for termination of parental rights, are there appropriate compelling reasons for *not* pursuing TPR documented on the child's ISP? | The agency may choose not to file for TPR if any of the following apply and a court order is obtained: (1) The child is being cared for by a relative. (2)The agency has documented compelling and extraordinary reason(s) why TPR would NOT be in the best interest of the child. (3) The agency has not provided such services as it deems necessary for the safe reunification of the family (provided reasonable efforts are required to be made at all, (ASFA Section 101 (a)(B)). Services were not available or accessible. (4) Parents make regular and meaningful visits/contacts with the child, maintain a relationship with the child, and TPR is not in the child's best interest. | MACWIS/Case Planning Icon/Initial-Review Tab/"Compelling Reasons for Plan-No TPR" radio button<br><br>Case File – Legal Section – Court Orders |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 15 | COA Standards PA-FC 4 Federal Child & Family Services Review | If the child(ren) has a permanent plan of Adoption, does it appear active efforts are being made toward achieving a finalized adoption for them?<br><br>**Note:** _If citing a lack of a TPR referral, Reviewers shall give the date when the child's plan became Adoption._ | If a child has a plan of Adoption, are efforts being made to finalize the adoption? Has a referral for termination of parental rights been completed and forwarded to the state office? Is the Adoption Unit involved in the case? Does it appear an adoptive home is being sought for the child? The federal Child and Family Services Review (CFSR) evaluates if efforts are made to finalize an adoption within two years of the child entering state's custody.<br><br>Agency policy requires a referral for termination of parental rights be completed and submitted to the MDHS state office within 30 days after the plan becomes Adoption. **Reviewers should check all sources (MACWIS, Placement Unit's "TPR Packets" e-mail file, paper file, and caseworker/ASWS interview) as to whether or not documented evidence of a TPR referral has been done prior to citing this item as an issue.** | MACWIS Narratives<br><br>Case Record File / Legal Section<br><br>County Conference Comments by Caseworker/ASWS/Resource Worker<br><br>MACWIS/Court Bar/Legal History Tab/TPR Request Icon and/or TPR History Tab<br><br>Placement Unit's "TPR Packets" file MACWIS ASFA Compliance Report |
| 16 | Vol. 4, Sect. D, Pp 3275-3276 | If the child(ren) has a permanent plan of Living Independently or Long Term Foster Care, have other more appropriate permanent plan options been previously considered and ruled out? | If applicable, have other plans (Reunification, Relative Placement, Adoption) been explored for the child(ren) and ruled out?<br><br>Formalized Long Term Foster Care should not be considered an appropriate plan for children under the age of 12. Approval of this plan should be sought and obtained from the Regional Director. Reviewers should keep in mind that a plan of Formalized Long Term Foster Care is sometimes ordered by the court. | MACWIS/Case Bar/Case Planning Icon/Approval Tab<br><br>Documentation of the Regional Director's approval should be found in under the "Approval" tab of the child's ISP.<br><br>Reviewers should meet with the social worker or ASWS to assure no source for the approval has been overlooked before citing this as an issue. |
| 17 | Vol. 4, Sect. D, pp. 3417-3431 COA Standards PA-FC 13 | If age appropriate, the child(ren) is receiving independent living/transitional living services. | All children in agency custody over the age of 14 are required to be offered independent living services and participate in those independent living related activities. MACWIS narratives, the Independent Living Icon, and the Services Icon are sources for this information.<br><br>**Reviewers should check all available sources before citing this item as an issue.** | MACWIS/Independent Living Plan Icon<br><br>MACWIS/Services Icon/I.L. Contract Service<br><br>MACWIS Narratives<br><br>Youth's County Conference Comments |
| 18 | Vol. 4, Section D, page 3261-3261, page 3267, 3268(b)(2), 3270-3276 COA Standards PA-FC 4 | Is the permanent plan for the child(ren) appropriate based on case information? | **"Appropriate"** means the child's permanent plan is in his/her best interest; realistically provides permanency for the child, and the permanent plan is current and timely. The Reviewer will need to make a professional judgment based on the circumstances of the case, any previous case history, county conference comments, and information available in the case record.<br><br>Reviewers shall specify any issues related to a "No" answer to #18 or barriers identified to achieving the permanent plan with regard to Item 18. If "No", Reviewers shall **(1)** specify why the permanent plan may no longer promote permanency for the child(ren), **(2) suggest an alternate permanent plan** and **(3)** why the suggested alternate permanent plan may be more appropriate for the child(ren) than the current plan. **If suggesting termination of parental rights be pursued, Reviewers will list any grounds* for termination of parental rights that may apply** (*Volume 4, Section D, pp 3318-3319). | Overall Case Information<br>Legal Documentation<br>County Conference Comments<br>Caseworker/ASWS Interviews<br>Case Member Comments |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 19 | Vol. 4, Sect. D, pp 3263-3265 | There is documentation of a current, signed adult ISP with the parent(s)/primary caretaker(s) which includes tasks and goals for the parties involved?. | Parental ISPs should be signed within 30 calendar days of custody and Reviewed/updated at least every six months. Along with MACWIS, the Reviewers should check the case record file for the signed copy of the parental ISP. If no signed parental ISP can be located, Reviewers should ask the caseworker or ASWS for the location of the ISP in the event the Reviewer overlooked it or it has not yet been filed in the case record. The ISP should also have tasks and goals included which outlines what is required of the applicable parties. ** If entering a "No" or "N/A" response, it should be notated if the parents' whereabouts are unknown despite efforts to locate; there is documentation the parents refuse to enter into a service plan with the agency; the agency is no longer required to make efforts with the parent(s) to work toward reunification; parental rights have been terminated; parents are deceased. | MACWIS/Case Planning Icon/Task & Goals<br><br>Case Record File |
| 20 | Vol. 4, Sect. D, pp 3263-3265 | There is evidence the parent(s)/primary caretaker(s)are included in case planning activities. | Parents should be allowed to have involvement in their case planning. To some extent they should be aware of what their needs are and have some say-so in the services being provided to them in order for them to regain custody of their children. | MACWIS Family Team Meeting Narratives, Parent/Caretaker Contact Narratives, etc.<br><br>Parent/Caretaker County Conference Comments |
| 21 | COA Standard PA-FC 8<br><br>Federal Child & Family Services Review Item | If applicable, the parent(s)/primary caretaker(s) have needs that have been identified by the agency and services are being provided to meet those needs. | During the case review and county conference, Reviewers should consider if the parents have needs that have been identified and are services being provided to them that would help them achieve the terms of their ISP? | MACWIS Narratives (Parent/Caretaker Contacts and/or Family Team Meeting narratives) County Conference Comments by the Parents |
| 22 | COA Standard PA-FC 16.09<br><br>Federal Child & Family Services Review Item | If applicable, the resource parent(s) (including relative placement providers and pre-adoptive parents) have needs that have been identified by the agency and services are being provided to meet those needs. | Does the resource family/relative placement provider have needs for which provision of services would help them in providing for the safety and well-being of the child in state's custody? | MACWIS Narratives (Foster Parent Contacts and/or Family Team Meeting narratives) County Conference Comments by the Resource Parents |
| 23 | Vol. 4, Sect. D, pp 3242<br>COA Standard PA-FC 8.02 and 12.01 | Monthly face-to-face contact is being made between the caseworker and the parent(s)/primary caretaker(s). | If the agency is working toward a plan of Reunification for the child, face-to-face contact efforts should be made at least each month with the parent(s) or primary caretaker by the caseworker.<br><br>**If Reviewers answer "No" to this item, it should be noted if the lack of contact with the parent/caretaker is because if the agency does not know the parents whereabouts despite efforts to locate them or there is documented evidence the parents have been uncooperative/evasive of the agency. Reviewers will select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify. | MACWIS Narratives |
| 24 | Vol. 4, Sect. D, pp 3242<br>COA Standard PA-FC 12.01 | Contacts between the caseworker and the parent(s)/primary caretaker(s) focuses on issues related to case planning, service delivery, and goal attainment. | Reviewers should consider if the contacts between the caseworker and the parent(s) are meaningful to the progression of the case? Are case planning issues and progress discussed and documented with the parent(s)? If Reviewers answer "No" to this item, it should be noted if the lack of contact with the parent/caretaker is because if the agency does not know the parents whereabouts despite efforts to locate them or there is documented evidence the parents have been uncooperative/evasive of the agency. Reviewers will select "N/A" if parental rights have been terminated; the court has ordered DHS to discontinue making efforts to reunify. | MACWIS Narratives |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 25 | Vol. 4, Section D, page 3242 | If the child(ren)'s parent(s)/primary caretaker(s) whereabouts are unknown, documented, diligent efforts have been made to locate them every month (if parental rights have not been terminated or if not deceased). | Section 43-15-13(3) of the Mississippi Code states the agency "shall make all possible contact with the child's natural parent(s) and any interested relative for the first two (2) months following the child's entry into the foster care system." Agency policy requires diligent efforts be made and documented each month to search for parents whose whereabouts are unknown.Possible sources for diligent searches include, but are not limited to: Sending correspondence to all previous addresses; Calling all previous telephone numbers posted in case file; Sending letters to General Delivery in a town or city where the Worker believes the parent to be residing but has no specific address; Contacting motor vehicle registration; Requesting a record check from local law enforcement; Writing the State Department of Labor (local Employment Office), if Worker has a social security number; Contacting prisons and/or state hospitals; Contacting all known relatives, friends and previous employers; Checking the telephone directory, county, and city directories; Contacting utility and telephone companies; Accessing the state and Federal Parent Locator Service through the Child Support Enforcement Office; Accessing the Location Services through contact with the local post office;  Making a historical check through MACWIS; Utilizing Internet services. | MACWIS Narratives Case File |
| 26 | Mandated Determination PL 96-272 PL 105-89 MS 43-15-13 | Has there been agency compliance with the parental individual service plan? | A determination will be made on this item based on agency compliance. An adult case plan (ISP) is in compliance if the plan is developed within 30 calendar days after case assignment, a first review within five months of case assignment and then every 6 months thereafter. | Determination based on case review of items 19-25 |
| 27 | Mandated Determination PL 96-272 PL 105-89 MS 43-15-13 | Has progress been made toward alleviating or mitigating the causes which necessitated placement of the child (ren) in state's custody? | A determination will be made on this item based on the progress made by the parent. | Determination based on case review of items 19-25 MACWIS Narratives County Conference Participants' Comments |
| 28 | Mandated Determination PL 96-272 PL 105-89 MS 43-15-13 | Is there a continuing need for placement (custody) of the child(ren)? | Reviewers will determine if there is a need for the child (ren) to remain in state's custody based on the circumstances of the case. | MACWIS Narratives County Conference Participants' Comments |
| 29 | Vol. 4, Section D, page 3239 COA Standard PA-FC 7 | The child(ren) are having (at the least) monthly visitation with their parent(s)/primary caretaker(s). | Permanency is often achieved quicker for children who have regular, monthly visits/contacts with their parents. These children's adjustment in foster care is also better than those who do not have regular, monthly visits with their parents. Reviewers should consider if (1) the parents whereabouts are known, (2) if the agency made efforts to promote visitation between the child and his/her parents and (3) contact between the child and his/her parents **is not** contrary to the safety/best interests of the child (ren) and (4) if parental rights have been terminated and (5) some children need and maintain some contact with their parents even though their permanent plan is not Reunification; (5) do the parents have needs such as transportation that are keeping them from being able to visit their children?<br><br>If **"No"**, explain why it appears visits are not occurring and  if there is clear evidence that the visitation would be contrary to the children's safety or best interests or the parent(s)/primary caretaker(s) whereabouts are unknown despite agency efforts to locate them).  Check "N/A" and explain in comments section if parental rights have been terminated; parents/primary caretakers are deceased. | MACWIS Narratives MACWIS/Visitation Plan Icon County Conference Participants' Comments |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 30 | COA Standard PC-FC 6.01 | If not placed in a trial placement with parent(s)/primary caretaker(s), the child(ren) is placed in a home or facility that has been licensed or court ordered? | Self explanatory. The agency's lawsuit settlement agreement and COA standards makes these requirements to assure children are in safe, appropriate, and stable placements.<br><br>Reviewers will check "N/A" if the child(ren) is currently in a trial placement with his/her/their parent(s). | MACWIS/Case Bar/Placement Icon/History Tab<br><br>MACWIS/Resource Bar/MDHS and Non-MDHS Licensed Facility Icon<br><br>Caseworker County Conference Comments |
| 31 | Vol. 4, Section D, page 3232<br>COA Standard PA-FC 6.03 | The child(ren)'s placement is in close proximity (within a 50 mile radius) to their original home. | Reviewers should determine if a child is placed 50 miles outside of their original home. If so, the Reviewer should then determine if the reason for the placement was necessary to meet the case plan goals for the child.<br><br>If 'No', explain if the reason for the placement appears to be directly related to meeting the needs of the child(ren) or achieving the goals of his/her/their case plan(s). *For example*, a child from the northern part of the state has a plan of Custody with a Relative. In order to achieve that plan, the child has been placed with his only relatives who are his grandparents who live on the Gulf Coast. | MACWIS/Placement Icon/Request Tab/SW Comments  and Proximity<br><br>MACWIS Narratives<br><br>Caseworker County Conference Comments |
| 32 | COA Standard PA-FC 6.06<br><br>Federal Child & Family Services Review Item | The child(ren)'s placement setting appears to be free from the risk of an unplanned disruption, or a move not directly related to achievement of the child's permanency goal, in the foreseeable future (stability of placement). | Reviewers are to use all available sources to make a determination that the child's placement is free from risk of disruption. | MACWIS Narratives<br><br>County Conference Participants' Comments |
| 33 | Mandated Determination<br>PL 96-272<br>PL 105-89<br>MS 43-15-13<br>COA Standard PA-FC 4.03 | Does the current placement appear to be conducive to the safety of the child(ren)? | Reviewers will determine if, during the course of the case review/county conference, any indication was given that the child's placement is not safe. If any indication is given that a child's placement is not safe the Reviewer will seek further information and discuss the matter with the caseworker and/or supervisor. **If it is still evident the child's placement is not safe, the Reviewer will (1) immediately contact his/her supervisor (or designee) to report the issue and (2) notate the issue in the "Other Comments Relevant to the Case Review" section of the 4253 form.** | MACWIS Narratives<br>County Conference Participants' Comments |
| 34 | Mandated Determination<br>PL 96-272<br>PL 105-89<br>MS 43-15-13<br>COA Standard PA-FC 4.03 | Is the current placement the most appropriate with regard for the needs of the child(ren)? | Reviewers will determine if the child's current placement is meeting his/her needs? Is the placement stable? Is the child safe? Is the placement consistent with the best interests and special needs of the child? | MACWIS Narratives<br>MACWIS/Placement Icon/Request Tab<br>County Conference Participants' Comments |
| 35 | Mandated Determination<br>PL 96-272<br>PL 105-89<br>MS 43-15-13 | Is the current placement the least restrictive with regard to the needs of the child(ren)? | Reviewers will determine if the child's placement is a "family-like" setting? If the child is placed in a facility or group home, is the placement as non-restrictive as possible based on the needs of the child? | MACWIS Narratives<br>MACWIS/Placement Icon/Request Tab<br>County Conference Participants' Comments |
| 36 | Vol. 4, Sect. D, page 3232<br>COA Standard PA-FC 6.03 | The child(ren) is placed with one or more siblings who are also in state's custody. | If the child has siblings who are also in state's custody, the agency should make all possible efforts to keep them together when appropriate. However, there are some instances when a member of a sibling group may be a danger to the other children or may have to be placed separately to receive special services that are needed to meet that child's particular needs. It is also difficult to find a single placement to take large siblings groups. | MACWIS/Placement Icon/Request Tab<br><br>MACWIS Narratives |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 37 | Vol. 4, Sect. D, page 3239 COA Standard PA-FC 7 | If applicable, the siblings placed separately in agency custody are having regularly scheduled visitation. | If the child has siblings who are also in state's custody, the agency should make all possible efforts for them to visit with one another on a regularly scheduled basis. However, there are some instances when a member of a sibling group may be a danger to the other children and visitation may not be in their best interest or contrary to their safety. (*If "No"*, *address if there is clear evidence the lack of visitation is necessary to meet the needs of the child(ren).* | MACWIS Narratives MACWIS/Visitation Plan Icon |
| 38 | Indian Child Welfare Act Vol. 4, Section D, Page 2087 COA Standard PA-FC 1.02 | Was an ICWA contact found in the case narratives that addressed the child(ren)'s Native American heritage (maternal and paternal), tribal affiliation/membership, and residence on tribal lands? | Case record narratives should include discussion by the social worker with the family (maternal and paternal) to determine whether there is American Indian ancestry for the child. If the child is found to be of American Indian ancestry, the agency should determine if the tribe is federally recognized (for example, Choctaw, Cherokee, Navajo) and then contact the proper authorities such as the Mississippi Band of Choctaw Indians, Bureau of Indian Affairs or the actual Native American tribe to determine if the child is eligible for membership in the tribe. *(Select "N/A" only if this item has been addressed on a previous review of this case and notate to that affect on the 4253)* | MACWIS Narratives/ICWA Contact **(General and/or Investigative Narratives)** |
| 39 | Vol. 4, Sect. D, pg 3270 (a)(1) | For children who are not already placed with a parent, primary caretaker, relative, and/or have not been freed for adoption, there is documentation that efforts have been made to identify and locate maternal and paternal relatives for placement. | If the child is not placed with his/her mother and/or father on a trial basis, is the child placed with a relative or other significant "kin"? If not, did the agency make efforts to locate maternal and/or paternal relatives for placement? If parental rights have been terminated, select "N/A" and explain in comments section. | MACWIS Narratives (i.e., Family Team Meeting Narratives) County Conference Participants' Comments |
| 40 | Vol. 4, Sect. D, page 3239 COA Standard PA-FC 7 | It appears connections to family members, friends, the community of origin, and other positive relationships the child(ren) may have had prior to agency custody are being preserved for them. | Before addressing this item, Reviewers should consider (in part) the child's proximity to their original home, the child's placement with siblings and/or relatives, the amount of visitation the child is having with their family and friends, etc. Is the child able to maintain connections to their pre-custody friends, relatives, and other positive relationships? Has the child been able to maintain those relationships, connections, traditions, and routines as much as possible despite agency involvement/custody in their life? If the child is part of an ethnic group, is the child able to maintain his/her identity to that group? | MACWIS Narratives County Conference Comments by the child, parents, relatives |
| 41 | Volume 4, Sect. A, pg. 1225 | Was a printed, signed copy of the Supervisory Administrative Review (*at 90 days and at 15 months after case opening*) filed in the case file? | Agency policy requires a supervisory administrative review (SAR) be performed (at a minimum) at 90 days after custody and again at 15 months after opening the case. MACWIS can track whether or not a SAR has been performed through the monthly management print outs/reports. However, policy also requires the SAR to be printed, signed, and filed in the case record file. This is an indication that the results of the SAR was discussed and staffed between the supervisor and the caseworker. | Case record file |
| 42 | Vol. 4, Sect. D, page 3202 Vol. 4, Section D, page 3446 | If applicable, there is documented evidence the previous Youth Court Hearing and Review Summary Report (County Conference Report) was forwarded to the court of jurisdiction by the county of responsibility. | Reviewers should check the case file to determine if the last county conference report (Youth Court Hearing and Review Summary Report) was forwarded to the court for a judicial finding. Although agency staff cannot assure the judge's making of a finding, they can make efforts to print the report and file it with the Youth Court. Reviewers should check the case file for evidence the report was (at the very least) filed with the Youth Court. | Case Record File MACWIS Narratives |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 43 | PL 96-272<br>MS 43-15-13 | If applicable, is the previous Periodic Administrative Determination (DFCS 4253) filed in the case record? | The enactment of the Adoption Assistance and Child Welfare Act of 1980 **(Public Law 96-272)** amended the Social Security Act to require that the Agency conduct a case review at least every six months for each foster child in Agency custody.  The law mandates that the child, his parents, and their representatives be allowed to participate in the review and that procedural safeguards to protect their rights be maintained. **Section 475(5)(A) of 42 U.S.C. 675** expanded the determinations which must be made by the reviews.<br><br>Pursuant to **Section 43-15-13 of the Mississippi Code of 1972, Annotated**, the Agency is required to administer a system of individualized plans and biannual reviews for children in its custody and in the custody of licensed public and private agencies.<br><br>The intent of both laws is to promote permanency planning for children by returning the children to their own home, placing them with relatives, or freeing them for adoptive placement.   Federal and State law includes mandates which specify that the foster care review process will address certain areas which include but are not limited to: safety, appropriateness and restrictiveness of placement; extent of compliance by the agency and the parents in regards to case planning; progress made toward the identified plan and toward alleviating or mitigating the causes that resulted in custody; the extent of care, support and communication by the parents or guardian; the methods of achieving the goal including services offered or utilized to facilitate the plan for establishing a permanent home for the child; and relevant testimony pertaining to the case.<br><br>To further carry out the requirements of the laws, each child in the custody of the Mississippi Department of Human Services must have a review at least every six months.  Every child in the Department's custody is included in this review process, including children in adoptive placement prior to legal finalization of that process.  **The Department has designated such case reviews as Foster Care Reviews**.  A Foster Care Review must be held within the first six months after a child's initial placement in custody, and within each six month period thereafter. | Case File / Legal Section |
| 44 | Vol. 4, Sect. D, page 3446 | For cases open 12 months or longer, there is evidence an annual permanency hearing has been held on the child(ren)'s case. | All children in agency custody are to have an annual permanency hearing to determine the future status of the child. If documentation of a permanency hearing is not found in the case file or in the legal history segment of MACWIS the Reviewer will notate if (1) the agency did not request a permanency hearing or (2) the agency requested the hearing but the court has not yet held the requested hearing. | MACWIS/Court Bar/Legal History Icon/Details Tab<br><br>Case File Legal Section |

| # | Requirement | Item | Exploratory Issues to Consider during Case Review | Location(s) |
|---|---|---|---|---|
| 45 | Vol. 4, Sect. D, page 3202 | Notification for the upcoming / recently held review hearing was provided by the agency to the resource parents (including adoptive placement providers, relative placement providers) and grandparents (if applicable). | State and federal guidelines required each child's case be reviewed by a court or administrative body. A written order shall result from the review hearing or administrative bodies. It must show that a determination was made about the future status of the child, including but not limited to whether the child shall be returned to the parents, shall be continued in foster care for a specified period, shall be placed for adoption or shall, because of the child's special needs or circumstances be continued in foster care on a permanent or long-term basis. MDHS is directed to invite parents and/or legal guardians, foster, adoptive or kinship care parents, as well as the grandparents to the review hearings, pursuant 42-21-603(5)(e). | Case Record File (Legal Section)  MACWIS/Court Bar/Hearing Request Icon/Invitees window |
| 46 | Vol. 4, Sect. D, pp 3387- 3388  COA Standard PA-FC 9.01(f) | If applicable, there is evidence the child(ren) has received birthday allowances and Christmas allowances. | Is there evidence that the child was given a birthday allowance at the time of their most recent birthday? If the child was in state's custody during the Christmas season, did he/she receive a Christmas allowance? | MACWIS/Case Bar/Services Icon/Supportive Services Tab/Services Requested Tab/Workers Comments text box |
| **Other Comments Relevant to the Case Review** | | | This space is for items that may not be covered on the checklist. These are items that rarely occur or may be unique to the case. This would include, but not be limited to: <br> ■ **Cases with concerns that the child(ren) may be at risk of abuse and/or neglect (refer to Exploratory Issues to Consider during Case Review on item 33);** <br> ■ Children in placement settings where there appear to be foster care licensure policy violations; <br> ■ Children who are no longer in custody but their Custody Tab in MACWIS has not been end dated, etc. <br> ■ Case record files that cannot be located **(COA Standard PA-RPM 5.02)** <br><br> This space may also be used by the Reviewer to give a narrative overview of the current status of the case. | Various Sources (MACWIS Narratives, Comments made during the county conference, caseworker/ASWS interview, case file, etc.) |