**Ex. 17D**

# Mississippi Department of Human Services



# Resource Guide for Living Independently in Mississippi

Revised 2008

# Mississippi Department of Human Services

# Independent Living

750 N. State St., Jackson, MS

Telephone: (601) 359- 4983 or (601) 359-4755 Fax: (601) 359-2570

Dear Reader,

Congratulations! By opening this resource guide, you have realized that there are a
variety of careers and educational programs available to you. To help you reach your
goals and utilize the resources that are available to you, the Mississippi Department of
Human Services' Independent Living Program has developed this resource guide for you.
This guide is made up of a large number of contacts, websites, and addresses to help you
create a bright future. However, if you happen to discover any problems accessing any of
the resources listed in this guide, please call M.D.H.S. at (601) 359-4755.

Again, thank you so much for believing in yourself enough to use this guide as a key to a
bright future as you live independently in Mississippi.

Good Luck,

M.D.H.S.            *"Reach for the Stars"*



1

# Mississippi Department of Human Service

# Independent Living Program

# Family and Children Service Division

**Mario Johnson, Independent Living Program Administrator**
Telephone Number:          (601) 359-4983
E-mail:                              Mario.johnson@mdhs.ms.gov

**Bobbye Cole, Independent Living Coordinator**
Telephone Number:          (601) 359-4755
E-mail:                              Bobbye.cole@mdhs.ms.gov



# Independent Living Specialists

**Living Services Division**
**Southern Christian Services**
860 East River Place, Suite 104, Jackson, MS 39202
Phone: (601) 354-0983
Toll Free: (800) 624-9075
Fax:    (601) 352-8638

**Barry Dixon- Division Director**         Email: scscybarry@bellsouth.net

**Joyce Allen- Region III & IV**         Email: scscyjoyce@bellsouth.net

**Charlotte Chapman- Region VI North**   Email: scscy@bellsouth.net

**Michael Olmstead- Region I-W**         Email: scscybatesville2@bellsouth.net

**Jennifer Lewis- Region III & VII**     Email: scscyjennifer@bellsouth.net

**Gregory Murphree- Region I-E**         Email: gregmurphree@comcast.net

**Joy Pickering- Region V**              Email: scs0912@bellsouth.net

**Bennie Smith- Region IV**              Email: southernc9893@bellsouth.net

**Kenneth Spansel- Region VI-S**         Email: scs5914@bellsouth.net

**Corkeithya White-Sanders Region II**   Email: corkeithya5138@bellsouth.neth

**Bernard Luckett- Region III & VII**    Email: scscybernard@bellsouth.net



3

# <u>State-Wide Referral Services</u>

## <u>Miscellaneous</u>

- Emergency                                                                            911
- MS United Way Information line                                          211
- Toll Free Number for Information                          1-800-555-1212
- Pesticide Hotline                                                    1-800-858-7378
- Migrant Workers                                                     1-888-856-9321
- Parks and Wildlife                                                   1-800-792-1112
- National Response Center (Chemical spills, pollution, etc.)   1-800-424-8802
- National Poison Center                                          1-800-222-1222
- American Federation of State, County and Municipal Employees 1-202-429-1000
- Amigos de las Americas                                        1-800-231-7796
- Comptroller of Public Accounts                          1-800-252-5555
- Federal Citizen Information Center                     1-888-878-3256
- Consumer Product Safety Commission             1-800-638-2772
- Americans with Disabilities Information Line     1-800-514-0301
- Education Resource Information Center (ERIC)   1-800-538-3742
- National Weather Service                                        601-936-2189
- Peace Corps                                                            1-800-424-8580
- Rural Information Center                                       1-800-633-7701
- The Center for Community Change               1-877- 777-1536
- National Association of Social Workers             1-202-408-8600
- P.R.E.P.A.R.E. Aftercare                                      1-800-624-9075
- United States Department of Health and Human Services   1-877-696-6775
- Department of Human Services State Office          1-800-345-6347

# **Help Lines**

- CONTACT the Crisis Line                                    (601) 713-HELP (4357)
- Hinds County Human Resources Agency                              601-923-3930
- United Way of the Capital Area                                   601-948-4725
- First Call for Help/Link Line                                    662-680-5752

## Child Abuse Hotlines
- USA National Child Abuse Hotline                   1-800-4-A-CHILD (422-4453)
- Child Abuse Hotline                                        1-800-222-8000

## Domestic Abuse Hotlines
- Domestic Abuse Family Shelter                                1-800-649-1092
- Jasper County Crime Line                                     601-764-3784
- Shelter for Battered Families                                601-366-0222

## Eating Disorders Hotlines
- National Eating Disorder Association                         1-800-931-2237
- C.A.R.E. - Comprehensive Addiction Rehabilitation Education  1-866-518-7551
- Forrest General Hospital - Pine Grove Women's Center         601-288-8100

## Drug and Alcohol Hotlines
- 24-Hour Addictions Referral Network                          1-800-577-4714
- Alcohol and Drug Addiction Referral Hotline                  1-800-410-2530
- Alcohol and Drug Hotline                                     1-800-503-8632
- National Drug Information Treatment and Referral Hotline     1-800-662-4357
- Methodist Rehabilitation Center                              601-981-2611
- Alcohol Anonymous                                            662-746-9962
- Alcohol Anonymous                                            601-982-0081
- Home of Grace                                                228-497-1312

## Illness/Medical Hotlines
- Cancer Information Service                                   1-800-422-6237
- The CDC (Center for Disease Control) National Prevention     1-800-458-5231
  Information Network
- CDC Information hotline                                      1-800-232-4636
- Y-Me Breast Cancer Hotline                                   1-800-221-2141

## Sexual Assault/ Rape Hotlines
- Nationwide (RAINN) National Rape Crisis Hotline              1-800-656-4673
- Jackson Rape Crisis Center                                   601-982-7273

**<u>Runaway/ Exploited Children Hotlines</u>**
- National Runaway Switch Board                                      1-800-786-2929
- National Hotline for Missing and Exploited Children      1-800-843-5678
- Child Find of America Hotline                  1- 800-I-AM-LOST (426-5678)

**<u>Suicide and Crisis Hotlines</u>**
- Boys Town Suicide and Crisis Line      1-800-448-3000 or 800-448-1833 (TDD)
- The Crisis Line                                                          601-713-4357



*"In order for you to be successful, you must not be afraid to ask for help."*

# **Organizations That Help the Homeless**

- American Red Cross        601-353-5442
- Big Brother Big Sister Mississippi        601-961-9286
- Catholic Charities USA        1-703-549-1390
- Enterprise Foundation        1-410-964-1230
- Habitat for Humanity        1-800-422-4828
- Housing Assistance Council        202-842-8600
- HUD        601-965-4757
- Meals on Wheels        601-960-0428
- Mississippi Food Network        601-973-7086
- Mississippi Hospital Association        1-800-289-8884
- National Alliance to End Homelessness        202-638-1526
- National Association of Community Health Centers        301-347-0400
- National Association of Social Workers-MS Chapter        601-936-0557
- National Coalition for the Homeless        202-462-4822
- National Council of Churches of Christ in the USA        212-870-2228
- National Resource Center on Homeless and Mental Illness        1-800-444-7415
- P.A.L.S.        601-366-7733
- Salvation Army        601-982-4881
- The American Institute of Architects-MS        601-360-0082
- United Way of the Capital Area        601-948-4725
- Women's Shelter of East Texas        1-800-828-7233



*"There is no better gift than a safe home"*

# __Hospitals__

## A ▲

● __Alliance Health Center__ - Meridian, Lauderdale County, Mississippi
  Phone: (601)-483-6211

● __Alliance Healthcare System__ - Holly Springs, Marshall County, Mississippi
  Phone: (662)-252-1212

## B ▲

● __Baptist Memorial Hospital Booneville__ - Booneville, Prentiss County, Mississippi
  Phone: (662) 720-5000

● __Baptist Memorial Hospital DeSoto__ - Southaven, DeSoto County, Mississippi
  Phone: (662) 772-4000

● __Baptist Memorial Hospital Golden Triangle__ - Columbus, Lowndes County, Mississippi
  Phone: (662) 244-1000

● __Baptist Memorial Hospital North Mississippi__ - Oxford, Lafayette County, Mississippi
  Phone: (662) 232-8100

● __Baptist Memorial Hospital Union County__ - New Albany, Union County, Mississippi
  Phone: (662) 538-7631

● __Beacham Memorial Hospital__ - Magnolia, Pike County, Mississippi
  Phone: (601) 783-2351

● __Biloxi Regional Medical Center__ - Biloxi, Harrison County, Mississippi
  Phone: (228) 432-1571

● __Blair E. Batson Children's Hospital__ - Jackson, Hinds County, Mississippi
  Phone: (601)-984-1000

● __Bolivar Medical Center__ - Cleveland, Bolivar County, Mississippi
  Phone: (662) 846-0061

## C ▲

● __Calhoun Health Services__ - Calhoun City, Calhoun County, Mississippi
  Phone: (662) 377-3000

●Choctaw County Medical Center - Ackerman, Choctaw County, Mississippi
Phone: (662) 285-6235

●Claiborne County Hospital - Port Gibson, Claiborne County, Mississippi
Phone: (601) 786-9293

●Covington County Hospital - Collins, Convigton County, Mississippi
Phone: (601) 765-6711

## D ▲

●Delta Regional Medical Center - Greenville, Washington County, Mississippi
Phone: (662) 378-3783

## E ▲

●East Mississippi State Hospital - Meridian, Lauderdale County, Mississippi
Phone: (601)-482-6186

## F ▲

●Forrest General Hospital System - Hattiesburg, Forrest County, Mississippi
Phone: (601)-288-7000

●Franklin County Memorial Hospital - Meadville, Franklin County, Mississippi
Phone: (228) 575-7000

## G ▲

●G. V. (Sonny) Montgomery VA Medical Center - Jackson, Hinds County, Mississippi
Phone: (601) 362-4471 or (800) 949-1009 (in-state)

●Garden Park Medical Center - Gulfport, Harrison County, Mississippi
Phone: (228) 575-7000

●George County Hospital - Lucedale, George County, Mississippi
Phone: (601) 947-3162

●Gilmore Health System, Inc. - Amory, Monroe County, Mississippi
Phone: (662) 256-7111

●<u>Greenwood Leflore Hospital</u> - Greenwood, Leflore County, Mississippi
Phone: (662) 451-4570

●<u>Grenada Lake Medical Center</u> - Grenada, Grenada County, Mississippi
Phone: (662)227-7000

●<u>Gulf Coast Medical Center</u> - Biloxi, Harrison County, Mississippi
Phone: (228) 388-0357

●<u>Gulfport Memorial Hospital</u> - Gulfport, Harrison County, Mississippi
Phone:  (228) 867-4000


H  ▲

●<u>Hancock Medical Center</u> -  Bay Saint Louis, , Mississippi
Phone: (228) 467-8600

●<u>Hardy Wilson Memorial Hospital</u> - Hazlehurst, Copiah County, Mississippi
Phone: (601) 894-4541

●<u>H.C. Watkins Memorial Hospital</u> - Quitman, Clarke County, Mississippi
Phone: (601) 776-5055

●<u>Highland Community Hospital</u> - Picayune, Pearl River County, Mississippi
Phone: (601)-798-4711

●<u>Hillcrest Hospital</u> - Calhoun City, Calhoun County, Mississippi
Phone: (662) 628-1365

●<u>Humphreys County Memorial Hospital</u> - Belzoni, Humphreys County, Mississippi
Phone: (662) 247-3831


J  ▲

●<u>Jasper General Hospital</u> - Bay Springs, Jasper County, Mississippi
Phone: (601) 764-2101

●<u>Jeff Anderson Regional Medical Center</u> - Meridian, Lauderdale County, Mississippi
Phone: (601) 553-6881

●<u>Jefferson County Hospital</u> - Fayette, Jefferson County, Mississippi
Phone: (601) 786-9789

Jefferson Davis Community Hospital - Prentiss, Jefferson Davis County, Mississippi
Phone: (601) 792-4276


K ▲

Kilmichael Hospital - Kilmichael, Montgomery County, Mississippi
Phone: (662) 262-4311


King's Daughters Medical Center  - Brookhaven, Lincoln County,, Mississippi
Phone: (601) 833-6011


L ▲

Lackey Memorial Hospital - Forest, Scott County, Mississippi
Phone: (601) 469-4151

Laird Hospital - Union, Newton County, Mississippi
Phone: (601) 774-8214

Lawrence County Hospital - Monticello, Lawrence County, Mississippi
Phone: (601) 587-4051

Leake Memorial Hospital - Carthage, Leake County, Mississippi
Phone: (601) 267-1290


M ▲

Madison County Medical Center - Canton, Madison County, Mississippi
Phone: (601) 859-1331

Magee General Hospital - Magee, Simpson County, Mississippi
Phone: (601)-849-5070

Magnolia Regional Health Center - Corinth, Alcorn County, Mississippi
Phone: (662) 293-1000

Marion General Hospital - Columbia, Marion County, Mississippi
Phone: (601) 736-6303

Memorial Hospital at Gulfport - Gulfport, Harrison County, Mississippi
Phone: (228) 867-4000

●Methodist Rehabilitation Center - Jackson, Hinds County, Mississippi
  Phone: (601) 981-2611

●Mississippi Baptist Health Systems, Inc - Jackson, Hinds County, Mississippi
  Phone: (601) 968-1000

●Mississippi State Hospital - Whitfield, Rankin County, Mississippi
  Phone: (601) 351-8018

●Monfort Jones Memorial Hospital - Kosciusko, Attala County, Mississippi
  Phone: (662) 289-4311


                                N  ▲


●Natchez Community Hospital - Natchez, Adams County, Mississippi
  Phone: (601) 445-6200

●Natchez Regional Medical Center - Natchez, Adams County, Mississippi
  Phone: (601)-443-2100

●Neshoba County General Hospital - Philadelphia, Neshoba County, Mississippi
  Phone: (601) 663-1200

●North Mississippi Medical Center Eupora - Eupora, Webster County, Mississippi
  Phone: (662) 258-6221

●North Mississippi Medical Center Iuka - Iuka, Tishomingo County, Mississippi
  Phone: (662) 423-6051

●North Mississippi Medical Center Pontotoc - Pontotoc, Pontotoc County, Mississippi
  Phone: (662) 489-5510

●North Mississippi Medical Center Tupelo - Tupelo, Lee County, Mississippi
  Phone: (662) 377-3000

●North Mississippi Medical Center West Point - West Point, Clay County, Mississippi
  Phone: (662) 495-2300

●North Mississippi State Hospital - Tupelo, Lee County, Mississippi
  Phone: (662)-690-4200

●North Oak Regional Medical Center - Senatobia, Tate County, Mississippi
  Phone: (662) 562-3100

North Sunflower County Hospital - Ruleville, Sunflower County, Mississippi
Phone: (662) 756-2711

Northwest Mississippi Regional Medical Center - Clarksdale, , Mississippi
Phone: (662) 627-3211

Noxubee General Hospital - Macon, Noxubee County, Mississippi
Phone: (662) 726-4231

O  ▲

Ocean Springs Hospital - Ocean Springs, Jackson County, Mississippi
Phone: (228)497-7470

Okolona Community Hospital - Okolona, Chickasaw County, Mississippi
Phone: (662) 323-4320

Oktibbeha County Hospital - Starkville, Oktibbeha County, Mississippi
Phone: (662) 323-4320

P  ▲

Parkwood Behavioral Health System - Olive Branch, DeSoto County, Mississippi
Phone: (662) 895-4900

Pearl River County Hospital - Poplarville, Pearl River County, Mississippi
Phone: (601) 795-4543

Perry County General Hospital - Richton, Perry County, Mississippi
Phone: (601) 788-6316

Pioneer Community Hospital of Aberdeen - Aberdeen, Monroe County, Mississippi
Phone: (662) 369-2455

Promise Specialty Hospital of Vicksburg - Vicksburg, Warren County, Mississippi
Phone: (601) 619-3526

Q  ▲

Quitman County Hospital - Marks, Quitman County, Mississippi
Phone: (662) 326-8031

## R ▲

●Rankin Medical Center - Brandon, Rankin County, Mississippi
  Phone: (601) 825-2811

●Riley Hospital - Meridian, Lauderdale County, Mississippi
  Phone: (601) 693-2511

●River Oaks Hospital - Flowood, Rankin County, Mississippi
  Phone: (601) 932-1030

●River Region Health System - Vicksburg, Warren County, Mississippi
  Phone: (601)-883-5000

## S ▲

●Saint·Dominic-Jackson Memorial Hospital - Jackson, Hinds County, Mississippi
  Phone:(601) 200-2000

●Sharkey-Issaquena Community Hospital - Rolling Fork, Sharkey County, Mississippi
  Phone: (662) 873-4395

●Simpson General Hospital - Mendenhall, Simpson County, Mississippi
  Phone: (601) 847-2221

●Singing River Hospital - Pascagoula, Jackson County, Mississippi
  Phone: (601) 426-4000

●South Central Regional Medical Center - Laurel, Jones County, Mississippi
  Phone: (601) 426-4000

●South Central VA Health Care Network (VISN 16) - Jackson, Hinds County,
  Mississippi
    ■G. V. (Sonny) Montgomery VA Medical Center - Jackson, Hinds County, Mississippi
    Phone: (601) 362-4471
    ■VA Gulf Coast Veterans Health Care System -  Biloxi, Harrison County, Mississippi
    Phone: (228) 523-5000

●South Sunflower County Hospital - Indianola, Sunflower County, Mississippi
  Phone: (662) 887-3115

●South Mississippi State Hospital - Purvis, Lamar County, Mississippi
  Phone: (601)794-0100

Southwest Mississippi Regional Medical Center - McComb, Pike County, Mississippi
Phone: (601) 249-5500


T ▲

Tallahatchie General Hospital - Charleston, Tallahatchie County, Mississippi
Phone: (662) 647-2173

Tippah County Hospital - Ripley, Tippah County, Mississippi
Phone: (662) 837-9221

Trace Regional Hospital - Houston, Chickasaw County, Mississippi
Phone: (662) 456-3700

Tri-Lakes Medical Center - Batesville, Panola County, Mississippi
Phone: (662) 563-5611

Tyler Holmes Memorial Hospital - Winona, Montgomery County, Mississippi
Phone: (662) 283-4114


U ▲

University of Mississippi Medical Center - Jackson, Hinds County, Mississippi
Phone: (601) 984-1000


W ▲

Walthall County General Hospital - Tylertown, Walthall County, Mississippi
Phone: (601) 876 -2122

Wayne General Hospital - Waynesboro, Wayne County, Mississippi
Phone: (601)735-5151

Wesley Medical Center - Hattiesburg, Forrest County, Mississippi
Phone: (601) 268-8000

Winston Medical Center - Louisville, Winston County, Mississippi
Phone: (662) 773-6211

● <u>Woman's Hospital</u> - Jackson, Hinds County, Mississippi
  Phone: (601)932-1030

Y ▲

● <u>Yalobusha General Hospital</u> - Water Valley, Yalobusha County, Mississippi
  Phone: 662-473-1411



# **Mental Health/ Disability Organizations**

- American College of Neuropsychpharmacology          1-615-324-2360
- American Psychiatric Association          1-703-907-7300
- American Psychological Association          1-800-374-2721
- Anxiety Disorders Association of America          240-485-1001
- Boston University Center for Psychiatric Rehab          1-617-353-3549
- Brain Tissue Resource Center          1-800-333-0338
- Depression and Bipolar Support Alliance          1-800-826-3632
- Fountain House          1-212-582-0340
- Madison Institute of Medicine          1-608-827-2470
- Mental Health Law Project          1-202-467-5730
- National Alliance for the Mentally Ill          1-800-950-6264
- National Association of Psychiatric Health Systems          1-202-393-6700
- National Association of State Mental Health Program          1-703-739-9333
- National Council for Community Behavioral Health Care          1-301-984-6200
- National Institute of Mental Health Information Center          1-800-647-2642
- Obsessive Compulsive Foundation          1-617-973-5801
- Eating Disorders Hotline          1-800-931-2237
- National Disability Works Network          1-202-408-9514

# Children's Mental Health

- American Academy of Child & Adolescent Psychiatry    1-202-966-7300

- Center for Disease Control    1-800-232-4636

- Parents Anonymous    1-909-621-6184

- Juvenile Diabetes Research Foundation    1-800-533-CURE

- Living Bank International (Natl. Organ Donor Registry)    1-800-528-2971

- Lupus Foundation of America    1-800-558-0121

- National Arthritis and Musculoskeletal and Skin Disease Info.    1-301-495-4484

- National Center for Health Statistics    1-301-458-4636

- National Down Syndrome Congress    1-800-232-6372

- National Diabetes Information Clearinghouse    1-301-654-3327

- National Health Information Center    1-800-336-4797

- National Highway Traffic Safety Administration    1-800-424-9393

- National Institute of Allergy and Infectious Diseases    1-301-496-5717

- National Institute on Deafness and Other Communications Dis.    1-800-241-1044

- National Kidney and Urologic Diseases Information Clearing.    1-301-496-5717

- National Library Service for the Blind and Physically Handi.    1-800-424-8567

- National Parkinson's Foundation    1-800-327-4545

- Office of Minority Health Resource Center    1-800-444-6472

- American Society of Plastic Surgeons    1-800-635-0635

- SIDS    1-800-221-SIDS

- Spina Bifida Hotline    1-800-621-3141

- Stutter's Hotline       1-800-221-2483

- Tuberous Sclerosis       1-800-225-6872

- Cancer Information Service       1-800-422-6237



# **Numbers Needed to Begin Living Independently**

- Entergy (lights)                                                         1-800-368-3749

- Mississippi Power (lights)                                       1-800-532-1502

- Atmos Energy (Gas)                                              1-888-286-6700

- Mississippi North Mississippi Utility (Water)      1-877-405-1750

- Bellsouth (AT&T) (Phone, Internet)                     1-888-757-6500

- Bellsouth (AT&T) (Digital TV Services)              1.888-757-6500

- Comcast (Cable, Internet, Phone)                         1-800-266-2278

- Nationwide (Renter's, Homeowner's Insurance, Car)   1-877-669-6877

- AllState (Renter's Homeowner's Insurance, Car)   1-800-ALLSTATE

- Emergency Family Assistance                              601-923-3950

  (Will help you in time of need with lights, gas, rental assistance)

- Jackson-Evers International Airport       601-932-2859 or 601-939-5631

- Greyhound Bus Lines                                            1-800-231-2222

- Rail (Amtrak)                                      601-355-6350 or 1-800-872-7245

- Mississippi Vital Records                                  (601) 576-7981

# **Housing**

- Fair Housing HUD                          1-202-708-4252

- Housing and Urban Development             1-800-245-2691

- Public and Indian Housing                1-202-708-0950

- Fair Housing and Discrimination          1-800-896-7743

- Mississippi Faith-Based Coalition        1-228-863-4024

# Organizations That Help with Legal Matters

- American Correctional Association      1-800-222-5646

- American Jail Association      1-301-790-3930

- International Association of Chiefs of Police      1-703-836-6767

- Mental Health Law Project      1-202-467-5730

- National Alliance for the Mentally Ill      1-800-633-3760

- State Assosciation of State Mental Health Program Directors      1-703-739-9333

- National Center for State Courts      1-757-253-2000

- National Sheriffs Association      1-703-836-7827

- Judge Baseline Center for Mental Health Law      1-202-467-5730

# **Federal Programs**

- Federal Information Center Program                    1-800-688-9889

- Veteran' special issue Helpline                         1-800-749-8387

- Fraud Hotline                                                        1-800-424-5454

- Medicare                                                              1-800-633-4227

- Social Security Administration                          1-800-772-1213

- Department of Veteran Affairs Information Service    1-800-827-1000

# Mississippi Area Social Security Offices

| City | Address | Phone |
|------|---------|-------|
| Biloxi | 946 Tommy Munro Dr., Biloxi, MS 39532 | 228-388-1432 |
| Brookhaven | 1392 Johnny Johnson Dr., Brookhaven, MS 39601 | 601-833-3951 |
| Clarksdale | 236 Sharkey St. Rm. 226, Clarksdale, MS 38614 | 662-627-3276 |
| Cleveland | 407 Industrial Parkway Cleveland, MS 38732 | 662-846-6664 |
| Columbus | 3577 Bluecutt Rd., Columbus, MS 39705 | 662-328-5112 |
| Corinth | 906 S. Cass St. 38834, Corinth, MS 38834 | 662-287-9922 |
| Greenville | 305 Main St. Rm. 201, Greenville, MS 38701 | 662-378-2107 |
| Greenwood | 604 Yalobusha St., Greenwood, MS 38930 | 662-453-6411 |
| Grenada | 1301 Sunset Dr. Suite J, Grenada, MS 38901 | 662-227-1274 |
| Gulfport | 9394 Three Rivers Rd. Gulfport, MS 39503 | 228-868-2854 |
| Hattiesburg | Rm. 100, 701 N. Main St., Hattiesburg, MS 39401 | 601-544-7351 |
| Jackson | Rm. 225 100 W. Capitol St., Jackson, MS 39269 | 601-965-5377 |
| Kosciusko | 80 Veteran Memorial Dr., Kosciusko, MS 39090 | 662-289-4911 |
| Laurel | 446 N. 6th Ave., Laurel, MS 39440 | 601-649-9411 |
| McComb | 211 Gay St., McComb, MS 39648 | 601-684-4831 |
| Meridian | 4817 North Park Dr., Meridian, MS 39305 | 601-693-5010 |
| Moss Point | 6000 Hwy. 63, Moss Point, MS 39563 | 228-474-7021 |
| Natchez | 110 Lower Woodville Rd., Ground Floor, Natchez, MS 39120 | 601-442-3724 |
| Newton | 558 Deer Field Dr., Forest, MS 39074 | 601-469-1177 |

- Olive Branch  8760 Mid South Dr., Olive Branch, MS 38654          662- 890-0439

- Pascagoula    1225 Jackson Ave., Pascagoula, MS 39576            228-762-3370

- Philadelphia   1120 E. Main St. E. Gate PL#28                            601-656-3211

               Philadelphia, MS 39350

- Starkville     101-B GT Thames Dr., Starkville, MS 39759            662-323-9211

- Tupelo       199 Saddle Creek Dr. Tupelo, MS 38801              662-842-6582

- Vicksburg    4155 Clay St., Suite 132, Vicksburg, MS 39183        601-636-0973

25

# Libraries

- The Eudora Welty Library
  300 North State Street
  Jackson, MS 39201                          601- 968-5811

- Fannie Lou Hammer Library
  3450 Albermarle Road
  Jackson, MS 39213                          601- 362-3012

- Margaret Walker Alexander Library
  2525 Robinson Road
  Jackson, MS 39209-0358                     601-924-5684

- Annie Thompson Jeffers Library
  P.O. Box 358/111 Madison
  Bolton, MS 39041-0358                      601-866-4247

- Beverly J. Brown Library
  5795 S.Siwell Road
  Jackson, MS. 39212                         601-372-0954

- A.E. Wood Memorial Library
  111 Clinton Blvd.
  Clinton, MS 39056-5121                     601-924-5684

- Willie Morris Library
  4912 Old Canton Rd.
  Jackson, MS 39211                          601-987-8181

- Edwards Public Library
  105 Williamson Avenue
  Edwards, MS 39066-0140                     601-852-2230

- Medgar Evers Blvd.
  4215 Medgar Evers Blvd.
  Jackson, MS 39213                          601-982-2867

- Northside Library
  807 East Northside Drive
  Jackson. MS 39206-5537                     601-366-0021

- Raymond Public Library            601-857-8721
  126 West Court Street
  Raymond, MS 39154

- Richard Wright Library            601-372-1621
  515 West McDowell Road
  Jackson, MS 39204

- Ella Bess Austin Library            601-878-5336
  320 West Cunningham Avenue
  Terry, MS 39170-0155

- Evelyn Taylor Majure Library        601-885-8381
  217 West Main Street
  Utica, MS 39175

- R.G. Bolden/Anna Belle-Moore Library    601-922-6076
  1450 Wiggins Raod
  Jackson, MS 39209



# County Resources
## Adams County

- Adams County Department of Human Services          601-442-7031
  P.O. Box 852
  150 E. Franklin St.
  Natchez, MS 39121

- Adams County Health Department          601-445-4601
  415 Hwy. 61 N.
  Natchez, MS 39129

- Adams County Mental Health Office          601-446-6634
  200 S Wall St.
  Natchez, MS 39120

- MS State Extension Services          601-445-8201
  75A Carthage Point Rd.
  Natchez, MS 39120

## Alcorn County

- Alcorn County Department of Human Services          662-286-7738
  P.O. Box 2170
  3001 Hwy. 72 E.
  Corinth, MS 38834

- Alcorn County Health Department          662-287-6121
  3706 Jo Ann Dr.
  Corinth, MS 38834

- Timber Hills Mental Health Center          662-286-9883
  P.O. Box 839
  303 N. Madison
  Corinth, MS 38835-0839

- MS State Extension Service          662-286-7755
  P.O. Box 539
  Corinth, MS 38835

## Amite County

- Amite County Department of Human Services
  P.O. Box 305
  185 Irene St.
  Liberty, MS 39645
  601-657-8066

- Amite County Health Department
  P.O. Box 209
  Liberty, MS 39645
  601-657-8351

- Amite County Mental Health Office
  315 Main St.
  Liberty, MS 39645
  601-657-4354

- Liberty Head Start Center
  P.O. Box 400
  West Freedom Dr.
  Liberty, MS 39645
  601-657-4022

## Attala County

- Mississippi Department of Human Services
  P.O. Box 729
  717 Fairground Rd.
  Kosciusko, MS 39090
  662-289-4881

- Attala County Health Department
  999 Martin L. King Dr.
  Kosciusko, MS 39090
  662-289-2351

- MS Extension Service
  P.O. Box 160
  715 Fairground Rd.
  Kosciusko, MS 39090
  662-289-5431

- Region 6 Mental Health Center
  Life Help
  Old Browning Road
  P.O. Box 1505
  Greenwood, MS 38935-1505
  662-453-6211

## **Benton County**

- Mississippi Department of Human Services
  P.O. Box 37
  Hwy 370
  Ashland, MS 38603                                    662-224-6271

- Benton County Health Department
  105 4th St.
  Ashland, MS 38603                                    662-224-6442

- MS State Extension Service
  382 Ripley Ave.
  Ashland, MS 38603                                    662-224-6330

- Region 3 Mental Health Center
  2434 E. Eason Blvd.
  Tupelo, MS 38804                                     662-844-1717

## **Bolivar County**

- Mississippi Department of Human Services
  Bolivar East
  P.O. Box 367
  206 Pearman Ave.
  Cleveland, MS 38732                                  662-843-0294

- Bolivar West
  P.O. Box 368
  706 Bradford St.
  Rosedale, MS 38769                                   662-759-3551

- Bolivar County Health Department
  P.O. Box 550
  711 3rd St.
  Cleveland, MS 38732                                  662-843-2706

- MSU Extension Service
  P.O. Box 1678
  406 N. Martin Luther King Dr.
  Cleveland, MS 38732                                  662-843-8371

- Region 5 Mental Health
  Delta community Mental Health Services
  P.O. Box 5365
  1654 E. Union St.
  Greenville, MS 38704                                 662-335-5274

30

# Calhoun County

- Mississippi Department of Human Services          662-412-3183
  P.O. Box 99
  235 S. Murphree St.
  Pittsboro, MS 38951

- Calhoun County Health Department          662-412-3260
  P.O. Box 59
  Pittsboro, MS 38951

- MSU Extension Service          662-412-3177
  P.O. Box 118
  121 Parker St.
  Pittsboro, MS 38951

- Region 2 Mental Health          662-234-7521
  Communicare
  152 Hwy. 7, South
  Oxford, MS 38655

# Carroll County

- Mississippi Department of Human Services          662-237-9235
  P.O. Box 176
  101 Jefferson St.
  Carrollton, MS 38917

- Carroll County Health Department          662-237-9224
  P.O. Box 87
  7225 MS Hwy. 17 Suite 8
  North Carrollton, MS 38917

- MSU Extension Service          662-237-6926
  P.O. Box 59
  105-B E. Washington St.
  Carrollton, MS 38917

- Region 6 Mental Health          662-453-6211
  Life Help
  P.O. Box 1
  2504 Old Browning Rd.
  Greenwood, MS 38930

# Chickasaw County

- Mississippi Department of Human Services
  Chickasaw East
  234 W. Main St.
  Okolona, MS 38860
                                                    662-447-5497

- Mississippi Department of Human Services
  Chickasaw West
  101 Castle St.
  Houston, MS 38851
                                                    662-456-3978

- Ms State Extension Service
  Lee Horn Dr., Suite 4
  Houston, MS 38851-2204
                                                    662-456-4269

- Chickasaw County Health Department
  332 N. Jefferson
  Houston, MS 38851
                                                    662-456-3737

- Region 3 Mental Health
  2434 S. Eason Blvd.
  Tupelo, MS 38804
                                                    662-844-1717

# Choctaw County

- Mississippi Department of Human Services
  P.O. Box 280
  583 W. Main St.
  Ackerman, MS 39735
                                                    662-285-3782

- Choctaw County Health Department
  P.O. Box 400
  123 Chester St.
  Ackerman, MS 39735
                                                    662-285-6213

- Region 7 Mental Health
  Community Counseling Services
  P.O. Box 1188
  302 N. Jackson St.
  Starkville, MS 39760-1188
                                                    662-323-9261

- MSU Extension Service
  P.O. Box 370
  Harmon Circle-Courthouse Annex
  Ackerman, MS 39735-0370
                                                    662-285-6337

32

# Claiborne County

- Claiborne County Department of Human Services     601-437-5159
  P.O. Box 1013
  417 Industrial Dr.
  Port Gibson, MS 39150

- Claiborne County Health Department     601-437-5184
  P.O. Box 447
  902 S. Market St.
  Port Gibson, MS 39150

- Claiborne County Mental Health Office     601-437-8185
  2090 Hwy 61 N.
  Port Gibson, MS 39150

# Clarke County

- Clarke County Department of Human Services     601-776-3529
  P.O. Box 30
  29 Harris Ave.
  Quitman, MS 39355-0030

- Clarke County Health Department     601-776-2149
  426 W. Donald St.
  Quitman, MS 39355

- Weems Community Mental Health Center     601-483-4821
  P. O. Box 4378
  1415 College Rd.
  Meridian, MS 39304

# Clay County

- Mississippi Department of Human Services     662-494-8987
  P.O. Drawer 777
  360 Washington St.
  West Point, MS 39773

- Clay County Health Department     662-494-4514
  P.O. Box 331
  138 S. Division
  West Point, MS 39773

- Region 7 Mental Health
  Community Counseling Services
  P.O. Box 1188
  302 North Jackson St.
  Starkville, MS 39760-1188

  662-323-9261

- MS Extension Service
  218 W. Broad St.
  West Point, MS 39773

  662-494-5371

# Coahoma County

- Mississippi Department of Human Services
  P.O. Box 310
  917 Ohio Ave.
  Clarksdale, MS 38614

  662-624-3050

- Coahoma County Health Department
  1850 Cheryl Street
  Clarksdale, MS 38614

  662-624-8316

# Copiah County

- Copiah County Department of Human Services
  640 Georgetown St.
  Hazlehurst, MS 39083

  601-894-4666

- Copiah County Health Department
  640 Georgetown Rd.
  Hazlehurst, MS 39083

  601-894-2271

- Region 8 Mental Health Center
  P.O. Box 728
  1019 Carroll Dr.
  Hazlehurst, MS 39083

  601-894-2018

- Copiah County Extension Services
  P.O. Box 789
  2040 W. Gallman Rd.
  Hazlehurst, Mississippi  39083

  601-892-1809

# Covington County

- Covington County Department of Human Services
  P.O. Box 1179
  502 Arrington Ave.
  Collins, MS 39428

  601-765-5005

- Covington County Health Department
  P.O. Box 940
  600 South Arrington
  Collins, MS 39428

  601-765-4291

- MAP Team "Make a Plan" Multi disciplinary
  Team for Children at risk for placement
  P.O. Box 1030
  110 Patton Ave.
  Hattiesburg, MS 39403

  601-582-1149

- Pine Belt Mental Healthcare
  P.O. 1364
  22 Westview Dr.
  Collins, MS 39428

  601-765-4514

## Desoto County

- Desoto County Department of Human Services
  P.O. Drawer 240
  3246 Hwy. 51 S., Suite 2
  Hernando, MS 38632

  662-429-1480

- Desoto County Health Department
  2705 Hwy. 51 South
  Hernando, MS 38632

  662-429-9814

- MSU Extension Service
  3260 Hwy. 51 South
  Hernando, MS 38632

  662-429-1343

- Region 2 Mental Health
  Communicare
  152 Hwy 7 South
  Oxford, MS 38655

  662-234-7521

## Forrest County

- Forrest County Department of Human Services
  P.O. Box 1938
  1604 W. Pine St.
  Hattiesburg, MS 39401

  601-554-4354

- Forrest County Health Department
  5008 Hwy. 42
  Hattiesburg, MS 39401

  601-583-0291

35

- Mental Health Center
  PO Box 1030
  103 S. 19th Avenue
  Hattiesburg, MS 39403                                601-544-4641

- MAP Team "Make a Plan" Multi disciplinary
  Team for children at-risk for placement              601-582-1149

## Franklin County

- Franklin County Department of Human Services         601-384-2369
  P.O. Box 428
  90 Mill Rd.
  Bude, MS 39630

- Franklin County Health Department                    601-384-5871
  P.O. Box 99
  Bude, MS 39630

- Franklin County Mental Health Office                 601-384-2261
  47 Main St. E
  Meadville, MS 39653

- MSU Extension Service                                601-384-2349
  P.O. Box 368
  Walnut Street
  Meadville, MS 39653

## George County

- George County Department of Human Services           601-947-0230
  P.O. Box 177
  204 London St. Suite A
  Lucedale, MS 39452

- George County Health Department                      601-947-4217
  166 W. Ratliff St.
  Lucedale, MS 39452

- Singing River Services                               228-497-0690
  3407 Shamrock Court
  Gautier, MS 39553

- MAP Team "Make a Plan" Multi disciplinary            601-947-4274
  Team for children at-risk for placement

# Greene County

- Greene County Department of Human Services          601-394-2730
  P.O. Box 40
  1008 Jackson Ave.
  Leakesville, MS 39451

- Greene County Health Department          601-394-2389
  P.O. Box 130
  1799 S. Davis St.
  Leakesville, MS 39451

- Mental Health Center          601-394-5047
  P.O. Box 526
  1501 Lackey Street
  Leakesville, MS 39451

- MAP Team "Make a Plan" Multi disciplinary          601-582-1149
  Team for children at-risk for placement

- MS Extension Services          601-394-2702
  P.O. Box 730
  #2 Oak Street
  Leakesville, MS 39451

# Grenada County

- Greene County Department of Human Services          662-226-1990
  P.O. Box 945
  1240 Fairground Rd.
  Grenada, MS 38901

- Grenada County Health Department          662-226-3711
  1241 S. Mound St.
  Grenada, MS 38901

- MSU Extension Service          662-226-2061
  1240 Fairground Road, Suite E
  Grenada, MS 38901

- Region 6 Mental Health          662-453-6211
  Life Help
  Old Browning Rd.
  P.O. Box 1505
  Greenwood, MS 38935-1505

## **Hancock County**

- Hancock County Department of Human Services          228-467-4100
  3058 Longfellow Dr. Trailer #17
  Bay St. Louis, MS 39520

- Hancock County Health Department          228-467-5236
  3206 Longfellow Rd.
  Bay St. Louis, MS 39520

- Mental Health Center          228-467-1881
  819-B Central Ave.,
  Bay St. Louis, MS 39520-3913

## **Harrison County**

- Harrison County Department of Human Services          228-897-5790
  P.O. Box 3408
  10260 Larkin Smith Dr.
  Gulfport, MS 39505-3408

- Harrison County Health Department          228-863-1036
  1102 45th Avenue
  Gulfport, MS 39501

- Gulf Coast Mental Health          228-863-1132
  1600 Broad Ave.
  Gulfport, MS 39501-3603

## **Hinds County**

- Hinds County Department of Human Services          601-364-7447
  P.O. Box 11677
  4777 Medgar Evers Blvd.
  Jackson, MS 39283-1677

- Hinds County Health Department          601-364-2666
  P.O. Box 20
  Jackson Medical Mall Suite 411
  Jackson, MS 39213

- Region 9 Mental Health Center          601-321-2400
  Hinds Behavioral Health Services
  P.O. Box 7777
  3450 Hwy. 80 W.
  Jackson, MS 39209

- MSU Extension Service                          601-372-4651
  1735 Wilson Blvd.
  Jackson, MS 39204

- Catholic Charities                              601-355-8634
  200 N. Congress Suite 100
  Jackson, MS 39201

## Holmes County

- Holmes County Department of Human Services      662-834-0010
  P.O. Box 620
  Hwy 12 East
  Lexington, MS 39095

- Holmes County Health Department                 662-834-3142
  106 Westwood Ave.
  Lexington, MS 39095

- Region 6 Mental Health                          662-453-6211
  Life Help
  Old Browning Rd.
  P.O. Box 1505
  Greenwood, MS 38935

- MSU Extension Service                           662-834-2795
  P.O. Box 330
  113 W. China St.
  Lexington, MS 39095

## Humphreys County

- Humphreys County Department of Human Services   601-247-2117
  P.O. Box 714
  102 Castleman St.
  Belzoni, MS 39038

- Humphreys County Health Department              662-247-1861
  P.O. Box 118
  107 South Hayden St.
  Belzoni, MS 39038

- Region 6 Community Mental-Retardation Center     662-453-6211
  Life Help
  P.O. Box 1505
  Greenwood, MS 38930

- MS Extension Services     662-247-2915
  P.O. Box 239
  103 Castleman Street
  Belzoni, MS 39038-0239

## Issaquena County

- Issaquena County Department of Human Services     662-873-2441
  P.O. Box 99
  Mayersville, MS 39113

- Issaquena County Health Department     662-873-6202
  297 Race Street
  Rolling Fork, Mississippi 39159

- Region 5 Mental Health     662-873-6228
  Delta Community Mental Health Services
  317 W. Race St.
  Rolling Fork, MS 39159

## Itawamba County

- Itawamba County Department of Human Services     662-862-4851
  P.O. Box 637
  305 W. Cedar St.
  Fulton, MS 38843

- Itawamba County Health Department     662-862-3710
  P.O. Box 626
  110 Crane St.
  Fulton, MS 38843

- Region 3 Mental Health     662-844-1717
  2434 S. Eason Blvd.
  Tupelo, MS 38804

- MS State Extension Service     662-862-3201
  304 C. Wiygul
  Fulton, MS 38843

## Jackson County

- Jackson County Department of Human Services                228-769-3275
  P.O. Box 789
  5343 Jefferson St.
  Moss Point, MS 39563

- Jackson County Health Department                           228-762-1117
  P.O. Box 1366
  1702 Telephone Rd.
  Pascagoula, MS 39568

- Singing River Services  Mental Health Center               228-497-0690
  3407 Shamrock Court
  Gautier, MS 39553

## Jasper County

- Jasper County Department of Human Services                 601-764-3219
  P.O. Box 350
  37 W. 8th Ave.
  Bay Springs, MS 39422

- Jasper County Health Department                            601-764-2419
  P.O. Box Drawer K
  2761 Highway 15
  Bay Springs, MS 39422

- Region 3 Mental Health                                     662-844-1717
  2434 S. Eason Blvd.
  Tupelo, MS 38804

- MS State Extension Service                                 662-862-3201
  304 C. Wiygul
  Fulton, MS 38843

## Jefferson County

- Jefferson County Department of Human Services              601-786-6010
  P.O. Drawer 97
  235 Medgar Evers Blvd.
  Fayette, MS 39069

- Jefferson County Health Department                         601-786-3061
  P.O. Box 446
  700 Main St.
  Fayette, MS 39069

41

- Jefferson County Mental Health Office     601-786-8091
  1555 Main St.
  P.O. Box 369
  Fayette, MS 39069

## Jefferson Davis County

- Jefferson Davis County Department of Human Services     601-792-4206
  P.O. Box 1167
  1185- B Frontage Rd.
  Prentiss, MS 39474

- Jefferson Davis County Health Department     601-792-5135
  1185 –A Frontage Rd.
  Prentiss, MS 39474

- Mental Health Center     601-792-4872
  P.O. Box 979
  116 J. E. Johnson Rd.
  Prentiss, MS 39474

## Jones County

- Jones County Department of Human Services     601-426-2266
  P.O. Box 1943
  923 Sawmill Rd.
  Laurel, MS 39441-1943

- Jones County Health Department     601-426-3258
  5168 Hwy. 11 South
  Laurel, MS 39440

- Pinebelt Children's Services     601-582-1149
  110 Patton Ave.
  Hattiesburg, MS 39401

## Kemper County

- Kemper County Department of Human Services     601-743-9366
  P.O. Box 326
  Hwy. 39 N.
  Dekalb, MS 39328

- Kemper County Health Department     601-743-9366
  Hwy. 16 West
  Dekalb, MS 39328

- Region 10 Mental Health Center                 601-743-5616
  Weems Community Mental Health Center
  P.O. Box 344
  110 Hopper Avenue
  DeKalb, MS 39328

## Lafayette County

- Lafayette County Department of Human Services    662-234-1863
  P.O. Box 1027
  1301-B. Monroe Ave.
  Oxford, MS 38655

- North MS Regional Center, NMRC                 662-234-1476
  967 Regional Center Dr.
  Oxford, MS 38655

- Lafayette County Health Department            662-234-5231
  P. O. Box 1395
  101 Veterans Dr.
  Oxford, MS 38655

- Region 2 Mental Health                        662-234-7521
  Communicare
  152 Hwy 7 South
  Oxford, MS 38655

- MS State Extension Service                    662-234-4451
  101 Veterans Dr.
  Oxford, MS 38655

## Lamar County

- Lamar County Department of Human Services      601-794-1080
  P.O. Box 779
  303 Court St.
  Purvis, MS 39475

- Lamar County Health Department                601-794-1055
  207 Main St.
  Purvis, MS 39475

- Mental Health Center                          601-794-6543
  P.O. Box 489
  805 Hwy 589
  Purvis, MS 39475

## Lauderdale County

- MS Department of Human Services
  P.O. Box 4444
  5224 Valley St.
  Meridian, MS 39304-4444                     601-484-5124

- Lauderdale County Health Department
  5224 Valley St.                             601-693-2451
  Meridian, MS 39304

- Region 10 Mental Health Center
  Weems Community Health Center               601-483-4821
  P.O. Box 4378
  1415 College Dr.
  Meridian, MS 39304

## Lawrence County

- Lawrence County Department of Human Services
  P.O. Box 557                                601-587-4892
  1200 Nola Rd.
  Monticello, MS 39654

- Lawrence County Health Department
  1230 Nola Rd.                               601-587-2561
  Monticello, MS 39654

- Lawrence County Mental Health Office
  1230 Nola Rd.                               601-587-4674
  Monticello, MS 39654

- MS State Extension Services
  435 Brinson St., Apt. B                     601-587-2271
  Courthouse Square
  Monticello, MS 39654-6003

## Leake County

- Leake County Health Department of Human Services
  P.O. Box 227                                601-267-8093
  115 N. Pearl St.
  Carthage, MS 39051

- Leake County Health Department
  204 Chipley St.                             601-267-3072
  Carthage, MS 39051

- Region 10 Mental Health Center                                     601-267-3551
  Weems Community Mental Health Center
  P.O. Box 49
  529 Main St.
  Carthage, MS 39051

## Lee County

- Lee County Department of Human Services                            662-841-9737
  P.O. Box 7057
  220 S. Industrial Rd.
  Tupelo, MS 38802

- Lee County Health Department                                       662-841-9096
  P.O. Box 408
  532 S.Church St.
  Tupelo, MS 38802

- Region 3 Mental Health                                             662-844-1717
  2434 S. Eason Blvd.
  Tupelo, MS 38801

- MS State Extension Service                                         662-841-9000
  P.O. Box 2297
  5338 Cliff Gookin Blvd.
  Tupelo, MS 38801

## Leflore County

- Leflore County Department of Human Services                        662-455-7917
  P.O. Box 1848
  216 Hwy. 7 North
  Greenwood, MS 38930

- Leflore County Health Department                                   662-453-0284
  2600 Browning Rd.
  Greenwood, MS 38930

- Region 6 Mental Health Center                                      662-453-6211
  Life Help
  P.O. Box 1505
  Old Browning Rd.
  Greenwood, MS 38935-1505

- MS State Extension Services          662-453-6803
  Lock Drawer C
  309 W. Market
  Greenwood, MS 38935-0419

## Lincoln County

- Lincoln County Department of Human Services          601-835-2838
  P.O. Box 538
  300 E. Chickasaw St.
  Brookhaven, MS 39601

- Lincoln County Health Department          601-833-3314
  P.O. Box 630
  1212 Northpark Lane N.E.
  Brookhaven, MS 39602

- Lincoln County Mental Health Office          601-833-5386
  511 Brookman Dr.
  Brookhaven, MS 39601

- MS State Extension Services          601-835-3460
  301 South First Street Room 201
  Brookhaven, MS 39601

## Lowndes County

- Lowndes County Department of Human Services          662-329-5744
  P.O. Box 1347
  3748 Hwy. 45 N.
  Columbus, MS 39701

- Lowndes County Health Department          662-328-6091
  1112 Military Rd.
  Columbus, MS 39701

- Community Counseling Services          662-328-9225
  1001 Main St.
  Columbus, MS 39701

## Madison County

- Madison County Department of Human Services          601-859-5858
  P.O. Box 203
  867 Martin Luther King
  Canton, MS 39046

- Madison County Health Department
  317 N. Union St.
  Canton, MS 39046

  601-859-3316

- Region 8 Mental Health Center
  P.O. Box 526
  103 S. Lake Circle
  Canton, MS 39046

  601-859-8371

- MS State Extension Services
  P.O. Box 112
  152 Watford Parkway
  Canton, MS 39046

  601-859-3842

## Marion County

- Marion County Department of Human Services
  226 Broad St., Suite 1
  Columbia, MS 39429

  601-736-6044

- Marion County Health Department
  908 Sumrall St.
  Columbia, MS 39429

  601-736-2676

- Mental Health Center
  P.O. Box 965
  217 Dewey St.
  Columbia, MS 39429

  601-736-6799

- MS State Extension Services
  1060 Hwy 13, South
  Columbia, MS 39429

  601-736-8251

## Marshall County

- Marshall County Department of Human Services
  P.O. Box 218
  230 E. College St.
  Holly Springs, MS 38635

  662-252-3465

- Marshall County Health Department
  P.O. Box 340
  225 S. Market St.
  Holly Springs, MS 38635

  662-252-4621

- Region 2 Mental Health Center
  Communicare
  P.O. Box 917
  820 Hwy. 178 East
  Holly Springs, MS 38635

  662-252-4140

- MS State Extension Service
  P.O. Box 489
  810 Highway 178 East
  Holly Springs, MS 38635

  662-252-3541

## Monroe County

- Monroe County Department of Human Services
  P.O. Box 788
  104 ½ N. Mattuba St., Aberdeen, MS 39730
  300 S. Front St., Suite 1, Amory, MS 38821

  662-369-2876
  662-256-3428

- Monroe County Health Department
  Amory Clinic
  1300 Highway 25 South
  Amory, MS 38821

  662-256-5341

- Monroe County Health Department
  307 E. Jefferson St.
  Aberdeen, MS 39730

  662-369-8132

- Region 3 Mental Health Center
  2434 S. Eason Blvd.
  Tupelo, MS 38801

  662-844-1717

- MS State Extension Service
  517 Hwy. 145 N., Suite 1
  Aberdeen, MS 39730

  662-369-4951

## Montgomery County

- Montgomery County Department of Human Services
  P.O. Box 149
  416 Tyler Holmes Dr.
  Winona, MS 38967

  662-283-3430

- Montgomery County Health Department
  707 Alberta Dr.
  Winona, MS 38967

  662-283-3655

- Region 6 Mental Health Center        662-288-2529
  Life Help
  718 Alberta Dr.
  Winona, MS 38967

## Neshoba County

- Neshoba County Department of Human Services        601-656-5175
  301 Main St.
  Philadelphia, MS 39350

- Neshoba County Health Department        601-656-4371
  1014 Holland Ave.
  Philadelphia, MS 39350

- Weems Community Health Center        601-656-3451
  P.O. Box 423
  1011 Posey Avenue
  Philadelphia, MS 39350
  601-656-3451

- MS State Extension Services        601-656-4011
  12000 Hwy. 15 N., Suite 2
  Philadelphia, MS 39350

## Newton County

- Newton County Department of Human Services        601-635-2798
  P.O. Box 158
  Hwy 15 South
  Decatur, MS 39327

- Newton County Health Department        601-635-2337
  Decatur Office
  15776 Hwy 15 North
  Decatur, MS 39327

- Newton County Health Department        601-683-3331
  Newton Clinic
  500 Decatur St.
  Newton, MS 39345

- Region 10 Mental Health Services        601-635-3342
  P.O. Box 281
  92 South 6th Ave.
  Decatur, MS 39327

## Noxubee County

- Noxubee County Department of Human Services          662-726-5885
  P.O. Box 347
  601 W. Pearl St.
  Macon, MS 39341

- Noxubee County Health Department                     662-726-4451
  480 W. Pearl St.
  Macon, MS 39341

- Region 7 Mental Health Center                        662-726-5042
  Community Counseling Services
  200 W. Martin Luther King St.
  Macon, MS 39341

- MS State Extension Service                           662-726-5723
  107 E. Adams St.
  Macon, MS 39341

## Oktibbeha County

- Oktibbeha County Department of Human Services        601-323-1573
  P.O. Box 865
  213 Yeates
  Starkville, MS 39760

- Oktibbeha County Health Department                   662-323-4565
  203 Yates St.
  Starkville, MS 39759

- Region 7 Mental Health                               662-323-9261
  Community Counseling Services
  302 N. Jackson St.
  Starkville, MS 39759

- MS State Extension Service                           662-323-5916
  106 Felix Long Dr.
  Starkville, MS 39759

## Panola County

- Panola County Department of Human Services           662-487-2098
  P.O. Box 128
  203 S. Main St.
  Sardis, MS 38666

- Panola County Health Department                662-563-4616
  381 Hwy 51 South
  Batesville, MS 38606

- Communicare                                    662-487-2746
  100 E. Frontage Road
  Sardis, MS 38666

- Panola County Extension Service                662-563-6260
  P.O. Box 348
  245-C Eureka St.
  Batesville, MS 38606

## Pearl River County

- Pearl River County Department of Human Services   601-795-4507
  167 Savannah Millard Rd.
  Poplarville, MS 39470

- Pearl River County Health Department            601-798-6212
  7547 Hwy. 11 North
  Carriere, MS 39426

- Gulf Coast Mental Health Center                 601-798-7001
  211 Highway 11 South
  Picayune, MS 39466-4503

- MS State Extension Services                     601-403-2280
  417 Hwy. 11 N.
  Poplarville, MS 39470

## Perry County

- Perry County Department of Human Services       601-964-8374
  P.O. Box 407
  101 Main St.
  New Augusta, MS 39462

- Perry County Health Department                  601-964-3288
  P.O. Box 126
  102 Main St.
  New Augusta, MS 39462

- Mental Health Center                            601-788-6308
  P.O. Box 1167
  91180 Hwy. 42 West
  Richton, MS 39476

- MS State Extension Services          601-964-3668
  P.O. Box 405
  103-B 2nd St. West
  New Augusta, MS 39462

# Pike County

- Pike County Department of Human Services    601-684-0915
  P.O. Box 665
  1002 Warren Krout Rd.
  McComb, MS 39648

- Pike County Health Department          601-684-1030
  114 E. Presley Blvd.
  McComb, MS 39648

- Pike County Mental Health Office        601-684-2173
  1701 White St.
  McComb, MS 39648

- MS State Extension Services          601-783-5321
  P.O. Box 510
  1140 N. Clark Ave.
  Magnolia, MS 39652

# Pontotoc County

- Pontotoc County Department of Human Services    662-489-3970
  P.O. Box 419
  341 Ridge Rd.
  Pontotoc, MS 38863

- Pontotoc County Health Department        662-489-1241
  P.O. Box 1148
  341 Ridge Rd.
  Pontotoc, MS 38863

- Region 3 Mental Health            662-509-9300
  339 Legion Lane
  Pontotoc, MS 38863

- Pontotoc Extension Services          662-489-3910
  171 Hwy 15 N.
  Pontotoc, MS 38863

# Prentiss County

- Prentiss County Department of Human Services    662-728-8010
  P.O. Box 728
  110 N. Main St.
  Booneville, MS 38829

- Prentiss County Health Department    662-728-3518
  615 E. Parker Dr.
  Booneville, MS 38829

- Region 4 Mental Health    662-728-3174
  Timber Hills Mental Health Services
  P.O. Box 716
  2100 E. Chambers Dr.
  Booneville, MS 38829

- Prentiss County Extension Service    662-728-5631
  P.O. Box 130
  2301 N. 2nd  St.
  Booneville, MS 38829

# Quitman County

- Quitman County Department of Human Services    662-326-7913
  P.O. Box F
  Hwy 3 South
  Marks, MS 38646

- Quitman County Health Department    662-326-2861
  235 Chestnut St.
  Marks, MS 38646

- Region I Mental Health    662-326-4445
  P.O. Box 1046
  421 1st St.
  Marks, MS 38646

- Quitman County Extension Service    662-326-8939
  225 Peach St.
  Marks, MS 38646

## **Rankin County**

- Rankin County Department of Human Services          601-825-1040
  P.O. Box 1809
  603 Marquette Rd.
  Brandon, MS 39043-1809

- Rankin County Health Department          601-825-2141
  100 Tamberlin St.
  Brandon, MS 39042

- Region 8 Mental Health Center          601-824-0342
  613 Marquette Rd.
  Brandon, MS 39042

- MS State Extension Services          601-825-1462
  601 Marquette Road
  Brandon, MS 39042

## **Scott County**

- Scott County Department of Human Services          601-469-2010
  301 S. Main
  Forest, MS 39074

- Scott County Health Department          601-469-4941
  Forrest Office
  519 Airport Rd.
  Forest, MS 39074

- Scott County Health Department          601-732-8080
  Morton Office
  235 Hwy 13 S.
  Morton, MS 39117

- Region 10 Mental Health Services          601-469-2211
  Weems Community Mental Health Center
  P.O. Box 839
  3717 Hwy. 80 West
  Forest, MS 39074

- MS State Extension Services          601-469-4241
  230 South Davis Street
  Forest, MS 39074

## **Sharkey County**

- Sharkey County Department of Human Services
  P.O. Box 488
  1000 Chestnut St.
  Rolling Fork, MS 39159                                    662-873-2655

- Sharkey-Issaquena County Health Department
  297 Race St.
  Rolling Fork, MS 39459                                    662-873-6202

- Region 5 Mental Health
  Delta Community Mental Health Services
  317 W. Race St.
  Rolling Fork, MS 39159                                    662-873-6228

- MS State Extension Services
  120 Locust Suite 3
  Rolling Fork, MS 39159                                    662-873-4246

## **Simpson County**

- Simpson County Department of Human Services
  P.O. Box 217
  109 W. Pine
  Mendenhall, MS 39114                                      601-847-4081

- Simpson County Health Department
  2789 Simpson Hwy. 49
  Mendenhall, Mississippi 39114                             601-847-2755

- Region 8 Mental Health Center
  P.O. Box 578
  3100 Simpson Hwy. 13
  Mendenhall, MS 39114                                      601-847-4410

- MS State Extension Services
  2785 Simpson Highway 49
  Mendenhall, MS 39114                                      601-847-1335

## Smith County

- Smith County Department of Human Services          601-782-9807
  P.O. Box 100
  Hwy 37 South
  Raleigh, MS 39153

- Smith County Health Department          601-782-4472
  Raleigh Clinic
  352 Magnolia Dr.
  Raleigh, MS 39153

- Weems Community Mental Health Center          601-782-9461
  P.O. Box 1077
  355 Hwy. 37 South
  Raleigh, MS 39153

- MS State Extension Services          601-782-4454
  P.O. Box 127
  212 Sylvarena Avenue - Smith County Office Bldg.
  Raleigh, MS 39153-0127

## Stone County

- Stone County Department of Human Services          601-928-2510
  P.O. Box 247
  648 Fairgrounds St.
  Wiggins, MS 39577

- Stone County Health Department          601-928-5293
  305-A Central Ave.
  Wiggins, MS 39577

- Gulf Coast Mental Health Center          601-928-2357
  217 Parker St.
  Wiggins, MS 39577-2728

- MS State Extension Services          601-928-5286
  214 N. Critz St. Suite A
  Wiggins, MS 39577

## **Sunflower County**

- Sunflower County Department of Human Services                662-887-2795
  P.O. Box 928
  204 E. Baker St.
  Indianola, MS 38751

- Sunflower County Health Department                662-887-4951
  412 Hwy 49 South
  Indianola, MS 38751

- Sunflower County Health Department                662-756-4881
  Ruleville Clinic
  628 Byron Street
  Ruleville, MS 38771

- Region 6 Mental Health                662-887-5441
  Life Help
  200 E. Baker St.
  Indianola, MS 38751

- Sunflower County Extension Service                662-887-4601
  200 Main St.- Courthouse
  Indianola, MS 38751

## **Tallahatchie County**

- Tallahatchie County Department of Human Services                662-647-2202
  P.O. Box 48
  201 S. Market St.
  Charleston, MS 38921

- Tate County Health Department                662-562-4428
  P.O. Box 129
  100 Preston McKay
  Senatobia, MS 38668

- Region 2 Mental Health Center                662-234-7529
  Hwy 7 Bypass
  Route 4, Box 32
  Oxford, MS 38655

- Tate County Extension Service                662-562-4274
  P.O. Box 188
  #1 French's Alley
  Senatobia, MS 38668

57

# Tippah County

- Tippah County Department of Human Services     662-837-1198
  P.O. Box 209
  412 Water St.
  Ripley, MS 38663

- Tippah County Health Department     662-837-3215
  129 Hospital Street
  Ripley, MS 38663

- Region 4 Mental Health Center     662-837-8154
  Timber Hills Mental Health Services
  P.O. 216
  2441-A Cr. 501
  Ripley, MS 38663

- Tippah County Extension Service     662-837-8184
  P.O. Box 489
  10791B Hwy 15 S. - Fairgrounds
  Ripley, MS 38663

# Tishomingo County

- Tishomingo County Department of Human Services     662-423-7041
  1505 Betty Dale Dr.
  Iuka, MS 38852

- Tishomingo County Health Department     662-423-6100
  1508 Bettydale Dr.
  Iuka, MS 38852

- Region 4 Mental Health     662-423-3332
  Timber Hills Mental Health Services
  1213 Maria Lane
  P.O. Box 1290
  Iuka, MS 38852

- Tishomingo County Extension Service     662-423-7016
  1008 Battleground Dr., Rm. 106
  Iuka, MS 38852

# Tunica County

- Tunica County Department of Human Services      662-363-1771
  972 E. Edward
  P.O. Box 1026
  Tunica, MS 38676

- Tunica County Health Department      662-363-2166
  2073 Old Hwy. 61 North Suite 4
  Tunica, MS 38676

- Region 1 Mental Health Center      662-627-7267
  P.O. Box 1046
  1742 Cheryl St.
  Clarksdale, MS 38614

- Tunica County Extension Service      662-363-2911
  P.O. Box 1077
  1221 Kenny Hill Ave., Suite 3
  Tunica, MS 38676

# Union County

- Union County Department of Human Services      662-534-1986
  252 Carter Avenue
  New Albany, MS 38652

- Union County Health Department      662-534-1926
  252 Carter Ave.
  New Albany, MS 38652

- Region 3 Mental Center      662-844-1717
  2434 Eason Blvd.
  Tupelo, MS 38804

- Union County Extension Service      662-534-1917
  112 Fairground Cir.
  New Albany, MS 38652

## **Walthall County**

- Walthall County Department of Human Services          601-876-3238
  P.O. Box 430
  901 Union Rd.
  Tylertown, MS 39667

- Walthall County Health Department          601-876-4924
  903 Union Rd.
  Tylertown, MS 39667

- Walthall County Mental Health Office          601-876-4721
  219 Ball Ave.
  Tylertown, MS 39667

- MS State Extension Services          601-876-4021
  250 Ball Avenue
  Tylertown, MS 39667

## **Warren County**

- Warren County Department of Human Services          601-636-1597
  P.O. Box 1829
  1100 Grove St., Suite E.
  Vicksburg, MS 39181

- Warren County Health Department          601-636-4356
  807 Monroe St.
  Vicksburg, MS 39180

- Region 15 Mental Health Services          601-638-0031
  Warren-Yazoo Mental Health Services
  3444 Wisconsin Ave.
  Vicksburg, MS 39182

- MS State Extension Services          601-636-5391
  1100-C Grove Street
  Vicksburg, MS 39180

# **Washington County**

- Washington County
  240 S. Theobald St.
  Greenville, MS 38702
  662-378-0319

- Washington County Health Department
  1633 Hospital St.
  Greenville, MS 38701
  662-332-8177

- Washington County Health Department
  Leland Clinic
  801 North Broad St.
  Leland, MS 38756
  662-686-7711

- Region 5 Mental Health Center
  Delta Community Health Services
  1654 E. Union St.
  P.O. Box 5365
  Greenville, MS 38704
  662-355-5274

- MS State Extension Services
  P.O. Box 915
  Greenville, MS 38702
  148 N. Edison Street
  Greenville, MS 38701
  662-334-2670

# **Wayne County**

- Wayne County Department of Human Services
  P.O. Box 1729
  1104-A Cedar St.
  Waynesboro, MS 39367
  601-735-6254

- Wayne County Health Department
  1108 Bradley Drive
  Waynesboro, MS 39367
  601-735-2351

- Wayne County Mental Health Center
  PO Box 611
  1104B Cedar Street
  Waynesboro, MS 39367
  601-735-3350

- MS State Extension Services
  810-A Chickasawhay Street
  Waynesboro, MS 39367
  601-735-2243

# Webster County

- Webster County Department of Human Services          662-258-4771
  P.O. Box Drawer E
  319 E. Gould Ave.
  Eupora, MS 39744

- Webster County Health Department          662-258-3761
  319 E. Gould St.
  Eupora, MS 39744

- Webster County Community Counseling Services          662-258-8147
  1660 Veterans Memorial Blvd.
  Eupora, MS 39744

- MS State Extension Services          662-258-3971
  16 East Fox Ave.
  Eupora, MS 39744

# Wilkinson County

- Wilkinson County Department of Human Services          601-888-4311
  P.O. Box 726
  1391 U.S. Hwy. 61 South
  Woodville, MS 39669

- Wilkinson County Health Department          601-888-4202
  P.O. Box 398
  991 First S. St.
  Woodville, MS 39669

- Wilkinson County Mental Health Office          601-888-3022
  1495 Hwy 61S
  Woodville, MS 39669

- MS State Extension Services          601-888-3211
  P.O. Box 834
  982 2nd South St.
  Woodville, MS 39669

# **Winston County**

- Winston County Department of Human Services    662-773-8034
  P.O. Box 150
  458 Vance St.
  Louisville, MS 39339

- Winston County Health Department    662-773-8087
  P.O. Box 525
  260 Vance St.
  Louisville, MS 39339

- Region 7 Mental Health Center    662-773-9377
  Community Counseling Services
  507 W. Main St.
  Louisville, MS 39759

- Winston County Extension Service    662-773-3091
  460 Vance St.
  Louisville, MS 39339

# **Yalobusha County**

- Yalobusha County Department of Human Services    662-473-1071
  P.O. Box 1071
  400 Main St..
  Water Valley, MS 38965

- Yalobusha County Health Department    662-473-1424
  209 Simmons St.
  Water Valley, MS 38965

- Yalobusha County Health Department    662-675-9453
  Coffeeville Clinic
  719 Center St.
  Coffeeville, MS 38922

- Region 2 Mental Health    662-562-5216
  Communicare
  101 Preston McKay Drive
  Senatobia, MS 38668

- Yalobusha County Extension Service    662-675-2730
  P.O. Box 610
  18025 Hwy. 7
  Coffeeville, MS 38922

# Yazoo County

- Yazoo County Department of Human Services      662-751-8735
  P.O. Box 570
  1315 Grady Ave.
  Yazoo City, MS 39194

- Yazoo County Health Department      662-746-2453
  230 E. Broadway St.
  Yazoo City, Mississippi 39194

- Region 15 Warren-Yazoo Mental Health Services   662-746-5712
  2303 Gordon Ave.
  Yazoo City, MS, 39194

- MS State Extension Services
  P.O. Box 1068
  212 E. Broadway St.
  Yazoo City, MS 39194



# **WIC Services**

<u>If you're eligible for WIC, you'll receive at no cost:</u>

A monthly package of delicious, nutritious foods

Valuable tips on healthy eating

Health care referrals

Breastfeeding support

<u>WIC food package</u>

The WIC food package provides nutritious foods to supplement your regular meals. You can choose some or all of the following, free of charge:

White and chocolate        A variety of hot and cold cereals, including infant cereal

* Eggs  *Cheese  *Baby formula *Beans *Peanut butter

*Canned tuna and carrots for breastfeeding mothers

*A selection of 100% fruit juices

Who is eligible?

To be eligible for the program, a woman, infant, or child must meet the income guidelines and be at medical or nutritional risk. Low iron levels in the blood (anemia), underweight, overweight, or poor diet are typical examples. A nurse or nutritionist will determine if an applicant is eligible for the WIC program.

You can check your income against the current guidelines to see if you may qualify.

# The WIC Income Table

| WIC Income Eligibility Guidelines (effective April 2007 through March 2008) | | | |
|---|---|---|---|
| | **If family income is no more than** | | |
| **Family Size** | **Per year** | **Per month** | **Per week** |
| 1 | $18,889 | $1,575 | $364 |
| 2 | $25,327 | $2,111 | $488 |
| 3 | $31,765 | $2,648 | $611 |
| 4 | $38,203 | $3,184 | $735 |
| 5 | $44,641 | $3,721 | $859 |
| 6 | $51,079 | $4,257 | $983 |
| 7 | $57,517 | $4,794 | $1,107 |
| 8 | $63,955 | $5,330 | $1,230 |
| Each additional family member, add | + $6,438 | + $537 | + $124 |

*If you receive TANF, Food Stamps or Medicaid, you automatically meet WIC income guidelines.

Apply in person

USDA policy requires that applicants must apply in person for WIC benefits at their local WIC clinic. Parents not wanting to bring their newborns in to the WIC clinic have a 60-day period during which the newborn must be seen at the WIC clinic

# **What to bring to your WIC appointment**

Applicants must bring proof of income, residence, and identification to their WIC appointment.

Examples of proof of income:

>    A current pay stub less than 60 days old
>    A signed statement from an employer indicating gross income earnings for a specified pay period
>    Current W-2 forms
>    An income tax return for the most current year
>    Proof of Medicaid, TANF, or Food Stamps

Examples of proof of residence:

>    Pieces of mail that include the client's current address (e.g. current utility bill, bank statement, etc.)
>    A valid driver's license with the current address
>    A mortgage/rental agreement

Examples of proof of identification:

>    A valid driver license
>    A social security card
>    A valid U.S. passport
>    A current shot record
>    A military ID
>    A newborn crib card

# WIC Offices in Mississippi

## Public Health District 1

| | | | |
|---|---|---|---|
| Coahoma | 521 Medical Drive, Clarksdale | 662-627-3511 | 5 |
| DeSoto | 1939 Oak Tree Lane, Hernando | 662-449-0807 | 5 |
| Grenada | 52 Cherry St, Grenada | 662-226-1047 | 5 |
| Panola | 365 Hwy 51 South, Batesville | 662-563-4549 | 5 |
| Quitman | 201 Cherry St, Marks | 662-326-4855 | 5 |
| Tallahatchie (Charleston) | 305 N. Waverly, Charleston | 662-647-3475 | 5 |
| Tallahatchie (Sumner) | 109-C South Court St., Sumner | 662-375-8637 | 5 |
| Tate | 470 Scott Street, Senatobia | 662-562-7121 | 5 |
| Tunica | 2092 Old Hwy 61 North, Tunica | 662-363-3910 | 5 |
| Yalobusha | 220 Blackmur Dr., Water Valley | 662-473-2274 | 5 |

## Public Health District 2

| | | | |
|---|---|---|---|
| Alcorn | 501 Pinecrest, Corinth | 662-287-9442 | 5 |
| Benton | 16025 Boundary, Ashland | 662-224-3335 | 5 |
| Itawamba | 503 Lindsey St., Fulton | 662-862-4686 | 5 |
| Lafayette | 101 Veterans Drive/ Box 1395, Oxford | 662-234-2060 | 5 |
| Lee | 578 Carnation, Tupelo | 662-844-4170 | 5 |
| Marshall (Holly Springs) | 690 H 4 East, Holly Springs | 662-252-5246 | 5 |
| Marshall (Byhalia) | 8478 Hwy 178 West, Byhalia | 662-838-4911 | 5 |
| Pontotoc | 379 E. Oxford, Pontotoc | 662-489-6169 | 5 |
| Prentiss | 2405 E. Chambers Booneville | 662-728-3212 | 5 |
| Tippah | 105 Hospital Drive, Ripley | 662-837-3837 | 5 |
| Tishomingo | 1250 Bettydale, Iuka | 662-423-3148 | 5 |
| Union | 207 Carter Avenue, New Albany | 662-534-4131 | 5 |

# Public Health District 3

| | | | |
|---|---|---|---|
| Attala | 312 N. Wells, Kosciusko | 662-289-5569 | 5 |
| Bolivar – Cleveland | 927 Charlie Capps, Cleveland | 662-843-9476 | 5 |
| Bolivar – Rosedale | 503 Bruce St., Rosedale | 662-759-3063 | 5 |
| Carroll | 108 Main St. N., Carrollton | 662-237-6918 | Tu, Th |
| Holmes | 318 Yazoo, Lexington | 662-834-2140 | 5 |
| Humphreys | 309 North Hayden St., Belzoni | 662-247-3534 | 5 |
| Leflore | 2600 Browning, Greenwood | 662-453-2119 | 5 |
| Montgomery | 108 N. Applegate, Winona | 662-283-3694 | 5 |
| Sunflower – Indianola | 266 Hwy 82 West, Indianola | 662-887-5986 | 5 |
| Sunflower – Ruleville | 620 Hwy 8 East, Ruleville | 662-756-2084 | M, Th, F |
| Washington – Greenville | 1700 E. Union St., Greenville | 662-332-0726 | 5 |
| Washington – Leland | 210 Baker St., Leland | 662-686-4033 | 5 |

# Public Health District 4

| | | | |
|---|---|---|---|
| Calhoun | 107 E. Main St., Pittsboro | 662-412-2555 | 5 |
| Chickasaw – Houston | 210-A N. Monroe, Houston | 662-456-5446 | 5 |
| Chickasaw – Okolona | 400 North Church, Okolona | 662-447-3686 | M, Tu, Th |
| Choctaw | 234 Hwy. 15 N., Ackerman | 662-285-6030 | M, Tu, Th |
| Clay | 1342 N. Eshman Ave., West Point | 662-494-4771 | 5 |
| Lowndes | 7220 Hwy 45 North, Columbus | 662-328-7809 | 5 |
| Monroe – Aberdeen | 109 South Chestnut St., Aberdeen | 662-369-8580 | 5 |
| Monroe – Amory | 403 S. Main St., Amory | 662-256-8833 | 5 |
| Noxubee | 205 W. Green St., Macon | 662-726-2466 | 5 |
| Oktibbeha | 1203 Highway 25 S., Starkville | 662-324-0171 | 5 |
| Webster | 200 Mississippi Street, Eupora | 662-258-8592 | M,W,F |
| Winston | 305 Vance St., Louisville | 662-773-8571 | 5 |

# Public Health District 5

| | | | |
|---|---|---|---|
| Claiborne | 226 Carroll St., Port Gibson | 601-437-8793 | 5 |
| Copiah | 640 Georgetown, Hazlehurst | 601-894-4300 | 5 |
| Hinds – Jackson | 350 W. Woodrow Wilson | 601-961-4719 | 5 |
| Hinds – Raymond | 304 Raymond/Clinton Rd | 601-857-8287 | 5 |
| Hinds – Utica | Hwy 27 North, Utica | 601-885-9693 | Tu, W, F |
| Hinds – So. Jackson | 3276 Lynch Street, Jackson | 601-969-5730 | 5 |
| Madison | 722 ½ E. Peace St., Canton | 601-859-1717 | 5 |
| Rankin | 110 Crosspark Drive, Pearl | 601-939-0450 | 5 |
| Sharkey-Issaquena | 600 Walnut St., Rolling Fork | 662-873-4428 | 5 |
| Simpson | 206 E. Jackson, Mendenhall | 601-847-1300 | 5 |
| Warren | 809 Walnut Street, Vicksburg | 601-636-5831 | 5 |
| Yazoo | NW Plaza, H. 49W, Yazoo | 662-746-2484 | 5 |

# Public Health District 6

| | | | |
|---|---|---|---|
| Clarke | 203 N. Archusa, Quitman | 601-776-3085 | M-F |
| Jasper | 35 Third Street, Bay Springs | 601-764-4085 | M-F |
| Kemper | Hwy. 16, DeKalb | 601-743-5537 | M, W, F |
| Lauderdale | 2119 Hwy. 19 N., Meridian | 601-693-5507 | M-F |
| Leake | 1120 Hwy 35 S., Carthage | 601-267-3280 | M-F |
| Neshoba | 107 St. Francis Drive, Philadelphia | 601-656-2202 | M-F |
| Newton | 75 WIC Road, Decatur | 601-635-2129 | M-F |
| Scott | 2047 Hwy. 35 S., Forest | 601-469-4507 | M-F |
| Smith | 147 Main St., Raleigh | 601-782-9495 | M, W, F |

# Public Health District 7

| | | | |
|---|---|---|---|
| Adams | 110 1/2 Northgate Road, Natchez | 601-445-2098 | M-F |
| Amite | 147 West Freedom, Liberty | 601-657-8400 | M-F |
| Franklin | 19 Holly Street, Bude | 601-384-2219 | M-F |
| Jefferson | 425 E. Harrison St., Fayette | 601-786-3541 | M-F |
| Lawrence | 1157 W. Broad St., Monticello | 601-587-7061 | M-F |
| Lincoln | 758 Industrial Park Rd., Brookhaven | 601-833-8880 | M-F |
| Pike | 1029 Phillips Road | 601-249-4641 | M-F |
| Walthall | 1508 Beulah Ave., Tylertown | 601-876-6219 | M-F |
| Wilkinson | 212 First West Street South, Woodville | 601-888-3580 | M-F |

# Public Health District 8

| Covington | 0220 East Street, Collins | 601-765-4097 | M-F |
| Forrest | 1515 Florida Ave., Hattiesburg | 601-582-2081 | M-F |
| Greene | 208 Lafayette St., Leakesville | 601-394-2391 | M-F |
| Jefferson Davis | 675 Columbia Ave., Prentiss | 601-792-4823 | M-F |
| Jones | 1222 Hillcrest Dr., Hattiesburg | 601-428-4178 | M-F |
| Lamar | 47 Deep South Lane, Purvis | 601-794-6294 | M-F |
| Marion | 1931 N. Main St., Columbia | 601-736-4054 | M-F |
| Perry | 503 Third Ave, New Augusta | 601-964-3600 | M-F |
| Wayne | 1105 Bradley Drive, Waynesboro | 601-735-5447 | M-F |

# Public Health District 9

| George | 10 Suzanne St., Lucedale | 601-947-6352 | M-F |
| Hancock | 10221 Hwy 603, Bay St. Louis | 228-467-1086 | M-F |
| Harrison – Biloxi | 4046 Suzanne Dr., D'Iberville | 228-396-5194 | M-F |
| Harrison – Gulfport | 330 Courthouse Road, Gulfport | 228-897-7630 | M-F |
| Harrison – Gulfport | 12451 Dedeaux Road, Gulfport | 228-539-4220 | M-F |
| Jackson | 4400 Chicot Road, Pascagoula | 228-769-0163 | M-F |
| Pearl River | 7063 Hwy 11, Carriere | 601-798-5635 | M-F |
| Stone | 1061 Central Avenue West, Wiggins | 601-928-2139 | M-F |



# Mississippi Colleges and Universities

❖ Alcorn State University
1000 ASU Ste 359, Alcorn State, MS 39096
Admissions Office Phone: (601) 877-6100
www.alcorn.edu

❖ Belhaven College
1500 Peachtree St, Jackson, MS 39202
Admissions Office Phone: (601) 968-5940
www.belhaven.edu

❖ Delta State University
Hwy 8 West, Cleveland, MS 38733
Admissions Office Phone: (662) 846-4020
www.deltastate.edu

❖ Jackson State University
1440 J R Lynch St, Jackson, MS 39217
Admissions Office Phone: (601) 979 – 2100
www.jsums.edu

❖ Magnolia Bible College
822 S Huntington St., Kosciusko, MS 39090
Admissions Office Phone: (662) 289 – 2896
www.magnolia.edu

❖ Millsaps College
1701 N State St., Jackson, MS 39210
Admissions Office Phone: (601) 974 – 1050
www.millsaps.edu

❖ Mississippi College
200 South Capitol Street, Clinton, MS 39058
Admissions Office Phone: (601) 925 – 3240
www.mc.edu

❖ Mississippi State University
Mississippi State, MS 39762
Admissions Office Phone: (662) 325- 2224
www.msstate.edu

❖ Mississippi University for Women
1100 College Street, Columbus, MS 39701
Admissions Office Phone: (662) 329 - 7106
www.muw.edu

❖ <u>Mississippi Valley State University</u>
14000 Highway 82 West, Itta Bena, MS 38941
Admissions Office Phone: (662) 254 - 3344
<u>www.mvsu.edu</u>

❖ <u>Rust College</u>
150 Rust Ave., Holly Springs, MS 38635
Admissions Office Phone: (662) 252-8000
<u>www.rustcollege.edu</u>

❖ <u>Southeastern Baptist College</u>
4229 Hwy 15 N., Laurel, MS 39440
Admissions Office Phone: (601) 426-6346
<u>www.southeasternbaptist.edu</u>

❖ <u>Tougaloo College</u>
500 W County Line Rd., Tougaloo, MS 39174
Admissions Office Phone: (601) 977-7765
<u>www.tougaloo.edu</u>

❖ <u>University of Mississippi- Main Campus</u>
Oxford Mississippi, University, MS 38677
Admissions Office Phone: (662) 915-7226
<u>www.olemiss.edu</u>

❖ <u>University of Mississippi Medical Center</u>
2500 N State St., Jackson, MS 39216
Admissions Office Phone: (601) 964-1080
<u>www.umc.edu</u>

❖ <u>University of Southern Mississippi</u>
118 College Drive, Hattiesburg, MS 39406
Admissions Office Phone: (601) 266-5000
<u>www.usm.edu</u>

❖ <u>Wesley Biblical Seminary</u>
787 E. Northside Drive, Jackson, MS 39286
Admissions Office Phone: (601) 8880
<u>www.wbs.edu</u>

❖ <u>Wesley College</u>
787 E. Northside Drive, Jackson, MS 39286
Admissions Office Phone: (601) 845-2265
<u>www.wbs.edu</u>

❖ <u>William Carey College</u>
   498 Tuscan Ave., Hattiesburg, MS 39401
   Admissions Office Phone: (601) 318-6103
   <u>www.wmcarey.edu</u>



*"Reach for the stars"*

# **Community Colleges/ Technical/Vocational Schools**

❖ <u>Antonelli College</u>
2323 Lakeland Drive, Jackson, MS 39232
Admissions Office Phone: (601) 362-9991
www.antonellic.com

❖ <u>Academy of Hair Design Four</u>
3167 Hwy 80 E., Pearl, MS 39208
Admissions Office Phone: (601) 939 - 4441
www.academyofhair.com

❖ <u>Academy of Hair Design One</u>
2003-b S Commerce, Grenada, MS 38901
Admissions Office Phone: (662) 226 - 2464
www.academyofhair.com

❖ <u>Academy of Hair Design Seven</u>
215 Hwy 35 N., Carthage, MS 39051
Admissions Office Phone: (601) 267 - 8031
www.academyofhair.com

❖ <u>The Academy of Hair Design Six</u>
Cloverleaf Mall D-4, Hattiesburg, MS 39401
Admissions Office Phone: (601) 583 - 1290
www.academyofhair.com

❖ <u>Academy of Hair Design Three</u>
1815 Terry Rd., Jackson, MS 39204
Admissions Office Phone: (601) 372 - 9800
www.academyofhair.com

❖ <u>Blue Cliff College</u>
2200 25th Avenue, Gulfport, MS 39501
Admissions Office Phone: (228) 896 - 9727

❖ <u>Chris Beauty College</u>
1265 Pass Rd., Gulfport, MS 39501
Admissions Office Phone: (228) 864 - 2920
www.chrisbeautycollege.com

❖ <u>Coahoma Community College</u>
3240 Friars Point Rd., Clarksdale, MS 38614
Admissions Office Phone: (662) 621 - 4205
www.coahomacc.edu

❖ <u>Copiah-Lincoln Community College</u>
   1001 Copiah Lincoln Lane, Wesson, MS 39191
   Admissions Office Phone: (601) 643 - 8307
   www.colin.edu

❖ <u>Copiah-Lincoln Community College Simpson County Center</u>
   151 Co-lin Dr., Mendenhall, MS 39114
   Admissions Office Phone: (601) 849 - 0124
   www.colin.edu

❖ <u>Copiah-Lincoln Community College-Natchez Campus</u>
   11 Co-lin Cir., Natchez, MS 39120
   Admissions Office: (601) 442 - 9111
   www.colin.edu

❖ <u>Creations College of Cosmetology</u>
   2419 W Main St., Tupelo, MS 38801
   Admissions Office Phone: (662) 844 - 9264
   www.creationscosmetology.com

❖ <u>Day Spa Career College</u>
   3900 Bienville Blvd., Ocean Spring, MS 39564
   Admissions Office Phone: (228) 875 – 4809

❖ <u>Delta Beauty College</u>
   697 Delta Plaza, Greenville, MS 38701
   Admissions Office Phone: (662) 332 - 0587

❖ <u>Delta Technical College</u>
   1090 Main St., Southaven, MS 38671
   Admissions Office Phone: (662) 280 - 1443 ext. 228
   www.deltatechnicalcollege.com

❖ <u>East Central Community College</u>
   275 West Broad Street, Decatur, MS 39327
   Admissions Office Phone: (601) 635 - 2111 ext. 206
   www.eccc.edu

❖ <u>East Mississippi Community College</u>
   1512 Kemper Street, Scooba, MS 39358
   Phone: (662) 476-5000
   www.eastms.edu/

❖ <u>Final Touch Beauty School</u>
   5700 North Hills Street, Meridian, MS 39307
   Admissions Office Phone: (601) 485 – 7733

❖ Fosters Cosmetology College
1813 Hwy 15 N., Ripley, MS 38663
Admissions Office Phone: (662) 837 – 9334

❖ Gibson Barber and Beauty College
120 E Main St., West Point, MS 39773
Admissions Office Phone:  (662) 494 – 5444

❖ Hinds Community College
501 E Main St., Raymond, MS 39154

❖ J & J Hair Design College
333 Pass Road., Gulfport, MS 39507
Admissions Office Phone: (228) 864-4663

❖ Jones County Junior College
900 S Court St., Ellisville, MS 39437
Admissions Office Phone: (601) 477 – 4025
www.jcjc.edu

❖ Magnolia College of Cosmetology
4725 I55 N., Jackson, MS 39206
Admissions Office Phone: (601) 362 - 6940

❖ Meridian Community College
910 Hwy 19 N., Meridian, MS 39307
Admissions Office Phone : (601) 484 - 8621 ext. 895
www.meridiancc.edu

❖ Mississippi College of Beauty Culture
732 Sawmill Rd., Laurel, MS 39440
Admissions Office Phone : (601) 428 – 7127

❖ Mississippi Delta Community College
Hwy 3 And Cherry St., Moorhead, MS 38761
Admissions Office Phone: (662) 246 - 6306
www.msdelta.edu

❖ Mississippi Gulf Coast Community College
51 Main Street, Perkinston, MS 39573
Admissions Office: (601) 928 - 6333
www.mgccc.edu

❖ Northeast Mississippi Community College
Cunningham Blvd., Booneville, MS 38829

77

Admissions Office Phone: (662) 720 - 7239
www.nemcc.edu

❖ Northwest Mississippi Community College
4975 Hwy 51 N., Senatobia, MS 38668
Admissions Office Phone: (662) 562 - 3219
www.northwestms.edu

❖ Pearl River Community College
101 Hwy 11 N., Poplarville, MS 39470
Admissions Office Phone: (601) 403 – 1214
www.prcc.edu

❖ Southwest Mississippi Community College
College Dr., Summit, MS 39666
Admissions Office Phone: (601) 276 - 2001
www.smcc.edu

❖ Traxlers School of Hair
2845 Suncrest Dr., Jackson, MS 39212
Admissions Office: (601) 371 – 3253

❖ Virginia College-Jackson
5360 Interstate 55 N., Jackson, MS 39211
Admissions Office Phone: (601) 977 - 0960 ext. 2703
www.vc.edu

# Additional Resources

### Job Corps

Job Corps is a no-cost education and vocational training program (e.g. high school diploma, G.E.D., and a trade) that helps young people ages 16 through 24 get a better job, make more money, and take control of their lives. Job Corps provides housing and a minimal personal allowance. Contact an admissions counselor at 1-800-733-JOBS (5627)

### ❖ Marines

Marines enjoy a lifestyle of travel and adventure, an important role in Marine Corps missions, and many benefits (medical insurance, housing, clothing, financial assistance), including the opportunity to continue their formal education with the financial support of the United States government. Contact Staff Sergeant Carruthers at (601) 238-1835 or (601) 353-2031

### ❖ Army

The training and salary you get as a Soldier are only some of the ways the Army strengthens you for tomorrow. The Army also offers money for education, comprehensive health care, generous vacation time, family services and support groups, special pay for special duties, and cash allowances to cover the cost of living. For more information, contact a recruiter at 1-800-USA-ARMY, ext. 181

### ❖ Navy

The Navy takes care of its Sailors. When you join, you will receive an impressive array of benefits designed to keep you healthy, comfortable and secure. And the best part is that all of these benefits are above and beyond your Navy pay and allowances. The Navy also offers Opportunities to earn advanced degrees at Navy expense. For more information, contact PS2 Roger Davis at (662) 436-7823

### ❖ Air Force

The Air Force is a branch of the military which provides free medical and dental, educational benefits, pays 100% of your tuition, free travel, and quality job experiences, For more information contact SSGT Sargent at (601)936-9948

### ❖ The National Guard

The National Guard enables you to serve your country, serve your community, and at the same time allow you to further your education and have a normal everyday life. The National Guard also offers financial assistance, health benefits, and educational assistance. For more information, contact the career counselor, Bryan Clevenger, at (601) 954-2773

### ❖ Win Job Centers

WIN Job Centers (also know as one-stops) combines federal, state, and community workforce development programs and services into one location to help individuals and businesses find employment and training services. (601) 321-7923

❖ <u>Physician Shadowing</u>

Students in the Physician Shadowing Program must have completed their second year of college in pursuit of a medical career. During the program, they spend time with family physicians, surgeons, radiologists, cardiologists and emergency physicians. Each student receives hourly compensation, a lab coat and support materials. For more information, call (662) 377-3245 or 1-800-THE DESK (1-800-843-3375).

❖ <u>Mississippi Faith-Based Coalition</u>

MFBCCR is a statewide interfaith network committed to developing the capacity and resources of religious groups to engage in life-changing ministry to the needy and enhance the quality of life in materially depressed communities. MFBCCR also provides housing counseling. If you would like to talk with someone about possibly owning your own home, contact Jacqueline Johnson at (601) 346- 7503 or
Mack Magee at (228) 863-4024.



# **Helpful Websites**

http://www.knowtheredflags.com/
http://www.womenslaw.org/
http://www.breakthecycle.org/
http://www.ncvc.org/ncvc/Main.aspx
http://www.teenwire.com/
http://www.amazon.com/
http://www.askkids.com/
http://www.awesomelibrary.org/student5.html
http://www.bookdivas.com/
http://encarta.msn.com/encnet/departments/homework/
http://encarta.msn.com/encnet/departments/college/
http://school.discoveryeducation.com/homeworkhelp/index.html
http://kids.aol.com/KOL/
http://kidshealth.org/teen/
http://www.drivers.com/
http://www.insure.com/articles/carinsurance/teenstates.html
http://adtsea.iup.edu/nssp/
http://quizhub.com/quiz/quizhub.cfm
http://www.dosomething.org/
http://memory.loc.gov/ammem/
https://www.ms.gov/hp/drivers/license/Main.do
http://www.mississippi.gov/online_services_sub_sub.jsp?Category_ID=50#etrans
http://www.mlc.lib.ms.us/ServicesToLibraries/StateDocuments.htm
http://www.ms.gov/



**Ex. 18A**



**STATE OF MISSISSIPPI**
HALEY REEVES BARBOUR, GOVERNOR
**DEPARTMENT OF HUMAN SERVICES**
DONALD R. TAYLOR
EXECUTIVE DIRECTOR

BULLETIN: 6216                DIVISION OF FAMILY AND
                             CHILDREN'S SERVICES

TO:          DFCS Deputy Directors
             DFCS Unit Directors
             DFCS Regional Directors
             DFCS Area Social Work Supervisors
             DFCS Family Protection Specialists
             DFCS Family Protection Workers
             DFCS Regional Resource Area Social Work Supervisors
             DFCS Resource Specialists
             DFCS Independent Living Staff
             DFCS Training Staff
             DFCS MACWIS Staff
             DFCS Foster Care Reviewers

FROM:        Kate McMillin, Director
             Division of Family and Children's Services

DATE:        October 16, 2008

SUBJECT:     Resource Board Payment Breakdown

**Effective immediately, the requirements contained within this bulletin are hereby set forth
in Division of Family and Children's Services practice.**

Attached is a copy of the board payment breakdown for Resource Homes.  This breakdown
should replace the breakdown within Bulletin 6157 dated February 11, 2008.  Please place this
bulletin behind Section D page 3378.  The monthly board payments paid to each Resource Home
will be governed by the amounts specified within the breakdown.  Each licensed Resource Home
receiving payment will utilize board payments according to the breakdown listed within this
bulletin.

KM: ABM: nl

Mississippi, Volume IV                                     Section D
Revised October 2008                                      Page 3379

## RESOURCE SERVICES
## FISCAL ASPECTS OF FOSTER CARE

### RESOURCE BOARD PAYMENT BREAKDOWN

| Age/Status | Board | Clothing | Allowance | Payment | (PerDiem)** |
|---|---|---|---|---|---|
| 0-5 | $355.00 | $80.00 | $15.00 | $450.00 | $15.00 |
| 6-8 | $355.00 | $80.00 | $30.00 | $465.00 | $15.50 |
| 9-12 | $360.00 | $80.00 | $40.00 | $480.00 | $16.00 |
| 13-15 | $370.00 | $80.00 | $50.00 | $500.00 | $16.67 |
| 16-21 | $370.00 | $80.00 | $60.00 | $510.00 | $17.00 |
| Special Needs I | $440.00 | $80.00 | $20.00 | $540.00 | $18.00 |
| Special Needs II | $500.00 | $80.00 | $20.00 | $600.00 | $20.00 |
| Foster Teen Parent | $725.00 | $160.00 | $75.00 | $960.00 | $32.00 |
| *Therapeutic Resource Home | | | | $700.00 | $23.33 |
| *Therapeutic Group Home | | | | $900.00 | $30.00 |
| *Medical/Treatment | | | | $700.00 | $23.33 |
| *Emergency Resource Home | | | | $700.00 | $23.33 |
| *Emergency Group Shelter | | | | $900.00 | $30.00 |

**\* Clothing and Personal Allowance based on age of the Child.**

**Rates based on a 30 day month and shall be prorated by per diem.  (A full month board payment for February will be slightly less and 31-day months will be slightly more.)

If the amount of board payment is based on age alone, this amount is determined by the age of the foster child on the first day of the month for which payment is being made.

**Adoption Assistance payments are not affected by the board payment rates listed above.**

**Ex. 18B**

**Center for the Support of Families, Inc.**

**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

Scope of Services

## Practice Model

In order to assist Mississippi with the development and implementation of a child welfare model of practice that follows the preceding framework, the Center for the Support of Families, Inc. (CSF) proposes the activities and timeframes identified below. Although the RFP provides for a one-year implementation period for the contract activities, CSF is proposing to conduct all activities within 8 months with all work completed by September 30, 2009.

### Phase One: Assessment (Months 1-4, beginning February 2009)

It is important to conduct an assessment of current child welfare practice in Mississippi and of the systemic supports underlying practice in the field in order to develop a model that is responsive to Mississippi's needs and builds on its strengths. CSF proposes to conduct the assessment of current practice in close collaboration with MDHS staff and its representatives so that staff of the agency has the opportunity to see and hear first-hand the information that will ultimately shape the practice model. The assessment will inform the development of the practice model by identifying which practices currently are in place and the extent to which they are a part of the day-to-day work with children and families. The assessment will also provide valuable information in developing an implementation plan for the practice model, by providing insights into the scope of changes in practice that will need to be implemented and assist in decision-making about the most effective approaches to implementing practice changes.

To the extent possible, CSF proposes to coordinate our assessment activities with other assessment activities underway in the State, for example, information gathering activities underway by MDHS, COA, or plaintiffs in the Olivia Y. case, in order to minimize the impact on staff and stakeholder time. In the absence of other information-gathering activities underway, we propose to conduct focus groups and interviews with key staff and stakeholders in frequency and locations that will place the least amount of burden on participants possible. We will structure the interviews in ways that MDHS will be able to use the information we gather as part of the required Statewide Assessment for the upcoming 2010 CFSR, so as to avoid duplication of effort and resources by the State. We also propose to examine the case review findings from MDHS' Foster Care Reviews and incorporate that information into our assessment. In addition, we propose to conduct the following assessment activities:

- An identification of the practice requirements associated with the settlement agreement, the COA standards, and the CFSR, and preparing a written cross-walk of the requirements that identifies overlap, similarity, differences, and so forth;

- A review of existing child welfare policy in order to determine the practice requirements currently in place in the State and their fidelity to the State's mission and principles, and

Center for the Support of Families, Inc.

**Mississippi Department of Human Services, Division of Family and Children's Services**
**Practice Model/Rate Setting Analysis**

the requirements of the settlement agreement, the COA standards, and CFSR requirements;

- An electronic survey of child welfare staff in order to determine the types and frequency of practices they currently use, the types of support available to them, and what might be needed to implement a model of practice in the State;

- A review of selected data indicators, to be determined in collaboration with MDHS, that shed light on agency performance in certain critical areas relevant to a practice model;

- A review of MDHS' training curricula, including curricula that have been developed for the State and not currently implemented by the State, and requirements for staff and providers in order to determine how effectively it provides staff and providers with the skills, knowledge, and information needed to implement a model of practice in the State; and

- A series of focus groups with key participants such as caseworkers, supervisors, administrators, key State Office personnel, caretakers, and stakeholders in the Mississippi child welfare practice system in order to gain a clearer understanding of the current status of child welfare practice and infrastructure supports in the State. In general, we predict needing to conduct caseworker focus groups, supervisor focus groups, focus groups with other key MDHS staff and external stakeholders to be determined by CSF and MDHS. We will also conduct individual interviews with stakeholders as needed.

In addition to informing the development of the practice model, the focus groups and individual interviews will assist in promoting staff and stakeholder commitment to the practice model by providing an opportunity for them to have input into the practices that they view as most effective in serving children and families, along with their perceptions of the strengths and needs of the current system.

We propose to spend the initial month or so of the project preparing for these information gathering activities by developing needed instruments, consulting with MDHS staff, its representatives, and stakeholders on the rollout of the project, finalizing the schedule and exploring opportunities for focus groups, determining the availability of data needed to assess the current system, and developing a plan to compile and analyze the information to be collected.

The assessment phase of the project will comprise the first three (3) months of the project, as noted in the proposed budget and schedule of activities below.

### Phase Two: Development of Draft Practice Model (Months 4-6, beginning May 2009)

During Phase I, CSF will analyze the information collected from the policy and training reviews, data reviews, the Foster Care Reviews, the survey, and the focus groups. We anticipate that this information will provide a basis for determining which current practices in Mississippi are

**Center for the Support of Families, Inc.**

**Mississippi Department of Human Services, Division of Family and Children's Services
Practice Model/Rate Setting Analysis**

consistent with its mandates and need to be incorporated into the practice model; which current practices and supports are inconsistent with the mission and principles and either need to be replaced or modified; which current practices and supports need expansion; and which new practices and supports need to be initiated in order to complete the practice model.

We propose to engage in consultation with MDHS staff, its representatives, and relevant stakeholders in using the findings of the assessment to draft a practice model that reflects the practice requirements related to MDHS mission and its mandates through the CFSR, the settlement agreement, and the COA. We will not incorporate many of the COA and settlement agreement standards that are not directly related to child welfare practice in the field, such as building and space requirements and so forth.

The practice model will describe the key activities over the life of a child welfare case in which the practices adopted by the State will be carried out, for example, in developing case plans, conducting assessments and so forth. It will be framed within the key skills and supports needed by staff to assure their success in working with children and families. The practice model will address practices with regard to child safety, permanency, and well being, and will address practice with intact families as well as those involving children and youth in foster care. The model will encompass professional social work practice that is carried out through staff and provider interactions with children and families and will address casework activities with individuals and families and, as applicable, group and community-level activities. It will also describe the associated activities to be carried out through supervision and administration of child welfare programs needed to achieve and sustain consistent, principle-based, outcome-focused practice model.

The analysis of information and draft practice model will be completed by the end of the 7th month of the project.

**Phase Three: Development of Report (Months 6-8, beginning July 2009)**

CSF proposes to provide MDHS with a formal report that includes the findings of the assessment, the draft model of practice, identified infrastructure strengths and needs for development, including recommendations regarding quality assurance and monitoring activities, and a recommended implementation plan for the practice model in the field and within the infrastructure. We will also make clear connections between the requirements of the settlement agreement, the CFSR, and COA standards in a crosswalk that demonstrates how the various requirements intersect to form an integrated model of practice.

We propose to make a formal presentation of the report to MDHS staff and stakeholder to be identified by MDHS, and to make any needed revisions to the model and/or the report at the request of MDHS prior to finalizing it and distributing the final version.

Center for the Support of Families, Inc.
**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

The final draft of the practice model will be completed by the end of the 8th month of the project, although by working closely with MDHS staff and its representatives throughout the development of the model, MDHS will have access to the proposed model earlier than this date.

The final report will include a plan for implementing the practice model in Mississippi. The implementation plan will be informed in part by the initial assessment, which will provide insights into how extensive the changes implemented will be, where and in what situation practice changes will be the most substantial, and help to guide decisions regarding ways in which MDHS will be the most successful in implementing its practice model. Among the options for implementing the model will be to phase in various aspects of the model statewide with a general plan to bring all counties along at the same pace in changing practice, or to implement the entire practice model in selected counties or regions in a phased approach until the entire State has adopted the practice model. There are also various options within each of these broad approaches. Any decisions regarding an implementation plan that are included in the final report will be made in close collaboration with MDHS staff and representatives in an effort to assure that the State's needs and priorities are clearly reflected in the implementation plan, and to assure that the requirements, benchmarks of progress, and timeframes in the Olivia Y Settlement Agreement are not compromised through a proposed implementation plan for the practice model.

**Center for the Support of Families, Inc.**

**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

**Rate Setting Approach**

CSF proposes to work with MDHS to assess board payments to foster parents caring for special needs foster children and to congregate care facilities to determine the extent to which current rates meet federal requirements and reflect the actual cost of caring for such children. For the purposes of this project, special needs is defined as any child with diagnosed physical, emotional, behavioral, or mental disabilities, but we will adapt this definition to meet the applicable State and Federal definitions. Congregate care is defined as any group setting or residential facility that is not a foster family home.

The study will focus on:

- Determining the number of children in foster family care with particular special needs and children residing in congregate care, along with the range of special needs represented in the population and the levels of care needed by children residing in congregate care;

- Reviewing and determining the extent to which the current rates meet the Federal requirements and reflect actual costs;

- Defining additional food, clothing, shelter, daily supervision, school supplies, personal incidentals, liability insurance with respect to a child and reasonable travel for visitation needed by special needs children in care and children in congregate care. The definition of additional needs will be determined by the particular special needs and placement types of children, and will be consistent with the age ranges utilized in the *Hitting the MARC* report (Ages 2, 9, and 16). Definitions will be based on a survey of caretakers, interviews with caretakers, and review of children's case records. We will begin with the MARC rates for those costs they already include within the federal definition of Federal Foster Care Maintenance Payments, since MDHS has agreed to adopt those rates as part of its settlement agreement, and we will identify and determine the additional costs;

- As part of determining the costs of care for children in congregate care facilities, we will identify, in collaboration with MDHS and foster care providers, the reasonable and necessary costs of maintaining the facility and administrative costs of the facilities. In this area, we will give special attention to onsite childcare and oversight expenses as part of the facilities programs, in order to assure that we address oversight of children in congregate care facilities in accordance with their identified needs and the level of oversight required;

- Establishing the costs for the additional requirements for special needs children and children in congregate care: costs for additional care/resources will be determined by available Mississippi specific data, such as data obtainable from the United States Department of Agriculture, United States Department of Labor, Consumer Expenditure Survey, etc.;

Center for the Support of Families, Inc.

**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

- Determining rates by age category that are additional to the MARC rates agreed to by MDHS in the settlement agreement: the rates will be specified by special needs and by each congregate care facility subject to this study;

- Identifying an ongoing process or determining updated reimbursement rates so that MDHS will be able to engage in this process itself in the future; and

- Providing a report of our findings to MDHS, which will include our findings with regard to current rates, the information we gather about additional costs to be included in the rates, our recommended rates for special needs children in foster family care and for children in congregate care, the methodology we used to calculate the rates, and our recommendations for implementation.

Throughout this work, we will work in close collaboration with staff and representatives identified by MDHS so that the Department will have a full understanding of the processes used in determining appropriate reimbursement rates, and will have the capacity to engage in this process itself on an ongoing basis. We will work with MDHS to identify specific staff for us to coordinate and communicate with regarding our activities over the course of the project, so that CSF and MDHS will be assured that we will be in regular communication, share information, and assist in building capacity within MDHS to complete the activities in the future that we are contracted to perform during the contract period. We will also make all tools, surveys, and methods that we use available to MDHS for its ongoing use in the future.


**Rate Setting Activities**

In order to assist Mississippi with the assessment of board payment rates and actual costs of care and determine the extent to which the current rates meet the requirement of federal law and reflect the actual costs of caring for special needs children and children in congregate care, CSF proposes the following activities.


**Phase One: Identify Population and Range of Needs Represented (Months 1-2)**

The primary task in this phase will involve determining the number, locations, and placement types of children in care under the care and supervisory responsibility of MDHS in order to identify the range of special needs represented by children in foster family homes and the range of needs of children placed in congregate care facilities. The Request for Proposal notes 47 children with special needs reside in foster family homes and congregate care facilities. Our understanding of the requirement in the consent decree is that the rate structure will apply to all special needs children in foster family homes and to all children in congregate care, and that we will need to identify the population on that basis in addition to determining the range of special needs within the population and the levels of care associated with children residing in congregate care facilities. Having information available by facility will also assist in determining the actual per capita cost of care in terms of administrative and facility maintenance costs.

Center for the Support of Families, Inc.

**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

We will use data from the MDHS information system, Mississippi Automated Child Welfare Information System (MACWIS), to the extent possible for this purpose. However, we also anticipate the need to verify information in MACWIS through contacts with staff and foster care providers. The reason for this is that while "special needs" are captured as a part of the States' AFCARS submissions to the federal government, this information is not a required field and may or may not be currently or accurately populated. We also would like to be sure that the data in MACWIS accurately represents the children in care who are the subjects of the rate setting work. If we are unsuccessful in obtaining data that we and MDHS believe accurately represent the subject population, we will ask foster care families and congregate care providers to complete information on each child in their care for this purpose.

**Phase Two:  Identify Costs of Caring for the Target Population (Months 3-5)**

We propose to develop a cost model to collect and profile cost data for all special needs children with the objective of determining specific additional needs/costs for special needs children. The cost model will utilize a survey to collect data. We will establish and define a chart of accounts for the collection of costs from foster care families and congregate facilities. For congregate facilities, we will additionally address the cost of administration and maintenance and the handling of other income received by those facilities. We will identify the specific costs associated with care and supervision and the other applicable costs above those included in the MARC rates.

We propose to develop a case review instrument and to train MDHS staff to use it in reviewing a small sample of case files to determine specific additional needs/costs for special needs children. We also propose to verify and supplement the information through visits to a sample of facilities, and through requests for congregate care facilities to submit cost and account information. Among the tasks here will be to determine the costs of care provided by payments from MDHS in relation to income that the congregate care facilities may or may not derive from other sources for the care of children placed there. We will also need to determine the most typical, or average, numbers of children placed in specific facilities in order to calculate the administrative and facility maintenance costs of caring for the usual census based on the number of children in the facility.

We also propose to convene a meeting of MDHS staff, its representatives, and foster care providers to discuss issues pertaining to the levels of childcare oversight needed for the children who are the subjects of the rates included in this project.

We anticipate that the result of this phase will be the establishment of a levels of care typology based on supervisory oversight of children in foster family homes with certain types of special needs and oversight requirements and children in congregate care (not a levels of care scheme based on service needs, which need to be highly individualized). This typology will provide MDHS with an orderly process for determining how much to reimburse applicable foster care

*Center for the Support of Families, Inc. (CSF)*                                                    7

**Center for the Support of Families, Inc.**

**Mississippi Department of Human Services, Division of Family and Children's Services Practice Model/Rate Setting Analysis**

providers for caring for children, in addition to basic MARC rates, facility maintenance, and administrative costs.

Throughout, we will compare the basic payments that MDHS makes on behalf of the children who are the subjects of this study to the requirements of the Federal Foster Care Maintenance Payments (FCMP) program, under title IV-E of the Social Security Act, to assure that MDHS' payments address the required components of the rate structure, i.e., cost of food, clothing, shelter, daily supervision, school supplies, a child's personal incidentals, liability insurance with respect to the child, reasonable travel to the child's home for visitation, and, for congregate care facilities, the cost of operating facility and administration.

**Phase Three:  Calculate a Rate Structure and Prepare a Report to MDHS (Months 6-8)**

The primary tasks in this phase include calculating the reasonable costs for the activities and components of the rate structure, based on the information we gather in the previous two phases. We will use the MARC information as the basis for determining the components of the rate structure that are already included in MARC. We will use the additional information we gather in the previous two phases. We will use the MARC information as the basis for determining the components of the rate structure that are already included in MARC. We will use the additional information that we gather, in combination with the MARC information, to provide MDHS with recommended rates that include the costs of caring for special needs children in foster care and for children in congregate care. We propose to develop rates based on a typology of the levels of oversight and supervision that children placed in congregate care and that children with special needs in foster family homes require. For example, for children with certain special needs that reasonably require a certain level of oversight, we will calculate the average costs of providing that degree of oversight and apply that to the recommended rates for children with those levels of special needs. We will calculate the administrative and facility maintenance components of congregate care rates in a manner that reflects these costs relative to other income the facilities may receive for the children and the average or adjusted number or children in care per month by facility compared to their actual licensed capacity.

In addition to calculating a basic rate structure, we propose to develop a method for reimbursing applicable foster care providers for the actual costs of transportation of children in their care to medical appointments and for other necessary transportation functions, since those costs will be specific to individual children and not amenable to inclusion in standard reimbursements. We will provide our information to MDHS in a written report that describes the methodology we used to calculate the recommended rates. We will also work closely with MDHS staff and representatives throughout this process to assure that they are familiar with the processes so that they may engage in them periodically in order to assess the ongoing appropriateness of the rates and make adjustments as needed.

**Center for the Support of Families, Inc.**

**Mississippi Department of Human Services, Division of Family and Children's Services
Practice Model/Rate Setting Analysis**

The following illustration shows our proposed approach to the rate setting activities:



**Ex. 19A**

**Grace M. Lopes**

| | |
|---|---|
| **From:** | James J Mooney [jjmooney@bellsouth.net] |
| **Sent:** | Sunday, March 15, 2009 7:38 PM |
| **To:** | Jenni Murray |
| **Cc:** | Rachal, Kenya Key; 'Fortenberry, Rusty'; Lori Woodruff; MLowery@ChildrenRights.Org; 'Shirim Nothenberg'; 'Jessica Polansky'; Richard Klarberg; Rebecca Kinel; Grace M Lopes; 'Mark Harris' |
| **Subject:** | 180 Day Deliverables |

Dear Jenni:

Thank you for submitting the remaining items for the 180 Day Deliverables.

Both items–**CR. 3**..Client Grievance Procedure and **CPS 5.06**..responding to unmet basic needs that do not meet criteria for abuse and neglect during initial screening.. are in full compliance with the COA standards.

The 180 Day Deliverables are now complete. Please keep the information/material DFCS assembled in response to all the Deliverables for future reference, including the self-study and on-site review.

Thank you again for your attention to the thoroughness of these two items.

Jim

James J Mooney, ACSW
COA Consultant

3/16/2009

**Ex. 19B**



CREDIBILITY  •  INTEGRITY  •  ACHIEVEMENT

# Memorandum

**Date:**    04 June 2008

**To:**    Kate McMillin, Director, DFCS, Mississippi DHS

**CC:**    Richard Klarberg, Jim Mooney, Rebecca Kinel

**From:**    Reid Scher, Manager of Accreditation Operations

**Re:**    Initial Deliverables Review

---

Thank you for your timely submission of materials submitted as the initial deliverables relative to the 180-day standards. The following constitutes our evaluation of the materials and the extent to which they reflect implementation of the standards in question.

The materials by and large responded to the nineteen standards in question. In the sections below, the missing or inadequate elements of the materials are italicized. While the material did address much of the required documentation, the submission was extremely voluminous and difficult to work through. In preparing future submissions for COA's internal review as well as, ultimately, for peer review, it is critical to consider the questions being addressed by and the requirements of the standards and focus the submitted materials on information that is directly relevant and responsive to standards.

As previously stated, we have identified areas of concern in the materials that can provide a focus for the workgroups moving forward in their work. The materials submitted and this review of procedures, protocols and other documents in place will assist with the next stage of evaluation, the readiness assessment to occur the week of 23 June. A major focus of this review will be the assessment of implementation of the requirements of these standards. Further feedback will be provided subsequent to that review. Please keep in mind that full implementation of the 180-day standards is a condition of COA moving forward with the accreditation process. A similar process of identification of deliverables and desk- and onsite review will occur for the one-year standards.

DHS
260639

COUNCIL ON ACCREDITATION

120 Wall Street, 11ᵗʰ Floor, New York, NY 10005  •  toll free: 866-262-8088  tel: 212.797.3000  fax: 212.797.1428  www.coanet.org

Please let us know if you have any questions regarding any aspect of this response.

- **PA-AM 3.01:** The material submitted indicates that DCFS provides direct services: Child Protective Services, Foster Care Services, Adoption Services, Case Management Services and Adult Protective Services. Additional supportive and other services are purchased, both residential and non-residential. The material documents the connection of funding streams to service eligibility. *The materials need to be updated to insure that it is current and accurate, to reflect, for example, the fact that there are now seven rather than nine service regions in Mississippi. Additionally, the materials are quite lengthy and difficult to process. The materials should be shortened and focused to effectively serve a primary purpose, which is the education of the customers and community partners as to DCFS' services.*

- **PA-ETH 4:** The whistle-blower policy is clear and addresses important procedures and processes. *The policy needs to be expanded to address baseless allegations and the maintenance of reporter anonymity. Although there were two policy memos submitted that address this policy, it is indicated to be a draft document.*

- **PA-HR 3.03:** Materials indicate that DCFS has screening procedures in place to address criminal background and child abuse registry checks for employees, foster parents and contractors. *However, while the materials address by reference the screening of volunteers and interns, it does not directly address the screening procedures for these individuals. The procedures should explicitly indicate that volunteers and interns will be screened in a manner identical to the screening of employees.*

DHS
260640

- **PA-HR 4.05:** The grievance procedures submitted are clear and detailed, with the process detailed in both words a flowchart. All elements of the standard are addressed in the procedure.

- **PA-RPM 2.03:** Procedures for review of special incidents were submitted. *However, the procedures did not fully and clearly address the specific types of incidents indicated by the standard to require a review. Additionally, there was no documentation of a recent review included in the submitted documents.*

- **PA-CR 1.01:** The foster or resource parents' and children's rights documents are clear and inclusive, fully addressing the standard. There was also submitted a draft document, the Notice of Parent and Guardian Rights. *This document is written in extremely bureaucratic language and not at all welcoming to the individuals for whom the document is intended. In light of the fact that the standard requires clarity and understandable language, the document should be revised with these goals in mind.*

- **PA-CR 3:** While there did not appear to be materials submitted specifically referencing this standard, other materials addressed the client grievance process. This process addresses both an appeal and administrative review process. *However, it was not clear if or in what manner DCFS provides notification to clients of this process. If it does not currently exist, a clear and understandable written notification of client grievance rights should be developed. There should additionally be procedures developed to guide staff in the performance of this function.*

- **PA-CPS 4.01:** Materials indicate that there is a central reporting hotline and a well-publicized 800 number. These materials indicate that there is currently a process in place to contract with a private provider for the management of this reporting system, scheduled to be finalized by September 2008. *The description of services provided and eligible recipients is out-of-date and needs*

*updating.  Care should be taken with the language in the updated description, as materials submitted describe DCFS services as being associated with "poor people."*

- **PA-CPS 4.04:**  Policies and procedures are in place for evaluating abuse and neglect reports.  These include decision-making criteria, protocols and timelines, as well as rankings to triage reports.

- **PA-CPS 5.01:**  Procedures for seeing children subsequent to screening and evaluation for abuse and neglect are clear and detailed.  These include timeframes for the visits.  Determinations regarding these actions are made by supervisors.

- **PA-CPS 5.06:**  Procedures and criteria for the completion of a safety plan are outlined in the material.  Levels two and three require the completion of a safety plan within seven days. *We would recommend that this time frame be reviewed to insure that the intent of the standard regarding timely safety plans is met. There needs to be greater clarity regarding the timelines for obtaining needed resources and services to insure that the possible immediacy of the need is reflected in procedures.*

- **PA-CPS 10.01:**  The materials include procedures for accepting and working with voluntary surrenders by parents.  Procedures for petitioning the court are detailed and all of the above are covered in the training curriculum for safety assessments.

- **PA-FC 6.01:**  The licensing rules and regulations are clear and detailed.  The Resource Family Licensing Guide is well organized and covers the entire licensing process.  It is a good tool for resource parents to use as a guide to the process.

- **PA-FC 12.05:**  Protocols are in place for responding to runaway or missing children in foster care, as well as for responding to allegations of maltreatment in foster homes.  Protocols for discipline in foster homes are also in place and were included in the materials submitted.

- **PA-KC 16.07:** Protocols for responding to emergencies are in place and clearly developed. Indicative of the heightened sensitivity to such situations in the wake of Hurricane Katrina, all such procedures are being reviewed and updated.

- **PA-FC 17.04:** Materials submitted reflect procedures being in place for criminal background checks and child abuse registry checks for all adults in foster homes. *However, we have strong concerns regarding the memorandum for safety reviews for foster homes. The memorandum indicates that a safety review will be initiated in a licensed foster home with two or three reports of maltreatment, including corporal punishment, within the last three years. This procedure is unacceptable and does not adequately protect children. Each individual report should trigger an investigation and policies and procedures should be reflective of this. As DCFS is in the process of developing a special investigative unit for these situations, the unit's operational procedures should be reflective of this.*

- **PA-FC 17.05:** The Safety Home and Environment checklists are reflective of procedures in place for assessing safety and sanitary issues in foster homes. A process of further revision and refinement of these checklists is underway.

- **PA-FC 17.06:** The material submitted contains draft procedures for the safe transportation of children in resource parents' vehicles. These procedures appear to meet all requirements of the standard.

- **PA-AS 7.01:** There are clear procedures in place for the determination of a child's custody status and the legal pursuit of termination of parental rights (TPR). Procedures address the Indian Child Welfare Act and the protocol for working with Native American children and families.

DHS
260643

**Ex. 19C**



**FILITY • INTEGRITY • ACHIEVEMENT**

**Richard Klarberg**
resident & Chief Executive Officer

**Sister Ann P. Conrad**
Chair, Board of Trustees


**Sponsoring Organizations**

Alliance for Children and Families

Association of Jewish Family and
Children's Agencies

Catholic Charities USA

ildren's Home Society of America

Child Welfare League of America

Foster Family-Based
Treatment Association

Joint Council on International
Children's Services

Lutheran Services in America

National Council For Adoption

National Foundation for
Credit Counseling

National Network for Youth

National Organization of State
Associations for Children

Prevent Child Abuse America

Volunteers of America


**Council on Accreditation**

120 Wall Street
11th Floor
New York, NY 10005
212.797.3000
Fax 212.797.1428

www.coanet.org

**Date:**     29 September 2008

**To:**      Don Thompson, Lori Woodruff, Rusty Fortenberry & Kenya Key Rachal

**CC:**      Richard Klarberg, Jim Mooney

**From:**    Reid Scher

**Subject:** Mississippi DFCS 180 Day Deliverables – Pt. 2:  Review of 9 Items

On September 15, 2008, Mississippi Department of Human Services, Division of Family and Children's Services (DFCS) submitted nine (9) items, associated with the 180 Day Deliverables, for follow up review, addressing items raised in my memo of 04 June 2008.  Review comments are as follows:

**PA-AM 3.01:**     The scope of services has been clarified and streamlined.  It is more informative in terms of the services that are provided by and through DFCS.  The sections should be proofed before final printing to assure accuracy and clarity of language (See Family Preservation—first sentence).  In addition, you will need to clarify which services DFCS provides directly and those that are provided through contractual arrangements.

**PA-ETH 4:00:** The whistleblower policy has been revised and now addresses baseless allegations and maintaining anonymity.  The policy became official as of 8-14-08.

**PA-HR 3.03:**     The "Permission for Background Checks" form references and addresses interns and volunteers.  *However, policies and procedures need to be revised to explicitly indicate that volunteers and interns will be screened in a manner identical to the screening of employees, as was previously recommended.  The revised policies and procedures will be due no later than 01 November 2008.*

**PA-RPM-2.03:** A list of specific incidents has been included with the procedures.  *However, no documentation of a recent review has been included with the submitted documents, as was previously requested.  This documentation will be due no later than 01 November 2008.*

**PA-CR 1.01:**        Client rights statements have been significantly improved and written in much clearer and softer language. Protocols have been developed regarding training and staff preparation to assure orderly distribution of the statements. *However, establishing an outcome of 85% compliance by August 2009 is not acceptable. Providing clients with written notification of their rights and responsibilities is the foundation of both informed consent and best practice. Initiation of the process should not be delayed. An expectation for 100% compliance for all active cases should take no longer than 3 months at the most. We expect every client to be provided with written notification of their rights and responsibilities no later than 15 January 2008. A written plan to complete this will be due no later than 01 November 2008.*

**PA-CR 3.00:**        This standard requires the organization to maintain a formal mechanism through which applicants, clients, and other stakeholders can express and resolve grievances, including denial of service. *The materials that were submitted relate entirely to Resource Parents. The grievance process that is presented for this group is acceptable, but is limited to resource parents and defined accordingly. A revised formal grievance process that applies to clients, and other stakeholders needs to be developed, as previously requested. This documentation will be due no later than 01 November 2008.*

**PA-CPS 4.01:**        Materials have been revised, updated and clarified.

**PA-CPS 5.06:**        The "immediacy" for initiating a needed safety plan is addressed, but without a timeframe. *It is not clear if immediacy means within 24 hours, which is accepted practice. Immediacy needs to be defined with specific time-frames attached. The material additionally does not address unmet needs which may be evidenced in cases where no safety issues are identified. Protocol calls for closing cases that don't evidence a need for a safety plan, which has the potential for permitting identified needs to be left unaddressed. The protocol needs to be revised to address these issues. This documentation will be due no later than 01 November 2008.*

**PA-FC 17.04:**        Previous concerns centered on the ambiguity surrounding the time frames for investigating a report of abuse or neglect in a foster home. The submitted material clarifies that a report of suspected abuse or neglect triggers an immediate investigation. *The continuing confusion involves the special safety review, which involves all foster homes with two or more reports of maltreatment (whether evidenced or not) within the last three years. This protocol as presented is too loose. Any evidence of maltreatment (including corporal punishment) should be viewed as serious grounds for closure; waiting for two or more reports over a three-year period under such circumstances is inappropriate. The*

***procedures and protocol need to be tightened and clarified with respect to the need to convening a special safety review in light of any evidence of abuse. This documentation will be due no later than 01 November 2008.***

Please let me know if you have questions about anything contained in this memo. We would be glad to discuss it further if you have comments or questions.

Thank you.

**Ex. 19D**

**MDHS-DFCS**

MDHS-DFCS
P.O. Box 352
Jackson, MS 39205

Phone 601 359 4532
Fax 601 359 4720

# COA Quarterly Report

## January through March 2009

DHS
267840

# COA Quarterly Report
## January through March 2009

### Creation of the COA Steering Committee

MDHS created a COA Steering Committee to direct workgroups, track their progress, and review documents produced by the workgroup. The committee is comprised of Lori Woodruff (Deputy Administrator), Mike Gallarno (PQI Director), Linda Millsap (DFCS Director), Kenya Key Rachal (MDHS Attorney), Jenni Murray (COA Coordinator), Mary Fuller (Acting PIU Director), and Henry Goodman (USM Consultant-policy).

At this time, the committee has reviewed the two outstanding 180 day deliverables, assessed the 365 day deliverables, and given feedback to the workgroups regarding the 365 day deliverables. The committee has also reviewed recommended policy changes. The committee has given input into the creation of the Champion Committees, and participated in conference calls with Jim Mooney, COA.

The committee meets every Wednesday at 9:00 a.m. This COA activity will continue through the next quarter.

### Creation of the COA Champion Committees

After correspondence with Brenda Bell, COA Coordinator for TN, MDHS recognized the need for a committee that would help train staff and make the COA process fun for staff. TN created committees that they called "Champion Committees." MDHS decided to also develop "Champion Committees" in each region and at the state office.

At this time, each region and the state office have a committee comprised of two to seven people. Training is scheduled on April 2nd and April 8th 2009 for the committees to explain what COA is, why we are becoming accredited, and the benefits of accreditation. The committees will be given tools to take back to their regions/offices to train our staff on these same topics. They will also be responsible for planning COA Kick Offs/Celebrations for each region.

### The Binder System

MDHS has developed a new system of tracking COA documentation. In the coordinator's office, there is a binder that corresponds to each standard. In the binder, there is a section for deliverable documents, self study documents, and site visit documents. As the workgroups produce documentation for each of these things, it will be placed in the binder for the particular standard it corresponds too. These binders will be available for review when the COA staff comes to visit. The binders will also be available for the court monitor to review as well as anyone else who may need to review the information.

At this time, each of the 180 day standards have a binder with documentation and some of the 365 day standards have a binder with documentation.

## Deliverables

MDHS has submitted documentation on the last two outstanding 180 day deliverables which has been approved by COA. The 180 day deliverables are complete.

MDHS has assessed where we are on the 365 day deliverables. At this time, we are close to submission on 11 standards. There are 18 standards that will need some work before submission. There are 6 standards that will need significant work before submission. The work that needs to be done has been identified and a plan of action is in place.

## Workgroups

Each of the workgroups has been meeting at various times throughout the quarter. A brief synopsis of what they have been working on will be listed under each workgroup heading.

**AM/FIN/ ETH:**

The workgroup has focused most of their time on PA-ETH 2, 2.01, 2.02, and 2.03.

They have accomplished locating the MDHS policy regarding conflict of interest regarding employees, including the Conflict of Interest clause in the personal service contracts, and including the Conflict of Interest clause in the bylaws for all advisory boards operating under the Division of Family and Children's Services.

**HR/CR:**

The workgroup has focused most of their time on PA-CR 3 and PA-HR 4.03.

They have accomplished drafting, editing, and submitting CR 3, client's grievance procedure, to COA as one of the remaining 180 day deliverables. They are working on a client's rights and responsibilities poster for the office lobbies. The suggested size for the poster is 17" X 22". The poster has been drafted to include the title, opening statement, nine bullets stating the rights, and the confidentiality information. The poster has been reviewed by the steering committee and senior management and feedback has been given. The poster is currently being edited at this time.

In response to HR 4.03, the workgroup has collected the two worker surveys done last year and numbers regarding retention the agency keeping which should help in setting goals. The group will provide this information to Lori Woodruff who will work with several agency employees to develop a plan for recruitment and retention which will include goals.

They have also worked on possible revisions for the ASWS PAR. They include taking out the part about cell phones having to be logged off/on, adding information about requiring ASWS to insure worker's are adhering to transportation safety (current driver's license, inspection sticker, insurance, etc.), and adding information to reflect the 24 hour on call language.

**PQI:**

The workgroup has focused most of their time on PA-PQI 1, 1.01, 1.02, 1.03, 1.04, 2.01 and 2.02. As part of the self assessment spreadsheet, they have clearly listed what we have in the area of PQI and what we need in the area of PQI.

DHS
267842

They have discussed the PQI plan (2.02) in detail. They have decided there is a need for more senior management involvement in the plan, and have developed a plan to address this issue. They are on the senior management agenda from now on to discuss the PQI framework and plan. They have developed an outline using COA resources, Tennessee's plan, and Missouri's plan. The have presented the outline to the senior managers at the March 16-17, 2009 senior management meeting. They met with consultant Jerry Milner on March 17 to further discuss the PQI Workgroup and efforts that need to be made.

**RPM:**

The workgroup has focused their time on developing documentation for most of the RPM standards. They have also interviewed several staff members to find information needed for the standards.

They have accomplished a lot in regards to RPM 2.01. The workgroup has interviewed staff and compiled information for the standard. They have drafted a memo explaining the agency's Risk Prevention functions. They have also collected all of the contracts and several other documents to evaluate them for COA compliance. The have suggested putting all the current contracts on a flash drive with a table of contents in the binder for the site visit. They are also making mock case folders for each case type to use as training tools in the regions and have discussed creating an agenda for getting offices ready to meet the standards of COA.

**ASE/BSM:**

The workgroup has focused their time on ASE 6.01, 6.03, 8.01, 8.02, and BSM 3.01, 3.02, 3.03.

They have decided to develop a Safety Procedure Manual with policies and procedures related to ASE 6.03, 8.01, 8.02, and BSM 3.01, 3.02, 3.03. The manual will be a concise guide; however, each piece of policy can stand alone and be placed elsewhere in Volume IV if needed. Drafts of the Safety Procedure Manual were reviewed and the group discussed what all needed to be added. They will be discussing the American's with Disabilities Act with HR and will research whether we have ADA policies that need to be included in the Safety Procedure Manual. They will also discuss the Federal Labor Law with HR for a recommendation on whether they need to be included in the Safety Procedure Manual.

They have created a facility walkthrough checklist for Mississippi. (ASE 6.01)

A draft of the transportation policy related to 6.03 was provided to senior management. Feedback was excellent. The submission memo will be written up and submitted to steering committee for approval and next step. AP-9 will be included that addresses transportation in agency vehicles, as recommended by Mr. Mooney.

A report was given from Economic Assistance regarding First Aid kits. This will be addressed by the Regional Directors during the completion of the facility checklist, which are due at senior management on April 21.

**TS:**

The workgroup has focused their time on PA-TS 1.01, 1.02, and 1.03.

They have accomplished developing a survey for workers and supervisors to implement that annually assesses the training needs which should be in place March or April 2009, finding information on courses offered in the Essential Learning Open Library that are designed for Licensed behavioral health professionals to disseminate to DFCS staff via training newsletter, and working on the supervisory course for child welfare in conjunction with the Mississippi State Personnel Board.

DHS
267843

Additionally, the group is working on formulating pre-requisites for the current listing of courses, defining how many courses a worker may attend on-line, and identifying how the agency can manage staff attending other agency sponsored workshops and conferences.

**CPS:**

The workgroup has focused their time on PA-CPS 4.05, 5.05, 7.02, 8.03, 9.04, and 10.03.

They have assessed where we are on these standards and are currently collecting documentation on several of them for submission. They are also working on policy changes so that MDHS policy will be in compliance with the standards.

**FC/KC/AS:**

The workgroup has focused their time on PA-FC 2.02, 2.04, 3.04, 4.01, 6.05, 10.03, 11.02, 12.01, 16.05, 16.06 and PA-AS 2.03, 3.04. They have assessed where we are on these standards and are currently collecting documentation on several of them for submission.

The work group has submitted several policy changes as a result of these standards that have been reviewed by senior management, the steering committee, the COA stakeholder committee, and Jim Mooney, COA. The policy changes refer to Family Team Meetings and Individual Team Meetings, Long Term Placement, Durable Legal Custody, Medical/Dental/Psychological/Developmental Assessments, and Educational Services. They are working with upper management to work with the health department in response to FC 16.05. They have also developed roles for the adoption and resource specialist which have also been reviewed and are currently in the process of being edited.

DHS
267844