IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JACKSON DIVISION

OLIVIA Y., *et al.*                                              PLAINTIFFS

v.                                           CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*     DEFENDANTS

### DECLARATION OF STEPHEN H. LEECH, JR.

1. My name is Stephen H. Leech, Jr. I am a resident of the State of Mississippi and I am competent to testify. I am testifying from personal knowledge. I give this declaration in support of the Unopposed Motion for Plaintiffs' Attorneys' Fees and expenses.

2. Together with Marcia Robinson Lowry, Shirim Nothenberg, John Lang, and Wayne Drinkwater, I am Counsel for the plaintiff class in this case. I have practiced law in Mississippi for 24 years. During 15 of those years, I was a partner in the Phelps Dunbar law firm. For the last 8 years, I have practiced in my own firm as a sole practitioner. I have extensive experience litigating complex federal and state cases in Mississippi and across the country.

3. I am a member of the bar of this Court and the United States District Court for the Northern District of Mississippi, the Bar of the United States Supreme Court, the Bar of the Fifth Circuit and have been admitted in various other courts and jurisdictions. I am a 1983 graduate of the Mississippi College School of Law, where I was a member of the

Exhibit 2

law review. I have held an "AV" rating from Martindale-Hubbell for 17 years, I have served on the Ethics Committee of the Mississippi Bar, and I have written and lectured for several continuing legal education programs in Mississippi.

4. I have become familiar with the economics of law practice, billing rates, billing practices, the cost and recovery of litigation support services and the setting and collection of legal fees in a variety of circumstances. I have derived this knowledge from personal experience negotiating fee agreements with sophisticated consumers of legal services, billing and collecting fees and expenses from clients and/or adverse Parties in the legal marketplace, and regularly representing Plaintiffs and Defendants on an hourly rate basis as well as on contingent fee arrangements.

5. I expended a total of 15.25 hours on this action between January 2008 and January 2009. Attachment A is a summary of: (a) the total billable hours performed by the firm on this case from January 5, 2008 through January 4, 2009. I have personally reviewed the itemized time records set forth in Attachment A, and reduced or written off charges which I deemed, in the exercise of billing judgment, excessive.

6. I believe Attachment A to be an accurate and reliable account of the work I have performed in this case to monitor and enforce the settlement of the class claims on behalf of the Plaintiffs. The work I performed included reviewing compliance data and

meeting with the monitor and counsel for the Defendants on several occasions to discuss compliance issues.

7. The parties' Fees Agreement represents attorney rates well below my regular rates. My Standard Hourly Rate is $325 per hour. My rate is in keeping with the prevailing rates of attorneys in Mississippi with comparable levels of experience and expertise. Under the parties' Fees Agreement, I will be compensated at $225 per hour, which is the same amount previously awarded to my firm by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2009.

_Stephen H. Leech, Jr._
Stephen H. Leech, Jr.

Sworn to and subscribed this 21st day of July, 2009.

_Marlo Curtis_
Notary Public

My commission expires: Jan 1, 2011

# Attachment A

# STEPHEN H. LEECH, JR.
## ATTORNEY AT LAW

**PHYSICAL ADDRESS:**
618 CRESCENT BOULEVARD, SUITE 103
RIDGELAND, MS 39157

**MAILING ADDRESS:**
P.O. BOX 3623
JACKSON, MS 39207

Children's Rights

Page: 1
November 15, 2008
Account No: 1037-02M
Statement No: 1881

Settlement Implementation

*Payments received after 11/15/08 are **not** included on this statement.*

### Fees

|  |  | Hours |  |
|---|---|---|---|
| 02/04/08 | SHL Meeting with monitor and defendants and S. Nothenberg and M. Lowry to discuss implementation of settlement and COA, monitor's duties. | 4.00 | 900.00 |
| 03/13/08 | SHL Meeting with monitor and defendants and S. Nothenberg and M. Lowry to discuss status, communications and timetables. | 3.00 | 675.00 |
| 07/22/08 | SHL Conference call with Children's Rights issues for conference call tomorrow. | 0.50 | 112.50 |
| 07/23/08 | SHL Conference call with monitor and defendants. | 1.00 | 225.00 |
| 08/21/08 | SHL Attend parties meeting. | 3.50 | 787.50 |
| 10/21/08 | SHL Review monitor's report. | 0.25 | 56.25 |

TELEPHONE (601) 607-4172 • FASCIMILE (601) 607-4174
EMAIL: s.leech@sleech.com

```
                                                            Page: 2
Children's Rights                                 November 15, 2008
                                                Account No: 1037-02M
    Settlement Implementation                   Statement No:   1881
```

|  | Hours |  |
|---|---|---|
| 11/05/08 | | |
| SHL Meeting with monitor and defendants. | 3.00 | 675.00 |
| For Current Services Rendered | 15.25 | 3,431.25 |
|  |  | 3,431.25 |
| Balance Due |  | $3,431.25 |