**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., *et al.*                                                         PLAINTIFFS

vs.                                                         CIVIL ACTION NO. 3:04cv251LN

HALEY BARBOUR, as Governor of the                      DEFENDANTS
State of Mississippi, et al.

**NOTICE OF INTENTION NOT TO RESPOND TO MOTION
PURSUANT TO LOCAL RULE 7.2 (C)(1)**

COME NOW Defendants, pursuant to Local Rule 7.2 (C)(1), and advise the Court that Defendants have reviewed the Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses ("Motion") that was filed in this matter by Plaintiffs on July 29, 2009. Defendants do not oppose the Motion and do not intend to respond to the Motion.

This, the 3rd day of August, 2009.

                                              **HALEY BARBOUR, as Governor of the State of
Mississippi; DONALD TAYLOR, as Executive Director
of the Department of Human Services; and
RICKIE FELDER as Director of the Division of
Family and Children's Services**

                                              BY:      /s/ Ashley Tullos Young

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

Dewitt L. "Rusty" Fortenberry (#5435)
Ashley Tullos Young (MSB #101839)
Kenya Key Rachal (MSB #99227)
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
BRADLEY ARANT ROSE & WHITE LLP
Suite 450, One Jackson Place
Post Office Box 1789
Jackson, MS  39215

Stephen H. Leech, Esq.
618 Crescent Boulevard, Suite 103
Ridgeland, Mississippi 39157

Eric E. Thompson, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

    I also certify that I have this day served a copy of the foregoing on the following non-ECF participants by United States Mail, postage prepaid:

Marcia Robinson Lowry, Esq.
Shirim Nothenberg, Esq.

Jessica Polansky, Esq.
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, New York  10001

John Lang, Esq.
Christian Carbone, Esq.
John Piskora, Esq.
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

**SO CERTIFIED**, this the 3rd day of August, 2009.

/s/ Ashley Tullos Young