IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                      PLAINTIFFS

v.                                                              CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*         DEFENDANTS

**ORDER**

This matter came before the Court on the Plaintiffs' Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses. The Court, having reviewed the Unopposed Motion and evaluated the agreed-upon amount of fees and expenses, finds it reasonable. Accordingly, the Motion is, for good cause, **GRANTED**. The Court rules, orders, and directs as follows:

1. Payment shall be made by Defendants to Plaintiffs' Counsel in the agreed-upon amount of $230,300.88 for legal services performed and expenses incurred from January 5, 2008 through January 4, 2009 in the monitoring and enforcement of the Remedial Order entered into in this case.

2. Because the notice received by Plaintiff Class pursuant to Rule 23(h) as to Plaintiffs' first *Unopposed Motion for Approval of Settlement Regarding Plaintiffs' Attorney's Fees* included notification that Plaintiffs' Counsel might periodically be submitting fee applications for monitoring and enforcement work performed on behalf of the Plaintiff Class and that no additional notification would be made of such applications, and because additional notice would impose undue cost and

burden, notice pursuant to Rule 23(h) of this and any subsequent fee applications for post-judgement monitoring and enforcement work is unnecessary.

So **ORDERED** this   4th   day of   August, 2009.

                                                  /s/Tom S. Lee
                                                  United States District Court Judge