**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

OLIVIA Y., et al.                                                                          PLAINTIFFS

v.                                                              CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.                DEFENDANTS

## <u>CONSENT ORDER</u>

WHEREAS Defendants notified the Plaintiffs on March 17, 2010, of a proposed furlough of Division of Family and Children's Services ("DFCS") employees to occur on April 2, 2010, and WHEREAS the parties engaged in good faith negotiations regarding any such furloughs, and WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order, the Court, finding that the relief requested is well-taken, HEREBY ORDERS AND ADJUDGES that:

There shall be a maximum of no more than three furlough days during the current fiscal year for DFCS employees.

SO ORDERED AND ADJUDGED, this the ____ of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

Consented to:

/s Shirim Nothenberg
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone:  (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry
Dewitt L. ("Rusty") Fortenberry, Jr. (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*