# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  3:04CV251 TSL-FKB

HAYLEY BARBOUR, as Governor of the State of Mississippi, et al.　　　　DEFENDANTS

## CONSENT ORDER

WHEREAS Defendants notified the Plaintiffs on March 17, 2010, of a proposed furlough of Division of Family and Children's Services ("DFCS") employees to occur on April 2, 2010, and WHEREAS the parties engaged in good faith negotiations regarding any such furloughs, and WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order, the Court, finding that the relief requested is well-taken, HEREBY ORDERS AND ADJUDGES that:

There shall be a maximum of no more than three furlough days during the current fiscal year for DFCS employees.

SO ORDERED AND ADJUDGED, this the 29th of   March, 2010.


　　　　　　　　　　　　　　　　　　　　　　/s/Tom S. Lee
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Consented to:

<u>/s Shirim Nothenberg</u>
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone:  (212) 683-2210
*Plaintiffs' counsel*

<u>/s Rusty Fortenberry</u>
Dewitt L. ("Rusty") Fortenberry, Jr. (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*