CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISS.
FILED
APR 16 2010
J.T. NOBLIN, CLERK
_____ DEPUTY

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

3:04cv251



RECEIVED
APR 16 2010
Clerk U S District Court
Southern District Miss.

FERG3961*X 392 N5E 1 109C 70 04/13/10
FORWARD TIME EXP RTN TO SEND
FERGUSSON, RICHARD EARL
PO BOX 1757
PHILADELPHIA MS 39350-1757

RETURN TO SENDER

496

04082022231
$00.440
Mailed From 39201
03/29/2010
US POSTAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                    PLAINTIFFS

v.                                        CIVIL ACTION NO. 3:04CV251 TSL-FKB

HAYLEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

### CONSENT ORDER

WHEREAS Defendants notified the Plaintiffs on March 17, 2010, of a proposed furlough of Division of Family and Children's Services ("DFCS") employees to occur on April 2, 2010, and WHEREAS the parties engaged in good faith negotiations regarding any such furloughs, and WHEREAS this matter came before this Court on the parties' Agreed Motion for Consent Order, the Court, finding that the relief requested is well-taken, HEREBY ORDERS AND ADJUDGES that:

There shall be a maximum of no more than three furlough days during the current fiscal year for DFCS employees.

SO ORDERED AND ADJUDGED, this the 29th of March, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

Consented to:

/s Shirim Nothenberg
Shirim Nothenberg (MBN 43990 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th floor
New York, New York 10001
Telephone: (212) 683-2210
*Plaintiffs' counsel*

/s Rusty Fortenberry
Dewitt L. ("Rusty") Fortenberry, Jr. (MBN 5435)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
*Defendants' counsel*