IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                        PLAINTIFFS


v.                                            CIVIL ACTION NO. 3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

---

**JOINT PETITION FOR ENTRY OF AGREED
ORDER SETTING FORTH CORRECTIVE ACTION**

---

Pursuant to Section VII.B of the Mississippi Settlement Agreement and Reform Plan

("Settlement Agreement"), Plaintiffs placed the Defendants on notice of non-compliance with the

terms of the Settlement Agreement and the Period 2 Annual Implementation Plan on April 9,

2010.  As contemplated by the Settlement Agreement, the parties have negotiated a corrective

action plan in the form of an Agreed Order, which is attached hereto as Exhibit 1, and they

jointly request this Court's approval of that Order.

Respectfully submitted, this the 9th day of June, 2010.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*DEFENDANTS' COUNSEL*

/s/ Shirim Nothenberg
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Marcia R. Lowery (MBN 43991 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

John Lang (MBN 43987 *pro hac vice)*
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I, Dewitt L. "Rusty" Fortenberry, Jr., do hereby certify that on June 9, 2010, electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

>Shirim Nothenberg (MBN 43990 *pro hac vice*)
>Marcia R. Lowery (MBN 43991 *pro hac vice*)
>Jessica Polansky (MBN 45356 *pro hac vice*)
>CHILDREN'S RIGHTS
>330 Seventh Avenue, 4th Floor
>New York, NY 10001
>
>W. Wayne Drinkwater, Jr. (MBN 6193)
>BRADLEY ARANT ROSE & WHITE LLP
>188 East Capitol Street, Suite 450
>Jackson, MS 39201
>
>John Lang (MBN 43987 *pro hac vice*)
>John Piskora (MBN 44474 *pro hac vice*)
>LOEB & LOEB, LLP
>345 Park Avenue
>New York, New York 10154

SO CERTIFIED, this 9th day of June, 2010.

>/S/ DEWITT L. ("RUSTY") FORTENBERRY, JR.