# Proposed Schedule for Producing Data Reports

EXHIBIT "A" TO AGREED ORDER

| Phase | Category | Data Report | MACWIS Report Number | Revisions Needed | MIS Start/End Dates | Validate Start/End Dates | Production Dates |
|---|---|---|---|---|---|---|---|
| 1 | Procedural | Caseworker Face-to-Face Visits with Child | MWZWC5 | Yes | 4/14 - 5/17 | 4/2 – 6/10 | 06/15/10 |
| 1 | Procedural | Caseworker Face to Face Visits with Parents of children with goal of reunification | MWZWCR3 | Yes | 4/26 – 5/5 | 5/6 – 6/17 | 06/30/10 |
| 1 | Safety | Investigation Timeliness for all Children | MWZ1272 | Yes | 4/14–4/28 | 4/29 –6/17 | 06/30/10 |
| 1 | Safety | Investigation Timeliness for Children in Custody | MWZ1271D | Yes | 4/7 – 4/19 | 4/20 – 6/10 | 06/15/10 |
| 1 | Safety | Children with Alleged Maltreatment While in Custody | MWBRD06 | Yes | 4/7 – 4/19 | 4/20 – 6/10 | 06/15/10 |
| 1 | Permanency | Placement Stability (Children in care < 12 mos. with 1-2 placements and all children in care by number of placements) | MWBRD07 and/or MWZPLM5 | Yes | 4/7 – 4/16 | 4/17 – 6/5 | 06/15/10 |
| 1 | Permanency | Termination of Parental Rights Reports | MWZ014D1 and MWZO14D2 | No | N/A | 4/26 –6/10 | 06/10/10 |
| | | | | | | | |
| 2 | Procedural | At least 50% of DFCS caseworkers shall carry a caseload that does not exceed Plan caseload requirements. No more than 20% of case-workers shall carry a caseload exceeding twice the Plan caseload requirements. | Manual Report | Yes | | 6/10-6/30 | 06/30/10 |

1

| Phase | Category | Data Report | MACWIS Report Number | Revisions Needed | MIS Start/End Dates | Validate Start/End Dates | Production Dates |
|---|---|---|---|---|---|---|---|
| 2 | Procedural | No more than 20% of supervisors who are responsible for supervising DFCS caseworkers shall be responsible for supervising more than 5 caseworkers. | Manual Report | Yes |  | 6/10-6/30 | 06/30/10 |
| 2 | General | Special Needs of Children in Foster Care | MWZAH08D | No | N/A | 6/9 – 7/24 | 07/24/10 |
| 2 | Permanency | Children who have been in custody at least 6 months during Period 2 have had a timely court review |  | Create report | 5/1-6/8 | 6/9-7/24 | 07/24/10 |
| 2 | Permanency | Children in custody at least 12 months during Period 2 have had a timely annual court review | Ad hoc detail report | Need summary report | 5/1-6/8 | 6/9-7/24 | 07/24/10 |
| 2 | Permanency | Children discharged from custody and reunified with parents/caretakers in the last year are reunified within 12 months of latest removal from home | MWBRD05D –summary report | Yes | 5/1 – 6/8 | 6/9 – 7/24 | 07/24/10 |
| 2 | Permanency | Children discharged in the last year upon the finalization of an adoption have had the adoption finalized within 24 months of the latest removal from home | MWBRD10B (will be incorporated into MWBRD05D above with all discharges) | Yes | 5/1 – 6/8 | 6/9 – 7/24 | 07/24/10 |
| 2 | Permanency | Number of Children in Foster Care by Placement Type | MWZ0508D but will require new report | Yes | 5/1 – 6/8 | 6/9 – 7/24 | 07/24/10 |
| 2 | Permanency | Number of Children/Families in Protection/Prevention Cases | Summary exists | Yes | 5/1 – 6/8 | 6/9 – 7/24 | 07/24/10 |
| 2 | General | Number of Licensed/Pending Foster Family Homes |  | Create report | 5/1 – 6/8 | 6/9 – 7/24 | 07/24/10 |

| Phase | Category | Data Report | MACWIS Report Number | Revisions Needed | MIS Start/End Dates | Validate Start/End Dates | Production Dates |
|---|---|---|---|---|---|---|---|
| 2 | Permanency | Foster parents, with at least 1 foster child residing in their home during the Period, have had a DFCS worker visit the home twice a month (therapeutic foster homes) or monthly (non-therapeutic foster homes), per Plan, and documented in the children's case records | MWZPLMB | Create one report | 5/1 -6/8 | 6/9 – 7/24 | 07/24/10 |
| 3 | Permanency | Children in custody, ages 14-20 during Period 2, are provided with Independent Living services, per their service plan | MWBRD16 | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Permanency | No foster child remains in an emergency or temporary facility more than 45 days unless approval exception signed by Division Director | MWZWCR6D | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Permanency | No child is placed in more than 1 emergency or temporary facility within 1 episode of foster care, unless an immediate placement is necessary to protect the safety of the child or others and is certified, in writing, by the Regional Director | MWZWCR6D | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Permanency | No child under 10 years of age is placed in any kind of congregate care setting unless child has exceptional needs that cannot be met in a relative or foster family home or child is a member of a sibling group, and the Regional Director has granted express written approval for the congregate care placement. | MWZ050HD | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |

3

| Phase | Category | Data Report | MACWIS Report Number | Revisions Needed | MIS Start/End Dates | Validate Start/End Dates | Production Dates |
|---|---|---|---|---|---|---|---|
| 3 | Permanency | Sibling groups, with one or more of siblings under 10, are not placed in congregate care settings for more than 45 days | MWZ050HD | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Permanency | During the trial home visit period, child's caseworker or a Family Preservation caseworker meets with the child in the home at least twice per month | | | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Safety | All foster children remaining in placement following a maltreatment investigation are visited by caseworker twice per month for 3 months after investigation conclusion | MWZWCR6D | Yes | 6/9 – 7/17 | 7/18 –8/31 | 08/31/10 |
| 3 | Procedural | New Caseworkers and New Supervisors hired on or after June 1, 2010 complete training requirements before assuming their responsibilities. | MWASA9S1 MWASA5D1 MWZ2352B Human Resources Hire Report | Yes | 7/18 – 8/18 | 8/19– 8/31 | 09/01/10 |