IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
**JACKSON DIVISION**

OLIVIA Y., *et al.*                                                                                    PLAINTIFFS

v.                                                        CIVIL ACTION NO.  3:04CV251 TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*           DEFENDANTS

## **ORDER**

Upon consideration of the Motion for Enlargement of Time to File Court Monitor's Report, Memorandum of Points and Authorities in support thereof, the parties' respective positions as expressed in the motion, any opposition thereto, and the entire record herein, it is by the Court on this 14th day of   September, 2010, hereby

**ORDERED**, that the Motion for Enlargement of Time to File Court Monitor's Report is hereby **GRANTED**; and it is

**FURTHER ORDERED**, that the time period established by the June 10, 2010 Agreed Order for the Court Monitor to file the report on the Bridge Plan shall be extended from September 10, 2010 to November 10, 2010.

               /s/Tom S. Lee               
TOM  S. LEE
JUDGE