IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                          PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 3:04CV251TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.           DEFENDANTS

### ORDER SEALING EXHIBITS TO THE COURT MONITOR'S REPORT TO THE COURT REGARDING DEFENDANTS' PROGRESS TOWARD MEETING PERIOD 2 REQUIREMENTS UNDER SEAL

Upon consideration of the Court Monitor's Motion to Place Exhibits 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 58 and 59 to the Court Monitor's Report to the Court Regarding Defendants' Progress Toward Meeting Period 2 Requirements Under Seal, the agreement and consent of the parties, and the Confidentiality Order dated August 5, 2004, and, upon a finding that the exhibits contain personal identifiers and other sensitive information concerning minors, it is

**ORDERED** that the foregoing motion is hereby GRANTED; and it is further

**ORDERED** that pursuant to Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, Exhibits 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 58 and 59 to the Court Monitor's Report to the Court Regarding Defendants' Progress Toward Meeting Period 2 Requirements shall be placed under seal.

SO ORDERED, on the 17th day of September, 2010.

_/s/ F. Keith Ball _____
UNITED STATES MAGISTRATE JUDGE

Case 3:04-cv-00251-HSO-ASH    Document 508    Filed 09/17/10    Page 2 of 2