IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                              PLAINTIFFS

v.                                                              CIVIL ACTION NO.  3:04CV251 TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

### NOTICE OF FILING EXHIBITS UNDER SEAL

Pursuant to the September 17, 2010 Order Sealing Exhibits to the Court Monitor's Report to the Court Regarding Defendants' Progress Toward Meeting Period 2 Requirements ("Court Monitor's Report") and Rule 83.6 of the Uniform Local Rules of the United States District Court for the Northern and Southern Districts of Mississippi, the Court Monitor hereby files Exhibits 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 58 and 59 to the Court Monitor's Report, which are attached hereto, under seal.

Respectfully submitted,

/s/ Grace M. Lopes_____
Grace M. Lopes (MBN 45693 *pro hac vice*)
Court Monitor
1350 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
(202) 232-8311
gmlopes@oymonitor.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010 the Court Monitor's Notice of Filing Exhibits Under Seal, and attached exhibits, were transmitted electronically to the following counsel of record in this matter:

Dewitt L. ("Rusty") Fortenberry Jr.
Kenya Key Rachal
Ashley Tullos Young
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
428 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211

Harold E. Pizzetta, III
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201

Marcia Robinson Lowry
Shirim Nothenberg
Jessica Polansky
CHILDREN'S RIGHTS
330 Seventh Avenue
New York, New York  10001

John Lang
John Piskora
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154

/s/ Grace M. Lopes