# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P.,
by and through their next friend, Sylvia Forster;
JOHN A., by and through his next friend, James D. Johnson;
CODY B., by and through his next friend, Sharon Scott;
MARY, TOM, MATTHEW, and DANA W.,
by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock;
on their own behalf and behalf of all others similarly situated                    PLAINTIFFS,


v.                                                                CIVIL ACTION NO. 3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD,
as Director of the Division of Family and Children's Services              DEFENDANTS.


## PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER

Plaintiffs respectfully move this Court for an order finding Defendants in contempt of this Court's orders, and for the appointment of a general receiver with full authority to administer Mississippi's child welfare system to bring it into compliance with the orders of this Court. This motion is brought pursuant to Federal Rule of Civil Procedure 70(e), section VII.B of the Settlement Agreement and Reform Plan ("Settlement Agreement") entered into by the Parties and approved by Order of this Court on January 4, 2008, and paragraph 11 of a corrective action plan ("the Bridge Plan") agreed upon by the Parties and entered by this Court on June 10, 2010.

This motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Contempt and for the Appointment of a Receiver.

As explained in full in Plaintiffs' accompanying memorandum of law, an order finding Defendants in contempt and the appointment of a receiver is necessary to prevent further harm to the entire class of *Olivia Y.* foster children whose safety and wellbeing remain at risk as a direct result of Defendants' widespread and massive disregard of its Court-ordered obligations. The requirements for a finding of contempt and the appointment of a receiver are amply met by the evidence and arguments submitted with this motion.

Respectfully submitted, this 5th day of October, 2010.

/s      Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi 39201
    Telephone: (601) 948-8000
    Facsimile: (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165

        Telephone: (212) 300-0646
        E mail: john.lang@attorneylang.com

    Christian Carbone (MBN 43986 *pro hac vice*)
    John Piskora (MBN 44474 *pro hac vice*)
        LOEB & LOEB LLP
        345 Park Ave.
        New York, New York 10154
        Telephone: (212) 407-4000
        E mail: ccarbone@loeb.com

    *Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed the foregoing Motion for Contempt and for the Appointment of a Receiver with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi 39201
>
>*Attorneys for Defendants Haley Barbour, et al.*


/s    Shirim Nothenberg