IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                PLAINTIFFS

v.                                                         CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

## AFFIDAVIT OF DANIEL DOBIES

Daniel Dobies, who, having been duly sworn by me states on oath:

1. My name is Daniel Dobies, and I am over 21 years of age. I am of sound mind, and I am competent to testify to the matters set forth in this affidavit.

2. I have been employed with Children's Rights for over one year. I am a paralegal assigned to the above-captioned case, and I am familiar with the case's proceedings.

3. I supervised the creation of the Compliance Requirements Chart, attached hereto as Exhibit 1. The chart was generated directly from the findings made by the Monitor as reflected in the Period Two Monitoring Report. A provision was categorized as having been "partially met" if that provision contained compound requirements and if one or more but not all of the requirements were met.

4. I created the Bridge Plan Data Chart attached hereto as Exhibit 2 by first entering the MACWIS data Defendants provided to Plaintiffs in accordance with their obligations under paragraph 7.a of the Agreed Order ("Bridge Plan") into an Excel spreadsheet. I then used the Excel spreadsheet to generate the pivot table that is represented as Exhibit 2. In addition, I counted the number of children in unlicensed relative placements from a list that Defendants

provided to Plaintiffs in accordance with their obligations under paragraph 7.f.i of the Bridge Plan and included the result in the chart.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 5th day of October, 2010.

_____
DANIEL DOBIES

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of October, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

MELISSA ANN COHEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02CO6223811
Qualified in Nassau County
My Commission Expires June 21, 2014