# Exhibit G

Appendix A - Year 1 Implementation Plan
Mississippi Settlement Reform Plan

# PERIOD 1 ANNUAL IMPLEMENTATION PLAN

This is the annual Implementation Plan for Period 1 required by the parties' Settlement Reform Plan (the "Plan"). The Period 1 Implementation Plan Requirements shall be met by the end of Period 1 or earlier as specified herein.

## I. Administration and Management Assessment and Implementation Steps

Within six months of Court approval of the Plan, Defendants, in conjunction with the Council on Accreditation (COA), shall conduct an assessment of DFCS administration and management capacity and needs consistent with COA Policies. The Administration and Management Assessment shall include the following:

  a) A workforce assessment consistent with PA-HR 2,
  b) A training assessment of training curricula and the Training Unit,
  c) A DFCS contracting practices assessment,
  d) A quality improvement system assessment,
  e) A MACWIS assessment, and
  f) A fiscal and financial management assessment.

The Period 2 implementation plan shall include specific timelines by which Defendants will provide for the needs identified in the Period 1 Administration and Management Assessment.

   1. **Agency Leadership**

      The new DFCS director will assemble a management team capable of assisting with the reform process at DFCS.

   2. **Human Resources Management**

      a. **Workforce:**

      Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management Workforce Assessment. Such plan shall identify strategies, timeframes, and recruitment resources to be allocated to ensure that there are sufficient DFCS professional and support staff to achieve compliance with the caseload requirements specified in the Plan.

      b. **Worker and Supervisor Qualifications:**

1

Defendants shall, in conjunction with COA, develop and begin to implement a plan with timeframes and specific action steps for bringing its current staff into compliance with the worker and supervisor qualification requirements of the Plan.

### c. Training:

Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management Training Assessment.

Defendants shall implement competency-based testing to assess knowledge acquisition of newly hired staff following the completion of pre-service training, including newly hired or newly promoted supervisors following the completion of supervisory training. Training credit shall only be given to those new hires who demonstrate sufficient knowledge acquisition.

Defendants shall implement a system to track staff participation in all required training.

### d. Contract Agency Requirements:

Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management Contracting Assessment.

Defendants shall notify all private agencies that provide protective, preventive, foster care, or adoption case work services under contract with DFCS that those agencies will be required to abide by all related terms of the Plan, including, but not limited to, provisions regarding training curricula, minimum training hours, and caseload standards.

DFCS shall design and begin implementing a performance-based contracting system with the capacity to monitor and enforce contract performance on all related terms of the Plan.

### 3. Performance and Quality Improvement

Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management Quality Improvement Assessment. The plan shall include specific steps and timeframes for the implementation of a separate continuous quality improvement (CQI) system that meets COA standards and Plan requirements.

Defendants shall develop, in conjunction with COA, and begin implementing a CQI assessment tool that measures compliance with the Plan's management and foster care service standards.

4. **Legal and Regulatory Compliance**

5. **Information Management and Use**

    Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management MACWIS Assessment.

    Defendants will develop and begin implementing a plan that will ensure MACWIS maintains statewide placement resource information such as current availability, capacity limitations, census, suitability by age, sex and special needs, and any related licensing and maltreatment investigations information accessible to DFCS county staff.

6. **Case Recordings**

    Defendants, in conjunction with COA, shall implement a system to regularly review whether DFCS child welfare case records are current, complete, made by authorized personnel only, signed and dated by the person who provided the service, and signed and dated by supervisors, where appropriate, in accordance with federal and state law and regulations.

7. **Financial Management**

    Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Administration and Management Fiscal Assessment, including addressing any identified deficiencies in financial management practices.

**II. Foster Care Services Assessment and Implementation Steps**

Within 180 calendar days of Court approval of the Plan, Defendants, in conjunction with COA, shall identify and begin revision of DFCS policies and practice guides as necessary to reflect the COA foster care services standards and the requirements set forth in Section II.B of the Plan, and identify any related training needs.

Within nine months of Court approval, Defendants, in conjunction with COA or a COA designee, shall conduct a Foster Care Services Assessment, which shall include:

   a) A reunification services needs assessment,
   b) A termination of parental rights (TPR) assessment to identify those children who have been in custody more than 15 of the previous 22 months and for whom DFCS has not filed a TPR petition or documented an available exception under the federal Adoption and Safe Families Act (ASFA) as required,

3

c) A child safety assessment of DFCS practice prioritizing, screening, assessing, and investigating reports of maltreatment of children to determine the extent to which DFCS investigations and decisions are based on a full and systematic evaluation of the factors that may place a child at risk,
d) A placement assessment of current needs for achieving compliance with the placement standards set forth in Section II.B.5 of the Plan, which shall include (1) the structure of the placement process, including the role and efficacy of the state office placement unit; (2) the services and supports available to support enhanced placement stability, including out-patient or in-home assessment and treatment services to avoid the frequent use of time-limited assessment and treatment placement programs; and (3) the placement resources needed to meet the placement needs of children in custody,
e) An assessment of case practice associated with parent/child and sibling visitation to identify barriers to meeting the visitation standards set forth in Section II.B.6 of the Plan,
f) A service provider needs assessment to identify available medical, dental, and mental health services and gaps in services,
g) An assessment of the quality and array of independent living services available to foster children ages 14-20, and
h) A recruitment and retention assessment to determine the need for additional foster care support services.

COA may, at its discretion, refer to and utilize previous external assessments of DFCS in its completion of the above assessments.

The Period 2 implementation plan shall include specific timelines by which Defendants will provide for the needs identified in the Period 1 Foster Care Services Assessment.

1. **Screening and Assessments**

   Within 180 calendar days of Court approval of the Plan, DFCS, in conjunction with COA, shall develop a protocol for both individual and family team meetings and develop a training module on such protocols that shall be incorporated into the pre-service and in-service training curricula.

2. **Service Planning and Monitoring**

   The revised policies and practice guides shall require that each service plan and revision of such plan include the elements and meet the requirements of COA Standards PA-FC 2.06, 3.01, 3.04, and 3.05, as well as incorporate and track the child's educational needs and goals.

3. **Child and Youth Permanency**

   a. **Permanency Plan:**

4

The revised policies and practice guides shall require that:

1) All permanency plans contain specific information about:

   a) How the permanency goal will be achieved;
   b) What services are necessary to make the accomplishment of the goal likely;
   c) Who is responsible for the provision of those services;
   d) When the services will be provided; and
   e) The date by which the permanency goal is likely to be achieved.

1) All services documented in the case record as necessary for the achievement of the permanency goal are provided within the time period in which they are needed, by either providing those services directly, contracting with a private provider for those services, or referring to an existing service provider for the provision of those services.

b. **Concurrent Planning:**

c. **Permanency Plan Updating and Review:**

Defendants shall establish and begin implementing a system to facilitate a court review for every foster child within 12 months of initial placement and annually thereafter. That system shall include (1) tracking scheduled annual court reviews, and notifying the Youth Court with jurisdiction over the child of any reviews that need to be scheduled or re-scheduled so as to meet Plan requirements; (2) providing to the Youth Court with jurisdiction as ordered by the Court or no later than 30 calendar days before such a court review is due a detailed up-to-date report on the current status of the child's placement, visitation, permanent plan progress, and service needs; and (3) ensuring that the child's assigned caseworker or supervisor attends any such scheduled court review.

d. **Reunification Services:**

Defendants shall, in conjunction with COA, develop and begin implementing a written plan to meet the needs identified in the required Foster Care Services Reunification Needs Assessment, with specific steps and timetables for addressing gaps in the availability of effective services.

e. **Termination of Parental Rights/Special Permanency Reviews:**

For each child who has been, or reaches, more than 15 of the previous 22 months in foster care, for whom DFCS has not filed a TPR petition or documented an available ASFA exception, DFCS shall begin holding special permanency reviews. Such reviews shall include the DFCS caseworker, the caseworker's direct supervisor, and at least one individual with expertise in permanency

5

planning who has not held direct casework or supervisory responsibility for the case. The review will produce a written plan of action setting forth the steps to be taken by DFCS, the contract agency, and/or any other provider of services, in order to move the child to permanency as quickly as possible. Such permanency reviews shall be documented in the child's case record, and reconvened monthly until all barriers to permanency have been resolved, a TPR petition has been filed, or an available ASFA exception has been documented in the child's case record.

DFCS shall begin the implementation of a "tickler" system for notifying caseworkers and caseworker supervisors when a case assigned to them has reached the following milestones: 12 months after a child entered custody; 30 calendar days after the establishment of adoption as the primary permanency goal; 30 calendar days after a TPR referral has been made; and, 10 calendar days after a TPR packet has been returned to DFCS because of a legal deficiency.

   f. **Adoption:**

   Within 180 calendar days of Court approval of the Plan, DFCS, in conjunction with COA, shall define the job description, responsibilities, and qualifications for the position of adoption specialist. The adoption specialist responsibilities shall include consulting with private and public professionals and identifying and ensuring the provision of targeted services necessary for the child to be adopted.

   DFCS shall implement and maintain a process for making legal risk placements that assures that children for whom the permanency plan is adoption, but who are not yet legally free for adoption, are placed in appropriate adoptive homes.

   DFCS shall take reasonable steps to hire (or promote) and train a sufficient number of adoption specialists to meet the adoption requirements of Section II.B.3.f of the Plan. Adoption status meetings consistent with the Plan will start being held by the end of Period 1.

   Within 180 calendar days of Court approval of the Plan, DFCS, in conjunction with COA, shall develop a protocol for adoption meetings, which are to be held to review the progress being made in achieving the goal of adoption for legally free children.

   Within a year of Court approval of the Plan, DFCS shall have identified external adoption consultants who DFCS can contract with to provide adoption recruitment assistance to children who have been free for adoption for six or more months and who are not yet placed in an approved adoptive home.

4. **Child Safety**

6

Within 30 calendar days of Court approval of the Plan, Defendants shall instruct all DFCS staff that as mandated reporters they are required to formally report any suspicions of maltreatment, including corporal punishment, of children in custody.

Defendants, in conjunction with COA, shall revise DFCS policies and procedures for screening and investigating reports of child maltreatment, including corporal punishment, to incorporate the child safety standards and requirements set forth in Section II.B.4 of the Plan.

Within 180 calendar days of Court approval of the Plan, all calls to the hotline shall immediately be entered into the statewide computer information system, and the worker or supervisor receiving the report shall use the information system to determine whether there have been prior reports of abuse and/or neglect in that family or concerning that child.

If a report is screened in, information regarding any prior reports shall immediately be made available to the worker to whom the case has been assigned for investigation.

**5. Child Placement**

Within 90 calendar days of Court approval of the Plan, DFCS shall implement a formalized mechanism to provide foster parents with all appropriate and available information about a child prior to or at the time of placement and for supplementing that information as further information is gathered.

Defendants shall develop and begin implementing a plan with specific action steps and timeframes to address policy and structural changes to the placement process that the placement assessment has identified as necessary to comply with the placement requirements set forth in Section II.B.5 of the Plan. That plan shall also include the development of the position of placement specialists in each region, and a protocol for the placement stability meetings that the Plan requires that DFCS hold when a worker has knowledge that a placement is at risk of disruption.

Defendants, in conjunction with COA, shall develop and begin the implementation of a written plan to ensure the speedy licensing of all current unlicensed caregivers to be phased in by the end of the second implementation period.

Within 180 days of Court approval of the Plan, no foster child entering custody will be placed in an unlicensed relative placement, subject to the allowance of the emergency licensing process that allows 120 days for the licensing process to take place.

**6. Developing and Maintaining Connections**

7

Defendants will develop and begin implementing a written plan to address the barriers identified in the visitation practice assessment.

### 7. Physical and Mental Health Care

Defendants shall, in consultation with state Medicaid and mental health officials, develop and begin implementing specific and focused regional plans to recruit and develop service providers in areas identified in the needs assessment as having gaps in required services.

### 8. Educational Services

DFCS shall develop and implement a protocol for conducting a general and special education screen of children entering foster care.

DFCS shall develop and begin implementing a plan for providing, either directly or through contract, the following educational services in each county: tutoring, preparation for a general equivalency diploma (GED), and college preparation.

### 9. Therapeutic Services

### 10. Worker Contact and Monitoring

Defendants' revised policies and practice guides shall reflect the issues to be addressed during worker contacts with parents, children, and foster care providers. Defendants shall revise DFCS training as necessary to ensure instruction on the quality, frequency, purpose, and structure of meeting with foster children, biological parents, and foster care providers. The training shall specifically address communicating with, interviewing, and observing foster children.

### 11. Transition to Independent Living

Defendants shall develop and begin implementing a written plan to address identified independent living service gaps.

Defendants shall develop and begin implementing a system for ensuring that emancipating youth have obtained, prior to transitioning to independent living, the necessary documents and information identified in the COA standards for such youth.

DFCS will develop for each region the capacity and current resource guides necessary to assist youth in locating and/or enrolling in educational or vocational programs appropriate to their needs, interests, abilities, and goals, such as high school or GED programs; colleges or universities; vocational training programs; and special education services.

### 12. Case Closing and Aftercare

8

13. **Recruitment and Retention of Foster Families and Therapeutic Service Providers**

    Defendants shall develop and begin implementing a written plan for targeted recruitment and development of a range of family and facility placements that will adequately meet the placement needs of the foster care population as identified by DFCS's previous regional self-assessments and the assessment required herein.

    Defendants shall develop and begin implementing a written plan to provide services for foster parents in every county to prevent and reduce stress and family crisis.

    In consultation with Mississippi foster parents, DFCS shall identify additions and revisions to the current foster parent training curriculum that are necessary to adequately train foster parents to meet the needs of the children placed in their care. Foster parent training classes based upon the revised curriculum shall be available in every region.

    DFCS shall implement a system of dual foster/adopt licensing and any necessary policy and practice changes to prevent the underutilization of licensed and approved foster families.

    DFCS shall create a resource family workgroup (consisting of staff and resource families) to develop and implement resource family practices and protocols that address the types of information that should be provided to resource families prior to taking a child into the home, what type of training is needed, what emergency procedures need to be in place for resource families, what strategies are effective in recruiting, and how resource families can be included in case planning.

    DFCS shall regionalize its recruitment and retention efforts, and for each region have in place a stakeholder recruitment and retention team to identify local needs and develop and implement plans for recruiting, supporting, and utilizing foster and adoptive parents.

III. **Council on Accreditation Standards**

   A. These COA standards are applicable to children in custody and are to be implemented within 180 days of Court approval of the Mississippi Settlement Reform Plan.

   **PA-HR 2: HUMAN RESOURCES PLANNING**
   The agency reassesses its workforce as part of annual planning and prepares for future needs by:
       a.    conducting a gap analysis between the current workforce composition, including number of employees, skills, and demographics, and projected workforce needs; and
       b.    determining how to close gaps when possible, through recruiting, training or outsourcing.

9

**PA-AM 3.01**
The scope of services offered:
    a.    is defined in writing;
    b.    is adaptable and can respond to changes in the service environment, identified needs, and desired outcomes of service recipients;
    c.    is secured through written agreement with qualified service providers, community partners, individual practitioners, and consultants; and
    d.    considers allocation of resources together with available evidence of effective practice.

**PA-ETH 4: PROTECTION OF REPORTERS OF SUSPECTED MISCONDUCT**
The agency prohibits employment-related retaliation against employees and others affiliated with the agency that come forward with information about suspected misconduct or questionable practices, and provides an appropriate, confidential channel for reporting such information.

**PA-HR 3.03**
Screening procedures for new employees, contractors, and direct service volunteers include appropriate, legally permissible, and mandated reviews of state criminal history records and civil child abuse and neglect registries to determine the appropriateness of hiring prospective personnel who will:
    a.    work in residential programs; or
    b.    provide direct services to children, the elderly, or other persons determined by the agency to be vulnerable or at risk.

**PA-HR 4.04**
The agency establishes a formal mechanism through which employees can express and resolve grievances, which includes:
    a.    how grievances are filed and to whom, including who will make a final determination;
    b.    timely written notification of the resolution and an explanation of any further appeal, rights or recourse;
    c.    documenting responses and actions taken; and
    d.    maintaining a copy of the notification of resolution in the personnel record.

**PA-RPM 2.03**
The agency reviews all incidents and accidents that involve the threat of or actual harm, and review procedures:
    a.    establish timeframes for review;
    b.    require solicitation of statements from all involved individuals;
    c.    ensure an independent review; and
    d.    require documentation of all actions taken.

**PA-CR 1.01**
Clients receive a written summary of their rights and responsibilities at initial contact, which includes:
      a.    basic expectations for use of the agency's services;
      b.    hours that services are available;
      c.    rules, expectations, and other factors that can result in discharge or termination of services; and
      d.    a clear explanation of how to lodge complaints, grievances, or appeals.

**PA-CR 3: GRIEVANCE PROCEDURES**
The agency maintains a formal mechanism through which applicants, clients, and other stakeholders can express and resolve grievances, including denial of service, which includes:
      a.    timely written notification of the resolution and an explanation of any further appeal, rights or recourse;
      b.    at least one level of review that does not involve the person about whom the complaint has been made or the person who reached the decision under review; and
      c.    the right of the consumer or a family member to be heard by a panel or person delegated to review responsibility.

**PA-CPS 4.01**
The agency maintains a well-publicized, 24-hour access line to receive reports of suspected abuse and neglect.

**PA-CPS 4.04**
Standardized decision-making criteria are used, in consultation with supervisory personnel, to determine if the report meets statutory and agency criteria, and if the case will be:
      a.    screened out;
      b.    referred for alternative response services;
      c.    investigated; and/or
      d.    reported to other authorities.

**PA-CPS 5.01**
Every child determined during screening to be in imminent danger is seen immediately, and in all other cases children are seen within a timeframe that ensures their safety.

**PA-CPS 5.06**
When there are concerns about a child's safety, the agency immediately initiates a safety plan, and when there are unmet basic needs, the agency immediately obtains resources or services.

**PA-CPS 10.01**

11

When a child cannot safely remain at home, the agency collaborates with parents to establish a voluntary agreement, or otherwise petitions a court of proper jurisdiction, to obtain appropriate care.

**PA-FC 6.01**
All foster homes are licensed, approved, or certified according to state or local regulation

**PA-FC 12.05**
The agency implements practices and protocols to prevent and respond to missing children and allegations of maltreatment in the foster home.

**PA-FC 16.07**
Each foster family develops or uses the agency's protocols for responding to emergencies including accidents, run-away behavior, serious illness, fire, and natural disasters.

**PA-FC 17.04**
Criminal background and child abuse registry checks are conducted for all adults in the home prior to placement, in accordance with applicable legal requirements.

**PA-FC 17.05**
Each foster home is regularly assessed to identify and address any safety concerns including, but not limited to:
    a.    inadequate heat, light, water, refrigeration, cooking, and toilet facilities;
    b.    malfunctioning smoke detectors;
    c.    unsanitary conditions;
    d.    lack of phone service;
    e.    unsafe doors, steps, and windows, or missing window guards where necessary;
    f.    exposed wiring;
    g.    access to hazardous substances, materials, or equipment;
    h.    rodent or insect infestation; and
    i.    walls and ceilings with holes or lead.

**PA-FC 17.06**
Foster parents who transport children in their own vehicles:
    a.    use age-appropriate passenger restraint systems;
    b.    provide adequate passenger supervision, as required by statute or regulation;
    c.    properly maintain vehicles and obtain required registration and inspection; and
    d.    provide the agency with annual validation of current licenses, driving records, and appropriate insurance.

**PA-AS 7.01**

Custody status of the child is clearly established before the initiation of adoption services, and the agency acts in accordance with federal and state regulations for legal proceedings to terminate parental rights.

B. These COA standards are applicable to children in custody and are to be implemented within 365 days of Court approval of the Mississippi Settlement Reform Plan.

**PA-HR 4.01**
The agency promotes open communication and collaboration among disciplines and staff levels by:
    a. holding regular team, agency, and divisional meetings, as appropriate to the agency; and
    b. providing feedback to personnel about their suggestions and recommendations.

**PA-HR 4.03**
The agency annually establishes personnel satisfaction and retention goals and measures rate of personnel turnover and personnel satisfaction.

**PA-PQI 2.01**
The PQI framework takes into account all of the agency's regions and sites, and all individuals and families served.

**PA-PQI 2.02**
A PQI operational plan:
    a. assigns responsibility for coordination and implementation of PQI activities, and provision of technical assistance in using the PQI process;
    b. sets forth the purpose and scope of PQI activities;
    c. establishes how the agency periodically reviews essential management and service delivery processes consistent in light of quality priorities;
    d. defines stakeholders and how stakeholders will participate in the PQI process;
    e. outlines methods and timeframes for monitoring and reporting activities; and
    **f.** includes provision for an assessment of the utility of the PQI program, including any barriers and supports for implementation.

**PA-RPM 2.01**
Management conducts an internal assessment of overall risk at least annually that includes:
    a. compliance with legal requirements, including licensing and mandatory reporting laws, and fiscal accountability;
    b. insurance and liability;
    c. health and safety, including use of facilities:
    d. contracting practices and compliance;
    e. staff training regarding areas of risk;

13

  f. volunteer roles and oversight;
  g. research involving program participants and other clients' rights issues;
  h. security of information, including client confidentiality;
  i. financial risk;
  j. fundraising;
  k. conflict of interest;
  l. employment practices; and
  m. interagency collaborations.

**PA-RPM 2.02**
The agency conducts a quarterly review of immediate and ongoing risks that includes a review of incidents, accidents, and grievances related to:
  a. administering, dispensing, or prescribing medications;
  b. service modalities or other organizational practices that involve risk or limit freedom of choice;
  c. the use of restrictive behavior management interventions, such as seclusion and restraint;
  d. facility safety issues; and
  e. situations where a person was determined to be a danger to himself/herself or others.

**PA-RPM 2.04**
Individuals qualified by knowledge and experience are responsible for risk prevention and management functions.

**PA-RPM 5.01**
Personnel can rapidly access paper and electronic information.

**PA-RPM 5.02**
Electronic and paper records can be located at all times.

**PA-ASE 6.01**
The agency assesses its safety and security needs and:
  a. takes appropriate measures to protect the safety of all persons who are in its facilities or on its grounds;
  b. develops safety and communication protocols for staff that work off-site;
  c. trains staff on potential risks they may encounter on-site, in the community, or in clients' homes;
  d. trains staff on self-protection techniques, as necessary; and
  e. has security systems to deter facility break-ins.

**PA-ASE 6.03**
An agency that transports service recipients in its vehicles or permits transportation in vehicles that belong to the agency's personnel, foster parents, volunteers, or contractors requires:
  a. the use of age-appropriate passenger restraint systems;

14

  b. adequate passenger supervision, as mandated by statute or regulation;
  c. proper maintenance of agency vehicles;
  d. current registration and inspection of vehicles;
  e. annual validation of licenses and driving records; and
  f. proper insurance for vehicles and passengers.

**PA-ASE 8.01**
The agency minimizes the risk of exposure to contagious and infectious disease by:
  a. adhering to CDC and OSHA guidelines;
  b. consulting with the local health department or an individual qualified to provide such information; and
  c. annually training program personnel on universal disease precautions.

**PA-ASE 8.02**
The agency:
  a. consults with local and state public health and licensing authorities to determine the need to test personnel who are in direct contact with service recipients who may be at high risk for tuberculosis or other air and blood-borne pathogens; and
  b. as necessary, implements a targeted testing program that is consistent with public health authority recommendations.

**PA-BSM 3.01**
All personnel and foster parents receive initial and ongoing competency-based training, appropriate to their responsibilities, on the agency's behavior support and management intervention policies, procedures, and practices.

**PA-BSM 3.02**
Personnel and foster parents receive training that includes:
  a. recognizing aggressive and out-of-control behavior, psychosocial issues, medical conditions, and other contributing factors that may lead to a crisis;
  b. understanding how staff behavior can influence the behavior of service recipients; and
  c. limitations on the use of physical techniques.

**PA-BSM 3.03**
Training addresses methods for de-escalating volatile situations, including:
  a. listening and communication techniques, such as negotiation and mediation;
  b. involving the person in regaining control and encouraging self-calming behaviors;
  c. separation of individuals involved in an altercation;
  d. offering a voluntary escort to guide the person to a safe location;
  e. time out to allow the person to calm down; and

15

  f. other non-restrictive ways of de-escalating and reducing episodes of aggressive and out-of-control behavior

**PA-TS 2.02**

All personnel who have regular contact with clients receive training on legal issues, including:
  a. mandatory reporting and the identification of clinical indicators of suspected abuse and neglect, as applicable;
  b. reportable criminal behavior including criminal, acquaintance, and statutory rape;
  c. duty to warn;
  d. the agency's policies and procedures on confidentiality and disclosure of service recipient information, and penalties for violation of these policies and procedures;
  e. the legal rights of service recipients; and
  f. any requirements associated with consent decrees.

**PA-TS 2.03**

All personnel receive training on proper documentation techniques and the maintenance and security of case records.

**PA-CPS 4.05**

Cases are assigned for investigation, referred, or screened out, within 24 hours.

**PA-CPS 5.05**

The investigator conducts a comprehensive evaluation of risk and protective factors that include:
  a. child safety;
  b. family strengths and needs;
  c. history and impact of prior child abuse or neglect, domestic violence, or substance use; and
    family connections.

**PA-CPS 7.02**

The information gathered for assessments:
  a. includes underlying conditions and environmental and historical factors that may contribute to concerns identified in initial screening, investigation, and risk and safety assessments;
  b. identifies child and family strengths, protective factors, and needs;
  c. includes the potential impact of maltreatment on the child;
  d. includes factors and characteristics pertinent to making an appropriate placement, if necessary;
  e. identifies potential family resources for the child and the parents; and
  f. is limited to material pertinent for providing services and meeting objectives.

16

**PA-CPS 8.03**
An individualized service plan developed with each family is based on the assessment and includes:
    a.    agreed upon goals, desired outcomes, and timeframes for achieving them;
    b.    services and supports to be provided, and by whom;
    c.    timeframes for evaluating family progress; and
    d.    the signature of the parents and the youth, if age appropriate.

**PA-CPS 9.04**
Frequency and type of face-to-face visits with the child and family are appropriate to the family's needs and risk to the child, and visits occur at least once a month, to:
    a.    establish effective working relationships;
    b.    assess safety and well-being;
    c.    monitor service delivery; and
    d.    measure and support the achievement of agreed upon goals.

**PA-CPS 10.03**
The agency minimizes the negative effects removal can have on a child by:
    a.    providing age-appropriate information about the removal process;
    b.    identifying personal items the child will bring;
    c.    collecting information about the child's daily routine, preferred foods and activities, needed therapeutic or medical care, and education;
    d.    discussing how the child can maintain contact with the family; and
    e.    discussing separation and loss.

**PA-FC 2.02**
The information gathered for assessments:
    a.    includes internal, external, and historical factors that may contribute to concerns identified in initial risk and safety assessments and initial screenings;
    b.    identifies child and family strengths, protective factors, and needs;
    c.    includes the impact of maltreatment on the child;
    d.    includes factors and characteristics pertinent to selecting an appropriate placement;
    e.    identifies family resources for the child and the parents; and
    f.    is limited to material pertinent for meeting service objectives.

**PA-FC 2.04**
The child receives an initial health screening from a qualified medical practitioner within 72 hours of entry into care to identify the need for immediate medical or mental health care, and assess for infectious and communicable diseases.

**PA-FC 3.04**
The service plan is based on the assessment and includes:
    a.    service goals, desired outcomes, and timeframes for achieving them;
    b.    services and supports to be provided, and by whom; and

17

   c.  the signature of the parents and, when appropriate, the child or youth.

**PA-FC 4.01**
Service providers, foster parents, the public authority, and the court work with the child, youth, and family to develop a permanency plan within 30 days of placement, which specifies:
   a.  the permanency goal(s);
   b.  a timeframe for achieving permanency; and
   **c.**  activities that support permanency.

**PA-FC 6.05**
The home environment is considered when identifying a family for the child, and foster care homes have no more than:
   a.  five children with no more than two children under age two; or
   b.  two foster children with therapeutic needs.

**PA-FC 10.03**
Qualified professionals provide the child with age-appropriate health services including:
   a.  medical examinations according to well child guidelines;
   b.  dental examinations every 6 months;
   c.  developmental, mental health, and alcohol and drug screenings within 30 days after entry into care, and when indicated to identify the need for further diagnostic assessment; and
   d.  needed therapeutic and treatment services.

**PA-FC 11.02**
The treatment team develops an individualized treatment plan that:
   a.  specifies a diagnosis;
   b.  identifies current and anticipated needs, and specifies short- and long-term therapeutic interventions;
   c.  is reviewed by the treatment team weekly to coordinate an effective response to current issues and behaviors; and
   d.  is reviewed within 30 days of placement, and every 90 days, to evaluate continued need for therapeutic foster care.

**PA-FC 12.01**
The family foster care worker meets separately with the child and the parents at least once a month to:
   a.  assess safety and well-being;
   b.  monitor service delivery; and
   **c.**  support the achievement of permanency and other service plan goals.

**PA-FC 16.05**
Foster parents are trained in:
   a.  basic first aid;
   b.  medication administration;

18

    c.    cardio-pulmonary resuscitation;
    d.    recognizing and responding to child behaviors that jeopardize health and well-being; and
    e.    medical or rehabilitation interventions and operation of medical equipment required for a child's care.

**PA-FC 16.06**
Foster parents sign a statement agreeing to refrain from the use of corporal and degrading punishment, and receive initial and ongoing training and support to promote positive behavior and use appropriate discipline techniques.

**PA-AS 3.04**
The home-study is a collaborative process that helps the family decide if adoption is an appropriate goal, and includes:
    a.    one or more visits to the prospective adoptive family's home;
    b.    reference checks;
    c.    criminal background and child abuse and neglect registry checks according to applicable legal requirements; and
    d.    preparation of a home-study report with a recommendation regarding the family's ability to meet the needs of an adopted child.

**PA-AS 2.03**
An age-appropriate child study is conducted to assess the child's readiness for adoption, and includes:
    a.    an evaluation of the child's ability to bond and develop relationships;
    b.    history of maltreatment and prior placements;
    c.    prenatal history and developmental screening of infants and young children;
    d.    current medical and dental health examinations; and
    e.    a psychological evaluation, if needed.