# Exhibit 2

## *MISSISSIPPI MACWIS BRIDGE PLAN DATA CHART*

| | State |
|---|---|
| **Requirement: Maltreatment in care is less than or equal to 1.14%** <br> **(Settlement Agreement section III.D.2)** | |
| *Percent of all children in custody with evidenced findings of Maltreatment 8/10/2010* | 1.62% |
| **Requirement: All investigations are initiated within 24 hours and completed within 30 days** <br> **(Period Two IP section II.6.g)** | |
| *Percent of Investigations initiated within 24 hours of intake 7/15/2010* | 53.20% |
| **Requirement: Minimum of 50% of workers have caseloads within Settlement requirements;** <br>     **Maximum of 20% of workers exceed twice Settlement requirements** <br> **(Settlement Agreement section II.A.2.a.10)** | |
| *Percent of Workers Exceeding Full Caseload Requirements 7/2010 Workload* | 58.00% |
| *Percent of Workers Exceeding Twice Plan Caseload Requirements 7/2010 Workload* | 15.00% |
| **Children in Care by Placement Type** | |
| *Number of Children in Congregate Care* 8/23/2010* | 569 |
| *    Percent of Children in Congregate Care 8/23/2010* | 15.80% |
| *Number of Children in Non Licensed Care 8/23/2010* | 434 |
| *    Percent of Children in Non Licensed Care 8/23/2010* | 12.05% |
| **Average Number of Placements** <br> *Children with 5 or more placements 8/15/2010* | 741 |
| **Children who have been in 2 or more shelter placements** <br> *Number of children with 2 or more shelter placements* | 392 |
| **Number of Children in Unlicensed Relative Placements as of 3/1/2010** | 353 |

*The Congregate Care Category is a summation of the following categories as labeled in MACWIS:
Acute Care; Chemically Dependent Group; Contract Facility; CO Non Licensed Shelter; Emergency Shelter; Group Home; Institution; Residential Child Caring Facility; Residential Treatment; Specialized Residential School; and Therapeutic Group Home.