# Exhibit 8

# Schedule for Revising Mississippi Child Welfare Policy Manual
## 06.10.2010

## Sections of the Current Policy Manual

Section A: Administration
Section B: Protection and Prevention (Safety)
Section C: Family Preservation (will expanded to include all in-home services policy)
Section D: Permanency (Foster Care)
Section E: Eligibility (IV-E)
Section F: Adoption and Licensure
Section G: Services to Unmarried Parents (will be deleted from the manual)
Section H: ICPC
Section I: Volunteer Services (will be incorporated into Section A)
Section J: Appeals
Section S: Forms

## Time Frames for Completing Sections of the Policy Manual

| Section | Date Developed and Finalized by DFCS |
|---|---|
| Section B: Protection and Prevention (Safety) | September 1, 2010 |
| Section D: Permanency (Foster Care) | September 1, 2010 |
| Section C: Family Preservation (In-Home Services) | December 1, 2010 |
| Section E: Eligibility (IV-E) | December 1, 2010 |
| Section F: Adoption and Licensure | March 1, 2011 |
| Section H: ICPC | March 1, 2011 |
| Section J: Appeals | March 1, 2011 |
| Section A: Administration | May 1, 2011 |
| Section S: Forms | Incrementally, as relevant sections are completed |

DHS
277063