# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                                                           PLAINTIFFS

v.                                                                   CIVIL ACTION NO. 3:04CV251TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS

### ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION

THIS CAUSE is before the Court on the Plaintiffs' Motion to Exceed Page Limitation for Memorandum in Support of Plaintiffs' Motion for Contempt and for the Appointment of a Receiver.  The Court, upon consideration of the same, finds that said motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs' motion to exceed the page limitation provided by Local Uniform Civil Rule 7(b)(5) is hereby granted.

SO ORDERED, this 6th day of October, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s      Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi  39201
    Telephone:  (601) 948-8000
    Facsimile:  (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York 10154
    Telephone: (212) 407-4000
    E mail: ccarbone@loeb.com

    *Plaintiffs' Counsel*