**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                           PLAINTIFFS

v.                                                              CIVIL ACTION NO. 3:04CV251TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.           DEFENDANTS

**ORDER SEALING DECLARATION OF JESSICA POLANSKY**

  Before the Court is Plaintiffs' motion to place the Declaration of Jessica Polansky and all attached exhibits under seal. Exhibits 1 through 17 to the declaration contain confidential information as defined by the August 5, 2004 Confidentiality Order entered by this Court in the above-captioned case. The Court finds that the Motion is well-taken and should be granted.

  Therefore, IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Rule 79 of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi, the Declaration of Jessica Polansky and the exhibits attached thereto shall be placed under seal.

  SO ORDERED, this 6th day of October, 2010.

               /s/Tom S. Lee
               UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s       Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi  39201
    Telephone:  (601) 948-8000
    Facsimile:  (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York 10154
    Telephone: (212) 407-4000
    E mail: ccarbone@loeb.com

    *Plaintiffs' Counsel*