IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                       PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER**

COME NOW Defendants, pursuant to Fed. R. Civ. P. 6(b)(1), and move this Court for an extension of time from October 19, 2010, to November 15, 2010, to respond to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver [Doc. No. 511]. As grounds for this Motion, Defendants state:

1. Plaintiffs have filed a forty-two page motion with voluminous supporting exhibits and additional time is required in order to be responsive to the issues Plaintiffs raise and to prepare an appropriate legal response.

2. Counsel for Plaintiffs has advised undersigned counsel that Plaintiffs have no objection to the requested extension. However, in light of Defendants' request for an extension of time to file their response, Plaintiffs' request that their deadline to file their reply in further support their Motion for Contempt and Appointment of a Receiver be extended to December 3, 2010. Defendants have no objection to Plaintiffs' request.

3. The extension of time sought is made in good faith and not requested solely for purposes of undue delay.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request the Court to enter an Order granting Defendants an extension of time until November 15, 2010, to file their response to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver and granting Plaintiffs an extension of time until December 3, 2010, to file their reply in further support of their Motion for Contempt and for the Appointment of a Receiver.

Respectfully submitted, this the 12th day of October, 2010.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**CERTIFICATE OF SERVICE**

I, Dewitt L. "Rusty" Fortenberry, Jr., do hereby certify that on October 12, 2010, I electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

    Shirim Nothenberg (MBN 43990 *pro hac vice*)
    Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
    Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 Seventh Avenue, 4th Floor
    New York, NY  10001

    W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT ROSE & WHITE LLP
    188 East Capitol Street, Suite 450
    Jackson, MS 39201

    John Lang (MBN 43987 *pro hac vice)*
    John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB, LLP
    345 Park Avenue
    New York, New York 10154

SO CERTIFIED, this 12th day of October, 2010.

                        /S/ DEWITT L. ("RUSTY') FORTENBERRY, JR.

JM ATY 930086 v2
2902819-000001 10/11/2010