## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**OLIVIA Y.,** ET AL.                                                                    **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 3:04CV251-TSL-FKB**

**HALEY BARBOUR,** AS GOVERNOR OF THE STATE OF MISSISSIPPI, ET AL.     **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER

THIS CAUSE CAME on for hearing on Defendants' Unopposed Motion [Doc. No. 521] for an extension of time until November 15, 2010, to respond to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver [Doc. No. 511]. The Court has considered the Motion and, being fully advised in the premises, the Court finds that good cause exists for the extension sought, that there is no objection to the requested extension, and that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants are granted an extension of time until November 15, 2010, to file their response to Plaintiff's Motion for Contempt and for the Appointment of a Receiver, and Plaintiffs are granted an extension of time until December 3, 2010, to file their reply in further support of their Motion for Contempt and for the Appointment of a Receiver.

SO ORDERED, this 12th day of October, 2010.

                                                             /S/ F. Keith Ball
                                            UNITED STATES MAGISTRATE JUDGE

PREPARED AND SUBMITTED BY:

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424


ATTORNEYS FOR DEFENDANTS