**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**OLIVIA Y.,** ET AL. **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 3:04CV251 TSL-FKB**

**HALEY BARBOUR,** AS GOVERNOR OF THE STATE OF MISSISSIPPI, ET AL. **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER**

THIS CAUSE CAME on for hearing on Defendants' Unopposed Motion [Doc. No. 526] for an extension of time until December 3, 2010, to respond to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver [Doc. No. 511]. The Court has considered the Motion and, being fully advised in the premises, the Court finds that good cause exists for the extension sought, that there is no objection to the requested extension, and that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants are granted an extension of time until December 3, 2010, to file their response to Plaintiff's Motion for Contempt and for the Appointment of a Receiver, and Plaintiffs are granted an extension of time until December 23, 2010, to file their reply in further support of their Motion for Contempt and for the Appointment of a Receiver.

SO ORDERED this 12th day of November, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424


ATTORNEYS FOR DEFENDANTS