**Ex. 39**

**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

KENYA KEY RACHAL, ESQ.
Direct Dial: (601) 351-8940
Direct Fax: (601) 974-8940
E-Mail Address: krachal@bakerdonelson.com

RECEIVED
SEP 0 7 2010
BY: JMC

4268 I-55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
PHONE:  601.351.2400
FAX:      601.351.2424
MAILING ADDRESS:
P. O. BOX 14167
JACKSON, MISSISSIPPI 39236

www.bakerdonelson.com

September 1, 2010

## VIA ELECTRONIC & UNITED STATES MAIL

Shirim Nothenberg
Children's Rights Incorporated
330 Seventh Avenue, 4th Floor
New York, NY 10001

> RE:    *Olivia Y., et al. v. Haley Barbour, et al*;
> BP 2010 – September 1, 2010 Production

Dear Shirim:

Enclosed please find the following documents DFCS is producing in accordance with the Bridge Plan provisions indicated below:

**Provision 4.**
Promotion/Hire Letters
(DHS 286065-286081 + 282919)

**Provision 6**
RPF for Alternative Analysis of MACWIS
(DHS 286082-286189).

**Provision7.c.iii.**
Practice Guides – Working with the Educational System, Interim Supervisory Protocol*, Social Worker Visits
(DHS 286190-286195)

**Provision 7.e.**
Statewide Resource Development Plans, including Mental Health Services, Reunification Services and Recruitment/Retention of Resource Homes
(DHS 286196-286262)

ALABAMA  •  GEORGIA  •  LOUISIANA  •  MISSISSIPPI  •  TENNESSEE  •  WASHINGTON, D.C.  •  BEIJING, CHINA

**Provision 7.d.ii.**
Policy Manual Protection Section "B" *
(DHS 286262-286325)

**Provision 7.d.iii.**
Policy Manual Foster Care/Permanency Section "D"
(DHS 286326-286492)

**Provision 5.**
8/27/10 Contract with CSF
(DHS 286493-286510)

**Provision 7.b.iii.**
Letters, Lists and Sign-in Sheets related to Statewide Maltreatment Training held 7-8/10
(DHS 286511-286574)

**Provision 7.g.**
Intensive In-Home List and Verifications
(DHS 286575-286644)

**Provision 7.f.iv.a.-b.**
Unlicensed Relative Homes Status

| | |
|---|---|
| W/ Previous Evidenced Maltreatment | DHS 286645-286664 |
| Unlicensed ...Placements w/o Evidence Protocol | DHS 286665 |
| All Others | DHS 286666-286693 |
| Licensure Status Report | DHS 286694-286706 |

**Exhibit A (Pg. 4)**
MWASA9S1 – Supervisor/Worker Workload Summary Report
(DHS 286707-286812)
MWASA5D1 – DFCS ASWS/Direct Service Caseworker GAP Analysis
(DHS 286813-286911)
MWZ2352B – Workers Who Attended Training Sessions
(DHS 286912-287040)
SPARS and Hire Report
(DHS 287041-287042)
*Please Note: MWZ2352B (Workers who Attended Training Sessions) is undergoing further evaluation.*

**Provision 8.**
September 1, 2010 Bridge Plan Status Report
(DHS287043-287055)

\* Requires investigations to be completed with 25 days. It is a medium between the 30-day requirement of Year 2 and the Settlement Agreement.

Sincerely,

Kenya Key Rachal

cc: Grace Lopes

## Unlicensed Relative Placements
### w/ "Previous Maltreatment Reports" and "Licensed By" Dates
### as of March 1, 2010

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|---|---|---|---|---|---|---|
| | Alcorn | | | No | 05/30/11 | |
| | Alcorn | | | Yes | 05/30/11 - ICPC | |
| | Alcorn | | | No | 05/30/11 | |
| | DeSoto | | | Yes | 11/01/10 | |
| | DeSoto | | | Yes | 11/01/10 | |
| | DeSoto | | | No | 05/30/11 | |
| | DeSoto | | | Yes | 11/01/10 | |
| | Desoto | REDACTED | | No | 05/30/11 | License - 5/20/10 DHS 286666 |
| 1N | DeSoto | | | No | 05/30/11 | License - 6/28/10 DHS 286667 |
| | DeSoto | | | No | 05/30/11 | |
| | DeSoto | | | No | 05/30/10 | |
| | Marshall | | | Yes | 11/01/10 | |
| | Prentiss | | | No | 05/30/11 | |
| | Prentiss | | | No | 05/30/11 | License - 3/31/10 DHS 286668 |
| | Tishomingo | | | No | 05/30/11 | |
| | Tishomingo | | | No | 05/30/11 | |
| | Tishomingo | | | No | 05/30/11 | |
| | Tishomingo | | | No | 05/30/11 | |

DHS 286694

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| 1S | Calhoun | | | No | 05/30/11 | |
| | Calhoun | | | Yes (Evidenced) | 09/01/10 | License - 6/30/10 DHS 286645 |
| | Lafayette | | | No | 05/30/11 | |
| | Lafayette | | | Yes (Evidenced) | 09/01/10 | License - 8/10/10 DHS 286646 |
| | Lafayette | | | No | 05/30/11 | |
| | Lafayette | | | No | 05/30/11 | License - 6/2/10 DHS 286669 |
| | Lee | | | Yes | 11/01/10 | |
| | Monroe | REDACTED | | No | 05/30/11 | |
| | Monroe | | | No | 05/30/11 | License - 3/31/10 DHS 286670 |
| | Pontotoc | | | No | 05/30/11 | License - 5/31/10 DHS 286671 |
| | Union | | | No | 05/30/11 | |
| | W. Chickasaw | | | No | 05/30/11 | |
| | W. Chickasaw | | | No | 05/30/11 | |
| 2E | Panola | | | Yes | 05/30/10 - ICPC | |
| 2W | Humphreys | | | No | 05/30/11 | |
| | Washington | | | No | 05/30/11 | |
| | Washington | | | No | 05/30/11 | |

DHS
286695

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|---|---|---|---|---|---|---|
| | Holmes | | | No | 05/30/11 | |
| | Madison | | | No | 05/30/11 | |
| | Madison | | | No | 05/30/11 | |
| | Scott | | | No | 05/30/11 | |
| 3N | Scott | | | Yes | 11/01/10 | |
| | Scott | | | No | 05/30/11 | |
| | Yazoo | | | No | 05/30/11 | |
| | Yazoo | | | No | 05/30/11 | |
| | Yazoo | | | No | 05/30/11 | |
| | Hinds | REDACTED | | Yes (Evidenced) | 09/01/10 | Order returning child to maternal grandmother DHS 286647-286648 |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| 3S | Hinds | | | Yes (Evidenced) | 09/01/10 | Child removed 5/13/10. Now in ████ FH - Placement History DHS 286649 |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |
| | Hinds | | | No | 05/30/11 | |

DHS
286696

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| 3S | Hinds | | | No | 05/30/11 | |
| | Choctaw | | | No | 05/30/11 | |
| | Lowndes | | | N/A - Own Home | N/A - Own Home | |
| | Lowndes | | | N/A - Own Home | N/A - Own Home | |
| | Lowndes | | | N/A - Own Home | N/A - Own Home | |
| 4N | Lowndes | | | N/A - Own Home | N/A - Own Home | |
| | Lowndes | | | N/A - Own Home | N/A - Own Home | |
| | Noxubee | REDACTED | | No | 05/30/11 | License - 8/3/10 DHS 286672_ |
| | Noxubee | | | No | 05/30/11 | License - 7/7/10 DHS 286673 |
| | Noxubee | | | No | 05/30/11 | License - 7/30/10 DHS 286674 |
| 4S | Lauderdale | | | No | 05/30/11 | |
| | Lauderdale | | | No | 05/30/11 | |
| | Lauderdale | | | No | 05/30/11 | |
| | Lauderdale | | | No | 05/30/11 | |
| | Lauderdale | | | No | 05/30/11 | |
| 5E | Copiah | | | No | 05/30/11 | License - 6/3/10 DHS 286675 |
| | Copiah | | | Yes | 11/01/10 | |
| | Copiah | | | Yes (Evidenced) | 09/01/10 | Orders DHS 286650-286653 |
| | Copiah | | | No | 05/30/11 | License - 8/13/10 DHS 286676 |
| | Covington | | | Yes | 11/01/10 | |
| | Covington | | | No | 05/30/11 | |

DHS
286697

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|---|---|---|---|---|---|---|
| | Covington | | | No | 05/30/11 | |
| | Covington | | | Yes | 11/01/10 | License - 7/9/10 DHS 286677 |
| | Jeff Davis | | | No | 05/30/11 | |
| | Jeff Davis | | | No | 05/30/11 | License - 8/16/10 DHS 286678 |
| | Jeff Davis | | | Child in Runaway Status | Child on Runaway | |
| | Jeff Davis | | | No | 05/30/11 | |
| | Jeff Davis | | | Yes (Evidenced) | 09/01/10 | Order DHS 286654 |
| | Jeff Davis | | | Yes | 11/01/10 | |
| | Jeff Davis | REDACTED | | Yes | 11/01/10 | License - 8/16/10 DHS 286679 |
| | Jeff Davis | | | No | 05/30/11 | |
| | Jeff Davis | | | Yes | 11/01/10 | |
| 5E | Lawrence | | | No | 05/30/11 | |
| | Lawrence | | | No | 05/30/11 | |
| | Simpson | | | N/A - Own Home | N/A - Own Home | License - 8/10/10 DHS 286680 |
| | Simpson | | | Yes | 11/01/10 | License - 7/19/10 DHS 286681 |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | No | 05/30/11 | License - 8/6/10 DHS 286682 |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | No | 05/30/11 | |
| | Simpson | | | Yes | 11/01/10 | License - 8/16/10 DHS 286683 |
| | Simpson | | | No | 05/30/11 | |

DHS
286698

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| 5E | Smith | | | No | 05/30/11 | |
| | Smith | | | No | 05/30/11 | |
| | Smith | | | No | 05/30/11 | |
| | Smith | | | Yes | 11/01/10 | |
| | Smith | | | Yes | 11/01/10 | License - 7/24/10 DHS 286684 |
| | Smith | | | Yes (Evidenced) | 09/01/10 | 8/12/10 Order placing both in [REDACTED] FH DHS 286655 |
| | Smith | | | No | 05/30/11 | |
| 5W | Adams | REDACTED | | No | 05/30/11 | |
| | Adams | | | No | 05/30/11 | |
| | Adams | | | No | 05/30/11 | |
| | Adams | | | No | 05/30/11 | |
| | Amite | | | No | 05/30/11 | |
| | Pike | | | Yes | 11/01/10 | |
| | Pike | | | No | 05/30/11 | |
| | Pike | | | No | 05/30/11 | |

DHS
286699

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | |
| | Forrest | | | No | 05/30/11 | License - 7/1/10 DHS 286685 |
| | Forrest | | | Yes | 11/01/10 | |
| | Forrest | | | No | 05/30/11 | |
| | Marion | REDACTED | | No | 05/30/11 | |
| 6 | Stone | | | No | 05/30/11 | License - 7/19/10 DHS 286686 |
| | Stone | | | No | 05/30/11 | License - 8/13/10 DHS 286687 |
| | Stone | | | No | 05/30/11 | License - 7/15/10 DHS 286688 |
| | Stone | | | No | 05/30/11 | |
| | Stone | | | No | 05/30/11 | |
| | Stone | | | No | 05/30/11 | |
| | Stone | | | No | 05/30/11 | License - 6/18/10 DHS 286689 |
| | Stone | | | Yes (Evidenced) | 09/01/10 | 8/13/10 Order releasing custody and a copy of her marriage license DHS 286656-286658 |

Page 7

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| | Stone | | | No | 05/30/11 | |
| | Stone | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | License - 7/8/10 DHS 286690 |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | REDACTED | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | License - 7/15/10 DHS 286691 |
| | Pearl River | | | No | 05/30/11 | |
| 6 | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |

Page 8

DHS
286701

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| 6 | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | REDACTED | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | License - 7/1/10 DHS 286692 |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |
| | Pearl River | | | No | 05/30/11 | |

DHS
286702

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | Yes | 11/01/10 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | Yes | 11/01/10 | License -12/17/09 DHS 286693 |
| 7E | Jackson | REDACTED |  | N/A - Own Home | N/A - Own Home |  |
|  | Jackson |  |  | Yes (Evidenced) | 09/01/10 | 6/16/10 Order returning her to parents DHS 286659 |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | Yes | 11/01/10 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | No | 05/30/11 |  |
|  | Jackson |  |  | Yes | 11/01/10 |  |
|  | Jackson |  |  | No | 05/30/11 |  |

DHS
286703

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-------------------------------------|-------------|--------------|
| 7W | Hancock | | | No | 05/30/11 | |
| | Hancock | | | N/A - Own Home | N/A - Own Home | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | Yes | 11/01/10 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | REDACTED | | No | 05/30/11 | |
| | Hancock | | | Yes (Evidenced) | 09/01/10 | Licensed - 8/31/10 DHS 286660_ |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | N/A - Own Home | NA - Own Home | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | Yes | 11/01/10 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | No | 05/30/11 | |
| | Hancock | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | Yes | 11/01/10 | |

DHS
286704

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|--------|--------|-----------|------------------|-----------------------------------|-------------|--------------|
| | Harrison | | | Yes | 11/01/10 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | REDACTED | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| 7W | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | Yes | 11/01/10 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | Yes | 11/01/10 | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |

DHS
286705

| Region | County | Placement | Child Name (DOB) | Previous Report(s) of Maltreatment | Licensed By | Verification |
|---|---|---|---|---|---|---|
| 7W | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | REDACTED | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | Yes (Evidenced) | 09/01/10 | ▇ turns 18 this month and has asked to be released from DFCS custody at that time. DFCS agrees that this plan is in his best interests. Order and Birth Certificate ▇▇▇ |
| | Harrison | | | Yes (Evidenced) | 09/01/10 | License - 8/17/10 DHS 286664 |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |
| | Harrison | | | No | 05/30/11 | |
| | Harrison | | | N/A - Own Home | N/A - Own Home | |

DHS
286706

Page 13

**Ex. 40**



RECEIVED

JUN 1 7 2010

BY: _____

KENYA KEY RACHAL., ESQ.
Direct Dial: (601) 351-8940
Direct Fax: (601) 974-8940
E-Mail Address: krachal@bakerdonelson.com

4268 I-55 NORTH
MEADOWBROOK OFFICE PA
JACKSON, MISSISSIPPI 39211
PHONE:   601.351.2400
FAX:       601.351.2424
MAILING ADDRESS:
P. O. BOX 14167
JACKSON, MISSISSIPPI 39236

www.bakerdonelson.com

June, 14, 2010

## VIA ELECTRONIC & UNITED STATES MAIL

Shirim Nothenberg
Children's Rights Incorporated
330 Seventh Avenue, 4th Floor
New York, NY 10001

RE:    *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Shirim:

Enclosed please find the following documents DFCS is producing in accordance with the Bridge Plan provisions indicated below:

**Provision 7.c.i.**
Mobilizing Appropriate Services Timely Practice Guide (DHS 277247-277248)
Individualized Case Planning Practice Guide (DHS 277249-277250)
Strengths and Needs Assessments Practice Guide (DHS 277251-277252)

**Provision 7.g.**
List of foster children identified who received intensive in-home services in the last year and whose services were terminated for a non-therapeutic reason (DHS 277246)

Sincerely,

Kenya Key Rachal

cc: Grace Lopes

ALABAMA  •  GEORGIA  •  LOUISIANA  •  MISSISSIPPI  •  TENNESSEE  •  WASHINGTON, D.C.  •  BEIJING, CHINA

Representative Office,
BDW International, LLC

## ALL FOSTER CHILDREN WHO RECEIVED INTENSIVE IN-HOME SERVICES IN THE LAST YEAR AND WHOSE SERVICES WERE TERMINATED FOR NON-THERAPEUTIC REASONS

**CHILD NAME**

**DATE OF DISCHARGE**

05/10/2010
04/01/2010
04/23/2009
01/18/2010
10/09/2009
04/01/2010
03/22/2010
06/23/2009
04/02/2010
03/22/2010
06/03/2009
08/07/2009
08/21/2009
03/10/2010
REDACTED
04/20/2010
11/20/2009
12/21/2009
03/31/2010
03/26/2010
04/05/2010
04/03/2009
05/21/2010
02/23/2010
04/01/2010
03/31/2010
05/04/2010
11/04/2009
10/01/2009
04/30/2010
04/02/2010
04/02/2010
09/29/2009
08/06/2009
07/10/2009
10/13/2009
June, 2010
04/30/2010
09/18/2009 and 10/13/2009

**Ex. 41**

**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

RECEIVED
JUL 0 6 2010
BY: .LLC.............

4268 I-55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
PHONE: 601.351.2400
FAX: 601 351.2424
MAILING ADDRESS:
P.O. BOX 14167
JACKSON, MISSISSIPPI 39236

www.bakerdonelson.com

KENYA KEY RACHAL., ESQ.
Direct Dial: (601) 351-8940
Direct Fax: (601) 974-8940
E-Mail Address: krachal@bakerdonelson.com

July 2, 2010

Grace M. Lopes, Esq.
1350 Connecticut Ave, N.W. Ste 1000
Washington, DC 20036

RE:   *Olivia Y., et al. v. Haley Barbour, et al*;
      Intensive In-Home Services Documents

Dear Grace:

Per your request, enclosed you will find documents, listed below, which relate to the Intensive In-Home Services provided to DFCS Foster Children by ████████ and █████████ ████████████ for the dates June 1, 2009-May 31, 2010.

Please note that there were two children, ████████████ and ████████████, listed on the "Discharged for Non-Therapeutic Reasons" list (DHS 277264, produced on June 14, 2010) who should not have been listed as they fell outside the applicable time frame. We have included, for your convenience and reference, a highlighted copy of DHS 277264 which points out these two children.

We have also included a copy of the Confidentiality Order in this case, signed and filed by Judge Nichols on August 5, 2004, which includes, in pertinent part:

> 3. *Disclosure of such individually-identifiable information derived from records produced by DHS shall be limited to the parties and their counsel...in the litigation of the claims in the above-styled case...*

> 5. *The use of any individually-identifiable information identified in paragraph 2 for any purpose other than the preparation and trial of the above-styled case or other proceedings related to this litigation is prohibited...*

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. •

July 2, 2010
Page 2

Documents enclosed:



DHS 278741-278752 -- Clean "Master" lists from
and                   ;

DHS 278753-278851 -- "Master" lists from        and        with handwritten notes by
Sandra McClendon;

DHS 278852-278929 -- Discharge Summaries, in alpha order, for the children listed on
the Non-Therapeutic Discharge list (DHS 277264 mentioned above);

DHS 278930-279093 -- Therapeutic Discharge Summaries, in alpha order, for
          ; and

DHS 279094-279387 -- Therapeutic Discharge Summaries, in alpha order, for
                                          .

Please let us know if you have questions.

Sincerely,

Kenya Key Rachal

KKR1/gnl
Enclosures

**Ex. 42**

*Date change*

*june 1, 2009 – may 31, 2010*

**Reunification Services**          **CHILDREN SERVED FOR ONE YEAR OR MORE (MARCH 2009 APRIL 2010)**

| County 1  Child's Name | Date of Discharge | Reason for Discharge |
|---|---|---|
| **County 2** ▮▮▮▮ **Alcorn** **1** | 3/18/2009 | Successful |
| **County 10** ▮▮▮ **Choctaw** **1** | 12/30/2009 | Successful |
| **County 12** ▮▮▮▮ **Clarke** **5** | 7/2/2009 | Unsuccessful-Youth placed in Pyschiatric hospital |
| | 7/23/2009 | Successful |
| | 9/28/2009 | Successful |
| | 4/24/2009 | Successful |
| | 12/18/2009 | Successful |
| **County 17** ▮▮▮ **Deseto** **4** | 3/25/2009 | Successful |
| | 5/22/2009 | Successful |
| | 7/13/2009 | Successful |
| | 2/1/2010 | Successful |
| **County 18** ▮▮▮ **Forrest** **4** | 7/1/2009 | Successful |
| | 10/1/2009 | Unsucessful-Runaway |
| | 10/2/2009 | Successful |
| | 4/1/2010 | Successful |
| **County 23** ▮▮▮ **Hancock** **4** | 6/23/2009 | Successful |
| | 7/1/2009 | Unsuccessful-Youth disrupted to RTC |
| | 9/2/2009 | Successful |
| | 9/21/2009 | Successful |

*76 total served*

*11 unsuccessful*

*65 successful*



| County 24 Harrison 4 | | 9/29/2009 | Successful |
| | | 11/12/2009 | Successful |
| | | 11/12/2009 | Successful |
| | | 2/1/2010 | Successful |
| County 25 Hinds 2 | | 8/27/2009 | Unsuccessful-Youth place in Phychiatric Hospital |
| | | 11/24/2009 | Successful |
| County 27 Humphreys 1 | | 4/13/2000 | Unsuccessful-Youth disrupted to RTC |
| County 29 Itawamba 1 | | 12/4/2009 | Successful |
| County 30 Jackson 20 | | 4/13/2009 | Successful |
| | | 4/24/2000 | Unsuccessful-Child removed from DHS; placed in group home |
| | | 5/8/2009 | Successful |
| | | 5/22/2009 | Successful |
| | | 7/1/2009 | Successful |
| | | 7/13/2009 | Successful |
| | | 7/17/2009 | Successful |
| | | 7/22/2009 | Successful |
| | | 8/3/2009 | Successful |
| | | 8/28/2009 | Successful |
| | | 10/8/2009 | Successful |
| | | 10/8/2009 | Successful |
| | | 10/16/2009 | Successful |
| | | 10/19/2009 | Successful |
| | | 10/30/2009 | Successful |
| | | 10/30/2009 | Successful |
| | | 10/30/2009 | Successful |
| | | 11/13/2009 | Successful |
| | | 11/13/2009 | Successful |
| | | 11/16/2009 | Successful |

23

**Ex. 43**

**Reunification Services**       **CHILDREN SERVED FOR ONE YEAR**       JUNE 1, 2009 - MAY 31, 2010

| County | Child's Name | Date of Discharge | Reason for Discharge - Therapeutic (T) - Therapeutic (NT) | |
|---|---|---|---|---|
| County 1 Adams 1 | | 6/29/2009 | T | |
| County 2 Alcorn 1 | | 4/2/2010 | T | |
| County 7 1 | | 4/2/2010 | NT | Accepted into MyPac Program 5/28/2010 |
| County 8 Calhoun 1 | | 12/4/2009 | T | |
| County 9 Carroll 1 | | 1/20/2010 | T | |
| County 11 Claiborne 2 | | 6/18/2009 | T | |
| | | 3/17/2010 | T | |
| County 14 Coahoma 1 | | 9/29/2009 | NT | Child committed a felony/charged as adult DHS case closed on 9/18/09 |
| County 15 Copiah 5 | | 2/23/2010 | T | |
| | | 8/26/2009 | T | |
| | | 4/3/2009 | NT | Accepted into MyPac Program 6/2/10 |
| | | 2/18/2009 | NT | higher level of care — |
| | | 5/4/2010 | NT | Awaiting sentencing in juvenile court for Oakley Training School |
| | | 4/4/09 | T | |

DHS
278786



| County/Location | Date | T/NT | Notes |
|---|---|---|---|
| County 17 | 4/2/2010 | T | MyPAC pending |
| Desoto | ~~7/2/2009~~ 4/1/10 | NT | |
| 10/2 | 4/2/2010 | T | |
| | 4/2/2010 | NT | referred to private therapist |
| | 8/21/2009 | NT | closed per family request |
| | 4/2/2010 | T | custody to grandmother |
| | 11/23/2009 | T | |
| | 4/1/2009 | T | |
| | 8/7/2009 | T | |
| | 4/2/2010 | ~~NT~~ T | ~~receiving care at Communicate (MH center) – verified by MH~~ |
| | 4/5/10 | T | |
| County 18 | 7/6/2009 | T | |
| Forrest | 3/31/2010 | T | |
| 42 | 1/15/2010 | T | |
| | 3/31/2010 | T | |
| | 3/1/2010 | T | |
| | 3/31/2010 | T | |
| | 1/18/2010 | NT | higher level of care – |
| | 5/20/2010 | T | |
| | 3/31/2010 | T | |
| | June | | |
| | 3/31/2010 | T | |
| | 8/28/2009 | T | |
| | 3/26/2010 | NT | referral to MyPac is pending |
| | 3/11/2010 | NT | accepted MyPac |
| | 1/20/2010 | T | |
| | 4/13/2010 | T | |
| | 3/31/2010 | T | |
| | 4/31/10 | | |
| | 3/26/2010 | NT | receiving Family Preservation Services / pt. reg. |
| | 10/1/2009 | T | |
| | 3/17/2010 | T | |
| | 7/20/2009 | NT | Placed in therapeutic foster care at |
| | 3/31/2010 | T | |
| | June | | |
| | 3/26/2010 | T | |

DHS
278787

**Ex. 44**



RECEIVED
SEP 0 7 2010
BY: ͟M͟C͟

**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

KENYA KEY RACHAL., ESQ.
Direct Dial: (601) 351-8940
Direct Fax: (601) 974-8940
E-Mail Address: krachal@bakerdonelson.com

4268 I-55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
PHONE:   601.351.2400
FAX:       601.351.2424
MAILING ADDRESS:
P. O. BOX 14167
JACKSON, MISSISSIPPI 39236

www.bakerdonelson.com

September 1, 2010

**VIA ELECTRONIC & UNITED STATES MAIL**

Shirim Nothenberg
Children's Rights Incorporated
330 Seventh Avenue, 4th Floor
New York, NY 10001

> RE:   *Olivia Y., et al. v. Haley Barbour, et al*;
>         BP 2010 – September 1, 2010 Production

Dear Shirim:

Enclosed please find the following documents DFCS is producing in accordance with the Bridge
Plan provisions indicated below:

**Provision 4.**
Promotion/Hire Letters
         (DHS 286065-286081 + 282919)

**Provision 6**
RPF for Alternative Analysis of MACWIS
         (DHS 286082-286189).

**Provision 7.c.iii.**
Practice Guides – Working with the Educational System, Interim Supervisory Protocol*, Social
         Worker Visits
         (DHS 286190-286195)

**Provision 7.e.**
Statewide Resource Development Plans, including Mental Health Services, Reunification
         Services and Recruitment/Retention of Resource Homes
         (DHS 286196-286262)

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA

Representative Office,
BDBC International, LLC

**Provision 7.d.ii.**
Policy Manual Protection Section "B" *
     (DHS 286262-286325)

**Provision 7.d.iii.**
Policy Manual Foster Care/Permanency Section "D"
     (DHS 286326-286492)

**Provision 5.**
8/27/10 Contract with CSF
     (DHS 286493-286510)

**Provision 7.b.iii.**
Letters, Lists and Sign-in Sheets related to Statewide Maltreatment Training held 7-8/10
     (DHS 286511-286574)

**Provision 7.g.**
Intensive In-Home List and Verifications
     (DHS 286575-286644)

**Provision 7.f.iv.a.-b.**
Unlicensed Relative Homes Status

| | |
|---|---|
| W/ Previous Evidenced Maltreatment | DHS 286645-286664 |
| Unlicensed …Placements w/o Evidence Protocol | DHS 286665 |
| All Others | DHS 286666-286693 |
| Licensure Status Report | DHS 286694-286706 |

**Exhibit A (Pg. 4)**
     MWASA9S1 – Supervisor/Worker Workload Summary Report
          (DHS 286707-286812)
     MWASA5D1 – DFCS ASWS/Direct Service Caseworker GAP Analysis
          (DHS 286813-286911)
     MWZ2352B – Workers Who Attended Training Sessions
          (DHS 286912-287040)
     SPARS and Hire Report
          (DHS 287041-287042)
     *Please Note: MWZ2352B (Workers who Attended Training Sessions) is undergoing further evaluation.*

**Provision 8.**
     September 1, 2010 Bridge Plan Status Report
          (DHS287043-287055)

\* Requires investigations to be completed with 25 days. It is a medium between the 30-day requirement of Year 2 and the Settlement Agreement.

Sincerely,

Kenya Key Rachal

cc: Grace Lopes

## All Foster Children Who Received Intensive In-Home Services in the Last Year and Whose Services Were Terminated for Non-Therapeutic Reasons
### (dates June 1, 2009 - May 31, 2010)

| Child's Name | Date of Discharge | Status |
|---|---|---|
| ███████ | 05/10/10 | Discharge Summary from ████ and Narrative Print from SW |
| ███████ | 04/01/10 | This child was inadvertently included on the earlier list as these were post-adoptive services |
| ███████ | 04/23/09 | N/A - Child should not been included on list (outside the time frame) |
| | 01/18/10 | Provider Letter |
| ███████ | 10/09/09 | Provider Letter |
| ███████ | 04/01/10 | Child was discharged for therapeutic reasons and, therefore, should not have been on the list.  Discharge Summary |
| ███████ | 03/22/10 | Provider Letter |
| ███████ | 06/23/09 | Youth refused services via absentism and avoidance. Youth over 18 (dob ████████) and has a 2 YO child. MACWIS print verifying ████ birthday and Discharge Summary |
| ███████ | 04/02/10 | Case closed – Adopted 12/16/09.  Adoption Decree |
| ███████ | 03/22/10 | Provider verbally indicated that child is receiving services.  Provider refused to provide documentation as sibling, who is also getting services, is not in custody and child is in the catchment services of his sibling. |
| ███████ | 06/03/09 | Provider Letter |
| ███████ | 08/07/09 | Case Closed - Reunited with mother on 12/18/09.  Order |
| ███████ | 08/21/09 | Case Closed - Adopted 4/16/08.  This child was inadvertantly included on the earlier lists (Post Adoption Services)  Adoption Decree |
| ███████ | 03/10/10 | Provider Letter |
| ███████ | 04/20/10 | Child was inadvertently placed on the earlier list as DFCS indicates child was no longer in need of services.  Letter from Social Worker and Discharge Summary. |
| ███████ | 11/20/09 | Case Closed - Custody given to grandfather on 1/11/10.  Order |
| ███████ | 12/21/09 | Case Closed - Custody returned to bio mom on 1/19/10.  Permanency Order Closing Case |
| ███████ | 03/31/10 | Case Closed - Custody returned to mom on 6/9/10.  Provider gave verbal verification of services at ████████████ but would provide no documentation because child is out of custody.  Orders |

| Child's Name | Date of Discharge | Status |
|---|---|---|
| ▬▬▬▬ | 03/26/10 | Permanency Plan is no longer reunification.  Services are no longer needed.  Permanancy Plan will be adoption.  Permanency Review Order. |
| ▬▬▬ | 04/05/10 | Case Closed - Adopted 10/14/09.  Adoption Order |
| ▬▬▬ | 04/03/09 | N/A - Child should not been included on list (outside the time frame) |
| ▬▬▬ | 05/21/10 | Provider Letter |
| ▬▬▬▬▬ | 02/23/10 | Child was inadvertently included on the earlier list  (Post Adoptive Services) Referral. |
| ▬▬▬ | 04/01/10 | Provider Letter |
| ▬▬▬ | 03/31/10 | Case Closed.  Custody ordered to aunt 8/11/10.  Orders and Provider Letter |
| ▬▬▬ | 05/04/10 | Provider Letter |
| ▬▬▬ | 11/04/09 | Child reunified with parents on 11/10/09.  Order |
| ▬▬▬ | 10/01/09 | Child, who turned 18 ▬▬, has been on runaway status for almost a year.  Order |
| ▬▬▬ | 04/02/10 | Provider Letter |
| ▬▬▬ | 04/30/10 | Provider Letter |
| ▬▬ | 04/02/10 | Case Closed- Child returned to parents on 4/24/10.  Order |
| ▬▬ | 09/29/09 | Case closed.  Order |
| ▬▬▬ | 08/06/09 | Provider Letter |
| ▬▬▬ | 07/10/09 | Provider Letter |
| ▬▬ | 10/13/09 | Provider Letter |
| ▬▬ | 06/xx/10 | Provider Letter |
| ▬▬ | 04/30/10 | Case Closed - Child returned to parents on 6/9/10.  Orders |
| ▬▬▬ | 9/18/09 and 10/13/09 | Child adopted on 2/21/07.  Order. |

DHS
286644

**Ex. 45**

# MDHS/DFCS WORK FORCE DEVELOPMENT PLAN
## July 2010

## INTRODUCTION

The Division of Family and Children Services (DFCS) is committed to the development of a professionally trained, knowledgeable staff in order to provide quality services to the families and children with which it works. DFCS recognizes the special skills, knowledge and training necessary for child welfare work and understands these can be acquired only through social work education.

## Long Term Goals:

The long term goals are that all supervisory staff will have a master's degree in social work (MSW) and all direct service staff maintaining a caseload shall have at least a bachelor's degree in social work (BSW), and, secondly, that all staff will have reasonable caseloads which allow them the time to provide high quality services to families and children.  Social work aide staff will be employed in the role of family preservation/reunification workers. They will work with the licensed social worker assigned to the case.

## Settlement Requirements:

The Olivia Y. settlement agreement specifies the following qualifications and caseload standards for supervisors and direct service staff:

Supervisors
- Advanced degree in social work (MSW) or comparable human service field with two years experience in children and family services
- No more than five workers to supervise
- No direct caseload responsibilities.

Workers
- Advanced degree in social work (MSW) or comparable human service field **or** a degree in social work (BSW) or  comparable human service field with two years experience in children and family services
- Caseload not to exceed 6960 minutes of case-related work. (New proposal for calculating standards is being reviewed.)

## Mississippi Law for the Practice of Social Work:  Mississippi Code: Title 73, Chapter 53

Mississippi's social work licensure law states that no person may be identified as a social worker unless the person has the necessary social work education, has passed the licensing examination, and received a license.  There are three levels of licensure:  Licensed Social Worker (LSW) applicants must have a BSW and may not provide therapeutic services; Licensed Master Social Worker (LMSW) applicants have a MSW degree and may provide therapeutic services under the supervision of a Licensed Certified Social Worker (LCSW).  Applicants for the LCSW have a MSW, have had two years of clinical supervision, may provide therapy, and may practice independently without supervision.

DHS
282892

Effective July 1, 2006, the Legislature gave DFCS authority to hire direct service staff who do not have social work degrees and social work degreed individuals who did not possess a license to practice social work. The positions were renamed, as the agency was prohibited from the use of the title "social worker". This law was to sunset in 2010, but a bill passed to extend the authority for two years to give DHS sufficient time to hire qualified staff and make plans for placing existing non-qualified staff (those not possessing a license to practice social work) in appropriate positions. This legislation will sunset on July 1, 2012.

DFCS will introduce a request to the Mississippi Legislature and to the MS Chapter of the NASW in the Fall of 2011 to extend this bill for an additional two years, allowing the hiring of non-licensed social work degreed staff in critical needs counties and allowing the continued employment of the Family Protection Worker and Family Protection Specialist job classifications and functioning in their current roles. DFCS will continue to support staff toward the attainment of MSW degrees and will continue to work toward staffing vacancies with Licensed Social Workers. Non-Social Work Licensed or related degree staff will be transitioned to Family Preservation/Reunification workers and will work under the supervision of a Licensed Social Worker. It is anticipated that this transition will be complete by July 1, 2014.

DFCS is proposing to contract with University partners to provide licensure workshops to assist the number of social work degreed non-licensed staff in having necessary support to assist them in passing the licensure exam.

**Short Term Goals:**

**By the end of Implementation Period 3:**

At least 75% of DFCS caseworkers will carry a caseload that does not exceed plan requirements. No more than 10% of caseworkers shall carry a caseload exceeding twice the Plan caseload requirements.

No more than 10% of supervisors who are responsible for supervising DFCS caseworkers shall be responsible for supervising more than five caseworkers.

DFCS shall hire only foster care workers who have an advanced degree in social work or a comparable human services field, or a B.A. in social work or a comparable human services field with two years of related experience. Should the related COA standards change, the new COA worker qualifications standards will govern.

DFCS shall hire or promote to the position of caseworker supervisor only persons with an advanced degree in social work or a comparable human service field and two years experience working with children and families, preferably in foster care. Should the related COA standards change, the new COA caseworker supervisor qualifications standards will govern.

**By the end of Implementation Period 4:**

At least 95% of DFCS caseworkers shall carry a caseload that does not exceed Plan caseload requirements. No caseworkers shall carry a caseload exceeding twice the Plan caseload requirements.

No more than 5% of supervisors who are responsible for supervising DFCS caseworkers shall be responsible for directly supervising more than five caseworkers.

2

DHS
282893

**Progress achieved since beginning of settlement agreement:**

DFCS has made significant progress in work force development since the onset of the settlement agreement. The number of regional directors has doubled, and the number of ASWS positions has more than doubled. The direct service staff has increased from 413 in 2007 to 624 in 2010.

The following chart depicts these numbers.

| Position | # of filled PINS as of 07-2007 | # of filled PINS as of 07-2009 | # of filled PINS as of 07-2010 |
|---|---|---|---|
| Regional Directors | 6 | 13 | 11 (*2 recently retired) |
| Area Social Work Supervisors | Approx. 60 | 129 | 143 |
| Family Protection Specialist Adv. | 146 | 119 | 126 |
| Family Protection Specialist Sr. | 35 | 29 | 23 |
| Family Protection Specialist | 147 | 288 | 356 |
| Family Protection Worker I | 57 | 89 | 12 |
| Family Protection Worker II | 28 | 51 | 107 |

## STRATEGIES TO ADDRESS WORKFORCE DEVELOPMENT

A Comprehensive Organizational Health Assessment was completed by the Atlantic Coast Child Welfare Implementation Center in June 2010.The results of this assessment indicated the staff is organizationally ready to work on family centered practice, and they believe they have good training and supervision. The two areas which are most problematic and, therefore, unhealthy for the organization are the pay and vicarious traumatization. (See attached Comprehensive Organizational Health Assessment Results chart)

In order to address workforce development issues and needs within DFCS, four broad strategies will be implemented. Together, these strategies will enable DFCS to recruit and retain the level of staffing needed to carry out our mission and meet Olivia Y. standards.

**Targeted Recruitment of Qualified Staff**

This strategy will focus on targeted recruitment of staff to fill areas of specific need within DFCS, such as licensed social workers in those areas identified as being in critical need of qualified staff. These include the coastal counties, Region I-S, Hinds, and Rankin Counties. Another issue to be addressed is the pursuit of licensure for all non-licensed social worker degreed staff and the redefining of roles for related degree staff. DFCS is hiring related degreed staff only in critical need situations at this time.

The use of support staff will be secured through contractual agreements for the current year. Additional support staff will be requested for fiscal year 2012. (30 additional clerical support pins)

As additional direct service staff is hired, a corresponding number (1:5 ratio) of Area Social Work Supervisors will be needed.

DHS
282894

The budget request for state fiscal year 2012 (July 2011-June 2012) will include the request for 150 FPS Advanced, 30 ASWS, and 30 support staff. The request will be continued until the agency has the necessary positions to be fully staffed within the guidelines of the settlement.

There is a need to further diversify the staff to include Hispanic workers, especially in those areas of the state with a high Hispanic population. These counties include Harrison and Jackson on the coast, DeSoto in the northwest, Hinds, and Scott/Rankin (adjacent counties in the central part of the state). Recruitment of bi-lingual Hispanic workers will be focused geographically and will include recruitment tools written in Spanish and English. The first phase will be on the coast which has the highest Hispanic population concentration. Phase two will be DeSoto County. Phase III will be in the central area, targeting Hinds, Rankin, and Scott counties. Many in the Hispanic community attend Roman Catholic and Episcopal churches, so contacts in the local churches will be identified. Additionally, assistance will be requested from local immigrant assistance groups and the Mississippi Hispanic Association. DFCS will also make the National Alliance for Immigrant Rights aware of our need and will request their assistance. DFCS will explore methods or procedures for acquiring critical need PINS for bi-lingual (including American Sign Language) workers. This would permit the agency to offer higher salaries for workers with these special skills.

DFCS currently uses the public media to advertise some job vacancies, but we will focus geographically on critical need areas and for specific categories of staff, using local media outlets. A general social work recruitment advertisement including graphics will be developed by the Human Resources Department and will be run periodically in the Jackson Clarion-Ledger, the Memphis Commercial Appeal, the Mobile Register, and the New Orleans Times Picayune. The out-of-state papers serve areas which border Mississippi and are read by Mississippians as well. This advertisement will also be used in Mississippi papers.

The availability of sufficient qualified workers has sometimes been a challenge, but there are social workers who are able/prefer to work non-traditional hours. These workers would be particularly appropriate in the resource worker positions where many of the services can be done at night and on the weekend. Therefore, DFCS will recruit for staff that needs flexibility in work hours.

DFCS has assigned a state office staff member to coordinate recruitment efforts. The recruitment coordinator is a young vivacious master level licensed social worker who has a passion for the work we do and will represent the agency well. One of the responsibilities of the recruitment coordinator is to develop relationships with the undergraduate schools of social work. Regional Directors in the location of the schools will arrange for graduates of the schools to speak to groups of students about career opportunities in DFCS. This staff member will also work with the Human Resources Department to develop a team of four recruiters located in quadrants of the state.

It is important that recruitment efforts include a realistic picture of child welfare work. Research shows that new workers with unrealistic expectations leave the work force much sooner than those who understand in the beginning the challenges in this field. DFCS has many benefits to present to students:
- Opportunities for advancement – There are now a larger number of higher paying positions in the agency.
- Educational assistance – The Professional Enhancement program should be an excellent recruitment tool for those students who want to further their education.
- Compressed day – Staff work nine ten-hour days and have a day off on either Friday or Monday.

4

DHS
282895

**Proposed Timelines.**

| Action Steps | Responsible Positions | Time to Begin | Expected Progress July 2011 | Expected Progress July 2012 |
|---|---|---|---|---|
| Recruit and Hire staff Statewide to Maintain case-Load standard | Tammy Miller, Reg. Directors, & Human Resources | 08-2010 | 50% of vacant FPS Pins filled. Corresponding number of ASWS hired. | 80% of vacant FPS PINS filled. Corresponding number of ASWS hired. |
| Recruit & hire staff in critical Counties; Jackson, Harrison, Hancock, Hinds, Rankin, and Region I-S | Tammy Miller, Reg. Directors, & Human Resources | 08-2010 | Vacant positions in each county will decrease by 25 %. Corresponding number of ASWS hired. | Vacant positions in each county will decrease by 50 %. Corresponding number of ASWS hired. |
| Contract for support staff in those counties and regions needing clerical support. | Patricia Shannon and Tammy Miller | 09-2010 | 50% of needed positions will be filled. | 75% of needed positions will be filled. |
| Recruit & hire bi-lingual (English-Spanish) staff. | Tammy Miller, Regional Directors & Human Resources | 10-2010 | Harrison & Jackson hired by 03-11, DeSoto by 10-11, and Hinds/Rankin/Scott by 01-12 | Five bi-lingual workers will be hired. |
| Recruit & hire non-traditional work hours resource workers | Tammy Miller, Angie Williams, Patricia Shannon, and Regional Directors | 10-2010 | Workers will be available in the three counties with the most critical need for resource workers. (Location will change as the caseload changes.) | Workers will be available in the three counties with the most critical need for resource workers. |
| Develop schedule with schools of social work for speakers | Jenni Murray and Regional Directors | 01-2011 | 75% of undergraduate schools will have presentations | 90% of under-Graduate schools will have presentations. |

**Partnerships with Universities**

Research has shown that partnerships with schools of social work are important in the recruitment of graduates to the field and in the enhancement of child welfare curriculum in both undergraduate and graduate programs. Faculty can be used to train staff to carry out their roles and responsibilities and to supplement existing staff through field placements in the local offices. The visibility of Child Welfare Initiatives within the schools of social work raises the level of interest in pursuing a career in child welfare.

DHS 282896

**Current University / Agency Partnerships - Cohort Agreements:**

DFCS currently has partnerships with schools of social work at Jackson State University, the University of Mississippi, and the University of Southern Mississippi to promote staff education. A request for proposals for the next year was issued on June 1, 2010 and sent to all accredited schools of social work in the state. The due date for proposals was June 14, 2010, and three proposals were selected for funding for the next contractual year. Award letters were issued on July 14, 2010, and contracts will be negotiated with Jackson State University, the University of Mississippi, and the University of Southern Mississippi.

These Universities work with full time employed DFCS staff to set up a cohort of classes conducive to attending school part time and working full time. Universities take advantage of the compressed time schedule to allow DFCS employees to attend classes on their every other Monday or Friday off work. This allows DFCS workers to attend class during the day while their own children are at school. It further allows them to be at home on the weekends, which causes less interference with the working of on call schedules and family life.

The Mississippi Legislature has set aside funding for professional enhancement of DFCS employees. This funding has been and will continue to be utilized to reimburse tuitions, books and some fees and to support these innovative University programs/partnerships. There are currently sixty-six (66) students involved in this endeavor.

It has also been necessary to work with the University partners to create viable, creative field placement experiences. The Agency has partnered with the Universities to create field placements that encourage professional growth in the area of child welfare.

## IV-E Continuing Education Program and Planning

DFCS has contracted with the Center for the Support of Families to assess our IV-E eligibility determination process. This assessment should result in an increase in our IV-E penetration rate which will make the engagement of University/Agency Partnerships much more viable. DFCS is also in the process of working with our University Partners to evaluate the steps to be taken to get a formal Title IVE University/Agency agreement established. It is absolutely necessary that the Department move toward the drawing down of IVE training dollars. This program would allow for the paying of tuition and stipends to undergraduate students who express a commitment to working in the area of child welfare upon graduation. The Title IVE slots are historically sought out positions and result in the best of the best students receiving this award.

## University / Agency Partnership: Training Academy

Since May 2006, DFCS has had a Training Academy partnership with the University of Southern Mississippi. DFCS issued an RFP, for the next federal contractual year, on June 30, 2010, to all universities in the state with social work programs. Proposals are being accepted at this time with a due date of July 30, 2010. A new contract will be entered on October 1, 2010.

The Training Academy will focus on the recruitment and retaining of staff in Forrest County and in Harrison County. Support in recruitment and selection of staff will be provided by the University partner. Further the Training Academy will provide training support in the area of Secondary Traumatic Stress (retention effort), Supervisory Learning Labs (retention – strengthening the supervisory line) and in

6

facilitating field placement teams and field placements for individual students (opportunity for professional enhancement).

Notes:

- Learning Labs for Regional Directors and Area Social Work Supervisors are held monthly from January through June in each region. Topics for the labs are chosen by the participants – based on a needs assessment completed at the end of every year - and the inter-active curricula are developed and presented by the school staff and consultants. These labs have been team building experiences as well as skill and knowledge enhancements. Topics in 2010 have included ethics, culture diversity, cultural competency and adult learning theory. DFCS will continue and expand this partnership. Ethics and Cultural Diversity continuing education is a required area for licensure renewal. (Retention – able to secure CE's on job site)
- Several DFCS county offices accept students for field placement from the undergraduate schools. Experience shows that many of these students choose to return to the agency to work after graduation. The agency plans to increase efforts on this item by developing internship programs for every school of social work in the state. Units will be established in the county in which the school is located or in an adjoining county. (See attached list of Mississippi Undergraduate Schools Accredited by the Council on Social Work Education) Counties with a history of successful "retention" of interns and evidence of successful placements will be designated as field placement counties. Counties should strive to become a field placement county.
- Forrest County has had a field placement unit for several years with a small group of graduate students supervised by a university faculty member from the University of Southern Mississippi. This will continue.
- Harrison County will attempt to model the Forrest County Field placement structure.

### Proposed Timelines

| Action Steps | Responsible Position | Time to Begin | Expected Progress at 07-11 | Expected Progress at 07-12 |
|---|---|---|---|---|
| Develop plan With CSF re Use of Title IV-E funds | Training Director | 10-2010 | Plan developed | Plan being implemented |
| Funding of Undergraduate SW education | Training Director | 10-2011 | Plan approved | 10 BSW students with funding |
| Establish Internships for BSW students In appropriate counties | Training Director | 01-2011 | Internships will be approved for 50% of BSW Programs | Internships will Be operational for 75 % of BSW Programs. |
| Establish Appropriate field placement Opportunities for advanced students | Training Director in conjunction with directors of social work programs. | 04-2011 | Plan developed | Placements identified for all advanced students for spring semester. |

**Transitioning Non-Social Work Licensed Staff to Appropriate Positions**

Unless further approved by the State Legislature, effective July 2012, state law will not permit DFCS to use non-social work licensed workers to provide case assignment child welfare services to families. In the next two years, the agency will assist these workers to locate appropriate responsibilities within the case work structure. Currently there are 117 staff members working in the Family Protection Worker series. There is an additional significant number of Family Protection Specialists who possess a social work degree but not a social work license. The usual attrition rate will lower that number, but DFCS will implement a plan to achieve the goal of an all-social work licensed staff supported by social work aides who may hold a social work degree and no license or who may have a related degree. Vacant positions in this category of workers are not being filled, except in the highly critical areas. Some of the current workers may be able to assume social work aide positions. Some of their responsibilities could include the following:

- compiling information and data for referrals for termination of parental rights which will lead to permanency for children in a shorter time frame
- compiling documents for the determination of eligibility of foster children for Title IV-E funds which would increase available monies
- working with a licensed social worker, assisting families to access needed resources and other duties with prevention/protection cases (Family preservation/reunification assistants).

<u>**Proposed Timelines**</u>

| Action Steps | Responsible Position | Time to Begin | Expected Progress 07-11 | Expected Progress 07-14 – expect progress each year |
|---|---|---|---|---|
| Focus on the hiring of licensed social workers | Tammy Miller & Human Resources | 10-2010 | Completed | Completed |
| Employment/continued education counseling with workers | Regional Directors and ASWSs | 11-2010 | Continued as needed | Completed |
| Appropriate case assignment /responsibilities of workers with related degrees or non licensed social work degreed staff. | Regional Directors and Human Resources | 11-2010 | 50% of non social work licensed staff placed | 100% of non social work licensed staff placed. |

DHS
282899

**Retention of Staff**

Research shows that both the quality and quantity of supervision has a significant impact on retention of child welfare staff.  DFCS has addressed the quantity issue by decreasing the number of staff supervised, allowing more time for the ASWS to mentor, train, and supervise the front line worker.  Likewise, the work load of the Regional Directors has been decreased to allow for closer and more frequent supervision of the ASWS positions.  It is equally important that quality of supervision be enhanced.  This will be accomplished through continued in-service training to enhance supervisory skills and to keep staff abreast of the many changes occurring within the agency.

The following chart shows the percentage of employees who separated from the agency from 2004 through May 2009.



9

DHS
282900

The following chart shows the reason given for separation from the agency for those employees who separated from 2004 through May 2009.



The reasons given for separation have remained fairly constant for the last five years as indicated in the chart above. The most common reason for separating is resignation to leave state government. Although resignation is hardly uncommon for state agencies, the agency needs to increase efforts to compete with the private sector.

A major issue which has affected staff retention is the lack of realignment of positions. Although the State Personnel Board enacted a realignment package for the social worker and supervisor series in 2009, there were not sufficient monies to fund the pay increases for DFCS. Several state agencies with much smaller staff numbers were able to fund these raises, which placed DFCS at a distinct disadvantage in recruiting and retaining staff. A DFCS worker can transfer to a sister agency and receive a substantial increase in pay. Adequate funding to provide the realignment package will be requested from the Legislature.

There are programs within DFCS which promote the retention of staff.
- Opportunities for advancement (affects both recruitment and retention)
- Compressed day (staff views this as an extra day off in which to attend to personal business which they can not do on the week-end).
- Safety and protection, such as the Memorandum of Understanding with the Bureau of Narcotics and partnerships with local law enforcement agencies.
- Specialized training for supervisory staff
- Graduate education opportunities (Both recruitment and retention).

10

DHS
282901

**Proposed Timelines– Realignment of Licensed Staff**

| Action Steps | Responsible Positions | Time to Begin | Expected Progress 07-11 | Expected Progress 07-12 |
|---|---|---|---|---|
| Prepare narrative for 2012 Budget proposal | Lori Woodruff | 07-2010 | Request submitted | On-going until achieved |
| Testify at Legislative Hearings | Lori Woodruff | 11-2010 and 12-2010 | Complete | On-going until achieved |

## Comprehensive Organizational Health Assessment (COHA) Results

Mississippi DHS, June 2010

| | State Off. | 1 N | 1 S | 2 E | 2 W | 3 N | 3 S | 4 N | 4 S | 5 E | 5 W | 6 | 7 E | 7 W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Leadership** | 4.3 | 4.4 | 4.3 | 4.4 | 4.7 | 4.3 | 3.8 | 4.2 | 4.4 | 4.5 | 4.3 | 5.1 | 4.1 | 4.3 |
| **Readiness for Family Centered Practice** | | | | | | | | | | | | | | |
| Change Confidence | 4.7 | 4.8 | 4.7 | 4.7 | 4.8 | 4.9 | 4.8 | 4.4 | 4.8 | 4.8 | 4.8 | 5.2 | 4.8 | 4.7 |
| Need for Change | 4.5 | 4.8 | 4.7 | 4.6 | 4.7 | 4.7 | 4.6 | 4.4 | 4.7 | 4.6 | 4.7 | 4.8 | 5.0 | 4.8 |
| Organizational Benefits | 4.7 | 4.8 | 4.9 | 4.8 | 4.9 | 4.9 | 4.9 | 4.6 | 4.7 | 4.8 | 4.8 | 5.2 | 4.9 | 5.1 |
| Personal Benefits | 4.3 | 4.4 | 4.4 | 4.4 | 4.5 | 4.4 | 4.5 | 4.4 | 4.5 | 4.4 | 4.4 | 4.2 | 4.9 | 4.6 |
| Leadership Support | 4.2 | 4.3 | 4.4 | 4.1 | 4.5 | 4.2 | 3.9 | 4.3 | 4.2 | 4.2 | 4.2 | 4.4 | 4.0 | 4.2 |
| Shared Vision/Professional Orientation | 4.5 | 4.8 | 4.6 | 4.7 | 4.8 | 4.7 | 4.3 | 4.8 | 4.5 | 4.8 | 4.6 | 5.4 | 3.9 | 4.6 |
| **Organizational Learning Capability** | | | | | | | | | | | | | | |
| Experimentation | 4.0 | 4.2 | 4.3 | 4.1 | 4.2 | 4.0 | 3.5 | 4.3 | 4.0 | 4.2 | 3.9 | 4.5 | 3.5 | 4.1 |
| Risk Taking | 3.5 | 3.5 | 3.4 | 3.5 | 3.5 | 3.7 | 3.3 | 3.8 | 3.5 | 3.6 | 3.7 | 3.4 | 3.3 | 3.7 |
| Interaction with Environment | 3.8 | 4.0 | 4.0 | 3.8 | 4.2 | 4.0 | 3.6 | 4.3 | 3.8 | 3.9 | 4.0 | 4.7 | 3.6 | 4.1 |
| Dialogue | 4.1 | 4.6 | 4.4 | 4.5 | 4.6 | 4.4 | 3.8 | 4.3 | 4.6 | 4.6 | 4.4 | 5.3 | 3.9 | 4.3 |
| Participative Decision Making | 3.2 | 3.3 | 3.3 | 3.3 | 3.6 | 3.2 | 2.7 | 3.2 | 2.9 | 3.7 | 3.2 | 4.6 | 2.5 | 3.3 |
| Inclusivity | 4.1 | 4.1 | 4.1 | 4.1 | 4.3 | 4.2 | 3.7 | 4.3 | 4.1 | 4.3 | 4.2 | 4.5 | 4.1 | 4.3 |
| **Family Centeredness** | | | | | | | | | | | | | | |
| Stakeholder Engagement | 4.0 | 4.0 | 4.1 | 4.0 | 4.2 | 4.0 | 3.6 | 3.9 | 3.9 | 4.1 | 4.1 | 4.6 | 3.9 | 3.9 |
| Meaningful Partnerships | 4.3 | 4.7 | 4.5 | 4.7 | 4.9 | 4.7 | 4.0 | 4.8 | 4.5 | 4.7 | 4.7 | 5.5 | 4.2 | 4.5 |
| Cross-Systems Partners | 4.1 | 4.3 | 4.2 | 4.3 | 4.9 | 4.4 | 3.6 | 4.8 | 4.3 | 4.4 | 4.4 | 5.3 | 4.0 | 4.4 |
| Caseworker Engagement | 4.3 | 4.8 | 4.6 | 4.9 | 4.9 | 4.7 | 4.1 | 4.9 | 4.6 | 4.7 | 4.8 | 5.6 | 4.4 | 4.4 |
| Shared Planning Decision Making | 2.7 | 3.0 | 2.9 | 3.1 | 3.1 | 3.0 | 2.6 | 3.2 | 2.9 | 3.0 | 3.0 | 3.5 | 2.8 | 2.9 |
| Cultural Competence | 3.6 | 3.5 | 3.7 | 3.6 | 3.7 | 3.6 | 3.3 | 3.9 | 3.4 | 3.9 | 3.8 | 4.7 | 3.5 | 3.5 |
| Addressing Disproportionality | 3.9 | 4.0 | 3.9 | 4.1 | 4.2 | 3.9 | 3.8 | 4.4 | 4.0 | 4.2 | 4.2 | 4.0 | 3.7 | 4.1 |
| **Community** | | | | | | | | | | | | | | |
| Community Resources | 4.3 | 4.0 | 3.9 | 3.7 | 4.1 | 4.0 | 4.3 | 3.8 | 4.2 | 4.2 | 4.2 | 4.4 | 4.6 | 4.1 |
| Public Perception | 3.7 | 3.7 | 3.7 | 3.8 | 3.8 | 3.7 | 3.6 | 4.1 | 3.8 | 3.9 | 3.7 | 4.1 | 3.6 | 3.7 |
| **Job Satisfaction** | 3.8 | 3.7 | 3.7 | 3.6 | 3.9 | 3.7 | 3.5 | 3.8 | 3.7 | 3.8 | 3.7 | 4.2 | 3.5 | 3.8 |
| Intent to Stay | 4.2 | 4.2 | 4.2 | 4.0 | 4.0 | 4.1 | 4.0 | 4.3 | 4.0 | 4.1 | 4.1 | 4.7 | 4.5 | 4.2 |
| Nature of Work | 4.8 | 4.8 | 4.8 | 4.8 | 4.9 | 4.8 | 4.8 | 4.9 | 4.8 | 4.7 | 4.8 | 5.5 | 5.0 | 4.9 |
| Benefits | 3.6 | 3.0 | 3.3 | 3.1 | 3.4 | 3.3 | 3.3 | 3.5 | 3.4 | 3.3 | 3.1 | 3.7 | 3.4 | 3.7 |
| Communication | 3.8 | 4.0 | 4.0 | 3.8 | 4.2 | 3.8 | 3.4 | 4.1 | 4.1 | 3.9 | 3.9 | 4.7 | 3.7 | 4.1 |
| Operating Procedures | 3.9 | 3.0 | 3.0 | 3.0 | 3.4 | 3.3 | 3.3 | 3.4 | 3.3 | 3.3 | 3.3 | 3.8 | 3.2 | 3.2 |
| Physical Environment | 4.3 | 3.8 | 4.1 | 4.0 | 3.9 | 4.2 | 4.3 | 4.5 | 4.3 | 4.1 | 4.1 | 4.4 | 3.9 | 4.0 |
| Contingent Rewards | 3.5 | 3.4 | 3.4 | 3.3 | 3.6 | 3.3 | 3.0 | 3.9 | 3.5 | 3.5 | 3.4 | 4.2 | 3.1 | 3.8 |
| Pay | 2.7 | 2.1 | 2.2 | 2.2 | 2.5 | 2.4 | 2.1 | 2.4 | 2.2 | 2.5 | 2.1 | 1.9 | 2.2 | 2.4 |
| Promotion | 3.2 | 3.1 | 3.2 | 3.1 | 3.4 | 3.3 | 2.8 | 3.6 | 3.0 | 3.6 | 3.1 | 3.5 | 3.0 | 3.2 |
| Professional Quality of Life | 4.7 | 4.4 | 4.4 | 4.4 | 4.6 | 4.5 | 4.5 | 4.2 | 4.5 | 4.4 | 4.5 | 5.0 | 4.6 | 4.4 |
| **Training and Support** | | | | | | | | | | | | | | |
| Training and Preparation for Work | 4.3 | 4.6 | 4.6 | 4.6 | 4.6 | 4.5 | 4.2 | 4.6 | 4.5 | 4.7 | 4.5 | 5.2 | 4.1 | 4.2 |
| Supervision | 4.6 | 5.2 | 4.9 | 5.0 | 4.8 | 4.6 | 4.4 | 5.2 | 4.5 | 4.7 | 5.0 | 5.3 | 4.7 | 4.5 |

DHS
282903

| | State Off. | 1 N | 1 S | 2 E | 2 W | 3 N | 3 S | 4 N | 4 S | 5 E | 5 W | 6 | 7 E | 7 W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervisor Competence | 4.4 | 4.9 | 4.8 | 4.9 | 4.7 | 4.7 | 4.1 | 4.8 | 4.6 | 4.8 | 4.7 | 5.5 | 4.1 | 4.3 |
| Supervisor Support | 4.4 | 5.0 | 4.8 | 4.8 | 4.8 | 4.8 | 4.2 | 4.8 | 4.6 | 4.8 | 4.8 | 5.5 | 4.2 | 4.4 |
| Co-workers | 4.4 | 4.6 | 4.5 | 4.6 | 4.7 | 4.5 | 4.3 | 4.3 | 4.6 | 4.3 | 4.5 | 5.1 | 4.1 | 4.8 |
| Professional Sharing and Support | 4.5 | 5.0 | 4.9 | 5.0 | 5.0 | 5.0 | 4.7 | 4.9 | 5.0 | 5.0 | 4.8 | 5.6 | 4.6 | 4.9 |
| Team Cohesion | 4.0 | 4.2 | 4.2 | 4.3 | 4.2 | 4.1 | 4.0 | 4.1 | 4.2 | 4.3 | 4.3 | 4.6 | 3.8 | 4.1 |
| **Psychological Health** | | | | | | | | | | | | | | |
| Vicarious Traumatization | 2.6 | 3.0 | 3.0 | 2.9 | 2.7 | 2.9 | 2.7 | 2.9 | 2.7 | 3.1 | 2.9 | 2.4 | 2.7 | 2.7 |
| Coping | 4.3 | 4.4 | 4.5 | 4.3 | 4.5 | 4.5 | 4.6 | 4.4 | 4.5 | 4.4 | 4.5 | 4.5 | 4.6 | 4.4 |
| Psychological Capital | 4.6 | 4.5 | 4.5 | 4.4 | 4.6 | 4.5 | 4.6 | 4.4 | 4.6 | 4.5 | 4.5 | 4.8 | 4.7 | 4.6 |
| Resilience | 4.7 | 4.6 | 4.6 | 4.5 | 4.6 | 4.5 | 4.7 | 4.6 | 4.6 | 4.5 | 4.6 | 4.9 | 4.7 | 4.6 |
| Hope | 4.7 | 4.6 | 4.6 | 4.4 | 4.7 | 4.7 | 4.8 | 4.4 | 4.6 | 4.6 | 4.6 | 4.9 | 4.6 | 4.4 |
| Self-Efficacy | 4.5 | 4.8 | 4.6 | 4.5 | 4.7 | 4.5 | 4.6 | 4.3 | 4.6 | 4.7 | 4.7 | 4.9 | 4.7 | 4.7 |
| Optimism | 4.5 | 4.3 | 4.3 | 4.3 | 4.5 | 4.1 | 4.3 | 4.3 | 4.4 | 4.2 | 4.3 | 4.4 | 4.6 | 4.5 |
| | | | | | | | | | | | | | | |

13

DHS
282904

**MISSISSIPPI UNDERGRADUATE SCHOOLS ACCREDITED BY THE COUNCIL ON SOCIAL WORK EDUCATION**

| SCHOOLS | COUNTY LOCATION | ADJOINING COUNTIES |
|---|---|---|
| Alcorn State University | Jefferson | Claiborne, Copiah, Lincoln, Franklin, Adams |
| Delta State University | Bolivar | Coahoma, Sunflower, Washington |
| Jackson State University | Hinds | Warren, Yazoo, Madison, Rankin, Simpson, Copiah, Claiborne |
| Mississippi College | Hinds | Warren, Yazoo, Madison, Rankin, Simpson, Copiah, Claiborne |
| Mississippi State University – Meridian | Lauderdale | Kemper, Neshoba, Newton, Jasper, Clarke |
| Mississippi State University – Starkville | Oktibbeha | Lowndes, Clay, Webster, Choctaw, Winston, Noxubee |
| Mississippi Valley State University | Leflore | Tallahatchie, Sunflower, Humphreys, Holmes, Carroll, Grenada |
| Rust College | Marshall | DeSoto, Tate, Lafayette, Union, Benton |
| University of Mississippi | Lafayette | Marshall, Tate, Panola, Yalobusha, Calhoun, Pontotoc, Union |
| University of Southern Mississippi | Forrest | Lamar, Pearl River, Stone, Perry, Jones, Covington |

DHS
282905