**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

04J J82022231
$00.440
Mailed From 39201
11/12/2010
US POSTAGE

**RECEIVED**
NOV 29 2010
Clerk, U.S. District Court
Southern District of Miss.

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

NIXIE        392  5E 1        00 11/23/10
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 39201240999        *04465-20406-12-35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL.                                                              PLAINTIFFS

v.                                                    CIVIL ACTION NO. 3:04CV251 TSL-FKB

HALEY BARBOUR, AS GOVERNOR OF THE STATE OF MISSISSIPPI, ET AL.    DEFENDANTS

### ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER

THIS CAUSE CAME on for hearing on Defendants' Unopposed Motion [Doc. No. 526] for an extension of time until December 3, 2010, to respond to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver [Doc. No. 511]. The Court has considered the Motion and, being fully advised in the premises, the Court finds that good cause exists for the extension sought, that there is no objection to the requested extension, and that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants are granted an extension of time until December 3, 2010, to file their response to Plaintiff's Motion for Contempt and for the Appointment of a Receiver, and Plaintiffs are granted an extension of time until December 23, 2010, to file their reply in further support of their Motion for Contempt and for the Appointment of a Receiver.

SO ORDERED this 12th day of November, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

ATTORNEYS FOR DEFENDANTS