CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

NIXIE          392   5E 1          00   11/29/10
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 39201241391                *0456-20259-12-35

RECEIVED NOV 29 2010
Clerk, U.S. District Court
Southern District of Miss.

$00.440
Mailed From 39201
11/12/2010
US POSTAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                          PLAINTIFFS

v.                                              CIVIL ACTION NO. 3:04CV251 TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*    DEFENDANTS

### ORDER

Upon consideration of the Motion for Enlargement of Time to File Court Monitor's Report, Memorandum of Points and Authorities in support thereof, the lack of opposition thereto, and the entire record herein, it is by the Court hereby

**ORDERED**, that the Motion for Enlargement of Time to File Court Monitor's Report is hereby **GRANTED**; and it is

**FURTHER ORDERED**, that the time period established by the September 14, 2010 Order for the Court Monitor to file the report on the Bridge Plan shall be extended from November 10, 2010 to November 23, 2010.

**SO ORDERED**, this 12th day of November, 2010.

>                     /s/Tom S. Lee
>                     TOM S. LEE
>                     JUDGE

Copies to:

    Dewitt L. ("Rusty") Fortenberry Jr.
    Kenya Key Rachal

Ashley Tullos Young
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
428 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

Harold E. Pizzetta, III
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201

Marcia Robinson Lowry
Shirim Nothenberg
Jessica Polansky
CHILDREN'S RIGHTS
330 Seventh Avenue
New York, New York 10001

John Lang
John Piskora
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154

Grace M. Lopes
Court Monitor
1350 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036