**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JAMES D. JOHNSON, as next friend to**                                                 **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**                                                         **CIVIL ACTION NO.: 3:04cv251LN**

**HALEY BARBOUR, as Governor of the**                                       **DEFENDANTS**
**State of Mississippi, et al.**

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION REGARDING
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT
AND FOR THE APPOINTMENT OF A RECEIVER**

COME NOW, Defendants and file this Motion to exceed the page limitation for their Memorandum in Opposition to Plaintiffs Motion for Finding of Contempt and for the Appointment of a Receiver law stating as follows:

1. Rule 7(b)(5) of the Local Uniform Civil Rules provides that the movant's original and rebuttal memoranda briefs together may not exceed a total of thirty-five pages, and respondent's memorandum brief may not exceed thirty-five pages.

2. This litigation addresses many significant constitutional and legal issues important to both the Plaintiffs and the State of Mississippi. To properly brief all of the issues raised in Plaintiffs' Motion for Contempt and for the Appointment of a Receiver, it will be necessary that Defendants' Memorandum in Opposition to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver exceed a total of thirty-five pages.

3. The undersigned counsel is aware that excessively long filings are not proper and every effort will be made to be as concise as possible.

4. Due to the self explanatory nature of this Motion, Defendants respectfully request that

they be relieved from filing a supporting memorandum.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court allow Defendants' Memorandum in Opposition to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver to exceed the thirty-five page limit.

Respectfully submitted, this the 3rd day of December, 2010.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
Telephone: (601) 359-3816
Facsimile: (601) 359-2003

**CERTIFICATE OF SERVICE**

I, Dewitt L. "Rusty" Fortenberry, Jr., do hereby certify that on December 3rd, 2010, I electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

Shirim Nothenberg
Marcia Robinson Lowry
Jessica Polansky
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY  10001

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

John Lang
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this 3rd, day of December, 2010.

/S/ DEWITT L. ("RUSTY') FORTENBERRY, JR.