IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to　　　　　　　　　　　　　　　　PLAINTIFFS
Olivia Y., et al.

vs.　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 3:04cv251LN

HALEY BARBOUR, as Governor of the　　　　　　　　　　　　　　　　DEFENDANTS

State of Mississippi, et al.

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

THIS CAUSE is before the Court on the Defendants' Motion to Exceed Page Limitation for their Memorandum in Opposition to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver. The Court, upon consideration of the same, finds that said Motion is well-taken and should be granted..

IT IS, THEREFORE, ORDERED that Defendants' Motion to Exceed the Page Limitation provided by Local Uniform Civil Rule 7(b)(5) is hereby granted.

SO ORDERED, this 3rd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

**HAROLD PIZZETTA, III, ESQ.**
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
Telephone: (601) 359-3816
Facsimile: (601-359-2003

*COUNSEL FOR THE DEFENDANTS*