**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **JAMES D. JOHNSON, as next friend to** <br> Olivia Y., et al. | **PLAINTIFFS** |
| vs. | **CIVIL ACTION NO.: 3:04cv251LN** |
| **HALEY BARBOUR, as Governor** <br> of the State of Mississippi, et al. | **DEFENDANTS** |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER**

Defendants respectfully move this Court for an Order finding that Plaintiffs' Motion for Contempt and for the Appointment of a Receiver is not well-taken and should be denied. This response is supported by Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver and with Exhibits "A"-"Z" attached hereto.

Respectfully submitted, this the 3rd day of December, 2010.

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
Telephone: (601) 359-3816
Facsimile: (601) 359-2003

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I, Dewitt L. "Rusty" Fortenberry, Jr., do hereby certify that on December 3rd, 2010, I electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

Shirim Nothenberg
Marcia Robinson Lowry
Jessica Polansky
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY  10001

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

John Lang
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this 3rd, day of December, 2010.

/S/ DEWITT L. ("RUSTY') FORTENBERRY, JR.

# INDEX OF EXHIBITS
## to Defendants' Response to Plaintiffs' Motion for Contempt and Appointment of Receiver

| | |
|---|---|
| Exhibit "A" | *David C. v. Leavitt*, No. 93-C-206, Slip Op (D. Utah, March 17, 1997) |
| Exhibit "B" | August 4, 2010 Email from Shirim Nothenberg to Kenya Rachal and Rusty Fortenberry re reserving Plaintiffs' right to seek judicial enforcement of Period 2 non-compliance |
| Exhibit "C" | November 30, 2010 Letter from Shirim Nothenberg to Rusty Fortenberry re Plaintiffs' decision that Defendants did not substantially comply with Bridge Plan requirements |
| Exhibit "D" | November 29, 2010 Letter from Jerry Milner to Rusty Fortenberry and Kenya Rachal re his position on Defendants' status of compliance with Settlement Agreement |
| Exhibit "E" | October 3, 2010 *Clarion Ledger* article "Rights Group: Foster Care Still Lagging"  http://pqasb.pqarchiver.com/clarionledger/access/2152609271.html |
| Exhibit "F" | October 6, 2010 WLBT interview transcript "Foster Care Lawsuit" http://www.wlbt.com/global/story.asp?S=13282234&clienttype=printable |
| Exhibit "G" | October 6, 2010 MBP interview transcript "A New Lawsuit Says Mississippi Isn't Protecting Foster Children" http://mpbonline.org/news/story/new-lawsuit-says-mississippi-isnt-protecting-foster-children |
| Exhibit "H" | October 7, 2010 *Clarion Ledger* article "Welfare Group Asks Court to Intervene in Overseeing Children"" http://pqasb.pqarchiver.com/clarionledger/access/21526331231.html |
| Exhibit "I" | June 26, 2006 Order of the Court re Confidentiality |
| Exhibit "J" | Affidavit of Lori Woodruff |
| Exhibit "K" | June 10, 2010 News Release from the Office of the Governor, Haley Barbour re appointment of Don Thompson http://www.governorbarbour.com/news/archive/news/2008/jun/DHSappointment.htm |
| Exhibit "L" | Resume of Don Thompson - **redacted** |
| Exhibit "M" | Affidavit of Don Thompson |
| Exhibit "N" | Resume of Lori Woodruff - **redacted** |
| Exhibit "O" | July 10, 2008 Email from Shirim Nothenbery to Kenya Rachal acknowledging receipt of Lori Woodruff's resume |

| | |
|---|---|
| Exhibit "P" | August 1, 2008 Email from Shirim Nothenberg to Rusty Fortenberry re acknowledgement of Lori Woodruff's hiring |
| Exhibit "Q" | Resume of Jerry Milner |
| Exhibit "R" | Affidavit of Cindy Greer |
| Exhibit "S" | Resume of Cindy Greer - **redacted** |
| Exhibit "T" | MS Dept. of Information Technology Services, RFP #3583 re MACWIS |
| Exhibit "U" | March 9, 2010 Email from Shirim Nothenberg to Kenya Rachal re RFPs |
| Exhibit "V" | September 23, 2010 Letter and attachments from Children's Bureau to Don Thompson re 5-year, $2,000,000 grant for recruitment and retention activities |
| Exhibit "W" | August 2008 update to MDHS Policy Manual, §F, p 4515 |
| Exhibit "X" | Relative Placement Licensing Schedule, DHS 286694-286706 - **under seal** |
| Exhibit "Y" | "Children in Custody with 2 or More Emergency or Temporary Placements" report for July 2010, DHS 285942-286024 - **under seal** |
| Exhibit "Z" | "Number of Children in Foster Care by Placement Type" report for July 2010, DHS 284922-285200 - **under seal** |