# Rights group: Foster care still lagging

The Clarion Ledger - Jackson, Miss.

| | |
|---|---|
| Author: | Molly Parker |
| Date: | Oct 3, 2010 |
| Start Page: | n/a |
| Section: | NEWS |
| Text Word Count: | 971 |

## Document Text

Jessie Summers had already raised four children.

But when it became apparent that the birth mother of the five foster kids living in her home would surrender custody, she knew what she had to do.

"My intention was to keep them together until mom did time and got herself together, but she gave up her rights. I said I'd keep them together," said Summers, who adopted the siblings in July. "I had to do what I said I was going to do."

Summers' commitment is monumental. But a Mississippi foster-care system that has always needed heroes "has made little to no progress" since a 2008 court settlement established a five-year plan for getting the system back on track, according to New York-based Children's Rights.

"The children of Mississippi deserve and are owed more," said Children's Rights attorney Shirim Nothenberg.

The scolding followed a monitoring report filed with the U.S. District Court in Jackson in early September by the independent Center and Support of Families.

Lori Woodruff, deputy administrator for DHS Family and Children's Services Division, said a recent federal review indicates progress.

"We were stronger in the areas of safety, in making sure our kids are getting an education and well-being issues, but we weren't so strong in the area of working toward permanency for children," she said. "We're making progress, but we still want to make progress in the area of permanency."

Children's Rights sued Mississippi in 2004 - Olivia Y. v. Barbour - over its child welfare system. It was filed on behalf of a severely neglected 3-year-old named Olivia and alleged the state failed to protect her and thousands of others in foster care.

Heartbreaking cases continue to surface.

A Lafayette County jury on Monday found a former Oxford resident guilty of fondling a 16-year-old female in his care between May 1, 2006, and Aug.9, 2006. David Campbell, 26, is awaiting sentencing.

The September monitoring report criticizes Mississippi's tracking system, takes issue with overloaded case workers, and calls for stronger emphasis on foster children's physical, dental and mental health needs.

At the recent Joint Legislative Budget Committee hearings in Jackson, DHS Executive Director Don Thompson requested lawmakers' permission to hire 254 new employees, mostly social workers, for the 2012 fiscal year that begins July 1.

"I thought we'd taken care of that, but I guess not," said House Appropriations Chairman Johnny Stringer.

Still, DHS has made strides in hiring social workers.



The agency's employment has grown by 235 in the last three years to 3,217, Personnel Board records show.

As of May 31, Family and Children's Services had 142 supervisory staff and 620 caseworkers, of which 66 percent were hired since the end of 2007.

But DHS struggles to find or recruit licensed social workers and Hinds County is singled out in the report as needing more caseworkers.

As of May, Hinds County had 29 caseworker vacancies among 55 allocated slots. Harrison, Jackson and Adams counties also had a combined 26 vacancies of 91 positions, the report notes.

The report says one Hinds County supervisor of social workers recently reported a caseload of 20 foster children, as well as responsibility for supervising six caseworkers.

But Summers said she didn't have trouble reaching her caseworker if she needed help.

Brenda Tobin, who has two foster children and an adopted 3-year-old son in her Byram home, also said she hasn't had trouble reaching state caseworkers.

But their kids are among hundreds in the system.

In fiscal 2010, almost 3,800 children received foster care services, a number on the rise. DHS' Thompson attributes the increase to the bad economy and an increase in methamphetamine busts at homes where children are present.

Tobin said she's found fostering and adopting rewarding. She adopted her son after first caring for him as a foster child.

"They're hurting. There are so many problems, and you watch them grow in so many ways," she said. "They come in hungry and scared. The 2-year-old was scared of baths, and now he splashes and goes to the pool and plays on his own."

DHS contends it is making progress but cites challenges related to its antiquated computer-tracking system and budget restrictions.

Woodruff, of Family and Children's Services, said the state is starting a new system in the Tupelo area to measure how long foster kids remain state wards. It plans to replicate the tracking statewide.

"We don't want to disrupt a child's life in temporary placement any longer than we have to," she said.

Judge Mike McPhail of Forrest County Youth Court is working to place children more quickly once a problem is identified.

"We used to talk about foster care drift, where a child would just float for months on into years," McPhail said. "We're trying to be more supportive of moving that child through our system through reunification or some type of permanency with a family member or foster placement and possibly an adoptive home."

Children's Rights' Nothenberg said money should be no obstacle.

"The state has an obligation with respect to these children. They took custody. There's an obligation that supercedes what your budget is," she said.

Summers said it is worth the effort.

"Children don't ask to be in this world," she said. "And they've gone through a lot of abuse."

The five former long-time wards of the state learned hard life lessons before their time.

They know there's not always a place to call home. They spent two months in a shelter before Summers took them into her home.

"We had nobody. It was rough," said 16-year-old, Jalisha.

But things are looking up.

"I don't want to go nowhere, and I want to be with her and my sister and brothers," she said. "This is the best thing that happened to me."

To comment on this story, call Molly Parker at (601) 961-7075.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

<< Back



# Foster Care Lawsuit

*Posted: Oct 06, 2010 9:40 PM CDT*
*Updated: Oct 06, 2010 10:48 PM CDT*

By Maggie Wade - bio| email

Jackson, MS -(WLBT) - A national group asked a federal judge to appoint someone else to take over Mississippi's foster care system. They also wanted the Division of Family and Children's Services for the Department of Human Services held in contempt of court. It all goes back to a lawsuit filed in 2005 and a settlement of the case in 2007.

In 2005 Children's Rights, a national advocacy group cited the case of 12-year-old Ashley Andrews of Pearl River County. She was tortured and killed. Ashley's mother and step father were charged but the Department of Human Services had been investigating Ashley's case since 1998.

Now Children's Rights say Mississippi had more than 350 children in unlicensed foster homes with caregivers who have not been screened or trained. Children's Rights attorney, Shirim Nothenberg said that is in violation of the agreement the state made to settle a lawsuit fighting for the rights of children like Ashley and others in foster care. We talked with her by phone from her office in New York.

"What we found in Mississippi, not only were kids languishing in care but they were in unsafe places often or they were in homes that were not being supervised by the state so it wasn't the safe haven Mississippi taxpayers were paying for", said Nothenberg.

In the 2007 settlement, DHS agreed to make sweeping improvements in the system. Nothenberg says the state is still failing the children it promised to protect. The latest motion accused DHS of widespread and massive disregard for the terms of the agreement and the court's order.

"We're hearing about foster parents who don't even have a medicaid card properly provided to them so if the child is sick they can't secure medical services in a timely basis", Nothenberg said.

The group filed a 61 page memorandum in federal court in Jackson Tuesday. The group claims there are several cases in which children have been beaten by their foster parents or abused during state sanctioned visits with their biological families.

"This is not a case of the state not understanding what had to happen. They agreed the system was broken, they agreed to take measures that reform the system to serve Mississippi's children", said Nothenberg.

A spokesperson for DHS told WLBT Wednesday afternoon the agency has no comment.

©2010 WLBT. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.






All content © Copyright 2001 - 2010 WorldNow and WLBT, a Raycom Media Station.
All Rights Reserved. For more information on this site, please read our Privacy Policy and Terms of Service.



EXHIBIT

F

Published by Phoebe Judge on 06 Oct 2010 4:27pm

 A new lawsuit says Mississippi is not doing an adequate job protecting the 3800 children living in Mississippi's foster care system. MPB's Phoebe Judge has this report.



The motion filed in U.S. District Court in Jackson is asking a federal judge to appoint someone to take over Mississippi's foster care system. The request was made by the New York based Children's Rights and says that the state has not done enough to comply with a 2007 settlement stemming from a 2004 lawsuit brought about by the group after they found that children in the state's foster care system were not being properly cared for. Shirim Nothenberg, is an attorney with Children's Rights,

"What that settlement obligated the state to do was to take very concrete steps to build a functioning child welfare system, and 2 ½ years after obligating itself to take these specific steps, they have just not performed in any way that could be deemed having met their obligations to these very vulnerable children."

The settlement stipulated a five year plan in which the state would implement measures to help improve the infrastructure of the foster care system. But Nothenberg says many of the same concerns they had about the foster care system in 2004 are still issues today,

"Were still faced with an inadequate array of foster placements, we are still faced with an inadequate array of mental health services, we are still faced with caseworkers that are overburdened. 2 ½ years is time enough to have gotten more from the state then what we have seen."

The Mississippi Department of Human Services replied to MPB's request for a comment, but said they do not comment on pending litigation.

EXHIBIT

G

# Welfare group asks court to intervene in overseeing children

The Clarion Ledger - Jackson, Miss.
Author:          Molly Parker
Date:            Oct 7, 2010
Start Page:      A.1
Section:         NEWS
Text Word Count: 784

---

### Document Text

---

New York-based Children's Rights, which successfully sued the Department of Human Services in 2004 to mandate sweeping foster-care reforms, is now asking the court to exert control over the program that last year handled 3,778 kids.

Shirim Nothenberg, attorney for Children's Rights, said she envisions the court appointing a receiver that would replace current top management within the Division of Family and Children Services or work alongside DHS leaders.

"This is in fact a matter of the health and safety of Mississippi's most vulnerable children," said Nothenberg, who authored a motion to hold DHS in contempt of court for not meeting the terms of a 2008 court-ordered settlement. "We need to bring core management skills into the Division of Family and Children Services."

In a brief e-mail Wednesday morning, a DHS aide said the agency had no comment. Lori Woodruff has been the division's administrator since September 2008, and Don Thompson has been executive director of the agency since July 2008.

Woodruff is a licensed master social worker and has master's degrees in social work and education, court records show. Thompson receives high marks from both parties in the Legislature.

Sen. Alan Nunnelee, R-Tupelo, vice chairman of the Senate Public Health and Welfare Committee, defended DHS' leadership and the state's child welfare system.

"There's always room for improvement, but I think we're doing everything we need to do," Nunnelee said.

DHS has suffered from steep budget cuts as have most state agencies.

"I'm not going to put it on anybody's back but our own," said House Public Health and Human Services Committee Chairman Steve Holland, D-Plantersville. "I don't think DHS is mismanaged, but I don't think it receives enough money from the Legislature to do what it needs to do."

Nothenberg said having someone in place capable of moving the reform efforts forward is necessary after the agency has failed for 2 1/2 years to meet court-mandated benchmarks outlined in a 2008 settlement agreement.

That agreement was the result of a Children's Rights lawsuit, known as Olivia Y. v. Barbour, filed on behalf of a severely neglected 3-year-old named Olivia. It alleged the state failed to protect her and thousands of other children.

The motion for contempt, filed late Tuesday evening, comes on the heels of the second report from the court-appointed monitor filed last month in U.S. District Court in Jackson related to the settlement agreement.

That report criticized the state's tracking of its foster kids, says caseworkers are overloaded with more children than they can handle and called on the Division of Family and Children Services to pay closer attention to kids' physical and mental health issues.

The first report also outlined numerous problems but praised the agency as having "significant strengths, including a leadership team of experienced child welfare professionals."

Nothenberg said she, too, had high hopes for the new management. "Then the same happened," she said. "What we're saying is, 'Court, you need to order that they are in contempt of your court order.' They reneged on their obligations to Mississippi's children."

The second monitoring report also says the state places too many children in unlicensed foster homes, with more than 350 kids living in unregulated homes, roughly 10 percent of the foster-care population.



**EXHIBIT**

H

Case 3:04-cv-00251-HSO-ASH    Document 536-4    Filed 12/03/10    Page 6 of 43

Further, Children's Rights said the state subjects children to "frequent, unpredictable and unexplained moves."

More than 20 percent of the children in the system have been shuffled through at least five different homes, according to data provided by DHS to Children's Rights.

Woodruff said in a recent interview that Family and Children's Services is working particularly hard at reducing the number of children in foster care by finding permanent homes for kids.

But these are complicated and diverse cases.

For instance, Jacqueline Middleton, a south Jackson resident, said she is frustrated with Family and Children Services because she was informed last year that the two foster children in her custody would be taken away at some point unless she chooses to adopt.

Middleton, a school counselor with Jackson Public Schools, said she wants to raise the two girls, ages 8 and 9, but can't afford adoption.

Foster parents receive financial help for clothing and after-school care.

The girls have been in her care since 2003.

"I wish the state would not make it mandatory that all the children have to be adopted," Middleton said.

"It's taking the responsibility off the state. Giving them a home, they say that's the goal. But just by adopting a child and changing their name doesn't mean it's permanency."

Nothenberg accused Mississippi of also failing to build a robust adoption subsidy program.

"It would address this very concern," she said.

To comment on this story, call Molly Parker at (601) 961-7075.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

---

**Abstract** (Document Summary)

---

The motion for contempt, filed late Tuesday evening, comes on the heels of the second report from the court-appointed monitor filed last month in U.S. District Court in Jackson related to the settlement agreement.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES D. JOHNSON, as next friend to
Olivia Y.; CARLA LEWIS, as next friend
to Jamison J. and SYLVIA FORSTER, as
next friend to Desiree, Renee, Tyson and
Monique P.                                                          **PLAINTIFFS**

VS.                                              **CIVIL ACTION NO. 3:04CV251LN**

HALEY BARBOUR; DONALD TAYLOR,
as Executive Director of the Department of
Human Services and BILLY MANGOLD,
as Director of the Division of Family and
Children's Services                                                **DEFENDANTS**

---

## <u>ORDER</u>

This matter came before the Court on the Plaintiffs' Motion for Leave to Release the
Redacted Social Work Expert Report of Dr. Lewis. The Plaintiffs argue that the Report, as redacted,
is not subject to the Confidentiality Order earlier entered by the court and that they should not be
prohibited from releasing that Report to the public. In opposition to the Motion, the Defendants
argue that earlier releases of information by Plaintiffs' counsel, as well as interviews granted by the
attorneys, has resulted in a "barrage of news stories." They further argue that the publicity generated
thereby has demoralized caseworkers employed by the Mississippi Department of Human Services
and has also subjected them to numerous and time-consuming requests for public comment.

Although there is no indication from the Defendants that the subject Report contains
personal information in violation of the Confidentiality Order, they point to an article that appears
to have been published by an entity that employs some of the Plaintiffs' lawyers. The article was
filed with the court under seal, and it tells the story of one of the Plaintiffs, who is identified by



EXHIBIT

tabbies®

I

name, and relates his experiences with the Department. In rebuttal, the Plaintiffs argue that the named Plaintiff cooperated with the publication of that story.

In deciding this matter, the court is faced with numerous competing interests, none of which is precisely contemplated by the law on protective orders cited by the Plaintiffs, which is principally concerned with one party's obtaining discoverable information from another. Nor is this precisely a public access question, as it is a party seeking to disseminate information, not a member of the press or general public who is seeking access to it. *Compare Seattle Times v. Rhinehart*, 467 U.S. 20 (1984). Finally, the court is mindful of the public interest that is served by preventing undue pressure or expense to an already burdened governmental agency.

Having balanced these interests, reviewed the pleadings and considered the arguments, the court is of the opinion that the Plaintiffs cannot lawfully be prevented from disseminating the Report in question, so long as it is appropriately redacted. However, the prospect of attorneys' granting interviews to comment on this Report, or any other aspect of this case, is a matter of great concern. Any attorney appearing in this court is subject to the Mississippi Rules of Professional Conduct. Unif. Local R. 83.5. In the context of trial publicity, Miss. R. Prof. Cond. 3.6(a) states:

> A lawyer shall not make an extrajudicial statement that a reasonable person would expect to be disseminated by means of public communication if the lawyer knows or reasonably should know that it will have a substantial likelihood of materially prejudicing an adjudicative proceeding.

All of the attorneys of record in this matter, whether admitted to the bar of this court or appearing *pro hac vice,* are bound by this Rule and should be mindful of it, or risk the disciplinary sanctions described in Local Rule 83.1(C).

IT IS, THEREFORE, ORDERED, that the Plaintiffs' Motion for Leave to Release the Redacted Social Work Expert Report of Dr. Lewis is hereby **granted**.

2

IT IS SO ORDERED, this the 26th day of June, 2006.

s/James C. Sumner

UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT**

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Lori Woodruff, who, having been duly sworn by me, states on oath the following:

1.    My name is Lori Woodruff.

2.    I am a licensed masters level social worker with over twenty years of experience in the area of child welfare.  I have a Masters of Social Work (MSW) degree as well as a Masters of Education (M.Ed.) degree.

3.    On September 2, 2008, I began work as the Deputy Administrator of Mississippi Department of Human Services- Division of Children and Family Services (MDHS-DFCS) and I remain presently employed in that position.

4.    I am responsible for the management and oversight of DFCS and have been actively engaged in the reform efforts at DFCS since the time of my hire.

5.    Immediately after starting at DFCS, Don Thompson and I began analyzing DFCS operations and its organizational structure.  As a result, we determined that in order to improve service delivery to foster children and meet the requirements of the Settlement Agreement, a change in the historical structure and operations of DFCS was necessary.

6.    I led the development of a plan to reorganize DFCS in order to more closely align administrative and management functions with core program areas.  The reorganization also reconfigured the statewide delivery of child welfare services from 7 regions to a more focused 13 regions.   Plaintiffs' counsel indicated to me that they were in agreement that such a reorganization was necessary.

EXHIBIT

tabbies'    J

7.      On November 20, 2008, the Mississippi State Personnel Board (MSPB) approved the reorganization plan.  Around this time, DFCS also obtained approval from MSPB for a career ladder to bolster the recruitment and retention of social workers.

8.      In an effort to assist with retention and advancement of DFCS caseworkers, in 2009, DFCS established a program along with funding to reimburse caseworkers for tuition costs related to obtaining advanced social work degrees.

9.      During and following the reorganization of DFCS, DFCS filled vacant management as well as newly developed positions that were part of the reorganization. Although it was a time-consuming process, DFCS competitively advertised these vacant positions in and outside of DFCS so that the division could select from as many qualified applicants as possible.  Many of these positions were advertised locally and nationally.  These efforts resulted in a number of experienced, quality hires for DFCS.

10.     I began considering a strategy for improving social work case practice throughout the state so that the many *Olivia Y* settlement reforms would take hold and be sustained.  In 2009, DFCS contracted with the Center for Support of Families (CSF) for assistance in developing an organized, well thought out process for implementing the needed reforms.  I was familiar with much of the past work of CSF's Vice President for Child and Family Services, Jerry Milner, who is a nationally-known child welfare expert and experienced in strategic planning and child welfare agency reforms, including the development of quality practice models.

11.     CSF thoroughly analyzed DFCS' case practice and consulted with the agency regarding the findings.  As a result, CSF produced a comprehensive Practice Model and Implementation Plan designed to unify case practice statewide and incorporate family centered practice, best social work case practice, legal requirements, and *Olivia Y* settlement reforms.  The

Practice Model integrates these things with DFCS' mission and values and is comprised of six broad components, including safety assurance and risk management, mobilizing appropriate services timely, involving family members in decision making and case activities, preserving relationships and connections, individualized case planning, and strengths and needs assessments. The Practice Model also includes a continuous quality improvement system that will implement quality assurance protocols at the county, regional, and state levels.

12.    DFCS has dedicated substantial attention and resources to development of the Practice Model and I believe it is a crucial component in DFCS' reform strategy and will lead to compliance with the Settlement Agreement terms and result in substantive improvements to caseworker practice.

13.    Although a practice model is not required by the terms of the Settlement Agreement, it is beneficial for incorporating the many *Olivia Y* and other mandates in a format that DFCS staff and other stakeholders across the State can easily understand. Though these efforts have been time consuming and did not result in a "check mark" for a specific *Olivia Y* settlement requirement, these efforts are vital to allow the *Olivia Y* reforms to materialize and be sustained for the long haul.

14.    Children's Rights Incorporated (CRI) has noted in its Motion for Contempt and Appointment of Receiver that "caseworkers in some counties share cramped trailers that do not meet minimum professional standards". The fact is that as a result of Hurricane Katrina, DFCS caseworkers in Hancock County currently work out of trailers. DFCS is one of many agencies in Hancock County that is still operating out of trailers as agency buildings are being re-built. DFCS has been monitoring and encouraging progress in Hancock County. Plans for a new

county building in Hancock County have been finalized and the new building is expected to be completed in 2012.

15.    In July 2010, DFCS hired a new Foster Care/Adoption Unit Director. The Foster Care/Adoption Unit Director has already made significant improvements in the unit by restructuring the Adoption/Resource Unit and increasing staff. The Unit is presently in the process of filling the position of Program Administrator, Senior. This person will serve as liaison between DFCS County staff and State Office staff and will assist in resource development for all resource homes, train resource staff as needed, assist with statewide recruitment of resource homes, and implement procedures and protocols in the Resource Unit to further uniform case practice throughout the state. The Unit is also accepting applications for two family protection workers who will be primarily designated for recruitment of resource homes, with one assigned as a teen-focused recruiter and the other as a media-focused recruiter. In an effort to increase the number of adoptions and improve case practice related to permanency and adoption, on May 24-26, July 14-16, and September 1-3, 2010, DFCS Resource Supervisors attended Adoption Competency Training conducted by the National Resource Center for Adoption. The training's curriculum included the latest research in adoption practice and focused on challenges that may exists as a child or youth transitions from foster care to adoption.

16.    In November 2010, DFCS partnered with Casey Family Programs to host the 2010 Permanency Summit. All DFCS Resource Supervisors, Area Social Work Supervisors, and Regional Directors attended the Permanency Summit, along with a number of Youth Court Judges and stakeholders. The Summit focused on the importance of permanency, family centered practice, the current state of permanency in Mississippi, concurrent planning,

Mississippi's Practice Model, and how to increase permanency for children in Mississippi going forward.

17.     The filing of Plaintiffs' Motion for Contempt and Appointment of Receiver and the corresponding press statements by CRI, have had a chilling effect on DFCS' ability to hire caseworkers as well as those in management positions who would be at-will employees.  For example, a number of potential candidates have expressed reservations about joining DFCS due to the pending Motion and the prospect of the appointment of a receiver.

18.     The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

19.     I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the _30_ day of November, 2010.


_____
                    LORI WOODRUFF


SWORN TO AND SUBSCRIBED BEFORE ME, this the _30th_ day of November, 2010.


_____
                    NOTARY PUBLIC

My Commission Expires:

_12/9/13_

Home | Contact | First Lady | Biography | Staff



State of the State 2009
*Governor Barbour*

Tuesday, June 10, 2008

## GOVERNOR BARBOUR APPOINTS THOMPSON TO HEAD DEPARTMENT OF HUMAN SERVICES

### *EXECUTIVE DIRECTOR TAYLOR RETIRES*

(JACKSON, Mississippi) - Governor Haley Barbour today named Don Thompson of Brandon as Executive Director of the Mississippi Department of Human Services (DHS), replacing Donald R. Taylor who announced his retirement. Thompson will officially begin serving in his new position July 1, 2008.

"Don Thompson has the strong credentials, knowledge and necessary experience to hit the ground running and I am pleased he has agreed to accept this vital and challenging position in state government," Governor Barbour said. "He has a consistent record of achievement in senior healthcare administrative positions that will serve him well as Executive Director of DHS. I know he shares my personal concern for the well-being of our neediest citizens."

Thompson, a Hazlehurst native, has served as State Personnel Director since 2007 and prior to that was Deputy Administrator at the Division of Medicaid. His distinguished career in the United States Navy spans from 1970 to 2004 where he held various major staff and senior healthcare positions. A graduate of Mississippi State University, Thompson holds both a master's degree and a bachelor of science degree in Business Administration.

Thompson is married to the former Dorothy Myers of Lakeview, Ohio. They have one adult daughter, Kimberly, who is a Navy Lieutenant.

Governor Barbour also praised the outstanding leadership provided by retiring DHS Executive Director Taylor, who has served in the position since the beginning of the first Barbour Administration in 2004.

"Don Taylor's personal and professional dedication to the vital missions of the Department of Human Services is legendary and his record of achievement reflects his tireless efforts," Governor Barbour said. "DHS has repeatedly received federal awards for outstanding performance under his leadership."

Taylor has served the longest tenure in the same office of any DHS commissioner in the country, totaling nine years at the helm between Governor Barbour and former Governor Kirk Fordice's Administrations.

He is credited with leading efforts to help Mississippi's children, resulting in a $36 million increase in child support collections during his tenure. And one of the agency's greatest accomplishments was processing more than 186,000 disaster food stamp applications and issuing $110 million in benefits in less than 30 days after Hurricane Katrina.

In addition, DHS earned the 2008 Director's Cup for Excellence in administering the Food Stamp Program. Under Taylor's leadership DHS received the highest combined points in the areas of payment accuracy, negative error rates, claims management, and program access. In FY 2006, Mississippi received two bonus checks for high performance in the area of best payment accuracy ($1,986,833) and most improved program access ($1,396,703); in FY 2007, Mississippi collected over $4 million in over-issuance dollars, achieving the highest percentage of monies collected for established claims in the Southeast region.

DHS employs nearly three thousand people and oversees State and Federal programs for children, families, and seniors in all 82 counties. The mission of the agency is to provide services for people in need by optimizing all available resources to sustain the family unit and to encourage traditional family values thereby promoting self-sufficiency and personal responsibility for all Mississippians.

NEWS

SPEECHES

PHOTOS

SCHEDULING

APPOINTMENTS

LINKS

Sign Up For Updates          go

EXHIBIT

K

tabbies®

# Donald R. Thompson

Residence
Office     (601)-359-4457

---

| | |
|---|---|
| **Objective** | A challenging middle to senior level leadership position in an organization desiring to develop and maintain world class customer focused service. |
| **Qualifications Summary** | A results oriented leader with a consistent record of achievement in senior healthcare administrative positions. Executive experience in planning, organizing and managing organizational resources to exceed objectives. Areas of management experience include: |

Managed Healthcare
Financial Programming, Analysis and Budgets
Managing Ambulatory Care Clinics
Contract Negotiations and Administration
Hospital Administration
Human Resources
Quality Improvement/Risk Assessment
Public Service/President of Quantico, VA, School Board 1990-92

**Professional Experience**
1990 to present

| | |
|---|---|
| 1990-92 | Executive Officer, Naval Medical Clinic, Quantico, VA, |
| 1992-94 | Deputy, Naval Medical Officer Assignments, Bureau of Naval Personnel, Arlington, VA |
| 1994-97 | Director, Tricare Mid-Atlantic Region 2 and Chief, Health Services Operations, Norfolk, VA |
| 1997-00 | Director for Administration, Naval Medical Center, Portsmouth, VA |
| 2000-02 | Executive Officer, Naval Operational Medical Institute Pensacola, FL |
| 2002-04 | Commanding Officer/CEO, Naval Hospital Cherry Point, NC |
| 2004-06 | Deputy Administrator, Mississippi Division of Medicaid |
| 2006-08 | State Personnel Director, Mississippi |

**Present Position**

2008-present   Executive Director, Mississippi Department of Human Services, Jackson, MS

**Education**

Masters of Business Administration – 1980
Bachelor of Arts, Business Administration – 1970

**Professional Affiliations**

American College of Healthcare Executives, Diplomat
Healthcare Associates of Tidewater, Virginia



EXHIBIT

L

## AFFIDAVIT OF DONALD R. THOMPSON

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Donald R. Thompson, who, having been duly sworn by me, states on oath the following

1.    My name is Donald R. Thompson.  I am also known as Don Thompson.

2.    I have a Bachelor of Arts Degree in Business Administration, as well as a Masters of Business Administration.

3.    My areas of management experience include managed healthcare, financial programming/analysis and budgets, managing ambulatory care clinics, contract negotiations and administration, hospital administration, human resources, quality improvement/risk assessment, and state agencies.

4.    I achieved the rank of Captain in the United States Navy and upon my retirement from the Navy during 2004, I served as the Commanding Officer/CEO of the Naval Hospital in Cherry Point, North Carolina.

5.    During 2004 through 2006 I served as a Deputy Administrator at the Mississippi Division of Medicaid.

6.    During 2006 through 2008 I served as Director of the Mississippi State Personnel Board.

7.    Effective July 1, 2008, Governor Haley Barbour appointed me to serve as the Executive Director of the Mississippi Department of Human Services.

8.    I am responsible for the management and operations of the Mississippi Department of Human Services which includes its Division of Family and Children's Services.

**EXHIBIT**

tabbies®    _____

9.      Prior to July 1, 2008, I met with attorneys from Children's Rights, Inc., representatives of the Council on Accreditation, and Grace Lopes who is the Federal Court Monitor in the *Olivia Y* lawsuit. During this meeting, we discussed the reform of the Division of Family and Children's Services as well as my management background and philosophy. I also provided the attendees with the resumes of applicants from around the country desiring to lead the Division of Family and Children's Services. As to each applicant, a negative comment was received from Children's Rights, Inc. I subsequently received an application from Lori Woodruff and upon Plaintiff's counsel learning of my decision to appoint Lori Woodruff, counsel communicated "That is very good news."

10.     Effective September 2, 2008, I appointed Lori Woodruff to serve as Deputy Administrator of the Mississippi Department of Human Services/Department of Children's and Family Services. Lori Woodruff is responsible for the management and operations of the Division of Family and Children's Services. Lori Woodruff reports directly to me as the Executive Director of the Mississippi Department of Human Services.

11.     On November 20, 2008, I appeared before the Mississippi State Personnel Board and received approval for the reorganization of the Division of Family and Children's Services.

12.     During 2009 DFCS sought to hire a MACWIS Director but encountered difficulty because of salary limitations. A request was made to the Mississippi State Personnel Board to upgrade the MACWIS position so that a higher salary could be paid.

13.     During the State of Mississippi Fiscal Year 2008 (July 1, 2007-June 30, 2008), the Mississippi Legislature appropriated $26,293,499.00 general fund dollars to support the operations of the Division of Family and Children's Services.

2

14.    During the State of Mississippi Fiscal Year 2009 (July 1, 2008-June 30, 2009), the Mississippi Legislature appropriated $37,301,243.00 general fund dollars to support the operations of the Division of Family and Children's Services.

15.    During the State of Mississippi Fiscal Year 2010 (July 1, 2009-June 30, 2010), the Mississippi Legislature appropriated $47,938,443.00 general funds dollars to support the operations of the Division of Family and Children's Services.

16.    During the Mississippi State Fiscal Year 2011 (July 1, 2010-June 30, 2011), $46,957,982.00 in general fund dollars was appropriated to support the operations of the Division of Family and Children's Services.

17.    I have never willfully disregarded an Order of the Court in the *Olivia Y* lawsuit.

18.    The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business at the Mississippi Department of Human Services.

19.    I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the 3rd day of December, 2010.

_____
DONALD R. THOMPSON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 3rd day of November, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

March 4, 2012

3

**Lori Lynn Woodruff, LMSW, M.Ed.**

**Home:**

**Work:**
The University of Southern Mississippi
School of Social Work
118 College Drive
Drawer #5114
Hattiesburg, MS  39406
(601) 266-5956 (w)  (601) 670-5879 (c)
lori.woodruff@usm.edu

**Education:**

Mississippi College, Clinton, MS
        Master of Education, School Psychometry, May 2001

The University of Southern Mississippi, Hattiesburg, MS
        MSW Social Work, August 1989

Mississippi State University, Starkville, MS
        BSW Social Work, December 1981

**License and Certification:**

**Educator License:  License Number 173043**
Mississippi State Department of Education

AA 213  Psychometrist (K-12)
A    221 Mildly/Moderately Disabilities (K-12)
A    192 Social Studies  (7 – 12)
A    119 English  **(7-12)**

**Licensed Master Social Worker:  License Number  M0577**
Mississippi State Board of Examiners for Social Work and Marriage and Family
Therapists

EXHIBIT

2

**Awards and Distinctions:**

Commissioner's Award, United States Department of Health and Human Services
    For outstanding leadership and service in the prevention of child abuse and
    neglect

National Association of Social Workers – Mississippi Chapter
    1996 Social Worker of the Year

Supreme Court Judges' Commission for Child Welfare/Court Improvement.
Appointed position.  2006 – 2008

National Resource Center for Permanency Planning – Board Member (mid 1990's)
Hunter College School of Social Work, New York, NY

**Professional Affiliations:**

Commission on Children's Justice
Appointed member (current)

Children's Justice Task Force Member – 4-year term

Mississippi Conference on Social Welfare
    Past President
    Past President Elect
    Past Central District Representative
    Past Secretary
    Nominations Committee

**Current Employment:**

August 01, 2004 – present  - The University of Southern Mississippi
                            School of Social Work
                            Director, Child Welfare Programs

                            Currently teach SWK 329 Interviewing and Recording
                            SWK 474/692 Children and Families
                            SWK 605 Policy

                            Facilitate the Training Academy Contract – USM/DFCS
                            Components:
                            • Forrest County DFCS Project
                            • Train the Trainer
                            • Level One Supervisory Training*
                            • Learning Lab – Supervisory Training (Statewide)

2

**Employment History:**

| | |
|---|---|
| 08-2001 – 08-2004 | West Jasper School District<br>School Psychometrist |
| 07-1999 – 08-2001 | West Jasper School District<br>Case Manager |
| 04-1998 – 07 – 1999 | Regional Director<br>Mississippi Department of Human Services<br>Region IV – Division of Family and Children's Services<br>Responsibility for the regions Division of Family and Children's<br>Services Unit – 68 staff |
| 12-1996 – 04-1998 | Social Work Consultant<br>Mississippi Department of Human Services<br>Division of Family and Children's Services<br>Provided statewide training<br>Supervised training unit staff |
| 1994 – 1996 | Mississippi Department of Human Services<br>Division of Family and Children's Services<br>Training Unit<br>Staff development and training in the areas of:<br>    Child/adult abuse/neglect, foster care,<br>    Permanency planning, family preservation,<br>    Clerical, bookkeeping, social work supervision |
| 1987 – 1994 | Area Social Work Supervisor<br>Division of Family and Children's Services |
| 1984-1986 | County Supervisor<br>Lee County, Mississippi<br>DFCS |
| 1982 – 1984 | County Social Worker<br>Lee County Department of Human Services<br>Tupelo, MS |
| 1982 – 1997 | Other duties assigned:<br>Special Investigator:  Child Sexual Abuse<br>Special Investigator:  Child Deaths<br>Federal Review:  Team Member<br>Self-Assessment: Team Member<br>Public Awareness Initiatives<br>Numerous Committees |

3

       Child Welfare Practice Manual
       Tendered as Expert Witness in a Number of Court Jurisdictions
       in the area of Child Abuse/Neglect and Child Sexual Abuse

Other:     Mississippi State University Adjunct Faculty
       School of Social Work
       Taught Child Welfare

**Special Training:**

*Including, but not limited to the following:*

Clinical Intervention of Sexual Abuse:  Suzanne Sgroi, M.S.
Abuse in Foster Care:  Thelma Bailey
Child Abuse Conferences:  Numerous years
Law Enforcement Training:  Law Enforcement Academy State of Mississippi
Sexual Abuse Investigation:  Ethel Amacher
Social Work Attitude, Knowledge, Skills :  The University of Southern Mississippi
MS Conference on Social Welfare:  Numerous Years
Administration Training:  DHS
Working with the Legal System:  DHS
Psychological Aspects of Supervision:  Jackson State University
Child Sexual Abuse:  Advanced Training:  Ethel Amacher
Making Adoption Work;  Kathyrn Donley
Stress Management:  Parkwood Hospital
Three Week Social Worker Certification Course:  The University of Tennessee
Child Abuse in the Youth Court/Circuit Courts:  The University of Tennessee
MS Chapter NASW: Numerous Conferences
Nonviolent Crisis Intervention:  National Crisis Prevention
Field Instructor Training: University of Southern Mississippi
Clerical Training – MDHS
Child Welfare Practice Manual Training – Thelma and Walter Bailey
Reaching at Risk Children and Youth – Collaborative Effort – State Agencies
Supervision and Systemic Accountability – DFCS/MDHS
MS Permanency Partnership – MDHS/DFCS
Substance Abuse Workshop – Dr. Dee Unterbach
Treating Sexually Abused Children Through Plan Therapy – Byron E. Norton
Working with Traumatized Children – Dottie Wardwimmer
The Managerial Parent:  Dr. John Rosemond
Children in Poverty:  University of Mississippi
The Horrors of Child Abuse, Past, Present, Future:  University of Southern Mississippi
Investigating Techniques in Child Abuse:  Laurel Police Department
Community Organization: MDHS
Social Work Supervision:  Dr. Dee Unterbach
Social Work Supervision: The University of Tennessee
Social Work Supervision:  MDHS/DFCS

Foster Care Workshop:  Randy Hill
State of the Children Conference:  MS Families for Kids
National Association of School Psychologists – National Conference 2000
Adams and Reese – 3rd Annual Special Education Conference 1999
Adams and Reese – 4th Annual Special Education Conference 2000
Autism Conference – Biloxi, MS
Functional Behavior Assessment – Phase I
Functional Behavior Assessment – Phase II

**Specialized Autism Training:**

Division TEACCH, Ashville and Chapel Hill, North Carolina

**Fundamentals of Structured Teaching:**
        For professionals working with students with autism.  The general purpose of the training was to provide the participant with a greater understanding of autism and how it affects learning and social/communication development.  Additionally, the course offered participants specific structured teaching strategies for use with autistic children.
        15 hours instructional time

Psychological Testing with the Autistic Student and Issues Related to Assessment of High Functioning Autistic Individuals
        6 hours instructional time

**Psychoeducational Profile Testing Training**
        6 hours instructional time

**Childhood Autism Rating Scale**
        6 hours instructional time

**Treatment and Education of Autistic and Related Communication Handicapped Children**
        The general purpose of this training was to provide teachers and other professionals with a greater understanding of autism while offering them specific structured teaching strategies for use with autistic children.
        35 instructional hours

**Social Development in Autism**
        Two-day conference

**An Introduction to Autism**:  The University of Southern Mississippi

**Young Children with Autism**:  Educational Perspectives and Practical Strategies

**From:** Shirim Nothenberg [mailto:SNothenberg@ChildrensRights.Org]
**Sent:** Thursday, July 10, 2008 2:03 PM
**To:** Rachal, Kenya Key
**Subject:** Re: Resume

Thanks so much Kenya.

----- Original Message -----
From: Rachal, Kenya Key <krachal@bakerdonelson.com>
To: Shirim Nothenberg
Sent: Thu Jul 10 14:12:47 2008
Subject: Resume

Hi Shirim:

Per our conversation yesterday afternoon, I am forwarding a copy of Lori Woodruff's resume.

Thanks,
Kenya

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

---

EXHIBIT

tabbies

**From:** Shirim Nothenberg [mailto:SNothenberg@ChildrensRights.Org]
**Sent:** Friday, August 01, 2008 1:16 PM
**To:** Fortenberry, Rusty; Marcia Robinson Lowry; gmlopes@oymonitor.org; Rklarberg@coanet.org
**Cc:** Don.Thompson@mdhs.ms.gov; Rachal, Kenya Key
**Subject:** Re: MS Deputy Director

That is very good news. Plaintiffs are available.

----- Original Message -----
From: Fortenberry, Rusty <rfortenberry@bakerdonelson.com>
To: Marcia Robinson Lowry; gmlopes@oymonitor.org <gmlopes@oymonitor.org>; Shirim Nothenberg; Richard
Klarberg <Rklarberg@coanet.org>
Cc: Don Thompson <Don.Thompson@mdhs.ms.gov>; Rachal, Kenya Key <krachal@bakerdonelson.com>
Sent: Fri Aug 01 14:12:22 2008
Subject: MS Deputy Director

All,

Although not public knowledge, Lori Woodruff accepted the Deputy Director job offer this morning. Please
maintain this in confidence until a formal announcement is made by MDHS.

I want to also confirm that we are available to meet in New York the afternoon of Thursday, August 15, 2008. Is
1:30 p.m. convenient for everyone? Richard, do you still want to host the meeting?

I hope all is well.


Rusty Fortenberry
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Phone: 601.351.8948
Fax: 601.974.8948
Email: rfortenberry@bakerdonelson.com <mailto:rfortenberry@bakerdonelson.com>

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. represents clients across the U.S. and abroad from offices
in Alabama, Georgia, Louisiana, Mississippi, Tennessee, Washington, D.C. and a representative office in Beijing,
China.

_____

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax
issues is contained in this communication (including in any attachments and, if this communication is by email, then
in any part of the same series of emails), such advice was not intended or written by the sender or by Baker,
Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any
transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic
mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-
mail, so that our address record can be corrected.



EXHIBIT

P

# JERRY MILNER

Jerry Milner serves as the Vice President for Child Welfare Practice for the Center for the Support of Families (CSF). Dr. Milner brings 34 years of public sector child welfare experience on the local, state and federal levels. During his tenure as State child welfare director in Alabama, he led efforts to reform child welfare practice in the State according to System of Care principles. Overall, his work has been concentrated in the areas of administration and management, program evaluation, quality assurance and improvement, technical assistance and training, and adoption. He has served as director of adoption, quality management and the Family Service Division in Alabama responsible for statewide administration of all child welfare programs. Dr. Milner worked with the Federal Children's Bureau to implement and manage the Child and Family Service Reviews (CFSR) of State child welfare services programs in all 50 States, the District of Columbia, and Puerto Rico. The CFSR is a Federal review of title IV-E and IV-B State plan requirements that all States must undergo periodically. At the State and Federal levels, he has designed, implemented, and managed ongoing processes for evaluating the effectiveness of child welfare practices and policies on the outcomes for children and families, and recommending improvement strategies. At CSF, his work is focused on assisting State and local child welfare agencies in evaluating their child welfare programs and implementing needed improvements in their practice, policies, and procedures.

## CSF WORK EXPERIENCE

### Connecticut Department of Children and Family Services Child Welfare Practice Model Project
*October 2008 to Present*

Mr. Milner manages the project to assess current child welfare practice in Connecticut and assist the Department to develop a statewide model of child welfare practice.

### Mississippi Department of Human Services Child Welfare Practice Model Project
*February 2009 to Present*

Mr. Milner manages the project to assist the Department to develop a statewide model of child welfare practice and to analyze rates paid to foster care providers.

### Massachusetts Department of Children and Family Services External Review and Recommendations Project
*July 2008 to December 2008*

Mr. Milner manages the project to conduct a review of the State's child welfare practices and programs related to child safety, and to make recommendations for improving practice regarding child safety in the State.

### Washington State Department of Social and Health Services
*July 2008 to present*

Mr. Milner provides expert consultation on child welfare practice to the Department in the implementation of its statewide settlement agreement pursuant to the *Braam* lawsuit.

### Philadelphia Department of Human Services Child Welfare Re-design Project
*January 2008 to Present*

Mr. Milner provides technical assistance and project consultation for the re-design project, which is focused on training and consultation for the implementation of an approach to addressing child safety in the City of Philadelphia.

EXHIBIT

tabbies'

6

## Philadelphia Department of Human Services Title IV-E Eligibility Project
*January 2008 to Present*

Mr. Milner provides technical assistance and project consultation for the project which provides quality assurance of the Department's title IV-E foster care eligibility determinations, and conduct studies on various aspects of the City's title IV-E eligibility program.

## PREVIOUS WORK EXPERIENCE

### Children's Bureau, Administration for Children and Families, U.S. Department of Health and Human Services
*Senior Child Welfare Specialist, November 1999 to Present*

Mr. Milner was responsible for the national implementation and management of the Federal Child and Family Service Review (CFSR) of State child welfare services programs. The CFSR evaluates the outcomes of State child welfare programs with regard to safety, permanency, and well-being. The review also promotes child welfare principles and practices that support community-based services, family-centered practice, individualizing services to children and families, and increasing the capacity of parents to meet their children's needs. Mr. Milner's responsibilities included leading CFSR reviews nationally; providing review-related guidance to Federal staff in Regional Offices and Central Office; promoting best practices; analyzing and presenting national CFSR findings and results; developing and revising review instruments and guidance; and managing the Program Improvement Plan process resulting from the CFSR. He supervised Federal employees and contractors responsible for CFSR activities in the Children's Bureau, including human resource functions such as developing position descriptions and performance standards, interviewing and recommending new hires, and conducting employee performance appraisals.

### Children's Bureau, Administration on Children and Families, U.S. Department of Health and Human Services
*Child Welfare Fellow, January 1995 to June 1996 (full-time) and October 1998 to October 1999 (part-time)*

Mr. Milner, through an Intergovernmental Personnel Act (IPA) assignment, was responsible for serving on a team that developed an outcome-based approach to Federal reviews of State child welfare services programs (the Child and Family Service Review), including the instruments and procedures manual used in the process, piloting the reviews in 14 States, and drafting Federal regulations governing the review process.

### Alabama Department of Human Resources
*Director, Family Services Division (State child welfare director), October 1997 to November 1999*

Mr. Milner was responsible for administering and managing all child welfare and adult service programs in the State including family preservation and support, foster care, adoptions, child protective services; title IV-E eligibility determinations and revenue maximization functions; training; quality assurance; services to adults including foster care, day care, and protective services; licensing and regulatory functions for child care facilities; management of statewide quality assurance functions for child welfare services; and, executive sponsorship of program operations for the development of the Department's statewide automated child welfare information system (SACWIS), and management of legacy information systems. Mr. Milner was responsible for managing the implementation of child welfare reforms statewide under the provisions of a Federal consent decree framed within System of Care principles and requiring changes in the State's programs to reflect: home and community-based service delivery, individualizing service delivery to children and families, enhanced permanency achievement for children in foster care, and placement of children in

foster care in family-based settings rather than congregate placements, among other reforms. He had responsibility for managing the staff of the State's child welfare division, including developing and updating job descriptions, interviewing and hiring staff, and conducting performance appraisals for managers of the division.

## Alabama Department of Human Resources
*Director, Division of Quality Management, July 1996 to October 1997*

Mr. Milner was responsible for administering statewide quality control functions for the Food Stamp and TANF programs and quality assurance functions for child welfare services, as described below. He had personnel and management responsibility for the division of staff providing these functions.

## Alabama Department of Human Resources
*Director, Division of Quality Management, March 1996 to July 1996*

Mr. Milner was responsible for implementing and managing a statewide outcome-based quality assurance system for child welfare services based on statewide and county-level data on the outcomes for children and families served by the agency and qualitative information derived from case reviews and interviews with children, parents, foster parents, agency staff, the courts, and other child welfare stakeholders. Also, this position included programmatic (not technical) responsibility for the Department's existing statewide management information system for child welfare services and development of a new statewide automated child welfare information system (SACWIS), and administration of Federal financial resources for child welfare services. As a newly created division, he was responsible for developing job descriptions and requirements for all the staff in the division, and for hiring and evaluating staff.

## Alabama Department of Human Resources
*Director, Division of Quality Management, January 1993 to January 1995*

Mr. Milner was responsible for coordinating and administering statewide child welfare program areas including foster care and child protective services policy; adoption policy and services; staff and provider training; and title IV-E eligibility for foster care and adoption assistance.

## Alabama Department of Human Resources
*Supervisor, Office of Adoption, January 1988 to December 1992*

Mr. Milner was responsible for administering the statewide adoption program, including policy development, Federal and State adoption assistance, Interstate Compact on Placement of Children, authoring grant proposals, legislative activities, and personnel and staff management responsibilities which included establishing new positions, developing job requirements and descriptions to match the functional requirements of the program, and oversight of employee performance.

## Alabama Department of Human Resources
*Adoption Consultant, March 1983 to January 1988*

Mr. Milner was responsible for providing technical assistance to all County Departments in the State on adoption planning for children, making adoptive placements, approving adoption applications and providing services to adult adoptees.

## Lee County Department of Human Resources

*Child Welfare Supervisor, October 1979 to March 1983*

Mr. Milner was responsible for supervising social work staff providing foster care services, foster home licensing, adoption services, and child protective services, and serving as field instructor for undergraduate social work students in field internships.

## Tallapoosa County Department of Human Resources

*Social Worker, July 1974 through September 1979*

Mr. Milner was responsible for providing child welfare services in a rural setting, including child protective services, foster care and adoption services, counseling, and licensing foster and day care homes.

## ADDITIONAL PREVIOUS WORK EXPERIENCE

Frequent child welfare presenter at national and regional meetings and conferences, such as meetings sponsored by the Department of Health and Human Services, Child Welfare League of America, Association of Public Human Service Administrators, and other organizations.

Adjunct Assistant Professor, Auburn University at Montgomery, Department of Sociology, 1987 - 1999.  Courses taught:  Social Welfare Policy and Programs, Child Welfare. *(Teaching experience)*

Advisory Council, Social Work Program, Alabama State University, 1987 - 1999.

Grant Reviewer for Consolidated Discretionary Funds Program, U.S. Department of Health and Human Services, Children's Bureau, 1988, 1990, 1994 and 1996.

## EDUCATION

UNIVERSITY OF ALABAMA
Social Work, Doctor of Social Work, May 1985

UNIVERSITY OF ALABAMA
Social Work, Master of Social Work, May 1979

AUBURN UNIVERSITY
Political Science, Bachelor of Arts, June 1974

## PROFESSIONAL AFFILIATIONS

National Association of Social Workers (NASW) 1978-1997, Chairperson, Montgomery Unit, 1986 88, Chapter Nominations and Leadership Chair 1987-89

Academy of Certified Social Workers (ACSW) 1985-1997

Licensed Certified Social Worker, License No. 0430C, 1985-2001

## AWARDS

Assistant Secretary's Exemplary Leadership Award.  Administration for Children and Families, U.S. Department of Health and Human Services, 2005.

Assistant Secretary's ACF Honor Award for Organizational Team Achievement.

Administration for Children and Families, U.S. Department of Health and Human Services, 2004.

Distinguished Achievement Award.  Administration on Children, Youth and Families (ACYF), Administration for Children and Families, U.S. Department of Health and Human Services, 2001.

Secretary's Award for Distinguished Service. U.S. Department of Health and Human Services, May 2000.

Commissioner's Award. Administration on Children, Youth and Families (ACYF), Administration for Children and Families, U.S. Department of Health and Human Services, 2000.

Assistant Secretary's Excellence Award. Administration for Children and Families, U.S. Department of Health and Human Services, September 1996.

## PUBLICATIONS

"Adoption from the Foster Care System: Findings from the Child and Family Services Review." Adoption Factbook IV. National Council For Adoption. Washington, DC. 2007

"The Child and Family Service Reviews: An Agenda for Changing Practice." Child Welfare for the Twenty-first Century. Gerald Mallon and Peg Hess, Eds. Columbia University Press. 2005 (Edited and re-printed from the Journal of Family Social Work, 6, 4:5-18)

"Training of Child Welfare Staff and Providers: Findings from the Child and Family Service Review." Protecting Children, (2004), Vol 19, No 3.

"The Child and Family Service Reviews: An Agenda for Changing Practice." Journal of Family Social Work, 6, 4:5-18.

"An Ecological Perspective on Duration of Foster Care." Child Welfare, (March - April 1987), 66, 2:113-123.

"Factors Affecting Duration of Foster Care: A Review of Research." Acta Paedologica, (April 1984), 1, 2:151-174.

"Measuring the Adequacy of Relative Resource Evaluation in Case Planning for Children in Foster Care." Proceedings: 23rd National Workshop on Welfare Research and Statistics, Washington, D.C.: U.S. Department of Health and Human Services, Social Security Administration (SSA Publication No. 80-08011), April 1984, pp. 424-434.

"A Model for Black Adoptive Families." Social Perspectives, (May 1979), 6, 2:33-37.

## SPECIAL SKILLS

**Grantsmanship**
- Project Director: "Training in Recruitment and Group Preparation of Adoptive Families for Special Needs Children"
- Adoption Opportunities Grant No. 90-CO-0297 09/01/87 - 01/31/89
- Co-Author/Project Director: "Expediting Placement of Special Needs Children Through Resource Development"
- Adoption Opportunities Grant No. 90-CO-0377 10/01/87 - 09/30/89
- Author/Project Director: "Expediting Placement of Minority Children Through Resource Development"
- Adoption Opportunities Grant No. 90-CO-0437 09/30/89 - 08/31/92
- Author/Project Director: "Planning for Permanency Through Termination of Parental Rights"
- Adoption Opportunities Grant No. 90-CO-0595 10/01/91 - 09/30/93
- Project Advisor: "Recruitment of Rural Families for the Adoption of Special Needs Children"

- Adoption Opportunities Grant No. 90-CO-0598 10/01/92 - 09/30/94
- Principal Author: Planning Grant for Alabama in the Family-to-Family Initiative
- The Annie E. Casey Foundation 10/01/92 - 06/30/93
- Principal Author/Project Director: Implementation Grant for Family-to-Family Initiative
- The Annie E. Casey Foundation 10/01/93 - 12/31/97

## REFERENCES

- Peter Watson, Director, National Resource Center for Organizational Improvement, pwatson@usm.maine.edu
- Carol Wilson Spigner, Professor, University of Pennsylvania, spignerdsw@sp2.upenn.edu

**AFFIDAVIT**

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

        Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Cynthia Greer, who, having been duly sworn by me, states on oath the following:

    1.    My name is Cynthia Greer.

    2.    I am an information systems project manager with over 22 years of technical experience in computer technology and have worked in the corporate sector as well as for State agencies. I am experienced in managing and designing databases, analytical work, computer programming, and web development. My degrees include a Bachelors of Science in Computer Programming/Business and Industry as well as an Associates of Applied Science in Technical Data Processing.

    3.    I have been employed as the Director of DFCS' Automated Child Welfare Information System ("MACWIS") Program since September 1, 2009, and am still employed in that position.

    4.    I am responsible for the management of the Mississippi Automated Child Welfare Information Systems. In this capacity I manage employees to ensure statewide support for the MACWIS computer application, MACWIS reports, and DFCS computer hardware/network functionality. I serve as liaison between DFCS and the agency Management Information Systems (MIS) staff in organizing and prioritizing projects for programming and network staff dedicated to the MACWIS project.

    5.    Shortly after beginning work at DFCS, I began evaluating the technological needs of DFCS with regard to MACWIS and computer access for DFCS staff.

    6.    In November 2009, the MACWIS unit surveyed the staff in county offices to confirm the location and number of staff who did not have their own computers. The survey

**EXHIBIT**

**R**

results indicated that 11 % of users in the county offices did not have their own computers. Based on the results of the survey, DFCS distributed computers to the counties that showed a shortage of computers.

7.      In early 2010, DFCS began replacing its outdated computers with newer, updated models.  Between January 2, 2010 and June 28, 2010, all computers in 26 counties were replaced with newer V90 model Wyse terminals.

8.      Between June 28, 2010 and September 24, 2010, all computers in the remaining 56 counties were replaced with newer V90 model Wyse terminals.

9.      Following this distribution of computers, an inventory count was completed to determine how many V90 Wyse terminals DFCS had left.

10.     DFCS will continue to monitor the inventory and plans to always maintain a minimum of 25 backup terminals that will be available at all times.  At the present time there are approximately 112 terminals available for use as replacement terminals or as needed for new hires.

11.     Mostly as a result of the great increase in the number of caseworker and staff hires, login and connectivity problems with MACWIS developed and worsened as more and more new hires were given access to the system.  As a result of these issues, in January 2010, DFCS contracted with a vendor who worked with MIS and MACWIS staff to evaluate and resolve statewide issues concerning printing, email, and system login problems.  The printing and email issues were resolved in March 2010.

12.     After further evaluation, in early April 2010, the vendor made recommendations to address the system login and connectivity issues.

13.    In May 2010, as a result of the recommendations for resolving the login problems, work began work on the MACWIS Citrix Server farm.  The work plan for the MACWIS Citrix server farm consisted of: 1) adding two additional login servers to the server farm to allow users to be split among three servers for login purposes; (Previously all users were being channeled through one login server.  With the additional staff added by DFCS, one server became insufficient resulting in login and connectivity issues.) 2) increasing capacity by purchasing more hard drives to add to the login servers; (It was determined that four hard drives were required to provide maximum capacity for the three login servers.) 3) restructuring the SAN Storage space to accommodate DFCS' needs; 4) re-purposing of two additional servers to add to the Citrix server farm; and 5) converting from roaming profiles to local profiles for state office users only.

14.    Between May 10, 2010 through July 19, 2010, the vendor completed moving all DFCS users to the new login servers.  User connectivity and login times improved drastically statewide due to the completion of this project.  Additional network SAN storage space was configured for DFCS, and state office user profiles were reconfigured from 'roaming' (which requires more server resources than could be freed up for field staff users) to 'local' (which requires less server resources).

15.    To further address the connectivity issue in July 2010, the MACWIS unit coordinated an upgrade of the version of Citrix software running on the server farm from version 3.0 to version 4.5.  Also additional Citrix licenses were purchased.  These additional licenses were needed for the many new DFCS staff hired.

16.    After much preparation and MACWIS application testing by the MIS programming staff to ensure that MACWIS was compatible with Citrix 4.5, the vendor, with

3

assistance from MIS network staff, began rebuilding each Citrix server and installing the new Citrix 4.5 version.

17.     As of November 24, 2010, all production Citrix servers used daily by DFCS users have been upgraded from Citrix Version 3.0 to Citrix Version 4.5.  Also 3 additional servers were added to the Citrix server farm for a total of 23 Citrix servers to support DFCS staff statewide.  As a result, there are currently 1672 Citrix licenses available for DFCS staff, which is more than enough to accommodate all DFCS users.

18.     It has been over 9 years since DFCS' Mississippi Automated Child Welfare Information System ("MACWIS") was created and deployed state wide.  Since that time the system has been modified and enhanced extensively in order to meet new and changing requirements.

19.     MACWIS is now near the end of its life cycle and is not compatible with the more advanced internet and web-based applications of today.  In order to better track the outcome-based *Olivia Y* settlement terms, MACWIS must be upgraded or replaced.

20.     Shortly after my hire, I began drafting a Request for Proposal ("RFP") for a comprehensive MACWIS analysis of MACWIS and its ability to perform the computer functions required by section II.A.5.a of the <u>Olivia Y</u> Settlement Agreement.  The vendor whose proposal is selected for the analysis must also provide recommendations of remedial efforts necessary to enable MACWIS to perform those requirements and make a recommendation regarding whether MACWIS should be modified or replaced with another system, and if replacement is necessary, whether a SACWIS-compliant system from another state should be used or another replacement option.

4

21.    Because federal funding will be used to cover certain costs related to the MACWIS analysis, the RFP had to be approved by the U.S. Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF").

22.    On July 27, 2010, ACF approved the release of the MACWIS RFP and DFCS released the RFP on that same day.  Potential vendors were allowed to submit proposals in response to the RFP through September 15, 2010.

23.    The proposals have been evaluated and a vendor has been recommended.  As part of the state contracting requirements, this recommendation must be reviewed and approved by the Mississippi Department of Information Technology Services ("MDITS") Board.  The recommendation is scheduled to be presented at the December MDITS Board Meeting.  Upon obtaining Board approval, the contract may be negotiated.

24.    Following MDITS Board approval and the finalization of contract negotiations, the proposed contract must then be sent to ACF for additional review and approval.  Without ACF's approval, costs related to the analysis and development of the upgraded or new system will not be matched by Federal funds.

25.    Because of the numerous levels of approval required, DFCS anticipates that the analysis contract will be finalized in January or February 2011.

26.    In Spring 2010, CSF and DFCS generated a list of data indicator reports that would be key to the initial implementation of the Practice Model.  During negotiation of the Bridge Plan, reports on other data indicators were added to the list.  The final data indicator reports were made a part of the Bridge Plan.

27.    During the Bridge Period, MACWIS staff and CSF worked together to modify existing reports in order to track the required data indicators and in a number of cases brand new

reports had to be developed. Since the end of the Bridge Period, DFCS has continued to work with CSF in developing the next phase of data indicator reports.

28.     Beginning in October 2009, I started issuing technical bulletins to all DFCS users notifying them of MACWIS system changes. This is helpful for DFCS staff to learn how to utilize the system for more accurate data collection. I continued issuing such technical bulletins through the Bridge Plan and following its conclusion.

29.     In addition to the Bridge Period MACWIS hires, DFCS has since hired 3 more employees dedicated to MACWIS.

30.     The matters set forth in this affidavit are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

31.     I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the ___2nd___ day of December, 2010.

_____
CYNTHIA GREER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of December, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES APRIL 9, 2011
BONDED THRU STEGALL NOTARY SERVICE

6

# CYNTHIA ANN GREER

**Contact Information**

Home:          Work:          Cell:
        Email:

# PROFESSIONAL EXPERIENCE

**OFFICE OF THE GOVERNOR, DIVISION OF MEDICAID - Jackson, MS
POSITION: BUSINESS SYSTEMS ANALYST II
DATE:  MARCH 2008 TO PRESENT**

<u>Job Description:</u>  Serve as liaison between DOM and fiscal agent's application developers for all issues relating to the MS Medicaid Information System (MMIS) processes and Envision web portal functions; work specifically with pre-admission screening (PAS) web application related to bureau of Long Term Care and Billy A. Lawsuit to satisfy lawsuit requirements; work with agency staff to assist with proposed business application modifications; perform functional analysis to define requirements to meet business needs of the agency; make recommendations regarding system design; perform testing to ensure application modifications meet the needs of the agency; provide training and support to agency staff in all issues involving web portal business applications; provide reporting from system data to agency staff as requested; perform project management duties on web portal projects as needed.

<u>Software:</u>  Adobe Photoshop, MMIS, OIT, OmniTrack, Track-It, Reports Online
<u>Equipment/Network:</u>  Windows Vista, Windows XP Desktop System, All Microsoft Network Platform with Microsoft Outlook Email

**MISSISSIPPI DEVELOPMENT AUTHORITY - Jackson, MS
POSITION: SENIOR PROGRAMMER/ANALYST (WEB DEVELOPER)
DATE:  SEPTEMBER 2002 TO MARCH 2008**

<u>Job Description:</u>  Analyze, create, develop, implement and maintain internet, intranet, network and stand-alone applications for various divisions of MDA; Provide troubleshooting/problem-solving assistance in the application development arena; Graphics design for various agency websites; Solve requests sent to Help Desk by users from all MDA divisions on as needed basis; Perform network server functions as needed; Design and manage SQL databases for developed applications; Provide reports from all developed applications as needed; Create application documentation for all developed applications; Train users on all developed applications.

<u>Software:</u>  MS SQL 2005, 2000, 7.0, MS .NET Visual Studio 2005, 2003, 2002, Adobe Photoshop, Crystal Reports .NET, Crystal Reports XI
<u>Languages:</u> ASP.NET, ASP, Visual Basic, Visual FoxPro 9.0, 7.0, FoxPro 2.5, Access, JavaScript, VBScript

**EXHIBIT**

tabbies*

S

*Cynthia Ann Greer*                                              **Page 2**
*(Professional Experience Continued)*

**Business Applications:** Online Credit Card Payments Application, Manufacturers Online Survey Application, Minority Business Online Certification Application and Search

Engine, Manufacturers Database Online Search Engine, Grants Management Application, Community Profiles System, New and Expanded Facilities System, Tourism Online Database System, MDA Phone System, Available Buildings and Sites Online Application and Search Engine
**Equipment/Network:** Windows 2000, Windows XP Desktop System, Novell Network, Groupwise Email, Citrix Terminal Server, IIS

---

**STUART C. IRBY COMPANY - Jackson, MS**
**POSITION: SR. PROGRAMMER/ANALYST, INTRANET/INTERNET DEVELOPER**
**DATE:  DECEMBER 1998 TO SEPTEMBER 2002**

---

**Job Description:**  Perform project management duties on special business application projects as needed; develop and support applications for company Intranet and website; Perform intranet/website server functions as needed; Analyze, design and manage SQL databases on Intranet/MRI SQL servers; Support MRI, FAS Fixed Assets software for IrbyCorp; Develop and support computer applications on AS400 in the areas of Accounts Payable, Purchasing, Sales, Inventory; Support all areas of Group400 business software; Develop and implement PC applications as needed; Identify and resolve user business problems; Train users on all newly developed applications.

**Software:** Visual InterDev, Visual Studio, FrontPage2000, Adobe PhotoShop, MS Office, MS Image Composer, MS Outlook, Rumba, Query400, JavaScript, VBScript, Microsoft SQL Server 7.0, MIIS
**Languages:**  COBOL, PIC-BASIC, Visual Basic, Access, FoxPro2.5, CGIScript, Perl
**Equipment/Network:**  Windows 2000, Windows NT 4.0 Desktop System, Windows NT Network; Mainframe Systems - IBM AS400, RISC6000, Citrix Terminal Servers
**Business Applications:** Optimum Solutions Payroll, Management Information Reports Real Estate/Property Management Software, Fixed Asset Management Software, Group400 Sales/Order Entry System, JD Edwards AP/AR/GL

---

**B. C. ROGERS POULTRY, INC. - Morton, MS**
**POSITION: PROGRAMMER/ANALYST, WEBMASTER**
**DATE:  FEBRUARY 1994 TO DECEMBER 1998**

---

**Job Description:** Supervise development of FoxPro special projects as needed; develop/support company website and Coordinate all company Internet-related technological advances; Install/support office software (i.e. Windows, Microsoft Office, QuatroPro, WordPerfect, Groupwise); Develop/support PC applications for Novell network/client-server environment in the areas of Accounts Payable, Accounts Receivable, Payroll, Purchasing, Personnel, Time and Attendance; Identify and resolve

user business problems; Analyze business applications for new development and automation; Train users on all newly developed applications,

**Software:** FrontPage97, Microsoft Image Composer, GIF Animator
*Cynthia Ann Greer*                                                          *Page 3*
*(Professional Experience Continued)*

**Languages:** Visual FoxPro, FoxPro for Windows, FoxPro 2.5, SQL Server, Query400, CGI Script, JavaScript, VBScript, Perl
**Equipment/Network:** Novell Network, DELL Pentium Laptop/Docking Station, US Robotics 28800 Modem, HP 5MP Laser Printer, LexMark II Laser Printer; Mainframe Systems: IBM AS400, IBM S36
**Business Applications:** MAPICS Order Entry/Invoicing, JD Edwards Payroll, In-House Payroll Application, Time Clock Software interface w/IBM Time Clocks

---

*HUGHES AIRCRAFT OF MISSISSIPPI, INC. - Forest, MS*
*POSITION: PROGRAMMER-ANALYST / DOCUMENTATION SPECIALIST*
*DATE: APRIL 1991 TO FEBRUARY 1994*

---

**Job Description:** Develop and maintain business application computer systems; Analyze, design, and program new and existing application systems; Analyze user business methods and procedures to identify and resolve user business problems; Perform system design tasks; Determine program logic; Maintain application system documentation; Train users on newly developed programs and program modifications, Troubleshoot user software problems.

**Languages:** Fortran, Rex, PowerHouse, DBASE, RBASE, BASIC, RPGII
**Equipment:** Macintosh SE, HPLaserJet, HP150 terminal; Mainframe Systems: Hewlett Packard 3000 Series 70 and Series 967
**Business Applications:** Production Management System for Manufacturing

---

*HUGHES AIRCRAFT OF MISSISSIPPI, INC. - Forest, MS*
*DATE: MAY 1988 TO APRIL 1991*
*POSITION:  COMPUTER OPERATOR*

---

**Job Description:**  Monitor performance on two HP Series 70's Mainframes; Perform weekly and daily backups on magnetic tape; Generate and distribute all reports produced; Provide information and assistance to all users, resolving all user problems relating to the HP3000; Install peripheral equipment throughout the facility; Track cabling to peripheral equipment; Maintain and update computer procedures and user manuals; Update facility equipment inventory charts; Maintain information services equipment inventory; Operate HP3000 and related equipment (i.e. console, printers, tape drives, plotters); Maintain computer terminals and peripheral equipment in clean and proper working condition; Build cables for computer installations; Install HP terminals and barcode scanning devices in production areas.

**Mainframe:** Hewlett Packard 3000 Series 70
**Equipment:**  HP3000 perephial equipment

---

*HUGHES AIRCRAFT OF MISSISSIPPI, INC. – Forest, MS*

---

**POSITION: DOCUMENT CONTROL CLERK**
**DATE: JULY 1986 TO MAY 1988**

*Cynthia Ann Greer*                                                                                    **Page 4**
(Professional Experience Continued)

**Job Description:** Perform data entry tasks, word processing tasks; Control all documents used within the facility (i.e. blueprints, process engineering instructions, standard repair instructions); Maintain all controlled manuals within the facility; Perform secretarial tasks.

**Equipment:** HP 150 Terminal, IBM Wheelwriter, 3M Enlarger Printer, SystemMate 900 Blueprint Machine, Xerox Binder, IBM Aperture Card Sorter.

**SCOTT COUNTY SUPERINTENDENT OF EDUCATION OFFICE - Forest, MS**
**POSITION: BOOKKEEPER/SECRETARY**
**DATE: AUGUST 1984 TO JULY 1986**

**Job Description:** Perform word processing tasks for the Special Education Department; Create and maintain all special education files on computer; Perform accounting duties for Scott County Schools Food Service System; Assist with accounts payable, compile monthly report of expenditures for State Department Of Education; Perform secretarial tasks for three supervisors.

## EDUCATION – College/High School

**Mississippi State University – Meridian, MS**
August 1991 – May 1994
Major: Computer Programming/Business & Industry Degree: Bachelor Of Science

**East Central Junior College – Decatur, MS**
August 1982 – May 1984
Major: Technical Data Processing   Degree: Associates Of Applied Science

**Hinds Junior College – Raymond, MS**
August 1981 – May 1982
Major: Commercial Design and Advertising

**Scott Central High School – Forest, MS**    May 1981 Graduate

## EDUCATION – Technical Instruction

Business Requirements & Analysis Gathering – Jackson, MS (Aug 2008)
ACS MS FAS Envision Business Systems Advanced – Ridgeland, MS (July 2008)
ACS MS FAS Envision Business Systems Intermediate – Ridgeland, MS (July 2008)
ACS MS FAS Envision Business Systems Fundamentals – Ridgeland, MS (July 2008)
Advanced Web Applications with Visual Studio 2005 – Birmingham, AL (Nov 2007)
Core Web Applications with Visual Studio 2005 – Birmingham, AL (Nov 2007)
Maintaining Microsoft SQL Server 2005 Database – Jackson, MS (Feb 2007)
Implementing Microsoft SQL Server 2005 Database – Jackson, MS (Oct 2006)

Microsoft Windows Server 2003 Environment – Jackson, MS (Jul 2006)
Adobe Photoshop 7.0 Technical Training Seminar – Jackson, MS (Jul 2005)
Programming Microsoft SQL Server 2000 Database – Jackson, MS (Nov 2004)
Administering Microsoft SQL Server 2000 Database – Jackson, MS (Oct 2004)
Programming With Microsoft Visual Basic .NET – Jackson, MS (Oct 2003)

**Cynthia Ann Greer**                                                                 **Page 5**
*(Education Technical Instruction - Continued)*

Microsoft .NET Developer Training – Jackson, MS (Apr 2003)
Developing Microsoft ASP.NET Web Applications – Jackson, MS (Jan 2003)
Adobe Photoshop 6.0 Technical Training Seminar – Jackson, MS (Apr 2002)
Eclipse Distribution Software Training – Jackson, MS (Feb 2002)
Website Development and Design Conference – Jackson, MS (Sept 2001)
Visual Basic 6.0 NIIT Advanced Interactive Training - Jackson, MS (Mar 2001)
Visual InterDev 6.0  Web Technologies Instruction - Jackson, MS   (Feb 2001)
FAS Asset Accounting Software Training - Jackson, MS (Jan 2001)
MRI Asset Management Software Training - Jackson, MS (Nov 2000)
Website Development and Design Conference - Jackson, MS  (Aug 2000)
Application Developers Visual FoxPro I, II, Advanced – Atlanta, GA  (Oct 1996)
Scruggs and Associates  AS400 Operations Class – Laurel, MS  (Mar 1996)
Hewlett Packard Training Center: HP Operations Class  – Atlanta, GA   (February 1989)

## PERSONAL ACCOMPLISHMENTS

HOPEWELL BAPTIST CHURCH - Crystal Springs, MS
Accompanist (Piano) – April 2005 through Present

COUNTY LINE BAPTIST CHURCH - Crystal Springs, MS
Accompanist (Piano) – January 2002 through March 2004

EPHESUS BAPTIST CHURCH - Forest, MS
Accompanist (Piano and Organ) -   July 1977 through March 2000

## REFERENCES

Linda Chase, MIS Director - Mississippi Department of Insurance


Robert Mobley, Systems Administrator - Mississippi Department of Insurance


(Former Supervisor at Mississippi Development Authority)

Lamar Frazier, Lead Programmer/Analyst – Mississippi Development Authority