**From:** Shirim Nothenberg [mailto:SNothenberg@ChildrensRights.Org]
**Sent:** Tuesday, March 09, 2010 8:59 AM
**To:** Rachal, Kenya Key; gmlopes@oymonitor.org
**Cc:** Daniel Dobies; Jessica Polansky
**Subject:** RFPs

Kenya,

      Thanks so much for the opportunity to review the RFPs.   We think they both look very strong.  Our very minor suggestions follow:

MACWIS RFP
1.   The RFP is a little confusing in that it is requesting assistance in issuing and reviewing RFPs.  It might be more clear if paragraph 3.2 were rephrased to first establish the contractor's independent duties and then to establish the contractor's obligations with regard to new RFPs.
2.   Is it necessary to  interview staff in all 87 counties? That would appear to be a large time commitment, especially when there is little disagreement as to what the challenges are regarding MACWIS.
3.   Should the requirements for MACWIS on page 35, section 2.4  include ACF data element requirements?

Fiscal RFP
1.   The Second Year Implementation Plan requires an assessment of "actual and anticipated federal funding levels."  This RFP primarily asks for an assessment of past federal funding levels (2008 and 2009), but aside from a few passing references, does not address the "anticipated" federal funding levels.  See, e.g., Task 2 on page 2 of the RFP.  We would like to make sure that consideration of anticipated funding levels is an equal part of the contract.
2.   Also, the Second Year IP requires the development of a plan "to establish the resources and infrastructure necessary" to maximize federal funds.  The plan the RFP requests focuses on recommendations regarding "policies, procedures, resources, processes, training, and staffing."  Task 5 page 2.  We are concerned that the plan will focus on policies and procedures (since that is what is assessed in Task 4) but will not sufficiently address how to build the infrastructure and develop the resources necessary, which is a  key area.  Possibly, the first paragraph of the RFP that discusses creating a plan detailing action steps could specifically note that the action steps should include establishing resources and infrastructure.

Shirim Nothenberg
Staff Attorney
Children's Rights
330 7th Avenue, Fourth Floor
New York, New York 10001
212 683-2210, ext. 319
212 683-4015 (fax)
snothenberg@childrensrights.org

http://www.childrensrights.org

```
EXHIBIT
tabbies    ﹂
```

CONFIDENTIALITY NOTE: This email has been sent from an attorney at a legal organization. It may contain privileged and confidential information intended for the use of person(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination or duplication of the email is prohibited, and that there shall be no waiver of any privilege or confidence by your receipt of this transmission. If you have received this email in error, please notify us a by toll-free call to (888) 283-2210 and immediately delete this email. Thank you



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
**Administration on Children, Youth and Families**
1250 Maryland Avenue, S.W.
Washington, D.C. 20024

SEP 2 3 2010

Don Thompson
Executive Director
Mississippi Department of Human Services
750 North State Street
Jackson, MS 39202-0388

RECEIVED
OCT 1 4 2010
By: Executive Director's Office

Reference: Award No. 90-CO-1052

Dear Mr. Thompson:

I am pleased to inform you that your application entitled Diligent Recruitment of Families for Children in the Foster Care System has been approved for funding. The grant award is made pursuant to the legislative authority of the Adoption Opportunities Program, section 203 (42 USC 5113) of the Child Abuse Prevention and Treatment and Adoption Reform Act of 1978, (Public Law (P.L.) 95-266), as amended by the Keeping Children and Families Safe Act of 2003 (P.L. 108-36).

The enclosed Financial Assistance Award (FAA) specifies the amount of funds available during the budget (funding) period identified in Block 8. The project period, or the period during which we intend to sponsor your project, is identified in Block 9 of the FAA. Also enclosed is material that describes the administrative policies and procedures pertinent to your grant. The Federal Project Officer responsible for monitoring the project and for providing programmatic assistance is:

Taffy B. Compain
Children's Bureau
Portals Building, Suite 800
1250 Maryland Avenue, SW
Washington, DC 20024
Telephone: 202-205-7793
Fax: 202-205-8221

**EXHIBIT**

√

Page 2 – Mr. Don Thompson

The Grants Management Specialist assigned to your project and available to assist you with the business and administrative aspects of the project is:

> Trang Le
> Administration for Children and Families
> Office of Grants Management
> 370 L'Enfant Promenade, SW, 6th Floor East
> Washington, DC 20447
> Telephone: 202-690-7053
> Fax: 202-260-6585

Please note that originals of all correspondence and reports related to your grant are to be transmitted to the Grants Management Specialist with copies to the Federal Project Officer. <u>All grant-related correspondence and reports must reference the award number appearing in Block 3 of the FAA</u>.

Program and financial status reports are due 30 days after the end of the second and fourth quarters (six-month intervals) throughout the total approved project period. The enclosed material on reporting requirements details the reporting schedule and format.

If we can be of any assistance, please feel free to contact us. We are looking forward to working with you on this important project.

Sincerely,

Clare Anderson
Deputy Commissioner

Enclosures

## COOPERATIVE AGREEMENT
### Diligent Recruitment of Families for Children in the Foster Care System

As provided by the terms of the Federal Grant and Cooperative Agreement Act of 1977 (P.L. 95-224), the attached financial assistance award establishes a cooperative agreement between the Administration on Children, Youth and Families (ACYF), the Children's Bureau (CB), and the Mississippi Department of Human Services.  Pursuant to P.L. 95-224, this Cooperative Agreement provides for substantial involvement and collaboration of CB in activities related to the multi-faceted diligent recruitment program designed to assist States and Counties in the recruitment and support of foster and adoptive families for children in public foster care.

The purpose of this program announcement is to fund, by awarding Cooperative Agreements, multi-faceted diligent recruitment programs for a range of resource families for children in foster care, including kinship, foster, concurrent and adoptive families. Funded Projects will:

1.   Implement comprehensive multi-faceted diligent recruitment programs for resource families, including kinship, foster, concurrent, and adoptive families for children and youth served by public child welfare agencies as a means of improving permanency outcomes;

2.   Integrate the diligent recruitment program with other agency programs, including foster care case planning and permanency planning processes, to facilitate active concurrent planning activities;

3.   Demonstrate the capacity to use this project as a transformative platform for improved system response to permanency, incorporating in changes at the policy and practice levels and embracing a philosophy of permanency beginning at the entry in the child welfare system;

4.   Evaluate the implementation of the comprehensive diligent recruitment programs to document processes and potential linkages between diligent recruitment and improved outcomes; and

5.   Develop identifiable sites that other States/locales seeking to implement improved diligent recruitment methods can look to for guidance, insight, and possible replication.

### Responsibilities of the Mississippi Department of Human Services

1.   The Mississippi Department of Human Services will complete all activities and tasks in accordance with the workplan described in their proposal, or within 45 days of receiving the financial assistance award, the Mississippi Department of Human Services will submit to CB for review and approval any clarifications or revisions to the work plan, if necessary, to address comments raised by CB during the application review process or initial briefing. Any subsequent revisions to the work plan, if necessary, will be submitted to CB for review and approval.

**Cooperative Agreement**
*Diligent Recruitment of Families for Children in the Foster Care System*

2. Within two to four months after the award of the 12-month planning phase of the Cooperative Agreement, the Mississippi Department of Human Services Project Director must attend a one-day work planning meeting in Washington, D.C. with the Federal Project Officer (FPO) and other CB staff for consultation regarding the plans for carrying out all components of this Project and for the purpose of discussing details of the Project work plan and cooperative agreement, including the 12 month strategy development phase (Phase I) for the development of the Project. The Phase I Plan will address each of the following components as required in the Program Announcement:

a) Description of the characteristics of children in care utilizing information and analysis of Adoption and Foster Care Analysis and Reporting System (AFCARS) data and other data available to the State, Region, or County;

b) Complete a projection of the types of foster, concurrent, and permanent families who may be needed, based on current case trends for different characteristics of children and youth;

c) Assess the current pool of available foster, concurrent, and adoptive placement resources;

d) Analyze barriers presented by the agency or current processes in order to increase the rate of retention of prospective foster, concurrent, or adoptive families and to reduce the dropout rates;

e) Explore barriers and identify possible strengths of the agency in support of the dual licensure of foster and adoptive homes;

f) Develop or enhance collaborations and public-private partnerships that reflect the communities from which the children in care come;

g) Identify or develop training for staff to engage effectively with diverse cultural, racial, and economic communities who are reflective of the children and youth in foster care;

h) Identify or develop training to prospective foster and adoptive parents regarding the characteristics, needs, and issues of children who have experienced trauma and removal as well as adoption clinical issues;

i) Explore barriers and identify possible strengths of the agency in working with families, youth, and possible placement resources on active concurrent plans;

j) Explore barriers and identify possible strengths of the agency in utilizing a "customer service" model in collaboration with the AdoptUsKids in responding to kin as well as prospective foster or adoptive parents;

k) Assessment of agencies and community-based organizations who can provide services (including foster care, adoption, and family finding facilities and programs) in a family-

2

Cooperative Agreement
*Diligent Recruitment of Families for Children in the Foster Care System*

centered model of active concurrent planning with families involved in the child welfare system and development of strategies to improve performance if necessary; and

l) Develop a plan to be implemented by the project in Years 2-5. This is the "Phase II – Version A" implementation plan and address anticipated logistical and administrative issues..

3. Nine months after the award, the Project will submit a written description of its "Phase II-Version A" Implementation Plan for years 2-5 of the Project to CB for approval. The implementation plan will include implementation of all of the following recruitment and retention strategies as required in the Program Announcement:

a) Procedures for consistently updating the characteristics of children in care utilizing information and analysis of Adoption and Foster Care Analysis and Reporting System (AFCARS) data and other data available to the State, Region, or County;

b) Procedures for ongoing analysis of the current pool of available foster, concurrent, and adoptive placement resources;

c) Collaboration and public-private partnerships with groups representative of the communities from which children come, to help identify and support potential kinship, foster, concurrent, and adoptive families;

d) General, targeted, and child-specific recruitment, including relationship mining for youth, to meet placement needs of the children in care;

e) Recruitment and development of homes, including relative homes, who can provide placement as a part of concurrent planning for the child;

f) Recruitment and development of homes for siblings in care to be placed together or reunited when they have been separated in care;

g) Ensuring that all prospective parents, including relatives and people who have important existing relationships with youth in care, have access to the home study process, including foster, concurrent and adoptive parent training at a local or community level, and that the home studies are initiated and completed in a timely manner;

h) Utilizing a "customer service" model, in collaboration with AdoptUsKids, in responding to kin as well as prospective foster, concurrent, or adoptive parents and to address dropout rates;

i) Addressing barriers presented by the agency or processes in order to increase the rate of retention of prospective foster, concurrent, and adoptive families and to reduce the dropout rates;

3

**Cooperative Agreement**
*Diligent Recruitment of Families for Children in the Foster Care System*

j) Training staff to engage effectively with diverse cultural, racial, and economic communities who are reflective of the children and youth in foster care;

k) Providing training to prospective foster and adoptive parents regarding the characteristics, needs, and issues of children who have experienced trauma and removal as well as adoption clinical issues;

l) Dealing with linguistic barriers;

m) Ensuring a non-discriminatory fee structure, including the use of purchase of service arrangements with public and private agencies (including community-based and other organizations) when necessary to facilitate and support placement;

n) Dual licensure of foster and adoptive homes;

o) Working with families, youth, and possible placement resources on active concurrent plans;

p) Collaboration and coordination with CB's National Adoption Recruitment Campaign and the fulfillment activities conducted by AdoptUsKids;

q) Timely search for prospective parents for children in care, including strategies for locating relatives (both maternal and paternal), mining existing relationships of youth, and eliminating barriers to the interjurisdictional placement of children, including the use of adoption exchanges, including www.AdoptUsKids.org and/or regional or local exchanges as well as the establishment of procedures and processes to facilitate interjurisdictional placements and payment mechanisms;

r) Collaboration with agencies and community-based organizations that can provide services (including foster care, adoption, and family finding facilities and programs) in a family-centered model of active concurrent planning with families involved in the child welfare system and implementation of strategies to improve performance if necessary;

s) Development of plans to address legal issues related to the effective judicial support of early and continuous family finding and relationship mining as one aspect of child specific recruitment for foster, concurrent, and adoptive homes;

t) Development of strategies to move the program towards a philosophy of working on permanency from the first day that children enter the child welfare system, including revision of policy, procedures, and practice models that do not support that philosophy; and

u) Training strategies for staff and community partners.

Cooperative Agreement
*Diligent Recruitment of Families for Children in the Foster Care System*

4. One month after feedback is received from CB, the Mississippi Department of Human Services must submit a revised Implementation Work Plan "Phase II - Version B", incorporating the recommendations of CB staff. The CB will review these plans and they must be approved by CB before they can be implemented.

5. Ten months after the award of the cooperative agreement, the Mississippi Department of Human Services may be requested to make an oral presentation to CB staff in Washington, D.C., describing and defending their plans for the Phase II - Version A Implementation Plan. The Mississippi Department of Human Services will be advised to send three Project staff members to make the presentation, including the Project Director, the evaluator, and one other key partner.

6. The Mississippi Department of Human Services will vet all resumes for key positions on the Project with CB.

7. The Mississippi Department of Human Services will collaborate with CB by participating, at least quarterly, in consultations, meetings, briefings, teleconferences, and other forums to review current and planned activities, to share information, and to promote coordination of the grant cluster.

8. The Mississippi Department of Human Services will collaborate with CB for review and approval of all topics, times, places, speakers, invitees, and mailing/dissemination lists for conferences and major meetings.

9. At least one key staff member from the Mississippi Department of Human Services will attend CB grantees meeting in the Washington, DC metropolitan area.

10. The Mississippi Department of Human Services must submit all draft RFPs or contracts related to this Project to CB for review and approval prior to issuance.

11. The Mississippi Department of Human Services will provide to the CB for review and approval drafts of all updated or new materials that are developed or printed with resources made available under this Cooperative Agreement. Dissemination plans for such materials must also have prior approval from CB. The Mississippi Department of Human Services, will finalize, print, and disseminate these materials following review and approval by CB.

12. The Mississippi Department of Human Services will provide written six-month progress reports and financial status reports to the Office of Grants Management, Administration for Children and Families, with a copy to CB.

13. The Mississippi Department of Human Services will include proper disclaimer language (to be provided) on all products or materials produced, developed, and disseminated with resources made available under this cooperative agreement.

Cooperative Agreement
*Diligent Recruitment of Families for Children in the Foster Care System*

14. The Mississippi Department of Human Services will collaborate with the CB National Adoption Recruitment Campaign as well as the fulfillment activities conducted by AdoptUsKids.

15. The Mississippi Department of Human Services will submit all performance indicator data, program, and financial reports in a timely manner, in recommended format (to be provided). CB prefers and will accept the final report on DVD/CD or electronically using a standard word-processing program.

16. The Mississippi Department of Human Services will submit an original and two copies of the final report, the evaluation report, and any program products within 90 days of Project end date.

**Responsibilities of the Children's Bureau**

1. CB will provide consultation and will review and approve the work plan for the Project and any revisions made to the work plan during the budget/Project period.

2. CB will provide feedback on the Mississippi Department of Human Services description of its "Phase II-Version A" Implementation Plan, and must review and approve any work plan revisions thereafter.

3. CB will organize periodic consultations, meetings, briefings, teleconferences, and other forums, as necessary, with the Mississippi Department of Human Services to review current and planned activities, to share information, and to promote coordination. The first of these meetings will occur within thirty days of the financial assistance awards so that the Mississippi Department of Human Services can collaborate with the CB on the plans for carrying out all components of this Project.

4. CB will review and approve drafts of all updated or new materials that are developed or printed with resources made available under this Cooperative Agreement.

5. CB will review and approve all topics, times, places, speakers, invitees, and mailing/dissemination lists for conferences and major meetings.

6. CB will review all resumes for key positions on the Project and approve key position hires.

7. CB will keep the Mississippi Department of Human Services informed about expectations for performance, current Bureau policy as well as the Bureau's vision for child and family services.

8. CB will provide opportunities for, and will facilitate, coordination and collaboration with the Mississippi Department of Human Services, and to the extent necessary, the CB Training and Technical Assistance Network and other contractors or grantees funded by the CB.

**Cooperative Agreement**
*Diligent Recruitment of Families for Children in the Foster Care System*

9.  CB will facilitate collaboration and coordination of activities of the Mississippi Department of Human Services with CB's National Adoption Recruitment Campaign and the fulfillment activities conducted by AdoptUsKids.

Clare Anderson
Deputy Commissioner
Administration on Children, Youth
and Families

Mississippi Department of Human Services

7

1.RECIPIENT

**Department of Health and Human Services**
**Administration for Children and Families**
**Financial Assistance Award (FAA)**

SAI NUMBER:

PMS DOCUMENT NUMBER:
90CO105201

| 1. AWARDING OFFICE: ACYF/Children's Bureau | 2. ASSISTANCE TYPE: Coop agreement | 3. AWARD NO.: 90CO1052/01 | 4. AMEND. NO.: |
|---|---|---|---|
| 5. TYPE OF AWARD: DEMONSTRATION | 6. TYPE OF ACTION: New | 7. AWARD AUTHORITY: 42 USC 5113 ET SEQ. | |
| 8. BUDGET PERIOD: 09/30/2010 THRU 09/29/2011 | 9. PROJECT PERIOD: 09/30/2010 THRU 09/29/2015 | 10. CAT NO.: 93652 | |

| 11. RECIPIENT ORGANIZATION: Mississippi Department of Human Services Family and Children's Services 750 North State Street Jackson MS 39202 0388 Don Thompson, Executive Director | 12. PROJECT / PROGRAM TITLE: Diligent Recruitment of Families for Children in the Foster Care System in the State of Mississippi |
|---|---|

| 13. COUNTY: | 14. CONGR. DIST: 02 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Linda Millsap , Division Director |
|---|---|---|

| 16. APPROVED BUDGET: | | | 17. AWARD COMPUTATION | | |
|---|---|---|---|---|---|
| Personnel............................ | $ | 116,801 | A. NON-FEDERAL SHARE........... $ | 0 | 0.00 % |
| Fringe Benefits.................... | $ | 35,040 | B. FEDERAL SHARE.................. $ | 399,986 | 100.00 % |
| Travel.................................. | $ | 16,845 | 18. FEDERAL SHARE COMPUTATION | | |
| Equipment........................... | $ | 0 | A. TOTAL FEDERAL SHARE................................. $ | | 399,986 |
| Supplies.............................. | $ | 9,000 | B. UNOBLIGATED BALANCE FEDERAL SHARE........$ | | |
| Contractual......................... | $ | 222,300 | C. FED. SHARE AWARDED THIS BUDGET PERIOD.$ | | 399,986 |
| Facilities/Construction......... | $ | 0 | 19. AMOUNT AWARDED THIS ACTION: | $ | 399,986 |
| Other.................................. | $ | 0 | 20. FEDERAL $ AWARDED THIS PROJECT PERIOD: | $ | 399,986 |
| Direct Costs........................ | $ | 399,986 | | | |
| Indirect Costs...................... At % of $ | $ | 0 | 21. AUTHORIZED TREATMENT OF PROGRAM INCOME: ADDITIONAL COSTS | | |
| In Kind Contributions........... | $ | 0 | 22. APPLICANT EIN: 1-646000807-A3 | 23. PAYEE EIN: 1-646000807-A3 | 24. OBJECT CLASS: 41.45 |
| Total Approved Budget(**).. | $ | 399,986 | | | |

| 25. FINANCIAL INFORMATION: | | | DUNS: 809399918 | | | | |
|---|---|---|---|---|---|---|---|
| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % | |
| CB | 90CO105201 | 75-0-1536 | 2010 G998016 | $399,986 | | | |

**26. REMARKS:**        (Continued on separate sheets)
Paid by DHHS Payment Management System (PMS), see attached for payment information.
This award is subject to the requirements of the HHS Grants Policy Statement (HHS GPS) that are applicable to you based on your recipient type and the purpose of this award.
This includes requirements in Parts I and II (available at http://www.hhs.gov/grantsnet/adminis/gpd/index.htm) of the HHS GPS. Although consistent with the HHS GPS, any applicable statutory or regulatory requirements, including 45 CFR Part 74 or 92, directly apply to this award apart from any coverage in the HHS GPS.
This award is subject to the requirements of Section 106 (g) of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. 7104).
For the full text of the award term, go to http://www.acf.hhs.gov/grants/award_term.html.

| 27. SIGNATURE - ACF/GRANTS OFFICER Ben L. Sharp | DATE: 9/23/2010 | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY Catherine F. Wade | 9/23/10 |
|---|---|---|---|
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S) Clare C. Anderson, Deputy Commissioner | | DATE: 9/23/10 | |

DGCM-3-785 (Rev. 86)                                        (CO)

| | 1.RECIPIENT | | | SAI NUMBER: | |
|---|---|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES ADMINISTRATION FOR CHILDREN AND FAMILIES FINANCIAL ASSISTANCE AWARD | | | | PMS DOCUMENT NUMBER: 90CO105201 | |
| 1. AWARDING OFFICE: ACYF/Children's Bureau | | 2. ASSISTANCE TYPE: Coop agreement | 3. AWARD NO.: 90CO1052/01 | | 4. AMEND. NO. |
| 5. TYPE OF AWARD: DEMONSTRATION | | 6. TYPE OF ACTION: New | 7. AWARD AUTHORITY: 42 USC 5113 ET SEQ. | | |
| 8. BUDGET PERIOD: 09/30/2010   THRU   09/29/2011 | | 9. PROJECT PERIOD: 09/30/2010   THRU   09/29/2015 | 10. CAT NO.: 93652 | | |
| 11. RECIPIENT ORGANIZATION: Mississippi Department of Human Services, Family and Children's Services | | | | | |

26. REMARKS:    (Continued from previous page)

This grant is subject to the requirements as set forth in 45 CFR Part 87.
This grant is subject to the requirements set forth in 45 CFR part 74 (for non-profit organizations and educational institutions) or 45 CFR Part 92 (for state, local, and federally recognized tribal governments).
Initial expenditure of funds by the grantee constitutes acceptance of this award.
Future support is anticipated.(**) Reflects only federal share of approved budget.

Moved $7,500 computer costs to 'Supplies'.

DGCM-3-785 (Rev. 86)



**DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS)**
**ADMINISTRATION FOR CHILDREN AND FAMILIES (ACF)**

## STANDARD TERMS AND CONDITIONS

**Has been replaced with the**

# HHS GRANTS POLICY STATEMENT
# (HHS GPS)

www.acf.hhs.gov/grants/grants_resources.html

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

# NOTICE TO ALL GRANT RECIPIENTS!

## SUBJECT:    NEW PERFORMANCE PROGRESS REPORTING REQUIREMENT

Dear ACF Grant Recipient:

Beginning with FY 2009, ACF grantees will begin using the Standard Form-Performance Progress Report (SF-PPR) for required performance progress reports. The SF-PPR is the standard government-wide performance progress reporting format used by Federal agencies to collect performance information from recipients. Use of ACF's Office of Grants Management (OGM) version of the SF-PPR will begin for all awards (new and continuation) made by ACF in FY 2009. At a minimum, grantees will be required to submit the OGM version of the SF-PPR Coversheet and the SF-PPR Attachment B Program Indicators, which are specific to ACF Performance Progress Reports. Fillable versions of these forms are available at http://www.acf.hhs.gov/grants/pdf/ACF-OGM-SF-PPR-Coversheet-AttachmentB.pdf.

Some ACF programs may utilize reporting formats that differ from the new OGM SF-PPR; therefore, grantees should consult the published announcement and their award documents to determine the appropriate performance progress report requirement.

Attachments

# ACF PERFORMANCE PROGRESS REPORT
## ACF-OGM SF-PPR Cover Page

Administration for Children and Families
U.S. Department of Health and Human Services

| Page | of Pages |
|---|---|
|  |  |

**1. Federal Agency and Organization Element to Which Report Is Submitted**

**2. Federal Grant or Other Identifying Number Assigned by Federal Agency**

**3a. DUNS**

**3b. EIN**

**4. Recipient Organization (Name and complete address including zip code)**

**5. Recipient Identifying Number or Account Number**

**8. Final Report?** ☐ Yes  ☐ No

**6. Project/Grant Period**

Start Date:

End Date:

**7. Reporting Period End Date**

**9. Report Frequency**
☐ annual  ☐ semi-annual
☐ quarterly  ☐ other
*If other, describe:*

**10. Performance Narrative**
**Leave this space blank and attach a performance narrative that responds to questions in Form ACF-OGM SF-PPR Attachment B**

**11. Other Attachments**    *(Attach other documents as needed or as instructed by the awarding Federal Agency)*

**12. Certification: I certify to the best of my knowledge and belief that this report is correct and complete for performance of activities for the purposes set forth in the award documents.**

**12a. Typed or Printed Name and Title of Authorized Certifying Official**

**12b. Signature of Authorized Certifying Official**

**12c. Telephone** *(area code-number-extension)*

**12d. Email Address**

**12e. Date Report Submitted**

**13. Agency use only.**

OMB Approval Number: 0970-0334
Expiration Date: 6/30/2009

**ACF PERFORMANCE PROGRESS REPORT**
**ACF-OGM SF-PPR**
**COVER PAGE**
Administration for Children and Families
U.S. Department of Health and Human Services

**INSTRUCTIONS**

| Item | Data Elements | Instructions |
|------|---------------|--------------|
| 1. | Awarding Federal agency and Organizational Element to Which Report is Submitted | Enter the name of the awarding Federal agency and organizational element identified in the award document or otherwise instructed by the agency. The organizational element is a sub-agency within an awarding Federal agency. |
| 2. | Federal Grant or Other Identifying Number Assigned by the awarding Federal agency | Enter the grant/award number contained in the award document. |
| 3a. | DUNS Number | Enter the recipient organization's Data Universal Numbering System (DUNS) number or Central Contract Registry extended DUNS number. |
| 3b. | EIN | Enter the recipient organization's Employer Identification Number (EIN) provided by the Internal Revenue Service. |
| 4. | Recipient Organization | Enter the name of recipient organization and address, including zip code. |
| 5. | Recipient Account Number or Account Number | Enter the account number or any other identifying number assigned by the recipient to the award. This number is strictly for the recipient's use only and is not required by the awarding Federal agency. |
| 6. | Project/Grant Period | Indicate the project/grant period established in the award document during which Federal sponsorship begins and ends. Note: Some agencies award multi-year grants for a project/grant period (e.g., 5 years) that are funded in increments known as budget periods or funding periods. These are typically annual increments. Please enter the project/grant period, not the budget period or funding period. |
| 7. | Reporting Period End Date | Enter the ending date of the reporting period. For quarterly, semi-annual, and annual reports, the following calendar quarter reporting period end dates shall be used: 3/31; 6/30; 9/30; or 12/31. For final PPRs, the reporting period end date shall be the end date of the project/grant period. The frequency of required reporting is usually established in the award document. |
| 8. | Final Report | Mark appropriate box. Check "yes" only if this is the final report for the project/grant period specified in Box 6. |
| 9. | Report or Frequency | Select the appropriate term corresponding to the requirements contained in the award document. "Other" may be used when more frequent reporting is required for high-risk grantees, as specified in OMB Circular A-110. |
| 10. | Performance Narrative | Leave blank and complete Form ACF-OGM SF-PPR Attachment B |
| 11. | Other Attachments | Attach other documents as needed or as instructed by the awarding Federal agency. |

**ACF PERFORMANCE PROGRESS REPORT**
**ACF-OGM SF-PPR Program Indicators – Attachment B**
Administration for Children and Families
U.S. Department of Health and Human Services

| 1. Federal Agency and Organization Element to Which Report is Submitted | 2. Federal Grant or Other Identifying Number Assigned by Federal Agency | Page | of Page |
|---|---|---|---|
| | | 3a. DUNS | |
| | | 3b. EIN | |

**Program Indicators**

| (1) Item | (2) Activity Description | (3) Indicator | (4) Explanation |
|---|---|---|---|
| B-01 | Major activities and accomplishments during this period | Leave Blank | Attach a description of these activities |
| B-02 | Problems | Leave Blank | Attach a description of these activities |
| B-03 | Significant findings and events | Leave Blank | Attach a description of these activities |
| B-04 | Dissemination activities | Leave Blank | Attach a description of these activities |
| B-05 | Other Activities | Leave Blank | Attach a description of these activities |
| B-06 | Activities planned for next reporting period | Leave Blank | Attach a description of these activities |

# ACF PERFORMANCE PROGRESS REPORT
## ACF-OGM SF-PPR Program Indicators – Attachment B
### Administration for Children and Families
### U.S. Department of Health and Human Services
## INSTRUCTIONS

**Schedule**

Submit the original progress report to the Office of Grants Management, Division of Discretionary Grants, and a copy to the Program Office. Reports are due 30 days after the end of the second and fourth quarters of the budget period (every six months), unless otherwise noted in the award documents.

**A _FINAL_ PERFORMANCE REPORT (PPR) IS DUE 90 DAYS AFTER THE PROJECT PERIOD END DATE.**

| Item | Data Elements | Instructions |
|---|---|---|
| 1 | Awarding Federal agency and Organizational Element to Which Report is Submitted | Enter the name of the awarding Federal agency and organizational element identified in the award document or otherwise instructed by the agency. The organizational element is a sub-agency within an awarding Federal agency. |
| 2 | Federal Grant or Other Identifying Number Assigned by the awarding Federal agency | Enter the grant/award number contained in the award document. |
| 3a | DUNS Number | Enter the recipient organization's Data Universal Numbering System (DUNS) number or Central Contract Registry extended DUNS number. |
| 3b | EIN | Enter the recipient organization's Employer Identification Number (EIN) provided by the Internal Revenue Service. |
| 4 | Reporting Period End Date | Enter the ending date of the reporting period. For quarterly, semi-annual, and annual reports, the following calendar quarter reporting period end dates shall be used: 3/31; 6/30; 9/30 and or 12/31. For final PPRs, the reporting period end date shall be the end date of the project/grant period. The frequency of required reporting is usually established in the award document. |
| | **Program Indicators** | |
| B-01(4) | Major activities and accomplishments during this period | Recommend use of project task charts from approved grant application and/ or project work plan with this section. Describe any draft/final products in this section. Use additional pages if needed. |
| B-02(4) | Problems | Describe any deviations or departures from the original project plan including actual/anticipated slippage in task completion dates, and special problems encountered or expected. Use this report section to advise Project Officer and Grants Management Specialist of assistance needs. Use additional pages if needed. |
| B-03(4) | Significant findings and events | (To be noted by project officer, or reported to regions, States, other agencies, Program Director/Commissioner, Assistant Secretary, Secretary, etc.) Use additional pages if needed. |
| B-04(4) | Dissemination activities | Briefly describe project related inquiries and information dissemination activities carried out over the reporting period. Itemize and include a copy of any newspaper, newsletter, magazine articles or other published materials considered relevant to project activities, or used for project information or public relations purposes. Use additional pages if needed. |
| B-05(4) | Other Activities | Briefly describe. Use additional pages if needed. |
| B-06(4) | Activities planned for next reporting period | Briefly describe. Use additional pages if needed. |

**Paperwork Burden Statement**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 0970-0334, which expires on 06/30/2009. The time required to complete this information collection is estimated to average three (3) hours per response, including the time to review the instructions, search existing data resources, gather the data needed, and complete and review the information collection. **If you have suggestions about the accuracy of the estimate, we would be happy to hear from you.** You can email us at infocollection@acf.hhs.gov.

Print Form



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# ADMINISTRATION FOR CHILDREN AND FAMILIES

## Discretionary Program
## FINANCIAL REPORTING REQUIREMENTS

<u>Standard Form 269 – Financial Status Report</u>

The Financial Status Report (SF-269) is due 30 days after the end of the second and fourth quarters of the budget period (every six months). A fillable version of the form can be accessed at: <u>http://www.acf.hhs.gov/programs/ofs/grants/sf269.pdf</u>.

A final SF-269 is due 90 days after the end of the project period. The SF-269 and the Payment Management System (PMS) expenditures report for the reporting period must reconcile. For the report to be considered final, all unliquidated obligations must have been paid and $0 entered on line 10(k) of the final SF-269.

All financial status reports must be signed by the recipient organization's financial officer or by a designated individual in the organization for which notification of such designation by an authorized official of the organization has been submitted to the Administration for Children and Families.

**The Federal grant award number should be indicated on all reports.**

Submit the original and two copies of the SF-269 to:

**Mailing Address:**

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Grants Management
Division of Discretionary Grants
370 L'Enfant Promenade SW, 6th Floor
Washington, DC 20447

**Delivery Address:**
**(commercial/private courier)**
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Grants Management
Division of Discretionary Grants
901 D Street SW, 6th Floor
Washington, DC 20024

Failure to submit reports when due will be indicative of non-compliance with the Award Terms and Conditions.

# FINANCIAL STATUS REPORT
## (Long Form)
*(Follow instructions on the back)*

| 1. Federal Agency and Organizational Element to Which Report is Submitted | 2. Federal Grant or Other Identifying Number Assigned By Federal Agency | OMB Approval No. 0348-0039 | Page of |
|---|---|---|---|
| | | | pages |

**3. Recipient Organization** *(Name and complete address, including ZIP code)*

| 4. Employer Identification Number | 5. Recipient Account Number or Identifying Number | 6. Final Report ☐ Yes ☐ No | 7. Basis ☐ Cash ☐ Accrual |
|---|---|---|---|

| 8. Funding/Grant Period *(See instructions)* From: (Month, Day, Year) | To: (Month, Day, Year) | 9. Period Covered by this Report From: (Month, Day, Year) | To: (Month, Day, Year) |
|---|---|---|---|

| 10. Transactions: | I Previously Reported | II This Period | III Cumulative |
|---|---|---|---|
| a. Total outlays | | | 0.00 |
| b. Refunds, rebates, etc. | | | 0.00 |
| c. Program income used in accordance with the deduction alternative | | | 0.00 |
| d. Net outlays (Line a, less the sum of lines b and c) | 0.00 | 0.00 | 0.00 |
| **Recipient's share of net outlays, consisting of:** | | | |
| e. Third party (in-kind) contributions | | | 0.00 |
| f. Other Federal awards authorized to be used to match this award | | | 0.00 |
| g. Program income used in accordance with the matching or cost sharing alternative | | | 0.00 |
| h. All other recipient outlays not shown on lines e, f or g | | | 0.00 |
| i. Total recipient share of net outlays (Sum of lines e, f, g and h) | 0.00 | 0.00 | 0.00 |
| j. Federal share of net outlays (line d less line i) | 0.00 | 0.00 | 0.00 |
| k. Total unliquidated obligations | | | |
| l. Recipient's share of unliquidated obligations | | | |
| m. Federal share of unliquidated obligations | | | |
| n. Total Federal share (sum of lines j and m) | | | 0.00 |
| o. Total Federal funds authorized for this funding period | | | |
| p. Unobligated balance of Federal funds (Line o minus line n) | | | 0.00 |
| **Program Income, consisting of:** | | | |
| q. Disbursed program income shown on lines c and/or g above | | | |
| r. Disbursed program income using the addition alternative | | | |
| s. Undisbursed program income | | | |
| t. Total program income realized (Sum of lines q, r and s) | | | 0.00 |

| 11. Indirect Expense | a. Type of Rate (Place "X" in appropriate box) ☐ Provisional   ☐ Predetermined   ☐ Final   ☐ Fixed | | | |
|---|---|---|---|---|
| | b. Rate | c. Base | d. Total Amount | e. Federal Share |

**12.** Remarks: *Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation.*

**13. Certification:** I certify to the best of my knowledge and belief that this report is correct and complete and that all outlays and unliquidated obligations are for the purposes set forth in the award documents.

| Typed or Printed Name and Title | Telephone (Area code, number and extension) |
|---|---|
| Signature of Authorized Certifying Official | Date Report Submitted |

Previous Edition Usable
NSN 7540-01-012-4285

269-104

Standard Form 269 (Rev. 7-97)
Prescribed by OMB Circulars A-102 and A-110

200-498 P.O. 139 (Face)

**FINANCIAL STATUS REPORT**
*(Long Form)*

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (0348-0039), Washington, DC 20503.

**PLEASE <u>DO NOT</u> RETURN YOUR COMPLETED FORM TO THE OFFICE OF MANAGEMENT AND BUDGET.**

Please type or print legibly. The following general instructions explain how to use the form itself. You may need additional information to complete certain items correctly, or to decide whether a specific item is applicable to this award. Usually, such information will be found in the Federal agency's grant regulations or in the terms and conditions of the award (e.g., how to calculate the Federal share, the permissible uses of program income, the value of in-kind contributions, etc.). You may also contact the Federal agency directly.

| Item | Entry | Item | Entry |
|---|---|---|---|

1, 2 and 3. Self-explanatory.

4. Enter the Employer Identification Number (EIN) assigned by the U.S. Internal Revenue Service.

5. Space reserved for an account number or other identifying number assigned by the recipient.

6. Check *yes* only if this is the last report for the period shown in item 8.

7. Self-explanatory.

8. Unless you have received other instructions from the awarding agency, enter the beginning and ending dates of the current funding period. If this is a multi-year program, the Federal agency might require cumulative reporting through consecutive funding periods. In that case, enter the beginning and ending dates of the grant period, and in the rest of these instructions, substitute the term "grant period" for "funding period."

9. Self-explanatory.

10. The purpose of columns, I, II, and III is to show the effect of this reporting period's transactions on cumulative financial status. The amounts entered in column I will normally be the same as those in column III of the previous report *in the same funding period*. If this is the first or only report of the funding period, leave columns I and II blank. If you need to adjust amounts entered on previous reports, footnote the column I entry on this report and attach an explanation.

10a. Enter total gross program outlays. Include disbursements of cash realized as program income if that income will also be shown on lines 10c or 10g. Do not include program income that will be shown on lines 10r or 10s.

For reports prepared on a cash basis, outlays are the sum of actual cash disbursements for direct costs for goods and services, the amount of indirect expense charged, the value of in-kind contributions applied, and the amount of cash advances and payments made to subrecipients. For reports prepared on an accrual basis, outlays are the sum of actual cash disbursements for direct charges for goods and services, the amount of indirect expense incurred, the value of in-kind contributions applied, and the net increase or decrease in the amounts owed by the recipient for goods and other property received, for services performed by employees, contractors, subgrantees and other payees, and other amounts becoming owed under programs for which no current services or performances are required, such as annuities, insurance claims, and other benefit payments.

10b. Enter any receipts related to outlays reported on the form that are being treated as a reduction of expenditure rather than income, and were not already netted out of the amount shown as outlays on line 10a.

10c. Enter the amount of program income that was used in accordance with the deduction alternative.

Note: Program income used in accordance with other alternatives is entered on lines q, r, and s. Recipients reporting on a cash basis should enter the amount of cash income received; on an accrual basis, enter the program income earned. Program income may or may not have been included in an application budget and/or a budget on the award document. If actual income is from a different source or is significantly different in amount, attach an explanation or use the remarks section.

10d, e, f, g, h, i and j. Self-explanatory.

10k. Enter the total amount of unliquidated obligations, including unliquidated obligations to subgrantees and contractors.

Unliquidated obligations on a cash basis are obligations incurred, but not yet paid. On an accrual basis, they are obligations incurred, but for which an outlay has not yet been recorded.

Do not include any amounts on line 10k that have been included on lines 10a and 10j.

On the final report, line 10k must be zero.

10l. Self-explanatory.

10m. On the final report, line 10m must also be zero.

10n, o, p, q, r, s and t. Self-explanatory.

11a. Self-explanatory.

11b. Enter the indirect cost rate in effect during the reporting period.

11c. Enter the amount of the base against which the rate was applied.

11d. Enter the total amount of indirect costs charged during the report period.

11e. Enter the Federal share of the amount in 11d.

Note: If more than one rate was in effect during the period shown in item 8, attach a schedule showing the bases against which the different rates were applied, the respective rates, the calendar periods they were in effect, amounts of indirect expense charged to the project, and the Federal share of indirect expense charged to the project to date.

# INSTRUCTIONS FOR REQUESTING PAYMENT FOR FEDERAL FUNDS

This award will be paid through the Department of Health and Human Services' Division of Payment Management (DPM), operating under the Program Support Center (PSC). The DPM provides automated grant payment and cash management services for the entire Federal government. DPM operates the centralized payment system, Payment Management System (PMS), and acts as a liaison between the Administration for Children and Families to resolve any discrepancies. For additional information, please visit the DPM website at www.dpm.psc.gov.

If this is your first award paid through the DPM, it is recommended that you review the website. The New Recipient section provides basic information and addresses both funding and reporting requirements necessary for receiving awarded funds. It is mandatory that all new recipients complete and send to DPM a Direct Deposit Sign-Up Form (SF-1199A). The form can be printed from DPMS's website or obtained from your local financial institution.

The DPM operates in a completely electronic environment; therefore, paper payment requests and Treasury checks are no longer used. All requests and payments are made electronically. DPM utilizes two funding request systems, Cashline and Smartlink II. Grantees are provided instructions by DPM on the procedures and Federal requirements necessary to receiving funding.

Cashline allows grantees to dial directly into a "voice response" computer via a touch tone telephone. Smartlink II allows grantees to request funding via computer and may be accessed through the Internet. Smartlink II's most notable advantage over Cashline is the grantee's ability to inquire into account balances.

Regardless of the method used to initiate a payment request, funds are electronically deposited into the designated bank account the next business day. Under both systems, funds can be requested as frequently as disbursements are made by your organization. Since funds are available on the next business day, Federal regulation prohibits payments in excess of your immediate disbursement needs.

The payment method for State agencies shall be consistent with Treasury/State CMIA agreements or default procedures codified under 31 CFR Part 205.

Questions regarding payment of Federal funds can be answered through the DPM website and/or by contacting DPM directly.



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

# Opportunity to Comment-
# Simplification of Federal Grant Programs

**Opportunity to Comment - Simplification of Federal Grant Programs**

On November 20, 1999, the President signed into law the Federal Financial Assistance Management Improvement Act (Public Law 106-107) whose purposes are to improve the delivery of services to the public and the effectiveness and performance of Federal grant programs. Federal agencies are working with the Office of Management of Budget (OMB) to: develop uniform administrative rules and common application and reporting systems; replace paper with electronic processing in administration of grant programs; and identify statutory impediments to grant program simplification. Consultation with the recipient community is an important part of the grant program simplification effort. We welcome ideas to make it easier for State, local, and tribal governments and nonprofit organizations to apply for and report on Federal grants. Please send your comments via email to: PL106107@ost.dot.gov. Be sure to include the name of the organization you represent. We want to know which processes in the grants life cycle need streamlining and improvement, and your suggestions for achieving improvements. We need to know what is most important to you, in terms of grant simplification. Finally, we want you to identify the specific grant program(s) that you find to be most burdensome, with some detail about why they are burdensome, individually or collectively, because we need to focus our efforts on those programs that are in the greatest need of review and streamlining. Your input is valued, and is part of the larger process of achieving the goals of Public Law 106-107, namely, simplification of Federal grant programs for the benefit of our recipients. Please note there will not be any individual response to the input. However, we intend to periodically provide summary information relating to implementation of the law on this web page. Thank you for your participation.

June 2005

# Single Audit Basics and Where to Get Help

## for Federal Grant Recipients



Grants Management Committee

---

Contact the affected Federal awarding agency or pass-through entity if you have any questions.

Failure to meet the single audit requirements could result in your entity having to repay grant monies and/or losing access to future Federal funding.

**Additional Information and Where to Get Help**

- *OMB Source Documents*

Single audit requirements are set forth in OMB Circular A-133 and the OMB Circular A-133 Compliance Supplement, which are on OMB's website (www.omb.gov/grants).

- *Federal Agency Contact for General Assistance*

A Federal agency has been designated to answer your questions and provide help when needed with your single audit. This designation is generally based upon which Federal agency provides you with the most direct Federal funding. (Circular A-133 (paragraph .400) provides specific guidance for determining which Federal agency is designated to assist you.)

The single audit contacts are listed in Appendix III of the OMB Circular A-133 Compliance Supplement.

- *Highlights of the Single Audit Process*

The Grants Management Committee of the Chief Financial Officers Council produced a pamphlet, *Highlights of the Single Audit Process*, to acquaint officials of Federal awarding agencies and non-Federal entities with the single audit process. It is available on the FAC website (harvester.census.gov/fac).

## Background

Each year, the Federal Government provides over $400 billion—one-sixth of the Federal budget—in grants to non-Federal entities (States, local and tribal governments, colleges and universities, and other non-profit organizations). Audits are a primary tool used by the Federal government to ensure that these funds are expended properly.

## Basic Requirements

All non-Federal entities that expend $500,000 or more of Federal awards in a year are required to obtain an annual audit in accordance with the Single Audit Act Amendments of 1996, Office of Management and Budget (OMB) Circular A-133, "Audits of States, Local Governments and Non-Profit Organizations," the OMB Circular A-133 Compliance Supplement and Government Auditing Standards.

Entities expending less than $500,000 in a year are exempt from Federal audit requirements, but must make records available for review or audit by Federal agencies or pass-through entities (non-Federal) from whom they receive Federal funds), if requested.

## What is a Single Audit?

Most non-Federal entities annually prepare financial statements and have them audited. A single audit combines the annual financial statement audit with additional audit coverage of Federal funds. The single audit is intended to meet the basic audit needs of both the non-Federal entity and Federal awarding agencies. Any additional auditing by the Federal government shall build upon work performed by other auditors.

## Your Primary Responsibilities

In addition to your responsibility to administer Federal awards in compliance with Federal requirements, you have a key role to play in the single audit process:

♦ *Identifying Federal awards received and expended*

You are required to account for Federal funds received and expended by individual award. This information

is usually provided in grant award documents. Check with the awarding agency if you have any questions.

♦ *Preparing financial statements and a Schedule of Expenditures of Federal Awards (SEFA).*

Most non-Federal entities prepare annual financial statements for their own purposes and are familiar with the process. Your auditor can usually answer any questions on financial statement preparation.

OMB Circular A-133 sets forth the minimum content requirements for the SEFA. Questions on the preparation of the SEFA can be addressed to your auditor, Federal awarding agency, or pass-through entity.

♦ *Obtaining the audit and ensuring it is completed.*

OMB Circular A-133 requires that Federal administrative rules be followed in procuring audit services, which can be found on OMB's website. Factors to consider in evaluating proposals for audit services include responsiveness to the request for proposal, availability of staff with professional qualifications and relevant experience, results of quality reviews and price.

The Mid-America Intergovernmental Audit Forum (www.auditforum.org) has published a pamphlet, *Choosing an External Auditor*, to assist non-Federal entities in the procurement of audit services.

The Government Accountability Office's website (www.gao.gov) also contains a pamphlet, *How to Avoid a Substandard Audit: Suggestions for Procuring an Audit*. *Government Auditing Standards*, the standards auditors must follow in conducting the audit, are also available at this site.

♦ *Submitting the audit reporting package and Data Collection Form (form SF-SAC) to the Federal Audit Clearinghouse (FAC) and pass-through entities*

The reporting package includes your financial statements and SEFA, the auditor's reports, including a schedule of findings and questioned costs, and, if applicable, your corrective action plan and a summary

schedule of prior audit findings.

You and your auditor jointly prepare form SF-SAC. You are encouraged to prepare the SF-SAC using the online option at the FAC website (harvester.census.gov/fac). Blank forms can be downloaded from the FAC's website and hard copies are also available on request.

It is your responsibility to submit the SF-SAC together with the appropriate number (per the SF-SAC instructions) of reporting packages to the FAC within 30 days of the receipt of the auditor's reports, but no later than 9 months after the end of your fiscal year. The FAC distributes the reporting package to Federal agencies and maintains an archival copy. Information from the form SF-SAC is captured by the FAC in an electronic database, which is publicly accessible via its website.

For more information concerning submissions to the FAC, contact the FAC at govs.fac@census.gov or toll-free at 1-888-222-9907.

If you are a subrecipient receiving Federal funds from a pass-through entity, you are also required to submit either a copy of the reporting package, or a notification that the audit was completed, to each pass-through entity that provides you with Federal funding. Contact your pass-through entity (ies) for questions concerning submissions to them.

♦ *Taking corrective action on audit findings.*

You are required to prepare a corrective action plan that addresses each audit finding. The affected Federal awarding agency(ies) or pass-through entity(ies) should contact you on the acceptability of your plan or alternative actions it expects you to take. You are responsible for taking those actions.



**ADMINISTRATION FOR CHILDREN AND FAMILES**

**AWARD TERM AND CONDITION**

**THIS AWARD IS SUBJECT TO REQUIREMENTS OF SECTION 106(g) OF THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000, AS AMENDED (22 U.S.C. 7104)**

**TRAFFICKING IN PERSONS**

a. **Provisions applicable to a recipient that is a private entity.**

1. You as the recipient, your employees, subrecipients under this award, and subrecipients' employees may not—

    i. Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

    ii. Procure a commercial sex act during the period of time that the award is in effect; or

    iii. Use forced labor in the performance of the award or subawards under the award.

2. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if you or a subrecipient that is a private entity –

    i. Is determined to have violated a prohibition in paragraph a.1 of this award term; or

    ii. Has an employee who is determined by the agency official authorized to terminate the award to have violated a prohibition in paragraph a.1 of this award term through conduct that is either—

    A. Associated with performance under this award; or

    B. Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government wide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 376.

b. **Provision applicable to a recipient other than a private entity.** We as the Federal awarding agency may unilaterally terminate this award, without penalty, if a subrecipient that is a private entity—

    1. Is determined to have violated an applicable prohibition in paragraph a.1 of this award term; or

    2. Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph a.1 of this award term through conduct that is either—

        i. Associated with performance under this award; or

        ii. Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government wide Debarment and Suspension (Nonprocurement)," as implemented by our agency at 2 CFR part 376

c. **Provisions applicable to any recipient.**

    1. You must inform us immediately of any information you receive from any source alleging a violation of a prohibition in paragraph a.1 of this award term.

    2. Our right to terminate unilaterally that is described in paragraph a.2 or b of this section:

      i.  Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

      ii.  Is in addition to all other remedies for noncompliance that are available to us under this award.

3.  You must include the requirements of paragraph a.1 of this award term in any subaward you make to a private entity.

d. **Definitions.**  For purposes of this award term:

1.  "Employee" means either:

      i.  An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

      ii.  Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

2.  "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

3.  "Private entity":

      i.  Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR 175.25.

    ii. Includes:

        A. A nonprofit organization, including any nonprofit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR 175.25(b).

        B. A for-profit organization.

4. "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102)

**Expedited Resource Licensure**

All foster care settings, including relative placements, shall be screened prior to the initial placement of foster children to ensure that children receive safe, sufficient, and appropriate care. Screens shall include criminal and child welfare background checks of all household members who are at least fourteen (14) years old as required by 43-15-6 of Mississippi Code. No foster child shall be placed in a home prior to receipt of the background check results.

An expedited licensure process shall be utilized for relative placements in order to enable a child to be placed quickly upon entering foster care. All relative placements approved using the expedited process shall undergo the full licensure procedure within sixty (60) calendar days of the child's placement in the home.

Expedited relative and court ordered "non-relative" placements shall be entered as resource inquiries and assigned for home study completion. The home studies must be completed within fourteen (14) calendar days of assignment. Training and other licensure requirements, excluding the required background checks, will be post-poned for a maximum of sixty (60) days. All other requirements must be met within the sixty (60) day period to maintain licensure. Failure to meet the requirements of licensure will result in the removal of child(ren) unless the court orders the children to remain in the home.

**Emergency Placement Safety Standards**

The safety checklist is to be used by the worker when determining the appropriateness of a relative home for emergency placement. After completing the background check and the safety checklist, a face-to-face contact by the child(ren)'s worker must be made within the next business day to assure the child(ren)'s continued safety within the placement. The narrative shall be documented in MACWIS within five (5) working days.

EXHIBIT

W

# EXHIBIT "X"

## FILED UNDER SEAL



# EXHIBIT "Y"

## FILED UNDER SEAL

EXHIBIT

Y

tabbies®

# EXHIBIT "Z"

## FILED UNDER SEAL

**EXHIBIT**

tabbies®

2