IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                        PLAINTIFFS

v.                                                                                   CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.           DEFENDANTS

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO STRIKE
THE DECLARATION OF SHIRIM NOTHENBERG**

COME NOW Plaintiffs, pursuant to Fed. R. Civ. P. 6(b)(1), and move this Court for an extension of time from December 17, 2010, to December 23, 2010, to respond to Defendants' Motion to Strike the Declaration of Shirim Nothenberg [Doc. No. 535]. As grounds for this Motion, Plaintiffs state:

1.      Defendants filed their Response in Opposition to Plaintiffs' Motion for Contempt and for the Appointment of a Receiver on December 3, 2010. On that same date, Defendants filed the Motion to Strike the Declaration of Shirim Nothenberg.

2.      Plaintiffs' reply in support of the motion for contempt and for the appointment of a receiver is due on December 23, 2010. For purposes of efficiency, Plaintiffs request that their response to the motion to strike be due on the same date.

3.      Counsel for Defendants has advised undersigned counsel that Defendants have no objection to the requested extension. However, Defendants request that their deadline to file their reply in further support of their motion to strike be extended to January 7, 2011. Plaintiffs have no objection to Defendants' request.

4. The extension of time sought is made in good faith and not requested solely for purposes of undue delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Court to enter an Order granting Plaintiffs an extension of time until December 23, 2010, to file their response to Defendants' Motion to Strike the Declaration of Shirim Nothenberg and granting Defendants an extension of time until January 7, 2011, to file their reply in further support of their Motion to Strike the Declaration of Shirim Nothenberg.

Respectfully submitted, this the 7th day of December, 2010.

/s     Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 Seventh Avenue, Fourth floor
    New York, New York  10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi  39201
    Telephone:  (601) 948-8000
    Facsimile:  (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

        Christian Carbone (MBN 43986 *pro hac vice*)
        John Piskora (MBN 44474 *pro hac vice*)
            LOEB & LOEB LLP
            345 Park Ave.
            New York, New York 10154
            Telephone: (212) 407-4000
            E mail: ccarbone@loeb.com

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

I, Shirim Nothenberg, do hereby certify that on December 7, 2010, I electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, MS 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi 39201
>
>*Attorneys for Defendants Haley Barbour, et al.*

SO CERTIFIED, this 7th day of December, 2010.

/s    Shirim Nothenberg