**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

OLIVIA Y., et al.                                                                                      PLAINTIFFS

v.                                                            CIVIL ACTION NO. 3:04CV251 TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.           DEFENDANTS

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF SHIRIM NOTHENBERG**

THIS CAUSE CAME on for hearing on Plaintiffs' Unopposed Motion [Doc. No. 538] for an extension of time until December 23, 2010, to respond to Defendants' Motion to Strike the Declaration of Shirim Nothenberg [Doc. No. 535]. The Court has considered the Motion and, being fully advised in the premises, the Court finds that good cause exists for the extension sought, that there is no objection to the requested extension, and that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs are granted an extension of time until December 23, 2010, to file their response to Defendants' Motion to Strike the Declaration of Shirim Nothenberg, and Defendants are granted an extension of time until January 7, 2011, to file their reply in further support of their Motion to Strike the Declaration of Shirim Nothenberg.

SO ORDERED, this 8th day of December, 2010.

                                            /s/Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s     Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi 39201
    Telephone: (601) 948-8000
    Facsimile: (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York 10154
    Telephone: (212) 407-4000
    E mail: ccarbone@loeb.com

    *Plaintiffs' Counsel*