# Exhibit D

DHS 285382

```
Job Name: MW3JWPCP              MISSISSIPPI DEPARTMENT OF HUMAN SERVICES                    Date: 08/10/10
Program : MWZWCR3B         Children In Custody with a Permanency Plan of Re-Unification    Time: 09:28 PM
Report  : MWZWCR3S      Worker / Birth and Adopted Parent Face to Face Contacts - State Summary   Page: 1
                              For the Date Range of July 01,2010 thru July 31,2010
```

| Region | County | Children In Custody With a Plan of ReUnification | Total F2F Worker / Parent Contacts Meeting *Requirements | | Total Worker / Mother F2F Contacts | | Total Worker / Father F2F Contacts | |
|---|---|---|---|---|---|---|---|---|
| I-N | Alcorn      | 46  | 24 | 52.17% | 26 | 57.78% | 13 | 40.63% |
| I-N | Benton      | 6   | 3  | 50.00% | 4  | 66.67% | 1  | 25.00% |
| I-N | DeSoto      | 100 | 9  | 9.00%  | 12 | 12.77% | 6  | 8.57%  |
| I-N | Marshall    | 20  | 1  | 5.00%  | 9  | 45.00% | 1  | 5.26%  |
| I-N | Prentiss    | 16  |    |        | 4  | 28.57% | 1  | 6.67%  |
| I-N | Tippah      | 16  | 6  | 37.50% | 9  | 56.25% | 4  | 33.33% |
| I-N | Tishomingo  | 23  | 4  | 17.39% | 13 | 56.52% | 5  | 23.81% |
| Total For Region I-N | | 227 | 47 | 20.70% | 77 | 35.32% | 31 | 17.92% |
| I-S | Calhoun         | 8  | 4  | 50.00% | 4  | 57.14% | 2  | 40.00% |
| I-S | East Chickasaw  | 10 | 4  | 40.00% | 7  | 70.00% | 3  | 37.50% |
| I-S | Itawamba        | 23 | 1  | 4.35%  | 12 | 54.55% | 3  | 13.64% |
| I-S | Lafayette       | 18 | 6  | 33.33% | 7  | 43.75% | 3  | 30.00% |
| I-S | Lee             | 28 | 9  | 32.14% | 15 | 53.57% | 7  | 28.00% |
| I-S | Monroe          | 70 | 23 | 32.86% | 34 | 49.28% | 22 | 36.07% |
| I-S | Pontotoc        | 49 | 28 | 57.14% | 37 | 75.51% | 21 | 63.64% |
| I-S | Union           | 31 | 14 | 45.16% | 17 | 56.67% | 14 | 51.85% |
| I-S | West Chickasaw  | 12 | 5  | 41.67% | 8  | 66.67% | 3  | 30.00% |
| Total For Region I-S | | 249 | 94 | 37.75% | 141 | 58.02% | 78 | 38.81% |
| II-E | Carroll      | 4  | 2 | 50.00%  | 2 | 50.00%  | 1 | 33.33% |
| II-E | Grenada      | 1  | 1 | 100.00% | 1 | 100.00% |   |        |
| II-E | Leflore      | 2  | 1 | 50.00%  | 1 | 50.00%  | 1 | 50.00% |
| II-E | Montgomery   |    |   |         |   |         |   |        |
| II-E | Panola       | 18 | 1 | 5.56%   | 2 | 11.11%  | 1 | 10.00% |
| II-E | Tallahatchie | 1  |   |         |   |         |   |        |
| II-E | Tate         | 4  |   |         | 1 | 25.00%  |   |        |
| II-E | Yalobusha    | 1  |   |         |   |         |   |        |
| Total For Region II-E | | 32 | 5 | 15.63% | 7 | 22.58% | 3 | 14.29% |
| II-W | Coahoma       | 5  | 4  | 80.00%  | 5  | 100.00% | 2 | 66.67%  |
| II-W | East Bolivar  | 9  |    |         | 1  | 11.11%  |   |         |
| II-W | Humphreys     | 9  | 2  | 22.22%  | 2  | 22.22%  | 1 | 100.00% |
| II-W | Sunflower     | 2  | 1  | 50.00%  | 1  | 50.00%  |   |         |
| II-W | Washington    | 52 | 23 | 44.23%  | 36 | 70.59%  | 3 | 13.64%  |
| II-W | West Bolivar  | 1  | 1  | 100.00% | 1  | 100.00% |   |         |
| Total For Region II-W | | 78 | 31 | 39.74% | 46 | 59.74% | 6 | 21.43% |
| III-N | Attala   | 2  |    |         |    |         | 1 | 100.00% |
| III-N | Holmes   | 1  | 1  | 100.00% | 1  | 100.00% |   |         |
| III-N | Leake    | 3  |    |         |    |         |   |         |
| III-N | Madison  | 21 | 2  | 9.52%   | 2  | 9.52%   | 1 | 10.00%  |
| III-N | Rankin   | 17 | 2  | 11.76%  | 2  | 15.38%  |   |         |
| III-N | Scott    | 19 | 9  | 47.37%  | 8  | 44.44%  | 4 | 100.00% |
| III-N | Yazoo    | 32 | 18 | 56.25%  | 19 | 67.86%  | 5 | 41.67%  |
| Total For Region III-N | | 95 | 32 | 33.68% | 32 | 37.65% | 11 | 33.33% |
| III-S | Hinds | 188 | 11 | 5.85% | 14 | 7.82% | 5 | 10.00% |

*Requirement:
Worker must have at least one face-to-face contact monthly with each parent (biological or adopted) identified as a case member.

DHS
285383

```
Job Name: MW3JWPCP                   MISSISSIPPI DEPARTMENT OF HUMAN SERVICES                       Date: 08/10/10
Program : MWZWCR3B              Children In Custody with a Permanency Plan of Re-Unification        Time: 09:29 PM
Report  : MWZWCR3S         Worker / Birth and Adopted Parent Face to Face Contacts - State Summary  Page:      2
                                   For the Date Range of July 01,2010 thru July 31,2010
```

| Region | County | Children In Custody With a Plan of ReUnification | Total F2F Worker / Parent Contacts Meeting *Requirements | | Total Worker / Mother F2F Contacts | | Total Worker / Father F2F Contacts | |
|---|---|---|---|---|---|---|---|---|
| III-S | Warren | 27 | 7 | 25.93% | 7 | 30.43% | 2 | 66.67% |
| **Total For Region III-S** | | **215** | **18** | **8.37%** | **21** | **10.40%** | **7** | **13.21%** |
| IV-N | Choctaw | 6 | 2 | 33.33% | 2 | 33.33% | 2 | 100.00% |
| IV-N | Clay | 23 | 1 | 4.35% | 1 | 4.35% | | |
| IV-N | Kemper | 4 | 3 | 75.00% | 4 | 100.00% | | |
| IV-N | Lowndes | 23 | 2 | 8.70% | 7 | 30.43% | | |
| IV-N | Neshoba | 55 | 28 | 50.91% | 38 | 69.09% | 19 | 47.50% |
| IV-N | Noxubee | 7 | 3 | 42.86% | 6 | 85.71% | | |
| IV-N | Oktibbeha | 12 | 1 | 8.33% | 1 | 8.33% | 1 | 12.50% |
| IV-N | Webster | 5 | 1 | 20.00% | 3 | 60.00% | 1 | 25.00% |
| IV-N | Winston | 9 | 1 | 11.11% | 4 | 44.44% | 1 | 12.50% |
| **Total For Region IV-N** | | **144** | **42** | **29.17%** | **66** | **45.83%** | **24** | **24.74%** |
| IV-S | Jasper | 2 | | | 2 | 100.00% | | |
| IV-S | Jones | 27 | 4 | 14.81% | 4 | 15.38% | 4 | 20.00% |
| IV-S | Lauderdale | 60 | 26 | 43.33% | 35 | 58.33% | 14 | 35.00% |
| IV-S | Wayne | 3 | 2 | 66.67% | 3 | 100.00% | 1 | 50.00% |
| **Total For Region IV-S** | | **92** | **32** | **34.78%** | **44** | **48.35%** | **19** | **29.69%** |
| V-E | Copiah | 38 | 13 | 34.21% | 25 | 71.43% | 1 | 4.55% |
| V-E | Covington | 42 | 11 | 26.19% | 19 | 47.50% | 1 | 5.26% |
| V-E | Jefferson Davis | 27 | 2 | 7.41% | 7 | 26.92% | | |
| V-E | Lawrence | 26 | 12 | 46.15% | 16 | 61.54% | 4 | 30.77% |
| V-E | Lincoln | 44 | 26 | 59.09% | 37 | 86.05% | 11 | 45.83% |
| V-E | Simpson | 47 | 13 | 27.66% | 16 | 39.02% | 5 | 20.83% |
| V-E | Smith | 13 | 1 | 7.69% | 2 | 20.00% | | |
| **Total For Region V-E** | | **237** | **78** | **32.91%** | **122** | **55.20%** | **22** | **17.19%** |
| V-W | Adams | 28 | 3 | 10.71% | 3 | 11.11% | 7 | 36.84% |
| V-W | Amite | 6 | 1 | 16.67% | 3 | 50.00% | | |
| V-W | Claiborne | 4 | 3 | 75.00% | 4 | 100.00% | 2 | 66.67% |
| V-W | Jefferson | 7 | 2 | 28.57% | 4 | 57.14% | | |
| V-W | Pike | 23 | 6 | 26.09% | 8 | 38.10% | | |
| V-W | Walthall | 4 | 1 | 25.00% | 1 | 33.33% | | |
| V-W | Wilkinson | 4 | 2 | 50.00% | 4 | 100.00% | | |
| **Total For Region V-W** | | **76** | **18** | **23.68%** | **27** | **38.03%** | **9** | **18.75%** |
| VI | Forrest | 29 | 6 | 20.69% | 10 | 37.04% | | |
| VI | Lamar | 11 | 5 | 45.45% | 6 | 54.55% | 1 | 25.00% |
| VI | Marion | 6 | | | | | | |
| VI | Pearl River | 116 | 22 | 18.97% | 31 | 27.93% | 6 | 8.45% |
| VI | Perry | 7 | 2 | 28.57% | 3 | 42.86% | | |
| VI | Stone | 50 | 3 | 6.00% | 4 | 8.33% | | |
| **Total For Region VI** | | **219** | **38** | **17.35%** | **54** | **25.96%** | **7** | **5.34%** |

*Requirement:
Worker must have at least one face-to-face contact monthly with each parent (biological or adopted) identified as a case member.

DHS
285384

```
Job Name: MW3JWPCP                    MISSISSIPPI DEPARTMENT OF HUMAN SERVICES                      Date: 08/10/10
Program : MWZWCR3B              Children In Custody with a Permanency Plan of Re-Unification        Time: 09:29 PM
Report  : MWZWCR3S           Worker / Birth and Adopted Parent Face to Face Contacts - State Summary  Page:    3
                                  For the Date Range of July 01,2010 thru July 31,2010
```

| Region | County | Children In Custody With a Plan of Reunification | Total F2F Worker / Parent Contacts Meeting *Requirements | | Total Worker / Mother F2F Contacts | | Total Worker / Father F2F Contacts | |
|---|---|---|---|---|---|---|---|---|
| VII-E | George | 2 | | | | | | |
| VII-E | Jackson | 164 | 13 | 7.93% | 25 | 17.01% | 4 | 4.40% |
| Total For Region VII-E | | 166 | 13 | 7.83% | 25 | 16.78% | 4 | 4.40% |
| VII-W | Hancock | 162 | 21 | 12.96% | 39 | 25.00% | 19 | 16.38% |
| VII-W | Harrison | 145 | 16 | 11.03% | 23 | 16.79% | 8 | 10.13% |
| Total For Region VII-W | | 307 | 37 | 12.05% | 62 | 21.16% | 27 | 13.85% |
| Statewide Total | | 2,137 | 485 | 22.70% | 724 | 35.61% | 248 | 19.64% |

*Requirement:
Worker must have at least one face-to-face contact monthly with each parent (biological or adopted) identified as a case member.