# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                             PLAINTIFFS

v.                                                                   CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

### AFFIDAVIT OF DANIEL DOBIES

Daniel Dobies, who, having been duly sworn by me states on oath:

1. My name is Daniel Dobies, and I am over 21 years of age. I am of sound mind, and I am competent to testify to the matters set forth in this affidavit.

2. I have been employed with Children's Rights for over one year. I am a paralegal assigned to the above-captioned case, and I am familiar with the case's proceedings.

3. I supervised the creation of the chart entitled *Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart*, attached hereto as Exhibit 1. The chart was generated by identifying which requirements from the June 10, 2010 Agreed Order corresponded to Period Two requirements listed in the Compliance Requirements Chart, Exhibit 1 to the Affidavit of Daniel Dobies, dated October 5, 2010. An item was noted as "data produced pursuant to the Bridge Plan" where the Agreed Order required Defendants to produce data relevant to a Period Two provision but did not require Defendants to comply with the Period Two requirement.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 23rd day of December, 2010.

_____
DANIEL DOBIES

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of December, 2010.

_____
NOTARY PUBLIC

My Commission Expires:

OLIVIA SOHMER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SO5022722
Qualified in Kings County
My Commission Expires April 27, 2014

_____