# Exhibit 1

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| **Period 2 Implementation Plan** | | | | | | | |
| **I.** | **Administration and Management Implementation Steps** | | | | | | |
| | **1.  Agency Leadership and Administration** | | | | | | |
| I.1.a. | With the exception of the MACWIS Director position, by September 1, 2009, DFCS will have filled all unit director positions with qualified individuals. By November 1, 2009, DFCS will hire a qualified MACWIS Director. | X | | | | | |
| | **2.  Human Resources Management** | | | | | | |
| I.2.a. | **Workforce:** By September 1, 2009, Defendants shall develop and begin implementing a written Workforce Plan to recruit and retain sufficient DFCS professional and support staff as necessary to comply with the caseload requirements specified in section II.A.2.a of the Settlement Agreement. The Workforce Plan shall identify the specific steps, strategies, financial resources, and short- and long-term staffing goals with related timeframes that are necessary to meet the staffing requirements of the Settlement Agreement. | | X | | | ¶ 7.h by 8/2/2010 | |
| I.2.b. | **Supervisor Access:** By July 1, 2009, caseworkers shall have access to a supervisor by telephone 24 hours a day. | X | | | | | |
| I.2.c. | **Worker and Supervisor Qualifications:** Defendants shall develop and begin to implement a plan | | X | | | | |

---

[1] Plaintiffs have characterized those instances in which the Monitor found that Defendants met some but not all aspects of a requirement as Defendants having "partially met" the requirement.

[2] The Agreed Order required Defendants to comply with at least some aspect of the Period Two requirement.

[3] The Agreed Order required Defendants to produce data relevant to the Period Two requirement but did not require Defendants to comply with the requirement.

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | with timeframes and specific action steps for bringing its current staff into compliance with the worker and supervisor qualification requirements mandated by section II.A.2.b of the Settlement Agreement and by COA standards, including PA-AS 13.02; PA-AS 13.01; PA-CPS 14.01; PA-FC 19.01; PA-FC 19.05; and PA-CPS 10.02. Such plan shall be developed by September 1, 2009. | | | | | | |
| I.2.d.1. | **Training:** By September 1, 2009, DFCS shall develop and begin implementing a written plan to provide comprehensive child welfare pre-service and in-service training to all caseworkers and supervisors in accordance with the training requirements set forth in section II.A.2.c of the Settlement Agreement. The training plan shall include action steps and timelines to hire and train staff, update the training curriculum, and to procure all additional resources needed to operate a training unit that delivers the training required by the Settlement Agreement. | | X | | | ¶ 7.b by 9/1/2010 *Addressed mal-treatment investigations only* | |
| I.2.d.2. | DFCS will have revised the training curriculum to reflect the updated Practice Guide and Policy Manual. | | X | | | | |
| I.2.d.3. | No supervisory personnel shall be detailed to the training unit to provide training. | | X | | | | |
| I.2.d.4. | All new caseworkers and supervisors will complete their service training consistent with the Settlement Agreement requirements before they assume their respective responsibilities for carrying cases and supervising. | | X | | | | ¶ 7.a |
| I.2.d.6. | Defendants shall implement competency-based testing to assess knowledge acquisition of newly hired staff following the completion of pre-service training, including | | | X | | | |

### Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | newly hired or newly promoted supervisors following the completion of supervisory training. Training credit shall only be given to those new hires who demonstrate sufficient knowledge acquisition. | | | | | | |
| I.2.d.7. | Defendants shall implement a system to track staff participation in all required training. | | X | | | | |
| I.2.e. | **Contract Agency Requirements:** DFCS shall, in conjunction with a qualified independent consultant approved by the Monitor, begin developing a plan for a performance-based contracting system with the capacity to monitor and enforce contract performance on all related terms of the Settlement Agreement. | | X | | | | |
| **3. Performance and Quality Improvement** | | | | | | | |
| I.3.a. | By September 30, 2009, Defendants, in conjunction with a qualified independent consultant approved by the Monitor, shall develop and begin implementing a written plan with specific steps and timeframes for the implementation of a separate continuous quality improvement ("CQI") system that meets COA standards and Settlement Agreement requirements. | | X | | | | |
| I.3.c. | Defendants shall, in conjunction with a qualified independent consultant approved by the Monitor, develop and begin implementing a CQI assessment tool that measures compliance with the Settlement Agreement's management and foster care service standards at sections II.A.1-7 and II.B.1-14, respectively. | | | X | | | |
| **5. Information Management and Use** | | | | | | | |
| I.5.a. | By July 1, 2009, DFCS shall provide to all county agency staff with child welfare responsibilities access to basic computer services, consisting of access to MACWIS, word | | X | | | | |

3

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | processing, and electronic mail. | | | | | | |
| I.5.b. | By November 1, 2009 and by April 30, 2010, DFCS will verify MACWIS data to identify the number of children in custody, face to face contacts, caseloads, timeliness of investigations, and placements. | | X | | | | ¶ 7.a |
| I.5.c. | DFCS shall issue a RFP for the comprehensive analysis of the MACWIS system and its ability to perform the computer functions required by section II.A.5.a of the Settlement Agreement and for recommendations of remedial efforts necessary to enable MACWIS to perform those Settlement Agreement requirements. DFCS shall undertake all reasonable efforts to expeditiously issue such RFP, which shall issue by September 1, 2009. | | X | | | ¶ 6 by 9/1/2010 | |
| I.5.d. | DFCS shall execute a contract pursuant to the RFP. Such contract shall require that the contracting agent provide the final MACWIS assessment and recommendations no later than 12 calendar months from the date of contract. | | X | | | | |
| **6. Case Recordings and Information** | | | | | | | |
| I.6.a. | Defendants shall implement a system to regularly review whether DFCS child welfare case records are current, complete, made by the appropriate caseworker, signed and dated by the person who provided the service, and signed and dated by supervisors, where appropriate, in accordance with federal and state law and regulations. | | | | X | | |
| **7. Financial Management** | | | | | | | |
| I.7.a. | By January 1, 2010, Defendants shall contract for an external assessment, to be conducted by a qualified independent consultant, of actual and anticipated federal funding levels, and for the development of a plan to establish the resources and infrastructure necessary to | | X | | | ¶ 5 by 9/1/2010 | |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | maximize the amount of federal funds received by the State. The selection of this qualified independent consultant shall be subject to approval by the Monitor. | | | | | | |
| I.7.b. | Funds realized as a result of revenue maximization activities shall not supplant appropriated state funds but shall be used in furtherance of the reforms and outcome measures provided for herein and to improve child welfare services. | | X | | | | |
| **II.        Foster Care Services Assessment and Implementation Steps** | | | | | | | |
| **1.    Policy and Practice Guide:** | | | | | | | |
| II.1. | Defendants shall revise DFCS policies and practice guides as necessary to reflect the COA foster care services standards and the requirements set forth in Section II.B of the Settlement Agreement, and identify any related training needs. | | X | | | ¶ 7.c & 7.d designated sections to be revised by 6/11/2010, 6/14/2010, 7/16/2010 and 9/1/2010 | |
| **2.    Foster Care Assessments:** | | | | | | | |
| II.2.a.-d. | Defendants shall conduct Foster Care Services Assessments in conjunction with a qualified independent consultant approved by the Monitor.  The following Foster Care Services Assessments will be completed by October 1, 2009:<br>a.  A reunification services needs assessment;<br>b.  A service provider needs assessment with the purpose of identifying available medical, dental, and mental health services and gaps in services;<br>c.  An assessment of the quality and array of independent living services available to foster | X | | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | children ages 14-20; and<br>d. A recruitment and retention assessment to determine the need for additional foster care support services. | | | | | | |
| II.2.e.-g. | The following Foster Care Services Assessments will be completed by January 1, 2010:<br>e. A termination of parental rights ("TPR") assessment for the purposes of identifying those children who have been in custody more than 15 of the previous 22 months and for whom DFCS has not filed a TPR petition or documented an available exception under the federal Adoption and Safe Families Act ("ASFA") as required;<br>f. A child safety assessment of DFCS practice for prioritizing, screening, assessing, and investigating reports of maltreatment of children to determine the extent to which DFCS investigations and decisions are based on a full and systematic evaluation of the factors that may place a child at risk; and<br>g. A placement assessment of current needs for achieving compliance with the placement standards set forth in Section II.B.5 of the Settlement Agreement, which shall include (1) the structure of the placement process, including the role and efficacy of the state office placement unit; (2) the services and supports available to support enhanced placement stability, including out-patient or in-home assessment and treatment services to avoid the frequent use of time-limited assessment and treatment placement programs; and (3) the | X | | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | placement resources needed to meet the placement needs of children in custody. | | | | | | |
| **3. Screening and Assessments** | | | | | | | |
| II.3.a. | By September 30, 2009, DFCS shall develop a protocol and training module for both individual and family team meetings as described in II.B.1.b of the Settlement Agreement. The training module shall be incorporated into the pre-service and in-service training curricula. | | X | | | | |
| **4. Service Planning and Monitoring** | | | | | | | |
| II.4.a.-c. | The revised policies and practice guides shall require that each service plan and revision of such plan meets the requirements of section II.B.2 of the Settlement Agreement and:<br>    a. is based on the assessment required by section II.B.1 of the Settlement Agreement;<br>    b. includes: service goals, desired outcomes, and timeframes for achieving them; services and supports to be provided, and by whom; and the signature of the parents and, when appropriate, the child or youth; and<br>    c. addresses, as appropriate: unmet service and support needs that impact safety, permanency, and well-being; maintaining and strengthening relationships; educational needs and goals; and the need for culturally responsive services and the support of the family's informal social network. | | | X | | ¶ 7.c designated sections to be revised by 6/14/2010, 7/16/2010 and 9/1/2010 | |
| **5. Child and Youth Permanency** | | | | | | | |
| II.5.a.1. & 2. | **a. Permanency Plan:**<br>The revised policies and practice guides shall require that:<br>    1) All permanency plans contain specific information | | | X | | ¶ 7.d.iii by 9/1/2010 | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
|---|---|---|---|---|---|---|---|
| | | | | | | **Period 2 Monitoring Report** | **Bridge Plan** |
| | about:<br>  i. How the permanency goal will be achieved;<br>  ii. What services are necessary to make the accomplishment of the goal likely;<br>  iii. Who is responsible for the provision of those services;<br>  iv. When the services will be provided; and<br>  v. The date by which the permanency goal is likely to be achieved.<br>2) All services documented in the case record as necessary for the achievement of the permanency goal are provided within the time period in which they are needed, by either providing those services directly, contracting with a private provider for those services, or referring to an existing service provider for the provision of those services. | | | | | | |
| II.5.b.1. | **b.  Permanency Plan Updating and Review:**<br>1) By July 1, 2009, Defendants shall implement a system to facilitate a court review for every foster child within 12 months of initial placement and annually thereafter. That system shall include the capacity to: (1) track scheduled annual court reviews, and notify the Youth Court with jurisdiction over the child of any reviews that need to be scheduled or re-scheduled so as to meet the requirements of section II.B.3.c of the Settlement Agreement; (2) ensure that the Youth Court with jurisdiction is provided with a detailed up-to-date report on the current status of the child's placement, visitation, permanent plan progress, and | | X | | | | |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | service needs no later than 30 calendar days before a scheduled court review or at a time otherwise directed by the Court; and (3) ensure that the child's assigned caseworker or supervisor attends any such scheduled court review. | | | | | | |
| II.5.c.1. | c.  **Reunification Services:** <br> 1)  Defendants, in conjunction with a qualified independent consultant approved by the Monitor, shall develop and begin implementing a written plan to meet the needs identified in the required Foster Care Services Reunification Needs Assessment, with specific steps and timetables for addressing gaps in the availability of effective services. Such plan shall be developed by January 1, 2010. | | X | | | ¶ 7.e.b by 9/1/2010 | |
| II.5.d.1. | d.  **Termination of Parental Rights/Special Permanency Reviews:** <br> 1)  By January 4, 2010, DFCS shall begin the implementation of a "tickler" system for notifying caseworkers and caseworker supervisors when a case assigned to them has reached the following milestones: 12 months after a child entered custody; 30 calendar days after the establishment of adoption as the primary permanency goal; 30 calendar days after a TPR referral has been made; and 10 calendar days after a TPR packet has been returned to DFCS because of a legal deficiency. | | | | X | | |
| II.5.d.2. | 2)  By December 1, 2009, DFCS shall have held a special permanency review for each child in DFCS custody who had, as of January 4, 2008, been in | | | | X | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | foster care more than 15 of the previous 22 months, and for whom DFCS has not filed a TPR petition or documented an available ASFA exception. For each child who reaches more than 15 of the previous 22 months in foster care after January 4, 2008, and for whom DFCS has not filed a TPR petition or documented an available ASFA exception, DFCS shall begin holding special permanency reviews. Such permanency reviews shall include the DFCS caseworker, the caseworker's direct supervisor, and at least one individual with expertise in permanency planning who has not held direct casework or supervisory responsibility for the case. The review will produce a written plan of action setting forth the steps to be taken by DFCS, the contract agency, and/or any other provider of services, in order to move the child to permanency as quickly as possible. Such permanency reviews shall be documented in the child's case record, and reconvened monthly until all barriers to permanency have been resolved, a TPR petition has been filed, or an available ASFA exception has been documented in the child's case record. | | | | | | |
| II.5.e.1. | **e. Adoption:** 1) By July 1, 2009, DFCS shall define the job description, responsibilities, and qualifications for the position of adoption specialist. The adoption specialist's responsibilities shall include consulting with private and public professionals and | | X | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | identifying and ensuring the provision of targeted services necessary for the child to be adopted. | | | | | | |
| II.5.e.2. | 2) By July 1, 2009, DFCS shall develop a protocol for adoption meetings, which are to be held to review the progress being made in achieving the goal of adoption for legally free children. | | X | | | | |
| II.5.e.3. | 3) By July 1, 2009, DFCS shall have identified external adoption consultants who DFCS can contract with to provide adoption recruitment assistance to children who have been free for adoption for six or more months and who are not yet placed in an approved adoptive home. | | X | | | | |
| II.5.e.4. | 4) DFCS shall take reasonable steps to hire (or promote) and train a sufficient number of adoption specialists to meet the adoption requirements of Section II.B.3.f of the Settlement Agreement. Adoption status meetings consistent with the Settlement Agreement will start being held. | | | | X | | |
| II.5.e.5. | 5) By October 1, 2009, DFCS shall develop and begin implementing a process for making legal risk placements that assures that children for whom the permanency plan is adoption but who are not yet legally free for adoption are placed in appropriate adoptive homes. | | X | | | | |
| II.5.e.6. | 6) By October 1, 2009, DFCS shall implement a process for advising all potential adoptive families, including any foster family caring for a child who has become legally available for adoption, of the availability of adoption subsidies. This notification shall be documented in the child's record, and the | | X | | | | |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | family's access to such subsidies shall be facilitated. | | | | | | |
| **6. Child Safety** | | | | | | | |
| II.6.a. | By May 1, 2009, Defendants shall instruct all DFCS staff that as mandated reporters they are required to formally report any suspicions of maltreatment, including corporal punishment, of children in custody. | X | | | | | |
| II.6.b. | By January 1, 2010, DFCS shall assure that standardized decision-making criteria are used for prioritizing, screening, and assessing all reports of maltreatment, including corporal punishment, of children in DFCS custody. | | X | | | | |
| II.6.c. | By January 1, 2010, Defendants shall revise DFCS policies and procedures for screening and investigating reports of child maltreatment, including corporal punishment, to incorporate the child safety standards and requirements set forth in Section II.B.4 of the Settlement Agreement. | | X | | | ¶ 7.d.ii by 9/1/2010 | |
| II.6.d. | By September 1, 2009, all calls to the hotline shall immediately be entered into the statewide computer information system, and the worker or supervisor receiving the report shall use the information system to determine whether there have been prior reports of abuse and/or neglect in that family or concerning that child. If a report is screened in, information regarding any prior reports shall immediately be made available to the worker to whom the case has been assigned for investigation. | | | X | | | |
| II.6.e. | By October 1, 2009, DFCS shall complete a special safety review, including an unannounced site visit, of all currently licensed foster homes with two or more reports of maltreatment, including corporal punishment, within the | | | X | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | last three years to determine whether any children placed in those homes are at risk of harm and/or any licensing standards related to child safety are not being met. Any necessary corrective actions will be identified and tracked. | | | | | | |
| II.6.f. | By December 1, 2009, DFCS shall undertake a special safety review, including an unannounced site visit, of all group homes and other residential facilities that house children in custody with three or more reports of maltreatment, including corporal punishment, within the last two years to determine whether any children placed in those facilities are at risk of harm and/or any licensing standards related to child safety are not being met. Any necessary corrective actions will be identified and tracked. | X | | | | | |
| II.6.g. | By December 1, 2009, all investigations into reports of maltreatment, including corporal punishment, of children in DFCS custody must be initiated within 24 hours of the report and completed within 30 calendar days, including supervisory approval. DFCS shall assure that such investigations and decisions are based on a full and systematic evaluation of the factors that may place a child in DFCS custody at risk. | | | | X | | ¶ 7.a |
| II.6.h. | By December 1, 2009, any foster child who remains in the same out-of-home placement following an investigation into a report that he or she was maltreated, or subject to corporal punishment, in that placement shall be visited by a DFCS caseworker twice a month for three months after the conclusion of the investigation to assure the child's continued safety and well-being. | | | | X | | ¶ 7.a |
| II.6.i. | By December 1, 2009, when a maltreatment investigation involves a foster home, DFCS shall file a copy of the | | | | X | | |

13

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | approved final investigative report and any recommendations and/or corrective actions DFCS has deemed necessary in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and in the DFCS State Office.  DFCS shall also provide those records to the Youth Court Judge with jurisdiction over the child and to the Monitor. | | | | | | |
| II.6.j. | By December 1, 2009, when a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency foster home, or other facility licensed by DFCS, a copy of the final investigative report shall be filed in the child's case record, in the facility licensing file, and in the DFCS State Office.  DFCS shall provide the report to the Youth Court Judge with jurisdiction over the child and to the Monitor. | | | | X | | |
| **7.  Child Placement** | | | | | | | |
| II.7.a. | By May 1, 2009, all foster care settings, including relative placements, shall be screened prior to the initial placement of foster children to ensure that children receive safe, sufficient, and appropriate care.  Additional screens shall be completed at least once annually thereafter and within two weeks of a reported change in the residents of a foster home.  Screens shall include criminal and child welfare background checks of all household members who are at least 14 years old.  No foster child shall be placed in a home prior to DFCS receipt of the background check results. | | | | X | | |

### Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| II.7.b. | Defendants shall develop and begin the implementation of a written plan to ensure the speedy licensing of all current unlicensed caregivers.  All such current unlicensed caregivers shall be licensed. | | X | | | ¶ 7.f.iii.b by 8/2/2010 and ¶ 7.f.iv by 9/1/2010 *Licensed only homes where previous evidenced finding of mal-treatment* | |
| II.7.c. | By December 1, 2009, DFCS shall develop and implement an expedited process for licensing screened relative caregivers to enable a child to be placed quickly with relatives upon entering placement.  No foster child entering custody will be placed in an unlicensed relative placement, subject to the allowance of the emergency licensing process that allows 60 days for the licensing process to take place. | | X | | | ¶ 7.f.ii.b. by 7/16/2010 | |
| II.7.e. | Defendants, in conjunction with a qualified independent consultant approved by the Monitor, shall develop and begin implementing a plan with specific action steps and timeframes to address policy and structural changes to the placement process that the placement assessment has identified as necessary to comply with the placement requirements set forth in Section II.B.5 of the Settlement Agreement.  That plan shall also include the development of the position of placement specialists in each region, and a protocol for the placement stability meetings that the Settlement Agreement requires that DFCS hold when a worker has knowledge that a placement is at risk of | | X | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | disruption. | | | | | | |
| II.7.f. | By December 1, 2009 and continuing thereafter, no foster child shall remain in an emergency or temporary facility for more than 45 calendar days, unless, in exceptional circumstances, the Division Director has granted express written approval for the extension that documents the need for the extension. | | | | X | | ¶ 7.a |
| II.7.j. | By September 30, 2009, DFCS shall implement a formalized protocol to provide foster parents with all appropriate and available information about a child prior to or at the time of placement and for supplementing that information as further information is gathered. | | X | | | | |
| 8. Developing and Maintaining Connections | | | | | | | |
| II.8.a. | The Settlement Agreement requirements and standards at section II.B.6 for developing and maintaining connections through parent-child and sibling visitation will be included in the Practice Guide. Pre-service and on-going training shall specifically address case practice associated with parent-child and sibling visitation, and regular supervisory reviews shall specifically include an evaluation of such practice. | | | X | | ¶ 7.c.ii by 7/16/2010 | |
| 9. Physical and Mental Health Care | | | | | | | |
| II.9.a. | Defendants, in consultation with state Medicaid and mental health officials, shall, by December 1, 2009, develop and begin implementing specific and focused regional plans to recruit and develop service providers in areas identified in the needs assessment as having gaps in required services. | | X | | | ¶ 7.e.a by 9/1/2010 | |
| 10. Educational Services | | | | | | | |
| II.10.a. | DFCS shall develop and implement a protocol for conducting a general and special education screen of | | X | | | | |

16

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | children entering foster care. | | | | | | |
| II.10.b. | DFCS shall develop and begin implementing a plan for providing, either directly or through contract, the following educational services in each county: tutoring; preparation for a general equivalency diploma ("GED"); and college preparation. | | X | | | | |
| **11. Worker Contact and Monitoring** | | | | | | | |
| II.11.a. | Defendants' revised policies and practice guides shall reflect the issues to be addressed during worker contacts with parents, children, and foster care providers. Defendants shall revise DFCS training as necessary to ensure instruction on the quality, frequency, purpose, and structure of meeting with foster children, biological parents, and foster care providers. The training shall specifically address communicating with, interviewing, and observing foster children. | | | X | | ¶ 7.c.iii by 9/1/2010 | |
| **12. Transition to Independent Living** | | | | | | | |
| II.12.a. | Defendants shall develop and begin implementing a written plan to address independent living service gaps identified in the Foster Care Independent Living Services Assessment. | | X | | | | |
| II.12.b. | Defendants shall develop and begin implementing a system for ensuring that emancipating youth have obtained, prior to transitioning to independent living, the necessary documents and information identified in the COA standards for such youth. | | X | | | | |
| II.12.c. | DFCS will develop for each region the capacity and current resource guides necessary to assist youth in locating and/or enrolling in educational or vocational programs appropriate to their needs, interests, abilities, and | | X | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | goals, such as high school or GED programs; colleges or universities; vocational training programs; and special education services. | | | | | | |
| **14.** | **Recruitment and Retention of Foster Families and Therapeutic Service Providers** | | | | | | |
| II.14.a. | By November 1, 2009, the consultant shall deliver to the Parties and the Monitor a written report setting forth (1) findings regarding the adequacy of the current schedule of foster care maintenance payments made to foster care providers serving special needs children and facilities providing congregate foster care in relation to the requirements of 42 U.S.C. § 675(4)(A) and the actual cost in the state of Mississippi to provide such care; (2) the methodology utilized to determine the actual costs in the state of Mississippi to provide such care; and (3) a schedule of recommended rates for foster care providers serving special needs children and facilities providing congregate foster care.  Plaintiffs shall have 30 days to raise any written objection to the schedule of recommended rates as determined by the consultant. Should Plaintiffs raise objections and should the Parties be unable to reach agreement, the consultant's schedule and Plaintiffs' objection shall be submitted to the Court for final determination. | X[4] | | | | | |

---

[4] Plaintiffs objected to the methodology utilized to develop the rate schedule, and the Monitor agreed that Plaintiffs had raised valid objections. (Period Two Monitoring Report at 128-31.)

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| II.14.b. | Defendants, in conjunction with a qualified independent consultant approved by the Monitor, shall develop and begin implementing a written plan for targeted recruitment and development of a range of family and facility placements that will adequately meet the placement needs of the foster care population. | | X | | | ¶ 7.e.c by 9/1/2010 | |
| II.14.c. | Defendants shall develop and begin implementing a written plan to provide services for foster parents in every county to prevent and reduce stress and family crisis. | | X | | | | |
| II.14.d. | In consultation with Mississippi foster parents, DFCS shall identify additions and revisions to the current foster parent training curriculum that are necessary to adequately train foster parents to meet the needs of the children placed in their care.  Foster parent training classes based upon the revised curriculum shall be available in every region. | | X | | | | |
| II.14.e. | DFCS shall create a resource family workgroup (consisting of staff and resource families) to develop and implement resource family practices and protocols that address the types of information that should be provided to resource families prior to taking a child into the home, what type of training is needed, what emergency procedures need to be in place for resource families, what strategies are effective in recruiting, and how resource families can be included in case planning. | | X | | | | |
| II.14.f. | DFCS shall regionalize its recruitment and retention efforts, and for each region have in place a stakeholder recruitment and retention team to identify local needs and develop and implement plans for recruiting, supporting, and utilizing foster and adoptive parents. | | X | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| **III.** | **Council on Accreditation Readiness Assessment** | | | | | | |
| III.1. | By September 1, 2009, Defendants shall identify DFCS offices where cross-county clustering would be beneficial, and Defendants shall create cross-county office clusters in those locations in order to provide more supervision to line staff and to equalize caseloads; and | | | | X | | |
| III.2. | By November 1, 2009, Defendants shall create a centralized intake system that receives and screens all reports of child maltreatment and that forwards all screened-in reports to the appropriate DFCS office. | X | | | | | |
| **Settlement Agreement** | | | | | | | |
| **II.** | **Standards** | | | | | | |
| | **A. Administration and Management Standards** | | | | | | |
| | **2. Human Resource Management** | | | | | | |
| II.A.2.a. | **Workforce:** By the end of implementation Period 2: 10) At least 50% of DFCS caseworkers shall carry a caseload that does not exceed Plan caseload requirements. No more than 20% of caseworkers shall carry a caseload exceeding twice the Plan caseload requirements. 11) No more than 20% of supervisors who are responsible for supervising DFCS caseworkers shall be responsible for supervising more than five caseworkers. 12) Supervisors will no longer be assigned primary responsibility for providing direct casework for any cases, unless under the extenuating circumstances exception as described above. | | X | | | | ¶ 7.a |
| II.A.2.c. | **Training:** By the end of implementation Period 2: 7) All caseworkers shall receive a minimum of 40 hours of ongoing in-service training each year, and all supervisors shall receive a minimum of 24 hours of ongoing in-service | | X | | | | |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | training each year. | | | | | | |
| II.A.2.d. | **Contract Agency Requirements:** By the end of Period 2: In the event that private agencies provide protective, preventive, foster care, or adoption case work services under contract with DFCS, DFCS shall require the contract agencies to abide by all related terms of the Plan, including, but not limited to, provisions regarding training curricula, minimum training hours, and caseload standards. DFCS shall implement and maintain a performance-based contracting system to evaluate annually contract agency compliance with the terms of the Plan. DFCS shall take reasonable steps to ensure contract agency remediation of any identified deficiencies. | | X | | | | |
| **3.    Performance and Quality Improvement** | | | | | | | |
| II.A.3.b. | By the end of implementation Period 2: DFCS shall implement and maintain a separate CQI system that can identify areas of needed improvement and require improvement plans in support of achieving performance targets, program goals, client satisfaction, and positive client outcomes. The CQI system shall include monitoring and evaluating the quality of social and human services provided by independent contractors and other provider organizations and ensuring contractor remediation of any identified deficiencies. | | X | | | | |
| II.A.3.c. | By the end of implementation Period 2: DFCS shall comply with the public child fatality reporting requirements of the Child Abuse Prevention Act, 42 U.S.C. §5106a(b)(2)(A)(x). | | | X | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | **5.    Information Management and Use** | | | | | | |
| II.A.5.d. | By the end of implementation Period 2:<br>DFCS county staff shall have access to a MACWIS database of the placement resources available for placement statewide at any given time. The database shall permit staff to determine whether a given placement is suitable for a given child needing placement by allowing access to current caretaker placement information, including capacity limitations, current census, the placement's suitability for children by age, sex, and special needs, and any related licensing and maltreatment investigations information. | | X | | | | |
| II.A.5.e. | By the end of implementation Period 2:<br>DFCS shall take reasonable steps to ensure data integrity and user accountability in MACWIS. The system shall have the necessary controls to decrease the risk of duplication of data and to reduce the risk of incorrect or invalid data. The system shall provide a visible trail to the database administrators of all information entered, added, deleted, or modified, and shall have necessary security to protect data integrity. This system shall be audited at least annually to ensure the accuracy and validity of the data in the system. Necessary actions identified by the MACWIS data accuracy and validity audit to correct MACWIS data errors shall be implemented annually. | | X | | | | |
| | **B.   Foster Care Service Standards** | | | | | | |
| | **1.   Screening and Assessments** | | | | | | |
| II.B.1.e. | By the end of implementation Period 2:<br>All caseworkers carrying active cases and their supervisors will have undergone training on the individual and family | | X | | | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | team meeting protocols. | | | | | | |
| II.B.1.f. | By the end of implementation Period 2: At least 40% of children entering custody during the Period shall have a thorough screening and assessment, consistent with Plan requirements, within 30 calendar days of entering custody. | | | | X | | |
| II.B.1.g. | By the end of implementation Period 2: At least 40% of children entering custody or subject to a placement move during the Period shall have an individual team meeting (1) with the child and the assigned DFCS caseworker within the first 72 hours of initial placement or any subsequent placement moves; (2) with the child's parents and the assigned DFCS caseworker within the first two weeks of initial placement; and (3) with the foster care provider and the assigned DFCS caseworker within the first two weeks of any placement. | | | | X | | |
| II.B.1.h. | By the end of implementation Period 2: In at least 40% of placement cases in which the whereabouts of one or both parents is unknown, DFCS shall have immediately instituted a diligent search for the parent(s), which shall be documented in the child's case record. | | | | X | | |
| | **2.  Service Planning and Monitoring** | | | | | | |
| II.B.2.d. | By the end of implementation Period 2: At least 40% of children entering custody during the Period shall have a team meeting with service plans developed for both the child and the parents, consistent with Plan requirements, within 30 calendar days of entry into foster care. | | | | X | | |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| II.B.2.e. | By the end of implementation Period 2: At least 40% of children in custody during the Period shall have team meetings, at which time their service plans shall be updated, quarterly and within 30 calendar days of any placement or other significant change, consistent with Plan requirements. | | | | X | | |
| | **3.   Child and Youth Permanency** | | | | | | |
| | **a.   Permanency Plan** | | | | | | |
| II.B.3.a.5. | By the end of implementation Period 2: A least 50% of children entering care during the Period shall have a permanency plan within 30 calendar days of their entry into care consistent with Plan requirements. | | | | X | | |
| II.B.3.a.6. | By the end of implementation Period 2: At least 50% of children in custody during the Period shall have a permanency plan that is consistent with Plan requirements. | | | | X | | |
| | **b.   Concurrent Planning** | | | | | | |
| II.B.3.b.2. | By the end of implementation Period 2: At least 50% of children in custody during the Period with the goal of reunification shall have case record documentation reflecting active concurrent permanency planning consistent with Plan requirements. | | | | X | | |
| | **c.   Permanency Plan Updating and Review** | | | | | | |
| II.B.3.c.3. | By the end of implementation Period 2: At least 50% of children in custody at least six months during the Period shall have a timely court or administrative case review consistent with Plan requirements during the Period. | | | | X | | ¶ 7.a |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| II.B.3.c.4. | By the end of implementation Period 2: At least 50% of children in custody at least 12 months during the Period shall have a timely annual court review consistent with Plan requirements during the Period. | | | | X | | ¶ 7.a |
| **d. Reunification Services** | | | | | | | |
| II.B.3.d.4. | By the end of implementation Period 2: At least 40% of children with a permanency goal of reunification during the Period shall have service plans for their parents that identify those services DFCS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care and case record documentation that DFCS made those identified services available directly or through referral. | | | | X | | |
| **e. Termination of Parental Rights** | | | | | | | |
| II.B.3.e.3. | By the end of implementation Period 2: At least 40% of children in custody reaching the point at which they have spent 15 of the previous 22 months in foster care during the Period shall have a petition for TPR filed on their behalf or an available exception under the federal ASFA documented by the end of their fifteenth month in care. | | | | X | | ¶ 7.a |
| II.B.3.e.4. | By the end of implementation Period 2: At least 40% of children in custody during the Period who have spent more than 15 of the previous 22 months in foster care without a TPR petition filed on their behalf or an available ASFA exception documented by the end of their fifteenth month in care shall have such a petition filed or an available exception documented within the Period. | | | | X | | ¶ 7.a |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | **f.  Adoption** | | | | | | |
| II.B.3.f.6. | By the end of implementation Period 2: At least 75% of children in custody with the primary permanency goal of adoption during the Period shall have an assigned adoption specialist and an adoption plan that identifies the child-specific activities that DFCS will undertake to achieve adoption, and shall receive regular adoption status meetings consistent with Plan requirements. | | | | X | | |
| II.B.3.f.7. | By the end of implementation Period 2: At least 75% of children in custody during the Period who are legally free for adoption but are not in a home with approved adoptive parents within six months after being legally freed for adoption shall have an assigned external adoption consultant consistent with Plan requirements to ensure the adoption plan is implemented. | | X | | | | |
| | **4.  Child Safety** | | | | | | |
| II.B.4.k. | By the end of implementation Period 2: For investigations of agency group homes, emergency shelters, and private child placing agency foster homes, the Licensure Unit shall undertake a separate investigation of the contract provider's compliance with DFCS licensure standards. | | X | | | | |
| | **5.  Child Placement** | | | | | | |
| II.B.5.l. | By the end of implementation Period 2: No child shall spend more than 12 hours at a time in a DFCS office or other non-residential facility that provides intake functions. No child shall be placed in more than one emergency or temporary facility within one episode of foster care, unless an immediate placement move is | | | | X | | ¶ 7.a |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
|---|---|---|---|---|---|---|---|
| | necessary to protect the safety of the child or of others as certified in writing by the Regional Director. | | | | | | |
| II.B.5.m. | By the end of implementation Period 2: No child under 10 years of age shall be placed in a congregate care setting (including group homes and shelters) unless the child has exceptional needs that cannot be met in a relative or foster family home or the child is a member of a sibling group, and the Regional Director has granted express written approval for the congregate-care placement. Such approval shall be based on the Regional Director's written determination that the child's needs cannot be met in a less restrictive setting and can be met in that specific facility, including a description of the services available in the facility to address the individual child's needs. Sibling groups in which one or more of the siblings are under the age of 10 shall not be placed in congregate care settings for more than 45 days. | | | | X | | ¶ 7.a |
| II.B.5.n. | By the end of implementation Period 2: No foster child shall be moved from his/her existing placement to another foster placement unless DFCS specifically documents in the child's case record justifications for that move and the move is approved by a DFCS supervisor. | | | | X | | |
| II.B.5.o. | By the end of implementation Period 2: All relative placements approved for expedited placement shall undergo the full licensing procedure within 60 calendar days of the child's placement in the home. | | | | X | | |
| II.B.5.p. | By the end of implementation Period 2: At least 50% of children in DHS custody placed in a new placement during the Period shall have their currently | | X | | | | |

### Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | available medical, dental, educational, and psychological information provided to their foster parents or facility staff no later than at the time of any new placement during the Period. | | | | | | |
| II.B.5.q. | By the end of implementation Period 2: At least 30% of children in custody known by DFCS to be subject to a potential or actual placement disruption during the Period shall receive a meeting to address placement stability consistent with Plan requirements. | | | | X | | |
| **6.   Developing and Maintaining Connections** | | | | | | | |
| II.B.6.d. | By the end of implementation Period 2: At least 40% of children in custody during the Period shall be provided with contacts with their parents and with any siblings not in the same placement consistent with Plan requirements. | | | | X | | |
| **7.   Physical and Mental Health Care** | | | | | | | |
| II.B.7.h. | By the end of implementation Period 2: At least 40% of children entering custody during the Period shall receive a comprehensive health assessment consistent with Plan requirements within 30 calendar days of entering care. | | | | X | | |
| II.B.7.i. | By the end of implementation Period 2: At least 40% of children in custody during the Period shall receive periodic medical examinations and all medically necessary follow-up services and treatment consistent with Plan requirements. | | | | X | | |
| II.B.7.j. | By the end of implementation Period 2: At least 40% of children three years old and older entering custody during the Period or in care and turning three years old during the Period shall receive a dental examination | | | | X | | |

28

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | within 90 calendar days of foster care placement or their third birthday, respectively. | | | | | | |
| II.B.7.k. | By the end of implementation Period 2: At least 40% of children in custody during the Period shall receive a dental examination every six months consistent with Plan requirements and all medically necessary dental services. | | | | X | | |
| II.B.7.l. | By the end of implementation Period 2: At least 40% of children four years old and older entering custody during the Period or in care and turning four years old during the Period shall receive a mental health assessment by a qualified professional within 30 calendar days of foster care placement or their fourth birthday, respectively, and all recommended mental health services pursuant to their assessment. | | | | X | | |
| II.B.7.m. | By the end of implementation Period 2: At least 40% of children in custody ages birth through three during the Period, and older children if factors indicate it is warranted, shall receive a developmental assessment by a qualified professional and all needed developmental services. | | | | X | | |
| | **8. Educational Services** | | | | | | |
| II.B.8.d. | By the end of implementation Period 2: At least 40% of school-age children entering custody during the Period shall be screened for general and special educational needs within 30 calendar days of their entry into foster care. | | | | X | | |
| II.B.8.e. | By the end of implementation Period 2: At least 40% of school-age children entering custody or subject to a change in schools due to a placement move | | | | X | | |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | during the Period shall be registered for and attending an accredited school within three business days of the initial placement or placement change, including while placed in shelters or other temporary placements, unless delayed by the Youth Court. | | | | | | |
| **9.   Therapeutic Services** | | | | | | | |
| II.B.9.b. | By the end of implementation Period 2: At least 40% of children in custody during the Period requiring therapeutic and/or rehabilitative foster care services because of a diagnosis of significant medical, developmental, emotional, or behavioral problems shall be provided with a treatment plan and services in accordance with their plan. | | | | X | | |
| **10. Worker Contact and Monitoring** | | | | | | | |
| II.B.10.f. | By the end of implementation Period 2: At least 30% of children in custody shall receive documented twice-monthly in-person visits by the assigned DFCS caseworker during the Period, consistent with Plan requirements. | | | | X | | ¶ 7.a |
| II.B.10.g. | By the end of implementation Period 2: At least 40% of children with a goal of reunification shall have their assigned DFCS caseworker meet monthly with the child's biological parents, consistent with Plan requirements, as documented in the child's case record. | | | | X | | ¶ 7.a |
| II.B.10.h. | By the end of implementation Period 2: At least 30% of foster parents with at least one foster child residing in their home during the Period shall have a DFCS worker visit the home twice a month (therapeutic foster homes) or monthly (non-therapeutic foster homes), consistent with Plan requirements, as documented in the | | | | X | | ¶ 7.a |

## Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | children's case records. | | | | | | |
| **11. Transition to Independent Living** | | | | | | | |
| II.B.11.e. | By the end of implementation Period 2: At least 60% of children in custody 14-20 years old during the Period shall be provided with Independent Living services as set forth in their service plan. | | | | X | | ¶ 7.a |
| II.B.11.f. | By the end of implementation Period 2: At least 60% of children in custody transitioning to independence during the Period shall have available an adequate living arrangement, a source of income, health care, independent living stipends, and education and training vouchers. DFCS shall also assist such children in obtaining, prior to transitioning to independent living, the necessary documents and information identified in the COA standards for emancipating youth. | | | | X | | |
| **12. Case Closing and Aftercare** | | | | | | | |
| II.B.12.d. | By the end of implementation Period 2: At least 40% of children in custody who are reunified during the Period shall receive a 90-day trial home visit period or have case record documentation reflecting the Youth Court's objection to such a trial home visit. During that trial home visit period, the child's caseworker or a Family Preservation caseworker shall meet with the child in the home at least two times per month, and DFCS shall provide or facilitate access to all services identified in the child's after-care plan, consistent with Plan requirements. | | | | X | | ¶ 7.a |
| **13. Recruitment and Retention of Foster Families and Therapeutic Service Providers** | | | | | | | |
| II.B.13.i. | By the end of implementation Period 2: The rate structure recommended by the consultant for foster care providers to special needs children and for | | X | | | | |

### Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart

| Provision (§) | Language of Provision | Period 2 Monitoring Report | | | | Bridge Plan | |
|---|---|---|---|---|---|---|---|
| | | Met | Not Met | Partially Met[1] | Could not Report | Addressed by the Bridge Plan[2] | Data produced pursuant to the Bridge Plan[3] |
| | facilities providing congregate care, as agreed upon by the Parties or determined by the Court, shall be fully implemented. | | | | | | |
| **II.** | **Outcome Measures** | | | | | | |
| | **A.  Reunification** | | | | | | |
| III.A.2. | By the end of implementation Period 2: At least 30% of children who are discharged from custody and reunified with their parents or caretakers in the last year shall be reunified within 12 months of the latest removal from home. | | | | X | | ¶ 7.a |
| | **B.  Time to Adoption Finalization** | | | | | | |
| III.B.2. | By the end of implementation Period 2: At least 15% of children who were discharged in the last year upon finalization of an adoption shall have had the adoption finalized within 24 months of the latest removal from home. | | | | X | | ¶ 7.a |
| | **C.  Number of Placements** | | | | | | |
| III.C.2. | By the end of implementation Period 2: In the last year, at least 40% of children in care less than 12 months from the time of latest removal from home shall have had two or fewer placements. | | | | X | | ¶ 7.a |
| | **D.  Abuse/Neglect/Maltreatment in Care** | | | | | | |
| III.D.2. | By the end of implementation Period 2: The rate of abuse or maltreatment in care in the last year shall not exceed 1.14%. | | | | X | | ¶ 7.a |

**Period Two Requirements and Correlated Requirements of the June 10, 2010 Agreed Order Chart**

**Period Two**

| | |
|---|---|
| Met: | 8 |
| Not met: | 52 |
| Partially met: | 9 |
| Could not report: | 50 |
| Total: | 119 |

**June 10, 2010 Agreed Order**

| | |
|---|---|
| Period Two Provisions addressed by Agreed Order: | 15 |
| Provisions for which Data was produced pursuant to Agreed Order: | 21 |