# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                                                    CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.        DEFENDANTS

## DECLARATION OF SHIRIM NOTHENBERG

1.  I, Shirim Nothenberg, am a member of the Bar of New York and admitted to practice in this Court *pro hac vice*. I am a staff attorney at Children's Rights and serve as co-counsel for the Plaintiff Class in this case, along with W. Wayne Drinkwater, of Bradley Arant Boult Cummings LLP; John Lang, Attorney at Law; John Piskora and Chris Carbone, of Loeb & Loeb, LLP; and other attorneys at Children's Rights. Together we have represented the Plaintiff Children in the above-captioned class action litigation since the filing of the Complaint in 2004.

2.  Attached to this Declaration are true and correct copies of the following documents:

    a. Mississippi Child Welfare Practice Model Final Report ("Practice Model"), September 25, 2009, attached as Exhibit 1;

    b. Letter from Marcia Lowry, Executive Director, Children's Rights, to Rusty Fortenberry, Lead Counsel for Defendants, April 9, 2010, attached as Exhibit 2;

    c. The Center for the Support of Families, Mississippi Foster Care Services Assessments Final Report, dated October 13, 2009 ("CSF Assessment") attached as Exhibit 3;

    d. Letter from Don Thompson, Executive Director, MDHS, to service provider, dated November 2, 2009, attached as Exhibit 4;

    e. The Center for the Support of Families, Termination of Parental Rights Assessment Final Report, dated November 24, 2009 ("TPR Assessment"), attached as Exhibit 5;

f. Mississippi Division of Family and Children's Services, Continuous Quality Improvement Plan, State Fiscal Year 2011, submitted August, 2, 2010 ("CQI Plan") attached as Exhibit 6;

g. U.S. Department of Health and Human Services, Mississippi Child and Family Services Review Exit Conference Presentation, attached as Exhibit 7;

h. Schedule for Revising Mississippi Child Welfare Policy Manual, June 10, 2010 ("Policy Manual Plan") attached as Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2010.

_____
Shirim Nothenberg

Sworn to before me this
23rd day of December, 2010

_____
Notary Public

OLIVIA SOHMER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SO5022722
Qualified In Kings County
My Commission Expires April 27, 2014