# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

OLIVIA Y., et al.                                                                                           PLAINTIFFS

v.                                                                              CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.           DEFENDANTS

## LIST OF SUBSTITUTE CITATIONS IN
## PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR CONTEMPT AND FOR THE APPOINTMENT OF A RECEIVER

| Page Number | Original Citation | Substitute Citation |
|---|---|---|
| 6 n.4 | the Declaration of Shirim Nothenberg at ¶¶ 88-96 (attached as Exhibit E) | Exhibits 5-17 to the Declaration of Jessica Polansky (attached as Exhibit B and filed under seal) |
| 14 | Nothenberg Decl ¶¶ 16-20 | Pls.' Mem. of Law in Support of Mot. For Summ. J. on Liability ("Pls.' Mem. for Summ. J.") Ex. 1 at i, 3, 25-26; Ex. 4 at 1-5; Ex. 12 at DHS 020088; Ex. 27 at 102:4-103:16 |
| 14 | *Id.* ¶¶ 20, 32-35 | Am. Compl. [Doc. No. 25] ¶¶ 162, 182, 183; Pls.' Mem. for Summ. J. Ex. 1 at i, ii, 3, 25-26; Ex. 6 at 32; Ex. 12 at DHS 020088; Ex. 27 at 102:4-103:16, 140:4-141:20, 142:23-143:7, 158:11-159:1; Ex. 38 at 124:6-16 |
| 15 | Nothenberg Decl. ¶ 20 | Pls.' Mem. for Summ. J. Ex. 1 at i, 3, 25-26; Ex. 12 at DHS 020088; Ex. 27 at 102:4-103:16 |
| 15 | Nothenberg Decl. ¶¶ 21-31 | Ex. C [Period Two Monitoring Rpt] at 18-19, 24, 26-29; Ex. D [Period One Monitoring Rpt] at 35-37; Ex. F [Settlement Agreement] §§ II.A.2.a, II.A.2.b; Ex. G [Period One IP] § I.2.a-b; Ex. H [Period Two IP] § I.2.c |
| 16 | Nothenberg Decl. ¶ 29 | Ex. C [Period Two Monitoring Rpt] at 26-27 |
| 17 | Nothenberg Decl. ¶¶ 25-26 | Ex. C [Period Two Monitoring Rpt] at 18, 24; Ex. D [Period One Monitoring Rpt] at 36-37; Ex. H [Period Two IP] § I.2.c |

| | | |
|---|---|---|
| 17 | *Id.* ¶¶ 32-35 | Am. Compl. ¶¶ 162, 182, 183; Pls.' Mem. for Summ. J. Ex. 1 at ii; Ex. 6 at 32; Ex. 27 at 140:4-141:20, 142:23-143:7, 158:11-159:1; Ex. 38 at 124:6-16 |
| 18 | Nothenberg Aff. ¶¶ 36-50 | Pls.' Mem. Ex. C [Period Two Monitoring Rpt] at 30-32, 34-35, 36, 38-49, 60-64, 70-71; Ex. D [Period One Monitoring Rpt] at 39-45; Ex. F [Settlement Agreement] §§ II.A.2.c.4-6; Ex. G [Period One IP] § I; Ex. H [Period Two IP] §§ I.2.d, I.5.a, II.1; Ex. 8 to Nothenberg Decl. [Ex. E] |
| 18 | Nothenberg Decl. ¶¶ 43-44 | Ex. C [Period Two Monitoring Rpt] at 36, 38-39, 48 |
| 21 | Nothenberg Decl. ¶¶ 51-55 | Am. Compl. ¶¶ 143-56, 166-69; Pls.' Mem. for Summ. J. Ex. 1 at ii; Ex. 4 at 24, 81-82; Ex. 6 at 44-48; Ex. 27 at 103:24-104:3; Ex. 41 at 190:23-191:4 |
| 23 | Nothenberg Decl. ¶ 62 | Ex. C [Period Two Monitoring Rpt] at 117, 131-32; Ex. H [Period Two IP] §§ II.7.j, II.14.c-f |
| 23 | Nothenberg Decl. ¶ 64 | Ex. C [Period Two Monitoring Rpt] at 115, 117; Ex. F [Settlement Agreement] § II.B.10.a*;* Ex. H [Period Two IP] § II.7.a, II.7.f |
| 24 | Nothenberg Decl. ¶ 66 | Pls.' Mem. for Summ. J. Ex. 4 at 3-4 |
| 24 | Nothenberg Decl. ¶ 69 | Ex. 3 to Nothenberg Decl. [Ex. E] at 45, 64, 66, 68-69 |
| 25 | Nothenberg Decl. ¶¶ 76-78 | Am. Compl. ¶¶ 171-77; Pls.' Mem. for Summ. J. Ex. 4 at 119-29, 131-42; Ex. 6 at 75-79, 83-86 |
| 27 | Nothenberg Decl. ¶ 98 | Pls.' Mem. for Summ. J. Ex. 1 at 13; Ex. 4 at 99-100; Ex. 28 at 205:4-206:5; Ex. 36 at 20:11-22; Ex. 40 at 34:7-35:3 |
| 31 | Nothenberg Decl. ¶¶ 4-6 | Ex. F [Settlement Agreement] §§ IIA.2, II.A.3, II.A.7, II.B.3, II.B.4, II.B.7, II.B.10, IV; *see generally* Ex. G [Period One IP]; Ex. H [Period Two IP] |
| 32 | Nothenberg Decl. ¶ 131 | Ex. C [Period Two Monitoring Rpt] at 99-100; Ex. H [Period Two IP] § II.6.d |
| 32 | Nothenberg Decl. ¶123 | Ex. C [Period Two Monitoring Rpt] at 78 n.281 |
| 33 | Nothenberg Decl. ¶ 132 | Ex. C [Period Two Monitoring Rpt] at 78 n.281 |
| 33 | Nothenberg Decl. ¶126 | Ex. C [Period Two Monitoring Rpt] at 103, 106 n.347 |
| 35 | Nothenberg Decl. ¶ 136 | Ex. C [Period Two Monitoring Rpt] at 133-34; Ex. F [Settlement Agreement] § III.D; Exhibit 7 to Nothenberg Decl. [Ex. E] at 14; Ex. 2 to Dobies Aff. [Ex. A] |