# Exhibit 2



Marcia Robinson Lowry
President &
Executive Director

Board of Directors
Alan C. Myers
Chair
Robin L. Dahlberg
Treasurer
Anne Strickland Squadron
Secretary
Lynn M. Edens
Richard D. Emery
Lawrence J. Fox
Kim France
Daniel H. Galpern
Mark Lopez
Howard M. Maisel
Melissa G. Salten
Jordan Seaman

April 9, 2010

**VIA ELECTRONIC &
FIRST CLASS MAIL**

Rusty Fortenberry
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211

   Re: *Olivia Y. et al. v. Barbour et al.*

Dear Rusty,

  We are certainly hopeful that we can reach agreement on a 90-day bridge period. Nonetheless, because there is a possibility that we will not, I am writing to notify you, pursuant to section VII.B of the Mississippi Settlement Agreement and Reform Plan ("Settlement Agreement"), that Plaintiffs believe that Defendants have failed to comply with their obligations under both the Settlement Agreement and the Period Two Annual Implementation Plan. Plaintiffs refer you to the Monitor's February 16, 2010, *Olivia Y. v. Barbour:* Draft Outline of Interim Findings Related to Period-Two Requirements regarding the many areas of noncompliance.

            Sincerely,

            *Marcia Robinson Lowry/DP*

            Marcia Robinson Lowry
            Plaintiffs' counsel

cc: Grace Lopes, *Olivia Y.* Monitor

330 Seventh Avenue, 4th Floor • New York, NY 10001
Tel: 212-683-2210 • Fax: 212-683-4015 • info@childrensrights.org • www.childrensrights.org