# Exhibit 4



**STATE OF MISSISSIPPI**
HALEY REEVES BARBOUR, GOVERNOR
**DEPARTMENT OF HUMAN SERVICES**
DON THOMPSON
EXECUTIVE DIRECTOR

November 2, 2009

Mr. Christopher Cherney, Chief Executive Officer
Mississippi Children's Home Society
1900 N. West Street
Jackson, Mississippi 39215

Dear Mr. Cherney:

The Mississippi Department of Human Services (MDHS), Division of Family and Children's Services (DFCS) notifies you that there will be a discontinuation of the Intensive In-Home Services provided by your organization. Any services provided subsequent to December 31, 2009, will not be reimbursed by MDHS.

We appreciate the opportunity to work with your organization and the services provided in the Family Preservation, Family Reunification and Therapeutic Programs. Your services have enhanced our ability to serve and protect a large number of children placed within the State's custody. Although, we are discontinuing the services for reunification, we look forward to continuing our partnership with your agency in the Family Preservation Program.

Thank you for the services that your organization has provided on behalf of MDHS. If we can be of further assistance, please contact Tricia Shannon at 601-359-4495.

Sincerely,

Don Thompson

DT:LW:TS:nb



# Therapeutic Foster Care

**How to Contact Us…**
Mississippi Children's Home Services
Permanency Division

**Beth Frizsell,**
**Permanency Division Director**

North West Street
P. O. Box 1078
Jackson, MS 39215
Ph: (601) 352-7784
Fax: (601) 709-1242
E-mail: tfc@mchscares.org

**REGIONAL AND SATELLITE OFFICES**

**Central Region:**
**Audrey Cone, Regional Director**

2 Old River Place, Suite M
Jackson, MS 39202
Ph: (601) 949-2723
Fax: (601) 949-2726

**South Region**
**Karen Simmons, Regional Director**

15465 Oak Lane, Suite 100-J
Gulfport, MS 39503
Ph: (228) 863-4992
Fax: (228) 701-0057

**South Central Region**
**Tammy Miller, Regional Director**

6641 Hwy 98 West, Suite 104
Hattiesburg, Ms 39042
Ph: (601) 264-7079
Fax: (601) 296-7819

### What We Do…
Therapeutic Foster Care is based upon the fundamental belief in the value and importance of family-based care. The program is designed to provide a therapeutic environment within the context of a nurturing family home, thereby preventing more intensive out-of-home placements.

### Features of Service…
- Only one child per foster home (with occasional exceptions)
- Treatment services delivered in the home
- Professional staff to facilitate linkages to school systems and other community resources
- Crisis intervention to foster families and children available 24/7
- Program staff provide frequent consultation, supervision, competency-based training, and support to foster families Individualized, strengths-based, family-focused and culturally sensitive treatment planning

### Benefits to Child…
- A loving and nurturing home
- Structure and Supervision
- Teaching and Modeling of life skills

### Admissions Requirements …
- MDHS custody
- Between the ages of birth-17
- Psychological Evaluation (Conducted within 12 months of referral date)
    a. Severe Emotional Disability (SED) on Axis I
    b. Full Scale IQ of 61 or above
    c. A recommendation for TFC

### How To Make a Referral…
- Social Worker complete Residential Service Application (RSA) & request TFC
- Fax *RSA with Psychological* to DHS State Placement Office 601-359-2525

22



# Intensive In-Home Services

## How To Contact Us ...

Mississippi Children's Home Services
Permanency Division
**Beth Frizsell,**
**Permanency Division Director**
1900 North West Street
P. O. Box 1078
Jackson, MS 39215
Ph: (601) 352-7784
Fax: (601) 709-1242

### REGIONAL AND SATELLITE OFFICES

**Central Region:**
**Audrey Cone, Regional Director**

2 Old River Place, Suite M
Jackson, MS 39202
Ph: (601) 949-2723
Fax: (601) 949-2726

**North Region**
**Mavis Snyder, Regional Director**

113 Clark Street, Suite 5
Tupelo, MS 38804
Ph: (662) 840-2613
Fax: (662) 840-2615

501 12 W, Suite 150 H
Starkville, MS 39759
Ph: (662) 338-5246
Fax: (662) 338-5247

510 Hwy 51 South, Suite 7
Batesville, MS 38606
Ph: (662) 561-0001
Fax: (662) 563-0010

**South Region**
**Karen Simmons, Regional Director**

15465 Oak Lane, Suite 100-J
Gulfport, MS 39503
Ph: (228) 863-4992
Fax: (228) 701-0057

407 B Apache Dr., Suite 2
McComb, MS 39648
Ph: (601) 249-3648
Fax: (601) 249-3649

**South Central Region**
**Tammy Miller, Regional Director**

6641 Hwy 98 West, Suite 104
Hattiesburg, Ms 39042
Ph: (601) 264-7079
Fax: (601) 296-7819

## What We Do...

Intensive In-Home Treatment is based on the fundamental belief in the value and importance of family preservation and family empowerment.

## Three Primary Goals...
- Preventing out-of-home placements
- Linking the family with appropriate community resources
- Equipping families with coping skills

## Features of Service...
- Services delivered in the home
- Individualized, strengths-based, family-focused, and culturally sensitive
- Professional staff working with the community system to access and coordinate needed services and supports utilizing a wraparound approach
- Small case loads permitting with intensive case management

## Benefits to Family...
- 24/7 on-call support for family and child
- 2 face to face visits per week

## Benefits to Social Worker...
- Monthly summary on each client
- Direct and Indirect contact sheets placed in each child's folder
- Monthly statistical information for assigned IIHS clients
- Monthly client billing report
- Wrap-Around Case Management Plans updated monthly and placed in case file

## Admissions Requirements ...
- Children served by MDHS who are at risk of removal from their home and entering the foster care system.
- Ages of birth-20
- Psychological Evaluation (Conducted within 12 months of referral date)
    a. Severe Emotional Disability (SED) on Axis I
    b. Full Scale IQ of 61 or above

## How To Make a Referral...
- MDHS Social Worker completes one-page Intensive In-Home Form
- Select agency to provide service as indicated on Intensive In-Home Form
- Attach Psychological Evaluation
- Fax to State Placement Office 601-359-2525

20





# MYPAC: Mississippi Youth Programs Around the Clock

### How To Contact Us ...

Mississippi Children's Home Services
Permanency Division
**Beth Frizsell,
Permanency Division Director**
1900 North West Street
P. O. Box 1078
Jackson, MS 39215
Ph: (601) 352-7784
Fax: (601) 709-1242

### REGIONAL AND SATELLITE OFFICES

**Central Region:
Audrey Cone, Regional Director**

2 Old River Place, Suite M
Jackson, MS 39202
Ph: (601) 949-2723
Fax: (601) 949-2726

**South Region
Karen Simmons, Regional Director**

15465 Oak Lane, Suite 100-J
Gulfport, MS 39503
Ph: (228) 863-4992
Fax: (228) 701-0057

**South Central Region
Tammy Miller, Regional Director**

6641 Hwy 98 West, Suite 104
Hattiesburg, Ms 39042
Ph: (601) 264-7079
Fax: (601) 296-7819

### How To Make a Referral...

Contact Mississippi Children's Home Services to conduct a confidential initial assessment by phone or to find out more information about MYPAC.

**Contact: Jodie Ball
Ph: (601) 352-7784
Fax: (601) 709-1242**

### What We Do...

Mississippi Youth Programs Around the Clock (MYPAC) is a unique home and community-based Medicaid program that will provide an array of services for Mississippi youth with Serious Emotional Disturbance (SED) at the same level of care as a psychiatric residential treatment facility. Your child will remain in your home and their community while receiving the coordination of a vast array of services through Mississippi Children's Home Services that are specially tailored for you and your child. Through MYPAC, your family joins a talented team committed to coordinating all the mental health treatment services your child will need to bring back hope.

### Features of Service...

- *Compassionate & Competent Support* - The MCHS MYPAC Team is uniquely qualified and motivated to meet the changing needs of your family.
- *Around the Clock Support* – Our team is available to support your family 24/7.
- *Individualized Service Plan* – You and your child are key members of the MYPAC Team and we will work hand-in-hand with you to develop a service plan tailored to meet the needs of your child and family.
- *Intensive Case Management* – MCHS will assign a Primary Service Coordinator to coordinate all services and supports for you and your family. Your primary service coordinator will help you and your family access and coordinate the services in the community, your child and family may need.
- *Coordination of Wraparound Services* – Services that we provide or coordinate for you include but are not limited to: intensive in-home therapy, crisis intervention, psychiatric services, therapy, family education and support services, day treatment, educational support services, and social skills development.
- *MYPAC Respite Care* – This service offers a safety net for your family and child in times of crisis. There may be times your child's behaviors require a more structured setting for a brief period of time, MCHS will assure their emotional & behavioral needs are met either through one of the programs in our array of services or through another community provider.
- *Community Respite* - There may be times that you or your child need a "break" for a brief period of time, MCHS will coordinate community respite services to give you time to recharge and regain vision and hope.

### Benefits to Youth...

- Child remains in their home
- Child receives wraparound services in community

### Admissions Requirements ...

- Ages birth – 21
- IQ of 60 or above within the last year
- A psychological or psychiatric evaluation within 60 days of admission that includes a recommendation for long term psychiatric residential treatment as the level of care

15



# Family Preservation Services

### How To Contact Us ...

Mississippi Children's Home Services
Permanency Division
**Beth Frizsell,
Permanency Division Director**
1900 North West Street
P. O. Box 1078
Jackson, MS 39215
Ph: (601) 352-7784
Fax: (601) 709-1242

**REGIONAL AND SATELLITE OFFICES**

**Central Region:
Audrey Cone, Regional Director**

2 Old River Place, Suite M
Jackson, MS 39202
Ph: (601) 949-2723
Fax: (601) 949-2726

**North Region
Mavis Snyder, Regional Director**

113 Clark Street, Suite 5
Tupelo, MS 38804
Ph: (662) 840-2613
Fax: (662) 840-2615

501 12 W, Suite 150 H
Starkville, MS 39759
Ph: (662) 338-5246
Fax: (662) 338-5247

510 Hwy 51 South, Suite 7
Batesville, MS 38606
Ph: (662) 561-0001
Fax: (662) 563-0010

**South Region
Karen Simmons, Regional Director**

15465 Oak Lane, Suite 100-J
Gulfport, MS 39503
Ph: (228) 863-4992
Fax: (228) 701-0057

407 B Apache Dr., Suite 2
McComb, MS 39648
Ph: (601) 249-3648
Fax: (601) 249-3649

**South Central Region
Tammy Miller, Regional Director**

6641 Hwy 98 West, Suite 104
Hattiesburg, Ms 39042
Ph: (601) 264-7079
Fax: (601) 296-7819

**2912 Hwy 45, Suite A
Meridian, MS 39301
Ph: (601) 483-4105
Fax: (601) 483-4106**

### What We Do...

We focus on the fundamental belief in the value and importance of family preservation and family empowerment. We share a commitment to be strengths-based, child-centered and family-focused interventions. We offer our clients services in a seamless, competent and compassionate manner. This highlights our endeavor to provide "compassionate solutions for children and families."

### Features of Service...

- Intensive Service – up to 15 hours per week. A minimum of 2 to 5 meetings per week of face-to-face contact with the family
- Time-limited Services -20 weeks
- Follow-up Services – at 3, 6, 9, and 12 months, after the 20 weeks.
- Parent Education
- Child Management Training
- Parent/Family Therapy
- Case Management
- 24 Hour availability to family, seven days a week
- Meet in the home of the family 95% of the time
- Flexible scheduling to meet families needs

### How To Make a Referral...

1. All referrals will be forwarded to the Central Office to Carolyn Cotton-Bland via email.
2. DHS worker signs into MACWIS
3. Go to MACWIS Web and click on Family Preservation link
4. Once link is connected the forms will be listed: Treatment Plan Checklist; Consent Form; and Referral Form.
5. SW will need to download each of these forms separately into a Word Document
6. SW can then exit out of MACWIS; pull up the forms in the Word Document
7. Complete the forms for the family they wish to refer
8. The referral form and treatment plan checklist is then attached in an email to ASWS for approval
9. ASWS retrieves the email through their "Outlooks"
10. Once the ASWS approves, ASWS then forwards all the documents (referral form and treatment plan) via email to Carolyn Cotton-Bland
11. The SW has the family to sign the consent form and will fax the signed consent form to Carolyn Cotton-Bland
12. Carolyn Cotton-Bland must have all three of these documents (treatment plan, referral form, and consent form) prior to approving form services.

- Carolyn Cotton-Bland will approve and forward referral to our agency.
- A representative from the Family Preservation program will contact the SW to discuss acceptance of the family.
- The MDHS Worker will continue monitoring the family as outlined in Policy.

14