# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                            PLAINTIFFS

v.                                                               CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

## ORDER SEALING EXHIBIT 5 TO ORIGINAL DECLARATION OF SHIRIM NOTHENBERG

Before the Court is Plaintiffs' unopposed motion to place Exhibit 5 to the Original Declaration of Shirim Nothenberg (Docket No. 515) under seal. Exhibit 5 to the declaration contains confidential information as defined by the August 5, 2004 Confidentiality Order entered by this Court in the above-captioned case. The Court finds that the Motion is well-taken and should be granted.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Rule 79 of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi, Exhibit 5 to the original Declaration of Shirim Nothenberg filed October 5, 2010 shall be placed under seal.

SO ORDERED, this 29th day of December, 2010.

                                                _/s/ F. Keith Ball_____
                                                UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s      Jessica Polansky
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi  39201
    Telephone:  (601) 948-8000
    Facsimile:  (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York 10154
    Telephone: (212) 407-4000
    E mail: ccarbone@loeb.com

*Plaintiffs' Counsel*