**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                PLAINTIFFS

v.                                                   CIVIL ACTION NO. 3:04CV251-TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.      DEFENDANTS

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW DECLARATION OF
SHIRIM NOTHENBERG AND SUBSTITUTE DECLARATION**

This cause has come before this Court pursuant to Plaintiffs' Motion to Withdraw Declaration of Shirim Nothenberg and Substitute Declaration ("Motion to Withdraw")(Docket No. 545), requesting that the Declaration of Shirim Nothenberg, filed on October 5, 2010 as Exhibit E to Plaintiffs' Memorandum of Law in Support of their Motion for Contempt and for the Appointment of a Receiver ("Memorandum of Law") be withdrawn, and that a new Declaration be substituted for the withdrawn Exhibit E. The Court having considered the Motion finds that it should be granted.

IT IS, THEREFORE, ORDERED that

1. The Nothenberg Declaration, filed as Exhibit E to Plaintiffs' Memorandum of Law shall be withdrawn and the revised Declaration of Shirim Nothenberg, attached as Exhibit A to Plaintiffs' Motion to Withdraw, shall be substituted as Exhibit E; and

2. The original citations to the Declaration of Shirim Nothenberg in Plaintiffs' Memorandum of Law shall be replaced with the citations listed in Exhibit B to Plaintiffs' Motion to Withdraw.

SO ORDERED, this 11th day of January, 2011.

_____/s/ F. Keith Ball_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s     Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
    CHILDREN'S RIGHTS
    330 7th Avenue, 4th floor
    New York, New York 10001
    Telephone: (212) 683-2210
    E mail: mlowry@childrensrights.org

W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Jackson Place, Suite 400
    188 East Capitol Street
    Jackson, Mississippi 39201
    Telephone: (601) 948-8000
    Facsimile: (601) 948-3000
    E mail: wdrinkwater@babc.com

John Lang (MBN 43987 *pro hac vice*)
    Attorney at Law
    60 East 42nd Street
    Suite 4600
    New York, NY 10165
    Telephone: (212) 300-0646
    E mail: john.lang@attorneylang.com

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
    LOEB & LOEB LLP
    345 Park Ave.
    New York, New York 10154
    Telephone: (212) 407-4000
    E mail: ccarbone@loeb.com

*Plaintiffs' Counsel*