# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                                                    PLAINTIFFS


v.                                                                    CIVIL ACTION NO. 3:04CV251LN


HALEY BARBOUR, as Governor of the State of Mississippi, et al.          DEFENDANTS

### DECLARATION OF SHIRIM NOTHENBERG

1.      I, Shirim Nothenberg, am a member of the Bar of New York and admitted to practice in

this Court *pro hac vice*.  I am a staff attorney at Children's Rights and serve as co-counsel for the

Plaintiff Class in this case, along with W. Wayne Drinkwater, of Bradley Arant Boult Cummings

LLP; John Lang, Attorney at Law; John Piskora and Chris Carbone, of Loeb & Loeb, LLP; and

other attorneys at Children's Rights.  Together we have represented the Plaintiff Children in the

above-captioned class action litigation since the filing of the Complaint in 2004.

2.      Attached to this Declaration are true and correct copies of the following documents:

    a.   Mississippi Child Welfare Practice Model Final Report ("Practice Model"),
       September 25, 2009, attached as Exhibit 1;

    b.   Letter from Marcia Lowry, Executive Director, Children's Rights, to Rusty
       Fortenberry, Lead Counsel for Defendants, April 9,2010, attached as Exhibit 2;

    c.   The Center for the Support of Families, Mississippi Foster Care Services Assessments
       Final Report, dated October 13, 2009 ("CSF Assessment") attached as Exhibit 3;

    d.   Letter from Don Thompson, Executive Director, MDHS, to service provider, dated
       November 2, 2009, attached as Exhibit 4;

    e.   The Center for the Support of Families, Termination of Parental Rights Assessment
       Final Report, dated November 24, 2009 ("TPR Assessment"), attached as Exhibit 5;

    f.   Mississippi Division of Family and Children's Services, Continuous Quality Improvement Plan, State Fiscal Year 2011, submitted August, 2, 2010 ("CQI Plan") attached as Exhibit 6;

    g.   U.S. Department of Health and Human Services, Mississippi Child and Family Services Review Exit Conference Presentation, attached as Exhibit 7;

    h.   Schedule for Revising Mississippi Child Welfare Policy Manual, June 10, 2010 ("Policy Manual Plan") attached as Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2010.

_____
Shirim Nothenberg

Sworn to before me this
23rd day of December, 2010

OLIVIA SOHMER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SO5022722
Qualified in Kings County
My Commission Expires April 27, 2014

_____
Notary Public