**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642



RECEIVED
APR 04 2011
Clerk, U.S. District Court
Southern District of Miss.

FORWARD TIME EXP RTN TO SEND
WELLS
PO BOX 14
MT PLEASANT MS 38649-0014
RETURN TO SENDER



049J82022231
$00.440
Mailed From 39201
03/26/2011
US POSTAGE
Neopost

**Notices**

3:04-cv-00251-TSL -FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**
CLOSED, FKB

U.S. District Court

Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2011 at 2:22 PM CDT and filed on 3/25/2011
**Case Name:**        Johnson, et al v. Barbour, et al
**Case Number:**      3:04-cv-00251-TSL -FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**NOTICE of Hearing on Motion [511] MOTION for Contempt** *and for the Appointment of a Receiver*, **[513] MOTION to Appoint Receiver** *and for Contempt* : Motion Hearing set for 5/13/2011 09:00 AM in Courtroom 3 (Jackson) before District Judge Tom S. Lee (LWE)

**3:04-cv-00251-TSL -FKB Notice has been electronically mailed to:**

Ashley Tullos Young     ayoung@bakerdonelson.com, fbrown@bakerdonelson.com

Dewitt L. Fortenberry , Jr     rfortenberry@bakerdonelson.com, fbrown@bakerdonelson.com, glong@bakerdonelson.com

Eric E. Thompson - PHV     ethompson@childrensrights.org, mackerman-brimberg@childrensrights.org, masiedu-frimpong@childrensrights.org, slambiase@childrensrights.org, snothenberg@childrensrights.org, tkraemer@childrensrights.org

Grace M. Lopes     gmlopes@oymonitor.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gmlopes@aol.com

Gretchen L. Zmitrovich     gzmitrovich@bakerdonelson.com

Harold Edward Pizzetta , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

Jessica Polansky - PHV     jpolansky@childrensrights.org

Kenya Key Rachal     krachal@bakerdonelson.com, kkr@lawyer.com

Melody McAnally     melody.mcanally@butlersnow.com