CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
245 E. CAPITOL, SUITE 316
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Richard Ferguson
1361 Road #397
Philidelphia, MS 39350

049J82022231
$ 00.440
03/26/2011
Mailed From 39201
US POSTAGE

APR 07 2011

Clerk, U.S District Court
Southern District of Miss

NIXIE        392    5E 1      00 04/05/11

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 392012405999    *0455-00526-26-37

## Notices

3:04-cv-00251-TSL -FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**
CLOSED, FKB


**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered on 3/25/2011 at 2:22 PM CDT and filed on 3/25/2011
**Case Name:**       Johnson, et al v. Barbour, et al
**Case Number:**     3:04-cv-00251-TSL -FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
~~Document Number:~~ No document attached

**Docket Text:**
**NOTICE of Hearing on Motion [511] MOTION for Contempt *and for the Appointment of a Receiver*, [513] MOTION to Appoint Receiver *and for Contempt* : Motion Hearing set for 5/13/2011 09:00 AM in Courtroom 3 (Jackson) before District Judge Tom S. Lee (LWE)**


**3:04-cv-00251-TSL -FKB Notice has been electronically mailed to:**

Ashley Tullos Young    ayoung@bakerdonelson.com, fbrown@bakerdonelson.com

Dewitt L. Fortenberry , Jr    rfortenberry@bakerdonelson.com, fbrown@bakerdonelson.com, glong@bakerdonelson.com

Eric E. Thompson - PHV    ethompson@childrensrights.org, mackerman-brimberg@childrensrights.org, masiedu-frimpong@childrensrights.org, slambiase@childrensrights.org, snothenberg@childrensrights.org, tkraemer@childrensrights.org

Grace M. Lopes    gmlopes@oymonitor.org

Grace M. Lopes - PHV    gmlopes@oymonitor.org, gmlopes@aol.com

Gretchen L. Zmitrovich    gzmitrovich@bakerdonelson.com

Harold Edward Pizzetta , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

Jessica Polansky - PHV    jpolansky@childrensrights.org

Kenya Key Rachal    krachal@bakerdonelson.com, kkr@lawyer.com

Melody McAnally    melody.mcanally@butlersnow.com