UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et al., | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
| v. | )   C.A. 3:04CV251LN |
| | ) |
| HALEY BARBOUR, as Governor | ) |
| of the State of Mississippi, | ) |
| | ) |
|       **Defendants.** | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF SUSAN LAMBIASE

Pursuant to Local Uniform Civil Rule 83.1, Plaintiffs hereby move for withdrawal of appearance of Susan Lambiase as counsel for Plaintiffs, as she is no longer in the employ of Children's Rights. Plaintiffs' ongoing interests herein will continue adequately to be represented, *inter alia*, by Marcia Robinson Lowry, Shirim Nothenberg and Jessica Polansky of Children's Rights and Wayne Drinkwater of Bradley Arant Boult Cummings LLP.

DATED: September 22, 2011

Respectfully submitted:

By:   /s/ Shirim Nothenberg
Shirim Nothenberg, *admitted pro hac vice*
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
*snothenberg@childrensrights.org*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, I electronically filed the foregoing Motion for Withdrawal of Appearance of Susan Lambiase with the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi  39201

*Attorneys for Defendants Haley Barbour, et al.*


　　　　　　　　　　　　　　　　　　　　/s/ Shirim Nothenberg

　　　　　　　　　　　　　　　　　　　　Shirim Nothenberg