IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                            PLAINTIFFS

v.                                                     CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*     DEFENDANTS

**UNOPPOSED MOTION FOR PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES**

Plaintiffs move the Court pursuant to 42 U.S.C. § 1988, and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for approval of the Parties' settlement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount of $323,517.81 for the monitoring and enforcement of the Mississippi Settlement Agreement and Reform Plan ("Remedial Order"), performed on behalf of the Plaintiff Class from October 1, 2009 through December 31, 2010.

This Motion is supported by the accompanying Memorandum in Support and Exhibits.

Respectfully submitted this 7th day of February, 2012.

                                        /s *Shirim Nothenberg*
                                        Marcia Robinson Lowery (MBN 43991 *pro hac vice*)
                                        Eric E. Thomson (MBN 43993 *pro hac vice*)
                                        Shirim Nothenberg (MBN 43990 *pro hac vice*)
                                        CHILDREN'S RIGHTS
                                        330 7th Avenue, 4th floor
                                        New York, NY 10001

Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile:   (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice)*
John Piskora (MBN 44474 *pro hac vice)*
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154
Telephone: (212) 407-4000

John Lang (MBN 43987 *pro hac vice*)
Attorney at Law
Suite 4600
60 East 42nd Street
New York, NY 10165

*PLAINTIFFS' COUNSEL*

# CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2012, I electronically filed the foregoing Plaintiffs' unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Gretchen L. Zmitrovich, Esq.
>Ashley Tullos Young, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-555 North
>Meadowbrook Office Park
>Jackson, Mississippi 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi 39201
>
>*Attorneys for Defendants Phil Bryant, et al.*

/s *Shirim Nothenberg*