# Attachment A

*Olivia Y. v. Barbour*
**CHILDREN'S RIGHTS**
Attorneys' Fees
October 1, 2009 - December 31, 2010

| Monitoring Hours<br>Children's Rights Fees | Monitoring Hours | Fees-on-Fees Hours | Total Hours x | Rate | Total Fee |
|---|---|---|---|---|---|
| **Attorney** | | | | | |
| Marcia Robinson Lowry | 75.48 | 0.00 | 75.48 | $303.75 | $22,927.05 |
| Shirim Nothenberg | 473.06 | 3.69 | 476.75 | $270.00 | $128,722.50 |
| Melissa Cohen | 20.44 | 0.00 | 20.44 | $189.00 | $3,863.16 |
| Sarah Russo | 62.10 | 2.67 | 64.77 | $189.00 | $12,241.53 |
| Jessica Polansky | 500.76 | 0.70 | 501.46 | $189.00 | $94,775.94 |
| **Paralegal** | | | | | |
| Mavis Asiedu-Frimpong | 32.41 | 17.65 | 50.06 | $108.00 | $5,406.48 |
| Kelley Fong | 5.29 | 0.00 | 5.29 | $108.00 | $571.32 |
| Sara Maeder | 11.50 | 0.00 | 11.50 | $108.00 | $1,242.00 |
| Laura Mumm | 39.38 | 0.00 | 39.38 | $108.00 | $4,253.04 |
| Ruchi Shah | 5.26 | 0.00 | 5.26 | $108.00 | $568.08 |
| Daniel Dobies | 159.65 | 0.00 | 159.65 | $108.00 | $17,242.20 |
| Brenden Beck | 1.66 | 0.00 | 1.66 | $108.00 | $179.28 |
| **Legal Intern** | | | | | |
| Claudia DePalma | 13.50 | 0.00 | 13.50 | $135.00 | $1,822.50 |
| Victoria Ha | 2.05 | 0.00 | 2.05 | $135.00 | $276.75 |
| Jessica Newman | 9.50 | 0.00 | 9.50 | $135.00 | $1,282.50 |
| **TOTAL (CR Monitoring Hours)** | 1,412.04 | 24.71 | 1,436.75 | | **$295,374.33** |
| | Monitoring Hours | Fees-on-Fees Hours | Total Hours x | Rate | Total Fee |

| | | | | | |
|---|---|---|---|---|---|
| Wayne Drinkwater | 11 | 0 | 11 | $255.38 | **$2,809.18** |

| | |
|---|---|
| **TOTAL (CR + Wayne Drinkwater)** | **$298,183.51** |

| Travel Hours | Total Hours | Rate | Total Fee |
|---|---|---|---|
| **Attorney** | | | |
| Marcia Robinson Lowry | 20.65 | $151.88 | $3,136.32 |
| Shirim Nothenberg | 23.56 | $135.00 | $3,180.60 |
| Jessica Polansky | 34.9 | $94.50 | $3,298.05 |
| Total (Travel Hours) | 79.11 | | **$9,614.97** |

| | |
|---|---|
| **GRAND TOTAL (Monitoring + Travel Hours)** | **$307,798.48** |

| Billing Judgment | BJ Hours | Rate | BJ |
|---|---|---|---|
| Shirim Nothenberg | 169.82 | $270.00 | $45,851.40 |
| Gena E. Wilstek | 1.68 | $189.00 | $317.52 |
| Ira Lustbader | 2.09 | $189.00 | $395.01 |
| Melissa Cohen | 2.2 | $189.00 | $415.80 |
| Marcia Robinson Lowry | 7.58 | $303.75 | $2,302.43 |
| Sarah Russo | 8.69 | $189.00 | $1,642.41 |
| Jodi Miller | 7.06 | $189.00 | $1,334.34 |
| Laurence Borten | 0.12 | $189.00 | $22.68 |
| Jessica Polansky | 245.89 (plus 6.75 additional hours of travel) | $189.00 ($94.50 for travel) | $47,111.08 |
| Paralegals | 66.37 | $108.00 | $7,167.96 |
| Legal Interns | 143.73 | $135.00 | $19,403.55 |
| **Total BJ** | **661.98** | | **$125,964.18** |