| | | | | |
|---|---|---|---|---|
| 2/2/2012<br>3:56 PM | | Children's Rights, Inc.<br>User Defined Slip Listing | | Page 127 |
| User | Date | Client | Description | Time Spent |
| | | | bridge plan | |
| Shirim, Esq. | 1/11/2010 | Mississippi | Review letter from defendants re: JA and leave message for GL re: same | 0:11:00 |
| Shirim, Esq. | 11/10/2010 | Mississippi | Meeting with JP to discuss comments to the bridge plan report | 1:19:08 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Meeting with source and MRL | 1:00:00 |
| Shirim, Esq. | 1/6/2010 | Mississippi TR | Travel to and from meeting with COA | 0:40:00 |
| Shirim, Esq. | 11/18/2010 | Mississippi | Read resource development plans and email source with questions | 2:00:00 |
| Shirim, Esq. | 7/19/2010 | Mississippi | Meeting with JP to review bridge plan data | 0:14:11 |
| Shirim, Esq. | 10/28/2009 | Mississippi | Read collection of in-care abuse reports | 2:44:41 |
| Shirim, Esq. | 12/4/2009 | Mississippi | Continue to read fatality file | 0:18:30 |
| Shirim, Esq. | 9/27/2010 | Mississippi | Revise contempt motion | 3:10:00 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Finish drafting memo re: practice guide. | 0:52:47 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Draft memo for MRL and policy updating on various aspects of the | 1:17:00 |

| 2/2/2012<br>3:56 PM | | Children's Rights, Inc.<br>User Defined Slip Listing | | Page 128 |
|---|---|---|---|---|
| User | Date | Client | Description | Time Spent |
| | | | reform effort in preparation for 12/21 mtg | |
| Shirim, Esq. | 12/4/2009 | Mississippi | Begin to read fatality file. | 0:45:00 |
| Shirim, Esq. | 11/13/2009 | Mississippi | Talk to MRL and JP about intensive in home services | 0:17:00 |
| Shirim, Esq. | 3/23/2010 | Mississippi | Draft TRO while negotiating a possible resolution | 5:44:38 |
| Shirim, Esq. | 12/4/2009 | Mississippi | Read and reread fatality file and draft memo tracking family history with DFCS | 2:03:42 |
| Shirim, Esq. | 10/28/2009 | Mississippi | Read Milner rate setting report | 0:30:18 |
| Shirim, Esq. | 10/28/2009 | Mississippi | Meeting with SB to brainstorm about ways to address MACWIS problem. Make call and leave message for computer consultant re: same | 0:17:53 |
| Shirim, Esq. | 11/12/2010 | Mississippi | Draft comments to draft report and discuss same with GL over the phone | 2:11:20 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Telephone call with co-counsel about activity on case and debrief with JP | 0:14:11 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Read TPR assessments | 0:43:00 |

2/2/2012  
3:56 PM

Children's Rights, Inc.  
User Defined Slip Listing

Page 129

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 1/6/2010 | Mississippi | Talk to JP and then JP and KR re: named plaintiff | 0:18:00 |
| Shirim, Esq. | 11/10/2010 | Mississippi | Review GL's report and meet with MRL re: same | 0:41:12 |
| Shirim, Esq. | 10/28/2009 | Mississippi | Review MDHS submissions to COA | 0:51:41 |
| Shirim, Esq. | 11/10/2010 | Mississippi | Review and comment on bridge plan report | 2:29:17 |
| Shirim, Esq. | 11/8/2010 | Mississippi | Electronic mail team and talk to GL on the phone about suggestion for negotiations | 0:22:15 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Review emails re: Milner meeting, review agenda from aborted meeting and email GL and KR re: same | 0:35:23 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Talk with NP and then with JP about NP and leave message for KR re: same | 0:29:00 |
| Shirim, Esq. | 1/6/2010 | Mississippi | Leave message for RF and speak to KR re: COA and upcoming meeting | 0:06:09 |
| Shirim, Esq. | 8/15/2010 | Mississippi | Draft comments to monitor's 100+ page report | 1:54:07 |
| Shirim, Esq. | 11/4/2009 | Mississippi | Telephone call with GL and then debrief with JP re: concerns with rate | 0:54:37 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012<br>3:56 PM | | Children's Rights, Inc.<br>User Defined Slip Listing | | Page    130 |
| User | Date | Client | Description | Time Spent |
| | | | setting report | |
| Shirim, Esq. | 4/7/2010 | Mississippi | Meeting with MRL, JP, Defense counsel, Governor's counsel | 0:30:00 |
| Shirim, Esq. | 8/6/2010 | Mississippi | Review period 1 monitoring report | 1:38:54 |
| Shirim, Esq. | 3/2/2010 | Mississippi | Read case load reporting data | 0:25:00 |
| Shirim, Esq. | 7/30/2010 | Mississippi | Meeting with MRL re: our analysis of bridge plan data | 0:20:00 |
| Shirim, Esq. | 12/22/2010 | Mississippi | Edit brief in reply | 9:17:35 |
| Shirim, Esq. | 3/2/2010 | Mississippi | Electronic mail letter for MRL signature re: engaging Jerry Milner | 0:10:00 |
| Shirim, Esq. | 3/2/2010 | Mississippi | Telephone call with RF, KY and MRL re: Milner proposal | 0:15:00 |
| Shirim, Esq. | 3/2/2010 | Mississippi | Telephone call with GL re: management issues and MACWIS | 0:15:00 |
| Shirim, Esq. | 12/22/2010 | Mississippi | Review motion to strike and motion to withdraw | 0:40:00 |
| Shirim, Esq. | 4/7/2010 | Mississippi | Conference with co-counsel re: stip. | 0:45:00 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012 3:56 PM | | Children's Rights, Inc. User Defined Slip Listing | | Page 131 |
| User | Date | Client | Description | Time Spent |
| Shirim, Esq. | 12/21/2010 | Mississippi | Edit reply brief and motion to withdraw | 7:37:31 |
| Shirim, Esq. | 2/23/2010 | Mississippi | Telephone call with Defendants and GL re: role of Milner | 0:45:45 |
| Shirim, Esq. | 7/30/2010 | Mississippi | Telephone call with GL re: timing of report | 0:06:00 |
| Shirim, Esq. | 7/30/2010 | Mississippi | Meeting with Dan and JP about recent bridge data | 1:09:18 |
| Shirim, Esq. | 7/30/2010 | Mississippi | Review posture for filing contempt motion | 0:28:57 |
| Shirim, Esq. | 2/19/2010 | Mississippi | Telephone call with GL re: data collection problems and MACWIS capability | 0:11:46 |
| Shirim, Esq. | 2/19/2010 | Mississippi | Review MACWIS reporting provided by defendants and leave message for GL re: same | 0:31:49 |
| Shirim, Esq. | 2/17/2010 | Mississippi | Telephone call with RF and then GL re: management issue to be addressed next week | 0:08:00 |
| Shirim, Esq. | 2/17/2010 | Mississippi | Telephone call with GL and then RF and then meet with MRL about in-person meeting to discuss management issues | 0:25:31 |
| Shirim, Esq. | 2/17/2010 | Mississippi | Meeting with MRL re: 2nd yr performance, call GL during mtg for 30 | 1:00:00 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012 3:56 PM | | Children's Rights, Inc. User Defined Slip Listing | | Page 132 |
| User | Date | Client | Description | Time Spent |
| | | | minutes | |
| Shirim, Esq. | 2/2/2010 | Mississippi TR | Travel to parties' mtng | 0:29:00 |
| Shirim, Esq. | 8/15/2010 | Mississippi | Finish reading GL report and going through exhibits. | 3:40:00 |
| Shirim, Esq. | 11/6/2009 | Mississippi | Continue to draft questions re: rate report for expert | 0:27:45 |
| Shirim, Esq. | 11/5/2009 | Mississippi | Conference call with JP, Julie, and rate-setting expert re: CSF report | 0:30:00 |
| Shirim, Esq. | 11/6/2009 | Mississippi | Talk with JF (policy director) re: rate setting methodology | 0:15:00 |
| Shirim, Esq. | 11/6/2009 | Mississippi | Begin drafting letter to CSF re: rate-setting report | 0:25:00 |
| Shirim, Esq. | 3/6/2010 | Mississippi | Review two RFPS and send comments to JP | 0:48:32 |
| Shirim, Esq. | 11/6/2009 | Mississippi | Meeting with JP after our meeting with MRL to discuss letter to CSF | 0:07:00 |
| Shirim, Esq. | 11/6/2009 | Mississippi | Meeting with JP and MRL re: rate-setting report | 0:15:00 |
| Shirim, Esq. | 4/7/2010 | Mississippi TR | Travel to mtng with Defendants and Governor's counsel - with | 0:30:00 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012 3:56 PM | | Children's Rights, Inc. User Defined Slip Listing | | Page 133 |
| User | Date | Client | Description | Time Spent |
| | | | MRL and JP | |
| Shirim, Esq. | 3/2/2010 | Mississippi | Review fatality docs and follow up with GL re: same | 0:26:22 |
| Shirim, Esq. | 3/5/2010 | Mississippi | Telephone call with RF and KR re: Milner proposal | 0:12:00 |
| Shirim, Esq. | 3/5/2010 | Mississippi | Review SI reports | 0:30:00 |
| Shirim, Esq. | 12/15/2010 | Mississippi | Meeting with MRL and JP re: negot. strategy re: contempt and receivership | 0:30:00 |
| Shirim, Esq. | 12/9/2010 | Mississippi TR | Travel to and from stakeholder meeting | 0:30:00 |
| Shirim, Esq. | 3/2/2010 | Mississippi | Read MACWIS reports on fatality | 0:46:26 |
| Shirim, Esq. | 12/9/2010 | Mississippi TR | Traveled to and from stakeholder meeting | 0:45:00 |
| Shirim, Esq. | 6/4/2010 | Mississippi | Telephone call with JP and Defendants re: bridge plan; telephone call with JP and Monitor regarding same; follow up with JP | 0:37:00 |
| Shirim, Esq. | 4/8/2010 | Mississippi | Revise proposal re: 90-day bridge period and draft notice of non-compliance with JP and MRL | 1:45:00 |

| | | | Children's Rights, Inc. | | |
|---|---|---|---|---|---|
| 2/2/2012 | | | User Defined Slip Listing | | Page 134 |
| 3:56 PM | | | | | |

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 4/7/2010 | Mississippi | Draft proposal for 90-day bridge period with MRL and JP; discuss strategy with WD (co-counsel) and MRL and JP | 1:15:00 |
| Shirim, Esq. | 7/27/2010 | Mississippi | Review concerns of private providers re: training requirements and address with JP and GL | 0:30:00 |
| Shirim, Esq. | 2/2/2010 | Mississippi | Meeting with source and JP | 1:00:00 |
| Shirim, Esq. | 2/9/2010 | Mississippi | Telephone call with defendants and Marcia | 0:15:00 |
| Shirim, Esq. | 12/15/2010 | Mississippi | Draft reply papers | 1:00:00 |
| Shirim, Esq. | 2/9/2010 | Mississippi | Telephone call with GL re: management team implementation problems | 0:05:00 |
| Shirim, Esq. | 2/9/2010 | Mississippi | Talk to JP re: management team problems | 0:10:00 |
| Shirim, Esq. | 2/3/2010 | Mississippi TR | Travel home from MS | 6:30:00 |
| Shirim, Esq. | 2/3/2010 | Mississippi | Meeting with defendants to discuss implementation | 3:00:00 |
| Shirim, Esq. | 2/2/2010 | Mississippi | Meeting first with just JP and MRL and then joined by stakeholder | 0:45:00 |
| Shirim, Esq. | 2/2/2010 | Mississippi | Meeting with COA | 0:20:00 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012 | | Children's Rights, Inc. | | |
| 3:56 PM | | User Defined Slip Listing | | Page 135 |

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 2/2/2010 | Mississippi | Parties' meeting with COA and Milner | 4:00:00 |
| Shirim, Esq. | 12/15/2010 | Mississippi | Meeting with MRL and then just JP re: possible efforts to resolve dispute | 0:46:55 |
| Shirim, Esq. | 2/1/2010 | Mississippi | Review foster care, rate setting and TPR assessment and correspondence re: same in preparation for meeting (while traveling) | 1:20:00 |
| Shirim, Esq. | 2/1/2010 | Mississippi | Read DFCS COA deliverables while traveling | 0:40:00 |
| Shirim, Esq. | 2/1/2010 | Mississippi TR | Travel to MS (excludes time spent working) | 4:00:00 |
| Shirim, Esq. | 2/1/2010 | Mississippi TR | Travel to airport | 0:45:00 |
| Shirim, Esq. | 2/5/2010 | Mississippi | Telephone call with MRL and GL | 0:40:00 |
| Shirim, Esq. | 2/8/2010 | Mississippi | Telephone call with MRL and GL (GL delayed) | 0:20:01 |
| Shirim, Esq. | 12/15/2010 | Mississippi | Draft reply brief | 0:50:53 |
| Shirim, Esq. | 12/14/2010 | Mississippi | Draft reply brief | 6:35:28 |
| Shirim, Esq. | 10/30/2009 | Mississippi | Draft document of areas that we need to be getting more and better information | 1:12:13 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012<br>3:56 PM | | Children's Rights, Inc.<br>User Defined Slip Listing | | Page    136 |
| User | Date | Client | Description | Time Spent |
| Shirim, Esq. | 11/3/2009 | Mississippi | Talk wth JF, JP about next steps in light of conversation with CSF | 0:10:00 |
| Shirim, Esq. | 2/12/2010 | Mississippi | Read more fatality related docs and email GL re: same | 0:41:45 |
| Shirim, Esq. | 12/17/2010 | Mississippi | Draft reply motion | 7:30:00 |
| Shirim, Esq. | 2/16/2010 | Mississippi | Review draft outline of 2nd yr. progress. | 1:14:59 |
| Shirim, Esq. | 2/16/2010 | Mississippi | Telephone call with GL re: outline (brief) | 0:04:01 |
| Shirim, Esq. | 2/16/2010 | Mississippi | Start to read compliance chart sent by GL | 0:20:52 |
| Shirim, Esq. | 12/16/2010 | Mississippi | Review and revise brief in reply to opp. to contempt motion | 3:50:00 |
| Shirim, Esq. | 11/3/2009 | Mississippi | Telephone call with Julie, JP and CSF re: rate-setting report | 0:52:15 |
| Shirim, Esq. | 7/30/2010 | Mississippi | Review bridge data and revise charts | 1:34:00 |
| Shirim, Esq. | 2/12/2010 | Mississippi | Talk with MRL re: fatality case and Milner | 0:10:00 |
| Shirim, Esq. | 12/18/2010 | Mississippi | Revise draft of contempt reply | 8:30:00 |

2/2/2012  
3:56 PM

Children's Rights, Inc.  
User Defined Slip Listing

Page    137

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 2/11/2010 | Mississippi | Read docs related to fatality case | 0:40:00 |
| Shirim, Esq. | 2/12/2010 | Mississippi | Talk with GL re: fatality case | 0:15:50 |
| Shirim, Esq. | 11/3/2009 | Mississippi | Review rate-setting report again to ferret out questions and walk through report with policy expert JF (speak with JP about questions intermittently) | 1:54:30 |
| Shirim, Esq. | 11/3/2009 | Mississippi | Telephone call with COA re: parties meeting | 0:32:48 |
| Shirim, Esq. | 11/2/2009 | Mississippi | Telephone call with GL re: rate setting report | 0:25:00 |
| Shirim, Esq. | 12/4/2009 | Mississippi | Continue to review CR file, trying to piece together history of FR | 0:19:06 |
| Shirim, Esq. | 11/13/2009 | Mississippi | Talk to source about intensive in home services with JP (two calls) | 0:45:00 |
| Shirim, Esq. | 12/4/2009 | Mississippi | Draft memo of outstanding issues for parties meeting | 1:30:32 |
| Shirim, Esq. | 10/30/2009 | Mississippi | Talk to MRL briefly about data collection & MACWIS | 0:09:58 |
| Shirim, Esq. | 12/15/2010 | Mississippi | Draft reply brief | 6:57:02 |

2/2/2012  
3:56 PM

Children's Rights, Inc.  
User Defined Slip Listing

Page    138

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 2/9/2010 | Mississippi | Read SIR and related docs re: child fatality | 0:34:43 |
| Shirim, Esq. | 3/23/2010 | Mississippi | Telephone call with MRL re: timing of TRO | 0:16:36 |
| Shirim, Esq. | 3/22/2010 | Mississippi | Telephone call with GL and then MRL and then again GL re: TRO | 0:20:00 |
| Shirim, Esq. | 3/22/2010 | Mississippi | Review current version of TRO | 0:45:00 |
| Shirim, Esq. | 9/26/2010 | Mississippi | Edit introduction to contempt motion | 0:35:00 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Electronic mail GL and then CR team re: IIH services contract | 0:07:00 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Electronic mail MRL what I have learned about recent death and next steps | 0:05:00 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Telephone call with source re recent fatality and update on settlement progress | 0:20:00 |
| Shirim, Esq. | 12/3/2009 | Mississippi | Telephone call with GL re: recent fatality and Milner reports re: reunification | 0:25:00 |
| Shirim, Esq. | 11/13/2009 | Mississippi | Review scope of services of various contracts and speak to GL re: same | 0:58:27 |

| | | | | |
|---|---|---|---|---|
| 2/2/2012 | | Children's Rights, Inc. | | |
| 3:56 PM | | User Defined Slip Listing | | Page    139 |

| User | Date | Client | Description | Time Spent |
|---|---|---|---|---|
| Shirim, Esq. | 12/3/2009 | Mississippi | Draft memo re: CSF assessments | 0:38:56 |

Total: Shirim, Esq.                                                                                                  500.31

| 2/2/2012 3:56 PM | | Children's Rights, Inc. User Defined Slip Listing | | Page 140 |
|---|---|---|---|---|
| User | Date | Client | Description | Time Spent |
| **Attorney/Para: Victoria Ha** Victoria Ha | 6/22/2010 | Mississippi | Follow up research on dissent on Jones. | 1:38:00 |
| Victoria Ha | 6/23/2010 | Mississippi | Composing and sending MS research email | 0:18:00 |
| Victoria Ha | 6/23/2010 | Mississippi | Printing out MS cases and short meeting with JP | 0:07:00 |
| Total: Victoria Ha | | | | 2.05 |
| Grand Total | | | | 1516.11 |

Time Recap Summary by UserDefined1 And UserDefined2 [0C1714-072854 - MISSISSIPPI LITIGATION]  Page 1
Client:0C1714 - CHILDREN'S RIGHTS, INC.  7/18/2011 8:15:50 AM

| Work Hours | Work Amount |
|---:|---:|
| 8.20 | .00 |
| 8.20 | .00 |
| 2.80 | .00 |
| 2.80 | .00 |
|  |  |
| 11.00 | .00 |