# Attachment C

# Children's Rights
## Mississippi Expense Report
### October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|

## Expenses

### Computer
#### General

| | | |
|---|---|---:|
| 04/08/2010 | JP-internet usage and printing (April 8) | 49.49 |
| 12/30/2010 | JP-internet service at hotel (December 8) | 2.95 |

| Total General | | 52.44 |
|---|---|---:|

| **Total Computer** | | **52.44** |
|---|---|---:|

### Fees
#### Legal and Filing Fees

| | | |
|---|---|---:|
| 07/21/2010 | SN - pro hac vice | 100.00 |
| 07/21/2010 | JP - pro hace vice | 100.00 |
| 07/21/2010 | SN - cert. of good standing | 15.00 |
| 07/21/2010 | JP - cert. of good standing | 15.00 |

| Total Legal and Filing Fees | | 230.00 |
|---|---|---:|

| **Total Fees** | | **230.00** |
|---|---|---:|

### Leg.Lib/Research
#### Pacer

| | | |
|---|---|---:|
| 11/02/2009 | Pacer - July through September '09 usage | 30.08 |
| 12/31/2009 | Pacer - October through December '09 usage | 5.28 |
| 03/31/2010 | Pacer - January through March '10 usage | 8.48 |
| 06/30/2010 | Pacer - April through June '10 usage | 15.28 |
| 09/30/2010 | Pacer - April through June '10 usage | 6.64 |
| 12/30/2010 | Pacer - October through December '10 usage | 34.64 |

| Total Pacer | | 100.40 |
|---|---|---:|

#### WestLaw

| | | |
|---|---|---:|
| 12/31/2009 | Westlaw - December '09 usage | 20.92 |
| 02/28/2010 | Westlaw - February '10 usage | 289.86 |
| 03/31/2010 | Westlaw - March '10 usage | 344.40 |
| 04/30/2010 | Westlaw - April '10 usage | 432.23 |
| 05/31/2010 | Westlaw - May '10 usage | 118.63 |
| 06/30/2010 | Westlaw - June '10 usage | 320.56 |
| 07/30/2010 | Westlaw - July '10 usage | 264.14 |

# Children's Rights
## Mississippi Expense Report
October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---|
| 08/31/2010 | Westlaw - August '10 usage | 28.87 |
| 10/15/2010 | Westlaw - September '10 usage | 414.87 |
| 11/30/2010 | Westlaw - October '10 usage | 181.77 |
| 12/16/2010 | Westlaw - November '10 usage | 99.37 |
| 12/30/2010 | Westlaw - December '10 usage | 286.02 |
| **Total WestLaw** | | **2,801.64** |
| **Total Leg.Lib/Research** | | **2,902.04** |

### Office Expenses
#### Delivery

| Date | Memo | Amount |
|---|---|---|
| 12/31/2009 | December 23 | 18.03 |
| 03/31/2010 | March 26 | 34.16 |
| 07/30/2010 | July 22 | 54.43 |
| 07/30/2010 | July 27 | 47.50 |
| 08/19/2010 | August 3 | 19.75 |
| 12/30/2010 | December 3, December 7 | 194.40 |
| **Total Delivery** | | **368.27** |

#### Meeting Exp

| Date | Memo | Amount |
|---|---|---|
| 11/18/2009 | SN & JP - lunch meeting with Grace L. (November 18) | 28.62 |
| **Total Meeting Exp** | | **28.62** |

#### Phone

| Date | Memo | Amount |
|---|---|---|
| 11/30/2009 | November '09 | 3.80 |
| 12/31/2009 | December '09 | 5.93 |
| 01/31/2010 | January '10 | 4.37 |
| 02/28/2010 | February '10 | 2.37 |
| 03/31/2010 | March '10 | 7.72 |
| 04/30/2010 | April '10 | 4.33 |
| 04/30/2010 | Teleconference Calls - April '10 | 7.56 |
| 06/30/2010 | June '10 | 4.91 |
| 07/31/2010 | July '10 | 3.89 |
| 08/31/2010 | Monthly charte - August '10 | 3.08 |
| 09/30/2010 | Monthly charge - September '10 | 4.15 |
| 10/31/2010 | Monthly charge - October '10 | 9.08 |
| 12/29/2010 | Teleconference Calls - November '10 | 31.75 |
| 12/29/2010 | December '10 | 3.85 |

4:33 PM
06/30/11
Accrual Basis

# Children's Rights
# Mississippi Expense Report
October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|
| 12/30/2010 | Monthly charge - December '10 | 5.11 |
| **Total Phone** | | 101.90 |
| **Postage** | | |
| 12/31/2009 | | 1.76 |
| **Total Postage** | | 1.76 |
| **Refreshments** | | |
| 12/14/2009 | PA - working dinner for MAF (December 8) | 19.42 |
| 12/14/2009 | PA - working dinner for MAF (December 10) | 18.33 |
| 12/14/2009 | PA - working dinner for MAF (December 7) | 10.34 |
| 03/21/2010 | JP - working dinner (March 21) | 8.00 |
| 03/21/2010 | JP - working dinner with SN (March 21) | 27.15 |
| 04/22/2010 | SN - working dinner for MAF | 10.29 |
| 05/14/2010 | JP - working dinner (May 14) | 12.62 |
| 06/23/2010 | JP - working dinner (June 15) | 16.44 |
| 06/23/2010 | JP - working dinner for BB (June 15) | 16.44 |
| 06/23/2010 | JP - working dinner for KF (June 15) | 16.43 |
| 06/23/2010 | JP - working dinner (June 19) | 8.99 |
| 06/23/2010 | JP - working dinner (June 22) | 16.54 |
| 06/23/2010 | JP - working dinner (June 23) | 13.95 |
| 08/25/2010 | SN - working dinner: meeting with MS team (August 9) | 66.04 |
| 09/24/2010 | DD - working dinner (September 5) | 20.60 |
| 09/24/2010 | DD - working dinner (March 3) | 20.30 |
| 09/24/2010 | DD - working dinner (April 27) | 19.51 |
| 09/27/2010 | KM - working dinner for JP (September 27) | 14.90 |
| 10/01/2010 | KM - JP (September 28) | 29.58 |
| 10/01/2010 | KM - JP, DD (September 29) | 43.48 |
| 10/04/2010 | KM - LM, JP, KF, DD (September 28) | 71.79 |
| 10/07/2010 | JP - working dinner (October 1) | 13.00 |
| **Total Refreshments** | | 494.14 |
| **Total Office Expenses** | | **994.69** |
| **Travel** | | |
| **Hotel** | | |
| 02/03/2010 | JP - hotel: 2 days (February 1) | 445.38 |

# Children's Rights
# Mississippi Expense Report
October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|
| 02/04/2010 | SN - hotel: 2 days (February 1) | 445.38 |
| 04/06/2010 | SN - hotel: 2 days (April 6) | 400.98 |
| 04/08/2010 | JP - hotel: 2 days (April 6) | 400.98 |
| 08/10/2010 | JP - hotel (August 9) | 200.49 |
| 08/25/2010 | SN - hotel (August 11) | 200.49 |
| 12/11/2010 | JP - hotel: 2 days (December 8) | 306.10 |
| 12/11/2010 | SN - hotel: 2 days (December 8) | 306.10 |
| **Total Hotel** | | **2,705.90** |
| **Meals** | | |
| 10/08/2009 | MRL - food (November 5, 2008) | 4.07 |
| 10/08/2009 | MRL - food (August 25) | 9.04 |
| 10/08/2009 | MRL-food 3/5 | 4.44 |
| 02/01/2010 | MRL - food with SN, JP (February 1) | 100.00 |
| 02/02/2010 | SN - food with MRL and JP (February 2) | 112.41 |
| 02/18/2010 | JP - food (February 1) | 13.91 |
| 02/18/2010 | JP - food (February 2) | 18.03 |
| 02/18/2010 | JP - food (February 3) | 11.83 |
| 04/06/2010 | SN - food (April 6) | 18.36 |
| 04/06/2010 | SN - food (April 6) | 2.99 |
| 04/07/2010 | SN - food with MRL and JP (April 6) | 87.18 |
| 04/07/2010 | SN - food with MRL and JP (April 7) | 100.00 |
| 04/07/2010 | SN - food with MRL and JP (April 7) | 47.88 |
| 04/08/2010 | JP - food (April 6) | 4.39 |
| 04/08/2010 | JP - food with MRL and SN (April 8) | 65.55 |
| 04/08/2010 | JP - food (April 8) | 11.09 |
| 04/22/2010 | JP - food (April 6) | 2.18 |
| 04/23/2010 | SN - food (April 23) | 20.90 |
| 04/30/2010 | MRL - food (April 6) | 5.01 |
| 07/01/2010 | JP - working dinner (June 29) | 18.13 |
| 08/07/2010 | JP - food (August 9, August 10) | 18.36 |
| 08/25/2010 | SN - food (August 9) | 13.75 |
| 08/25/2010 | SN - food (August 10) | 9.39 |
| 08/25/2010 | SN working dinner (August 18) | 8.81 |
| 09/09/2010 | SN - food (September 9) | 7.61 |
| 09/19/2010 | JP - working dinner (September 13) | 18.04 |
| 09/19/2010 | JP - working dinner (September 14) | 15.55 |
| 09/19/2010 | JP - working dinner (September 16) | 14.20 |

# Children's Rights
## Mississippi Expense Report
October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|
| 09/19/2010 | JP - working dinner (Sunday, September 19) | 14.42 |
| 10/01/2010 | SN - working dinner (September 28) | 7.61 |
| 12/30/2010 | SN - food (December 3) | 8.39 |
| 12/31/2010 | JP - working dinner (December 6) | 15.90 |
| 12/31/2010 | JP - food (December 8) | 16.73 |
| 12/31/2010 | JP - working dinner (December 10) | 15.29 |
| 12/31/2010 | JP - working dinner (December 14) | 21.20 |
| 12/31/2010 | JP - working dinner (December 15) | 13.90 |
| 12/31/2010 | JP - working dinner (December 18) | 19.35 |
| 12/31/2010 | JP - working lunch (Saturday, December 18) | 8.66 |
| 12/31/2010 | JP - working dinner for team (Saturday, December 18) | 16.09 |
| 12/31/2010 | SN - food with JP (December 8) | 50.94 |
| 12/31/2010 | SN - food with JP (December 9) | 12.51 |
| 12/31/2010 | SN - food with JP and DD (December 9) | 66.42 |
| 12/31/2010 | SN - working dinner (December 8) | 13.89 |
| 12/31/2010 | SN - working dinner (December 10) | 8.08 |
| 12/31/2010 | SN - working dinner (December 18) | 5.17 |
| 12/31/2010 | SN - working dinner (December 18) | 8.15 |
| **Total Meals** | | **1,085.80** |
| **Plane-Amtrak** | | |
| 11/02/2009 | MRL - Delta Air (December 21) | 572.40 |
| 11/30/2009 | SN - Delta Air (December 21) | 572.40 |
| 12/23/2009 | JP - change fee (February 1 flight) | 50.00 |
| 01/28/2010 | SN - Delta Air (February 1) | 183.40 |
| 01/31/2010 | MRL - Delta Air (February 1) | 103.20 |
| 04/01/2010 | SN - Delta Air (April 6) | 666.90 |
| 04/01/2010 | SN - Delta Air (April 8) | 385.40 |
| 04/01/2010 | SN - travel agency fee (April 8) | 50.00 |
| 04/14/2010 | JP - Delta Air (April 6) | 666.90 |
| 04/14/2010 | JP - Delta Air (April 8) | 385.40 |
| 04/22/2010 | MRL - Delta Air (April 6 - used unused 12/21 ticket) | 210.50 |
| 08/09/2010 | SN - Delta Air (August 9) | 627.30 |
| 08/10/2010 | JP - Delta Air (August 9) | 802.80 |
| 10/26/2010 | SN - Delta Air (October 26) | 295.80 |
| 10/26/2010 | JP - Delta Air (October 26) | 295.80 |
| **Total Plane-Amtrak** | | **5,868.20** |

# Children's Rights
## Mississippi Expense Report
October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|
| **Public Transp** | | |
| 01/06/2010 | MRL - taxi from meeting to train station (January 6) | 18.14 |
| 01/31/2010 | MRL - taxi from meeting at CIOA (January 6) | 18.14 |
| 02/03/2010 | MRL - car service from home to LGA (February 2) | 125.41 |
| 02/03/2010 | MRL - car service to home from LGA (February 3) | 131.41 |
| 02/08/2010 | SN - car service from home to LGA (February 1) | 40.28 |
| 02/08/2010 | SN - car service from LGA to home (February 3) | 53.73 |
| 02/11/2010 | MRL - car service from home to LGA (February 8) | 125.41 |
| 02/11/2010 | MRL - car service to home from LGA (February 8) | 131.41 |
| 02/18/2010 | JP - taxi to office with documentations (January 29) | 10.00 |
| 02/18/2010 | JP - taxi to Jackson airport with MRL, SN (February 3) | 38.00 |
| 02/19/2010 | JP - taxi to LGA from home (February 1) | 29.70 |
| 02/19/2010 | JP - taxi home from LGA (Februray 4) | 32.54 |
| 04/06/2010 | MRL - taxi to office from meeting (April 6) | 9.50 |
| 04/08/2010 | JP - taxi home working late (April 14) | 7.40 |
| 04/22/2010 | JP - taxi to airport | 39.00 |
| 04/30/2010 | SN - LGA to Mercer St. (April 9) | 61.38 |
| 04/30/2010 | SN - LGA to home (April 9) | 64.53 |
| 04/30/2010 | MRL - office to LGA (April 6) | 67.08 |
| 06/23/2010 | JP - taxi home working late (June 22) | 9.40 |
| 06/23/2010 | JP - taxi home working late (June 23) | 8.60 |
| 07/01/2010 | JP - taxi home working late (June 29) | 10.20 |
| 08/07/2010 | JP - taxi home with binders (August 2) | 9.20 |
| 08/07/2010 | JP - taxi LGA to home (August 11) | 45.27 |
| 08/11/2010 | JP - taxi home working late (August 6) | 37.00 |
| 08/25/2010 | SN - taxi from home to airport (August 16) | 53.73 |
| 08/25/2010 | SN - taxi from airport to home (August 23) | 46.78 |
| 09/14/2010 | JP - taxi working late (September 13) | 9.08 |
| 09/14/2010 | JP - taxi home working late (September 19) | 8.60 |
| 09/14/2010 | JP - taxi home working late (September 27) | 9.00 |
| 10/07/2010 | JP - taxi home working late (June 16) | 9.50 |
| 10/07/2010 | JP - taxi home working late (September 14, 16, 21) | 27.00 |
| 10/30/2010 | SN - taxi to hotel (August 9) | 33.00 |
| 10/30/2010 | SN - taxi home working late (September 10) | 17.50 |
| 10/31/2010 | LM - taxi home working late (October 4) | 24.15 |
| 10/31/2010 | SN - taxi home working late (October 5) | 21.38 |
| 10/31/2010 | JP - taxi home working late (September 28) | 9.40 |
| 10/31/2010 | JP - taxi home working late (September 29) | 8.60 |

# Children's Rights
## Mississippi Expense Report
### October 1, 2009 - December 31, 2010

| Date | Memo | Amount |
|---|---|---:|
| 10/31/2010 | JP - taxi home working late (October 2) | 10.00 |
| 10/31/2010 | JP - taxi home working late (October 5) | 8.62 |
| 10/31/2010 | MRL - taxi to office with heavy documents and luggage (September 29) | 11.28 |
| 12/10/2010 | JP - 2-day rental | 182.16 |
| 12/30/2010 | SN - taxi from D's office to co-counsel's office | 20.00 |
| 12/30/2010 | SN - taxi from airport to hotel (April 6) | 41.00 |
| 12/30/2010 | SN - taxi from airport (February 1) | 41.00 |
| 12/31/2010 | JP - taxi home working late (December 7) | 9.08 |
| 12/31/2010 | JP - taxi to LGA (December 8) | 31.44 |
| 12/31/2010 | JP - LGA to home (December 10) | 45.56 |
| 12/31/2010 | JP - taxi home working late (December 15) | 9.96 |
| 12/31/2010 | JP - taxi home working late (December 16) | 9.48 |
| 12/31/2010 | JP - taxi home working late (December 18) | 10.20 |
| 12/31/2010 | JP - taxi home working late (December 23) | 9.00 |
| **Total Public Transp** | | **1,839.23** |
| **Transp Fees** | | |
| 12/30/2010 | JP - parking (December 8) | 16.00 |
| **Total Transp Fees** | | **16.00** |
| **Total Travel** | | **11,515.13** |
| **Total Expenses** | | **15,694.30** |

| Matter | Worked Amount | Billed Amount | Description | Description |
|---|---|---|---|---|
| 0C1714-072854 | 33.45 | 22.30 | Copy Charges | MISSISSIPPI LITIGATION |
|  | 33.45 | 22.30 | Copy Charges |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 33.45 | 22.30 |  |  |