IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*　　　DEFENDANTS

ORDER

This matter came before the Court on the Plaintiffs' Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses. The Court, having reviewed the Unopposed Motion and evaluated the agreed-upon amount of fees and expenses, finds it reasonable. Accordingly, the Motion is, for good cause, **GRANTED**. The Court rules, orders, and directs as follows:

1.　Payment shall be made by Defendants to Plaintiffs' Counsel in the agreed-upon amount of $323,517.81 for legal services performed and expenses incurred from October 1, 2009 through December 31, 2010 in the monitoring and enforcement of the Remedial Order entered into in this case.

So **ORDERED** this 13th day of February, 2012.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s Shirim Nothenberg
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Eric E. Thompson (MBN 43993 *pro hac vice*)
Shirim Nothenberg (MBN 43990 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Ave, 4th Floor
New York, NY 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, JR. (MBN 6193)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, MS 39201
Telephone: (601) 592-9911

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000

John Lang (MBN 43987 *pro hac vice*)
Attorney at Law
Suite 4600
60 East 42nd Street
New York, NY 10165

*Counsel for Plaintiffs*