UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) C.A. 3:04CV251LN |
| PHIL BRYANT, as Governor of the | ) |
| State of Mississippi | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF SHIRIM NOTHENBERG

Pursuant to Local Uniform Civil Rule 83.1, Plaintiffs hereby move for withdrawal of appearance of Shirim Nothenberg as counsel for Plaintiffs, as she is no longer in the employ of Children's Rights. Plaintiffs' ongoing interests herein will continue adequately to be represented, *inter alia*, by Marcia Robinson Lowry and Jessica Polansky of Children's Rights and Wayne Drinkwater of Bradley Arant Boult Cummings LLP.

A proposed order accompanies this Motion.

DATED: May 11, 2012

Respectfully submitted:

By:
/s/ Jessica Polansky
Jessica Polansky, *admitted pro hac vice*
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
*jpolansky@childrensrights.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2012, I electronically filed the foregoing Motion for Withdrawal of Appearance of Shirim Nothenberg with the Court using the ECF system, which sent notification of such filing to the following:

Dewitt L. ("Rusty") Fortenberry Jr., Esq.
Kenya Key Rachal, Esq.
Gretchen L. Zmitrovich, Esq.
Ashley Tullos Young, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

*Attorneys for Defendants*

                                        /s/ Jessica Polansky
                                        Jessica Polansky