# EXHIBIT A

## **CERTIFICATION OF SARAH RUSSO**

I, Sarah Russo, certify that I have read and am familiar with the Local Uniform Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

/s/ Sarah Russo
SARAH RUSSO