# EXHIBIT A

## **CERTIFICATION OF MIRIAM F. INGBER**

I, Miriam F. Ingber, certify that I have read and am familiar with the Local Uniform Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

_____
MIRIAM F. INGBER