IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                                    PLAINTIFFS

v.                                                                                   CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, et al.                  DEFENDANTS

**JOINT PETITION FOR ENTRY OF AN AGREEMENT REGARDING
THE ENHANCEMENT OF FEDERAL FUNDING**

Pursuant to Section II.A.6.b.1 of the Modified Mississippi Settlement Agreement and Reform Plan (the "Modified Settlement Agreement"), the parties agreed to negotiate and agree upon Defendants' obligations to implement the recommendations of Hornby Zeller Associates and the Center for Support of Families related to the enhancement of federal funding. The parties have negotiated an agreement regarding the enhancement of federal funding in the form of an Agreed Order, which has this day been submitted electronically to the Court, and they jointly request this Court's approval of that Order.

Respectfully submitted, this the 12th day of July, 2012.

/s/ Miriam Ingber
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Miriam Ingber (MBN 46823 *pro hac vice*)
Jessica Polansky (MBN 45356 *pro hac vice*)
Sarah Russo (MBN 46802 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001

Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

John Lang (MBN 43987 *pro hac vice)*
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

Christina D. Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154

*PLAINTIFFS' COUNSEL*

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*DEFENDANTS' COUNSEL*

## CERTIFICATE OF SERVICE

I, Miriam Ingber, do hereby certify that on July 12, 2012, electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

>Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
>Kenya Key Rachal (MSB # 99227)
>Ashley Tullos Young (MSB # 101839)
>BAKER, DONELSON, BEARMAN, CALDWELL
>& BERKOWITZ, PC
>4268 I-55 North
>Meadowbrook Office Park
>P.O. Box 14167
>Jackson, Mississippi 39211
>Telephone: (601) 351-2400
>Facsimile: (601) 351-2424
>
>Harold Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, MS 39201

SO CERTIFIED, this 12th day of July, 2012.

/S/ MIRIAM INGBER