### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | | |
|---|---|---|
| OLIVIA Y., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | C.A. 3:04CV251LN |
| PHIL BRYANT, as Governor of the | ) | |
| State of Mississippi | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF
### JESSICA POLANSKY

Pursuant to Local Uniform Civil Rule 83.1, Plaintiffs hereby move for withdrawal of appearance of Jessica Polansky as counsel for Plaintiffs.  Plaintiffs' ongoing interests herein will continue adequately to be represented, *inter alia*, by Marcia Robinson Lowry, Miriam Ingber, and Sarah Russo of Children's Rights; Wayne Drinkwater of Bradley Arant Boult Cummings LLP; and John Lang and Christina Carbone of Loeb and Loeb, LLP.

A proposed order accompanies this Motion.

DATED: July 17, 2012

Respectfully submitted:

By:
/s/ Miriam Ingber
Miriam Ingber (MBN 46823 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001
Telephone: (212) 683-2210

## <u>CERTIFICATE OF SERVICE</u>

I, Miriam Ingber, do hereby certify that on July 17, 2012, electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

SO CERTIFIED, this 17th day of July, 2012.

/S/ MIRIAM INGBER