## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et. al., | ) |
| | ) |
|           Plaintiffs, | ) |
| v. | ) |
| | )   Civil Action No. 3:04CV251-TSL-FKB |
| PHIL BRYANT, as Governor of the State of Mississippi | ) ) |
| | ) |
|           Defendants. | ) |
| | ) |

## ORDER

NOW on this 19th day of July, 2012, the Court considers Jessica Polansky's Motion to Withdraw as Counsel of Record. The Court having reviewed the Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

IT IS, THEREFORE, ORDERED that Jessica Polansky is hereby granted leave to withdraw as counsel of record for the Plaintiffs in this matter.

                                                  /s/ F. Keith Ball_____
                                                  MAGISTRATE JUDGE