**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

OLIVIA Y., *et al.*                                                                    PLAINTIFFS


v.                                                          CIVIL ACTION NO.  3:04CV251 TSL-FKB


HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*          DEFENDANTS


**MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE**
**COURT MONITOR'S REPORT AND FOR AN ENLARGEMENT**
**OF TIME FOR THE PARTIES TO FILE RESPONSIVE PLEADINGS**

The Court Monitor ("Monitor") appointed in the above-captioned matter respectfully

moves the Court, pursuant to L.U.Civ.R. 7 of the United States District Courts for the Northern

and Southern Districts of Mississippi, for an extension of time from January 15, 2013 to January

25, 2013, to file the six-month status report required by §VI.B. of the Modified Mississippi

Settlement Agreement and Reform Plan ("MSA").  The parties do not object to this request.

Moreover, on behalf of the parties, the Monitor requests that the Court extend the time from

January 29, 2013 to February 15, 2013 for each of the parties to file a pleading responsive to the

report.

The Monitor submits that enlargements of these filing deadlines are warranted in light of

the efforts associated with finalizing the Monitor's report, and the need to provide the parties

with sufficient time in advance of the February 21, 2013 hearing to respond to the report.  The

grounds for this motion are set forth, in detail, in the accompanying Memorandum of Points and

Authorities.  A proposed order is attached hereto.

WHEREFORE, the foregoing motion should be granted.

Respectfully submitted, this 14[h] day of December, 2012.

/s/ Grace M. Lopes
Grace M. Lopes (MBN 45693 *pro hac vice*)
Court Monitor
1350 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036
(202) 232-8311
gmlopes@oymonitor.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2012, the foregoing Motion for Enlargement of Time to File the Court Monitor's Report and for an Enlargement of Time for the Parties to File Responsive Pleadings, Memorandum of Points and Authorities in support thereof, and proposed Order were transmitted electronically to the following counsel of record in this matter:

Dewitt L. ("Rusty") Fortenberry Jr.
Kenya Key Rachal
Ashley Tullos Young
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
428 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211

Harold E. Pizzetta, III
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201

Marcia Robinson Lowry
Miriam Ingber
Sarah Russo
CHILDREN'S RIGHTS
330 Seventh Avenue
New York, New York  10001

John Lang
John Piskora
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154


/s/ Grace M. Lopes

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., *et al.*                                                              PLAINTIFFS


v.                                                           CIVIL ACTION NO.  3:04CV251 TSL-FKB


HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*          DEFENDANTS


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE
COURT MONITOR'S REPORT AND FOR AN ENLARGEMENT OF
TIME FOR THE PARTIES TO FILE RESPONSIVE PLEADINGS**


The Monitor's motion for enlargement of time should be granted for the reasons set forth

below.

Section VI.B. of the MSA requires the Monitor to report to the Court on defendants'

compliance in implementing the MSA and the annual implementation plans at 90 day intervals,

alternating between oral reports delivered during telephonic status conferences and

written reports filed in the record.  Following submission of the Monitor's written report, the

MSA contemplates that it will be addressed during a status conference.  Thus, pursuant to the

MSA, a telephonic status conference was conducted on October 25, 2012.  During the

conference, the Court established a schedule, requiring the Monitor to file a written status report

by January 15, 2013, and the parties to file any responsive pleadings two weeks thereafter.  A

hearing related to the report was scheduled for February 21, 2013.

At the time the telephonic status conference was conducted, the Monitor anticipated that

she would be able to file her written report by January 15, 2013.  However, in light of several

unanticipated matters, it is apparent to the Monitor that she will need additional time to finalize

her report.  The Monitor has considered this carefully and is confident that she will be able to file

the report by January 25, 2013.  This ten-day extension of time will afford sufficient time for the

Monitor to complete her current draft of the report, submit it to the parties for comment, make

any revisions that appear warranted, and finalize the report.

The parties do not object to this motion.  Assuming the Court grants the Monitor's

request, the parties request that the Court adjust and enlarge the deadline for submission of their

respective responsive pleadings from January 29, 2013 to February 15, 2013.  This adjustment of

the filing deadline for responsive pleadings is necessary in order to accommodate the requested

modification to the report filing deadline and to allow for sufficient time for the parties to

consider and respond to the Monitor's report.

For these reasons, the foregoing motion should be granted.

Respectfully Submitted,

/s/ Grace M. Lopes_____
Grace M. Lopes (MBN 45693 *pro hac vice*)
Court Monitor
1350 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036
(202) 232-8311
gmlopes@oymonitor.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


OLIVIA Y., *et al.*                                                                          PLAINTIFFS


v.                                                      CIVIL ACTION NO.  3:04CV251 TSL-FKB


HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*                  DEFENDANTS


## <u>ORDER</u>


Upon consideration of the Motion for an Enlargement of Time to File the Court

Monitor's Report and for an Enlargement of Time for the Parties to File Responsive Pleadings,

the Memorandum of Points and Authorities in support thereof, the lack of opposition thereto, and

the entire record herein, it is by the Court on this _____ day of _____, 2012,

hereby

**ORDERED**, that the Motion for an Enlargement of Time to File the Court Monitor's

Report and for an Enlargement of Time for the Parties to File Responsive Pleadings, is hereby

**GRANTED**; and it is

**FURTHER ORDERED**, that the Court Monitor shall file the six-month report by

January 25, 2013, and the parties shall file all responsive pleadings by February 15, 2013.


_____
TOM S. LEE
JUDGE

Copies to:

      Dewitt L. ("Rusty") Fortenberry Jr.
      Kenya Key Rachal
      Ashley Tullos Young
      Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
      428 I-55 North
      Meadowbrook Office Park
      Jackson, Mississippi  39211

      Harold E. Pizzetta, III
      Assistant Attorney General
      General Civil Division
      Carroll Gartin Justice Building
      430 High Street
      Jackson, MS  39201

      W. Wayne Drinkwater, Jr.
      BRADLEY ARANT ROSE & WHITE LLP
      188 East Capital Street, Suite 450
      Jackson, Mississippi  39201

      Marcia Robinson Lowry
      Miriam Ingber
      Sarah Russo
      CHILDREN'S RIGHTS
      330 Seventh Avenue
      New York, New York  10001

      John Lang
      John Piskora
      LOEB & LOEB LLP
      345 Park Ave.
      New York, New York  10154

      Grace M. Lopes
      Court Monitor
      1350 Connecticut Avenue, N.W., Suite 1000
      Washington, D.C.  20036