**Ex. 1**

# Mississippi Department of Human Services, Division of Family and Children Services (MDHS/DFCS)

## Workforce Development Plan
## Phase I
### Harrison, Hancock, Jackson, & Hinds Counties

**Brief Description and Rationale:**

Through generous support from Casey Family Services, the Mississippi Department of Human Services, Division of Family & Children's Services, in collaboration with the American Public Human Services Association has developed the Workforce Development Plan Phase I for Harrison, Hancock, Jackson, and Hinds Counties, identified in the Modified Settlement Agreement as "Carve-Out Counties". These counties have historically had a difficult time recruiting and retaining workers.

The intention of this Plan is to address Agency gaps in these counties, as identified through data analysis (Comprehensive Organizational Health Assessment Regional and Statewide Reports), staff surveys (2011 MDHS/DFCS Worker Retention/Satisfaction Survey Results), and focus groups with direct service staff, to determine root causes for such gaps and strategize remedies to increase staff capacity, efficacy and retention.

The next phase of the Workforce Development Plan will consist of gathering statewide data and developing strategies to improve staff recruitment and retention for DFCS staff throughout Mississippi. The Statewide Workforce Development Plan will be developed by January 2013. Through implementation of this Plan, the Agency seeks to strengthen the capacity of staff at all levels, thereby improving services provided to Mississippi children and families.

**Objective:**

The objective of this Plan is to positively affect recruitment and retention of direct service workers and supervisors, as well as to strengthen DFCS staff capacity in order to consistently meet or exceed its performance standards in Harrison, Hancock, Jackson, and Hinds Counties. This Plan is designed to support and accompany the implementation of the *Olivia Y* Modified Settlement Agreement requirements and Mississippi Practice Model in these counties with the ultimate result of sustained, steady improvements in outcomes for the children and families it serves.

**Priority Improvement Areas:**

The following are key areas of work DFCS must do to get the right people on board, in the right positions, with the right knowledge and skills, working on the right things, and in the right ways:

DHS
300186

<u>Workforce Development Areas of Work:</u>

### *Leadership*

- *Articulating the vision*
- *Keeping the focus on priorities*
- *Setting the example*
- *Setting the tone*
- *Making tough calls*

### *Organizational Structure*

- *Roles, levels, departments, policies and procedures*
- *Cross-departmental/level work teams*
- *Flexible workforces (e.g., part time, temporary, contractors)*
- *Alliances/contracts with service partners*

### *Organizational Culture*

- *The "feel" and norms of an organization as created by its approach to communication (up / down / across)*
- *Decision making*
- *Teamwork*

### *Staffing*

- *Defining the position*
- *Sourcing, recruiting, selecting, and onboarding*
- *Staff retention*

### *Staff Development*

- *Helping staff at all levels develop new knowledge and skills*

### *Talent Management*

- *Succession planning*
- *Leadership development*

### *Performance Management*

- *Setting performance expectations*
- *Managing performance day-to-day*
- *Conducting formal performance reviews*

---

*Rewards and Recognition*
- *The "employment deal" between staff and Agency -- cash compensation, cash benefits (e.g., health, retirement), non-monetary benefits (e.g., work flexibility), non-monetary recognition (e.g., employee of the month programs, spotlight features in Agency newsletters)*
- *Spontaneous, day-to-day recognition*
- *Targeted, merit-based development*

Foundational Areas of Work:

*Alignment to Strategy*
- *Targeting workforce development plans, processes, and actions to help the organization perform at a consistently high level and provide consistently valuable products and services to the organization's clients*

*Human Resources Functional Capacity*
- *Executing core workforce development tasks*
- *Developing and implementing workforce development key processes*
- *Influencing the actions of individual leaders*
- *Influencing the organization's strategy*

*Data*
- *Gathering*
- *Storing*
- *Reporting*
- *Using to guide decision making*

*Trust*
- *Between staff in different departments or organizational levels*
- *Between the organization and its partners*
- *Between the organization and the clients and community it serves*

*Values*
- *Defining in operational terms*
- *Communicating to all staff and other stakeholders*
- *Using to guide behavior day-to-day*

MDHS and DFCS senior leaders, together with the DFCS State Implementation Team, identified the following priority areas of focus for assessing strengths and gaps across the state, with an accelerated and deeper assessment in Harrison, Hancock, Jackson, and Hinds Counties:

DHS
300188

- *Staffing*
- *Staff Development*
- *Talent Management*
- *Performance Management*
- *Rewards and Recognition*
- *Retention*

With a particular focus on Harrison, Hancock, Jackson, and Hinds Counties, identified in the Modified Settlement Agreement Period 3 Plan as "Carve-Out Counties", and with facilitation support from APHSA, the DFCS Caseload and Staffing Sub-Team, also known as the Workforce Development Team (WDT), defined these priority areas in operational terms, identified strengths and gaps, key themes that cut across the gaps, root causes of the highest priority gaps, and general remedies to close the gaps. These strengths and gaps are listed below in regard to the previously identified priority areas:

### STAFFING

STRENGTHS:

- There has recently been an increase in new hires, providing more staff to share the high caseload numbers
- Several former interns have sought employment with the Agency after graduation

GAPS :

- Many frontline staff report that they were deterred or "scared off" by school faculty from pursuing a career in child welfare.
- One ASWS stated that one obstacle that she has noted in hiring quality staff is that they can make more money, and experience less stress/burnout elsewhere.

### STAFF DEVELOPMENT

STRENGTHS:

- The mentoring program provided by the training unit will provide a frequently-requested element to the on the job training, as mentioned by frontline staff.
- The intensive training currently provided follows all aspects of a child welfare case from Intake of Allegations to Termination of Parental Rights (TPR).
- The ASWSs reported that the 2 most recent groups to finish pre-service training have been more prepared and knowledgeable than previous graduates of pre-service training.

GAPS:

- Several ASWSs report that the frontline staff is not adequately trained following their Intensive Training with the Agency. One ASWS mentioned that on the job training is equally important as the initial training undergone by new hires.

DHS
300189

- Intensive training for new hires is not unit specific and, therefore, staff who work in the Resource Unit are not thoroughly trained in their roles (licensure of foster homes, adoptions, etc.).
- More time is needed to cover the workings of MACWIS during intensive training; often case scenarios are only completed one time and so they only use a function once before being expected to use it regularly (ex. entering placements, eligibility, etc.).
- Many interns present in the focus group (Harrison Co.) expressed desire to undergo a brief training to better understand the complexities of the work.
- Staff frequently reports to ASWSs that they need more opportunities to obtain CEUs for licensure renewal. They frequently do not have time attend area conferences due to conflicts with court scheduling and other case-related obligations.

## TALENT MANAGEMENT

STRENGTHS:

- The opportunity for advancement with the Agency is more likely than with most others, and in-house promotional opportunities are sent to staff regularly via email.

GAPS:

- Some frontline staff report that they felt more qualified than their ASWS because of spending more time in direct service with DFCS clients.
- Several frontline staff members made the statement that they are often "thrown under the bus" by their ASWSs to protect him/herself when something goes wrong. This indicates a lack of trust between the ASWS and frontline staff.

## PERFORMANCE MANAGEMENT

STRENGTHS:

- Front line staff in Jackson and Harrison County reported having a good to moderate understanding of the expectations of DFCS and their supervision.
- Counties in which adequate one-on-one time with supervision can be possible report that they are more "in tune" with their supervisors
- The RD in Hinds County generally holds staff accountable for performance

GAPS:

- Some DFCS staff, particularly those hired in the past 5 years, report that they have not completed a Job Content Questionnaire (JCQ) or have had a Performance Appraisal Review (PAR).
- Staff in Hinds County report that, especially among new hires, there is very little understanding of "what they're supposed to be doing", sometimes even after Pre-Service Training.
- PARS are not consistently implemented in Hinds County. Several ASWSs reported the current PAR process to be "frustrating", and stated that there is no notification system prior to PAR deadlines.

## REWARDS AND RECOGNITION

STRENGTHS:

- Verbal praise/recognition is often given by the ASWS for a job well done (Harrison Co.)
- A compressed work schedule allows for work flexibility, and despite working longer hours throughout the week, the extra day off often provides a much needed break.
- In the coastal area, the local newspaper will sometimes feature articles that exemplify the positive work done by the Agency and touching stories, rather than only portraying the negative aspects of child welfare.
- Verbal praise, time off, and appreciation luncheons are techniques utilized by some of the ASWSs to reward and motivate their staff for good work.

GAPS:

- Frontline staff reports that there is a lack of recognition when good work is done, but no shortage of feedback when something goes wrong (Hinds Co.).
- Staff report that a lack of feedback from their supervisor often leaves them questioning whether or not they are successfully performing their jobs (Hinds Co, Jackson Co.)
- There is inconsistency among units regarding whether or not compensatory time is granted for staff who work on case documentation/data entry into MACWIS after hours from their homes.  One ASWS reported that he was told that this type of comp time cannot be approved.


## RETENTION

STRENGTHS:

- Many frontline staff members and ASWSs report that they continue their employment with the Agency because of the rewarding nature of the work of providing services to the state's most vulnerable children and families.
- Frontline staff members share a sense of community in the office and provide assistance to another when possible.
- Some of the staff commented that they enjoy the challenge of their work, and that problems tend to arise due to other dynamics, not the work itself.
- In some areas, ASWSs were reported to be nurturing and consistent about scheduling 1-on-1 time with staff (specific to Jackson, Harrison Counties)

GAPS:

- Direct service workers report that many tasks not directly related to serving children and families (ex. transportation, paperwork, medical appointments, etc.) take up a great deal of the workers' time. Workers suggested as a possible remedy adding more social work aides to complete these tasks.
- Many workers have been "bounced" from supervisor to supervisor, as part of office restructuring. One reported having 5 supervisors in 5 years.
- In Hinds County, it was reported that there is a lack of "face time" with supervisors; staff reported that the ASWS will often only communicate with them via email, or by entering narratives into MACWIS with instructions.
- A high turnover rate exists among ASWSs in Harrison and Hancock Counties, often leaving staff with a feeling of instability, and lack of support.

· DHS
300191

- Law enforcement (local police) in Hinds County does not readily assist when called by frontline staff; therefore workers often do not feel safe in high-crime areas. One staff member reported that she was made to enter a home where there were allegedly firearms ahead of a law enforcement officer.
- In Hancock and Harrison Counties, it was reported that the courts often create situations where the staff feel that they are committing injustices and are not providing services according to best practice.
- Excessive workloads and on-call schedules, as well as non-supportive supervision were reported by ASWSs to be the cause of "massive turnover" in Hinds County (Hinds County Focus Group, 05/17/12).
- Safety concerns are also considered to be an issue that affects staff retention in Hinds County. Safety issues related to the Jackson Police Department remain to be an issue. JPD will only rarely accompany staff when needed, and often will not assist with non-compliant parents (Hinds County Focus Group, 05/17/12).

## Project Implementation

**Communicating the Improvement Effort:** What will you say and to whom?  Who will deliver the message (director, managers, or supervisors)? What form will the message be delivered in (written, verbal)?  Where will the information be shared (all staff meeting, department/unit meetings)? How will the actions of this plan lead to our desired outcome?

> *During biweekly Settlement Team Meetings, Jennifer Walker /Shannon Toth will provide verbal updates regarding the status of the Plan, which will be communicated by Bureau Directors to their staff. Tammy Miller will provide updated information to the Regional Directors, who will then communicate the effort to the field staff. The Workforce Development Plan will also be posted for review on the DFCS Connection website.*

**Sustaining the Improvement Effort:**  How will you ensure the improvement effort continues to be implemented?  What methods/tools will you use for accountability?

> *Reviews of the Action Plan tasks and timeframes will continue to be reviewed at monthly Staffing/ Caseload Sub-team meetings with the parties responsible for carrying out the specified tasks. Through January 1, 2013, Shannon Toth will update the Settlement Team biweekly regarding Plan progress, impact, and lessons learned. Unless the Settlement Team decides otherwise, from that point forward, Shannon Toth will update the Settlement Team monthly.*
>
> *The Staffing/Caseload Sub-team will also contribute content to a number of regular Agency reports to key stakeholders, including the following:*
> - *Quarterly updates to the State Implementation Team*
> - *Annual report to the legislature*
> - *Annual CQI report*
> - *Periodic updates to the Citizens Review Panel (starting the second half of 2013, to enable the first update to include concrete results of plan implementation)*

DHS
300192

*The Staffing/Caseload Sub-team will also contribute content to the strategic planning process conducted every five years. The next opportunity to provide input to this process will be in the first half of 2013.*

**Budget and Resource Implications:** Is this a "no-cost" or "low-cost" effort or will money be needed to support the improvement? If funds are needed how will they be secured? What resources, if any, will you need and who will you need them from?

*The Workforce Development Plan should be considered a "low-cost" effort. In regard to staffing, positions can be filled and funded via previously allocated PINS. DFCS is partnering with renowned family service organizations to develop and implement statewide initiatives to improve services provided to Mississippi children and families. These organizations include:*

- *Casey Family Programs*
- *Center for Support of Families*
- *American Public Human Services Association*
- *Atlantic Coast Child Welfare Implementation Center*
- *Child Welfare, Social Work Consultation Services*

*In monitoring the Workforce Development plan, the Workforce Development Team will address needs for additional funding as they arise and communicate those needs through the proper channels within the Agency. To secure in-kind resources (i.e. rewards/incentives for field staff) the Agency will partner with state and local businesses and organizations to secure in-kind donations.*

*Due to the restrictions imposed by finite resources, it is important that the Workforce Development Plan is implemented in the most cost-efficient way possible, fully utilizing support that has already been obtained to provide remediation to identified Agency gaps.*

**Monitoring Plan Progress:** How will you chart your progress? What will you track? What methods/tools will be used?

*The Action Plan of General Remedies matrix, contained herein, will be used to monitor Plan progress and lessons learned at monthly Staffing/Caseload Sub-team meetings. The Sub-team will monitor impact of the remedies by tracking data from the following sources, both using point in time and trend data:*

- *Overall impact on children, youth, and families will be tracked by monitoring the outcomes of the Modified Settlement Agreement and MS Practice Model.*
- *Impact on Staffing will be tracked by monitoring:*
  - *Time to hire*
  - *Positions needed as a function of workload*
  - *Percentage of needed positions filled*
- *Impact on Staff Development, Performance Management, and Rewards and Recognition will be tracked using:*
  - *Staff responses on the annual employee survey*
  - *Client and stakeholder feedback regarding workers gathered for the quarterly Foster Care Review. To expedite data processing, the Sub-team will propose that this review start being conducted using electronic versus manual means.*

DHS
300193

- *Additional impact on Performance Management will be tracked by analyzing statistics generated by the PARs process. Starting in 2013, we anticipate being able to track, e.g., PAR completion rates and ratings distributions by state, region, county, and individual review.*

- *Impact on Talent Management will be tracked by monitoring staff promotions, lateral moves, and demotions, e.g., by tracking staff members':*

  o *Tenure and performance (e.g., using PARs, unit progress on practice model outcomes)*

  o *Time in position*

  o *Credentials/education*

  o *DFCS investment in professional development (e.g., graduate study)*

  o *Former and new positions (e.g., moved between positions? Departments? Counties? Regions? ASWS?)*

- *Impact on Staff Retention will be tracked by reviewing turnover data, e.g.,:*

  o *By county*

  o *By region*

  o *For the state office*

  o *To distinguish avoidable and unavoidable turnover*

  o *To distinguish desirable and undesirable turnover*


*Following the implementation of said remedies, periodic site visits and focus groups will be conducted to evaluate plan progress and efficacy. Additional questions regarding identified gaps will be incorporated into the Agency's annual Employee Satisfaction Survey. Shannon Toth will also continue to record and analyze information obtained from Employee Exit Interviews.*

DHS
300194

**Action Plan of General Remedies:**

| General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|
| | | **PHASE I** | | |
| 1. Workload Validation Study of Direct Service Workers – in Carve-Out Counties | • "Clean Up" of Dormant and other inactive open cases using process developed by Vickie R. Feld staff and State Office ("SO") support as necessary | Tammy M, Consultants, Vickie R | October 1, 2012 | In-Progress |
| | • Identify "go-to" point of contact for MACWIS issues | Shannon T | August 1, 2012 | Completed |
| | • Complete Workload Analysis based on refined data (monthly reports) | Designated Consultant | November 1, 2012 | In-Progress |
| | • Engage RDs to discuss ways of hiring the optimal number of staff based on Workload Analysis | WDT | March 2013 | Not Started |
| 2. Develop and Communicate Principles for Reassigning Staff to New ASWS, including Communicating the Rationale for Moves | • Address with RDs at June Senior Management Meeting | Tammy M, with Mary F | June 2012 | Completed – Communicated to Sr Mgrs and RDs re letting a worker know why a change of supervisor is necessary |
| | • Written follow up guidance to RDs | Tammy M | October 15, 2012 | |

DHS
300195

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 3. | Make Quick Upgrades to Hiring Process Continuous Improvement<br>• Time to Hire<br>• Selection of non-BSWs | • DFCS Personnel Unit will be reorganized with new leadership | Daren V, Gloria J, Mary F | 07/31/12 | Completed |
| | | • Two new staff persons will be hired or transferred into the Personnel Unit | | 06/30/12 | Completed |
| | | • All MACWIS user registration forms for new hires will be processed through MACWIS unit instead of Personnel unit | | 05/31/12 | Completed |
| | | • Temporary Assignment of workers will catch up on backlog of filing | | 06/30/12 | Completed |
| | | • Backlog of personnel transactions will be addressed and either forwarded for approval or reason for non-approval will be provided to the requesting supervisor | | 07/31/12 | Completed |
| | | • The Deputy Director of MDHS will meet with the Personnel Unit supervisor to determine availability of PINs for requested personnel transactions | | Ongoing, weekly | In-Progress |
| | | • Communicate with RDs regarding reasons personnel transactions are delayed by submitting supervisor | | 06/07/12 | Presented "Reasons for Delay in Personnel Transactions" to RDs and Sr Managers |
| | | • Tips for expediting personnel transactions will be published in the Agency's newsletter, and on the DFCS connection website. | | September 15, 2012 | Presented "Tips for Expediting Personnel Transactions" to RDs and Sr Managers. |
| | | • Communicate with MS State Personnel Board regarding delay in applications resulting from perpetual advertisements | | September 30, 2012 | In-Progress<br><br>In-Progress, Identified large volume of applications; DFCS will request periodically as needed. |

DFCS Workforce Development Plan (8/20/2012)                                    Page 11

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 4. | Targeted Grooming in Carve-Out Counties of Workers with ASWS Potential (to triage OJT of new workers) | • Identify staff to potentially fill vacant ASWS positions | Tammy M, RDs | 12/15/12 | In-Progress |
| 5. | "Pinch Hit" ASWS Coverage in Hancock, Harrison Co's | • Fill at least two ASWS positions in Hancock County <br><br> • Completion of Clinical Supervisory Training by new ASWSs | Tammy M, RDs, Training Unit | 09/30/12 <br><br> 10/15/12 | Completed <br><br> In Progress |
| 6. | Implement Practice Model in Carve-Out Counties, including a focus on strengthening values-based behaviors | • Ensure Rollout of Practice Model according to Implementation Schedule (Schedule available upon request) <br><br> • Year-long Data Tracking according to Implementation Schedule | Statewide Implement. Team | 07/2015 <br><br> 02/2016 | In-Progress <br><br> In-Progress |
| 7. | Connect "Siloed" Projects | • Achieved through Settlement Team Meetings and Sub-team Meetings | Mark S Statewide Implement. Team | Ongoing | In Progress |

DFCS Workforce Development Plan (8/20/2012)

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 8. | PAR Upgrade – FPS Workers<br>• Tools<br>• Process<br>• Rollout/Training<br>• Monitoring/Continuous Improvement | • Identify members of PAR Workgroup | Consultant, WDT | 11/01/12 | In Progress |
| | | • Determine positions to include in PAR upgrade | WDT | 11/01/12 | In Progress |
| | | • Catalog potential PAR elements for direct service staff positions. Sources: Current Mod. Settlement Agreement; Practice Model; COA Standards; Agency Policy | Consultant | 11/01/12 | In Progress |
| | | • Determine which potential elements can be measured by current/anticipated reports | Consultant | 11/01/12 | In Progress |
| | | • Assemble examples of PAR in current use for field-level positions | Consultant | 11/01/12 | In Progress |
| | | • Develop draft PAR template(s) for direct service staff (Family Protection Staff) | Consultant | 11/01/12 | Completed |
| | | • Develop draft PAR assessment tools for direct service staff | Consultant | 11/01/12 | In Progress |
| | | • Finalize direct service staff PARs for approval by HR and Management | PAR Workgrp | 03/01/13 | In-Progress |
| | | • Develop draft PAR templates for ASWS and RD positions | PAR Workgrp | 06/01/13 | Not Started |
| | | • Develop draft PAR assessment tool(s) for ASWS and RD | PAR Workgrp | 06/01/13 | Not Started |
| | | • Finalize ASWS and RD PARS for approval by HR and Management | PAR Workgrp | 06/01/13 | Not Started |
| | | • Develop draft PARs templates for remainder of field level positions | PAR Workgrp | 06/01/13 | Not Started |
| | | • Develop draft PARs assessment tool for remainder of field level positions | PAR Workgrp | 6/01/13 | Not Started |
| | | • Finalize remaining field level positions PARS for approval by HR, management | PAR Workgrp | 06/01/13 | Not Started |

DHS
300198

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 9. | Strengthen ASWS Development/Support | • Achieved through ASWS Learning Labs, Clinical Supervisory Training, and Mentoring Program | Jennifer W, RDs | Ongoing (Schedule available upon request) | In-Progress |
| 10 | Conduct joint planning with the RD to address trust gaps in Hinds County | • Gather focus group data in Warren County<br><br>• Discuss options for a participative continuous improvement process focused initially on identifying quick wins | Consultant, DFCS & CSF Practice Coaches, Rob H (CQI), Tammy M, Daren V | 11/15/12<br><br>12/31/12 | Not Started,<br><br>Dialogue about the need for change can draw on focus group data from this effort as well as COHA and CQI data |
| 11. | Drive targeted Improvement of IV-E Eligibility | • Develop improvement strategies based on Federal ACF IV-E Case Review Report<br><br>• Revised/Improved Random Moment Surveys (automated)<br><br>• Post Procedures for Entering Eligibility on DFCS Connection<br><br>• Ensure communication of procedures to Training Unit | Mike G, DFCS Eligibility Director, Shannon T | 12/21/12<br><br>TBD<br><br>10/15/12<br><br>10/15/12 | In-Progress<br><br>In-Progress<br><br>Not Started<br><br>In-Progress |

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 12. | Develop and Prepare to Implement Writing Internal Communication Plan, including communication of values <br> ▪ Agency mission, values, chain of command, grievance process, addressed during preservice training <br> ▪ Implementation of Practice Model provides avenues for effective communication <br> ▪ DFCS Connection <br> ▪ Newsletter <br> ▪ Providers via Performance Based Contracting <br> ▪ COHA, ACWIC Sustainability Plan | • Review other communication plans and templates <br><br> • Draft plan outline/template <br><br> • Gather input from the field through an online survey and RD staff meetings <br><br> • Complete draft 1 of plan <br><br> • WDT reviews draft 1 <br><br> • Complete draft 2 <br><br> • Settlement Team reviews draft 2 <br><br> • Finalize plan <br><br> • Monitor & continuously improve | Shannon T, Mike G <br><br> Shannon T, Mike G <br><br> Shannon T, Consultant <br><br> Shannon T <br><br> Shannon T <br><br> Shannon T <br><br> Shannon T, Mike G <br><br> Shannon T <br><br> Shannon T, Settlement Team | 01/15/2013 <br><br> 01/15/2013 <br><br> 06/01/2013 <br><br> 06/15/2013 <br><br> 06/30/2013 <br><br> 07/15/2013 <br><br> 07/30/2013 <br><br> 08/15/2013 <br><br> Quarterly | E.g., APHSA template, ex's from Julia (DFCS PR) and Francis R. (Medicaid PR). <br><br> Template should include at least key messages, typical types of communications (e.g., positive reports/ progress/successes) and who delivers them, how they're delivered, by whom, when/how often, and using what communication vehicles |
| 13. | Focused Efforts to Build Team Spirit and Improve Rewards and Recognition | • Meeting with RDs on 08/16/12 <br><br> • Partner with community organizations and businesses to provide donations in order to provide incentives to direct service staff | Jennifer W, Shannon T <br><br> Shannon T | 08/16/12 <br><br> 07/15/2013 | Completed <br><br> Not Started |

DHS
300200

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 14. | Focused Efforts to Strengthen Leadership at All Levels in Carve-Out Counties<br>• To improve the culture and organizational climate and strengthen peer-to-peer coaching and modeling of behaviors that reinforce the Agency's values<br>• Put in place lead workers and/or ASWS and/or explore other options? | • Discuss at August 9 WDT meeting | WDT, RDs, led by Vicky, Brenda | 8/9/12 | Completed |
| | | • Discuss at August 16 RD meeting | | 8/16/12 | Completed |
| | | • Ensure all regions have Regional ASWS | Tammy M | 8/16/12 | Completed |
| | | • Process input from RDs and identify key elements of plan | WDT | 01/07/13 | In-Progress |
| | | • Draft plan leadership development plan | WDT | 03/01/13 | Not Started |
| | | • Provide feedback on draft plan | RDs, other staff written into the plan | 07/15/13 | Not Started |
| | | • Finalize and being implementing plan | WDT | 10/15/13 | Not Started |
| | | • Fill vacant ASWS slots | RDs | Ongoing | In-Progress |

DHS
300201

| | General Remedies | Specific Tasks | Responsible Group | Anticipated Completion Date | Status / Notes (completed, in-progress, not started) |
|---|---|---|---|---|---|
| 15. | Engage Judges in<br>• Joint Planning<br>• Troubleshooting Acute Impact on Workload in Crisis Counties | • A team of Sr Leadership will request a meeting with each County Court Judge or Youth Court Referee in the carve-out counties to develop written strategies that the courts agree to implement to assist in retention of DFCS workers and/or to move children toward permanency more efficiently and timely.<br><br>• A report of the meetings with County Court Judge or Youth Court Referee in the carve-out counties will be provided to the DFCS SIT for continuity with the requirements of the *Olivia Y.* Settlement Agreement.<br><br>• Engage Agency leaders and judiciary to communicate to County Board of Supervisors regarding improvements to physical office space for safety and environment to retain workers | Mary F & Judicial Team, Earl Scales /AG's Office | 07/31/13<br><br><br><br><br>09/01/12<br><br><br><br>06/15/12 and ongoing | In Progress<br><br>Harrison, Hancock, and Jackson, May 21-22, 2012; Hinds, June 18, 2012<br><br><br>07/26/12<br>Harrison, Hancock, Jackson, and Hinds<br><br>Chancellor Steckler addressed the Board of Supervisors in Hancock Co. as well as wrote and article for the local paper regarding needs. |

DHS
300202

**Overcoming Obstacles:**

| Potential Obstacle | How We'll Overcome It |
|---|---|
| Scheduling meetings – Workforce Development Team members and other general remedy leads in the action plan above are expected to participate in many meetings, including ones required by the *Olivia Y.* Modified Settlement Agreement and required for implementation of the Practice Model. | Set a regular schedule for WDT meetings and schedule other required meetings as far in advance as possible. Also, "piggy back" off other meetings (e.g., meetings when RDs come together from across the state, supervisor learning labs) whenever possible. |
| Geography – MS is a big state and we're spread out. Also, the coastal carve-out counties are a long way from Jackson. | Do as much as we can by phone vs in person; leverage consultants based in or near the coastal counties; do multiple things when key personnel based in Jackson are already traveling to a key region (e.g., M Fuller's meetings with judges in the coastal counties, Practice Model rollout meetings) |
| Meeting space – offices in Jackson and in many regions have few meeting rooms and many meetings competing for the space. | Above and schedule ad-hoc meetings well in advance and, when possible, set a regular schedule for recurring meetings so scarce meeting space can be reserved in advance; identify offsite space to be used as an alternative when needed (e.g., new space in Rankin, Eudora Welty library, Woolfolk Building). |
| The federal Implementation Center (ACCWIC) grant that has funded the senior management team meetings central to the success of the settlement response is about to expire. | Sr leadership is committed to identifying resources to keep these meetings going, and will include a concrete sustainability plan in its closeout report to be completed in fall, 2012. |
| Staff capacity – DFCS staff has a lot on its plate and the action plan above requires a lot of work. | The Staffing/Caseload Sub-team is confident that DFCS has staff capacity to complete planned work through December 31, 2012. By that date, the Sub-team will develop a staff capacity plan to ensure that the action plan for 2013 and beyond is realistic and will lead to sustainable implementation. |
| DFCS does not control key factors critical to the success of the action plan (e.g., collaborative behavior of police and fudges, Board of Supervisors' control over county real estate/DFCS physical plant). | Engage additional DFCS leaders and partners, who police officials and judges view as peers, in joint planning dialogues; meet with new judges, police chiefs, and county supervisors as soon as possible to establish constructive working relationships; when communicating about DFCS commitments to plan success, note factors beyond the Agency's control. |

DFCS Workforce Development Plan (8/20/2012)                                                    Page 18

**Ex. 2**

Caseload/Staffing Subteam
Quarterly Report


Shannon Toth
Division Director, Workforce Development

November 7, 2012

Caseload & Staffing Subteam Members:
Daren Vandevender, Chair, Director of Human Resources
Mike Gallarno, Director of Family & Children's Services
Tammy Miller, Director of Field Operations
Shannon Toth, Director of Workforce Development
Gloria Jackson, Personnel
Victoria Reed, Regional Director IV-N
Brenda Coe-Wess, Regional Director VII-E
Henry Goodman, Consultant
Ronnie Crawford, Consultant
Nancy Meadors, Consultant

| Subteam Meeting Dates/Times | |
|---|---|
| April 12, 2012 | 1:30pm |
| May 10, 2012 | 1:30pm |
| June 14, 2012 | 1:30pm |
| July 12, 2012 | 10:00am |
| August 9, 2012 | 10:00am |
| September 13, 2012 | 1:30pm |

The Caseload & Staffing Subteam has been working diligently to complete the deliverables set forth in the Modified Settlement Agreement (MSA) and Year III Implementation Plan (IP). These tasks include: Implementation of a methodology for producing accurate and valid caseload data reports, defining the role of the Case Aide position (previously known as Social Work Aide) and determining the need for these positions in the carve-out counties; and creating and implementing a Workforce Development Plan for the carve-out counties, as well as for the agency as a whole.

Through generous support from Casey Family Programs, the agency was able to obtain the consultation services of the American Public Human Services Association (APHSA) to develop the Workforce Development Plan (WDP). These services consisted of 2 on-site working sessions, as well as advisement via phone and email correspondence. The objective of the WDP is to ultimately strengthen the capacity of DFCS staff in order to meet and surpass its standards of performance in outcomes for the families and children we serve. In the initial stages of developing the WDP, DFCS senior leaders identified the following areas on which to focus our efforts: Staffing, Staff Development, Talent Management, Performance Management, and Rewards & Recognition. As directed by our APHSA consultant, the group planned efforts to conduct a thorough assessment utilizing monthly MACWIS reports, field interviews and focus groups, and

workload validation. Through this assessment, the Subteam was able to identify various strengths and gaps, and develop strategies for remediation of the gap areas. During this assessment, it was determined that the caseload reports did not accurately reflect true staffing needs in the carve-out counties and that workload validation of some sort was necessary.

The Subteam developed a process of validating caseloads by reviewing reports of dormant cases and cases in which the agency is not providing services. A checklist and other tools were developed to ensure a consistent process in each county. The Subteam was able to meet with the Regional Directors of the carve-out counties to discuss the process of validating the workload and all seemed to agree that the process would be time-consuming, yet absolutely necessary to create an accurate understanding of current workload numbers. The Regional Directors did, however, request that the process be left up to each county's staff to complete, and that they would seek the assistance of State Office personnel as needed. The staff was able to identify numerous cases in which children are no longer in agency custody and the agency has been absolved of responsibility of monitoring the family through the court system. Issues in MACWIS, i.e. financial, eligibility, pending ISPs, were found to be a frequent reason that cases remain open when they should have been closed.

Also through the assessment process, it was determined that significant changes need to take place regarding the use of Performance Appraisal Reviews (PARs). Information revealed through focus groups and field interviews indicated that PARs are not consistently conducted, and are viewed by the staff as punitive and unreflective of their performance. Due to these findings, the Subteam created a PAR workgroup to upgrade the PAR tools and implement a system for consistent completion of PARs. This workgroup meets at least monthly and reports their progress to the Caseload/Staffing Subteam. Additional components of the Workforce Development Plan include: making upgrades to the hiring process, the creation of an internal communication plan for DFCS, strengthening leadership by providing support to ASWSs and RDs, and judicial engagement.

A draft of the Workforce Development Plan was submitted in September 2012, but was found to be lacking in the areas of recruitment and retention efforts, and individualized planning for each carve-out county. In response, the Caseload/Staffing Subteam is currently working to provide a county-specific data assessment and recruitment plan for each carve-out county as soon as possible. The Subteam is also exploring options for targeted recruitment in the Hinds and Coastal MS area. The Subteam is planning to arrange for an agency representative speak to students at Jackson-metro area colleges and universities, the University of Southern MS (Hattiesburg and Coastal Campuses), William Carey University, as well as other universities in the Gulf Coast Area (Tulane University, Loyola University, University of South Alabama, etc.) to encourage new graduates to consider employment with the agency. In late November 2012, the agency will be deploying management teams to the carve-out counties to provide support and

assist in overcoming county-specific challenges and concerns. The Caseload/Staffing Subteam will be in frequent contact with the management teams in order stay abreast of issues in the counties that impact recruitment and retention of staff, and make adjustments to the Workforce Development Plan for these areas as necessary.

**Ex. 3**

**Strategies for Promoting Implementation of the *Olivia Y.* Standards in the Mississippi Youth Courts**

Legal and Judicial Sub-Team Report on Requirements for the Modified Settlement Agreement (MSA) and Period III Implementation Plan (IP)

**2.c. Defendants shall actively engage in recruitment and retention activities to address the workload issues in Hancock, Harrison, Hinds, and Jackson Counties as follows:**

**(4)  "By July 1, 2012, the Legal and Judicial Statewide Implementation Sub-team shall develop and begin implementing written strategies for promoting implementation of the Olivia Y. standards in the Mississippi Youth Courts. These strategies shall be implemented in Regions III-S, VII-E and VII-W by the end of Implementation Period 3."**

The Legal and Judicial Sub-Team of the Statewide Implementation Team meets monthly and discusses strategies, which if agreed upon by the Youth Court Judges and Referees, would assist DFCS in achieving standards outlined in the Modified Settlement Agreement. The Sub-Team members are DFCS staff (Bureau Director-Administration, Regional Director, Foster Care Review Director, Division Director for Adoption, and Program Specialist handling termination of parental rights packets), Administrative Office of Courts Project Manager, two representatives of the Attorney General's Office, and two qualified consultants. Regional Directors in III-S, VII-E and VII-W provided information gathered from their field staff regarding practices of the Youth Court which are barriers to permanency for children and/or barriers to retention of workers in the Region.

It was determined by the Sub-team that collaboration with the judicial system was essential to the development and the implementation of any strategies. Additionally, it is important to convey to both the field staff and the local judges that executive leadership is placing a high priority on the safety, well-being and permanency for children.

To facilitate the development of the strategies, a meeting was held between DFCS staff and the individual judges and referees in Regions III-S, VII-E and VII-W to discuss the standards of the *Olivia Y.* MSA and collaborate to develop written strategies which will promote implementation of the *Olivia Y.* standards in the Mississippi Youth Court in accordance with the MSA.

During May and June 2012, Judges, Court Personnel, DFCS Senior Managers, representatives from the Attorney General's Office and DFCS Regional Directors collaborated to develop county-specific written strategies.

## Harrison County

Lori Woodruff, Deputy Director of DFCS; Mark Smith, Deputy Executive Director of MDHS; Earl Scales, Attorney General's Office; Theresa Kemp, DFCS Region VII-W Regional Director; and Mary Fuller, Attorney, Bureau Director of Administration, DFCS, met with Harrison County Court Judge, Margaret Alfonso and Court Personnel, on May 21, 2012, and Chancellor Sanford R. Steckler (8th Chancery District) on May 22, 2012, to discuss the standards of the *Olivia Y.* MSA and collaborate to develop written strategies which the Court would agree to implement that would promote implementation of *Olivia Y* standards including a reduction or elimination of barriers to permanency as well as barriers to recruiting and retaining the workforce in Harrison County, Mississippi.

### Primary Strategy I – Parent Representation

The Court is considering requesting private/grant funding for one attorney on staff to represent parents. The goal of parent representation is to provide legal counsel to parents at the point that their children are at risk of removal from the home. Parent representation will allow the parents to have an attorney from the first adjudicatory hearing through the last hearing on reunification with the family, termination of parental rights, or another permanent plan. The Court will work with the Center for Legal Representation to provide services to parents and will continue to work with the Administrative Office of Courts and Casey Family Programs to implement parent representation statewide.

Rationale: According to Casey Family Programs, it is believed that parents lack knowledge of the magnitude of the situation of being involved in the child welfare system. This lack of knowledge adds to the length of stay and the lack of appropriate services provided to families. Parental representation also ensures accountability for all parties (DFCS, Courts and Parents).

Both the judiciary, attorneys and DFCS executives agree that parent representation at the beginning of a case is expected to move children to permanency more efficiently than waiting until the termination of parental rights hearing where parents are represented by counsel. Counsel could assist parents in achieving their plan goals for reunification when possible, or to understand why another plan for permanency must be considered to prevent the children from lingering in foster care.

### Primary Strategy II – Decrease Placements in Emergency Shelters

The Court will consider temporary, emergency placement with a legal relative under the following conditions:

- When DFCS calls the court prior to placing with a legal relative;

- When DFCS has performed a safety home check of the legal relative; and

- When background checks are negative; then
- The Court will hold a hearing as soon as possible regarding relative placement.

Rationale:  Children will experience less trauma of removal from their parents if they can be placed with a suitable relative with whom they have formed an exisitng relationship. Eliminating or decreasing emergency shelter placements means fewer moves for children, further decreasing the trauma which any move causes.

This issue addresses several requirements in the MSA, including decreasing the number of placements and decreasing the number of children placed in emergency shelters.

## Primary Strategy III – Staff Retention and Increased Service Array

The Court will create a team approach environment to promote retention of DFCS workers and supervisors and to provide easy access to service providers, as follows:

- By creating a multidisciplinary team approach for putting services in place for parents and children;
- By exploring the provision of mental health consultations onsite for children and families by the end of Implementation Period 3;
- By exploring the provision of wellness clinic services onsite for children and families by the end of Implementation Period 3; and
- By providing an atmosphere of learning for new workers regarding expectations of the Court, beginning immediately.

Rationale:  A multidisciplinary team will be able to provide services more effectively and efficiently for children in care.  The Court has a vision of making services available at the same location as the Court and appointments scheduled immediately following the Court's Order.  A team approach to providing services would assist caseworkers in providing services to promote reunification or another permanent plan for the child.  This goal will address the MSA requirement of expanding the array of mental health and medical services for children and families.

DFCS will actively recruit workers for Harrison County. The Court will cultivate an environment to teach new workers the expectations of the Court. Workers who have a good relationship with the Court generally have longer terms of employment in child welfare.

Both the judiciary and DFCS recognize that children who have the same caseworker throughout their time in care achieve permanency more quickly than children who have multiple caseworkers. The Child Welfare League of America reports that high rates of staff turnover and high caseloads impede reunification and that stable, competent staff positively impacts the

achievement of reunification goals. Family reunification is facilitated by the frequency and the nature of the caseworker's contact with the family.

## Hancock County

Lori Woodruff, Deputy Director of DFCS; Mark Smith, Deputy Executive Director of MDHS; Earl Scales, Attorney General's Office; Theresa Kemp, DFCS Region VII-W Regional Director; Mike Thornton, Internal Controls Coordinator; and Mary Fuller, Attorney, Bureau Director of Administration, DFCS, met with Chancellor Sanford R. Steckler (8th Chancery District) and Referee Elise Epperson Deano (Hancock County) on May 22, 2012, to discuss the standards of the *Olivia Y.* MSA and collaborate to develop written strategies which the Court would agree to implement that would promote implementation of *Olivia Y* standards including a reduction or elimination of barriers to permanency as well as barriers to recruiting and retaining the workforce in Hancock County, Mississippi.

### Primary Strategy I – Staff Retention

The Court will promote recruitment and retention of DFCS workers and supervisors by personal contact with the Hancock County Board of Supervisors regarding finishing the new building for Hancock County DFCS Offices.

Rationale: Hancock County DFCS Workers continue to be housed in Katrina trailers. All other agencies have moved out of the trailers and security has been terminated. A new building has been constructed, but the contractor did not finish the job. The Board of Supervisors will be strongly encouraged to hire another contractor to finish the interior construction.

This objective directly relates to the MSA requirement of increasing the number of caseworkers to sixteen (16) by the end of Implementation Period 3. Its success will also affect the county's ability to achieve its caseload goals and supervisor ratio goals. The retention of staff bears significantly on all areas of good child welfare practice.

### Primary Strategy II – Hancock County Implementation Team

The Court will create a Hancock County Implementation Team of people concerned about children and with means to affect changes, including, but not limited to, CASA and YMCA, and to assist with recruitment and retention of resource homes.

Rationale: A community team approach is required to recruit and retain resource homes. The DFCS has been awarded a five-year federal Diligent Recruitment Grant for Resource Homes. Its work at the local level follows the schedule of the Practice Model roll-out, so it will be several years before Hancock County will be involved in the work of the grant.

## Jackson County

Lori Woodruff, Deputy Director of DFCS; Mark Smith, Deputy Executive Director of MDHS; Earl Scales, Attorney General's Office; Brenda Coe-Wess, DFCS Region VII-E Regional Director; and Mary Fuller, Attorney, Bureau Director of Administration, DFCS, met with Jackson County Judge, Sharon Sigalas, on May 22, 2012, to discuss the standards of the *Olivia Y.* MSA and collaborate to develop written strategies which the Court would agree to implement that would promote implementation of *Olivia Y* standards including a reduction or elimination of barriers to permanency as well as barriers to recruiting and retaining the workforce in Jackson County, Mississippi.

### Primary Strategy I – Permanency Coordinator

The Court will create a Permanency Coordinator with Court Appointed Special Advocates (CASA) to review cases that are older than 15 months and make a recommendation to the Court regarding next steps which are in the best interest of the child. The Court will also participate in Casey Family Programs Permanency Round Tables Training in October 2012.

Rationale: Jackson County DFCS staff participated in the Casey Family Programs Permanency Roundtables in October 2011, focusing on achieving permanency for children who had been in care for 36 months or more. The Court will focus on children who have been in care more than 15 months and increase efforts to achieve permanency or a permanent connection for those children by involving stakeholders in the process. The training scheduled for October 2012, which is planned for Regions V-East and VI, will help the CASA staff to use similar techniques to achieve permanency or permanent connections for children in custody longer than 15 months.

### Primary Strategy II – Mental Health Services

The Court will develop a mental health referral protocol for parents and children in conjunction with the DFCS Resource Development Unit.

Rationale: Basically, one mental health provider has been available to the Court, but the provider is reaching retirement age. Other providers need to be identified to fill this gap in services. Sandra McClendon, DFCS Director of Resource Development, will work with the Court to identify possible mental health providers.

### Primary Strategy III – Data Indicators

The Court will participate in training to review county outcomes and develop strategies to improve permanency outcomes for children.

Rationale: The Court will benefit from reviewing the county specific outcomes with DFCS staff to identify barriers and find solutions to barriers preventing children from achieving permanency. This type of training occurs at the Annual Judges and Referees Conference where the Olivia Y.

DHS
292393

standards are presented and discussed with the judiciary. PowerPoint presentations, individual regional statistical reports and one-on-one discussions with the judiciary regarding their counties occur at this Conference. Another venue for training where individual county statistics are presented is the Legal Stakeholders for Permanency for Children summits which are held in each region as the Mississippi Child Welfare Practice Model rolls out.

## HINDS COUNTY

Patti Marshall, Attorney General's Office, Earl Scales, Attorney General's Office, Mark Smith, Deputy Executive Director of MDHS; Maggie Mixon, DFCS Region III-S Regional Director; Tammy Miller, Director of Field Operations, DFCS; and Mary Fuller, Attorney, Bureau Director of Administration, DFCS, met with Hinds County Court Judge, William Skinner, on June 18, 2012, to discuss the standards of the *Olivia Y.* MSA and collaborate to develop written strategies which the Court would agree to implement that would promote implementation of *Olivia Y* standards including a reduction or elimination of barriers to permanency as well as barriers to recruiting and retaining the workforce in Hinds County, Mississippi.

### Primary Strategy I – Permanency Hearings

Permanency Hearings will be scheduled the first Thursday of the month. Rehearings will be scheduled on the third Thursday of the month. Adjudication hearings will be scheduled on Tuesdays.

Rationale: The MSA stipulates that DFCS take reasonable steps to ensure a court review within twelve months of the initial placement and annually thereafter. These hearings ensure that the Court is aware of the progress in achieving permanency and that the Court may issue further orders which will assist the family and agency in achieving the permanency goals.

DFCS will collaborate with the Court to secure a quarterly report of Permanency Hearings re-hearings and adjudication hearings held in order to capture the volume of cases handled by the Court. Combined with DFCS data, this information will be essential in further planning for timely permanency hearings.

### Primary Strategy II – Termination of Parental Rights

The Court will consider forwarding cases for termination of parental rights when parents have made no efforts toward reunification or meeting service agreement requirements within six months where allowed by Mississippi statutes and such action is in the best interest of the child, or at any other time interval allowable by Mississippi statutes. See MISS CODE Sec. 93-15-103.

Rationale:

- The Court and DFCS will review cases where both parents have made no efforts to make contact with the child according the MISS CODE Sec. 93-15-103;

- DFCS will request permission from the Court to proceed with a referral for termination of parental rights to the Attorney General's Office and a petition filed with the Chancery Court when a child has been in custody 15 out of 22 months without a valid exception.

- The Court will consider the recommendation and order the referral for TPR be sent to the Attorney General's Office for filing if the Court finds TPR to be in the best interest of the child and in accordance with Mississippi statutes.

**Ex. 4**

Division of Family and Children's Services

# CQI

## Continuous Quality Improvement (CQI) Sub Team Quarterly Report (July 2012 – October 2012)

By: Cindy Greer, CQI Director



13 November 2012

# 1. Overview

The CQI process is the primary means of promoting quality of service delivery to children and families, accountability within the DFCS, and fidelity to the Child Welfare Practice Model. The primary purposes for engaging in CQI activities are to promote positive outcomes for the children and families served by the Division by reinforcing the principles of the newly adopted Child Welfare Practice Model, ensure a consistently high quality of services delivered to children and families, and provide for accountability within MDHS to the goals, standards, and policies of the Department. To achieve these goals, it is essential for DFCS to: (1) institute structured processes that examine, evaluate, and act on quality-related issues within the agency and (2) involve a broad array of DFCS staff, families, and stakeholders in these processes.

The CQI Sub Team serves as a facilitator of activities, engaging in problem resolution and overcoming barriers for the DFCS CQI Unit (consisting of Foster Care Review – FCR, Evaluation and Monitoring – EMU and MS Automated Child Welfare Information System – MACWIS Units) and the Division as a whole (as it relates to quality improvement) in a continued effort to build and promote quality improvement in all areas of DFCS. The common goal for the CQI Unit and Sub Team is to promote safety, permanency and well-being for all children.

# 2. Accomplishments

*Year III Olivia Y Settlement Agreement Requirements*
The following Olivia Y Settlement Agreement requirement accomplishments have been made during this quarter as the CQI Sub Team provided oversight to the CQI Requirements matrix to ensure the CQI Unit remained on task with each deliverable:

- Baseline EMU review was conducted in Region I-N and VII-W.
- Follow Up EMU reviews were conducted in Region 1-South, II-West, IV-S, III-S
- EMU issued review reports for Region V-E, I-N, I-S, II-W, III-N
- EMU convened a Data to Action Meeting in Region IV-N.
- Additional MACWIS staff (4) were hired dedicated to data reports validation
- Office of CQI issued/implemented the State CQI Plan.
- Office of CQI issued the first statewide CQI Annual Report
- EMU convened Regional CQI Sub Teams in Regions 1-N, IV-S, V-W, III-S, IV-N, III-N, V-E, VII-E.
- EMU hired 2 EMU supervisors and 3 EMU regional liaisons.
- FCR hired 3 reviewers and recommended 2 supervisors.
- The EMU automated instrument was enhanced to provide data reporting capacity.
- Office of CQI hired a data analyst/report writer and recommended an assistant report writer.
- EMU developed a project schedule for Maltreatment in Care (MIC) review project; draft instrument was developed (not finalized); draft MIC review process was developed (not finalized)
- EMU/FCR developed a draft corrective action process (not finalized) to be used for all review



venues.

*Other Accomplished Tasks*
The following items were initiated during sub team meetings and accomplishments have been made during this quarter based on the sub team's coordination:

➢ FCR staff initiated monthly tracking of TPR packets based on review findings; tracking document is posted on the DFCS Connection website for all staff for review and follow up.

➢ EMU staff implemented 'targeted case reviews' in some regions to assist Regional Directors and supervisors by providing more data in the targeted data indicator areas the 'under-performing' regions.

➢ Office of CQI implemented monthly CQI (Building the Capacity for CQI) webinars partnering with the National Resource Center for Child Welfare Data Technology (NRCCWDT). Each month a 90 minute webinar (using GoTo Meeting) is conducted providing information to EMU, FCR and MACWIS staff to aide them in their jobs. Topics center around data and telling the story with data. Excel lessons are also included in each webinar (i.e. filtering data). These webinars have proven to be very helpful for staff.

➢ Work began in October along with Center for the Support of Families (CSF) to craft a more structured agenda for Regional CQI Sub Teams to follow to help ensure these teams are 'working teams' and are consistent throughout the state. EMU and CSF staff attended two the II-W Regional CQI Sub Team meeting to assist with a 'model' agenda for the sub team. The results were positive and the team took away action item assignments based on data indicator reports. EMU staff attended the Regional CQI sub team meeting in IV-N and used the same sub team model at this meeting. Again, the outcome was positive. EMU staff will continue to participate in the Regional Sub Team meetings across the state in an effort to assist with consistency across these teams. This is a current work in progress.

# 3. Challenges

1) **Hiring staff** for the EMU and FCR Units continues to be a challenge. In the sub team's July meeting it was suggested to bring this issue to the State Implementation Team (SIT). The SIT recommended Mark Smith meet with CQI Director, FCR Division Director and EMU Division Director for problem solving. During this meeting it was determined the primary reason for not having enough qualified staff for these positions is the requirement that applicants have a social work license. This meeting resulted in a proposal submitted to the MDHS HR Department requesting either a position upgrade or a position/job title comparable to the current Family Protection Specialist Advanced position designed specifically for CQI reviewers eliminating the license requirement. Currently this proposal is being reviewed by HR and State Personnel Board.

2) In some areas of the state there seems to be a **lack of understanding of the CQI process** and what continuous quality improvement means for the division in general. There also seems to be an attitude in some areas of the state that the CQI Unit is solely responsible for 'quality improvement' and that the responsibility does not lie with all staff. The sub team continues to discuss ways to integrate CQI within the DFCS workforce and educate all staff regarding the CQI process. The sub team is also mindful that one of the COA CQI requirements is that staff is educated and understand the CQI process.



3) **The Division continues to fail one federal AFCARS element (Element #57 -- Timeliness).** For many years this has been an issue with the failure rate continuing to climb to 19% in the May 2012 AFCARS submission. In April, 2012, CQI/EMU began pro-actively monitoring this issue across the state. Each region has a point person reporting bi-weekly all children who have left custody and all reasons for not being able to end date the custody in MACWIS. EMU tracks each case on a spreadsheet and does a follow up per case to help prevent the case from going over the 60 days (federal) allowed to end date custody. Even with this monitor in place there continue to be struggles in that some regions do not report to EMU all children who have left custody. Therefore, CQI cannot follow up on unknown issues. Although failure of this element lies within multiple regions, the largest ratio of cases with custody not being end dated timely falls in the carve out counties. Information about the timeliness issue has been shared with the carve out county teams to provide any assistance to these regions for timely end dating custody. MACWIS staff also works with each region prior to the AFCARS files submission, but at the time this work is done it is after the fact and the Division has most likely already failed this element. The Office of CQI continues to take the lead in strategies for improvement of this federal element.

## 4. Future Planning

The CQI Sub Team plans to continue its oversight of the Year III deliverables to ensure all are met timely. The team's continued focus is to make progress in the area of reporting data to all staff to further inform practice and performance across the state. The CQI Sub Team continues to make progress in overcoming barriers and will continue its efforts to guide the CQI Unit to help ensure safety, permanency and well-being for children.

There will be more follow up on challenges the sub team faces:

1) The CQI Sub Team awaits feedback from HR, State Personnel Board (SPB) and MDHS Executive Office on recommendations for overcoming the hiring barrier for review teams in the CQI Unit.

2) The CQI Sub Team along with the Office of CQI are in the process of designing an informative brochure explaining the CQI process to be printed and distributed state wide to all county office to help inform staff, stakeholders, clients of what continuous quality improvement means for DFCS. This is one strategy to aide in improvement of the lack of understanding of the CQI process.

3) There are plans for a more extensive focus on the AFCARS Element 57 failure. The State Implementation Team is aware of this challenge and will assist by communicating to field staff for follow up on end dating custody in a timely manner. The CQI Unit plans continued support for the carve out county teams as well as Regional Directors and supervisors to aide with reports and data entry questions re: end dating custody in MACWIS. The Office of CQI plans to explore innovative ways to overcome the Division historically failing this federal element.

With the maltreatment in care (MIC) review process a major project for the CQI Unit, the sub team moves forward with assistance to the EMU in accomplishing this goal. Much work remains to be completed for Year III for this effort, with the MIC review instrument and process currently in draft.

Plans for the next CQI Annual Report and updates to the CQI Plan are already being discussed by the team.



## 5. Conclusion

Continuous quality improvement is an ongoing process by which an agency makes decisions and evaluates its progress. Creating a comprehensive and complete CQI system takes time and effort with many stages of evolution and development. The CQI Sub Team continues to grow together and make progress as the building blocks for continuous quality improvement are connected state wide throughout DFCS.

## 6. CQI Sub Team Members

**Cindy Greer (Chair – CQI Director)**
**Robert Hamrick (EMU Division Director)**
**Alice Adair (FCR Division Director)**
**Dorothy Courtney (Regional ASWS II-W)**
**Melissa Glasson (ASWS I-S)**
**Henry Goodman (Consultant USM)**
**Carolyn Townes (Consultant USM)**
**Will Hornsby (CSF Consultant; alternates from CSF – Jerry Milner, Eliza Van Dusen)**
**Terry Phillips (RD 1-N)**

Note: Although the CQI Sub Team provides oversight for completing Year III MACWIS-related deliverables timely, details of MACWIS-related accomplishments, challenges and future plans will be documented in the MACWIS/Data Sub Team Quarterly Report.

**Ex. 5**

# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

4268 I-55 NORTH
MEADOWBROOK OFFICE PARK
JACKSON, MISSISSIPPI 39211
PHONE:   601.351.2400
FAX:       601.351.2424

www.bakerdonelson.com

KENYA KEY RACHAL., ESQ.
Direct Dial: (601) 351-8940
Direct Fax: (601) 974-8940
E-Mail Address: krachal@bakerdonelson.com

December 3, 2012

**VIA ELECTRONIC MAIL**

Miriam Ingber
Children's Rights Inc.
330 Seventh Avenue, 4th Floor
New York, NY 10001

RE:    *Olivia Y., et al. v. Haley Barbour, et al*; In the United States District Court for the
        Southern District of Mississippi, Jackson Division; Cause No. 3:04CV251LN

Dear Miriam:

In accordance the Year 3 Implementation Plan provisions (due December 3, 2012), Defendants
are producing the following:

*Y3IP - I.D.1*
*Defendants shall produce accurate and validated reports as identified in Appendix C" to the Modified Settlement*
*Agreement that reflect county-by-county performance.....*

MACWIS Reports            DHS 309018-312020

The requested Excel versions of 2 reports are attached to the email accompanying this cover
letter and the documents are being sent on DVD via U.S. mail

The manual reports noted below have been delayed due to many unanticipated difficulties in
implementation of the Family Service Plan (FSP) which is replacing the Individualized Service
Plan (ISP). Because caseload report data is extracted from the ISP, a transition must be made in
order to pull the data from the FSP. In addition to this change, redesign work must be done in
order to produce accurate point in time caseload measurements. DFCS anticipates that the
changes will be complete by late January or early February. Thus, the first reports to capture the
new changes will run by March 5th.

- Caseworkers shall not carry a caseload that doesn't exceed Plan requirements
- Caseworkers do not carry a caseload exceeding 2 times the caseload requirements
- Supervisors responsible for supervising caseworkers shall be responsible for
  supervising no more than 5 caseworkers

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C.

Sincerely,

Kenya Key Rachal

cc: Grace Lopes
    Mark Smith

Enclosures

**Ex. 6**



Number of Caseworkers With Caseloads in Non-Carve Out Counties
Exceeding and Not Exceeding MSA Caseload Requirements, By County
As of October 31, 2012
[Prepared by the Office of the Court Monitor Based on DFCS Data]*

MSA requires that by the end of Period 3, at least 75% of DFCS caseworkers in non-carve out counties shall carry a caseload that does not exceed MSA caseload requirements.

Statewide Performance as of 10/31/12: 50%

Sum of October Number of Workers Not Exceeding MSA Caseload Requirements
Sum of October Number of Workers Exceeding MSA Caseload Requirements
Sum of October Percentage Not Exceeding MSA Caseload Requirements

* Data maintained by DFCS consultant.

**Ex. 7**



*Data maintained by DFCS consultant.

**Ex. 8**

**Filled Caseworker Positions in Carve Out Counties, by County***
**As of October 31, 2012**
[Prepared by the Office of the Court Monitor Based on DFCS Data]



* Data transmitted by MDHS Human Resources.  Caseworkers include the following positions: Family Protection Worker I, Family Protection Worker II, Family Protection Specialists, Family Protection Specialist, Sr, and Family Protection Specialist, Adv.

**Ex. 9A**



* Data transmitted by MDHS Human Resources.  Caseworkers include the following positions: Family Protection Worker I, Family Protection Worker II, Family Protection Specialists, Family Protection Specialist, Sr, and Family Protection Specialist, Adv.

**Ex. 9B**



JAN 2 2 2013

## MISSISSIPPI STATE PERSONNEL BOARD

DEANNE MOSLEY
EXECUTIVE DIRECTOR

January 17, 2013

Richard A. Berry, Executive Director
Mississippi Department of Human Services
Post Office Box 352
Jackson, Mississippi 39205

Dear Mr. Berry:

At its regularly scheduled meeting on January 17, 2013, the Mississippi State Personnel Board
approved the following request to be effective January 1, 2013:

Type/Duty/Location Special Compensation Plan

| Classification | Occu | TDL |
|---|---|---|
| DHS-Area Social Work Supervisor | 3745 | 20% |
| DHS-Family Protection Specialist, Advanced | 4558 | 20% |
| DHS-Family Protection Specialist, Senior | 4557 | 20% |
| DHS-Family Protection Specialist | 4556 | 20% |
| DHS-Family Protection Worker I | 4554 | 20% |
| DHS-Family Protection Worker II | 4555 | 20% |
| Social Services Regional Director | 3754 | 20% |

If you have any questions or if we can be of any further assistance, please do not hesitate to
contact us. You may reach me at 601-359-2702 or your MSPB Human Capital Core Processes
Consultants, Matthew Nassar at 601-359-2782 or Gloria Addison at 601-359-2730. Thank you
for this opportunity to be of service to your agency and to assist in ensuring that you have a
quality workforce.

Sincerely,

Deanne Mosley
Executive Director

**Ex. 10**



**Hires (Including Hires "In Process") and Separations Among DFCS Caseworker Staff***
**January 1, 2010 - December 10, 2012 (With Period 3 Breakouts)**
(Prepared by the Office of the Court Monitor Based on DFCS Data)

Net Gain of 141 FPS
January 2010 - December 10, 2012

[Net Gain of 40 in Period 3]

**Overall Net Gain of 134 Caseworker Staff**
**January 1, 2010 - December 10, 2012**

**[Net Gain of 50 in Period 3]**

Net Gain of 32 FPW I
January 2010 - December 10, 2012

[Net Gain of 13 in Period 3]

Net Loss of 42 FPW II
January 2010 - December 10, 2012

[Net Loss of 4 in Period 3]

Net Loss of 3 FPS, Sr.
January 2010 - December 10, 2012

[No Change in Period 3]

Net Gain of 6 FPS, Adv.
January 2010 - December 10, 2012

[Net Gain of 1 in Period 3]

**Caseworker Positions by Year**

■ Hire   ■ Separation

*Data were transmitted to the Court Monitor by MDHS human resources staff/management.

# Ex. 11



**Reason for Separations Among Caseworkers, by Position***
**January 1, 2010 - December 10, 2012**
(Prepared by the Office of the Court Monitor Based on DFCS Data)

Total Resignations: 214
Total Did Not Report: 41
Total Dismissals: 39
Total Transfer - Inter-Agency: 23
Total Retirements: 14
Total Transfer - Intra-Agency: 11
Total Death: 1

Filled Caseworker Positions as of 11/30/12:    782
Approximate Caseworker Attrition in 2012:    15.5%

■ Separation - 2010    ■ Separation - 2011    ■ Separation - 2012

*Data were transmitted to the Court Monitor by MDHS human resources staff/management.

**Ex. 12**



Area Social Work Supervisors (ASWS) Working in Non-Carve Out Counties, By Number of Caseworkers Supervised
As of October 31, 2012
[Prepared by the Office of the Court Monitor Based on DFCS Data]*

Note: Thirty one ASWS in non-carve out counties supervised caseworkers in more than one county. These 31 staff are reflected in each of the counties in which they supervised caseworkers. Additionally, for these supervisors, the number of caseworkers supervised was calculated by totaling the number of caseworkers supervised in each of the counties in which the supervisor worked.

14.3% (18 of 126) of ASWS in non-carve out counties supervised more than five caseworkers.

■ Supervising 5 or fewer caseworkers    ■ Supervising more than 5 caseworkers

* Data maintained by DFCS consultant.

**Ex. 13**



* Data maintained by DFCS consultant.

**Ex. 14**



**Area Social Work Supervisors (ASWS) Supervising More Than Five Caseworkers in Non-Carve Out Counties, By Region**
**As of October 31, 2012**
**[Prepared by the Office of the Court Monitor on DFCS Data]***

1.6% of 126 ASWS in non-carve out counties supervised 1 more caseworker than MSA requirements.
0.8% of 126 ASWS in non-carve out counties supervised 2 more caseworkers than MSA requirements.
2.0% of 126 ASWS in non-carve out counties supervised 3 more caseworkers than MSA requirements.
3.3% of 126 ASWS in non-carve out counties supervised 4 more caseworkers than MSA requirements.

Number of Caseworkers Supervised (y-axis)

Region and ASWS (x-axis)

* Data maintained by DFCS consultant.

# Ex. 15



**Ex. 16**



* Data were transmitted to the Court Monitor by MDHS human resources staff/management.

**Ex. 17**



# Mississippi MACWIS
# Alternatives Analysis

## Final Project Report

April 20, 2012

**Prepared for the**
**Mississippi Department of Human Service**
**Division of Family and Children's Services**

Mississippi Department of Human Services                                MACWIS
Division of Family and Children's Services                    Alternatives Analysis

## *Document Information Page*

| Required Information | Definition |
|---|---|
| Document: | Final Project Report DED |
| Document ID: | Phase:   6.0 Final Project Report<br>Deliverable: 6.1 Final Project Report |
| Version: | Version 1 |
| Approval Date: | 06/08/2012 |
| Owner: | Mark Xavier, WRMA Project Manager @ 512.426.3586 or mxavier@wrma.com |
| Author: | Mark Xavier |
| Approved by: | DHS Project Review Committee |

**WRMA**
**Walter R. McDonald & Associates, Inc.**
**2495 Natomas Park Drive, Suite 575**
**Sacramento, CA  95833**

Mississippi Department of Human Services                           MACWIS
Division of Family and Children's Services                Alternatives Analysis

## *Summary of Change*

| Document Version # | Approval Date | Modified By | Section, Page(s) and Text Revised |
|---|---|---|---|
| 0.1 | 04/17/2012 | M. Xavier | Draft deliverable for internal review. |
| 0.2 | 04/19/2012 | J. Kennedy | Review, comment, and edit. |
| 0.3 | 04/20/2012 | M. Xavier | Initial draft submitted to DFCS for review. |
| 0.4 | 06/01/2012 | M. Xavier | Clarification of recommendation based upon DFCS review. |
| 0.5 | 06/08/2012 | M. Xavier | Clarification of recommendation based upon DFCS review. |
|  |  |  |  |

Mississippi Department of Human Services                              MACWIS
Division of Family and Children's Services                    Alternatives Analysis

## *Table of Contents*

Document Information Page ........................................................................................ ii

Summary of Change ................................................................................................. iii

Table of Contents ..................................................................................................... iv

List of Exhibits.......................................................................................................... v

1.   Introduction ..................................................................................................1
   1.1.  Purpose and Uses of this Document .......................................................1
   1.2.  Organization of This Document................................................................1
2.   Executive summary ......................................................................................3
   2.1.  Project Charter/Mission .........................................................................3
   2.2.  Project Approach ....................................................................................3
   2.3.  Requirements .........................................................................................4
   2.4.  Project Findings .....................................................................................4
   2.5.  Title XIX Funding ...................................................................................6
   2.6.  Recommendations...................................................................................7
3.   Project Charter/Mission..............................................................................9
4.   Project Approach .......................................................................................11
   4.1.  Project Components ..............................................................................11
   4.2.  Project Deliverables .............................................................................13
5.   Requirements .............................................................................................17
   5.1.  Requirements Development and Review Process...................................17
   5.2.  Functional Requirements Concentration...............................................19
   5.3.  Technical Requirements Concentration.................................................22
   5.4.  Finalization of Requirements and Completion of Deliverables............23
6.   Project Findings .........................................................................................25
   6.1.  MACWIS Assessment ..........................................................................25
   6.2.  Requirements Analysis .........................................................................27
   6.3.  Cost Benefit Analysis ...........................................................................27
   6.4.  Other State Assessment ........................................................................29
7.   Title XIX Funding ......................................................................................31
8.   Recommendations ......................................................................................33
   8.1.  Lessons Learned and Recommendations for Future Projects ...............33
   8.2.  Prioritized Interim Business Process ....................................................34
   8.3.  Prioritized MACWIS Quick Fix Recommendations .............................36
   8.4.  Course of Action Recommendations .....................................................36

Mississippi Department of Human Services                              MACWIS
Division of Family and Children's Services                    Alternatives Analysis

List of Appendices ..........................................................................................41
Appendix – MACWIS Alternatives Analysis System Requirements.............................. 41

## *List of Exhibits*

Exhibit 4-1:  MACWIS Alternative Analysis Phases and Deliverables .......................... 15

Mississippi Department of Human Services                         MACWIS
Division of Family and Children's Services              Alternatives Analysis

This page intentionally left blank.

Mississippi Department of Human Services                        MACWIS
Division of Family and Children's Services                  Alternatives Analysis

# 1. Introduction

The Project Final Report summarizes the scope and methodology used in the MACWIS Alternatives Analysis Project and presents the major findings and recommendations derived from the various phases of the project. Since this report provides an overview of many of the project deliverables, readers are referred to the original deliverables for more in-depth information.

## 1.1. Purpose and Uses of this Document

The Final Report summarizes the findings and recommendations assembled from the work performed over the course of the MACWIS Alternatives Analysis Project. The findings and recommendations are offered to guide the State as it pursues its efforts to develop a new MACWIS. In addition, the Final Report provides a summary of the products created during the project and, as such, can be used as guide for finding detailed information regardless of the specific audience: state, federal, or contracted vendor.

## 1.2. Organization of This Document

This document follows the agreed upon structure as defined in the approved deliverable expectation document (DED) for the Final Report. Following is the organization of the document with a brief description of the contents of each section:

- **Executive Summary** – A brief summary of this document's contents and highlights to key information.
- **Project Charter/Mission** – A brief description of what the Department asked for from this project.
- **Project Approach** – An overview of the approach and methods used in the project.
- **Requirements** – A presentation of the process and both functional and technical requirements developed by the project.
- **Project Findings** – The major, high-level findings from across all project activities, with references to appropriate previously-completed deliverables where more information can be found.
- **Title XIX Funding** – Specially requested information associated with Title XIX Funding that should be considered in developing the funding strategy for the MACWIS replacement option.
- **Recommendations** – a critique of the overall project effectiveness, including recommendations for improvement that may be of use to DFCS for similar future projects including: (1) prioritized interim business process recommendations, (2) prioritized MACWIS quick fix recommendations, and (3) course of action recommendations.

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services                  Alternatives Analysis

This page intentionally left blank.

Mississippi Department of Human Services                         MACWIS
Division of Family and Children's Services                      Alternatives Analysis

# 2. Executive summary

The Executive Summary summarizes the contents of the Final Report and presents highlights of the major findings and recommendations. The Executive Summary follows the section structure used throughout the Final Report.

## 2.1.    Project Charter/Mission

The Department of Human Services (also referred to as the Department), Division of Family and Children Services (also referred to as the Division) contracted with Walter R. McDonald & Associates, Inc. (WRMA) to perform an analysis of the current MACWIS system, to assess alternatives for replacing the current system, and to produce a number of specific products, including a complete set of SACWIS requirements and a detailed cost/benefit analysis of the available MACWIS options. **Section 3** of the Final Report lists the activities performed by the joint Department/WRMA team to fulfill the objectives set forth in the RFP for the MACWIS Alternatives Analysis Project.

## 2.2.    Project Approach

To complete the project charter/mission, WRMA planned and executed a six phased approach as described below:

- **Phase 1 – Project Management**. The Project Management Phase ran throughout the entire project. The first set of activities established the parameters that were used to manage the project, while later activities were conducted to manage and report on project progress.

- **Phase 2 – MACWIS Analysis.** WRMA conducted the necessary background analysis and research to ensure that WRMA understood the State's current child welfare program operations, business rules, and use of the current MACWIS solution.

- **Phase 3 – Requirements Analysis.** WRMA prepared a draft set of requirements and then conducted extensive requirement review sessions with DFCS State, regional, and county workers. This resulted in a detailed set of functional and technical requirements for the new MACWIS. In addition, WRMA prepared "to be" workflows depicting changes in business practice based on the new MACWIS functions and a gap analysis showing the new and enhanced requirements versus the existing functionality in the current MACWIS.

- **Phase 4 – System Technical Planning.** WRMA conducted in-depth interviews with the technical staff in both the Division and the Department and developed a variety of required deliverables related to the technical underpinnings of the new MACWIS system.

- **Phase 5 – Cost Benefit Analysis.** WRMA, working with DFCS staff, developed a scan of the current national SACWIS landscape to identify child welfare solutions

in the market and identify options that are relevant for Mississippi. The effort identified and quantified potential benefits, costs, and challenges with each option to present an optimal "go forward" path for DFCS. The resulting product was a detailed CBA document.

- **Phase 6 – Final Project Report**. The Final Project Report is a summary of the entire range of analysis conducted during the project with emphasis on the findings and recommendations necessary for DFCS to move forward with efforts to procure and implement a replacement of the current child welfare information system.

## 2.3.    Requirements

One of the primary products developed for the project was a comprehensive set of requirements to define the future MACWIS direction. WRMA and the Division conducted extensive sessions to determine both functional and technical requirements. WRMA compiled the requirements in an ACCESS database. The database contains a total of 1,426 finalized requirements representing the needs of a system to meet the criteria for an enhanced MACWIS. The requirements have, additionally, been cross referenced to identify those requirements which meet the data requirements for the Olivia Y Consent Decree and those requirements which meet the Federal SACWIS requirements.

The new MACWIS requirements focused on known issues in the current MACWIS, functionality needed to support the Division's current and planned business practices, the requirements of the Olivia Y Consent Decree, and the Federal SACWIS requirements. Detailed requirements are presented in the ***Appendix of this report – MACWIS Alternatives Analysis System Requirements***.

## 2.4.    Project Findings

The following are some of the key findings as they relate to program and functional and technical issues.

- Users reported that MACWIS does not provide some functions that permit more effective management of State and county resources and activities. Managers do not receive effective and timely reports that allow them to make optimal decisions on assignment of personnel and the use of public or contracted resources.

- Users report that MACWIS does not provide functions that permit them to make better use of their time. The tickler system that helps users manage their time is no longer well synchronized with practice including not reflecting policy and not providing the correct time spans for tasks. It is also known that the functionality to end ticklers is not performing properly in many cases, leaving inappropriate messages that confuse workers and make using the system less desirable.

- MACWIS is not interfaced to some systems that would provide valuable information on both sides of the interface (e.g. an interface to the Statewide

Mississippi Department of Human Services      MACWIS
Division of Family and Children's Services     Alternatives Analysis

Automated Accounting System (SAAS).  The data architecture and technology base of MACWIS are not conducive to building interfaces and MACWIS does not support common protocols such as the National Information Exchange Model (NIEM).  Existing interfaces need refinement and expansion.

- Reporting capability is limited by the complex data structures, inconsistent data entry, and the fact that many key data elements are embedded in narrative text entries.  Report writing must be performed by technical staff that understand the data relationships and have been well trained in the reporting tools.

- Users reported several instances of duplicate entry and duplicate effort.  MACWIS does not reflect state of the art concepts of information system usability.  More modern systems typically offer more intuitive navigation, field entry, data correction, and help access.  Additionally, these systems provide better error detection and more comprehensive direction on the related practices of policy, procedure, and law.

Significant technology findings are:

- MACWIS system users experience poor performance and reliability which significantly impedes their ability to do their jobs.

- The current MACWIS is not based on contemporary technologies and standards.  Changes are difficult to implement and the system does not support the use of open architecture tools to assist in data analysis and reporting.

- The data repository in MACWIS contains data that is stored in multiple instances (i.e. duplicated) leading to a potential for inconsistent and contradictory information being maintained.

- MACWIS requires valuable programming and database resources to correct errors either created by inadequate edits or the inability of users to make necessary corrections.

- The knowledge set required to support the solution (Software AG's Natural and ADABAS) is specialized and often difficult to find.  This significantly contributes to rising data center costs each year.

Significant Cost Benefit Analysis findings include:

- In a comparison of the costs of maintaining the existing MACWIS system with its benefits to the department against the costs of replacing it with a new SACWIS system and its expected benefits, makes the replacement option more viable for the current and future needs of the Department.  A replacement option includes (1) the transfer of an existing system from another state (with modifications); (2) develop a new system using available COTS components; (3) customize a Framework

product; or (4) a major enhancement of the current MACWIS system with current technologies and functionality.

- Costs for implementation of a MACWIS replacement, including staff, office space, equipment, hardware, overhead, and contracts, will be approximately $40 million ($2.7M for planning and $37.3M for development and implementation). After implementation, on-going maintenance support is estimated to be approximately $3M per year.

Significant findings from Assessment of Other States include:

- All of the States reviewed are implementing or have implemented web-based or web-enabled SACWIS systems.

- Modern SACWIS systems recognize the need for complex, relational database functions linking modules in layered database components.

- All States have experienced significant challenges in the cleanup and conversion of data from legacy systems to populate the new SACWIS with critical data on ongoing cases and relevant historical data.

- Depending on details of the State policies and procedures, court schedules, and other contingencies, the system must guide caseworkers through the system and support timely response with prompts for items such as child and family assessments, review and approval by supervisors, reports to the courts, family visits, and a broad range of other activities.

- In addition to the basic database functions, modern systems also provide advanced features, such as document management for scanned documents, digital photography, digital sound/voice files, data warehouse and data dashboard capacities, and the ability to produce standardized Federal and State reports as well as ad-hoc reports.

- Each of the States reviewed has developed the required SACWIS interfaces and pursued its own set of optional interface requirements and functions. Primary challenges in developing and maintaining effective interfaces include perceived or actual legal limitations; ongoing changes and developments in the information systems of partner agencies; and the level of collaboration required to match persons, data elements, services, reports and other requirements of the different systems.

## 2.5.    Title XIX Funding

Medicaid system changes required under the Affordable Care Act (ACA) provide an opportunity to have interface costs between the Medicaid system and the MACWIS replacement be provided in part by the Center for Medicare & Medicaid Services (CMS.)

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services               Alternatives Analysis

The ACA allows title XIX enhanced funding for development costs that meet the "Seven Conditions and Standards" listed in the title XIX final rule. Enhanced funding for development is 90% and is available until the end of calendar year 2015.

Since the MACWIS replacement system will, at a minimum, require an interface with the Medicaid eligibility system, some portion of the cost of system development should be allocated to title XIX. By including a section in the project management plan on how the Department intends to "support the Affordable Care Act," the Department may be able to qualify for the enhanced funding. The amount of the funding would be limited to the costs allocated to Medicaid, but it would be a 90% federal match rather than 50%. Additional details related to the use of enhanced Title XIX funding appears later in this report.

## 2.6.    Recommendations

The following are the key recommendations presented in the recommendations sections below:

- The Department should develop a detailed course of action plan to identify the activities that need to occur to move forward in the replacement of the existing MACWIS. Some of the key objectives of this plan are:
  - Develops and acquires necessary funding support from State and Federal funding sources
  - Develops a strategy to inform the court monitor of the next phases of this project and how progress will affect the ability to respond to further data reporting requests related to the Olivia Y Settlement Agreement
  - Develops a procurement strategy that provides the maximum flexibility to get a SACWIS solution that provides the greatest long term value to the Department
  - Fully considers the lessons learned from similar efforts in other states as presented in the Project Deliverable ***5.2 Assessment of Other States Report*** and represented below in paragraph *8.3. Course of Action Recommendations*.

- Current data entry and MACWIS user guidance is embedded in DFCS policy manuals. Recognizing that a new system will significantly alter the interaction between policy requirements and system use, the Division needs to begin assessing the changes that will be required to the current policy manuals. To the extent possible, system guidance should be addressed in the user manual (and online tutorials) for the new MACWIS, rather than directly in policy manuals that are primarily meant to address required child welfare practice.

- Mississippi should consider hiring (contractor) an experienced project manager to lead the DDI phase of the project. Washington was successful with this strategy. The contractor was not the final authority or decision maker, but rather helped guide the state project staff and project in the direction desired by the state. This can provide much needed expertise in project management that may not be

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services                Alternatives Analysis

available at the state level. This individual could also help mediate many of technical/policy disputes that frequently happen internally within the Division during the development process. This responsibility may be split between a functional and a technical project manager, depending upon the knowledge of the current technical staff in the functionalities of the selected new system platform.

- Most projects of the scope and complexity considered frequently have numerous modifications to the original contracts. The Department should create a Project Management Office to help mitigate this which has experts in finance, contract modifications, industry standards research, etc. to assist in any modifications. This office will need a staff dedicated to processing state only expenses, such as travel, overnight stays, and making reservations associated with the project. This office could also need to be accountable for communications and stake holder participation.

- The project should begin looking at "industry standards" and identify those that will be expected for the new MACWIS. For example, if the new system requires significant new programming efforts (as opposed to a transfer system), what standards should be used for the writing of code? What kinds of standards make sense for system testing? What are the standards for defining levels of "bugs" in the system, and what would be the criteria for fixing those issues? There are a number of these types standards that are traditionally are not considered prior to the project beginning. Development of these will give the Department the capability to evaluate the DDI vendor's proposal in a more comprehensive and knowledgeable manner.

- The Department should develop the use of Memorandum of Understanding (MOU) with the other Divisions and Departments when it comes to the development of interfaces. Interfaces often fail to materialize because of a lack of understanding between the two parties prior to attempting the interface. Included should be such topics as cost to the parties; responsibilities of the parties for programming, testing, implementation; who "owns" which data; the milestones and interim visibility of development and testing results prior to interface testing, etc.

# 3. Project Charter/Mission

The Department contracted with WRMA to execute a project approach that promoted success and achievement of the goals outlined in the Mississippi Department of Information Technology Services (ITS) RFP No. 3583.  A summary of the activities completed by the joint Department/WRMA project team during the project are:

- Produced a MACWIS needs assessment that includes a review with Division of Family and Children's Services (DFCS) and child welfare system stakeholders of their current practices and processes, the challenges with the current system, and the identification of the overall State and stakeholder needs and opportunities for achieving efficiency.
- Documented and prioritized business processes and workflows in the State office, as well as in select regional and county offices.
- Created detailed functional and technical requirements that reflect DFCS' needs and objectives for a new SACWIS solution.
- Assessed the capabilities of existing systems used by DFCS, other states or additionally available child welfare technology systems to determine their appropriateness for inclusion in the alternatives analysis.
- Worked with DFCS and the stakeholders to identify and conduct a review of the risks related to each potentially viable solution.
- Conducted and documented a detailed cost/benefit analysis of MACWIS and an assessment of current approaches conducted by other states, as recommended by the State, for development and implementation of a SACWIS.
- Identified and prioritized interim business process recommendations and/or quick fix suggestions for the current MACWIS.
- Provided a project final report with recommendations outlining the steps that DFCS should take as they move forward with the procurement and implementation of a new system, and prescribing the order in which those steps should occur.

Mississippi Department of Human Services                                   MACWIS
Division of Family and Children's Services                        Alternatives Analysis

This page intentionally left blank.

# 4. Project Approach

To complete the project charter/mission stated above, WRMA planned and executed a project described below.

## 4.1.    Project Components

The phases and tasks in the project approach were structured to enable WRMA, in collaboration with DFCS and its stakeholders, to document their agency functions, develop requirements based on current and desired operations, and then assess the characteristics of alternatives systems that will enable Mississippi to transform their operations.  The specific phases in our approach included:

- **Phase 1 – Project Management**.  The Project Management Phase ran throughout the entire project.  The first set of activities established the parameters that were used to manage the project.  We began by developing a comprehensive Project Management Plan and Project Work Plan and Schedule which ensured that DFCS and WRMA had a shared understanding not only of the project schedule and management protocols, but also the goals, objectives, and long term vision for the project as well as for Mississippi's child welfare programs.  We prepared for and conduct a Project Kick-off Meeting ensuring all stakeholders have an aligned vision and expectation of the project.  Finally, the project management and deliverable standards were established to facilitate the consistent and timely execution of project activities.  Deliverables for this phase included:

    1.1 Project Kick-Off Meeting
    1.2 Final Project Management Plan
    1.3 Finalized Project Work Plan
    1.4 On-going Project Management, Status Reports, and Meetings

- **Phase 2 – MACWIS Analysis**.  During the MACWIS Analysis Phase, we conducted the necessary background analysis and research to ensure that WRMA had a solid understanding of the State's current child welfare program operations, business rules, and use of current MACWIS solution.  This included planning for and completing the assessments at the State and regional/county child welfare offices to ensure WRMA understood the business processes at all levels.  We documented the functional processes, use of automated tools, and expectations for future child welfare automated systems.  Deliverables for this phase included:

    2.1 Final State/Region/County Assessment
    2.2 Final MACWIS Functional Reference Document
    2.3 On-going Project Management, Status Reports, and Meetings

- **Phase 3 – Requirements Analysis**.  During the Requirements Phase, WRMA developed detailed functional and technical requirements, and conducted extensive requirement review sessions with DFCS State, regional, and county workers.  The review sessions ensured that functional and technical requirements for a new

system were comprehensive and in agreement with stakeholder expectations. We confirmed that the requirements are consistent with business objectives, federal and COA standards, and the mandates and timing of the Olivia Y. settlement. As part of the JAD sessions we also used the baseline workflow processes developed during the assessment visits to State and regional/county offices to create "to-be" workflows that document how DFCS wishes to operate its child welfare programs once the new system is in place. Finally, we completed the Requirements Analysis Document, which includes a gap analysis documenting the gaps between existing business processes and automated systems and the desired state. The gap analysis clearly identifies necessary case management and reporting functions, existing MACWIS functions that require enhancement, and data requirements that do not exist in the current MACWIS. Deliverables for this phase included:

> 3.1 Final Requirements Analysis and MACWIS Program Specifications Document
> 3.2 On-going Project Management, Status Reports, and Meetings

- **Phase 4 – System Technical Planning**. During the System Technical Planning Phase, we created a variety of required deliverables related to the technical underpinnings of the new MACWIS system. These included the database design and specifications, high-level backup and recovery and disaster plans, system documentation, and capacity plan and network requirements. These documents describe the standards and expectations of these documents for development in the future MACWIS Design, Development, and Implementation project. Deliverables for this phase included:

> 4.1 Final Database Specifications
> 4.2 Final Data Dictionary
> 4.3 Final Backup and Recovery Plan
> 4.4 Final Disaster Plan
> 4.5 Final Capacity Plan and Network Requirements
> 4.6 Final System Documentation
> 4.7 On-going Project Management, Status Reports, and Meetings

- **Phase 5 – Cost Benefit Analysis**. During the Cost Benefit Analysis Phase, we conducted a scan of the current national SACWIS landscape to identify child welfare solutions in the market and to identify any that may be relevant for Mississippi. Working with DFCS we then selected several potential alternative solutions for future consideration. These solutions included custom built systems, transfer of systems from another State, modifying the existing MACWIS solution and augmenting it with new functionality, customized off-the shelf systems (COTS), hybrid solutions, or other approaches. We then identified and quantified potential benefits, costs, and challenges with each option to identify the optimal "go forward" path for DFCS. We also completed the review of child welfare systems in other states, to identify lessons learned, current costs, and other

information which informed the recommendation process for the Final Report. Deliverables for this phase included:

> 5.1 Final Cost Benefit and Risk Assessment Report
> 5.2 Assessment of Other States Report
> 5.3 On-going Project Management, Status Reports, and Meetings

- **Phase 6 – Final Project Report**.  The culmination of the Team's efforts is realized with the completion of the Final Project Report.  We have scheduled this as its own phase because it includes numerous deliverables and incorporates the entire range of analysis conducted throughout the project.  We complete the deliverables and recommendations necessary for DFCS to move forward with efforts to procure and implement a new child welfare system.  Deliverables for this phase include:

> 6.1 Final Project Report (Final Report is inclusive of all deliverable documents for the project.)
> 6.2 On-going Project Management, Status Reports, and Meetings

## 4.2.    Project Deliverables

The deliverables for the project have been distributed to the state project team for review and approval in hard copy format.  Additionally, electronic copies of the deliverables are retained in a repository of the Department's network in both a Windows 2003 and an Acrobat PDF format.  Prior to project closeout, a copy of this repository will be reviewed, final deliverables verified for consistency, and a CD with duplicate electronic versions of deliverables provided to the Department's custodian.  Jaworski Davenport has been the custodian of the deliverables.

Mississippi Department of Human Services                    MACWIS
Division of Family and Children's Services         Alternatives Analysis

This page intentionally left blank.

Mississippi Department of Human Services
Division of Family and Children's Services

MACWIS
Alternatives Analysis

## Exhibit 4-1:  MACWIS Alternative Analysis Phases and Deliverables

| PHASES | DELIVERABLES | DHS LOCATIONS Hard Copy | Electronic Source |
|---|---|---|---|
| Phase 1 – Project Management | 1.1 Project Kick-Off Meeting | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \1.1 Project Kick-Off Meeting |
| | 1.2 Final Project Management Plan | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \1.2 Final Project Management Plan |
| | 1.3 Finalized Project Work Plan | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \1.3 Finalized Project Work Plan |
| | 1.4 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \1.4 On-going Project Management, Status Reports, and Meetings |
| Phase 2 – MACWIS Analysis | 2.1 Final State Region County Assessment | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \2.1 Final State Region County Assessment |
| | 2.2 Final MACWIS Functional Reference Document | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \2.2 Final MACWIS Functional Reference Document |
| | 2.3 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \2.3 On-going Project Management, Status Reports, and Meetings |
| Phase 3 – Requirements Analysis | 3.1 Final Requirements Analysis and  Program Specification Document | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \3.1 Final Requirements Analysis and  Program Specification Document |
| | 3.2 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \3.2 On-going Project Management, Status Reports, and Meetings |

Mississippi Department of Human Services
Division of Family and Children's Services

MACWIS
Alternatives Analysis

| PHASES | DELIVERABLES | DHS LOCATIONS Hard Copy | Electronic Source |
|---|---|---|---|
| Phase 4 – System Technical Planning | 4.1 Final Database Specifications | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.1 Final Database Specifications |
| | 4.2 Final Data Dictionary | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.2 Final Data Dictionary |
| | 4.3 Final Backup and Recovery Plan | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.3 Final Backup and Recovery Plan |
| | 4.4 Final Disaster Plan | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.4 Final Disaster Plan |
| | 4.5 Final System Documentation | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.5 Final System Documentation |
| | 4.6 Final Capacity Plan and Network Requirements | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.6 Final Capacity Plan and Network Requirements |
| | 4.7 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \4.7 On-going Project Management, Status Reports, and Meetings |
| Phase 5 – Cost Benefit Analysis | 5.1 Final Cost Benefit and Risk Assessment Report | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \5.1 Final Cost Benefit and Risk Assessment Report |
| | 5.2 Assessment of Other States Report | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \5.2 Assessment of Other States Report |
| | 5.3 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \5.3 On-going Project Management, Status Reports, and Meetings |
| Phase 6 – Final Project Report | 6.1 Final Project Report | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \6.1 Final Project Report |
| | 6.2 On-going Project Management, Status Reports, and Meetings | Jaworski Davenport | Z(WRMA on 10.2.100.215 Sys):\02 Deliverables \6.2 On-going Project Management, Status Reports, and Meetings |

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services                    Alternatives Analysis

# 5. Requirements

Functional and technical requirements of a new or enhanced SACWIS compliant system were developed in the Requirements Analysis Phase of the project. The phase was structured in two process concentrations obtaining functional requirement from one effort concentration and technical requirements from another. A detailed description of the process and requirement outcomes is contained in the Project Deliverable ***3.1 Final Requirements Analysis and Program Specifications Document***. The following is a summary of the process and requirements derived from that phase.

## 5.1.     Requirements Development and Review Process

The development of the new MACWIS requirements began with reviewing the Project Document ***2.1 Final State/Region/County Assessment*** and the identification of areas where the current system did not meet user, both local and state level, expectations or needs. WRMA also reviewed the business process flows included in that document to determine points in current process which could be automated to increase efficiency and effectiveness. These points were the drivers for the preliminary development of requirements.

The new MACWIS requirements were developed using an iterative process that included obtaining information about the needs for the new system from key stakeholders, preparing an initial set of requirements based on this input and information available from SACWIS projects in other states, and then performing two stages of review with state staff. The iterative review process resulted in the final approved requirements set. After confirming the final requirements, WRMA staff analyzed the requirements, and based on the functionality defined in the requirements, developed the To Be workflows and the associated materials for the Requirements Analysis Phase deliverables.

The phase was broken down into the following efforts:
- High Level Vision Sessions
- Development of Initial Requirements
- Requirements Traceability Tool and Database
- Function Requirements
  - Initial Requirements Review
  - Development of Final Draft MACWIS Requirements
  - Final State Review Sessions
- Technical Requirements
  - Current Situation Analysis
  - Requirements Gathering, Verify/Validate, and Review and Approval

## High Level Vision Sessions

WRMA conducted a series of meetings July and August 2011 in six meetings with state/local staff to explore the objectives and priorities for the replacement system for MACWIS. These sessions also addressed specific issues related to the scope and

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services                Alternatives Analysis

functionality for the new system as identified by WRMA staff during the MACWIS
Assessment phase of the project. WRMA met with DFCS staff and discussed specific
business areas and the automation needed to adequately support the business functions.
Each group spent time discussing high-level objectives of the new system, especially
those objectives that addressed perceived issues in the new system. WRMA presented
various issues that had been raised during the county- and state-level meetings conducted
during the MACWIS Assessment Phase of the project. WRMA documented the input
from the Vision Sessions and used the information to guide the development of the
initial, draft MACWIS requirements.

A final Vision Meeting was added to the initial schedule to address certain issues that
preceding participants were unable to address due to their level of experience or
authority. The final session was able to resolve most of the deferred issues from the prior
sessions. The remaining issues were noted for discussion during the upcoming
requirements review sessions.

## Development of Initial Requirements

WRMA used the information from the MACWIS Assessment phase, the Vision
Meetings, and analysis of policy and procedure materials to develop the first draft of
MACWIS requirements. Recognizing that a major objective of the State is compliance
with the Olivia Y Consent Decree, and improving practice guidance and accountability
through the new system, WRMA mapped the initial set of requirements to the Olivia Y
provisions to confirm that the provisions that could be supported by automation were
addressed in the requirements. Requirements were also mapped to the Federal SACWIS
requirements to confirm compliance with the standard Federal requirements. The
preliminary mapping to the Olivia Y Consent Decree and the Federal SACWIS
requirements were rechecked and refined as the requirements moved through the two
review phases and then after the requirements were finalized. The final result of Olivia Y
and Federal SACWIS mapping is discussed later in this document.

WRMA also reviewed SACWIS requirements from other states, using the other state
SACWIS requirements as a baseline to confirm that the new MACWIS requirements
addressed comprehensive child welfare automation needs.

Once the requirements were drafted, WRMA categorized them using the topic structure
employed during the MACWIS Assessment Phase of the project. The categorization
allowed requirements to be segregated into logical business areas so that the State could
assign review participants based upon the topics to be discussed at each requirements
review session.

## Requirements Traceability Tool and Database

WRMA used a comprehensive Requirements Tracking Database Tool, built in Microsoft
ACCESS, for maintaining the MACWIS requirements and tracking all changes to the
requirements as they moved through the review phases. All initial requirements were
entered into the Requirements Database and tracked throughout the requirements review
and finalization process. The database recorded all additions, deletions, and

Mississippi Department of Human Services                                    MACWIS
Division of Family and Children's Services                      Alternatives Analysis

modifications to the initial set of requirements.  The Requirements Database contains the
status of each requirement at each stage of the review process.  Requirements that meet
specific Federal SACWIS requirements and/or specific Olivia Y provisions are associated
in the database with the applicable Federal or Olivia Y provision so that the reports
displaying requirement mapping to these key standards can be produced from the
database.

The Requirements Database will be turned over to the State at the conclusion of the
project.  WRMA recognizes that requirements may be modified, new requirements may
be added, or the State may later determine that certain functionality is not needed or too
costly to include in the new system.  DFCS can continue to use the Requirements
Tracking Database Tool to document and maintain future MACWIS requirement
changes.

## 5.2.    Functional Requirements Concentration

The effort concentrating on functional requirements was broken down into the following
steps:
- Initial Requirements Review
- Development of Final Draft MACWIS Requirements
- Final State Review Sessions

### Initial Requirements Review

WRMA conducted a series of initial requirements review sessions based upon the initial
requirements set.  Sessions were conducted in October 2011.  Nineteen initial review
sessions were conducted and each session focused on specific topic areas.

WRMA prepared the initial requirements sessions schedule and reviewed the proposed
schedule with the State's Project Manager.  Final topic organization and dates were
determined following this review.  WRMA also provided orientation materials so that
participants could review the agenda, purpose, and protocol for the review sessions prior
to arriving at their session.  This material also provided a basic understanding of the
purpose and uses of the MACWIS requirements and their role in the review process.

The initial requirements sessions were conducted over a four week period.  In order to
review the extensive set of draft requirements, sessions were organized into two parallel
tracks.  Track A included the business areas related to case management.  Track B
covered the resource, financial, and common areas.

The State Project Manager selected the participants and sent invitations and orientation
materials to the invitees.  Participants were generally drawn from DFCS county offices,
with representatives from the State offices where business functions impacted their areas
of interest.  Prior to the sessions, WRMA supplied Excel files containing the draft
requirements to the State Project Manager.  Requirements were organized by Team (A or
B) and session date.  The State distributed these files to all invited participants for their
review prior to the sessions.

Final Project Report                          19
June 06, 2012

Mississippi Department of Human Services                                    MACWIS
Division of Family and Children's Services                        Alternatives Analysis

WRMA staff facilitated the session and presented each individual requirement for review and discussion. Decisions of the participants were recorded in the Requirements Database after discussion and consensus judgments were reached. Participants had the option to:

- Approve requirements as written
- Approve requirements with modifications to the text
- Identify requirements they did not believe were needed
- Defer judgment to the final review phase

Following discussion of each set of requirements, participants were asked if there were any additional requirements needed. If so, the new requirements were defined and added to the Requirements Database during the session.

The combined initial review groups reviewed a total 1,815 requirements. Participants approved 958 requirements as originally written. Another 295 of the original requirements were approved with text modified within the sessions. The groups added 170 new requirements to the MACWIS requirements set.

The initial review groups designated 374 requirements as "deleted" indicating that they felt these requirements were not needed. It should be noted that most of the "deleted" requirements were considered duplicates of other requirements, rather than functions that were not needed in the new system. For these requirements, WRMA entered an outcome of "deleted" to the Requirements Database to designate the initial group's decision to remove a requirement. However, no requirements were physically deleted from the Requirements Database and all requirements marked as "deleted" by the initial review groups were presented again in the final review sessions to confirm the initial decision.

The initial review session participants reached a consensus judgment for all but 18 requirements presented. These 18 requirements were marked as "deferred" and were later presented in the final state review sessions for resolution. The majority of the deferred requirements pertained to Indian Child Welfare Act (ICWA) processes. The participants in the initial session did not feel sufficiently knowledgeable to make judgments on these requirements. In addition, one requirement related to HIPAA data security and one requirement related to handling payment policy exceptions were deferred to the final sessions.

For each requirement, the initial session participants provided their judgment regarding the requirement's priority (Must Have or Optional). Very few of the approved requirements were considered optional functionality.

For the approved requirements, participants also indicated whether they considered the functions to be in the current MACWIS, the functions were in MACWIS but need significant enhancement, or the functions were new to MACWIS. The judgments made in this regard, once confirmed in the final sessions, were recorded and are the basis of the presentation for the gap analysis.

Mississippi Department of Human Services                                    MACWIS
Division of Family and Children's Services                        Alternatives Analysis

WRMA documented the decisions for each requirement reviewed during the sessions. Each decision, once determined to be the consensus of the group, was entered directly into the Requirements Database, creating a detailed record for this phase of the requirements review process.

## Development of Final Draft MACWIS Requirements

Based on the decisions, additions, and modifications made in the initial review sessions, WRMA compiled the final, draft set of MACWIS requirements for review in the final requirements sessions. In addition to preparing the requirements lists for review, WRMA identified any issues that needed further discussion during the next review phase, as well as all requirements that had been deferred in the initial sessions.

### Final State Review Sessions

The final, draft requirements, with the outcomes determined in the initial session groups, were reviewed by a group of DFCS staff deemed by the State Project Team to have the authority to make final decisions on the MACWIS requirements. These final state review sessions provided the approval for the requirements presented in this Requirements Analysis and Program Specifications document.

The final review sessions were originally proposed as a two-week review effort. However, based on the availability of the required State staff, the sessions were compressed into three days. The three final review sessions were held the week of December 12, 2011. Requirement lists with the results of the initial reviews were distributed three weeks in advance of the sessions so that participants could review and note their suggested changes prior to the meetings. The materials disseminated in advance of the final review sessions included all of the MACWIS requirements, organized according to the day of the final session in which they would be reviewed. WRMA also identified deferred requirements, and outstanding issues that merited further discussion, in the materials distributed in advance of the sessions.

The final review sessions were facilitated by WRMA staff. Specific issues that were raised in the initial sessions, either requirement deferred for decision by the final group, or requirements that had raised the need for more clarification, were presented by the facilitators for specific resolution by the final review session participants. In addition, the facilitators provided an overview of the requirements in each major section so that the participants could raise general issues that might suggest the need to review specific requirements in more depth.

The following final decisions were solicited from the final review session participants:

Outcomes – the final session participants determined if the requirement outcomes, as judged by the initial session participants, would stand. A few requirements were modified and a few new requirements were added in the final sessions. The final group also deleted some of the requirements approved by the initial session groups. For the

Mississippi Department of Human Services                               MACWIS
Division of Family and Children's Services                    Alternatives Analysis

most part, decisions regarding requirement outcomes, as determined by the initial groups, were confirmed in the final sessions.

Priority – the final session participants confirmed or changed the priority determinations that were made in the initial review sessions.  Although for the most part, decisions made in the initial sessions were confirmed, a few requirements were moved from "Must Have" to "Optional" and vice versa.  The most significant change in priority related to the Serious Incident Reports (SIRs) where the final session participants determined that all of the SIR requirements would be made Optional.  This is due to the fact that a decision has not been made whether to maintain SIRs in the current separate SIR system operated by the State or to implement these functions within MACWIS.

Exists in MACWIS – the final session participants changed a number of the initial session designations related to whether or not a function exists within the current MACWIS.  Based on the final session decisions, the requirements database was updated in regard to the designations of New, Enhancement, or Existing in the current system.

Recording of all decisions made in the final session was done using the Excel spreadsheets that were distributed to the participants prior to the meeting.  WRMA did not record directly in the Requirements Database as it was felt that using the spreadsheets for documentation would be less time consuming.  WRMA updated the Requirements Database with all final session results following the sessions.

## 5.3.    Technical Requirements Concentration

The development of technical requirements for the new MACWIS followed a separate path from the business area requirements.  WRMA's Technical Consultant conducted the requirements development and review meetings directly with the required State technical staff.  Over the course of several months in calendar year 2011, the WRMA Technical Consultant met with many of the DFCS and MIS management and technical staff to identify issues with the existing system, and to develop potential requirements for an enhanced or replacement system.  These sessions began in April 2011 and continued through October 2011.

The initial phase included a walkthrough of the current solution to identify and discuss the benefits of, and problems associated with, the existing MACWIS.  Following this review, the Technical Consultant and State staff defined the high-level requirements that would build on the system benefits, correct issues, and bring the solution into a more state-of-the-art architecture.

### Current Situation Analysis

WRMA Technical Consultant met with various DFCS and MIS management to identify existing problems, issues, and trends (including the Olivia Y Consent Decree).  Based upon the outcome of these meetings, the WRMA Consultant developed the initial requirements gathering methodology, structure, and approach.

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services              Alternatives Analysis

## Requirements Gathering, Verify/Validate, and Review and Approval

Development of the initial requirements involved the WRMA Technical Consultant meeting with MIS technical management and staff. These requirements were defined based on problems and issues identified in the assessment phase, as well as the WRMA Consultant's past experience in developing SACWIS-related requirements. Specific meetings during this phase included:

**Step 1** – Develop Initial Requirements
>     08/02/2011: Applications Development Environment, Application Architecture, Interfaces
>     08/03/2011: Database Architecture, Network Architecture
>     08/04/2011: Infrastructure Server Architecture, Security Architecture, Documentation
>     08/05/2011: Planning, Monitoring, Operations

**Step 2** – Verify/Validate Requirements: Following the development of the initial requirements, the WRMA Technical Consultant met with various MIS management and staff to further refine the identified categories and requirements. These sessions were:
>     08/30/2011 – 09/02/11: Same structure as Stage 1

**Step 3** – Final State Review and Approval: In these sessions, the WRMA Technical Consultant met with many DFCS and MIS technical staff to further expand upon areas that required additional information. These sessions were:
>     10/05/2011: General Design, System Architecture, Systems Infrastructure, User Identification and Assignment, System Performance, Remote Access, Security
>     10/06/2011: Conversion, Database Architecture, Disaster Recovery, Capacity Plan, Planning/Maintenance/Operations
>     10/07/2011: Document Imaging, Provider Portal, Archive/Expunge/Purge/Redact, Interfaces, User Desktop/UI

In addition to the above listed meetings, the WRMA Consultant and MIS technical team held many ad hoc meetings for ongoing discussions. The WRMA Technical Consultant and State staff followed a structured requirements gathering and analysis process; grouping the technical requirements into twenty (20) topic areas.

## 5.4.  Finalization of Requirements and Completion of Deliverables

Following the final state review sessions, WRMA entered all updates to the requirements set in the Requirements Database. Final resolution of technical issues and final confirmation of the technical requirements were pursued through communications with the MIS and project management staff. In addition, the WRMA Team reconfirmed the mappings to Federal SACWIS requirements and Olivia Y provisions to eliminate mappings to any requirements that were removed during the review sessions.

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services          Alternatives Analysis

A total of 1,837 requirements were reviewed through the two-phased review process.
The majority of these requirements were from the initial draft requirements prepared by
WRMA.  However, this number also included requirements added by state participants
during the sessions to fill gaps they perceived to exist in the initial requirements set.  As
expected, modifications to a number of requirements were made in both the initial and
final review sessions.  These revisions, in many cases, focused the requirements on
specific MACWIS issues that the participants believed needed to be stated more directly.
Across the two phases of review, State participants determined that 411 requirements
should be removed from the requirements set.  The majority of these were removed due
to the determination that they were duplicates of other requirements.  However, some
requirements were removed by the State participants because they believed the
functionality was not required.  All requirements "removed" by the initial review session
groups were reviewed in the final sessions to assure that the State did not wish to
maintain these requirements.  The end result is a requirement set composed of 1,426
requirements for the new MACWIS.  Detailed requirements are presented in ***Appendix –
MACWIS Alternatives Analysis System Requirements***.

# 6. Project Findings

Following are the key MACWIS, operations, and system replacement findings presented in the various phases of the project.

## 6.1. MACWIS Assessment

This section contains the key findings as presented in the Project Deliverable ***2.1 Final State/Region/County Assessment.***

Following are the findings as they relate to program and functionality issues identified in the MACWIS Assessment phase of the project:

- MACWIS does not provide some functions that permit more effective management of State and county resources. As an example managers do not receive effective and timely reports that allow them to make optimal decisions on assignment of personnel and the use of public or contracted resources.

- Users report that MACWIS does not provide functions that permit them to make better use of their time. One such functionality is the tickler system that helps users manage their time is no longer well synchronized with practice including not reflecting policy and not providing the correct time spans for tasks. Some ticklers that should exist, such as notifying workers of a change in the status of a child receiving SSI, do not exist. It is also known that the functionality to end ticklers is not performing properly in many cases, leaving inappropriate messages that confuse workers and make using the system less desirable.

- MACWIS is not interfaced to some systems that would provide valuable information on both sides of the interface. For example, there are no effective interfaces to the court system, or interfaces to the Statewide Automated Accounting System (SAAS). The data architecture and technology base of MACWIS are not conducive to building interfaces and MACWIS does not support common protocols such as the National Information Exchange Model (NIEM). Interfaces that do exist may not reflect data in a timely (real time) manner where needed.

- The users of MACWIS do not include several populations of stakeholders who should (with proper restrictions, limitations, and security) be able to access the system to provide their own data. These users include:
  - School systems who could update events in the child's education
  - Service Providers who could update for billing and availability
  - Private Agencies which perform case management activities
  - Courts

- Reporting from MACWIS is a problem. MACWIS incorporates a very complex data structure that does not readily translate into reports. Important data is stored

Mississippi Department of Human Services                                    MACWIS
Division of Family and Children's Services                      Alternatives Analysis

in text narratives making reporting complex. Report writing must be performed by
highly technical staff that understand the data relationships and have been well
trained in the reporting tools. These inconsistencies and complexities force
analysis of individual records to ensure correct conclusions can be drawn from the
data. This has lead to conclusions that the data may be unreliable without
significant analysis.

- Users report inconsistent results when searching for people and resources. The
  search algorithms do not use proven and available standards for search engines,
  lack fuzzy logic, the ability to find common misspellings, alternate spellings,
  ranges of data, nicknames, etc.

- MACWIS does not incorporate the capabilities of a basic word processor,
  including spell and grammar check. Narratives are arbitrarily limited in size and
  may lose content if the size is exceeded.

- MACWIS does not reflect modern concepts of information system usability.
  Modern systems are simpler to learn, use, and retain the skills trained. They
  provide intuitive interfaces for navigation, field entry, data correction, and help
  access. Additionally, modern systems provide better error detection and more
  comprehensive direction on the related practices of policy, procedure, and law.

Following are the findings as they relate to technology issues:

- The underlying technologies of MACWIS are dated and in need of replacement to
  conform to tend in the industry and current human resource skills being developed
  to meet the needs of technology trends. It does not easily facilitate changes to
  meet changing Department needs.

- MACWIS system users experience poor performance which significantly impedes
  their ability to do their jobs.

- The current MACWIS is not based on contemporary technologies and standards.
  Changes are difficult to implement and the system does not support the use of open
  architecture tools to assist in data analysis and reporting.

- The data repository in MACWIS contains data that is duplicated in many instances
  and often is incorrect. Very often the technical team has to go into the repository
  directly to correct erroneous data because of the inability for the system user to
  correct the errors. This takes valuable programming and database resources away
  from other important tasks development and error correction tasks.

- The ADABAS data repository is a non-relational database and is a relatively
  outdated product for the purposes of complex information system such as
  MACWIS.

Mississippi Department of Human Services                    MACWIS
Division of Family and Children's Services            Alternatives Analysis

- The knowledge set required to support the current technology (Software AG's Natural and ADABAS) is specialized and it is often difficult to find competent IT staff to support these products. This significantly contributes to rising data center costs each year.

- The solution is significantly 'cross-stacked' meaning that the development architecture is not implemented according to a standard structure through MACWIS. The development stack in generally referred to as the presentation, business logic, database, and operating system layers of development. The development stack in MACWIS consists of Natural, ADABAS, and out-dated versions of Visual Basic (VB) and JAVA. The technical resources have difficulty maintaining all cross functional aspects of the system. This has resulted in more human resources than necessary to support it because of the types of technologies used. This development strategy was not planned. It resulted in the technical lead of a given piece of functionality determining which technology stack to use based upon their own comfort-level with the development technology.

- Many functions (e.g. financial) are not fully implemented; even though they've been written, there is excess code in the repository that is not utilized. This excess code often results in confusion amongst the technical crew when making an enhancement or correcting a problem.

## 6.2.    Requirements Analysis

A summary of the findings of the Requirements Analysis phase is presented earlier in this report. As noted, the final requirement set approved by the State project staff includes 1,426 functional and technical requirements. These requirements address known MACWIS issues, new business practices, and the requirements of Olivia Y. and Federal SACWIS. The full set of products from the Requirements Analysis phase is presented in Project Deliverable ***3.1 Final Requirements Analysis and Program Specification Document***. The requirement set is also included in ***Appendix – MACWIS Alternatives Analysis System Requirements*** of this Final Report.

## 6.3.    Cost Benefit Analysis

This section contains the key findings as indicated in the Project Deliverable ***5.1 Cost Benefit and Risk Assessment Report***.

- There are only two cost options used for analysis:

  o   Maintain the MACWIS system within its current technology infrastructure and invest on-going maintenance to implement any functional enhancements to meet operational requirements
  o   Obtain a new system through an RFP process that allows for:
      a)   Major enhancement of the current MACWIS system with current technologies and functionality that corresponds to the desired technical and functional requirements defined during the

Requirements Analysis Phase – this is essentially a rewrite of the current MACWIS system

b) Transfer of an existing SACWIS system from another state ported to work on a technology environment consistent with the Department's standards and the capabilities of the transferred system, and meeting the technical and functional requirements defined during the Requirements Analysis Phase

c) Development a new system that conforms to the Department's standards, and meets the technical and functional requirements defined during the Requirements Analysis Phase

- The MACWIS system is expensive to maintain for the value that the Department is receiving for it. For the next several years it will cost more than five million dollars per year and is likely to grow more expensive as the technical architecture becomes more obsolete. At the same time, it no longer meets all of the needs of the Department

- Acquisition of a new system will be expensive initially, but will be easier and less expensive to maintain once implemented and will provide benefits that will give the Department a positive return on its investment over time

- Costs for implementation of a MACWIS replacement will be approximately $40 million ($2.7M for planning and $37.3 for development and implementation). This includes staff, office space, equipment, hardware, overhead, and contracts. After implementation, on-going maintenance support will be approximately $3M per year

- Some of the new benefits will start immediately after implementation. Others will take a year after implementation before they begin to accrue. At that point, the Department should receive approximately $5M worth of savings in terms of cost avoidance and increased efficiency. This benefit should increase over time. The system breakeven point should be achieved in the eighth year after implementation

- In a comparison of the costs of maintaining the existing MACWIS system with its benefits to the Department against the costs of replacing it with a new SACWIS system and its expected benefits, makes the replacement option more viable for the current and future needs of the Department. As noted above, there are various options for replacing the existing MACWIS - (1) the transfer an existing system from another state with modifications; (2) develop a new system which may include the use of available COTS components and/or customization of a Framework product; or (3) a major re-development of the current MACWIS system, migrating to current technologies and functionality. Each replacement option will focus on meeting the current technical and functional requirements of the Department.

Mississippi Department of Human Services                    MACWIS
Division of Family and Children's Services              Alternatives Analysis

## 6.4.    Other State Assessment

This section contains the key findings as indicated in the Project Deliverable *__5.2 Assessment of Other States Report.__*  The information presented below summarizes some of the key features and issues noted in our review of the SACWIS implementations in the other states.

- **Web access for authorized system users**.  All of the States reviewed are implementing or have implemented web-based or web-enabled SACWIS systems. This meets the stated requirement for enhanced user access to a comprehensive case-management tool, whether in the office or in the field.  It also provides the potential to integrate other publicly available web-based tools, such as Global Positioning Systems (GPS), and communications tools like e-mail, into a mobile application that enhances the worker's productivity and safety.  Web access entails additional security requirements and functions to protect sensitive data, prevent unauthorized use, and maintain system integrity.  Decisions about the range of user-operated devices that will be allowed and supported play a critical role in defining functionality and ensuring successful implementation.  This is an area where the technology is changing rapidly.

- **Linked modules accessing layered database components**.  Modern SACWIS systems recognize the need for complex, relational database functions to address issues such as identifying each individual child and adult involved in a child welfare case, their relation to other individuals, and their status in real time.  The database components also link individuals and families to investigation information, assessments, court proceedings, services, eligibility, and financial information.  The system uses the database information for case planning, resource matching and referral, supervisory approvals, management review, and a broad variety of reporting functions, as well as other management and administrative functions.

- **Data Clean Up and Conversion.**  A major challenge for all States has been the clean up and conversion of data from legacy systems to populate the new SACWIS with critical data on ongoing cases and relevant historical data. Thorough data clean up prior to conversion, as well as an effective conversion effort, is a requirement to implement a new SACWIS successfully.  While it may be an iterative process, it is not generally an ongoing function of the system once it is up and running and legacy system data have been fully mapped and converted.  However, the failure to perform adequate data clean up in the existing systems, and then to do a comprehensive and accurate job of converting legacy data, will have longstanding ramifications for the success of the new system.

- **Structured work processes with system guidance, prompts, approvals, reminders, ticklers**.  Users enter the relevant information at each stage in a case, from report through case closure, through a series of screens that are based on standard work flows in accordance with State policies and procedures.  As users

Final Project Report                    29
June 06, 2012

enter data, the system provides prompts and error checks to ensure that the information is complete and accurate. Depending on details of the State policies and procedures, court schedules, and other contingencies, the system provides prompts to support timely response by the caseworker, child and family assessments, review and approval by supervisors, reports to the courts, family visits, and a broad range of other activities. The SACWIS should not only document the information and actions taken related to child welfare services, but should provide direct guidance and control over the collection of the information and the performance of these services.

- **Enhanced information storage, management, retrieval, reporting and communications**. In addition to the basic database functions, modern systems also provide advanced features, such as document management for scanned documents, digital photography, digital sound/voice files, data warehouse and data dashboard capabilities, and the ability to produce standardized Federal and State reports as well as ad-hoc reports. Budget constraints, and rapidly changing technology, often limit States' utilization of these advanced features.

- **Effective interface with courts, providers, eligibility, finance**. Each of the States reviewed has developed the required SACWIS interfaces and pursued its own set of optional interface requirements and functions. More detailed information on these interfaces is provided in earlier sections that describe the specific functions implemented by each State (Sections 3.1 and 3.2). Primary challenges in developing and maintaining effective interfaces include perceived or actual legal limitations on information exchange; ongoing changes and developments in the information systems of partner agencies; and the level of collaboration required to match persons, data elements, services, reports and other requirements of the different systems.

- **Accountability to meet State, Federal, court, and project requirements**. Addressing the multiple goals of an effective child welfare case management and reporting system relies on a well-integrated set of functions that work together across the full life cycle of child welfare services. The previously listed functions, including web access, advanced database functionality, workflow tracking, interfaces, and reporting, must be designed to address the State's specific business practices while meeting the various accountability requirements of the stakeholders (those to whom the agency must report). Integrating these capabilities and features into flexible data analysis and reporting supports accountability efforts such as Federal Child and Family Services Reviews, compliance with court consent decrees, State legislative requirements, and the program evaluation components of externally funded program grants. Designed well, the SACWIS can meet all reporting requirements as a natural extension of the information requirements and system functions needed to provide competent case management capabilities for the child welfare staff.

Mississippi Department of Human Services                                                MACWIS
Division of Family and Children's Services                                    Alternatives Analysis

# 7. Title XIX Funding

SACWIS systems have a required interface with Medicaid. Normally this would not be an issue for cost allocation, because the Medicaid Federal financial participation (FFP) match rate is the same as title IV-E. However, as a result of Medicaid system changes which are required under the Affordable Care Act (ACA), changes have occurred which make it advantageous to allocate to title XIX.

There are two aspects to what is commonly called support for the Affordable Care Act. The first of these is a provision for Enhanced Federal Financial Participation for system development under title XIX (Medicaid) of the Social Security Act. The reason enhanced funding has been made available is due to provisions of ACA that have made it necessary to modify the various state MMIS systems. However, it is important to note that while ACA revisions to Medicaid prompted the need for enhanced funding, they are not a requirement to receive the enhanced funding. Any system development project that has an APD with costs allocated to title XIX can claim the enhanced funding if they meet the "Seven Conditions and Standards" listed in the final rule. Enhanced funding for development is 90% and is available until the end of calendar year 2015.

Since the MACWIS replacement system will, at a minimum, require an interface with the Medicaid eligibility system, some portion of the cost of system development should be allocated to title XIX. By including a section in the project management plan on how the Department intends to "support the Affordable Care Act," MDHS should be able to qualify for the enhanced funding. The amount of the funding would be limited to the costs allocated to Medicaid, but it would be a 90% federal match rather than 50%.

The second aspect of "support for the Affordable Care Act," is the cost allocation waiver granted by the Centers for Medicare & Medicaid Services (CMS). This is frequently referred to as the "Tri-Agency Letter," in reference to a joint letter issued by CMS, Administration for Children and Families (ACF), and Food and Nutrition Service (FNS) that announced the waiver. Under the Tri-Agency Letter, any system or component of a system that is developed for an Exchange under ACA may be used by other human service systems without costs being allocated to that benefiting population. For example, if a client portal were built to be used by the Exchange, the same portal could be used by a child welfare system and all of the costs of that portal allocated exclusively to CMS (it would actually have to be allocated among XIX, Children's Health Insurance Program (CHIP), and the Exchange all of which have 90% or better match rate). The system also has to meet the requirements for the enhanced Medicaid funds and there are other terms and conditions. But the main issue with this is that it has to be used by the Exchange and the Exchange has to be in place by the end of 2013.

The Department could take advantage of the Tri-Agency Letter provisions by using some of the system components that will make up your Service Oriented Architecture. Components like the Enterprise Service Bus, a Rules Engine, a Master Data Management System (common client index), and an Interface Broker, could be allocated under this provision, if the Department can work with the Medicaid Agency and agree on standards

Mississippi Department of Human Services                    MACWIS
Division of Family and Children's Services            Alternatives Analysis

and products.  If the same components are used both in the MACWIS replacement and in the Exchange (or alternately the State's interface to the federal Exchange) then CMS will pay for it.  All that will have to be allocated to the Child Welfare System are those customizations specific to that program.

While the plan for this type of activity is what is needed for the APD and can be fairly high level, the actual coordination among DHS, ITS, and DOM will require a level of commitment on all parts and additional effort.

# 8. Recommendations

The section presents lessons learned during the course of this project and recommendations for future projects. Also discussed are business process efforts that the Department may wish to engage as it prepares for the upcoming new MACWIS development effort. The last subsection presents actions that are required in order for the State to move forward with a new MACWIS project.

## 8.1.    Lessons Learned and Recommendations for Future Projects

Overall, the project was able to accomplish the objectives set forth in the RFP and to provide the information that Mississippi will need to continue with the work of creating a new MACWIS. There were many positives that the State brought to the table which contributed to the success of the project. Below are some of these positive elements of the current effort that should be continued in future projects:

- There was significant top-down support for the project. Interest and participation of the executive and senior staff was maintained throughout the project, with assistance and decision making provided when necessary.

- The executive and senior staff demonstrated considerable support and confidence in the decisions made by all participants to the process. The participants were acknowledged and encouraged to present and discuss the issues affecting the functionalities of the system.

- The staff involved in the process were very open and eager to participate. Staff at the county and regional level frequently cleared their schedules when invited to attend requirement development sessions. The staff that did participate in the project were very knowledgeable and forward thinking when new ideas for future automation were presented.

- All staff involved were very willing to discuss issues regarding the existing system and its impact on policy. This openness led to an honest assessment of the issues that should be addressed in the new system.

WRMA makes the following recommendations as guidance for future phases of the MACWIS project. These recommendations are based upon our experience with other projects of this type and are suggestions to help ensure the success in the implementation of the new system.

The Division was very reliant on WRMA's expertise for the development of the functional and technical requirements. The Division as a whole will need to be more

Mississippi Department of Human Services                              MACWIS
Division of Family and Children's Services                    Alternatives Analysis

involved in future system development activities to ensure successful implementation. Future phases of the project will require significant attention to detail requiring in-depth knowledge of the various programs and business practices.

We suggest that the Division create a core team of subject matter experts to the project to assist in the exploration, development and refinement of requirements during the next phases. The core team needs to be allocated 100 percent to the project. The core team should be divided into four categories:

- Policy experts
- Business experts
- Technical experts (using the technology selected)
- Communication experts (to keep all Division and Executive staff aware of status of project)

The Division needs to focus on developing policy and procedure around key elements of system that may be integral to new functions, such as:

- Structure of non-placement resources, including: rate structures/minimum or maximum allowable, duration of services, funding sources, cost allocation between funding sources, contracted vs. non-contracted, etc.
- Structure of security profiles. When asking for more detailed security functionality (page and field level security to view/update), there must be significant upfront planning on how security will work. Although there is currently a security profile mechanism in place, it will change significantly with a new security structure.
- For any fields that are currently captured via narrative for which the Division wishes to have more structured information, there needs to be an effort to develop the elements/data constructs for those fields in advance.


## 8.2.    Prioritized Interim Business Process

Following are prioritized interim business process recommendations to help to prepare for the implementation of a new system.

- Where applicable, the Division needs to re-write their policy to reflect only policy, and not make references to how MACWIS should interact with policy. Policy should reflect how the staff interact with clients, and how those results migrate through the child welfare system (court filings, supervisory actions, etc.), not how MACWIS drives the policy. System instructions should be in user guides or on-line help tutorials or quick reference materials, not as part of policy.

- The Division should consider an effort to clean up current data in MACWIS. There are two major advantages to such an exercise. First, since much of the data in the new system will rely heavily on converted data, the better the data in the legacy system, the better the data in the new system. Secondly, the cleanup will also benefit the current system by ensuring that the data is accurate and provides better data in reports. Examples of data that can be validated include:

- Identifying and merging duplicate persons, resources, and activities,
- Ensuring that placement dates are correct; including no overlapping placements resulting in a child being in multiple placements during the same timeframe,
- Ensuring that custody/placement episodes are correct, and
- Identifying where commonly required data is missing, including items such as: date of birth, gender, race, Hispanic designation, and familial relationships.

- The Division should consider hiring an experienced project manager to lead the DDI phase of the project. The State of Washington was successful using a contracted, professional project manager. The contractor was not the final authority or decision maker, but rather helped guide the state project staff and project in the direction desired by the state. This can provide much needed expertise in project management that may not be available at the state level. This individual could also help mediate many of technical/policy disputes that frequently happen internally within the Division during the development process. This responsibility may be split between a functional and a technical project manager, depending upon the knowledge of the current technical staff in the functionalities of the selected new system platform.

- The Division should also consider engaging an independent Quality Assurance contractor that can provide an independent, unbiased monitoring and evaluation of the project activities and progress.

- Most projects of the scope and complexity of the upcoming MACWIS project encounter numerous modifications to the original contract over the course of the project. The Department should consider creating a Project Management Office (PMO) to help address this ongoing project process. Expertise required to perform this function includes project management, finance, contract modification, industry standard knowledge, etc. to assist in evaluating proposed contract modifications. The PMO can also manage project budgeting and expenses, communications and stake holder participation, and other administrative duties required within the project.

- The project should begin looking at "industry standards" and identify those that will be expected for the new MACWIS. For example, if the new system requires significant new programming efforts (as opposed to a transfer system), what standards should be used for the writing of code? What kinds of standards make sense for system testing? What are the standards for defining levels of "bugs" in the system, and what would be the criteria for fixing those issues? There are a number of these types standards that are traditionally are not considered prior to the project beginning. Development of these will give the Department the capability to evaluate the DDI vendor's proposal in a more comprehensive and knowledgeable manner.

- The Department should begin to explore the interagency relationships needed to develop key interfaces for the new MACWIS.  Agencies frequently use a Memorandum of Understanding (MOU) with the other Divisions and Departments to define the agreement for implementing an interface.  Interfaces often fail to materialize because of a lack of understanding between the two parties prior to attempting to develop the interface.  Included should be such topics as cost to the parties; responsibilities of the parties for programming, testing, implementation; who "owns" which data; the milestones and interim visibility of development and testing results prior to interface testing, etc.

## 8.3.    Prioritized MACWIS Quick Fix Recommendations

WRMA recognizes that the Department is deeply involved in providing better reporting and business changes necessary for Olivia Y. Settlement Agreement reporting and this is requiring a substantial level of effort from both technical and program staff.  In addition, as noted in the other sections of this report, we do not believe that the current MACWIS technology lends itself to easy modification and enhancement.  Therefore, we do not believe that substantial efforts to fix the current MACWIS would be very cost effective.  If the State does determine that certain MACWIS generated reports, documents and/or current ticklers can be modified to be more synchronized with the recent changes in business practices, these modifications could be considered and, perhaps, implemented without major programming efforts.  Otherwise, deploying resources to rectify current issues in the MACWIS application will provide very short term gains.  It is not recommended that the State embark on other significant MACWIS modifications and enhancements, as these will essentially be replaced as soon as the new MACWIS is deployed.

## 8.4.    Course of Action Recommendations

Following are recommendations for the action plan of going forward:

- Mississippi has three viable options for the replacement of MACWIS:

  o  Major enhancement of the current MACWIS system with current technologies and functionality that corresponds to the desired technical and functional requirements defined during the Requirements Analysis Phase – this is essentially a rewrite of the current MACWIS system.

  o  Transfer of an existing SACWIS system from another state ported to work on a technology environment consistent with the Department's standards and the capabilities of the transferred system, and meeting the technical and functional requirements defined during the Requirements Analysis Phase.

  o  Development a new system that conforms to the Department's standards, and meets the technical and functional requirements defined during the

Requirements Analysis Phase by using a human services framework to correspond to the development or replacement of other systems within the Department.

WRMA believes that DHS intends to replace MACWIS as a standalone system; therefore transferring a system is the best alternative. It provides mature system processes and reduces the development risk to the lowest level. However, it is WRMA's additional recommendation that the RFP process allows for all three options, ensuring the Department has the best offers available at this time.

- Develop the Implementation Advanced Planning Document (IAPD) to initiate the request for Federal support to upgrade to or acquire a new MACWIS. This is a major next step which the State may engage on its own or obtain assistance from a qualified vendor to assist. As described in 45 CFR §95.610, the Implementation APD should have six sections, organized and categorized as follows:

  Section A.    Statement of needs and objectives;

  Section B.    Summary of results of the requirements analysis, feasibility study, and alternatives analysis;

  Section C.    Project Management Plan; (description of nature and scope of activities to be undertaken and the methods be used to accomplish the project and personnel resource statement).

  Section D.    Proposed budget;

  Section E.    Prospective cost allocation; and

  Section F     Proposed activity schedule

  In addition, the Implementation APD has two enclosures:

  Tab 1.        Cost/benefit analysis, and

  Tab 2.        Budget detail.

  Note: The current APD Guide has dropped the requirement for a CBA but still lists it as an attachment. Detailed information regarding the requirements for APD related documents can be found at - http://www.acf.hhs.gov/programs/cse/stsys/apd/APD_Guide.pdf

  Although the current project has created major components required for the IAPD (e.g. SACWIS requirements, Cost Benefit Analysis), the additional components of the IAPD will need to be developed and assembled before the IAPD can be submitted for review.

- Formulate a request for state funding contingent on the acquisition of Federal funding and considering the amount and timing of required funding over the next budget cycles.

- Develop a strategy to inform the court monitor of the next phases of this project and how progress will affect their ability to respond to further requests from the monitor.

- Begin work on the development of the procurement strategy and RFP to allow for an open solicitation of the selected replacement option ensuring that the potential vendors are allowed to recommend their best approach. Develop a strategy to ensure that the various replacement options can be rated for best value to the state with price as appropriate, but not disproportionate to other criteria.

- Begin to develop the criteria for evaluation of proposals in response to the RFP. The criteria must include objective measurements to limit the capability of a vendor to protest if not selected for the project, and most importantly so that the State can make an informed decision regarding which proposal provides the best solution at the best price.

- The data within MACWIS is a valuable resource to the Department and should be reviewed in detail to determine strategies to extract, transform, and prepare for loading into the new SACWIS architecture selected. Data conversion is a mini-project in itself in a development project. Any effort the Department expends developing standards, forecasting expectations in the RFP process, and determining the utility of data in text fields will benefit the future DDI project.

- The Department will need to assemble a team of full time DFCS functional, business, communications and technical resources to support the DDI phase of the project. This will require the need to backfill positions supporting current operations.

The **_5.2 Assessment of Other States Report_** contains many lessons learned from project in Georgia, Tennessee, Alabama, Washington, and Oregon. Below are some of the most relevant lessons for Mississippi's planning for the upcoming MACWIS project, including issues that may arise in preparing an RFP and during the course of the project itself. They should be carefully considered as the Department moves forward with its project.

- Specify the requirements and design the system to address known issues (such as identifying when data must be "frozen" and what processes need to be in place to edit data errors while retaining data integrity), and to be flexible enough to deal with emerging issues

- Develop a balanced RFP that is not too generic, yet not overly prescriptive. The goal is assure that the RFP is detailed enough to assure that the Department gets what it needs while open enough to encourage the best possible solutions from vendors.

- Determine a feasible project schedule based on a realistic understanding of the different phases and review/approval processes. Realize up front that major

changes in policy during the project can delay design and implementation and take steps to resolve these issues as far in advance as possible.

- Garner high-level sponsorship so that the entire process has both adequate organizational and financial support throughout the life of the project.

- Establish governance and management roles and appropriate communications so that sufficient user and leadership input is incorporated, necessary decisions can be made in a timely manner, and decisions are communicated effectively to all involved.

- Incorporate adequate change control guidelines and procedures so that only necessary and appropriate changes are requested and that they are fully justified, documented, approved, accomplished, and communicated.

- Determine which interfaces are required, or beneficial, and reach a clear agreement with other stakeholders about specific operational requirements, anticipated changes in other data systems, financial responsibilities, and collaboration.

- 8Invest sufficiently, and early enough in the process, in understanding the need for and feasibility of data conversion and data cleaning – what needs to be converted or cleaned, who will do it, how long will it take, how much will it cost, what can realistically be done electronically and what will require manual entry from paper records.

- Determine the appropriate team composition involving State and vendor staff and take steps to ensure continuity of the teams.

- Conduct a level of impact analysis to identify the many ways that the new system will change operations and procedures, and any policy changes that may also be required.  Assess change readiness to develop plans, communications, and training strategies to make the changeover as smooth as possible, recognizing that there will be significant impacts on interim productivity.

- Plan, prepare, and allocate necessary human, facility, and financial resources for initial and ongoing training on the new system.

- Prepare the facilities, hardware, infrastructure, and support for system implementation and roll-out, recognizing State versus vendor roles and what might cause delays.

- Provide adequate time and resources (human, facilities, etc.) for the different phases of testing (User Acceptance Testing and Pilot Testing) so that all testing can be completed and any issues addressed before the system is accepted.

Mississippi Department of Human Services                                MACWIS
Division of Family and Children's Services                    Alternatives Analysis

- Plan and provide for all necessary user support, operations, and systems
  maintenance through implementation and into system turnover.

Mississippi Department of Human Services                          MACWIS
Division of Family and Children's Services              Alternatives Analysis

## *List of Appendices*

## Appendix – MACWIS Alternatives Analysis System Requirements

Mississippi Department of Human Services                         MACWIS
Division of Family and Children's Services                Alternatives Analysis

This page intentionally left blank.

# Ex. 18A



**STATE OF MISSISSIPPI**
Phil Bryant, GOVERNOR
**DEPARTMENT OF HUMAN SERVICES**
Richard Berry
EXECUTIVE DIRECTOR

October 29, 2012

Joe Bock, Acting Associate Commissioner
Administration for Children and Families
1250 Maryland Avenue, S.W.
Washington, D.C.  20024

Dear Mr. Bock:

The Mississippi Department of Human Services (MDHS), Division of Family & Children's Services, has entered into the planning phase for the Mississippi Automated Child Welfare and Information System (MACWIS). The state wishes to communicate its intentions for the future of MACWIS to ACF.

In June 2012, Walter R. McDonald & Associates (WRMA) completed the MACWIS alternative analysis project. They recommend the pursuing of a 'transfer system' as a solution. The state is now ready to move forward with the next steps.

The recent site visit from the state's ACF analyst, Mark Jazo, on September 18-19, was very productive. Special thanks to Mark for his technical assistance during this visit. We appreciate his continuing assistance and guidance as we move forward.

The state intends to develop a new SACWIS system. However, we are asking for enhanced funding for our continued planning efforts. The MDHS Executive Team supports the development of a new SACWIS as well as the continued funding for planning. The Executive Team has also been working with the legislature to secure funding for both a new system and continued planning efforts.

The state feels that the engagement of a Quality Assurance/ Independent Verification & Validation (QA/IV&V) vendor would be very beneficial for

this project.  They will work with us during the planning stage through the entire design, development and implementation (DDI) of a new SACWIS. The Information Technology Service (ITS) agency for the state has assigned an ITS analyst to guide the Division through the Request for Proposal (RFP) process.

The state is committed to seeing this project through to ensure the outcome is a new and improved MACWIS system constructed with newer technology and improved infrastructure that allows for ease of reporting and navigation. With such initiatives as *Olivia Y* Lawsuit Settlement Agreement, Council on Accreditation (COA), Child & Family Service Review (CFSR) Performance Improvement Plan (PIP), that are outcome-based requiring accurate and reliable data, it is imperative that the state keep its commitment to the SACWIS new system development project to help ensure the safety, permanency and well-being for the unfortunate children in the State of Mississippi.

The state wishes to continue open dialogue discussions with ACF in the interest of ultimately achieving the most efficient use of Federal and State funds for the highest benefit to children and families in need.

Please contact Cindy Greer, Director of Continuous Quality Improvement at (601) 359-4759 or cindy.greer@mdhs.ms.gov should you have questions or need additional information.


Sincerely,

Richard Berry

RB:CG:sh

cc:
Terry Watt, ACF
Mark Jazo, ACF
Ruth Walker, ACF
Deanne Warren, ACF
Harriett Epps, ACF
Carola Pike, ACF
Mark Smith, MDHS DFCS
Cindy Greer, DFCS
Tammy Miller, DFCS
Mike Gallarno, DFCS
Diane Mobley, DFCS
Tim Ragland, MDHS
Cheryl Joiner, MDHS
Earl Walker, MDHS

**Ex. 18B**



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

NOV 3 0 2012

ADMINISTRATION FOR CHILDREN AND FAMILIES
**Administration on Children, Youth and Families**
1250 Maryland Avenue, S.W.
Washington, D.C. 20024

RECEIVED
DEC 0 3 2012
By Program Services

Richard Berry
Executive Director
Department of Human Services
P.O. Box 352
Jackson, MS 39205

Dear Mr. Berry:

This is in response to your letter of 10/29/2012 (ref: MS-2012-10-31-DSS).  Your submission
requests approval of an As Needed Planning Advance Planning Document and the formal
classification of this project as a Statewide Automated Child Welfare Information System
(SACWIS) initiative.

We acknowledge these planning efforts are the preliminary effort to construct a new SACWIS,
which will replace the current child welfare information system.  Therefore, we are able to
approve the State's request to classify this project as a SACWIS initiative.  We will approve
additional funding in accordance with the cost allocation methodology available to a SACWIS
project upon receipt and approval of a revised budget reflecting this reclassification.  The revised
budget should include the cost of your IV&V/QA vendor that will assist in planning efforts
through the implementation of a new SACWIS.

If you have any questions, please contact Mr. Terry Watt, Director, Division of State Systems, at
202-690-8177.

Sincerely,

Joseph J. Bock
Acting Associate Commissioner
Children's Bureau

Reference: MS-2012-10-31-DSS

cc:  Ms. Ruth Walker Regional Program Administrator, Region IV/ACF
     Ms. Mary Jones Regional Fiscal Manager, Region IV/ACF

**Ex. 19**

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| FEBRUARY | | | | | | | | | |
| | 02/02/2012 5:00PM | 02/02/2012 10:00PM | Yes | 5 | | | Core Switch Migration | MACWIS and all desktop applications unavailable. All MIS-hosted websites also unavailable during this time - including DFCS Connection (http://dfcsmacweb/DFCSWEB/), Centralized Intake (www.msabusehotline.mdhs.ms.gov), MACWIS portal system (DFCSWEB and DFCSMACWEB). | |
| | 02/16/2012 approximately 7:00AM | 02/16/2012 9:00AM | No | | 2 | | Servers had to be rebooted | All staff received "service not registered" message when trying to access MACWIS | |
| | 2/26/2012 1:00:00PM | 02/26/2012 10:00PM | Yes | 9 | | | Core Switch Migration | MACWIS and all desktop applications unavailable. All MIS-hosted websites also unavailable during this time - including DFCS Connection (http://dfcsmacweb/DFCSWEB/), Centralized Intake (www.msabusehotline.mdhs.ms.gov), MACWIS portal system (DFCSWEB and DFCSMACWEB). | |
| | 02/29/2012 2:00PM | 03/01/2012 10:00AM | No | | 20 | | Network issues | MACWIS and all desktop applications unavailable. | |
| | FEBRUARY TOTAL DOWN TIME | | | 14 | 22 | 0 | | | |
| MARCH | | | | | | | | | |
| | 03/05/2012 7:00AM | 03/05/2012 8:45AM | No | | | 1.75 | Servers had to be rebooted | Workers received "service not registered" message when trying to access MACWIS | Desmond F. |
| | 03/11/2012 5:00PM | 03/11/2012 9:00PM | Yes | 4 | | | "IPL" issues on Mainframe | MACWIS and all desktop applications unavailable. | |
| | 03/14/2012 7:00AM | 03/14/2012 9:00AM | No | | | 2 | Servers 17/18 down | Limited access to MACWIS | Bill Suthoff/Larry Allen |
| | 03/27/2012 7:00AM | 3/27/2012 10:00:00AM | No | | | 3 | Server 3 (SSL server) down | access to MACWIS unavailable for SO staff, and those who access MACWIS via the web portal (those using laptops, remote access) | Bill Suthoff/Larry Allen |
| | 3/27/2012 1:00:00PM | 03/28/2012 11:00AM | NO | | | 22 | Server 3 (SSL server) down | access to MACWIS unavailable for SO staff, and those who access MACWIS via the web portal (those using laptops, remote access) | Bill Suthoff/Larry Allen |
| | MARCH DOWN TIME | | | 4 | 1.75 | 27 | | | |
| APRIL | | | | | | | | | |
| | 4/9/2012 7:00 | 4/9/2012 8:30AM | NO | | | 1.5 | various, workers receiving "roaming profile" message, server 10 down and rebooted. | sporadic access | Bill Suthoff/Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 4/9/2012 7:00am | 4/9/2012 1:30pm | NO | | | 6.5 | Server 20 (helpdesk database housed) is down and requires a new driver | this should only affect state office staff with access to helpdesk database-mainly MACWIS unit staff | Bill Suthoff/Larry Allen |
| | 4/10/2012 7:00am | 4/10/2012 12:45pm | no | | | 5.75 | MACWIS Test server crashed and incorrect version of database was loaded. Database had to be reloaded with current version of MACWIS | Only MACWIS UNIT staff affected. MACWIS Staff unable to access test database to analyze staff issues. | Bill Suthoff/Larry Allen |
| | 04/12/2012 8:30am | 4/12/2012 4:30:00PM | no | | | 8 | Seven servers down. Users being disconnected from MACWIS. Error messages received stating "citrix Presentation Server Connection Interrupted, Attempting to reconnect…" | sporadic access, MACWIS very slow, locking up. As of 11:00, four servers were back up, three were still down. As of 4:30 pm one server (server #7) was still down. Access and response time was slow, but staff were able to access MACWIS | Bill Suthoff/Larry Allen |
| | 4/24/2012 6:30am | 4/24/2012 10:00:00AM | no | | | 3.5 | five servers down. Application stalls at "loading personal settings". MIS states that some of the components for the test environment are missing, they are unsure how this happened but plan on reloading a backed-up version to the server which should resolve the problem regarding access to the test environment. | appears to be affecting SO staff mainly. Received a few calls from county staff around 9:00 AM and throughout the day, but most field staff have been able to get in. | Bill Suthoff/Larry Allen |
| | 4/24/2012 6:30am | 05/01/2012 3:45pm | no | | | 27 | Server 20 (helpdesk database housed) is down | MACWIS Staff unable to access the TEST environment, which prevents HD staff from being able to work out some heat ticket/user issues, the analysts can't validate reports, and are limited as to what can be done regarding writing requirements for reports and FRDs as access to the test environment is what allows MACWIS staff to navigate the system as a workers/ASWS/RD. MACWIS staff affected only, hours shown for access issue are number of normal business hours for Thursday, Friday and Tuesday (Monday was a holiday) | Bill Suthoff/Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | APRIL DOWN TIME (as of 5/01/2012) | | | 0 | 0 | 52.25 | | | |
| MAY | | | | | | | | | |
| | 5/7/2012 | | no | | | | | | |
| | 05/10/2012 7:00am | 05/10/2012 8:30am | no | | | 1.5 | Servers 2, 16 and 20 needed to be rebooted | Helpdesk staff had difficulty accessing Production or the helpdesk database. No calls were received from the field. Server 20 was up at 8:00, remaining servers by 8:30. | Bill Suthoff, Larry Allen |
| | 5/29/2012 7:00:00AM | 05/29/2012 8:30am | no | | | 1.5 | servers 18, 21 and JCSMFS10 had to be rebooted | Affected Help Desk and South East portion of the state | Bill Suthoff, Larry Allen |
| | 05/31/2012 6:00am | 5/31/2012 10:00 | no | | | 4.5 | four servers down | slow response time across the state. Two servers restored by 8:30, a third by 9:30, all were up by 10am | Bill Suthoff, Larry Allen |
| | MAY DOWNTIME (as of 05/31/2012) | | | 0 | 0 | 7.5 | | | |
| JUNE | | | | | | | | | |
| | 06/05/2012 11:45am | 06/05/12 12:10pm | no | | | 0.5 | power outage in Sunflower county, when power came back staff unable to access MACWIS | Ruleville office in Sunflower county unable to access MACWIS. | |
| | 6/5/2012 2:45:00PM | 06/15/2012 3:00pm | no | | | 0.25 | server 10 had to be rebooted | no calls received regarding issues, MIS noted it was starting to have problems and rebooted server before it went down | Bill Suthoff, Larry Allen |
| | 06/06/2012 8:00am | 06/06/2012 9:00am | no | | | 1 | server 17 and 2 down, had to be rebooted | no calls received regarding issues, MIS notified MACWIS help desk that the servers were down. | Bill Suthoff, Larry Allen |
| | 06/07/2012 7:00am | 06/07/2012 7:45am | no | | | 0.75 | seven servers down, had to be rebooted | MIS notified MACWIS that seven servers were down, at the time there was only 25 people logged into MACWIS. All servers rebooted, no calls regarding not being able to access MACWIS were received by help desk. | Bill Suthoff, Larry Allen |
| | 6/27/2012 8:00 | 06/27/2012 8:00pm | no | | | 12 | end of month and end of fiscal year processes running, 897 users trying to access system as well | slow response time, error messages | |
| | JUNE DOWNTIME | | | 0 | 0 | 14.5 | | | |
| JULY | | | | | | | | | |
| | | | | | | | | | |
| | 7/2/2012 8:00:00AM | 7/2/2012 11:30am | no | | | 3.5 | Server issues | The system has been up and down this morning. By 8:15, Lawrence, E. Bolivar and Clark all called with "can't copy profile" messages. the directory server had to be brought down. Since, still getting profile error and SPHARS calls. Also had to take down 20. | Bill Suthoff, Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 7/30/12 8:00am | 7/30/12 9AM | no | | | 1 | Profile server had to be rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | JULY DOWNTIME | | | 0 | 0 | 4.5 | | | |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| AUGUST | | | | | | | | | |
| | 08/01/2012 10:00am | 08/01/2012 10:30am | no | | | 0.5 | server issues, server had to be rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 08/07/2012 1:00pm | 08/07/12 1:30pm | no | | | 0.5 | server 5 had to be rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/9/2012 7:00 | 8/9/12 8:45am | No | | | 1.5 | Profile server had to be rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/10/12 3:30pm | 8/10/12 5:00pm | no | | | 1.5 | servers 7 and 9 had to be cleaned and rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/14/12 7:00am | 8/16/12 12:00pm | no | | | 52 | The MACWIS SQL Database cluster failed, License Server issues. Servers cleaned for optimized use, as of morning of the 15th still had users unable to access MACWIS, Venture called in for on-site support. | unable to access MACWIS production for some users, slow response time for others. | Bill Suthoff, Larry Allen |
| | 08/22/12 2:00pm | 8/22/12 4:00pm | no | | | 2 | Profile server had to be rebooted | Slow response time, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/24/2012 8:00am | 8/24/12 8:30am | no | | | 0.5 | Servers 1, 2, 6 and 12 were unreachable after weekly reboot. Rebooted all and they came back up in a reachable state.  30 minutes to get all back up. | Slow response time for staff attempting to connect or connected to servers listed, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/24/12 9:45pm | 8/24/12 10:05pm | no | | | 0.25 | in an effort to stabilize server issues uninstalled and reinstalled the RDAC Multipath Driver on JCMSFS10.  It required 2 reboots after both the uninstall and reinstall. | Slow response time for staff attempting to connect or connected to servers listed, staff receiving profile errors | Bill Suthoff, Larry Allen |
| | 8/31/12 6:45am | 8/31/2012 7:55am | no | | | 1.2 | servers down after weekly reboot. | Slow response time for staff attempting to connect or connected to servers listed. Servers 2,3,8,10,11 had to be rebooted. | Bill Suthoff, Larry Allen |
| | 8/31/2012 5:30pm | 8/31/2012 8:30pm | no | | | 2.25 | Server Maintenance, Server 13 | Slow response time for staff attempting to connect or connected to servers listed. Profile and Registry Cleaned | Bill Suthoff, Larry Allen |
| | AUGUST DOWNTIME | | | 0 | 0 | 62.2 | | | |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER | | | | | | | | | |
| NOTE: AS OF SEPT 2012 WEEKLY SUMMARY INFO PROVIDED BY MIS TO MACWIS RE: SERVER ISSUES AND DOWNTIME. | 9/1/2012 8:30am | 9/1/2012 10:00am | no | | | 1.5 | Server Maintenance Servers 5,7,9,11,12,14,15 | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| PRIOR TO SEPT 2012 ONLY ISSUES REPORTED TO HELPDESK WERE DOCUMENTED IN SPREADSHEET | 9/1/2012 10:25am | 9/1/2012 1:15pm | no | | | 2.8 | Server Reboot required, server 17 | Slow response time for staff attempting to connect or connected to server listed | Bill Suthoff, Larry Allen |
| | 9/2/2012 3:25pm | 9/2/2012 4:25pm | no | | | 1 | Server down after weekly reboot, multiple reboot attempts, server 14 | Slow response time for staff attempting to connect or connected to server listed | Bill Suthoff, Larry Allen |
| | 9/4/2012 7:00am | 9/4/2012 7:15am | no | | | 0.25 | Server reboot required, due to Machine Checks, server 6 | staff attempting to connect to that server would receive errors and slow response time | Bill Suthoff, Larry Allen |
| | 9/4/2012 8:30am | 9/4/2012 12:30pm | no | | | 4 | Server Maintenance Server 18, Profile and registry cleaned | staff attempting to connect to that server would receive errors and slow response time. | Bill Suthoff, Larry Allen |
| | 9/7/2012 7:15am | 9/7/2012 11:45am | no | | | 4.5 | Servers down after weekly reboot, servers 12, 2, 5, 11, 6, 7. Possible bad drive, Server Maintenance. Reboots required, Disk check ran and rebooted, profiles and registry cleaned | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/8/2012 4:35pm | 9/8/2012 9:10pm | no | | | 4.6 | Server Maintenance, servers 2, 8, 11, 17,19. Profiles and registry cleaned, servers rebooted | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/9/12 1:30pm | 9/9/12 1:45p | no | | | 0.25 | Server Maintenance, Server 19 rebooted | slow response time for staff attempting to connect or connected to server listed | Bill Suthoff, Larry Allen |
| | 9/10/12 7:30am | 9/10/12 9 8:30am | no | | | 1 | unable to login to servers 20 10 15 | staff attempting to connect to server unable to log in | Bill Suthoff, Larry Allen |
| | 9/10/12 8:00pm | 9/10/12 10:00pm | no | | | 2 | Servers logging users off network. Servers 6 7 12 13. logical disk timing error | Staff connected to server logged off network. | Bill Suthoff, Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 9/11/12 6:30am | 9/10/12 12:00pm | no | | | 5.50 | Servers logging users off network. Servers 12 15 18 0 21 4 6. logical disk timing error | Staff connected to server logged off network. | Bill Suthoff, Larry Allen |
| | 9/12/12 9:30am | 9/12/12 12:30pm | no | | | 3 | Hard drive issues (Ghosting), server 6. Logical Disk Timing error | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/12/12 4:30pm | 9/12/12 5:00pm | no | | | 0.5 | hard drive issues (rebuilding), server 6. Logical Disk Timing error | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/13/12 6:45am | 9/13/12 5:00pm | no | | | 10.25 | Hard drive Issues (rebuilding), servers logins users off, servers 6 7 9 10 15. logical disk timing error, profile and registry cleaned, logical disk space error (reboot required). | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/14/12 6:30am | 9/14/12 1:15pm | no | | | 6.75 | Hard drive issues (rebuilding) Servers down after weekly reboot, servers 1, 5, 6. logical disk timing error, reboot required | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | Report not received from MIS for the week of Sept 17-21, Bill Suthoff was out of the office | | | | | | | | |
| | | | | | | | | | |
| | 9/24/2012 6:45am | 9/24/12 7:15am | no | | | 0.5 | Servers down from weekend reboot. Servers 14 15 16 17 23 | Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/24/12 10:00am | 9/24/12 5:00pm | yes | | | | building new server, server DFCSC24 | No effect on field staff, server not yet in place. | Bill Suthoff, Larry Allen |
| | 9/25/12 7:00am | 9/25/12 5:00pm | yes | | | | building new server, server DFCSC24 | No effect on field staff, server not yet in place. | Bill Suthoff, Larry Allen |
| | 9/25/12 8:00am | 9/25/12 9:00am | no | | | 1 | Server freezing. Server 4 | rebooted server. Slow response time for staff attempting to connect or connected to server listed, error messages | Bill Suthoff, Larry Allen |
| | 9/26/12 7:00am | 9/26/12 8:00am | yes | | | 1 | building new server, server DFCSC24 | build complete. No effect on field staff, server not yet in place. | Bill Suthoff, Larry Allen |
| | 9/27/12 7:00am | 9/27/12 9:15am | no | | | 2.25 | servers down from overnight reboot. Servers 1 2 3 4 5 6 9 10 11 17 21 | rebooted server. Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 9/28/12 7:15am | 9/27/12 8:30am | no | | | 1.25 | servers down from overnight reboot. Servers 1 2 3 4 10 | rebooted server. Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 09/30/12 1:00pm | 9/30/12 1:30pm | no | | | 0.5 | servers down from overnight reboot. Servers 15 17 22 | servers rebooted, Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | SEPTEMBER DOWNTIME | | | 0 | 0 | 54.4 | | | |
| OCTOBER | | | | | | | | | |
| | 10/1/2012 6:00am | 10/1/12 7:15am | no | | | 1.25 | server down from overnight reboot. Server 22 | server rebooted, Slow response time for staff attempting to connect or connected to server listed, error messages | Bill Suthoff, Larry Allen |
| | 10/3/12 8:30pm | 10/3/12 11:30pm | no | | | 3 | profile and registry cleaning. Servers 5 15 17 | cleaned profiles and registry and rebooted servers. Scheduled for after hours so that minimum number of staff affected. Slow response time for staff attempting to connect or connected to servers listed, error messages | Bill Suthoff, Larry Allen |
| | 10/5/12 7:00am | 10/5/12 4:00PM | no | | | | Server Rebuild, server 24 | New server, not yet online, no staff affected by rebuild | Bill Suthoff, Larry Allen |
| | 10/08/12 9:00AM | 10/08/12 9:30AM | no | | | 0.5 | Servers down from weekend reboot, servers 15 and 20 | server rebooted, Slow response time for staff attempting to connect or connected to server listed, error messages | Bill Suthoff, Larry Allen |
| | 10/8/2012 8:00 | 10/8/2012 5:00PM | no | | | | Server Rebuild, server 24 | New server, not yet online, no staff affected by rebuild | Bill Suthoff, Larry Allen |
| | 10/8/2012 10:00 | 10/8/2012 5:00PM | no | | | 7 | Server Rebuild, server 4 | Server rebuilt. Slow response time for staff attempting to connect or connected to server, error messages | Bill Suthoff, Larry Allen |
| | 10/8/2012 10:00 | 10/8/2012 10:30AM | no | | | 0.5 | server down from weekend reboot. Server 15 | slow response time for staff attempting to connect to server, error messages | Bill Suthoff, Larry Allen |
| | 10/9/12 10:30am | 10/9/12 11:00am | no | | | 0.5 | Server down. Server JCMSFS10 | Users unable to log in, server rebooted | Bill Suthoff, Larry Allen |
| | 10/9/12 7:00am | 10/9/12 5:00pm | no | | | | server rebuild, server 24 | New server, not yet online, no staff affected by rebuild | Bill Suthoff, Larry Allen |
| | 10/10/12 6:30am | 10/10/12 5:00pm | no | | | | server rebuild, server 25 | New server, not yet online, no staff affected by rebuild | Bill Suthoff, Larry Allen |
| | 10/10/12 7:00am | 10/10/12 5:00pm | no | | | 10 | server rebuild, server 4 | slow response time for staff attempting to connect to server, error messages | Bill Suthoff, Larry Allen |
| | 10/10/12 7:30am | 10/10/12 10:45am | no | | | 3.25 | Servers down from overnight reboot, servers 2 3 7 14 17 18 | slow response time for staff attempting to connect to servers, error messages | Bill Suthoff, Larry Allen |
| | 10/11/2012 7:00am | 10/11/12 10:00am | no | | | 3 | Servers down from overnight reboot, servers 2 3 8 10 11 12 | slow response time for staff attempting to connect to servers, error messages | Bill Suthoff, Larry Allen |
| | 10/17/2012 7:00am | 10/17/2012 8:30am | no | | | 1.5 | Servers in an unstable state | rebooted servers 5 12 | Bill Suthoff, Larry Allen |
| | 10/19/2012 7:30am | 10/19/2012 3:30pm | no | | | 8 | Server Space Allocation. VM server lost network card | purge registry and profiles, servers 1 2 5 9 10 17 18. ITS added network card for server 42 | Bill Suthoff, Larry Allen |
| | 10/22/2012 8:20am | 10/22/2012 8:45am | no | | | 0.25 | servers down | rebooted servers | Larry Allen |
| | 10/22/2012 2:00pm | 10/22/2012 3:40pm | no | | | 1.5 | servers down | rebooted servers | Larry Allen |
| | 10/22/2012 3:30pm | 10/22/2012 3:45pm | no | | | 0.25 | servers down | rebooted servers | Larry Allen |
| | 10/22/2012 4:00pm | 10/22/2012 4:15pm | no | | | 0.25 | servers down | rebooted servers | Larry Allen |
| | 10/23/2012 2:00pm | 10/23/2012 4:00pm | no | | | 2 | SAN space low on k drive | Extended space 100 gb | Larry Allen |
| | 10/23/2012 4:30pm | 10/23/2012 5:30pm | no | | | 1 | server down, server 14 | rebooted servers | Larry Allen |
| | 10/23/2012 6:30pm | 10/23/2012 9:30pm | no | | | 3 | servers running slow | cleaned servers | Larry Allen |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 10/24/12 8:00am | 10/24/12 12:30pm | no | | | 4.5 | server 14 down, server 10 slow, server 1 dll missing | rebooted servers, replaced missing dll | Larry Allen |
| | 10/25/12 7:45am | 10/25/12 8:00am | no | | | 0.25 | no login on server 2 | recreated LHC restart services | Larry Allen |
| | 10/25/12 7:00am | 10/26/12 7:00am | NO | | 24 | | ITS issues with UPS and IBM SAN. | Several State Agencies affected. All MDHS locations affected, MACWIS and several other applications were down | ITS |
| | 10/26/12 7:00am | 10/26/12 12:00pm | NO | | | 5 | servers 3 and 5 down | recreate LHC, restart IMA services, reboot servers | unsure if issue was  MIS or ITS |
| | 10/26/12 11:45am | 10/26/12 12:00pm | NO | | | 0.25 | dfcsweb,dfcsccsg unavailable log file full on CSG gateway server | rebooted | Larry Allen |
| | 10/27/12 8:00am | 10/27/2012 12:00pm | NO | | 4 | | unknown | MACWIS DOWN, bounced brokers | Larry Allen |
| | 10/28/12 3:00pm | 10/28/12 4:00pm | NO | | 1 | | unknown | MACWIS DOWN, bounced brokers | Larry Allen |
| | 10/29/2012 9:00am | 10/29/12 5:00pm | no | | | 8 | Web Server not communicating with server farm, GW server not communicating with server farm | XML services for STA not working was restarted, server 20 & SG server | Bill Suthoff |
| | 10/30/12 9:00am | 10/30/12 5:00pm | no | | | 8 | Windows Search - IE 8 Problems | Stopped and Disabled Windows Search. Servers 1 2 3 4 5 6 | Bill Suthoff |
| | 10/31/12 9:00am | 10/31/12 5:00pm | no | | | 8 | Windows Search - IE 8 Problems | Stopped and Disabled Windows Search. Servers 7 8 9 10 11 12 13 | Bill Suthoff |
| NOVEMBER | OCTOBER downtime | | | 0 | 29 | 80.75 | | | |
| | 11/1/12 9:00am | 11/1/12 5:00pm | no | | | 8 | Windows Search - IE 8 Problems | Stopped and Disabled Windows Search. Servers 14 15 16 17 18 19 20 | Bill Suthoff |
| | 11/2/2012 9:00am | 11/2/12 5:00pm | no | | | 8 | Windows Search - IE 8 Problems | Stopped and Disabled Windows Search. Servers 9 12 | Bill Suthoff |
| | 11/2/2012 9:00am | 11/2/12 10:30am | no | | | 1.5 | Server not allowing login | Restart IMA, SMA & WMI Services & Reboot. Servers 4 5 9 12 | Bill Suthoff |
| | 11/2/2012 9:30am | 11/2/12 9:45am | NO | | | 0.25 | Server Network interface disabled | Reenabled NIC. Server 9 | Bill Suthoff |
| | 11/5/2012 7:00am | 11/5/12 7:45am | NO | | | 0.25 | Server down from weekend boot | Restart IMA, SMA & WMI Services & Reboot. Server 20 | Bill Suthoff |
| | 11/5/12 8:00am | 11/5/12 12:00pm | NO | | | 2 | server issues | users unable to log in. Cleaned registry and profiles. Server 17 | Bill Suthoff |
| | 11/5/12 11:00am | 11/5/12 2:00pm | NO | | | 2 | server issues | users unable to log in. Cleaned registry and profiles. Server 7 | Bill Suthoff |
| | 11/6/12 6:30am | 11/6/12 6:45am | NO | | | 0.25 | hardware malfunction | shutdown server and restarted | Bill Suthoff |
| | 11/8/12 9:00am | 11/8/12 10:30am | NO | | | 1.5 | server issues | users unable to log in. Cleaned registry and profiles. Server 7 | Bill Suthoff |
| | 11/9/2012 7:00am | 11/9/12 7:15am | NO | | | 0.25 | servers down from overnight reboot | users unable to log in. rebooted servers 4 9 11 | Bill Suthoff |
| | 11/12/12 9:00am | 11/12/2012 9:45 | NO | | | 0.45 | servers down from weekend boot | rebooted servers 13 18 22, slow response time for staff attempting to connect to servers, error messages | Bill Suthoff |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 11/14/12 9:00am | 11/14/12 12:00pm | no | | | 3 | Server Space Issues | Cleaned profiles, server 11, slow response time for staff attempting to connect to server, error messages | Bill Suthoff |
| | 11/15/12 7:15am | 11/15/12 1:00pm | NO | | | 4.25 | Server Space Issues | Cleaned registry and profiles, servers 5 12. slow response time for staff attempting to connect to servers, error messages | Bill Suthoff |
| | 11/15/12 2:00pm | 11/15/12 5:00pm | NO | | | 3 | URL issues | disconnected users from server and rebooted server 15, slow response time for staff attempting to connect to server | Bill Suthoff |
| | 11/16/12 7:30am | 11/1612 9:30am | NO | | | 2 | servers down from overnight reboot | rebooted servers 1 2 4 7, slow response time for staff attempting to connect to servers, error messages | Bill Suthoff |
| | 11/19/12 7:30am | 11/19/12 3:30pm | NO | | | 8 | Citrix servers low on disk space | deleted profiles. slow response time for staff attempting to connect to servers, error | Larry Allen |
| | 11/20/12 7:30pm | 11/20/12 2:30pm | NO | | | 7 | four servers out of disk space | deleted profiles. slow response time for staff attempting to connect to servers, error messages | Larry Allen |
| | 11/20/12 2:45pm | 11/20/12 4:30pm | NO | | | 1.75 | Server 24 crashed | build server. slow response time for staff attempting to connect to server, error messages | Larry Allen |
| | 11/21/12 7:30am | 11/21/12 12:30pm | NO | | | 5 | Two servers infected with virus | clean virus from servers 6 17. slow response time for staff attempting to connect to servers, error messages | Larry Allen |
| | 11/26/12 6:30am | 11/26/12 7:45am | NO | | | 1.25 | servers down from weekend boot | rebooted servers 2 4 5 12 17. slow response time for staff attempting to connect to servers, error messages | Bill Suthoff |
| | 11/27/12 8:00am | 11/27/12 5:00pm | NO | | | 9 | virus removal | server 6. removed virus and rebooted. Slow response time for staff attempting to access server. Error messages | Bill Suthoff |
| | 11/28/12 6:45am | 11/28/12 8:00am | NO | | | 1.25 | slow response time | rebooted servers 1 2 17 22. Slow response time for staff attempting to access server. Error messages | Bill Suthoff |
| | 11/29/12 7:00pm | 11/29/2012 9:30pm | NO | | | 2.5 | Lost connection to Datastore | recreated connection to Datastore for servers 2 9 11 14 17 18 22 24 25 26 CRS. Slow response time for staff attempting to access server. Error messages | Bill Suthoff |
| | 11/30/12 6:45am | 11/30/12 5:00pm | NO | | | 10.25 | virus removal and server low on disk space | removed virus and rebooted, cleaned registry and profiles on servers 6 9 12 18 26. Slow response time for staff attempting to access server. Error messages | Bill Suthoff |
| | NOVEMBER DOWNTIME | | | 0 | 0 | 82.7 | | | |
| DECEMBER | | | | | | | | | |
| | 12/01/12 12:00AM | 12/01/12 1:00AM | yes | 1 | | | Implementation of FSP. Program moves and file changes | MACWIS unavailable | MIS |

## MACWIS DOWN TIME TRACKING
## 2012

DEFINITIONS:
PLANNED DOWNTIME- an event scheduled by MIS, notice to staff given of dates/times/length of expected unavailability. All users affected.
UNPLANNED DOWNTIME-an unscheduled event that affects all users ability to access MACWIS.
UNPLANNED LIMITED ACCESS-an unscheduled even that does not affect all users. Access may be sporadic, response time slow.

| MONTH | Downtime Begin/Reported date/time | Downtime end date/time | Planned Event? | Approximate PLANNED Downtime (in hours) | Approximate UNPLANNED Downtime (in hours) | Approximate UNPLANNED LIMITED ACCESS (in hours) | Reason | Result | MIS Contact person/Responsible Party |
|---|---|---|---|---|---|---|---|---|---|
| | 12/01/12 3:00PM | 12/01/12 5:00PM | yes | 2 | | | Implementation of FSP. deployment of the Executable for Windows | MACWIS unavailable | MIS |
| | December downtime as of 12/01/12 | | | 3 | 0 | 0 | | | |
| | | | | | | | | | |
| | down-time totals from 02/01/2012-11/30/2012 | | | 21 | 52.75 | 385.8 | | | |

**Ex. 20**



# Mississippi Department of Human Services

**Citrix® XenApp™ Infrastructure Assessment**

May18th, 2012

Prepared by:
Miguel Contreras
Senior Consultant
Citrix Systems, Inc.

Jeremy Jeffery
Consultant
Citrix Systems, Inc.



## Revision History

| Revision | Change Description | Updated By | Date |
|---|---|---|---|
| 0.1 | Document created | Miguel Contreras | 05/07/12 |
| 0.2 | Content added | Miguel Contreras | 05/09/12 |
| 0.3 | Content added | Miguel Contreras Jeremy Jeffery | 05/10/12 |
| 0.4 | Content revised | Miguel Contreras | 05/11/12 |
| 0.5 | Document QA | Chris Straight | 05/16/12 |
| 0.6 | Content revised | Miguel Contreras | 05/18/12 |
| 1.0 | Final version | Miguel Contreras | 05/18/12 |

# Table of Contents

**1. Executive Summary** ................................................................. **1**
   1.1 Key Project Findings ............................................................. 1
   1.2 Next Steps ............................................................................ 2
      1.2.1 Short-Term Activities .................................................. 2
      1.2.2 Mid/Long-Term Activities ............................................ 2
**2. Document Overview** ............................................................... **4**
   2.1 Topics of Discussion ........................................................... 4
   2.2 Section Scoring .................................................................... 4
   2.3 Client Resources .................................................................. 5
   2.4 Citrix Systems, Inc. Resources ........................................... 5

**USERS AND DEVICES** ............................................................... **6**
**3. Users and Devices** ................................................................ **7**
   3.1 Ratings ................................................................................. 7
   3.2 Users .................................................................................... 7
      3.2.1 User Types .................................................................. 7
      3.2.2 User Count .................................................................. 7
      3.2.3 Logon Frequency and Peak Usage .............................. 7
      3.2.4 Addition/Removal of Users .......................................... 7
      3.2.5 User Authentication ..................................................... 7
      3.2.6 User Permissions ........................................................ 7
      3.2.7 User Issues ................................................................. 7
      3.2.8 Client Operating System(s) and Citrix Client Versions .. 8
   3.3 Strengths ............................................................................. 8
   3.4 Risks and Recommendations ............................................... 8

**APPLICATIONS** ....................................................................... **9**
**4. Application Characteristics** ................................................. **10**
   4.1 Ratings ............................................................................... 10
   4.2 Current Environment .......................................................... 10
      4.2.1 Applications Accessed from XenApp ......................... 10
      4.2.2 Unique Application-Specific Requirements ................. 10
      4.2.3 Published Application Properties ................................ 10
   4.3 Strengths ........................................................................... 10
   4.4 Risks and Recommendations ............................................. 10
**5. Application Testing and Installation** .................................. **12**
   5.1 Ratings ............................................................................... 12
   5.2 Current Environment .......................................................... 12
      5.2.1 Test Environment ...................................................... 12
      5.2.2 Application Update Process ....................................... 12
   5.3 Strengths ........................................................................... 12
   5.4 Risks and Recommendations ............................................. 12

**APPLICATION PRESENTATION** ............................................. **13**
**6. Application Access** ............................................................. **14**
   6.1 Ratings ............................................................................... 14
   6.2 Current Environment .......................................................... 14
      6.2.1 Farm Access .............................................................. 14
      6.2.2 Citrix Secure Gateway 3.1 ......................................... 14

6.2.3   Web Interface ........................................................................................................14
6.3    Strengths ........................................................................................................14
6.4    Risks and Recommendations ........................................................................15

**7.    XenApp Farm** ...................................................................................... **16**
7.1    Ratings .............................................................................................................16
7.2    Current Environment ......................................................................................16
7.2.1   XenApp Farm Configuration .................................................................16
7.2.2   Zone Data Collector Configuration .......................................................16
7.2.3   Farm Policies .........................................................................................16
7.2.4   Load Evaluators ....................................................................................16
7.3    Strengths ........................................................................................................17
7.4    Risks and Recommendations ........................................................................17

**INFRASTRUCTURE** ............................................................................... **21**

**8.    Citrix Licensing and Administrative Consoles** ........................... **22**
8.1    Ratings .............................................................................................................22
8.2    Current Environment ......................................................................................22
8.2.1   Licensing ................................................................................................22
8.2.2   Consoles .................................................................................................22
8.3    Strengths ........................................................................................................22
8.4    Risks and Recommendations ........................................................................22

**9.    Databases** ............................................................................................ **23**
9.1    Ratings .............................................................................................................23
9.2    Current Environment ......................................................................................23
9.2.1   Citrix-Related Databases .......................................................................23
9.2.2   Application Databases ...........................................................................23
9.3    Strengths ........................................................................................................23
9.4    Risks and Recommendations ........................................................................23

**10.   Windows Server and Active Directory** ......................................... **24**
10.1   Ratings .............................................................................................................24
10.2   Current Environment ......................................................................................24
10.2.1  Operating System Configuration ...........................................................24
10.2.2  Remote Desktop and Terminal Services Licensing ..............................24
10.2.3  Server Build Process and Documentation .............................................24
10.2.4  Active Directory Structure and Group Policies .....................................24
10.2.5  Logon Scripts ........................................................................................25
10.2.6  User Profiles ..........................................................................................25
10.3   Strengths ........................................................................................................25
10.4   Risks and Recommendations ........................................................................25

**11.   Network Architecture** ..................................................................... **28**
11.1   Ratings .............................................................................................................28
11.2   Current Environment ......................................................................................28
11.2.1  Network Design .....................................................................................28
11.2.2  Bandwidth Availability ..........................................................................28
11.2.3  Network Latency ...................................................................................28
11.2.4  Citrix-Related TCP Ports ......................................................................28
11.2.5  WINS and DNS Name Resolution .........................................................29
11.3   Strengths ........................................................................................................29
11.4   Risks and Recommendations ........................................................................29

**12.   Storage** ................................................................................................ **30**
12.1   Ratings .............................................................................................................30
12.2   Current Environment ......................................................................................30
12.2.1  Storage Mechanism ..............................................................................30
12.3   Strengths ........................................................................................................30
12.4   Risks and Recommendations ........................................................................30

**13.    Server Hardware and Provisioning ................................................................. 32**

 13.1    Ratings ............................................................................................................. 32

 13.2    Current Environment ........................................................................................ 32

  13.2.1    Hardware Configuration ..................................................................................... 32

  13.2.2    Server Utilization ................................................................................................ 32

  13.2.3    Hardware Maintenance Contract ....................................................................... 32

  13.2.4    Server Provisioning Overview ............................................................................ 32

 13.3    Strengths ......................................................................................................... 32

 13.4    Risks and Recommendations .......................................................................... 32

**OPERATIONS ................................................................................................... 34**

**14.    Security ............................................................................................................. 35**

 14.1    Ratings ............................................................................................................. 35

 14.2    Current Environment ........................................................................................ 35

  14.2.1    Administrators and Permissions ........................................................................ 35

  14.2.2    General Security Considerations ........................................................................ 35

  14.2.3    Logging and Auditing ......................................................................................... 35

  14.2.4    Access to User Peripherals and Physical Ports ................................................. 35

  14.2.5    Session Time-Outs ............................................................................................. 35

  14.2.6    Antivirus Software .............................................................................................. 35

 14.3    Strengths ......................................................................................................... 35

 14.4    Risks and Recommendations .......................................................................... 36

**APPENDIX ......................................................................................................... 37**

**15.    Appendix A:  Additional XenApp optimizations ........................................... 38**

 15.1    Disable Visual Effects ...................................................................................... 38

 15.2    Terminal Services Full Security ....................................................................... 38

 15.3    Remove Unnecessary Startup Programs ........................................................ 39

 15.4    System Cache .................................................................................................. 39

 15.5    TCPMaxDataRetransmissions ........................................................................ 40

 15.6    Suppressing System Hard Error Messages ..................................................... 40

 15.7    Disable NTFS Last Access Update ................................................................. 40

 15.8    Disable Paging Executive ................................................................................ 40

 15.9    Disable Print Spooler Warning Events ............................................................ 41

 15.10    Disable Print Spooler Notification ................................................................... 41

 15.11    Enable Auto End Tasks .................................................................................... 41

 15.12    Decrease Menu Show Delay ........................................................................... 41

 15.13    Increase Cursor Blink Rate .............................................................................. 41

## 1. Executive Summary

Mississippi Department of Human Services (MDHS) is currently operating a XenApp 5 farm to publish applications to its users. This environment is currently facing some stability issues so MDHS engaged Citrix Consulting to perform an assessment of this environment.

As part of this initiative, Citrix performed an assessment of Mississippi Department of Human Services 's technical environment and applications to determine risk areas, identify opportunities for improvement and provide recommendations in regards to implementation of best practices and other settings that will help stabilize the environment.

This document represents the **XenApp Infrastructure Assessment** deliverable.

## 1.1 Key Project Findings

The assessment of MDHS' environment was performed the week of May 7th, 2012, and the following represent the key findings:

- **Environment access strategy.** Most users at MDHS access published applications and desktops via Citrix Program Neighborhood. This Citrix client is outdated and unsupported. Additionally, connecting via Program Neighborhood files does not allow session roaming, which is a key feature that MDHS should leverage to improve user experience, potentially alleviate profile corruption issues (based on MDHS' specific use case), and limit number of open sessions.

- **Profile management.** Profiles are MDHS' primary concern. Basic roaming profile configurations have been implemented; however, there are additional configurations that could enhance profile management and performance in the environment. Since the foundation for a proper configuration is in place, applying the additional settings will not require significant effort.
  **Single point of failure.** MDHS leverages a single Citrix Web Interface server. Should this server become unavailable, no users would be able to access the environment remotely, and those who depend on Web Interface for internal access would not be able to access published resources either.

- **Zone Data Collectors and XML Brokers.** MDHS has no dedicated ZDC or XML brokers in the environment. These two roles are crucial in a XenApp farm as they are the ones responsible for managing the farm and responding to users' requests for published resources. At the moment these roles are being satisfied by application servers that are overloaded with user sessions, which is a risk as it may result in farm instability and long application enumeration times.

- **Application issues.** MDHS's two main applications, MACWIS and MyCids, are setup in a way that can potentially cause performance problems. MACWIS uses an Access database file stored in each user's profile. This file can be several megabytes in size, which presents a risk as this file has to be copied to the server every time a user logs in, thus creating longer delays upon logon the bigger it gets. MyCidsuses a central database. This databaseis located in a different datacenter than the XenApp servers hosting the application. This is a potential performance issue as accessing/entering data across the WAN tends to lead to poor performance due to WAN links not being able to provide the performance needed.

- **Printing issues.** MDHS has reported sporadic printing issues that are likely caused by the way printers are being provided to users within XenApp sessions. Printers are currently being mapped directly to XenApp servers, causing raw printing traffic to be sent across WAN links, which tends to cause performance issues. In order to alleviate printing issues in this type of scenarios, it is recommended that printing traffic be encapsulated inside ICA (Citrix traffic), which is compressed and optimized.

## 1.2   Next Steps

Based on the findings of the assessment, Citrix recommends that MDHS take the following short- and long-term next steps to improve the environment.  Short-term activities should be performed within a month, while long-term activities should be addressed within 1 – 12months.

### 1.2.1   Short-Term Activities

- **Review deliverable.**  Review and accept this document.

- **Profile management.**  Redirect Application Data, Desktop, Start Menu, and My Documents.  Additionally, exclude any folders that do not need to persist from session to session.  Doing this will reduce the amount of data that needs to be copied locally to the servers upon logon and reduce the amount of data that needs to be synchronized to the user profile folder, thus reducing the size of user profiles.  In order to ensure proper handling of profiles upon user logoff on Windows Server 2003, UPHclean should be installed.

- **ZDCs and XML Brokers.**  MDHS should dedicate two servers to function as theZDCs and the XML brokers for the farm.   These servers should not host any applications and should be configured as the farm servers within the Program Neighborhood files, Web Interface site, and as STA servers in Secure Gateway and Web Interface.

- **Optimizations.**  MDHS should implement optimizations in the form of XenApp policies, GPOs, antivirus configuration, etc.  These optimizations are detailed within the document.  These optimizations will enhance the performance of the environment by reducing bandwidth requirements, improving file server communication, reducing profile sizes, etc.

- **Hotfix level.**  It is highly recommended that MDHS install the latest XenApp hotfixes on the XenApp servers.  These include a number of fixes that make the system more reliable and stable.

- **Load evaluators.**  It is recommended that MDHS implement custom load evaluators focused on memory and CPU utilization so that servers do not become overloaded due to hosting more users than they can actually support.

### 1.2.2   Mid/Long-Term Activities

- **Citrix client upgrade and access strategy.**  MDHS should consider upgrading the Citrix client in use in the environment and stop using Program Neighborhood in order to enhance the user experience, ease management, and enable the use of newer features available in XenApp 5 for Windows 2003 that are not supported by clients older than version 11.2.  Please note that Citrix only support two major revisions of the client at any given time.  As of the time of writing, versions 12.x and 13.x are supported.

- **Profile strategy.**  It is recommended that MDHS consider implementing Citrix Profile Management in order to improve the management of user profiles in the environment.  MDHS is licensed for it, so no additional cost will be incurred..

- **Citrix NetScaler.**  It is highly recommended that MDHS consider upgrading its Secure Gateway to a NetScaler.  The NetScaler is a hardware appliance that includes Access Gateway Enterprise Edition, as well as load balancing capabilities that will allow the load balancing of two or more Web Interface servers in order to avoid a single point of failure.

- **Web Interface redundancy.**  In order to provide the most reliable environment possible, it is important to avoid single points of failure.  Therefore, it is highly

recommended that MDHS add a second Web Interface server and load balance the two servers.  As of the time of writing MDHS has no load balancing capabilities; therefore, Citrix NetScaler should be considered.

- **Environment re-design and re-build.**  As MDHS works towards migrating resources to the ITS datacenter, a new XenApp environment should be designed and built instead of replicating the existing one.  The existing environment was designed for a much smaller number of users and is not capable of satisfying MDHS' current business or technical requirements.  The migration is a great opportunity for MDHS to revisit the design of the environment and build it to meet its needs.  Citrix Consulting provides these services should MDHS need assistance.

## 2.  Document Overview

### 2.1   Topics of Discussion

Various components of an infrastructure impact the readiness of the environment.  Citrix Systems, Inc.targeted the following areasof Mississippi Department of Human Services's environment for review as part of this Assessment:

| Section | Topics Covered |
|---|---|
| Executive Summary and Document Overview | Project overview, business drivers, project phase, and key findings, as well as short-term and long-term recommendations. |
| Users and Devices | This section discusses the user habits and issues, as well as the physical devices that are used for access within the environment. |
| Applications | This section discusses the various applications that comprise the application delivery infrastructure, including characteristics of those applications and the processes that occur prior to an application being put into production. |
| Application Presentation | This section discusses how applications are made available to users, including Web Interface, XenApp, and other Platinum components. |
| Infrastructure | This section discusses the peripheral infrastructure that impacts application delivery, including the network, Active Directory structure, licensing, hardware, and databases. |
| Operations | This section discusses the ongoing operations, including systems monitoring, change control, disaster planning, and security. |

### 2.2   Section Scoring

Each component listed in the above section is given a rating based on how the current environment compares with the ideal implementation and strategic goals.  The ratings used are as follows:

| Readiness | Description |
|---|---|
| High | The environment and related processes adequately or fully address existing requirements and reflect Citrix best practices.  Any risk items that fall short pose little to no risk to the day-to-day operations and the future growth. |
| Medium-High | Most of the criteria reflect Citrix best practices, and/or near-term plans are in place to address risk items.  Those items currently not aligned with best practices do not pose an immediate or severe risk to the environment. |
| Medium | Some items in the section are in line with existing requirements or Citrix best practices, and/or plans exist to address them in the near future. |
| Medium-Low | Some items in the section are in line with existing requirements or Citrix best practices, but many are not.  Key requirements within a section require |

| | attention. |
|---|---|
| Low | Current processes or infrastructure do not align with existing requirements or Citrix best practices, or do not exist at all.  Sections marked as low require immediate consideration. |

## 2.3   Client Resources

Citrix would like this opportunity to thank the following individuals that participated in discussions with the Consulting team and facilitated the engagement:

| Name | E-Mail |
|---|---|
| Barry Bounds | Barry.Bounds@mdhs.ms.gov |
| Bill Suthoff | Bill.Suthoff@mdhs.ms.gov |
| Cheryl Joiner | Cheryl.Joiner@mdhs.ms.gov |
| Mike Bullard | Mike.Bullard@mdhs.ms.gov |

## 2.4   Citrix Systems, Inc. Resources

The following Citrix Systems, Inc.associates contributed to this project:

| Citrix Systems, Inc. | |
|---|---|
| **Miguel Contreras**<br>Senior Consultant<br>851 West Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>Mobile: 561.206.4408<br>Miguel.Contreras@citrix.com | **Jeremy Jeffery**<br>Consultant<br>851 West Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>Mobile: 740.297.6850<br>Jeremy.Jeffery@citrix.com |

# Users and Devices

## 3.  Users and Devices

### 3.1  Ratings

| Readiness of Current Environment | Medium-High |
|---|---|

### 3.2  Users

#### 3.2.1  User Types

| User Type | Primary Location | Comments |
|---|---|---|
| XenApp users | Remote locations | All users with access to the XenApp environment are treated equally as they all have the same requirements. |

#### 3.2.2  User Count

There are approximately 1,000 users with access to the XenApp environment, and approximately 800 concurrent users on average during business hours.  MDHS would like to expand the use of XenApp in the future so that morepeople in the organization can leverage the technology.

#### 3.2.3  Logon Frequency and Peak Usage

Peak logon times in the environment are occur at the beginning of the work day and usage remains consistent throughout the day until the end of business day.

#### 3.2.4  Addition/Removal of Users

In order to gain access to published resources, users are added to either the State Office Users or the Blade Center Users Active Directory groups  depending on where they are located.

#### 3.2.5  User Authentication

| Location | Authentication |
|---|---|
| Wyse V90 thin clients | Thin client users authenticate via Program Neighborhood.  Some users may choose to launch applications via Web Interface as well; in this case, they are authenticated by Web Interface. |
| Windows PCs | Windows PCs users access applications via Web Interface, so they authenticate at the Web Interface logon page through their browser. |

#### 3.2.6  User Permissions

Most users of this environment use thin clients, which are write protected, meaning changes are not persistent.  Users with regular workstations have power user rights.

#### 3.2.7  User Issues

The main issue affecting XenApp users at MDHS is slow logons.  Other issues reported by the IT team include profile bloat, printer permissions, poor printing performance, and users launching multiple sessions.  All these contribute to overall poor user experience.

### 3.2.8   Client Operating System(s) and Citrix Client Versions

All MDHS devices are Windows based.  Thin clients run Windows XP embedded and most workstations run Windows XP SP3.  There is a small number of workstations that run Windows 7.

The version of the Citrix client varies in the environment.  Thin clients have the Online plug-in v11.0 or earlier, while workstations have versions up to 12.3.

## 3.3   Strengths

- **Program Neighborhood Configuration.**  All Program Neighborhood connection files have multiple XML brokers listed, which provides redundancy by listing backup servers to send requests to in case any of them fail.

## 3.4   Risks and Recommendations

- **Program Neighborhood.**  It is highly recommended that MDHS consider moving from Program Neighborhood to a newer Citrix plug-in, as Program Neighborhood is no longer supported.  Leveraging a newer Plug-in will also eliminate the need to maintain the custom Program Neighborhood connection files, as well as allow MDHS to leverage session roaming (a.k.a., workspace control), and prepare MDHS to be able to leverage Citrix Receiver and CloudGateway in the future.

- **Citrix plug-in version.**  It is highly recommended that the version of the Citrix plug-in in use throughout MDHS be standardized.  Different versions of the plug-in can lead to different behaviors, thus different user experiences, making it hard to troubleshoot issues.  Also, any of the newer features and enhancements available with Presentation Server 4.5 are not supported with older versions of the client; therefore MDHS should consider upgrading to Citrix Online plug-in 12.3 or higher.

# Applications

## 4.  Application Characteristics

### 4.1  Ratings

| Readiness of Current Environment | Medium |
|---|---|

### 4.2  Current Environment

#### 4.2.1  Applications Accessed from XenApp

MDHS' application environment consists of six published applications, which are accessed both internally and externally.  However, most users do not access these applications directly; rather they access the server desktop and then launch the applications from within the desktop.  The most heavily utilized application is MACWIS (Mississippi Automated Child Welfare Information System).  Other applications include Microsoft Word, Excel, PowerPoint, Internet Explorer and MyCids (Mississippi Youth Court Information Delivery System).  Approximately 850 users access the environment at any given point in time.

#### 4.2.2  Unique Application-Specific Requirements

MACWIS and MyCids are both applications that were developed internally.  The MACWIS component that runs on the Citrix servers is a client.  The server component of the MACWIS application runs on the profile servers.  MACWIS leverages an internal mainframe database (ADABASE) and utilizes several DLLs and files specific to the Windows Server 2003 32-bit environment.  This application has been tested on Windows Server 2008 64-bit and does not function properly.  MyCids is an application that was developed by the Mississippi Supreme Court team.  MyCids' client piece is housed in the MDHS datacenter while the data for the application resides in the Supreme Court datacenter.

#### 4.2.3  Published Application Properties

All published applications in the XenApp environment are configured with identical application properties.  MDHS has standardized on 1024x768, True Color (24 bit), and basic encryption for all of its applications.  This consistency across these applications ensures that session sharing can be used when launching the applications via the web interface.

### 4.3  Strengths

- **Session Sharing.**  All of the applications in the environment have been published with the same properties, ensuring that session sharing takes place.  Session sharing improves end-user experience by speeding up the application launch process as users do not have to be authenticated on another server.

- **No Single Point of Failure for Applications.**  All applications and Desktops are published to all 21 servers.  This ensures that all applications will be accessible should a XenApp server become unavailable.

### 4.4  Risks and Recommendations

- **Custom Applications.**  The MACWIS and MyCids applications are both developed internally and use a legacy database system.  This ADABASE database is non-relational and is not efficient in its transactions.  MACWIS also requires significant profile configurations that require data (code tables) to be downloaded each time a user logs on to a Presentation Server.  MDHS may be able to significantly improve MACWIS and its performance by modifying the application to have a "code table" access database per server instead of per

user.  This would eliminate the requirement to download the entire table to the server for once for every user that logs on.

- **Separate Datacenters**.  The MyCids application is housed in the MDHS datacenter while its data is housed in the Supreme Court building a few blocks away from the MDHS datacenter. This can pose a few risks.  If this link is not fast enough, data may take a long time to load, or if this link has no redundancy and it is severed, users may lose their ability to access the system.  The Citrix team inquired about these links and no answer was provided.  MDHS should investigate this matter in order to determine risks and plan accordingly.

## 5.  Application Testing and Installation

### 5.1  Ratings

| Readiness of Current Environment | Medium-Low |
|---|---|

### 5.2  Current Environment

#### 5.2.1  Test Environment

MDHS has one Presentation Server 4.5 server allotted for test purposes.  This server, DFCSC20, sits in the same farm and zone as all other XenApp servers within this environment.  The application team, headed by Cheryl Joiner, handles all of the testing of applications.

#### 5.2.2  Application Update Process

Applications within the Citrix environment are updated on an as needed basis.  The applications are installed on a build computer and tested from a software functionality standpoint only.  This build computer is not a Citrix server and is not in the Citrix farm.  The MACWIS application is updated most often at around once a quarter.  When this application is updated, it is updated manually on the 3 profile servers, as the clients do not need to be changed.

### 5.3  Strengths

- **Test Environment Configuration.**  A single test server is leveraged in the environment within the same farm as the production environment.

### 5.4  Risks and Recommendations

- **Test Environment Configuration.**  MDHS should create a separate test environment.  The servers in the test environment should be configured with identical specs as those in production environment.  Having a test server in a production farm can be a potential risk factor.  Any updates, installations and modifications may cause instability within the environment due to different hotfix levels, accidental data store corruption, etc.  By creating a separate test environment, MDHS will ensure that testing will reflect actual performance in production, that hardware testing can take place instead of only software testing, and will provide the capability of testing larger farm-wide changes in an environment that will not affect users.

- **Application Testing for Future Platforms.**  As MDHS continues to evaluate upgrading its environment to the latest platform, thorough application testing should be conducted to ensure server compatibility.  XenApp 6.5 is hosted on Windows Server 2008 R2, so MDHS must have an understanding of which applications are compatible on this version of XenApp.

- **Manual Application Install Process.**  MDHS would benefit from creating an automated process for application installation on the Citrix Server farm.  This would ensure consistency across the servers and allow installs to be completed more quickly.

# Application Presentation

## 6.  Application Access

### 6.1  Ratings

| Readiness of Current Environment | Medium-Low |
|---|---|

### 6.2  Current Environment

#### 6.2.1  Farm Access

The majority of internal users access their resources via the Program Neighborhood icons on their desktop.  Other internal users navigate directly to the Web Interface site and launch applications from there.  MDHS provides its users with both internal and external access (secured through Citrix Secure Gateway) to the Citrix environment.  In both scenarios, users navigate to http://dfcsweb.mdhs.state.ms.us/ and click on DFCS Employees Login to log into the environment.  Split DNS allows MDHS to send internal users to an internal address while sending external users to a public address.

#### 6.2.2  Citrix Secure Gateway 3.1

Citrix Secure Gateway 3.1 (CSG) is being leveraged to provide users with remote access using ICA proxy.  There are three servers acting as the Secure Ticket Authority for the CSG server: DFCSC04, DFCSC06 and DFCSC09.  These servers also have applications published to them.

#### 6.2.3  Web Interface

MDHS has onephysical Web Interface servers running Web Interface 4.6 on Windows Server 2003.  MDHS has listed all XenApp servers as XML brokers for the farm, with none of them being a dedicated XML server.  The Web Interface site has been customized to meet corporate branding standards by replacing Citrix logos.

The following table shows the relevant components:

| Server | IP Address | Comments |
|---|---|---|
| DFCSWEB | 10.2.15.20 - Internal<br>205.144.225.67 - Public | This is the Only Web Interface server in the farm.  The public IP is NAT'd internally to the internal IP address. |
| DFCSC04 | 10.2.100.42 | This server is acting as a Secure Ticket Authority for the farm |
| DFCSC06 | 10.2.100.44 | This server is acting as a Secure Ticket Authority for the farm |
| DFCSC09 | 10.2.100.47 | This server is acting as a Secure Ticket Authority for the farm |

| Web Interface Sites | Purpose |
|---|---|
| /MetaFrame | XenApp site internal/external users |

### 6.3  Strengths

- **Web Interface User Experience.**  MDHS has implemented Web Interface for XenApp as the front-end mechanism to enable access to applications for end users.  Web Interface provides a simplified user experience by presenting user application icons within a web browser and requires little to no user configuration.

- **Secure Gateway.** Citrix SecureGateway provides MDHS users with remote access to the environment and allows MDHS to secure ICA traffic via SSL encryption without the need to install server certificates on every PresentationServer, having to configure SSL relay on each Presentation server, and maintain certificates for each server. This ensures secure delivery of Citrix resources.

## 6.4    Risks and Recommendations

- **No Dedicated XML Servers.** MDHS has allXenAppservers listed as XML brokers in the farm. Due to the size of this environment, Citrix recommends that MDHS designate two dedicated XML servers to provide a higher level of redundancy and better performance. These servers should not host applications. These servers should also serve as the farm's most preferred andpreferred (backup) ZDC. Having dedicated servers for ZDC and XML roles will provide MDHS with dedicated resources to handle and process XML requests in the farm as well as managing the farm. MDHS should also configure these servers as the Secure Ticketing Authority (STA) servers for the farm within Web Interface and Secure Gateway.

- **Program Neighborhood.** MDHS is leveraging Program Neighborhood for the majority of client connections. Within the Program Neighborhood configuration, applications are configured to access the environment through 4 brokers. These brokers are not load balanced in any way, and the top entry on the list (10.2.100.34) does not have any Citrix software installed on it, meaning it is not able to process any requests. Requests are forced to failover to the next server in the list for every connection made. As an immediate fix, MDHS should remove this server from the list, while in the long run they should look into using the full Online Plug-in (formerly known as PNAgent) instead of the Program Neighborhood client. This would provide MDHS with increased flexibility and manageability by enabling administrators to make changes to published resources centrally instead of changing icons on each terminal manually.

- **Web Interface Redundancy.** There is only one Web Interface server in the environment, which is a single point of failure. To ensureminimal downtime in case of a failure, MDHS should install a second Citrix Web Interface server and load balance both of the Web Interface servers. This will allow them to better support the load when launching single applications from the Web Interface. Since MDHS does not have load balancing capabilities at this time, it is recommended that Citrix NetScaler be considered.

- **Web Interface Version.** MDHS is leveraging Web Interface 4.6 in their current environment. As MDHS migrates servers over to the ITS datacenter they should look into upgrading to Web Interface 5.4. This version provides an enhanced user experience and greater stability and security due a newer revised architecture and security patches not available on older versions..

## 7.  XenApp Farm

### 7.1    Ratings

| Readiness of Current Environment | Medium |
|---|---|

### 7.2    Current Environment

#### 7.2.1    XenApp Farm Configuration

MDHS has a single Presentation Server 4.5 farm with two zones.  All production servers are in the main zone, which represents the main datacenter; the second zone represents the IS datacenter, which at the time of writing consists of a single server that is not being utilized.  This new zone was created to include new virtual servers that MDHS is planning on building in an effort to migrate from the current physical servers to virtual ones.

| Farm Name | Description |
|---|---|
| MACWIS Server Farm | MDHS' Presentation Server production farm |

#### 7.2.2    Zone Data Collector Configuration

As mentioned above, theMACWIS Server Farm consists of two zones, which represent each of the datacenters.

The following table outlines the zone configuration in the farm:

| Zone | Number of Servers | Data Collector Configuration |
|---|---|---|
| 10.2.100.0 | 21 | ✓  DFCSC23<br>✗  DFCSC04 |
| 10.160.100.0 | 1 | ✓  DFCSC42 |

There are no dedicated ZDCs or backup ZDCs in this environment.

#### 7.2.3    Farm Policies

The MACWIS Server Farmpolicies were reviewed in detail as a means to discuss best practices and general design concepts for future consideration.  Below is a high level review of the policies configured:

- **User Shadowing.**  This policy is used to configure printing and shadowing settings for the environment.

#### 7.2.4    Load Evaluators

At the moment, MDHS only uses the default load evaluator.  For reference, the following table provides details for the default load evaluator:

| Load Evaluator Name | Applied by Server or Application? | Rule(s) | Setting(s) |
|---|---|---|---|
| Default | Server | Application User Load | |

| Context Switches | |
|---|---|
| CPU Utilization | |
| Disk Data I/O | |
| Disk Operations | |
| IP Range | |
| Load Throttling | High |
| Memory Usage | |
| Page Faults | |
| Page Swaps | |
| Scheduling | |
| Server User Load | 100 |

## 7.3   Strengths

- **Zone Data Collector configuration.**  Having servers set as Most Preferred and Preferred within the zone configuration allows the farm to easily identify which server to set as the primary zone data collector (ZDC), and which one should act as a backup should the first one become unavailable.  This keeps the farm from having to analyze every server when the primary ZDC is unavailable.

- **Universal Printer Driver.**  The Citrix Universal Printer Driver is compatible with an extensive number of printers.  This allows MDHS to support a great number of client printers without having to install the printer drivers on the servers.

- **Hotfix Consistency.**  All XenApp servers are at the same hotfix level, which is strongly recommended as it prevents inconsistent behavior due to different code levels.

## 7.4   Risks and Recommendations

- **Hotfixes.**  MDHS XenApp servers are not up-to-date.  It is recommended that MDHS install Hotfix Rollup Pack 7 on the XenApp servers in order to keep the environment up-to-date.  The update can be found in CTX127926.

- **Configuration Errors.**  The first server (DFCSCRS) configured as a XML broker within Program Neighborhood connection files is not a XenApp server.  Therefore, every time a user wants to launch a desktop from one of these files, the request is first sent to an invalid server, and then once this fails, it is sent to another server in the list.  This creates additional overhead in the launch process.  In order to address this issue MDHS can either remove the server from the list or install Presentation Server on it and join it to the farm.

- **Dedicated ZDC with XML Services.**  MDHS should configure a dedicated primary and dedicated backup ZDC in the farm; these servers should also be used as the XML brokers in the farm.  Dedicating these servers means that these servers should not be hosting any applications or users.  Their primary and only functions should be data collection and XML brokering.  Doing so will ensure that the resources needed to process users' requests and manage the farm are available instead of being consumed by applications and user workloads.  These servers would also be configured as STA servers within Web Interface and Secure Gateway.

- **Load Evaluators.**  Load evaluators are like policies that contain a number of rules that define operational ranges for the servers.  Load evaluators specify how the load on a server is to be determined and give administrators the flexibility to control the number of sessions each server will host based on an array of rules such as memory usage, CPU usage, server user load, etc.  It is highly recommended that MDHS implement custom load evaluators and apply

them to the servers so that these servers do not become overloaded.  A good starting point would be to set a limit of 80% utilization for both memory and CPU.be increased further.

- **XenApp Policies.**  Citrix recommends that MDHS consider implementing additional policies that will help reduce bandwidth consumption and improve the end-user experience.  The recommended settings are outlined below:

| Policy Group\ Policy | Setting | Comments |
|---|---|---|
| **Bandwidth\ Visual Effects** | | |
| Turn Off Menu Animations | Enabled | These settings will eliminate unnecessary data from being transmitted through the ICA protocol, thereby minimizing bandwidth consumption and improving overall session performance. |
| Turn Off Window Content While Dragging | Enabled | |
| **Bandwidth\SpeedScreen** | | |
| Image acceleration using lossy compression | Enabled\n\nCompression level: Medium\n\nSpeedScreen Progressive Display compression level: High | These settings will compress stillimages before being sent to the end user, reducing the amount of bandwidth required, thus increasing performance. |
| **Client Devices\ Resources\ Audio** | | |
| Microphone | Disabled | This should only be enabled if absolutely necessary.  Most of the time only a handful of users will need microphones, so a separate policy should be configured to enable microphone for those who need it. |
| Sound Quality | Medium sound quality; good performance | This provides minimal loss of quality for bandwidth savings. |
| **Client Devices\ Resources\ Drives** | | |
| Connection | Disabled | Prevents automatic connection of client drives when users log on. This should only be enabled if necessary for users that require it. |
| **Client Devices\ Resources\ Other** | | |
| Configure TWAIN Redirection | Do not allow TWAIN redirection | Prevents mapping of TWAIN devices.  This should only be enabled if necessary. |
| **Client Devices\ Resources\ Ports** | | |
| Turn Off COM Ports | Turn off client COM ports | Prevents mapping of COM ports. This should only be enabled if necessary. |
| Turn Off LPT Ports | Disabled | Prevents mapping of LPT ports. This should only be enabled if necessary. |
| **Printing\ Drivers** | | |

| Policy Group\ Policy | Setting | Comments |
|---|---|---|
| Native Printer Driver Auto-Install | Do not automatically install drivers. | To ensure environment consistency, native drivers should be installed by administrators and replicated throughout the environment manually. |

- **XenApp Farm Settings.**  Citrix recommends the following farm settings be set in order to improve end-user experience:

| Property | Setting | Comments |
|---|---|---|
| Server Default Properties | | |
| ICA\ Auto Client Reconnect | Reconnect Automatically | Users are not required to authenticate when reconnecting to disconnected applications. |
| ICA\ Display | Discard Queue Image that is replaced by another image: Enabled<br>Cache image to make scrolling smoother:  Enabled<br>Maximum memory to use for each session's graphics (KB): 8192<br>Degradation bias:<br>Degrade color depth first<br>Notify user of session degradation: Disable | These settings will help improve the performance of rapidly changing graphics and ensure proper display of applications over multiple monitors.<br><br>Users will not be warned of any change to the default color depth configuration to minimize help desk calls. |
| Memory/CPU\ CPU Utilization Management | CPU utilization management: Enabled | CPU Utilization Management will help normalize CPU usage on the XenApp servers. |
| Health Monitoring & Recovery | Run health check tests on all servers in the farm:  Enabled | Health Monitoring and Recovery should be enabled to allow for automatic alerting regarding failures of key Citrix and Microsoft services. It is recommended that the action be set to "Alert Only", so that alerts are displayed in the console. Additionally, the event log can be scanned using SCOM, or any other utility to check for the specific events. |
| SpeedScreen\ Browser Acceleration | SpeedScreen Browser Acceleration:  Enabled<br>Compress JPEG images to improve bandwidth:  Disabled | Browser Acceleration should be enabled to improve the performance of web pages. |
| SpeedScreen\ Flash Acceleration | Enable Adobe Flash Player: Enabled<br><br>Optimize Adobe Flash animation options:  Restricted bandwidth connections | Flash Acceleration will help improve the performance of Flash content within websites over low bandwidth connections. |

| Property | Setting | Comments |
|---|---|---|
| | | |
| SpeedScreen\ Multimedia Acceleration | SpeedScreen Multimedia Acceleration:  Enabled Use the default buffer of 5 seconds | Multimedia Acceleration will help improve the performance of multimedia content within BCBSFL websites. |

# Infrastructure

## 8.  Citrix Licensing and Administrative Consoles

### 8.1   Ratings

| Readiness of Current Environment | High |
|---|---|

### 8.2   Current Environment

#### 8.2.1   Licensing

MDHS' production environment contains one license server (DFCSCLS1) running version 7.1 of the Citrix license server with 1672 XenDesktopPlatinum licenses.  This server is dedicated to hosting the Citrix license server.  Terminal Services licensing is handled on a separate server (DFCSCLS).

| Product | License Server | License Type | # Licenses | Subscription Advantage? |
|---|---|---|---|---|
| XenDesktop Platinum (includes XenApp and Provisioning Services) | DFCSCLS1 | Enterprise | 1672 | Yes |

Centralized licensing enables administrators to share licenses across farms and create licensing reports.  In addition, Citrix stores an electronic backup of all licenses that can be downloaded by registering and logging into the MyCitrix site http://www.mycitrix.com/.  All Citrix products require communications with the Citrix License Server to join the farm and allow user connections.  Redundancy of Citrix License Server is not necessary since a XenApp Server will continue to allow connections for up to 30 days if contact with the License Server is severed.

#### 8.2.2   Consoles

The Delivery Services Console and the XenApp Advanced Administration Console are installed locally on the Administrators' machines and are not published via XenApp.

### 8.3   Strengths

- **Subscription Advantage.**  MDHS is current on all of its Subscription Advantage, which gives the organization the right to upgrade to newer versions of the software as it is released.

### 8.4   Risks and Recommendations

- **Upgrade License Server.**  The Citrix License Server in MDHS's environment is running version 7.1.  Citrix recommends upgrading this to the latest version of License Server.  This will allow MDHS to consolidate their licenses for the Presentation Server 4.5 farm with the future XenApp 6.5 farm, as XenApp 6.5 requires version 11.9 at a minimum.

- **Publishing Consoles.**  MDHS could benefit from publishing the Delivery Services Console on two dedicated Zone Data collectors.  This would enable them to administer the environment remotely should that be needed.

- **Dedicated License Servers.**  MDHS has configured separate license servers for Citrix licenses and Terminal Services licenses.  The Citrix license server does not consume many resources; therefore, it is not necessary to dedicate a server for this role.  It is recommended that MDHS consider co-hosting the Citrix license server and Terminal Services license server on the same server in order to better utilize resources.

## 9.  Databases

### 9.1  Ratings

| Readiness of Current Environment | Medium |
|---|---|

### 9.2  Current Environment

#### 9.2.1  Citrix-Related Databases

The XenApp data store is located on a two server SQL Cluster running SQL Server 2000 on Windows Server 2003.  The cluster is a shared platform for other applications.

The Citrix-related databases are configured as follows:

| Citrix Database | Type and Version | Server | Shared or Dedicated | Database Name | Backup Type/ Frequency | Redundancy |
|---|---|---|---|---|---|---|
| XenApp Data Store | SQL 2000 | Cluster DFCSCDB02 | Shared | Citrix_DataStore | N/A | Clustered |

#### 9.2.2  Application Databases

MDHS maintains an ADABASE Mainframe database for the MACWIS application.  This application also creates "code tables" that are stored in each user's profile as Access databases. The MyCids application is using a SQL database housed and managed at the Supreme Court.

### 9.3  Strengths

- **SQL Server Redundancy.**  MDHS is leveraging a clustered SQL environment.  This ensures high availability and redundancy from a SQL perspective.

### 9.4  Risks and Recommendations

- **SQL Version.**  The SQL Server environment is running version 2000.  It is also important to note that SQL Server 2000 is in extended support, meaning that MDHS would have to pay to get support.  It is recommended that MDHS consider upgrading to a newer version of SQL in order to have a supported platform, as well as to prepare for newer versions of Citrix products which require SQL Server 2008.

- **Backup Strategy.**  The backup strategy for databases was unknown at the time of writing. MDHS should ensure that backups are properly configured for the XenApp Data Store and that the database is administered properly.

## 10. Windows Server and Active Directory

### 10.1 Ratings

| Readiness of Current Environment | Medium-Low |
|---|---|

### 10.2 Current Environment

#### 10.2.1 Operating System Configuration

All servers in MDHS' XenApp environment run Windows Server 2003 32-bit. Due to application constraints specific to MDHS' applications, 64-bit operating systems cannot be used on XenApp servers. All infrastructure servers in the environment also run Windows Server 2003 32-bit.

All XenApp servers have a dynamic page file configured on the system drive with a minimum size of 2046 MB and a maximum size of 4092 MB.

#### 10.2.2 Remote Desktop and Terminal Services Licensing

MDHS hosts Terminal Services (TS) licenses on DFCSCLS. This server used to host the Citrix license server when MDHS was running Presentation Server 3.0. The Citrix license server was moved to another server (DFCSCLS1) when the environment was upgraded to Presentation Server 4.5.

At the moment, MDHS has approximately 1700Terminal Servicesper user licenses, which are sufficient for their current use and will most likely be sufficient for the foreseeable future.

#### 10.2.3 Server Build Process and Documentation

All server builds are manual at MDHS. There is a basic syspreped image that is used to install the OS on the serversand documented procedures for each type of server.

Every time a server needs to be build, the OS is installedand then the setup and configuration steps in the documents are followed to finalize the build.

#### 10.2.4 Active Directory Structure and Group Policies

MDHS has a Windows Server 2003 Active Directory infrastructure running in Windows 2000 functional level. The following represents the portion of the Active Directory structure relevant to the Presentation Server4.5 environment:

- mdhs.state.ms.us
  - Default Domain Policy
  - Conficker Policy
  - MACWIS BladeCenter
    - Citrix Blade Server User Policy
    - Citrix Blade Server Computer Policy
    - WSUS Servers

All production XenApp servers are located in the *MCWIS BladeCenter*OU. The MCWIS BladeCenter Users group and various user objects also reside in this OU.

### 10.2.5 Logon Scripts

MDHS has implemented a logon script to map the "P" and "R" drives, which are the Public and Release shares, respectively.

### 10.2.6 User Profiles

All users in MDHS have a Terminal Services roaming profile configured in their AD user object. In addition, My Documents is being redirected to the home drive (H). Roaming profiles are stored within the users' home folders also.

Users' home drives are stored across three different file servers, each of which is dedicated to one or two regionsdepending on number of users in the regions. The servers are DLCSFS1, DLCSFS3, and JCMSFS10. Initially, there was only one profile server, but due to performance constraints two more were added.

At the moment, there appear to be issues with roaming profiles not synchronizing properly upon logoff. Some common causes for this type of behavior are users improperly logging off, having multiple sessions open simultaneously, or permission configuration on the profile shares.

## 10.3 Strengths

- **Roaming profiles and folder redirection.** MDHS has configured the basics for proper user profile handling. This will make it easier to implement missing settings and best practices as no major changes will need to be made.

- **Terminal ServicesLicenses.** MDHS has enough licenses to satisfy the user demand in the environment.

## 10.4 Risks and Recommendations

- **Windows Terminal Services License Server High Availability.** It is important to note that if the Terminal Services license server becomes unavailable, no users will be able to access the environment. Therefore, MDHS should follow Microsoft's recommendation of having a minimum of two Microsoft Terminal Services license servers in an effort to avoid single points of failure. According to Microsoft Terminal Services License Server whitepaper, "The recommended method of configuring license servers for high availability is to install at least two license servers that have available Terminal Services CALs . . . Each license server should contain 50% of the CALs that you use for load balancing." Please see Microsoft Windows 2003 Terminal Services Licensing Technology White Paper available from http://www.microsoft.com/windowsserver2003/techinfo/overview/termservlic.mspx.

- **User Profiles.** It is recommended that MDHS consider redirecting Application Data, Desktop, and Start Menu to users' home drives in addition to My Documents. This will reduce the amount of data that needs to be copied locally to each server when users log in, thus improving logon times. Unnecessary folder should be excluded also to further reduce the size of the profile. Instructions on how to do this can be found in Microsoft's TechNet library.

  Additionally, MDHS should consider creating a separate share to store profiles instead of having the profile inside the home folder. This will reduce the risk of accidental profile corruption.

  It is also recommended that MDHS ensure that the permissions on the home drive and profile shares match the permissions outlined by Microsoft, which can be found in Microsoft's articlecc757013.

  MDHS should also consider including Citrix Profile Management (CPM) as part of their new

environment at ITS.  CPM will give MDHS a greater level of flexibility and control over user profiles than standard roaming profiles.

- **UPHclean.**  MDHS should consider installing UPHclean on all Presentation Server servers. This tool helps ensure that user sessions are completely terminated when a user logs off.  For more information, refer to the UPHclean site.

- **Page File.**  The page file configuration should be changed so that the page file is consistent. This will help minimize fragmentation and alleviate some of the performance impacts from having to grow the page file on demand.  To do this, the minimum and maximum page file size need to be set to the same value.  Citrix recommends setting the page file to 4097 MB initially to allow capturing of memory dumps, and to monitor paging in the servers in order to determine if this value needs to be increased further.

- **OU structure.**  In order to better manage the environment, it is highly recommended that an OU be created specifically for Citrix.  This OU should contain sub OUs that will allow MDHS to separate servers based on their roles so that policies are only applied to the servers that require them in a more efficient and simple manner.  For example:

  - Citrix
    - Citrix Users
      *This OU would contain all user and group objects specific to Citrix, instead of having them in the same OU as the servers*

    - XenApp 5
      - Infrastructure
        *This OU would contain all XenApp infrastructure servers, which include ZDC, XML brokers, Web Interface, license server*

      - XenApp Workers
        *This OU would contain all XenApp servers that host applications and user sessions as well as GPOs that need to be applied to these servers*

- **GPO Assignment.**  It is highly recommended that MDHS apply GPOs to OUs that contain all targeted servers.  At the moment the *Citrix Blade Server Computer Policy* GPO is being applied to specific servers, and this list does not include all servers in the farm, which can lead to inconsistent user experience.

- **Printer drivers.**  In order to ensure consistency in the environment, only administrators should be able to install printer drivers.  The current computer policy GPO allows everyone to install drivers, which is a risk as it introduces the possibility of driver corruption, inconsistencies, server instability, etc.

  Furthermore, the number of drivers installed on XenApp servers should be minimal.  Only specialty printer drivers, such as label printers, should be installed.  All other printers that are mapped to user sessions should use the Citrix Universal Printer Driver.

- **Session timeouts.**  The *Citrix Blade Server User Policy* GPO has a Terminal Services session timeout configured under user settings.  However, to effectively configure sessions on the server, these settings need to be configured at the computer level.  Therefore, it is recommended that this setting be moved to the computer policy and configured under computer settings.

- **Windows Updates.**  While it is positive that all servers are kept up-to-date, MDHS should consider installing updates on test servers and validating server functionality on tests servers prior to installing the updates on production servers, especially since there is no simple way to

rollback changes on these servers.  MDHS can continue to leverage WSUS to provide updates to these servers, but automatic updates should be avoided.

- **Server build process.**  The current method for building servers provides little flexibility and is time consuming.  Citrixrecommendsthat MDHS consider introducing Citrix Provisioning Services (PVS) in order to enhance the build and maintenance process of XenApp servers in the environment.  MDHS already owns licenses for PVS; therefore, this would not require an additional license purchase.

- **Naming convention.**  MDHS implemented a naming convention that allows easy identification of the servers' roles and divisions they belong to.  However, these names do not provide any information about the specific platform running on these servers.  MDHS should consider implementing a new naming convention, at least for the future XenApp environment, that will allow anyone to easily identify the server role as well as the operating system at a minimum.

## 11. Network Architecture

### 11.1 Ratings

| Readiness of Current Environment | Medium-High |
|---|---|

### 11.2 Current Environment

#### 11.2.1 Network Design

All of the Citrix infrastructure components are located in MDHS' main datacenter. There is an initiative, however, to virtualize all of these servers and move them to the ITS datacenter, which is a couple of miles away.

Most of the users of this environment are spread across 88 remote sites, which connect to the main datacenter via a variety of DSL and MPLS links.

#### 11.2.2 Bandwidth Availability

All XenApp servers have a pair of teamed 1 Gbps NICs for redundancy and higher throughput.

MDHS' main data center and ITS are connected via a 1 Gbps fibre link. Remote offices are connected via a variety of links, which include:

- DSL 1.5 MB: 4 sites
- DSL 3 MB: 42 sites
- MPLS 1.5 MB: 34 sites
- MPLS 3 MB: 7 sites
- MPLS 6 MB: 1 site

Utilization on the WAN links was not reported as an issue. However,MDHS should actively monitor these links in order identify any potential bottlenecks ahead of time.

#### 11.2.3 Network Latency

Typically, a XenApp environment is usable up to 150ms without notice, up to 300ms with noticeable delays in the user experience, and possible frequent disconnects at greater latency values.

At the time of the assessment, information on latency between sites was not available.

#### 11.2.4 Citrix-Related TCP Ports

The following TCP/IP ports are required for Citrix access:

| TCP/IP Port | Purpose |
|---|---|
| 443 | Encrypted SSL traffic between the workstation and the Secure Gateway. |
| 1494 | Standard Citrix ICA traffic between the workstation and the XenApp servers. Also the traffic between the Citrix Secure Gateway and Citrix XenApp servers. |
| 2598 | Citrix ICA traffic between the workstation and the XenApp servers with Session Reliability enabled. |
| 80 | Traffic between Web Interface and the Citrix XML server to enumerate applications. |
| 80 | Traffic between the Secure Gateway and Web Interface for |

| | authentication and web page display. |
|---|---|
| 80 | Traffic between the Secure Gateway and the STA server to validate tickets. |
| 2512 and 2513 | Citrix IMA traffic between all servers within a farm. |
| 27000 | Traffic between XenApp servers and Citrix License Server |

### 11.2.5  WINS and DNS Name Resolution

MHS uses Active Directory integrated DNS in their environment.  WINS resolution is also handled by the DNS servers.

## 11.3  Strengths

- **Teamed NICs and network redundancy.**  This configuration is aligned with Citrix best practices so as to ensure maximum redundancy and throughput.  The recommended best practices in this area in order of preference are: teamed NICs using switch-assisted load balancing, teamed NICs using adaptive load balancing, failover, second NIC configured but disabled, and multi-homed NICs.

- **Connection between datacenters.**  The WAN connection between the two datacenters provides LAN-like performance, which is beneficial since XenApp servers will be needed in both datacenters in the future.

## 11.4  Risks and Recommendations

- **Unknown Supreme Court link.**  As mentioned in a previous section, the MyCids application in being hosted MDHS while its data resides in the Supreme Court datacenter.  It is very important MDHS investigate the connectivity between the datacenters in order to assess whether this can be an issue due to poor network conditions

- **VoIP.**  MDHS is in the process of introducing VoIP in their environment, which typically results in significant increases of bandwidth utilization.  It is imperative that WAN links be monitored closely in order to identify any potential network issues that may result from increase in the utilization.

- **QoS.**  It is recommended that MDHS also consider implementing QoS in order to properly prioritize traffic in their network.  ICA traffic (Citrix traffic) should be prioritized accordingly given that it is real time data and user experience will depend on proper delivery of this content.

## 12. Storage

### 12.1 Ratings

| Readiness of Current Environment | Medium High |
| --- | --- |

### 12.2 Current Environment

#### 12.2.1 Storage Mechanism

All XenApp servers use local hard drives for storage. The file servers that host the home drives and roaming profiles are Windows based file servers that use local storage for he OS and IBM SAN LUNs for storing the home directories and profiles. The drives on the SAN are SATA 10,000 RPM drives.

MDHS leverages Tivoli to perform daily incremental backups of the data on the SAN. No full backups are performed on a regular basis.

The three file servers and their storage capacity are:
- DLCSFS3: 300 GB
- DLCSFS1: 260 GB
- JCMSFS10: 100 GB

### 12.3 Strengths

- **SAN storage.** By keeping profile and user data on a shared enterprise storage solution, MDHS is capable of preventing losing its data should the file server fail. These LUNs could be mapped to new file servers to make the data accessible again should the original servers fail.

### 12.4 Risks and Recommendations

- **Tune SMB 1.0 clients (XenApp servers).** By default, a Windows Server can only have 50 simultaneous requests and it will only open one SMB session for all users accessing the servers. This configuration limits the server to 50 outstanding requests and 16383 total files can be open at any given time. These limitations can limit the scalability and performance of a Citrix XenApp server. The following registry keys enable the SMB redirector to issue more than 50 SMB requests and enable the SMB redirect to open an individual SMB session for each user:

    **HKLM\System\CurrentControlSet\Services\Lanmanserver\Parameters**

    *REG_DWORD = MaxWorkItems = 2000*

    *REG_DWORD = MaxMpxCt = 800*

    *REG_DWORD = MaxRawWorkItems = 200*

    *REG_DWORD = MaxFreeConnections = 64*

    *REG_DWORD = MinFreeConnections = 20*

    **HKLM\System\CurrentControlSet\Services\Lanmanworkstation\Parameters**

    *REG_DWORD = MaxCmds = 800*

    **HKLM\system\CurrentControlSet\Services\MRxSmb\Parameters**

*REG_DWORD = MultiUserEnabled = 1*

Also, when mapping a drive to a UNC path and Windows Explorer is used to display this network drive, Windows Explorer submits a request notification when a file changes anywhere on the network drive. These are called SMB Change Notify events and cause extraneous bandwidth. In order to reduce network traffic, resource utilization, and the overall number of SMB commands, the policy for **NoRemoteRecursiveEvents** should be enabled. This prevents change notifications from being sent for anything other than the root folder:

**HKLM\Software\Microsoft\Windows\CurrentVersion\Policies\Explorer**

*REG_DWORD = NoRemoteRecursiveEvents = 1*

- **Tune SMB 1.0 Servers (File Servers).** The file servers utilized in the Citrix XenApp server environment must be tuned to allow a single workstation to have greater than 50 outstanding SMB requests. In a Citrix XenApp server environment with multiple users accessing the same file server at any given time, the default limit of 50 outstanding SMB requests is easily reached. This can cause poor performance when loading profiles, accessing documents that have been redirected using folder redirection, etc. The following settings should be set on all file servers to which the Citrix XenApp server connects. The settings listed below are only applicable for Windows based file servers. Please note that the values are presented in hexadecimal:

    **HKLM\System\CurrentControlSet\Services\LanmanServer\Parameters**

    *REG_DWORD = MaxWorkItems = 2000*

    *REG_DWORD = MaxMpxCt = 800*

    *REG_DWORD = MaxRawWorkItems = 200*

    *REG_DWORD = MaxFreeConnections = 64*

    *REG_DWORD = MinFreeConnections = 20*

## 13. Server Hardware and Provisioning

### 13.1 Ratings

| Readiness of Current Environment | Medium |
|---|---|

### 13.2 Current Environment

#### 13.2.1 Hardware Configuration

The hardware configuration is based on the following:

| Specification | |
|---|---|
| Vendor | IBM |
| Model | HS 20 8832-G1X |
| Number of Processors | 2x2 |
| Memory | 4 GB |
| Disk Capacity | 1 x 40 GB |
| Disk Speed | 5400 RPM IDE |
| RAID | No RAID |
| Maximum NIC Speed | 1000 MB |
| Number of NICs | 2 NICs (teamed) |

#### 13.2.2 Server Utilization

The server utilization is based on the following:

| Operating System | Server Count | Average Utilization | Peak Utilization |
|---|---|---|---|
| Windows Server 2003 | 21 Production<br>1 Training<br>1 Test<br>23 Total Servers | 4,165/10,000 | 5,000/10,000 |

These utilization numbers may not accurately reflect the server utilization as MDHS is only leveraging the default load evaluator.  More information can be found about load evaluators here.

#### 13.2.3 Hardware Maintenance Contract

MDHS has a maintenance contract with Business Communications that provides them with server hardware and parts should something need to be replaced.  No support contract is held with the manufacturer.

#### 13.2.4 Server Provisioning Overview

MDHS is using a manual server build process.  Each time a server needs to be rebuilt, a sysprep'd image is installed, and then documented steps are followed manually to install all necessary software.

### 13.3 Strengths

- **Server hardware contract.**  MDHS leverages Business Communications to provide them with parts if any of their existing hardware fails.

### 13.4 Risks and Recommendations

- **Provisioning Services.**  It is highly recommended that MDHS introduce Provisioning Services (PVS) into their environment in order to facilitate the build and management of new servers, whether in the Presentation Server 4.5 environment or in a new XenApp 6.5 environment.  PVS will help maintain consistency, and add agility and flexibility within the environment by

allowing MDHS to manage a single image instead of having to maintain multiple servers. This will be more evident when applying application or operating system updates, hotfixes, etc., since MDHS would only have to do it once to the master image instead of once on each server.

- **Hardware resources availability.** The XenApp servers in the farm are physical and have 2 dual core processors with 4 GB of RAM. MDHS' hardware is being heavily utilized. In the short term, MDHS should look into adding more servers is possible. In the long run, however, MDHS will be virtualizing the environment in the ITS datacenter. At this point MDHS will have the ability to create virtual servers with higher resources.

- **No RAID Redundancy.** As these servers only have one hard drive, there is no option for RAID redundancy, which introduces a single point of failure. If a server hard drive fails, it is replaced and that server goes through the manual rebuild process.

# Operations

## 14. Security

### 14.1 Ratings

| Readiness of Current Environment | Medium-Low |
|---|---|

### 14.2 Current Environment

#### 14.2.1 Administrators and Permissions

The following users and groups have administrative access to the XenApp farm:

| Group | Privilege |
|---|---|
| MDHS\Citrix Admins | Full Admin |
| MDHS\Shadow Admins | Custom (Sessions, Applications, Resource Manager) |

#### 14.2.2 General Security Considerations

All access to the environment requires explicit authentication. There is no two factor authentication being leveraged within MDHS. ICA encryption is enabled by default and set to basic encryption. For users accessing published resources via Web Interface, the Citrix Secure Gateway encrypts all traffic with SSL encryption.

#### 14.2.3 Logging and Auditing

There is currently no Logging or Auditing process present at MDHS.

#### 14.2.4 Access to User Peripherals and Physical Ports

MDHS denies user drive mapping via GPO for all users who are not Administrators. Printing is permitted both internally and externally. MDHS leverages Citrix policies to configure shadowing and printer settings.

#### 14.2.5 Session Time-Outs

Session time-outs are an efficient method for managing security and server resource utilization in an environment. MDHS has configured time-outs as follows:

| Time-Out Type | Setting |
|---|---|
| Active sessions | None |
| Disconnected sessions | None |
| Idle sessions | None |
| Web Interface time-out | 20 Minutes |

#### 14.2.6 Antivirus Software

To address virus and malicious software risks, Symantec Client Security 10.1.5 is installed on the XenApp servers. The antivirus clients are managed independently and have inconsistent settings throughout the environment.

### 14.3 Strengths

- **Citrix User Group for Access.** Access into the Citrix XenApp environment, for most applications, is assigned through Active Directory groups. This ensures that the configuration

at the Citrix console is simple and manageable.  Day-to-day requirements such as adding or removing a user then becomes an Active Directory task and not a Citrix Administrative task.

- **Explicit Logon.**  Publishing applications with the requirement for explicit logons requires users to enter a User ID and password prior to gaining access.  By doing so, only authorized users gain access to Published Applications.  Anonymous authentication is not used.

- **Restricted Local Drive Access.**  MDHS has restricted its internal and external users from the ability to map and access local client drives from within a XenApp session.  This practice eliminates the risk of users copying sensitive data to their local drives, enhancing overall security in the environment.

## 14.4  Risks and Recommendations

- **Citrix Shadow Admins.**  The Shadow Admins user group has access to edit and publish applications within the Citrix environment.  This may put MDHS at risk as these Admins have the ability to make significant chances that can impact the production environment.

- **Best Practices for XenApp Antivirus.**  MDHShas not configured any anti-virus exclusions within the environment.  Citrix recommends following the Citrix supportarticleCTX127030 to ensure all best practices are configured.

- **Inconsistent User Group Settings.**  Within the MDHS environment, there are inconsistent settings when publishing applications to users.  The MACWIS application is published to the Blade Center user group, while the MACWIS Training application is published to a list of hundreds of individual users.  MDHS should create a Training users security group and place users in this group as necessary.  By creating this group, MDHS will be able to ease management by adding users to the security group and then publishing the Training application to the security group.

- **No Session Timeouts.**  MDHS is only leveraging the Web Interface timeouts and is not using any type of session timeouts.  Because of the MACWIS application and the use of Program Neighborhood, Idle Timeouts may not be feasible as multiple instances of MACWIS by the same user may lead to profile corruption; however, MDHS should enable disconnected session timeouts as they are manually disconnecting sessions at this time.  When MDHS moves away from Program Neighborhood to a new Citrix client that allows session roaming, idle timeouts can also be implemented.

- **Configuration Logging not Enabled.**  MDHS has not enabled configuration logging in the XenApp environment.  This feature logs all changes made within the console for auditing purposes and ensures the ability to roll-back any changes that may have caused issues.

# Appendix

## 15. Appendix A:  Additional XenApp optimizations

### 15.1 Disable Visual Effects

Browse to **System Properties→Advanced Tab→Performance Settings→Visual Effects** and select ***Adjust for best performance***.



### 15.2 Terminal Services Full Security

Terminal Services Relaxed Security creates a local system group called 'Terminal Server User' that is assigned modify permissions to **%ProgramFiles%** and **HKEY_LOCAL_MACHINE\Software**.  Any user logging on through Terminal Services has the SID of this group added to their token.  This represents a security risk and should be avoided. Citrix recommends enabling Full Security on all XenApp servers.

To configure Full Security, browse to **Start → Programs → Administrative Tools → Terminal Services Configuration → Permission Compatibility → Full Security**.



## 15.3  Remove Unnecessary Startup Programs

Certain programs that are included with the default installation of XenApp can significantly degrade the performance and scalability of the server.  Citrix recommends preventing these programs from automatically starting upon server startup.  Please refer to CTX124800 for details.

## 15.4  System Cache

Since Terminal Servers inherently perform functions that utilize the System Cache (loading and unloading user profiles, performing read and execute operations), the System Cache should always be maximized.

In order to maximize the System Cache, browse to **System Properties→Advanced Tab→Performance Settings→Advanced Tab→Memory Usage** and select *System cache*. This can also be set by via the 'LargeSystemCache' registry key or via Group Policy with a custom ADM template.



## 15.5 TCPMaxDataRetransmissions

Registry setting that specifies the number of times a packet is retransmitted:

**HLKM\System\CurrentControlSet\Services\Tcpip\Parameters\TCPMaxDataRetransmissions**

*REG_DWORD=<Number of Retransmissions>*

This registry is not present by default with an assumed value of 5.  This setting should never be less than 5 for Terminal Servers.  For latent or unreliable networks, it can be increased up to 7. Note that setting this value too high can cause sessions to take longer to go into a disconnected state.

## 15.6 Suppressing System Hard Error Messages

When Windows or an application generates a hard error message, a dialog with the error usually appears and prompts the user to click "OK", "Continue", or "Cancel".  These messages can often confuse end users and can cause sessions to hang if users are disconnected without providing a response.  It is recommended that these messages be suppressed.  This can be achieved by editing the following registry key which will cause all hard error messages to automatically select "OK" for the user and write the error to the event log:

**HLKM\System\CurrentControlSet\Control\Windows\Errormode**

*REG_DWORD=2*

## 15.7 Disable NTFS Last Access Update

The NTFS file system records the last time a file was accessed, whether it was viewed, searched, opened, or modified.  In Terminal Services environment, this constant updating can cause a performance decrease and should be disabled:

**HLKM\System\CurrentControlSet\Control\FileSystem\NtfsDisableLastAccessUpdate**

*REG_DWORD=1*

## 15.8 Disable Paging Executive

Server performance can be increased by preventing kernel-mode driver and kernel-mode system codes to be paged to the disk when not in use:

**HLKM\System\CurrentControlSet\Control\Session Manager\Memory Management\DisablePagingExecutive**

*REG_DWORD=1*

## 15.9  Disable Print Spooler Warning Events

The Print Spooler service can quickly inundate the System Event Viewer with a variety of warning events.  These events are recorded whenever an ICA auto-created printer is created or deleted.  Instead, the Print Spooler service should be configured to write only errors to the event log:

**HLKM\System\CurrentControlSet\Control\Print\Providers\EventLog**

*REG_DWORD=1*


## 15.10  Disable Print Spooler Notification

When the Print Spooler service connects to a Microsoft shared network printer, it notifies users with pop-up messages regarding print job status, errors, completions, etc.  In order to improve performance, these notifications should be disabled:

**HLKM\System\CurrentControlSet\Control\Print\Providers\NetPopup**

*REG_DWORD=0*


## 15.11  Enable Auto End Tasks

Sometimes an application will hang or become unresponsive.  This often happens when closing applications or logging off.  The system will often present a dialog that asks the user to "Wait" or "End Task."  This dialog can be suppressed and the "End Task" option can be automatically selected for the user.  To enable Auto End Tasks configure the following registry key:

**HKCU\Control Panel\Desktop\AutoEndTasks**

*REG_SZ=1*


## 15.12  Decrease Menu Show Delay

When running a desktop, the Start Menu has a slight pause or delay before it displays a sub-menu.  By default this delay is 400 ms.  When running a desktop remotely this delay can cause performance to appear poor.  The delay should be reduced to 100 or 200 ms.  Reducing it too much can make navigating large start menus with many sub menus difficult.  To decrease the Menu Show Delay, configure the following registry key:

**HKCU\Control Panel\Desktop\MenuShowDelay**

*REG_SZ=<Desired Value in ms>*


## 15.13  Increase Cursor Blink Rate

In many applications the cursor will blink to show its current location.  By default it blinks approximately twice a second ($1\times530$ ms).  When displaying applications remotely this blink turns into frequent but small network activity.  Add up all the cursor blinks for all Citrix XenApp servers and the bandwidth associated with displaying the cursor can be significant.  The cursor blink rate should be slowed down by a factor of 2 ($1\times1060$ ms).  This will cut the amount of traffic in half.  To increase the cursor blink rate, configure the following registry key:

**HKCU\Control Panel\Desktop\CursorBlinkRate**

*REG_SZ=<Desired Value in ms>*

The copyright in this report and all other works of authorship and all developments made, conceived, created, discovered, invented or reduced to practice in the performance of work during this engagement are and shall remain the sole and absolute property of Citrix, subject to a worldwide, non-exclusive license to you for your internal distribution and use as intended hereunder.  No license to Citrix products is granted herein.  Citrix products must be licensed separately.  Citrix warrants that the services have been performed in a professional and workman-like manner using generally accepted industry standards and practices.  Your exclusive remedy for breach of this warranty shall be timely re-performance of the work by Citrix such that the warranty is met.  THE WARRANTY ABOVE IS EXCLUSIVE AND IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE WITH RESPECT TO THE SERVICES OR PRODUCTS PROVIDED UNDER THIS AGREEMENT, THE PERFORMANCE OF MATERIALS OR PROCESSES DEVELOPED OR PROVIDED UNDER THIS AGREEMENT, OR AS TO THE RESULTS WHICH MAY BE OBTAINED THEREFROM, AND ALL IMPLIED WARRANTIES OF MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, OR AGAINST INFRINGEMENT.  Citrix' liability to you with respect to any services rendered shall be limited to the amount actually paid by you.  IN NO EVENT SHALL EITHER PARTY BY LIABLE TO THE OTHER PARTY HEREUNDER FOR ANY INCIDENTAL, CONSEQUENTIAL, INDIRECT OR PUNITIVE DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS) REGARDLESS OF WHETHER SUCH LIABILITY IS BASED ON BREACH OF CONTRACT, TORT, OR STRICT LIABILITY.  Disputes regarding this engagement shall be governed by the internal laws of the State of Florida.



**851 West Cypress Creek Road    Fort Lauderdale, FL33309        954-267-3000        http://www.citrix.com**

Copyright © 2012 Citrix Systems, Inc.  All rights reserved.  Citrix, the Citrix logo, Citrix ICA, Citrix MetaFrame, and other Citrix product names are trademarks of Citrix Systems, Inc.  All other product names, company names, marks, logos, and symbols are trademarks of their respective owners.

**Ex. 21**

# Division of Family and Children's Services
# MACWIS Unit
**MACWIS Response Time Improvement Initiatives**
**December 12, 2012**

A.  <u>Citrix XenApp System</u>

The MDHS/DFCS Citrix XenApp System provides access for the county office staff and remote users' access to the MDHS Network Environment, MACWIS, Microsoft Products, Email, Internet and Printing.   It also provides state office staff Web access to the MACWIS System. Remote users and state office staff use PC's and Laptops to access MACWIS. County office staff uses Wyse Terminals.

o  May 2012 - In response to the problems with user's access and response time to the MACWIS System thru the Citrix XenApp Environment, MDHS/DFCS contracted with Citrix Inc. to perform an onsite Infrastructure Assessment of the current MDHS/DFCS's Citrix XenApp 4.5 Platinum Environment.

- MDHS MIS and DFCS staff worked with the onsite technicians of Citrix Inc. during the onsite assessment to provide direction and information concerning the current Citrix XenApp 4.5 Environment, MACWIS and an upgrade path to a new Citrix XenApp 6.5 environment.

- MDHS MIS and DFCS requested the evaluation and recommendation to address:

    1. Current connectivity problems and modifications needed to stabilize the current Citrix XenApp 4.5 Platinum environment.
    2. Upgrade to the latest version of Citrix XenApp 6.5 Platinum Edition in a VMware Virtual environment.

- May 2012 Citrix XenApp Inc. completed the Infrastructure Assessment and Quotes.

- June 2012 – MDHS MIS added more hard disk space to the Citrix XenApp Environment to help relieve the slow login for users.

-  July 2012 started the new 2013 state budget year.  Also a new MACWIS Director, Diane Mobley was hired.  Diane Mobley had 23 years of experience in Network with a Citrix XenApp Environment, Systems Analysis and Programming.

- In late July and August, 2012 Diane Mobley reviewed the Citrix Infrastructure Assessment Document and began discussions with MDHS MIS and Citrix, Inc. support staff to determine the best recommendation for DFCS. The decision was made to proceed with a project for the Citrix XenApp 6.5 Platinum Edition in a VMware Virtual environment with new hardware at the State Information Technology

Services (ITS) Data Center.  This decision was made in consideration of Citrix discontinuing the Citrix XenApp 4.5 support in March 2013 and MIS' spare equipment and ability to provide the support for the old Citrix XenApp 4.5 Environment until the new Citrix XenApp 6.5 Platinum Edition is setup and functioning, a vendor is being brought in to complete the Citrix XenApp 6.5 project. Front end software that works with the MACWIS system will also need to be tested in the new Citrix XenApp 6.5 Environment, which may require updating or replacing.  The Mainframe Broker Software is an expensive upgrade that will need to be completed to allow access to the MACWIS application on the Mainframe system at ITS.

- September 2012 - The hardware Citrix NetScaler MPX 8200 recommend by the Citrix Infrastructure Assessment was purchased and delivered.  The procurement process was started with the State ITS Procurement Division for the MDHS/DFCS Citrix XenApp 6.5 Project.

- September and October 2012 - MIS and DFCS staff had discussions with the State ITS Data Center staff to notify them of MDHS' intent of housing the Citrix XenApp 6.5 Platinum Environment at the State ITS Data Center.   Also final discussions were held with the Citrix Technical staff concerning requirements for the new Citrix XenApp 6.5 Project.

- November 2012 - MIS and DFCS prepared and submitted the required documents for the Citrix XenApp 6.5 Project to the State ITS Procurement Division to start the RFP process. ITS required DFCS to rewrite the statement of work documents to exclude any vendor-specific terminology.

- December 2012 – The statement of work documents were rewritten and submitted to the State ITS Procurement Division. The MDHS/DFCS Citrix XenApp 6.5 Project RFP is scheduled for issue by early January 2013 (A minimum of 2 weeks is required for the RFP to be advertised).

- January 2013 - State ITS Procurement Division should award a vendor for the MDHS/DFCS Citrix XenApp 6.5 Project.  The awarded vendor should start work at MDHS within one week of the award.

- During March 2013 – it is estimated that the Citrix XenApp 6.5 Platinum installation, setup, configuration, testing and implementation should be completed.

o This Citrix XenApp 6.5 Project will provide:
  - Up-to-date Citrix XenApp 6.5 system with new features.
  -  New hardware.
  - Hardware expansion capabilities if needed.

- New platform such as Microsoft 2008r2 64-Bit Servers in a virtual environment.
- Hardware and System Failover Protection.
- Secure backup of Citrix XenApp 6.5 Environment.
- Faster access to the MDHS Network and MACWIS.
- The new Citrix XenApp 6.5 Environment will reside at the State ITS Data Center.  Being in the same location should provide an improvement in access time since it will be in same building as the State Mainframe where the MACWIS application and data are hosted and MDHS connections for the communication lines to each MDHS county office and state agencies reside.

B. **Communication Lines**
   o August 2012 – Diane Mobley requested and obtained access to the State ITS eHealth System to perform analyses of the data communication lines band width usage.  MIS staff was also granted access. The eHealth System provides data bandwidth information, line up or down status, and other technical information concerning the data communication lines.  Results of this analysis showed several of the MDHS county offices were using more than 50% of the bandwidth of the line.
   o August thru December 2012 - In response to the analysis information and request from the DFCS and EA Divisions, MDHS upgraded 11 of the county offices' communication lines to a larger and faster line.  The MDHS county offices in Tupelo, Gulfport, Hattiesburg, Brookhaven, Wiggins, Brandon, Moss Point, Starkville, Jackson, Houston and Clarksdale were updated. DFCS continues to upgrade additional county offices.
   o Communication lines are being reviewed as staff increases to accommodate any over utilization of the bandwidth.

C. **Configuration and deployment of new Wyse Terminals**
   o The new Wyse Terminal configuration access will provide a faster and more stable connection to the new Citrix XenApp 6.5 Environment, which allows access to all applications, software and MACWIS.
   o November and December, 2012 – Wyse Terminals are being tested at Pilot sites at Hinds, Madison, Rankin and Warren County offices.  The configuration is being modified to accommodate any needed changes.
   o January and February 2013 – Wyse Terminal Deployment at remaining sites.
   o Note:  Wyse Terminals are being deployed before the new Citrix XenApp 6.5 Environment is setup in order to be prepared for the changes.  The new Wyse Terminals response time on the old Citrix XenApp 4.5 Environment shows a slight improvement.

      o The Citrix Profiles will be completely re-worked by the MIS staff and additional configurations that affect the MACWIS application will be completed prior to deploying the new Citrix XenApp 6.5 Environment.  This work should also assist in a noticeable improvement for system response time.

- **New Routers in the County Offices**
  - o November 2012, December 2012 and January 2013 - AT&T, ITS and MDHS has entered into an agreement to replace all routers in all the county offices. Replacing all the old routers will give better service, uptime, communication response and stable equipment for each location.  The router configurations will be revised to allow more direct path of communication back to the main MDHS Network.

- **Virus Remediation**

  In August 2012 MDHS MIS and vendor BCI started the Virus Remediation Project to remove all viruses on the MDHS Network and other equipment.  Viruses have caused numerous problems for the MDHS Network and users to the point that it has stopped a few servers and PC's from working.  Viruses have caused several problems on the servers in the Citrix Environment, which has at times slowed down system responses and access for MACWIS users.

  New devices and software have been installed and setup in the MDHS Data Center as part of the Virus Remediation to provide added protection from viruses.  The new hardware devices include Cisco ASA Firewall, Cisco IronPort and Infoblox. Additional software includes Symantec upgrades, Symantec Management Console, GFI and KACE.

  The Symantec clients on all PC's, Laptops, Wyse Terminals and other devices have been updated as of October 1, 2012.  Scheduled scanning for viruses are setup and run daily.

  Project completion of the Virus Remediation Project is expected in January 2013.

**Summary:**

MDHS DFCS is committed to providing a secure, faster and stable connection between the user and MACWIS to accommodate the work load of all staff members.  The system, network, hardware and software are vital parts of the tools needed to allow staff to complete their work for the children in a timely and efficient manner.

The upgrades and changes noted above to the MDHS and State ITS Data Centers, Citrix Environment, front end software, new configured profiles, new network hardware and software, new Wyse Terminals, new routers with improved configs and virus remediation will make the MDHS DFCS work flow faster, better and easier for the work processes of every staff member.

**Ex. 22**

```
Job Name: MW3J315T                    MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/20/12
Program : MWLS315B          Children who received a comprehensive health assessment  within 30 days if custody   Time:  8:18 PM
Report  : MWLS315S                  for the period November 01,2011 thru October 31,2012

Region: VII-W
```

| County | Children Entering Custody in Report | Children Remaining 30+ days | # with Comprehensive Health assess w/in 30 days | # with Initial health screening w/in 72 hours | | Children Remaining less than 30 days | # with Comprehensive Health Assess | # with Initial Health Screen |
|---|---|---|---|---|---|---|---|---|
| Statewide Summary | 2447 | 2274 | 92.93% 581 | 25.55% 489 | 19.98% | 173 | 7.07% 18 | 10.40% 36 | 1.47% |

**NOTE: children in custody less than 30 days are not required to have a Comprehensive Heath Assessment, data listed for informational purposes only.

Settlement Agreement (II.B.7.a,b,c)

DHS
311852

# Ex. 23

```
Job Name : MW3JL5OP              MISSISSIPPI DEPARTMENT OF HUMAN SERVICES            Date: 11/20/2012
Program  : MWLS5ODB       Children Over 45 Days in Emergency Shelter or Temporary Facility Summary   Page:  1
Report   : MWLS5ODS            For The Period October  1, 2012 through October 31, 2012            Time:  8:06 PM
```

| Region | County | Children Over 45 Consecutive Days | Children with Division Dir Approval | Percentage with Division Dir Approval |
|---|---|---|---|---|
| I-N | DeSoto | 1 | 0 | 0.00% |
| Region I-N Summary | | 1 | 0 | 0.00% |
| III-N | Rankin | 5 | 0 | 0.00% |
| | Scott | 2 | 0 | 0.00% |
| Region III-N Summary | | 7 | 0 | 0.00% |
| III-S | Hinds | 1 | 0 | 0.00% |
| Region III-S Summary | | 1 | 0 | 0.00% |
| VI | Pearl River | 4 | 0 | 0.00% |
| | Stone | 1 | 0 | 0.00% |
| Region VI Summary | | 5 | 0 | 0.00% |
| VII-E | Jackson | 1 | 0 | 0.00% |
| Region VII-E Summary | | 1 | 0 | 0.00% |
| VII-W | Hancock | 2 | 0 | 0.00% |
| | Harrison | 14 | 0 | 0.00% |
| Region VII-W Summary | | 16 | 0 | 0.00% |
| Statewide Summary | | 31 | 0 | 0.00% |

********** End of Report **********

DHS
309519

Lawsuit Agreement: SA p23. || B.5.k.

**Ex. 24**

```
Job Name: MW3JRSPP                    MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/15/2012
Program : MWZRESPB               Number of Pending Foster Family Homes Summary Report       Time: 11:31 PM
Report  : MWZRESPS                    For the Date of November 15,2012                       Page: 4
```

| County/Region Name | Number of Foster Family Homes | Relative Foster Family Homes | Percent | Non-Relative Foster Family Homes | Percent | Home Study In Progress | Percent |
|---|---|---|---|---|---|---|---|
| **Region: VI** | | | | | | | |
| Forrest | 43 | 4 | 9.3% | 39 | 90.7% | 17 | 39.5% |
| Lamar | 23 | 1 | 4.3% | 22 | 95.7% | 4 | 17.4% |
| Marion | 25 | 1 | 4.0% | 24 | 96.0% | 4 | 16.0% |
| Pearl River | 23 | 1 | 4.3% | 22 | 95.7% | 14 | 60.9% |
| Perry | 6 | 2 | 33.3% | 4 | 66.7% | 2 | 33.3% |
| Stone | 18 | 1 | 5.6% | 17 | 94.4% | 3 | 16.7% |
| **Region Summary: VI** | 138 | 10 | 7.2% | 128 | 92.8% | 44 | 31.9% |
| **Region: VII-E** | | | | | | | |
| George | 2 | 1 | 50.0% | 1 | 50.0% | 2 | 100.0% |
| Greene | 2 | 0 | 0.0% | 2 | 100.0% | 0 | 0.0% |
| Jackson | 49 | 6 | 12.2% | 43 | 87.8% | 25 | 51.0% |
| **Region Summary: VII-E** | 53 | 7 | 13.2% | 46 | 86.8% | 27 | 50.9% |
| **Region: VII-W** | | | | | | | |
| Hancock | 29 | 2 | 6.9% | 27 | 93.1% | 8 | 27.6% |
| Harrison | 193 | 7 | 3.6% | 186 | 96.4% | 17 | 8.8% |
| **Region Summary: VII-W** | 222 | 9 | 4.1% | 213 | 95.9% | 25 | 11.3% |
| **Statewide Summary** | 1,079 | 65 | 6.0% | 1,014 | 94.0% | 289 | 26.8% |

DHS
310839

**Ex. 25**

```
Job Name: MW3J319P                MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/05/2012
Program : MWLS319B            Custody Children in Unlicensed Placements Summary         Time: 10:29 PM
Report  : MWLS319S            For the Date Range of October 01,2012 thru October 31,2012  Page: 15
```

Region: VII-W

| County | All Children in custody during reporting period | # and % of children in unlicensed placements | # and % of children in unlicensed placements more than 90 days | ***\| Of those in an unlicensed placement \|*** | |
| --- | --- | --- | --- | --- | --- |
| | | | | # and % of children in Expedited Pending Relative Placement | # and % of children in Expedited Pending Relative Placement more than 90 days |
| Statewide Summary | 3,917 | 525  13.40% | 314  59.81% | 129  24.57% | 59  11.24% |

DHS
312556

MSA p15.II.B.2.a

**Ex. 26**

Job Name: MW3J318P
Program : MWLS318B
Report  : MWLS318S

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
Child Contact with Parents and Siblings while in Custody Summary
For the Date Range of October 01,2012 thru October 31,2012

Date: 11/05/2012
Time: 10:26 PM
Page: 14

Region: VII-W

| County | Children in custody for reporting period | Count without a 'No-Contact' order | # and % who met with mother per requirement | | # and % who met with father per requirement | | # and % who met with siblings per requirement | | # and % who met ALL visitation requirements | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Statewide Summary | 2,364 | 2,363 | 150 | 6.35% | 53 | 4.00% | 99 | 16.75% | 113 | 4.78% |

DHS
312450

Note: MSA requires at least two visits per month with parents, one visit per month with siblings not placed together.
MSA:  p.40.III.B.5.a

**Ex. 27**

Job Name: MW3JL54P
Program   MWLSS4AB   Children in the Initial 90 Days of a Trial Home Visit with Their Caseworker Contacts Summary
Report    MWLSS4AS              For The Period October  1, 2012 through October 31, 2012

Date: 11/20/2012
Page: 2
Time: 8:14 PM

| Region | County | Children in the First 90 Days of a Trial Home Visit | Children Who's THV Contact Requirements Were Met | Percent of Children Who's THV Contact Requirements Were Met |
|--------|--------|------|------|------|
| V-W | Adams | 2 | 0 | 0.00% |
|  | Amite | 1 | 1 | 100.00% |
|  | Walthall | 2 | 2 | 100.00% |
| Region V-W Summary | | 5 | 3 | 60.00% |
| VI | Lamar | 1 | 1 | 100.00% |
|  | Marion | 1 | 0 | 0.00% |
|  | Pearl River | 4 | 4 | 100.00% |
|  | Stone | 4 | 2 | 50.00% |
| Region VI Summary | | 10 | 7 | 70.00% |
| VII-W | Hancock | 8 | 1 | 12.50% |
|  | Harrison | 1 | 0 | 0.00% |
| Region VII-W Summary | | 9 | 1 | 11.11% |
| Statewide Summary | | 170 | 114 | 67.06% |

********** End of Report **********

Lawsuit Agreement: SA p34.|| B.12.d.

DHS
309441

**Ex. 28**

```
Job Name: MW3JL55P              MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/20/12
Program:  MWL555AB  Children Remaining in Placement Following Maltreatment and their Caseworker Contacts Summary  Time: 09:50 PM
Report:   MWL555AS           For the Date Range of October 01, 2012 thru October 31, 2012              Page:     3
```

| Region | County | All Children in Report Population | Children Who Met the F2F Contact Requirement | Percent of Children Who Met the F2F Contact Requirement |
|--------|--------|-------|-------|-------|
| VII-W | Hancock | 2 | 0 | 0.00% |
|        | Harrison | 8 | 1 | 12.50% |
| Total For Region VII-W | | 10 | 1 | 10.00% |
| Statewide Total | | 71 | 38 | 53.52% |

DHS
309508

Lawsuit Agreement: SA p20.||.B.4.e.

**Ex. 29**

```
Job Name: MW3UIVOP           MISSISSIPPI DEPARTMENT OF HUMAN SERVICES        Date: 11/10/12
Program : MWZ1271B       Custody Children In Open ANE Investigations - State Summary   Page: 1
Report  : MWZ1271S       For The Period 01 October, 2012 Through 31 October, 2012    Time: 5:41 PM
```

| Region | All Investigations | Investigations with Findings Approved | | | Open Investigations | Initiated in 24 Hours From | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Count of | Completed in 30 Days | % Completed within 30 Days | Count of | Worker Assigned | Percent | Day of Intake | Percent |
| I-N | 7 | 4 | 3 | 75.0% | 3 | 5 | 71.4% | 5 | 71.4% |
| I-S | 11 | 8 | 8 | 100.0% | 3 | 10 | 90.9% | 8 | 72.7% |
| II-W | 5 | 2 | 2 | 100.0% | 3 | 4 | 100.0% | 4 | 100.0% |
| III-N | 5 | 2 | 2 | 100.0% | 3 | 3 | 60.0% | 3 | 60.0% |
| III-S | 12 | 6 | 5 | 83.3% | 6 | 11 | 91.7% | 7 | 58.3% |
| IV-N | 6 | 4 | 4 | 100.0% | 2 | 5 | 83.3% | 5 | 83.3% |
| IV-S | 3 | 3 | 2 | 100.0% | | 3 | 100.0% | 3 | 100.0% |
| V-E | 9 | 3 | 0 | 0.0% | 6 | 8 | 88.9% | 8 | 88.9% |
| V-W | 2 | 2 | 2 | 100.0% | | 2 | 100.0% | 2 | 100.0% |
| VI | 4 | | | 25.0% | 4 | 4 | 80.0% | 3 | 60.0% |
| VII-E | 2 | 2 | 1 | 50.0% | 1 | 2 | 100.0% | 2 | 100.0% |
| VII-W | 7 | 4 | 0 | 0.0% | 3 | 2 | 28.6% | 2 | 28.6% |
| Statewide Summary | 73 | 45 | 32 | 71.1% | 28 | 61 | 83.6% | 52 | 71.2% |

********** End of Report **********

DHS
309476

# Ex. 30

```
Job Name: MW3JPLBP              MISSISSIPPI DEPARTMENT OF HUMAN SERVICES          Date: 11/15/2012
Program  : MWZPLMRB        Therapeutic Care and Placement Setting Resource Contacts   Time: 11:16 PM
Report   : MWZPLMS2                    Non-Group Care Summary Report
                          For the Date Range of October 01,2012 thru October 31,2012   PAGE: 5
                              County / Region / State Summary Totals
```

| County/Region Name | Total Children In Custody | Total Number of Days Stayed | Avg Number of Days Stayed | Resource Contact Information (2 In Home Visits) | | | |
|---|---|---|---|---|---|---|---|
| | | | | In Home Visits | Requirements Met | Percentage Requirements Met | Other Contacts |
| **Region: VII-E** | | | | | | | |
| George | 1 | 501 | 501.0 | 0 | 0 | 0.00% | 0 |
| Jackson | 16 | 5,004 | 312.8 | 20 | 6 | 37.50% | 9 |
| Region Summary: VII-E | 17 | 5,505 | 323.8 | 20 | 6 | 35.29% | 9 |
| **Region: VII-W** | | | | | | | |
| Hancock | 1 | 13 | 13.0 | 0 | 0 | 0.00% | 2 |
| Harrison | 12 | 5,433 | 452.8 | 15 | 5 | 41.66% | 7 |
| Region Summary: VII-W | 13 | 5,446 | 418.9 | 15 | 5 | 38.46% | 9 |
| **Statewide Summary** | 226 | 239,022 | 1,057.6 | 250 | 76 | 33.62% | 158 |

DHS
309947

# Ex. 31

Job Name: MW3JWC5P
Program : MWZWCRSB
Report  : MWZWC5S2
Date: 11/06/12
Time: 02:57 PM
Page: 3

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
Worker/Child Face to Face Home Contact Report - State Summary
For the date range of October 01, 2012 thru October 31, 2012

| Region | County | In Custody | With Any F2F Visit | Percent with F2F Visit | W/ In Home F2F Visit | Percent W/F2F Visit In Home | Total Any F2F Visits | Total In Hm F2F Visits | W/2 F2F Visits with In Home | % 2 F2F Visits w/ InHm |
|--------|--------|-----------|--------------------|------------------------|----------------------|------------------------------|----------------------|------------------------|------------------------------|------------------------|
| VI | Forrest | 86 | 78 | 90.70% | 75 | 87.21% | 235 | 175 | 68 | 79.07% |
| | Lamar | 31 | 30 | 96.77% | 29 | 93.55% | 76 | 47 | 26 | 83.87% |
| | Marion | 34 | 33 | 97.06% | 31 | 91.18% | 91 | 42 | 31 | 93.18% |
| | Pearl River | 124 | 118 | 95.16% | 117 | 94.35% | 385 | 226 | 116 | 93.55% |
| | Perry | 8 | 7 | 87.50% | 5 | 62.50% | 10 | 6 | 3 | 37.50% |
| | Stone | 100 | 94 | 94.00% | 85 | 85.00% | 232 | 132 | 80 | 80.00% |
| Total For Region VI | | 383 | 360 | 93.99% | 342 | 89.30% | 1,029 | 630 | 324 | 84.60% |
| VII-E | George | 3 | 2 | 66.67% | 2 | 66.67% | 4 | 4 | 2 | 66.67% |
| | Greene | 1 | 1 | 100.00% | 1 | 100.00% | 2 | 2 | 1 | 100.00% |
| | Jackson | 258 | 227 | 87.98% | 183 | 70.93% | 472 | 299 | 155 | 60.08% |
| Total For Region VII-E | | 262 | 230 | 87.79% | 186 | 70.99% | 478 | 305 | 158 | 60.31% |
| VII-W | Hancock | 254 | 94 | 37.01% | 83 | 32.68% | 168 | 114 | 59 | 23.23% |
| | Harrison | 537 | 382 | 71.14% | 335 | 62.38% | 733 | 483 | 247 | 46.00% |
| Total For Region VII-W | | 791 | 476 | 60.18% | 418 | 52.84% | 901 | 597 | 306 | 38.69% |
| Statewide Total | | 3,901 | 3,358 | 86.08% | 3,138 | 80.39% | 9,226 | 5,784 | 2,879 | 73.80% |

DHS
311313

Ex. 32

```
Job Name: MW3J316E                 MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/04/12
Program : MWLS316B      Children in Sibling Groups who have entered care who are placed together Summary    Time: 11:40 AM
Report  : MWLS316S              for the period November 01,2011 thru October 31,2012

Region : VII-W
```

| County | # of sibs who entered custody w/in 30 days of each other | # and % initially placed together | | COMBINED # and % initially together or separated w/ exception | | # and % not initially together | | # and % not initially together but together w/in 30 days | | # and % who entered as RUNAWAY | | COMBINED # and % placed together not placed together w/ exception and together w/in 30 days | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statewide Summary | 1490 | 1181 | 79.26% | 1364 | 91.54% | 300 | 20.13% | 103 | 0.40% | 6 | 3.29% | 1372 | 92.08% |

Statewide Totals

```
Number of siblings who entered custody within 30 days of each other during the period                        1490
Number and percent of siblings initially placed together who entered custody within 30 days of each other    1181    79.26%
Number and percent of siblings not initially placed together                                                  300    20.13%
COMBINED Number and percent of siblings initially placed together or separated with exception                1364    91.54%
Number and percent who entered custody as 'Runaway'                                                             6     3.29%
COMBINED Number and percent of siblings placed together, Separated with exception and                        1372    79.66%
          placed together within 30 days of custody
```

Count and percent not initially placed together by exception:

```
        Placement together harmful to sibling(s)                  4       0.27%
        Exceptional/special needs of child/sib                   17       1.14%
        Size of siblings group                                   49       3.29%
        Siblings did not enter care within 30 of each other       3       0.20%

        Relative Placements                                      22       1.48%
        Resource Availability                                    31       2.08%
        Level of Care Required                                   25       1.68%
        Behavior Problems                                        14       0.94%
        Court Ordered Placement                                  18       1.21%
```

*NOTE: The Column 'Not Initially together but placed W/SIBS W/IN 30 days of cust' looks 30 days from entry date of the last of the sibling group to enter custody and notes if the siblings were placed together within that timeframe.
MSA p.16.||.B.2.h

DHS
312244

Ex. 33

```
Job Name: MW3J314P                MISSISSIPPI DEPARTMENT OF HUMAN SERVICES              Date: 11/20/12
Program : MWLS314B            Proximity of Initial Placement for all Children Entering Custody    Time:  8:38 PM
Report  : MWLS314S                 for the period November 01,2011 thru October 31,2012           Page:

                                 ***Reason child placed beyond 50 miles of original home***
```

| County of Responsibility | Kids In Custody | Out of Co w/in 50 mi # and % | Avail Rel | Court Order Plcmnt | Educ Needs | Keep Sibs Tgther | Excptnl Special Needs | OPPR | Spec Needs | Other | beyond 50 miles # and % | Kids in co w/in 50 miles # and % | Kids in co beyond 50 miles # and % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statewide Summary | 2388 | 496  20.8 | 31 | 44 | 3 | 91 | 41 | 14 | 10 | 28 | 236  9.9 | 1601  67.0 | 55  2.3 |

SA:p21.11.B.5.e

DHS
311641

Ex. 34A

# 90 Day Trial Home Visit ( 9/01/2012- 9/30/2012 )

*MWLS54AS - Initial 90 Day Home Visit with Caseworker Contact Summary:*
Numbers at the bottom of the graph represent: Top # = # of children who met face to face contact requirements; middle # = # of children in first 90 days of trial visit: bottom # = Region:  Regions that do not appear did not have  a child in the report population
Yr II Standard = 40%   Yr III Standard = 70%



| | 1-N | 1-S | 2-E | 2-W | 3-N | 3-S | 4-N | 4-S | 5-E | 5-W | | 7-E | 7-W | Statewide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top | 10 | 31 | 0 | 9 | 2 | 1 | 11 | 7 | 9 | 6 | 0 | 0 | 3 | 89 |
| Mid | 26 | 44 | 3 | 15 | 9 | 8 | 16 | 10 | 11 | 7 | 9 | 2 | 16 | 176 |

# Ex. 34B

# Adoption Finalization ( 10/01/2011- 9/30/2012 )

*MWBRD10D- Percent of Children Adopted Within 24 Months:* Numbers at the bottom of the graph represent :

Top # =  the number of children in report population,
middle # = # of children adopted with 24 months, bottom # = Region
**Yr III Standard = 25% ,  Yr IV Standard = 30%**



**Ex. 34C**

# All Children Investigation Completed( 9/01/2012- 9/30/2012 )

__MWZ1272 Completed - Percent of All Children Investigation Completed Within 30 Days :__
 *Top # = # of Children with an investigation completed timely from intake,  middle # = Count of*
*Investigations with findings approved , bottom# = Region*
*Standard = 100%*



**Ex. 34D**

# All Child ANE Investigations Initiated ( 9/01/2012- 9/30/2012)

*MWZ1272 Initiated - Percent of Child ANE Investigations Initiated within a timely manner*
*Numbers at the bottom of the graph represent : Top # = investigations initiated timely from intake ; middle # = total # of investigations ; bottom # = Region*

*Standard = 100%*



# Ex. 34E

# Children in Emergency Shelter > 45 Days( 9/01/2012-9/30/2012 )

**MWLS50D - Number of Children Who Remained in Emergency Shelter More Than 45 Days**

*Numbers at the bottom of the graph represent:*
*: Top # = # of Children in Emergency shelter, bottom# = Region**
**Regions not listed did not have any children in the report population*



**Ex. 34F**

# Children in More Than 1 Emergency Placement( 9/01/2012-9/30/2012 )

**MWLS51DS - Number of Children Placed in More Than One Emergency Placement in a Single Episode**



**Ex. 34G**

# Children Under Age 10 in Emergency Placement( 9/01/2012-9/30/2012 )

**MWLS52HS- Children Under Age 10 in Emergency Placement -**
   *Numbers at the bottom of the graph represent :   Top # = # of Children under 10 with rd approval,*

*middle # = children under 10 in congregate care setting  ; bottom # = region*
*\*Regions not listed did not have any children in the report population*



**Ex. 34H**

# Custody Children Investigation Completed Timely ( 9/01/2012- 9/30/2012 )

**MWZ1271 -  Custody Children Investigation Completed  within 30 days of Day of Intake  :**

Top # = custody children investigation completed timely, middle # = total custody child investigation completed,  bottom# = Region   * Regions that do not appear did not have a child in the report population or no investigations were completed timely for the reporting period.
Standard = 100%



**Ex. 34I**

# Custody Children Investigation Initiated ( 9/01/2012- 9/30/2012 )

## MWZ1271 Custody Children Investigation Initiated  within 24 Hours of Day of Intake  :

*Top # = # of Custody Child  investigations initiated timely,  middle # = total custody child investigations bottom# = Region*
*\* Regions that do not appear did not have a child in the report population or no investigations were completed timely for the reporting period.*
*Standard = 100%*



**Ex. 34J**

# Family Based vs Non-Family Based Placement (9/01/2012- 9/30/2012 )

*MWZ0510 - Percent of Children Placed in Family-Based Settings*



**Ex. 34K**

# Independent Living Services( 9/01/2012- 9/30/2012 )

**_MWBRD16- Percent of Children in Custody Age 14+ Who Have Received IL Services_**
_Yr III Standard = 90 %  Yr IV Standard = 95%_



**Ex. 34L**

# Maltreatment Rate Custody Children( 10/1/11- 9/30/12)

**MWBRDO6 - Rate of Maltreatment for Children in Custody :**
*Numbers at the bottom of the graph represent : Top # = # of Custody Children w/evidenced findings  :  middle # = children in custody;  bottom# = Region*
*Yr III Standard = <1.0%   Yr IV Standard <.50%*



| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.90 % | 1.71 % | 0.78 % | 4.66 % | 1.63 % | 1.47 % | 2.71 % | 0.00 % | 1.31 % | 1.75 % | 1.20 % | 3.08 % | 1.38 % | 1.65 % |
| 5 | 10 | 1 | 11 | 7 | 11 | 10 | 0 | 5 | 4 | 7 | 15 | 16 | 102 |
| 551 | 583 | 127 | 236 | 428 | 745 | 369 | 282 | 380 | 228 | 582 | 486 | 1152 | 6149 |
| 1-N | 1-S | 2-E | 2-W | 3-N | 3-S | 4-N | 4-S | 5-E | 5-W | 6 | 7-E | 7-W | Statewide |

**Ex. 34M**

# Children Re-entering Foster Care w/1 year of Reunification(10/1/11-9/30/12)

## MWLS311S - Children Re-entering foster care w/1 year of reunification :
*Numbers at the bottom of the graph represent : Top # = Children re-entering FC w/12 months of a prior discharge from FC to reunification*

*: middle # = children in foster care during report periond ; bottom# = Region*



**Ex. 34N**

# Children W/Perm_Plan Developed w/30 days of Entry into Foster Care

### MWLS312S - Children with perm plan developed :   (10/1/2011- 9/30/2012)

*Numbers at the bottom of the graph represent  : Top # = Children w/intial perm plan developed w/30 days of entering FC*

*middle # = children whose 30th day of custody occured during reporting period ;  bottom# = Region*

*Yr III Standard = 90%   of children for regions that have fully implemented the Practice Model*

*Yr IV Standard = 95%*



**Ex. 34O**

# MWLS314S-Proximity of Intial Placement ( 10/1/11-9/30/12)

_**Numbers at the bottom of the graph represent : Children placed out of county , but within 50 miles**_

_**middle # = total children entering custody during report period, bottom # = Region**_



**Ex. 34P**

# MWLS314S-Proximity of Intial Placement ( 10/1/12-9/30/12) (2)

_Numbers at the bottom of the graph represent : Children placed out of county , beyond  50 miles_

_middle # = total children entering custody during report period, bottom # = Region_



**Ex. 34Q**

## MWLS314S-Proximity of Intial Placement ( 10/1/11-9/30/12) (3)

*Numbers at the bottom of the graph represent : Children placed in  county and within   50 miles*

*middle # = total children entering custody during report period, bottom # = Region*



State or Region, Total # of Children in ReportPopulation, kids in county within 50 miles

**Ex. 34R**

## MWLS314S-Proximity of Intial Placement ( 10/1/12-9/30/12) (4)

_Numbers at the bottom of the graph represent : Children placed in  county but beyond  50 miles_

_middle # = total children entering custody during report period, bottom # = Region_



# Ex. 34S

# Children receiving a comprehensive health assessment (10/1/11-9/30/12)

## MWLS315S - Children receiving a comprehensive health assessment :
*Numbers at the bottom of the graph represent  : Top # = Children receiving a comprehensive health assessment w/30 days of entering custody*

*middle# = children remaining 30 plus days;      bottom# = Region*

*Yr  III Standard = 50%, Yr IV Standard =  70%*



**Ex. 34T**

# Children contacts with parents and siblings  (9/1/12-9/30/12)

### MWLS318S - % of Parents and siblings contact
*Numbers at the bottom of the graph represent  : Top # = Total # who met all visitation requirements*

*middle# = children in custody for reporting period;      bottom# = Region*

*Yr IV Standard = 90%      Yr III Standard = 80%*



# Ex. 34U

# Children in Unlicensed Placements(9/1/2012- 9/30/2012)



*Mwls319_ Percentage of children in unlicensed placements;*    top number = children in unlicensed placements

middle number = Children in Custody for reporting period;  bottom number = region

**Ex. 34V**

# MWZ017S1_Children in Custody 17- 22 Months(9/1/12-9/30/12)

**Children in Custody W/or Without an ASFA Exception Noted or legally freed for adoption :**
*Numbers at the bottom of the graph represent  : top # = "ALL children in custody at least 17 of the most recent 22 months W/ & W/out ASFA or legally Freed for Adoption"    middle # = children with a TPR Petition Filed or with ASFA Exception Noted*
*bottom # = region        Yr III Standard = 80%    Yr IV Standard = 90%*



**Ex. 34W**

# Non-Therapeutic Home Contacts ( 9/01/2012- 9/30/2012 )

**_MWZPLMC - Percent of Non-Therapeutic Foster Homes with at Least One Contact During the Month :_**

*Top # = # of Children whose Foster Parents had Face to Face contact w/worker ; middle # = # of children in custody;   bottom# = Region*
*Yr III  Standard = 40% ,  Yr IV Standard = 60%*



# Ex. 34X

# Placement Stability ( 9/01/2012- 9/30/2012 )

*MWZPLM5S - < 12 Months With 1 or 2 Placements : Numbers at bottom of graph represent*
*Top # = # of Children with 1 or 2 Placements  ,  middle # = Total Children ; bottom# =  Region*
*Yr III Standard = 60%   Yr IV Standard = 75%*



| | 1-N | 1-S | 2-E | 2-W | 3-N | 3-S | 4-N | 4-S | 5-E | 5-W | 6 | 7-E | 7-W | Statewide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % | 75.61 % | 73.47 % | 75.68 % | 79.71 % | 68.42 % | 71.63 % | 68.37 % | 67.27 % | 66.89 % | 76.39 % | 65.37 % | 72.90 % | 68.78 % | 70.51 % |
| Top | 155 | 180 | 28 | 55 | 130 | 207 | 67 | 74 | 99 | 55 | 151 | 113 | 412 | 1726 |
| Middle | 205 | 245 | 37 | 69 | 190 | 289 | 98 | 110 | 148 | 72 | 231 | 155 | 599 | 2448 |

**Ex. 34Y**

# Prevention Cases ( as of  10/15/2012)

_**MWBPREVS- Number of Families in Prevention Cases**_
_top # = Families in Prevention ; bottom # = region_



# Ex. 34Z

# Protection Cases ( as of  10/15/2012)

**MWBPROTS - Number of Children in Protection Cases**
*top # = children in Protection;  bottom # = region*



# Ex. 34AA

# Reunification ( 10/01/2011- 9/30/2012 )

*MWBRD05- Percent of Children Unified Within 12 Months;* Top # = # reunified within 12 months ;
middle # = Number of children reunified ; bottom # = region
Yr III Standard = 60%    Yr IV Standard = 70%



| Region | 1-N | 1-S | 2-E | 2-W | 3-N | 3-S | 4-N | 4-S | 5-E | 5-W | 6 | 7-E | 7-W | Statewide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percent | 59.71 % | 54.19 % | 72.00 % | 44.44 % | 77.33 % | 50.86 % | 46.94 % | 47.37 % | 42.53 % | 67.57 % | 66.67 % | 59.70 % | 79.05 % | 61.06 % |
| Top # | 83 | 84 | 18 | 16 | 58 | 59 | 46 | 27 | 37 | 25 | 84 | 80 | 200 | 817 |
| Middle # | 139 | 155 | 25 | 36 | 75 | 116 | 98 | 57 | 87 | 37 | 126 | 134 | 253 | 1338 |

# Ex. 34BB

# Sibling Groups in Congregate Care ( 9/01/2012- 9/30/2012 )

*MWLS53HS - Sibling Groups with one or more  sibling under the age of 10 placed  in a Congregate Care over 45 days -*
*Numbers at the bottom of the graph represent :*
*Top # =  number of sibling groups with 1 or more siblings under 10 in congregate care over 45 days*
*bottom # = Region ;*
*Those Regions that are not represented did not have a child in the report population.*



# Ex. 34CC

# Therapeutic Home Contacts  ( 9/01/2012- 9/30/2012 )

<u>MWZPLMS2 - Percent of Therapeutic Foster Homes with At Least Two Contacts During the Month</u> , *Numbers at the bottom of the graph represent :*

*Top # = # of Children in report population, middle # = # of children with at least 2 contacts during month within report period ,  bottom# = Region\**

*\*Regions not listed did not have any children in the report population ; Yr III Standard = 40% , Yr IV Standard = 60%*



# Ex. 34DD

# Timely County Conference ( 10/01/2011- 9/30/2012 )

*MWZTACR - Percent of Children in Custody at Least 6 Months Who Have Had a Timely County Conference*
*top # = children w/timely county conference ; middle # = children in custody six months or more; bottom # = region*
*Yr III Standard 90%     Yr IV Standard 95%*



**Ex. 34EE**

# Timely Permanency Hearing ( 10/01/2011- 9/30/2012 )

_**MWZTPHR - Percent of Children in Custody at Least 12 Months Who Have Had a Timely Annual Court Review**_
_top # = children w/timely permanency hearing; middle # = total children in custody 12 months or more ;_
_bottom # = region_
_Yr III Standard = 90 %   Yr IV Standard = 95%_



# Ex. 34FF

# Exceptions TPR Filing for Children ( as of 10/5/2012 )

### MWZ014S1/2 - TPR Petions Filing or Exceptions Noted :
*Numbers at the bottom of the graph represent : Top # = # of children with a Tpr or Exception noted :*

*middle # = # of children in care 15 - 22 months ; bottom# = Region*

**Yr III Standard  80%      Yr IV Standard 90%**



**Ex. 34GG**

# Visitation With Children ( 9/01/2012 - 9/30/2012 )

<u>*MWZWC5 - Percent of Children in Custody Seen Face-to-Face In-Home Twice During Month*</u>

*Numbers at the bottom of the graph represent  : Top # = # of children with 2 or more in-home visits :  middle #= # of children in custody ;*

*bottom# = Region*
*Yr III Standard = 60%     Yr IV Standard = 80%*



# Ex. 34HH

# Visitation With Parents ( 9/01/2012- 9/30/2012)

### MWZWCR3 - Percent of Children with Goal of Reunification Whose Parents were seen Face to Face :

*Numbers at the bottom of the graph represent : Top # = # in compliance : middle # = # of children in custody w/goal of reunification bottom# = Region*
*Yr III Standard 40%    Yr IV Standard 60%*



# Ex. 34II

# Visits W/Children Remaining in Placement Following Investigation

<u>(9/01/12-9/30/12)</u> - MWLS55AS - %  Remained in Placement Following Maltreatment Investigation  & Received 2 Visits Monthly

*Numbers at the bottom of the graph represent : Top # =  #  of children w/2 or more visits ; middle # = total # of children who remained in placement following ANE ; bottom # = Region ;    Those Regions that are not represented did not have a child in the report population.*



**Ex. 35A**



**Children in Custody With Substantiated Findings of Maltreatment, by Region**
**During 12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12**
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWBRD06]**

Relevant to MSA II.C.2.b., page 32.

**Ex. 35B**



*Relevant to MSA II.B.5.e.i., page 26, and II.B.5.a., page 26.  Neither MWZWC5D nor this chart reflect performance related to full requirement.

# Ex. 35C



* Data report is being modified.  Neither MWLS314S nor this chart reflect performance related to full requirement.

Relevant to MSA II.B.2.p.16., page 19 and II.B.2.g., page 16.

**Ex. 35D**



*Relevant to MSA II.B.3.i.1., page 22.  Neither MWLS315S nor this chart reflect performance related to full requirement.

**Ex. 35E**



**Children in Custody 30+ Days Who Received a Comprehensive Health Assessment Within 30 Days of Entering Custody**
**12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12***
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS315S]

MSA requires by the end of Period 3, 50% of children entering custody receive a comprehensive health assessment within 30 calendar days consistent with MSA requirement.

Statewide Performance as of 9/30/12 = 26%

Sum of Number of Children In Custody 30+ Days with Comprehensive Health Assessment Within 30 Days
Sum of Number of Children In Custody 30+ Days without Comprehensive Health Assessment Within 30 Days
Sum of Percentage of Children in Custody 30+ Days with Comprehensive Health Assessment Within 30 Days

*Relevant to MSA II.B.3.i.2., page 22, and II.B.3.b., page 21.  Neither MWLS315S nor this chart reflect performance related to full requirement.

**Ex. 35F**



*Relevant to MSA II.B.2.p.13., page 18, and II.B.2.h., page 16. Neither MWLS316 nor this chart reflect performance related to full requirement.

**Ex. 35G**



Number of Children in Licensed and Unlicensed Placements, Including
Approved Relative Placements Pending Full Licensure
One-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS319D]

**Ex. 35H**



*Relevant to MSA II.B.1.e.2., page 14. Neither MWZ1271 nor this chart reflect performance related to full requirement.

**Ex. 35I**



*Relevant to MSA II.B.1.e.2., page 14. Neither MWZ1271 nor this chart reflect performance related to full requirement.

**Ex. 35J**



*Relevant to MSA II.B.1.e.3., page 14. Neither MWLS55SA nor this chart reflect performance related to full requirement.

**Ex. 35K**



Children in Emergency Shelter or Temporary Facility for Over 45 Days
With and Without the Division Director Approval, By Region
One-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS50D]

Statewide Performance as of 9/30/12 = 24

MSA requires by end of Period 3, no foster children shall remain in emergency or temporary facility for more than 45 days unless in exceptional circumstances and Field Operations Director has granted express written approval.

Sum of Number of Children in Emergency Shelter or Temporary Facility For Over 45 Days With Division Director Approval

Sum of Number of Children in Emergency Shelter or Temporary Facility For Over 45 Days Without Division Director Approval

*Relevant to MSA II.B.2.p.8., page 18.  Neither MWLS50D nor this chart reflect performance related to full requirement.  MSA II.B.2.k. required Division Director or Field Operations Director approval.

**Ex. 35L**



*Relevant to MSA II.B.2.p.6., page 18.  Neither MWLS52HS nor this chart reflect performance related to full requirement.

**Ex. 35M**



Number of Sibling Groups With At Least One Sibling Under Age 10 Housed
in a Congregate Care Setting For More Than 45 Days, By Region
During Months Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWL53HS]

Statewide Performance as of 9/30/12 = 12

Sibling groups in which one or more of the siblings are under the age of 10 shall not be placed in congregate care settings for more than 45 days.

Relevant to MSA II.B.2.m., page 17.

**Ex. 35N**



Children With Two or More Emergency or Temporary Facility Placements At Any Time
Within One Episode of Foster Care With and Without Regional Director Approval, By Region
During Months Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS51D/S]

*Relevant to MSA II.B.2.p.7., page 18.  Neither MWLS51D/S nor this chart reflect performance related to full requirement.

**Ex. 35O**



**Non-Therapeutic Placement Setting Contacts, By Region**
**One-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12***
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWZPLMCS]

Statewide Performance as of 9/30/12 = 55%

MSA requires by the end of Period 3, 40% of non-therapeutic resource parents have a worker visit the home monthly consistent with MSA requirements.

Sum of Number of Non-Therapeutic Homes With at Least One Child Visited by a DFCS Caseworker At Least Once During Report Period

Sum of Number of Non-Therapeutic Homes With at Least One Child Not Visited by a DFCS Caseworker At Least Once During Report Period

Sum of Percentage of Non Therapeutic Foster Homes With at Least One Child Visited by a DFCS Caseworker At Least Once During Report Period

*Relevant to MSA II.B.5.c., page 26, and II.B.5.e.3., page 27.  Neither MWZPLMCS nor this chart reflect performance related to full requirement.

**Ex. 35P**



*Relevant to MSA II.B.5.e.3., page 27, and II.B.5.c., page 26. Neither MWZPLMB nor this chart reflect performance related to full requirement.

Ex. 35Q



Relevant to MSA II.C.1.b.i., page 31.

**Ex. 36A**

**During Trial Home Visit Period, Number of Children Who Met With Their Caseworker or Family Preservation Caseworker in the Home Twice in a One-Month Period or At Least Once Monthly if 15 Days or Less, By Practice Model Fully Implemented Date, By Region One-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12***
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS54A]



*Relevant to MSA III.B.8.d.1., page 44, and III.B.8.b., page 44.  Neither MWLS54A nor this chart reflect performance related to full requirement.

**Ex. 36B**



Children in Custody for Six Months or More With an Administrative Review Every Six Months, By Region and By Practice Model Fully Implemented Date
12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWZTACR]

Statewide Performance as of 9/30/12 = 94%

MSA requires that by date Region fully implements, 90% of children in custody for at least six months shall have a timely court or administrative case review consistent with MSA requirement.

Regions By Practice Model Full Implementation Date

Sum of Number of Children in Custody for 6 Months or More With a Timely Administrative Review
Sum of Number of Children in Custody for 6 Months or More Without a Timely Administrative Review
Sum of Percent of Children in Custody for 6 Months or More With a Timely Administrative Review

*Relevant to MSA III.B.3.c.4.a., page 37, and III.B.3.c.1., page 37.  Neither MWZTACR nor this chart reflect performance related to full requirement.

**Ex. 36C**



Children in Custody for 12 Months or More With a Timely Permanency Hearing,
By Practice Model Fully Implemented Date, By Region
12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWZTPHR]

Relevant to MSA III.B.3.c.4.b., page 37, and III.B.3.c.2., page 37.

**Ex. 36D**



Relevant to MSA III.B.7.e.i., page 43.

**Ex. 36E**



**Children Leaving State Custody and Reason, By Practice Model Fully Implemented Date, By Region, and Percentage of Children Reunified With Parent or Caretaker In Under 12 Months From Latest Removal 12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12**
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWBRD05]

Relevant to MSA III.C.1.a.1., page 45.

Ex. 36F



Children With a Permanency Plan By Their 30th Day of Custody,
By Practice Model Fully Implemented Date, By Region
12-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWLS312]

*Relevant to MSA III.B.3.a.6.a., page 36, and III.B.3.a.1. and 2., page 35.  Neither MWLS312 nor this chart reflect performance related to full requirement.

**Ex. 36G**



Relevant to MSA III.C.2.a.1., page 46.

**Ex. 37**

## Strategy for Addressing Carve Out Counties

The four carve-out counties (Hinds, Hancock, Harrison, and Jackson) are addressed in the MSA specifically because of their needs that may be different from the rest of the State. Data reports indicate they are generally below other Regions performance-wise in several key areas, they have chronic staffing vacancies and retention problems, and substantial judicial issues. This plan is a short-term management strategy designed to move the 4 counties to a position of being able to carry out their core responsibilities timely and effectively and to make immediate improvements in a core set of practices/indicators. The key components of the plan are as follows:

- **Deploy short-term, full-time management teams to each of the 4 counties**

  - Teams will supplement, not replace existing management structure;
  - Teams will work directly with units/supervisors in the counties on expectations, monitoring, and quality of work;
  - Teams will focus on helping staff making improvements in a core set of practices/indicators;
  - Teams will monitor performance weekly and report weekly to the MDHS Executive Deputy Director on progress;
  - Teams will assist in bringing staffing/caseloads to needed levels and supporting new staff to become integrated into the workforce;
  - Teams will work with State Office staff to secure needed supports, e.g., training, policy clarifications, etc.; and
  - Teams should be in place until improvement becomes evident.

- **Focus work of county staff and monitoring on a set of 7 core practices that can be expected to address immediate needs and are cross-cutting with broader outcomes**

  - Recommended practices/indicators are tied to practice model components as follows in order to keep the focus on practice model implementation:

    - Caseworker visits with children
    - Caseworker visits with parents
    - Timely initiation/completion of reports of maltreatment (in custody and out of custody) and quality of investigations
    - Family Team Meetings
    - Timely/quality completion of CFAs
    - Timely/quality completion of Family Service Plans
    - Placement of children in unlicensed homes

- o The rationale for focusing on a small number of core practices is that staff are trying to make improvements in many areas at once creating difficulty in doing it all well within a short period of time. The practices/indicators identified above are central to improvements in broader outcome areas; and, there is a need to establish core practices as the foundation for broader improvements.
- o CSF/DHS coaches will support management team in developing these practices by coordinating their activities and focus.
- o There is a need for clear messaging/communication/tracking of indicators.
- o Management team staff will review records, meet with units/workers, identify barriers to practices and help identify strategies to remove barriers.

- **State Office focuses support for the counties in the following key areas:**

  - o Quickly bring caseloads into alignment with MSA standards. A strategy for addressing the caseload/staffing issues will need to be developed.
  - o Ensure prompt training of new staff to move into caseloads/supervision.
  - o Provide for onsite mentoring (possibly through the management team) of new staff and supervisors for court involvement in order to improve retention and performance. A strategy for addressing this and other court related barriers will need to be developed.
  - o Ensure CQI liaisons for these counties are engaged in monitoring of the core practices and providing feedback to staff and management team (if CQI staff are not hired for these Regions, hire them quickly).
  - o Focus DFCS resource development work on these 4 counties.
  - o Ensure coordination among all involved contractors regarding the carve-out county plan, e.g., CSF, USM, Ole Miss, and Casey Family Programs.
  - o Engage private providers that serve the 4 counties to focus on the resources needed to achieve goals.

**Regional Teams:**

- **Hinds County:** Mike Gallarno (lead), Angie Williams, Tam Garner, Darren Vandevender (will float among the counties)
- **Harrison County:** Carolyn Townes (lead), Hollie Jeffries
- **Jackson County:** Tammy Miller (lead), Rhonda Jones
- **Hancock County:** Carolyn Gremillion (lead), Henry Goodman, Mike Thornton

2

DHS
308992

**Each team will need to develop the following based on the circumstances of the individual county:**

- Detailed roles/responsibilities of the management team, including who on the team will monitor/work on specific areas
- A strategy for case record reviews/data reviews
- Meeting schedule/agenda with units/supervisors
- Development of reports to RDs and the Executive Deputy Director
- Plans for initial and ongoing meetings with RD, supervisors, staff to explain roles and responsibilities
- Tools or processes for reviewing quality of investigations, home studies, assessments, FSPs, content of caseworker visits

**Work Plan:**

**Overall responsibility**: Assist the 4 carve-out Regions in making needed improvements in at least six core practice areas by monitoring and tracking progress, reviewing case records and pursuing improvement strategies, and reporting to the RD and Deputy Executive Director of MDHS.

**Weekly activities:**

- First day(s): Meet with RD, ASWSs, and staff to explain their roles, go over the indicators to be tracked, how they will work with staff

- Obtain baseline data (MACWIS) on the key indicators – if possible, by unit/worker in order to know where the Region stands regarding performance and needs for improvement. Some data may have to be obtained from sources other than MACWIS, i.e., Family Team Meetings, Family Service Plans, and Comprehensive Family Assessments.

- Establish improvement goals for each indicator and communicate them to staff as the goal is to achieve the performance level required in the MSA for year III.

- Meet with supervisors weekly to go over progress, identify where improvements are needed, and to review improvement strategies.

- Assign someone on the team to review/track each area: caseworker visits with children and parents, FSPs, CFAs, maltreatment investigations, FTMs, and placements in unlicensed homes (this is an added indicator).

3

- In addition to tracking numbers/timeliness of completion, review each area for quality of the work:

  o Use Practice Guides to ensure that time frames/content in the areas are as required in the MSA – develop checklists for each area to be sure requirements/quality are in place;

  o Review all investigations of maltreatment of children in foster care for thoroughness and quality (Possibly use the draft Maltreatment in Care instrument that we have developed for the CQI unit – not yet in use, but this initiative could pilot it – should coordinate with Cindy Greer and Rob)

  o Provide weekly feedback to supervisors, RD, and social workers on findings, where improvements are needed, and hand back reviewed work that needs revision.

- Identify any systemic barriers to making needed progress on the indicators and communicate these barriers to the RD and Executive Deputy Commissioner, e.g., equipment or space issues, issues with recruiting/hiring/retaining staff, supervisory issues, concerns about the accuracy of the data, court concerns, etc.

- Assist Region in resolving systemic issues, for example, by meeting with the judges or arranging for someone else to meet with them as needed, communicating needs to State Office (through a central point of contact so that trends in needs can be identified), etc.

- Coordinate activities with the work of the CSF and DHS practice coaches around the practice areas, and use, as needed, the CQI liaisons to assist in tracking and providing feedback.

Ex. 38



Children in Foster Care By Placement Type, Statewide, One-Month Period Ending 9/30/2012
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWZ0510]
1200
1000
800
600
400
200
0
1126
580
502
387
311
286
266
42
41
34
19
4
3
Foster Home (includes foster/adopt)
Relative Foster Home
Own Home
Non licensed/pending licensed relative
Specialized/Therapeutic Foster Home
Residential
Group Home
Runaway
Shelter
Supervised Independent Living
Adoptive Home
Child Placing Agency
ICPC
9/30/2012
Statewide
Runaway, 1.17%
Adoptive Home, 0.53%
Shelter, 1.14%
ICPC, 0.08%
Child Placing Agency, 0.11%
Supervised Independent Living, 0.94%
Group Home, 7.39%
Residential, 7.94%
Specialized/ Therapeutic Foster Home, 8.64%
Non licensed/ pending licensed relative, 10.75%
Own Home, 13.94%
Relative Foster Home, 16.11%
Foster Home (includes foster/adopt), 31.27%

# Ex. 39



Children in Foster Care By Placement Type, By Region
One-Month Periods Ending 6/30/12, 7/31/12, 8/31/12, and 9/30/12
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWZ0510]
0
100
200
300
400
500
600
700
800
VII-W
III-S
I-S
VI
III-N
I-N
VII-E
V-E
IV-N
IV-S
II-W
V-W
II-E
6/30/2012
7/31/2012
8/31/2012
9/30/2012
Foster Home (includes foster/adopt)
Relative Foster Home
Own Home
Non licensed/pending licensed relative
Specialized/Therapeutic Foster Home
Residential
Group Home
Shelter
Runaway
Supervised Independent Living
Adoptive Home
Child Placing Agency
ICPC

**Ex. 40**



**Total Number of Children in  Custody With Findings of Maltreatment During 12-Month Period Ending 9/30/12**
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS MWBRD06]**