# ATTACHMENT A

*Olivia Y. v. Barbour*
**CHILDREN'S RIGHTS**
Attorneys' Fees Summary
January 1, 2011 - August 31, 2012

| Monitoring Hours<br>Children's Rights Fees | Monitoring Hours | Fees-on-Fees Hours | Total Hours x | Rate | Total Fee |
|---|---|---|---|---|---|
| **Attorney** | | | | | |
| Marcia Robinson Lowry | 83.61 | 0.00 | 83.61 | $303.75 | $25,396.54 |
| Shirim Nothenberg | 383.66 | 12.63 | 396.29 | $270.00 | $106,998.30 |
| Miriam Ingber | 75.04 | 1.95 | 76.99 | $270.00 | $20,787.30 |
| Sarah Russo | 154.13 | 0.23 | 154.36 | $189.00 | $29,174.04 |
| Jessica Polansky | 248.61 | 1.16 | 249.77 | $189.00 | $47,206.53 |
| **Paralegal** | | | | | |
| Abby Barnes | 16.92 | 0.00 | 16.92 | $108.00 | $1,827.36 |
| Michael D'Ambrosio | 11.54 | 0.00 | 11.54 | $108.00 | $1,246.32 |
| Daniel Dobies | 3.80 | 0.00 | 3.80 | $108.00 | $410.40 |
| Julie Goodman | 58.09 | 54.00 | 112.09 | $108.00 | $12,105.72 |
| Victoria Kabak | 17.05 | 7.65 | 24.70 | $108.00 | $2,667.60 |
| Ruchi Shah | 14.80 | 0.00 | 14.80 | $108.00 | $1,598.40 |
| Daniel Whitman | 4.00 | 0.00 | 4.00 | $108.00 | $432.00 |
| Edward Wixler | 24.51 | 3.54 | 28.05 | $108.00 | $3,029.40 |
| **Legal Intern** | | | | | |
| Stephanie Berger | 10.60 | 0.00 | 10.60 | $135.00 | $1,431.00 |
| **TOTAL (CR Monitoring Hours)** | 1,106.36 | 81.16 | 1,187.52 | | **$254,310.91** |

| Travel Hours | Total Hours | Rate | Total Fee |
|---|---|---|---|
| **Attorney** | | | |
| Marcia Robinson Lowry | 43.25 | $151.88 | $6,568.59 |
| Shirim Nothenberg | 49.50 | $135.00 | $6,682.50 |
| Jessica Polansky | 24.41 | $94.50 | $2,306.75 |
| Total (Travel Hours) | 117.16 | | **$15,557.84** |

| GRAND TOTAL (Monitoring + Travel Hours) | | | **$269,868.75** |
|---|---|---|---|

| Billing Judgment | BJ Hours | Rate | BJ |
|---|---|---|---|
| Marcia Robinson Lowry | 2.70 | $303.75 | $820.13 |
| Sara Bartosz | 0.55 | $270.00 | $148.50 |
| Susan Lambiase | 0.13 | $270.00 | $35.10 |
| Shirim Nothenberg | 45.36 | $270.00 | $12,247.20 |
| Eric Thompson | 1.43 | $270.00 | $386.10 |
| Miriam Ingber | 17.81 | $270.00 | $4,808.70 |
| Sarah Russo | 13.32 | $189.00 | $2,517.48 |
| Jessica Polansky | 45.56 | $189.00 | $8,610.84 |
| Jessica Polansky - Travel | 16.50 | $104.00 | $1,716.00 |
| Paralegals | 233.80 | $119.00 | $27,822.20 |
| Legal Interns | 17.09 | $148.50 | $2,537.87 |
| **Total BJ** | 394.25 | | **$60,646.39** |