# ATTACHMENT C

# Children's Rights
## Mississippi
### January 2011 through August 2012

| Date | Memo | Amount |
|---|---|---:|

**CR Expenses**
  **Leg.lib/Research**
    **Pacer**

| Date | Memo | Amount |
|---|---|---:|
| 04/28/2011 | Jan. - March '11 | 7.04 |
| 07/28/2011 | April - June '11 | 1.84 |
| 11/04/2011 | July - Sept. '11 | 7.20 |
| 03/30/2012 | Jan. - March '12 | 7.12 |
| 06/30/2012 | April - June '12 | 24.60 |
| **Total Pacer** | | **47.80** |

    **WestLaw**

| Date | Memo | Amount |
|---|---|---:|
| 03/31/2011 | Westlaw usage March '11 | 65.47 |
| 05/19/2011 | Westlaw usage April '11 | 106.36 |
| 06/23/2011 | Westlaw usage May '11 | 45.82 |
| 08/19/2011 | Westlaw usage July '11 | 11.99 |
| 09/21/2011 | Westlaw usage Aug. '11 | 336.16 |
| 11/04/2011 | Westlaw usage Sept. '11 | 109.66 |
| 01/31/2012 | Westlaw usage Jan. '12 | 113.03 |
| 03/31/2012 | Westlaw usage March '12 | 19.77 |
| 07/31/2012 | Westlaw usage July '12 | 27.87 |
| **Total WestLaw** | | **836.13** |

**Total Leg.lib/Research**      **883.93**

  **Office Expenses**
    **Copies**

| Date | Memo | Amount |
|---|---|---:|
| 03/30/2011 | Copies and printing Jan.-March '11 | 213.40 |
| 06/30/2011 | Copies and printing April-June '11 | 377.00 |
| 06/23/2011 | Demonstratives for contempt hearing | 360.00 |
| 06/23/2011 | 5/13 hearing transcript | 248.20 |
| 09/30/2011 | Copies and printing July-Sept. '11 | 430.96 |
| 12/31/2011 | Copies and printing Oct.-Dec. '11 | 1,189.68 |
| 03/31/2012 | Copies and printing Jan.-March '12 | 596.36 |
| 06/30/2012 | Copies and printing April-June '12 | 396.30 |
| 07/31/2012 | Copies and printing July '12 | 36.10 |
| 08/31/2012 | Copies and printing Aug. '12 | 187.70 |
| **Total Copies** | | **4,035.70** |

    **Delivery**

| Date | Memo | Amount |
|---|---|---:|
| 05/26/2011 | 4/12 FedEx | 9.27 |
| 06/02/2011 | 5/5 FedEx | 56.97 |
| 06/02/2011 | 5/9 FedEx | 287.73 |
| 07/28/2011 | 7/7 FedEx | 22.93 |
| 09/16/2011 | 8/30 FedEx | 26.19 |
| 06/01/2012 | 5/14 FedEx | 18.90 |
| 06/29/2012 | 6/11 FedEx | 13.71 |
| 07/27/2012 | 6/20 FedEx | 18.90 |
| **Total Delivery** | | **454.60** |

    **Phone**

# Children's Rights
## Mississippi
### January 2011 through August 2012

| Date | Memo | Amount |
|---|---|---:|
| 03/03/2011 | Phone Jan. '11 | 5.07 |
| 04/08/2011 | Phone Feb. '11 | 5.43 |
| 04/28/2011 | Phone March '11 | 9.93 |
| 06/02/2011 | Phone April '11 | 3.24 |
| 06/23/2011 | Phone May '11 | 5.32 |
| 07/26/2011 | Phone June '11 | 3.62 |
| 08/25/2011 | Phone July '11 | 3.97 |
| 09/21/2011 | Phone Aug. '11 | 3.14 |
| 11/04/2011 | Phone Sept. '11 | 4.34 |
| 12/29/2011 | Phone Nov. '11 | 3.54 |
| 01/31/2012 | Phone Jan. '12 | 2.35 |
| 02/29/2012 | Phone Feb. '12 | 0.94 |
| 03/31/2012 | Phone March '12 | 2.82 |
| 08/31/2012 | Phone July '12 | 12.64 |
| **Total Phone** | | **66.35** |

**Postage**

| | | |
|---|---|---:|
| 6/30/2012 | Jan.-June '12 | 3.60 |
| **Total Postage** | | **3.60** |

**Refreshments**

| | | |
|---|---|---:|
| 05/31/2012 | SN-working dinner 5/10 | 7.61 |
| 06/30/2011 | MRL-lunch for meeting w/ opposing counsel 6/13 | 102.40 |
| 06/30/2011 | MRL-breakfast for meeting w/ opposing counsel 6/13 | 125.53 |
| 09/30/2011 | JP-working dinner 8/31 | 16.90 |
| 02/28/2012 | SN-working dinner 2/22 | 8.15 |
| 03/30/2012 | SR-working dinner 3/3 | 15.34 |
| **Total Refreshments** | | **275.93** |

| | | |
|---|---|---:|
| **Total Office Expenses** | | **4,836.18** |

**Travel**

**Computer**

| | | |
|---|---|---:|
| 05/31/2011 | Internet usage in hotel 5/12 | 12.95 |
| 08/30/2011 | Internet usage in hotel 8/25 | 2.95 |
| **Total Computer** | | **15.90** |

**Hotel**

| | | |
|---|---|---:|
| 05/31/2011 | MRL-hotel 5/12 | 176.07 |
| 05/31/2011 | SN-hotel 5/12 | 189.39 |
| 05/31/2011 | JP-hotel 5/12 | 211.59 |
| 07/31/2011 | JP-hotel 7/11 | 159.07 |
| 07/31/2011 | MRL-hotel 7/11 | 197.07 |
| 07/31/2011 | SN-hotel 7/11 | 159.07 |
| 08/31/2011 | JP-hotel 8/18 | 211.09 |
| 08/31/2011 | JP-hotel 8/24, 8/25 | 457.88 |
| 08/30/2011 | SN-hotel 8/25 | 228.94 |
| 02/28/2012 | SN-hotel 2/1 | 222.69 |
| 02/28/2012 | MRL-hotel 2/1 | 189.45 |
| **Total Hotel** | | **2,402.31** |

**Meals**

**3:51 PM**
**08/08/12**
**Accrual Basis**

# Children's Rights
# Mississippi
## January 2011 through August 2012

| Date | Memo | Amount |
|---|---|---:|
| 05/26/2011 | JP-food 5/13 | 4.03 |
| 05/31/2011 | SN-food w/ MRL, JP 5/12 | 137.43 |
| 05/31/2011 | SN-food 5/12 | 7.03 |
| 05/31/2011 | SN-food 5/13 | 11.21 |
| 05/31/2011 | SN-food 5/13 | 12.50 |
| 05/31/2011 | JP-food w/ MRL 5/12 | 8.24 |
| 05/31/2011 | JP-food at airport 5/13 | 21.20 |
| 05/31/2011 | JP-food 5/12 | 4.03 |
| 05/31/2011 | JP-food 5/13 | 14.98 |
| 07/31/2011 | MRL-food w/ JP, SN 7/11 | 144.94 |
| 07/31/2011 | MRL-food w/ SN, JP 7/11 | 58.57 |
| 07/31/2011 | MRL-food w/ SN, JP 7/12 | 166.52 |
| 07/31/2011 | MRL-food 7/12 | 4.90 |
| 07/31/2011 | SN-food 7/12 | 14.14 |
| 07/31/2011 | JP-food 7/12 | 23.29 |
| 08/30/2011 | SN-food w/ JP 8/25 | 108.20 |
| 08/30/2011 | SN-food 8/25 | 11.23 |
| 08/30/2011 | SN-food 8/26 | 5.01 |
| 08/31/2011 | JP-food 8/18 | 56.83 |
| 08/31/2011 | JP-food 8/19 | 8.95 |
| 08/31/2011 | JP-food 8/19 | 5.31 |
| 08/31/2011 | JP-food 8/19 | 7.79 |
| 08/31/2011 | JP-food 8/25 | 17.43 |
| 08/31/2011 | JP-food 8/26 | 6.44 |
| 10/07/2011 | JP-food 8/18 | 12.99 |
| 02/28/2012 | SN-meals w/ MRL 2/1 | 90.75 |
| 02/28/2012 | SN-meals w/ MRL 2/2 | 42.82 |
| 02/28/2012 | MRL-food 2/2 | 13.89 |
| 06/30/2012 | MRL-food 2/2 | 3.32 |
| **Total Meals** | | **1,023.97** |

**Plane-Amtrak**

| Date | Memo | Amount |
|---|---|---:|
| 01/31/2011 | MRL-roundtrip airfare to DC 1/25 | 393.40 |
| 03/31/2011 | SN-roundtrip airfare to DC 3/22 | 729.40 |
| 04/30/2011 | MRL-roundtrip airfare to MS 5/12 | 435.80 |
| 04/30/2011 | SN-roundtrip airfare to MS 5/12 | 472.80 |
| 05/31/2011 | JP-roundtrip airfare to MS 5/12 | 782.80 |
| 06/30/2011 | MRL-roundtrip airfare to New Orleans 7/11 | 299.40 |
| 06/30/2011 | SN-roundtrip airfare to New Orleans 7/11 | 299.40 |
| 07/31/2011 | JP-roundtrip airfare to New Orleans 7/11 | 537.40 |
| 08/31/2011 | JP-airfare to MS 8/18 | 243.90 |
| 08/31/2011 | JP-airfare MS to New York 8/19 | 275.40 |
| 08/30/2011 | SN-roundtrip Amtrak to DC 8/25 | 325.00 |
| 08/31/2011 | JP-airfare to DC 8/24 | 99.85 |
| 08/31/2011 | JP-Amtrak DC to New York 8/26 | 186.00 |
| 12/31/2011 | SN-roundtrip airfare to MS 2/1 | 1,201.20 |
| 01/31/2012 | MRL-roundtrip airfare to MS 2/1 | 870.20 |
| **Total Plane-Amtrak** | | **7,151.95** |

**Public transp**

| Date | Memo | Amount |
|---|---|---:|
| 01/31/2011 | MRL-car service home from LGA 1/25 | 132.40 |

3:51 PM
08/08/12
Accrual Basis

# Children's Rights
## Mississippi
### January 2011 through August 2012

| Date | Memo | Amount |
|---|---|---:|
| 01/31/2011 | MRL-car service from home to LGA 1/25 | 126.40 |
| 03/25/2011 | SN-taxi from airport to monitor's office 3/22 | 18.00 |
| 03/25/2011 | SN-taxi from monitor's office to airport 3/22 | 15.75 |
| 03/31/2011 | SN-taxi from home to airport 3/22 | 35.28 |
| 03/31/2011 | SN-taxi home from airport 3/22 | 44.00 |
| 05/10/2011 | SN-taxi home from office working late 5/10 | 21.38 |
| 05/26/2011 | JP-taxi to hotel w/ SN 5/12 | 43.00 |
| 05/26/2011 | JP-taxi from hotel to Jackson airport w/ SN 5/13 | 32.00 |
| 05/31/2011 | MRL-car service from home to LGA 5/12 | 126.40 |
| 05/31/2011 | MRL-car service from LGA to home 5/13 | 132.40 |
| 05/31/2011 | JP-taxi home from airport 5/12 | 37.40 |
| 07/21/2011 | JP-taxi to airport in New Orleans 7/12 | 45.00 |
| 07/31/2011 | MRL-car service from home to LGA 7/11 | 126.40 |
| 07/31/2011 | MRL-car service home from LGA 7/12 | 132.40 |
| 07/31/2011 | SN-taxi from home to airport 7/11 | 45.50 |
| 07/31/2011 | SN-taxi from airport to home 7/12 | 64.00 |
| 07/31/2011 | JP-taxi from home to LGA  7/11 | 36.50 |
| 07/31/2011 | JP-taxi home from LGA  7/12 | 32.70 |
| 08/30/2011 | SN-taxi to Amtrak 8/25 | 13.20 |
| 08/31/2011 | JP-taxi home from airport 8/25 | 27.20 |
| 09/30/2011 | JP-taxi home working late 8/31 | 20.52 |
| 10/06/2011 | JP-taxi home to LGA 8/18 | 65.90 |
| 10/07/2011 | JP-taxi to hotel 8/18 | 33.00 |
| 10/07/2011 | JP-taxi home from airport 8/19 | 65.00 |
| 10/07/2011 | JP-taxi to hotel 8/24 | 27.00 |
| 02/28/2012 | SN-car service home to LGA 2/1 | 46.00 |
| 02/17/2012 | SN-taxi to hotel in MS 2/1 | 40.00 |
| 02/17/2012 | SN-taxi to airport in MS 2/2 | 35.00 |
| 02/28/2012 | SN-car service LGA to home 2/2 | 70.00 |
| 02/28/2012 | MRL-car service from home to airport 2/1 | 127.25 |
| 02/28/2012 | MRL-car service home from airport 2/2 | 133.25 |
| 02/28/2012 | SN-taxi home from office working late 2/22 | 21.48 |
| | Total Public transp | 1,971.71 |
| | **Total Travel Expenses** | **12,565.84** |
| **Total CR Expenses** | | **18,285.95** |

**Bradley Arant Expenses**

| | Pacer and copying costs | 247.28 |
|---|---|---:|

**Total Expenses**   **18,533.23**