IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                        PLAINTIFFS

v.                                                                                CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*                 DEFENDANTS

## ORDER

This matter came before the Court on the Plaintiffs' Unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses. The Court, having reviewed the Unopposed Motion and evaluated the agreed-upon amount of fees and expenses, finds it reasonable. Accordingly, the Motion is, for good cause, **GRANTED**. The Court rules, orders, and directs as follows:

1.  Payment shall be made by Defendants to Plaintiffs' Counsel in the agreed-upon amount of $288,401.98, upon appropriation by the Mississippi legislature, for legal services performed and expenses incurred from January 1, 2011 through August 31, 2012 in the monitoring and enforcement of the Remedial Order entered into in this case.

2.  Because the notice received by Plaintiff Class pursuant to Rule 23(h) as to Plaintiffs' first Unopposed Motion for Approval of Settlement Regarding Plaintiffs' Attorney's Fees included notification that Plaintiffs' Counsel might periodically be submitting fee application for monitoring and enforcement work performed on behalf of the Plaintiff Class and that no additional notification would be made of such applications, and because additional notice would impose undue cost and burden, notice pursuant to Rule 23(h) of this and any subsequent fee applications for post-judgment monitoring and enforcement work is unnecessary.

So **ORDERED** this 11th day of February, 2013.

/s/Tom S. Lee

UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Miriam Ingber*
Miriam Ingber (MBN 46823 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Sarah Russo (MBN 46802 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 4474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

John Lang (MBN 43987 *pro hac vice*)
Attorney at Law
60 East 42nd Street, Suite 4600
New York, New York 10165

*PLAINTIFFS' COUNSEL*