AFFIDAVIT OF CYNTHIA GREER

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Cynthia Greer, who, having been duly sworn by me, states on oath the following:

1. My name is Cynthia Greer.

2. I am an information systems project manager with over 24 years of technical experience in computer technology and have worked in the corporate sector as well as for state agencies. I have technical experience in database design and maintenance, business analytical work, computer programming, and web design and development. My child welfare experience includes management of the quality improvement review processes for foster care review and evaluation and monitoring, child welfare internal and federal data reporting, child welfare case management/data system, complaints/grievances/incidents monitoring and tracking and Council on Accreditation (COA) initiatives for Division of Family and Children Services ("DFCS"). My degrees include a Bachelors of Science in Computer Programming/Business and Industry as well as an Associates of Applied Science in Technical Data Processing.

3. I currently serve as Director of DFCS' Continuous Quality Improvement unit and have held this position since February 1, 2012. Prior to holding this position, I served as Director of DFCS' Automated Child Welfare Information System ("MACWIS") Unit.

4. I am responsible for the management of the Continuous Quality Improvement ("CQI") unit. In this capacity I manage employees to help ensure the safety, permanency, and well-being of children in DFCS custody through quality improvement reviews of cases in which



the case review reports and feedback assist field staff by informing and thereby improving practice. I am also familiar with and work with the MACWIS computer application, MACWIS data reports, and DFCS computer hardware/network functionality. Prior to my role as CQI Director, I managed the MACWIS Unit (from September 2009 to February 2012) that provides statewide support for all DFCS computer-related activities. I continue to oversee the MACWIS Unit as CQI Director and serve as liaison (along with the current MACWIS Director) between DFCS and the agency Management Information Systems (MIS) staff to organize and prioritize projects for programming and network staff dedicated to the MACWIS project.

     5.    The CQI unit has several components, including an Evaluation and Monitoring Unit ("EMU"), Foster Care Review Unit ("FCR Unit") and MACWIS Unit. Since May 2012, CQI has made significant progress in staffing the unit:

     a.    The EMU added two (2) staff members. The FCR Unit added three (3) reviewers. Two (2) FCR staff moved into FCR Supervisory positions. Interviews were held on February 08, 2013, to fill vacant FCR positions. Another interview session is tentatively scheduled for February 25, 2013. Our plan is to be able to recommend three (3) candidates for FCR reviewer positions from these two interview sessions.

     b.    The MACWIS Unit added three (3) QA/Validation staff and two (2) hardware staff and a replacement MACWIS Director.

     c.    The Office of CQI added one (1) CQI reporting analyst in September 2012 and one (1) reporting assistant in December 2012.

I am aware that these current staffing levels do not meet the required CQI staffing levels for the end of Implementation Period 3. However, I understand the requirement is that the CQI unit be fully staffed by the end of Implementation Period 3.

     6.    Since the beginning of Implementation Period 3 in July 2012, the CQI unit has been timely in its collection of data and evaluation activities, producing more than 500 pages of

CQI reports. The CQI unit produced the following reports since the beginning of Implementation Period 3:

    a.    August 6, 2012 - Region 1 North CQI Follow-up Report

    b.    August 24, 2012 - Annual Statewide CQI Report reflecting work completed by the CQI Unit for the period of June 1, 2010 to June 30, 2011

    c.    September 7, 2012 - Region 1 South CQI Follow-up Report

    d.    September 11, 2012 - Region 2 West CQI Follow-up Report

    e.    October 23, 2012 - Region 3 North CQI Baseline Report

    f.    November 15, 2012 - Region 4 South CQI Follow-up Report

    g.    December 11, 2012 - Region 3 South CQI Follow-up Report

    h.    January 31, 2013 - Region 7 West CQI Baseline Report

    i.    February 5, 2013 – Region 6 CQI Baseline Report

7. The CQI EMU unit also provided EMU case review training to the following regions:

    a.    Region 3-North - July 24, 2012

    b.    Region 4-South - August 21, 2012

    c.    Region 3-South - September 18, 2012

    d.    Region 7-West - October 23, 2012

    e.    Region 6 - November 13, 2012

    f.    Region 2-East - January 23, 2013

Additional training for the CQI Unit included:

    a.    EMU Targeted Case Review Training – May 29-30, 2012.

    b.    CQI Learning Lab for FCR and EMU – August 3 and August 17, 2012.

    c.    PAD Guide Training for FCR and EMU – September 4, 2012 and February 7, 2013 (hosted by CSF).

      d.    *Turning Data into Conversations and Conversations into Actions* Training hosted by National Resource Center for Child Welfare and Data Technology (NRCCWDT) – March 19-20, 2012.

      e.    Monthly CQI Webinars hosted by NRCCWDT – Began June 2012 and continues indefinitely. Latest webinar was held on February 1, 2013.

      f.    Reports Validation Training for MACWIS QA Staff – July 2012 and February 6, 2013 (hosted by CSF).

8. Improving the quality of maltreatment in care investigations is a priority for DFCS and the CQI unit is charged with leading and overseeing this improvement. Since Implementation Period 3 began, the CQI unit has been working on the Period 3 requirement of reviewing all maltreatment in care ("MIC") cases. Currently EMU is finalizing the MIC review process as well as the MIC review instrument. Two positions have been posted to hire staff for the MIC reviews and these staff members will report to the EMU Division Director. The CQI unit has also recently worked with MACWIS and MIS staff to request enhancements to the current HEAT software for tracking purposes. The CQI unit plans to use the HEAT software to track all concerns reported from FCR and EMU staff that require corrective action. The CQI unit will be able to produce reports from the HEAT software of this tracking.

9. Since the official MIC review process and corrective action process are not due until the end of Implementation Period 3 and are not yet finalized, an interim process to address child safety concerns has been put into place. FCR and EMU staff report any safety, permanency and well-being concerns based on case reviews, via email, to the Regional Director in the region where the child is located. A copy of this email is sent to the CQI Director, Field Operations Director and Field Operations Bureau Director. The CQI Director and Field Operations Director and Bureau Director work together to ensure follow-up is occurring with all reports from FCR and EMU. Field Operations is monitoring the follow-up and if the Regional Director has not responded to the CQI unit within two (2) days, Field Operations does a follow

up with the Regional Director to ensure corrective action was taken and reported back to the CQI unit within 5 days.

10. As stated above, I am very familiar with the MACWIS computer application, MACWIS data reports, and DFCS computer hardware/network functionality.

11. It has been over 11 years since MACWIS was created and deployed state wide. Since that time, the system has been modified and enhanced extensively in order to meet new and changing requirements. However, the system was not designed to capture discrete qualitative data elements and does not lend itself to massive change easily. The original MACWIS system design was based on DFCS policy that was more child-centered in comparison to the 'family-centered practice' DFCS engages in today. Therefore, forcing the current MACWIS design to adhere to policy/practice changes which the system was not created to handle contributes to some of the MACWIS system shortcomings.

12. As DFCS has explained to the court in the past, MACWIS is now near the end of its life cycle and is not compatible with the more advanced internet and web-based applications of today. In order to better track the outcome-based *Olivia Y* Modified Settlement Agreement terms, MACWIS must be replaced.

13. The process that DFCS must follow for the replacement of the MACWIS system is well underway. The MACWIS assessment that DFCS was required to undertake by U.S. Department of Health and Human Services ("HHS"), Administration for Children and Families ("ACF") in order to obtain federal funding for replacement system was completed in late June 2012. The assessment was conducted by Walter R. McDonald & Associates, Inc. ("WRMA").

14. Since receiving the final MACWIS assessment report from WMRA, DFCS has continued to work toward contracting for a replacement system for MACWIS. The following

are just some of the activities that have been undertaken since DFCS' receipt of the MACWIS assessment report in late June 2012:

 a. July 2012 – Mark Jazo, ACF analyst assigned to Mississippi, arranged a September site visit.

 b. July 30, 2012 – ITS Analyst Debra Spell was contacted regarding reassignment to the new Statewide Automated Child Welfare Information System ("SACWIS") project since she is familiar with the project already.

 c. August 02, 2012 – MACWIS Director and CQI Director began work with MDHS Management Information System ("MIS") staff on information needed by ITS to begin SACWIS project.

 d. September 19-20, 2012 – Mississippi site visit with ACF regarding SACWIS Project Status and Planning.

 e. October 5, 2012 – Requested extension for submitting 2011-2012 Advanced Planning Document Update ("APDU").

 f. October 2012 – After working with ACF analyst, a Letter of Intent was submitted on October 30, 2012.

 g. October/November 2012 – Worked on APDU submission. Although DFCS is moving forward with a new SACWIS system effort, DFCS has to continue to request funding for current MACWIS via APDU submission. The APDU also included requests for funding of a Quality Assurance/Independent Verification and Validation (QA/IV&V) vendor for the new SACWIS project, as well as funding for the MACWIS Citrix network project to help improve MACWIS connectivity.

 h. November 2, 2012 – New SACWIS Project Kickoff Meeting held with MACWIS, CQI Director, MIS staff and ITS assigned analyst, Debra Spell. Debra Spell will begin writing RFP, advertise, and receive bids for QA/IV&V vendor for new SACWIS project.

 i. November 29, 2012 – New ACF contract analyst assigned to work with Mississippi along with Mark Jazo on upcoming SACWIS project.

 j. December 17, 2012 – SACWIS Project Team formed (MACWIS and MIS staff).

 k. December 20, 2012 – Submitted finalized APDU to ACF for funding approval.

  l. January 31, 2013 – Began review of RFP 3713 (QA/IV&V Vendor Procurement – SACWIS Project).

  m. February 1, 2013 – Approval letter received from ACF for MACWIS APDU for federal funding requested.

  n. February 8, 2013 – RFP 3713 sent to Mark Jazo, ACF, for informal review.

  o. Tentative RFP Schedule -- release to vendors by March 5, 2013.

15. Until a new replacement data system is installed and operational, DFCS must rely on the current MACWIS system to get the most it can from the antiquated system that has data reporting limitations. To further this effort, the two (2) recently-hired reporting analysts will make future performance data trending reports possible.

16. Also, DFCS purchased software from TIBCO Software, Inc. in October 2012 to build capacity for generating county level chart data for the data dashboard. MACWIS staff has been working on this effort for several months and will be able to provide county level charts once all Excel versions of MACWIS reports are completed by MIS, allowing uploading of MACWIS data into the charting software.

17. Over the last several years, DFCS has taken steps to improve information technology infrastructure and connectivity to MACWIS; however, isolated system performance and connectivity problems still exist. This is largely a result of the great increase in the number of caseworkers and staff hires combined with the complications that result from trying to connect to an antiquated system. During Period 3, DFCS has remained diligent in its efforts to remedy these issues and has accomplished the following to improve information system performance and MACWIS connectivity:

a. <u>Began the process of procuring an updated Citrix Server Environment.</u>

1. May 2012 - Contracted with Citrix Inc., to perform an onsite Infrastructure Assessment of the current Citrix XenApp 4.5 Platinum Environment that facilitates login to MACWIS system.

2. May 2012 - Citrix Inc. completed Infrastructure Assessment and quotes.

3. June 2012 - MDHS MIS added more hard disk space to the Citrix XenApp Environment to help relieve the slow login for users.

4. July 2012 - New MACWIS Director, Diane Mobley was hired. She has 23 years of experience in Network with a Citrix XenApp Environment, Systems Analysis and Programming.

5. August, 2012 - Decision made to proceed with a project for the Citrix XenApp 6.5 Platinum Edition in a VMware Virtual environment with new hardware at ITS Data Center.

6. September 2012 - New hardware purchased and delivered. Procurement process started for Citrix XenApp 6.5 Project.

7. November 2012 - Submitted required documents for the Citrix XenApp 6.5 Project to the ITS Procurement Division to start the RFP process.

8. January 2013 - ITS Procurement submitted RFP for approval.

9. February 2013 - RFP scheduled for advertisement by February 15, 2013.

10. Vendor awarded by March 29, 2013 and should begin work by April 19, 2013.

b. <u>Assessed and upgraded data communication lines.</u>

1. August 2012 - Diane Mobley obtained access to the State ITS eHealth System to perform analyses of the data communication lines band width usage. Results showed several of county offices were using more than 50% of the bandwidth of the line.

2. August thru December 2012 - Upgraded 11 county offices' communication lines to a larger and faster lines. Communication lines are being reviewed as staff increases to accommodate any over utilization of the bandwidth.

3. February 4, 2013 - Performed diagnostic work in the Hinds County Office to improve connectivity with additional staff soon coming. Network changes will be made, including upgrading cabling, upgrading switches and switch reconfigurations. Additional diagnostic work is scheduled for other county offices.

4. February 4, 2013 - 6 additional servers added at the ITS data center and connected to the MACWIS Citrix server farm.

c. <u>Configured and deployed new Wyse Terminals</u>

1. The new Wyse Terminal configuration access will provide a faster and more stable connection to the new Citrix XenApp 6.5 Environment.

2. November and December 2012 - Wyse Terminals were tested at Hinds, Madison, Rankin and Warren Counties' pilot sites. The configuration is being modified to accommodate any needed changes.

3. January/February 2013 - Wyse Terminal deployment at remaining sites.

4. The Citrix Profiles will be completely re-worked and additional configurations affecting the MACWIS application will be completed prior to deploying the new Citrix XenApp 6.5 Environment. This should result in a noticeable improvement for system response time.

d. <u>Entered into an agreement to replace all county office routers</u>.

1. November 2012-January 2013 - Entered into agreement to replace all county office routers. This will result in better service, uptime, communication response and stable equipment and will allow a more direct path of communication back to the main MDHS Network.

18. The EMU, along with CSF, has made progress in improving the structure/agenda of the Regional CQI Sub Team meetings, assisting these teams with reviewing data indicator performance to identify some of the issues for lower performing indicators. The teams then take

assignments back and present their findings at the next meeting. This ensures the teams are having 'working' meetings that should result in improved outcomes. Specific regions in which EMU/CSF have focused on thus far are: II-West, III-North, V-West, VII-East, IV-North. Assistance for Region 3-South is scheduled for February 11, 2013 and Region VII-W is scheduled for February 27, 2013.

19.     Improvements have been made in the dissemination of MACWIS reports validation error information. MACWIS QA/Validation staff now submits a detail and narrative/summary report of errors to the Office of CQI. The CQI Director Director/Bureau Director and Professional Development Director for follow up with additional training of field staff as needed. The CQI Director also requires the MACWIS QA/Validation Unit to write a 'MACWIS Tips' article for the monthly DFCS newsletter. The 'MACWIS Tips' article provides instructions for data entry into MACWIS based on the validation error findings. Once enough validation error data is gathered, the CQI reports analyst will be able to provide a trending report to assist management.

20.     The Office of CQI, working with CSF and after review of the CQI Sub Team, has created a 'CQI Brochure' that informs clients, staff, stakeholders of the DFCS CQI Process. The informational brochure is currently in print and is scheduled to be available for distribution to all county offices by February 25, 2013. Portions of this brochure were also included in the DFCS January Newsletter distributed to all DFCS staff.

21.     The matters set forth in this affidavit are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

22.　I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the __13TH__ day of February, 2013.

_____
CYNTHIA GREER

SWORN TO AND SUBSCRIBED BEFORE ME, this the __13__ day of February, 2013.

_____
NOTARY PUBLIC



My Commission Expires: