Kimberly K. Shackelford
Work Address:  Longstreet Room 214 Department of Social Work, University of Mississippi
Home Address:  138 CR 337 Oxford, MS  38655
Telephone: 662-915-1563    Email: kshackel@olemiss.edu

## EMPLOYMENT RECORD
### Service With The University

January 1999 – August 2005      Assistant Professor
Department of Social Work
University of Mississippi

August 2005 – present      Associate Professor
Department of Social Work
University of Mississippi

Fall 2009 – Fall 2011      Baccalaureate Program Director
Department of Social Work
University of Mississippi

### Other Employment or Activity

2009-present Consultant and workshop leader for Mississippi Children's Home Society – Supervisors

2007-present Consultant and workshop leader for University of California at Davis Northern California Child Welfare Training Academy

2006-present Consultant for Mississippi Department of Human Services and the University of Southern Mississippi – Child Welfare Supervisory Learning Labs and training curriculum development.

2005 – 2007  CYBER, Inc. – Consultant regarding Child Welfare Supervision Rural Nevada, and Clarke County, Nevada

2001 – 2005  Administration for Children and Families – Children's Bureau Johnson, Bassin, and Shaw, Inc.
Serve as a consultant for DHHS
Participation in Child Welfare System Reviews in other states.

2001-Present Justice Network of Mississippi
Anger Management classes for domestic violence perpetrators and persons found guilty of assault.



2000 – 2005   Institute of Community Services (Head Start)
              Serve as Mental Health and Community Services Consultant

1999 (Summer) National Resource Center on Permanency Planning – Hunter
              College, New York City, New York
              Contracted with NRCPP to develop a new child welfare practice
              curriculum for the Mississippi Department of Human Services
              – Division of Family and Children's Services. Wrote *Best
              Practices* curriculum, which was presented to all agency staff in
              Mississippi.

1994-1998     Mississippi Department of Human Services – Division of
              Family and Children's Services, Training Unit
              Staff development and training in the area of child/adult
              abuse/neglect, foster care, permanency planning, family
              preservation, clerical, bookkeeping, and social work
              supervision.
              Director of Training Unit  - 2 years

1997-1998     Baptist Memorial Hospital, Booneville, Mississippi
              Part-Time Social Work Consultant for Swing-Bed Program and
              Discharge Planning

1994-2000     Horizon Mental Health, Crossroads Psychiatric Unit Corinth,
              MS Part-time consultant for 19-bed adult psychiatric unit.

Spring 1998   University of Mississippi, Tupelo Campus
              Adjunct Professor – Juvenile Corrections Course

1992-1994     Horizon Mental Health, Crossroads Psychiatric Unit
              Social Worker - 19-bed, dual-diagnosis, adult psychiatric unit.

1986-1982     Mississippi Department of Human Services – Division of
              Family and Children's Services
              Area Social Work Supervisor – Prentiss/Tishomingo Counties
              Crisis Intervention Social Worker – Region I (North
                  Mississippi)
              Child/Adult Protection Social Worker – Prentiss County

**ACADEMIC RECORD**

### Degrees Completed

University of Mississippi, Oxford, MS
Higher Education, PhD, August 2006

University of Southern Mississippi, Hattiesburg, MS
M.S.W. Social Work, December 1989

Iowa State University, Ames, Iowa
B.S. Sociology with an Accreditation in Social Work
May 1980

**Attended**: Kearney Sate College, Kearney, Nebraska 1975-1977

**Licenses:** Licensed Certified Social Worker

## HONORS

### Organizational Membership

Phi Kappa Phi, Iowa State University
Alpha Kappa Delta International Sociology Honor Society,
    Iowa State University

### Other Honors

***Thomas A. Crowe Outstanding Faculty Award,*** University of Mississippi,
School of Applied Sciences, 2005

***Individual Merit Award,*** Mississippi Conference on Social Welfare, 2003

***Commissioner's Award,*** U. S. Department of Health and Human Services,
1996

## TEACHING
### Courses:

**BSW Level:**
Introduction to Social Work
Human Behavior in the Social Environment I and II
Research Writing
Social Work Practice I
Social Work Practice II
Child Welfare Policies

Social Aspects of Children at Risk
Gerontology
Social Welfare Policy I and II
Psychological Aspects of Loss, Death, & Grief
Juvenile Corrections
Field Liaison
Special Topics – Study Abroad in Belize
Independent Study  - Honors Thesis Direction
Individual Directed Study

**MSW Level:**
Human Behavior in the Social Environment
Traumatic Stress & Crisis Intervention
Clinical Practice With Children
Clinical Supervision
Field Instruction
Special Topics – Study Abroad in Belize

**Freshman University of Mississippi classes:**
University Studies – Orientation course
Liberal Arts 102 Freshman English Composition Seminar

**Dissertations and Thesis Directed**
> Dissertation Committee – University of Alabama School of Social Work
> > Gaddis, A.  - Permanency Outcomes Of Children In Foster Care: An
> > Analysis Of  Kinship And Non-Relative Foster Care

**Director of Dissertation or Thesis in Progress**
> Honors Thesis – University of Mississippi Honors College
> > Jensen, E. - Qualitative Study on the Phenomenology of Pregnancy,
> > Childbirth and Caring for an Infant in San Mateo, Belize

**Other Pertinent Teaching Activity**

> Thomas A. Crowe Outstanding Faculty Award, University of Mississippi,
> School of Applied Sciences, 2005

> Participated in development of new MSW program (2008); accreditation
> of new MSW program (2011); developed 4 new courses for the MSW
> program.

**Scholarly Activities**

> **Printed Publications**

## Books

Pryce, J., Shackelford, K., & Pryce, D. (2011). *The Costs of Courage: Combat Stress, Warriors, & Family Survival*. Chicago, IL: Lyceum Books, Inc.

Pryce, J., Shackelford, K., & Pryce, D. (2006). *Secondary Traumatic Stress and the Child Welfare Professional.* Chicago, IL: Lyceum Books, Inc.

## Published Training Manual

Pryce, J., Shackelford, K., & Pryce, D. (2006). *Secondary Traumatic Stress and the Child Welfare Professional. Training Manual for Professionals.* Chicago, IL: Lyceum Books, Inc.

## Book Chapter

Shackelford, K., Sullivan, K., Harper, M., Edwards, T. (2007). Systematic case review data and child protective services outcomes: The development of a model in Mississippi. In Jones, J. and Sundet, P. (Eds.) *Developing an Empirically Based Practice Initiative,* Binghamton, NY: The Haworth Press.

## Dissertation

Shackelford, K. (May, 2006). *Preparation of undergraduate social work students to cope with the effects of indirect trauma.* Dissertation. University of Mississippi, Oxford, MS.

## Articles

Shackelford, K. (2012). Occupational hazards of work in child welfare: Direct trauma, secondary trauma and burnout. *CW 360 University of Minnesota Center for Advanced Studies in Child Welfare.*

Camargo, C., Shackelford, K., & Kelly, M. (2011). Collaboration research in child welfare: Rationale for rigorous participatory evaluation designed to promote sustained systems change. *Child Welfare, 90*(2), 69-85.

Wright, B., & Shackelford, K. (2008). The State of Texas vs. The Fundamental Church of Jesus Christ of Latter Day Saints: Child protection or abuse? Paper published in Conference Proceedings: Al-MS Social Work Educator's Conference.

Shackelford, K., Pryce, J., & Pryce, D. (2008). Warriors, stress, & family survival: Challenges for social work educators and students. Paper

Published in Conference Proceedings: AL-MS Social Work Educator's Conference.

Shackelford, K., Harper, M., Sullivan, K., & Edwards, T. (2007). Systematic case review data and child protective services outcomes: The development of a model in Mississippi. *Journal of Evidence-Based Social Work, 4*(3/4), 117-131.

Shackelford, K., Sullivan, K., Harper, M., & Edwards, T. (2006). From Isolation to Teamwork: Mississippi's Story of Cultural Change in Child Welfare. *The International Journal of Continuing Social Work Education: Professional Development, 9*(3), 65-77.

### Other

Written and delivered numerous training curriculums for Public and Private Child Welfare Organizations, Schools and Head Start Organizations, for use in Mississippi, Rural Nevada, Clark County Nevada, Northern California, Los Angeles, California, Georgia, Belize and Cape Town, South Africa. Peer reviewed by child welfare training professionals.

### Documentaries

The Road to San Mateo – 30-minute documentary of the student project in Belize. Participated in the development, script writing, editing to tell the story. Credit also goes to Jake McGraw, Taylor McGraw and Deborah Freeland. (September 2011)

The Road to San Mateo – 5-minute documentary of the student project in Belize.
        Wrote the script and guided the videographer and designer (Deborah Freeland) during the process as to the needed content and story. Morgan Freeman is the narrator. (May 2012)

### Webinars

Child Welfare Supervisory Learning Labs: Enhancing Supervision to Achieve Organizational Change - Produced and delivered a webinar to Ontario Children's Aid Society Directors and Supervisors for the University of Toronto PART (Practice and Research Together).
(May 1, 2012)

Secondary Traumatic Stress & The Child Welfare Professional: A Refresher Course – University of California at Davis Northern California Child Welfare Training Academy. Designed and wrote the script for a webinar for child welfare professionals. This is a follow-up to training that is delivered

regularly for Northern California Child Welfare Training Academy on
Secondary Traumatic Stress.
(August 2012)

**Grants**

### Grants Approved

**Mississippi Department of Human Services – Division of Family and
Children's Services**
Training Grant – October 1, 2011 – September 30, 2012 for $1,087,070.
Training Grant – October 1, 2012 – September 30, 20113 for $1,586,365.
This grant is renewable for 4 years total before answering another RFP.
The scope of services includes the development and delivery of new training
curriculum for 4 weeks of new worker pre-service training, 4 weeks of On-
the-Job training curriculum for new workers; 40 hours of new supervisor
training curriculum; 6 month mentoring of new supervisor program; train-
the-trainer curriculum for writing training curriculum and adult learning;
and state office personnel training and other on-going training curriculum
development and delivery.

**University of Mississippi, School of Applied Sciences – Interdisciplinary
Work Group Grant -** University of Mississippi Faculty and Students Working
Together in Belize.  July 1, 2010 through June 30, 2011 for $5,000.

**University of Southern Mississippi – Mississippi Department of Human
Services –** Training and Education grant to fund the direction and leadership
of Child Welfare Supervisor Learning Labs throughout the state of
Mississippi.  October 1, 2006 through September 30, 2008. Amount awarded:
October 2006-2007 was $86,180.

**Southern Quality Improvement Center Grant –** Research and
demonstration project funded by the Department of Health and Human
Services through the University of Kentucky School of Social Work (funding
October 2002 - April 2006.) The funds were used to create a model for child
welfare supervisor learning labs and to evaluate the effectiveness of the
model. The intervention was done with 20 supervisors and 2 Regional
Directors in North Mississippi. The grant included a partnership with the
Department of Human Services and other community partners. This was a
five-year project. Annual award was $327,479.00.

**Title IV-E Student Stipend Grant –** Mississippi Department of Human
Services – Division of Family and Children's Services
Worked on the development of a consortium for Mississippi Colleges, Schools
and Departments of Social Work to develop programs that would offer
stipends and internships to students who go to work for the Division of

Family and Children's Services. Varying amounts were received for several years (work done from 1999 until the chair of department assumed responsibilities).

**Other Proposals Written but Not Received**

**Secondary Traumatic Stress and Disaster Response Social Workers**
Developed a R21 NIH proposal that was submitted in 2009. Requested amount was $96,344. The grant was in partnership with the School of Social Work at the University of Alabama. Denied and funding continues to be sought.

**Grand Challenges Exploration – Bill and Melinda Gates Foundation**
**Food for Thought: Empowering Belizeans to Achieve Healthy Nutrition**
**Application May 2011 – Denied. Exploring other funding sources.**
Description: Interdisciplinary researchers will explore nutritional status, food insecurity, and caregiver provision of basic nutritional needs during the prenatal, infant and childhood stages and the physical, psychological, and social wellness of children in Belize. Researchers will also foster sustainable interventions through the development of an interdisciplinary, collaborative, community-based model to improve nutritional status, food security and caregiver provision of basic nutritional needs. Requested $100,000.

**Interdisciplinary Working Group Proposal Submitted November 2011**
**Project Title:  University of Mississippi Faculty and Students Working**
**Together in Belize – Requested $10,000 – Denied. Exploring other**
**funding sources.**

This is a proposal for the continued work of interdisciplinary working group of faculty in the University of Mississippi Applied Sciences to examine food insecurity, school absenteeism, and the adverse effects of malnutrition in school age children in Belize, Central America. The request includes an expansion of the study to explore caregiver provision of basic nutritional needs during prenatal, infant and childhood stages and its effect on the physical, psychological, and social wellness of children in Belize. Outcomes of this investigation will be used to design an interdisciplinary, collaborative, community-based model for empowering community members to reduce the incidence of food security and its influences. When this model is developed we will assess its use in the Mississippi Delta.

## PROFESSIONAL ACTIVITIES

### Membership In Professional Activities

COBEC – Consortium for Belize Educational Cooperation
National Association of Social Workers

Mississippi Conference on social Welfare
Alabama – Mississippi Social Work Educators
Mississippi Department of Human Services – Citizen Review Board
Mississippi Supreme Court Justice Commission on Children
Council of Social Work Education
Baccalaureate Program Directors (Social Work Educators)

**Offices Held**

**National Association of Social Workers**
*Mississippi Chapter/Oxford Unit Region I Representative – 2005-2007*

**Mississippi Conference on Social Welfare –** 1985- present
*Co-Chair of Legislative Committee*
*Vice President*
*Nominating Committee and Chair*
*Secretary*
*Northern District Representative – two terms of two years each*
*Scholarship Chair*

**Alabama - Mississippi Social Work Educators**
*Program chair for November 2007 Conference*

**Mississippi Supreme Court Justice Commission on Children –** appointed

**Papers Presented**

Shackelford, K., & Williams, A.
Counseling At-Risk Students
COBEC Café Workshop for guidance counselors
Consortium for Belize Education Cooperation
Belize City, Belize February 1, 2012

Learning Culture and Engaging Supervisor in the Learning Process
Practice and Research Together Conference
Learning Event: Linking Evidence to Child Welfare Supervision
Ontario Children's Aid Societies
Toronto, Canada    March 23, 2011

Supervisory Excellence: STS
Northern California Training Academy
Child Welfare Supervisor – MS Learning Lab Model
Davis, CA  November 18 - 19, 2010

Pryce, J. & Shackelford, K.
From Rucksacks to Book Bags: Combat Veterans in the Classroom

AL-MS Social Work Educators Conference
Jacksonville, AL  November 11, 2010

Cultural Diversity in Belize
FACT Conference
Tupelo, MS  October 12, 2010

International Social Work and Ethics
Mississippi Conference on Social Welfare
Jackson, MS  September 16, 2010

Our Values, Our Ethics, Our Guiding Light: Why Does It Feel Like
        Someone Turned out the Light?
Stop the Hurt Conference Keynote Speaker
Tupelo, MS  April 20, 2010

Child and Adolescent Development
Building Families...Providing Hope Conference
Inter-Country Adoption
Tupelo, MS  July 29, 2010

Shackelford, K., Pryce, J., Pryce, D.
Secondary Traumatic Stress and Child Welfare
Child Welfare League of America National Conference
Washington, DC  January 25, 2010

A Passion for the People of Belize
Mississippi Conference on Social Welfare
Jackson, MS September 17, 2009

Shackelford, K., & Wright, B.
The State of Texas vs. the Fundamental Church of Jesus Christ of
Latter  Day Saints: Child Protection or Child Abuse?
AL-MS Social Work Educator's Conference
Auburn, AL October 3, 2008

Pryce, J., Shackelford, K., & Pryce, D.
Warriors, Stress, and Family Survival: Challenges for Social Work
Educators and Students
AL-MS Social Work Educator's Conference
Auburn, AL   October 3, 2008

Shackelford, K., & Allen, S.
Study Abroad with BSW Students: Child Welfare in South Africa and
Belize
Mississippi Conference on Social Welfare

Jackson, MS    September 11, 2008

Pryce, J., Shackelford, K., & Pryce, D.
Secondary Traumatic Stress in Social Work Practice
Alabama-Mississippi Social Work Educators Conference
University of Mississippi
Oxford, MS  November 8 & 9, 2007

Secondary Traumatic Stress
School & College Counselors Association Conference
Northwest Community College
Senatobia, MS    October 5, 2007

Pryce, J., Shackelford, K.,  & Pryce, D.
Retention of Child Welfare Workers: Intervention in Secondary
Traumatic Stress and Change Burnout
6th Annual Fall Social Work Conference: Child Welfare Social Work: A
Legacy of Caring, A Future of Hope
Tuscaloosa, AL    August 30-31, 2007,

Supervisors Beware: Managing Risk for Liability
Mississippi Conference on Social Welfare
Jackson, MS    August 23 & 24, 2007

Enhancing Supervision to Achieve Organizational Change
Leadership Summit – Children and Family Services
Little Rock, AR  August 16th & 17th, 2007

Growing in Meaning and Wisdom: Reasons to Stay in Child Welfare
2007 Looking To The Future Conference
Meridian, MS    July 11-13, 2007

Shackelford, K., & Reynolds, J.
Structured Clinical Casework Supervision in Child Welfare
Children's Bureau Summit
The Children's Bureau Quality Improvement Centers and the Training
and Technical Assistance Network:  Knowledge Transfer, Application,
and Action
Arlington, VA  June 18 & 19, 2007

Cultural Consensus Model of Child Welfare Supervisor Learning Labs
Northern California Training Academy
Supervisory Excellence Conference
Redding, CA  May 31- June 1, 2007

Collins-Camargo, C. & Shackelford, K.
Collaborative Research Approaches in Child Welfare:  Lessons
Learned from a Multi-Site Clinical Supervision Study
16th National Conference on Child Abuse and Neglect.
Portland, OR    April 17-22, 2007

Shackelford, K., Pryce, J. & Pryce, D.
Child Welfare Worker Resiliency: Preparation for and Effects of
Working with Victims of Trauma
16th National Conference on Child Abuse and Neglect
Portland, OR    April 17 – 22, 2007

Stafford, J., & Shackelford, K.
Contrasting Values of the Helping Professions and Christianity in the
Rural South,
Baccalaureate Social Work Education Conference
Los Angeles, CA   October 25-29, 2006

Pryce, J., Shackelford, K., & Pryce, D.
Social worker resiliency: Are we preparing our social workers to work
with victims of trauma?
Alabama-Mississippi Social Work Education Conference
Tuscaloosa, AL  October 19-20, 2006

Shackelford, K. & Sullivan, K.
Structured Clinical Casework Supervision in Child Welfare:
Mississippi's Project
DHHS Quality Improvement Center Child Welfare Supervision Summit
Memphis, TN  September 14-15, 2006

Shackelford, K. & Phillips, T.
Clinical Casework Supervision in Child Welfare
Mississippi Conference on Social Welfare
Jackson, MS   August 24-25, 2006

Shackelford, K., Collins-Camargo, C.
Clinical Supervision and Child Welfare
Presentation to the Child Welfare Directors of Ontario, Canada
Toronto, Ontario, Canada   February 2006

Shackelford, K., Kelly, M.,  & Collins-Camargo, C.
Collaborative Research Approaches in Child Welfare: Evaluating the
Impact of Clinical Supervision
52nd Annual Program Meeting of the Council on Social Work
Education
Chicago, IL    February 16-19, 2006

Shackelford, K., Collins-Camargo, C., Phillips, T.
Enhancements to Supervision and Mentoring to Improve Workforce
Practices
Child Welfare Workforce Development and Workplace Enhancement
Institute
Arlington, VA   October 24-26, 2005

Shackelford, K., Reynolds, J., & Malone, T.
Special Issues in Child Welfare Supervision: Lessons from the Field
Alabama/Mississippi Social Work Educator's Conference
Tunica, MS      October 5-7, 2005

Secondary Traumatic Stress and Child Welfare Social Workers
Mississippi Conference on Social Welfare
Jackson, MS    August 18-19, 2005

Legislative Injustices to our Most Vulnerable Populations
School of Applied Sciences
Lott Leadership International Conference on Social Justice and Public
Policy
Oxford, MS    June 22-24, 2005

Shackelford, K., Stafford, J., & Namorato, M.
Missed Opportunities and Broken Promises: History of Child Welfare in
Mississippi
Annual Baccalaureate Program Directors Conference, Reno, Nevada
October 29 – November 2, 2003

Shackelford, K. & Baldwyn, J.
Are We Losing the Battle? Strategies to Support a Positive Culture in
Child Welfare
32nd Annual Alabama/Mississippi Social Work Educators Conference
Greeneville, MS      October 9 – 10, 2003

## SERVICE

### Routine Service to the University

Study Abroad Programs with Students
San Pedro, Ambergris Caye, Belize (10 trips)
Cape Town South Africa (1 trip)

School of Applied Science –
Curriculum and Policy Committee
Committee to Develop Interdisciplinary Course for Applied Sciences

Committee to Develop Interdisciplinary Program for Child
    Maltreatment Studies
Dean Search Committee
Chair of Interdisciplinary Work Group
Summer Freshman Advisor for Undecided or all majors in the School
    of Applied Sciences – as needed

Department of Social Work –
    Undergraduate Program Director
    Search Committees for Faculty and Chair
    Advisor to the Student Social Work Organization
    Transfer Student Advisor for Social Work
    Freshman Orientation Advisor for Social Work
    MSW Committee – Development/Accreditation of New MSW Program
    Faculty Governance Committee
    Human Behavior Course Curriculum Committee
    Tenure and Promotion Committee

## Non-Routine Service to the University

Taught several sections of Liberal Arts 102 (English Composition)
Taught University Studies (Freshman Orientation)
University Dean of Applied Sciences Search Committee – 2 years
Chair – Friends of Children Committee 2004 – 2008
Strategic Planning Committee for Service Learning/Civic Engagement
Freshman Orientation – Undecided Major Advisor
Chair of Consortium for Belize Education Cooperation Conference –
    July 2012
    Held at University of Mississippi; participants from United States and
    Belize Institutions of Higher Learning

## Service to the Larger Society

Service To The Community/State:

Foster Parent Training – North Mississippi Foster Parents – as
    needed
Consultation with and advocate for Mississippi Department of
    Human Services – Division of Family and Children's Services
Mississippi Department of Human Services Training
    Sub-Committee
Child Welfare Supervisor Learning Lab Development for
    MDHS-DFCS – on-going since 2006
Volunteer to help DFCS staff with Child Death by Abuse or
    Neglect Cases/Traumatic Situations – Critical Incident
    Stress Debriefing and Counseling for Professionals

Red Cross Volunteer during Hurricanes/Tornadoes
Previous Peer Reviewer – Federal Child Welfare Services
    Review
Mississippi Supreme Court Justice Commission on Children –
    Previous Appointed Member
Previous Advisory Board – University of Kentucky School of
    Social Work Quality Improvement Center Grant –
    represented Mississippi
Child Welfare Citizen Review Panel – Mississippi Department
    of Human Services – Division of Family and Children's
    Services – currently building North Mississippi CRB
Active in Political Advocacy for Social Work Profession,
    Social Work Education, Social Services, Child Welfare,
    Social Justice, Health Disparities, Vulnerable Adults

National And International Service:

Partner/Leader for San Mateo Empowerment Project, San
    Pedro, Belize, Central America
COBEC – Consortium for Belize Educational Cooperation
Consultant to Los Angeles area (south central) and Southern
    California through University of California, Long Beach
    Child Welfare Training
Consultant to Ontario, Canada Children's Aid Societies
    -Clinical Child Welfare Supervision – Learning Labs
Consultant to Northern California Child Welfare agencies and
    the University of California at Davis for the
    development of child welfare supervisor learning labs
    and mentoring project along with Secondary Traumatic
    Stress Training
Consultant to Holy Cross Anglican School, San Pedro, Belize
Consultant to Cape Town Child Welfare, Cape Town,
    South Africa – using Child Welfare Supervision model
    and STS book
Consultant to Mississippi Children's Home Society, Jackson, MS
    Supervisor learning labs
Consultant to Nevada Rural Region Department of Children
    and Family Services – Clinical Child Welfare Supervision
    Learning Lab Development – 2 years
Consultant to Clark County, Nevada Child Welfare Agency –
    Child Welfare Supervision Labs. In Las Vegas – 1 year
Consultant to Georgia State University on Child Welfare
    and Economic Assistance Supervision Projects – 1 year

**Service to the Discipline of Social Work**

Alabama-Mississippi Social Work Educators Conference – Program
   Chair 2007 Mississippi Social Work Educators Consortium
Advisory Board – University of Southern Mississippi School of Social
   Work
Peer Review of Articles for Clinical Social Work Journal and
   Traumatology on a regular basis
Dissertation Committee – University of Alabama, Social Work
   completed Oct 2010
National Association of Social Workers
Mississippi Conference on Social Welfare
Semi-annual Social Work Licensure Workshops for Child Welfare
   Workers and as needed for other Social Workers

**Training and Workshops**

Trauma Informed Treatment
Mississippi Children's Home Society Supervisor Workshop
Jackson, MS  May 31, 2012

Adult Education and Curriculum Design for Child Welfare
Professionals – DFCS Training for Professional Trainers
Oxford, MS   May 7-11; May 29 & 30; June 5 & 6, 2012

Recognizing and Managing Secondary Traumatic Stress
Placer County, California Child Welfare Professionals
Northern California Training Academy   April 13, 2012

MS Child Welfare Supervisor Learning Lab
Region I South Supervisors
Tupelo, MS  March 29, 2012

Mississippi Child Welfare New Worker Training
Case Planning – Week III
Jackson, MS  March 19-23, 2012 (on-going with grant)

Mississippi Child Welfare New Worker Training
Assessment – Week II
Jackson, MS  March 5-9, 2012 (On-going with grant)

Working with Difficult People
Mississippi Children's Home Society Supervisors
Jackson, MS  March 2, 2012

MS Child Welfare Supervisor Learning Lab
Region II Supervisors    Clarksdale, MS  February 24, 2012

Mississippi Child Welfare New Worker Training
Orientation to the Field of Child Welfare – Week I
Jackson, MS      February 6, 2012 (on-going with grant)

MDHS-DFCS Social Work Licensure Workshop
Oxford, MS      December 11, 2011

The Costs of Courage –Combat Stress, Warriors, and Family Survival
Chico State Students, Counselors and Faculty
Chico, CA        December 7, 2011

Recognizing and Managing Secondary Traumatic Stress
Northern California Training Academy for Child Welfare
Redding, CA – December 5, 2011
Davis, CA – December 6, 2011

Secondary Traumatic Stress and the Child Welfare Professional
Region I South supervisors and child welfare workers
Tupelo, MS    September 22, 2011

Secondary Trauma and Self-Care
Los Angeles Child Welfare Staff (3 sites in 3 days)
August 15-17, 2011

Direct & Secondary Traumatic Stress, Burnout & Self-Care for Child
Welfare Professionals – Train-the-Trainer  (preparation for all of
Mississippi DFCS staff to be trained regarding this topic)
Canton, MS        July 12-14, 2011

MS Child Welfare Supervisor Learning Lab
Region II West
Clarksdale, MS    June 22, 2011

Managing Secondary Trauma in Child Welfare
Processing Trauma for Child Welfare Staff in Crisis
South Central District of Los Angeles County
Los Angeles, CA    May 9-10, 2011

Supervisor Learning Labs
Mississippi Children's Home Society
Jackson, MS  May 6, 2011

MS Child Welfare Supervisor Learning Lab
Region I South    Tupelo, MS    April 13, 2011

Recognizing and Managing Secondary Traumatic Stress for Child
Welfare Professionals
Northern California Training Academy
Susanville, CA   February 28, 2011

MDHS-DFCS Social Work Licensure Workshop
Oxford, MS   December 13, 2010

Recognizing and Managing Secondary Traumatic Stress for Child
Welfare Professionals
Northern California Training Academy
Lake County, CA   December 1, 2010

Supervisor Excellence Workshop
University of California, Davis
Northern California Training Academy
November 18-19, 2010

Recognizing and Managing Secondary Traumatic Stress
Child Welfare Professionals
Redding, CA    August 25, 2010

Shackelford, K., Boyd, C., Moore, D.,
Cultural Competency and Working with Diversity in Police Departments
Batesville, MS City Police Department    March 11, 2010

Cultural Competency in Child Welfare
Supervisor Learning Lab
MDHS-DFCS – Tupelo, MS  March 3, 2010

Ethics in the Child Welfare Setting
Child Welfare Supervisor Learning Lab
MDHS – DFCS - Tupelo, MS     January 27, 2010

Secondary Traumatic Stress and the Social Work Student
Presentation to Students & Faculty
California State at Chico – Department of Social Work
December 11, 2009

Secondary Traumatic Stress and the Child Welfare Professional
Davis, CA   December 10, 2009

Teambuilding in Child Welfare
Senior Leadership of MDHS-DFCS
Brandon, MS    November 4, 2009

Secondary Traumatic Stress at the Child Welfare Professional
Eureka, CA    October 22, 2009

The Organizational Culture of Child Welfare
Senior Leadership of MDHS-DFCS
Brandon, MS    September 29, 2009

Identification of Roles and Responsibilities
Senior Leadership of MDHS-DFCS
Jackson, MS    September 1, 2009

Working with Children at Risk – 4 day seminar
MAP Head Start Professionals
Booneville, MS    July 13-16, 2009

Licensure Workshops for MDHS-DFCS
Several during the summer of 2009

Identifying and Working with Abused and Neglected Children
Belize Diocese of the Anglican Church – Principals and Vice Principals
Workshop, Belize City, Belize    May 15, 2009

New Tools for Manager's Excellence in Child Welfare
University of California at Davis, CA
December 15 & 16, 2008

Secondary Traumatic Stress and the Child Welfare Professional
December 17, 2008 Davis, CA
December 18, 2008 Redding, CA

Social Work Licensure: Preparation for the ASWB Exam
Several Workshops for MDHS social workers
Summer 2008

Secondary Trauma and the Child Welfare Professional
Redding, CA    March 25, 2008

Secondary Traumatic Stress and Working with the Homeless Population
Eureka, CA    January 18, 2008

Secondary Traumatic Stress and the Child Welfare Professional
Eureka, CA    January 17, 2008

Child Welfare Supervisory Learning Labs
MDHS – DFCS ongoing (monthly) 2003-2008

Secondary Traumatic Stress and the Child Welfare Supervisor
Redding, CA    November 28-29, 2007

Secondary Traumatic Stress and the Child Welfare Professional
University of California at Davis
Davis, CA        October 31, 2007

Shackelford, K.
Secondary Traumatic Stress
School & College Counselors Association Conference
Northwest Community College, Senatobia, MS
October 5, 2007

Shackelford, K. and Phillips, T.
New Supervisor Mentoring – Train the Trainer
Training for Child Welfare Mentor and Regional Directors
August 13 & 14th, 2007

Shackelford, K., Sherry, J., Woodruff, L.
If I'd Only Known Then What I Don't Know Now:
Exploring the Educational Needs of Child Welfare Social Workers
Mississippi National Association of Social Workers
Jackson, MS    March 3-4, 2005

Shackelford, K. &  Stafford, J.
Educating BSW Students about the History of Child Welfare in
Mississippi
33[nd] Annual Alabama/Mississippi Social Work Education Conference
Madison, AL    October 6 – 8, 2004

Shackelford, K., Pryce J., and Pryce, D.
Caring For Yourself as a Caregiving Professional Working With the
Homeless
Tuscaloosa Department of Veterans Affairs Medical Center
Tuscaloosa, AL    September 10, 2004

Shackelford, K.
Multicultural Supervision
Mississippi Conference on Social Welfare
State Conference held in Jackson, Mississippi  August 26-27, 2004

Shackelford, K.
Ethics, Liability and Dual Relationships
Marriage and Family Therapists
University of Mississippi
Field Instructors Appreciation Conference   August 19, 2004

Shackelford, K. & Woodruff, L.
Supervision in Human Service Agencies
18-hour seminar for professionals in North Mississippi
Oxford, Mississippi     June 2004

Shackelford, K., Stafford, J., & Namorato, M.
The History of Child Welfare in Mississippi: Missed Opportunities and
Broken Promises
National Association of Social Workers – Mississippi Chapter
March 11 & 12, 2004

Shackelford, K.
Vicarious Liability
Mississippi Conference on Social Welfare   September 4-5, 2003

Shackelford, K.
Mississippi and Child Welfare: A Historical Analysis
The Policy Conference
Charleston, South Carolina     April 2, 2003

Shackelford, K. & Woodruff, L.
Children at Risk in Mississippi
40-hour seminar for professionals in North Mississippi
June 2003

Shackelford, K., & Pryce J.
Empirical Evidence of Secondary Traumatic Stress in Child Protection
Workers – Recommendations for Policy and Practice
14th national Conference on Child Abuse and Neglect
St. Louis, Missouri     April 2, 2003

Shackelford, K. & Woodruff, L.
Working With Children with Learning Disabilities
University of Mississippi       March 10, 2003

Shackelford, K. & Moore, D.
Ethics, Liability & the Social Work Supervisor
National Association of Social Workers, Northern Conference
Tupelo, MS               January 17, 2003

Shackelford, K., & Pryce, J.
Empirical Evidence of Secondary Traumatic Stress in Child Welfare
Workers: An Occupational Hazard?
31st Annual Alabama/Mississippi Social Work Educators Conference
Tuscaloosa, Alabama     October 2-4, 2002

Shackelford, K., Triplett, K., Chandler, B., Payne, N., & Andrews, M.
The Evolution of Professional Child Welfare Practice in Alabama and
Mississippi
31st Annual Alabama/Mississippi Social Work Education Conference
Tuscaloosa, Alabama     October 2-4, 2002

Shackelford, K.
Dealing With Nasty People
Mississippi Conference on Social Welfare
Jackson, MS
Sept. 5 & 6, 2002

Shackelford, K. & Woodruff, L.
Putting the Pieces Together for Special Needs Children
One week of special training for social workers and teachers in North
Mississippi – coordinated with Institute of Community Services
June 17-21, 2002 Oxford, MS
July 8 – 12, 2002 Wheeler, MS

Shackelford, K.
Trauma, Burnout, and Boundaries
Crossroads Center for Emotional Health
Magnolia Regional Health Center
Corinth, MS  May 10, 2002

Shackelford, K.
Our Work Worth: Outcome Measurement
National Association of Social Workers
Northern Region Rust College
Holly Springs, MS April 19, 2002

Shackelford, K. & Moore, D.
Ethics, Liability & the Supervisor
Mississippi Conference on Social Welfare
Northern District Conference Oxford, MS April 17, 2002

Shackelford, K. & Stafford, J.
Crisis Intervention-Working with Adolescent Offenders
Exchange Club, Oxford, MS  February 2002

Shackelford, K.
Individualization – Knowing your Child
Institute of Community Services – Batesville Head Start Teachers &
Parents  February 7, 2002

Shackelford, K.
Surviving the Middle School Years
Oxford Middle School Parents & Teachers January 29, 2002

Shackelford, K. & Coggins, C.
Best Practices in Child Welfare
13th national Conference on Child Abuse and Neglect
Albuquerque, New Mexico April 23-28, 2001

Shackelford, K.
Secondary Traumatic Stress
Mississippi Conference on Social Welfare
Jackson, MS  September 11-13, 2001

Shackelford, K.
Family Issues and Child Development During Infancy, Toddlerhood and
Early Childhood
One week workshop for MAP, INC (Head Start)   July 16-20, 2001

Shackelford, K.
Identification and Reporting Child Abuse
Stop the Hurt     Tupelo, MS  February 1-2, 2001

Shackelford, K. & Venturini, V.
Social Work Licensure Exam Preparation
Institute of Community Services, Grenada, MS   Fall 2000

Shackelford, K. Moore, D., & Eftink, S.
Family Centered, Child Focused, Community-Based
Culturally Competent Child Welfare Practice
Mississippi/Alabama Social Work Education Conference
Birmingham, Alabama  November 9-10, 2000

Shackelford, K. & Coggins, C.
Safety, Permanency, and Well-being: How Children Can Be Protected
Families and Communities Together Conference
New Albany, MS  October 30, 2000

Shackelford, K., Stampley, C, Mickel, E., & Falk, D.
Infusing Mental Health Research Content into the BSW Curriculum
Baccalaureate Program Directors' Association
St. Louis, MO    November 3-7, 1999

Shackelford, K., Greenblatt, S., & Christensen, B.
Best Practices in Child Welfare    MDHS-DFCS
Mississippi Permanency Partnership Conference
August 12 -13, 1999

Shackelford, K.
Prevention of School Violence
Horizon Mental Health Center Community Seminar
Corinth, MS    October 19, 1999

Shackelford, K., Pryce, J., & Pryce, D.
Thinking About Feeling: Training Child Protection Workers to Cope
With Secondary Traumatic Stress
American Public Human Services Association
National Staff Development and Training Association
New Partners, New Directions
New Orleans, LA    December 6 - 9, 1998

**ADDITIONAL INFORMATION**

I have been involved in a study abroad service-learning project in Belize since June 2008. Over 120 students have traveled to San Pedro, Belize to work in the impoverished community of San Mateo. This has become an interdisciplinary project including faculty from Exercise Science, Legal Studies, Communication Sciences and Disorders, Hospitality Management, Education, and Journalism. Students from many areas of study have taken the study abroad courses since June 2008. The project has expanded from working in a primary school to a partnership with the community members of San Mateo. The students have raised over $40,000 to help the community build roads. Other universities such as Gainesville State, Defiance, Drury, Texas A & M, Christopher Newport, Belhaven have helped with the project. Belizean college students and faculty as well as volunteers who are tourists and residents from other parts of the island have joined in the work of project. There are several videos of the project on the Internet and it has received much publicity in the Belizean press. The journalism students produced a magazine as a project for this trip.