IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


OLIVIA Y., *et al.*                                                          PLAINTIFFS


v.                                                   CIVIL ACTION NO. 3:04CV251 TSL-FKB


PHIL BRYANT, as Governor of the State of Mississippi, *et al.*          DEFENDANTS


**<u>ORDER</u>**

This matter came before the Court during the April 30, 2013 telephonic status hearing. The Court rules, orders, and directs as follows:

1.      By May 24, 2013, the parties will negotiate a schedule that sets forth specific tasks and deadlines, including which individual and/or entity is responsible for each task, to ensure that Defendants are able to expeditiously produce accurate and validated data reports as required by the Modified Mississippi Settlement Agreement and Reform Plan, entered on July 6, 2012 (Dkt. No. 571) (the "Schedule").  These negotiations will be conducted in consultation with the Court-appointed Monitor and the Monitor's retained experts.  The Schedule and all its terms shall be enforceable by the Court.

2.      By May 24, 2013, the parties will provide the Court with the Schedule for entry as a Court-enforceable Order.  If the parties are unable to agree upon a Schedule, they will so inform the Court by no later than May 24, 2013.

3.      In the event the parties are unable to agree upon a Schedule by May 24, 2013, the Court will confer with the Court-appointed Monitor and will enter an order setting a schedule as described in paragraph one above to accomplish the purposes and containing the terms described in paragraph one above.

So **ORDERED** this 9ᵗʰ  day of May, 2013.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE



SUBMITTED BY:


*/s/ Miriam Ingber*
Miriam Ingber (MBN 46823 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Sarah Russo (MBN 46802 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 4474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

John Lang (MBN 43987 *pro hac vice*)
Attorney at Law
60 East 42nd Street, Suite 4600
New York, New York 10165

*PLAINTIFFS' COUNSEL*

*/s/ Dewitt L. ("Rusty") Fortenberry, Jr.*
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)

Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*DEFENDANTS' COUNSEL*