IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                     PLAINTIFFS

v.                                                                              CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*                  DEFENDANTS

## AGREED ORDER

This matter came before the Court by agreement of the parties to extend the deadline set forth in the Order of this Court dated May 9, 2013. The parties agree and the Court rules, orders, and directs that the May 24, 2013 deadline set forth in said order is extended to June 11, 2013. The remaining provisions of the May 9, 2013 Order remain in effect.

SO ORDERED, this the 28th day of May, 2013.

/s/Tom S. Lee
**UNITED STATES DISTRICT JUDGE TOM S. LEE**

**AGREED TO AND APPROVED FOR ENTRY BY:**

**FOR PLAINTIFFS:**

/s/ Miriam Ingber
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Miriam Ingber (MBN 46823 *pro hac vice*)
Sarah Russo (MBN 46802 *pro hac vice*)
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th
New York, NY  10001
(212) 683-2210

Wayne Drinkwater (MBN 6193)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 400
Jackson, MS  39201
(601) 948-8000

John Lang (*pro hac vice* MBN 43987)
Attorney at Law
60 East 42nd Street
Suite 4600
New York, NY 10165
Tel. 212.300.0646

Christian D. Carbone (*pro hac vice* MBN 43986)
John Piskora (*pro hac vice* MBN 44474)
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154

**FOR DEFENDANTS:**

/s/ Dewitt L. ("Rusty") Fortenberry, Jr
Dewitt L. ("Rusty") Fortenberry Jr., Esq. (MBN 5435)
Kenya Key Rachal, Esq. (MBN 99227)
Ashley Tullos Young, Esq. (MBN 101839)
BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC
428 I-55 North
Meadowbrook Office Park
Jackson, MS 39211
(601) 351-2400

Harold E. Pizzetta, III, Esq. (MBN 99867)
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS  39201