IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*　　　　DEFENDANTS

## JOINTLY SUBMITTED REPORT TO THE COURT

This matter came before the Court during the April 30, 2013 telephonic status hearing.

1.　Pursuant to the Orders dated May 9, 2013 (Dkt. No. 586) and May 28, 2013 (Dkt. No. 587), the parties report that despite their best efforts, they are unable to agree upon a Schedule setting forth specific tasks and deadlines to ensure that Defendants produce data reports as required by the Modified Mississippi Settlement Agreement and Reform Plan, entered on July 6, 2012 (Dkt. No. 571).

2.　The parties request that, pursuant to this Court's Order dated May 9, 2013, the Court confer with the Court-appointed Monitor and enter an order setting the Schedule.

Respectfully Submitted:

*/s/ Miriam Ingber*
Miriam Ingber (MBN 46823 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Sarah Russo (MBN 46802 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 4474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

John Lang (MBN 43987 *pro hac vice*)
Attorney at Law
60 East 42nd Street, Suite 4600
New York, New York 10165

*PLAINTIFFS' COUNSEL*


/s/ *Dewitt L. ("Rusty") Fortenberry, Jr.*
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*DEFENDANTS' COUNSEL*

2

## CERTIFICATE OF SERVICE

I, Miriam Ingber, do hereby certify that on June 11, 2013, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the ECF system, which sent a notification of such to counsel as follows:

>Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
>Kenya Key Rachal (MSB # 99227)
>Ashley Tullos Young (MSB # 101839)
>BAKER, DONELSON, BEARMAN, CALDWELL
>& BERKOWITZ, PC
>4268 I-55 North
>Meadowbrook Office Park
>P.O. Box 14167
>Jackson, Mississippi 39211
>Telephone: (601) 351-2400
>Facsimile: (601) 351-2424
>
>Harold Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, MS 39201

SO CERTIFIED this 11th day of June, 2013.

>*/s/ Miriam Ingber*