IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                      PLAINTIFFS

v.                                                                    CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, et al.              DEFENDANTS

**NOTICE OF FILING OF INITIAL PERIOD 4 IMPLEMENTATION PLAN**

  Pursuant to Section I.D of the Modified Mississippi Settlement Agreement and Reform Plan (the "Modified Settlement Agreement"), the parties agreed to develop an annual implementation plan setting forth the steps that must be taken during Implementation Period 4 in order to meet Implementation Period 4's interim benchmarks and make the necessary progress to achieve overall compliance with the Modified Settlement Agreement.  The parties have negotiated and signed the Initial Period 4 Implementation Plan, which has this day been submitted electronically to the Court as Exhibit 1 attached hereto, and which is now incorporated into the Modified Settlement Agreement pursuant to Section I.E.

  Further, the Parties recognize that Implementation Period 3 concluded before Defendants produced the reports required by the Period 3 Implementation Plan.  Therefore, the Parties and the Monitor have not been able to utilize such reports as intended for monitoring purposes during Implementation Period 3, and the Parties, working with the Monitor, shall revisit this Initial

Period 4 Implementation Plan between December 1, 2013 and January 8, 2014 and renegotiate its scope to determine what, if any, additional requirements must be added.

Respectfully submitted, this the 18th day of July, 2013.

/s/ Miriam Ingber
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Miriam Ingber (MBN 46823 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000

John Lang (MBN 43987 *pro hac vice*)
Christina D. Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building

430 High Street
Jackson, Mississippi 39201

*DEFENDANTS' COUNSEL*

## CERTIFICATE OF SERVICE

I, Miriam Ingber, do hereby certify that on July 18, 2013, electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

>Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
>Kenya Key Rachal (MSB # 99227)
>Ashley C. Tullos (MSB # 101839)
>BAKER, DONELSON, BEARMAN, CALDWELL
>& BERKOWITZ, PC
>4268 I-55 North
>Meadowbrook Office Park
>P.O. Box 14167
>Jackson, Mississippi 39211
>Telephone: (601) 351-2400
>Facsimile: (601) 351-2424
>
>Harold Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi 39201

SO CERTIFIED, this 18th day of July, 2013.

>/S/ *Miriam Ingber*