## CERTIFICATION OF JULIA L. DAVIS

I, Julia L. Davis, certify that I have read and am familiar with the Local Uniform Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

_____
JULIA L. DAVIS

EXHIBIT A