IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                              PLAINTIFFS

v.                                                                                   CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, et al.                DEFENDANTS

**NOTICE OF FILING OF FINAL PERIOD 4 IMPLEMENTATION PLAN**

Pursuant to Section I.D of the Modified Mississippi Settlement Agreement and Reform Plan (Dkt. No. 571) (the "Modified Settlement Agreement"), the parties agreed to develop an annual implementation plan setting forth the steps that must be taken during Implementation Period 4 in order to meet Implementation Period 4's interim benchmarks and make the progress necessary to achieve overall compliance with the Modified Settlement Agreement.  The parties have negotiated and signed the Final Period 4 Implementation Plan, which supplements the parties' Initial Period 4 Implementation Plan (Dkt. No. 590), and which has this day been submitted electronically to the Court as Exhibit 1 attached hereto, and which is now incorporated into the Modified Settlement Agreement pursuant to Section I.E.

Respectfully submitted, this the 8th day of January, 2014.

*/s/ Julia L. Davis*
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Julia L. Davis (MBN 47310 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000

Christian D. Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

*/s/ Dewitt L. ("Rusty") Fortenberry, Jr.*
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

*DEFENDANTS' COUNSEL*

2

## CERTIFICATE OF SERVICE

I, Julia L. Davis, do hereby certify that on January 8, 2014, I electronically filed a true and correct copy of the foregoing document with the Clerk of court using the ECF system which sent notification of such to counsel as follows:

> Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
> Kenya Key Rachal (MSB # 99227)
> Ashley C. Tullos (MSB # 101839)
> BAKER, DONELSON, BEARMAN, CALDWELL
> & BERKOWITZ, PC
> 4268 I-55 North
> Meadowbrook Office Park
> P.O. Box 14167
> Jackson, Mississippi 39211
> Telephone: (601) 351-2400
> Facsimile: (601) 351-2424
>
> Harold Pizzetta, III, Esq.
> Assistant Attorney General
> General Civil Division
> Carroll Gartin Justice Building
> 430 High Street
> Jackson, Mississippi 39201

SO CERTIFIED, this 8th day of January, 2014.

/s/ *Julia L. Davis*
Julia L. Davis (MBN 47310 *pro hac vice*)