IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                                    PLAINTIFFS

v.                                                                             CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*                 DEFENDANTS

**UNOPPOSED MOTION FOR PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES**

Plaintiffs move the Court pursuant to 42 U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for approval of the Parties' settlement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount of $171,412.60 upon appropriation by the Mississippi legislature for the monitoring and enforcement of the Modified Mississippi Settlement Agreement and Reform Plan (Dkt. No. 571), performed on behalf of the Plaintiff Class from September 1, 2012 through August 31, 2013.

This Motion is supported by the accompanying Memorandum in Support and exhibits. Respectfully submitted this 24th day of February, 2014.

*/s/ Julia L. Davis*
Julia L. Davis (MBN 47310 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 4474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I, Julia L. Davis, do hereby certify that on February 24, 2014, I electronically filed the foregoing Plaintiffs' unopposed Motion for Plaintiffs' Attorneys' Fees and Expenses using the ECF system, which sent notification of such filing to the following:

> Dewitt L. ("Rusty") Fortenberry Jr., Esq.
> Kenya Key Rachal, Esq.
> Ashley C. Tullos, Esq.
> BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
> 428 I-555 North Meadowbrook Office Park
> Jackson, Mississippi 39211
> Telephone: (601) 351-2400
>
> Harold E. Pizzetta, III, Esq.
> Assistant Attorney General
> General Civil Division
> Carroll Gartin Justice Building
> 430 High Street
> Jackson, Mississippi 39201

SO CERTIFIED this 24th day of February, 2014.

> */s/ Julia L. Davis*
> Julia L. Davis