# ATTACHMENT A

*Olivia Y. v. Barbour*
**CHILDREN'S RIGHTS**
Attorneys' Fees
September 1, 2012 - August 31, 2013

| Monitoring Hours Children's Rights Fees | Monitoring Hours | Fees-on-Fees Hours | Total Hours x | Rate | Total Fee |
|---|---|---|---|---|---|
| **Attorney** | | | | | |
| Marcia Robinson Lowry | 53.66 | 0.00 | 53.66 | $318.00 | $17,063.88 |
| Miriam Ingber | 216.74 | 11.67 | 228.41 | $283.00 | $64,640.03 |
| Julia Davis | 175.89 | 0.00 | 175.89 | $198.00 | $34,826.22 |
| Sarah Russo | 75.08 | 0.00 | 75.08 | $198.00 | $14,865.84 |
| Aaron Finch | 0.00 | 38.51 | 38.51 | $198.00 | $7,624.98 |
| **Paralegal** | | | | | |
| Edward Wixler | 44.00 | 11.24 | 55.24 | $113.00 | $6,242.12 |
| Molly Rugg | 13.40 | 0.00 | 13.40 | $113.00 | $1,514.20 |
| Victoria Kabak | 0.85 | 12.71 | 13.56 | $113.00 | $1,532.28 |
| Daniel Whitman | 0.77 | 2.58 | 3.35 | $113.00 | $378.55 |
| **TOTAL (CR Monitoring Hours)** | 580.39 | 76.71 | 657.10 | | **$148,688.10** |

| Travel Hours | Total Hours | Rate | Total Fee |
|---|---|---|---|
| **Attorney** | | | |
| Marcia Robinson Lowry | 25.76 | $159.00 | $4,095.84 |
| Miriam Ingber | 40.09 | $141.50 | $5,672.74 |
| Sarah Russo | 11.55 | $141.50 | $1,634.33 |
| Julia Davis | 8 | $99.00 | $792.00 |
| Total (Travel Hours) | 85.4 | | **$12,194.90** |

| Co-Counsel Hours | Total Hours | Rate | Total Fee |
|---|---|---|---|
| **Attorney** | | | |
| Wayne Drinkwater | 4 | $267.75 | $1,071.00 |
| **TOTAL** | | | **$1,071.00** |

| FEE TOTAL (Monitoring + Travel + Co-Counsel Hours) | | | $161,954.00 |
|---|---|---|---|

| Billing Judgment | BJ Hours | Rate | BJ |
|---|---|---|---|
| Marcia Robinson Lowry | 2.55 | $318.00 | $810.90 |
| Miriam Ingber | 28.54 | $283.00 | $8,076.82 |
| Sarah Russo | 20.94 | $198.00 | $4,146.12 |
| Julia Davis | 5.47 | $198.00 | $1,083.06 |
| Jessica Polansky | 2.38 | $198.00 | $471.24 |
| Aaron Finch | 7.66 | $198.00 | $1,516.68 |
| Patrick Almonrode | 7.07 | $198.00 | $1,399.86 |
| Paralegals | 21.81 | $113.00 | $2,464.53 |
| **Total BJ** | 96.42 | | **$6,935.37** |

| EXPENSES TOTAL | | | $9,458.60 |
|---|---|---|---|
| Expenses Billing Judgment: | | | $2,535.06 |

| COSTS TOTAL (Monitoring + Travel + Co-Counsel Hours + Expenses) | | | $171,412.60 |
|---|---|---|---|