# ATTACHMENT C

| Date | Memo | Amount |
|---|---|---:|
| **Expenses** | | |
| **Leg.lib/Research** | | |
| **Pacer** | | |
| 09/30/2012 | July thru Sept. '12 usage | 24.30 |
| 12/31/2012 | Oct. thru Dec. '12 usage | 3.30 |
| 03/31/2013 | Jan. thru March '13 usage | 73.40 |
| 06/30/2013 | April thru June '13 usage | 14.40 |
| **Total Other** | | 115.40 |
| **WestLaw** | | |
| 12/31/2012 | westlaw usage Dec. '12 | 11.46 |
| 02/28/2013 | westlaw usage Jan. '13 | 17.67 |
| 06/30/2013 | Westlaw usage June '13 | 14.54 |
| **Total WestLaw** | | 43.67 |
| **Total Leg.lib/Research** | | **159.07** |
| **Office Expenses** | | |
| **Copies** | | |
| 12/31/2012 | allocation of copier Sept. '12 thru Dec. '12 | 365.70 |
| 03/31/2013 | allocation of copier Jan. thru March '13 | 248.50 |
| 06/30/2013 | allocation of copier April thru June '13 | 189.30 |
| 08/31/2013 | allocation of copier July thru Aug. '13 | 177.60 |
| **Total Copies** | | 981.10 |
| **Delivery** | | |
| 10/19/2012 | 9/28 Fed Ex | 26.99 |
| 05/23/2013 | 4/29 Fed Ex | 40.99 |
| 05/23/2013 | 5/3 Fed Ex | 40.99 |
| **Total Delivery** | | 108.97 |
| **Phone** | | |
| 10/31/2012 | phone Oct. '12 | 7.27 |
| 11/30/2012 | phone Nov. '12 | 0.86 |
| 12/31/2012 | phone Dec. '12 | 0.76 |
| 01/31/2013 | phone Jan. '13 | 0.79 |
| 02/28/2013 | phone Feb. '13 | 7.62 |
| 03/31/2013 | Phone March '13 | 5.21 |
| 04/30/2013 | Phone Usage - April '13 | 12.94 |
| 05/31/2013 | Conference calls from 5/1 - 5/31 | 9.89 |
| 05/31/2013 | Phone Usage - May '13 | 10.65 |
| 06/30/2013 | Phone Usage June '13 | 3.08 |
| 07/31/2013 | Phone Usage July '13 | 8.04 |
| 08/31/2013 | Phone Usage Aug. '13 | 2.18 |
| **Total Phone** | | 69.29 |
| **Refreshments** | | |
| 05/31/2013 | AL - working dinner for JD 5/22 | 16.07 |
| **Total Refreshments** | | 16.07 |
| **Total Office Expenses** | | **1,175.43** |
| **Travel** | | |
| **Hotel** | | |
| 10/31/2012 | MI-hotel 10/15 | 191.24 |
| 10/31/2012 | SR-hotel 10/15 | 188.24 |

| Date | Description | Amount |
|---|---|---:|
| 10/31/2012 | MRL-hotel  10/15 | 151.67 |
| 02/25/2013 | MRL-hotel  2/20 | 189.41 |
| 02/28/2013 | MI-hotel 2/20 | 222.69 |
| 03/31/2013 | MI-hotel  3/6 | 222.69 |
| **Total Hotel** | | **1,165.94** |

**Internet usage**

| Date | Description | Amount |
|---|---|---:|
| 10/31/2012 | SR-internet usage  10/15 | 5.95 |
| 02/28/2013 | MI-internet 2/20 | 9.95 |
| 03/31/2013 | MI-internet usage  3/6 | 9.95 |
| **Total internet usage** | | **25.85** |

**Meals**

| Date | Description | Amount |
|---|---|---:|
| 10/31/2012 | MI-food  10/15 | 15.57 |
| 10/31/2012 | MI-food 10/15 | 9.00 |
| 10/31/2012 | MI-food w/ SR 10/16 | 34.39 |
| 10/31/2012 | MI-food 10/16 | 2.99 |
| 10/31/2012 | SR-food  10/15 | 9.91 |
| 10/31/2012 | SR-food 10/16 | 3.20 |
| 10/31/2012 | MRL-food 10/15 | 4.28 |
| 10/31/2012 | MRL-food 10/16 | 7.00 |
| 02/25/2013 | MRL-food  2/21 | 4.03 |
| 02/28/2013 | MI-food  2/20 | 12.84 |
| 02/28/2013 | MI-food  2/21 | 17.15 |
| 03/31/2013 | MI-food  3/7 | 15.50 |
| 03/31/2013 | MI-food for NP TW 3/6 | 39.34 |
| 03/31/2013 | MI-food 3/6 | 36.41 |
| 03/31/2013 | MI-food 3/6 | 7.24 |
| 03/31/2013 | MI-food  3/6 | 14.87 |
| **Total Meals** | | **233.72** |

**Plane-Amtrak**

| Date | Description | Amount |
|---|---|---:|
| 09/30/2012 | MRL-travel agency fee 10/15 | 50.00 |
| 09/30/2012 | MI-travel agency fee | 50.00 |
| 10/31/2012 | MI-Delta Air  10/15 | 725.20 |
| 10/31/2012 | MI-change fee 10/15 | 50.00 |
| 10/31/2012 | MI-change fee for SR  10/15 | 50.00 |
| 10/31/2012 | MRL-Delta Air 10/15 | 665.31 |
| 02/25/2013 | MRL-travel agency fee  2/25 | 50.00 |
| 02/25/2013 | MRL-Delta Air  2/20 | 459.60 |
| 02/28/2013 | MI-Delta Air  2/20 | 459.60 |
| 02/28/2013 | MI-travel agency fee  2/20 | 50.00 |
| 03/31/2013 | MI-Delta air  3/6 | 840.60 |
| 03/31/2013 | MI-travel agency fee 3/6 | 50.00 |
| 06/30/2013 | JD - Delta round-trip flight to DC 6/7 | 721.22 |
| 06/30/2013 | JD - travel agency service fee for 6/7 flight | 50.00 |
| 06/30/2013 | MRL-Delta Air 6/7 | 721.22 |
| 06/30/2013 | MRL-travel agency fee 6/7 | 50.00 |
| **Total Plane-Amtrak** | | **5,042.75** |

**Public transp**

| Date | Description | Amount |
|---|---|---:|
| 10/25/2012 | MI-taxi to governor's office  10/16 | 32.00 |
| 10/31/2012 | MI-taxi to airport from hotel  10/16 | 52.30 |
| 10/31/2012 | SR-SR-taxi to airport  10/15 | 50.92 |

| Date | Description | Amount |
|---|---|---:|
| 10/31/2012 | SR-taxi from airport to hotel w/ MI & MRL  10/15 | 58.90 |
| 10/31/2012 | MRL-car service home from airport  10/16 | 133.25 |
| 10/31/2012 | MI-LGA to home  10/16 | 56.55 |
| 10/31/2012 | SR-LGA to home  10/16 | 55.99 |
| 02/25/2013 | MRL-taxi  (MS) 2/20 | 52.60 |
| 02/25/2013 | MRL-car service from home to airport 2/20 | 130.65 |
| 02/28/2013 | MI-taxi home from airport  2/21 | 43.10 |
| 03/30/2013 | MRL-car service from airport to home  2/21 | 136.65 |
| 03/30/2013 | MRL-taxi from hearing to airport  2/21 | 53.00 |
| 03/31/2013 | MI-car rental  3/7 | 114.47 |
| 03/31/2013 | MI-home to LGA 2/20 | 63.49 |
| 03/31/2013 | MI-home to LGA  3/6 | 63.49 |
| 03/31/2013 | MI-taxi home from airport  3/7 | 43.70 |
| 06/11/2013 | JD-6/7 car from home to LGA | 40.00 |
| 06/11/2013 | JD- w/ MRL 6/7 cab from 19th/M to Reagan Airport | 22.00 |
| 06/11/2013 | JD-w/ MRL 6/7 cab from Reagan Airport to 19th/M | 23.00 |
| 06/30/2013 | JD - cab home from LGA following DC meeting 6/7 | 103.98 |
| 06/30/2013 | MRL-car service from airport to home 6/7 | 138.65 |
| 06/30/2013 | MRL-car sservice to airport from home  6/7 | 132.65 |
| Total Public transp | | 1,601.34 |
| **Transp Fees** | | |
| 03/31/2013 | MI-parking  3/6 | 12.00 |
| Total Transp Fees | | 12.00 |

# Total Travel                                                                                                        8,081.60

## Bradley Arant Expenses

| | Pacer and Copying Costs | 42.50 |
|---|---|---:|

# Total Expenses                                                                                                   **9,458.60**