WTF

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

036

RECEIVED
MAR 04 2014
Clerk, U.S. District Court
Southern District of Miss.

3:04 cv 251

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR -4 2014
ARTHUR JOHNSTON
BY _____



NIXIE        381    5E    1009      0002/28/14
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                    UNABLE TO FORWARD
BC: 39261562825        *05566-16827-25-41

049J82022231
$00.480
02/25/2014
Mailed From 39201
US POSTAGE
neopost

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                            PLAINTIFFS

v.                                                            CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*                   DEFENDANTS

<u>ORDER</u>

This matter came before the Court on the Plaintiffs' Unopposed Motion for Plaintiffs'

Attorneys' Fees and Expenses.  The Court, having reviewed the Unopposed Motion and

evaluated the agreed-upon amount of fees and expenses, finds it reasonable.  Accordingly, the

Motion is, for good cause, **GRANTED**.  The Court rules, orders, and directs as follows:

1.      Payment shall be made by Defendants to Plaintiffs' Counsel in the agreed-upon

amount of $171,412.60, upon appropriation by the Mississippi legislature, for legal services

performed and expenses incurred from September 1, 2012 through August 31, 2013 in the

monitoring and enforcement of the orders entered into in this case.

2.      Because the notice received by Plaintiff Class pursuant to Rule 23(h) as to

Plaintiffs' first Unopposed Motion for Approval of Settlement Regarding Plaintiffs' Attorney's

Fees included notification that Plaintiffs' Counsel might periodically be submitting fee

application for monitoring and enforcement work performed on behalf of the Plaintiff Class and

that no additional notification would be made of such applications, and because additional notice

would impose undue cost and burden, notice pursuant to Rule 23(h) of this and any subsequent

fee applications for post-judgment monitoring and enforcement work is unnecessary.

So **ORDERED** this 25th day of  February, 2014.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


/s/ Julia L. Davis
Julia L. Davis (MBN 43991 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
CHILDREN'S RIGHTS
330 7th Avenue, 4th Floor
New York, New York 10001
Telephone: (212) 683-2210

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 4474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*