# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | | |
|---|---|---|
| OLIVIA Y., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. 3:04CV251LN |
| | ) | |
| PHIL BRYANT, as Governor | ) | |
| of the State of Mississippi, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN A. WOOD

Plaintiffs, Olivia Y. *et. al.*, by and through their undersigned counsel and pursuant to Rule 83.1(d)(2) of the Local Uniform Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, apply to this Court for an order permitting Kathryn A. Wood to be admitted *pro hac vice* by comity for this case and would show the Court the following:

1. Ms. Wood is a non-resident who is not a member of the Mississippi bar and is not authorized to practice before the Mississippi Supreme Court.

2. Ms. Wood is with Children's Rights, Inc., located at 330 Seventh Avenue, New York, NY 10001. Her telephone number is (212) 683-2210. Her facsimile number is (212) 683-4015.

3. Ms. Wood was admitted to practice law in New York in 2012, and is a member in good standing. Ms. Wood is admitted to practice law before the Supreme Court of the State of New York, the Supreme Court of the State of New Jersey, the Southern District of New York, and the District of New Jersey. Copies of Ms. Wood's Certificate of Good Standing for the Supreme

Court of the State of New York and Supreme Court of the State of New Jersey are attached as Exhibit A.

4.  Ms. Wood is familiar with the Local Uniform Rules of the United States District Courts for the Northern and Southern Districts of Mississippi. *See* Certification of Kathryn A. Wood, attached as Exhibit B.

5.  Ms. Wood will be associated with W. Wayne Drinkwater, Jr. of Bradley Arant Boult Cummings LLP, a member in good standing of the Mississippi Bar.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion for Admission *Pro Hac Vice* of Kathryn A. Wood.

RESPECTFULLY SUBMITTED, this 5th day of May 2014.

/s/W. Wayne Drinkwater
W. Wayne Drinkwater, Jr. (MBN, 6193)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capital Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Julia L. Davis (MBN 47310 *pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Phone: (212) 683-2210
Facsimile: (212) 683-4015
*mlowry@childrensrights.org*
*jdavis@childrensrights.org*

Christian Carbone (MBN 43986 *pro hac vice*)
John Piskora (MBN 44474 *pro hac vice*)
LOEB & LOEB LLP
345 Park Ave.
New York, New York 10154
Phone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2014, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Kathryn A. Wood with the Court using the ECF system, which sent notification of such filing to the following:

> Dewitt L.  ("Rusty") Fortenberry Jr., Esq.
> Kenya Key Rachal, Esq.
> Ashley C. Tullos, Esq.
> BAKER, DONELSON, BEARMAN, CALDWELL &
> BERKOWITZ, PC
> 428 I-55 North
> Meadowbrook Office Park
> Jackson, MS 39211
> (601) 351-2400
>
> Harold E. Pizzetta, III, Esq.
> Assistant Attorney General
> General Civil Division
> Carroll Gartin Justice Building
> 430 High Street
> Jackson, Mississippi  39201
>
> *Attorneys for Defendants*

SO CERTIFIED this 5th day of May, 2014

> /s/W. Wayne Drinkwater
> W. Wayne Drinkwater, Jr.

3