# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et. al., | ) |
|                         **Plaintiffs,** | ) |
| v. | )    C.A. 3:04CV251LN |
| PHIL BRYANT, as Governor of the State of Mississippi | ) |
|                         **Defendants.** | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF MIRIAM INGBER

Pursuant to Local Uniform Civil Rule 83.1, Plaintiffs hereby move for withdrawal of appearance of Miriam Ingber as counsel for Plaintiffs. Plaintiffs' ongoing interests herein will continue adequately to be represented, *inter alia*, by Marcia Robinson Lowry and Julia L. Davis of Children's Rights; Wayne Drinkwater of Bradley Arant Boult Cummings LLP; and Christian Carbone of Loeb and Loeb LLP.

A proposed order accompanies this Motion.

RESPECTFULLY SUBMITTED, this 7th day of May, 2014

                                                */s/Julia L. Davis*
                                               Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
                                               Julia L. Davis (MBN 47310 *pro hac vice*)
                                               CHILDREN'S RIGHTS
                                               330 Seventh Avenue, Fourth Floor
                                               New York, New York 10001
                                               Phone: (212) 683-2210
                                               Facsimile: (212) 683-4015
                                               *mlowry@childrensrights.org*
                                               *jdavis@childrensrights.org*

                                               W. Wayne Drinkwater, Jr. (MBN 6193)
                                               BRADLEY ARANT BOULT CUMMINGS LLP
                                               188 East Capital Street, Suite 450

Jackson, Mississippi 39201
Telephone: (601) 948-8000

Christian Carbone (MBN 43986 *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Phone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7th, 2014, I electronically filed the foregoing Motion for Withdrawal of Appearance of Miriam Ingber with the Court using the ECF system, which sent notification of such filing to the following:

>Dewitt L. ("Rusty") Fortenberry Jr., Esq.
>Kenya Key Rachal, Esq.
>Ashley C. Tullos, Esq.
>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
>428 I-55 North
>Meadowbrook Office Park
>Jackson, Mississippi 39211
>(601) 351-2400
>
>Harold E. Pizzetta, III, Esq.
>Assistant Attorney General
>General Civil Division
>Carroll Gartin Justice Building
>430 High Street
>Jackson, Mississippi  39201
>
>*Attorneys for Defendants*

SO CERTIFIED this 7th day of May, 2014

>*/s/Julia L. Davis*
>Julia L. Davis