

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                              PLAINTIFFS

v.                                                               CIVIL ACTION NO. 3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*         DEFENDANTS

---

ORDER CREATING DIRECTOR FOR SUSTAINABLE TRANSFORMATION AND
TRANSFORMATION TEAM

I.   Introduction

The Monitor, having issued a Report to the Court Regarding Implementation Period 3 and the June 24, 2013 Order (the "Status Report") (Dkt. No. 604) finding that Defendants have continuing capacity deficits that must be addressed in order for Defendants to satisfy the terms of the Modified Settlement Agreement and Reform Plan approved by the Court on July 6, 2012 ("MSA") (Dkt. No. 571), and the Parties have not filed an objection to any of the Monitor's findings, and as an alternative at this point to Plaintiffs' filing a motion for contempt, the Parties have prepared this proposed order setting forth specific remedial activities and timelines to address Defendants' capacity deficits and to improve performance required by the MSA, the June 24, 2013 Data Order (Dkt. No. 589), and each of the Implementation Plans incorporated into the MSA pursuant to Section I.E of the MSA (Dkt. Nos. 571, App. B; 590-1; 595-1).

II.   Defendants shall Employ a Director for Sustainable Transformation at the Mississippi Division of Family and Children Services ("DFCS") (hereinafter, the "Director for Sustainable Transformation") by November 1, 2014.

   A.   The Director for Sustainable Transformation is a full-time, senior-level professional position at DFCS who is an at-will employee of Defendants. The Director for Sustainable Transformation will dually