# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                                                         PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:04CV251TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi                              DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

Attorney Marcia Lowry, Attorney for the Plaintiffs, notifies the court and all counsel of the her change of address effective to the following:

**Marcia Lowry**
**A Better Childhood, Inc.**
**1095 Hardscrabble Road**
**Chappaqua, NY  10514**
**Telephone (646) 808-7344**
**Facsimile: (914) 238-0365**
**mlowry@abetterchildhood.org**

Respectfully Submitted, this the 16th day of September, 2014.

/s/W. Wayne Drinkwater
W. Wayne Drinkwater

Bradley Arant Boult Cummings LLP
One Jackson Place
188 East Capitol Street, Suite 400
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
E-mail: wdrinkwater@babc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16th, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      All Counsel of Record

      /s/W. Wayne Drinkwater
      W. Wayne Drinkwater