# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C.A. 3:04CV251-TSL-FKB |
| PHIL BRYANT, as Governor of the ) | |
| State of Mississippi ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

NOW on this 16th day of September, 2014, the Court considers Plaintiffs' Motion for Withdrawal of Appearances of Julia L. Davis and Kathryn A. Wood. The Court having reviewed the Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Julia L. Davis and Kathryn A. Wood are hereby withdrawn as counsel of record for the Plaintiffs in this matter.

    /S/ F. Keith Ball  
UNITED STATES MAGISTRATE JUDGE

Prepared and Presented By:

/s/ W. Wayne Drinkwater, Jr.  
W. Wayne Drinkwater, Jr. (MBN 6193)  
BRADLEY ARANT BOULT CUMMINGS LLP  
188 East Capitol Street, Suite 400  
Jackson, Mississippi 39201  
Telephone: (601) 948-8000