FORM 6 (ND/SD MISS. DEC. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., ET AL.                                    Plaintiff

v.                                                          CIVIL ACTION
                                                            NO. 3:04CV251-TSL-FKB

PHIL BRYANT, as Governor of the
Stat of Mississippi                                   Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**  Name:                Sara Robinson-Glasser

        Firm Name:            Law Office of Sara Robinson-Glasser

        Office Address:       1630 Williams Hwy., Suite 351

        City:                 Grants Pass                          State  OR    Zip  97527
        Telephone:            (541) 660-3763                        Fax:
        E-Mail:               srglasser@abetterchildhood.org

**(B)**  Client(s):

        Address:

        City:                                                       State _____ Zip
        Telephone:                                                   Fax:

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

No

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

Extensive litigation experience as an assistant U.S. Attorney

(C) Applicant is admitted to practice in the:

    __X__    State of <u>Oregon</u>
    __X__    District of Oregon

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Florida | 1983 – present |
| US District Court, Southern District of Florida | 1984 - present |
| State of California | 1990 - present |
| US District Court, Central District of California | 1989 – present |
| US Court of Appeals, Ninth Circuit | 1989 – present |
| Supreme Court of the United States | 1999 - present |

FORM 6 (ND/SD MISS. DEC. 2011)

|      |                                                                                                                                 | Yes | No  |
|------|---------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (D)  | Has Applicant been denied admission pro hac vice in this state?                                                                 | ☐   | X☐  |
|      | Has Applicant had admission pro hac vice revoked in this state?                                                                 | ☐   | X☐  |
|      | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                        | ☐   | X☐  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|      |                                                                                                                                                                           | Yes | No  |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (E)  | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years?     | ☐   | X☐  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|      |                                                                                                                                                                          | Yes | No  |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| (F)  | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?          | ☐   | X☐  |

FORM 6 (ND/SD MISS. DEC. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| None | |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
| --- | --- | --- | --- |
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X ☐ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X ☐ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: W. Wayne Drinkwater (MBN 6193)

Firm Name: Bradley Arant Boult Cummings LLP

Office Address: 188 E. Capitol, Suite 400 One Jackson Place
Post Office Box 1789, Jackson, MS 39215

City: _____  State _____ Zip _____
Telephone: 601-948-8000           Fax: 601-948-3000
E-Mail: wdrinkwater@babc.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Wayne Drinkwater
Resident Attorney

I certify that the information provided in this Application is true and correct.

8/21/14
Date

_____
Sara Robinson-Glasser
Applicant's Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      All Counsel of Record

      /s/W. Wayne Drinkwater
      W. Wayne Drinkwater

Bradley Arant Boult Cummings LLP
One Jackson Place
188 East Capitol Street, Suite 400
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
E-mail: wdrinkwater@babc.com