

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

SARA R. ROBINSON-GLASSER

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 28th day of May, 2010,

SARA R. ROBINSON-GLASSER

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

September 15, 2014.

KINGSLEY W. CLICK
State Court Administrator

_____
Authorized Representative



**Ex A**