IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al                                                               PLAINTIFFS

v.                                                              CIVIL ACTION NO. 3:04cv251LN

PHIL BRYANT, as Governor
of the State of Mississippi, et al.                                            DEFENDANTS

## NOTICE OF FILING OF PERIOD 5 IMPLEMENTATION PLAN

Pursuant to Section I.D. of the Modified Mississippi Settlement Agreement and Reform Plan (Dkt. No. 571) ("the Modified Settlement Agreement"), the parties agreed to develop an annual implementation plan setting forth the steps that must be taken during Implementation Period 5 in order to meet Implementation Period 5's benchmarks and make progress necessary to achieve overall compliance with the Modified Settlement Agreement. The parties have negotiated and signed the Period 5 Implementation Plan and which has this day been submitted electronically to the Court as Exhibit 1 attached hereto and which is now incorporated into the Modified Settlement Agreement pursuant to Section I.E.

Respectfully submitted, this the 23rd day of December, 2014.

/s/ Ashley C. Tullos
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201
DEFENDANTS' COUNSEL


/s/Marcia Robinson Lowry
Marcia Robinson Lowry (MBN 43991 pro hac vice)
Sara R. Robinson-Glasser (MBN 47547pro hac vice)
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York  10510
Telephone:  (844) 422-2425
PLAINTIFFS' COUNSEL

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000

Christian D. Carbone (MBN 43986 pro hac vice)
John Piskora (MBN 44474 pro hac vice)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
PLAINTIFFS' COUNSEL

**CERTIFICATE OF SERVICE**

I, Ashley C. Tullos, do hereby certify that on January 8, 2014, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the ECF system which sent notification of such to counsel as follows:

    Marcia Robinson Lowry (MBN 43991 pro hac vice)
    Sara R. Robinson-Glasser (MBN 47547pro hac vice)
    A BETTER CHILDHOOD, INC.
    1095 Hardscrabble Road
    Chappaqua, New York 10510
    Telephone: (844) 422-2425
    PLAINTIFFS' COUNSEL

    W. Wayne Drinkwater, Jr. (MBN 6193)
    BRADLEY ARANT ROSE & WHITE LLP
    188 East Capitol Street, Suite 450
    Jackson, Mississippi 39201
    Telephone: (601) 948-8000

    Christian D. Carbone (MBN 43986 pro hac vice)
    John Piskora (MBN 44474 pro hac vice)
    LOEB & LOEB LLP
    345 Park Avenue
    New York, New York 10154
    Telephone: (212) 407-4000
    PLAINTIFFS' COUNSEL

SO CERTIFIED, this the 23rd day of December, 2014.

                              */s/ Ashley C. Tullos*
                              (MSB #101839)