Form 6 (ND/SD Miss. Dec. 2011)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

OLIVIA Y., et al.,                                                                  Plaintiffs

v.                                                    **CIVIL ACTION No. 3:04cv251LN**

PHIL BRYANT, as Governor of the State of Mississippi, et al.,                Defendants

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**    Name: Stephen Dixon

Firm Name: Stephen Dixon

Office Address: 1330 Highland Park Drive

City:                    Baton Rouge                      State    LA   Zip 70808
Telephone:           (225) 588-5407                     Fax:   N/A
E-Mail:              sdixonchildadvocate@hotmail.com

**(B)**    Client(s):         "Olivia Y., et al."

Address:

City:               Jackson                      State    MS        Zip
Telephone:                                       Fax:

1

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

**No.**

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

**Yes, I have extensive experience as a legal advocate for children in foster care. This experience includes federal litigation experience as well as state court advocacy.**

**(C)**     Applicant is admitted to practice in the:

**Supreme Court of the State of Louisiana (Bar roll number 18185)**

and is currently in good standing with that Court.  A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

**Louisiana Supreme Court, 400 Royal Street, New Orleans, LA 70130**
**Clerk of Court  (504) 310-2300**
**http://www.lasc.org/contact_us.asp**
**Louisiana Supreme Court Public Information Officer: vsw@lasc.org**

All other courts before which Applicant has been admitted to practice:

Jurisdiction                                        Period of Admission

**Supreme Court of the United States of America          October 2009-present**
**United States Court of Appeal, Fifth Circuit                    February 2015 (renewal of**
**                                                                                          admission)-present**
**United States District Court for the Middle District of Louisiana  February 1988-present**
**United States District Court for the Southern District of Texas,** *pro hac vice*  **March 2011-**
**present**
**United States District Court for the Eastern District of Louisiana  January 1991(inactive)**

2

Form 6 (ND/SD Miss. Dec. 2011)

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | x |
|  | Has Applicant had admission pro hac vice revoked in this state? | ☐ | x |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | x |

3

Form 6 (ND/SD Miss. Dec. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)**    Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

**N/A**

**(H)**    Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

**N/A**

---

Form 6 (ND/SD Miss. Dec. 2011)

|  |  | Yes | No |
|---|---|---|---|
| **(I)** | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | x | ☐ |
|  | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | x | ☐ |

**(J)** Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No:   Michael J. Bentley (MSB No. 102631)

Firm Name:   Bradley Arant Boult Cummings LLP

Office Address:  188 E. Capitol Street, Suite 400

City:   Jackson                              State  MS
Zip:  39201
Telephone:       601-948-8000            Fax: 601-948-3000
E-Mail:  mbentley@babc.com

**(K)** The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

s/ Michael J. Bentley
Resident Attorney

I certify that the information provided in this Application is true and correct.

  3-2-15                                        s/Stephen Dixon
Date                                           Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

5

Form 6 (ND/SD Miss. Dec. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 2nd day of March, 2015.

s/Stephen Dixon
Applicant