# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Stephen A Dixon

whose address is 1330 Highland Park Dr

Baton Rouge, LA 70808

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 9th day of October, 1987.

Given over my hand and the Seal of the Louisiana State Bar Association, this 18th day of February, 2015.

*Executive Director*
*Louisiana State Bar Association*