IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his next
friend, James D. Johnson; CODY B., by and through his next
friend, Sharon Scott; MARY, TOM, MATTHEW, and DANA W.,
by and through their next friend, Zelatra W.; AND SAM H., by and
through his next friend, Yvette Bullock; on their own behalf and
behalf of all others similarly situated,

                       Plaintiffs,

   v.

                            CIVIL ACTION NO.
                            3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department of
Human Services; AND BILLY MANGOLD, as Director of the
Division of Family and Children's Services,

                       Defendants.

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION FOR MEMORANDA IN SUPPORT OF THEIR RENEWED MOTION FOR CONTEMPT, FOR AN EVIDENTIARY HEARING AND FOR THE APPOINTMENT OF A RECEIVER**

      Plaintiffs respectfully request the Court to allow Plaintiffs' original and rebuttal memoranda in support of their Renewed Motion for Contempt, For an Evidentiary Hearing and for the Appointment of A Receiver to exceed the thirty-five page limitation.  In addition, Plaintiffs respectfully request that they be relieved from filing a supporting memorandum of authorities due to the self explanatory nature of this Motion.  In support, Plaintiffs state the following:

      1.    Rule 7.2(E) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi provide that the movant's original and rebuttal memoranda together shall not exceed

a total of thirty-five pages, and that the respondent's reply memorandum shall not exceed thirty-five pages.

2.  Previously, in March 2006, Defendants filed a Motion to Exceed Page Limitation for Memorandum of Law in Support of Motion for Summary Judgment. In their Motion, Defendants requested the Court to allow their memoranda and rebuttal memoranda in support of a motion for summary judgment to exceed the thirty-five page limit.

3.  On March 9, 2006, Plaintiffs responded to Defendants' Motion to Exceed Page Limitation and did not object to Defendants' request to exceed the thirty-five page limit provided that the Plaintiffs are allowed the same additional pages in their reply memorandum.

4.  On April 24, 2006, the Court entered an Order granting Defendants' Motion to Exceed Page Limitation "being advised that plaintiffs have no objection thereto." In the Court's Order, Defendants are allowed to exceed the page limitation provided by Uniform Local Rule 7.2 without specifically stating a page limitation. *See* Doc. 261 (Order).

5.  Likewise, Plaintiffs respectfully request that this Court allow Plaintiffs' original and rebuttal memoranda in support of their renewed motion for Contempt, For an Evidentiary Hearing and for Appointment of A Receiver to exceed the thirty-five page limit in order to properly and fully brief all of the important issues to be raised in Plaintiffs' renewed motion.

6.  Counsel for Plaintiffs is aware that excessively long filings are not appropriate and every effort will be made to limit the pages of its original and rebuttal memoranda to sixty pages.

7.  On March 3, 2015, counsel for Plaintiffs contacted counsel for Defendants and advised him that Plaintiffs were going to file a Motion to Exceed Page Limitation for a total of no more than sixty pages. Defendants' counsel has responded and does not oppose this request.

WHEREFORE, being advised that the Defendants do not oppose Plaintiffs' motion, Plaintiffs respectfully request that this Court allow Plaintiffs' original and rebuttal memoranda in support of their Renewed Motion for Contempt, for an Evidentiary Hearing and for Appointment of a Receiver to exceed the thirty-five page limit.

RESPECTFULLY SUBMITTED, this the 9th day of March, 2015.

    /s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)
Sara Robinson-Glasser (*pro hac vice*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY 10514
Telephone: (914) 238-4108
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org
    srglasser@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 400
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@babc.com
    mbentley@babc.com

John Lang (*pro hac vice*)
Christian Carbone (*pro hac vice*)
Daniel W. Friedman (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing and deliver copies to all counsel of record, including:

Dewitt L. "Rusty" Fortenberry, Jr, Esq.
John T. Rouse, Esq.
Kenya Key Rachal, Esq.
Ashley Tullos Young, Esq.
Gretchen L. Zmitrovich, Esq.
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, P.C.
Post Office Box 14167
Jackson, Mississippi 39236

Harold E. Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

*Attorneys for Defendants*

                                                        */s/ Marcia Robinson Lowry*
                                                         An Attorney for the Plaintiffs