


*Relevant to MSA II.B.3.a., page 21, II.B.3.i.1., page 22, and II.B.3.j.1., page 23.  Neither SLS315 nor this chart reflect performance related to full requirement.

EXHIBIT A