

**Children Three Years Old And Older Who Received A Dental Examination Within 90 Calendar Days of Placement And Children Who Turned Three While In Custody And Received A Dental Examination Within 90 Calendar Days Of Their Third Birthday, By Region Six Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 27, Measures 1 and 2]**

MSA requires by the end of Period 3, 60% of children three years old and older entering custody or in care and turning three years old during the Period shall receive a dental examination within 90 days of placement or their third birthday. By the end of Period 4, 75% shall meet this requirement.

Statewide Performance as of 6/30/14 = 55%

Statewide Performance as of 6/30/13 = 49%

Based upon identified gaps in the data, the parties and the Court Monitor have agreed upon revisions to data collection which were implemented in October 2014.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Legend:
- Children Three Years and Older Who Did Not Receive a Dental Exam Within 90 Days of Placement or Their Third Birthday - Number
- Children Three Years and Older Who Received a Dental Exam Within 90 Days of Placement or Their Third Birthday - Number
- Children Three Years and Older Who Received a Dental Exam Within 90 Days of Placement or Their Third Birthday - Percent

\* Relevant to MSA II.B.3.e., page 22, II.B.3.i.4., page 22, and II.B.3.j.4., page 23. Neither PAD Report 27, Measures 1 and 2 nor this chart reflect performance related to full requirement.    EXHIBIT B