

*Data were transmitted to the Court Monitor by MDHS human resources staff/management.

EXHIBIT D