

Hires and Separations Among Area Social Work Supervisory Staff*
January 1, 2010 - October 31, 2014
(Prepared by the Office of the Court Monitor Based on DFCS Data)

* Data were transmitted to the Court Monitor by MDHS human resources staff/management.

EXHIBIT E