

* Relevant to MSA II.B.2.k., page 17, and II.B.2.p.8., page 18.

EXHIBIT F