

**Children Placed In Unlicensed Foster Care Settings That Do Not Meet DFCS Licensure Standards And Children Placed In Expedited Pending Relative Resource Homes For More Than 90 Days One-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS319D]**

Statewide Performance as of 6/30/13 = 471 Children
Statewide Performance as of 6/30/14 = 482 Children

The MSA requires that by the end of Period 3 [and thereafter], no foster child shall be placed or remain in a foster care setting that does not meet DFCS licensure standards consistent with MSA requirements, unless so ordered by the Youth Court over DFCS objection.**

■ Children Placed in Unlicensed Setting and Children Placed in Expedited Pending Relative Resource Homes More Than 90 Days

*Relevant to MSA II.B.2.a., page 15, and II.B.2.p.2., page 17. Neither MWLS319D nor this chart reflect performance related to full requirement.
**The data do not specify which placements, if any, were ordered by the Youth Court over DFCS objection.

EXHIBIT G