

*Relevant to MSA II.B.2.m., page 17, II.B.2.p.6., page 18, and II.B.2.q.2., page 19.  Neither SLS52H nor this chart reflect performance related to full requirement.

EXHIBIT I