* Relevant to MSA II.B.2.h., page 16, II.B.2.p.13., page 18, and II.B.2.q.8., page 20.

EXHIBIT J