

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### Pro Se (Non-Prisoner)
### Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed.R.Civ.P. 5(b), and Fed.R.Civ.P. 77(d), L.U.Civ.R. 5(c) and the Court's Administrative Procedures for Electronic Case Filing, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I, _C Randy Cotton_, hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P.77(d).

I will promptly notify the court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

*Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing (NEF)** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked documents. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER website at www.pacer.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.*

My e-mail address is: _rcotton@baptistchildrensvillage.com_

My case number is: _3:04 CV 251_

_C Randy Cotton_
Printed name of Litigant

_C Randy Cotton_
Signature of Litigant

_PO Box 27_
Mailing Address

_Clinton, MS 39060_
City, State, Zip Code

Date: _3/25/15_

_(601) 952-2422_
Telephone Number

E-mail this form to the Clerk, U. S. District Court at ecf_information@mssd.uscourts.gov or mail to 501 East Court Street, Suite 2.500, Jackson, MS 39201.