

**The Baptist Children's Village**
P.O. Box 27 • Clinton, Mississippi 39060-0027

Arthur S. Johnston, III
U.S. District Court for the Southern
District of Mississippi
United States Courthouse
501 E. Court Street, 2.500
Jackson, MS 39201