## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                                                    PLAINTIFFS

V.                                                      CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                    DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given, pursuant to local rules, that Plaintiffs have this day served in the above action the following:

1.  Plaintiffs' First Request for Production of Documents Relating to Plaintiffs' Renewed Motion for Contempt; and

2.  Plaintiffs' Interrogatories Relating to Plaintiffs' Renewed Motion for Contempt.

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 2nd day of April, 2015.

> s/ W. Wayne Drinkwater, Jr.
> W. Wayne Drinkwater, Jr. (MBN 6193)
> Michael J. Bentley (MBN 102631)
> BRADLEY ARANT BOULT CUMMINGS LLP
> 188 East Capital Street, Suite 450
> Jackson, MS 39201
> (601) 948-8000
>
> Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
> Sara Robinson-Glasser
> A BETTER CHILDHOOD, INC.
> 1095 Hardscrabble Road
> Chappaqua, NY 10514
> (646) 808-7344

4/443003.1

Christian Carbone (MBN 43986 *pro hac vice*)
Dan Friedman, Esq.
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
(212) 407-4000

PLAINTIFFS' COUNSEL

## CERTIFICATE OF SERVICE

I certify that on April 2nd, 2015, I served the following via ECF filing system, which will give notice to all counsel of record.

s/ W. Wayne Drinkwater, Jr.
COUNSEL FOR PLAINTIFFS

4/443003.1