**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                                               PLAINTIFFS

V.                                                                                   CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, et al.                                                                                    DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

1. Defendants' First Set of Interrogatories Relating To Plaintiffs' Renewed Motion For Contempt; and

2. Defendants' First Requests for Production of Documents Relating To Plaintiffs' Renewed Motion For Contempt.

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

Respectfully submitted, this the 3rd day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.

OF COUNSEL

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL &
        BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
PO Box 14167

JM FDB 1382995 v1
2902819-000001  04/03/2015

Jackson, Mississippi 39211
Telephone: (601) 351-2400

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

## CERTIFICATE OF SERVICE

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 3rd day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.