## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., **et al.,** | ) **CIVIL ACTION** |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| **v.** | ) **Case No(s).  3:04CV251LN** |
| | ) |
| PHIL BRYANT, as Governor of the | ) |
| State of Mississippi, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

_____

## UNOPPOSED MOTION FOR PAYMENT OF PLAINTIFFS' ATTORNEYS FEES AND <u>EXPENSES</u>

Plaintiffs, Olivia Y., et al., by and through their undersigned counsel and pursuant to 42 U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for approval of the Parties' settlement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount as follows:

A Better Childhood, Inc. (current counsel) $ 31,249.37 (8/15/2014 – 12/5/2014);

Childrens Rights Inc. (former counsel)    $ 196,638.59 (1/1/2014 – 8/14/2014.

These sums will be paid upon appropriation by the Mississippi legislature for the monitoring and enforcement of the Modified Mississippi Settlement Agreement and Reform Plan

(Dkt. No. 571), performed on behalf of the Plaintiff Class from January 1, 2014

through and including December 5, 2014.

Respectfully submitted this 16 day of April, 2015.

OLIVIA Y., et al.,

By their attorney
/s/ *Sara Robinson-Glasser*
Sara Robinson-Glasser, Esq. (MBN 47547 *pro hac vice*)
Marcia Robinson Lowry, Esq. (MBN 43991 *pro hac vice*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, New York 10514
Telephone: (844) 422-2425
Eml: srglasser@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
Daniel Friedman, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I SARA ROBINSON-GLASSER HEREBY CERTIFY that on April 16,,

2015, I electronically filed the foregoing Plaintiffs' unopposed Motion for Plaintiffs' Attorneys'

Fees and Expenses using the ECF system, which sent notification of such filing to the following:

> Dewitt L. (Rusty) Fortenberry, Jr., Esq.
> Kenya Key Rachal, Esq.
> Ashley C. Tullos, Esq.
> BAKER, DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC
> 428 I-555 North Meadowbrook Office Park
> Jackson, Mississippi  39211
> Telephone: (601) 351-2400
>
> Harold E. Pizzetta, III, Esq.
> Assistant Attorney General
> General Civil Division
> Carroll Gartin Justice Building
> 430 High Street
> Jackson, Mississippi  39201

SO CERTIFIED this 16th day of April, 2015.


/s/ *Sara Robinson-Glasser*
Sara Robinson-Glaser