IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                  PLAINTIFFS

V.                                                            CIVIL ACTION NO.: 3:04CV251LN

HALEY BARBOUR, et al.                                                                   DEFENDANTS

**DEFENDANTS' RESPONSE TO UNOPPOSED MOTION FOR PAYMENT OF PLAINTIFFS' ATTORNEY FEES AND EXPENSES**

Defendants, by and through the undersigned counsel, previously reviewed detailed time and expense statements submitted by Childrens Rights, Inc. for the period of January 1, 2014 through August 14, 2014, and A Better Childhood, Inc. for the period of August 15, 2014 through December 5, 2014.  After reviewing the fees and expenses submitted by Childrens Rights, Inc. and A Better Childhood, Inc., the amounts set forth in the Unopposed Motion for Payment of Plaintiffs' Attorneys Fees and Expenses were negotiated and agreed upon by the parties.  Therefore, the Motion for Payment of Plaintiffs' Attorney Fees and Expenses is unopposed and Defendants do not object to the form of the Motion and Order submitted to the Court.

Respectfully submitted, this the 17th day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.

**OF COUNSEL**

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Ashley C. Tullos (MSB # 101839)
**BAKER, DONELSON, BEARMAN, CALDWELL &
        BERKOWITZ, PC**
4268 I-55 North
Meadowbrook Office Park

PO Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

### CERTIFICATE OF SERVICE

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 17th day of April, 2015.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.