IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., et al.                                              PLAINTIFFS

VS.                                            CIVIL ACTION NO. 3:04cv251 TSL-FKB

PHIL BRYANT, as Governor of the
State of Mississippi, et al.                                   DEFENDANTS

## **ORDER**

This matter came before the Court on the Plaintiffs' Unopposed Motion for Plaintiffs' Attorneys' Fees and expenses.  The Court, having reviewed the Unopposed Motion and evaluated the agreed-upon amount of fees and expenses, finds it reasonable.  Accordingly, the Motion is, for good cause, **GRANTED.**  The Court rules, orders, and directs as follows:

1. Payment shall be made by Defendants to Plaintiffs' current Counsel, A Better Childhood, ("ABC")   in the agreed-upon amount of $31,249.37, upon appropriation by the Mississippi Legislature, for legal services performed and expenses incurred from August 15, 2014 through December 5, 2014, in the monitoring and enforcement of the orders entered into in this case.

2. Payment shall be made by Defendants to Plaintiffs' former Counsel, Childrens' Rights Inc. ("CRI)  in the agreed upon amount of $196,638.59, upon appropriation by the Mississippi legislature, for legal services performed and expenses incurred from January 1, 2013 through August 14, 2014, in the monitoring and enforcement of the orders entered into in this case.

3. Because the notice received by Plaintiff Class pursuant to Rule 23(h) as to Plaintiffs' first Unopposed Motion for Approval of Settlement Regarding Plaintiffs' Attorney's Fees

included notification that Plaintiffs' Counsel might periodically be submitting fee application for monitoring and enforcement work performed on behalf of the Plaintiff Class and that no additional notification would be made of such applications, and because additional notice would impose undue cost and burden, notice pursuant to Rule 23(h) of this and any subsequent fee applications for post-judgment monitoring and enforcement work is unnecessary.

SO ORDERED, this 20th day of April, 2015.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/Sara Robinson-Glasser
Sara Robinson-Glasser (MBN 47547 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, New York 10514
Telephone: (844) 422-2425
Eml: srglasser@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Christian Carbone (MBN 43986 *pro hac vice*)
Dan Friedman, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

*PLAINTIFFS' COUNSEL*