IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                          PLAINTIFFS

V.                                                                           CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, et al.                                                                          DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

*Defendants' Objections to Plaintiffs' First Set of Interrogatories
Relating to Plaintiffs' Renewed Motion for Contempt*

*Defendants' Objections to Plaintiffs' First Set of Requests for Production of Documents
Relating to Plaintiffs' Renewed Motion for Contempt*

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

Respectfully submitted, this the 22nd day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.

OF COUNSEL

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL &
       BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
PO Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

JM FDB 1388442 v1
2902819-000001  04/22/2015

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

## CERTIFICATE OF SERVICE

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 22nd day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.