UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:04-CV-251--LN |
| HALEY BARBOUR, et al., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiffs Olivia Y. et al, through counsel, served on May 11, 2015 the following discovery responses in the above-styled action:

1. Plaintiffs' Responses to Defendants' First Set of Interrogatories; and

2. Plaintiffs' Responses to Defendants' First Set of Requests for Production.

A true and correct copy of this notice was served upon counsel of record this day. The above referenced pleadings were served upon counsel of record via e-mail transmission on May 11, 2015. The original pleadings are being retained in the possession of counsel for the Plaintiffs in accordance with the rules of Court.

Respectfully submitted this the 11th day of May, 2015.

/s/ *Sara Robinson-Glasser*
Sara Robinson-Glasser (MBN 47547 *pro hac vice*)
Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York, 20514
Telephone: (844) 422-2425

Email: mlowry@abetterchildhood.org
*Counsel for Plaintiffs Olivia Y et al.*


W. Wayne Drinkwater, Jr.
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000


Christian D. Carbone
Dan Friedman
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system which will send notification of such filing to the following:

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB #99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
PO Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400

OF COUNSEL

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, Mississippi 39201

SO CERTIFIED, this the ___11th___ day of May, 2015.

/s/ Sara Robinson-Glasser