# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JAMES D. JOHNSON, as next friend to**                                        **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**                                    **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

**PHIL BRYANT, as Governor**                                                    **DEFENDANTS**
**of the State of Mississippi, et al.**

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

On April 6, 2015, this Court entered a Scheduling Order for Plaintiff's Renewed Motion for Contempt, for an Evidentiary Hearing and for the Appointment of a Receiver. That Scheduling Order sets forth certain deadlines. It has become necessary to amend the Scheduling Order to change the deadlines established by that Order. The parties have conferred and are in agreement with amending the deadlines in the Scheduling Order and this Motion is therefore UNOPPOSED. The proposed Amended Scheduling Order does not change the date of the hearing that was set by this Court and is being emailed to the judge's chambers contemporaneously with the filing of the Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court Amend its Scheduling Order as entered on April 6, 2015.

Respectfully submitted, this the 21st day of May, 2015.

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
Telephone: (601) 359-3816
Facsimile: (601) 359-2003

***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 21st day of May, 2015.

      /s/  Dewitt L. ("Rusty") Fortenberry, Jr.