# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

v.                                                      CIVIL ACTION NO.  3:04-CV-251-TSL-FKB

HALEY BARBOUR, as Governor of the State of Mississippi, et al.            DEFENDANTS

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the depositions upon oral examination of Jerry Milner, the Vice President for Child Welfare Practice at the Center for the Support of Families, on June 22, beginning at 9:30am, at the law offices of Bradley Arant Boult Cummings, LLP, One Jackson Place, Suite 400, 118 East Capital Street, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths. The deposition will be taken in accordance with the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED, this, the 4th of June, 2015.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)
Sara Robinson Glasser (*pro hac vice*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY 10514-1910
Telephone: (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org
         srglasser@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capital Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000

Facsimile: (601) 948-3000  
Email: wdrinkwater@babc.com  
mbentley@babc.com

Christian Carbone (*pro hac vice*)  
Dan Freedman  
LOEB & LOEB LLP  
345 Park Avenue  
New York, New York 10154  
Telephone: (212) 407-4000  
Email: ccarbone@loeb.com

Stephen Dixon (*pro hac vice*)  
A BETTER CHILDHOOD  
1330 Highland Park Drive  
Baton Rouge, Louisiana 70808

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2015, a true and correct copy of the foregoing was served via the Court's ECF service upon the following:

Dewitt L. Fortenberry, Jr, Esq.  
Kenya Key Rachal, Esq.  
Ashley Tullos Young, Esq.  
BAKER DONELSON BEARMAN CALDWELL  
& BERKOWITZ, P.C.  
Post Office Box 14167  
Jackson, MS 39236

Harold E. Pizzetta III, Esq.  
Assistant Attorney General  
General Civil Division  
Carroll Gartin Justice Building  
430 High Street  
Jackson, MS 39201

*Attorneys for Defendants*

/s/ *Sara Robinson Glasser*  
Sara Robinson Glasser (*pro hac vice*)

Plaintiffs' Counsel