**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES D. JOHNSON, AS NEXT FRIEND TO OLIVIA Y., ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO.3:04-CV-251-TSL-FKB** |
| **PHIL BRYANT, AS GOVERNOR OF THE STATE OF MISSISSIPPI, ET AL.** | **DEFENDANTS** |

**ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION**

THIS CAUSE is before the Court on the Defendants' Motion to Exceed Page Limitation for their Memorandums in Opposition to Plaintiffs' Renewed Motion for Contempt and for the Appointment of a Receiver.  The Court, upon consideration of the same, finds that said Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants' Motion to Exceed the Page Limitation provided by Local Uniform Civil Rule 7(b)(5) is hereby granted.

/s/Tom S. Lee        6/11/15
**SENIOR JUDGE, TOM S. LEE**

**Prepared by:**

Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424