**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| OLIVIA Y., et al. | PLAINTIFFS |
| V. | CIVIL ACTION NO. 3:04CV251LN |
| HALEY BARBOUR, et al. | DEFENDANTS |

### NOTICE OF SERVICE

Notice is hereby given, pursuant to local rules, that Plaintiffs have this day served in the above action the following:

**Expert Disclosure of Report of Dr. Viola Miller Submitted pursuant to Fed.R.Civ. P. 26(2)(B) In Support of Plaintiffs' Renewed Motion for Contempt and For the Appointment of a Receiver**

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

RESPECTFULLY SUBMITTED, this the 12th day of June, 2015.

_s/ Michael J. Bentley_
W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
(601) 948-8000

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Sara Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, NY 10514
(646) 808-7344

Christian Carbone (MBN 43986 *pro hac vice*)

Dan Friedman, Esq.
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
(212) 407-4000

PLAINTIFFS' COUNSEL

## CERTIFICATE OF SERVICE

I certify that on June 12, 2015, I served the following via ECF filing system, which will give notice to all counsel of record.

s/ Michael J. Bentley
COUNSEL FOR PLAINTIFFS