**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


OLIVIA Y., et al.                                                             PLAINTIFFS

V.                                                    CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                   DEFENDANTS


<u>**NOTICE OF SERVICE**</u>

     Notice is hereby given, pursuant to local rules, that Plaintiffs have this day served in the

above action the following:

     ***Corrected* Expert Disclosure of Report of Dr. Viola Miller Submitted pursuant to
Fed.R.Civ. P. 26(2)(B) In Support of Plaintiffs' Renewed Motion for Contempt and
For the Appointment of a Receiver**

The undersigned retains the original of the above documents as custodian thereof pursuant to local

rules.

     RESPECTFULLY SUBMITTED, this the 15th day of June, 2015.


                    _s/ Michael J. Bentley_____
                    W. Wayne Drinkwater, Jr. (MBN 6193)
                    Michael J. Bentley (MBN 102631)
                    BRADLEY ARANT BOULT CUMMINGS LLP
                    188 East Capital Street, Suite 450
                    Jackson, MS 39201
                    (601) 948-8000

                    Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
                    Sara Robinson-Glasser
                    A BETTER CHILDHOOD, INC.
                    1095 Hardscrabble Road
                    Chappaqua, NY 10514
                    (646) 808-7344


                    Christian Carbone (MBN 43986 *pro hac vice*)

Dan Friedman, Esq.
LOEB & LOEB LLP
345 Park Ave.
New York, NY  10154
(212) 407-4000

PLAINTIFFS' COUNSEL

## CERTIFICATE OF SERVICE

I certify that on June 15, 2015, I served the following via ECF filing system, which will give notice to all counsel of record.

s/ Michael J. Bentley
COUNSEL FOR PLAINTIFFS

4/452518.1