# Appendix A

# App. A, Ex. 1A

# ATTACHMENT TWO[1]

| Data Report | MACWIS Report Number, Manual Report, or FCR | Ranking | Report Number |
|---|---|---|---|
| **FIRST SET of 10 REPORTS** | | | |
| During trial home visit period, child's caseworker or a Family Preservation caseworker meets with child in the home at least twice a month. (MSA III.B.8.b) | MWLS54A | Original Critical 8 | 1 |
| Investigations of reports of maltreatment of children in DFCS custody must be initiated within 24 hours. (MSA II.B.1.e.2) | MWZ1271 | Original Critical 8 | 2 |
| Investigations of reports of maltreatment of children in DFCS custody must be completed within 30 calendar days, including supervisory approval. (MSA II.B.1.e.2) | MWZ1271 | Original Critical 8 | |
| Children remaining in the same out-of-home placement following an investigation into a report of maltreatment are visited by a DFCS caseworker twice a month for 3 months. (MSA II.B.1.e.3) | MWLS55SA | Original Critical 8 | 3 |
| For children with goal of reunification, the assigned DFCS caseworker will meet with the child's bio parents at least once a month to assess service delivery and achievement. (MSA II.B.5.b) (MSA III.B.3.d.2) | MWZWCR3 | Original Critical 8 | 4 |

---

[1]  Defendants shall produce 53 of the 57 reports listed in Appendix C according to the above-specified timeline. Four reports listed in Appendix C are not included herein because one report was included by mistake in Appendix C, two reports listed in Appendix C are duplicative of other reports listed in Appendix C, and two reports listed in Appendix C have been combined into one report for data reporting purposes.

| | | | |
|---|---|---|---|
| A DFCS caseworker will visit the home of non therapeutic resource parents, who have at least 1 foster child residing in the home, at least once a month (MSA II.B.5.c) | MWZPLMC | Original Critical 8 | 5 |
| A DFCS caseworker will visit the home of therapeutic resource parents, who have at least 1 foster child residing in the home, at least once a month (MSA II.B.5.c.) | MWZPLMB | Original Critical 8 | 6 |
| The rate of abuse/maltreatment in care in the last year (MSA II.C.2) | MWBRD06 | Original Critical 8 | 7 |
| Assigned DFCS caseworker (COR or COS) will meet with child in person and, where age appropriate, alone at least twice a month to assess child's safety and wellbeing. At least 1 visit during the month will take place in the child's placement. (MSA II.B.5.a) | MWZWC5D | Original Critical 8 | 8 |
| Caseworkers do not carry a caseload exceeding 2x the caseload requirements. (MSA II.A.2.a.1) | Manual Report | 1 | 9 |
| Supervisors, responsible for supervising caseworkers, shall be responsible for supervising no more than 5 caseworkers. (MSA II.A.2.a.6) | Manual Report | 2 | 10 |
| **SECOND SET of 10 REPORTS** | | | |
| Caseworkers shall carry a caseload that doesn't exceed Plan requirements. (MSA II. A.2.a.1) | Manual Report | 3 | 11 |
| New caseworkers/supervisors complete their training requirements before assuming their responsibilities. (MSA II.A.2.c.2 3) | Manual Report | 4 | 12 |
| Children in care fewer than 12 months from time of latest removal from home shall have had 2 or fewer placements. (MSA II.C.1) | MWZPLM5S | 5 | 13 |
| Children discharged and reunified in the last year shall have been reunified within 12 months of latest removal. (MSA III.C.1) | MWBRD05 | 6 | 14 |

2

| | | | |
|---|---|---|---|
| Children discharged in last year on finalization of adoption shall have had the adoption finalized within 24 mo. of latest removal from home. (MSA III.C.2) | MWBRD10 | 7 | 15 |
| Children in custody, ages 14-20, shall be provided with independent living services as set forth in their service plans. (MSA III.B.7.b) | MWBRD16 | 8 | 16 |
| Child's permanency plan will be developed within 30 calendar days of initial placement and documented in the child's case record. (MSA III.B.3.a.1-2) | MWLS312D | 9 | 17 |
| Number of Licensed Foster Family Homes. | MWZRESL | 10 | 18 |
| Number of Pending Foster Family Homes. | MWZRESPD | 11 | 19 |
| Number of Children in Foster Care by Placement Type. | MWZ0510 | 12 | 20 |
| **THIRD SET of 9 REPORTS** | | | |
| Children are not placed in a foster care setting that has not been licensed or approved as meeting DFCS licensure standards unless placed pursuant to relative licensing process. (MSA II.B.2.a) | MWLS319D (originally MWZ0151) | 13 | 21 |
| Children entering foster care shall receive a health screening evaluation from a qualified medical practitioner within 72 hours of placement. (MSA II.B.3.a) | MWLS315 | 14 | 22 |
| Within 30 calendar days of placement in foster care, children shall receive a comprehensive health assessment. (MSA II.B.3.b) | MWLS315 | 14 | |
| A child's permanency plan will be reviewed in a court or administrative case review at least every 6 months. (MSA III.B.3.c.1) | MWZTACR | 15 | 23 |

| | | | |
|---|---|---|---|
| DFCS will take reasonable steps to ensure a court review is held for children in custody within 12 months of initial placement and annually thereafter. (MSA III.B.3.c.2) | MWZTPHR | 16 | 24 |
| Children who've spent more than 17 of the previous 22 months in foster care without a TPR petition filed or exception documented shall have a petition filed or exception noted. (MSA III.B.3.e.1) | MWZ014D1 and MWZ014D2 | 17 | 25 |
| Children reaching the point at which they have spent 17 of previous 22 months in foster care during the period shall have TPR petition filed or exception documented by the last day of the 17th month (MSA III.B.3.e.1) | MWZ017D (originally stated - MACWIS Report Number TBD) | 17 | |
| Children in custody are provided with contacts with their parents/siblings not in same placement within 24 hours of placement (exceptions may apply). (MSA III.B.5.b) | MWLS318 (originally stated - MACWIS Report Number TBD) | 18 | 26 |
| Siblings who enter placement at/near the same time are placed together (with exceptions). (MSA II.B.2.h) | MWLS316 | 19 | 27 |
| No child shall remain in an emergency/temp facility for more than 45 calendar days (exceptions may apply). (MSA II.B.2.k) | MWLS50D | 20 | 28 |

4

| | | | |
|---|---|---|---|
| No child under 10 will be placed in a congregate care setting unless the child has exceptional needs that can't be met in a relative or foster family home (other conditions may apply.) (MSA II.B.2.m) | MWLS52HS | 21 | 29 |
| **FOURTH SET of 10 REPORTS** | | | |
| Sibling groups, in which there is at least one sibling under age 10, will not be placed in congregate care settings for more than 45 days. (MSA II.B.2.m) | MWLS53HS | 22 | 30 |
| No child will be placed in more than 1 emergency/temp facility within 1 episode of foster care (exceptions may apply). (MSA II.B.2.o) | MWLS51D/S | 23 | 31 |
| Children shall be placed within their own county or within 50 miles of the home from which they were removed (with exceptions). (MSA II.B.2.g) | MWLS314 | 24 | 32 |
| Service plans shall be reviewed and updated quarterly at a team meeting and within 30 days of a placement change. (MSA III.B.2.b) | PAD-20m1m2 | 25 | 33 |
| For children with goals of reunification, DFCS will engage in concurrent planning within the 1st 6 months of custody (MSA III.B.3.b.1) | PAD-22 | 26 | 34 |
| Youth in custody transitioning to independence shall have available: an adequate living arrangement; a source of income; health care; IL stipends; education/training vouchers. (MSA III.B.7.c) | PAD-23m1m2m3m4 | 27 | 35 |
| Appropriate permanency goals include: no goal of permanent foster care; durable legal custody only after other goals are ruled out; and conditions for APPLA. (MSA III.B.3.a.3 5) | PAD-21 | 28 | 36 |

| | | | |
|---|---|---|---|
| Children requiring thera. and/or rehab. foster care services (because of diagnosis of significant medical, developmental, emotional or behavioral problems) have been provided a treatment plan and services in accordance with the plan. (MSA II.B.4.a) | PAD-17m1m2m3 | 29 | 37 |
| Children, birth 3 years, will be provided a developmental assessment by a qualified professional and each child older than age 3 shall be provided with a developmental assessment if factors indicate such an assessment is warranted. (MSA II.B.3.g) | PAD-26m1m2m3 | 30 | 38 |
| Children, 4 years and older, shall be provided a mental health assessment by a qualified professional within 30 calendar days of foster care placement. (MSA II.B.3.f) | PAD-25 | 31 | 39 |
| **FIFTH SET of 10 REPORTS** | | | |
| Children, age 3 and older, shall be provided a dental exam within 90 calendar days of foster care placement and every 6 months thereafter. (MSA II.B.3.e) | PAD-27m1m3 | 32 | 40 |
| Children reaching age 3 in care shall be provided a dental exam within 90 days of his/her 3rd birthday and every 6 months thereafter. (MSA II.B.3.e) | PAD-27m2m3 | 33 | 41 |
| Foster children shall be provided with needed follow-up developmental services. (MSA II.B.3.g) | PAD-14 | 34 | 42 |
| Foster children will receive recommended mental health services pursuant to his/her assessment. (MSA II.B.3.f) | PAD-13 | 35 | 43 |

| | | | |
|---|---|---|---|
| Children in custody will receive periodic medical exams and all medically necessary follow up services/treatment throughout the time they are in State custody. (MSA II.B.3.d) | PAD-24 | 36 | 44 |
| Children shall have a family assessment completed within 30 calendar days of the child's entrance into custody which is documented in the child's case record. (MSA III.B.1.a) | PAD-12 | 37 | 45 |
| DFCS caseworkers will screen children for general/special educational needs within 30 calendar days of his/her entry into foster care. (MSA III.B.6.a) | PAD-15 | 38 | 46 |
| Children with special needs shall be matched with placement resources that can meet their therapeutic and medical needs. (MSA II.B.2.e) | PAD-8m1m2m3 | 39 | 47 |
| Children are placed in the least restrictive setting that meets his/her individual needs as determined by a review of all intake, screening, assessment and prior placement information on the child available at the time of placement. (MSA II.B.2.f) | PAD-9 | 40 | 48 |
| Within 30 days of a child's entrance into foster care, the caseworker will convene a team meeting with specified parties to develop service plans. (MSA III.B.2.a) | PAD-19 | 41 | 49 |
| **FINAL SET of 4 REPORTS** | | | |
| In cases where the whereabouts of one/both parents is unknown, DFCS will immediately institute a diligent search for the parents which shall be documented in the child's case record. (MSA III.B.1.b) | To Be Determined | 42 | 50 |

| | | | |
|---|---|---|---|
| DFCS shall take reasonable steps to ensure that school-age foster children are registered for and attending accredited schools within 3 business days of initial placement or other placement changes (including shelters or other temp placements unless delayed by Youth Court). (MSA III.B.6.b) | PAD-16m1m2 | 43 | 51 |
| DFCS will take all reasonable steps to avoid disruption of appropriate placements and ensure placement stability; if worker has knowledge of disruption possibility, s/he must convene FTM immediately. (MSA II.B.2.j) | PAD-11 | 44 | 52 |
| No later than time of placement, DFCS will provide resource parents/facility staff with foster child's current available medical, dental, educational and psychological information (including certain specific info). (MSA II.B.2.i) | PAD-10 | 45 | 53 |

# App. A, Ex. 1B

**APPENDIX 1**
**Initial Period 4 Implementation Plan**

| | Data Report | Report Type | Available Date |
|---|---|---|---|
| 1. | For investigations of agency group homes, emergency shelters, and private child placing agency resource homes, DFCS shall undertake a separate investigation of the contract provider's compliance with DFCS licensure standards. *(MSA II.B.1.e.6)* | Manual | November 1, 2013 |
| 2. | All relative placements approved for expedited placement shall undergo the full licensing procedure within 90 calendar days of the child's placement in the home. *(MSA II.B.2.c; MSA II.B.2.p.3; MSA II.B.2.p.5)* | Manual | November 1, 2013 |
| 3. | Percent of children with a permanency goal of reunification that have service plans for their parents that identify those services DFCS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care, and case record documentation that DFCS made those identified services available directly or through referral. *(MSA III.B.3.d.4-5)* | FCR | April 1, 2014 |
| 4. | Children in custody with the primary permanency goal of adoption shall have an assigned adoption specialist and an adoption plan that identifies the child-specific activities that Defendants will undertake to achieve adoption and the timeframes in which the activities will be undertaken. An adoption status meeting with the DFCS caseworker, the adoption specialist, and the caseworker's direct supervisor to review the progress being made in achieving the goal of adoption shall occur weekly for infants and monthly for all other children awaiting adoption, and shall be noted in the child's case record. *(MSA II.B.7.a; MSA II.B.7.c.3)* | FCR | April 1, 2014 |
| 5. | No more than 30% of resource homes shall provide care to a number of children in excess of the Modified Settlement Agreement resource home population limits. *(MSA II.B.2.p.10)* | MACWIS | May 31, 2014[1] |
| 6. | No more than 10% of foster children shall be moved from his/her existing placement to another foster placement unless DFCS specifically documents in the child's case record justifications for that move and the move is approved by a DFCS supervisor. *(MSA II.B.2.q.4)* | MACWIS | May 31, 2014[2] |
| 7. | All caseworkers shall receive a minimum of 40 hours of structured ongoing in-service training each year. *(MSA II.A.2.c.7.a)* | Manual | End of IP4[3] |
| 8. | All supervisors shall receive a minimum of 24 hours annual on-going in-service training each year. *(MSA II.A.2.c.7.a)* | Manual | End of IP4[4] |

---

[1] Data availability may be limited initially for those fields that require a MACWIS system change.
[2] Data availability may be limited initially for those fields that require a MACWIS system change.
[3] Annual report.
[4] Annual report.

# App. A, Ex. 1C

**APPENDIX 3**
**Final Period 4 Implementation Plan**

| | Data Report | Report Type | Date Produced to the Monitor and Plaintiffs |
|---|---|---|---|
| 1. | Within 30 days of the completion of any investigation of maltreatment of a child in custody DFCS shall review the maltreatment investigation in the manner set forth in the MSA. *(MSA II.B.1.d)* | Manual | March 1, 2014 |
| 2. | Defendants shall ensure that all licensed resource families receive at least the minimum reimbursement rate for a given level of service as established pursuant to the MSA. *(MSA II.A.7.a)* | Manual and MACWIS | MACWIS report: April 30, 2014; Manual report: May 30, 2014 |
| 3. | When a maltreatment investigation involves a resource home, DFCS shall file a copy of the approved final investigative report, and any recommendations and/or corrective actions DFCS has deemed necessary, in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and in the DFCS State Office. DFCS shall also provide those records to the Youth Court Judge with jurisdiction over the child and to the Monitor. *(MSA II.B.1.e.4)* | Case Record Review | To be determined by March 30, 2014 |
| 4. | When a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency resource home, or other facility licensed by DFCS, a copy of the final investigative report shall be filed in the child's case record, in the DFCS State Office licensing file, and sent to the licensed provider facility. DFCS shall provide the report to the Youth Court Judge with jurisdiction over the child and to the Monitor. *(MSA II.B.1.e.5)* | Case Record Review | To be determined by March 30, 2014 |
| 5. | All foster care settings, including relative placements, shall be screened prior to the initial placement of foster children to ensure that children receive safe, sufficient, and appropriate care. Additional screens shall be completed at least once annually thereafter and within two weeks of a reported change in the residents of a resource home. Screens shall include criminal and child welfare background checks of all household members who are at least 14 years old. No foster child shall be placed in a home prior to DFCS receipt of the background check results. *(MSA II.B.2.b; MSA II.B.2.p.1)* | MACWIS | June 30, 2014 |
| 6. | DFCS caseworkers shall compile, maintain, and keep current complete child welfare case records. *(MSA III.B.4.a)* | Case Record Review | To be determined by March 30, 2014 |
| 7. | For all children entering foster care, a visitation plan for the child and his/her family shall be developed as part of the service plan. This visitation plan shall be developed and regularly updated in collaboration with parents, resource parents, and the child. If parental visitation is appropriate based on the above factors, this visitation plan shall include a minimum of two visits per month with the parents (unless a court order in the child's case limits such visits). For all children, regardless of permanency goal, this visitation plan shall include at least one visit per | MACWIS and Case Record Review | MACWIS report: May 30, 2014; Case Record Review: To be determined by March 30, 2014 |

**APPENDIX 3**
**Final Period 4 Implementation Plan**

|   | | | |
|---|---|---|---|
|   | month with any siblings not in the same placement (unless a court order in the child's case limits such visits).  *(MSA III.B.5.a)* | | |
| 8. | DFCS shall make all reasonable efforts to ensure the continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood, when this is in the child's best interests and feasible, and by limiting the number of school changes the child experiences.  *(MSA III.B.6.c)* | Case Record Review | To be determined by March 30, 2014 |
| 9. | DFCS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record:<br>1. an identification card;<br>2. a social security or social insurance number;<br>3. a resume, when work experience can be described;<br>4. a driver's license, when the ability to drive is a goal;<br>5. an original copy of the youth's birth certificate;<br>6. religious documents and information;<br>7. documentation of immigration, citizenship, or naturalization, when applicable;<br>8. documentation of tribal eligibility or membership;<br>9. death certificates when parents are deceased;<br>10. a life book or a compilation of personal history and photographs, as appropriate;<br>11. a list of known relatives, with relationships, addresses, telephone numbers, and permissions for contacting involved parties;<br>12. previous placement information; and<br>13. educational records, such as a high school diploma or general equivalency diploma, and a list of schools attended, when age-appropriate.  *(MSA III.B.7.d)* | Case Record Review | To be determined by March 30, 2014 |
| 10. | An after-care plan shall be developed that identifies all of the services necessary to ensure that the conditions leading to the child's placement in foster care have been addressed, and that the child's safety and stability will be assured.  *(MSA III.B.8.a)* | Case Record Review | To be determined by March 30, 2014 |
| 11. | Before the end of any trial home visit period, there shall be a final family team meeting, which shall include the child's caseworker, the caseworker's supervisor, the child, and the parent or relative assuming custody, to determine the appropriateness of a final discharge.  *(MSA III.B.8.c)* | Case Record Review | To be determined by March 30, 2014 |

**App. A, Ex. 2A**

**Status of Data Reports Required By June 24, 2013 Order at Attachment 2 and Initial Period 4 Implementation Plan**
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Report Set | Report Number as Reflected on June 24, 2013 Order at Attachment 2 and Required by Initial Period 4 IP at II.C.1. | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Page or Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Practice Model | During trial home visit period, child's caseworker or a Family Preservation caseworker meets with child in the home at least twice a month. (MSA III.B.8.b) | III.B.8.b. (pg. 44) III.B.8.d.1. (pg. 44) III.B.8.e.1. (pgs. 44-45) | MWLS54A SLS54AD&S | SLS54AD&S | Yes | App. A, Ex. 4, Practice Model Table | |
| 1 | 2 | Statewide | Investigations of reports of maltreatment of children in DFCS custody must be initiated within 24 hours. (MSA II.B.1.e.2) | II.B.1.e.2. (pg. 14) | MWZ1271 SZ1271 | SZ1271 | No | | SZ1271 does not report on MSA requirement; SZ1271G reports on the requirement |
| | | Statewide | Investigations of reports of maltreatment of children in DFCS custody must be completed within 30 calendar days, including supervisory approval. (MSA II.B.1.e.2) | | MWZ1271G SWZ1271G | SWZ1271G | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 11 | |
| 1 | 3 | Statewide | Children remaining in the same out-of-home placement following an investigation into a report of maltreatment are visited by a DFCS caseworker twice a month for 3 months. (MSA II.B.1.e.3) | II.B.1.e.3. (pg. 14) | MWLS55SA SLS55AD&S | SLS55AD&S | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 12 | |
| 1 | 4 | Statewide and Practice Model | For children with goal of reunification, the assigned DFCS caseworker will meet with the child's bio parents at least once a month to assess service delivery and achievement. (MSA II.B.5.b) (MSA III.B.3.d.2) | II.B.5.b. (pg. 26) II.B.5.f.2. (pg. 27) II.B.5.h.2. (pg. 28) II.B.5.i.2. (pg. 28) | MWZWCR3 SZWCR3 | SZWCR3 | Yes | App. A, Ex. 3, Statewide Table, App. A, Ex. 4, Practice Model Table, and App. A, Ex. 27 | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 1 | 5 | Statewide and Practice Model | A DFCS caseworker will visit the home of non-therapeutic resource parents, who have at least 1 foster child residing in the home, at least once a month. (MSA II.B.5.c) | II.B.5.c. (pg. 26) II.B.5.f.3. (pg. 27) II.B.5.h.3. (pg. 28) II.B.5.i.3. (pg. 28) | MWZPLMC SZPLMC PAD Report 2 PAD2 SPAD2 [Non-Therapeutic Placement Setting] | SZPLMC | Yes | App. A, Ex. 3, Statewide Table, App. A, Ex. 4, Practice Model Table, and App. A, Ex. 28A | |
| | | Statewide and Practice Model | | | | SPAD2 | Yes | App. A, Ex. 3, Statewide Table, App. A, Ex. 4, Practice Model Table, and App. A, Ex. 28B | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 1 | 6 | Statewide and Practice Model | A DFCS caseworker will visit the home of therapeutic resource parents, who have at least 1 foster child residing in the home, at least once a month. (MSA II.B.5.c.) | II.B.5.c. (pg. 26) II.B.5.f.3. (pg. 27) II.B.5.h.3. (pg. 28) II.B.5.i.3. (pg. 28) | MWZPLMB SZPLMBD | SZPLMBD | No | | Monitor will not present analysis of data produced due to ongoing limitations in the data that were identified in December 2014. |
| | | Statewide and Practice Model | | | PAD Report 3 PAD3 SPAD3 [Therapeutic Placement Setting] | SPAD3 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 29 | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 1 | 7 | Statewide | The rate of abuse/maltreatment in care in the last year. (MSA II.C.2) | II.C.2.c.1. (pg. 32) | MWBRD06 SMWBRD06 | SMWBRD06 | No | | Waiting for updated information from defendants pursuant to the revised specification. |
| 1 | 8 | Statewide and Practice Model | Assigned DFCS caseworker (COR or COS) will meet with child in person and, where age appropriate, alone at least twice a month to assess child's safety and wellbeing. At least 1 visit during the month will take place in the child's placement. (MSA II.B.5.a) | II.B.5.a. (pg. 26) II.B.5.f.1. (pg. 27) II.B.5.h.1. (pgs. 27-28) II.B.5.i.1. (pg. 28) | MWZWCSD SWZCSD | SWZC5D | Yes | App. A, Ex. 3, Statewide Table, App. A, Ex. 4, Practice Model Table, and App. A, Ex. 26 | |
| 1 | 9 | Statewide | Caseworkers will not carry a caseload exceeding 2x the caseload requirements. (MSA II.A.2.a.1) | II.A.2.a.1. (pg. 3-4) | Manual Report AR1 AR1K | AR1 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 5A | Period 4 data was not reliable. On July 9, 2014 defendants were ordered to produce accurate data by October 15, 2014. The data was subsequently produced for October 14, 2014 and the analysis is presented in this report. |
| 1 | 10 | Statewide | Supervisors, responsible for supervising caseworkers, shall be responsible for supervising no more than 5 caseworkers. (MSA II.A.2.a.6) | II.A.2.a.6. (pg. 5) II.A.2.a.10.b. (pg. 6) | Manual Report AR2 | AR2 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 6 | Period 4 data was not reliable. On July 9, 2014 defendants were ordered to produce accurate data by October 15, 2014. The data was subsequently produced for October 14, 2014 and the analysis is presented in this report. |
| 2 | 11 | Statewide | Caseworkers shall carry a caseload that doesn't exceed Plan requirements. (MSA II.A.2.a.1) | II.A.2.a.1. (pg. 3-4) II.A.2.a.10.a. (pg. 6) | Manual Report AR3 AR3K | AR3 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 5B | Period 4 data was not reliable. On July 9, 2014 defendants were ordered to produce accurate data by October 15, 2014. The data was subsequently produced for October 14, 2014 and the analysis is presented in this report. |

**Status of Data Reports Required By June 24, 2013 Order at Attachment 2 and Initial Period 4 Implementation Plan**
**[Prepared by the Office of the Court Monitor Based on DFCS Data]**

| Report Set | Report Number as Reflected on June 24, 2013 Order at Attachment 2 and Required by Initial Period 4 IP at II.C.1. | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Page or Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 12 | Statewide | New caseworkers/supervisors complete their training requirements before assuming their responsibilities. (MSA II.A.2.c.2-3) | II.A.2.c.2 (pg. 7) II.A.2.c.6.b. (pg. 8) | Manual Report | | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 7A | |
| 2 | | Statewide | | II.A.2.c.3 (pg. 7) II.A.2.c.6.b. (pg. 8) | | | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 7B | |
| 2 | 13 | Statewide | Children in care fewer than 12 months from time of latest removal from home shall have had 2 or fewer placements. (MSA II.C.1) | II.C.1.c.1. (pg. 31) | MWZPLM5S SZPLM5 | SZPLM5 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 30 | |
| 2 | 14 | Practice Model | Children discharged and reunified in the last year shall have been reunified within 12 months of latest removal. (MSA III.C.1) | III.C.1.a.1. (pg. 45) III.C.1.b.1. (pg. 45) | MWBRD05 SXBRD05B | SXBRD05B | Yes | App. A, Ex. 4, Practice Model Table | |
| 2 | 15 | Practice Model | Children discharged in last year on finalization of adoption shall have had the adoption finalized within 24 mo. of latest removal from home. (MSA III.C.2) | III.C.2.a.1. (pg. 46) III.C.2.b.1. (pg. 46) | MWBRD10 SBRD10 | S8RD10 | Yes | App. A, Ex. 4, Practice Model Table | |
| 2 | 16 | Practice Model | Children in custody, ages 14-20, shall be provided with independent living services as set forth in their service plans. (MSA III.B.7.b) | III.B.7.b. (pg. 42) III.B.7.e.1. (pg. 43) III.B.7.f.1. (pg. 43) | MWBRD16 SXBRD16 PAD Report 5 SXBRD16-PAD5 | SXBRD16 | Yes | App. A, Ex. 4, Practice Model Table | |
| 2 | | Practice Model | | | | SXBRD16-PAD 5 | Yes | App. A, Ex. 4, Practice Model Table | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 2 | 17 | Practice Model | Child's permanency plan will be developed within 30 calendar days of initial placement and documented in the child's case record. (MSA III.B.3.a.1-2) | III.B.3.a.1. and 2. (pg. 35) III.B.3.a.6.a. (pg. 36) III.B.3.a.7.a. (pg. 36) | MWLS3312D S312 | S312 | Yes | App. A, Ex. 4, Practice Model Table | |
| 2 | | Practice Model | | | PAD Report 19 SPAD19 | SPAD19 | Yes | App. A, Ex. 4, Practice Model Table | |
| 2 | 18 | N/A | Number of Licensed Foster Family Homes. | No MSA requirement | MWZRESL SZRESL | SZRESL | Yes | | |
| 2 | 19 | N/A | Number of Pending Foster Family Homes. | No MSA requirement | MWZRESPD SZRESP | SZRESP | Yes | | |
| 2 | 20 | N/A | Number of Children in Foster Care by Placement Type. | No MSA requirement | MWZO510 SZO510 | SZO510 | Yes | | |
| 3 | 21 | Statewide | Children are not placed in a foster care setting that has not been licensed or approved as meeting DFCS licensure standards unless placed pursuant to relative licensing process. (MSA II.B.2.a) | II.B.2.a. (pg. 15) II.B.2.p.2. (pg. 17) | MWLS319O (originally MWZ0151) SLS319O | SLS319O | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 15A | |
| 3 | | Statewide | | II.B.2.a. (pg. 15) II.B.2.p.2 (pg. 17) II.B.2.p.4.-5. (pgs. 17-18) | PAD Report 7 PAD7 S-PAD7 | S-PAD7 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 15B | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 3 | 22 | Statewide | Children entering foster care shall receive a health screening evaluation from a qualified medical practitioner within 72 hours of placement. (MSA II.B.3.a) | II.B.3.a. (pg. 21) II.B.3.j.1. (pg. 23) | MWLS315 SLS315 | SLS315 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 21 | |
| 3 | | Statewide | Within 30 calendar days of placement in foster care, children shall receive a comprehensive health assessment. (MSA II.B.3.b) | II.B.3.b. (pg. 21) II.B.3.j.2. (pg. 23) | | SLS315 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 22 | |
| 3 | 23 | Practice Model | A child's permanency plan will be reviewed in a court or administrative case review at least every 6 months. (MSA III.B.3.c.1) | III.B.3.c.1. (pg. 37) III.B.3.c.4.a. (pg. 37) III.B.3.c.5.a. (pg. 37) | MWZTACR SZTACR PAD Report 4 S-PAD4 | SZTACR | Yes | App. A, Ex. 4, Practice Model Table | |
| 3 | | Practice Model | | III.B.3.c.1. (pg. 37) III.B.3.c.4.a. (pg. 37) III.B.3.c.5.a. (pg. 37) | | S-PAD4 | No | | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Based on a review of the data contained in the unmodified PAD report, the Monitor concluded that the data was not sufficiently responsive to the MSA requirement thus is not presented in this report. |
| 3 | 24 | Practice Model | DFCS will take reasonable steps to ensure a court review is held for children in custody within 12 months of initial placement and annually thereafter. (MSA III.B.3.c.2) | III.B.3.c.2. (pg. 37) III.B.3.c.4.b. (pg. 37) III.B.3.c.5.b. (pg. 37) | MWZTPHR SZTPHRD | SZTPHRD | Yes | App. A, Ex. 4, Practice Model Table | |

Status of Data Reports Required By June 24, 2013 Order at Attachment 2 and Initial Period 4 Implementation Plan
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Report Set | Report Number as Reflected on June 24, 2013 Order at Attachment 2 and Required by Initial Period 4 IP at II.C.1. | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Page or Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 25 | Practice Model | Children who've spent more than 17 of the previous 22 months in foster care without a TPR petition filed or exception documented shall have a petition filed or exception noted. (MSA III.B.3.e.1) | III.B.3.e.1. (pg. 39) III.B.3.e.2.a. (pg. 39) III.B.3.e.3.a. (pg. 39) | MW2017D SZ2171 | SZ0171 | Yes | App. A, Ex. 4, Practice Model Table | |
| 3 | | Practice Model | Children reaching the point at which they have spent 17 of previous 22 months in foster care during the period shall have TPR petition filed or exception documented by the last day of the 17th month. (MSA III.B.3.e.1) | III.B.3.e.1. (pg. 39) III.B.3.e.2.b. (pg. 39) III.B.3.e.3.b. (pg. 39) | MW2017D SZ2171 | SZ0171 | Yes | App. A, Ex. 4, Practice Model Table | |
| 3 | 26 | Practice Model | Children in custody are provided with contacts with their parents/siblings not in same placement within 24 hours of placement (exceptions may apply). (MSA III.B.5.b) | III.B.5.b. (pg. 40) III.B.5.d.1. (pg. 40) III.B.5.e.1. (pg. 41) | PAD Report 6 MWLS318 S-PAD6 | S-PAD6 | Yes | App. A, Ex. 4, Practice Model Table | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 3 | 27 | Statewide | Siblings who enter placement at/near the same time are placed together (with exceptions). (MSA II.B.2.h) | II.B.2.h. (pg. 16) II.B.2.q.8. (pg. 20) | MWLS316 SLS316 | SLS316 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 18 | |
| 3 | 28 | Statewide | No child shall remain in an emergency/temp facility for more than 45 calendar days (exceptions may apply). (MSA II.B.2.k) | II.B.2.k. (pg. 17) II.B.2.p.8. (pg. 18) | MWLS0D SLS0D | SLS0D | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 16 | |
| 3 | 29 | Statewide | No child under 10 will be placed in a congregate care setting unless the child has exceptional needs that can't be met in a relative or foster family home (other conditions may apply). (MSA II.B.2.m) | II.B.2.m. (pg. 17) II.B.2.q.2. (pg. 19) | MWLS52HS SLS52H | MWSLS52H | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 14A | |
| 4 | 30 | Statewide | Sibling groups, in which there is at least one sibling under age 10, will not be placed in congregate care settings for more than 45 days. (MSA II.B.2.m) | II.B.2.m. (pg. 17) | MWLS53HS SLS53H | SLS53H | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 14B | |
| 4 | 31 | | No child will be placed in more than 1 emergency/temp facility within 1 episode of foster care (exceptions may apply). (MSA II.B.2.o) | II.B.2.o. (pg. 17) II.B.2.q.9. (pg. 19) | MWLS51D/S SLS51D | SLS51D | No | | Analysis not produced because of limitations in the historical data; awaiting data produced based on revised specification. |
| 4 | 32 | Statewide | Children will be placed within their own county or within 50 miles of the home from which they were removed (with exceptions). (MSA II.B.2.g) | II.B.2.g (pg.16) II.B.2.q.11. (pg. 20) | MWLS314 SLS314 | SLS314 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 20 | |
| 4 | 33 | Practice Model | Service plans shall be reviewed and updated quarterly at a team meeting and within 30 days of a placement change. (MSA III.B.2.b) | III.B.2.b. (pg. 34) III.B.2.c.2. (pg. 34) III.B.2.d.2. (pg. 35) | PAD Report 20 PAD-20m1m2 S-PAD20 | S-PAD20 | Yes | App. A, Ex. 4, Practice Model Table | |
| 4 | 34 | Practice Model | For children with goals of reunification, DFCS will engage in concurrent planning within the 1st 6 months of custody. (MSA III.B.3.b.1) | III.B.3.b.1. (pg. 36) III.B.3.b.2.a. (pg. 36) III.B.3.b.3.a. (pg. 36) | PAD Report 22 PAD-22 SPAD22 | SPAD22 | Yes | App. A, Ex. 4, Practice Model Table | |
| 4 | 35 | Practice Model | Youth in custody transitioning to independence shall have available: an adequate living arrangement; a source of income; health care; IL stipends; education/training vouchers. (MSA III.B.7.c) | III.B.7.c. (pg. 42) III.B.7.e.2. (pg. 43) III.B.7.f.2. (pg. 43) | PAD Report 23 PAD-23m1m2m3m4 SPAD23 | SPAD23 | Yes | App. A, Ex. 4, Practice Model Table | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 4 | 36 | Practice Model | Appropriate permanency goals include: no goal of permanent foster care; durable legal custody only after other goals are ruled out; and conditions for APPLA. (MSA III.B.3.a.3-5) | III.B.3.a.3.-5. (pg. 35) III.B.3.a.6.b. (pg. 36) III.B.3.a.7.b. (pg. 36) | PAD Report 21 PAD-21 SPAD21 | SPAD21 | Yes | App. A, Ex. 4, Practice Model Table | |
| 4 | 37 | Statewide and Practice Model | Children requiring thera. and/or rehab. foster care services (because of diagnosis of significant medical, developmental, emotional or behavioral problems) have been provided a treatment plan and services in accordance with the plan. (MSA II.B.4.a) | II.B.4.a. (pg. 25) II.B.4.c.i. (pg. 25) II.B.4.e.1. (pg. 26) II.B.4.f.1. (pg. 26) | PAD Report 17 PAD-17m1m2m3 SPAD17 | SPAD17 | No | | Parties agreed to measure performance using a case record review. |
| 4 | 38 | Statewide | Children, birth-3 years, will be provided a developmental assessment by a qualified professional and each child older than age 3 shall be provided with a developmental assessment if factors indicate such an assessment is warranted. (MSA II.B.3.g) | II.B.3.g. (pg. 22) II.B.3.j.8. (pg. 24) | PAD Report 26 PAD-26m1m2m3 SPAD26 | SPAD26 | No | | Parties agreed to measure performance using a case record review. On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. |
| 4 | 39 | Statewide | Children, 4 years and older, shall be provided a mental health assessment by a qualified professional within 30 calendar days of foster care placement. (MSA II.B.3.f) | II.B.3.f. (pg. 22) II.B.3.j.6. (pg. 24) | PAD Report 25 PAD-25 S-PAD25 | S-PAD25 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 25 | |

3

Status of Data Reports Required By June 24, 2013 Order at Attachment 2 and Initial Period 4 Implementation Plan
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Report Set | Report Number as Reflected on June 24, 2013 Order at Attachment 2 and Required by Initial Period 4 IP at II.C.1. | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Page or Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 40 | Statewide | Children, age 3 and older, shall be provided a dental exam within 90 calendar days of foster care placement and every 6 months thereafter. (MSA II.B.3.e) | II.B.3.e. (pg. 22) II.B.3.j.4. (pg. 23) | PAD Report 27m1m3 PAD-27m1m3 SPAD27m1 | SPAD27m1 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 23 | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 5 | 41 | Statewide | Children reaching age 3 in care shall be provided a dental exam within 90 days of his/her 3rd birthday and every 6 months thereafter. (MSA II.B.3.e) | II.B.3.e. (pg. 22) II.B.3.j.5. (pg. 23) | PAD Report 27m2m3 PAD-27m2m3 SPAD27m2 | SPAD27m2 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 24 | |
| 5 | 42 | Statewide | Foster children shall be provided with needed follow-up developmental services. (MSA II.B.3.g) | II.B.3.g. (pg. 22) II.B.3.j.8. (pg. 24) | PAD Report 14 PAD-14 | N/A | No | | Parties agreed the PAD report would not be produced and performance would be measured through a case record review. |
| 5 | 43 | Statewide | Foster children will receive recommended mental health services pursuant to his/her assessment. (MSA II.B.3.f) | II.B.3.f. (pg. 22) II.B.3.j.7. (pg. 24) | PAD Report 13 PAD-13 | N/A | No | | Parties agreed the PAD report would not be produced and performance would be measured through a case record review. |
| 5 | 44 | Statewide | Children in custody will receive periodic medical exams and all medically necessary follow-up services/treatment throughout the time they are in State custody. (MSA II.B.3.d) | II.B.3.d. (pg. 21) II.B.3.j.3. (pg. 23) | PAD Report 24 PAD-24 SPAD24 | SPAD24 | No | | Parties agreed the PAD report would not be produced and performance would be measured through a case record review. |
| 5 | 45 | Practice Model | Children shall have a family assessment completed within 30 calendar days of the child's entrance into custody which is documented in the child's case record. (MSA III.B.1.a) | III.B.1.a. (pg. 33) III.B.1.e.1. (pg. 33) III.B.1.f.1. (pg. 34) | PAD Report 12 PAD-12 SPAD12 | SPAD12 | Yes | App. A, Ex. 4, Practice Model Table | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 5 | 46 | Practice Model | DFCS caseworkers will screen children for general/special needs within 30 calendar days of his/her entry into foster care. (MSA III.B.6.a) | III.B.6.a (pg. 41) III.B.6.d.1. (pg. 41) III.B.6.e.1. (pg. 42) | PAD Report 15 PAD-15 SPAD15 | SPAD15 | Yes | App. A, Ex. 4, Practice Model Table | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 5 | 47 | Statewide | Children with special needs shall be matched with placement resources that can meet their therapeutic and medical needs. (MSA II.B.2.e) | II.B.2.e. (pg. 15) II.B.2.q.6. (pg. 19) | PAD Report 8 PAD-8m1m2m3 SPAD8 | SPAD8 | No | | PAD report was discontinued after July 31, 2014; parties agreed performance would be measured through a case record review. |
| 5 | 48 | Statewide | Children are placed in the least restrictive setting that meets his/her individual needs as determined by a review of all intake, screening, assessment and prior placement information on the child available at the time of placement. (MSA II.B.2.f) | II.B.2.f. (pg. 16) II.B.2.q.7. (pg. 19) | PAD Report 9 PAD-9 SPAD9 | SPAD9 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 17 | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. Because the Period 4 data did not contain the modifications the analysis presented in this report does not reflect the modifications. |
| 5 | 49 | Practice Model | Within 30 days of a child's entrance into foster care, the caseworker will convene a team meeting with specified parties to develop service plans. (MSA III.B.2.a) | III.B.2.a. (pg. 34) III.B.2.c.1. (pg. 34) III.B.2.d.1. (pg. 35) | PAD Report 19 PAD-19 | N/A | No | | Parties agreed PAD report would not be produced.

On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. |
| 6 | 50 | Practice Model | In cases where the whereabouts of one/both parents is unknown, DFCS will immediately institute a diligent search for the parents which shall be documented in the child's case record. (MSA III.B.1.b) | III.B.1.b. (pg. 33) III.B.1.e.2. (pgs. 33-34) III.B.1.f.2. (pg. 34) | PAD Report 18 TPAD-18 | N/A | No | | Parties agreed PAD report would not be produced.

On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. |
| 6 | 51 | Practice Model | DFCS shall take reasonable steps to ensure that school-age foster children are registered for and attending accredited schools within 3 business days of initial placement or other placement changes (including shelters or other temp | III.B.6.b. (pg. 41) III.B.6.d.2. (pg. 41) III.B.6.e.2. (pg. 43) | PAD Report 16 PAD-16, m1, m2 SPAD16 | SPAD16 | Yes | App. A, Ex. 4, Practice Model Table | |
| 6 | 52 | Statewide | DFCS will take all reasonable steps to avoid disruption of appropriate placements and ensure placement stability; if worker has knowledge of disruption possibility, s/he must convene FTM immediately. (MSA II.B.2.j) | II.B.2.j. (pg. 16) II.B.2.q.10. (pg. 20) | PAD Report 11 PAD-11 S-PAD11 | S-PAD11 | No | | On September 26, 2014 the Monitor reported to the parties that defendants had modified the PAD report related to this MSA requirement. For this reason, the Monitor reported she would be unable to analyze data produced pursuant to these modifications until after March 2015 and that the new data would not be comparable to the historical data. |
| 6 | 53 | Statewide | No later than time of placement, DFCS will provide resource parents/facility staff with foster child's current available medical, dental, educational and psychological information (including certain specific info). (MSA II.B.2.i) | II.B.2.i. (pg. 16) II.B.2.q.9. (pg. 20) | PAD Report 10 PAD-10 SPAD10 | SPAD10 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 19 | |

# App. A, Ex. 2B

Status of Data Reports Required By July 18, 2013 Initial Period 4 IP at Appendix 1
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Report Number | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|
| 1 | Statewide | For investigations of agency group homes, emergency shelters, and private child placing agency resource homes, DFCS shall undertake a separate investigation of the contract provider's compliance with DFCS licensure standards. (MSA II.B.1.e.6) | II.B.1.b. (pg. 13) II.B.1.e.6. (pg. 14) | Manual Report Licensure Investigation Report | Licensure Investigation Report | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 13 | |
| 2 | Statewide | All relative placements approved for expedited placement shall undergo the full licensing procedure within 90 calendar days of the child's placement in the home. (MSA II.B.2.c; MSA II.B.2.p.3; MSA II.B.2.p.5) | II.B.2.c. (pg. 15) II.B.2.p.3. (pg. 17) II.B.2.p.5. (pg. 18) | Manual | | No | | Parties agreed data report would not be produced. |
| 3 | Practice Model | Percent of children with a permanency goal of reunification that have service plans for their parents that identify those services DFCS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care, and case record documentation that DFCS made those identified services available directly or through referral. (MSA III.B.3.d.4-5) | III.B.3.d.1. (pg. 38) III.B.3.d.4.a. (pg. 38) III.B.3.d.5.a. (pg. 38) | PAD Report 30 FCR SPAD30 | SPAD30 | Yes | App. A, Ex. 4, Practice Model Table | |
| 4 | Statewide and Practice Model | Children in custody with the primary permanency goal of adoption shall have an assigned adoption specialist and an adoption plan that identifies the child-specific activities that Defendants will undertake to achieve adoption and the timeframes in which the activities will be undertaken. An adoption status meeting with the DFCS caseworker, the adoption specialist, and the caseworker's direct supervisor to review the progress being made in achieving the goal of adoption shall occur weekly for infants and monthly for all other children awaiting adoption, and shall be noted in the child's case record. (MSA II.B.7.a; MSA II.B.7.c3) | II.B.7.a. (pg. 29) II.B.7.c.3. (pg. 30) II.B.7.d. (pg. 30) II.B.7.e. (pg. 31) | PAD Report 29 FCR | | No | | Defendants reported they anticipated that this report would be produced by May 31, 2015. |
| 5 | Statewide | No more than 30% of resource homes shall provide care to a number of children in excess of the Modified Settlement Agreement resource home population limits. (MSA II.B.2.p.10) [Initial Period 4 IP notes: "Data availability may be limited initially for those fields that require a MACWIS system change."] | II.B.2.d. (pg. 15) II.B.2.q.5. (pg. 19) | MACWIS SWIP415 | | No | | Because of limitations in the data that defendants produced, the Monitor informed the parties that she would not analyze the data. |
| 6 | Statewide | No more than 10% of foster children shall be moved from his/her existing placement to another foster placement unless DFCS specifically documents in the child's case record justifications for that move and the move is approved by a DFCS supervisor. (MSA II.B.2.q.4) [Initial Period 4 IP notes: "Data availability may be limited initially for those fields that require a MACWIS system change."] | II.B.2.n. (pg. 17) II.B.2.q.4. (pg. 19) | MACWIS | | No | | Parties agreed to measure performance using a case record review. |
| 7 | Statewide | All caseworkers shall receive a minimum of 40 hours of structured ongoing in-service training each year. (MSA II.A.2.c.7.a) | II.A.2.c.4. (pg. 7) II.A.2.c.7.a. (pg. 8) | Manual [Annual Report] | | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 8A | |
| 8 | Statewide | All supervisors shall receive a minimum of 24 hours annual on-going in-service training each year. (MSA II.A.2.c.7.a) | II.A.2.c.4. (pg. 7) II.A.2.c.7.a. (pg. 8) | Manual [Annual Report] | | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 8B | |

**App. A, Ex. 2C**

Status of Data Reports Required By January 8, 2014 Final Period 4 IP at Appendix 3
**[Prepared by the Office of the Court Monitor Based on DFCS Data]**

| Report Number | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|
| 1 | Statewide | Within 30 days of the completion of any investigation of maltreatment of a child in custody DFCS shall review the maltreatment investigation in the manner set forth in the MSA. *(MSA II.B.1.d)* | II.B.1.d. (pgs. 13-14) | Manual Report MIC Review Report | MIC Review Report | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 10 | |
| 2 | Statewide | Defendants shall ensure that all licensed resource families receive at least the minimum reimbursement rate for a given level of service as established pursuant to the MSA. *(MSA II.A.7.a)* | II.A.7.a. (pg. 12) | Manual Facilities Reimbursement Report | Facilities Reimbursement Report | No | | Because of limitations in the data that defendants produced, the Monitor informed the parties that she would not analyze the data. |
| | | | | and MACWIS SWIP42 | SWIP42 | Yes | App. A, Ex. 3, Statewide Table and App. A, Ex. 9 | |
| 3 | Statewide | When a maltreatment investigation involves a resource home, DFCS shall file a copy of the approved final investigative report, and any recommendations and/or corrective actions DFCS has deemed necessary, in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and in the DFCS State Office. DFCS shall also provide those records to the Youth Court Judge with jurisdiction over the child and to the Monitor. *(MSA II.B.1.e.4)* | II.B.1.e.4. (pg. 14) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |
| 4 | Statewide | When a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency resource home, or other facility licensed by DFCS, a copy of the final investigative report shall be filed in the child's case record, in the DFCS State Office licensing file, and sent to the licensed provider facility. DFCS shall provide the report to the Youth Court Judge with jurisdiction over the child and to the Monitor. *(MSA II.B.1.e.5)* | II.B.1.e.5. (pg. 14) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |
| 5 | Statewide | All foster care settings, including relative placements, shall be screened prior to the initial placement of foster children to ensure that children receive safe, sufficient, and appropriate care. Additional screens shall be completed at least once annually thereafter and within two weeks of a reported change in the residents of a resource home. Screens shall include criminal and child welfare background checks of all household members who are at least 14 years old. No foster child shall be placed in a home prior to DFCS receipt of the background check results. *(MSA II.B.2.b; MSA II.B.2.p.1)* | II.B.2.b. (pg. 15) II.B.2.p.1. (pg. 17) | MACWIS SWIP45 | | No | | Because of limitations in the data collected in MACWIS, the parties agreed defendants would explore alternative data collection methods. The parties are waiting for a resolution. |
| 6 | Practice Model | DFCS caseworkers shall compile, maintain, and keep current complete child welfare case records. *(MSA III.B.4.a )* | III.B.4.a. (pg. 39) III.B.4.b.1. (pg. 40) III.B.4.c.1. (pg. 40) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |
| 7 | Statewide | For all children entering foster care, a visitation plan for the child and his/her family shall be developed as part of the service plan. This visitation plan shall be developed and regularly updated in collaboration with parents, resource parents, and the child. If parental visitation is appropriate based on the above factors, this visitation plan shall include a minimum of two visits per month with the parents (unless a court order in the child's case limits such visits). For all children, regardless of permanency goal, this visitation plan shall include at least one visit per month with any siblings not in the same placement (unless a court order in the child's case limits such visits). *(MSA III.B.5.a)* | III.B.5.a. (pg. 40) | MACWIS SWIP47 and Case Record Review | SWIP47 | No | | Parties agreed to measure part of performance using a case record review. SWIP47 not analyzed because the historical data is limited by MACWIS functionality. |
| 8 | Practice Model | DFCS shall make all reasonable efforts to ensure the continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood, when this is in the child's best interests and feasible, and by limiting the number of school changes the child experiences. *(MSA III.B.6.c)* | III.B.6.c. (pg. 41) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |

Status of Data Reports Required By January 8, 2014 Final Period 4 IP at Appendix 3

[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Report Number | Statewide or Practice Model | MSA Requirement | MSA Cite | DFCS Report Name(s) (Legacy and Current) | Report Numbers Reflected on PDF Submissions | Data Analyzed and Findings Presented in This Report | Exhibit Number for Findings | Reason for Not Presenting Analysis, if Applicable |
|---|---|---|---|---|---|---|---|---|
| 9 | Practice Model | DFCS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: 1. an identification card; 2. a social security or social insurance number; 3. a resume, when work experience can be described; 4. a driver's license, when the ability to drive is a goal; 5. an original copy of the youth's birth certificate; 6. religious documents and information; 7. documentation of immigration, citizenship, or naturalization, when applicable; 8. documentation of tribal eligibility or membership; 9. death certificates when parents are deceased; 10. a life book or a compilation of personal history and photographs, as appropriate; 11. a list of known relatives, with relationships, addresses, telephone numbers, and permissions for contacting involved parties; 12. previous placement information; and 13. educational records, such as a high school diploma or general equivalency diploma, and a list of schools attended, when age-appropriate. (MSA III.B.7.d) | III.B.7.d. (pg. 42) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |
| 10 | Practice Model | An after-care plan shall be developed that identifies all of the services necessary to ensure that the conditions leading to the child's placement in foster care have been addressed, and that the child's safety and stability will be assured. (MSA III.B.8.a) | III.B.8.a. (pg. 44) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |
| 11 | Practice Model | Before the end of any trial home visit period, there shall be a final family team meeting, which shall include the child's caseworker, the caseworker's supervisor, the child, and the parent or relative assuming custody, to determine the appropriateness of a final discharge. (MSA III.B.8.c) | III.B.8.c. (pg. 44) | Case Record Review | | No | | Parties agreed to measure performance using a case record review. |

**App. A, Ex. 3**

Summary Table: Statewide Performance for Period 4 through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015[1]
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| | **MSA II.A.2.  Human Resources Management** | | | |
| MSA II.A.2.a.1. and II.A.2.a.10.a.<br><br>II.A.2.a.9.a. | MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements.  No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. [No caseworkers shall carry a caseload exceeding three times the MSA requirements.]  Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4.<br><br>[Note:  Defendants report separately on workload data for caseworkers with dedicated and mixed caseloads.  For the purposes of MSA requirements, the workload data must be analyzed together.  When analyzed together (including carve out counties), 61% of caseworkers are carrying a caseload that does not exceed MSA requirements; 7% of caseworkers carry a caseload that exceeds twice the MSA requirements; 3% of caseworkers carry a caseload that exceeds three times the MSA requirements.] | Manual Report AR3 AR3K<br><br>[Dedicated Caseload] | Performance requirement if carve out counties were excluded from the analysis:<br><br>85%<br><br>≤5%<br><br>0%<br><br><br><br>85%<br><br>≤5%<br><br>0% | **Note: Carve out counties could not be excluded from AR3 analysis based on how data were submitted.  Reliable workload data unavailable before 10/14/14.**<br><br>**Including carve out counties and excluding certain non-DFCS employees employed by a contractor, as of 10/14/14:**<br>• **61% of caseworkers carrying a caseload not exceeding MSA requirements**<br>• **12% of caseworkers carrying a caseload exceeding twice the MSA requirements**<br>• **4% of caseworkers carrying a caseload exceeding three times the MSA requirements**<br><br>**Including carve out counties and certain non-DFCS employees employed by a contractor, as of 10/14/14:**<br>• **68% of caseworkers carrying a caseload not exceeding MSA requirements**<br>• **10% of caseworkers carrying a caseload exceeding twice the MSA requirements**<br>• **3% of caseworkers carrying a caseload exceeding three times the MSA requirements** |

---

[1] In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth in this table may not be indicative of performance related to the full requirement.

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.A.2.a.2. and II.A.2.a.10.a. <br><br> II.A.2.a.9.a | MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements.  No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. [No caseworkers shall carry a caseload exceeding three times the MSA requirements.]  Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4. <br><br> [Note:  Defendants report separately on workload data for caseworkers with dedicated and mixed caseloads.  For the purposes of MSA requirements, the workload data must be analyzed together.  When analyzed together (including carve out counties), 61% of caseworkers are carrying a caseload that does not exceed MSA requirements; 7% of caseworkers carry a caseload that exceeds twice the MSA requirements; 3% of caseworkers carry a caseload that exceeds three times the MSA requirements.] | Manual Report AR1 AR1K <br><br> [Mixed Caseload] | 85% <br><br> ≤5% <br><br> 0% <br><br><br> Performance requirement does not apply to carve out counties | **Excluding carve out counties, as of 10/14/14:** <br> • **70% of caseworkers carrying a caseload not exceeding MSA requirements** <br> • **4% of caseworkers carrying a caseload exceeding twice the MSA requirements** <br> • **3% of caseworkers carrying a caseload exceeding three times the MSA requirements** <br><br> **Including carve out counties, as of 10/14/14:** <br> • **58% of caseworkers carrying a caseload not exceeding MSA requirements** <br> • **6% of caseworkers carrying a caseload exceeding twice the MSA requirements** <br> • **3% of caseworkers carrying a caseload exceeding three times the MSA requirements** |
| MSA II.A.2.a.6. and II.A.2.a.10.b. | MSA requires by the end of Period 4, no more than 10% of supervisors who are responsible for supervising caseworkers shall be responsible for directly supervising more than five caseworkers.  Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4. | Manual Report AR2 | < 10% | **Excluding carve out counties, as of 10/14/14: 13%** <br> **Including carve out counties, as of 10/14/14: 19%** |
| MSA II.A.2.c.2. II.A.2.c.3., and II.A.2.c.6.b. | MSA requires that by the end of Period 3 [and thereafter] all new caseworkers and supervisors will complete their pre-service training consistent with MSA requirements before they assume their respective responsibilities for carrying cases and supervising. | Manual Report <br><br> [MDHS Human Resources Data and DFCS Training Data] | 100% | **Period 4, Caseworkers: 100%** <br> **Period 4, Supervisors: 100%** |

2

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.A.2.c.4. and II.A.2.c.7.a. | MSA requires that by the end of Period 4 all caseworkers shall receive a minimum of 40 hours of structured ongoing in-service training each year, and all supervisors shall receive a minimum of 24 hours of ongoing in-service training each year. | Manual Report [Caseworker Ongoing Training Report and Regional Director Ongoing Training Report] | 100% | **Period 4, Caseworkers: 94%** **Period 4, Supervisors: 100%** |
| | **MSA II.A.7. Recruitment and Retention of Foster Families and Therapeutic Service Providers** | | | |
| MSA II.A.7.a. (Final IP4, Appendix 3) | MSA requires that all licensed resource families (regardless of whether they are supervised directly by DFCS or by private providers) receive at least the minimum reimbursement rate for a given level of service as established pursuant to the MSA. | MACWIS SWIP42 | [Note: Although not a Period 4 performance requirement, defendants were required to report on this during Period 4. Pursuant to the MSA, a 100% performance standard is required by the final implementation period.] | **Period 4: 98%** |
| | **MSA II.B.1.  Child Safety** | | | |
| MSA II.B.1.b. and II.B.1.e.6. | MSA requires by the end of Period 3 [and thereafter], upon receipt of a report of child maltreatment in a group home, emergency shelter, or private child placing agency, DFCS shall undertake an investigation that is in addition to, and independent of, any child protective investigation to determine the contract provider's compliance with DFCS licensure standards. | Manual Report Licensure Investigation Report | 100% | **Period 4: 100%** |
| MSA II.B.1.d. | MSA requires within 30 days of the completion of any investigation of maltreatment of a child in custody, DFCS shall review the maltreatment investigation in the manner set forth in the MSA. | Manual Report MIC Review Report | 100% | **Period 4: 98%** |

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.B.1.e.2. | MSA requires by end of Period 3 [and thereafter], 100% of maltreatment investigations shall be initiated within 24 hours and completed with supervisory approval within 30 days. | MWZ1271G SWZ1271G | 100% | **Period 3: 36%[2]** **Period 4: 56%** |
| MSA II.B.1.e.3. | MSA requires by end of Period 3 [and thereafter], 100% of children who remain in the same out of home placement following an investigation of maltreatment or corporal punishment in that placement shall be visited by a caseworker two times per month for three months after the conclusion of the investigation. | MWLS55SA SLS55AD&S | 100% | **Period 3: 88%** **Period 4: 75%** |
| MSA II.B.2.  Child Placement | | | | |
| MSA II.B.2.a., II.B.2.p.2., and II.B.2.p.4.-5. | MSA requires by the end of Period 3 [and thereafter], 100% of children shall be placed or remain in a foster care setting that meets licensure standards consistent with MSA requirements, unless so ordered by the Youth Court over DFCS objection. | MWLS319D (originally MWZ0151) SLS319D | 0 children | **Period 3: 471 children** **Period 4: 482 children** **Placements do not meet licensure standards** |
| | | PAD7 S-PAD7 | 100% | **Period 3: 90%** **Period 4: 93%** **Placements despite objections** |
| Changes were made to answer responses to a question on the PAD related to Report 7 in December 2013 and April 2014. Data for the period ending June 30, 2013 are based upon responses to the pre-modified answer options. Data for the period ending June 30, 2014 include responses based on answer options that were available after the modifications. The first monthly report reflecting responses based only on answer options that were available after April 2014 is the October 2014 report, which is after the end of Period 4.  Data for the period ending June 30, 2014 are based on questions included in the PAD prior to the December 2013 and April 2014 modifications and are identified in red above. | | | | |
| MSA II.B.2.f. and II.B.2.q.7. | MSA requires by the end of Period 4, 85% of children in custody shall be placed in the least restrictive setting that meets their individual needs, consistent with MSA requirements. | PAD-9 SPAD9 | 85% | **Period 3: 97%** **Period 4: 96%** |
| The wording of a question on the PAD related to Report 9 was modified in December 2013. Data for the period ending June 30, 2013 are based upon responses to the pre-modified question. Data for the period ending June 30, 2014 are based upon responses to the modified question and are identified in red above. | | | | |
| MSA II.B.2.g. and II.B.2.q.11. | MSA requires that by the end of Period 4 at least 90% of children who entered DFCS custody shall be placed within his/her own county or within 50 miles of the home from which he/she was removed unless one of the exceptions provided in the MSA is documented as applying. | MWLS314 SLS314 | 90% | **Period 3 (excludes sibling exception): 94%** **Period 4 (excludes sibling exception): 95%** **Period 3 (includes sibling exception): 98%** **Period 4 (includes sibling exception): 99%** |

---

[2] Findings related to Period 3 are not presented for all requirements because either the data were not required to be produced, were not produced, or were produced but not reliable.

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.B.2.h. and II.B.2.q.8. | MSA requires by the end of Period 4, 90% of siblings who entered custody at or near the same time be placed together consistent with MSA requirement. | MWLS316 SLS316 | 90% | **Period 3: 85%** **Period 4: 75%** |
| MSA II.B.2.i. and II.B.2.q.9. | MSA requires by the end of Period 4, 60% of children placed in a new placement during the period shall have their currently available medical, dental, educational, and psychological information provided to their resource parents or facility staff no later than at the time of any new placement during the period. | PAD-10 SPAD10 | 60% | **Period 3: 19%** **Period 4: 20%** |
| In December 2013 a question was added, the wording of one question was amended, and the instructions were changed for one question on the PAD related to Report 10. Data based only on responses to the amended PAD were available beginning with the period ending May 2014.  However, defendants did not produce the data based on responses to the amended PAD prior to the period ending October 2014, which was after the end of Period 4.  Data for the period ending June 30, 2014 are based on questions included in the PAD prior to the December 2013 modification and addition and are identified in red above. | | | | |
| MSA II.B.2.k. and II.B.2.p.8. | MSA requires by end of Period 3 [and thereafter], no foster children shall remain in an emergency or temporary facility for more than 45 days unless exceptional circumstances and Field Operations Director has granted express written approval. | MWLS50D SLS50D | 0 children | **Period 3: 24 children** **Period 4: 17 children** |
| MSA II.B.2.m. | MSA requires that sibling groups in which one or more of the siblings are under the age of 10 shall not be placed in congregate care settings for more than 45 days. | MWLS53HS SLS53H | [Note: Defendants were required to report on this starting in Period 3. Pursuant to the MSA, a 100% performance standard is not required until the final implementation period.] | **Period 3: 13 sibling groups** **Period 4: 17 sibling groups** |
| MSA II.B.2.m. and II.B.2.q.2. | MSA requires by end of Period 4, no children under 10 placed in congregate care unless exceptional needs and/or sibling group member and express written approval by Regional Director. | MWLS52HS SLS52H | 0 children | **Period 3: 11 children** **Period 4: 50 children** |

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| | MSA II.B.3.  Physical and Mental Health Care | | | |
| MSA II.B.3.a. and II.B.3.j.1. | MSA requires by the end of Period 4, 70% of children entering custody receive a health screening evaluation as recommended by American Academy of Pediatrics from a qualified medical practitioner within 72 hours after placement. | MWLS315 SLS315 | 70% | **Period 3: 28%** **Period 4: 27%** |
| MSA II.B.3.b. and II.B.3.j.2. | MSA requires by the end of Period 4, 70% of children entering custody receive a comprehensive health assessment within 30 calendar days consistent with MSA requirement. | MWLS315 SLS315 | 70% | **Period 3: 34%** **Period 4: 33%** |
| MSA II.B.3.e. and II.B.3.j.4. | MSA requires by the end of Period 4, 75% of children three years old and older entering custody or in care and turning three years old during the Period shall receive a dental examination within 90 days of placement or their third birthday. | PAD-27m1m3 SPAD27m1 | 75% | **Period 3: 49%**[3] **Period 4: 55%** |
| MSA II.B.3.e. and II.B.3.j.5. | MSA requires that by the end of Period 4, at least 80% of children in custody during the Period shall receive a dental examination every six months consistent with MSA requirements and all medically necessary dental services. | PAD-27m2m3 SPAD27m2 | 80% | **Period 3: 54%** **Period 4: 52%** |
| MSA II.B.3.f. and II.B.3.j.6. | MSA requires that by the end of Period 4 at least 70% of children four years old and older entering custody during the Period or in care and turning four years old during the Period shall receive a mental health assessment by a qualified professional within 30 calendar days of foster care placement or their fourth birthday, respectively. | PAD-25 S-PAD25 | 70% | **Period 3: 49%** **Period 4: 47%** |
| A modification was made to the PAD in November 2013 impacting Report 25 to allow for data collection about children turning four-years old during the period.  Monthly data reports including data on this cohort of children was submitted to the Monitor beginning with the period ending September 30, 2014. Consequently, this chart excludes children who turned four during the period ending June 30, 2014. | | | | |

---

[3]  In the Monitor's May 2014 Report, defendants' performance during Period 3 was reported as 47%.  That analysis, which was based on the data submitted by defendants, excluded data regarding children who were in care and turned three during the period under review.  In order to include this cohort in the analysis presented above, the Monitor combined data from a different data report and reanalyzed Period 3 performance, which is reported above as 49%.

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.B.5.  Worker Contact and Monitoring |
| MSA II.B.5.a. and II.B.5.f.1. | MSA requires by the end of Period 4, 80% of children shall receive documented twice-monthly in-person visits by the assigned caseworker consistent with MSA requirement. | MWZWC5D SWZC5D | 80% | **Period 3: 53%[4]** **Period 4: 67%** |
| MSA II.B.5.b. and II.B.5.f.2. | MSA requires by end of Period 4, 60% of children with a goal of reunification shall have their assigned DFCS caseworker meet monthly with the child's parents, during the Period, consistent with MSA requirements, and the visit shall be documented in the case record. | MWZWCR3 SZWCR3 | 60% | **Period 3: accurate data not available** **Period 4: 38%** |
| MSA II.B.5.c. and II.B.5.f.3. | MSA requires by the end of Period 4, 60% of therapeutic resource parents have a worker visit the home monthly to share relevant information, evaluate the child's safety, needs, and well being, and monitor service delivery and achievement of service goals. | PAD3 SPAD3 | 60% | **Period 3: 70%** **Period 4: 73%** **Content and frequency of visit (for placements subject to FCR)** |
| MSA II.B.5.c. and II.B.5.f.3. | MSA requires by the end of Period 4, 60% of non-therapeutic resource parents have a worker visit the home monthly to share relevant information, evaluate the child's safety, needs, and well being, and monitor service delivery and achievement of service goals. | MWZPLMC SZPLMC | 60% | **Period 3: 45%** **Period 4: 49%** **Frequency of visit (for all applicable placements)** |
|  |  | PAD2 SPAD2 | 60% | **Period 3: 70%** **Period 4: 70%** **Content and frequency of visit (for placements subject to FCR)** |
| MSA II.C.  Outcome Measures |
| MSA II.C.1.a. and II.C.1.c.1. | MSA requires by the end of Period 4, at least 75% of children state-wide in care less than 12 months from the time of latest removal from home shall have had two or fewer placements. | MWZPLM5S SZPLM5 | 75% | **Period 3: 77%** **Period 4: 79%** |
| MSA II.C.2.a. and II.C.2.c.1. | MSA requires that by the end of Period 4, the rate of abuse or maltreatment in care shall not exceed 0.5%. | MWBRD06 SMWBRD06 | < 0.5% | **Defendants notified the Monitor that they are submitting revised data responsive to this requirement.  As of May 27, 2015, the revised data was not submitted.** |

---

[4]  In the Monitor's May 2014 Report, defendants' performance during Period 3 was reported as 55%.  In April 2014, defendants submitted revised data reports and reproduced historical data back to July 2012.  The submission was made too late for the Monitor to analyze for the May 2014 report.  The performance for Period 3 that is reflected above is based on the data submitted by defendants in April 2014.

**App. A, Ex. 4**

Summary Table: Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^

[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| **MSA II.B.5. Worker Contact and Monitoring** | | | | | | | | | | | |
| MSA II.B.5.a. and II.B.5.h.1. | MSA requires by the date region fully implements, at least 70% of children in custody in that region shall have received documented twice-monthly in-person visits by the assigned DFCS caseworker during the preceding 12-month period, consistent with MSA requirements. | MWZWC5D SWZC5D | 70% | 44% (N=330) (8/31/12) | 72% (N=162) (8/31/12) | 66% (N=109) (2/28/13) | 44% (N=485)* (8/31/13) | 68% (N=282)* (8/31/13) | 65% (N=175) (8/31/13) | 75% (N=128) (8/31/13) | 66% (N=162) (2/28/14) |
| MSA II.B.5.a. and II.B.5.i.1. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter], at least 90% of children in custody in that region shall receive documented twice-monthly in-person visits by the assigned DFCS caseworker, consistent with MSA requirements. | MWZWC5D SWZC5D | 90% | 85% (N=294) (8/31/13)  84% (N=310) (6/30/14) | 79% (N=155) (8/31/13)  92% (N=145) (6/30/14) | 64% (N=107) (2/28/14)  68% (N=114) (6/30/14) | | | | | |
| SWZC5D does not reflect performance related to the full MSA requirement.  The numbers above represent the percentage of children with two face-to-face visits, including at least one in the placement by the assigned caseworker. | | | | | | | | | | | |
| * In the Monitor's May 2014 Report, as of 8/31/13 defendants' performance in Regions III-S and I-N was reported as 45% and 70%, respectively.  In April 2014, defendants submitted revised data reports and reproduced historical data back to July 2012.  The submission was made too late for the Monitor to analyze for the May 2014 report.  The performance reflected above is based on the data submitted by defendants in April 2014. | | | | | | | | | | | |
| MSA II.B.5.b. and II.B.5.h.2. | MSA requires by the date region fully implements, at least 80% of children in that region shall have had their assigned DFCS caseworker meet monthly with the child's biological parents(s) with whom the child is to be reunified, consistent with MSA requirements, as documented in the child's case record. | MWZCR3 SZWCR3 | 80% | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013 | 42% (N=107) (2/28/14) |
| MSA II.B.5.b. and II.B.5.i.2. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter], at least 90% of children in that region with a goal of reunification shall have their assigned DFCS caseworker meet monthly with the child's parent(s) with whom the child is to be reunified, consistent with MSA requirements, as documented in the child's case record. | MWZCR3 SZWCR3 | 90% | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013  79% (N=189) (6/30/14) | Data unreliable; MACWIS modified in October 2013 and therefore data analyzable as of October 2013  60% (N=67) (6/30/14) | 41% (N=61) (2/28/14)  30% (N=67) (6/30/14) | | | | | |
| SZWCR3 does not reflect performance related to the full MSA requirement.  The numbers above represent the percentage of children with a goal of reunification whose assigned caseworker met monthly with the parent(s) with whom child was to be reunified. | | | | | | | | | | | |

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 — 12 Months Following: 8/31/13 — End of Period 4: 6/30/14 — I-S | Practice Model Full Implementation: 2/28/13 — 12 Months Following: 2/28/14 — End of Period 4: 6/30/14 — II-W | V-W | Practice Model Full Implementation: 8/31/13 — 12 Months Following: 8/31/14 — III-S | I-N | IV-N | IV-S | Practice Model Full Implementation: 2/28/14 — 12 Months Following: 2/28/15 — V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA II.B.5.c. and II.B.5.h.3. | MSA requires by the date region fully implements, at least 80% of foster parents in that region with at least one foster child residing in their home during the preceding 12-month period shall have had a DFCS worker visit the home monthly, consistent with MSA requirements, as documented in the children's case records. | MWZPLMC SZPLMC PAD Report 2 SPAD2 [Non-Therapeutic Placement Setting] | 80% | MACWIS Report: 73% (N=151) (8/31/12) PAD Report: Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | MACWIS Report: 83% (N=64) (8/31/12) PAD Report: Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | MACWIS Report: 75% (N=48) (2/28/13) PAD Report: Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | MACWIS Report: 32% (N=124) PAD Report: 60% (N=167) (8/31/13) | MACWIS Report: 43% (N=131) PAD Report: 71% (N=100) (8/31/13) | MACWIS Report: 68% (N=75) PAD Report: 94% (N=99) (8/31/13) | MACWIS Report: 67% (N=52) PAD Report: 73% (N=108) (8/31/13) | MACWIS Report: 63% (N=65) PAD Report: 90% (N=109) (2/28/14) |
| MSA II.B.5.c. and II.B.5.i.3. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter], at least 90% of resource parents in that region with at least one foster child residing in their home shall have a DFCS worker visit the home monthly, consistent with MSA requirements, as documented in the children's case records. | MWZPLMC SZPLMC PAD Report 2 SPAD2 [Non-Therapeutic Placement Setting] | 90% | MACWIS Report: 80% (N=133) PAD Report: 97% (N=178) (8/31/13) MACWIS Report: 87% (N=132) PAD Report: 99% (N=216) (6/30/14) | MACWIS Report: 87% (N=60) PAD Report: 77% (N=77) (8/31/13) MACWIS Report: 82% (N=60) PAD Report: 72% (N=61) (6/30/14) | MACWIS Report: 43% (N=44) PAD Report: 100% (N=60) (2/28/14) MACWIS Report: 49% (N=49) PAD Report: 95% (N=63) (6/30/14) | | | | | |

SZPLMC does not reflect performance related to the full MSA requirement.  For SZPLMC, the numbers above represent the percentage of non-therapeutic homes with at least one child that were visited by a caseworker at least once monthly during report period.  PAD Report 2 does not reflect performance related to the full MSA requirement.  For PAD Report 2, the numbers above represent the percentage of children for whom the caseworker met the content of the visit requirements pursuant to MSA II.B.5.c.

## MSA III.B.1. Comprehensive Family Assessments

| Cite | MSA Requirement | DFCS Report | Performance Requirement | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.1.a. and III.B.1.e.1. | MSA requires that by the date Region fully implements, at least 80% of foster children in that region who enter custody shall have a thorough screening and assessment, consistent with MSA requirements, within 30 calendar days of entering custody. | PAD Report 12 PAD-12 SPAD12 | 80% | Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | Data unreliable; PAD corrected October 2012 and therefore data analyzable as of April 2013 | 13% (N=53) (8/31/13) | 34% (N=29) (8/31/13) | 82% (N=28) (8/31/13) | 73% (N=15) (8/31/13) | 44% (N=34) (2/28/14) |
| MSA III.B.1.a. and III.B.1.f.1. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter], at least 90% of foster children in that region who enter custody shall have a thorough screening and assessment, consistent with MSA requirements, within 30 calendar days of entering custody. | PAD Report 12 PAD-12 SPAD12 | 90% | 74% (N=78) (8/31/13) 80% (N=90) (6/30/14) | 62% (N=13) (8/31/13) 41% (N=22) (6/30/14) | 58% (N=19) (2/28/14) 48% (N=23) (6/30/14) | | | | | |

The numbers above represent the percentage of children with a comprehensive family assessment completed within 30 days of being taken into custody consistent with MSA requirements.  This analysis excludes children for whom this requirement did not apply at the time the PAD was completed.

## MSA III.B.2. Individualized Case Planning

| Cite | MSA Requirement | DFCS Report | Performance Requirement | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.2.b. and III.B.2.c.2. | MSA requires that by date Region fully implements, 80% of children shall have a family team meeting quarterly, and service plans updated quarterly, as well as within 30 days of any placement or other significant change, consistent with MSA requirement. | PAD Report 20 PAD-20m1m2 S-PAD20 | 80% | 11% (N=204) (8/31/12) | 21% (N=145) (8/31/12) | 2% (N=111) (2/28/13) | 5% (N=319) (8/31/13) | 6% (N=146) (8/31/13) | 13% (N=145) (8/31/13) | 10% (N=131) (8/31/13) | 22% (N=143) (2/28/14) |
| MSA III.B.2.b. and III.B.2.d.2. | MSA requires that by 12 months following the date that a Region has fully implemented [and thereafter], 90% of children shall have a family team meeting quarterly, and service plans updated quarterly, as well as within 30 days of any placement or other significant change, consistent with MSA requirement. | PAD Report 20 PAD-20m1m2 S-PAD20 | 90% | 33% (N=251) (8/31/13) 47% (N=292) (6/30/14) | 19% (N=120) (8/31/13) 17% (N=83) (6/30/14) | 26% (N=96) (2/28/14) 23% (N=95) (6/30/14) | | | | | |

The numbers above represent the percentage of children who had a family team meeting and their service plans reviewed and updated quarterly, including within 30 days of placement change.  In December 2013, modifications were made to three questions on the PAD related to the report for this MSA requirement.  Data above for any periods ending prior to December 2013 are based only on the questions included in the PAD prior to the December 2013 modifications.  In the table any data beginning with the period ending May 31, 2014 are based on PAD as modified in December 2013.  Data for periods ending between December 2013 and May 2014 are based on a mixture of questions included in the PAD prior to and subsequent to the December 2013 modifications and are identified in red above.

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| **MSA III.B.3. Child and Youth Permanency** | | | | | | | | | | | |
| MSA III.B.3.a.3-5. and III.B.3.a.6.b. | MSA requires by the date Region fully implements, at least 90% of foster children in that region shall have a permanency plan that is consistent with MSA requirements. | PAD Report 21 PAD-21 SPAD21 | 90% | 100% (N=10) (8/31/12) | 100% (N=18) (8/31/12) | 100% (N=19) (2/28/13) | 95% (N=42) (8/31/13) | 100% (N=27) (8/31/13) | 93% (N=14) (8/31/13) | 75% (N=4) (8/31/13) | 88% (N=8) (2/28/14) |
| MSA III.B.3.a.3-5. and III.B.3.a.7.b. | MSA requires that by 12 months following the date a Region fully implements [and thereafter], at least 95% of children in that region shall have a permanency plan that is consistent with MSA requirements. | PAD Report 21 PAD-21 SPAD21 | 95% | 100% (N=8) (8/31/13)<br><br>100% (N=5) (6/30/14) | 100% (N=14) (8/31/13)<br><br>100% (N=8) (6/30/14) | 80% (N=15) (2/28/14)<br><br>75% (N=16) (6/30/14) | | | | | |
| — note | The numbers above represent the percentage of children with an appropriate permanency goal for children with permanency goals of durable legal custody/guardianship, APPLA, living independently, long term foster care, or permanent foster care. One child in Region II-W was excluded from the analysis for the period ending June 30, 2014 because PAD Report 21 reflected conflicting data that the Monitor could not resolve. | | | | | | | | | | |
| MSA III.B.3.a.1-2. and III.B.3.a.6.a. | MSA requires that by date Region fully implements, 90% of children shall have a permanency plan within 30 calendar days of their entry into care consistent with MSA requirement. | MWLS312D SLS312 PAD Report 19 SPAD19 | 90% | MACWIS Report: 53% (N=216)*<br><br>PAD Report: 36% (N=56) (8/31/12) | MACWIS Report: 63% (N=57)*<br><br>PAD Report: 41% (N=17) (8/31/12) | MACWIS Report: 57% (N=65)<br><br>PAD Report: 36% (N=25) (2/28/13) | MACWIS Report: 28% (N=246)*<br><br>PAD Report: 14% (N=51) (8/31/13) | MACWIS Report: 30% (N=186)*<br><br>PAD Report: 21% (N=28) (8/31/13) | MACWIS Report: 38% (N=106)<br><br>PAD Report: 58% (N=26) (8/31/13) | MACWIS Report: 17% (N=52)<br><br>PAD Report: 44% (N=25) (8/31/13) | MACWIS Report: 26% (N=81)<br><br>PAD Report: 26% (N=38) (2/28/14) |
| MSA III.B.3.a.1-2. and III.B.3.a.7.a. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], 95% of children shall have a permanency plan within 30 calendar days of their entry into care consistent with MSA requirement. | MWLS312D SLS312 PAD Report 19 SPAD19 | 95% | MACWIS Report: 77% (N=181)* PAD Report: 68% (N=71) (8/31/13)<br><br>MACWIS Report: 70% (N=187) PAD Report: 75% (N=89) (6/30/14) | MACWIS Report: 75% (N=55)* PAD Report: 82% (N=17) (8/31/13)<br><br>MACWIS Report: 78% (N=64) PAD Report: 42% (N=19) (6/30/14) | MACWIS Report: 51% (N=51) PAD Report: 39% (N=23) (2/28/14)<br><br>MACWIS Report: 41% (N=63) PAD Report: 33% (N=27) (6/30/14) | | | | | |

SLS312 does not reflect performance related to the full MSA requirement.  For SLS312, the numbers above represent the percentage of children with a permanency plan by their 30th day of custody.  For PAD Report 19, the numbers above represent the percentage of children who had a permanency plan developed within 30 days of initial placement specifying permanency goal, a timeframe, and activities to support the goal of permanency.  In December 2013, modifications were made to two questions on the PAD related to PAD Report 19.  Thereafter, in April 2014, a new question was added to the PAD related to PAD Report 19.  The data above for any periods ending prior to December 2013 are based only on the questions in the PAD prior to the December 2013 modifications and April 2014 addition.  Any data beginning with the period ending October 31, 2014 are based only on PAD questions as modified in December 2013 and April 2014.  (Note:  The above data reflects performance only through June 30, 2014, which was the end of Period 4.)  Data for periods ending between December 2013 and October 2014 are based on a mixture of questions included in the PAD prior to and subsequent to the December 2013 modifications and April 2014 addition and are identified in red above.
* In the Monitor's May 2014 Report, as of 8/31/12 the defendants' performance in Region I-S was reported as 52% and Region II-W was 61% and as of 8/31/13 defendants' performance in Region I-S was reported as 76%, Region II-W was 73%, Region III-S was 26%, and Region I-N was 28%.  In April 2014, defendants submitted revised data reports and reproduced historical data back to July 2012.  The submission was made too late for the Monitor to analyze for her May 2014 report.  The performance reflected above is based on the data submitted by defendants in April 2014.

| MSA III.B.3.b.1. and III.B.3.b.2.a. | MSA requires that by date Region fully implements, 90% of children with the goal of reunification shall have case record documentation reflecting active concurrent permanency planning, consistent with MSA requirement. | PAD Report 22 PAD-22 SPAD22 | 90% | 26% (N=38) (8/31/12) | 86% (N=7) (8/31/12) | 43% (N=14) (2/28/13) | 35% (N=37) (8/31/13) | 73% (N=26) (8/31/13) | 50% (N=18) (8/31/13) | 81% (N=16) (8/31/13) | 42% (N=26) (2/28/14) |
| MSA III.B.3.b.1. and III.B.3.b.3.a. | MSA requires that by 12 months following the date that a Region has fully implemented [and thereafter], 95% of children with the goal of reunification shall have case record documentation reflecting active concurrent permanency planning, consistent with MSA requirement. | PAD Report 22 PAD-22 SPAD22 | 95% | 79% (N=48) (8/31/13)<br><br>55% (N=66) (6/30/14) | 91% (N=11) (8/31/13)<br><br>74% (N=19) (6/30/14) | 21% (N=14) (2/28/14)<br><br>47% (N=19) (6/30/14) | | | | | |

The numbers above represent the percentage of children with a goal of reunification with documentation in the case record reflecting active concurrent permanency planning.

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^

[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| MSA III.B.3.c.1. and III.B.3.c.4.a. | MSA requires that by date Region fully implements, 90% of children in custody for at least six months shall have a timely court or administrative case review consistent with MSA requirement. | MWZTACR SZTACR | 90% | 91% (N=466) (8/31/12) | 95% (N=187) (8/31/12) | 97% (N=162) (2/28/13) | 86% (N=502) (8/31/13) | 99% (N=339) (8/31/13) | 97% (N=231) (8/31/13) | 100% (N=203) (8/31/13) | 94% (N=245) (2/28/14) |
| MSA III.B.3.c.1. and III.B.3.c.5.a. | MSA requires that 12 months following the date a Region has fully implemented [and thereafter], 95% of children in custody for at least six months shall have a timely court or administrative case review consistent with MSA requirement. | MWZTACR SZTACR | 95% | 95% (N=440) (8/31/13)<br><br>98% (N=414) (6/30/14) | 98% (N=197) (8/31/13)<br><br>100% (N=186) (6/30/14) | 92% (N=143) (2/28/14)<br><br>89% (N=137) (6/30/14) | | | | | |

SZTACR does not reflect performance related to the full MSA requirement.  The numbers above represent the percentage of children in custody for six months or more with an administrative review every six months.  The percentages above reflect an analysis of the most recent administrative review per custody episode.

| Cite | MSA Requirement | DFCS Report Name(s) | Performance Requirement | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.3.c.2. and III.B.3.c.4.b. | MSA requires that by date Region fully implements, at least 90% of foster children in that region who have been in custody for at least 12 months shall have a timely annual court review consistent with MSA requirements. | MWZTPHR SZTPHRD | 90% | 86% (N=297) (8/31/12) | 97% (N=156) (8/31/12) | 94% (N=123) (2/28/13) | 39% (N=401) (8/31/13) | 87% (N=244) (8/31/13) | 81% (N=182) (8/31/13) | 83% (N=157) (8/31/13) | 89% (N=174) (2/28/14) |
| MSA III.B.3.c.2. and III.B.3.c.5.b. | MSA requires that by 12 months following the date that a Region has fully implemented [and thereafter], at least 95% of foster children in that region who have been in custody in that region for at least 12 months shall have a timely annual court review consistent with MSA requirements. | MWZTPHR SZTPHRD | 95% | 89% (N=291) (8/31/13)<br><br>94% (N=265) (6/30/14) | 93% (N=162) (8/31/13)<br><br>99% (N=144) (6/30/14) | 80% (N=109) (2/28/14)<br><br>85% (N=102) (6/30/14) | | | | | |

The numbers above represent the percentage of children in custody for 12 months or more with a timely permanency hearing.  The percentages above reflect an analysis of whether the most recent permanency hearing was timely.

| Cite | MSA Requirement | DFCS Report Name(s) | Performance Requirement | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.3.d.1. and III.B.3.d.4.a. | MSA requires that by date Region fully implements, at least 80% of children in that region with a permanency goal of reunification shall have service plans for their parents that identify those services DFCS deems necessary to address the behaviors or conditions resulting in the child's placement, and documentation that DFCS has made services available directly or through referral. | PAD Report 30 FCR SPAD30 | 80% | Data not available | Data not available | Data not available | 49% (N=115) (8/31/13) | 70% (N=69) (8/31/13) | 97% (N=39) (8/31/13) | 66% (N=73) (8/31/13) | 66% (N=62) (2/28/14) |
| MSA III.B.3.d.1. and III.B.3.d.5.a. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], at least 90% of children in that region with a permanency goal of reunification shall have service plans for their parents that identify those services DFCS deems necessary to address the behaviors or conditions resulting in the child's placement, and documentation that DFCS has made services available directly or through referral. | PAD Report 30 FCR SPAD30 | 90% | 91% (N=78) (8/31/13)<br><br>96% (N=111) (6/30/14) | 82% (N=33) (8/31/13)<br><br>75% (N=20) (6/30/14) | 100% (N=31) (2/28/14)<br><br>89% (N=36) (6/30/14) | | | | | |

The numbers above represent the percentage of children with a permanent or concurrent plan of reunification whose parent(s) with whom they are to be reunified have a service plan that identifies services necessary to address conditions that led to custody and the services were made available to the parent(s).

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| MSA III.B.3.e.1. and III.B.3.e.2.a. | MSA requires that by date Region fully implements, at least 80% of children in that region who have reached the point at which they have spent 17 of the previous 22 months in care shall have a TPR petition filed on their behalf or an available exception under ASFA documented by the end of their 17th month in care. | MWZ017D SZ0171 | 80% | 93% (N=103) (8/31/12) | 85% (N=78) (8/31/12) | 78% (N=49) (2/28/13) | 87% (N=253) (8/31/13) | 94% (N=93) (8/31/13) | 88% (N=81) (8/31/13) | 98% (N=66) (8/31/13) | 92% (N=66) (2/28/14) |
| MSA III.B.3.e.1. and III.B.3.e.3.a. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], at least 90% of children in that region who have reached the point at which they have spent 17 of the previous 22 months in care shall have a TPR petition filed on their behalf or an available exception under ASFA documented by the end of their 17th month in care. | MWZ017D SZ0171 | 90% | 95% (N=112) (8/31/13)<br><br>93% (N=119) (6/30/14) | 89% (N=76) (8/31/13)<br><br>83% (N=71) (6/30/14) | 90% (N=42) (2/28/14)<br><br>88% (N=41) (6/30/14) | | | | | |

The numbers above represent the percentage of children in custody at least 17 of the previous 22 months for whom a TPR petition was filed or an available ASFA exception has been documented by the last day of the child's 17th month in care.  The analysis includes children in custody at least 18 of the previous 22 months in order to assess whether the requirement was met by the end of month 17.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.3.e.1. and III.B.3.e.2.b. | MSA requires that by date Region fully implements, at least 80% of children in that region who have spent more than 17 of the previous 22 months in care without a TPR petition filed or an available ASFA exception documented shall have a petition filed or available exception documented. | MWZ017D SZ0171 | 80% | 100% (N=7) (8/31/12) | 100% (N=12) (8/31/12) | 18% (N=11) (2/28/13) | 76% (N=34) (8/31/13) | 33% (N=6) (8/31/13) | 60% (N=10) (8/31/13) | 100% (N=1) (8/31/13) | 20% (N=5) (2/28/14) |
| MSA III.B.3.e.1. and III.B.3.e.3.b. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], at least 90% of children in that region who have spent more than 17 of the previous 22 months in care without a TPR petition filed or an available ASFA exception documented shall have a petition filed or available exception documented. | MWZ017D SZ0171 | 90% | 50% (N=6) (8/31/13)<br><br>63% (N=8) (6/30/14) | 100% (N=8) (8/31/13)<br><br>33% (N=12) (6/30/14) | 50% (N=4) (2/28/14)<br><br>20% (N=5) (6/30/14) | | | | | |

The numbers above represent the percentage of children in custody at least 17 of the previous 22 months without a TPR petition filed or an available ASFA exception documented by the last day of the child's 17th month in care for whom subsequently a TPR petition was filed or an available ASFA exception was documented.  The analysis includes children in custody at least 18 of the previous 22 months in order to assess whether the requirement was met by the end of month 17.

**MSA III.B.5. Developing and Maintaining Connections**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.5.b. and III.B.5.d.1. | MSA requires that by date Region fully implements, at least 80% of children in that region be provided with contacts with their parents and any siblings not in the same placement consistent with MSA requirements, unless it is documented that a parent or sibling failed to make himself or herself available. | PAD Report 6 MWLS318 S-PAD6 | 80% | Data unavailable before October 2012; data analyzable as of April 2013 | Data unavailable before October 2012; data analyzable as of April 2013 | Data unavailable before October 2012; data analyzable as of April 2013 | 2% (N=43) (8/31/13) | 26% (N=27) (8/31/13) | 40% (N=25) (8/31/13) | 13% (N=23) (8/31/13) | 16% (N=38) (2/28/14) |
| MSA III.B.5.b. and III.B.5.e.1. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], at least 90% of children in that region be provided with contacts with their parents and any siblings not in the same placement consistent with MSA requirements, unless it is documented that a parent or sibling failed to make himself or herself available. | PAD Report 6 MWLS318 S-PAD6 | 90% | 39% (N=67) (8/31/13)<br><br>40% (N=89) (6/30/14) | 0% (N=16) (8/31/13)<br><br>29% (N=17) (6/30/14) | 27% (N=22) (2/28/14)<br><br>31% (N=26) (6/30/14) | | | | | |

PAD Report 6 does not reflect performance related to the full MSA requirement.  The numbers above represent the percentage of child contacts with parents/siblings within 24 hours of custody.  In December 2013, modifications were made to three questions on the PAD related to PAD Report 6.  In April 2014, a new question was added to the PAD related to PAD Report 6.  Data for any periods ending prior to December 2013 are based only on the questions in the PAD prior to the December 2013 modifications and April 2014 addition.  Any data beginning with the period ending October 31, 2014 are based only on PAD questions as modified in December 2013 and April 2014.  (Note:  The above data reflects performance only through June 30, 2014, which was the end of Period 4.)  Data for periods ending between December 2013 and October 2014 are based on a mixture of questions included in the PAD prior to the December 2013 modifications and April 2014 addition and are identified in red above.

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^

[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| **MSA III.B.6. Educational Services** | | | | | | | | | | | |
| MSA III.B.6.a. and III.B.6.d.1. | MSA requires that by date Region fully implements, 80% of school-age children shall have their educational records reviewed and their educational needs documented within 30 days of entry into care, consistent with MSA requirement. | PAD Report 15 PAD-15 SPAD15 | 80% | 54% (N=63) (8/31/12) | 57% (N=21) (8/31/12) | 69% (N=29) (2/28/13) | 20% (N=56) (8/31/13) | 28% (N=29) (8/31/13) | 89% (N=28) (8/31/13) | 80% (N=25) (8/31/13) | 45% (N=38) (2/28/14) |
| MSA III.B.6.a. and III.B.6.e.1. | MSA requires that by 12 months following the date that a Region has fully implemented [and thereafter], 90% of school-age children shall have their educational records reviewed and their educational needs documented within 30 days of entry into care, consistent with MSA requirement. | PAD Report 15 PAD-15 SPAD15 | 90% | 90% (N=79) (8/31/13) 70% (N=90) (6/30/14) | 61% (N=18) (8/31/13) 41% (N=22) (6/30/14) | 48% (N=21) (2/28/14) 46% (N=26) (6/30/14) | | | | | |
| The numbers above represent the percentage of children who had their educational record reviewed timely for general and special education needs. | | | | | | | | | | | |
| MSA III.B.6.b. and III.B.6.d.2. | MSA requires by the date region fully implements, at least 80% of school-age foster children in that region who enter custody or are subject to a change in schools due to a placement move shall be registered for and attending an accredited school within three business days of the initial placement or placement change, including while placed in shelters or other temporary placements, unless delayed by the Youth Court. | PAD Report 16 PAD-16m1m2 SPAD16 | 80% | 78% (N=55) (8/31/12) | 44% (N=45) (8/31/12) | 94% (N=17) (2/28/13) | 64% (N=58) (8/31/13) | 79% (N=42) (8/31/13) | 89% (N=44) (8/31/13) | 83% (N=24) (8/31/13) | 80% (N=30) (2/28/14) |
| MSA III.B.6.b. and III.B.6.e.2. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter],  at least 90% of school-age foster children in that region who enter custody or are subject to a change in schools due to a placement move shall be registered for and attending an accredited school within three business days of the initial placement or placement change, including while placed in shelters or other temporary placements, unless delayed by the Youth Court. | PAD Report 16 PAD-16m1m2 SPAD16 | 90% | 79% (N=52) (8/31/13) 85% (N=89) (6/30/14) | 26% (N=27) (8/31/13) 43% (N=23) (6/30/14) | 96% (N=24) (2/28/14) 90% (N=31) (6/30/14) | | | | | |
| The numbers above represent the percentage of children who enter custody or change placements who are registered for and attending school within three days of entering custody or of the placement change. | | | | | | | | | | | |

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

6

Summary Table:  Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| **MSA III.B.7. Transition to Independent Living** | | | | | | | | | | | |
| MSA III.B.7.b. and III.B.7.e.1. | MSA requires by the date region fully implements, 90% of children who are 14-20 shall be provided with Independent Living services as set forth in their service plans. | MWBRD16 SXBRD16 PAD Report 5 SXBRD16-PAD5 | 90% | MACWIS Report: 66% (N=106) PAD Report: 76% (N=49) (8/31/12) | MACWIS Report: 68% (N=95) PAD Report: 84% (N=55) (8/31/12) | MACWIS Report: 64% (N=87) PAD Report: 83% (N=40) (2/28/13) | MACWIS Report: 29% (N=272) PAD Report: 53% (N=96) (8/31/13) | MACWIS Report: 40% (N=129) PAD Report: 52% (N=52) (8/31/13) | MACWIS Report: 74% (N=76) PAD Report: 75% (N=36) (8/31/13) | MACWIS Report: 36% (N=50) PAD Report: 78% (N=23) (8/31/13) | MACWIS Report: 45% (N=103) PAD Report: 60% (N=40) (2/28/14) |
| MSA III.B.7.b. and III.B.7.f.1. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], 95% of children ages 14-20 shall be provided with Independent Living services as set forth in their service plans. | MWBRD16 SXBRD16 PAD Report 5 SXBRD16-PAD5 | 95% | MACWIS Report: 63% (N=108) PAD Report: 83% (N=42) (8/31/13) MACWIS Report: 89% (N=101) PAD Report: 81% (N=47) (6/30/14) | MACWIS Report: 75% (N=92) PAD Report: 87% (N=52) (8/31/13) MACWIS Report: 70% (N=93) PAD Report: 80% (N=35) (6/30/14) | MACWIS Report: 47% (N=55) PAD Report: 84% (N=32) (2/28/14) MACWIS Report: 48% (N=62) PAD Report: 85% (N=34) (6/30/14) | | | | | |

SXBRD16 does not reflect performance related to the full MSA requirement.  For SXBRD16, the numbers above represent the percentage of children ages 14-20 who completed all of the independent living skills or services in their independent living plan.  The data in this report may undercount the number of children ages 14-20 who are receiving independent living services.  Defendants explain the reason for this in the specification for this report as follows: "a 'No' answer [regarding  whether a child is receiving services] may not be an accurate reflection of services being received, as the IL Services class has a set schedule and services being delivered ('Passed') may not be reflected until a future month, but the child may be attending class regularly in the report month."  PAD Report 5 does not reflect performance related to the full MSA requirement.  For PAD Report 5, the numbers above represent the percentage of children ages 14-20 receiving independent living services as set forth in their service plans.  In December 2013, modifications were made to one question and three questions were added to the PAD related to PAD Report 5.  Data in the table for any periods ending prior to December 2013 are based only on the questions in the PAD prior to the December 2013 modification and additions.  Any data beginning with the period ending May 31, 2014 are based only on PAD questions as modified or added in December 2013.  Data for periods ending between December 2013 and May 2014 are based on a mixture of questions included in the PAD prior to and subsequent to the December 2013 modification and additions and are identified in red above.

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.B.7.c. and III.B.7.e.2. | MSA requires by the date region fully implements, at least 80% of foster children in that region who are transitioning to independence shall have available an adequate living arrangement, a source of income, health care, independent living stipends, and education and training vouchers. | PAD Report 23 PAD-23m1m2m3m4 SPAD23 | 80% | 67% (N=9) (8/31/12) | 50% (N=4) (8/31/12) | 91% (N=11) (2/28/13) | 60% (N=35) (8/31/13) | 50% (N=4) (8/31/13) | 100% (N=1) (8/31/13) | 100% (N=1) (8/31/13) | 33% (N=6) (2/28/14) |
| MSA III.B.7.c. and III.B.7.f.2. | MSA requires that by 12 months following the date that a Region fully implements [and thereafter],  at least 90% of foster children in that region who are transitioning to independence shall have available an adequate living arrangement, a source of income, health care, independent living stipends, and education and training vouchers. | PAD Report 23 PAD-23m1m2m3m4 SPAD23 | 90% | 44% (N=9) (8/31/13) 80% (N=15) (6/30/14) | 25% (N=4) (8/31/13) 0% (N=9) (6/30/14) | 100% (N=2) (2/28/14) 67% (N=3) (6/30/14) | | | | | |

PAD Report 23 does not reflect performance related to the full MSA requirement.  The numbers above represent the percentage of foster children transitioning to independence who have available an adequate living arrangement, a source of income, health care, independent living stipends, and education and training vouchers.  In December 2013, modifications were made to one question and one question was added to the PAD related to PAD Report 23.  Data in the table for any periods ending prior to December 2013 are based only on the questions in the PAD prior to the December 2013 modification and addition.  In the table any data beginning with the period ending May 31, 2014 are based only on PAD questions as modified or added in December 2013.  Data for periods ending between December 2013 and May 2014 are based on a mixture of questions included in the PAD prior to and subsequent to the December 2013 modification and addition and are identified in red above.

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement.  Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

7

Summary Table: Practice Model Performance through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015^

[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Performance Requirement | Practice Model Full Implementation: 8/31/12 12 Months Following: 8/31/13 End of Period 4: 6/30/14 | | Practice Model Full Implementation: 2/28/13 12 Months Following: 2/28/14 End of Period 4: 6/30/14 | Practice Model Full Implementation: 8/31/13 12 Months Following: 8/31/14 | | | | Practice Model Full Implementation: 2/28/14 12 Months Following: 2/28/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I-S | II-W | V-W | III-S | I-N | IV-N | IV-S | V-E |
| **MSA III.B.8. Case Closing and Aftercare** | | | | | | | | | | | |
| MSA III.B.8.d. and III.B.8.b. | MSA requires that by date Region fully implements, 70% of children who are reunified and in custody longer than 90 days shall receive a 90-day THV; during the THV the child's caseworker or family preservation caseworker shall meet with the child in the home at least two times per month without parent or caretaker present, consistent with MSA requirements. | MWLS54A SLS54AD&s | 70% | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | In September 2014 defendants submitted corrected data, dating back only to September 2013 | 50% (N=2) (2/28/14) |
| MSA III.B.8.e.1. and III.B.8.b. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], 90% of children who are reunified and in custody longer than 90 days shall receive a 90-day THV; during the THV the child's caseworker or family preservation caseworker shall meet with the child in the home at least two times per month without parent or caretaker present, consistent with MSA requirements. | MWLS54A SLS54AD&s | 90% | In September 2014 defendants submitted corrected data, dating back only to September 2013<br><br>80% (N=15) (6/30/14) | In September 2014 defendants submitted corrected data, dating back only to September 2013<br><br>75% (N=4) (6/30/14) | 0% (N=1) (2/28/14)<br><br>0% (N=3) (6/30/14) | | | | | |

SLS54AD&s does not reflect performance related to the full MSA requirement. The numbers above represent the percentage of children who, during trial home visit period, met with their caseworker or family preservation caseworker in the home twice in a one-month period or at least once monthly if 15 days or less, for 90 days.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MSA III.C. Outcome Measures** | | | | | | | | | | | |
| MSA III.C.1.a.1. | MSA requires that by date Region fully implements, 60% of children who are discharged from custody and reunified with parents or caretakers shall be reunified within 12 months from the latest removal from home. | MWBRD05 SXBRD05B | 60% | 56% (N=151) (8/31/12) | 43% (N=40) (8/31/12) | 59% (N=29) (2/28/13) | 73% (N=126) (8/31/13) | 69% (N=112) (8/31/13) | 50% (N=60) (8/31/13) | 62% (N=55) (8/31/13) | 47% (N=83) (2/28/14) |
| MSA III.C.1.b.1. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], 70% of children who are discharged from custody and reunified with parents or caretakers shall be reunified within 12 months from the latest removal from home. | MWBRD05 SXBRD05B | 70% | 55% (N=122) (8/31/13)<br><br>73% (N=123) (6/30/14) | 44% (N=36) (8/31/13)<br><br>51% (N=49) (6/30/14) | 42% (N=36) (2/28/14)<br><br>37% (N=35) (6/30/14) | | | | | |

The numbers above represent the percentage of children reunified with parent or caretaker in under 12 months from latest removal.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSA III.C.2.a.1. | MSA requires that by date Region fully implemented, 25% of children who were discharged upon finalization of an adoption shall have the adoption finalized within 24 months from the latest removal from home. | MWBRD10 SBRD10 | 25% | 42% (N=52) (8/31/12) | 15% (N=13) (8/31/12) | 50% (N=22) (2/28/13) | 0% (N=13) (8/31/13) | 17% (N=36) (8/31/13) | 0% (N=22) (8/31/13) | 8% (N=13) (8/31/13) | 13% (N=15) (2/28/14) |
| MSA III.C.2.b.1. | MSA requires that by 12 months following the date a Region has fully implemented [and thereafter], 30% of children who were discharged upon finalization of an adoption shall have the adoption finalized within 24 months from the latest removal from home. | MWBRD10 SBRD10 | 30% | 29% (N=62) (8/31/13)<br><br>28% (N=54) (6/30/14) | 9% (N=22) (8/31/13)<br><br>0% (N=15) (6/30/14) | 45% (N=11) (2/28/14)<br><br>45% (N=11) (6/30/14) | | | | | |

The numbers above represent the percentage of children with adoption finalized within 24 months from latest removal from home.

^ In some instances the data defendants produced do not reflect performance related to the full MSA requirement. Thus the performance levels set forth above may not be indicative of performance related to the full requirement.

# App. A, Ex. 5A



Caseworkers With Mixed Caseloads Meeting MSA Requirements, By Region
One-Day Snapshot 10/14/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, AR1]

MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements. No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. No caseworkers shall carry a caseload exceeding three times the MSA requirements.

Hancock, Harrison, Hinds, and Jackson counties are exempt from this requirement during Implementation Period 4. The graphic below includes Hancock, Harrison, Hinds, and Jackson Counties.

This analysis is limited to caseworkers carrying mixed caseloads. Caseworkers carrying dedicated caseloads were reported on separately based on AR3.

**NOTE: All caseload carrying staff who appeared in the data as "ASWS" are counted as not meeting the MSA requirements.**

As of October 14, 2014, excluding Hancock, Harrison, Hinds, and Jackson counties:

Percentage of caseload carrying DFCS employees who are *not exceeding* MSA requirements *and* who are not a supervisor:     70% (278 of 401)
 -117 caseworkers exceed the MSA requirement
 -5 supervisors carry a caseload

Percentage of caseworkers carrying a caseload exceeding twice the MSA requirements and supervisors carrying a caseload:     4%   (15 of 401)
 -10 of 15 are caseworkers exceeding twice the MSA requirement
 -5 of 15 are supervisors carrying a caseload

Number of caseworkers carrying a caseload exceeding three times the MSA requirements and supervisors carrying a caseload:     3% (10 of 401)
 -5 of 10 are caseworkers exceeding three times the MSA requirement
 -5 of 10 are supervisors carrying a caseload

As of October 14, 2014, including Hancock, Harrison, Hinds, and Jackson counties:

Percentage of caseload carrying DFCS employees who are *not exceeding* MSA requirements *and* who are not a supervisor:     58% (320 of 549)
 -216 caseworkers exceed the MSA requirement
 -13 supervisors carry a caseload

Percentage of caseworkers carrying a caseload exceeding twice the MSA requirements and supervisors carrying a caseload:     6%   (33 of 549)
 -20 of 33 are caseworkers exceeding twice the MSA requirement
 -13 of 33 are supervisors carrying a caseload

Number of caseworkers carrying a caseload exceeding three times the MSA requirements and supervisors carrying a caseload:     3% (19 of 549)
 -6 of 19 are caseworkers exceeding three times the MSA requirement
 -13 of 19 are supervisors carrying a caseload

■ DFCS employees carrying a caseload exceeding MSA requirements or who are a supervisor carrying a caseload - Count
■ DFCS employees carrying a caseload that does not exceed MSA requirements and who are not a supervisor - Count

* Relevant to MSA  II.A.2.a.2., page 4, and II.A.2.a.10.a., page 6.  October 14, 2014 was the first date for which reliable data were provided.

# App. A, Ex. 5B



Caseworkers With Dedicated Caseloads Meeting MSA Requirements, By Region
One-Day Snapshot 10/14/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, AR3]

MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements. No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. No caseworkers shall carry a caseload exceeding three times the MSA requirements.

Hancock, Harrison, Hinds, and Jackson counties are exempt from this requirement during Implementation Period 4. The graphic below and the calculations at right include Hancock, Harrison, Hinds, and Jackson Counties. AR3 does not include a variable that would enable the exclusion of these exempt counties from analysis.

This analysis is limited to caseworkers carrying dedicated caseloads. Caseworkers carrying mixed caseloads were reported on separately based on AR1.

**NOTE:** All caseload carrying staff who appeared in the data as "ASWS" are counted as not meeting the MSA requirements.

As of October 14, 2014, including Hancock, Harrison, Hinds, and Jackson counties and including non-DFCS employees employed by contractor:

Percentage of caseload carrying DFCS employees and Hotline contractors who are *not* exceeding MSA requirements *and* who are not a supervisor:    68% (110 of 162)
  -47 caseworkers exceed the MSA requirement
  -5 supervisors carry a caseload

Percentage of caseload carrying DFCS employees and Hotline contractors exceeding twice the MSA requirements and supervisors carrying a caseload:    10% (16 of 162)
  -11 of 16 are caseworkers exceeding twice the MSA requirement
  -5 of 16 are supervisors carrying a caseload

Number of caseload carrying DFCS employees and Hotline contractors exceeding three times the MSA requirements and supervisors carrying a caseload:    3% (5 of 162)
  -0 of 5 are caseworkers exceeding three times the MSA requirement
  -5 of 5 are supervisors carrying a caseload

If the Hotline contractors are excluded from the analysis:
  -61% of caseload carrying DFCS employees are not exceeding MSA requirements and are not a supervisor.
  -12% of caseworkers are carrying a caseload that exceeds twice the MSA requirements.
  -4% of caseworkers are carrying a caseload that exceeds three times the MSA requirements.

■ DFCS employees carrying a caseload exceeding MSA requirements or who are a supervisor carrying a caseload - Count

■ DFCS employees and Hotline contractors carrying a caseload that does not exceed MSA requirements and who are not a supervisor - Count

* Relevant to MSA II.A.2.a.1., pages 3-4, and II.A.2.a.10.a., page 6. October 14, 2014 was the first date for which reliable data were provided.

# App. A, Ex. 6



**Supervisors Responsible For Supervising DFCS Caseworkers Meeting MSA Requirements, By Region**
**One-Day Snapshot 10/14/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, AR2]**

MSA requires by the end of Period 4, no more than 10% of supervisors who are responsible for supervising DFCS caseworkers shall be responsible for directly supervising more than five caseworkers.

Hancock, Harrison, Hinds, and Jackson counties are exempt from this requirement during Implementation Period 4. The graphic below includes Hancock, Harrison, Hinds, and Jackson counties.

**As of October 14, 2014, excluding Hancock, Harrison, Hinds, and Jackson counties:**
Percentage of supervisors responsible for directly supervising DFCS caseworkers who are exceeding MSA requirements:    13% (18 of 137)

**As of October 14, 2014, including Hancock, Harrison, Hinds, and Jackson counties:**
Percentage of supervisors responsible for directly supervising DFCS caseworkers who are exceeding MSA requirements:    19% (34 of 179)

Legend:
- DFCS supervisors responsible for directly supervising 5 or fewer DFCS caseworkers - Count
- DFCS supervisors responsible for directly supervising more than 5 DFCS caseworkers - Count

* Relevant to MSA  II.A.2.a.6., page 5, and II.A.2.a.10.b., page 6.  October 14, 2014 was the first date for which reliable data were provided.

# App. A, Ex. 7A



**Pre-Service Training Status As Of September 30, 2014 Among Newly Hired Caseworkers, By Position Start Date, One Year Period Ending 6/30/14\***
**[Prepared by the Office of the Court Monitor Based on MDHS Human Resources Data and DFCS Training Data]**

Statewide Performance as of 6/30/14 = 100%

The MSA requires that by the end of Period 3 [and thereafter], 100% of all new caseworkers and supervisors will complete their pre-service training consistent with MSA requirements before they assume their respective responsibilities.

These data include caseworkers newly hired during Period 4 according to data submitted by MDHS Division of Human Resources. These data were cross referenced with training reports compiled by the DFCS professional development unit to determine whether caseworker pre-service training was completed prior to caseworkers assuming their responsibilities. Any caseworkers reflected in the hiring data but not found in the training data are counted as not meeting the training requirement.

In January 2014 there were no caseworkers hired.

Jul: 15, 100% | Aug: 13, 100% | Sept: 17, 100% | Oct: 11, 100% | Nov: 6, 100% | Dec: 7, 100% | Feb: 5, 100% | Mar: 9, 100% | Apr: 13, 100% | May: 8, 100% | Jun: 24, 100%

2013    2014

■ Newly Hired Caseworkers Who Completed Pre-Service Training as of 9/30/14 - Number

\* Relevant to MSA II.A.2.c.2., page 7, and II.A.2.c.6.b., page 8. Neither hiring data, training data, nor this chart reflect performance related to full requirement.

# App. A, Ex. 7B



Pre-Service Training Status Among ASWSs Newly Hired or Promoted Into Position During Period 4 Through September 30, 2014,*
By Position Start Date
One-Year Period Ending 6/30/14**
[Prepared by the Office of the Court Monitor Based on MDHS Human Resources Data and DFCS Training Data]

The MSA requires that by the end of Period 3 [and thereafter], 100% of new caseworkers and supervisors will complete their pre-service training consistent with MSA requirements before they assume their respective responsibilities.

These data include ASWSs newly hired or promoted into the position during Period 4 according to data submitted by MDHS Division of Human Resources. These data were cross referenced with training reports compiled by the DFCS professional development unit to determine whether pre-service training was completed prior to an ASWS assuming supervisory responsibilities. For ASWSs promoted into their positions during Period 4, historical data regarding caseworker pre-service training (which would be a prerequisite to receiving the ASWS training) were not available. For these employees the analysis only assesses whether they completed the required supervisory training.

Statewide Performance as of 6/30/14 = 100%

In October and December 2013 and January and February 2014 there were no ASWSs hired or promoted into the position.

ASWS Newly Hired or Promoted Into Position During Period 4 Who Completed Pre-Service Training as of 9/30/14* - Number

* One ASWS included in this analysis completed training in October 2014.
** Relevant to MSA II.A.2.c.3., page 7, and II.A.2.c.6.b., page 8.

# App. A, Ex. 8A



Ongoing In-Service Training Received By Caseworkers, By Region
Annual Report Ending 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data: Manual Reports, Annual Ongoing Training Reports]**

MSA requires that by the end of Period 4, 100% of caseworkers shall receive a minimum of 40 hours of structured ongoing in-service training each year.

**Analysis excludes employees who were excused from the full in-service training requirement because they were newly hired or separated during Period 4 or who were reported to be on medical leave for an extended time period.

Statewide Performance as of 6/30/14 = 94%

■ Caseworkers Who Did Not Complete At least 40 Hours of Ongoing Training - Number
■ Caseworkers Who Completed At Least 40 Hours of Ongoing Training - Number
☐ Caseworkers Who Completed At Least 40 Hours of Ongoing Training -  Percent

*Relevant to MSA II.A.2.c.4., page 7, and II.A.2.c.7.a., page 8.

# App. A, Ex. 8B



**Ongoing In-Service Training Received By ASWSs, By Region**
**Annual Report Ending 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data:**
**Manual Reports, Annual Ongoing Training Reports]****

Statewide Performance
as of 6/30/14 = 100%

MSA requires that by the end of Period 4, 100% of
all ASWSs shall receive a minimum of 24 hours of
structured ongoing in-service training each year.

**Analysis excludes employees who were excused
from the full training requirement because they were
newly hired or separated during Period 4 or who
were reported to be on medical leave for an
extended period.

■ ASWSs Who Completed At Least 24 Hours of Ongoing Training - Number   □ ASWSs Who Completed At Least 24 Hours of Ongoing Training - Percent

* Relevant to MSA II.A.2.c.4., page 7, and II.A.2.c.7.a., page 8.

# App. A, Ex. 9



Licensed Resource Families Receiving The Minimum Reimbursement Rate Established Pursuant To The MSA, By Region
One-Month Period Ending 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SWIP42]**

MSA requires that by the final implementation period, 100% of licensed resource families receive at least the minimum reimbursement rate for a given level of service as established pursuant to the MSA.

**This analysis excludes resource homes licensed by entities other than MDHS.

Statewide Performance as of 6/30/14 = 98%

Legend:
- ■ Licensed Resource Families Who Did Not Receive At Least the Minimum Reimbursement - Number
- ■ Licensed Resource Families Who Received At Least the Minimum Reimbursement - Number
- Licensed Resource Families Who Received At Least the Minimum Reimbursement - Percent

*Relevant to MSA II.A.7.a., page 12. Neither SWIP42 nor this chart reflect performance related to full requirement.

# App. A, Ex. 10



*Relevant to MSA II.B.1.d., pages 13-14; IP3 II.C.4., page 12.  Neither the MIC Review Report nor this chart reflect performance relevant to the full requirement.

# App. A, Ex. 11



**Maltreatment Investigations Initiated Within 24 Hours And Completed With Supervisory Approval Within 30 Days, By Region, By Month Investigation Initiated, One-Month Periods Ending 6/30/13 and 6/30/14\* [Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SWZ1271G]**

MSA requires by the end of Period 3 [and thereafter], 100% of maltreatment investigations shall be initiated within 24 hours and completed with supervisory approval within 30 days.

Statewide Performance as of 6/30/14 = 56%

Statewide Performance as of 6/30/13 = 36%

Legend:
- Investigations Both Initiated Within 24 Hours and Completed Within 30 Days - Number
- Investigations Not Initiated Within 24 Hours and Completed Within 30 Days - Number
- Investigations Both Initiated Within 24 Hours and Completed Within 30 Days - Percent

\*Relevant to MSA II.B.1.e.2., page 14.  There were no maltreatment in care intakes during June 2013 in regions II-E or IV-S.

**App. A, Ex. 12**



**Children In Custody Remaining In The Same Placement Following Maltreatment Investigation Who Met Face-To-Face With Worker Twice In A One-Month Period (Or At Least Once If 15 Days Or Less) For Three Months Following Completed Maltreatment Investigation, By Region One-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS55AD&S]**

Statewide Performance as of 6/30/13 = 88%

In June 2013, no children in regions II-W, II-E, V-W, VII-E or VII-W met the report criteria.

Statewide Performance as of 6/30/14 = 75%

MSA requires by the end of Period 3 [and thereafter], 100% of children who remain in the same out of home placement following an investigation of maltreatment or corporal punishment in that placement shall be visited by a caseworker two times per month for three months after the conclusion of the investigation.

Data include children who completed 90 days in the same placement following an investigation during the month and children whose placement ended prior to the end of the 90-day post-investigative period.

In June 2014, no children in regions II-E, III-N, III-S, IV-N, IV-S, V-E or VII-E met the report criteria.

Children in Custody Remaining in the Same Placement Following Maltreatment Investigation Who Did Not Meet with Caseworker as Required - Number

Children in Custody Remaining in the Same Placement Following Maltreatment Investigation Who Met With Caseworker as Required - Number

Children in Custody Remaining in the Same Placement Following Maltreatment Investigation Who Met With Caseworker as Required - Percent

* Relevant to MSA II.B.1.e.3., page 14.  Neither SLS55AD nor this chart reflect performance related to full requirement.

# App. A, Ex. 13



*Relevant to MSA II.B.1.b., page 13, and II.B.1.e.6., page 15.  Neither the Licensure Investigation Report nor this chart reflect performance related to the full requirement.

# App. A, Ex. 14A



Children Under Age 10 Housed In A Congregate Care Setting With And Without Exception And Regional Director Approval, By Region One-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS52H]

Statewide Performance as of 6/30/14 = 50 Children

In June 2014, regions II-W, IV-S, IV-N , and V-E had no children under age 10 placed in congregate care.

MSA requires by end of Period 3, no more than 40 children under 10 shall be placed in congregate care unless the child has exceptional needs and/or is a sibling group member and express written approval is provided by the Regional Director. By the end of Period 4, no children shall be placed in congregate care without an applicable exception and Regional Director approval.

Statewide Performance as of 6/30/13 = 11 Children

In June 2013, regions II-W, and IV-S had no children under age 10 placed in congregate care.

■ Number of Children Under 10 Housed in a Congregate Care Setting Without Exception and Regional Director Approval
■ Number of Children Under 10 Housed in a Congregate Care Setting With Exception and Regional Director Approval

*Relevant to MSA II.B.2.m., page 17, II.B.2.p.6., page 18, and II.B.2.q.2., page 19. Neither SLS52H nor this chart reflect performance related to full requirement.

**App. A, Ex. 14B**



Number Of Sibling Groups With At Least One Sibling Under Age 10 Placed In Congregate Care Housing For More Than 45 Days
One-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS53HS]

Statewide Performance
as of 6/30/14 = 17 Sibling Groups

MSA requires that by the final implementation period zero sibling groups in which one or more of the siblings are under the age of 10 shall be placed in congregate care settings for more than 45 days.

Statewide Performance
as of 6/30/13 = 13 Sibling Groups

In June 2013 and June 2014, no sibling groups with children under age 10 were placed in congregate care for more than 45 days in regions II-W, IV-N, IV-S, V-E, V-W, or VII-E.

■ Sibling Groups With At Least 1 Sibling Under 10 Placed In Congregate Care For > 45 Days
■ Sibling Groups With At Least 1 Sibling Under 10 Placed In Congregate Care For Not More Than 45 Days

* Relevant to MSA II.B.2.m., page 17. Neither SLS53HS nor this chart reflect performance related to full requirement.

**App. A, Ex. 15A**



**Children Placed In Unlicensed Foster Care Settings That Do Not Meet DFCS Licensure Standards And
Children Placed In Expedited Pending Relative Resource Homes For More Than 90 Days
One-Month Periods Ending 6/30/13 and 6/30/14\***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS319D]**

Statewide Performance as of 6/30/13 = 471 Children
Statewide Performance as of 6/30/14 = 482 Children

The MSA requires that by the end of Period 3 [and thereafter], no
foster child shall be placed or remain in a foster care setting that does
not meet DFCS licensure standards consistent with MSA requirements,
unless so ordered by the Youth Court over DFCS objection.\*\*

■ Children Placed in Unlicensed Setting and Children Placed in Expedited Pending Relative Resource Homes More Than 90 Days

\*Relevant to MSA II.B.2.a., page 15, and II.B.2.p.2., page 17. Neither MWLS319D nor this chart reflect performance related to full requirement.
\*\*The data do not specify which placements, if any, were ordered by the Youth Court over DFCS objection.

**App. A, Ex. 15B**



**Children Placed Or Remaining In A Foster Care Setting Meeting DFCS Licensure Standards Consistent With MSA Requirements, Unless Ordered By The Youth Court Over DFCS Objections***

**Six-Month Periods Ending 6/30/13 and 6/30/14****

**[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 7]*****

MSA requires by the end of Period 3 [and thereafter], 100% of children shall be placed or remain in a foster care setting that meets licensure standards consistent with MSA requirements, unless so ordered by the Youth Court over DFCS objection.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Based upon identified gaps in the data, the parties and the Court Monitor have agreed upon revisions to data collection which were implemented in October 2014.

*** Changes were made to answer responses to a question in PAD Report 7 in December 2013 and April 2014. Data for the period ending 6/30/13 is based upon responses to the pre-modified answer options. Data for the period ending 6/30/14 include responses based on answer options that were available after the changes in both December 2013 and April 2014. The first monthly report reflecting responses based only on answer options that were available after April 2014 is the October 2014 report.

Statewide Performance as of 6/30/13 = 90%
Statewide Performance as of 6/30/14 = 93%

* For children in some placements that do not meet DFCS licensure requirements, the data do not indicate whether the placement was made pursuant to a court order (*i.e.*, the relevant data field indicates "NA"). In this analysis, those placements are included in the "Does Not Meet Requirement" category.

Meets Requirement - Number of Children    Does Not Meet Requirement - Number of Children    Meets Requirement - Percent of Children

** Relevant to MSA II.B.2.p.2. and II.B.2.p.4.-5., pages 17-18, and II.B.2.a., page 15.

# App. A, Ex. 16



Children In Emergency Shelter Or Temporary Facility For Over 45 Days With And Without Approval, By Region
One-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS50D]

**Statewide Performance as of 6/30/13 = 24 Children**

In June 2013, 8 regions (I-S, II-W, II-E, IV-N, IV-S, V-E, V-W, VII-E) did not have any children in an emergency shelter or temporary facility for over 45 days.

MSA requires that by the end of Period 3 [and thereafter], no foster children shall remain in an emergency or temporary facility for more than 45 days unless exceptional circumstances and Field Operations Director has granted express written approval.

**Statewide Performance as of 6/30/14 = 17 Children**

In June 2014, 7 regions (II-W, II-E, IV-N, IV-S, V-E, V-W, VII-E) did not have any children in an emergency shelter or temporary facility for over 45 days.

■ Number of Children in Emergency Shelter or Temporary Facility For Over 45 Days Without Extension Requested or Approved

■ Number of Children in Emergency Shelter or Temporary Facility For Over 45 Days With Extension Requested But Not Approved

■ Number of Children in Emergency Shelter or Temporary Facility For Over 45 Days With Approval

* Relevant to MSA II.B.2.k., page 17, and II.B.2.p.8., page 18.

# App. A, Ex. 17



Children Placed In Least Restrictive Setting That Meets Their Individual Needs, By Region
Six-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 9]**

Statewide Performance as of 6/30/13 = 97%
Statewide Performance as of 6/30/14 = 96%

MSA requires by the end of Period 3, 75% of children in custody shall be placed in the least restrictive setting that meets their individual needs, consistent with MSA requirements. By the end of Period 4, 85% shall meet this requirement.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Based upon identified gaps in the data, the parties and the Court Monitor have agreed upon revisions to data collection which were implemented in October 2014.

** The wording of one of the questions on PAD Report 9 was modified in December 2013. Data for the period ending 6/30/13 is based upon responses to the pre-modified language. Data for the period ending 6/30/14 is based upon responses to the modified language.

Children Placed in Least Restrictive Setting That Meets Their Individual Needs - Number
Children Not Placed in Least Restrictive Setting That Meets Their Individual Needs - Number
Children Placed in Least Restrictive Setting That Meets Their Individual Needs - Percent

*Relevant to MSA II.B.2.f., page 16, II.B.2.p.12., page 18, and II.B.2.q.7., page 19.

# App. A, Ex. 18



**Sibling Groups Who Entered Custody At Or Around The Same Time Placed Together, By Region
12-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS316]**

Statewide Performance as of 6/30/13 = 85%

Statewide Performance as of 6/30/14 = 75%

MSA requires by the end of Period 3, 80% of siblings who entered custody at or near the same time be placed together consistent with MSA requirement. By the end of Period 4, 90% of siblings shall meet this requirement.

Children in a Sibling Group Who Entered Custody at or Near the Same Time Who Were Not Placed Together Consistent With MSA Requirement - Number

Children in a Sibling Group Who Entered Custody at or Near the Same Time Who Were Placed Together Consistent With MSA Requirement - Number

Children in a Sibling Group Who Entered Custody at or Near the Same Time Who Were Placed Together Consistent With MSA Requirement - Percent

* Relevant to MSA II.B.2.h., page 16, II.B.2.p.13., page 18, and II.B.2.q.8., page 20.

# App. A, Ex. 19



**Children For Whom Their Resource Parents Or Facility Staff Were Provided The Foster Care Information Form Within 15 Days of Placement, By Region Six-Month Periods Ending 6/30/13 and 6/30/14***
[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 10]**

MSA requires by the end of Period 3, 40% of children placed in a new placement during the period shall have their currently available medical, dental, educational, and psychological information provided to their resource parents or facility staff no later than at the time of any new placement during the period. By the end of Period 4, 60% shall meet this requirement.***

***Analysis is limited to information provided within 15 days of placement and not at the time of placement.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

** In December 2013 a question was added, the wording of one question was amended, and the instructions were changed for one question related to PAD Report 10. Data based only on responses to the amended PAD were available beginning with the period ending May 2014. However, defendants did not produce the data based on responses to the amended PAD prior to the period ending October 2014, which

Statewide Performance as of 6/30/13 = 19%
Statewide Performance as of 6/30/14 = 20%

Children Whose Resource Parents or Facility Staff Were Not Provided Form Within 15 Days of Placement - Number
Children Whose Resource Parents or Facility Staff Were Provided Form Within 15 Days of Placement - Number
Children Whose Resource Parents or Facility Staff Were Provided Form Within 15 Days of Placement - Percent

*Relevant to MSA II.B.2.i., page 16, II.B.2.p.14., pages 18-19, and II.B.2.q.9., page 20. Neither PAD Report 10 nor this chart reflect performance related to full requirement.

**App. A, Ex. 20**



Percentage Of Children Who Entered DFCS Custody Who Were Placed Within Own County Or
Within 50 Miles Of The Home From Which Removed Consistent With MSA Requirements, By Region
One-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS314]

MSA requires that by the end of Period 3, at least 85% of children who entered DFCS custody shall be placed within his/her own county or within 50 miles of the home from which he/she was removed unless one of the exceptions provided in the MSA is documented as applying. By the end of Period 4, at least 90% of children shall meet this requirement.

Statewide Performance as of 6/30/14
(excluding sibling exception) = 95%
(including sibling exception) = 99%

Statewide Performance as of 6/30/13
(excluding sibling exception) = 94%
(including sibling exception) = 98%

Children Who Were Not Placed Within Own County Or Within 50 Miles of Home Consistent With MSA Requirements - Number
Children Who Were Placed Within Own County or Within 50 Miles of Home Consistent With MSA Requirements - Number
Children Who Were Placed Within Own County or Within 50 Miles of Home Consistent With MSA Requirements - Percent

* Relevant to MSA II.B.2.g., page 16, II.B.2.p.16., page 19, and II.B.2.q.11., page 20.

# App. A, Ex. 21



Children Entering Custody Who Received An Initial Health Screening Within 72 Hours After Placement
12-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS315]

MSA requires by the end of Period 3, 50% of children entering custody receive a health screening evaluation as recommended by the American Academy of Pediatrics from a qualified medical practitioner within 72 hours after placement. By the end of Period 4, 70% of children shall receive an initial health screening within 72 hours of placement.

Statewide Performance as of 6/30/13 = 28%
Statewide Performance as of 6/30/14 = 27%

Children Entering Custody With an Initial Health Screening Within 72 Hours - Number
Children Entering Custody Without an Initial Health Screening Within 72 Hours - Number
Children Entering Custody With an Initial Health Screening Within 72 Hours - Percent

*Relevant to MSA II.B.3.a., page 21, II.B.3.i.1., page 22, and II.B.3.j.1., page 23.  Neither SLS315 nor this chart reflect performance related to full requirement.

# App. A, Ex. 22



**Children In Custody 30+ Days Who Received A Comprehensive Health Assessment Within 30 Days Of Placement**
**12-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SLS315]**

MSA requires by the end of Period 3, 50% of children entering custody receive a comprehensive health assessment within 30 calendar days of placement consistent with MSA requirement. By the end of Period 4, 70% of children in custody shall receive a comprehensive health assessment within 30 calendar days of placement.

Statewide Performance as of 6/30/13 = 34%
Statewide Performance as of 6/30/14 = 33%

Children in Custody 30+ Days Without Comprehensive Health Assessment Within 30 Days - Number
Children in Custody 30+ Days With Comprehensive Health Assessment Within 30 Days - Number
Children in Custody 30+ Days With Comprehensive Health Assessment Within 30 Days - Percent

*Relevant to MSA II.B.3.b., page 21, II.B.3.i.2., page 22, and II.B.3.j.2., page 23. Neither SLS315 nor this chart reflect performance related to full requirement.

# App. A, Ex. 23



**Children Three Years Old And Older Who Received A Dental Examination Within 90 Calendar Days of Placement And Children Who Turned Three While In Custody And Received A Dental Examination Within 90 Calendar Days Of Their Third Birthday, By Region Six Month Periods Ending 6/30/13 and 6/30/14***
[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 27, Measures 1 and 2]

MSA requires by the end of Period 3, 60% of children three years old and older entering custody or in care and turning three years old during the Period shall receive a dental examination within 90 days of placement or their third birthday. By the end of Period 4, 75% shall meet this requirement.

Statewide Performance as of 6/30/14 = 55%

Statewide Performance as of 6/30/13 = 49%

Based upon identified gaps in the data, the parties and the Court Monitor have agreed upon revisions to data collection which were implemented in October 2014.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Legend:
- Children Three Years and Older Who Did Not Receive a Dental Exam Within 90 Days of Placement or Their Third Birthday - Number
- Children Three Years and Older Who Received a Dental Exam Within 90 Days of Placement or Their Third Birthday - Number
- Children Three Years and Older Who Received a Dental Exam Within 90 Days of Placement or Their Third Birthday - Percent

* Relevant to MSA II.B.3.e., page 22, II.B.3.i.4., page 22, and II.B.3.j.4., page 23.  Neither PAD Report 27, Measures 1 and 2 nor this chart reflect performance related to full requirement.

**App. A, Ex. 24**



**Children Ages Three And Older At The Start Of The Period Under Review Who Were Provided A Dental Exam Every Six Months By Region, Six-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 27, Measure 2]**

MSA requires that by the end of Period 3, at least 60% of children in custody during the Period shall receive a dental examination every six months consistent with MSA requirements and all medically necessary dental services. By the end of Period 4, 80% shall meet this requirement.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Statewide Performance as of 6/30/13 = 54%
Statewide Performance as of 6/30/14 = 52%

Children 3 and Older at Start of Period Who Were Not Provided a Dental Exam Every Six Months - Number
Children 3 and Older at Start of Period Who Were Provided a Dental Exam Every Six Months - Number
Children 3 and Older at Start of Period Who Were Provided a Dental Exam Every Six Months - Percent

* Relevant to MSA II.B.3.e., page 22, II.B.3.i.5., page 22, and II.B.3.j.5., page 23. Neither PAD Report 27, Measure 2 nor this chart reflect performance related to full requirement.

**App. A, Ex. 25**



Percentage Of Children Four Years Old Or Older Entering Custody During The Period Who Received A Mental Health Assessment Within 30 Days Of Placement By Region, Six-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 25]**

MSA requires that by the end of Period 3, at least 50% of children four years old and older entering custody during the Period or in care and turning four years old during the Period shall receive a mental health assessment by a qualified professional within 30 calendar days of foster care placement or their fourth birthday, respectively. By the end of Period 4, 70% shall meet this requirement.

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed.

Statewide Performance as of 6/30/13 = 49%

Statewide Performance as of 6/30/14 = 47%

** The PAD was modified to allow for data collection about children turning four years old during the period in November 2013. Monthly data reports including data on this cohort of children was submitted to the Monitor beginning with the period ending September 30, 2014. Consequently, this chart excludes children who turned four during the period ending June 30, 2014.

Children 4 or Older Entering Custody During PUR Who Did Not Receive MH Assessment Within 30 Days - Number
Children 4 or Older Entering Custody During PUR Who Received MH Assessment Within 30 Days - Number
Children 4 or Older Entering Custody During PUR Who Received MH Assessment Within 30 Days - Percent

*Relevant to MSA II.B.3.f., page 22, II.B.3.i.6., page 23, and II.B.3.j.6., page 23. Neither PAD Report 25 nor this chart reflect performance related to full requirement.

# App. A, Ex. 26



**Twice Monthly In-Person Visits With Child By Assigned Caseworkers, By Region**
**One-Month Periods Ending 6/30/13 and 6/30/14***
**[Prepared by the Office of the Court Monitor Based On DFCS Data, MACWIS SWZC5D]**

MSA requires by the end of Period 3, 60% of children shall receive documented twice-monthly in-person visits by the assigned caseworker consistent with MSA requirement. By the end of Period 4, at least 80% of children should receive twice monthly visits.

Statewide Performance as of 6/30/14 = 67%

Statewide Performance as of 6/30/13 = 53%

Legend:
- Children Without Two Face-to-Face Visits, Including at Least One in Placement - Number
- Children With Two Face-to-Face Visits, Including at Least One in Placement - Number
- Children With Two Face-to-Face Visits, Including at Least One in Placement - Percent

* Relevant to MSA II.B.5.e.1., page 26, II.B.5.a., page 26, and II.B.5.f.1., page 27. Neither SWZC5D nor this chart reflect performance related to full requirement.

# App. A, Ex. 27



**Children With A Goal Of Reunification Whose Assigned Caseworker Met Monthly With The Parent(s) With Whom The Child Was To Be Reunified By Region, One-Month Period Ending 6/30/14\***
**[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SZWCR3]**

MSA requires by the end of Period 4, 60% of children with a goal of reunification shall have their assigned DFCS caseworker meet monthly with the child's parents, during the Period, consistent with the MSA requirements, and the visit shall be documented in the case record.

In October 2013 a modification was made to MACWIS. Data prior to that time is not reliable and thus Period 3 performance is not presented in this chart.

Statewide Performance as of 6/30/14 = 38%

Legend:
- 🟥 Children With a Goal of Reunification Whose Caseworker Did Not Meet Monthly With Parent(s) With Whom Child Was to be Reunified - Number
- 🟩 Children With a Goal of Reunification Whose Caseworker Met Monthly With Parent(s) With Whom Child Was to be Reunified - Number
- ◯ Children With a Goal of Reunification Whose Caseworker Met Monthly With Parent(s) With Whom Child Was to be Reunified - Percent

\* Relevant to MSA II.B.5.b., page 26, and II.B.5.f.2., page 27. Neither SZWCR3 nor this chart reflect performance related to full requirement.

**App. A, Ex. 28A**



Non-Therapeutic Placement Setting Contacts, By Region
One-Month Periods Ending 6/30/13 and 6/30/14 *
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SZPLMC]

MSA requires by the end of Period 3, 40% of non-therapuetic resource parents shall have a worker visit the home monthly consistent with MSA requirements. By the end of Period 4, 60% shall receive monthly visits.

Statewide Performance as of 6/30/14 = 49%

Statewide Performance as of 6/30/13 = 45%

— Non-Therapeutic Homes With at Least One Child Not Visited by a Caseworker at Least Once During Report Period - Count
— Non-Therapeutic Homes With at Least One Child Visited by a Caseworker at Least Once During Report Period - Count
— Non-Therapeutic Homes With at Least One Child Visited by a Caseworker at Least Once During Report Period - Percent

* Relevant to MSA II.B.5.c., page 26, II.B.5.e.3., page 27, and II.B.5.f.3., page 27.  Neither SZPLMC nor this chart reflect performance related to full requirement.

**App. A, Ex. 28B**



Content And Frequency Of Non-Therapeutic Placement Setting Contacts, By Region
Six-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, PAD Report 2]

MSA requires by the end of Period 3, 40% of non-therapeutic resource parents shall have a worker visit the home monthly to share relevant information, evaluate the child's safety, needs, and well being, and monitor service delivery and achievement of service goals. By the end of Period 4, 60% shall receive monthly visits.

Statewide Performance as of 6/30/13 = 70%
Statewide Performance as of 6/30/14 = 70%

The data in this chart are based on PAD reports. A child must be in custody for a minimum of six months to have a PAD report completed. The PAD uses children and not resource parents as the unit of analysis.

Based upon identified gaps in the data, the parties and the Court Monitor have agreed upon revisions to data collection which were implemented October 2014.

Children For Whom Caseworker Met Home Visit Requirements Pursuant to MSA II.B.5.c. - Number
Children For Whom Caseworker Did Not Meet Home Visit Requirements Pursuant to MSA II.B.5.c. - Number
Children For Whom Caseworker Met Home Visit Requirements Pursuant to MSA II.B.5.c. - Percent

*Relevant to MSA II.B.5.c., page 26, II.B.5.e.3., page 27, and II.B.5.f.3., page 27. Neither PAD Report 2 nor this chart reflect performance related to the full requirement.

# App. A, Ex. 29



*Relevant to MSA II.B.5.c., page 26, II.B.5.e.3., page 27, and II.B.5.f.3, page 27. Neither PAD Report 3 nor this chart reflect performance related to the full requirement.

**App. A, Ex. 30**



Number Of Children In Custody Fewer Than 12 Months From Latest Removal From Home, By Number Of Placements
12-Month Periods Ending 6/30/13 and 6/30/14*
[Prepared by the Office of the Court Monitor Based on DFCS Data, MACWIS SZPLM5S]

MSA requires by the end of Period 3, at least 60% of children state-wide in care less than 12 months from the time of latest removal from home shall have had two or fewer placements. By the end of Period 4, 75% shall have had two or fewer placements.

Statewide Performance as of 6/30/14 = 79%
Statewide Performance as of 6/30/13 = 77%

Children in Custody Fewer Than 12 Months With Two or Fewer Placements - Number
Children in Custody Fewer Than 12 Months With More Than Two Placements - Number
Children in Custody Fewer Than 12 Months With More Than Two Placements - Percent

* Relevant to MSA II.C.1.a., page 31, II.C.1.b.1., page 31, and II.C.1.c.1., page 31.