FILED
U.S. DISTRICT COURT

2009 JAN -5 P 2: 55

RECEIVED

BY:

**LEECIA WELCH**
**JOHN F. O'TOOLE**
NATIONAL CENTER FOR YOUTH LAW
405 14th Street, 15th Floor
Oakland, California 94612-2701
(510) 835-8098

**STEPHEN C. CLARK (USB #4551)**
JONES WALDO HOLBROOK &
McDONOUGH
1500 First Interstate Plaza
170 South Main Street
Salt Lake City, Utah 84101
(801) 521-3200

**GREGORY P. DRESSER**
MORRISON & FOESTER LLP
425 Market Street
San Francisco, California 94105-2482
(415) 268-7000
**Attorneys for Plaintiffs**

**MARK SHURTLEFF (#4666)**
ATTORNEY GENERAL
**CRAIG L. BARLOW (USB #0213)**
**SUSAN EISENMAN (USB #6872)**
ASSISTANT ATTORNEYS GENERAL
FOR THE STATE OF UTAH
5272 College Drive
Murray, Utah 84123
(801) 281-1234
**Attorneys for Defendants**

---

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID C., *et al.*,<br><br>       Plaintiffs<br><br>v.<br><br>JON M. HUNTSMAN, JR., *et al.*,<br><br>       Defendants | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**CIVIL NO: 2:93-CV-00206 TC**<br><br>JUDGE CAMPBELL |

The Court is in receipt of the parties' Joint Notice of Dismissal, submitted on December

30, 2008. The Court finds that the notice required by Rule 23(e) of the Federal Rules of Civil

Procedure was previously given when the Court dismissed the case without prejudice on June

28, 2007. At this time, the parties and Court Monitor agree that the defendant State of Utah has

EXHIBIT
**E**

complied with the terms of the settlement agreement, and that dismissal with prejudice is

appropriate.

IT IS HEREBY ORDERED that:

David C. v. Huntsman, et al.  is dismissed with prejudice.

Dated this _5_ day of _Jan_____, 2008/9.

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

TENA CAMPBELL
United States District Court Judge, District of Utah

2