## AFFIDAVIT OF MARK A. SMITH

**STATE OF MISSISSIPPI**

**COUNTY OF HINDS**

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named **Mark A. Smith**, who, having been duly sworn by me, states on oath the following:

1. My name is Mark A. Smith.

2. I have a Bachelor of Science in Business Administration (BSBA) from William Carey College and a Master of Business Administrator (MBA) from Mississippi College.

3. I have over 28 years of experience in the United States Army and the Mississippi National Guard.

4. In April 2003, the Adjutant General of the Mississippi National Guard, Major General Harold A. Cross, appointed me Director of Logistics of the Mississippi National Guard, a position in which I served until my retirement in 2006. During this assignment I managed over 955 soldiers, civilians, and contractors assigned throughout the state of Mississippi. I was also responsible for all logistics operations prior to, during, and after Hurricane Katrina for Mississippi. Prior to this assignment I served as a Battalion Commander and Deputy Brigade Commander in Mississippi and Fort Hood Texas. During a six month period during this time I served in both capacities. These duties included military pay, travel, resource management, training, personnel recruitment and retention, deployments, personnel actions, preparing for combat operations, and other duties as assigned. While serving as the Deputy Brigade Commander, 13th Finance Group, Fort Hood TX, I was responsible for soldiers assigned to Fort Hood, TX, Fort Bliss, TX, Fort Carson, CO, Fort Sill, OK, and supporting soldiers deployed to Iraq and other locations around the world.

EXHIBIT F

5. During my military career, which I began as a Private E-1 and ended as a Colonel O-6, I served in various leadership assignments in peace time and war time.

6. Beginning in April 2006, I served as Deputy Administrator of Operations of the Mississippi Department of Human Services (MDHS) and in 2008 was promoted to Deputy Executive Director of MDHS.

7. In 2011 to assist in the hire of workers in hard to recruit counties, MDHS-DFCS sought and obtained approval from the Mississippi State Personnel Board (SPB) to increase the starting salary for workers in Jackson, Harrison, Hancock, and Hinds Counties by the maximum of 15%.

8. After Lori Woodruff's retirement from the MDHS-Department of Family and Children's Services (DFCS) on June 30, 2012, I served as interim Deputy Administrator of MDHS-DFCS. In that capacity I was responsible for the management and oversight of MDHS-DFCS and was actively engaged in the reform efforts at MDHS-DFCS. I was primarily dedicated to the management and oversight of MDHS-DFCS.

9. While I served as interim Deputy Administrator of MDHS-DFCS, the Agency determined that the salary increase provided to the coastal counties was insufficient to recruit there. As a result, MDHS-DFCS sought and obtained approval from the SPB to increase the pay for those counties by 20% through Type Duty Location Special Compensation. Combined with the 2011 adjustment, this resulted in a total increase of 35% for the counties of Jackson, Harrison, and Hancock.

10. After Dr. Kim Shackelford was hired as Deputy Administrator of MDHS-DFCS, I resumed my duties as Executive Director of MDHS.

11. More than $4,500,000.00 was spent in order to comply with the June 24, 2013, Data Order. To produce the required data reports, it was necessary to design and implement a SQL database. MDHS-DFCS worked collaboratively with the Court Monitor and Plaintiffs to develop and approve the specifications for the reports. A Data Cleansing and Report Validation Plan was developed, implemented, and refined. A new unit was created to oversee the validation of reports. Computer hardware and software was upgraded on a statewide basis.

12. The total number of personnel involved with complying with the June 24, 2013 Data Order exceeded 225, and included DFCS staff who devoted time to the project, contractors, as well as personnel employed by the vendors who provided assistance with the project.

13. The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

14. I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the __15__ day of June, 2015.

_____
MARK A. SMITH

SWORN TO AND SUBSCRIBED BEFORE ME, this the __15__ day of June, 2015.

_____
NOTARY PUBLIC

My Commission Expires:

_____