# More glitches, costs reported in DCS computer syste

Anita Wadhwani, awadhwani@tennessean.com    *10:33 a.m. CDT June 17, 2014*



(Photo: Shelley Mays / The Tennessean / File )

On the heels of a report noting Tennessee's troubled Department of Children's Services was ge track" in caring for foster kids, a new report outlines costly delays and continued glitches in the n dollar computer system used to keep tabs on them.

The Tennessee Family and Child Tracking System, also called TFACTS, cost taxpayers $27 mil and running in 2010 and has been plagued with problems. Since 2012, DCS officials have reque received — an additional $11.8 million to patch the system.

The technology is supposed to hold the official case record of every child and family in the DCS

But it has experienced hundreds of glitches — from failing to generate automatic payments to foster parents to an inability to accurately tra neglect and child deaths.

A report filed this month with the federal court that monitors progress at DCS notes even more expense and delays — including an additio taxpayer funds approved by Gov. Bill Haslam in March to hire 13 contractors and five new staffers to help fix the system.

The report describes a dysfunctional and overloaded DCS information technology division that was handling competing directives from bot leadership and the state's Office of Information Resources, a separate agency.

A DCS leadership team expected the IT staff to make key fixes in tracking child deaths, worker caseloads and "permanency plans" that pr map for a child's future well being and stability. The state's OIR agency was asking for product upgrades and other work.

DCS' former IT former manager failed to make clear to his bosses the extent of the delays or the additional work they were being asked to said.

As a result, DCS leadership didn't learn about the ongoing problems until January — the deadline for many of the fixes.

By then, the IT department was months behind on rejiggering the system, including creating a "golden dataset" for child death and near de intended to shed light on the circumstances behind such tragedies.

Last year alone, DCS investigated 245 deaths of children in custody or who were suspected of being abused or neglected. The "golden da supposed to be operational by January, a deadline that has now been pushed until October.

The report makes clear that DCS has made a great deal of progress on the computer system, which had frustrated caseworkers even tryir data entry about the children they visited. Those day-to-day problems are largely fixed.

DCS officialsalso note there has been no delay in creating a system to accurately track child deaths — a problem that led to the resignatio previous chief Kate O'Day. The department currently uses a manual system with multiple checks to account for children who have died or spokesman Rob Johnson said. The golden dataset will automate the manual tracking system once it is in operation.

DCS' former chief information officer, Lee Gregory, resigned in March and currently serves as chief operating officer in the Office for Inforr Resources at the Department of Finance & Administration. The report praised new CIO Joseph Huertas, who formerly served in the same Texas Department of Health and Human Services, for bringing a "high level of transparency, frankness and accountability" to the work in tl since he took over.

Reach Anita Wadhwani at 615-259-8092 and on Twitter @AnitaWadhwani.

**Back to court**



EXHIBIT H