AFFIDAVIT OF JENNIFER WALKER

STATE OF MISSISSIPPI

COUNTY OF HINDS

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named **Jennifer Walker**, who, having been duly sworn by me, states on oath the following:

1. My name is Jennifer Walker.

2. On September 23, 2010, I began work at the Mississippi Department of Human Services-Division of Children and Family Services (MDHS-DFCS) as Director of Workforce Development. On November 3, 2011, I was officially promoted to my current position, MDHS-DFCS Director of Professional Development.

3. I am responsible for management and oversight of the Professional Development Unit which includes Workforce Development and Training. In this capacity, I supervise the Training Director, Workforce Development Director, and 4 support staff for the unit. I also manage and oversee the programmatic pieces of all the training coordinators' job duties. These coordinators provide training to MDHS-DFCS caseworkers and supervisors. Additionally, I oversee the contracts with the University of Southern Mississippi and the University of Mississippi for the Master of Social Work (MSW) programs as well as the contract with the University of Mississippi for the Child Welfare Training Academy.

4. When I began working with MDHS-DFCS I immediately began making contacts with universities in the state to develop relationships with the schools of social work.

5. In the Fall of 2011, MDHS-DFCS, began contracting with the University of Mississippi to develop and deliver a comprehensive pre-service and clinical supervisory training program that provides training to staff before they receive a caseload. This contract has grown

EXHIBIT L

since that time resulting in expanded training offerings to staff and to the trainers themselves so that they can better train the agency's employees.

6. MDHS-DFCS' Professional Development Unit also has contracts with the University of Southern Mississippi's and University of Mississippi's Schools of Social Work that offer coursework on DFCS' compressed days to make graduate level classes as accessible as possible for employees who are pursuing a Master's Degree in Social Work.

7. I also oversee the Professional Enhancement Scholarship which since 2008 has offered scholarships to staff in the agency who are pursuing a Master's Degree in Social Work. In exchange for scholarship monies, the state employees are obligated to work for MDHS-DFCS for a set number of years based on the amount of scholarship funds received.

8. The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

9. I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the ___12___ day of June, 2015.

_____
JENNIFER WALKER

SWORN TO AND SUBSCRIBED BEFORE ME, this the __12th__ day of June, 2015.

_____
NOTARY PUBLIC

My Commission Expires:

March 4, 2016