# App. A, Ex. 3



Summary Table: Statewide Performance for Period 4 through June 30, 2014 Based on Analyses of Data Received Through March 24, 2015[1]
[Prepared by the Office of the Court Monitor Based on DFCS Data]

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| **MSA II.A.2. Human Resources Management** | | | | |
| MSA II.A.2.a.1. and II.A.2.a.10.a. II.A.2.a.9.a. | MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements. No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. [No caseworkers shall carry a caseload exceeding three times the MSA requirements.] Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4.<br><br>[Note: Defendants report separately on workload data for caseworkers with dedicated and mixed caseloads. For the purposes of MSA requirements, the workload data must be analyzed together. When analyzed together (including carve out counties), 61% of caseworkers are carrying a caseload that does not exceed MSA requirements; 7% of caseworkers carry a caseload that exceeds twice the MSA requirements; 3% of caseworkers carry a caseload that exceeds three times the MSA requirements.] | Manual Report AR3 AR3K [Dedicated Caseload] | Performance requirement if carve out counties were excluded from the analysis:<br><br>85%<br><br>≤5%<br><br>0%<br><br>85%<br><br>≤5%<br><br>0% | **Note:** Carve out counties could not be excluded from AR3 analysis based on how data were submitted. Reliable workload data unavailable before 10/14/14.<br><br>Including carve out counties and excluding certain non-DFCS employees employed by a contractor, as of 10/14/14:<br>• 61% of caseworkers carrying a caseload not exceeding MSA requirements<br>• 12% of caseworkers carrying a caseload exceeding twice the MSA requirements<br>• 4% of caseworkers carrying a caseload exceeding three times the MSA requirements<br><br>Including carve out counties and certain non-DFCS employees employed by a contractor, as of 10/14/14:<br>• 68% of caseworkers carrying a caseload not exceeding MSA requirements<br>• 10% of caseworkers carrying a caseload exceeding twice the MSA requirements<br>• 3% of caseworkers carrying a caseload exceeding three times the MSA requirements |

[1] In some instances the data defendants produced do not reflect performance related to the full MSA requirement. Thus the performance levels set forth in this table may not be indicative of performance related to the full requirement.

1

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.A.2.a.2. and II.A.2.a.10.a. II.A.2.a.9.a | MSA requires by the end of Period 4, at least 85% of caseworkers shall carry a caseload that does not exceed MSA requirements. No more than 5% of caseworkers shall carry a caseload exceeding twice the MSA requirements. [No caseworkers shall carry a caseload exceeding three times the MSA requirements.] Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4.<br><br>[Note: Defendants report separately on workload data for caseworkers with dedicated and mixed caseloads. For the purposes of MSA requirements, the workload data must be analyzed together. When analyzed together (including carve out counties), 61% of caseworkers are carrying a caseload that does not exceed MSA requirements; 7% of caseworkers carry a caseload that exceeds twice the MSA requirements; 3% of caseworkers carry a caseload that exceeds three times the MSA requirements.] | Manual Report AR1 AR1K [Mixed Caseload] | 85%<br><br>≤5%<br><br>0%<br><br>Performance requirement does not apply to carve out counties | **Excluding carve out counties, as of 10/14/14:**<br>• 70% of caseworkers carrying a caseload not exceeding MSA requirements<br>• 4% of caseworkers carrying a caseload exceeding twice the MSA requirements<br>• 3% of caseworkers carrying a caseload exceeding three times the MSA requirements<br><br>**Including carve out counties, as of 10/14/14:**<br>• 58% of caseworkers carrying a caseload not exceeding MSA requirements<br>• 6% of caseworkers carrying a caseload exceeding twice the MSA requirements<br>• 3% of caseworkers carrying a caseload exceeding three times the MSA requirements |
| MSA II.A.2.a.6. and II.A.2.a.10.b. | MSA requires by the end of Period 4, no more than 10% of supervisors who are responsible for supervising caseworkers shall be responsible for directly supervising more than five caseworkers. Hancock, Harrison, Hinds, and Jackson Counties are exempt during Period 4. | Manual Report AR2 | <10% | **Excluding carve out counties, as of 10/14/14:** 13%<br>**Including carve out counties, as of 10/14/14:** 19% |
| MSA II.A.2.c.2. II.A.2.c.3., and II.A.2.c.6.b. | MSA requires that by the end of Period 3 [and thereafter] all new caseworkers and supervisors will complete their pre-service training consistent with MSA requirements before they assume their respective responsibilities for carrying cases and supervising. | Manual Report [MDHS Human Resources Data and DFCS Training Data] | 100% | Period 4, Caseworkers: 100%<br>Period 4, Supervisors: 100% |

2

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.A.2.c.4. and II.A.2.c.7.a. | MSA requires that by the end of Period 4 all caseworkers shall receive a minimum of 40 hours of structured ongoing in-service training each year, and all supervisors shall receive a minimum of 24 hours of ongoing in-service training each year. | Manual Report [Caseworker Ongoing Training Report and Regional Director Ongoing Training Report] | 100% | Period 4, Caseworkers: 94% Period 4, Supervisors: 100% |
| **MSA II.A.7. Recruitment and Retention of Foster Families and Therapeutic Service Providers** | | | | |
| MSA II.A.7.a. (Final IP4, Appendix 3) | MSA requires that all licensed resource families (regardless of whether they are supervised directly by DFCS or by private providers) receive at least the minimum reimbursement rate for a given level of service as established pursuant to the MSA. | MACWIS SWIP42 | [Note: Although not a Period 4 performance requirement, defendants were required to report on this during Period 4. Pursuant to the MSA, a 100% performance standard is required by the final implementation period.] | Period 4: 98% |
| **MSA II.B.1. Child Safety** | | | | |
| MSA II.B.1.b. and II.B.1.e.6. | MSA requires by the end of Period 3 [and thereafter], upon receipt of a report of child maltreatment in a group home, emergency shelter, or private child placing agency, DFCS shall undertake an investigation that is in addition to, and independent of, any child protective investigation to determine the contract provider's compliance with DFCS licensure standards. | Manual Report Licensure Investigation Report | 100% | Period 4: 100% |
| MSA II.B.1.d. | MSA requires within 30 days of the completion of any investigation of maltreatment of a child in custody, DFCS shall review the maltreatment investigation in the manner set forth in the MSA. | Manual Report MIC Review Report | 100% | Period 4: 98% |

3

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.B.1.e.2. | MSA requires by end of Period 3 [and thereafter], 100% of maltreatment investigations shall be initiated within 24 hours and completed with supervisory approval within 30 days. | MWZ1271G SWZ1271G | 100% | Period 3: 36%[2] Period 4: 56% |
| MSA II.B.1.e.3. | MSA requires by end of Period 3 [and thereafter], 100% of children who remain in the same out of home placement following an investigation of maltreatment or corporal punishment in that placement shall be visited by a caseworker two times per month for three months after the conclusion of the investigation. | MWLS55SA SLS55AD&S | 100% | Period 3: 88% Period 4: 75% |
| **MSA II.B.2. Child Placement** | | | | |
| MSA II.B.2.a., II.B.2.p.2., and II.B.2.p.4.-5. | MSA requires by the end of Period 3 [and thereafter], 100% of children shall be placed or remain in a foster care setting that meets licensure standards consistent with MSA requirements, unless so ordered by the Youth Court over DFCS objection. | MWLS319D (originally MWZ0151) SLS319D | 0 children | Period 3: 471 children Period 4: 482 children Placements do not meet licensure standards |
| | | PAD7 S-PAD7 | 100% | Period 3: 90% Period 4: 93% Placements despite objections |
| Changes were made to answer responses to a question on the PAD related to Report 7 in December 2013 and April 2014. Data for the period ending June 30, 2013 are based upon responses to the pre-modified answer options. Data for the period ending June 30, 2014 include responses based on answer options that were available after the modifications. The first monthly report reflecting responses based only on answer options that were available after April 2014 is the October 2014 report, which is after the end of Period 4. Data for the period ending June 30, 2014 are based on questions included in the PAD prior to the December 2013 and April 2014 modifications and are identified in red above. | | | | |
| MSA II.B.2.f. and II.B.2.q.7. | MSA requires by the end of Period 4, 85% of children in custody shall be placed in the least restrictive setting that meets their individual needs, consistent with MSA requirements. | PAD-9 SPAD9 | 85% | Period 3: 97% Period 4: 96% |
| The wording of a question on the PAD related to Report 9 was modified in December 2013. Data for the period ending June 30, 2013 are based upon responses to the pre-modified question. Data for the period ending June 30, 2014 are based upon responses to the modified question and are identified in red above. | | | | |
| MSA II.B.2.g. and II.B.2.q.11. | MSA requires that by the end of Period 4 at least 90% of children who entered DFCS custody shall be placed within his/her own county or within 50 miles of the home from which he/she was removed unless one of the exceptions provided in the MSA is documented as applying. | MWLS314 SLS314 | 90% | Period 3 (excludes sibling exception): 94% Period 4 (excludes sibling exception): 95% Period 3 (includes sibling exception): 98% Period 4 (includes sibling exception): 99% |

---

[2] Findings related to Period 3 are not presented for all requirements because either the data were not required to be produced, were not produced, or were produced but not reliable.

4

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| MSA II.B.2.h. and II.B.2.q.8. | MSA requires by the end of Period 4, 90% of siblings who entered custody at or near the same time be placed together consistent with MSA requirement. | MWLS316 SLS316 | 90% | Period 3: 85% Period 4: 75% |
| MSA II.B.2.i. and II.B.2.q.9. | MSA requires by the end of Period 4, 60% of children placed in a new placement during the period shall have their currently available medical, dental, educational, and psychological information provided to their resource parents or facility staff no later than at the time of any new placement during the period. | PAD-10 SPAD10 | 60% | Period 3: 19% Period 4: 20% |
| | In December 2013 a question was added, the wording of one question was amended, and the instructions were changed for one question on the PAD related to Report 10. Data based only on responses to the amended PAD were available beginning with the period ending May 2014. However, defendants did not produce the data based on responses to the amended PAD prior to the period ending October 2014, which was after the end of Period 4. Data for the period ending June 30, 2014 are based on questions included in the PAD prior to the December 2013 modification and addition and are identified in red above. | | | |
| MSA II.B.2.k. and II.B.2.p.8. | MSA requires by end of Period 3 [and thereafter], no foster children shall remain in an emergency or temporary facility for more than 45 days unless exceptional circumstances and Field Operations Director has granted express written approval. | MWLS50D SLS50D | 0 children | Period 3: 24 children Period 4: 17 children |
| MSA II.B.2.m. | MSA requires that sibling groups in which one or more of the siblings are under the age of 10 shall not be placed in congregate care settings for more than 45 days. | MWLS53HS SLS53H | [Note: Defendants were required to report on this starting in Period 3. Pursuant to the MSA, a 100% performance standard is not required until the final implementation period.] | Period 3: 13 sibling groups Period 4: 17 sibling groups |
| MSA II.B.2.m. and II.B.2.q.2. | MSA requires by end of Period 4, no children under 10 placed in congregate care unless exceptional needs and/or sibling group member and express written approval by Regional Director. | MWLS52HS SLS52H | 0 children | Period 3: 11 children Period 4: 50 children |

5

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| | **MSA II.B.3.  Physical and Mental Health Care** | | | |
| MSA II.B.3.a. and II.B.3.j.1. | MSA requires by the end of Period 4, 70% of children entering custody receive a health screening evaluation as recommended by American Academy of Pediatrics from a qualified medical practitioner within 72 hours after placement. | MWLS315 SLS315 | 70% | Period 3: 28% Period 4: 27% |
| MSA II.B.3.b. and II.B.3.j.2. | MSA requires by the end of Period 4, 70% of children entering custody receive a comprehensive health assessment within 30 calendar days consistent with MSA requirement. | MWLS315 SLS315 | 70% | Period 3: 34% Period 4: 33% |
| MSA II.B.3.e. and II.B.3.j.4. | MSA requires by the end of Period 4, 75% of children three years old and older entering custody or in care and turning three years old during the Period shall receive a dental examination within 90 days of placement or their third birthday. | PAD-27m1m3 SPAD27m1 | 75% | Period 3: 49%[3] Period 4: 55% |
| MSA II.B.3.e. and II.B.3.j.5. | MSA requires that by the end of Period 4, at least 80% of children in custody during the Period shall receive a dental examination every six months consistent with MSA requirements and all medically necessary dental services. | PAD-27m2m3 SPAD27m2 | 80% | Period 3: 54% Period 4: 52% |
| MSA II.B.3.f. and II.B.3.j.6. | MSA requires that by the end of Period 4 at least 70% of children four years old and older entering custody during the Period or in care and turning four years old during the Period shall receive a mental health assessment by a qualified professional within 30 calendar days of foster care placement or their fourth birthday, respectively. | PAD-25 S-PAD25 | 70% | Period 3: 49% Period 4: 47% |

A modification was made to the PAD in November 2013 impacting Report 25 to allow for data collection about children turning four-years old during the period.  Monthly data reports including data on this cohort of children was submitted to the Monitor beginning with the period ending September 30, 2014.  Consequently, this chart excludes children who turned four during the period ending June 30, 2014.

---

[3] In the Monitor's May 2014 Report, defendants' performance during Period 3 was reported as 47%.  That analysis, which was based on the data submitted by defendants, excluded data regarding children who were in care and turned three during the period under review.  In order to include this cohort in the analysis presented above, the Monitor combined data from a different data report and reanalyzed Period 3 performance, which is reported above as 49%.

| Cite | MSA Requirement | DFCS Report Name(s) (Legacy and Current) | Period 4 Performance Requirement | Statewide Performance as of June 30, 2014 (unless otherwise specified below) |
|---|---|---|---|---|
| **MSA II.B.5. Worker Contact and Monitoring** | | | | |
| MSA II.B.5.a. and II.B.5.f.1. | MSA requires by the end of Period 4, 80% of children shall receive documented twice-monthly in-person visits by the assigned caseworker consistent with MSA requirement. | MWZWC5D SWZC5D | 80% | Period 3: 53%[4] Period 4: 67% |
| MSA II.B.5.b. and II.B.5.f.2. | MSA requires by end of Period 4, 60% of children with a goal of reunification shall have their assigned DFCS caseworker meet monthly with the child's parents, during the Period, consistent with MSA requirements, and the visit shall be documented in the case record. | MWZWCR3 SZWCR3 | 60% | Period 3: accurate data not available Period 4: 38% |
| MSA II.B.5.c. and II.B.5.f.3. | MSA requires by the end of Period 4, 60% of therapeutic resource parents have a worker visit the home monthly to share relevant information, evaluate the child's safety, needs, and well being, and monitor service delivery and achievement of service goals. | PAD3 SPAD3 | 60% | Period 3: 70% Period 4: 73% Content and frequency of visit (for placements subject to FCR) |
| MSA II.B.5.c. and II.B.5.f.3. | MSA requires by the end of Period 4, 60% of non-therapeutic resource parents have a worker visit the home monthly to share relevant information, evaluate the child's safety, needs, and well being, and monitor service delivery and achievement of service goals. | MWZPLMC SZPLMC | 60% | Period 3: 45% Period 4: 49% Frequency of visit (for all applicable placements) |
| | | PAD2 SPAD2 | 60% | Period 3: 70% Period 4: 70% Content and frequency of visit (for placements subject to FCR) |
| **MSA II.C. Outcome Measures** | | | | |
| MSA II.C.1.a. and II.C.1.c.1. | MSA requires by the end of Period 4, at least 75% of children state-wide in care less than 12 months from the time of latest removal from home shall have had two or fewer placements. | MWZPLM5S SZPLM5 | 75% | Period 3: 77% Period 4: 79% |
| MSA II.C.2.a. and II.C.2.c.1. | MSA requires that by the end of Period 4, the rate of abuse or maltreatment in care shall not exceed 0.5%. | MWBRD06 SMWBRD06 | < 0.5% | Defendants notified the Monitor that they are submitting revised data responsive to this requirement. As of May 27, 2015, the revised data was not submitted. |

---

[4] In the Monitor's May 2014 Report, defendants' performance during Period 3 was reported as 55%. In April 2014, defendants submitted revised data reports and reproduced historical data back to July 2012. The submission was made too late for the Monitor to analyze for the May 2014 report. The performance for Period 3 that is reflected above is based on the data submitted by defendants in April 2014.

7