**MDHS DIVISION OF FAMILY AND CHILDREN'S SERVICES**
**Safety, Permanency, and Well-Being**

# Division of Family & Children's Services (DFCS) Continuous Quality Improvement (CQI) Corrective Action Tracking Process

Quality Plan Version Control

| Version | Date | Author | Change Description |
|---|---|---|---|
| 1.0 | March 5, 2014 | C Greer | Initial Release |
|  |  |  |  |

*DFCS CQI Corrective Action Tracking Process*

1.0

DHS
362696

EXHIBIT R
tabbles®

## Overview

During the course of the CQI review process, reviewers or other staff performing the review activity may identify an issue which meets the criteria for an imminent safety concern constituting the need for corrective action. Case practice or systemic issues that warrant follow up and corrective action in addition to child-specific threat to a child's permanency, stability, or well-being should also be identified and reported through the corrective action process. The Office of CQI uses the same corrective action procedures and time frames for all review processes in order to ensure consistency in corrective action tracking across all review activities. The detailed process that follows addresses the distribution, prioritization, tracking and follow-up of all reported corrective actions as identified in the CQI review activities of the Foster Care Review (FCR) Unit, Evaluation and Monitoring Unit (EMU) and Safety Review Unit (SRU).

## I. Distribution of Corrective Actions

- As safety concerns are identified during the review process, staff identifying the concern immediately notifies the county office Regional Director or his/her designee and a CQI review unit supervisor of the findings. The CQI review unit supervisor is responsible for ensuring all pertinent information is entered in the HelpDesk Expert Automation Tool (HEAT) tracking system, creating a HEAT tracking number for the case in which the concern was identified. The CQI review unit supervisor completes a HEAT assignment detailing the concern(s) the same day or within 24 hours the concern is identified to the Regional Director or his/her designee for follow up of corrective action with the appropriate field staff.

- As the HEAT assignment is made, a system generated email is sent to the person(s) receiving the HEAT assignment notifying them a HEAT assignment exists for corrective action follow up. The assignee must log in to the HEAT software (a web-based software application) and acknowledge they have received notification of the HEAT assignment.

- For safety concerns, the time to initiate corrective action is five (5) calendar days. For practice concerns, the time to initiate is twenty (20) working days. The HEAT system is designed to send a system generated notification emails at various stages during the corrective action HEAT tracking. **Appendix A** lists all system generated notification emails and who the emails are sent to as a tool to assist in notification of deadlines approaching for corrective action completions.

- The HEAT tracking system CQI module was designed for tracking of safety and case practice corrective actions identified through all CQI review processes. **Appendix B** 'DFCS CQI HEAT Instructions provides screen prints and detailed instructions of how to navigate through the HEAT system to update HEAT tickets with corrective action information.

DHS
362697

# II. Prioritizing and Addressing Corrective Actions

### *Safety Concerns*

- As imminent safety concerns are identified through any CQI review process, CQI staff report to CQI review team supervisors who report the concern to the Regional Director or his/her designee, Field Operations Director and CQI Director and enter a corrective action HEAT assignment detailing the concern(s) the same day or within 24 hours the concern is identified. All safety concerns are entered in HEAT as a 'Priority 1' assignment (5 calendar day initiation period). NOTE: FCR staff report all maltreatment in care not previously reported to the Abuse Neglect Hotline for investigation. The Regional Director or his/her designee is responsible for immediate corrective action follow up with the responsible Area Social Work Supervisor (ASWS) and/or worker concerning the imminent safety of a child(ren).

- Upon receiving the system-generated email notification of a HEAT ticket assignment for corrective actions involving the safety of a child, the Regional Director or his/her designee is responsible for initiating follow up action within 5 calendar days of the HEAT corrective action assignment date. The Regional Director and/or Regional ASWS determine who will be responsible for planning and initiating corrective actions and how the plan will be carried out in the event of an imminent concern, depending upon the nature of the concern. The Regional Director and/or Regional ASWS are responsible for oversight of the corrective action taken prior to the closing information being entered in HEAT concerning the assignment to ensure the steps taken completely addressed the concern, followed policy and practice, and eliminated the safety risk for the child or children. Actions taken must specifically address the safety (or other) concerns noted by the CQI reviewer for the child(ren) in question *and must also address the safety of any other children in the home.* Corrective action steps must be documented in HEAT within the 5 calendar day period.

### *Practice Concerns*

- As practice concerns and/or systemic issues that warrant corrective action in addition to child-specific threat to a child's permanency, stability, or well-being are identified through any CQI review process, CQI staff report to CQI review team supervisors who enter a corrective action HEAT assignment detailing the concerns within three (3) working days of the concern being identified. All practice concerns are entered in HEAT as 'Priority 2' assignments (20 working day initiation). Corrective action steps must be documented in HEAT within the 20 working day period.

- The Regional Director or his/her designee is responsible for corrective action follow up with the responsible ASWS and/or worker for planning and

DHS
362698

initiating corrective action and how the plan will be carried out. The Practice Model (PM) supervisory staff is responsible for oversight of the corrective action taken by reviewing the follow-up information being entered in HEAT concerning the assignment to ensure the steps taken completely addressed the concern and followed policy and practice. Actions taken must specifically address the practice (or other) concerns noted by the CQI reviewer for the child(ren) in question. Reported practice issues that may potentially affect an entire region will be assigned by the PM supervisory staff to the PM coaches for targeted training for the staff of their respective regions. Targeted training with worker/county/region is an ongoing task with PM coaching staff and will continue outside of the 20 working day period noted for the corrective action to be completed.

## III. CQI Follow-Up of Corrective Actions

### Resolved Assignments

> ➤ When the HEAT assignee enters a closing description and resolved date for any assignment, a system generated email is sent to the CQI staff that made the assignment. After receiving the system generated email, CQI staff review each HEAT assignment to ensure all actions taken specifically addressed the concern(s) identified during the review process. During the final review of each assignment if CQI staff determines that the information does not support the correction of all identified concerns for the assignment, the Regional Director or his/her designee, Field Operations Director and CQI Director will be notified to point out concerns for follow up.

> ➤ The Regional Director or his/her designee is responsible for additional follow up to resolve the concerns from CQI. If no action is taken to resolve the additional concerns, CQI supervisor staff notifies the Director of CQI who alerts the Office of Field Operations and the DFCS Deputy Administrator escalating the safety concern to ensure action is taken. The Office of Field Operations with support from the Deputy Administrator if needed alert the responsible field staff requiring immediate action to resolve the situation. If immediate action is not taken, disciplinary action will be completed by the Field Operations Director who will then be responsible for oversight of the corrective action being completed immediately. The CQI Director will continue follow up to ensure corrective action is taken and the corrective action loop is closed. Once the corrective action loop is closed completely, CQI supervisor staff will close the HEAT assignment meaning all identified concerns for the assignment were resolved.

### Unresolved Assignments

> ➤ *Safety Concerns* – If there has been no action taken for a safety concern HEAT assignment within 4 days of assignment, a system generated email is sent to the CQI supervisor staff that made the assignment who in turn notifies the Director of CQI who alerts the Office of Field Operations and the DFCS Deputy Administrator escalating the safety concern to ensure action is

DHS
362699

taken. The Office of Field Operations with support from the Deputy Administrator if needed alert the responsible field staff requiring immediate action to resolve the situation. If immediate action is not taken, disciplinary action will be completed by the Field Operations Director who will then be responsible for oversight of the corrective action being completed immediately. The CQI Director will continue follow up to ensure corrective action is taken and the corrective action loop is closed. Once the corrective action loop is closed completely, CQI supervisor staff will close the HEAT assignment meaning all identified concerns for the assignment were resolved.

> *Practice Concerns* – If there has been no action taken for a practice concern (or other) HEAT assignment within 19 days of assignment, a system generated email is sent to the CQI supervisor staff that made the assignment who in turn notifies the Director of CQI who alerts the Office of Field Operations and the DFCS Deputy Administrator to ensure action is taken to resolve the reported concern(s). The Office of Field Operations with support from the Deputy Administrator if needed alert the responsible field staff requiring immediate action to resolve the situation. If immediate action is not taken, disciplinary action will be completed by the Field Operations Director who will then be responsible for oversight of the corrective action being completed. The CQI Director will continue follow up to ensure corrective action is taken and the corrective action loop is closed. Once the corrective action loop is closed completely, CQI supervisor staff will close the HEAT assignment meaning all identified concerns for the assignment were resolved.

For timely completion of all reported safety concerns DFCS currently implements a five (5) day completion period. For timely completion of all reported practice concerns, DFCS currently implements a twenty (20) day completion period. The MSA does not specify a time frame for "timely completion" of corrective actions related to either safety concerns or case practice concerns. In the event circumstances beyond DFCS' control prevent a timely completion of the corrective action, the details of the situation will be documented in the HEAT corrective action description by the assignee.

## IV. CQI Corrective Action Data Reporting

> The Office of CQI generates reports from the HEAT tracking system to assist management in tracking overdue correction action assignments. These reports are distributed to Regional Directors or his/her designee, the CQI Director, Field Operations Director and Deputy Administrator to alert them of overdue corrective action assignments. All are responsible for continued follow up and improvements with responsible staff in meeting the time frames for timely completion of corrective actions. These reports will be submitted to the Court Monitor on a monthly basis beginning May 1, 2014.

DHS
362700

# VI. Appendices

## APPENDIX A

## HEAT Notification EMAIL Messages

| | Global or Division | Condition for Email to be sent | EMAIL Notification Sent To | |
|---|---|---|---|---|
| | | | Ticket Owner | Assignee |
| 1 | Global | When an Assignment is created and a Assignee is selected | | X |
| 2 | Global | When an Assignment is Acknowledged by the Assignee | X | |
| 3 | Global | When an Assignment is NOT Acknowledged by the Assignee within 24 hours | X | X |
| 4 | Global | When All Assignments are resolved | X | |
| 5 | Global | When each Assignment is resolved | X | |
| 6 | Global | Ticket is closed. (closed only by Tracker after all Assignments have been closed) | X | |
| 7 | ALL CQI | Any field changed on the Ticket | X | |
| 8 | ALL CQI | Priority 1 (Safety Issue) Assignments is NOT resolved in 4 days | X | X |
| 9 | ALL CQI | Priority 2 (Practice Issue) Assignments is NOT resolved in 19 days | X | X |

DHS 362701

## APPENDIX B

## DFCS CQI HEAT Instructions for CQI Corrective Action
## Updated 02/24/2014



User ID will be your mw number. The password is heatt. After entering this password, you will be prompted to create your own, unique, password.

DHS
362702



This is the Call Logging tab. It is the tab that the Safety Review Unit, Foster Care Review, AFCARS, Data Validation, Complaints, and Evaluation and Monitoring will enter basic information such as the review type, region, county, and an opening description as to the nature of the call (Heat ticket). It is also the tab that the <u>above units</u> will use to close the ticket once the field completes their portions of the assignment tabs.

DHS 362703



This is the Details tab. This is where the Safety Review Unit, Foster Care Review, and Evaluation and Monitoring will enter child specific information (Child MACWIS ID number, first and last name).

DHS
362704



This is the Attachments tab. This is where the Safety Review Unit, Foster Care Review, and Evaluation and Monitoring will (if applicable) attach any needed files for your information such as the Maltreatment in Care Review Instrument, copies of court orders, copies of case narratives, etc.)

DHS
362705



To go to a particular "ticket", click on "File". In the drop down menu, select "Go to Call".

DHS
362706



In the box illustrated above, enter the HEAT ticket number for the call for which you want to go work. The ticket number will be in the bpam generated email you received when an assignment is made to you by Safety Review Unit, Foster Care Review, or Evaluation and Monitoring.

DHS
362707



**This is the Assignment tab.** This is where Safety Review Unit, Foster Care Review, and Evaluation and Monitoring will enter the assignment for the applicable region and assignee. In this case, this was an assignment to a Regional Director from the Safety Review Unit. The Safety Review Unit entered it as a Priority 2 (Practice Issues) which require a 20 day response. Also notice that the Assignments tab has a "2" next to it in parenthesis. This means that there are two assignments (this one, and another one on another Assignments tab). On these tabs, the Safety Review Unit, Foster Care Review, and Evaluation and Monitoring will enter the specific details describing the identified issue. Once this is done, you will receive a system generated email as notification of the assignment in HEAT. **This will require you to log into HEAT, go to the Assignment tab(s), and acknowledge the assignments by right clicking (as illustrated above) next to the "Acknowledge By" (not in the actual box) and selecting "Acknowledge Assignment". You will then "save" your changes (click on the blue icon that looks like a computer disc located above the header "CQI Reviewer Subset". Once you click save, HEAT will generate the MW number of the person acknowledging the assignment and add a date and time of the acknowledgement.**

DHS
362708



This is a continuation of the Assignment tab (scrolling down). You have acknowledged the assignment(s), now you are ready to document your corrective action. To do this you will click on the drop down box next to Resolution Code (as illustrated above). You have several options but if you are completing your assignment you will click "Completed".

DHS
362709



Continuing on the Assignment tab(s), you have entered your Resolution Code. You now want to log that you have resolved the assignment by right clicking next to "Resolved By" (not in the box). In the drop-down menu, you will select "Resolve Assignment". This will log your MW number, date, and time the ticket/issue was resolved.

<u>IT IS IMPORTANT TO REMEMBER THAT YOU ARE TO ACKNOWLEDGE AND RESOLVE ALL ASSIGNMENTS IN ORDER FOR THE HEAT TICKET TO CLOSE.</u>

DHS
362710



After you have resolved the assignment(s), you will go back to the "Call Log" tab and enter in the Close Description box (in detail) what corrective action steps you and your staff took. <u>If you are going to copy and paste a narrative into this Close Description box (for example, from an email or a Word document), you can right click and copy from the email or Word document but in order to paste it into the Close Description box in Heat, you will need to press Ctrl V.</u> After you have done this you will click on the "save" icon which looks like a blue computer disc and is located above the header "CQI Reviewer Subset" (see arrow).

DHS
362711