**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                PLAINTIFFS

V.                                                      CIVIL ACTION NO.  3:04CV251LN

HALEY BARBOUR, et al.                                                    DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given, pursuant to local rules, that Plaintiffs have this day served in the

above action the following:

***Plaintiffs' Supplemental Response to Defendants' First Set of Interrogatories Relating
to Plaintiffs' Renewed Motion for Contempt***

The undersigned retains the original of the above documents as custodian thereof pursuant to local

rules.

RESPECTFULLY SUBMITTED, this the 23rd day of June, 2015.

     s/ Michael J. Bentley
W. Wayne Drinkwater, Jr. (MBN 6193)
wdrinkwater@babc.com
Michael J. Bentley (MBN 102631)
mbentley@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capital Street, Suite 450
Jackson, MS 39201
(601) 948-8000

Marcia Robinson Lowry (MBN 43991 *pro hac vice*)
Sara Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, NY 10514
(646) 808-7344

4/454794.1

Christian Carbone (MBN 43986 *pro hac vice*)
Dan Friedman, Esq.
LOEB & LOEB LLP
345 Park Ave.
New York, NY 10154
(212) 407-4000

PLAINTIFFS' COUNSEL

## CERTIFICATE OF SERVICE

I certify that on June 23, 2015, I served the following via ECF filing system, which will give notice to all counsel of record.

s/ Michael J. Bentley
COUNSEL FOR PLAINTIFFS

4/454794.1