THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **JAMES D. JOHNSON, as next friend to** <br> **Olivia Y., et al.** | **PLAINTIFFS** |
| **vs.** | **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB** |
| **PHIL BRYANT, as Governor** <br> **of the State of Mississippi, et al.** | **DEFENDANTS** |

### JOINT MOTION FOR ENTRY OF AN INTERIM REMEDIAL ORDER

The parties jointly file this motion for entry of an Interim Remedial Order as contemplated by paragraph 6 of the July 23, 2015 Agreed Order Continuing the Hearing on Plaintiff's Renewed Motion for Contempt (the "Agreed Order") [Dkt. 664 at 3-4] and in support of this Motion state as follows:

1. On July 23, 2015, this Court entered the Agreed Order directing that the parties negotiate a Court-enforceable Remedial Order based on the recommendations of the Final Organizational Analysis Report to be presented by Public Catalyst [Dkt. 664 at 3].

2. The parties have reached an agreement as to an Interim Remedial Order based on the recommendations of the Final Organizational Analysis Report prepared by Public Catalyst and which is being submitted to the Court contemporaneously with the filing of this joint motion.

3. Due to the self-explanatory nature of this joint motion, the parties respectfully request that the Court waive any requirement that a supporting memorandum of law be filed.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request that this Court enter the Interim Remedial Order and for such other and further relief, in law or in equity, to which they may be entitled.

Respectfully submitted, this the 18th day of December, 2015.

/s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

***COUNSEL FOR THE DEFENDANTS***


/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 18th day of December, 2015.

      /s/  Dewitt L. ("Rusty") Fortenberry, Jr.