

-00251-HSO-ASH    Document 672    Filed 12/30/15

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

39201@502B

NIXIE    392    FE 1    0012/28/15
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 39201502825    *1966-00006-28-17

Return to Sender

RECEIVED DEC 30 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MS

02 1P
0000846539
MAILED FROM ZIP CODE 39201
DEC 22 2015
$ 000.70⁵
PITNEY BOWES
UNITED STATES POSTAGE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., *et al.* | PLAINTIFFS |
| vs. | CIVIL ACTION NO: 3:04-CV-251-TSL-FKB |
| PHIL BRYANT, as Governor of the State of Mississippi, *et al.* | DEFENDANTS |

## INTERIM REMEDIAL ORDER

As contemplated by Paragraph 6 of the July 23, 2015 Agreed Order Continuing the Hearing on Plaintiffs' Renewed Motion for Contempt (the "Agreed Order") [Dkt. 664 at 3-4], the Court has been advised that the parties have negotiated this Interim Remedial Order based on the recommendations of Public Catalyst. Having reviewed the Interim Remedial Order, the Court finds that it is consistent with the Agreed Order and orders as follows:

1. Defendants will, not later than the date this order is signed, begin implementing an "in-but-not-of" model that houses the Division of Family and Children's Services ("DFCS") within the Mississippi Department of Human Services ("MDHS"), independent of MDHS management and oversight. DFCS will be led by an Executive Director reporting directly to the Governor. DFCS will begin oversight of its own budget, personnel, and management information system