

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

39201@5028

RECEIVED
DEC 30 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS

NIXIE     381    FE 1           0012/26/15
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 39201502825          *1147-04520-26-37

cv-00251-HSO-ASH    Document 673    Filed 12/30/15

02 1P
0000846539
MAILED FROM ZIP CODE 39201
UNITED STATES POSTAGE
PITNEY BOWES
$ 000.705
DEC 22 2015

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to                           PLAINTIFFS
Olivia Y., *et al.*

vs.                                    CIVIL ACTION NO: 3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor                                      DEFENDANTS
of the State of Mississippi, *et al.*

### INTERIM REMEDIAL ORDER

As contemplated by Paragraph 6 of the July 23, 2015 Agreed Order Continuing the Hearing on Plaintiffs' Renewed Motion for Contempt (the "Agreed Order") [Dkt. 664 at 3-4], the Court has been advised that the parties have negotiated this Interim Remedial Order based on the recommendations of Public Catalyst. Having reviewed the Interim Remedial Order, the Court finds that it is consistent with the Agreed Order and orders as follows:

1.   Defendants will, not later than the date this order is signed, begin implementing an "in-but-not-of" model that houses the Division of Family and Children's Services ("DFCS") within the Mississippi Department of Human Services ("MDHS"), independent of MDHS management and oversight. DFCS will be led by an Executive Director reporting directly to the Governor. DFCS will begin oversight of its own budget, personnel, and management information system