# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JAMES D. JOHNSON, as next friend to**                      **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**             **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

**PHIL BRYANT, as Governor**                                  **DEFENDANTS**
**of the State of Mississippi, et al.**

## JOINT NOTICE OF INTENT TO REQUEST REDACTION

The parties jointly file this notice that a redaction request regarding the transcript from the court proceeding held December 21, 2015 shall be filed directly with the court reporter within 21 days from the date of the filing of the transcript in this cause.

Respectfully submitted, this the 13th day of January, 2016.

                                       /s/ Kenya Key Rachal
                                       Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
                                       Kenya Key Rachal (MSB # 99227)
                                       Ashley Tullos Young (MSB # 101839)
                                       BAKER, DONELSON, BEARMAN, CALDWELL
                                       & BERKOWITZ, PC
                                       4268 I-55 North
                                       Meadowbrook Office Park
                                       P.O. Box 14167
                                       Jackson, Mississippi 39211
                                       Telephone: (601) 351-2400
                                       Facsimile: (601) 351-2424

                                       Harold Pizzetta, III, Esq.
                                       Assistant Attorney General
                                       General Civil Division
                                       Carroll Gartin Justice Building
                                       430 High Street
                                       Jackson, MS 39201

                                       ***COUNSEL FOR THE DEFENDANTS***

2

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Kenya Key Rachal, do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 13th day of January, 2016.

/s/ Kenya Key Rachal