## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JAMES D. JOHNSON, as next friend to**                **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**              **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

**PHIL BRYANT, as Governor**               **DEFENDANTS**
**of the State of Mississippi, et al.**

---

### JOINT MOTION FOR ADDITIONAL REDACTIONS

---

The parties jointly file this motion for additional redaction of the transcript from the court proceeding held December 21, 2015, and in support thereof state as follows:

1. The transcript from the December 21, 2015, hearing includes information about a minor that is not included within the personal identifiers of the court's redaction policy. This information also implicates the August 5, 2004 Confidentiality Order [Dkt. No. 46] in this case.

2. On January 6, 2016, the Court Monitor's Interim Report to the Court Regarding Defendants' Performance During Period 5 was filed with the Court [Dkt. No. 674]. The appendix of the report includes the Confidential Independent Review of Child Death by Judith Meltzer ("Review"). To ensure conformity with the Confidentiality Order, in consultation with Ms. Meltzer and the parties, the monitor redacted certain information in the Review.

3. Consistent with those redactions and in consideration of the Confidentiality Order, the parties agree that redaction of the minor's age located on page 8, line 2 of the transcript is necessary.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request that this court enter an order granting redaction of the minor's age located on page 8, line 2 of the transcript and for such further relief, in law or in equity, to which they may be entitled.

Respectfully submitted, this the 29th day of January, 2016.

/s/ Kenya Key Rachal
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley Tullos Young (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

**COUNSEL FOR THE DEFENDANTS**

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Kenya Key Rachal, do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 29th day of January, 2016.

/s/ Kenya Key Rachal