# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES D. JOHNSON, as next friend to**     **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**     **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

**PHIL BRYANT, as Governor**     **DEFENDANTS**
**of the State of Mississippi, et al.**

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL REDACTIONS

This cause came before the Court on the parties' Joint Motion for Additional Redactions. Having considered the Motion, the Court finds it well taken and that the requested relief shall be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the December 21, 2015 transcript be redacted as to the minor's age located on page 8, line 2.

SO ORDERED, this 1st day of February, 2016.

                                   /s/Tom S. Lee
                                   SENIOR JUDGE TOM S. LEE