3:04cv251

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 08 2016
BY _____ DEPUTY
ARTHUR JOHNSTON



RECEIVED
FEB 03 2016
Clerk, U.S. District Court
Southern District of Miss.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.48⁵
0000846539    FEB 01 2016
MAILED FROM ZIP CODE 39201

Richard Ferguson
11361 Road #397
Phildelphia, MS 39350

NIXIE        392  DE 1           0002/03/16
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 39201502299        *1466-02454-01-40

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to Olivia Y., et al. | PLAINTIFFS |
| vs. | CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB |
| PHIL BRYANT, as Governor of the State of Mississippi, et al. | DEFENDANTS |

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL REDACTIONS

This cause came before the Court on the parties' Joint Motion for Additional Redactions. Having considered the Motion, the Court finds it well taken and that the requested relief shall be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the December 21, 2015 transcript be redacted as to the minor's age located on page 8, line 2.

SO ORDERED, this 1st day of February, 2016.

/s/Tom S. Lee
SENIOR JUDGE TOM S. LEE