

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301



# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to               PLAINTIFFS
Olivia Y., et al.

vs.                                CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor                          DEFENDANTS
of the State of Mississippi, et al.

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL REDACTIONS

This cause came before the Court on the parties' Joint Motion for Additional Redactions. Having considered the Motion, the Court finds it well taken and that the requested relief shall be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the December 21, 2015 transcript be redacted as to the minor's age located on page 8, line 2.

SO ORDERED, this 1st day of February, 2016.

/s/Tom S. Lee
SENIOR JUDGE TOM S. LEE

JM FDB 1476181 v2
2902819-000001 01/29/2016