**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

RECEIVED
FEB 17 2016
Clerk, U.S. District Court
Southern District of Miss.

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

NIXIE    300    DE 1        0002/10/16

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC: 39201502299    *1466-02457-01-40

3:04cv251

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 17 2016
ARTHUR JOHNSTON
BY _____ DEP___

UNITED STATES POSTAGE
$ 000.48⁵
PITNEY BOWES
02 1P
0000846539    FEB 01 2016
MAILED FROM ZIP CODE 39201

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to        **PLAINTIFFS**
Olivia Y., et al.

vs.                                         CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor                    **DEFENDANTS**
of the State of Mississippi, et al.

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL REDACTIONS

This cause came before the Court on the parties' Joint Motion for Additional Redactions. Having considered the Motion, the Court finds it well taken and that the requested relief shall be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the December 21, 2015 transcript be redacted as to the minor's age located on page 8, line 2.

SO ORDERED, this 1st day of February, 2016.

/s/Tom S. Lee
SENIOR JUDGE TOM S. LEE

JM FDB 1476181 v2
2902819-000001 01/29/2016