IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to                                    PLAINTIFFS
Olivia Y., et al.

vs.                                        CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor                                               DEFENDANTS
of the State of Mississippi, et al.

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
AWARD OF CLASS COUNSEL'S FEES AND EXPENSES**

1.      Plaintiffs have submitted a Motion for Award of Class Counsel's Fees and

Expenses ("Motion") [Dkt. 686] seeking to recover attorneys' fees and expenses from the

Defendants in the amount of $345,698.11 for the monitoring and enforcement of the Modified

Settlement Agreement and Reform Plan [Dkt. 571], from December 1, 2014, through November

30, 2015.

2.      The Defendants oppose Plaintiffs' Motion on the grounds that the hourly rates

sought by Plaintiffs are excessive and do not represent a reasonable hourly billing rate within the

relevant market.

3.      The hourly rates previously agreed to by the parties continue to be reasonable and

customary in the Southern District of Mississippi and the attorneys' fees and expenses awarded

Plaintiffs' should be $240,617.36.

4.      In support of their Response in Opposition, Defendants rely upon the legal

arguments and authorities set forth in its separately filed Memorandum.

5.      In addition, Defendants rely on the following exhibit in support of their Response

in Opposition:

1

EXHIBIT A:  Declaration of Dewitt L. ("Rusty") Fortenberry, Jr..

Respectfully submitted, this the 18th day of April, 2016.

s/ Dewitt L. ("Rusty") Fortenberry, Jr.
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
P.O. Box 14167
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424


Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
Telephone: (601) 359-3816
Facsimile: (601) 359-2003

***COUNSEL FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I, Dewitt L. Fortenberry, Jr., do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the 18th day of April, 2015.

/s/  Dewitt L. ("Rusty") Fortenberry, Jr.