IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to　　　　　　　　　　　　PLAINTIFFS
Olivia Y., et al.

vs.　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor　　　　　　　　　　　　　　　　DEFENDANTS
of the State of Mississippi, et al.

### DECLARATION OF DEWITT L. ("RUSTY") FORTENBERRY, JR.

I, Dewitt L. ("Rusty") Fortenberry, Jr., declare as follows pursuant to 28 U.S.C. §1746:

1. I am over the age of 18 and have personal knowledge of the facts set forth below.

2. I was admitted to the Mississippi Bar in 1984 and have been a member of the Bar since my admission. I am counsel for the Defendants and am familiar with the facts and history of this litigation.

3. The hourly rates that the State of Mississippi Defendants paid Plaintiffs' attorneys and paralegals for work performed from December 1, 2013 through November 30, 2014 were as follows:

- Marcia Robinson Lowry - $318.00 per hour
- Sara Robinson-Glasser - $240.00 per hour
- W. Wayne Drinkwater - $267.75 per hour
- Michael Bentley - $198.00 per hour
- paralegals - $113.00 per hour.

EXHIBIT A

4. I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my personal knowledge.

DATED: April 15, 2016

_____
Dewitt L. (Rusty) Fortenberry, Jr.