IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                 PLAINTIFFS

v.                                                            CIVIL ACTION NO.  3:04CV251LN

PHIL BRYANT, as Governor of the State of Mississippi, *et al.*          DEFENDANTS

**NOTICE TO THE COURT REGARDING THE COURT MONITOR'S
FOLLOW UP REPORT ON PERIOD 5**

On January 6, 2016 the Court Monitor filed The Court Monitor's Interim Report to the Court Regarding Defendants' Performance During Period 5 [Dkt. No. 674].  The Interim Report noted that a follow up report addressing requirements that were not addressed in the Interim Report would be issued within the required six-month interval.  Since that time the Court Monitor has provided the parties with extensive analyses of Defendants' Period 5 performance, as well as Defendants' performance through December 2015, relative to requirements of the Modified Settlement Agreement and Reform Plan ("MSA") [Dkt. No. 571] that were not addressed in the Interim Report.

The Stipulated Second Remedial Order [Dkt. No. 694], which was approved on May 19, 2016 by the Court, requires the Court Monitor to complete, by October 1, 2016, a validation and review of a random sample of all maltreatment in care reports received during the 12-month period ending December 31, 2015, including screenings, investigations, substantiations and non-

substantiations, to determine conformity with MSA and professional standards. In light of the October 1, 2016 deadline established for the validation and review and the current posture of the remedial process as reflected in the Stipulated Second Remedial Order, the Court Monitor has determined that the resources of her office could be used more constructively if she focused monitoring resources that would have been expended on the follow up Period 5 Report on the validation and review required by the Stipulated Second Remedial Order. The Court Monitor will supplement her January 6, 2016 findings related to Period 5, as appropriate, following the completion of the validation and review project. The parties agree with the Court Monitor and have no objections to this approach. Accordingly, this Notice is being filed pursuant to MSA §VI.B.

Respectfully submitted,

/s/ Grace M. Lopes
Grace M. Lopes (MBN 45693 *pro hac vice*)
Court Monitor
1220 19th Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 232-8311
gmlopes@oymonitor.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, the Court Monitor's Notice to the Court Regarding the Court Monitor's Follow Up Report on Period 5, was electronically filed using the ECF system, which transmitted notifications to the following counsel of record in this matter:

Dewitt L. ("Rusty") Fortenberry Jr.
Kenya Key Rachal
Ashley Tullos Young
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211

Harold E. Pizzetta, III
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

W. Wayne Drinkwater, Jr.
Michael J. Bentley
BRADLEY ARANT ROSE & WHITE LLP
188 East Capital Street, Suite 450
Jackson, Mississippi  39201

Marcia Robinson Lowry
Sara Robinson Glasser
A Better Childhood, Inc.
1095 Hardscrabble Road
Chappaqua, NY  10514

Christian D. Carbone
Dan Friedman
LOEB & LOEB LLP
345 Park Ave.
New York, New York  10154

/s/ Grace M. Lopes