THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES D. JOHNSON, as next friend to**     **PLAINTIFFS**
**Olivia Y., et al.**

**vs.**     **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

**PHIL BRYANT, as Governor**     **DEFENDANTS**
**of the State of Mississippi, et al.**

**JOINT MOTION FOR SUSPENSION OF SPECIFIC OBLIGATIONS**

The parties file this Joint Motion for Suspension of Specific Obligations and in support of this Motion state as follows:

1. The parties are engaged in negotiations in an effort to resolve the issues in the Stipulated Second Remedial Order ("SSRO"), and hereby stipulate and agree that the date of October 17, 2016, in paragraph 14 of the SSRO be adjourned to December 5, 2016.

2. The parties further stipulate and agree that the following obligations in the Modified Settlement Agreement and Reform Plan ("MSA") and Interim Remedial Order ("IRO") are suspended as of the date the court approves this order, should the court approve it, until December 5, 2016:

    a. Defendants' validation and reporting obligations to provide data and information to the Monitor under the MSA and paragraph 13 of the IRO;

    b. Defendants' validation and reporting obligations to the Plaintiffs in the MSA; and

    c. MSA Section II.A.2.a.7.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request that this Court enter the Agreed Order for Suspension of Specific Obligations and for such other and further relief, in law or in equity, to which they may be entitled.

Respectfully submitted, this the ____ day of October, 2016.

/s/ Kenya Key Rachal
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201

**COUNSEL FOR THE DEFENDANTS**

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I, Kenya Key Rachal, do herby certify that I have on this day, electronically filed a true and correct copy of the forgoing document with the Clerk of Court using the ECF system which sent notifications of such to counsel as follows:

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr.
BRADLEY ARANT ROSE & WHITE, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

Christian D. Carbone
John Piskora
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this the _____ day of October, 2016.

/s/  Kenya Key Rachal