

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 24 2016
BY _____ ARTHUR JOHNSTON _____ DEPUTY

NIXIE  390  DE 1  0010/20/16
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 39201502799  *1366-10457-14-44

702
3:04cv251

UNITED STATES POSTAGE
$ 000.46⁵
PITNEY BOWES
02 1P
0000846539
MAILED FROM ZIP CODE 39201  OCT 14 2016

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| JAMES D. JOHNSON, as next friend to OLIVIA Y., et al. | **PLAINTIFFS** |
| vs. | **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB** |
| PHIL BRYANT, as Governor of the State of Mississippi, et al. | **DEFENDANTS** |

## AGREED ORDER FOR SUSPENSION OF SPECIFIC OBLIGATIONS

This matter came before the Court pursuant to the parties' Agreed Motion for Suspension of Obligations. The Court has determined that the Motion is well-taken and orders as follows:

1. The parties are engaged in negotiations in an effort to resolve the issues in the Stipulated Second Remedial Order ("SSRO"), and hereby stipulate and agree that the date of October 17, 2016, in paragraph 14 of the SSRO be adjourned to December 5, 2016.

2. The parties further stipulate and agree that the following obligations in the Modified Settlement Agreement and Reform Plan ("MSA") and Interim Remedial Order ("IRO") are suspended as of the date the court approves this order until December 5, 2016:

    a. Defendants' validation and reporting obligations to provide data and information to the Monitor under the MSA and paragraph 13 of the IRO;

    b. Defendants' validation and reporting obligations to the Plaintiffs in the MSA; and

1

    c.    MSA Section II.A.2.a.7.

SO ORDERED this 14th day of October, 2016.

/s/Tom S. Lee
**SENIOR DISTRICT JUDGE, TOM S. LEE**

APPROVED BY:

/s/ Kenya Key Rachal
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
***COUNSEL FOR THE DEFENDANTS***

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**