

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

38642#97#1>RQ16    UTF

NTXTF    387    DF 3

BC: 39291502825

NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

*1355-10458-14-44

OCT 24 2016

3:04ov25/
702

02 1P    $ 000.46⁵
0000846539    PITNEY BOWES
MAILED FROM ZIP CODE 39201    OCT 14 2016
UNITED STATES POSTAGE



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. JOHNSON, as next friend to                              **PLAINTIFFS**
OLIVIA Y., et al.

vs.                                             **CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB**

PHIL BRYANT, as Governor                                        **DEFENDANTS**
of the State of Mississippi, et al.

---

## AGREED ORDER FOR SUSPENSION OF SPECIFIC OBLIGATIONS

---

This matter came before the Court pursuant to the parties' Agreed Motion for Suspension of Obligations. The Court has determined that the Motion is well-taken and orders as follows:

1.     The parties are engaged in negotiations in an effort to resolve the issues in the Stipulated Second Remedial Order ("SSRO"), and hereby stipulate and agree that the date of October 17, 2016, in paragraph 14 of the SSRO be adjourned to December 5, 2016.

2.     The parties further stipulate and agree that the following obligations in the Modified Settlement Agreement and Reform Plan ("MSA") and Interim Remedial Order ("IRO") are suspended as of the date the court approves this order until December 5, 2016:

   a.     Defendants' validation and reporting obligations to provide data and information to the Monitor under the MSA and paragraph 13 of the IRO;

   b.     Defendants' validation and reporting obligations to the Plaintiffs in the MSA; and

1

    c.     MSA Section II.A.2.a.7.

SO ORDERED this 14th day of October, 2016.

/s/Tom S. Lee
**SENIOR DISTRICT JUDGE, TOM S. LEE**

APPROVED BY:

/s/ Kenya Key Rachal
Dewitt L. ("Rusty") Fortenberry, Jr. (MSB #5435)
Kenya Key Rachal (MSB # 99227)
Ashley C. Tullos (MSB # 101839)
BAKER, DONELSON, BEARMAN, CALDWELL
  & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold Pizzetta, III, Esq.
Assistant Attorney General
General Civil Division
Carroll Gartin Justice Building
430 High Street
Jackson, MS 39201
*COUNSEL FOR THE DEFENDANTS*

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice* MBN 43991)
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT ROSE & WHITE LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

**COUNSEL FOR THE PLAINTIFFS**