THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**OLIVIA Y.,** *et al.*                                                                                          **PLAINTIFFS**

**vs.**                                                                          **CIVIL ACTION NO.: 3:04-CV-251LN**

**PHIL BRYANT, as Governor**                                                            **DEFENDANTS**
**of the State of Mississippi,** *et al.*

NOTICE OF APPEARANCE AND
REQUEST FOR ALL COPIES AND PLEADINGS

NOTICE IS HEREBY GIVEN that Jake Adams of Baker Donelson Bearman Caldwell and Berkowitz, PLLC, Post Office Box 14167, Jackson, Mississippi 39236, has entered his appearance on behalf of Phil Bryant, as Governor of the State of Mississippi, et al., David A. Chandler, as Commissioner of the Mississippi Department of Child Protection Services, and Tracy Malone, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

REQUEST IS HEREBY MADE on behalf of Phil Bryant, as Governor of the State of Mississippi, et al., David A. Chandler, as Commissioner of the Mississippi Department of Child Protection Services, and Tracy Malone, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case, including but not limited to motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery,

telephone, telegraph, telex or otherwise, which relate or affect the above styled and numbered cause.

      This the 29th day of November, 2016.

                Respectfully submitted,

                PHIL BRYANT, as Governor of the State of Mississippi, et al., DAVID A. CHANDLER, as Commissioner of the Mississippi Department of Child Protection Services, and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

                BY:  /s/ Jake Adams

**OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**)
Kenya Key Rachal (MSB #99227)
Jack Adams (MSB #101538)
One Eastover Center
100 Vision Center, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place
188 E Capitol Street, Ste. 400
Jackson, MS 39201

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

**SO CERTIFIED**, this the 29th day of November, 2016.

/s/ Jake Adams