IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

**OLIVIA Y**, *et al.*                                                                                     **PLAINTIFFS**

**VS.**                                                                          **CIVIL ACTION NO. 3:04cv251LN**

**PHIL BRYANT**, *et al.*, **as Governor**                                             **DEFENDANTS**
of the State of Mississippi, *et al.*

## MOTION FOR SUBSTITUTION OF COUNSEL AND OF DEFENDANTS' NAMES

**COME NOW**, Defendants, by and through counsel, and file this Motion for Substitution of Counsel and of Defendants' Names in this matter and in support thereof would show unto the Court the following:

### SUBSTITUTION OF COUNSEL

1. The Defendants request that Kenya Key Rachal be substituted as lead counsel for the Defendants in place of Dewitt L. Fortenberry; and

2. The Defendants also request that Dewitt L. Fortenberry, Jr., Ashley C. Tullos and Gretchen L. Zmitrovich be removed from the case as they no longer serve as counsel for the Defendants.

### SUBSTITUTION OF PARTIES

3. The Defendants request that Governor Phil Bryant be substituted for former Governor Haley Barbour; and

4. The Defendants request that David A. Chandler be substituted for Donald Taylor as Commissioner of the Mississippi Department of Child Protection Services; and

5. The Defendants request that Tracy Malone be substituted for Rickie Felder as the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an Order substituting Kenya Key Rachal as lead counsel and that Dewitt L. Fortenberry, Ashley C. Tullos, and Gretchen L. Zmitrovich be withdrawn as counsel of record.

**WHEREFORE PREMISES FURTHER CONSIDERED**, Defendants respectfully request that Governor Phil Bryant be substituted for Governor Haley Barbour, David A. Chandler be substituted for Donald Taylor, and Tracy Malone be substituted for Rickie Felder as Defendants in this matter.

    Respectfully submitted,

    PHIL BRYANT, as Governor of the State of Mississippi, et al., DAVID A. CHANDLER, as Commissioner, Mississippi Department of Child Protection Services, and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

    BY:  /s/ Kenya Key Rachal

 **OF COUNSEL:**

Attorney General Jim Hood
State of Mississippi
P.O. Box 220
Jackson, MS 39205-0220

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**)
Kenya Key Rachal (MSB #99227)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Center, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

W. Wayne Drinkwater, Jr. Esq.
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place
188 E Capitol Street, Ste. 400
Jackson, MS 39201

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS  39205

Marcia Robinson Lowry
Sara R. Robinson-Glasser
A BETTER CHILDHOOD, INC.
1095 Hardscrabble Road
Chappaqua, New York 10510

    **SO CERTIFIED**, this the 29th day of November 2016.

                                                   /s/ Kenya Key Rachal