**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 05 2016
BY _____ ARTHUR JOHNSTON _____ DEPUTY



RECEIVED
DEC - 5 2016
Clerk, U.S. District Court
Southern District of Miss.

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201502825    *1366-08942-01-43



UNITED STATES POSTAGE
02 1P
0000846539
MAILED FROM ZIP CODE 39201
$ 000.46⁵
PITNEY BOWES
DEC 01 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. JOHNSON, AS NEXT FRIEND
TO OLIVIA Y., ET AL.                                        PLAINTIFFS

V.                                               CIVIL ACTION NO. 3:04-cv-251-TSL-FKB

PHIL BRYANT, AS GOVERNOR OF THE
STATE OF MISSISSIPPI, ET AL.                                DEFENDANTS

## ORDER

This cause came before the Court on the Motion for Substitution of Counsel and of Defendants' Names [707] filed collectively by Defendants. Having considered the motion, the Court finds that it is well-taken and is therefore granted. Accordingly, Kenya Kay Rachal is substituted as lead counsel for Defendants and Dewitt L. Fortenberry, Jr., Ashley C. Tullos, and Gretchen L. Zmitrovich are withdrawn from their representation of Defendants. Further, Governor Phil Bryant is substituted as a party-defendant in place of former Governor Haley Barbour, David A. Chandler is substituted as a party-defendant in place of Donald Taylor, former Commissioner of the Mississippi Department of Child Protection Services, and Tracy Malone is substituted as a party-defendant in place of Rickie Felder, former Deputy Commissioner of Child Welfare of the Mississippi Department of Child Protection Services.

SO ORDERED AND ADJUDGED, this the 1st day of December, 2016.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE