IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., *et al.*                                                                PLAINTIFFS

v.                                                         CIVIL ACTION NO. 3:04CV251LN

HALEY BARBOUR, as Governor of the State of Mississippi, *et al.*            DEFENDANTS

DECLARATION OF W. WAYNE DRINKWATER

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I, W. Wayne Drinkwater, hereby declare as follows:

1. I am W. Wayne Drinkwater. Together with Marcia Robinson Lowry, I have served as counsel for the Plaintiff class in this case. I am a partner in the law firm Bradley, Arant Boult Cummings LLP ("Bradley"), and I am the partner responsible for supervision of my firm's work on this case. I give this Declaration in support of Plaintiffs' 2017 Motion for Attorneys' Fees.

2. My qualifications to practice law were previously set forth in my Declaration filed with this Court on April 1, 2016. [Dkt. No. 686-4].

3. I am familiar with my firm's policies and practices governing the recording and maintenance of time records. I am also familiar with hourly rates that Bradley Arant customarily charges for professional services. It is Bradley Arant's regular practice to bill clients for work performed by paralegals as well as lawyers. In my experience, this is standard practice among other law firms in Mississippi.

4. Attachment A to this Declaration is a compilation of billable hours devoted to this matter by Bradley Arant's lawyers and paralegals from December 1, 2015 through November 2016. The compilation includes hourly rates which are based on the hourly

1

**EXHIBIT 2**

rates allowed by the Court's Order dated May 6, 2016. (Dkt. No. 691]. This compilation was generated from entries created in the ordinary course of Bradley Arant's business by persons with actual knowledge of the events recorded at or about the time of those events, and which have been maintained in the ordinary course of Bradley Arant's business. I believe this compilation to be a reasonably reliable account of the work that it reflects. This compilation was provided to defendants as part of the invoice process.

5. From the inception of our firm's work on this case, I have supervised and managed the work of Bradley Arant personnel. I have reviewed the time entries charged to this case.

6. During the period under review, legal services were performed in this case by Michael Bentley, a litigation partner in our firm. A copy of Mr. Bentley's *curriculum vitae* was previously submitted to this Court as Attachment C to my Declaration [Dkt. No.686-4]. Jeannette Altobelli, a paralegal in the office of Bradley, Arant, also performed legal services in this matter.

7. I have reviewed the legal services for which compensation is sought and in my judgment, all were reasonable and necessary to the representation of the plaintiff class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of March, 2017.

*W. Wayne Drinkwater*
W. Wayne Drinkwater

2

**EXHIBIT 2**

**ATTACHMENT A**

3

**EXHIBIT 2**



**Bradley Arant Boult Cummings LLP**

Bradley Arant Boult Cummings - Pro Bono

December 7, 2016
Invoice No. 1149041

Matter No. 999000-301268
Re: ABetterChildhood

For professional services posted through November 30, 2016

**Current Invoice Summary**

| | |
|---|---:|
| Current Professional Services | $25,918.00 |
| Current Expenses | $0.00 |
| **Current Invoice** | **$25,918.00** |

Thank you for your business.

**EXHIBIT 2**



**Invoice Detail**

Bradley Arant Boult Cummings - Pro Bono
**Re: ABetterChildhood**

Matter No. 999000-301268

Page 2
December 7, 2016
Invoice No. 1149041
For legal services posted through November 30, 2016

## Professional Services

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/2/15 | Email R. Fortenberry re appointment of new DFCS Director | WWD | 0.20 | 400.00 | 80.00 |
| 12/4/15 | TC M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 12/4/15 | TCs M. Lowry and email r. Fortenberry | WWD | 0.30 | 400.00 | 120.00 |
| 12/7/15 | Receive and review article announcing resignation of Justice Chandler, appointment as DFCS head; email M. Lowry. | WWD | 0.50 | 400.00 | 200.00 |
| 12/7/15 | Emails M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 12/14/15 | Review draft monitor's report, emails from M. Lowry re interim plan, need for action, and email to M. Lowry | WWD | 1.50 | 400.00 | 600.00 |
| 12/16/15 | Prepare for and participate in conference with defendants on interim agreement | WWD | 7.00 | 400.00 | 2,800.00 |
| 12/17/15 | Work on interim order and emails to M. Lowry and S. Glasser | WWD | 1.50 | 400.00 | 600.00 |
| 12/17/15 | TCs M. Lowry and S. Glasser and revise interim order; emails R. Fortenberry | WWD | 1.30 | 400.00 | 520.00 |
| 12/17/15 | Work on email to Lisa Evans re in camera review | WWD | 0.50 | 400.00 | 200.00 |
| 12/17/15 | Work on interim order, emails other counsel, prepare for conference call | WWD | 1.20 | 400.00 | 480.00 |
| 12/17/15 | Obtain order for W.Drinkwater review and prepare in-camera submission for W.Drinkwater review | JGAL | 0.60 | 110.00 | 66.00 |
| 12/18/15 | Work on interim remedial order, TCs M. Lowry re order, hearing | WWD | 1.20 | 400.00 | 480.00 |
| 12/18/15 | TCs, emails M. Lowry re interim remedial order, issues for hearing | WWD | 0.50 | 400.00 | 200.00 |
| 12/20/15 | Prepare for hearing, receive and review emails, final interim remedial order | WWD | 0.50 | 400.00 | 200.00 |
| 12/21/15 | Meeting with Marcia Lowry and Sara Glasser; participate in hearing before Judge Lee; conf. with Lowry and Glasser. | WWD | 2.00 | 400.00 | 800.00 |
| 12/21/15 | Emails G. Lopes, M. Lowry re redactions to monitor's report; reviewed report. | WWD | 0.50 | 400.00 | 200.00 |

**EXHIBIT 2**



**Bradley**
Bradley Arant Boult Cummings LLP

Bradley Arant Boult Cummings - Pro Bono  Page 3
**Re: ABetterChildhood**  December 7, 2016
 Invoice No. 1149041
Matter No. 999000-301268  For legal services posted through November 30, 2016

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/15 | Emails M. Lowry, received and reviewed order from court. | WWD | 0.20 | 400.00 | 80.00 |
| 1/4/16 | Emails M. Lowry and S. Glasser; review press release | WWD | 0.30 | 400.00 | 120.00 |
| 1/5/16 | Review emails from S. Glasser, work on press release, email to Glasser and M. Lowry | WWD | 1.00 | 400.00 | 400.00 |
| 1/5/16 | Emails M. Lowry, S. Glasser, work on release | WWD | 0.50 | 400.00 | 200.00 |
| 1/7/16 | Review monitor's interim report, emails from other counsel; TC press inquiries | WWD | 0.80 | 400.00 | 320.00 |
| 1/8/16 | Review monitor's report, emails, articles | WWD | 0.40 | 400.00 | 160.00 |
| 1/8/16 | TC parent of foster child re problems with Rankin County | WWD | 0.20 | 400.00 | 80.00 |
| 1/14/16 | Receive and review email, articles from Dr. Pollack; email Dr. Pollack | WWD | 0.20 | 400.00 | 80.00 |
| 1/18/16 | Review NY Times article on lawsuit and foster care system conditions | MJB | 0.20 | 217.50 | 43.50 |
| 2/1/16 | Receive and review email from M. Lowry re future proceedings | WWD | 0.20 | 400.00 | 80.00 |
| 2/4/16 | Draft email to M.Lowry regarding media coverage of Olivia Y lawsuit | MJB | 0.40 | 217.50 | 87.00 |
| 2/9/16 | Emails M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 2/19/16 | Emails M. Lowry re negotiations | WWD | 0.20 | 400.00 | 80.00 |
| 2/29/16 | TC, emails M. Lowry re Public Catalyst, attorney's fee issues | WWD | 0.30 | 400.00 | 120.00 |
| 3/11/16 | Prepare declaration in support of attorney's fee motion; TC M. Lowry | WWD | 0.70 | 400.00 | 280.00 |
| 3/11/16 | Emails M. Lowry re receiver, future proceedings | WWD | 0.20 | 400.00 | 80.00 |
| 3/11/16 | Work on attorney's fees issues, emails and TC M. Lowry | WWD | 0.80 | 400.00 | 320.00 |
| 3/14/16 | Review emails | WWD | 0.20 | 400.00 | 80.00 |
| 3/15/16 | Email M. Lowry, review resume of Tracy Malone | WWD | 0.20 | 400.00 | 80.00 |
| 3/16/16 | Email R. Fortenberry re meeting | WWD | 0.10 | 400.00 | 40.00 |
| 3/16/16 | Emails M. Lowry re attorney's fee claim, declarations | WWD | 0.20 | 400.00 | 80.00 |

**EXHIBIT 2**



Bradley Arant Boult Cummings - Pro Bono  
**Re: ABetterChildhood**

Matter No. 999000-301268

Page 4  
December 7, 2016  
Invoice No. 1149041  
For legal services posted through November 30, 2016

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/17/16 | TC R. Fortenberry re meetings, work on attorney's fee application | WWD | 0.20 | 400.00 | 80.00 |
| 3/17/16 | Letter to Luke Dove, work on attorney's fee award, emails from M. Lowry. | WWD | 0.50 | 400.00 | 200.00 |
| 3/17/16 | Emails M. Lowry, K. Ryan | WWD | 0.20 | 400.00 | 80.00 |
| 3/17/16 | Review docket and obtain L.Dove affidavit to forward to W.Drinkwater | JGAL | 0.20 | 110.00 | 22.00 |
| 3/18/16 | Receive and review draft brief, declarations | WWD | 0.50 | 400.00 | 200.00 |
| 3/21/16 | Emails M. Lowry, review agenda for meeting with AG. | WWD | 0.30 | 400.00 | 120.00 |
| 3/22/16 | Receive and review email from Luke Dove, work on attorney's fee documents | WWD | 1.50 | 400.00 | 600.00 |
| 3/23/16 | Receive and review email from L. Dove, work on attorneys' fee award | WWD | 0.50 | 400.00 | 200.00 |
| 3/24/16 | Work on brief in support of attorneys' fee motion, revise declaration and emails S. Robinson-Glasser | WWD | 2.50 | 400.00 | 1,000.00 |
| 3/24/16 | Advise S.Glasser regarding local filing rules for fee motions and accompanying declarations | MJB | 0.30 | 217.50 | 65.25 |
| 3/25/16 | Emails with S.Glasser regarding local practice on proposed orders and fee requests | MJB | 0.30 | 217.50 | 65.25 |
| 3/28/16 | Emails M.Lowry, R. Fortenberry, arrange for negotiations | WWD | 0.50 | 400.00 | 200.00 |
| 3/28/16 | Receive and review emails from K. Ryan, M. Lowry re negotiations | WWD | 0.40 | 400.00 | 160.00 |
| 3/28/16 | Confer with S.Glasser and W.Drinkwater regarding final revisions to attorneys' fee declaration | MJB | 0.30 | 217.50 | 65.25 |
| 3/30/16 | Review final drafts of motion, brief, and exhibits provided by S.Jaffe and propose edits to same | MJB | 0.30 | 217.50 | 65.25 |
| 3/31/16 | Work on attorney's fee award | WWD | 0.20 | 400.00 | 80.00 |
| 3/31/16 | Emails re attorney's fee motions, conf. M. Bentley | WWD | 0.20 | 400.00 | 80.00 |
| 3/31/16 | Review revised fee motion and brief and emails with S.Jaffe regarding preparations for filing same | MJB | 0.40 | 217.50 | 87.00 |
| 4/1/16 | Emails re declaration of Luke Dove, attorney's fee motion; conf. M. Bentley; emails S. Jaffe re filing of motion, brief | WWD | 0.40 | 400.00 | 160.00 |

**EXHIBIT 2**



Bradley Arant Boult Cummings - Pro Bono  
**Re: ABetterChildhood**

Matter No. 999000-301268

Page 5  
December 7, 2016  
Invoice No. 1149041  
For legal services posted through November 30, 2016

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/1/16 | Emails S. Jaffe | WWD | 0.20 | 400.00 | 80.00 |
| 4/1/16 | Review W.Drinkwater declaration in support of fee request and compile exhibits supporting same (0.6); review, finalize, and coordinate filing of motion for attorneys' fees and supporting exhibits (0.4) | MJB | 1.00 | 217.50 | 217.50 |
| 4/7/16 | Emails re negotiation session | WWD | 0.30 | 400.00 | 120.00 |
| 4/8/16 | Emails M. Lowry, R. Fortenberry; prepare for meeting | WWD | 0.50 | 400.00 | 200.00 |
| 4/10/16 | Prepare for meeting with state, other parties | WWD | 0.90 | 400.00 | 360.00 |
| 4/11/16 | Meet with Marcia Lowry and Sara Glasser; meet with State counsel, monitor, Public Catalyst; continue discussions with plaintiff's counsel and Public Catalyst. | WWD | 7.80 | 400.00 | 3,120.00 |
| 4/12/16 | Conf. M. Lowry, meetings with Public Catalyst, monitor. | WWD | 4.00 | 400.00 | 1,600.00 |
| 4/12/16 | Emails re meeting | WWD | 0.20 | 400.00 | 80.00 |
| 4/13/16 | Emails M. Lowry, S. Glasser, other counsel | WWD | 0.30 | 400.00 | 120.00 |
| 4/17/16 | Email R. Fortenberry re appropriation | WWD | 0.10 | 400.00 | 40.00 |
| 4/18/16 | Emails M. Lowry re appropriation, attorney's fee motion | WWD | 0.30 | 400.00 | 120.00 |
| 4/20/16 | Review S.B. 2179, emails R. Fortenberry, M. Lowry | WWD | 0.60 | 400.00 | 240.00 |
| 4/20/16 | Work on attorney's fee issues, emails M. Lowry | WWD | 0.40 | 400.00 | 160.00 |
| 4/21/16 | Emails S. Glasser, M. Lowry; review and edit reply brief | WWD | 1.20 | 400.00 | 480.00 |
| 4/21/16 | Emails with S.Glasser to coordinate filing of reply in support of fee motion | MJB | 0.10 | 217.50 | 21.75 |
| 4/22/16 | Edit reply brief, and emails to M. Lowry, S. Glasser, M. Bentley | WWD | 0.60 | 400.00 | 240.00 |
| 4/22/16 | Review W.Drinkwater's proposed revisions to reply brief in support of fee motion (0.1); review and file reply in support of fee motion and proposed order granting fees (0.6) | MJB | 0.70 | 217.50 | 152.25 |
| 4/26/16 | Receive and review email from M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 5/2/16 | Emails M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 5/5/16 | Emails, TC M. Lowry re revisions to interim | WWD | 0.30 | 400.00 | 120.00 |

**EXHIBIT 2**



**Bradley**
Bradley Arant Boult Cummings LLP

Bradley Arant Boult Cummings - Pro Bono  
**Re: ABetterChildhood**

Matter No. 999000-301268

Page 6  
December 7, 2016  
Invoice No. 1149041  
For legal services posted through November 30, 2016

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | remedial order, future proceedings. | | | | |
| 5/6/16 | Receive and review order on attorney's fees and expenses; emails M. Lowry re same, future proceedings | WWD | 0.50 | 400.00 | 200.00 |
| 5/6/16 | Emails R. Fortenberry, M. Lowry re second remedial order | WWD | 0.20 | 400.00 | 80.00 |
| 5/8/16 | Emails re second remedial order | WWD | 0.20 | 400.00 | 80.00 |
| 5/9/16 | Emails S. Glasser | WWD | 0.20 | 400.00 | 80.00 |
| 5/10/16 | Emails S. Glasser, R. Fortenberry | WWD | 0.20 | 400.00 | 80.00 |
| 5/24/16 | Emails re July 12 meeting, attorneys' fee award | WWD | 0.30 | 400.00 | 120.00 |
| 8/1/16 | Emails M. Lowry re meetings on August 17-18. | WWD | 0.20 | 400.00 | 80.00 |
| 8/13/16 | Receive and review email from M. Lowry, draft order | WWD | 0.30 | 400.00 | 120.00 |
| 8/15/16 | Review proposed order, email | WWD | 0.20 | 400.00 | 80.00 |
| 8/15/16 | Email M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 8/16/16 | TC M. Lowry re meeting with State | WWD | 0.20 | 400.00 | 80.00 |
| 8/16/16 | Prepare for meeting with State. | WWD | 0.60 | 400.00 | 240.00 |
| 8/17/16 | Meet with Sara Glasser and M. Lowry; travel to Baker Donelson and participate in meeting with State, Public Catalyst | WWD | 3.70 | 400.00 | 1,480.00 |
| 8/17/16 | Emails G. Lopes re meeting | WWD | 0.20 | 400.00 | 80.00 |
| 8/18/16 | Emails M. Lowry | WWD | 0.20 | 400.00 | 80.00 |
| 8/19/16 | Email M. Lowry | WWD | 0.10 | 400.00 | 40.00 |
| 8/25/16 | Email M. Lowry. | WWD | 0.20 | 400.00 | 80.00 |
| 9/13/16 | Emails M. Lowry, Kenya at Baker Donaldson re response to our proposal, deaths of children | WWD | 0.20 | 400.00 | 80.00 |
| 9/15/16 | Email M. Lowry re emergency relief, future proceedings | WWD | 0.20 | 400.00 | 80.00 |
| 9/21/16 | Receive and review emails, draft remedial orders from M. Lowry | WWD | 0.40 | 400.00 | 160.00 |
| 9/22/16 | Review emails from M. Lowry re remedial order | WWD | 0.30 | 400.00 | 120.00 |
| 10/10/16 | Meeting with Sara Glasser and Marcia Lowry re negotiation | WWD | 0.60 | 400.00 | 240.00 |

**EXHIBIT 2**



Bradley Arant Boult Cummings - Pro Bono
**Re: ABetterChildhood**

Matter No. 999000-301268

Page 7
December 7, 2016
Invoice No. 1149041
For legal services posted through November 30, 2016

| Date | Description | Tkpr | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/16 | Emails S. Glasser and M. Lowry re meeting | WWD | 0.20 | 400.00 | 80.00 |
| 11/1/16 | Emails M. Lowry re negotiations with State on MSA | WWD | 0.20 | 400.00 | 80.00 |
| 11/2/16 | Emails M. Lowry re negotiations | WWD | 0.10 | 400.00 | 40.00 |
| 11/7/16 | Emails M. Lowry re negotiations | WWD | 0.20 | 400.00 | 80.00 |
| 11/14/16 | Emails M. Lowry re changes in Congress; TC Eric Jershied | WWD | 0.30 | 400.00 | 120.00 |

**Total Professional Services** $25,918.00

## Expenses

| Date | Description | Amount |
|---|---|---|
| 3/9/16 | Copy Charges | 0.00 |
| 3/9/16 | Copy Charges | 0.00 |
| 3/31/16 | FED DOCKET SERV-PACER | 0.00 |

**Total Expenses** $0.00

## Timekeeper Summary

| Timekeeper | Initials | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Michael J. Bentley | MJB | Partner | 4.00 | $217.50 | $870.00 |
| W. Wayne Drinkwater, Jr. | WWD | Partner | 62.40 | $400.00 | $24,960.00 |
| Jeannette Altobelli | JGAL | Paralegal | 0.80 | $110.00 | $88.00 |

**Total Professional Services** $25,918.00

**EXHIBIT 2**