# Exhibit A

## "Fees on Fees" - Fees related to 2016 Motion

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 02/01/16 | ML - Marcia | $106.25 | Fees on Fees: t/c w/RF re fee application, process for resolving | 0.25 |
| 02/01/16 | ML - Marcia | $70.83 | Fees on Fees: email SG re fees | 0.17 |
| 02/01/16 | ML - Marcia | $70.83 | Fees on Fees: TC to SG re fees research | 0.17 |
| 02/01/16 | SG - Sarah | $59.60 | Fees on Fees: TC w/ ML re fees research | 0.17 |
| 02/01/16 | SG - Sarah | $1,575.00 | Fees on Fees: Research into 5th Cir decisions re attys fees hourly rates; memo to ML re same | 4.50 |
| 02/09/16 | SG - Sarah | $262.50 | Fees on Fees: Revise memo to ML re previous fee apps from CR and include Laffey Matrix data | 0.75 |
| 02/09/16 | SG - Sarah | $233.33 | Fees on Fees: Tel/call w/ ML re MS fees and comparable hourly rates | 0.67 |
| 02/09/16 | ML - Marcia | $283.33 | Fees on Fees: rev state proposal, emails t/f co-counsel re same | 0.67 |
| 02/09/16 | ML - Marcia | $283.33 | Fees on Fees: telephone call SG re state fees proposal | 0.67 |
| 02/09/16 | ML - Marcia | $141.67 | Fees on Fees: rev SG memo re fees | 0.33 |
| 02/10/16 | ML - Marcia | $70.83 | Fees on Fees: rev., respond to Rusty F re state proposal re fees | 0.17 |
| 02/16/16 | SG - Sarah | $943.35 | Fees on Fees: recalculate hours at different hourly rates | 2.70 |
| 02/16/16 | ML - Marcia | $106.25 | Fees on Fees: rev., resp, Rusty F re fees | 0.25 |
| 02/17/16 | ML - Marcia | $106.25 | Fees on Fees: from RF re fees | 0.25 |
| 02/17/16 | ML - Marcia | $141.67 | Fees on Fees: t/f Wayne D re state's position | 0.33 |
| 02/29/16 | SG - Sarah | $35.00 | Fees on Fees: Tel/Call w/ ML re need for filing mtn for fee hourly rate increase | 0.10 |
| 02/29/16 | ML - Marcia | $42.50 | Fees on Fees: TC w/ SG re need for filing mtn for fee hourly rate increase | 0.10 |
| 02/29/16 | SG - Sarah | $875.00 | Fees on Fees: review of legal standards for fees motion | 2.50 |
| 02/29/16 | ML - Marcia | $212.50 | Fees on Fees: email to counsel re fees | 0.50 |
| 02/29/16 | WWD - Wayne | $120.00 | TC, emails M. Lowry re Public Catalyst, attorney's fee issue | 0.30 |
| 03/01/16 | ML - Marcia | $106.25 | Fees on Fees: tc w/ SG re fees | 0.25 |
| 03/01/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML re fees | 0.25 |
| 03/01/16 | ML - Marcia | $212.50 | Fees on Fees: memo re AF application to co-c, para | 0.50 |
| 03/07/16 | SJ - Jaffe | $72.60 | Fees on Fees: TC w/ SG re motion for pltfs' fees | 0.33 |
| 03/07/16 | SG - Sarah | $116.67 | Fees on Fees: Tel call w/ SJ re motion for pltfs fees | 0.33 |
| 03/07/16 | SG - Sarah | $155.50 | Fees on Fees: TC w/ ML re fee motion | 0.33 |
| 03/07/16 | ML - Marcia | $141.67 | Fees on Fees: tc/SG re fee motion | 0.33 |
| 03/07/16 | SG - Sarah | $116.67 | Fees on Fees: Email - to WD re materials for local atty fee affidavits | 0.33 |
| 03/07/16 | SJ - Jaffe | $484.00 | Fees on Fees: draft outline of fees memo | 2.20 |

1

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 03/08/16 | SJ - Jaffe | $660.00 | Fees on Fees: Outline/research of MS fees motion | 3.00 |
| 03/08/16 | SG - Sarah | $350.00 | Fees on Fees: Review SJ outline for fees motion and respond | 1.00 |
| 03/09/16 | SJ - Jaffe | $1,320.00 | Fees on Fees: First draft of fee motion | 6.00 |
| 03/09/16 | SG - Sarah | $612.50 | Fees on Fees: Revisions to memorandum for fees; emls to ML and SJ re same | 1.75 |
| 03/10/16 | SJ - Jaffe | $726.00 | Fees on Fees: Revisions/additional research re: fee memo | 3.30 |
| 03/10/16 | SG - Sarah | $115.50 | Fees on Fees: TC w/ SJ re fee memorandum discussion section | 0.33 |
| 03/10/16 | SJ - Jaffe | $73.33 | Fees on Fees: telephone call w/SG re fees brief | 0.33 |
| 03/10/16 | SG - Sarah | $116.67 | Fees on Fees: Review emls from ML re discussion section of fees motion | 0.33 |
| 03/10/16 | ML - Marcia | $850.00 | Fees on Fees: edit fees brief | 2.00 |
| 03/11/16 | ML - Marcia | $637.50 | Fees on Fees: edit fees memo | 1.50 |
| 03/11/16 | ML - Marcia | $70.83 | Fees on Fees: telephone w/Wayne D re rates | 0.17 |
| 03/11/16 | WWD - Wayne | $280.00 | Prepare declaration in support of attorney's fee motion; TC M. Lowry | 0.70 |
| 03/11/16 | WWD - Wayne | $320.00 | Work on attorney's fees issues, emails and TC M. Lowry | 0.80 |
| 03/11/16 | ML - Marcia | $106.25 | Fees on Fees: w/SG, SJ re fee brief edits | 0.25 |
| 03/11/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML and SJ re fees motion edits | 0.25 |
| 03/12/16 | SJ - Jaffe | $55.00 | Fees on Fees: Call with ML and SG re fees motion | 0.25 |
| 03/12/16 | SG - Sarah | $1,225.00 | Fees on Fees: Research/edit/revise memorandum of law in support of fees motion | 3.50 |
| 03/12/16 | SG - Sarah | $262.50 | Fees on Fees: Research on required notice, if any, for class members of post-judgment attys fees memorandum | 0.75 |
| 03/12/16 | SG - Sarah | $116.67 | Fees on Fees: Conf call w/ ML and SJ re Memorandum for Mtn for Fees | 0.33 |
| 03/12/16 | ML - Marcia | $140.25 | Fees on Fees: Conf call with SG and SJ re memorandum for mtn for fees | 0.33 |
| 03/12/16 | SJ - Jaffe | $72.60 | Fees on Fees: Conf call with ML and SG re memorandum for mtn for fees | 0.33 |
| 03/13/16 | SJ - Jaffe | $476.67 | Fees on Fees: Draft declaration for fees motion | 2.17 |
| 03/13/16 | SJ - Jaffe | $36.67 | Fees on Fees: Email re: fees motion | 0.17 |
| 03/13/16 | SJ - Jaffe | $72.60 | Fees on Fees: TC with Sara re declarations for fees motion | 0.33 |
| 03/13/16 | SG - Sarah | $116.67 | Fees on Fees: TlC w/ SJ re revisions to fees memorandum and declarations | 0.33 |
| 03/13/16 | SG - Sarah | $35.00 | Fees on Fees: Review eml from ML re order approving fees without notice to class members - email to SJ re same | 0.10 |
| 03/13/16 | SG - Sarah | $203.58 | Fees on Fees: Review ML dec; send corrections to SJ | 0.58 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 03/13/16 | SG - Sarah | $1,225.00 | Fees on Fees: Revisions to Memo of Law in support of motion for atty fees | 3.50 |
| 03/13/16 | SG - Sarah | $145.83 | Fees on Fees: Review S. Dixon draft declaration/ revisions and send to counsel for input; t/c w/ SJ re same | 0.42 |
| 03/13/16 | SJ - Jaffe | $55.00 | Fees on Fees: TC w/ SJ re S. Dixon's draft declaration revisions | 0.55 |
| 03/13/16 | SJ - Jaffe | $17.60 | Fees on Fees: TC w/ SG re attorneys fee hours on chart; research on notice to class members for post-judgment atty fees | 0.08 |
| 03/13/16 | SG - Sarah | $29.17 | Fees on Fees: T/C w/ SJ re attorneys fee hours on chart; research on notice to class members for post judgment attys fees | 0.08 |
| 03/13/16 | ML - Marcia | $283.33 | Fees on Fees: rev emails, SG, SJ re brief, rev atty affirmation | 0.67 |
| 03/13/16 | SJ - Jaffe | $1,012.00 | Fees on Fees: Incorporate changes/further research on fee memorandum | 4.60 |
| 03/14/16 | SJ - Jaffe | $165.00 | Fees on Fees: Revise Marcia declaration for fees motion | 0.75 |
| 03/14/16 | SJ - Jaffe | $256.67 | Fees on Fees: Draft declaration of Stephen Dixon for fees motion | 1.17 |
| 03/14/16 | SJ - Jaffe | $37.40 | Fees on Fees: TC with SRG re: fees motion | 0.17 |
| 03/14/16 | SJ - Jaffe | $72.60 | Fees on Fees: Telephone call with SG re: fees motion | 0.33 |
| 03/14/16 | SG - Sarah | $116.67 | Fees on Fees: T/Cs w/ SJ re getting 6th cir fees decision | 0.33 |
| 03/14/16 | SG - Sarah | $58.33 | Fees on Fees: Review 6th Cir case, t/c w/SJ re same | 0.17 |
| 03/14/16 | SJ - Jaffe | $183.33 | Fees on Fees: Draft SG declaration for fees motion | 0.83 |
| 03/14/16 | SJ - Jaffe | $128.33 | Fees on Fees: Research notice to class for post judgment monitoring fees | 0.58 |
| 03/14/16 | SJ - Jaffe | $168.67 | Fees on Fees: Revise ML declaration for fees motion | 0.77 |
| 03/14/16 | SG - Sarah | $1,050.00 | Fees on Fees: Work with SJ to revise ML Dec; revisions to fees memorandum | 3.00 |
| 03/16/16 | ML - Marcia | $141.67 | Fees on Fees: rev/resp WD fees affirmation | 0.33 |
| 03/16/16 | WWD - Wayne | $80.00 | Emails M. Lowry re attorney's fee claim, declarations | 0.20 |
| 03/16/16 | ML - Marcia | $70.83 | Fees on Fees: TC w/ SG re fees appl | 0.17 |
| 03/16/16 | SG - Sarah | $59.50 | Fees on Fees: TC w/ ML re fees appl | 0.17 |
| 03/17/16 | WWD - Wayne | $80.00 | TC R. Fortenberry re meetings, work on attorney's fee application | 0.20 |
| 03/17/16 | WWD - Wayne | $200.00 | Letter to Luke Dove, work on attorney's fee award, emails from M. Lowry. | 0.50 |
| 03/17/16 | SG - Sarah | $29.17 | Fees on Fees: T/C w/ SJ discuss hourly rate chart for mtn | 0.08 |
| 03/17/16 | SJ - Jaffe | $17.60 | Fees on Fees: TC with SG re: fees application | 0.08 |
| 03/17/16 | SG - Sarah | $58.83 | Fees on Fees: Rework expenses chart - mtn for disputed fees | 0.17 |
| 03/17/16 | SJ - Jaffe | $330.00 | Fees on Fees: Update charts re new rates for declaration | 1.50 |
| 03/17/16 | SJ - Jaffe | $387.20 | Fees on Fees: Review and edit fees motion | 1.76 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 03/17/16 | ML - Marcia | $1,381.25 | Fees on Fees: edit/revise fees memo, affirmation | 3.25 |
| 03/17/16 | SG - Sarah | $106.25 | Fees on Fees: tc/SG re affirmation | 0.25 |
| 03/17/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML re affirmation | 0.25 |
| 03/17/16 | SG - Sarah | $262.50 | Fees on Fees: Draft Declaration of SG | 0.75 |
| 03/17/16 | SG - Sarah | $29.17 | Fees on Fees: T/C w/ ML final revision of ML dec | 0.08 |
| 03/17/16 | ML - Marcia | $34.00 | Fees on Fees: TC w/ SG re final revision of ML dec | 0.08 |
| 03/17/16 | JGAL - Altobelli | $22.00 | Review docket and obtain L.Dove affidavit to forward to W.Drinkwater | 0.20 |
| 03/18/16 | WWD - Wayne | $200.00 | Receive and review draft brief, declarations | 0.50 |
| 03/22/16 | WWD - Wayne | $600.00 | Receive and review email from Luke Dove, work on attorney's fee documents | 1.50 |
| 03/23/16 | WWD - Wayne | $200.00 | Receive and review email from L. Dove, work on attorneys' fee award | 0.50 |
| 03/24/16 | WWD - Wayne | $1,000.00 | Work on brief in support of attorneys' fee motion, revise declaration and emails S. Robinson-Glasser | 2.50 |
| 03/24/16 | MJB - Michael | $65.25 | Advise S.Glasser regarding local filing rules for fee motions and accompanying declarations | 0.30 |
| 03/24/16 | SG - Sarah | $525.00 | Fees on Fees: Send/receive emails from SJ, SD, MB re content for motion/memo / decs for contested fees | 1.50 |
| 03/24/16 | SG - Sarah | $58.33 | Fees on Fees: Eml to/from ML re hourly rate for SJ | 0.17 |
| 03/24/16 | SG - Sarah | $175.00 | Fees on Fees: Emls to review edits by WD to memo and to/from SD re his declaration | 0.50 |
| 03/24/16 | ML - Marcia | $141.67 | Fees on Fees: rev edits to fees.memo | 0.33 |
| 03/24/16 | SJ - Jaffe | $355.67 | Fees on Fees: draft proposed order and motion | 1.62 |
| 03/24/15 | SG - Sarah | $175.00 | Draft/Edit/Revise memo : Edit/revise proposed order, proposed motion and last draft of memo of law | 0.50 |
| 03/24/16 | SJ - Jaffe | $238.33 | Fees on Fees: Edit fees motion, calculate new fees total | 1.08 |
| 03/24/16 | SJ - Jaffe | $110.00 | Fees on Fees: Emails w/ SG and SD re: fees memo, proposed order, and motion | 0.50 |
| 03/25/16 | SJ - Jaffe | $535.33 | Fees on Fees: Format and edit fee memorandum | 2.43 |
| 03/25/16 | ML - Marcia | $743.75 | Fees on Fees: rev, edit papers in support of fees motion | 1.75 |
| 03/25/16 | ML - Marcia | $106.25 | Fees on Fees: t/c SG re filing motions | 0.25 |
| 03/25/16 | MJB - Michael | $65.25 | Emails with S.Glasser regarding local practice on proposed orders and fee requests | 0.30 |
| 03/25/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML re filing motions | 0.25 |
| 03/25/16 | SJ - Jaffe | $531.67 | Fees on Fees: Revise fee memos and declarations | 2.42 |
| 03/25/16 | SJ - Jaffe | $91.67 | Fees on Fees: Edit fee memo | 0.42 |
| 03/25/16 | SJ - Jaffe | $14.67 | Fees on Fees: TC with SG re: fee memo | 0.07 |
| 03/25/16 | SG - Sarah | $24.50 | Fees on Fees: TC wl SJ re fee memo | 0.07 |
| 03/28/16 | MJB - Michael | $65.25 | Confer with S.Glasser and W.Drinkwater regarding final revisions to attorneys' fee declaration | 0.30 |

4

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 03/28/16 | SJ - Jaffe | $168.67 | Fees on Fees: Upload and compile fee memo/ declarations | 0.77 |
| 03/30/16 | SJ - Jaffe | $91.67 | Fees on Fees: Update fees memo, email to Sara and Michael | 0.42 |
| 03/30/16 | MJB - Michael | $65.25 | Review final drafts of motion, brief, and exhibits provided by S.Jaffe and propose edits to same | 0.30 |
| 03/31/16 | WWD - Wayne | $80.00 | Work on attorney's fee award | 0.20 |
| 03/31/16 | WWD - Wayne | $80.00 | Emails re attorney's fee motions, conf. M. Bentley | 0.20 |
| 03/31/16 | MJB - Michael | $87.00 | Review revised fee motion and brief and emails with S.Jaffe regarding preparations for filing same | 0.40 |
| 04/01/16 | WWD - Wayne | $160.00 | Emails re declaration of Luke Dove, attorney's fee motion, conf. M. Bentley; emails S. Jaffe re filing of motion, brief | 0.40 |
| 04/01/16 | MJB - Michael | $217.50 | Review W.Drinkwater declaration in support of fee request and compile exhibits supporting same (0.6); review, finalize, and coordinate filing of motion for attorney' fees and supporting exhibits (0.4) | 1.00 |
| 04/04/16 | SJ - Jaffe | $88.00 | Fees on Fees: update dates on motion and memo, email with Michael | 0.40 |
| 04/05/16 | SJ - Jaffe | $66.00 | Fees on Fees: legal research re length of time for defendants reply to attorneys fees motion | 0.30 |
| 04/18/16 | WWD - Wayne | $120.00 | Emails M. Lowry re appropriation, attorney's fee motion | 0.30 |
| 04/19/16 | SJ - Jaffe | $55.00 | Fees on Fees; Conf call with ML and SG re draft of resp to opp re atty fees mtn | 0.25 |
| 04/19/16 | SJ - Jaffe | $17.60 | Fees on Fees: TC w/ SG re case research and use of evidence in resp | 0.08 |
| 04/19/16 | SJ - Jaffe | $260.33 | Fees on Fees: Review cases and begin outlining fee motion | 1.18 |
| 04/19/16 | SJ - Jaffe | $1,085.33 | Fees on Fees: Draft fees brief reply | 4.93 |
| 04/19/16 | SG - Sarah | $87.50 | Fees on Fees: Con call w/ ML and SJ re draft of response to opp re attys fees mtn | 0.25 |
| 04/19/16 | ML - Marcia | $106.25 | Fees on Fees: tc/SG, SJ re response | 0.25 |
| 04/19/16 | SG - Sarah | $29.17 | Fees on Fees: add't t/c/ w/ SJ re case research and use of evidence in resp | 0.08 |
| 04/19/16 | SG - Sarah | $350.00 | Fees on Fees: review cases for reply; review & revisions to draft reply | 1.00 |
| 04/19/16 | ML - Marcia | $566.67 | Fees on Fees: review state reply, notes, pls draft response | 1.33 |
| 04/19/16 | SJ - Jaffe | $484.00 | Fees on Fees: Additional research and drafting of fee reply | 2.20 |
| 04/19/16 | SJ - Jaffe | $102.67 | Fees on Fees: Incorporate Marcia's edits into fee reply brief | 0.47 |
| 04/20/16 | WWD - Wayne | $160.00 | Work on attorney's fee issues, emails M. Lowry | 0.40 |
| 04/20/16 | SG - Sarah | $58.33 | Fees on Fees: Emls to SJ and ML re revisions to fees reply | 0.17 |
| 04/20/16 | SG - Sarah | $58.33 | Fees on Fees: TC w/SJ re adjustment in prayer for relief | 0.17 |
| 04/20/16 | SJ - Jaffe | $37.40 | Fees on Fees: Call with SG re: fee reply | 0.17 |

5

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 04/20/16 | SG - Sarah | $350.00 | Fees on Fees: Final revisions to Reply to Defendants' Opposition to Fees Motion and emls to WD re final input | 1.00 |
| 04/20/16 | ML - Marcia | $177.08 | Fees on Fees: eml t/f co-c re brief | 0.42 |
| 04/21/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML re fees memo | 0.25 |
| 04/21/16 | SG - Sarah | $58.83 | Fees on Fees: Send /rec emails regrding filing of reply | 0.17 |
| 04/21/16 | WWD - Wayne | $480.00 | Emails S. Glasser, M. Lowry; review and edit reply brief | 1.20 |
| 04/21/16 | MJB - Michael | $21.75 | Emails with S.Glasser to coordinate filing of reply in support of fee motion | 0.10 |
| 04/21/16 | SG - Sarah | $116.67 | Fees on Fees: Review of proposed order, slight modifications; re-send to SJ | 0.33 |
| 04/21/16 | ML - Marcia | $495.83 | Fees on Fees: email to RF, co-c re interim order on fees | 1.17 |
| 04/21/16 | ML - Marcia | $531.25 | Fees on Fees: rev., edit pls reply | 1.25 |
| 04/21/16 | ML - Marcia | $106.25 | Fees on Fees: tc / SG re fees memo | 0.25 |
| 04/21/16 | SJ - Jaffe | $91.67 | Fees on Fees: Edit and proofread fee reply | 0.42 |
| 04/21/16 | SG - Sarah | $87.50 | Document review: Final review of Reply/ filing info | 0.33 |
| 04/21/16 | SG - Sarah | $262.50 | Draft/Edit/Revise legal documents: Final document review of reply and proposed order; transmit for filing | 0.75 |
| 04/22/16 | SJ - Jaffe | $80.67 | Fees on Fees: Draft proposed order for fee reply | 0.37 |
| 04/22/16 | SJ - Jaffe | $36.67 | Fees on Fees: Emails with SG re: additional edits on fee reply | 0.17 |
| 04/22/16 | SG - Sarah | $116.67 | Telephone call: TC w/ SJ re revisions to Reply brief | 0.33 |
| 04/22/16 | SJ - Jaffe | $128.33 | Fees on Fees: Incorporate WD's edits into fee reply | 0.58 |
| 04/22/16 | WWD - Wayne | $240.00 | Edit reply brief, and emails to M. Lowry, S. Glasser, M. Bentley | 0.60 |
| 04/22/16 | MJB - Michael | $152.25 | Review W.Drinkwater's proposed revisions to reply brief in support of fee motion (0.1); review and file reply in support of fee motion and proposed order granting fees (0.6) | 0.70 |
| 04/22/16 | SJ - Jaffe | $121.00 | Fees on Fees: Research interim fee award caselaw for fee reply | 0.55 |
| 04/22/16 | SJ - Jaffe | $73.33 | Fees on Fees: Telephone call with SG re: fee reply | 0.73 |
| 04/22/16 | SG - Sarah | $116.67 | Telephone call: TC w/ SJ re revisions to Reply brief | 0.33 |
| 04/22/16 | SJ - Jaffe | $770.00 | Fees on Fees: Proofread and edit fee reply, proposed order | 3.50 |
| 04/22/16 | ML - Marcia | $141.67 | Fees on Fees: rev email WD re brief, email SG, SJ re edits | 0.33 |
| 04/22/16 | ML - Marcia | $141.67 | Fees on Fees: emails SG, SJ re order, brief | 0.33 |
| 04/22/16 | ML - Marcia | $318.75 | Fees on Fees: review proposed order, brief, edits re same, email SG, SJ | 0.75 |
| 04/22/16 | SJ - Jaffe | $238.33 | Fees on Fees: Prepare documents for filing of fee reply, send to Michael Bentley | 1.08 |
| 04/22/16 | SG - Sarah | $700.00 | Fees on Fees: Revision of final drafts of reply brief, order and emails re same - emls with SJ, MB and ML re same | 2.00 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 05/05/16 | ML - Marcia | $425.00 | Fees on Fees: rev, fees order , emails t/f co-c | 1.00 |
| 05/05/16 | ML - Marcia | $212.50 | Fees on Fees: rev, fees order | 0.50 |
| 05/05/16 | ML - Marcia | $637.50 | Fees on Fees: draft press release, | 1.50 |
| 05/06/16 | WWD - Wayne | $200.00 | Receive and review order on attorney's fees and expenses; emails M. Lowry re same, future proceedings | 0.50 |
| 05/23/16 | ML - Marcia | $141.67 | Fees on Fees: emails to/from co-counsel re fee award | 0.33 |
| 05/23/16 | SG - Sarah | $262.50 | Fees on Fees: 3 emails to/from ML and 1 frm RF re fees payment; prepare sample invoice; send | 0.75 |
| 05/24/16 | WWD - Wayne | $120.00 | Emails re July 12 meeting, attorneys' fee award | 0.30 |
| 05/24/16 | SG - Sarah | $116.67 | Fees on Fees: Several TC/ and emails w/ ML re format of revised invoice | 0.33 |
| 05/24/16 | SG - Sarah | $35.00 | Fees on Fees: Email to WD re format of revised invoice and amount owed to Bradley Arant | 0.10 |
| 05/25/16 | SG - Sarah | $35.00 | Fees on Fees: email to RF re invoice for fees and expenses | 0.10 |
| 05/26/16 | SG - Sarah | $35.00 | Send/Receive text message or email: follow up on fees payment | 0.10 |
| | | $44,011.51 | | 142.18 |