# Exhibit C

## Duplicitative/Redundant Work

| Date | By Whom | Amount | Description | |
|---|---|---|---|---|
| 12/2/2015 | CF - paralegal | $91.57 | Fees on Fees: 3 TCs w/ SG re MS expenses | 0.83 |
| 12/2/2015 | SG - Sarah | $291.67 | Fees on Fees: 3 TCs w/ CF re MS expenses | 0.83 |
| 12/3/2015 | CF - paralegal | $18.33 | Fees on Fees: TC w/ SG re MS billing | 0.17 |
| 12/3/2015 | SG - Sarah | $58.33 | Fees on Fees: TC w/ CF re MS billing | 0.17 |
| 12/04/15 | ML - Marcia | $212.50 | Send/Receive text message or email: Wayne, Rusty, telephone calls to each re new director | 0.50 |
| 12/04/15 | ML - Marcia | $141.67 | Telephone call: to Wayne re new director. | 0.33 |
| 12/10/15 | ML - Marcia | $106.25 | Telephone call: w/SG re source | 0.25 |
| 12/10/15 | SG - Sarah | $87.50 | Telephone call: w/ML re source | 0.25 |
| 12/12/15 | SG - Sarah | $262.50 | Telephone call: 3 TCs w/ ML re comments to monitor's confidential draft period 5; issue of redaction of KN portion of report; filing in camera | 0.75 |
| 12/12/15 | ML - Marcia | $318.75 | Telephone call: 3 TCs w/ ML re comments to monitor's confidential draft period 5; issue of redaction of KN portion of report; filing in camera | 0.75 |
| 12/13/15 | SG - Sarah | $612.50 | Telephone call: Discuss with ML Plaintiffs' comments to Monitor's draft report | 1.75 |
| 12/13/15 | ML - Marcia | $425.00 | Telephone call: w/SG reviewing, editing comments on monitor's rpt | 1.75 |
| 12/14/15 | SG - Sarah | $262.50 | Telephone call: w/ ML re follow up comments to revised interim order | 0.75 |
| 12/14/15 | ML - Marcia | $318.75 | Telephone call: w/SG re monitors rpt, tc w/monitor, defs changes in interim order | 0.75 |
| 12/14/15 | ML - Marcia | $283.33 | Draft mtn/brief/legal memo/proposed order: rev proposed interim orders | 0.67 |
| 12/14/15 | ML - Marcia | $283.33 | Draft/Edit/Revise legal documents: rev proposed orders, changes | 0.67 |
| 12/14/15 | SG - Sarah | $466.67 | Conference call: Conf call w/ ML and PC re provisions of interim order | 1.33 |
| 12/14/15 | ML - Marcia | $566.67 | Conference call: w/SG , Public C | 1.33 |
| 12/17/15 | SG - Sarah | $70.00 | Telephone call: T/C w/ ML re WD's revisions to proposed interim order | 0.20 |
| 12/17/15 | ML - Marcia | $85.00 | Telephone call: w/SG re proposed order | 0.20 |

1

| Date | Person | Amount | Description | Hours |
|---|---|---|---|---|
| 12/17/15 | SG - Sarah | $262.50 | Conference call: Conf call w/ ML and WD re revisions by Defts to Interim Remedial Order | 0.75 |
| 12/17/15 | ML - Marcia | $318.75 | Telephone call: w/WD, SG re changes in agreement, proposed revisions | 0.75 |
| 12/17/15 | WWD-Wayne | $520.00 | TCs M. Lowry and S. Glasser and revise interim order; emails R. Fortenberry | 1.30 |
| 12/18/15 | ML - Marcia | $106.25 | Send/Receive text message or email: to coc re resolution re order | 0.25 |
| 12/18/15 | ML - Marcia | $141.67 | Send/Receive text message or email: to coc re resolution | 0.33 |
| 12/21/15 | ML - Marcia | $531.25 | Other: rev outline, prep for ct | 1.25 |
| 12/21/15 | ML - Marcia | $212.50 | Other: rev outline, prep for ct | 0.50 |
| 12/21/15 | ML - Marcia | $318.75 | Meeting: w/WD, SG prep for ct | 0.75 |
| 12/21/15 | ML - Marcia | $283.33 | Court - preparation for: court appearance re proposed interim order | 0.67 |
| 12/22/15 | ML - Marcia | $425.00 | Conference call: Conf call with GL, RF, KR re redactions to Monitor's rpt | 1.00 |
| 12/22/15 | SG - Sarah | $350.00 | Conference call: Conf call w/ GL, RF, KR re redactions to Monitor's report - eml to ML discussing same | 1.00 |
| 12/24/15 | ML - Marcia | $140.25 | Telephone call: w/ SG re Monitor's redactions to KN portion of Period 5 interim report | 0.33 |
| 12/24/15 | SG - Sarah | $116.67 | Telephone call: tel call w/ ML re Monitor's redactions to KN portion of Period 5 interim report | 0.33 |
| 12/30/15 | ML - Marcia | $106.25 | Telephone call: w/SG re redactions, summary of rpt | 0.25 |
| 12/30/15 | SG - Sarah | $87.50 | Telephone call: w/ML re redactions, summary of rpt | 0.25 |
| 1/11/2016 | CF - paralegal | $27.50 | Telephone call: TC w/ SG re MS expenses | 0.25 |
| 1/11/2016 | SG - Sarah | $87.50 | Telephone call: w/CF re MS exps | 0.25 |
| 02/03/16 | SG - Sarah | $58.33 | Telephone call: T/C w/ ML re verification process used by monitor | 0.17 |
| 02/03/16 | ML - Marcia | $70.83 | Telephone call: w/SG re Miss. next steps | 0.17 |
| 02/03/16 | SG - Sarah | $262.50 | Conference call: Conf call w/ KR and ML re progress in MS by Public Catalyst; | 0.75 |
| 02/03/16 | ML - Marcia | $318.75 | Telephone call: w/KR, SG re status of Public Catalyst work | 0.75 |
| 02/03/16 | SG - Sarah | $87.50 | Telephone call: Tel/Call w/ ML re information validation in case record review of medical services provided to children | 0.25 |
| 02/03/16 | ML - Marcia | $106.25 | Telephone call: w/ SG re case rec. rev., data | 0.25 |
| 02/11/16 | SG - Sarah | $116.67 | Telephone call: Tel/Call w/ ML re next steps in MS - checked interim remedial order for date progression | 0.33 |
| 02/11/16 | ML - Marcia | $141.67 | Telephone call: w/SG re implementation status, plan | 0.33 |
| 02/17/16 | ML - Marcia | $70.83 | Telephone call: to SG re data, monitoring | 0.17 |
| 02/17/16 | SG - Sarah | $59.50 | Telephone call: to ML re data, monitoring | 0.17 |
| 02/17/16 | ML - Marcia | $106.25 | Telephone call: w/SG re update, caseloads | 0.25 |

2

| Date | Attorney | Amount | Description | Hours |
|---|---|---|---|---|
| 02/17/16 | SG - Sarah | $87.50 | Telephone call: w/ML re update, caseloads | 0.25 |
| 02/17/16 | ML - Marcia | $106.25 | Telephone call: t/SG, SJaffe re status | 0.25 |
| 02/17/16 | SG - Sarah | $87.50 | Telephone call: w/ ML, SJ re status | 0.25 |
| 02/17/16 | SJ - Jaffe | $55.00 | Telephone call: w/ ML, SG re status | 0.25 |
| 02/28/16 | ML - Marcia | $106.25 | Telephone call: w/SG re status | 0.25 |
| 02/28/16 | SG - Sarah | $87.50 | Telephone call: w/ML re status | 0.25 |
| 02/29/16 | SG - Sarah | $35.00 | Fees on Fees: Tel/Call w/ ML re need for filing mtn for fee hourly rate increase | 0.10 |
| 02/29/16 | ML - Marcia | $42.50 | Fees on Fees: Tel/Call w/ SG re need for filing mtn for fee hourly rate increase | 0.10 |
| 02/29/16 | ML - Marcia | $106.25 | Telephone call: w/ WD re status | 0.25 |
| 02/29/16 | WWD-Wayne | $120.00 | TC, emails M. Lowry re Public Catalyst, attorney's fee issues | 0.30 |
| 03/07/16 | SG - Sarah | $350.00 | Conference call: conf call w/ ML and GL re current status in MS | 1.00 |
| 03/07/16 | ML - Marcia | $425.00 | Telephone call: w/GL, SG re status, data, impl | 1.00 |
| 03/08/16 | SG - Sarah | $59.50 | Telephone call: w/ ML re monitor | 0.17 |
| 03/08/16 | ML - Marcia | $70.83 | Telephone call: w/ ML re monitor | 0.17 |
| 03/09/16 | SG - Sarah | $59.50 | Telephone call: w/ ML re impl, rec | 0.17 |
| 03/09/16 | ML - Marcia | $70.83 | Telephone call: w/SG re impl, rec | 0.17 |
| 03/09/16 | SG - Sarah | $116.67 | Telephone call: T/C w/ ML re meeting arrangements with GL to discuss next steps in MS | 0.33 |
| 03/09/16 | ML - Marcia | $140.25 | Telephone call: T/C w/ SG re mtg arrangements w/ GL to discuss next steps in MS | 0.33 |
| 03/14/16 | SJ - Jaffe | $256.67 | Fees on Fees: Draft declaration of Stephen Dixon for fees motion | 1.17 |
| 03/14/16 | SJ - Jaffe | $37.40 | Fees on Fees: TC with SRG re: fees motion | 0.17 |
| 03/14/16 | SJ - Jaffe | $72.60 | Fees on Fees: TC with SG re: fees motion | 0.33 |
| 03/14/16 | SJ - Jaffe | $168.67 | Fees on Fees: Revise ML declaration for fees motion | 0.77 |
| 03/14/16 | SG - Sarah | $1,050.00 | Fees on Fees: Work with SJ to revise ML Dec; revisions to fees memorandum | 3.00 |
| 03/16/16 | ML - Marcia | $70.83 | Fees on Fees: TC w/ SG re fees appl | 0.17 |
| 03/16/16 | SG - Sarah | $59.50 | Fees on Fees: TC w/ ML re fees appl | 0.17 |
| 03/17/16 | ML - Marcia | $106.25 | Fees on Fees: tc/SG re affirmation | 0.25 |
| 03/17/16 | SG - Sarah | $87.50 | Fees on Fees: tc/ML re affirmation | 0.25 |
| 03/17/16 | SG - Sarah | $262.50 | Fees on Fees: Draft Declaration of SG | 0.75 |
| 03/17/16 | SG - Sarah | $29.17 | Fees on Fees: T/C w/ ML final revision of ML dec | 0.08 |
| 03/17/16 | ML - Marcia | $34.00 | Fees on Fees: T/C w/SG final revision of ML dec | 0.08 |
| 03/17/16 | SG - Sarah | $147.00 | Telephone call: T/C w/ ML re dates of negotiation | 0.42 |
| 03/17/16 | ML - Marcia | $177.08 | Telephone call: w/SG re negotiation strategy | 0.42 |

| Date | Person | Amount | Description | Hours |
|---|---|---|---|---|
| 03/22/16 | SG - Sarah | $58.33 | Telephone call: T/C wth ML re new data from GL | 0.17 |
| 03/22/16 | ML - Marcia | $72.25 | Telephone call: w/ SG re new data from GL | 0.17 |
| 03/25/16 | ML - Marcia | $106.25 | Fees on Fees: t/c SG re filing motions | 0.25 |
| 03/25/16 | SG - Sarah | $87.50 | Fees on Fees: TC w/ ML re filing motions | 0.25 |
| 03/29/16 | SG - Sarah | $1,050.00 | Meeting: Meeting w/ ML, SJ and GL to discuss current status in MS | 3.00 |
| 03/29/16 | ML - Marcia | $1,275.00 | Meeting: w/ SG, SJ, and GL to discuss current status in MS | 3.00 |
| 03/29/16 | SJ - Jaffe | $660.00 | Meeting: w/ ML, SG, and GL to discuss current status in MS | 3.00 |
| 03/31/16 | ML - Marcia | $956.25 | Meeting: w/KR, SJ, (SG - phone) re implementation status | 2.25 |
| 03/31/16 | SJ - Jaffe | $495.00 | Meeting: w/ KR, ML (SG on phone) re implementation | 2.25 |
| 03/31/16 | SG - Sarah | $385.00 | Conference call: Conf call w/ Public Catalyst, ML and SJ - SG on the phone | 1.10 |
| 04/06/16 | SG - Sarah | $87.50 | Telephone call: w/ ML re documents from defs | 0.25 |
| 04/06/16 | ML - Marcia | $106.25 | Telephone call: w/SG re documents from defs | 0.25 |
| 04/07/16 | SG - Sarah | $87.50 | Telephone call: Prep phone call w/ ML re upcoming neg. meeting | 0.25 |
| 04/07/16 | ML - Marcia | $106.25 | Telephone call: prep call with SG re upcoming neg mtg | 0.25 |
| 04/07/16 | SG - Sarah | $115.50 | Telephone call: w/ ML re defs' response | 0.33 |
| 04/07/16 | ML - Marcia | $141.67 | Telephone call: w/SG re defs' response | 0.33 |
| 04/09/16 | ML - Marcia | $106.25 | Telephone call: w/SG re planning for negotiation w/state | 0.25 |
| 04/09/16 | SG - Sarah | $87.50 | Telephone call: w/ ML re planning for negotiation w/ state | 0.25 |
| 04/10/16 | SG - Sarah | $175.00 | Meeting: w/ ML re implementation strategy | 0.50 |
| 04/10/16 | ML - Marcia | $212.50 | Meeting: w/SG re implementation strategy | 0.50 |
| 04/11/16 | SG - Sarah | $147.00 | Meeting: w/ ML re strategy, negotiation | 0.42 |
| 04/11/16 | ML - Marcia | $177.08 | Meeting: w/SG re strategy, negotiation | 0.42 |
| 04/11/16 | SG - Sarah | $875.00 | Meeting: Mtg w/ ML, discuss and draft proposed draft Second Interim Remedial Order | 2.50 |
| 04/11/16 | ML - Marcia | $1,062.50 | Meeting: w/SG re negotiations, draft stip | 2.50 |
| 04/18/16 | ML - Marcia | $140.25 | Telephone call: w/ SG re revisions to Stipulated Second Remedial Order | 0.33 |
| 04/18/16 | SG - Sarah | $116.67 | Telephone call: T/C w/ ML re revisions to Stipulated Second Remedial Order | 0.33 |
| 04/19/16 | SG - Sarah | $409.50 | Telephone call: w/ ML re revising stip | 1.17 |
| 04/19/16 | ML - Marcia | $495.83 | Telephone call: SG re revising stip | 1.17 |
| 04/20/16 | ML - Marcia | $72.25 | Telephone call: w/ SG re final input from PC and Monitor | 0.17 |
| 04/20/16 | SG - Sarah | $58.33 | Telephone call: TC w/ ML re final input from PC and Monitor | 0.17 |
| 04/20/16 | ML - Marcia | $283.33 | Telephone call: w/SG re stip edits | 0.67 |
| 04/20/16 | SG - Sarah | $234.50 | Telephone call: w/ ML re stip edits | 0.67 |
| 04/20/16 | ML - Marcia | $425.00 | Telephone call: w/ SG re final revisions to stipulated second remedial order and rev of emls re same | 1.00 |

| Date | Attorney | Amount | Description | Hours |
|---|---|---|---|---|
| 04/20/16 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Final revisions to stipulated second remedial order, including t/c w/ ML and review of emails | 1.00 |
| 04/21/16 | SG - Sarah | $87.50 | Telephone call: T/C w/ ML re final changes to 2nd Stipulated Remedial Order | 0.25 |
| 04/21/16 | ML - Marcia | $106.25 | Telephone call: w/SG re stip | 0.25 |
| 04/22/16 | ML - Marcia | $212.50 | Telephone call: w/ KR, SG re defs' progress | 0.50 |
| 04/22/16 | SG - Sarah | $175.00 | Telephone call: w/ ML, KR re defs' progress | 0.50 |
| 04/22/16 | SG - Sarah | $116.67 | Telephone call: TC w/ SJ re revisions to Reply brief | 0.33 |
| 04/22/16 | SJ - Jaffe | $73.33 | Fees on Fees: Telephone call with SG re: fee reply | 0.33 |
| 04/22/16 | ML - Marcia | $141.67 | Fees on Fees: rev email WD re brief, email SG, SJ re edits | 0.33 |
| 04/22/16 | WWD-Wayne | $240.00 | Edit reply brief, and emails to M. Lowry, S. Glasser, M. Bentley | 0.60 |
| 04/26/16 | ML - Marcia | $70.83 | Telephone call: w/SG re stip draft | 0.17 |
| 04/26/16 | SG - Sarah | $59.50 | Telephone call: w/ ML re stip draft | 0.17 |
| 04/26/16 | ML - Marcia | $318.75 | Conference call: w/KR, SG re status | 0.75 |
| 04/26/16 | SG - Sarah | $262.50 | Conference call: w/ KR, ML re status | 0.75 |
| 04/29/16 | ML - Marcia | $637.50 | Telephone call: w/ SG, reviewing defs' changes to 2nd Stip and Exhibit A - deciding which to accept, which to reject | 1.50 |
| 04/29/16 | SG - Sarah | $525.00 | Telephone call: Review defts changes to second stip and exhibit A with ML and decide which to accept and which to reject; make changes and eml to defts, monitor and PC | 1.50 |
| 04/30/16 | ML - Marcia | $106.25 | Telephone call: w/ SG re revisions to paragraph 10 in Stip 2nd Remedial Order | 0.25 |
| 04/30/16 | SG - Sarah | $87.50 | Telephone call: T/C w/ ML re revisions to paragraph 10 in Stip 2nd Remedial Order | 0.25 |
| 05/03/16 | SG - Sarah | $81.67 | Telephone call: T/C w/ ML re 2014 MIC report and comments | 0.23 |
| 05/03/16 | ML - Marcia | $97.75 | Telephone call: w/SG re memo to monitor | 0.23 |
| 05/04/16 | SG - Sarah | $58.33 | Telephone call: Review w/ ML the current format of response to GL re 2014 MIC Report | 0.17 |
| 05/04/16 | ML - Marcia | $72.25 | Telephone call: w/ SG re current format of response to GL re 2014 MIC rpt | 0.17 |
| 05/04/16 | SG - Sarah | $35.00 | Telephone call: Tel/call w/ ML re update on State response to Pltfs proposed 2nd SRO | 0.10 |
| 05/04/16 | ML - Marcia | $42.50 | Telephone call: w/ SG re update on State response to Pltfs' proposed SRO | 0.10 |
| 05/04/16 | ML - Marcia | $212.50 | Telephone call: w/SG re status, MIC | 0.50 |
| 05/04/16 | SG - Sarah | $175.00 | Telephone call: w/ ML re status, MIC | 0.50 |
| 05/05/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review eml from GL re proposed period 5 final report; send eml to ML re response and suggestions | 0.17 |

5

| Date | Attorney | Amount | Description | Hours |
|---|---|---|---|---|
| 05/05/16 | ML - Marcia | $72.25 | <u>Conference call:</u> w/ SG and GL re Period 5 Monitor's Rpt and MIC paragraph and deadline in the 2nd SRO | 0.17 |
| 05/05/16 | SG - Sarah | $35.00 | <u>Telephone call:</u> T/C w/ ML re new developments concerning defts agreement to paragraphs in 2d SRO | 0.10 |
| 05/05/16 | ML - Marcia | $42.50 | <u>Telephone call:</u> w/ SG re new developments concerning Defts agreements to paragraphs in 2nd SRO | 0.10 |
| 06/01/16 | SG - Sarah | $59.50 | <u>Telephone call:</u> w/ ML re implementation issues | 0.17 |
| 06/01/16 | ML - Marcia | $70.83 | <u>Telephone call:</u> w/SG re impl issues | 0.17 |
| 06/05/16 | SG - Sarah | $172.76 | <u>Telephone call:</u> Discuss RHR with ML | 0.49 |
| 06/05/16 | ML - Marcia | $208.25 | <u>Telephone call:</u> w/ SG re rev of impl. Docs and status of impl | 0.49 |
| 06/06/16 | SG - Sarah | $59.50 | <u>Telephone call:</u> w/ ML re source | 0.17 |
| 06/06/16 | ML - Marcia | $70.83 | <u>Telephone call:</u> w/SG re source | 0.17 |
| 07/12/16 | SG - Sarah | $262.50 | <u>Meeting-Preparation for</u> : c w/ ML | 0.75 |
| 07/12/16 | ML - Marcia | $318.75 | <u>Meeting-Preparation for</u> : c/w SG, | 0.75 |
| 07/20/16 | SG - Sarah | $175.00 | <u>Telephone call:</u> w/ ML re prep for PC meeting | 0.50 |
| 07/20/16 | ML - Marcia | $212.50 | <u>Telephone call:</u> w/SG re prep for PC meeting | 0.50 |
| 07/25/16 | SG - Sarah | $58.33 | <u>Telephone call:</u> T/C w/ ML re reporting on critical indicators in FRO | 0.17 |
| 07/25/16 | ML - Marcia | $72.25 | <u>Telephone call:</u> w/ SG re critical indicators in FRO | 0.17 |
| 07/25/16 | ML - Marcia | $212.50 | <u>Telephone call:</u> w/SG re negotiations | 0.50 |
| 07/25/16 | SG - Sarah | $175.00 | <u>Telephone call:</u> Tel/call w/ ML re revised proposal for negotiations | 0.50 |
| 07/26/16 | SG - Sarah | $93.33 | <u>Telephone call:</u> tel/call discuss with ML the revised proposal for discussion with GL | 0.27 |
| 07/26/16 | ML - Marcia | $114.75 | <u>Telephone call:</u> w/SG re negotiations | 0.27 |
| 08/08/16 | ML - Marcia | $97.75 | <u>Telephone call:</u> w/ SG re upcoming negotiations with state, proposals | 0.23 |
| 08/08/16 | SG - Sarah | $81.67 | <u>Telephone call:</u> Tel/call w/ ML re upcoming negotiations with State, State proposals and Deft proposal | 0.23 |
| 08/10/16 | SG - Sarah | $87.50 | <u>Telephone call:</u> w/ ML re prep for mtg with defs | 0.25 |
| 08/10/16 | ML - Marcia | $106.25 | <u>Telephone call:</u> w/SG re prep for mtg w/ defs | 0.25 |
| 08/12/16 | ML - Marcia | $72.25 | <u>Telephone call:</u> w/ SG re definition of class members, discuss possible ways to include child death | 0.17 |
| 08/12/16 | SG - Sarah | $58.33 | <u>Telephone call:</u> T/C w/ ML re definition of class members, discuss possible ways to include child death | 0.17 |
| 08/13/16 | SG - Sarah | $262.50 | <u>Telephone call:</u> w/ ML re MSA outline | 0.75 |
| 08/13/16 | ML - Marcia | $318.75 | <u>Telephone call:</u> w/SG re MSA outline | 0.75 |
| 08/20/16 | SG - Sarah | $326.67 | <u>Telephone call:</u> tel call w/ ML re MSA - about initial sections | 0.93 |
| 08/20/16 | ML - Marcia | $396.67 | <u>Telephone call:</u> w/SG re editing MSA | 0.93 |

| Date | Timekeeper | Amount | Description | Hours |
|---|---|---|---|---|
| 08/25/16 | SG - Sarah | $147.00 | Telephone call: discuss w/ ML the future role of the monitor | 0.42 |
| 08/25/16 | ML - Marcia | $177.08 | Telephone call: w/SG re monitoring, pending issues | 0.42 |
| 08/28/16 | SG - Sarah | $336.10 | Telephone call: Tel/call w/ ML re defts proposed 3rd RO | 0.96 |
| 08/28/16 | ML - Marcia | $408.00 | Telephone call: w/SG re remedial order negotiations, draft | 0.96 |
| 08/29/16 | SG - Sarah | $2,872.82 | Draft/Edit/Revise legal documents: review changes begun by ML in STRO | 8.21 |
| 08/29/16 | ML - Marcia | $3,258.33 | Draft/Edit/Revise legal documents: edit, revise, remedial order, including t/c s w/SG | 7.67 |
| 09/05/16 | ML - Marcia | $708.33 | Telephone call: w/SG re revising MSA, negotiations re RO | 1.67 |
| 09/05/16 | SG - Sarah | $583.33 | Telephone call: tel call w/ ML re MSA revisions and IRO certifications | 1.67 |
| 09/06/16 | SG - Sarah | $466.67 | Conference call: Conf call w/ ML and PC re provisions of Third Stip remedial Order | 1.33 |
| 09/06/16 | ML - Marcia | $565.25 | Conference call: w/SG, PC re RO | 1.33 |
| 09/06/16 | SG - Sarah | $290.50 | Draft/Edit/Revise legal documents: Revisions to 3d RO following conf call w/ PC and ML | 0.83 |
| 09/06/16 | ML - Marcia | $354.17 | Telephone call: w/SG re revising RO | 0.83 |
| 09/10/16 | ML - Marcia | $318.75 | Telephone call: discuss next steps with defs re discuss child deaths; RO and MSA | 0.75 |
| 09/10/16 | SG - Sarah | $262.50 | Telephone call: discuss next steps with defs re discuss child deaths; RO and MSA | 0.75 |
| 09/21/16 | SG - Sarah | $1,575.00 | Document review: t/c Review third remedial order/ revise with ML during t/c | 4.50 |
| 09/21/16 | ML - Marcia | $1,912.50 | Telephone call: rev defs proposal w/ SRO, redraft, edit w/SG | 4.50 |
| 09/22/16 | SG - Sarah | $35.00 | Telephone call: follow up phone call wth ML re conference call | 0.10 |
| 09/22/16 | ML - Marcia | $42.50 | Telephone call: w/ SG re follow up to conference call re child deaths | 0.10 |
| 09/26/16 | ML - Marcia | $72.25 | Telephone call: w/ SG re next steps in prep for mtg tomorrow with Defts re STRO | 0.17 |
| 09/26/16 | SG - Sarah | $58.33 | Telephone call: Tel call w/ ML re follow up/next steps in reparation for tomorrow's meeting with Defts on STRO | 0.17 |
| 09/26/16 | CF - paralegal | $36.60 | Telephone call: TC w/ SG re modification of 2nd Modified Settlement Agreement | 0.33 |
| 09/26/16 | SG - Sarah | $116.67 | Telephone call: tel call w/ CF re modification of 2nd Modified Settlement Agreement | 0.33 |
| 09/27/16 | SG - Sarah | $1,137.50 | Conference call: Conf call w/ PC and Defts re STRO | 3.25 |
| 09/27/16 | ML - Marcia | $1,381.25 | Conference call: w/PC, defs re RO | 3.25 |

7

| Date | Person | Amount | Description | Hours |
|---|---|---|---|---|
| 10/01/16 | SG - Sarah | $350.00 | Telephone call: T/C to begin review of 2nd MSA wth ML | 1.00 |
| 10/01/16 | ML - Marcia | $425.00 | Telephone call: w/SG to review/edit RO draft | 1.00 |
| 10/02/16 | SG - Sarah | $361.67 | Telephone call: T/C w/ ML re unlicensed placements section in STRO | 1.03 |
| 10/02/16 | ML - Marcia | $437.75 | Telephone call: calls w/SG re RO | 1.03 |
| 10/05/16 | SG - Sarah | $1,050.00 | Conference call: prep for and participation in conf call w/ defts and PC re MS STRO | 3.00 |
| 10/05/16 | ML - Marcia | $1,062.50 | Conference call: negotiation w/state defs., PC, SG | 2.50 |
| 10/06/16 | ML - Marcia | $2,975.00 | Review legal papers, Court orders and opinions: draft, edit proposed MSA draft | 7.00 |
| 10/06/16 | CF - paralegal | $471.17 | Draft/Edit/Revise legal documents: revise and format MSA, ML's edits | 4.28 |
| 10/08/16 | ML - Marcia | $76.50 | Telephone call: w/ SG re STRO revisions | 0.18 |
| 10/08/16 | SG - Sarah | $64.17 | Telephone call: T/C w/ ML about STRO revisions | 0.18 |
| 10/08/16 | SG - Sarah | $754.35 | Draft/Edit/Revise legal documents: Tel/Call w/ ML re revising STRO after conf call; discussion re MSA 2 concepts | 2.16 |
| 10/08/16 | ML - Marcia | $637.50 | Telephone call: w/SG rev, edit, revise draft RO | 1.50 |
| 10/16/16 | ML - Marcia | $637.50 | Telephone call: w/SG re STRO, MSA content | 1.50 |
| 10/16/17 | SG - Sarah | $875.00 | Telephone call: two tel calls w/ ML re revisions to the STRO; review dispute resolution and proposed exit provisions; revise PC's last STRO and add comments; send to PC | 2.50 |
| 11/03/16 | ML - Marcia | $850.00 | Meeting: w/SG re negotiations, redrafts MSA | 2.00 |
| 11/03/16 | SG - Sarah | $700.00 | Draft/Edit/Revise legal documents: Discussion and redrafting portions of MSA 2with ML | 2.00 |
| 11/04/16 | SG - Sarah | $1,400.00 | Meeting: Meeting with Defts and PC re MSA 2 | 4.00 |
| 11/04/16 | ML - Marcia | $1,700.00 | Meeting: negotiations re MSA | 4.00 |
| 11/20/16 | ML - Marcia | $106.25 | Telephone call: w/SG re redraft | 0.25 |
| 11/20/16 | SG - Sarah | $87.50 | Telephone call: w/ ML re redraft | 0.25 |
| 11/27/16 | ML - Marcia | $34.00 | Telephone call: w/ SG re current status | 0.08 |
| 11/27/16 | SG - Sarah | $29.17 | Telephone call: tel call with ML re current status | 0.08 |
| | | **$66,362.95** | | **180.46** |