# Exhibit D

## Clerical/Secretarial Fees Billed by Paralegal

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 12/02/15 | CF - paralegal | $91.67 | Fees on Fees: 3 TCs w/ SG re MS expenses | 0.83 |
| 12/02/15 | CF - paralegal | $531.67 | Fees on Fees: tracking and recording expenses for MS trips rev expenses entered, past 12 months | 4.83 |
| 12/02/15 | CF - paralegal | $36.67 | Telephone call: TC w/ source in MS | 0.33 |
| 12/03/15 | CF - paralegal | $18.33 | Fees on Fees: TC w/ SG re MS billing | 0.17 |
| 12/03/15 | CF - paralegal | $220.00 | Fees on Fees: rev MS invoice, corrections to billing | 2.00 |
| 12/07/15 | CF - paralegal | $18.33 | Draft/Edit/Revise memo : composed memo on notes from TC w/ source from MS, eml to ML | 0.17 |
| 12/09/15 | CF - paralegal | $73.33 | Draft/Edit/Revise legal documents: corrections to interim agreement | 0.67 |
| 12/10/15 | CF - paralegal | $27.50 | Fees on Fees: corrections to Clio entries | 0.25 |
| 12/14/15 | CF - paralegal | $27.50 | Telephone call: TC w/ source | 0.25 |
| 12/23/15 | CF - paralegal | $36.67 | Telephone call: TC w/ source | 0.33 |
| 12/30/15 | CF - paralegal | $36.67 | Other: updated contact list for MS pr | 0.33 |
| 01/06/16 | CF - paralegal | $45.83 | Other: updates to contact list for MS pr | 0.42 |
| 01/11/16 | CF - paralegal | $27.50 | Telephone call: TC w/ SG re MS expenses | 0.25 |
| 01/11/16 | CF - paralegal | $36.67 | Other: update contact list for pr | 0.33 |
| 01/11/16 | CF - paralegal | $82.50 | Other: gathered articles re MS foster care updates/ ABC release | 0.75 |
| 01/28/16 | CF - paralegal | $128.33 | Fees on Fees: Dec '15 Clio time for MS, generated rpt, rev for errors | 1.17 |
| 02/04/16 | CF - paralegal | $18.33 | Fees on Fees: MS Dec 115 and Jan '16 Clio hours: generate rpt and rev | 0.17 |
| 02/17/16 | CF - paralegal | $73.33 | Fees on Fees: rev MS hrs for 12/2015 and 1/2016 | 0.67 |
| 02/22/16 | CF - paralegal | $27.50 | Telephone call: w/ source from MS | 0.25 |
| 04/04/16 | CF - paralegal | $220.00 | Fees on Fees: rev MS time entries for past 4 months, generated new report, added comments for SG to revise | 2.00 |
| 04/06/16 | CF - paralegal | $27.50 | Fees on Fees: rev SJ's MS time entries | 0.25 |
| 04/06/16 | CF - paralegal | $18.33 | Fees on Fees: sent email to SJ re her MS time entries | 0.17 |
| 04/06/16 | CF - paralegal | $45.83 | Fees on Fees: TC wl SG re rev of MS time entries, past 4 months | 0.42 |
| 04/07/16 | CF - paralegal | $36.67 | Fees on Fees: rev MS exps, past 4 months | 0.33 |

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 04/13/16 | CF - paralegal | $192.50 | <u>Fees on Fees</u>: tracking MS travel exps for 2016 | 1.75 |
| 04/14/16 | CF - paralegal | $9.17 | <u>Telephone call</u>: TC w/ source | 0.08 |
| 04/18/16 | CF - paralegal | $36.67 | <u>Fees on Fees:</u> TC w/ SG re MS billable time and exps exps from recent trip | 0.33 |
| 04/20/16 | CF - paralegal | $9.17 | <u>Fees on Fees</u>: Emls to SG re MS exps from recent trip | 0.08 |
| 04/28/16 | CF - paralegal | $18.33 | <u>Review legal papers, Court orders and opinions</u>: MIC rpt, eml to SG | 0.17 |
| 05/04/16 | CF - paralegal | $91.67 | <u>Fees on Fees</u>: rev Clio time for Apr 2016 | 0.83 |
| 05/11/16 | CF - paralegal | $18.33 | <u>Telephone call</u>: TC w/ SG re MS pr | 0.17 |
| 05/31/16 | CF - paralegal | $110.00 | <u>Fees on Fees</u>: corrected billing records with new hourly rates for ML, SG, and CF | 1.00 |
| 05/31/16 | CF - paralegal | $36.67 | <u>Fees on Fees</u>; Rev and send emls to ML and SG re hourly rate in MS | 0.33 |
| 06/09/16 | CF - paralegal | $27.50 | <u>Other</u>: MS pr revisions | 0.25 |
| 06/13/16 | CF - paralegal | $27.50 | <u>Send/Receive text message or email</u>: send eml to SG re MS contact | 0.25 |
| 06/15/16 | CF - paralegal | $183.33 | <u>Fees on Fees:</u> rev current MS time for May 2016, made first-round edits for duplicates needed, created revised report with comments for SG review | 1.67 |
| 07/13/16 | CF - paralegal | $22.00 | <u>Telephone call</u>: tc with source from MS | 0.20 |
| 07/18/16 | CF - paralegal | $12.83 | <u>Telephone call</u>: TC with source from MS | 0.12 |
| 08/03/16 | CF - paralegal | $67.83 | <u>Telephone call</u>: TC w/ source from MS | 0.62 |
| 08/03/16 | CF - paralegal | $45.83 | <u>Send/Receive text message or email</u>: Email to ML re TC w/ source from MS | 0.42 |
| 08/15/16 | CF - paralegal | $82.50 | <u>Draft/Edit/Revise memo</u> : memo to ML re MS caller | 0.75 |
| 08/17/16 | CF - paralegal | $36.67 | <u>Fees on Fees</u>: exps from travel, 7/12 | 0.33 |
| 08/22/16 | CF - paralegal | $36.67 | <u>Fees on Fees</u>: check hotel receipts, flight receipts, emls from ML and SG, enter exps from travel into Clio | 0.33 |
| 08/22/16 | CF - paralegal | $18.33 | <u>Fees on Fees</u>: checking/tracking exps from MS travel for SG and ML | 0.17 |
| 09/01/16 | CF - paralegal | $275.00 | <u>Draft mtn/brief/legal memo/proposed order</u>: edits to STRO, emls to SG re same | 2.50 |
| 09/08/16 | CF - paralegal | $22.00 | <u>Draft/Edit/Revise legal documents</u>: rev, format SRO for SG | 0.20 |
| 09/23/16 | CF - paralegal | $16.50 | <u>Telephone call</u>: w/ SG re edits to MSA | 0.15 |
| 09/26/16 | CF - paralegal | $440.00 | <u>Draft/Edit/Revise legal documents</u>: revising 2nd MSA, rev text from original MSA, formatting file | 4.00 |
| 09/26/16 | CF - paralegal | $36.30 | <u>Telephone call</u>: TC w/ SG re modification of 2nd Modified Settlement Agreement | 0.33 |

2

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 10/06/16 | CF - paralegal | $471.17 | <u>Draft/Edit/Revise legal documents</u>: revise and format MSA, ML's edits | 4.28 |
| 10/12/16 | CF - paralegal | $18.33 | <u>Fees on Fees</u>: enter travel-related expenses for ML and SG, trip on 10/9-10 | 0.17 |
| 10/19/16 | CF - paralegal | $88.00 | <u>Fees on Fees</u>: enter SG's edits for MS billable time in Sept 2016 | 0.80 |
| 10/28/16 | CF - paralegal | $440.00 | <u>Fees on Fees</u>: rev billable time for MS for June-Aug 2016, insert parallel entries, find travel durations, generate new rpts for SG's rev | 4.00 |
| 11/02/16 | CF - paralegal | $91.67 | <u>Fees on Fees</u>: rev MS hrs for Oct 2016 rev ML's travel times for MS trips - eml to SG re same | 0.83 |
| 11/03/16 | CF - paralegal | $55.00 | <u>Fees on Fees</u>: rev MS hrs, Mar May 2016 | 0.50 |
| 11/07/16 | CF - paralegal | $110.00 | <u>Fees on Fees</u>: rev MS exps, emls to ML and SG re same | 1.00 |
| 11/09/16 | CF - paralegal | $36.67 | <u>Fees on Fees</u>: begin rev of MS hrs from Dec 2015- Feb 2016 | 0.33 |
| 11/09/16 | CF - paralegal | $82.50 | <u>Fees on Fees</u>: eml to SG re MS rpts, Mar and Apr | 0.75 |
| 11/09/16 | CF - paralegal | $110.00 | <u>Fees on Fees</u>: sent emls to SG and ML re MS hrs, gaps in entries for Mar and Apr 2016 | 1.00 |
| 11/10/16 | CF - paralegal | $676.50 | <u>Fees on Fees</u>: rev MS hrs, Dec 2015 - Feb 2016 | 6.15 |
| 11/16/16 | CF - paralegal | $18.33 | <u>Fees on Fees:</u> TC w/ SG re MS hrs, Clio rpts, entry corrections and review process | 0.17 |
| 11/16/16 | CF - paralegal | $18.33 | <u>Fees on Fees:</u> Eml sent to SG re MS hrs Mar and Apr 2016, comments on rpts | 0.17 |
| 11/16/16 | CF - paralegal | $55.00 | <u>Fees on Fees:</u> rev comments on Mar 2016 MS rpt | 0.50 |
| 11/16/16 | CF - paralegal | $56.83 | <u>Fees on Fees:</u> rev comments for Apr 2016 MS hrs | 0.52 |
| 11/16/16 | CF - paralegal | $62.33 | <u>Fees on Fees:</u> revisions to Oct 2016 MS hrs | 0.57 |
| 11/16/16 | CF - paralegal | $53.17 | <u>Fees on Fees:</u> emls to SG and ML re comments on MS hrs rpts, Mar and Apr | 0.48 |
| 11/17/16 | CF - paralegal | $146.67 | <u>Fees on Fees:</u> comments to each individual time keeper, re-do rpts Dec '15 - Feb '16 and Oct '16 | 1.33 |
| 11/17/16 | CF - paralegal | $55.00 | <u>Fees on Fees:</u> edits to Sept '16 specific to each time keeper | 0.50 |
| 11/19/16 | CF - paralegal | $165.00 | <u>Fees on Fees</u>: redo rpts with SG's edits, MS hrs for Mar and Apr and Sept 2016, send to ML, eml to SG re same | 1.50 |
| 11/21/16 | CF - paralegal | $275.00 | <u>Fees on Fees</u>: rev MS exps for past months, compose checklist for trip charges | 2.50 |
| 11/21/16 | CF - paralegal | $110.00 | <u>Fees on Fees</u>: rev Nov hrs, 11/1-11/21- enter corrections into Clio, pass along to SG with question for her | 1.00 |
| 11/28/16 | CF - paralegal | $256.67 | <u>Fees on Fees</u>: rev MS exps in Clio - find records of missing expenses - email to FM re card statements and potentially missing expenses | 2.33 |
| 11/30/16 | CF - paralegal | $119.17 | <u>Fees on Fees</u>: rev exps for MS, past 12 months - rev FM's records, match to receipts, emls, Clio records | 1.08 |
| 11/30/16 | CF - paralegal | $220.00 | <u>Fees on Fees</u>: rev exps, card statements, QuickBooks account- compare against receipts, emls, Clio - edits into Clio - eml to FM re unknown expenses on statements | 2.00 |
| | | $7,571.30 | | 68.83 |