# Exhibit G

## Marketing

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 12/28/15 | ML - Marcia | $318.75 | Telephone call: w/press re background, developments | 0.75 |
| 12/30/15 | CF - paralegal | $36.67 | Other: updated contact list for MS pr | 0.33 |
| 01/01/16 | SG - Sarah | $350.00 | Draft/Edit/Revise memo : Draft of press release re Monitor's Period 5 Interim Report | 1.00 |
| 01/02/16 | ML - Marcia | $212.50 | Draft/Edit/Revise memo : rev SG draft of status memo, draft press release | 0.50 |
| 01/03/16 | ML - Marcia | $531.25 | Document review: rev, edit press release, summary of status | 1.25 |
| 01/03/16 | SG - Sarah | $700.00 | Draft/Edit/Revise memo: Review findings from case record review; revise press release to include medical report findings | 2.00 |
| 01/04/16 | WWD - Wayne | $120.00 | Emails M. Lowry and S. Glasser; review press release | 0.30 |
| 01/05/16 | WWD - Wayne | $400.00 | Review emails from S. Glasser, work on press release, email to Glasser and M. Lowry | 1.00 |
| 01/05/16 | WWD - Wayne | $200.00 | Emails M. Lowry, S. Glasser, work on release | 0.50 |
| 01/07/16 | WWD - Wayne | $320.00 | Review monitor's interim report, emails from other counsel; TC press inquiries | 0.80 |
| 01/06/16 | CF - paralegal | $45.83 | Other: updates to contact list for MS pr | 0.42 |
| 01/11/16 | CF - paralegal | $36.67 | Other: update contact list for pr | 0.33 |
| 01/11/16 | CF - paralegal | $82.50 | Other: gathered articles re MS foster care updates/ ABC release | 0.75 |
| 02/04/16 | MJB - Bentley | $87.00 | Draft email to M.Lowry regarding media coverage of Olivia Y lawsuit | 0.40 |
| 02/17/16 | SG - Sarah | $87.50 | Telephone call: Discuss newspaper article and accuracy of Information | 0.25 |
| 05/05/16 | ML - Marcia | $637.50 | Fees on Fees: draft press release, | 1.50 |
| 05/09/16 | SG - Sarah | $35.00 | Telephone call: return t/c from MS Public Radio re press release | 0.10 |
| 05/09/16 | SG - Sarah | $35.00 | Telephone call; tel call w/ MS Public Broadcasting re timing of order being filed | 0.10 |
| 05/09/16 | SG - Sarah | $58.33 | Send/Receive text message or email: emls to CF re filing date for press release; | 0.17 |
| 05/09/16 | SG - Sarah | $87.50 | Document review: final review of press release; eml to CF re same; eml to ML re filing tomorrow | 0.25 |
| 05/11/16 | CF - paralegal | $18.33 | Telephone call: TC w/ SG re MS pr | 0.17 |
| 05/11/16 | SG - Sarah | $59.50 | Telephone call: w/ CF re MS pr | 0.17 |
| 05/16/16 | SG - Sarah | $58.33 | Telephone call: TIC w/ press re judge signing second stip remedial order | 0.17 |
| 05/17/16 | SG - Sarah | $87.50 | Send/Receive text message or email: Read/respond to emails from press sources concerning status of 2nd stip order | 0.25 |

1

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 05/19/16 | SG - Sarah | $87.50 | Telephone call: Talk to reporter re signed 2nd stip remedial order | 0.25 |
| 05/19/16 | SG - Sarah | $35.00 | Send/Receive text message or email: Send press release and order to MJ for publication/distribution | 0.10 |
| 06/09/16 | CF - paralegal | $27.50 | Other: MS pr revisions | 0.25 |
| | | $4,755.66 | | 14.06 |