| | Exhibit B | | | |
|---|---|---|---|---|
| | Vague Fees | | | |
| Date | By Whom | Amount | Notes | Time |
| 12/02/15 | ML - Marcia | $141.67 | Send/Receive text message or email: to KR re update | 0.33 |
| 12/02/15 | CF - paralegal | $36.67 | Telephone call: TC w/ source in MS | 0.33 |
| 12/04/15 | ML - Marcia | $141.67 | Telephone call: to Vi Miller, re status | 0.33 |
| 12/04/15 | WWD - Wayne | $80.00 | TC M. Lowry | 0.20 |
| 12/04/15 | WWD - Wayne | $120.00 | TCs M. Lowry and email r. Fortenberry | 0.30 |
| 12/07/15 | WWD - Wayne | $80.00 | Emails M. Lowry | 0.20 |
| 12/08/15 | ML - Marcia | $70.83 | Send/Receive text message or email: to SG re status | 0.17 |
| 12/12/15 | ML - Marcia | $212.50 | Send/Receive text message or email: to Wayne D., w/ relevant drafts | 0.50 |
| 12/14/15 | CF - paralegal | $27.50 | Telephone call: TC w/ source | 0.25 |
| 12/14/15 | ML - Marcia | $566.67 | Conference call: w/SG , Public C | 1.33 |
| 12/21/15 | ML - Marcia | $637.50 | Meeting: w/RF, Chandler | 1.50 |
| 12/21/15 | ML - Marcia | $106.25 | Send/Receive text message or email: w/ Kevin R re status | 0.25 |
| 12/22/15 | SG - Sarah | $175.00 | Send/Receive text message or email:  Review and respond to email from source regarding other state/fed negotiations re child welfare | 0.50 |
| 12/23/15 | CF - paralegal | $36.67 | Telephone call: TC w/ source | 0.33 |
| 01/05/16 | ML - Marcia | $70.83 | Send/Receive text message or email: tc/KR re status | 0.17 |
| 01/12/16 | ML - Marcia | $106.25 | Telephone call: to KR re status | 0.25 |
| 01/14/16 | WWD - Wayne | $80.00 | Receive and review email, articles from Dr. Pollack; email Dr. Pollack | 0.20 |
| 01/18/16 | ML - Marcia | $106.25 | Telephone call: w/source re status | 0.25 |
| 01/19/16 | ML - Marcia | $318.75 | Telephone call: atty in related case, rev papers re same | 0.75 |
| 02/02/16 | ML - Marcia | $106.25 | Send/Receive text message or email: from KR re status | 0.25 |
| 02/09/16 | WWD - Wayne | $80.00 | Emails M. Lowry | 0.20 |
| 02/17/16 | ML - Marcia | $106.25 | Telephone call: t/SG, SJaffe re status | 0.25 |
| 02/17/16 | SG - Sarah | $87.50 | Telephone call: w/ ML, SJ re status | 0.25 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 02/17/16 | SJ - Jaffee | $55.00 | Telephone call: w/ ML, SG re status | 0.25 |
| 02/22/16 | CF - paralegal | $27.50 | Telephone call: w/ source from MS | 0.25 |
| 02/18/16 | ML - Marcia | $212.50 | Other: rev background info, re context | 0.50 |
| 02/28/16 | ML - Marcia | $106.25 | Telephone call: w/SG re status | 0.25 |
| 02/28/16 | SG - Sarah | $87.50 | Telephone call: w/ ML re status | 0.25 |
| 02/29/16 | ML - Marcia | $106.25 | Telephone call: w/ WD re status | 0.25 |
| 03/02/16 | ML - Marcia | $318.75 | Send/Receive text message or email: WD re status | 0.75 |
| 03/07/16 | ML - Marcia | $106.25 | Send/Receive text message or email: to KR, t/f GL | 0.25 |
| 03/08/16 | ML - Marcia | $70.83 | Telephone call: w/monitor re update | 0.17 |
| 03/08/16 | ML - Marcia | $70.83 | Send/Receive text message or email:. to GL re update | 0.17 |
| 03/08/16 | ML - Marcia | $106.25 | Send/Receive text message or email: to Wayne D re status | 0.25 |
| 03/14/16 | WWD - Wayne | $80.00 | Review emails | 0.20 |
| 03/16/16 | WWD - Wayne | $40.00 | Email R. Fortenberry re meeting | 0.10 |
| 03/17/16 | WWD - Wayne | $80.00 | Emails M. Lowry, K. Ryan | 0.20 |
| 03/22/16 | WWD - Wayne | $600.00 | Receive and review email from Luke Dove, work on attorney's fee documents | 1.50 |
| 03/31/16 | SG - Sarah | $385.00 | Conference call: Conf call w/ Public Catalyst, ML and SJ - SG on the phone | 1.10 |
| 04/01/16 | WWD - Wayne | $80.00 | Emails S. Jaffe | 0.25 |
| 04/08/16 | ML - Marcia | $106.25 | Send/Receive text message or email: w/ consultant | 0.25 |
| 04/11/16 | SG - Sarah | $175.00 | Meeting: Meeting w/ PC, co-counsel and ML | 0.50 |
| 04/12/16 | WWD - Wayne | $80.00 | Emails re meeting | 0.20 |
| 04/13/16 | WWD - Wayne | $120.00 | Emails M. Lowry, S. Glasser, other counsel | 0.30 |
| 04/14/16 | CF - paralegal | $9.17 | Telephone call: TC w/source | 0.08 |
| 04/20/16 | ML - Marcia | $283.33 | Send/Receive text message or email: rev SG draft, emails re same | 0.67 |
| 04/25/16 | ML - Marcia | $212.50 | Send/Receive text message or email: to PC re status | 0.50 |
| 04/26/16 | ML - Marcia | $318.75 | Conference call: w/KR, SG re status | 0.75 |
| 04/26/16 | SG - Sarah | $262.50 | Conference call: w/ KR, ML re status | 0.75 |
| 04/26/16 | WWD - Wayne | $80.00 | Receive and review email from M. Lowry | 0.20 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 04/30/16 | SG - Sarah | $58.33 | Send/Receive text message or email: review 3 emls concerning vacancies and caseload data; respond to ML | 0.17 |
| 05/02/16 | ML - Marcia | $141.67 | Telephone call: KR re status | 0.33 |
| 05/04/16 | ML - Marcia | $318.75 | Telephone call: w/Kevin R re status | 0.75 |
| 05/05/16 | WWD - Wayne | $80.00 | Emails M. Lowry | 0.20 |
| 05/05/16 | ML - Marcia | $106.25 | Send/Receive text message or email: t/f RF | 0.25 |
| 05/09/16 | WWD - Wayne | $80.00 | Emails S. Glasser | 0.20 |
| 05/10/16 | WWD - Wayne | $80.00 | Emails S. Glasser, R. Fortenberry | 0.20 |
| 05/27/16 | SG - Sarah | $151.67 | Telephone call: Call w/ source from MS | 0.43 |
| 05/27/16 | ML - Marcia | $63.75 | Telephone call: w/SG re source | 0.15 |
| 06/06/16 | SG - Sarah | $59.50 | Telephone call: w/ ML re source | 0.17 |
| 06/06/16 | ML - Marcia | $70.83 | Telephone call: w/SG re source | 0.17 |
| 07/13/16 | CF - paralegal | $22.00 | Telephone call: tc with source from MS | 0.20 |
| 07/18/16 | CF - paralegal | $12.83 | Telephone call: TC with source from MS | 0.12 |
| 08/03/16 | CF - paralegal | $67.83 | Telephone call: TC w/ source from MS | 0.62 |
| 08/03/16 | CF - paralegal | $45.83 | Send/Receive text message or email: Email to ML re TC w/ source from MS | 0.42 |
| 08/03/16 | ML - Marcia | $70.83 | Telephone call: TC w/ source from MS | 0.17 |
| 08/15/16 | CF - paralegal | $82.50 | Draft/Edit/Revise memo : memo to ML re MS caller | 0.75 |
| 08/15/16 | WWD - Wayne | $80.00 | Email M. Lowry | 0.20 |
| 08/18/16 | WWD - Wayne | $80.00 | Emails M. Lowry | 0.20 |
| 08/19/16 | WWD - Wayne | $40.00 | Email M. Lowry | 0.10 |
| 08/25/16 | WWD - Wayne | $80.00 | Email M. Lowry. | 0.20 |
| 08/25/16 | ML - Marcia | $70.83 | Telephone call: w/GL, KR | 0.17 |
| 10/04/16 | SG - Sarah | $58.33 | Send/Receive text message or email: note to PC from ML | 0.17 |
| 10/05/16 | SG - Sarah | $93.33 | Conference call: conf call wth ML and PC re follow up | 0.27 |
| 10/07/16 | ML - Marcia | $106.25 | Send/Receive text message or email: to SG re update | 0.25 |
| 10/11/16 | ML - Marcia | $212.50 | Telephone call: w/GL re monitoring | 0.50 |

3

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 11/28/16 | SG - Sarah | $116.67 | <u>Send/Receive text message or email</u>: review two email from Kryan | |
| | | $10,125.90 | | 27.34 |

4