| | | Exhibit E | | |
|---|---|---|---|---|
| | | Clerical/Secretarial/Paralegal Work Billed by Attorney | | |
| Date | By Whom | Amount | Description | Time |
| 12/08/15 | SG - Sarah | $350.00 | Draft/Edit/Revise memo : Revise draft interim order incorporating PC change | 1.00 |
| 12/14/15 | SG - Sarah | $525.00 | Draft/Edit/Revise legal documents: Revisions to Defendants' proposed interim order | 1.50 |
| 12/14/15 | ML - Marcia | $283.33 | Draft mtn/brief/legal memo/proposed order: rev proposed interim orders | 0.67 |
| 12/14/15 | ML - Marcia | $283.33 | Draft/Edit/Revise legal documents: rev proposed orders, changes | 0.67 |
| 12/17/15 | ML - Marcia | $212.50 | Draft mtn/brief/legal memo/proposed order: rev state revisions, proposed order | 0.50 |
| 12/18/15 | ML - Marcia | $283.33 | Draft mtn/brief/legal memo/proposed order: rev proposed order | 0.67 |
| 12/19/15 | SG - Sarah | $175.00 | Send/Receive text message or email: Final revisions to Plaintiffs' comments on Defendts objections to Monitor's | 0.50 |
| 01/06/16 | ML - Marcia | $318.00 | Other: summarize chronology of child death | 0.75 |
| 02/16/16 | SG - Sarah | $943.35 | Fees on Fees: recalculate hours at different hourly rates | 2.70 |
| 03/10/16 | ML - Marcia | $850.00 | Fees on Fees: edit fees brief | 2.00 |
| 03/11/16 | ML - Marcia | $637.50 | Fees on Fees: edit fees memo | 1.50 |
| 03/12/16 | SG - Sarah | $1,225.00 | Fees on Fees: Research/edit/revise memorandum of law in support of fees motion | 3.50 |
| 03/13/16 | SG - Sarah | $203.58 | Fees on Fees: Review ML dec; send corrections to SJ | 0.58 |
| 03/13/16 | SG - Sarah | $1,225.00 | Fees on Fees: Revisions to Memo of Law in support of motion for atty fees | 3.50 |
| 03/13/16 | SJ - Jaffe | $1,012.00 | Fees on Fees: Incorporate changes/further research on fee memorandum | 4.60 |
| 03/14/16 | SJ - Jaffe | $165.00 | Fees on Fees: Revise Marcia declaration for fees motion | 0.75 |
| 03/14/16 | SJ - Jaffe | $168.67 | Fees on Fees: Revise ML declaration for fees motion | 0.77 |
| 03/17/16 | SJ - Jaffe | $330.00 | Fees on Fees: Update charts re new rates for declaration | 1.50 |
| 03/17/16 | ML - Marcia | $1,381.25 | Fees on Fees: edit/revise fees memo, affirmation | 3.25 |
| 03/24/16 | SJ - Jaffe | $238.33 | Fees on Fees: Edit fees motion, calculate new fees total | 1.08 |
| 03/25/16 | SJ - Jaffe | $535.33 | Fees on Fees: Format and edit fee memorandum | 2.43 |
| 03/25/16 | SJ - Jaffe | $531.67 | Fees on Fees: Revise fee memos and declarations | 2.42 |

1

| Date | Person | Amount | Description | Hours |
|---|---|---|---|---|
| 03/25/16 | SJ - Jaffe | $91.67 | Fees on Fees: Edit fee memo | 0.42 |
| 03/28/16 | SJ - Jaffe | $168.67 | Fees on Fees: Upload and compile fee memo/ declarations | 0.77 |
| 04/19/16 | ML - Marcia | $425.00 | Draft/Edit/Revise legal documents: redraft stip, proposed 2nd Interim Remedial Order | 1.00 |
| 04/19/16 | SJ - Jaffe | $102.67 | Fees on Fees: Incorporate Marcia's edits into fee reply brief | 0.58 |
| 04/22/16 | SJ - Jaffe | $770.00 | Fees on Fees: Proofread and edit fee reply, proposed order | 3.50 |
| 04/22/16 | SG - Sarah | $700.00 | Fees on Fees: Revision of final drafts of reply brief, order and emails re same - emls with SJ, MB and ML re same | 2.00 |
| 08/14/16 | ML - Marcia | $1,168.75 | Draft/Edit/Revise legal documents: revise proposed MSA, email, to/SG re same | 2.75 |
| 08/15/16 | SG - Sarah | $350.00 | Send/Receive text message or email: Send/receive various emails to/from ML regarding preparation for trip | 1.00 |
| 08/28/16 | ML - Marcia | $247.92 | Draft/Edit/Revise legal documents: rev. remedial order draft | 0.58 |
| 08/28/16 | SG - Sarah | $294.97 | Draft/Edit/Revise legal documents: Draft revisions to 3d RO | 0.84 |
| 08/29/16 | ML - Marcia | $3,258.33 | Draft/Edit/Revise legal documents: edit, revise, remedial order, including t/c s w/SG | 7.67 |
| 09/01/16 | SG - Sarah | $1,226.85 | Draft/Edit/Revise legal documents: revisions to draft third stip remedial order | 3.51 |
| 09/20/16 | ML - Marcia | $212.50 | Draft/Edit/Revise legal documents: rev defs' revisions to RO | 0.50 |
| 09/22/16 | SG - Sarah | $156.43 | Draft/Edit/Revise legal documents: Revision of MSA 2 | 0.45 |
| 09/23/16 | SG - Sarah | $1,108.33 | Draft/Edit/Revise legal documents: Revisions of MSA | 3.17 |
| 09/27/16 | ML - Marcia | $318.75 | Draft/Edit/Revise legal documents: rev, edit RO | 0.75 |
| 10/01/06 | ML - Marcia | $531.25 | Draft mtn/brief/legal memo/proposed order: edit/revise RO draft | 1.25 |
| 11/19/16 | ML - Marcia | $531.25 | Draft/Edit/Revise legal documents: revisions, edits to MSA | 1.25 |
| 11/20/16 | SG - Sarah | $447.13 | Draft/Edit/Revise legal documents: Revise Monitoring/Enforcement provisions | 1.28 |
| 11/20/16 | ML - Marcia | $318.75 | Draft/Edit/Revise legal documents: rev, edit MSA provisions | 0.75 |
| 11/21/16 | ML - Marcia | $1,487.50 | Draft/Edit/Revise legal documents: edit, revise email SG re revisions to MSA sections | 3.50 |
| | | **$25,793.89** | | **74.36** |