| | | Exhibit F | | |
|---|---|---|---|---|
| | | Block Billing | | |
| Date | By Whom | Amount | Description | Time |
| 12/04/15 | WWD - Wayne | $120.00 | TCs M. Lowry and email r. Fortenberry | 0.30 |
| 12/04/15 | ML - Marcia | $212.50 | Send/Receive text message or email: Wayne, Rusty, telephone calls to each re new director | 0.50 |
| 12/06/16 | ML - Marcia | $956.00 | Document review: review Public Catalyst rpt and applicable orders, prep for PC mtg | 2.25 |
| 12/07/15 | WWD - Wayne | $200.00 | Receive and review article announcing resignation of Justice Chandler, appointment as DFCS head; email M. Lowry. | 0.50 |
| 12/07/16 | SG - Sarah | $525.00 | Draft/Edit/Revise legal documents: Draft/ Revise interim order to send to Defts - eml to PC | 1.50 |
| 12/07/16 | CF - paralegal | $18.33 | Draft/Edit/Revise memo : composed memo on notes from TC w/ source from MS, eml to ML | 0.17 |
| 12/08/16 | ML - Marcia | $531.25 | Draft/Edit/Revise legal documents: edit proposed interim order, email t/f  Public Catalyst, mtg SG re same | 1.25 |
| 12/11/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev email from GL re confidentiality, tc SG re same | 0.50 |
| 12/12/15 | ML - Marcia | $1,275.00 | Document review: rev monitors rpt, rev emails from GL, respond to same | 3.00 |
| 12/12/15 | SG - Sarah | $262.50 | Telephone call: 3 TCs w/ ML re comments to monitor's confidential draft  period 5; issue of redaction of KN portion | 0.75 |
| 12/12/15 | ML - Marcia | $318.75 | Telephone call: 3 TCs w/ SG re comments to monitor's confidential draft period 5; issue of redaction of KN portion | 0.75 |
| 12/13/15 | SG - Sarah | $350.00 | Document review: Re review KN section of Monitor's draft Period 5 report to re-assess confidentiality issues; legal research re confidentiality provisions in order | 1.00 |
| 12/13/15 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Review Defts proposed remedial order and comment re differences between Pltf order and defts order. Send eml to ML re same | 1.00 |
| 12/13/15 | SG - Sarah | $58.33 | Draft mtn/brief/legal memo/proposed order:  review email from ML to Monitor concerning issues raised by draft report, per. 5, and general comments | 0.17 |
| 12/13/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev defs' counter proposal, respond to PC re same | 0.50 |
| 12/14/15 | ML - Marcia | $318.75 | Telephone call: w/SG re monitors rpt, tc w/ monitor, defs changes in interim order | 0.75 |
| 12/14/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev email from GL to ct, email to Rusty re confidentiality issue | 0.50 |
| 12/14/15 | WWD - Wayne | $600.00 | Review draft monitor's report, emails from M. Lowry re interim plan, need for action, and email to M. Lowry | 1.50 |

1

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 12/15/15 | ML - Marcia | $637.50 | Document review: prep for mtg, review proposed orders, notes | 1.50 |
| 12/17/15 | ML - Marcia | $531.25 | Draft/Edit/Revise legal documents: rev state redraft of agreement, email to co-c, mediator re same | 1.25 |
| 12/17/15 | SG - Sarah | $116.67 | Send/Receive text message or email: Review eml from WD to court and from RF to court re pltfs objections to non-disclosure of period 5 interim report | 0.33 |
| 12/17/15 | ML - Marcia | $175.00 | Send/Receive text message or email: Review suggested language from Monitor re responsibilities in the Interim Order and send comments to ML re same | 0.50 |
| 12/17/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev GL email, send email to PC, SG re same | 0.50 |
| 12/17/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev email SG, email KR re negotiations | 0.50 |
| 12/17/15 | WWD - Wayne | $600.00 | Work on interim order and emails to M. Lowry and S. Glasser | 1.50 |
| 12/17/15 | WWD - Wayne | $520.00 | TCs M. Lowry and S. Glasser and revise interim order; emails R. Fortenberry | 1.50 |
| 12/17/15 | WWD - Wayne | $480.00 | Work on interim order, emails other counsel, prepare for conference call | 1.20 |
| 12/18/15 | SG - Sarah | $525.00 | Document review: Read Defts objections to Period 5 interim report on basis of confidentiality; draft response memo re same | 1.50 |
| 12/18/15 | WWD - Wayne | $480.00 | Work on interim remedial order, TCs M. Lowry re order, hearing | 1.20 |
| 12/18/15 | WWD - Wayne | $200.00 | TCs, emails M. Lowry re interim remedial order, issues for hearing | 0.50 |
| 12/20/15 | ML - Marcia | $1,877.08 | Other: prep for ct argument, review ct. orders, monitor's rpt, | 4.42 |
| 12/20/15 | WWD - Wayne | $200.00 | Prepare for hearing, receive and review emails, final interim remedial order | 0.50 |
| 12/21/15 | WWD - Wayne | $800.00 | Meeting with Marcia Lowry and Sara Glasser; participate in hearing before Judge Lee; conf. with Lowry and Glasser | 2.00 |
| 12/21/15 | WWD - Wayne | $200.00 | Emails G. Lopes, M. Lowry re redactions to monitor's report; reviewed report. | 0.50 |
| 12/21/15 | SG - Sarah | $466.67 | Document review: Review redactions to KN section by GL and discuss same with ML | 1.33 |
| 12/21/15 | SG - Sarah | $525.00 | Document review: Review and respond to redactions on Grace's report | 1.50 |
| 12/22/15 | ML - Marcia | $212.50 | Send/Receive text message or email: rev, respond SG emails re confidentiality, comments from Joy H | 0.50 |
| 12/22/15 | SG - Sarah | $350.00 | Conference call: Conf call w/ GL, RF, KR re redactions to Monitors report - eml to ML discussing same | 1.00 |
| 12/22/15 | WWD - Wayne | $80.00 | Emails M. Lowry, received and reviewed order from court. | 0.20 |

2

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 12/29/15 | SG - Sarah | $525.00 | Document review: Review of Monitors redactions from Judy Meltzer Report of K N's death and provide comments/suggestions re deletions. Send eml to ML | 1.50 |
| 12/30/15 | SG - Sarah | $175.00 | Telephone call: transmit plaintiffs comments to GL and tel call w/ GL regarding Plaintiffs comments to redactions to Meltzer report | 0.50 |
| 12/30/15 | ML - Marcia | $141.67 | Send/Receive text message or email: rev SG memo re redactions, tc/w Grace | 0.33 |
| 12/30/15 | ML - Marcia | $495.83 | Document review: rev proposed redactions, email SG re same | 1.17 |
| 01/01/16 | SG - Sarah | $612.50 | Draft/Edit/Revise legal documents: Review side by side, Monitor's revisions to KN section of Interim Report Period 5 and changes agreed to by parties. Eml to GL re same | 1.75 |
| 01/02/16 | ML - Marcia | $212.50 | Draft/Edit/Revise memo : rev SG draft of status memo, draft press release | 0.50 |
| 01/03/16 | ML - Marcia | $531.25 | Document review: rev, edit press release, summary of status | 1.25 |
| 01/03/16 | SG - Sarah | $700.00 | Draft/Edit/Revise memo : Review findings from case record review; revise press release to include medical report | 2.00 |
| 01/05/16 | SG - Sarah | $845.83 | Document review: Review of Further Redacted Report of Judith Meltzer and eml to GL re Pltfs' objection new redaction | 2.42 |
| 01/05/16 | SG - Sarah | $700.00 | Document review: Review of final Monitor's redactions in her own review of child death in Period 5 Interim Rept; eml to GL re Pltfs' objections | 2.00 |
| 01/05/16 | WWD - Wayne | $400.00 | Review emails from S. Glasser, work on press release, email to Glasser and M. Lowry | 1.00 |
| 01/07/16 | WWD - Wayne | $320.00 | Review monitor's interim report, emails from other counsel; TC press inquiries | 0.80 |
| 01/08/16 | WWD - Wayne | $160.00 | Review monitor's report, emails, articles | 0.40 |
| 01/11/16 | SG - Sarah | $84.00 | Document review: review transcript of court hearing for potentially redactable information; eml to GL and ML re same | 0.24 |
| 01/12/16 | SG - Sarah | $87.50 | Document review: Review eml from KR re Joint Notice of Intent to Request Redaction and Court's policy notice. Notify KR re Plaintiffs no objections to form. | 0.25 |
| 01/24/16 | ML - Marcia | $354.17 | Document review: rev doc re IV-E eligibility, memo to SG re same | 0.83 |
| 02/01/16 | SG - Sarah | $1,575.00 | Fees on Fees: Research into 5th Cir decisions re attys fees hourly rates; memo to ML re same | 4.50 |
| 02/11/16 | ML - Marcia | $116.67 | Telephone call: Tel/Call w/ ML re next steps in MS - checked interim remedial order for date progression | 0.33 |
| 03/02/16 | SG - Sarah | $525.00 | Conference call: Conference call w// KR, ML and SJ re current progress towards Interim Remedial Order reqments; | 1.50 |
| 03/09/16 | SG - Sarah | $612.50 | Fees on Fees: Revisions to memorandum for fees; emls to ML and SJ re sames | 1.75 |

3

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 03/10/16 | SJ - Jaffe | $726.00 | Fees on Fees: Revisions/additional research re: fee memo | 3.30 |
| 03/13/16 | SG - Sarah | $35.00 | Fees on Fees: Review eml from ML re order approving fees without notice to class members - email to SJ re same | 0.10 |
| 03/13/16 | SJ - Jaffe | $17.60 | Fees on Fees: TC w/ SG re attorneys fee hours on chart; research on notice to class members for post-Judgment atty | 0.08 |
| 03/13/16 | SG - Sarah | $29.17 | Fees on Fees: T/C w/ SJ re attorneys fee hours on chart; research on notice to class members for post judgment attys fees | 0.08 |
| 03/13/16 | SG - Sarah | $145.83 | Fees on Fees: Review S. Dixon draft declaration/ revisions and send to counsel for input; t/c w/ SJ re same | 0.42 |
| 03/17/16 | WWD - Wayne | $80.00 | TC R. Fortenberry re meetings, work on attorney's fee application | 0.20 |
| 03/17/16 | WWD - Wayne | $200.00 | Letter to Luke Dove, work on attorney's fee award, emails from M. Lowry. | 0.50 |
| 03/18/16 | ML - Marcia | $212.50 | Send/Receive text message or email: to RF re extension of time, email to co-counsel re same | 0.50 |
| 03/18/16 | ML - Marcia | $212.50 | Other: rev letter RF re hiring, email co-c re same | 0.50 |
| 03/19/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review proposed agenda for April mtg and respond w/ comments | 0.17 |
| 03/19/16 | ML - Marcia | $602.08 | Draft/Edit/Revise memo : memo re agenda for negot, email PC re same | 1.42 |
| 03/21/16 | WWD - Wayne | $120.00 | Emails M. Lowry, review agenda for meeting with AG. | 0.30 |
| 03/22/16 | WWD - Wayne | $600.00 | Receive and review email from Luke Dove, work on attorney's fee documents | 1.50 |
| 03/23/16 | WWD - Wayne | $200.00 | Receive and review email from L. Dove, work on attorneys' fee award | 0.50 |
| 03/24/16 | WWD - Wayne | $1,000.00 | Work on brief in support of attorneys' fee motion, revise declaration and emails S. Robinson-Glasser | 2.50 |
| 03/24/16 | SG - Sarah | $525.00 | Fees on Fees: Send/receive emails from SJ, SD, MB re content for motion/memo/ decs for contested fees | 1.50 |
| 03/24/16 | SG - Sarah | $175.00 | Draft/Edit/Revise memo : Edit/revise proposed order, proposed motion and last draft of memo of law | 0.50 |
| 04/01/16 | WWD - Wayne | $160.00 | Emails re declaration of Luke Dove, attorney's fee motion, conf. M. Bentley; emails S. Jaffe re filing of motion, brief | 0.40 |
| 04/01/16 | SG - Sarah | $175.00 | Document review: Review MIC report (Feb. 2016) and send questions re report to Monitor | 0.50 |
| 04/01/16 | ML - Marcia | $212.50 | Send/Receive text message or email: rev SG emails re MIC, tc/SG re same | 0.50 |

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 04/06/16 | SG - Sarah | $875.00 | Draft mtn/brief/legal memo/proposed order: Draft memo concerning state of compliance by Defts at this point - review docs provided by Defts to Public Catalyst for inclusion in the memo | 2.50 |
| 04/06/16 | SG - Sarah | $116.67 | Document review: Review agenda from Defts - find information on Champion Regions in Field Operations Resource Development Plan | 0.33 |
| 04/06/16 | SG - Sarah | $116.67 | Send/Receive text message or email: review eml from GL re Senate Bill - send email to ML re providing pltf comments on the bill | 0.33 |
| 04/07/16 | SG - Sarah | $350.00 | Send/Receive text message or email: Complete review of SB 2179 and comparison to MSA/orders; eml to RF re concerns | 1.00 |
| 04/07/16 | SG - Sarah | $525.00 | Meeting: Prepare and review documents for meeting; agendas; court orders, MSA | 1.50 |
| 04/08/16 | WWD - Wayne | $200.00 | Emails M. Lowry, R. Fortenberry; prepare for meeting | 0.50 |
| 04/10/16 | ML - Marcia | $637.50 | Meeting-Preparation for : rev materials, prep for mtg | 1.50 |
| 04/11/16 | SG - Sarah | $875.00 | Meeting: Mtg w/ ML, discuss and draft proposed draft Second Interim remedial Order | 2.50 |
| 04/11/16 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Review reqmts of IRO; draft proposed Second Interim Remedial Order; eml to PC and co-counsel re review & comments | 1.00 |
| 04/11/16 | WWD - Wayne | $3,120.00 | Meet with Marcia Lowry and Sara Glasser; meet with State counsel, monitor, Public Catalyst; continue discussions with plaintiffs counsel and Public Catalyst. | 7.80 |
| 04/12/16 | WWD - Wayne | $1,600.00 | Conf. M. Lowry, meetings with Public Catalyst, monitor. | 4.00 |
| 04/16/16 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Review changes to proposed Second Remedial Order from ML - send questions to ML | 1.00 |
| 04/17/16 | SG - Sarah | $408.33 | Draft/Edit/Revise legal documents: Completion of review and revisions to the Stipulated Second Remedial Order | 1.17 |
| 04/19/16 | ML - Marcia | $850.00 | Draft/Edit/Revise legal documents: review PC, GL comments on proposed stip, draft edits | 200.00 |
| 04/19/16 | ML - Marcia | $354.17 | Draft/Edit/Revise legal documents: redraft stip, proposed 2nd Interim Remedial Order | 0.83 |
| 04/20/16 | ML - Marcia | $425.00 | Telephone call: w/ SG re final revisions to stipulated second remedial order and rev of emls re same | 1.00 |
| 04/20/16 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Final revisions to stipulated second remedial order, including t/c w/ ML and | 1.00 |
| 04/20/16 | ML - Marcia | $531.25 | Send/Receive text message or email: emails to, from KR, SG, revise stip terms | 1.25 |
| 04/20/16 | ML - Marcia | $283.33 | Send/Receive text message or email: rev SG draft, emails re same | 0.67 |

5

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 04/20/16 | SG - Sarah | $350.00 | <u>Fees on Fees</u>: Final revisions to Reply to Defendants' Opposition to Fees Motion and emls to WD re final input | 1.00 |
| 04/21/16 | SG - Sarah | $116.67 | <u>Fees on Fees</u>: Review of proposed order, slight modifications; re-send to SJ | 0.33 |
| 04/21/16 | SG - Sarah | $175.00 | <u>Draft/Edit/Revise legal documents</u>: Final revisions to 2nd Draft Remedial Order; send out for comments | 1.50 |
| 04/21/16 | SG - Sarah | $87.50 | <u>Document review</u>: Final review of Reply/ filing info | 0.25 |
| 04/21/16 | SG - Sarah | $116.67 | <u>Draft/Edit/Revise legal documents</u>: Review Exhibit A to Stip 2nd Remedial Order; eml to ML for comment | 0.33 |
| 04/21/16 | SG - Sarah | $262.50 | <u>Draft/Edit/Revise legal documents</u>: Final document review of reply and proposed order; transmit for filing | 0.75 |
| 04/22/16 | WWD - Wayne | $240.00 | Edit reply brief, and emails to M. Lowry, S. Glasser, M. Bentley | 0.60 |
| 04/22/16 | ML - Marcia | $141.67 | <u>Fees on Fees</u>: rev email WD re brief, email SG, SJ re edits | 0.33 |
| 04/22/16 | ML - Marcia | $141.67 | <u>Fees on Fees</u>: emails SG, SJ re order, brief | 0.33 |
| 04/22/16 | ML - Marcia | $318.75 | <u>Fees on Fees</u>: review proposed order, brief, edits re same, email SG, SJ | 0.75 |
| 04/22/16 | SJ - Jaffe | $238.33 | <u>Fees on Fees</u>: Prepare documents for filing of fee reply, send to Michael Bentley | 0.67 |
| 04/22/16 | SG - Sarah | $700.00 | <u>Fees on Fees</u>: Revision of final drafts of reply brief, order and emails re same - emls with SJ, MB and ML re same | 2.00 |
| 04/27/16 | SG - Sarah | $87.50 | <u>Send/Receive text message or email</u>: Review/ respond to eml questions from Mississippi source | 0.25 |
| 04/27/16 | SG - Sarah | $315.00 | <u>Conference call</u>: Conf Call w/ ML and GL re provisions of Second Stipulated Remedial Order-gather previous remedial orders and prepare for call - prep for call 20 min - call 34 min | 0.90 |
| 04/28/16 | SG - Sarah | $1,365.00 | <u>Document review</u>: Begin review and response to Defts response to Pltf draft Stip 2nd draft remedial order and Ex. A - send to ML for further discussion | 3.90 |
| 04/28/16 | CF - paralegal | $18.33 | <u>Review legal papers, Court orders and opinions</u>: MIC rpt, eml to SG | 0.17 |
| 04/29/16 | SG - Sarah | $525.00 | <u>Telephone call</u>: Review defts changes to second stip and exhibit A with ML and decide which to accept and which to reject; make changes and eml to defts, monitor and PC | 1.50 |
| 04/30/16 | SG - Sarah | $262.50 | <u>Conference call</u>: Prep for and hold Conf call w/ ML and KR to discuss provisions of Stipulated 2nd Remedial Order and defts progress | 0.75 |
| 04/30/16 | SG - Sarah | $72.43 | <u>Draft/Edit/Revise legal documents</u>: Draft proposed revisions to proposed paragraph 13 (deft•parag. 10) in Stip. 2nd RO; send to ML | 0.21 |

6

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 04/30/16 | SG - Sarah | $58.33 | Send/Receive text message or email: review 3 emls concerning vacancies and caseload data; respond to ML | 0.17 |
| 05/02/16 | ML - Marcia | $318.75 | Review legal papers, Court orders and opinions: rev ct orders, proposed stip, budget memo, prep for RF tc | 0.75 |
| 05/03/16 | ML - Marcia | $566.67 | Review legal papers, Court orders and opinions: rev. MIC rpt, SG comments re same, email re same | 1.33 |
| 05/04/16 | SG - Sarah | $87.50 | Send/Receive text message or email: Review/ respond 3 emails to/from ML and GL concerning phone meeting tomorrow with GL. | 0.25 |
| 05/05/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review eml from GL re proposed period 5 final report; send eml to ML re response and suggestions | 0.17 |
| 05/05/16 | SG - Sarah | $58.33 | Conference call: Conf call W/ GL and ML re period 5 monitor's report and MIC paragraph and deadline in the 2nd SRO | 0.17 |
| 05/05/16 | ML - Marcia | $956.25 | Review memos, letters reports: rev. state stip, email re same | 2.25 |
| 05/05/16 | ML - Marcia | $1,062.50 | Review memos, letters reports: rev. revisions, tc/SG, rev same | 2.50 |
| 05/05/16 | ML - Marcia | $425.00 | Fees on Fees: rev, fees order , emails t/f co-c | 1.00 |
| 05/06/16 | WWD - Wayne | $200.00 | Receive and review order on attorney's fees and expenses; emails M. Lowry re same, future proceedings | 0.50 |
| 05/06/16 | WWD - Wayne | $80.00 | Emails R. Fortenberry, M. Lowry re second remedial order | 0.20 |
| 05/09/16 | SG - Sarah | $87.50 | Send/Receive text message or email: Review two articles (Clarion Ledger and TV report) re Stipulated 2nd Remedial Order; reply to CF re same | 0.25 |
| 05/09/16 | SG - Sarah | $116.67 | Document review: Proof read final proposed Stip 2nd Remedial Order and Exhibit A; email to RF | 0.33 |
| 05/09/16 | SG - Sarah | $116.67 | Document review: Review final proposed stip and joint motion to file second remedial order; emls to RF | 0.33 |
| 05/09/16 | SG - Sarah | $87.50 | Document review: final review of press release; eml to CF re same; eml to ML re filing tomorrow | 0.25 |
| 05/09/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review eml from RF to GL re filing notice re period 5 final report; reply to same | 0.17 |
| 05/10/16 | SG - Sarah | $87.50 | Send/Receive text message or email: Review and respond to email from Mississippi stakeholder re new order | 0.25 |
| 05/10/16 | SG - Sarah | $35.00 | Send/Receive text message or email: Review/respond to email from stake holder in MS | 0.10 |
| 05/16/16 | SG - Sarah | $116.67 | Send/Receive text message or email: read emls from GL, KR and EF re case load standards | 0.33 |

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 05/23/16 | SG - Sarah | $262.50 | Fees on Fees: 3 emails to/from ML and 1 frm RF re fees payment; prepare sample invoice; send | 0.75 |
| 05/24/16 | WWD - Wayne | $120.00 | Emails re July 12 meeting, attorneys' fee award | 0.30 |
| 05/27/16 | ML - Marcia | $212.50 | Send/Receive text message or email: rev/ return emails t/f GL, RF, SG re implementation plans | 0.50 |
| 05/28/16 | SG - Sarah | $175.00 | Draft/Edit/Revise memo : Revisions to memo re information from MS source - provide info to ML | 0.50 |
| 06/01/16 | SG - Sarah | $350.00 | Conference call: Prep (15 min) and conference call (45 min) w/ Eileen Crummy & Lisa Taylor re State hiring and retention plan | 1.00 |
| 06/02/16 | SG - Sarah | $570.50 | Document review: review of Recruitment, Hiring & Retention Plan - make notes | 1.63 |
| 06/10/16 | SG - Sarah | $850.40 | Fees on Fees: read and send emails, review time amounts for Wayne and Stephen Dixon; email to ML | 2.43 |
| 06/12/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Read/ respond to email from ML with regard to possible suggestions from Dr. Miller re case practice and hiring/retention of new caseworkers. | 0.17 |
| 06/15/16 | CF - paralegal | $183.33 | Fees on Fees: rev current MS time for May 2016, made first-round edits for duplicates needed, created revised report with comments for SG review | 1.67 |
| 07/06/16 | SG - Sarah | $35.00 | Telephone call: note upcoming tel call with Pub Catalyst to discuss MS meeting -tel call w/ ML re same | 0.10 |
| 07/06/16 | SG - Sarah | $612.50 | Meeting-Preparation for : Prepare for telephone meeting with Public Catalyst re Mississippi update-prepare modified excel spreadsheet showing compliance dates and requirements from IRO and 2nd IRO - send to ML and PC | 1.75 |
| 07/11/16 | SG - Sarah | $700.00 | Meeting-Preparation for : Review PC organizational analysis, 1st RO and 2nd RO, defendant hiring and field ops plans in | 2.00 |
| 07/20/16 | SG - Sarah | $850.89 | Review memos, letters reports: Review PC organizational analysis for items left out of Remedial Orders and proposed sections for inclusion in immediate Final Remedial Order covering years one and two and a new Joint Settlement Agreement covering year 3 and onward. | 2.43 |
| 07/21/16 | SG - Sarah | $637.50 | Meeting-Preparation for : rev/edit proposal from SG for planning mtg w/PC | 1.50 |
| 07/21/16 | ML - Marcia | $1,700.00 | Meeting: meeting w/PC re remedial order, prep for Miss. mtg | 4.00 |
| 07/21/16 | SG - Sarah | $1,108.33 | Conference call: Conf call w/ ML, and Pub Catalyst - planning for Aug.meeting re new phases | 3.17 |
| 07/25/16 | SG - Sarah | $132.03 | Document review: review of proposed term sheet from ML; tel call to discuss | 0.38 |
| 07/25/16 | ML - Marcia | $956.25 | Draft/Edit/Revise legal documents: rev. SG draft re negotiations, draft term sheet, circulate, rev, comments | 2.25 |

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 08/07/16 | SG - Sarah | $350.00 | Draft/Edit/Revise legal documents: Review comments from ML; continue draft of proposed FRO; tel/call w/ ML re comments, revisions and next steps | 1.00 |
| 08/08/16 | SG - Sarah | $217.68 | Draft/Edit/Revise legal documents: Review edits from CF and transmit to PC and ML | 0.62 |
| 08/09/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review/ respond to smalls re sending current pltfs proposal to Defts | 0.17 |
| 08/09/16 | SG - Sarah | $116.67 | Draft/Edit/Revise legal documents: additional revisions to proposed draft order/ email to all participants | 0.33 |
| 08/09/16 | ML - Marcia | $318.75 | Telephone call: w/Kenya, email SG, re draft order | 0.75 |
| 08/09/16 | ML - Marcia | $283.33 | Draft/Edit/Revise legal documents: edit proposed order, tc/SG re same | 0.67 |
| 08/12/16 | SG - Sarah | $262.50 | Send/Receive text message or email: review and respond to emails to/from ML concerning child death in MS; discuss possibility of expanded class certification | 0.75 |
| 08/13/16 | ML - Marcia | $637.50 | Draft/Edit/Revise legal documents: rev state response, proposed order, email co-c re same | 1.50 |
| 08/13/16 | SG - Sarah | $1,177.46 | Document review: Review MSA and begin process of drafting new proposed changes | 3.36 |
| 08/13/16 | SG - Sarah | $437.50 | Draft/Edit/Revise legal documents: Review changes by Defts to ABC's proposed order; incorporate changes into text; provide to ML with changes | 1.25 |
| 08/14/16 | SG - Sarah | $408.33 | Draft/Edit/Revise legal documents: Review/ revise and transmit Pltfs' suggested changes to proposed new MSA | 1.17 |
| 08/14/16 | ML - Marcia | $1,168.75 | Draft/Edit/Revise legal documents: revise proposed MSA, email, to/SG re same | 2.75 |
| 08/14/16 | ML - Marcia | $425.00 | Review memos, letters reports: rev, edit comments on MIC review | 1.00 |
| 08/14/16 | ML - Marcia | $1,345.83 | Telephone call: telephone calls, KR, SG,, emails KR, SG re negots. | 3.17 |
| 08/15/16 | WWD - Wayne | $80.00 | Review proposed order, email | 0.20 |
| 08/17/16 | WWD - Wayne | $1,480.00 | Donelson and participate in meeting with State, Public Catalyst | 3.70 |
| 08/26/16 | SG - Sarah | $175.00 | Send/Receive text message or email: Review/respond where necessary to emails concerning 3rd RO | 0.50 |
| 08/26/16 | SG - Sarah | $35.00 | Send/Receive text message or email: Review emails from ML and EC of Public Catalyst re state's most recent draft | 0.10 |
| 08/28/16 | ML - Marcia | $408.00 | Telephone call: w/SG re remedial order negotiations, draft | 0.96 |
| 08/29/16 | ML - Marcia | $3,258.33 | Draft/Edit/Revise legal documents: edit, revise, remedial order, including t/c s w/SG | 7.67 |

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 08/30/16 | ML - Marcia | $283.33 | Send/Receive text message or email: rev. proposed order, email PC re same | 0.67 |
| 08/31/16 | SG - Sarah | $262.50 | Send/Receive text message or email: Quick Review PC comments to proposed STRO - brief discussion with ML | 0.75 |
| 09/01/16 | CF - paralegal | $275.00 | Draft mtn/brief/legal memo/proposed order: edits to STRO, emls to SG re same | 2.50 |
| 09/01/16 | SG - Sarah | $116.67 | Send/Receive text message or email: Emls to/from ML, KR and EC re sending next round of 3rd Stipulated Remedial Order to Defts | 0.33 |
| 09/05/16 | ML - Marcia | $177.08 | Send/Receive text message or email: to co- n, re data, rev data re caseloads, requirements | 0.42 |
| 09/05/16 | ML - Marcia | $283.33 | Draft/Edit/Revise legal documents: MSA, prep for negotiations | 0.67 |
| 09/06/16 | SG - Sarah | $290.50 | Draft/Edit/Revise legal documents: Revisions to 3d RO following conf call w/ PC and ML | 0.83 |
| 09/06/16 | SG - Sarah | $897.75 | Draft/Edit/Revise legal documents: additional revisions to 3d RO after call wth PC and ML | 2.56 |
| 09/07/16 | ML - Marcia | $318.75 | Send/Receive text message or email: rev email from GL, emails to KR, SG, WD re child death, to Kenya | 0.75 |
| 09/08/16 | CF - paralegal | $9.17 | Send/Receive text message or email: rev STRO, edits to SG | 0.08 |
| 09/20/16 | SG - Sarah | $262.50 | Document review: Begin process of comparison between ABC version and State version - write email to ML re same | 0.75 |
| 09/21/16 | SG - Sarah | $1,575.00 | Document review: t/c Review third remedial order/ revise with ML during t/c | 4.50 |
| 09/21/16 | ML - Marcia | $1,912.50 | Telephone call: rev defs proposal w/ SRO, redraft, edit w/SG | 4.50 |
| 09/21/16 | WWD - Wayne | $160.00 | Receive and review emails, draft remedial orders from M. Lowry | 0.40 |
| 09/22/16 | SG - Sarah | $272.13 | Conference call: Prep 10 min - and conf call re child deaths | 0.78 |
| 09/24/16 | SG - Sarah | $262.50 | Draft/Edit/Revise legal documents: Work on revisions to MSA2 - eml to CF re same | 0.75 |
| 09/26/16 | CF - paralegal | $440.00 | Draft/Edit/Revise legal documents: revising 2nd MSA, rev text from original MSA, formatting file | 4.00 |
| 10/01/16 | SG - Sarah | $87.50 | Draft/Edit/Revise legal documents: view current proposed2nd MSA - send to ML for later discussion | 0.25 |
| 10/02/16 | ML - Marcia | $1,700.00 | Draft/Edit/Revise legal documents: draft, rev sources, revise comments on 3rd RO | 0.40 |
| 10/04/16 | ML - Marcia | $531.25 | Send/Receive text message or email: to co-counsel,to PC re MIC rpt, negotiations re RO. | 0.25 |
| 10/05/16 | SG - Sarah | $1,050.00 | Conference call: prep for and participation in conf call w/ defts and PC re MS STRO | 3.00 |

10

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 10/05/16 | SG - Sarah | $58.33 | Send/Receive text message or email: Review email from KR re draft language suspending MSA monitoring. Respond to eml. | 0.17 |
| 10/05/16 | ML - Marcia | $283.33 | Conference call: w/PC, prep for RO negotiation | 0.67 |
| 10/05/16 | SG - Sarah | $175.00 | Send/Receive text message or email: Review basis for continuing monitoring activities - in the MSA and the Agreed Order - eml to ML re same | 0.50 |
| 10/06/16 | ML - Marcia | $2,975.00 | Review legal papers, Court orders and opinions: draft, edit proposed MSA draft | 7.00 |
| 10/06/16 | CF - paralegal | $471.17 | Draft/Edit/Revise legal documents: revise and format MSA, ML's edits | 4.28 |
| 10/07/16 | SG - Sarah | $177.43 | Document review: Review of PB's latest draft of STRO; write comments - eml to ML re same | 0.51 |
| 10/07/16 | ML - Marcia | $212.50 | Review legal papers, Court orders and opinions: edit MSA prop, email defs re same | 0.50 |
| 10/08/16 | SG - Sarah | $754.35 | Draft/Edit/Revise legal documents: Tel/Call w/ ML re revising STRO after conf call; discussion re MSA 2 concepts | 2.16 |
| 10/08/16 | ML - Marcia | $637.50 | Telephone call: w/SG rev, edit, revise draft RO | 1.50 |
| 10/11/16 | SG - Sarah | $116.67 | Send/Receive text message or email: Review proposed joint motion and order; emls to KR re same | 0.33 |
| 10/15/16 | SG - Sarah | $175.00 | Document review: Review of proposed exit strategy, send comments to ML | 0.50 |
| 10/16/16 | SG - Sarah | $875.00 | Telephone call: two tel calls w/ ML re revisions to the STRO; review dispute resolution and proposed exit provisions; revise PC's last STRO and add comments; send to PC | 2.50 |
| 11/02/16 | CF - paralegal | $91.67 | Fees on Fees: rev MS hrs for Oct 2016 rev ML's travel times for MS trips - eml to SG re same | 0.83 |
| 11/07/16 | CF - paralegal | $110.00 | Fees on Fees: rev MS exps, emls to ML and SG re same | 1.00 |
| 11/13/16 | ML - Marcia | $212.50 | Send/Receive text message or email: t/PC re prep for negotiation, tc/ KR re same | 0.50 |
| 11/14/16 | WWD - Wayne | $120.00 | Emails M. Lowry re changes in Congress; TC Eric Jershied | 0.30 |
| 11/15/16 | SG - Sarah | $358.65 | Fees on Fees: March 2016 hours report review; email to CF re workflow on bills | 1.02 |
| 11/19/16 | CF - paralegal | $165.00 | Fees on Fees: redo rpts with SG's edits, MS hrs for Mar and Apr and Sept 2016, send to ML, eml to SG re same | 1.25 |
| 11/20/16 | SG - Sarah | $262.50 | Document review: review and revise IL provision; email to ML re same; review eml from ML to PC re same | 0.75 |
| 11/20/16 | SG - Sarah | $87.50 | Send/Receive text message or email: Review email from KR with latest proposed IL provision; respond re same to ML | 0.25 |
| 11/21/16 | CF - paralegal | $275.00 | Fees on Fees: rev MS exps for past months, compose checklist for trip charges | 2.50 |

11

| Date | By Whom | Amount | Description | Time |
|---|---|---|---|---|
| 11/21/16 | CF - paralegal | $110.00 | <u>Fees on Fees</u>: rev Nov hrs, 11/1-11/21- enter corrections into Clio, pass along to SG with question for her | 1.00 |
| 11/21/16 | SG - Sarah | $116.67 | <u>Send/Receive text message or email:</u> review PC training proposal and respond; eml to ML re exit and monitoring revisions | 0.33 |
| 11/21/16 | ML - Marcia | $106.25 | <u>Send/Receive text message or email</u>: rev MSA draft from PC, email to SG re same | 0.25 |
| 11/21/16 | SG - Sarah | $374.69 | <u>Document review</u>: Review and revise exit and enforcement sections; distribute | 1.07 |
| 11/21/16 | ML - Marcia | $1,487.50 | <u>Draft/Edit/Revise legal documents</u>: edit, revise email SG re revisions to MSA sections | 3.50 |
| 11/21/16 | SG - Sarah | $175.00 | <u>Document review</u>: Review and send comments to ML re MDCPS Permanency proposal | 0.50 |
| 11/23/16 | ML - Marcia | $531.25 | <u>Document review</u>: rev pending proposals, organize for negotiations | 1.25 |
| 11/27/16 | SG - Sarah | $116.67 | <u>Send/Receive text message or email:</u> review emails from Kevin Ryan and MDCPS re accepted sections on revised MSA | 0.33 |
| 11/28/16 | CF - paralegal | $256.67 | <u>Fees on Fees</u>: rev MS exps in Clio - find records of missing expenses - email to FM re card statements and potentially missing expenses | 2.66 |
| 11/29/16 | SG - Sarah | $525.00 | <u>Document review</u>: Make revisions to Defts placement standards counter-provision; send to PC; review new agreed upon language sections and compare with sections negotiated during the day | 1.50 |
| 11/30/16 | CF - paralegal | $220.00 | <u>Fees on Fees:</u> rev exps, card statements, QuickBooks account- compare against receipts, emls, Clio - edits into Clio - eml to FM re unknown expenses on statements | 2.00 |
| | | **$99,166.73** | | **469.71** |