# Exhibit H

## "Fees On Fees" - NOT Related to 2016 Motion

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 12/2/2015 | CF - paralegal | $91.57 | Fees on Fees: 3 TCs w/ SG re MS expenses | 0.83 |
| 12/2/2015 | SG - Sarah | $291.67 | Fees on Fees: 3 TCs w/ CF re MS expenses | 0.83 |
| 12/2/2015 | CF - paralegal | $531.67 | Fees on Fees: tracking and recording expenses for MS trips rev expenses entered, past 12 months | 4.83 |
| 12/2/2015 | SG - Sarah | $350.00 | Fees on Fees: Review of 2015 expenses for fee app | 1.00 |
| 12/3/2015 | CF - paralegal | $18.33 | Fees on Fees: TC w/ SG re MS billing | 0.17 |
| 12/3/2015 | SG - Sarah | $58.33 | Fees on Fees: TC w/ CF re MS billing | 0.17 |
| 12/3/2015 | CF - paralegal | $220.00 | Fees on Fees: rev MS invoice, corrections to billing | 2.00 |
| 12/10/2015 | CF - paralegal | $27.50 | Fees on Fees: corrections to Clio entries | 0.25 |
| 12/13/2015 | SG - Sarah | $87.50 | Fees on Fees: Draft transmittal letter re various invoices and new rates | 0.25 |
| 1/11/2016 | CF - paralegal | $27.50 | Telephone call: TC w/ SG re MS expenses | 0.25 |
| 1/11/2016 | SG - Sarah | $87.50 | Telephone call: w/CF re MS exps | 0.25 |
| 1/28/2016 | CF - paralegal | $128.33 | Fees on Fees: Dec '15 Clio time for MS, generated rpt, rev for errors | 1.17 |
| 2/4/2016 | CF - paralegal | $18.33 | Fees on Fees: MS Dec 115 and Jan '16 Clio hours: generate rpt and rev | 0.17 |
| 4/4/2016 | CF - paralegal | $220.00 | Fees on Fees: rev MS time entries for past 4 months, generated new report, added comments for SG to revise | 2.00 |
| 4/4/2016 | SG - Sarah | $116.67 | Fees on Fees: Read/respond to eml questions about the Miss billings for Dec 2015, Jan - March, 2016 | 0.33 |
| 4/6/2016 | CF - paralegal | $27.50 | Fees on Fees: rev SJ's MS time entries | 0.25 |
| 4/6/2016 | CF - paralegal | $18.33 | Fees on Fees: sent email to SJ re her MS time entries | 0.17 |
| 4/6/2016 | CF - paralegal | $45.83 | Fees on Fees: TC wl SG re rev of MS time entries, past 4 months | 0.42 |
| 4/6/2016 | SG - Sarah | $145.83 | Fees on Fees: TC w/ CF re rev of MS time entries, past 4 months | 0.42 |
| 4/7/2016 | CF - paralegal | $36.67 | Fees on Fees: rev MS exps, past 4 months | 0.33 |
| 4/13/2016 | CF - paralegal | $192.50 | Fees on Fees: tracking MS travel exps for 2016 | 1.75 |
| 4/18/2016 | SG - Sarah | $115.50 | Fees on Fees: TC w/ CF re MS billable time and exps exps from recent trip | 0.33 |
| 4/18/2016 | CF - paralegal | $36.67 | Fees on Fees: TC w/ SG re MS billable time and exps exps from recent trip | 0.33 |

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 4/20/2016 | CF - paralegal | $9.17 | Fees on Fees: Emls to SG re MS exps from recent trip | 0.08 |
| 5/4/2016 | CF - paralegal | $91.67 | Fees on Fees: rev Clio time for Apr 2016 | 0.83 |
| 5/31/2016 | SG - Sarah | $35.00 | Fees on Fees: Review/respond to emails concerning billing of hourly and travel rates | 0.10 |
| 5/31/2016 | CF - paralegal | $110.00 | Fees on Fees: corrected billing records with new hourly rates for ML, SG, and CF | 1.00 |
| 5/31/2016 | CF - paralegal | $36.67 | Fees on Fees; Rev and send emls to ML and SG re hourly rate in MS | 0.33 |
| 6/10/2016 | SG - Sarah | $850.40 | Fees on Fees: read and send emails, review time amounts for Wayne and Stephen Dixon; email to ML | 2.43 |
| 6/11/2016 | ML - Marcia | $141.67 | Fees on Fees: email t/f co-c re fees | 0.33 |
| 6/12/2016 | ML - Marcia | $141.67 | Fees on Fees: email co-c re fees | 0.33 |
| 6/15/2016 | CF - paralegal | $183.33 | Fees on Fees: rev current MS time for May 2016, made first-round edits for duplicates needed, created revised report with comments for SG review | 1.67 |
| 8/17/2016 | CF - paralegal | $36.67 | Fees on Fees: exps from travel, 7/12 | 0.33 |
| 8/18/2016 | CF - paralegal | $166.83 | Fees on Fees: rev MS hrs from June and July 2016, edits into Clio | 1.52 |
| 8/22/2016 | SG - Sarah | $28.00 | Fees on Fees: TC w/ CF re MS exps from recent travel | 0.08 |
| 8/22/2016 | CF - paralegal | $36.67 | Fees on Fees: check hotel receipts, flight receipts, emls from ML and SG, enter exps from travel into Clio | 0.33 |
| 8/22/2016 | CF - paralegal | $18.33 | Fees on Fees: checking/tracking exps from MS travel for SG and ML | 0.17 |
| 9/13/2016 | SG - Sarah | $87.50 | Fees on Fees: send expenses for Aug 16-18 trip to paralegal | 0.25 |
| 10/11/2016 | SG - Sarah | $58.33 | Fees on Fees: send email to CF re SG travel expenses and time in MS | 0.17 |
| 10/12/2016 | CF - paralegal | $18.33 | Fees on Fees: enter travel-related expenses for ML and SG, trip on 10/9-10 | 0.17 |
| 10/19/2016 | CF - paralegal | $88.00 | Fees on Fees: enter SG's edits for MS billable time in Sept 2016 | 0.80 |
| 10/25/2016 | SG - Sarah | $87.50 | Send/Receive text message or email: request billing reports from CF for June-Aug 2016 | 0.25 |
| 10/28/2016 | CF - paralegal | $440.00 | Fees on Fees: rev billable time for MS for June-Aug 2016, insert parallel entries, find travel durations, generate new rpts for SG's rev | 4.00 |
| 10/28/2016 | SG - Sarah | $116.67 | Fees on Fees: Respond to questions from CF on to clarify billed time entries | 0.33 |
| 11/2/2016 | CF - paralegal | $91.67 | Fees on Fees: rev MS hrs for Oct 2016 rev ML's travel times for MS trips - eml to SG re same | 0.83 |

2

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 11/3/2016 | CF - paralegal | $55.00 | Fees on Fees: rev MS hrs, Mar May 2016 | 0.50 |
| 11/7/2016 | CF - paralegal | $110.00 | Fees on Fees: rev MS exps, emls to ML and SG re same | 1.00 |
| 11/9/2016 | SG - Sarah | $735.00 | Fees on Fees: review March, April and May billings | 2.10 |
| 11/9/2016 | CF - paralegal | $36.67 | Fees on Fees: begin rev of MS hrs from Dec 2015- Feb 2016 | 0.33 |
| 11/9/2016 | CF - paralegal | $82.50 | Fees on Fees: eml to SG re MS rpts, Mar and Apr | 0.75 |
| 11/9/2016 | CF - paralegal | $110.00 | Fees on Fees: sent emls to SG and ML re MS hrs, gaps in entries for Mar and Apr 2016 | 1.00 |
| 11/10/2016 | CF - paralegal | $676.50 | Fees on Fees: rev MS hrs, Dec 2015 - Feb 2016 | 6.15 |
| 11/15/2016 | SG - Sarah | $358.65 | Fees on Fees: March 2016 hours report review; email to CF re workflow on bills | 1.02 |
| 11/15/2016 | SG - Sarah | $419.03 | Fees on Fees: Review of April 2016 hourly billing report | 1.20 |
| 11/16/2016 | SG - Sarah | $152.54 | Fees on Fees: Review of Oct 2016 Clio hourly report | 0.44 |
| 11/16/2016 | SG - Sarah | $210.00 | Fees on Fees: Review December 2015 clio hours report | 0.60 |
| 11/16/2016 | SG - Sarah | $297.50 | Fees on Fees: Review Clio hourly report for January and February 2016. | 0.85 |
| 11/16/2016 | CF - paralegal | $18.33 | Fees on Fees: TC w/ SG re MS hrs, Clio rpts, entry corrections and review process | 0.17 |
| 11/16/2016 | CF - paralegal | $18.33 | Fees on Fees: Eml sent to SG re MS hrs Mar and Apr 2016, comments on rpts | 0.17 |
| 11/16/2016 | CF - paralegal | $55.00 | Fees on Fees: rev comments on Mar 2016 MS rpt | 0.50 |
| 11/16/2016 | CF - paralegal | $56.83 | Fees on Fees: rev comments for Apr 2016 MS hrs | 0.52 |
| 11/16/2016 | CF - paralegal | $62.33 | Fees on Fees: revisions to Oct 2016 MS hrs | 0.57 |
| 11/16/2016 | CF - paralegal | $53.17 | Fees on Fees: emls to SG and ML re comments on MS hrs rpts, Mar and Apr | 0.48 |
| 11/16/2016 | SG - Sarah | $59.50 | Fees on Fees: TC w/ CF re MS hrs, Clio rpts, entry corrections and review process | 0.17 |
| 11/17/2016 | CF - paralegal | $146.67 | Fees on Fees: comments to each individual time keeper, re-do rpts Dec '15 - Feb '16 and Oct '16 | 1.33 |
| 11/17/2016 | CF - paralegal | $55.00 | Fees on Fees: edits to Sept '16 specific to each time keeper | 0.50 |
| 11/19/2016 | CF - paralegal | $165.00 | Fees on Fees: redo rpts with SG's edits, MS hrs for Mar and Apr and Sept 2016, send to ML, eml to SG re same | 1.50 |
| 11/21/2016 | CF - paralegal | $275.00 | Fees on Fees: rev MS exps for past months, compose checklist for trip charges | 2.50 |
| 11/21/2016 | CF - paralegal | $110.00 | Fees on Fees: rev Nov hrs, 11/1-11/21- enter corrections into Clio, pass along to SG with question for her | 1.00 |

3

| Date | By Whom | Amount | Notes | Time |
|---|---|---|---|---|
| 11/28/2016 | CF - paralegal | $256.67 | Fees on Fees: rev MS exps in Clio - find records of missing expenses - email to FM re card statements and potentially missing expenses | 2.33 |
| 11/30/2016 | CF - paralegal | $119.17 | Fees on Fees: rev exps for MS, past 12 months - rev FM's records, match to receipts, emls, Clio records | 1.08 |
| 11/30/2016 | CF - paralegal | $220.00 | Fees on Fees: rev exps, card statements, QuickBooks account- compare against receipts, emls, Clio - edits into Clio - eml to FM re unknown expenses on statements | 2.00 |
| | | $10,755.53 | | 53.42 |