```
                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

OLIVIA Y., ET AL.                                         PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:04cv251 TSL-RHW

HALEY BARBOUR, AS GOVERNOR
OF THE STATE OF MISSISSIPPI, ET AL.                       DEFENDANTS


                                ORDER

On July 21, 2017, a [724] memorandum opinion and order was entered granting attorneys' fees and expenses. The purpose of this order is to reflect that plaintiffs are granted attorneys' in the amount of **$333,540.77** (rather than $330,540.76).

IT IS, THEREFORE, ORDERED that attorneys' fees plus expenses of $23,746.96 are granted to plaintiffs' counsel in the total sum of **$357,287.72** (rather than $354,287.72).

SO ORDERED, this 14th day of August, 2017.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE