



Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., ET AL.                                                PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:04cv251 TSL-RHW

HALEY BARBOUR, AS GOVERNOR
OF THE STATE OF MISSISSIPPI, ET AL.                              DEFENDANTS

ORDER

On July 21, 2017, a [724] memorandum opinion and order was entered granting attorneys' fees and expenses. The purpose of this order is to reflect that plaintiffs are granted attorneys' in the amount of **$333,540.77** (rather than $330,540.76).

IT IS, THEREFORE, ORDERED that attorneys' fees plus expenses of $23,746.96 are granted to plaintiffs' counsel in the total sum of **$357,287.72** (rather than $354,287.72).

SO ORDERED, this 14th day of August, 2017.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE