

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT STREET, SUITE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 27 2017
BY_____ ARTHUR JOHNSTON  DEPUTY

NIXIE    392    DE    1
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 39201502825        *8566-0

4

Case 3:04-cv-00251-HSO-ASH   Document 731   Filed 09/27/17   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., ET AL.                                      PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:04cv251 TSL-RHW

HALEY BARBOUR, AS GOVERNOR
OF THE STATE OF MISSISSIPPI, ET AL.                    DEFENDANTS

### ORDER

On July 21, 2017, a [724] memorandum opinion and order was entered granting attorneys' fees and expenses. The purpose of this order is to reflect that plaintiffs are granted attorneys' in the amount of $333,540.77 (rather than $330,540.76).

IT IS, THEREFORE, ORDERED that attorneys' fees plus expenses of $23,746.96 are granted to plaintiffs' counsel in the total sum of $357,287.72 (rather than $354,287.72).

SO ORDERED, this 14th day of August, 2017.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE