# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) CIVIL ACTION |
| Plaintiffs | ) |
| v. | ) Case No. 3:04cv251 TSL-RHW |
| PHIL BRYANT, as Governor of the State of Mississippi, *et al.,* | ) |
| Defendants | ) |

## UNOPPOSED MOTION FOR PAYMENT OF PLAINTIFFS' ATTORNEYS FEES AND EXPENSES

Plaintiffs, Olivia Y., et al., by and through their undersigned counsel and pursuant to 42 U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, request that the court approve the parties' agreement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount as follows:

**A Better Childhood, Inc. $ 66,565.00**

The parties agreed this sum will be paid by Defendants for monitoring and enforcement work performed by Plaintiffs' counsel on behalf of the Plaintiff Class from December 1, 2016 through and including November 30, 2017.

Respectfully submitted this 6th day of April, 2018.

        OLIVIA Y., et al.,

        By their attorney
        /s/ *W. Wayne Drinkwater*
        Sara Robinson-Glasser, Esq. (MBN 47547 *pro hac vice*)
        Marcia Robinson Lowry, Esq. (MBN 43991 *pro hac vice*)
        A BETTER CHILDHOOD
        1095 Hardscrabble Road
        Chappaqua, New York 10514
        Phone: (844) 422-2425
        Eml: srglasser@abetterchildhood.org

        W. Wayne Drinkwater, Jr. (MBN 6193)
        BRADLEY ARANT BOULT CUMMINGS LLP
        188 East Capitol Street, Suite 400
        Jackson, Mississippi 39201
        Phone: (601) 948-8000
        Facsimile: (601) 948-3000

        *PLAINTIFFS' COUNSEL*

*Language Agreed to:*

/s/ Kenya Key Rachal
Kenya Key Rachal (MBN 99227)
James N. ("Jake") Adams (MBN 101538)
BAKER, DONELSON, BEARMAN, CALDWELL
   & BERKOWITZ, PC
P.O. Box 14167
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Phone: 601-351-2400
Email: krachal@bakerdonelson.com

Harold E. Pizzetta, III (MBN 99867)
Assistant Attorney General
OFFICE OF MISSISSIPPI ATTORNEY GENERAL
General Civil Division
Carroll Gartin Justice Building
430 High St.
Jackson, MS 39201

*DEFENDANTS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

/s/ *W. Wayne Drinkwater*
W. Wayne Drinkwater