# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) CIVIL ACTION |
| Plaintiffs | ) |
| v. | ) Case No. 3:04cv251 TSL-RHW |
| PHIL BRYANT, as Governor of the State of Mississippi, *et al.,* | ) |
| Defendants | ) |

## ORDER FOR PAYMENT OF PLAINTIFFS'
## ATTORNEYS FEES AND EXPENSES

The Court, has reviewed the parties unopposed Motion for Payment of Plaintiffs Olivia Y., attorneys' fees and expenses in the agreed-upon amount of **$ 66,565** for monitoring and enforcement work performed by Plaintiffs' counsel on behalf of the Plaintiff Class from December 1, 2016 through and including November 30, 2017.

IT IS SO ORDERED.                                       APRIL 9, 2018.

                                        /s/Tom S. Lee
                                        TOM S. LEE
                                        UNITED STATES DISTRICT JUDGE


Respectfully submitted
Sara Robinson-Glasser, Esq. (MBN 47547 *pro hac vice)*
Marcia Robinson Lowry, Esq. (MBN 43991 *pro hac vice*
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, New York 10514
Phone: (844) 422-2425
Eml: srglasser@abetterchildhood.org
W. Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street, Suite 450
Jackson, Mississippi 39201

*PLAINTIFFS' COUNSEL*

Kenya Key Rachal (MBN 99227)
James N. ("Jake") Adams (MBN 101538)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
PO Box 14167
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Phone:  601-351-2400
Email:  krachal@bakerdonelson.com

Harold E. Pizzetta, III (MBN 99867)
Assistant Attorney General
OFFICE OF MISSISSIPPI ATTORNEY GENERAL
General Civil Division
Carroll Gartin Justice Building
430 High St.
Jackson, MS  39201

*DEFENDANTS' COUNSEL*