**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT ST., STE 2.500
**JACKSON, MS 39201**

OFFICIAL BUSINESS



```
           392 NFE 1    C16I6004/10/18
FORWARD TIME EXP   RTN TO SEND
WHEELER
12101 ECKHOFF RD
MOSS POINT MS 39562-6193

              RETURN TO SENDER
```



Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 12 2018
ARTHUR JOHNSTON, DEPUTY
BY