Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

NIXIE

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD