CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Attorney Tara S. Crean
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 23 2018
ARTHUR JOHNSTON
BY_____ DEPUTY



NIXIE    100    5E    1        01/04/15/18
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 392015Ø2825    *1366-07233-19-44*

RECEIVED
APR 23 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

02 1P
0000846539
MAILED FROM ZIP CODE 39201
$ 000.47⁰
APR 10 2018
PITNEY BOWES
UNITED STATES POSTAGE