CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Attorney Marcia Robinson Lowry
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001



NIXIE    100  DC  1      0004/21/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

