# EXHIBIT A

# mdcps e·bulletin

ISSUE 105  5.25.2018

*Information Alerts for the MDCPS Team*

---

**From: MDCPS Commissioner Jess Dickinson**
**RE: Tracy Malone to retire effective 6/30/2018**

## CONGRATULATIONS ON A JOB WELL DONE!

After 28 years of faithful and excellent service to the State of Mississippi -- and to the children and families served by MDCPS -- our Deputy Commissioner of Child Welfare Tracy Malone has announced her retirement from state service, effective June 30, 2018.

While we are obviously saddened to see her leave our ranks, we are excited to see what the future holds and all that she will accomplish in her upcoming endeavors.

"Tracy is a nationally recognized expert on child welfare and has been a tremendous leader and mentor for our agency. We will greatly miss not only her guiding hand over our field operations but also her smiling face and cheerful attitude," Dickinson said.

Following her state retirement, Tracy plans to relax and spend some time with her family before pursuing opportunities in the private sector.

MDCPS is planning a retirement celebration for Tracy on June 20 at which time we will present her with a book of personal comments and memories from those of us who have worked with her over the years. If you would like to submit a note of congratulations or have a short story or pictorial memory with her that you would like to share, please email it, by June 11, to:

Lea.Brandon@mdcps.ms.gov

"We are carefully and prayerfully considering the individual who will be hired as Tracy's successor and will keep everyone advised," Dickinson added.