EXHIBIT C

# Mississippi Performance on Caseload Standards | Data as of January 2, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Close (> 1.0000 and <= 1.2000) | Over 1 (> 1.2000 and <= 2.0000) | Over 2 (> 2.0000 and <= 3.0000) | Over 3 (> 3.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).



## Overall (823)

| | |
|---|---|
| Met | 61% (499) |
| Close | 14% (116) |
| Over 1 | 20% (168) |
| Over 2 | 4% (33) |
| Over 3 | 1% (7) |

## Frontline (640)

| | |
|---|---|
| Met | 61% (389) |
| Close | 14% (89) |
| Over 1 | 22% (141) |
| Over 2 | 1% (6) |
| Over 3 | 0% (1) |

## Adoption & L. (183)

| | |
|---|---|
| Met | 54% (98) |
| Close | 15% (27) |
| Over 1 | 15% (27) |
| Over 2 | 14% (25) |
| Over 3 | 3% (6) |

## Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual workers | Workers Needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,476 | 823 | 757 | 841 |
| Frontline | 9,346 | 640 | 543 | 604 |
| Adoption & L. | 5,130 | 183 | 213 | 237 |

* See the Staffing Needs dashboard or the method used to estimate the total workers needed to staff the current cases, such that 90% (per the 570Q) or 100% model have a caseload weight <= 1.0000

## East

| | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall (62) | 46% (202) | 19% (82) | 29% (129) | 6% (25) | 0% (2) |
| I-N (79) | 45% (28) | 27% (17) | 26% (16) | 2% (1) | |
| I-S (59) | 57% (45) | 33% (26) | 10% (8) | | |
| IV-N (68) | 71% (42) | 17% (10) | 10% (6) | 2% (1) | |
| IV-S (86) | 49% (43) | 18% (12) | 34% (23) | | |
| VII-C (42) | 24% (21) | 15% (13) | 44% (38) | 16% (14) | |
| VII-E (44) | 55% (23) | 7% (3) | 31% (13) | 7% (3) | |
| VII-W | 23% (10) | 2% (1) | 57% (25) | 14% (6) | 5% (2) |

## West

| | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall (53) | 78% (297) | 9% (34) | 10% (39) | 2% (8) | 1% (5) |
| III-E (66) | 79% (42) | 13% (7) | 4% (2) | 4% (2) | |
| III-W (57) | 71% (49) | 17% (12) | 10% (7) | | 1% (1) |
| III-N (62) | 95% (54) | 2% (1) | | 4% (2) | |
| III-S (51) | 89% (55) | 5% (3) | 3% (2) | 2% (1) | |
| V-E (47) | 71% (36) | 12% (6) | 16% (8) | | 2% (1) |
| V-W (44) | 66% (31) | 6% (3) | 21% (10) | 6% (3) | 2% (1) |
| VI | 68% (53) | 5% (4) | 23% (18) | 6% (5) | 5% (2) |