# EXHIBIT D

# Mississippi Performance on Caseload Standards: Met vs. Over | Data as of March 30, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Over (>1.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).



## Overall (866)

Met — 58% (498)
Over — 42% (368)

## Frontline (672)

Met — 61% (410)
Over — 39% (262)

## Adoption & L. (194)

Met — 45% (88)
Over — 55% (106)

## Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 15,750 | 866 | 817 | 908 |
| Frontline | 10,627 | 672 | 606 | 674 |
| Adoption & L. | 5,123 | 194 | 211 | 234 |

## East

Met | Over

| Region | Met | Over |
|---|---|---|
| Overall | 43% (202) | 57% (270) |
| I-N (65) | 55% (36) | 45% (29) |
| I-S (82) | 46% (38) | 54% (44) |
| IV-N (63) | 89% (56) | 11% (7) |
| IV-S (70) | 33% (23) | 67% (47) |
| VII-C (96) | 23% (22) | 77% (74) |
| VII-E (49) | 29% (14) | 71% (35) |
| VII-W (47) | 28% (13) | 72% (34) |

## West

Met | Over

| Region | Met | Over |
|---|---|---|
| Overall | 75% (296) | 25% (98) |
| II-E (62) | 82% (51) | 18% (11) |
| II-W (65) | 78% (51) | 22% (14) |
| III-N (58) | 95% (55) | 5% (3) |
| III-S (61) | 74% (45) | 26% (16) |
| V-E (54) | 74% (40) | 26% (14) |
| V-W (46) | 59% (27) | 41% (19) |
| VI (48) | 56% (27) | 44% (21) |