# EXHIBIT E

# Mississippi Performance on Caseload Standards: Met vs. Over | Data as of May 15, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Over (> 1.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

## Overall (845)

- Met: 52% (441)
- Over: 48% (404)

## Frontline (653)

- Met: 56% (368)
- Over: 44% (285)

## Adoption & L. (192)

- Met: 38% (73)
- Over: 62% (119)

## Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 15,693 | 845 | 814 | 904 |
| Frontline | 10,569 | 653 | 602 | 669 |
| Adoption & L. | 5,124 | 192 | 212 | 235 |

## East

### Overall (845)

Met / Over

- Overall: 39% (181) / 61% (282)
- I-N (65): 48% (31) / 52% (34)
- I-S (79): 33% (26) / 67% (53)
- IV-N (61): 82% (50) / 18% (11)
- IV-S (69): 17% (12) / 83% (57)
- VII-C (96): 28% (27) / 72% (69)
- VII-E (46): 33% (15) / 67% (31)
- VII-W (47): 43% (20) / 57% (27)

## West

Met / Over

- Overall: 68% (260) / 32% (122)
- II-E (54): 41% (22) / 59% (32)
- II-W (65): 83% (54) / 17% (11)
- III-N (55): 93% (51) / 7% (4)
- III-S (65): 75% (49) / 25% (16)
- V-E (53): 66% (35) / 34% (18)
- V-W (43): 44% (19) / 56% (24)
- VI (47): 64% (30) / 36% (17)