IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

OLIVIA Y, by and through her next friend, James D. Johnson;
JAMISON J, by and through his next friend, Clara Lewis;
JOHN A, by and through his next friend, James D. Johnson;
CODY B, by and through his next friend, Sharon Scott; and
MARY, TOM, MATTHEW and DANA W, by and through
their next friend Zelatra W, and on their behalf and behalf of
all others similarly situated                                                            PLAINTIFFS

vs.                                                    CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
JESS H. DICKINSON, as Commissioner of Mississippi Department
of Child Protection Services; and TRACY MALONE, as Deputy
Commissioner of Child Welfare, Mississippi Department of
Child Protection Services                                                              DEFENDANTS

**PARTIES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT, FOR AN EVIDENTIARY HEARING, AND FOR THE APPOINTMENT OF A RECEIVER**

COME NOW Defendants, pursuant to Fed. R. Civ. P. 6(b)(1), and move this Court for an extension of time, from June 14, 2018 to July 3, 2018, to respond to Plaintiffs' Motion for Contempt, for an Evidentiary Hearing, and for the Appointment of a Receiver [Docs. No. 739, 741]. As grounds for this Motion, Parties state:

1.      Additional time is required in order to be responsive to the issues Plaintiffs have raised in their motion and to prepare an appropriate legal response.

2.      Counsel for Plaintiffs has advised undersigned counsel that Plaintiffs have no objection to the requested extension. And, in light of Defendants' request for an extension of time to file their response, Plaintiffs request the deadline to file their reply in further support of

their Motion for Contempt, for an Evidentiary Hearing, and for Appointment of a Receiver be extended to July 20, 2018.  Defendants also have no objection to Plaintiffs' request.

3. The extension of time sought is made in good faith and not requested solely for purposes of undue delay.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court enter an Order granting Defendants an extension of time until July 3, 2018, to file their response to Plaintiffs' Motion for Contempt, for an Evidentiary Hearing, and for the Appointment of a Receiver, and also granting Plaintiffs an extension of time until July 20, 2018, to file their reply in further support of their Motion for Contempt and for the Appointment of a Receiver.

Respectfully submitted, this the 8th day of June, 2018,

> PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner of Mississippi Department of Child Protection Services;  and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services
> .
> By:   /s/ *Kenya Key Rachal* (MSB #99227)

Kenya Key Rachal (MSB # 99227)
Jake Adams (MSB #101538)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
PO Box 220
Jackson, MS  39205

## **CERTIFICATE OF SERVICE**

I, Kenya Key Rachal, do hereby certify that on June 8, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the ECF system which sent notification of such to counsel as follows:

| | |
|---|---|
| Marcia Robinson Lowry (*pro hac vice*) | W. Wayne Drinkwater, Jr. (MBN #6193) |
| Sara Robinson-Glasser (*pro hac vice*) | Michael J. Bentley (MBN #102631) |
| A BETTER CHILDHOOD | BRADLEY ARANT BOULT CUMMINGS, LLP |
| 1095 Hardscrabble Road | 188 East Capitol Street, Suite 450 |
| Chappaqua, New York  10514 | Jackson, MS 39201 |
| Telephone:  (646) 808-7344 | |
| Facsimile:  (914) 238-0365 | |

Christian Carbone (*pro hac vice*)
John Lang (*pro hac vice)*
John Piskora (*pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154

SO CERTIFIED, this 8th day of June, 2018.

/s/ *Kenya Key Rachal* .

3