IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y, by and through her next friend, James D. Johnson;
JAMISON J, by and through his next friend, Clara Lewis;
JOHN A, by and through his next friend, James D. Johnson;
CODY B, by and through his next friend, Sharon Scott; and
MARY, TOM, MATTHEW and DANA W, by and through
their next friend Zelatra W, and on their behalf and behalf of
all others similarly situated                                      PLAINTIFFS

vs.                                    CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
JESS H. DICKINSON, as Commissioner of Mississippi Department
of Child Protection Services; and TRACY MALONE, as Deputy
Commissioner of Child Welfare, Mississippi Department of
Child Protection Services                                          DEFENDANTS

## ORDER

Before the court sua sponte is the matter of new court monitors in this case.

The Clerk of Court is requested to remove Grace Lopes from the docket, as she is no longer assigned as Court Monitor in the case, and to add the following Court Monitors as interested parties who are to receive notification of electronic filings in this case:

Lisa Taylor (ltaylor@public-catalyst.com,)

Ilene Crumby(ecrummy@public-catalyst.com) and

Kevin Ryan (kevinmichaelryan1967@gmail.com)

whose mailing address: 99 Wood Ave. South, 3rd Floor, Iselin, NJ 08830; Phone: (732) 710-3950; FAX: (732) 710-3956.

SO ORDERED, this the 12th day of June, 2018.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE