**UNITED STATES DISTRICT COURT**

JESSICA J. LYUBLANOVITS
CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

RICHARD MILDENBERGER
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Pensacola Division

June 11, 2018

## CERTIFICATE OF GOOD STANDING

I, JESSICA J. LYUBLANOVITS, Clerk of the United States District Court for the

Northern District of Florida, DO HEREBY CERTIFY THAT **ERICA ASHLEY REED,**

**Florida Northern District Bar Number 101676**, was duly admitted to practice in this

Court on **July 29, 2014**, and is in good standing as a member of the Bar of this Court.

JESSICA J. LYUBLANOVITS

CLERK OF COURT

*A'Donna Bridges*

A'DONNA BRIDGES, DEPUTY CLERK

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 100 North Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

**EXHIBIT A**