CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 14 2018
BY_____ ARTHUR JOHNSTON _____DEPUTY

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

392 NFE 1     C1 6 1 0 0 0 6 / 1 2 / 1 8
FORWARD TIME EXP RTN TO SEND
CATHOLIC CHARITIES
850 E RIVER PL STE 300
JACKSON MS 39202-3443
RETURN TO SENDER



02 1P
000846539
$ 000.68⁰
US POSTAGE PITNEY BOWES
JUN 12 2018
MAILED FROM ZIP CODE 39201

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

## Orders on Motions
3:04-cv-00251-TSL-FKB
Johnson, et al v. Barbour, et al
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 6/11/2018 at 3:17 PM CDT and filed on 6/11/2018
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-TSL-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 743(No document attached)

**Docket Text:**
**ORDER granting [742] Motion for Extension of Time to File Response/Reply re [739] MOTION for Contempt MOTION to Appoint Receiver** *Plaintiffs'Motion for Relief Pursuant to Remedy Phase of Plaintiffs' Renewed Motion to Contempt, for an Evidentiary Hearing and for the Appointment of a Receiver,* **[741] MOTION for** *Evidentiary* **Hearing Responses due by 7/3/2018; Replies due by 7/20/2018. Signed by District Judge Tom S. Lee on 6/11/18 (copy of NEF and order mailed to plaintiffs) (LWE)**

**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Grace M. Lopes     gmlopes@oymonitor.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gracemlopes@gmail.com

Harold Edward Pizzetta-State Gov , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James N. Adams , Jr    jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal    krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov, glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

W. Wayne Drinkwater , Jr    wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248

Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y, by and through her next friend, James D. Johnson;
JAMISON J, by and through his next friend, Clara Lewis;
JOHN A, by and through his next friend, James D. Johnson;
CODY B, by and through his next friend, Sharon Scott; and
MARY, TOM, MATTHEW and DANA W, by and through
their next friend Zelatra W, and on their behalf and behalf of
all others similarly situated                                                                     PLAINTIFFS

vs.                                                                      CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
JESS H. DICKINSON, as Commissioner of Mississippi Department
of Child Protection Services;  and TRACY MALONE, as Deputy
Commissioner of Child Welfare, Mississippi Department of
Child Protection Services                                                                        DEFENDANTS

## ORDER GRANTING PARTIES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CONTEMPT, FOR AN EVIDENTIARY HEARING, AND FOR THE APPOINTMENT OF A RECEIVER

THIS CAUSE CAME on for hearing on the Parties' Unopposed Motion (Doc. 742) for an extension of time for responsive pleadings to Plaintiffs' Motion for Contempt, for an Evidentiary Hearing, and for Appointment of a Receiver (Docs. 739, 741) (July 3, 2018 for Defendants' Response and July 20 for Plaintiffs' Reply). The Court has considered the Motion and, being fully advised in the premises, finds that good cause exists for the extensions sought, that there are no objections to the requested extensions, and that the Motion is well-taken and should be granted.

4850-5077-9496 v1

2902819-000001 06/08/2018

IT IS, THEREFORE, ORDERED that Defendants are granted an extension of time, until July 3, 2018, to file their Response to Plaintiffs' Motion for Contempt, for an Evidentiary Hearing, and for Appointment of a Receiver.

FURTHER, IT IS ORDERED that Plaintiffs are granted an extension of time, until July 20, 2018, to file their Reply to Defendants' Response to Plaintiffs' Motion for Contempt, for an Evidentiary Hearing, and for Appointment of a Receiver.

SO ORDERED, this the 11th day of June, 2018.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE