# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# MISSISSIPPI NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                      Plaintiffs.

v.                                                CIVIL ACTION NO.
                                                3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                      Defendants.

## NOTICE OF SERVICE

Notice is hereby given that named Plaintiffs, by and through its undersigned counsel, have this day served the following document to all known counsel of record:

**Plaintiffs' First Request for Production of Documents**

Dated: June 27, 2018

                                      */s/ Marcia Robinson Lowry*
                                      Marcia Robinson Lowry (*pro hac vice*)
                                      Sara Robinson-Glasser (*pro hac vice*)
                                      A Better Childhood, Inc.
                                      1095 Hardscrabble Road
                                      Chappaqua, NY  10514
                                      Telephone (646) 808-7344
                                      Facsimile: (914) 238-0365
                                      Email:  mlowry@abetterchildhood.org
                                                    srglasser@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
         mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

   *Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

                                            */s/ Marcia Robinson Lowry*
                                             Marcia Robinson Lowry (*pro hac vice*)