## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) |
|        Plaintiffs | ) |
| v. | ) CIVIL ACTION NO. 3:04cv251 TSL-FKB |
| PHIL BRYANT, as Governor of the State of Mississippi, *et al.,* | ) |
|        Defendants | ) |

## ENTRY OF APPEARANCE

James L. Jones with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters his appearance on behalf of Defendants, PHIL BRYANT, as Governor of the State of Mississippi, the Commissioner, Mississippi Department of Child Protection Services, and the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

THIS, the 2nd day of July, 2018.

                                              Respectfully submitted,

                                              **DEFENDANTS,**
PHIL BRYANT, as Governor of the State of Mississippi, the Commissioner, Mississippi Department of Child Protection Services, and the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

BY:  /s/ *James L. Jones*
           James L. Jones

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

Harold Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry
Sara Robinson-Glasser
Erica A. Reed
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (pro hac vice)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

SO CERTIFIED, this the 2nd day of July, 2018.

/s/  *James L. Jones*