

EXHIBIT "A"

## 2004 Caseload Analysis

| REGION | COUNTY | # CHILDREN IN CUSTODY | # ANE REPORTS | # INVEST. | 6-MONTH AVE: # of CASES | AVE. CASELOAD | FRONT LINE STAFF FILLED | ASWS FILLED | FRONTLINE VACANT | ASWS VACANT | TOTAL DIRECT SERVICE POSITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATEWIDE | ALL | 3,423 | 2,325 | 1,287 | 1,639 | 45 | 263 | 70 | 58 | 9 | 400 |
| 1 | Alcorn | 37 | 45 | 24 | 136 | 27 | 5 | 1 | 0 | 0 | 6 |
| 1 | Benton | 10 | 9 | 10 | 23 | 23 | 1 | 1 | 0 | 0 | 2 |
| 1 | Calhoun | 9 | 12 | 8 | 47 | 24 | 2 | 0 | 0 | 1 | 2 |
| 1 | E. Chickasaw | 12 | 2 | 1 | 50 | 50 | 1 | 0 | 0 | 0 | 2 |
| 1 | Clay | 23 | 5 | 4 | 94 | 31 | 3 | 1 | 0 | 0 | 1 |
| 1 | DeSoto | 106 | 145 | 52 | 356 | 71 | 5 | 2 | 0 | 0 | 4 |
| 1 | W. Chickasaw | 16 | 11 | 14 | 189 | 38 | 5 | 0 | 3 | 1 | 10 |
| 1 | Itawamba | 15 | 29 | 13 | 74 | 74 | 1 | 1 | 0 | 0 | 6 |
| 1 | Lafayette | 24 | 20 | 10 | 68 | 23 | 3 | 1 | 0 | 0 | 2 |
| 1 | Lee | 53 | 85 | 46 | 251 | 31 | 8 | 2 | 1 | 0 | 5 |
| 1 | Marshall | 42 | 27 | 8 | 123 | 41 | 3 | 1 | 1 | 0 | 11 |
| 1 | Monroe | 76 | 54 | 27 | 269 | 34 | 8 | 1 | 0 | 0 | 4 |
| 1 | Pontotoc | 58 | 29 | 21 | 175 | 58 | 3 | 1 | 0 | 0 | 9 |
| 1 | Prentiss | 65 | 44 | 29 | 161 | 40 | 4 | 1 | 1 | 0 | 5 |
| 1 | Tippah | 23 | 21 | 15 | 89 | 45 | 2 | 0 | 0 | 0 | 5 |
| 1 | Tishomingo | 44 | 21 | 10 | 120 | 60 | 2 | 1 | 0 | 0 | 2 |
| 1 | Union | 39 | 33 | 32 | 125 | 42 | 3 | 0 | 0 | 1 | 3 |
| 1 | Webster | 49 | 17 | 14 | 85 | 85 | 1 | 0 | 1 | 0 | 2 |
| Region 1 TOTAL | | 701 | 609 | 338 | 2,435 | 41 | 60 | 14 | 7 | 3 | 84 |
| 2 | E. Bolivar | 26 | 30 | 16 | 156 | 31 | 5 | 1 | 0 | 0 | 6 |
| 2 | W. Bolivar | 4 | 8 | 17 | 57 | 57 | 1 | 1 | 0 | 0 | 2 |
| 2 | Carroll | 2 | 1 | 4 | 38 | 38 | 1 | 0 | 0 | 0 | 1 |
| 2 | Coahoma | 39 | 22 | 6 | 129 | 43 | 3 | 2 | 2 | 0 | 7 |
| 2 | Grenada | 15 | 32 | 17 | 78 | 26 | 3 | 1 | 0 | 0 | 4 |
| 2 | Humphreys | 19 | 8 | 3 | 87 | 44 | 2 | 1 | 0 | 0 | 3 |
| 2 | Leflore | 39 | 9 | 9 | 106 | 35 | 3 | 1 | 0 | 0 | 4 |
| 2 | Montgomery | 4 | 6 | 9 | 35 | 18 | 2 | 1 | 0 | 1 | 2 |
| 2 | Panola | 39 | 34 | 9 | 67 | 34 | 2 | 1 | 0 | 0 | 3 |
| 2 | Quitman | 0 | 5 | 3 | 20 | 0 | 0 | 0 | 1 | 0 | 1 |
| 2 | Sunflower | 28 | 8 | 10 | 109 | 22 | 5 | 0 | 0 | 1 | 5 |

| REGION | COUNTY | # CHILDREN IN CUSTODY | # ANE REPORTS | # INVEST. | 6-MONTH AVE: # of CASES | AVE. CASELOAD | FRONT LINE STAFF FILLED | ASWS FILLED | FRONTLINE VACANT | ASWS VACANT | TOTAL DIRECT SERVICE POSITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Tallahatchie | 10 | 11 | 1 | 54 | **27** | 2 | 1 | 0 | 0 | 3 |
| 2 | Tate | 13 | 28 | 10 | 85 | **43** | 2 | 1 | 0 | 0 | 3 |
| 2 | Tunica | 19 | 13 | 8 | 54 | **54** | 1 | 0 | 0 | 0 | 1 |
| 2 | Washington | 43 | 69 | 56 | 495 | **45** | 11 | 1 | 3 | 1 | 15 |
| 2 | Yalobusha | 12 | 2 | 2 | 42 | **42** | 1 | 0 | 0 | 0 | 1 |
| Region TOTAL | | 312 | 286 | 180 | 1,612 | **37** | 44 | 11 | 6 | 3 | 61 |
| 3 | Attala | 3 | 15 | 5 | 61 | **31** | 14 | 4 | 5 | 2 | 23 |
| 3 | Hinds | 217 | 249 | 59 | 775 | **55** | 2 | 1 | 0 | 0 | 3 |
| 3 | Holmes | 12 | 20 | 11 | 56 | **28** | 2 | 1 | 0 | 0 | 3 |
| 3 | Issaquena | 0 | 1 | 0 | 2 | **2** | 1 | 0 | 0 | 0 | 1 |
| 3 | Leake | 1 | 13 | 1 | 26 | **0** | 0 | 1 | 1 | 0 | 2 |
| 3 | Madison | 60 | 0 | 27 | 25 | **6** | 4 | 1 | 2 | 0 | 7 |
| 3 | Rankin | 31 | 104 | 45 | 203 | **34** | 6 | 3 | 0 | 0 | 9 |
| 3 | Scott | 19 | 36 | 11 | 53 | **27** | 2 | 1 | 0 | 0 | 3 |
| 3 | Sharkey | 2 | 2 | 0 | 12 | **122** | 1 | 0 | 0 | 0 | 1 |
| 3 | Warren | 73 | 59 | 36 | 187 | **62** | 3 | 1 | 2 | 0 | 6 |
| 3 | Yazoo | 84 | 32 | 12 | 172 | **43** | 4 | 1 | 0 | 0 | 5 |
| Region TOTAL | | 502 | 531 | 207 | 1,572 | **40** | 39 | 13 | 10 | 2 | 62 |
| 4 | Choctaw | 1 | 1 | 0 | 16 | **16** | 1 | 0 | 0 | 0 | 1 |
| 4 | Clarke | 30 | 24 | 13 | 90 | **45** | 2 | 1 | 0 | 0 | 3 |
| 4 | Jasper | 17 | 14 | 4 | 58 | **29** | 2 | 0 | 0 | 0 | 2 |
| 4 | Kemper | 11 | 1 | 2 | 27 | **0** | 0 | 1 | 1 | 0 | 2 |
| 4 | Lauderdale | 83 | 73 | 29 | 287 | **48** | 6 | 1 | 1 | 0 | 8 |
| 4 | Lowndes | 63 | 30 | 11 | 162 | **32** | 5 | 2 | 0 | 0 | 7 |
| 4 | Neshoba | 47 | 23 | 13 | 86 | **86** | 1 | 0 | 1 | 0 | 2 |
| 4 | Noxubee | 2 | 7 | 2 | 17 | **17** | 1 | 0 | 0 | 0 | 1 |
| 4 | Oktibbeha | 6 | 22 | 8 | 44 | **44** | 1 | 0 | 0 | 0 | 1 |
| 4 | Smith | 13 | 15 | 8 | 46 | **46** | 1 | 0 | 0 | 0 | 1 |
| 4 | Wayne | 18 | 32 | 8 | 100 | **50** | 2 | 0 | 1 | 0 | 3 |
| 4 | Winston | 39 | 18 | 8 | 102 | **34** | 3 | 1 | 0 | 0 | 4 |

| REGION | COUNTY | # CHILDREN IN CUSTODY | # ANE REPORTS | # INVEST. | 6-MONTH AVE: # of CASES | AVE. CASELOAD | FRONT LINE STAFF FILLED | ASWS FILLED | FRONTLINE VACANT | ASWS VACANT | TOTAL DIRECT SERVICE POSITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Region TOTAL | Region 4 | 356 | 278 | 117 | 1,131 | 42 | 27 | 7 | 4 | 0 | 38 |
| 5 | Adams | 83 | 21 | 9 | 225 | 45 | 5 | 1 | 1 | 0 | 7 |
| 5 | Amite | 6 | 6 | 6 | 71 | 36 | 2 | 1 | 0 | 0 | 3 |
| 5 | Claiborne | 11 | 3 | 3 | 50 | 50 | 1 | 0 | 0 | 0 | 1 |
| 5 | Copiah | 59 | 23 | 16 | 123 | 41 | 3 | 1 | 0 | 0 | 4 |
| 5 | Covington | 9 | 11 | 8 | 49 | 49 | 1 | 1 | 0 | 0 | 2 |
| 5 | Franklin | 2 | 13 | 4 | 47 | 47 | 1 | 0 | 0 | 0 | 1 |
| 5 | Jefferson | 15 | 1 | 1 | 33 | 33 | 1 | 0 | 0 | 0 | 1 |
| 5 | Jefferson Davis | 16 | 8 | 1 | 45 | 45 | 1 | 1 | 0 | 0 | 2 |
| 5 | Lawrence | 1 | 6 | 5 | 30 | 30 | 1 | 0 | 0 | 0 | 1 |
| 5 | Lincoln | 24 | 18 | 15 | 78 | 39 | 2 | 1 | 0 | 0 | 3 |
| 5 | Pike | 41 | 47 | 13 | 194 | 32 | 6 | 2 | 0 | 0 | 8 |
| 5 | Simpson | 7 | 46 | 19 | 218 | 44 | 5 | 1 | 1 | 0 | 7 |
| 5 | Walthall | 20 | 8 | 7 | 71 | 36 | 2 | 0 | 1 | 0 | 3 |
| 5 | Wilkinson | 8 | 4 | 2 | 36 | 36 | 1 | 0 | 0 | 0 | 1 |
| Region TOTAL | Region 5 | 302 | 215 | 109 | 1/270 | 40 | 32 | 9 | 3 | 0 | 44 |
| 6 | Forrest | 256 | 72 | 4 | 439 | 73 | 6 | 3 | 5 | 0 | 14 |
| 6 | George | 21 | 19 | 25 | 65 | 33 | 2 | 0 | 0 | 0 | 2 |
| 6 | Greene | 1 | 1 | 5 | 17 | 17 | 1 | 0 | 0 | 0 | 1 |
| 6 | Jones | 57 | 64 | 36 | 187 | 37 | 5 | 3 | 0 | 0 | 8 |
| 6 | Lamar | 32 | 40 | 12 | 127 | 42 | 3 | 1 | 1 | 0 | 5 |
| 6 | Marion | 9 | 28 | 11 | 57 | 57 | 1 | 0 | 0 | 0 | 1 |
| 6 | Pearl River | 102 | 43 | 28 | 283 | 57 | 5 | 1 | 4 | 0 | 10 |
| 6 | Perry | 21 | 4 | 3 | 70 | 35 | 2 | 0 | 0 | 0 | 2 |
| 6 | Stone | 78 | 13 | 18 | 175 | 58 | 3 | 1 | 2 | 0 | 6 |
| Region TOTAL | Region 6 | 577 | 284 | 142 | 1,420 | 51 | 28 | 9 | 12 | 0 | 49 |
| 7 | Hancock | 117 | 7 | 1 | 249 | 50 | 5 | 1 | 3 | 0 | 9 |
| 7 | Harrison | 303 | 58 | 113 | 1,163 | 68 | 17 | 3 | 10 | 1 | 30 |
| 7 | Jackson | 253 | 57 | 80 | 622 | 57 | 11 | 3 | 3 | 0 | 17 |

| REGION | COUNTY | # CHILDREN IN CUSTODY | # ANE REPORTS | # INVEST. | 6-MONTH AVE: # of CASES | AVE. CASELOAD | FRONT LINE STAFF FILLED | ASWS FILLED | FRONTLINE VACANT | ASWS VACANT | TOTAL DIRECT SERVICE POSITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Region TOTAL | Region 7 | 673 | 122 | 194 | 2,034 | 62 | 33 | 7 | 16 | 1 | 56 |