

EXHIBIT "B"

# Mississippi Performance on Caseload Standards | Data as of June 15, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

Met (<= 1.0000) | Close (> 1.0000 and <= 1.2000) | Over 1 (> 1.2000 and <= 2.0000) | Over 2 (2.0000 and <= 3.0000) | Over 3 (> 3.0000)

## Overall (837)
- Met: 57% (474)
- Close: 16% (138)
- Over 1: 25% (208)
- Over 2: 2% (16)
- Over 3: 0% (1)

## Frontline (646)
- Met: 62% (400)
- Close: 16% (106)
- Over 1: 21% (135)
- Over 2: 1% (5)

## Adoption & L. (191)
- Met: 39% (74)
- Close: 17% (32)
- Over 1: 38% (73)
- Over 2: 6% (11)
- Over 3: 1% (1)

## Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,993 | 837 | 771 | 856 |
| Frontline | 9,935 | 646 | 562 | 625 |
| Adoption & L. | 5,058 | 191 | 208 | 231 |

* See the Staffing Needs dashboard for the method used to estimate the total workers needed to staff the current cases, such that 90% (per the STRO) or 100% could have a caseload weight <= 1.0000.

## East

| | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|
| Overall (66) | 44% (203) | 21% (96) | 33% (151) | 2% (10) |
| I-N (66) | 59% (39) | 23% (15) | 18% (12) | |
| I-S (79) | 38% (30) | 35% (28) | 27% (21) | |
| IV-N (56) | 79% (44) | 13% (7) | 7% (4) | 2% (1) |
| IV-S (72) | 36% (26) | 22% (16) | 42% (30) | |
| VII-C (96) | 31% (30) | 20% (19) | 45% (43) | 4% (4) |
| VII-E (46) | 33% (15) | 9% (4) | 57% (26) | 2% (1) |
| VII-W (45) | 42% (19) | 16% (7) | 33% (15) | 9% (4) |

## West

| | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall (51) | 72% (271) | 11% (42) | 15% (57) | 2% (6) | 0% (1) |
| II-E (51) | 53% (27) | 25% (13) | 22% (11) | | |
| II-W (66) | 86% (57) | 5% (3) | 9% (6) | | |
| III-N (53) | 92% (49) | 4% (2) | 4% (2) | | |
| III-S (62) | 81% (50) | 6% (4) | 8% (5) | 5% (3) | |
| V-E (51) | 73% (37) | 8% (4) | 16% (8) | 2% (1) | 2% (1) |
| V-W (46) | 48% (22) | 24% (11) | 26% (12) | 2% (1) | |
| VI (48) | 60% (29) | 10% (5) | 27% (13) | 2% (1) | |