# Mississippi Department of Child Protection Services

Stipulated Third Remedial Order Fourth

Quarterly Report

October 1, 2017 – December 31, 2017



PUBLIC
CATALYST

Issued: March 29, 2018



EXHIBIT

"C"



**PUBLIC CATALYST**

www.public-catalyst.com

March 29, 2018

Marcia Robinson Lowry
Sara Robinson-Glasser
A Better Childhood, Inc.
1095 Hardscrabble Rd.
Chappaqua, NY 10514

Kenya Key Rachal
Jake Adams
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211

Jess H. Dickinson
Commissioner
Department of Child Protection Services
660 North Street
Jackson, MS 39202

Dear Marcia, Sara, Kenya, Jake and Commissioner Dickinson:

This document serves as the fourth quarterly report to the parties relative to the Stipulated Third Remedial Order (STRO) in the matter of *Olivia Y. v. Bryant*. Public Catalyst reports on the status of the provisions of the STRO and certifies that MDCPS has met its obligations with regard to specific provisions as delineated in the report grid.

Sincerely,

Lisa Alexander-Taylor

Lisa Alexander-Taylor

Encl.

| | STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October and June where indicated | Quarter 4 Update* *Indicates only November and December data where indicated |
|---|---|---|---|---|---|---|
| | | | **Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017** | | | |
| | 2.b. | MDCPS shall continue to maintain and staff a second Deputy Director for Field Operations position, or equivalent title/position, within MDCPS to ensure adequate management, supervision and support of the MDCPS Regional Directors | MDCPS appointed a second Deputy Director for Field Operations in January 2016 to ensure adequate management, supervision, and support of the regional directors and continues to maintain the position. | | | |
| | 2.c. | MDCPS shall fully implement the provisions of the priority hiring plan set forth in the Recruitment, Hiring and Retention (RHR) plan submitted to Public Catalyst on May 25, 2016. | Pursuant to the priority hiring schedule of the Recruitment, Hiring and Retention Plan, MDCPS onboarded 282 direct service workers, exceeding the plan target of 285 workers. | | | |
| | 2.c. | MDCPS shall fully implement all remaining provisions of the RHR Plan. | | MDCPS has successfully implemented the provisions of the approved Recruitment, Hiring and Retention Plan submitted to Public Catalyst on May 25, 2016. | | |
| | 2.d. | MDCPS shall complete the requirements of producing a better resourced MDCPS Field Operations team in the State Office, whose sole task is to provide the regions more robust and continuous support, guidance and accountability in the areas of foster care, adoption and child protective services. | MDCPS completed the requirements of producing a better resourced MDCPS Field Operations team with the addition of, among other things, a second deputy director for field operations to ensure adequate management, supervision and support of the regional directors, a deputy director for field programs to manage, supervise and support Permanency, Placement, Special Investigations and Field Resource Support staff, a deputy director for field operations to oversee adoption and licensure directors as well as practice coach directors. A data analyst dedicated to Field Operations was added to support the regions. Specified program units were moved to Field Operations as required. | | | |
| | 2.d. | Public Catalyst will certify whether Defendants have completed the requirements of producing a better resourced MDCPS Field Operations team in the State Office, whose sole task is to provide the regions more robust and continuous support, guidance and accountability in the areas of foster care, adoption and child protective services. | Public Catalyst's certification was submitted March 1, 2017. | | | |
| | 2.d. | MDCPS shall complete the allocation of Personnel Identification Numbers (PINS) for adequate administrative staff for each region to support the administrative work in that region, including staff specifically assigned to develop human resources, obtain sufficient facilities, equipment, data, flexible funds and services. | MDCPS completed the allocation of Personnel Identification Numbers (PINS) for administrative staff to each regional director to support administrative work in the regions including: 90 regional social work directors, 110 administrative assistants, 11 financial coordinators, 14 accountant/auditors, 7 accounting clerks and 10 personnel officers. | | | |
| | 2.e. | Public Catalyst shall certify whether MDCPS has completed the allocation of Personnel Identification Numbers (PINS) for adequate administrative staff for each region to support the administrative work in that region, including staff specifically assigned to develop human resources, obtain sufficient facilities, equipment, data, flexible funds and services. | Public Catalyst's certification was submitted March 1, 2017. | | | |
| | 2.f. | Public Catalyst will certify whether State Office staff responsible for foster care and adoption program functions have been moved to MDCPS Field Operations. | Public Catalyst's certification was submitted March 1, 2017. | | | |
| | 2.g. | All newly hired caseworkers will be equipped with smart phones and/or tablets prior to receiving a caseload. | MDCPS provided to Public Catalyst data indicating that all 75* caseworkers hired during the quarter received smart phones and tablets prior to completing pre-service training. *Count was changed from 85 to 75, as there were ASWS that attended pre-service training included in the initial count. | MDCPS provided to Public Catalyst data indicating that all 97 caseworkers hired during the quarter received smart phones and tablets prior to completing pre-service training. | MDCPS provided to Public Catalyst data indicating that all 136 caseworkers hired between July and October 31, 2017 received smart phones and tablets prior to completing pre-service training. | MDCPS provided to Public Catalyst data indicating that all 59 caseworkers hired between November 1 and December 31, 2017 received smart phones and tablets prior to completing pre-service training. |

March 2018

| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
|---|---|---|---|---|---|

Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017

| | | | | | |
|---|---|---|---|---|---|
| 2.h. | Defendants shall provide the first annual schedule for procurement and implementation of the CCWIS system on October 14, 2016. The Comprehensive Child Welfare Information System (CCWIS) system, to replace MACWIS. | MDCPS submitted the annual schedule for procurement and Implementation of the CCWIS system on October 14, 2016. Public Catalyst's certification was submitted on December 31, 2016. | | MDCPS submitted an annual schedule for procurement and implementation of the CCWIS system dated October 10, 2017 and an updated version of the schedule dated November 6, 2017. Both schedules are attached. | |
| 2.i. | MDCPS shall determine whether to pilot a targeted, county-based privatization of child welfare services. | | | | MDCPS submitted documentation to Public Catalyst stating that "Defendants have concluded that a targeted, county-based privatization of child welfare services' is not in the State's best interest, and will not pursue the same at this time." |
| 2.j. | MDCPS shall submit a recommendation for amendment of the applicable court rules to make MDCPS a party to proceedings involving children in its custody that concern the issues of child custody, termination of parental rights, and adoption. | MDCPS submitted a recommendation for amendment of the Uniform Rules of Youth Court Procedure to make the agency a party to proceedings involving children in its custody that concern issues of child custody, termination of parental rights, and adoption. The recommendation was presented to Judge Thomas H. Broome, Chair of the Mississippi Council of Youth Court Judges by January 31, 2017. | | | |
| 3.a. | MDCPS shall hire caseworkers who have, at minimum, a bachelor's degree in social work or a related human services degree. Public Catalyst shall review and determine which degrees qualify as related human services degrees. | MDCPS provided to Public Catalyst data for the 85 caseworkers hired during the quarter. MDCPS also provided a list of degrees it accepts when hiring caseworkers and supervisors. Public Catalyst is reviewing the list and will render a determination as to qualifying related human services degrees by April 30, 2017. Public Catalyst will review a sample of the degrees approved by MDCPS for new caseworkers hired in the next quarter. | Public Catalyst reviewed the 18 degree designations submitted by MDCPS and determined that they qualify as related human services degrees. Public Catalyst reviewed the degrees of all 97 caseworkers hired during the second quarter and found that each new worker held a human services related degree. | Public Catalyst reviewed the degrees of all 138 caseworkers hired between July 1 and October 31, 2017 and found that each new worker held a human services related degree. | Public Catalyst reviewed the degrees of all 89 caseworkers hired between November 1 and December 31, 2017 and found that each new worker held a human services related degree. |
| 3.b. | MDCPS shall hire or promote to the position of caseworker supervisor only persons who have, at minimum, the following qualifications: 1) A master's degree in social work or related human services degree and two years of experience working with children and families, preferably in foster care; 2) A bachelor's degree in social work or related human services degree with three years of experience working with children and families, preferably in foster care. | MDCPS provided to Public Catalyst data for the 27 supervisors hired or promoted during the quarter. MDCPS also provided a list of degrees it accepts when hiring caseworkers and supervisors. Public Catalyst is reviewing the list and will render a determination as to qualifying related human services degrees by April 30, 2017. Public Catalyst will review a sample of the degrees and experience approved by MDCPS for supervisors hired or promoted in the next quarter. | Public Catalyst reviewed the degree types and experience of the 11 supervisors hired or promoted during the second quarter and all possessed the requisite degrees and experience. | Public Catalyst reviewed the degree types and experience of the 14 supervisors hired or promoted between July 1 and October 31, 2017 and possessed the requisite degrees and experience. | Public Catalyst reviewed the degree types and experience of the 3 supervisors hired or promoted between November 1 and December 31, 2017 and all possessed the requisite degrees and experience. |
| 4.a. | MDCPS shall maintain a Training Unit headed by a qualified director of training. The Training Unit shall have sufficient staffing, funding, and other resources to assure that comprehensive child welfare training is provided to enable all caseworkers, supervisors, and other child welfare agency employees to comply with the relevant mandates of this STRO, MDCPS policy, and reasonable professional standards. | MDCPS continues to maintain a Training Unit with a qualified training director. | | | |
| 4.b. | MDCPS caseworkers shall receive a minimum of 270 hours of pre-service training, which includes instructional training and supervised field training, and may include E-Learning. Any E-learning training is subject to the approval of Public Catalyst. Pre-service training provided during an internship or previous employment with MDCPS may be counted towards the pre-service training requirement if that training is substantially similar to the training provided to new hires. | MDCPS provided to Public Catalyst training dates for the 75° caseworkers hired during the quarter. Public Catalyst is in the process of reviewing and verifying the information. *Count was changed from 85 to 75, as there were ASWS that attended pre-service training included in the initial count. | Public Catalyst verified training start and completion dates for the 75 caseworkers hired during the first quarter and for the 97 caseworkers hired during the second quarter. All newly hired workers received a minimum of 270 hours of pre-service training. | Public Catalyst verified training start and completion dates for the 138 caseworkers hired between July 1 and October 31, 2017. All newly hired workers received a minimum of 270 hours of pre-service training. | Public Catalyst verified training start and completion dates for the 59 caseworkers hired between November 1 and December 31, 2017. All newly hired workers received a minimum of 270 hours of pre-service training. |

March 2018

| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
|---|---|---|---|---|---|
| | | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | | |
| 4.c. | MDCPS caseworker trainees, as part of pre-service training, may be assigned specific tasks or activities in connection with a case that is the primary responsibility of an experienced caseworker and may, under appropriate supervision, be assigned responsibility for a Training caseload* with progressively responsible caseload assignments:<br>1) Upon successful completion of a competency test, reviewed and approved by Public Catalyst and administered subsequent to the trainee's fourth week of work, up to 5 cases may be assigned with supervisor approval;<br>2) Final caseloads may be assigned after successful completion of pre-service training, all competency-based tests and a satisfactory review by the training team;<br>3) All competency tests, modifications to competency tests, and the standards for passing competency tests, must be reviewed and approved by Public Catalyst. | MDCPS is planning for implementation of this provision in consultation with Public Catalyst. | Public Catalyst reviewed and approved MDCPS pre-service training materials, competency test, and the standard for passing the competency test. MDCPS is continuing to plan for implementation of this provision in consultation with Public Catalyst. | MDCPS plans to implement this provision in 2018. | MDCPS plans to implement this provision in 2018. |
| 4.d. | MDCPS caseworker supervisors, within 90 days of hire or promotion, shall receive a minimum of 40 hours of training, directed specifically at the supervision of child welfare caseworkers. | MDCPS provided to Public Catalyst training dates for the 27 supervisors hired or promoted during the quarter. Public Catalyst is in the process of reviewing and verifying the information. | Public Catalyst verified training start and end dates for the 27 supervisors hired or promoted during the first quarter and for the 11 supervisors hired or promoted during the second quarter. | Public Catalyst verified training start and end dates for the 14 supervisors hired or promoted between July 1 and October 31, 2017. | Public Catalyst verified training start and end dates for the 3 supervisors hired or promoted between November 1 and December 31, 2017. |
| 5.a.1) | Defendants shall submit a plan, including supporting data and information, to measure caseloads according to the new weighted caseload standards set forth in Exhibit "A" to the STRO, using the results of the September 2016 caseload audit. | MDCPS timely submitted a caseload plan memo that incorporated the agreed-upon provisions of the STRO caseload standards. The plan was approved, as amended. MDCPS also submitted data reports to Public Catalyst that applied the new caseload weights to each worker's workload. Through report review and analysis and several discussions with MDCPS, the caseload reports were further modified to merge the In-home case types and to more reliably track supervisors with cases or workers with cases in more than one county. | | | |
| 5.a.2) | Defendants shall submit a plan, including supporting data and information, to streamline In-home (prevention/protection) and out-of-home (placement) case service types. | MDCPS timely submitted as part of the caseload memo its plan to streamline case service types. The MDCPS Field Operations team and Information and Technology Department began system changes to consolidate Protection and Prevention Services into one In-home Case category. MDCPS also plans to update its policies and procedures to outline the changes to the In-home service case types by July 1, 2017. | | | |
| 5.a.3) | Defendants shall submit a plan, including supporting data and information, to streamline the County of Responsibility/County of Service case types. | MDCPS timely submitted as part of the caseload memo its plan to streamline county of responsibility and county of service case types. MDCPS's plan includes working to determine the most efficient approach to reduce secondary assignments; analyzing their data; and piloting the reduction of secondary assignments in select counties. MDCPS also plans to develop strategies to begin eliminating both adoption county of service cases where the permanent plan is not adoption and placement county of service cases for children who are placed within a specific radius of their home county. | Public Catalyst requested and received from MDCPS the updated policies and procedures issued in July 2017 outlining the changes to the In-home service case types and found them to be satisfactory. | | |

3 of 10

March 2018

| STRO § | Requirement | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | | |
|---|---|---|---|---|---|
| | | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update*<br>*Includes October data where indicated | Quarter 4 Update*<br>*Includes only November and December data where indicated |
| 5.b. | Public Catalyst will establish performance targets for MDCPS caseload compliance by March 1, 2017 and report on compliance to the parties every three (3) months. | Using the September 2016 caseload reports, Public Catalyst and MDCPS engaged in an extensive collaborative process to determine a baseline of performance with the new weighted caseload standards in order to establish data-informed performance targets for 2017. MDCPS provided September 2016 data reports that applied the new caseload weights to each worker's workload. Through report review and analysis and several discussions with MDCPS, the caseload reports were further modified to merge the in-home case types and to more reliably track supervisors with cases or workers with cases in more than one county. Based on an analysis of the caseload data by Public Catalyst as an expert, Public Catalyst established performance targets for MDCPS caseload compliance on March 31, 2017. Baseline (Sept 2016): 31% of frontline workers met the caseload standard. Targets: 50% of frontline workers will meet the caseload standards by July 31, 2017; 70% of frontline workers will meet the caseload standards by October 31, 2017; 90% of frontline workers will meet the caseload standards by December 31, 2017. | MDCPS reports that 55% of workers met the caseload standard on July 31, 2017. 5% above the target. Public Catalyst is in the process of verifying this information. | Public Catalyst verified the caseload data submitted by MDCPS that a statewide aggregate of 55% of workers met the caseload standard on July 31, 2017, exceeding the target of 50%. MDCPS' caseload performance varied across the regions, ranging from 80% to 23%. Public Catalyst verified the caseload data submitted by MDCPS that a statewide aggregate of 53% of workers met the caseload standard on October 31, 2017, below the target of 70%. MDCPS' caseload performance varied across the regions, ranging from 79% to 16%. The caseload summary analyses for July 31, 2017 and October 31, 2017 are attached. | Public Catalyst verified the caseload data submitted by MDCPS that a statewide aggregate of 61% of workers met the caseload standard on December 31, 2017, below the target of 90%. MDCPS' caseload performance varied across the regions, ranging from 95% to 23%. The caseload summary analysis for December 31, 2017 is attached. |
| 5.c. | Defendants will comply with the caseload compliance performance targets established by Public Catalyst. | Public Catalyst is closely tracking MDCPS's caseloads and have included the analysis of the March 28, 2017 caseload data with this quarterly update. MDCPS will regularly provide caseload data in the agreed-upon format to Public Catalyst. Public Catalyst will analyze the data to determine MDCPS's performance against the targets and report to the parties every three (3) months. | See 5.b. above | See 5.b. above | See 5.b. above |
| 5.d. | Defendants shall achieve full caseload compliance with the new weighted caseload standards by December 31, 2017. | | | | MDCPS had a statewide aggregate of 61% of workers meeting the caseload standard on December 31, 2017, below the target of 90%. |
| 6.a.1) a) | Defendants shall prioritize the review of the 498 unlicensed homes in the backlog by first reviewing all those unlicensed homes in the backlog with children placed under six (6) years of age and who are in the custody of MDCPS (Priority One), followed by all those unlicensed homes in the backlog with children who have not been visited by MDCPS for 60 days or more (Priority Two). | MDCPS prioritized the review of the 498 unlicensed relative homes by first reviewing the Priority One homes in which children under six years of age resided. MDCPS completed the review timely by December 31, 2016. MDCPS identified that 373 Priority One children were living in 284 of the 498 unlicensed relative homes. MDCPS submitted data files to Public Catalyst that included the ages of children living in the relative homes. Public Catalyst verified and verified the status of Priority One children resided and verified the status of the homes (licensed, court ordered placement, denied/closed) subsequent to the Priority One review. MDCPS provided for verification foster home licenses issued to relatives, court orders for children who remained in an unlicensed home as well as the placement screens for children who were removed from closed/denied homes. MDCPS licensed 189 relative homes, 20 homes became court ordered placements and 85 relative homes were closed/denied. Children who no longer lived in the 85 closed/denied homes moved, for example, back home with their parents, to licensed foster homes, to adoptive homes, were reunified with their parents or achieved permanency through guardianship or durable legal custody with a relative. Some children were moved to another expedited relative home or to a licensed shelter. | | | |

March 2018

| | | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | | |
|---|---|---|---|---|---|
| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
| 6.a.1)a) | Defendants shall prioritize the review of the 498 unlicensed homes in the backlog by first reviewing all those unlicensed homes in the backlog with children placed under six (6) years of age and who are in the custody of MDCPS (Priority One), followed by all those unlicensed homes in the backlog with children who have not been visited by MDCPS for 60 days or more (Priority Two). | MDCPS represented that there were no children that had not been visited for 60 days or more. Public Catalyst continues to confirm face-to-face visits for all of the children in the unlicensed relative home backlog and will provide updated information in the next quarterly report. | MDCPS provided data with respect to face-to-face visits, including children in the Priority Two backlog cohort. Public Catalyst completed a review of children in the 498 unlicensed relative home backlog and determined that all of the children had face-to-face visits. | | |
| 6.a.1)b) | The prioritized review described in Paragraph 6.a.1) a), shall result in no fewer than 164 of the 498 unlicensed homes but all of the children in Priority One in the backlog being reviewed. | MDCPS reviewed all 284 of the homes for children in the Priority One backlog. Of those, MDCPS licensed 189 relative homes, 20 homes became court ordered placements and 95 relative homes were closed/denied. | | | |
| 6.a.1)b) | The prioritized review described in Paragraph 6.a.1) a), shall result in no fewer than 332 of the 498 unlicensed homes but all of the children in Priority Two in the backlog being reviewed. | MDCPS reported to Public Catalyst that all of the 498 homes in the unlicensed relative backlog were reviewed by March 31, 2017. Public Catalyst is in the process of verifying this and will provide an update in the next quarterly report. | MDCPS submitted nearly 1,900 pages of licenses, court orders, and placement histories pertinent to the 498 homes in the unlicensed relative backlog. Public Catalyst verified that MDCPS reviewed all 498 homes in the backlog by March 31, 2017. Public Catalyst verified that there are no children in the 498 backlog cohort that are in the Priority Two category. | | |
| 6.a.1)b) | All of the 498 unlicensed homes in the backlog identified by Public Catalyst on August 15, 2016 shall either be licensed, closed or remain open and unlicensed with an order of the court as defined in Paragraph 6) a.3). | MDCPS reported that it completed this review ahead of schedule. Public Catalyst is verifying. | Public Catalyst verified that all 498 homes in the unlicensed relative backlog were reviewed. 280 homes were licensed, 216 were denied a license, and of those, 43 were court-ordered placements. | | |
| 6.a.1)c) | Public Catalyst, in collaboration with MDCPS, will conduct a quality review of a sample of the files reviewed in the backlog of 498 unlicensed homes. | MDCPS and Public Catalyst completed the first quality review of a sample of the files reviewed in the backlog of 498 homes on March 14-15, 2017. The sample consisted of 30 of the 169 relative homes that were issued licenses and 14 of the 95 homes that were closed/denied. A structured survey was developed for the review. Four Public Catalyst/MDCPS teams (6 staff) reviewed the sample of files to ensure that when homes were licensed the process was thorough and to identify the gaps that emerged regarding closed/denied placements. The review confirmed that for licensed homes, the licensure process included the required components, including safety checks, training, home studies and completion of required forms. | | | |
| 6.a.2)a) | New placements into Unlicensed Homes or Facilities: August 16, 2016 to June 30, 2017-Public Catalyst shall approve the licensure process used by MDCPS for new placements into unlicensed homes and facilities, including the emergency placement checklist safety standards, the home study and related licensure forms and documents, time frames for completing the licensure process, and percentages for licensure of unlicensed placements made during the period. | MDCPS submitted to Public Catalyst the forms, home study, safety checklists and process utilized for unlicensed placements. Public Catalyst reviewed the information and authorized MDCPS to continue to utilize the process until the new enhanced process was developed in consultation with Public Catalyst. Public Catalyst approved revised forms, safety checklists and tools to be used for a new relative placement on March 24, 2017. In the next quarter, the process will be further refined, and if approved MDCPS intends to a 90 day relative license period. In preparation for implementation, MDCPS is developing in consultation with Public Catalyst instructions and staff training that will include the delineation of staff responsibilities, timelines for placement decisions and required components of the relative licensure process. Public Catalyst established the percentages for licensure for the remainder of the expedited placements made through June 30, 2017. Please see attached April 6, 2017 letter from Public Catalyst to MDCPS. | Public Catalyst verified that MDCPS resolved 100 percent of placements made between August 16, 2016 and December 31, 2016. Public Catalyst further verified that MDCPS resolved 98 percent of placements made between January 1, 2017 and March 31, 2017. Specifically, MDCPS began to implement and utilize the revised/approved licensure process on July 1, 2017, which includes a commitment to a 90-day relative licensure period. Public Catalyst will continue to evaluate the new process and provide an update in the next quarterly report. | Public Catalyst verified that MDCPS resolved 100 percent of expedited pending relative placements made between January 1 and June 30, 2017. Specifically, MDCPS resolved 279 expedited pending relative homes; 248 homes were approved, 27 homes were closed, and 4 homes were withdrawn from the licensure process. |

5 of 10

| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
|---|---|---|---|---|---|
| | | | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | |
| 6.a.2(b) | Public Catalyst, in collaboration with MDCPS, will conduct periodic quality reviews of the expedited relative placement licensure process during the pendency of the STRO. | Public Catalyst and MDCPS have scheduled the second periodic quality review of the expedited relative placement licensure process for June 13-14, 2017 in Jackson, MS. | MDCPS and Public Catalyst completed a second quality review of the expedited pending relative homes on June 14, 2017. The sample consisted of licensed relative homes in which children were placed on or after August 16, 2016. The review confirmed that for the sample of homes reviewed, the licensure process included the required components, including safety checks, training documentation, home studies and completion of required forms. | MDCPS and Public Catalyst completed a third onsite quality review of expedited pending relative homes on November 29-30, 2017. The sample consisted of 30 licensed relative homes in which children under 6 years of age were placed on or after July 1, 2017. All homes in the sample were subject to the new licensure process. Of the homes in the sample, 23 were approved for licensure and 7 were closed. The children in the 7 closed homes have all been moved to other placements or have relevant court orders. Public Catalyst is in the process of aggregating the results of the file reviews and will provide an update in the final STRO report. | MDCPS and Public Catalyst completed a third onsite quality review of expedited pending relative homes on November 29-30, 2017. The sample consisted of 30 relative homes in which children under 6 years of age were placed on or after July 1, 2017. All homes in the sample were subject to the new licensure process. Of the homes in the sample, 23 were approved for licensure and 7 were closed. The children in the 7 closed homes have all been moved to other placements or have relevant court orders. There were 5 homes in the sample that the reviewers flagged for additional follow-up information. MDCPS provided clarifying information on all 5 homes. The Department continues to track all new expedited pending relative placements through a CQI process that includes case file reviews. |
| 6.a.2(c) | Beginning with placements made on July 1, 2017 and thereafter, all homes and facilities with children placed who are in the custody of MDCPS shall be timely licensed and subject to the licensure process in the renegotiated MSA. | | Public Catalyst continues to evaluate the department's licensure activities and will provide an update in the next quarterly report. | All placements made on and after July 1, 2017 have been subject to the newly established licensure process. | All placements made on and after July 1, 2017 have been subject to the newly established licensure process. |
| 6.a.3) | For Unlicensed Placements that Cannot Meet Licensure Standards: No child shall remain in a home or facility determined to be unable to meet MDCPS licensing standards, absent an order by a state court with jurisdiction over child custody directing the placement of the child into a specific unlicensed placement. Defendants shall not be held accountable for this state court's order as long as MDCPS documents that it presented information to the court that the home has not and cannot meet licensing standards, and that a licensed home or facility, or one time only, an appropriate expedited relative placement is available. | | Public Catalyst continues to evaluate the department's licensure activities and will provide an update in the next quarterly report. | MDCPS implemented a CQI process to track and monitor the status of expedited pending relative placements, including whether or not safety or non-safety issues that would preclude licensure have been identified. The CQI process tracks the status of the identified issue through resolution. MDCPS is also updating the tracking system to document for the court information that describes the reasons why an unlicensed foster home or facility has not met licensing standards and the availability of an alternative placement consistent with STRO 6.a.3). | MDCPS continued implementing its CQI process to track and monitor the status of expedited pending relative placements, including whether or not safety or non-safety issues that would preclude licensure have been identified. For children who remain in unlicensed homes during the period, MDCPS submitted to Public Catalyst copies of court orders. |
| 6.a.3)(a) | Safety Issues: If it is determined that an unlicensed home or facility is unable to meet MDCPS licensing standards due to a safety issue, Defendants shall take all reasonable efforts to immediately ensure the child's safety and to remove the child, including, if required by the court, seeking an emergency court order. Defendants shall not be held accountable for the state court's order as long as MDCPS documents that it presented information to the court that the home has not met licensing standards and that a licensed home or facility or an expedited relative placement is available. If the child is not in imminent danger, MDCPS shall implement a safety plan and within five (5) calendar days, either cure the licensing deficiency if feasible, or move the child to a licensed home or facility or, one time only, an appropriate expedited relative placement. | | Public Catalyst continues to evaluate the department's licensure activities and will provide an update in the next quarterly report. | See 6.a.3) above | See 6.a.3) above |
| 6.a.3)(b) | Non-safety Issues: If MDCPS determines a home to be unable to meet MDCPS licensing standards due to a non-safety issue, Defendants shall, within 30 calendar days of that determination, either cure the licensing deficiency if feasible, or move the child to a licensed home or facility or, one time only, an appropriate expedited relative placement. | | Public Catalyst continues to evaluate the department's licensure activities and will provide an update in the next quarterly report. | See 6.a.3) above | See 6.a.3) above |

March 2018

PUBLIC CATALYST

| | STIPO § | Requirement | Olivia Y. Stipulated Third Remedial Order–Quarterly Report for October 1, 2017 to December 31, 2017 | | | |
|---|---|---|---|---|---|---|
| | | | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
| 39 | 6.a.3(c) | Public Catalyst will certify to the parties every three months, commencing on April 1, 2017, MDCPS's performance on the Placements requirements of Paragraph 8. | Public Catalyst's certification letter is attached to this quarterly update. | Public Catalyst's certification letter is attached to this update. | Public Catalyst's certification letter is attached to this update. | Public Catalyst's certification letter is attached as the first page of this update. |
| 40 | 6.b.1) | MDCPS shall conduct a data driven needs assessment of family based placements. | MDCPS submitted data reports to Public Catalyst to inform a data driven needs assessment. Through report review and several discussions with MDCPS, Public Catalyst determined the most reliable, available metric upon which to establish the 2017 new foster home targets was historical agency performance. Public Catalyst established the 2017 target of 300 new foster homes, a 63 percent increase over 2016 performance when MDCPS licensed 184 new foster homes. | | | |
| 41 | 6.b.1) | Based on the results of a data driven needs assessment that shall be completed by MDCPS in January 2017, Public Catalyst, in conjunction with MDCPS, shall establish statewide and county performance requirements and time periods for new home licensure in calendar year 2017. Public Catalyst will report to the parties MDCPS' progress on achieving the performance requirements. MDCPS shall meet the performance requirements, including time periods. | MDCPS submitted to Public Catalyst on January 31, 2017 its proposal for licensing 300 new homes with regional and county targets. Public Catalyst reviewed and approved the targets on February 21, 2017. (See attached approval letter to MDCPS). | MDCPS provided data to Public Catalyst indicating that 71 new foster homes were approved during the first quarter and 169 were approved during the second quarter, for a total of 230 new foster homes; exceeding the June 30th target of 100 new foster homes. | MDCPS provided data to Public Catalyst indicating that 128 new foster homes were approved during the third quarter, for a total of 358 new foster homes. This exceeds the September 30th target of 200 new foster homes. A report of these approved homes is attached. | MDCPS provided data to Public Catalyst indicating that 113 new foster homes were approved during the fourth quarter, for a total of 469 new foster homes. This exceeds the December 31st target of 300 new foster homes. A report of these approved homes is attached. |
| 42 | 6.b.2) | MDCPS shall begin to implement the plan to recruit and retain additional licensed placements and shall maintain the additional number of total placements, as necessary during the applicability of the STRO. | Based on a review of data provided by MDCPS, Public Catalyst determined there were 1,143 licensed non-relative foster homes on January 1, 2017 and established a 2017 net gain target of 75 additional foster homes. With a net gain of at least 75 non-relative foster homes, MDCPS will end calendar year 2017 with at least 1,218 licensed foster homes, a net gain of 7 percent in licensed home capacity. | MDCPS provided data to Public Catalyst indicating that during the first six months of 2017, 230 new foster homes were approved and 47 were closed, for a net gain of 183 additional foster homes. | MDCPS provided data to Public Catalyst indicating that through the first nine months of 2017, 358 new foster homes were approved and 76 homes were closed, for a net gain of 281 foster homes. A report of the home closures is attached. | MDCPS provided data to Public Catalyst indicating that during CY 2017, 469 new foster homes were approved and 125 homes were closed, for a net gain of 344 foster homes, far exceeding the net gain target of 75 additional foster homes. A report of the home closures is attached. |
| 43 | 7.a.1) | Maltreatment in Care: Public Catalyst will certify the baseline for maltreatment in care of children who are in the custody of MDCPS. | Public Catalyst and MDCPS met on March 21, 2017 to begin the baseline certification process. On March 31, 2017, MDCPS submitted preliminary maltreatment in care data for review, analysis and validation. | Public Catalyst is continuing the process of validating the maltreatment in care data provided by MDCPS and will provide an update in the next quarter. | Public Catalyst has nearly completed the validation of the maltreatment in care data from MDCPS and will provide the baseline rate in the final STRO report. | Public Catalyst's data expert has validated the baseline maltreatment in care rate of 0.68 for the observation period of April 1, 2016 to September 30, 2016. To meet the federal standard of .33, MDCPS would have needed to keep 25 additional children safe from abuse and neglect in foster care. |
| 44 | 7.a.2) | Maltreatment in Care: The rate of maltreatment in care shall be calculated as follows: Of all children in foster care during the period, what percent were victims of substantiated maltreatment by a foster parent or facility staff member. A child is counted as having been maltreated in foster care if the perpetrator of the maltreatment was identified as a foster parent or a residential facility staff member. The numerator shall consist of all children whose maltreatment is substantiated during the period. The denominator shall consist of all children placed in foster care during the period. The observation period is six (6) months. The initial reporting period for this indicator will be April 1, 2016-September 30, 2016. | Public Catalyst and MDCPS met on March 21, 2017 to begin the baseline certification process. On March 31, 2017, MDCPS submitted preliminary maltreatment in care data for review, analysis and validation. | Public Catalyst is in the process of validating the maltreatment in care data from MDCPS and will provide an update in the next quarter. | Public Catalyst has nearly completed the validation of the maltreatment in care data from MDCPS and will provide the baseline rate in the final STRO report. | See 7.a.1, above |
| 45 | 7.b.1) | Public Catalyst will complete a sample case record review to assess the extent to which follow-up medical care is identified as needed and provided to children who are in the custody of MDCPS. | Public Catalyst and MDCPS are scheduled to meet on April 18, 2017 to begin planning for the healthcare review. | Public Catalyst and MDCPS began the on-site portion of the healthcare review on August 22, 2017 through August 24, 2017. | Public Catalyst completed an onsite sample case record review between August 22-24, 2017. A report of the findings is attached. | |

**Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017**

| STRO 5 | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update | Quarter 4 Update* *Includes only November and December data where indicated |
|---|---|---|---|---|---|
| 7.c.(1)a | Permanency: Public Catalyst will collaborate with MDCPS to certify the following child permanency indicator: Of all children in foster care on the first day of a 12-month period, which shall commence on October 1st of any given year, the percent of children discharged from foster care to permanency within 12 months. The numerator is the number of children in the denominator who discharged from foster care to permanency within 12 months. The initial reporting period for this indicator will be October 1, 2016-September 30, 2017. | Public Catalyst and MDCPS are scheduled to meet on May 8, 2017 to begin the baseline certification process. | MDCPS submitted preliminary permanency data for review, analysis and validation. Public Catalyst is in the process of validating the permanency data from MDCPS and will provide an update in the next quarter. | Although the STRO requires this indicator to measure the percent of children discharged from foster care to permanency within a 12-month period, only those children who were in foster care as of the first day of this period and who entered foster care within a 12-month period. Doing so is designed to ensure that all children who achieved permanency within the 12-month period are included instead of children who are not in foster care on the first day of the period. Public Catalyst can confirm that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. There were 3,051 children in this cohort, of whom 1,332 achieved permanency within 12 months. Statewide, 43.5% of children in this cohort exited to permanency within 12 months. The initial reporting period for this indicator will be October 1, 2016–September 30, 2017. Upon receipt of the FFY 2017 permanency data file, Public Catalyst will establish by July 1, 2018, the performance standards for this indicator required by the 2nd MSA. A permanency memorandum detailing the analyses is attached. | |
| 7.c.(1)b | Permanency: Of all children in foster care on the first day of a 12-month period, which shall commence on October 1st of any given year, the percent of children discharged from foster care to permanency within 13-23 months. The numerator is the number of children in the denominator who discharged from foster care to permanency within 13-23 months. The initial reporting period for this indicator will be October 1, 2016-September 30, 2017. | Public Catalyst and MDCPS are scheduled to meet on May 8, 2017 to begin the baseline certification process. | MDCPS submitted preliminary permanency data for review, analysis and validation. Public Catalyst is in the process of validating the permanency data from MDCPS and will provide an update in the next quarter. | Public Catalyst can confirm that MDCPS correctly calculated the results for this indicator for FFY2016 according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. There were 1,128 children in this cohort, of whom 376 achieved permanency between 12-23 months. Statewide, 33.3% of children in this cohort exited to permanency between 12-23 months. The initial reporting period for this indicator will be October 1, 2016-September 30, 2017. Upon receipt of the FFY2017 permanency data file, Public Catalyst will establish by July 1, 2018, the performance standards for this indicator required by the 2nd MSA. A permanency memorandum detailing the analyses is attached. | |
| 7.c.(1)c | Permanency: Of all children in foster care on the first day of a 12-month period, which shall commence on October 1st of any given year, the percent of children discharged from foster care to permanency in 24 months and more. The numerator is the number of children in the denominator who discharged from foster care to permanency in 24 months and more. The initial reporting period for this indicator will be October 1, 2016-September 30, 2017. | Public Catalyst and MDCPS are scheduled to meet on May 8, 2017 to begin the baseline certification process. | MDCPS submitted preliminary permanency data for review, analysis and validation. Public Catalyst is in the process of validating the permanency data from MDCPS and will provide an update in the next quarter. | Public Catalyst can confirm that MDCPS correctly calculated the results for this indicator for FFY2016 according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. There were 1,304 children in this cohort, of whom 406 achieved permanency in 24 months or more. Statewide, 31.1% of children in this cohort exited to permanency in 24 months or more. The initial reporting period for this indicator will be October 1, 2016-September 30, 2017. Upon receipt of the FFY2017 permanency data file, Public Catalyst will establish by July 1, 2018, the performance standards for this indicator required by the 2nd MSA. A permanency memorandum detailing the analyses is attached. | |
| 7.c.2 | For all of the foregoing indicators, permanency is defined as discharges from foster care to reunification with the child's parents or primary caregivers; durable legal custody; guardianship; or adoption. MDCPS will report separately discharges by permanency type and by time to permanency. | Public Catalyst and MDCPS are scheduled to meet on May 8, 2017 to begin the baseline certification process. | MDCPS submitted preliminary permanency data for review, analysis and validation. Public Catalyst is in the process of validating the permanency data from MDCPS and will provide an update in the next quarter. | MDCPS was able to separately report discharges by permanency type and by time to permanency. See Statewide Summary by Cohort and Permanency Type on page 4 of attached permanency memorandum. | |

PUBLIC CATALYST

| | | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | | |
|---|---|---|---|---|---|
| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
| 7.c.3) | For all children in the care of MDCPS who were adopted in 2016, Public Catalyst will collaborate with MDCPS to certify the data used to calculate the average and median lengths of time to adoption finalization for each child from the date on which that child's adoption goal was established, and from the date on which the child's parents' rights were terminated. | Public Catalyst and MDCPS are scheduled to meet on May 8, 2017 to begin the baseline certification process. | MDCPS submitted preliminary adoption data for review, analysis and validation. Public Catalyst is in the process of validating the adoption data from MDCPS and will provide an update in the next quarter. | Public Catalyst can confirm that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. The average length of time to adoption finalization from the date on which a child's adoption goal was established was 14.8 months for the 404 children in this analysis. The median length of time to adoption finalization from the date on which a child's adoption goal was established was 8.8 months for the 377 children in this analysis. The average length of time to adoption finalization from the date on which a child's parents' rights were terminated was 14.6 months for the 404 children in this analysis. The median length of time to adoption finalization from the date on which a child's parents' rights were terminated was 7.0 months for the 377 children in this analysis. A time to adoption memorandum detailing the analyses is attached. | Public Catalyst confirmed that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. Public Catalyst and MDCPS agreed to utilize a baseline period of March 1, 2017 to August 31, 2017 and compared this data to a September 1, 2016 to February 28, 2017 time period. During the baseline period, 87.1 percent of the 87,558 required visits were conducted. A visitation memo that details the baseline results is attached. |
| 7.d.1) | Child Visitation: Public Catalyst will certify the baseline percent of MDCPS worker-child visits calculated by dividing the total number of actual worker-child visits required in a six-month period by the total number of required worker-child visits during that period. The calculation will include all children who were in care for at least one full month during the period. | Public Catalyst and MDCPS met on March 21, 2017 to begin the baseline certification process. On March 31, 2017, MDCPS submitted preliminary child visitation data for review, analysis and validation. | Public Catalyst is in the process of validating the child visitation data from MDCPS and will provide an update in the next quarter. | Public Catalyst has nearly completed the validation of the child visitation data from MDCPS and will provide the baseline in the final STRO report. | Public Catalyst confirmed that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. Public Catalyst and MDCPS agreed to utilize a baseline period of March 1, 2017 to August 31, 2017 and compared this data to a September 1, 2016 to February 28, 2017 time period. During the baseline period, 87.1 percent of the 87,558 required visits were conducted. A visitation memo that details the baseline results is attached. |
| 7.d.2) | Child Visitation: Public Catalyst will certify the baseline data on the distribution of required worker-child visits during a six-month period selected by Public Catalyst during the pendency of this STRO, to include the percent of children who received two required visits, one visit or zero visits on a monthly basis and for the period. For children who received no worker visits during any full month in the period, MDCPS shall provide, and Public Catalyst shall authenticate, data on the distribution of the last worker visit for those children. | Public Catalyst and MDCPS met on March 21, 2017 to begin the baseline certification process. On March 31, 2017, MDCPS submitted preliminary child visitation data for review, analysis and validation. | Public Catalyst is in the process of validating the child visitation data from MDCPS and will provide an update in the next quarter. | Public Catalyst has nearly completed the validation of the child visitation data from MDCPS and will provide the baseline in the final STRO report. | Public Catalyst confirmed that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. Public Catalyst and MDCPS agreed to utilize a baseline period of September 1, 2016 to February 28, 2017 time period. The 39,334 children in care for the entirety of each month during the baseline period, 81.0 percent had at least two qualifying face-to-face visits, 12.1 percent had only one visit and 6.9 percent had no visits. A child visitation memo that details the baseline results including data on the distribution of the last worker visit for children who received no worker visits during any full month in the period is attached. |
| 7.e. | MDCPS will submit proposed policy changes for approval by Public Catalyst to strengthen and clarify the role of the Special Investigations Unit with respect to screening and investigating maltreatment in care. | Public Catalyst and MDCPS are scheduled to meet on April 18, 2017 to begin planning implementation. | Public Catalyst approved the MDCPS plan to strengthen and clarify the role of the Special Investigations Unit with respect to screening and investigating maltreatment in care. | | |
| 7.f. | MDCPS will submit a plan for approval by Public Catalyst to enhance the ongoing quality assessment of, and accuracy of, hotline screening dispositions. Defendants will implement the approved plan. | Public Catalyst and MDCPS are scheduled to meet on April 18, 2017 and expect approval for the agency's CQI process of its hotline screening dispositions this month. Public Catalyst will provide an update in the next quarterly report. | Public Catalyst approved the MDCPS plan to enhance the ongoing quality assessment of, and accuracy of, hotline screening dispositions contingent on the completion of Public Catalyst's assessment of the hotline. | | |

9 of 10

| STRO § | Requirement | Quarter 1 Update | Quarter 2 Update | Quarter 3 Update* *Includes October data where indicated | Quarter 4 Update* *Includes only November and December data where indicated |
|---|---|---|---|---|---|
| | | | Olivia Y. Stipulated Third Remedial Order-Quarterly Report for October 1, 2017 to December 31, 2017 | | |
| 7.g. | Public Catalyst will assess the quality of hotline screening. | | Public Catalyst completed a review of the Mississippi Centralized Intake and shared a report of the findings and recommendations with the parties on August 25, 2017. | | |
| 7.h. | Once Public Catalyst certifies baseline data from MDCPS for each critical indicator in 7(e) (b) (c) and (d) above, Public Catalyst will continue to certify MDCPS data for each indicator on a semi-annual basis during the period of this STRO in a format to be determined by Public Catalyst and MDCPS. Each of these data indicators will be subject to data quality review. | | Public Catalyst will report on this provision no later than January 2018. | Public Catalyst will report on this provision no later than January 2018. | Public Catalyst certified baseline data from MDCPS for each critical indicator in 7(e) (b) (c) and (d) above. |
| 8 | Public Catalyst shall in conjunction with MDCPS report on a quarterly basis on the Defendant's compliance as to the specific provisions of this Order during the time this STRO remains in effect. | Quarterly Meeting of the Parties is scheduled for April 19, 2017 in order to report on MDCPS's performance on the provisions of the STRO. | Quarterly Meeting of the Parties is scheduled for September 6, 2017 in order to report on MDCPS's performance on the provisions of the STRO. | Quarterly Meeting of the Parties is scheduled for December 12, 2017 in order to report on MDCPS's performance on the provisions of the STRO. | Quarterly Meeting of the Parties is scheduled for March 29, 2018 in order to report on MDCPS's performance on the provisions of the STRO. |

March 2018

# Mississippi Performance on Caseload Standards | Data as of January 2, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

Met(<=1.0000) | Close (>1.0000 and <=1.2000) | Over 1 (>1.2000 and <= 2.0000) | Over 2 (>2.0000 and <= 3.0000) | Over 3 (>3.0000)

## Overall (823)

| | |
|---|---|
| Met | 61% (499) |
| Close | 14% (116) |
| Over 1 | 20% (168) |
| Over 2 | 4% (33) |
| Over 3 | 1% (7) |

## Frontline (640)

| | |
|---|---|
| Met | 63% (401) |
| Close | 14% (89) |
| Over 1 | 22% (141) |
| Over 2 | 1% (8) |
| Over 3 | 0% (1) |

## Adoption & L. (183)

| | |
|---|---|
| Met | 54% (98) |
| Close | 15% (27) |
| Over 1 | 15% (27) |
| Over 2 | 14% (25) |
| Over 3 | 3% (6) |

## Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,476 | 823 | 757 | 841 |
| Frontline | 9,346 | 640 | 543 | 604 |
| Adoption & L. | 5,130 | 183 | 213 | 237 |

* See the Staffing Needs dashboard for the method used to estimate the total workers needed to staff the current cases, such that 90% (per the STRD) or 100% could have a caseload weight <= 1.0000.

## East

| | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall | 46% (202) | 19% (82) | 29% (129) | 6% (25) | 0% (2) |
| I-N (62) | 45% (28) | 27% (17) | 26% (16) | 2% (1) | |
| I-S (79) | 57% (45) | 33% (26) | 10% (8) | | |
| IV-N (59) | 71% (42) | 17% (10) | 10% (6) | | |
| IV-S (68) | 49% (33) | 18% (12) | 34% (23) | | |
| VII-C (86) | 24% (21) | 15% (13) | 44% (38) | 16% (14) | |
| VII-E (42) | 55% (23) | 7% (3) | 31% (13) | 7% (3) | |
| VIII-W (44) | 23% (10) | 2% (1) | 57% (25) | 14% (6) | 5% (2) |

## West

| | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall | 78% (297) | 9% (34) | 10% (39) | 2% (8) | 1% (5) |
| I-E (53) | 79% (42) | 13% (7) | 4% (2) | 4% (2) | 1% (1) |
| II-W (69) | 71% (49) | 17% (12) | 10% (7) | | |
| III-N (57) | 95% (54) | 2% (1) | | 4% (2) | |
| III-S (62) | 89% (55) | 5% (3) | 3% (2) | 2% (1) | 2% (1) |
| V-E (51) | 71% (36) | 12% (6) | 15% (8) | | 2% (1) |
| V-W (47) | 66% (31) | 6% (3) | 21% (10) | 6% (3) | |
| VI (44) | 68% (30) | 6% (2) | 23% (10) | | 5% (2) |

| | | MDCPS Progress on Foster Home Development for Calendar Year 2017 - Target is 300 | | | | | |
|---|---|---|---|---|---|---|---|
| Region | County | Total Calendar Year 2017 Target | 1st Quarter Progress | 2nd Quarter Progress | 3rd Quarter Progress | 4th Quarter Progress | Total Through December 31, 2017 |
| I-N | ALCORN | 2 | 0 | 0 | 0 | 0 | 0 |
| I-N | BENTON | 1 | 0 | 1 | 0 | 0 | 1 |
| I-N | MARSHALL | 5 | 0 | 2 | 0 | 1 | 3 |
| I-N | PRENTISS | 0 | 0 | 0 | 2 | 1 | 3 |
| I-N | TIPPAH | 2 | 0 | 0 | 1 | 1 | 2 |
| I-N | TISHOMINGO | 1 | 0 | 3 | 1 | 2 | 6 |
| | Total | 11 | 0 | 6 | 4 | 5 | 15 |
| I-S | ITAWAMBA | 0 | 0 | 4 | 1 | 1 | 6 |
| I-S | LAFAYETTE | 3 | 0 | 5 | 2 | 0 | 7 |
| I-S | LEE | 6 | 1 | 12 | 6 | 6 | 25 |
| I-S | MONROE | 0 | 0 | 7 | 0 | 2 | 9 |
| I-S | PONTOTOC | 3 | 0 | 2 | 1 | 2 | 5 |
| I-S | UNION | 1 | 5 | 7 | 5 | 0 | 17 |
| | Total | 13 | 6 | 37 | 15 | 11 | 69 |
| II-E | DESOTO | 4 | 3 | 13 | 6 | 4 | 26 |
| II-E | GRENADA | 0 | 1 | 3 | 2 | 0 | 6 |
| II-E | PANOLA | 0 | 0 | 1 | 0 | 0 | 1 |
| II-E | QUITMAN | 0 | 0 | 0 | 1 | 0 | 1 |
| II-E | TALLAHATCHIE | 2 | 0 | 0 | 0 | 1 | 1 |
| II-E | TATE | 0 | 0 | 1 | 0 | 0 | 1 |
| II-E | TUNICA | 0 | 0 | 0 | 0 | 0 | 0 |
| II-E | YALOBUSHA | 0 | 0 | 0 | 2 | 0 | 2 |
| | Total | 6 | 4 | 18 | 11 | 5 | 38 |
| II-W | CARROLL | 0 | 0 | 0 | 0 | 0 | 0 |
| II-W | COAHOMA | 4 | 1 | 5 | 0 | 3 | 9 |
| II-W | EAST BOLIVAR | 2 | 1 | 2 | 2 | 0 | 5 |
| II-W | HOLMES | 0 | 0 | 0 | 0 | 1 | 1 |
| II-W | HUMPHREYS | 2 | 0 | 2 | 1 | 2 | 5 |
| II-W | ISSAQUENA | 0 | 0 | 0 | 0 | 0 | 0 |
| II-W | LEFLORE | 0 | 0 | 0 | 0 | 0 | 0 |
| II-W | MONTGOMERY | 0 | 0 | 0 | 0 | 0 | 0 |
| II-W | SHARKEY | 0 | 0 | 0 | 0 | 0 | 0 |
| II-W | SUNFLOWER | 2 | 0 | 3 | 2 | 2 | 7 |
| II-W | WASHINGTON | 2 | 0 | 3 | 1 | 3 | 7 |
| II-W | WEST BOLIVAR | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 12 | 2 | 15 | 6 | 11 | 34 |
| III-N | MADISON | 1 | 3 | 1 | 4 | 0 | 8 |
| III-N | RANKIN | 10 | 7 | 6 | 4 | 0 | 17 |
| III-N | YAZOO | 0 | 0 | 0 | 1 | 0 | 1 |
| | Total | 11 | 10 | 7 | 9 | 0 | 26 |

| III-S | HINDS | 27 | 10 | 12 | 4 | 12 | 38 |
|---|---|---|---|---|---|---|---|
| | Total | 27 | 10 | 12 | 4 | 12 | 38 |
| IV-N | ATTALA | 0 | 0 | 1 | 0 | 1 | 2 |
| IV-N | CALHOUN | 0 | 0 | 0 | 0 | 1 | 1 |
| IV-N | CHOCTAW | 1 | 0 | 0 | 1 | 0 | 1 |
| IV-N | CLAY | 1 | 0 | 1 | 1 | 0 | 2 |
| IV-N | EAST CHICKASAW | 0 | 0 | 1 | 0 | 1 | 2 |
| IV-N | LOWNDES | 4 | 2 | 2 | 6 | 0 | 10 |
| IV-N | NOXUBEE | 0 | 0 | 2 | 1 | 0 | 3 |
| IV-N | OKTIBBEHA | 4 | 1 | 3 | 1 | 3 | 8 |
| IV-N | WEBSTER | 0 | 0 | 0 | 0 | 0 | 0 |
| IV-N | WEST CHICKASAW | 0 | 0 | 0 | 0 | 0 | 0 |
| IV-N | WINSTON | 0 | 0 | 0 | 0 | 1 | 1 |
| | Total | 10 | 3 | 10 | 10 | 7 | 30 |
| IV-S | CLARKE | 2 | 1 | 1 | 1 | 2 | 5 |
| IV-S | JASPER | 1 | 0 | 1 | 2 | 1 | 4 |
| IV-S | JONES | 6 | 2 | 4 | 1 | 5 | 12 |
| IV-S | KEMPER | 0 | 0 | 0 | 0 | 0 | 0 |
| IV-S | LAUDERDALE | 8 | 1 | 1 | 5 | 6 | 13 |
| IV-S | LEAKE | 0 | 1 | 1 | 0 | 1 | 3 |
| IV-S | NESHOBA | 2 | 0 | 0 | 0 | 1 | 1 |
| IV-S | NEWTON | 1 | 0 | 2 | 0 | 0 | 2 |
| IV-S | SCOTT | 0 | 1 | 0 | 1 | 2 | 4 |
| IV-S | WAYNE | 5 | 0 | 0 | 0 | 0 | 0 |
| | Total | 25 | 6 | 10 | 10 | 18 | 44 |
| V-E | COPIAH | 1 | 0 | 0 | 0 | 3 | 3 |
| V-E | COVINGTON | 1 | 0 | 0 | 1 | 1 | 2 |
| V-E | JEFFERSON DAVI | 5 | 0 | 1 | 2 | 2 | 5 |
| V-E | LAWRENCE | 0 | 0 | 0 | 2 | 0 | 2 |
| V-E | LINCOLN | 7 | 2 | 0 | 2 | 1 | 5 |
| V-E | MARION | 19 | 3 | 2 | 3 | 1 | 9 |
| V-E | SIMPSON | 1 | 0 | 2 | 2 | 1 | 5 |
| V-E | SMITH | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 34 | 5 | 5 | 12 | 9 | 31 |
| V-W | ADAMS | 11 | 1 | 4 | 2 | 0 | 7 |
| V-W | AMITE | 0 | 1 | 0 | 0 | 1 | 2 |
| V-W | CLAIBORNE | 0 | 0 | 0 | 0 | 0 | 0 |
| V-W | FRANKLIN | 1 | 0 | 1 | 0 | 0 | 1 |
| V-W | JEFFERSON | 1 | 0 | 0 | 0 | 0 | 0 |
| V-W | PIKE | 1 | 1 | 1 | 0 | 0 | 2 |
| V-W | WALTHALL | 1 | 0 | 0 | 0 | 1 | 1 |
| V-W | WARREN | 5 | 1 | 2 | 2 | 1 | 6 |
| V-W | WILKINSON | 0 | 1 | 0 | 0 | 0 | 1 |
| | Total | 20 | 5 | 8 | 4 | 3 | 20 |
| VI | FORREST | 23 | 3 | 4 | 6 | 8 | 21 |
| VI | LAMAR | 3 | 3 | 2 | 0 | 1 | 6 |
| VI | PERRY | 1 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VI | STONE | 3 | 1 | 3 | 0 | 0 | 4 |
| | Total | 30 | 7 | 9 | 6 | 9 | 31 |
| VII-C | HARRISON | 47 | 7 | 13 | 25 | 8 | 53 |
| | Total | 47 | 7 | 13 | 25 | 8 | 53 |
| VII-E | GEORGE | 0 | 0 | 1 | 1 | 1 | 3 |
| VII-E | GREENE | 0 | 0 | 1 | 0 | 0 | 1 |
| VII-E | JACKSON | 16 | 2 | 0 | 4 | 8 | 14 |
| | Total | 16 | 2 | 2 | 5 | 9 | 18 |
| VII-W | HANCOCK | 19 | 1 | 6 | 3 | 2 | 12 |
| VII-W | PEARL RIVER | 19 | 3 | 1 | 2 | 4 | 10 |
| | Total | 38 | 4 | 7 | 5 | 6 | 22 |
| | Statewide | 300 | 71 | 159 | 126 | 113 | 469 |

| | | |
|---|---|---|
| 1st Qtr | 23.67% | 71 |
| 2nd Qtr | 53.00% | 159 |
| 3rd Qtr | 42.00% | 126 |
| 4th Qtr | 37.67% | 113 |
| Towards Goal | 156.33% | 469 |

| Region | County | 1st 2017 Quarter Foster Home (Only) Closures | 2nd 2017 Quarter Foster Home (Only) Closures | 3rd 2017 Quarter Foster Home (Only) Closures | 4th 2017 Quarter Foster Home (Only) Closures |
|--------|--------|---------------------------------------------|----------------------------------------------|----------------------------------------------|----------------------------------------------|
| | | MDCPS Foster Home Closures for Calendar Year 2017 | | | |
| I-N | ALCORN | 0 | 0 | 0 | 0 |
| I-N | BENTON | 0 | 0 | 0 | 0 |
| I-N | MARSHALL | 0 | 0 | 1 | 1 |
| I-N | PRENTISS | 0 | 0 | 0 | 0 |
| I-N | TIPPAH | 0 | 0 | 1 | 2 |
| I-N | TISHOMINGO | 0 | 0 | 1 | 0 |
| | Total | 0 | 0 | 3 | 3 |
| I-S | ITAWAMBA | 0 | 0 | 0 | 0 |
| I-S | LAFAYETTE | 0 | 0 | 1 | 1 |
| I-S | LEE | 0 | 0 | 2 | 1 |
| I-S | MONROE | 0 | 0 | 0 | 1 |
| I-S | PONTOTOC | 1 | 1 | 0 | 0 |
| I-S | UNION | 0 | 0 | 0 | 0 |
| | Total | 1 | 1 | 3 | 3 |
| II-E | DESOTO | 0 | 1 | 3 | 0 |
| II-E | GRENADA | 0 | 0 | 0 | 2 |
| II-E | PANOLA | 0 | 0 | 1 | 0 |
| II-E | QUITMAN | 0 | 0 | 0 | 0 |
| II-E | TALLAHATCHIE | 0 | 0 | 0 | 0 |
| II-E | TATE | 0 | 0 | 0 | 1 |
| II-E | TUNICA | 0 | 0 | 0 | 1 |
| II-E | YALOBUSHA | 0 | 0 | 0 | 0 |
| | Total | 0 | 1 | 4 | 4 |
| II-W | CARROLL | 0 | 0 | 0 | 0 |
| II-W | COAHOMA | 0 | 0 | 1 | 0 |
| II-W | EAST BOLIVAR | 1 | 0 | 0 | 1 |
| II-W | HOLMES | 0 | 0 | 0 | 2 |
| II-W | HUMPHREYS | 1 | 0 | 0 | 0 |
| II-W | ISSAQUENA | 0 | 0 | 0 | 0 |
| II-W | LEFLORE | 0 | 0 | 0 | 0 |
| II-W | MONTGOMERY | 0 | 0 | 0 | 0 |
| II-W | SHARKEY | 0 | 0 | 0 | 0 |
| II-W | SUNFLOWER | 0 | 0 | 2 | 0 |
| II-W | WASHINGTON | 0 | 0 | 0 | 0 |
| II-W | WEST BOLIVAR | 0 | 0 | 0 | 0 |
| | Total | 2 | 0 | 3 | 3 |
| III-N | MADISON | 0 | 0 | 0 | 1 |
| III-N | RANKIN | 0 | 1 | 0 | 5 |

| | | | | | |
|------|------------------|---|---|---|---|
| III-N | YAZOO | 1 | 0 | 0 | 0 |
| | Total | 1 | 1 | 0 | 6 |
| III-S | HINDS | 3 | 6 | 0 | 2 |
| | Total | 3 | 6 | 0 | 2 |
| IV-N | ATTALA | 0 | 0 | 0 | 0 |
| IV-N | CALHOUN | 0 | 0 | 0 | 3 |
| IV-N | CHOCTAW | 1 | 0 | 0 | 0 |
| IV-N | CLAY | 0 | 0 | 0 | 0 |
| IV-N | EAST CHICKASAW | 0 | 0 | 0 | 0 |
| IV-N | LOWNDES | 0 | 0 | 0 | 0 |
| IV-N | NOXUBEE | 0 | 0 | 0 | 2 |
| IV-N | OKTIBBEHA | 0 | 1 | 1 | 1 |
| IV-N | WEBSTER | 0 | 0 | 0 | 0 |
| IV-N | WEST CHICKASAW | 0 | 0 | 0 | 0 |
| IV-N | WINSTON | 0 | 0 | 0 | 0 |
| | Total | 1 | 1 | 1 | 6 |
| IV-S | CLARKE | 2 | 0 | 0 | 1 |
| IV-S | JASPER | 0 | 0 | 0 | 1 |
| IV-S | JONES | 0 | 0 | 1 | 1 |
| IV-S | KEMPER | 0 | 0 | 0 | 0 |
| IV-S | LAUDERDALE | 0 | 1 | 2 | 1 |
| IV-S | LEAKE | 0 | 0 | 0 | 0 |
| IV-S | NESHOBA | 0 | 0 | 0 | 0 |
| IV-S | NEWTON | 0 | 0 | 0 | 0 |
| IV-S | SCOTT | 0 | 0 | 0 | 1 |
| IV-S | WAYNE | 1 | 0 | 0 | 0 |
| | Total | 3 | 1 | 3 | 5 |
| V-E | COPIAH | 0 | 0 | 3 | 0 |
| V-E | COVINGTON | 0 | 0 | 0 | 0 |
| V-E | JEFFERSON DAVIS | 1 | 1 | 0 | 0 |
| V-E | LAWRENCE | 0 | 1 | 1 | 0 |
| V-E | LINCOLN | 1 | 1 | 1 | 0 |
| V-E | MARION | 1 | 0 | 0 | 3 |
| V-E | SIMPSON | 0 | 0 | 1 | 1 |
| V-E | SMITH | 0 | 0 | 0 | 0 |
| | Total | 3 | 3 | 6 | 4 |
| V-W | ADAMS | 1 | 0 | 1 | 2 |
| V-W | AMITE | 0 | 0 | 0 | 0 |
| V-W | CLAIBORNE | 0 | 0 | 0 | 0 |
| V-W | FRANKLIN | 1 | 0 | 0 | 0 |
| V-W | JEFFERSON | 0 | 1 | 0 | 0 |
| V-W | PIKE | 1 | 1 | 0 | 0 |
| V-W | WALTHALL | 0 | 0 | 0 | 0 |
| V-W | WARREN | 1 | 1 | 0 | 1 |
| V-W | WILKINSON | 0 | 0 | 0 | 0 |
| | Total | 4 | 3 | 1 | 3 |
| VI | FORREST | 2 | 0 | 0 | 4 |

| | | | | | |
|---|---|---|---|---|---|
| VI | LAMAR | 0 | 0 | 1 | 0 |
| VI | PERRY | 0 | 0 | 0 | 0 |
| VI | STONE | 0 | 0 | 1 | 0 |
| | Total | 2 | 0 | 2 | 4 |
| VII-C | HARRISON | 0 | 7 | 2 | 5 |
| | Total | 0 | 7 | 2 | 5 |
| VII-E | GEORGE | 0 | 0 | 0 | 0 |
| VII-E | GREENE | 0 | 0 | 0 | 0 |
| VII-E | JACKSON | 1 | 0 | 0 | 0 |
| | Total | 1 | 0 | 0 | 0 |
| VII-W | HANCOCK | 0 | 1 | 0 | 2 |
| VII-W | PEARL RIVER | 0 | 1 | 0 | 0 |
| | Total | 0 | 2 | 0 | 2 |
| | Statewide | 21 | 26 | 28 | 50 |

| Resources Closed Through December 31, 2017 | 125 |
|---|---|

# STRO 7.d. – Child Safety and Critical Indicators – Child Visitation

To:        Public Catalyst
From:      Kurt Heisler
Date:      March 19, 2018

## Request

This report summarizes Public Catalyst's findings when verifying the Mississippi Department of Child Protection Services (MDCPS)' calculations[1] for child visitation per the Stipulated Third Remedial Order (STRO), provision 7.d (Child Safety and Critical Indicators, Child Visitation):

> **7.d.1** Public Catalyst will certify the baseline percent of MDCPS worker-child visits which will be calculated by dividing the total number of actual worker-child visits required in a six-month period by the total number of required worker-child visits during that period. The calculation will include all children who were in care for at least one full month during the period.

> **7.d.2** Public Catalyst will certify the baseline data on the distribution of required worker-child visits during a six-month period selected by Public Catalyst during the pendency of this STRO, to include the percent of children who received two required visits, one visit, or zero visits on a monthly basis and for the period. For children who received no worker visits during any full month in the period, MDCPS shall provide, and Public Catalyst shall authenticate, data on the distribution of the last worker visit for those children.

Per provision 5.1.a of the Second Modified Settlement Agreement:

> MDCPS shall meet with the child in person at least twice monthly to assess the child's safety and well-being, service delivery, and achievement of permanency and other service goals. At least one visit per month shall take place in the child's placement.

---

[1] At a March 22, 2017 meeting, MDCPS and Public Catalyst agreed to examine two 6-month periods for this indicator. The first period, reflected in a previous report, spanned September 1, 2016 to February 28, 2017 and served as a preliminary baseline. The second period, reflected in this report (with a comparison to an updated analyses of the previous period), spans March 1 – August 31, 2017. This second period will serve as the official baseline period.

# Time Period

Reporting period:    March 1, 2017 to August 31, 2017 (with a comparison to results from the 6-month period from September 1, 2016 to February 28, 2017)

Data current as of:    March 9, 2018

# Data Verified

MDCP provided the following files which were used for these analyses:

- 20180309_20170301_20170831_STRO_Child_Visitation_Report_
  - .html
  - .pdf
  - Child_Summary.csv
  - Contact_Details.csv
  - County_Summary.csv
  - Expanded_Data_Set.csv
  - ICPS_Placements.csv
  - Recent_Timestamps_No_Visit.csv
  - Report_Regional_Summary.csv
  - Report_State_Summary.csv

# Methods & Notes (syntax available upon request)

## Overall

- For each calendar month, a child is included only if he was in custody the entire month. Excluded are children in custody only part of the month, or in custody for the entire month but in an ICPC-Outgoing placement[2].
- For each calendar month, for a child in custody the entire month:
  - visit requirements are considered met when there are two recorded narratives indicating Face-to-Face (F2F) contact. These visits can occur in any location.

---

[2] ICPC-Outgoing placements represent children placed outside of the state in accordance with the Interstate Compact on the Placement of Children. According to MDCPS, agency policy requires contact with these children, but on a different schedule and by different means than children placed within the state. In addition, regular visits for children on ICPC-Outgoing placements are conducted by a worker in the state where they are placed. The population of children on ICPC-Outgoing placements is very small. For example, during the March 1, 2017 to August 31, 2017 reporting period only four children were excluded due to being on an ICPC-Outgoing placement.

○ a narrative is counted as a qualifying contact if the visit is conducted by a MDCPS employee with job title of *Area Social Work Supervisor*, *Family Protection Specialist*, *Family Protection Specialist (Advanced)*, *Family Protection Specialist (Senior)*, *Family Protection Worker I*, or *Family Protection Worker II*.

○ a child is considered to have not been seen when there are no qualifying contacts for that child.

## 7.d.1.

The following results are to be reported for 7.d.1, for each calendar month and overall:

- *PCT Required Visits Conducted* indicates the overall percentage of the two required visits per child that were conducted in the period (i.e., number of visits conducted [up to 2] / the number of required visits [i.e., 2]). If a child had more than two qualifying visits, only two are counted.
- *PCT Required Home Visits Conducted in Home* indicates the overall percentage of the one required home visit per child that was conducted in the home in the period (i.e., number of visits conducted in the home [up to 1] / number of required home visits [i.e., 1]). Home visits are prioritized in this calculation. For example, a child with three visits in a month, with one occurring in the home, will have the in-home visit counted, regardless of its position in the sequence of visits. If a child had more than one qualifying home visit, only one is counted.

For example, assume there were 5 children in care the entire month of January, with their F2F visits described in the table below:

|         | Visit 1 Y/N | Visit 1 Location | Visit 2 Y/N | Visit 2 Location | Visit N |
|---------|-------------|------------------|-------------|------------------|---------|
| Child 1 | Y           | Home             | Y           | Home             |         |
| Child 2 | Y           | School           | Y           | Other            |         |
| Child 3 | Y           | Home             | N           |                  |         |
| Child 4 | N           |                  | N           |                  |         |
| Child 5 | N           |                  | N           |                  |         |

In this example:

- *PCT Required Visits Conducted* = 5 visits conducted / 10 required visits = 50%. Even if Child 1 has 10 more F2F visits, he would only be credited for 2.
- *PCT Required Home Visits Conducted in Home* = 2 visits conducted in the home / 5 required home visits = 40%.

## 7.d.2.

The following results are to be reported for 7.d.2, for each calendar month and overall:

- **1.a.** *PCT Meeting Requirements* – Percentage of children with at least 2 F2F visits.
- **1.b.** *PCT Meeting Requirements + One in Home* – Percentage of children with at least 2 F2F visits, where at least one of the visits occurred in the home.
- **2.a.** *PCT with One Visit* – Percentage of children with only 1 F2F visit.
- **2.b.** *PCT with One Visit in Home* – Percentage of children with only 1 F2F visit, where that visit occurred in the home.
- **3.a.** *PCT with No Visits* – Percentage of children with no F2F visits.
- **3.b.** Among child with no visits (3.a.), show data on the distribution of the last worker visit for those children.

## Validation

The … *Expanded_Data_Set.csv* file contained a list of all children who have experienced more than 24 hours in custody during the expanded reporting period, which spans 12/1/16 (3 months prior to the 6-month period) and 11/30/17 (3 months after the 6-month period), along with all the variables needed to identify children eligible for the indicator and calculate the outcome.

The file held one record per child, per visit during the expanded custody period. This expanded universe of children was used to verify that MDCPS correctly extracted the children eligible for the indicator and time period of interest, and to identify data quality problems that could impact accuracy when measuring performance.

Multiple verifications and data quality checks were performed against the data MDCPS provided. These checks focused on examining problems (e.g., missing data, internal consistency) with any variables used to identify children eligible for the indicator, calculate derived variables, or measure the outcome.

Interviews were also conducted with key MDCPS personnel, and several iterations of analyses were conducted and resubmitted by MDCPS based on Public Catalyst's preliminary findings. The final data submitted for this indicator were than analyzed at the levels of state, region, and county, and by month and overall for the 6-month period. The results were compared to those provided by MDCPS.

# Data Quality & Other Observations

## Cases Excluded due to Data Quality

- **16** F2F visits were excluded due to having a narrative date but a missing worker title (worker title is needed to determine if the visit qualifies for inclusion).

## Other Data Quality Observations

- Of the **2,318** records of children who had no visits (7.d.2.; these are duplicate children, with one record per child, per full month of custody), **177 (7.6%)** records were missing the most recent worker visit date. It is possible that many of these children had a recent visit, but it occurred prior to the start of the expanded dataset, which included only visits that occurred between 12/1/16 (three months prior to the 6-month period) and 11/30/17 (three months after the 6-month period).

# Results

Public Catalyst can confirm that MDCPS correctly calculated the results for this indicator according to the STRO and other specifications agreed to by Public Catalyst and MDCPS. The results for this indicator by state, region, county, and month (below) all match those provided by MDCPS and documented in its final .pdf report for this indicator (listed previously under Data Verified).

The tables below show the **statewide** results for all reported items for 7.d.1 and 7.d.2, for the entire 6-month period and by month, along with the distribution of the last worker visit for children with no visits. Not shown are the month-by-month results by region and county. These results were identical to the results provided by MDCPS and are available in its .pdf report.

The results also compare findings from the current 6-month period (March 1, 2017 – August 31, 2017), which will serve as the official baseline, to findings from the previous 6-month period (September 1, 2016 – February 28, 2017).

## 7.d.1

## Visits Conducted – Statewide data for the 6-month period

March 1, 2017 – August 31, 2017

Of the 67,656 visits required (i.e., two visits for each of the 33,828 children in care for the entirety of each month), 58,909 visits (**87.1%**) were conducted. Of the 33,828 home visits required (i.e., one home visit for each of the 33,828 children), 29,018 (**85.8%**) were conducted in the home.

| Children (duplicate count)[3] | Visits Conducted | | | Visits Conducted in Home | | |
|---|---|---|---|---|---|---|
| | Visits Conducted | Visits Required | PCT Required Visits Conducted | Visits Conducted in Home | Home Visits Required | PCT Required Home Visits in Home |
| 33828 | 58909 | 67656 | **87.1** | 29018 | 33828 | **85.8** |

September 1, 2016 – February 28, 2017

Of the 64,978 visits required (i.e., two visits for each of the 32,489 children in care for the entirety of each month), 56,940 visits (**87.6%**) were conducted. Of the 32,489 home visits required (i.e., one home visit for each of the 32,489 children), 27,805 (**85.6%**) were conducted in the home.

| Children (duplicate count)[4] | Visits Conducted | | | Visits Conducted in Home | | |
|---|---|---|---|---|---|---|
| | Visits Conducted | Visits Required | PCT Required Visits Conducted | Visits Conducted in Home | Home Visits Required | PCT Required Home Visits in Home |
| 32489 | 56940 | 64978 | **87.6** | 27805 | 32489 | **85.6** |

---

[3] These are duplicate counts because the same child could be in care for the entirety of more than one month. For example, if a child was in care for all of March and for all of April, he is counted twice in the statewide results for the 6-month period.

[4] These are duplicate counts because the same child could be in care for the entirety of more than one month. For example, if a child was in care for all of March and for all of April, he is counted twice in the statewide results for the 6-month period.

## Visits Conducted – Statewide data by month

March 1, 2017 – August 31, 2017

| Month | Children | Visits Conducted | | | Visits Conducted in Home | | |
|---|---|---|---|---|---|---|---|
| | | Visits Conducted | Visits Required | PCT Required Visits Conducted | Visits Conducted in Home | Home Visits Required | PCT Required Home Visits in Home |
| 03/01/2017 | 5568 | 9621 | 11136 | 86.4 | 4676 | 5568 | 84.0 |
| 04/01/2017 | 5659 | 9649 | 11318 | 85.3 | 4763 | 5659 | 84.2 |
| 05/01/2017 | 5654 | 9823 | 11308 | 86.9 | 4758 | 5654 | 84.2 |
| 06/01/2017 | 5706 | 9911 | 11412 | 86.8 | 4969 | 5706 | 87.1 |
| 07/01/2017 | 5682 | 9929 | 11364 | 87.4 | 4984 | 5682 | 87.7 |
| 08/01/2017 | 5565 | 9963 | 11130 | 89.5 | 4868 | 5565 | 87.5 |

September 1, 2016 – February 28, 2017

| Month | Children | Visits Conducted | | | Visits Conducted in Home | | |
|---|---|---|---|---|---|---|---|
| | | Visits Conducted | Visits Required | PCT Required Visits Conducted | Visits Conducted in Home | Home Visits Required | PCT Required Home Visits in Home |
| 09/01/2016 | 5256 | 9473 | 10512 | 90.1 | 4590 | 5256 | 87.33 |
| 10/01/2016 | 5350 | 9583 | 10700 | 89.6 | 4721 | 5350 | 88.24 |
| 11/01/2016 | 5432 | 9441 | 10864 | 86.9 | 4589 | 5432 | 84.48 |
| 12/01/2016 | 5451 | 9349 | 10902 | 85.8 | 4595 | 5451 | 84.30 |
| 01/01/2017 | 5437 | 9361 | 10874 | 86.1 | 4572 | 5437 | 84.09 |
| 02/01/2017 | 5563 | 9733 | 11126 | 87.5 | 4738 | 5563 | 85.17 |

## 7.d.2

## Visits Conducted – Statewide data for the 6-month period[5]

March 1, 2017 – August 31, 2017

Of the 33,834 children in care for the entirety of each month, 27,394 (**81.0%**) had at least two qualifying, F2F visits. Of these 27,394 children, 26,265 (**95.9%**) had at least one of these visits occur in the home.

| Children (duplicate count) | PCT Meeting Requirements | PCT Meeting Requirements + One in Home | PCT with One Visit | PCT with One Visit in Home | PCT with No Visits |
|---|---|---|---|---|---|
| 33834 | **81.0** | **95.9** | 12.1 | 66.9 | 6.9 |

September 1, 2016 – February 28, 2017

Of the 32,489 children in care for the entirety of each month, 26,599 (**81.9%**) had at least two qualifying, F2F visits. Of these 26,599 children, 25,518 (**95.9%**) had at least one of these visits occur in the home.

| Children (duplicate count) | PCT Meeting Requirements | PCT Meeting Requirements + One in Home | PCT with One Visit | PCT with One Visit in Home | PCT with No Visits |
|---|---|---|---|---|---|
| 32489 | **81.9** | **95.9** | 11.5 | 61.1 | 6.6 |

---

[5] *Children (duplicate count)* was the denominator for *PCT Meeting Requirements*, *PCT with One Visit*, and *PCT with No Visits*. To save space in the table, the denominators for the remaining items and the numerators for all items are not shown.

## Visits Conducted – Statewide data by month[6]

March 1, 2017 – August 31, 2017

| Month | Children | PCT Meeting Requirements | PCT Meeting Requirements + One in Home | PCT with One Visit | PCT with One Visit in Home | PCT with No Visits |
|---|---|---|---|---|---|---|
| 03/01/2017 | 5568 | 80.2 | 95.2 | 12.4 | 61.8 | 7.4 |
| 04/01/2017 | 5659 | 78.6 | 95.7 | 13.4 | 67.2 | 8.1 |
| 05/01/2017 | 5654 | 80.7 | 95.0 | 12.3 | 60.9 | 7.0 |
| 06/01/2017 | 5706 | 80.5 | 96.4 | 12.7 | 74.2 | 6.8 |
| 07/01/2017 | 5682 | 81.5 | 96.9 | 11.7 | 74.4 | 6.8 |
| 08/01/2017 | 5565 | 84.3 | 96.1 | 10.4 | 62.2 | 5.3 |

September 1, 2016 – February 28, 2017

| Month | Children | PCT Meeting Requirements | PCT Meeting Requirements + One in Home | PCT with One Visit | PCT with One Visit in Home | PCT with No Visits |
|---|---|---|---|---|---|---|
| 09/01/2016 | 5256 | 85.5 | 95.8 | 9.3 | 58.3 | 5.3 |
| 10/01/2016 | 5350 | 84.4 | 96.8 | 10.3 | 63.5 | 5.3 |
| 11/01/2016 | 5432 | 80.7 | 95.5 | 12.5 | 59.5 | 6.9 |
| 12/01/2016 | 5451 | 79.6 | 96.1 | 12.3 | 63.2 | 8.1 |
| 01/01/2017 | 5437 | 79.6 | 95.9 | 12.9 | 60.0 | 7.4 |
| 02/01/2017 | 5563 | 81.6 | 95.5 | 11.7 | 61.9 | 6.7 |

## Distribution of last worker visit for children with no visits – Statewide data for the 6-month period

March 1, 2017 – August 31, 2017

For the 6-month period, there were 2,318 records of children who had no visits (this is a duplicate count of children, with one record per child, per full month of custody).[7] For the 2,141 children who had a date for their most recent worker visit (see, "Other Data Quality Observations"), the table below shows the number of children according to when their most recent visit occurred.

---

[6] *Children* was the denominator for *PCT Meeting Requirements*, *PCT with One Visit*, and *PCT with No Visits*. To save space in the table, the denominators for the remaining items and the numerators for all items are not shown.

[7] For example, if a child was in custody for all of March, April, and May 2017, and he had no visits in March and April, he would have two records in this "no visit" file.

| Children[8] | Days from the most recent visit to the end of the reporting month | | | |
| --- | --- | --- | --- | --- |
| | 0 - 30 | 31 - 60 | 61 - 90 | 91 + |
| 2141 | 82 | 1422 | 392 | 245 |

September 1, 2016 – February 28, 2017

For the 6-month period, there were 2,148 records of children who had no visits (this is a duplicate count of children, with one record per child, per full month of custody).[9] For the 1,941 children who had a date for their most recent worker visit, the table below shows the number of children according to when their most recent visit occurred.

| Children[10] | Days from the most recent visit to the end of the reporting month | | | |
| --- | --- | --- | --- | --- |
| | 0 - 30 | 31 - 60 | 61 - 90 | 91 + |
| 1941 | 116 | 1226 | 374 | 225 |

---

[8] All the counts in this table include duplicate counts of children. For example, if a child was in custody for all of March, April, and May 2017, and he had no visits in March and April, he is counted twice in the "Children" column. If his most recent worker visit was February 15, 2017, he is counted once in the "31 – 60" days column (because his most recent visit as of the end of March, 2017 was 44 days ago) and he is counted once in the "61 – 90" days column (because his most recent visit as of the end of April, 2017 was 74 days).

[9] For example, if a child was in custody for all of September, October, and November 2016, and he had no visits in September and October, he would have two records in this "no visit" file.

[10] All the counts in this table include duplicate counts of children. For example, if a child was in custody for all of September, October, and November 2016, and he had no visits in September and October, he is counted twice in the "Children" column. If his most recent worker visit was August 15, 2016, he is counted once in the "31 – 60" days column (because his most recent visit as of the end of September, 2016 was 46 days ago) and he is counted once in the "61 – 90" days column (because his most recent visit as of the end of October, 2016 was 77 days).