

**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson Commissioner**
www.mdcps.ms.gov

January 19, 2018

Dear Team:

First, you are the front-line hands, face and voice of MDCPS, and I want you to know how deeply I respect the difficult work you do every day. Thank you for your dedication and often thankless efforts to protect the children.

As I am sure you have heard, MDCPS currently is experiencing a tight financial condition. Nevertheless, I believe our caseworkers—like you—are our most important asset, and we need you to stay with us and grow, and help us improve our services. Therefore, I am pleased to notify you that as a Family Protection Specialist, your starting base salary will increase from $29,138.72 to $30,073.10. This change was effective January 1, 2018, and will be reflected in your January 31 paycheck.

Again, although we do not say it to you enough, many people including those of us in the State office recognize the vital work you do in protecting the lives of children in our state and in carrying out the mission of this agency. As a Family Protection Specialist, your actions directly impact the safety, permanency, and well-being of children and youth. You are also in a unique role to help support and strengthen many families in need. Your work is valuable and does not go unnoticed by me and the staff here in this office.

Should you have questions about how this salary change will impact you, please reach out to the Personnel Officer responsible for your region and/or the Office of Human Resources at our State Office. It is my hope that you will continue your work with MDCPS in supporting children and families. Thank you for all that you do on a daily basis.

Sincerely,

Jess H. Dickinson
Commissioner

P.O. Box 346 · 660 North Street · Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov





**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson Commissioner**
www.mdcps.ms.gov

January 19, 2018

Dear Team:

First, you are the front-line hands, face and voice of MDCPS, and I want you to know how deeply I respect the difficult work you do every day. Thank you for your dedication and often thankless efforts to protect the children.

As I am sure you have heard, MDCPS currently is experiencing a tight financial condition. Nevertheless, I believe our caseworkers—like you—are our most important asset, and we need you to stay with us and grow, and help us improve our services. Therefore, I am pleased to notify you that as a Family Protection Worker I, your starting base salary will increase from $26,665.30 to $30,073.10. This change was effective January 1, 2018, and will be reflected in your January 31 paycheck.

Again, although we do not say it to you enough, many people including those of us in the State office recognize the vital work you do in protecting the lives of children in our state and in carrying out the mission of this agency. As a Family Protection Worker I, your actions directly impact the safety, permanency, and well-being of children and youth. You are also in a unique role to help support and strengthen many families in need. Your work is valuable and does not go unnoticed by me and the staff here in this office.

Should you have questions about how this salary change will impact you, please reach out to the Personnel Officer responsible for your region and/or the Office of Human Resources at our State Office. It is my hope that you will continue your work with MDCPS in supporting children and families. Thank you for all that you do on a daily basis.

Sincerely,

*Jess H. Dickinson*
Jess H. Dickinson
Commissioner

P.O. Box 346 · 660 North Street · Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov



**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson Commissioner**
www.mdcps.ms.gov

January 19, 2018

Dear Team:

First, you are the front-line hands, face and voice of MDCPS, and I want you to know how deeply I respect the difficult work you do every day. Thank you for your dedication and often thankless efforts to protect the children.

As I am sure you have heard, MDCPS currently is experiencing a tight financial condition. Nevertheless, I believe our caseworkers—like you—are our most important asset, and we need you to stay with us and grow, and help us improve our services. Therefore, I am pleased to notify you that as a Family Protection Worker II, your starting base salary will increase from $29,139.72 to $32,862.63. This change was effective January 1, 2018, and will be reflected in your January 31 paycheck.

Again, although we do not say it to you enough, many people including those of us in the State office recognize the vital work you do in protecting the lives of children in our state and in carrying out the mission of this agency. As a Family Protection Worker II, your actions directly impact the safety, permanency, and well-being of children and youth. You are also in a unique role to help support and strengthen many families in need. Your work is valuable and does not go unnoticed by me and the staff here in this office.

Should you have questions about how this salary change will impact you, please reach out to the Personnel Officer responsible for your region and/or the Office of Human Resources at our State Office. It is my hope that you will continue your work with MDCPS in supporting children and families. Thank you for all that you do on a daily basis.

Sincerely,

Jess H. Dickinson
Commissioner

P.O. Box 346 · 660 North Street · Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov