| Pin | Name | Title | Hire Date | Previous State Employment |
|---|---|---|---|---|
| 8053 | Tinya Johnson | Area Social Work Supervisor | 1/16/2017 | No |
| 789 | Tissan Jackson | Area Social Work Supervisor | 1/16/2017 | No |
| 798 | Carrie Miller | Area Social Work Supervisor | 1/16/2017 | No |
| 793 | Cherrie Tobias | Area Social Work Supervisor | 1/16/2017 | Yes |
| 418 | Vanessa Patterson | Area Social Work Supervisor | 2/1/2017 | No |
| 1452 | Gregory Davis | Area Social Work Supervisor | 2/16/2017 | No |
| 564 | Lakedra Hampton | Area Social Work Supervisor | 2/16/2017 | No |
| 1239 | Misty McCammon | Area Social Work Supervisor | 2/16/2017 | No |
| 785 | Zelda Fairley | Area Social Work Supervisor | 3/16/2017 | No |
| 1247 | L'Anntri Bell | Area Social Work Supervisor | 4/1/2017 | No |
| 1255 | Krystal Tyler | Area Social Work Supervisor | 4/1/2017 | No |
| 1239 | Julie Trotter | Area Social Work Supervisor | 5/1/2017 | No |
| 8843 | Dconstance Woodard | Area Social Work Supervisor | 5/1/2017 | No |
| 1039 | Katie Moss | Area Social Work Supervisor | 6/1/2017 | Yes |
| 1246 | Tiffany Russell | Area Social Work Supervisor | 6/1/2017 | Yes |
| 1342 | Eric Wilson | Area Social Work Supervisor | 6/1/2017 | Yes |
| 8308 | Marcelene Thompson-Ducksw | Regional Social Work Supervisor | 7/16/2017 | No |
| 1228 | Victoria Darsey | Area Social Work Supervisor | 7/16/2017 | No |
| 1723 | Sharene Conerly | Area Social Work Supervisor | 8/1/2017 | No |
| 8164 | Monique Weeks | Area Social Work Supervisor | 8/1/2017 | No |
| 8042 | Devin Williams | Area Social Work Supervisor | 8/16/2017 | No |
| 1037 | Kendra Williams | Area Social Work Supervisor | 8/16/2017 | No |
| 8026 | Ayika Foster | Area Social Work Supervisor | 9/1/2017 | No |
| 1531 | Tina Johnson | Area Social Work Supervisor | 9/1/2017 | No |
| 1446 | Nancy Barrett | Area Social Work Supervisor | 10/1/2017 | No |
| 1236 | Lellar McCarty | Area Social Work Supervisor | 10/1/2017 | No |



EXHIBIT "I"