# The Protection Connection, February 2017

Chris Alexander <Chris.Alexander@mdcps.ms.gov>

Fri 1/27/2017 10:46 AM

To: ALL MDCPS <ALL_MDCPS@mdhs.ms.gov>;





Your Employee Newsletter  -  February, 2017 Edition





Beginning this month, CPS is proud to partner with ComPsych to provide an expanded Employee Assistance Program (EAP) benefit to agency employees and their covered family members at no cost to the employee. The goal of the Employee Assistance Program is to make short term counseling services, referral services, and educational materials available to CPS employees and their covered family members to help address the mental health of our workforce. Often times personal challenges, such as family or marital problems, stress, depression, anxiety, substance abuse, etc. affect an employee's ability to contribute in the workplace. The Employee Assistance Program gives CPS employees an opportunity for support to address personal challenges that might impact their abilities to provide services to children and families.

An enhanced feature that will now be accessible as a part of the Employee Assistance Program is the Critical Incident Stress Management Service and Consultation that is available in response to traumatic events that employees might experience. In the case of a traumatic event, Critical Incident Stress Management Services can help normalize reactions, prevent longer-term effects, and help employees recover from the event. Critical Incident Stress Management Services and Consultation are available 24/7 through CPS's Employee Assistance Program.

**All CPS employees are covered.** Covered family members include a spouse and children or stepchildren under the age of 26 who are at home or currently in school full-time.

Employees can access the program in several different ways. Reach out to a Guidance Consultant through a 24/7 hour toll-fee line at 1-844-876-4018. The Guidance Consultant is available to answer questions and make referrals to a counselor or other resources, if needed. Online Support is also available 24/7 by logging onto www.guidanceresources.com. CPS employees can utilize "MDCPS" as the Web ID to sign up for their own personal accounts. Click here for a printable info-graphic containing this information and more.

## Ready for Some More Good News??

MDCPS recently received notification that the agency is in full compliance with federal reporting requirements of the Administration for Children and Families for information to be submitted to the National Youth in Transition Database. According to federal Social Security Act regulations, all state agencies administering or supervising the administration of the Chafee Foster Care independence Program -- including the report of information on youth who are receiving independent living services and the outcomes of certain youth who are in foster care or who have aged-out of foster care -- must make timeline filings for each reporting period or face penalties.

We were also notified that the Federal Office of Special Education Programs (OSEP) selected MDCPS' Education 101 Training as an exemplary training program. OSEP will be adding our training to the national repository for Parent Training Institutes around the country. What an honor to be recognized nationally!

Keep up the hard work, MDCPS; we are making a difference for foster youth all around the state!

# Where's Magnolia?

I-South's Regional Director, Wade Williams, chose Union County as last month's recipient of the "Office of the Month" award, because of their generosity and giving spirit. Instead of taking a scheduled day off in late December, they all chose to work in order to assist Lee County with investigations. They accomplished this while also maintaining their own case loads and high data numbers. Congratulations to Union County on a job well done!



Pictured from left to right are the dedicated staff in Union County: Micheal Olmstead (FPS), Stephanie Johnson (FPS), Jazmin Kimmons (FPS), Carol Russell (FPS), Wade Williams (RD), Amber Payne (ASWS), Magnolia (Trophy), Mary K. Tate (ASWS), Steven Edington (FPS), Melissa L. Green (FPS), Hannah White (FPS), Jalisa Naugle (FPS), Jade Dykes (FPS), and Shameaka Patton (FPS).

**CALLED TO SERVE**

THERE ARE FEW THINGS IN LIFE THAT BRING AS MUCH JOY AS THE JOY THAT COMES FROM ASSISTING ANOTHER IMPROVE HIS OR HER LIFE.

– RICHARD G. SCOTT



### Name Our New CCWIS System! Enter to Win a PRIZE!

Last month, we announced a contest to name the new system slated to replace MACWIS, presently being called **CCWIS**, which stands for Comprehensive Child Welfare Information System. We have received some catchy names so far and ask that you keep em' coming. The winner will be revealed next month and will receive a Walmart Gift Card and a Gift Basket of Goodies. Email your entries in TODAY before the January 31st deadline.



### Approved Pre-Qualified Vendor Pool for CCWIS System Project

We are pleased to proclaim that we have an approved pre-qualified Vendor Pool for the new system project. We plan to contract with vendors from this pre-qualified pool to build the modules of our new system, and expect also that having this pool will accelerate the entire process.

***Welcome New CCWIS Project Director, Donna Hamilton!***

The CCWIS Team is proud to announce our new Project Director, Donna Hamilton. Donna comes to us from the Mississippi Department of Information Technology Services and has a wealth of knowledge and experience, and we are truly excited for her leadership. Help us in welcoming her aboard!



# Updated Mileage Reimbursement Rate



Effective January 1, 2017, the Mileage Reimbursement Rate decreased to $0.535 for non government owned vehicles. Click here for a complete history of previous rates. Contact Vergenia Coleman at 601.359.4806 or Lashonda R. Washington at 601.359.4835 if you have any questions.

## Child Abuse/Neglect Central Registry Applications

Some Child Abuse/Neglect Central Registry Applications have been accidentally received by the Child Support Central Registry. Please use one of the following methods to send Child Abuse/Neglect Central Registry Applications (Form 482) to the State Office of Child Protection Services:

Fax:   601-576-2584 or 601-359-4340

Email:  mscentralregistry@mdhs.ms.gov

Mail:  Mississippi Child Abuse/Neglect Central Registry
Mississippi Dept. of Child Protection Services
PO Box 346
Jackson, MS  39205

If you are using a fax number not listed above, please remove that number from your reference. Thank you for helping to minimize any potential for delay so that we can better serve you, as well as our clients.

**S** UPPORTIVE
**O** BSERVANT
**C** LINICALLY SKILLED
**I** NFORMATIVE
**A** DVOCATE
**L** ISTENER

**W** ORKING
**O** RGANIZER
**R** ESOURCEFUL
**K** NOWING
**E** FFECTIVE
**R** ESPECTFUL

SUITCASES FOR LOVE IN IV-NORTH

Pastor Tony A. Montgomery and his wife, Attorney Monique Montgomery recently held a suitcase drive at Missionary Union Baptist Church in Columbus, Mississippi to collect brand new suitcases for foster children. Pastor Montgomery wanted to make sure that all Lowndes County foster children had their own luggage to use.

What a wonderful example of community! Thank you to the Pastor and congregation at Missionary Union Baptist Church.



Pictured above on the left accepting the "Suitcases for Love" on behalf of IV-North Regional Director, Iris Joiner, are Tyiesha More, Family Protection Specialist, and Darline Spencer, Live Scan Administrator, along with Pastor and Mrs. Montgomery on the right.

# New Email Address for Human Resources



The Division of Human Resources has implemented a general HR email address. In the future, please send any questions or documents that need to be submitted to Human Resources to: dhr.supportservices@mdhs.ms.gov. Please be sure to include **your Division in the Subject line** and provide us with any further identifying information to help us better serve your needs. Examples of documents that can be submitted:

- Change of Address Forms
- Compressed Schedule Forms
- Employment Verifications
- W-2 Forms
- Federal Loan Forgiveness Applications
- PERS Forms needing HR Verification
- PDA Close Outs (Annual Assessments)

Documents that should **not** be submitted using this email address include:

- 218-Request to Advertise PINs
- New Hire or Promotional Transaction Paperwork
- 217-Voluntary Separations



If you need **support** for MACWIS, Applications, Software, Hardware or Cell Phone and Connectivity, please email or call **IT Customer Support** (previously called MACWIS Help Desk.)

**Email: ITCustomerSupport@mdcps.ms.gov**

**Phone: 877-244-2528 or 601-359-4502**



## Attorney General's Office Releases New Memorandum
## Needed for Termination of Parental Rights (TPR) Packets

Beginning January 1, 2017, before the Attorney General's Office will proceed with a Termination of Parental Rights Action, this form must be completed for each child for which termination is being requested. If this form is not complete, the Attorney General's Office will return the case to Child Protection Services until all information required by this form is submitted. This form can also be found on the DFCS Connection page, on page three of the forms section under Permanency.



---

## The Bureau of Permanency Support Services



The Bureau of Permanency Support Services (PSS) was established at State Office in July 2016. **Marcus D. Davenport** serves as Bureau Director, and **Jywanza Goodman** serves as Office Manager for PSS. The Bureau houses the state-level Foster Care/Licensure and Adoption Units. It provides support in the areas of foster care/licensure and adoption, and manages services procured to meet the needs of Resource Units statewide.

**PSS-ADOPTION UNIT**

**The PSS-Adoption Unit** is tasked with the daily operations of a child's journey through MDCPS from the point the TPR packets are submitted, through the child and family file process, up to the point that adoption assistance is set up. This unit is supervised by **Carolyn D. Quin**, Division Director II, and she may be contacted at 601.359.4280.

**Adoption Assistance:** Adoption Assistance includes initial, annual renewals and renegotiations, in addition to the Medicaid and ICAMA completion. **Edna McLendon,** Project Officer IV, Special, supervises the Adoption Assistance Program Specialists. **Connie Sumrall** covers families with the last name beginning with A-L and she may be contacted at 601.359.4980. **Cindy Quin** covers families with the last name beginning with M-Z and she may be contacted at 601.359.4696. Edna also assists with the daily operations of the adoption file process, and she may be contacted at 601.359.4753.

**Termination of Parent Rights (TPR):** The TPR Sub-Unit deals with the process of the TPR packets, legal clearances, communication with the AG's office, as well as, provides support for the field staff and assistance with revision of the TPR policy. **LaQuita Reed**, Program Administrator Senior, supervises the TPR Sub-Unit and may be contacted at 601.359.4498. **Kanosha Thompson,** Program Specialist, also provides assistance in the TPR unit, and she may be contacted at 601.359.4407.

**Adoption Files Management: Shalisa Bailey**, Program Manager, oversees the daily adoption files

## Meet Your Bureau of Permanency Support Services Team!



Starting at the top, pictured from from left to right: Marcus Davenport, PSS Bureau Director, Kanosho Thompson, TPR Specialist, LaQuita Reed, TPR Administrator, Tamika Garner, Foster Care/Licensure Director, Jasper Lowe, Recruitment Manager, Jywanza Goodman, PSS Office Manager, Shalisa Bailey, Adoption Files Manager, Edna McLendon, Adoption Assistance/Medicaid Supervisor, Connie Sumrall, Adoption Assistance/Medicaid Specialist, Sophie Holmes, Foster Care/Licensure Specialist, LaWonda Jackson, Foster Care/Licensure Specialist, Cindy Quin, Adoption Assistance/Medicaid Specialist, and Carolyn Quin, Adoption Director.

 

**Want to be in the know?**
Read the most recent Status Report regarding the de-coupling efforts of MDCPS and MDHS here.

**A LITTLE PROGRESS EACH DAY ADDS UP TO BIG RESULTS**



Keep yourself informed! Check out the latest MDCPS related news stories:

[Lawmakers aim to reform child welfare system](#)

[Mississippi foster care: More kids, more case workers](#)

[Collaborative recruiting foster parents](#)

[Child welfare professionals meet for teamwork training](#)

[Gov. Bryant delivers State of the State address](#)

---

## Congratulations, Michelle McMurtray!

MDCPS Policy and Special Projects Director, Michelle McMurtray was recently chosen to serve on the Mississippi Bar Leadership Forum. This program is a highly competitive leadership class designed to teach young attorneys more about the profession and prepare them to take on leadership roles in their local communities. Participating attorneys will have the opportunity to learn more about the role of attorneys as leaders in state and local government, as well as opportunities to gain insight on the current issues facing the legal profession.

LEADERSHIP & LEARNING ARE INDISPENSABLE TO EACH OTHER.

MDCPS is proud to have Michelle represent us in this capacity and wish her much success in this and all of her endeavors!



> **A person who feels appreciated will always do more than what is expected.**

MDCPS wants you to know how very much you are appreciated! You complete more tasks before breakfast than most people finish all day and don't think for a moment that it goes unnoticed. We also want to encourage you to appreciate one another. Tell a co-worker today how grateful you are for their hard work.



**mdcps**
Mississippi Department of Child Protection Services

To report child abuse and neglect:
(800) 222-8000 | mdcps.ms.gov

P.O. Box 346
Jackson, MS  39205

Phone: 601.359.4368 - Fax: 601.359.2074

*Copyright © 2017 - MDCPS - All rights reserved.*



CONFIDENTIALITY NOTICE This e-mail and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.