**FIELD STAFF**

| Title | Separations | |
|---|---|---|
| | Jan-17 | Jan-18 |
| FPS | 11 | 8 |
| FPW II | 2 | 2 |
| FPW I | 5 | 2 |
| Totals | 18 | 12 |

**FIELD STAFF**

| Title | Separations | |
|---|---|---|
| | Feb-17 | Feb-18 |
| FPS | 11 | 8 |
| FPW II | 0 | 2 |
| FPW I | 5 | 2 |
| Totals | 16 | 12 |

**FIELD STAFF**

| Title | Separations | |
|---|---|---|
| | Mar-17 | Mar-18 |
| FPS | 17 | 10 |
| FPW II | 1 | 1 |
| FPW I | 5 | 1 |
| Totals | 23 | 12 |

**FIELD STAFF**

| Title | Separations | |
|---|---|---|
| | Apr-17 | Apr-18 |
| FPS | 15 | 9 |
| FPW II | 1 | 2 |
| FPW I | 1 | 2 |
| Totals | 17 | 13 |

**FIELD STAFF**

| Title | Separations | |
|---|---|---|
| | May-17 | May-18 |
| FPS | 13 | 15 |
| FPW II | 2 | 1 |
| FPW I | 2 | 6 |
| Totals | 17 | 22 |
| **OVERALL TOTAL SEPARATIONS** | **91** | **71** |


EXHIBIT "L"