**From:** Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
**Sent:** Wednesday, November 15, 2017 1:43 PM
**To:** Kris Jones
**Subject:** Fw: CPS State Funds

Hey, I justed to make sure that you have seen this email.

BB

---

**From:** Richard Ferrell
**Sent:** Wednesday, November 15, 2017 1:27 PM
**To:** Bridgette Bell
**Subject:** Fw: CPS State Funds

---

**From:** Richard Ferrell
**Sent:** Wednesday, November 15, 2017 1:02 PM
**To:** Vergenia Coleman
**Cc:** Christopher Ray; Debra Dixon
**Subject:** CPS State Funds

According to the MAGIC Budget vs Commitments table this morning, CPS had $46,303,954.84 of expenditures and $1,688,397.59 of commitments (obligations). That results in an allotment balance of $992,309.07. Due to MAGIC being down, we haven't moved the state transfer for the November 15 payroll yet, which by itself is $2,704,869.00. CPS should move state funds from the second allotment period to the first allotment period now in order to cover the state share of their expenditures through December.

Richard Ferrell

601-359-4670

CONFIDENTIALITY NOTICE This e-mail and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.



EXHIBIT "M"

**From:** Chip Butler <Chip.Butler@mdhs.ms.gov>
**Sent:** Tuesday, November 14, 2017 11:51 AM
**To:** Kris Jones
**Subject:** Fwd: 2018 State Funds

Sent from my iPhone

Begin forwarded message:

**From:** Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
**Date:** November 14, 2017 at 11:49:00 AM CST
**To:** Chip Butler <Chip.Butler@mdhs.ms.gov>
**Subject: Fwd: 2018 State Funds**

Sent from my iPhone

Begin forwarded message:

**From:** Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
**Date:** November 8, 2017 at 2:14:03 PM CST
**To:** Chip Butler <Chip.Butler@mdhs.ms.gov>
**Subject: Fw: 2018 State Funds**

Please see attached the state funds worksheet from Richard.  We are looking at May 1st.

BB

**From:** Richard Ferrell
**Sent:** Wednesday, November 8, 2017 2:11 PM
**To:** Bridgette Bell
**Subject:** 2018 State Funds

Bridgette, attached is my 2018 state funds worksheets showing state expenditures and commitments through October 31, 2017.

Richard



**Richard Ferrell |** Division Director I
Mississippi Department of Human Services
601-359-4670
www.mdhs.ms.gov



STATE FUNDS SFY 2018

| | FO 16510106-16510108 | CSE 16510103 | CPS 16510109 | SS 16510101 | DECCD 16510105 | AAS 16510102 | YS 16510111 | TOTAL | TOTAL LESS CPS |
|---|---|---|---|---|---|---|---|---|---|
| ALLOTMENT 1 | 12,202,300.50 | 2,922,978.50 | 48,984,661.50 | 2,570,689.50 | 1,239,334.00 | 436,607.50 | 6,375,980.50 | 74,732,552.00 | 25,747,890.50 |
| EXPENDITURES 7/17 | (835,562.00) | (38,871.76) | (3,974,869.51) | (249,898.00) | | (49,422.25) | (663,319.47) | (5,811,942.99) | (1,837,073.48) |
| EXPENDITURES 8/17 | (2,283,531.00) | (1,127,570.36) | (14,438,475.60) | (698,371.00) | 0.00 | (258,774.51) | (1,571,091.77) | (20,377,814.24) | (5,939,338.64) |
| EXPENDITURES 9/17 | (1,459,768.00) | (981,539.22) | (12,565,535.58) | (713,002.00) | (1,307.00) | (161,751.52) | (1,633,785.91) | (17,516,689.23) | (4,951,153.65) |
| EXPENDITURES 10/17 | (2,242,503.00) | (107,083.59) | (11,763,134.89) | (447,570.00) | | (152,094.63) | (1,188,942.73) | (15,901,328.84) | (4,138,193.95) |
| EXPENDITURES 11/17 | | | | | | | | 0.00 | 0.00 |
| EXPENDITURES 12/17 | | | | | | | | 0.00 | 0.00 |
| BALANCES | 5,380,936.50 | 667,913.57 | 6,242,645.92 | 461,848.50 | 1,238,027.00 | (185,435.41) | 1,318,840.62 | 15,124,776.70 | 8,882,130.78 |
| COMMITMENTS 11-1-17 | | | (1,663,481.67) | | | | (856,408.12) | (2,519,889.79) | |
| BALANCES LESS COMMITMENTS | | | 4,579,164.25 | | | | | | 8,025,722.66 |
| | | | (42,742,778.08) | | | | | (59,632,564.07) | |