

**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

TO: Kris Jones, Deputy Commissioner
FROM: Taylor Cheeseman, Chief of Staff
SUBJECT: Human Resources & FY18 Budget Concerns
DATE: December 20, 2017

---

As of today, MDCPS's projected expenditures in FY18 exceed its projected funding by $45,689,075. That being the case, we must take immediate steps to reduce costs while we explore alternative funding solutions. To that end, you are to instruct your human resources staff to institute an immediate freeze on all promotions and raises, and to take no action to institute the salary realignments approved by the State Personnel Board on December 14, 2017. Further, hiring should be limited to essential personnel and replacing separations from MDCPS. Until further notice, no hires may be finalized until express approval has been granted by Commissioner Dickinson or myself.

P.O. Box 346 · 660 North Street, Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov



EXHIBIT "N"