MISSISSIPPI LEGISLATURE                              REGULAR SESSION 2018

By: Senator(s) Fillingane                            To: Appropriations

                        COMMITTEE SUBSTITUTE
                               FOR
                        SENATE BILL NO. 2675

1    AN ACT TO AMEND SECTION 43-26-1, MISSISSIPPI CODE OF 1972, TO
2  PROVIDE THAT THE MISSISSIPPI DEPARTMENT OF CHILD PROTECTION
3  SERVICES SHALL BE A SUBAGENCY WITHIN THE MISSISSIPPI DEPARTMENT OF
4  HUMAN SERVICES AND TO PROVIDE THAT THE COMMISSIONER OF THE
5  DEPARTMENT OF CHILD PROTECTION SERVICES SHALL MAINTAIN OPERATIONAL
6  CONTROL OVER THE FUNCTIONS OF THE DEPARTMENT OF CHILD PROTECTION
7  SERVICES; AND FOR RELATED PURPOSES.

8      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

9      **SECTION 1.**  Section 43-26-1, Mississippi Code of 1972, is

10  amended as follows:

11      43-26-1.  (1)  There is hereby created a Mississippi

12  Department of Child Protection Services.

13      (2)  The Chief Administrative Officer of the Department of

14  Child Protection Services shall be the Commissioner of Child

15  Protection Services who shall be appointed by the Governor with

16  the advice and consent of the Senate.  The commissioner shall

17  possess the following qualifications:

18          (a)  A bachelor's degree from an accredited institution

19  of higher learning and ten (10) years' experience in management,

20  public administration, finance or accounting; or

S. B. No. 2675        ~ OFFICIAL ~                    G1/2
18/SS02/R1074CS
PAGE 1



21         (b)  A master's or doctoral degree from an accredited
22  institution of higher learning and five (5) years' experience in
23  management, public administration, finance, law or accounting.
24     (3) * * *  The Department of Child Protection Services * * *
25  shall be a subagency independent of, though housed within, the
26  Mississippi Department of Human Services.  The Commissioner of the
27  Department of Child Protection Services shall maintain complete
28  and exclusive operational control of the Department of Child
29  Protection Services' functions, except functions shared with the
30  Department of Human Services as provided in subsection (5)(c) and
31  (d) of this section.
32     (4)  The Commissioner of Child Protection Services may assign
33  to the appropriate offices such powers and duties deemed
34  appropriate to carry out the lawful functions of the programs
35  transferred to the department under Chapter 494, Laws of
36  2016. * * *
37     (5)  The Commissioner of Child Protection Services and the
38  Executive Director of the Department of Human Services shall
39  develop and implement a plan for the orderly establishment of the
40  Department of Child Protection Services and its transition from
41  the Office of Family and Children's Services of the Department of
42  Human Services.  The plan shall:
43         (a)  Describe a mechanism for the transfer of any
44  equipment, supplies, records, furnishings or other materials,
45  resources or funds dedicated to the operation of the Office of

46  Family and Children's Services of the Department of Human
47  Services, which may be useful to the Department of Child
48  Protection Services;
49          (b)  Determine the allocation of resources between the
50  newly created Department of Child Protection Services and the
51  Department of Human Services, as practicable;
52          (c)  Determine the allocation of functions where the
53  performance of services may be shared between the Department of
54  Child Protection Services and other employees of the Department of
55  Human Services, as practicable;
56          (d)  Determine whether any administrative support
57  services, such as Information Technology Services, bookkeeping and
58  payroll, can continue to be provided by the Department of Human
59  Services; and
60          (e)  Identify other areas deemed relevant by the
61  commissioner and make recommendations thereon to achieve an
62  orderly transition.
63  * * *
64      (6) * * *  The programs and services provided by the Office
65  of Family and Children's Services of the Department of Human
66  Services under the following statutes shall be provided by the
67  Department of Child Protection Services:  Sections 41-87-5,
68  41-111-1, 43-1-2, 43-1-51, 43-1-55, 43-1-57, 43-1-63, 43-15-3,
69  43-15-5, 43-15-6, 43-15-13, 43-15-15, 43-15-17, 43-15-19,
70  43-15-21, 43-15-23, 43-15-51, 43-15-103, 43-15-105, 43-15-115,

71  43-15-125, 43-15-201, 43-15-203, 43-15-207 and 43-18-3,
72  Mississippi Code of 1972.
73      (7)  The PEER Committee shall review the programs or program
74  of the Mississippi Department of Child Protection Services,
75  beginning with fiscal year 2017 and each year thereafter.  PEER
76  shall submit this review to the Chair of the Senate Public Health
77  and Welfare Committee, the Chair of the Senate Appropriations
78  Committee, the Chair of the House Public Health and Human Services
79  Committee, the Chair of the House Appropriations Committee, the
80  Lieutenant Governor, the Speaker of the House of Representatives,
81  and the Governor by December 1 of each year.  The review shall
82  consist of the following:
83          (a)  A review of the effectiveness of any program of the
84  department for which appropriated outcome measures have been
85  established;
86          (b)  Caseloads for social workers for each county or
87  another appropriate geographic area;
88          (c)  Turnover rates of social worker staff by county or
89  other geographic area;
90          (d)  Sources and uses of department funding; and
91          (e)  Any other matters that the PEER Committee considers
92  to be pertinent to the performance of agency programs.
93      **SECTION 2.**  This act shall take effect and be in force from
94  and after its passage.