# *Tonya Rogillio, M.S.W., L.S.W.*

## Address

## Education
University of Southern Mississippi, Master of Social Work Degree, May 2012

University of Southern Mississippi, Bachelor of Social Work Degree, May 1993

## Work Experience
Mississippi Department of Child Protection Services, Jackson, MS
Office Director for Field Support Programs, June 2016-Present

Mississippi Department of Human Services, Jackson, MS
Bureau Director for Special Investigations, January 2014-May 2016

University of Mississippi, Oxford, Mississippi
Child Welfare Training Coordinator, January 2013-December 2013

Mississippi Department of Human Services, Tylertown, MS
Social Services Regional Director, January 2007-December 2012

Mississippi Department of Human Services, Liberty, MS
Area Social Work Supervisor, October 2001-December 2006

Southwest Mississippi Children's Advocacy Center, McComb, MS
Co-founder and Forensic Interview Program Coordinator, December 2000-October 2001

Southwest Mississippi Planning and Development District, Natchez, MS
Long Term Care Alternatives Social Worker, November 1999-December 2000

Mississippi Department of Human Services, McComb, MS
Family Preservation Specialist, March 1998-November 1999

Walthall County General Hospital, Tylertown, MS
Social Worker, December 1996-February 1998

## Licensure and Certification
Mississippi State Board of Examiners for Social Workers and Marriage and Family Therapists, Social Work License, November 1996, Number W5218


EXHIBIT "Q"

## Achievements

Governor's appointee for the Children's Justice Act Task Force, 2017

Governor's appointee for the State Interagency Coordinating Council, 2017

MDHS/MDCPS Representative for the statewide multi-disciplinary Child Death Review Panel

Member of Mississippi's Administrative Office of Court's Court Improvement Workgroup

Member of the Mississippi Task Force for Children's Justice

Recipient of the Robert M. Segal Multidisciplinary Team Award for 2002

Co-founder of the Southwest Mississippi Children's Advocacy Center

## College

University of Southern Mississippi's President's List
National Dean's List
Who's Who among American Junior College Students