# CURRICULUM VITAE

## JAWORSKI T. DAVENPORT, Ph.D., LMSW

### EDUCATION

April 2017    Doctor of Philosophy
              Jackson State University
              School of Social Work
              Jackson, MS
              Area of specialization: Child Welfare
              Dissertation Title: *Maltreatment Types as Predictors of Placement Instability Among Children in Foster Care: A Trauma Informed Approach.*
              Major Professor: Dr. E.K. Yoon

May 2010      Master of Social Work
              University of Southern Mississippi
              Hattiesburg, MS

May 2000      Bachelor of Arts Sociology/Social Work
              Alcorn State University
              Alcorn State, MS
              Major: Sociology/Social Work

### AREAS OF SPECIALIZATION AND/OR INTEREST

Child Welfare Social Work
Nephrology Social Work



## PROFESSIONAL ACADEMIC EXPERIENCE

**Alcorn State University – Alcorn State, MS**
**Social Work Program**

| | |
|---|---|
| 2017 – Present | Undergraduate Adjunct Faculty |
| Courses Taught | SW405: Social Welfare Policy and Services |
| | SW319: Human Behavior and Social Environment (Fall 2017) |
| | SW362: Skills in Interviewing (Fall 2017) |

**Jackson State University – Jackson, MS**
**School of Social Work**
**College of Public Service**
**School of Social Work**

| | |
|---|---|
| 2017 – Present | Graduate Adjunct Faculty (Graduate Adjunct Faculty Status) |
| Courses Taught | SW561: Human Diversity |
| | SW571: Social Welfare Policy |

**Field Instruction**

The University of Southern Mississippi - Hattiesburg, MS
School of Social Work
Field Instructor

Jackson State University – Jackson, MS
School of Social Work
College of Public Service
School of Social Work
Field Instructor

## EMPLOYMENT HISTORY

July 2016 – Present    Deputy Director Field Operations – Data Analysis
Mississippi Department of Child Protection Services
Use data to inform child welfare policy development and practice decisions. Works with MDCPS leadership, staff, and contract partners to review, validate and certify data indicators. Support regions and counties with accountability resulting from findings of internal agency data analysis. Identify region/county and agency wide strengths and concerns in the areas of foster care, child protection services, and resources (licensure/adoption) through trend analysis of statewide agency child welfare data. Use agency data to inform staffing and hiring needs. Manage agency operations with data informed decision making.

| | |
|---|---|
| September 2012 – July 2016 | Business Systems Analyst, Sr. (CQI Lead Data Analyst/Supervisor)<br>Mississippi Department of Human Services<br>Respond to end-user questions concerning software and hardware requirements and capabilities (SACWIS); Develop functional and user documentation, reference manuals, and training materials for data collection and reporting; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application (SACWIS); Perform data compliance checks and data validation to ensure quality of all state/federal/consent decree data; Train direct service staff and administrative staff on application functionality, data usage and understanding reports by linking outcomes data to applicable data indicators and explaining trends and anomalies including data entry errors and their impact on performance; Serve as subject matter expert for child welfare data informed policy revisions and system development; Serve as CQI case reviewer, QA and team lead for state, federal and court monitor scheduled case record reviews; Collaborate with MIS staff and other DFCS staff to develop, implement and support an automated CQI review tool – EMU (Evaluation and Monitoring Unit) (including automated reporting); Collaborate with other state agencies (AOC), grantees (NRC's), and external stakeholders (COA) to provide DFCS data for grants, public records requests, and other reporting; Primary state data contact for federal reporting (AFCARS) and NCANDS; Primary data contact for federal reporting (PIP); Primary contact for CFSR Round 3 OMS review data system; Supervise unit staff (Data analysis and reporting, federal reporting, and data validation); Prepare and disseminate executive summaries and statistical analysis of all state administrative data in oral and written formats; Liaison between federal staff and DFCS for agency compliance with federal data, reports, and guidelines; Collaborate with National Resource Center for Child Welfare Data and Technology on data management and usage; Ensure data integrity; Perform data analysis on state administrative data (including AFCARS and NCANDS) to assess agency performance and propose data informed decisions using excel and SPSS; Title IV-E state contact for data; Represent agency at county, statewide and national meetings. Special projects (workload and placement audits/validation). |
| June 2011 – August 2012 | Social Worker (part time)<br>Davita Dialysis<br>Assessed psychosocial functioning of patients and documented findings and results on psychosocial assessments and plans of care; Provided supportive counseling to patients (adjustment to dialysis, lifestyle changes, depression, etc.); Provided educational counseling (treatment modality, community resources, insurance programs, advance directives, etc); Developed and maintained professional relationships with physicians, nursing staff, and |

|  |  |
|---|---|
|  | dieticians; Served as patient advocate/liaison with Grievance Committee and coordinated fund raising activities; Referred, tracked, and maintained kidney transplant referrals; Educated dialysis patients on available financial resource; Referred dialysis patients for financial assistance. |
| September 2011 - September 2012 | **Business Systems Analyst II**<br>Mississippi Department of Human Services<br>Responded to end-user questions concerning software and hardware requirements and capabilities; Develop, design, and perform application test data to detail system/client needs; Develop functional and user documentation, reference manuals, and training materials; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application; Perform data compliance and validation; Created and developed user guides and training materials; Trained direct service staff and administrative staff on application functionality, data usage and understanding reports; Served as subject matter expert for child welfare policy revisions and system development; Collaborated with MIS staff and other DFCS staff to develop an automated CQI review tool; Project manager for special projects – MACWIS Alternatives Analysis (April 2011-June 2012); Collaborated with other state agencies to provide DFCS data for grants and other reporting; Secondary state data contact for federal reporting (AFCARS); Primary data contact for federal reporting (PIP). |
| April 2006 - August 2011 | **Business Systems Analyst I**<br>Mississippi Department of Human Services<br>Responded to end-user questions concerning software and hardware requirements and capabilities; Develop, design, and perform application test data to detail system/client needs; Develop functional and user documentation, reference manuals, and training materials; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application; Perform data compliance and validation processes; Created and developed user guides and training materials; Trained staff on application functionality, data usage and understanding reports; Served as subject matter expert for child welfare policy revisions and system development; Secondary state data contact for federal reporting (AFCARS). |

| | |
|---|---|
| August 2004 - April 2006 | Social Worker Advanced<br>Mississippi Department of Human Services<br>Assessed individuals and families referred to the agency for appropriate services; Conducted safety and ongoing assessments to determine risk, safety and well-being; Provided supportive counseling to families and individuals; Assisted families and individuals in obtaining and utilizing available resources based on need; Collaborated with other agencies and community groups to strengthen and develop the continuum of community and social services; Participated in and developed educational and instructive in-service trainings; Provided consultation to agency personnel and other professionals to improve and develop programs and services; Prepared reports and surveys/program studies as requested to evaluate social work service delivery and activities; Supervised social work and support staff; Conducted special/child death investigations; Evaluated homes for appropriate placements; investigated allegations of abuse and neglect; Presented cases to youth court. |
| January 2003 - August 2004 | Family Preservation Program Specialist<br>Mississippi Department of Human Services<br>Provided intensive in-home services to families in effort to prevent the removal of children due to allegations of abuse/neglect; Completed initial and on-going assessments of child and family functioning; Developed individualized treatment plans with families; Provided crisis intervention services to families and children (parental self-control, child management skills, communication, and problem-solving techniques, etc.); Developed community relationships and resources for family preservation program participants; Assisted families in locating and accessing concrete service (housing, clothing, food, etc.). |
| May 2002- December 2002 | Business Development Representative<br>Brentwood Behavioral Healthcare<br>Recruited and maintained referral sources; Provided in-service training to the community and referral sources on specialized topics and services provided by the facility; Provided referral sources with current information about new and on-going services provided by the facility; Facilitated support group meetings. |
| September 2001- May 2002 | Children Services Case Manager<br>Southwest Mississippi Mental Heath<br>Participated in the development and coordination of treatment/service plans; Assisted in the identification, planning, coordination, and implementation of mental health treatment for children and adolescents; Referred children and families to needed |

medical, educational, social and rehabilitative services; Provided crisis intervention, support, and assistance in problem resolution; Encouraged, taught, and mentored recreational and leisure activities within the families; Instructed and mentored behavioral interventions to improve children's daily functioning and social skills; Monitored medication compliance.

## COMMUNITY SERVICE

2013           Lake Elementary School, Jackson Mississippi
               Outdoor classroom building project

2011           Mississippi Kidney Foundation Kidney Walk
               Team member and participant

## SPECIAL HONORS AND AWARDS

2012           Graduate Student Tuition Fellowship
               School of Social Work
               Jackson State University

2011           Plaque of Contribution, Dedication and Commitment
               Baccalaureate Social Work Program
               Alcorn State University

2004           Walter F. Weathers Social Worker of the Year Award, Nominee
               Mississippi Department of Human Services, Region V West

## PROFESSIONAL LICENSES/CERTIFICATIONS

2010           Licensed Master Social Worker
               Mississippi State Board of Examiners

## PROFESSIONAL ORGANIZATIONS/MEMBERSHIPS

NYTD (National Youth in Transition Database) National Committee, Member

### Additional Information

2009 – 2013 Alcorn State University - Social Work Advisory Board, Chair
CFSR 2010 (Child and Family Service Review) State local site team leader
CFSR 2018 (Child and Family Service Review) State lead
Mississippi PIP (Program Improvement Plan) State data contact, 2012
Title IV-E Review state data contact, 2014
AFCARS lead
NCANDS lead