# LUCRETA C TRIBUNE

## OBJECTIVE

To further my professional career in Accounting and Finance in an environment that offers a great challenge professionally and the opportunity to help the agency advance efficiently.

## EMPLOYMENT

May 2017-present      Department of Education      Jackson, MS

***Bureau Director II***

- Responsible for the oversight of staff comprising the following areas: Accounts Payable, School Payments, Accounts Receivable, Property, Financial Reporting, Payroll, Travel, Mail Room, and Call Center. Responsibilities include: monthly financial statements; the development of internal procedures and policies; ensuring the department is in compliance with internal policies and procedures; overseeing general ledger accounts, financial statements, and reports; managing and reviewing monthly account reconciliations; review and approval of journal entries; preparation of year end GAAP package; developing, mentoring, and managing accounting staff; assist in the preparation of the agency's annual budget request; compilation of audit requests both internal and external; and any special projects as assigned by management.

February 2014-May 2017      Office of the Governor      Jackson, MS
                                 Division of Medicaid

***Office Director II***

- Responsible for financial reporting and budgeting for the agency which includes the preparation of the monthly Executive Summary and the quarterly federal expenditure CMS 64, CMS 21, and PMS 272 reports; the preparation of quarterly federal budgetary CMS 37 and CMS 21B reports; the development and maintenance of the accounting coding structure; the preparation of the agency's state GAAP financial reporting packages; review of bank reconciliations completed by the agency's fiscal agent for the agency's clearing account; the completion of the inter-agency internal control plan and annual internal control assessment; the completion of assigned special projects by performing analytical reviews accurately and in a timely manner using data from MERLIN, COGNOS, ENVISION, MAGIC, and SPAHRS reports; the compilation of office and program budget requests for the agency's overall annual budget request; the preparation of the agency's quarterly federal funding request; the preparation of office policies and procedures; and, the coordination of state and financial reviews.
- Responsible for the oversight of the provider tax assessment function which consists of maintaining proper documentation for all receipts and invoices, implementing systematic changes to promote more accurate


EXHIBIT "S"

record keeping, assisting assigned staff with any issues with assessed providers, ensuring recoupments are initiated timely and are current, and providing requested financials for agency cash flow projections; assist with the collections and other accounts receivable functions; direct supervision of assigned staff which includes assigning duties and monitoring the progress of assigned staff; and, preparation of performance appraisal reviews for assigned staff.

October 2009-February 2014    Office of the Governor         Jackson, MS
                              Division of Medicaid

*Accountant/Auditor Division Director*
- Responsible for the preparation of the monthly Executive Summary and the quarterly federal CMS 64 and CMS 21 reports; assisting in the preparation of the agency's state GAAP financial reporting packages; review of bank reconciliations completed by Xerox for the agency's clearing account; the completion of the inter-agency internal control plan and annual assessment; the completion of assigned special projects by performing analytical reviews accurately and in a timely manner using data from MERLIN, COGNOS, ENVISION, SAAS, and SPAHRS reports; assisting in the preparation of bureau policies and procedures; and, assisting in the coordination of state and financial reviews.
- Responsible for the oversight of the provider tax assessment function which consists of maintaining proper documentation for all receipts and invoices, implementing systematic changes to promote more accurate record keeping, assisting assigned staff with any issues with assessed providers, ensuring recoupments are initiated timely and are current, and providing requested financials for agency cash flow projections; assist with the collections and other accounts receivable functions; direct supervision of assigned staff which includes assigning duties and monitoring the progress of assigned staff; and, preparation of performance appraisal reviews for assigned staff.

March 2008-October 2009       Office of the Governor         Jackson, MS
                              Division of Medicaid

*Accounting/Auditing Professional, IV*
- Responsible for the preparation of the monthly Executive Summary; assisting in the preparation of the quarterly federal CMS 64 and CMS 21 reports and state GAAP financial reporting packages; the completion of the inter-agency internal control manual and various accounting policies and procedures; the completion of assigned special projects by performing analytical reviews accurately and in a timely manner; and, assisting in the coordination of state and financial reviews.

February 2007-March 2008      Saks Incorporated              Jackson, MS
*Internal Auditor*
- Responsible for the performance of Sarbanes Oxley testing of the

2

general accounting functions of the company, continuous fraud audits, various corporate audits, and audits of the stores' operations; the preparation of workpapers and conclusions based on established procedures and audit documentation obtained; the preparation of audit reports to senior management; the coordination/oversight of assigned store audits to ensure timely performance, completeness, and accuracy; and, the performance of entrance and exit conferences with the auditee.

May 2006-February 2007   Enterprise Corporation of the Delta/Hope
                         Community Credit Union         Jackson, MS

*Internal Auditor*
- Responsible for the internal audit function of the credit union; creating the audit program and procedures; completing audits and other special requests of management, the Board of Directors, and Supervisory Committee; responsible for interviewing credit union staff as needed to gather appropriate and relevant information to complete audits; preparing and organizing workpapers to provide adequate documentation of testwork performed, procedures performed, conclusions reached, and recommendations; timely reporting of audit findings and recommendations in formal monthly reports; presenting formal monthly reports to the Supervisory Committee and Board of Directors; acting as credit union liaison with NCUA examiners, CPA auditors, and other external independent auditors; staying informed on all laws, regulations, and other information that affect the credit union's Operations and ensuring compliance.
- Responsible for acting in a consulting capacity when needed to create policies and develop programs needed to ensure compliance with regulations.

April 2001-May 2006   Office of the State Auditor of MS   Jackson, MS
*Senior Auditing Accountant*
- Started with the agency in April of 2001 as an Assistant Auditing Accountant was later promoted to the Intermediate Auditing Accountant and Senior Auditing Accountant positions.
- Responsible for performing financial, federal, and general compliance audits for various State agencies; preparing workpapers and conclusions based on audit documentation/evidence obtained and by following established procedures; planning for audit engagements which include time budgeting and assignment preparation; developing opinions and recommendations on financial statements and report findings; coordinating, supervising, and evaluating the work of subordinate auditors assigned to the engagements; overseeing the training process of new subordinate auditors assigned to the engagements; and, conducting entrance and exit conferences with the auditee.
- Engagements completed include the Mississippi State Treasury Department, Mississippi Department of Rehabilitation Services, Mississippi Athletic Commission, Mississippi Military Department,

3

Mississippi Department of Health, Mississippi Department of Public Safety, Mississippi Department of Transportation, Mississippi Gaming Commission, Mississippi Library Commission, and Mississippi Department of Human Services.

December 2000-March 2001    National Purchasing Association    Jackson, MS

*Accounts Payable Clerk*
- Responsible for handling all invoices from vendors; entering invoices to ensure payment; researching past due invoices to determine if payment is due; entering credits to accounts which are due credit; editing reports to ensure proper payment each week; and, approving to pay all invoices that are due during a particular week.

## EDUCATION

2001-2004    Jackson State University    Jackson, MS
- Masters of Professional Accountancy, May 2004, GPA: 3.55

1996-2000    Alcorn State University    Alcorn State, MS
- Bachelor of Science in Accounting
- Graduated Magna Cum Laude May 2000, GPA: 3.65
- Accomplishments: Dean's List, Presidential Scholar, National Dean's List, USAA-All American Scholar, Who's Who Among America's Colleges and Universities, National Collegiate Business Merit Award, Delta Mu Delta Honors Business Society, Honors Program Participant (1997-1998), and Alpha Kappa Mu Honors Society

## SKILLS

Team Oriented; Customer Service; 10 Key By Touch; Computer Skills: Microsoft Word, Excel, Access, Corel WordPerfect, and QuattroPro; ACL Fundamentals Coursework; ACH Fundamentals; Bank Secrecy Act and Anti-Money Laundering Fundamentals; Basic Supervisory Course

Member of Association of Government Accountants

REFERENCES AVAILABLE UPON REQUEST