**AFFIDAVIT OF JESS H. DICKINSON**

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Jess H. Dickinson, who, having been duly sworn by me, states on oath the following:

1. My name is Jess H. Dickinson and I currently serve as Commissioner of the Mississippi Department of Child Protection Services (MDCPS).

**Background**

2. I graduated from Mississippi State University in 1979 with a degree in business administration. My course work included all but one credit necessary for an additional degree in accounting. In 1982, I earned a Juris Doctorate degree, with honors, from the University of Mississippi School of Law, where I served on the editorial board of the *Mississippi Law Journal*.

3. In 1971, I began my career in business management by working my way up from dishwasher to restaurant manager of Little Rock, Arkansas' largest fine-dining restaurant. In 1973, one of my waiters—David Corriveau—and I formed a partnership to open a restaurant in Little Rock. After three years, we sold the restaurant and Dave Corriveau moved to Dallas, Texas to establish the Dave & Buster's restaurant chain, while I moved to Mississippi to begin establishing a chain of restaurants, with locations in Meridian, McComb, and Hattiesburg. While managing the chain of restaurants, I also established a vending machine business, and a consulting business, providing services to the restaurant and hotel industry by evaluating restaurants and hotels and recommending changes and renovations to modernize and promote more successful businesses.

EXHIBIT "A"

4. In 1980, I sold all my business interests and began law school at the University of Mississippi, where I graduated with honors in 1982. I began my legal career at Watkins, Ludlum & Stennis, where I represented commercial clients, municipalities, and state agencies.

5. I left Watkins, Ludlam & Stennis to accept a partnership offer from Blackwell, Owen, and Galloway in Gulfport and later became a shareholder with Page, Mannino, Peresich, Dickinson, & McDermott, where I practiced for several years before forming my own law firm, Dickinson and Associates. I concentrated my practice on a variety of legal areas including corporate transactions, litigation, and family law matters including adoptions and guardianships.

6. For approximately fourteen years, I served as Mississippi counsel for Wal-Mart Stores, Inc. and Washington Mutual, and as regional counsel for General Motors Corporation and GMAC. As my practice grew, I took on three partners to form Dickinson, Ros, Wooten, and Samson, PLLC, where I remained the managing partner of the firm throughout its existence.

**Supreme Court**

7. I was elected to the Mississippi Supreme Court in November 2002, with my term to begin in January 2004. Following my election, the Supreme Court appointed me to serve for one year as a special Circuit Judge in Forrest and Perry Counties. In late 2003, I sold my law firm to Watkins, Ludlam, and Stennis and on January 4, 2004, I joined the Supreme Court as an associate justice.

8. From 2011 until my resignation from the Court in 2017, I served as a Presiding Justice, and a member of the Supreme Court's Executive Committee, which managed the judicial system for the State of Mississippi. The Executive Committee was responsible for analyzing the economic and resource needs of all Mississippi state courts and the Information and Technology that supported them. We managed the PINS (employee positions) allocated by the Legislature to

the judicial system, including a staff of approximately seventy-five State employees, and we prepared and managed the State's judicial budget of approximately $80M.

9. For thirteen years, I served as the Supreme Court's liaison to the legal services community. In 2005, in collaboration with the American Bar Association, I worked to establish an amendment to Rule 6.1 of the Mississippi Rules of Professional Conduct, requiring mandatory reporting of pro bono hours; and in 2006, I led the effort establishing both the Mississippi Access to Justice Commission, which promotes the provision of legal services to the poor in Mississippi, and Mississippi's mandatory IOLTA program, which provides a steady funding source for various legal services entities, including the Mississippi Volunteer Lawyers Project. From 2005 through 2017, I served as an Adjunct Professor at the Mississippi College School of Law where I taught evidence, trial practice, and legal drafting. Four times, I was elected by the student body of the law school as Adjunct Professor of the Year.

**Appointment as Commissioner of MDCPS**

10. In 2015, I called my former colleague on the Supreme Court, Dr. David Chandler - who at that time had left the Supreme Court and was serving as Mississippi Commissioner of Child Protection Services - to ask him to allow me to convene a conference at the Supreme Court to assist MDCPS in the development of a more efficient way to develop foster homes. I had worked with the Rescue 100 foster home development ministry in Gulfport which identified ways to make the licensure process more efficient.

11. The conference resulted in a statewide expansion of the Rescue 100 model that has developed more than 400 foster homes for MDCPS. In 2016, Dr. Chandler convened "The Second Annual Justice Jess Dickinson Safe Child Conference," which continued the work of the

previous conference, including the promotion of Rescue 100. (*See* Agenda for Conference, attached as Exhibit "1").

12. After Commissioner Chandler announced his retirement, Governor Phil Bryant appointed me to serve as Commissioner of MDCPS. I began my official duties as Commissioner on September 18, 2017. In my capacity as Commissioner, I am responsible for the management, and operations of MDCPS, which has 87 offices, approximately 1,700 employees, and an annual budget of approximately $200 million. The Agency currently has approximately 5,260 children in custody and in 2017, opened 27,777 investigations.

**Adoptions**

13. Before assuming my responsibilities as Commissioner, I began meeting regularly with Commissioner Chandler, the staff at MDCPS, and others, to familiarize myself with MDCPS operations. During this time, I became aware that there were many children with a permanent plan of adoption whose adoptions could not proceed due to delays in the termination of parental rights (TPR) process. I resolved, as my first major initiative, to identify ways to speed up the process of moving these children into their adoptive homes.

14. To that end, I worked with the Attorney General's office, including meeting with all the assistants who represented MDCPS in the TPR process in the Youth Courts in each of Mississippi's 82 counties to discuss and implement ways to improve and speed up the process. Through these efforts, working with MDCPS staff, and seeking assistance from the Youth Court Judges at their annual Youth Court Conference in Oxford, the Agency more than doubled the number of adoptions from 302 adoptions completed in FY-2017 to 641 completed in FY-2018.

**MDCPS Budget**

15. During discussions with members of the MDCPS' prior administration, I requested a copy of MDCPS's operational budget that included line-item account balances, so that I could get a clear picture of where the Agency stood financially for the balance of the fiscal year. When I did not receive the requested budget, I again raised the issue and was informed that MDCPS had access to large amounts of federal funds, and that sufficient funding for the Agency's budget for the balance of the fiscal year would not be a problem.

16. Three days before I took office, I asked Deputy Commissioner Darby to provide me a memorandum addressing the availability of Temporary Assistance for Needy Family (TANF) funds to MDCPS. On September 15, 2017, she provided me a memo in which she outlined the history of MDCPS's receipt of Social Services Block Grant (SSBG) funds and TANF funds from MDHS. (*See* T. Darby's Sept. 15, 2017 Memorandum to J. Dickinson attached as Exhibit "2"). I again discussed the issue with the outgoing administration, and I was informed that the FY-2018 budget the Agency had submitted to the Legislature was adequate, and that MDCPS would receive all the federal funds needed to cover any shortfall, just as it always had in the past.

17. Prior to my start date as Commissioner, I met with the members of Public Catalyst (the Federal Court appointed Monitor) as well as the attorneys from A Better Childhood (ABC), Marcia Lowry and Sara Robinson Glasser. We discussed my role as in-coming Commissioner of MDCPS. Out-going MDPCS Commissioner, David Chandler, introduced me at this meeting. I discussed my management background and philosophy, and provided both Public Catalyst and the attorneys for ABC a copy of my curricula vitae (*See* J. Dickinson C.V., attached as Exhibit "3").

**Worker Retention and Caseload Standards**

18. In accordance with performance targets set forth by Public Catalyst under the STRO, 50% of MDCPS caseworkers were required to comply with caseload standards by July 31, 2017. By October 31, 2017, the target was to increase to 70%, and ultimately, by December 31, 2017, to 90%. *See* Exhibit "C" to Response Memorandum (Monitor's Report, 5.b).

19. Thus, MDCPS was required to raise the percentage of caseworkers in compliance with caseload standards from 31% in September 2016, to 90% by December 31, 2017. To meet this goal, MDCPS had engaged in an aggressive campaign in 2017 to increase its number of caseworkers. However, during calendar year 2017, MDCPS hired 379 new workers—but during the same period, lost 225 workers. Thus, as I began my service as Commissioner, it became clear to me that the Agency needed to adjust its focus from merely hiring new caseworkers, to retaining the caseworkers it was hiring.

20. MDCPS's starting annual salary for frontline workers was approximately $26,000. These frontline workers were required to have a college degree and—to keep children safe—quite often were called out at night and on holidays, and sometimes required to navigate very volatile situations to get a child to safety. I concluded that the low salary was a primary reason for low caseworker retention, and that substantial improvement in retention could not be achieved without addressing the problem, so I resolved to do so immediately.

21. I met with the Mississippi Personnel Board to request permission to raise the starting salary for frontline workers on January 1, 2018 to approximately $30,000. After receiving unanimous approval of the Board, I put the raises in place on January 1, 2018. Since implementing the raise, retention of frontline workers has significantly improved, allowing the Agency to maintain caseload compliance between 50% and 61%. Compared to 2017, worker

retention has increased with 36 workers departing in the first quarter of 2018, compared to 57 workers departing during the same period in 2017. This represents a 37% decrease in separations. (*See* the Separation Comparison, attached as Exhibit "4"). Despite the Agency's hiring in 2017, MDCPS did not reach the staffing levels necessary to reach 90% compliance.

22. A primary element of the strategy to improve our caseload performance from the 50%-60% range to 90% was to use the improved caseworker retention to help MDCPS achieve as high a net increase of caseworkers per month as the Agency could afford. However, the financial crisis described below has prevented the Agency from pursuing a net increase in caseworkers.

**Financial Crisis**

23. On or about November 15, 2017, MDCPS was alerted by members of MDHS's finance staff that MDCPS was running low on its state-fund allotment, meaning that, without corrective action, we would not have sufficient state funds to complete our FY-2018 obligations. I sought an explanation from MDCPS' Deputy Commissioner of Finance, Takesha Darby, and requested a budget showing how much money the Agency had to finish FY-2018, which did not end until June 30, 2018. We attempted to obtain reliable financial information from her but found her information incomplete and unreliable. My team and I evaluated all the Agency's FY-2018 line-item obligations, including salaries, contracts, board payments, and other obligations. We then obtained our balance of state funds, and—based on historical performance—calculated the federal funds we reasonably expected for the balance of the fiscal year. As these calculations progressed, we confirmed that, without action in the form of budget cuts and/or substantial additional revenue, MDCPS was racing toward a $52 million deficit for FY-2018, and would run out of money sometime in April.

24. I contacted and met with various members of the Legislature, including the chairmen of the appropriations committees of the House and Senate, the Mississippi Department of Finance and Administration, the Governor's office, and the Lieutenant Governor, seeking help in addressing what I viewed as a looming fiscal crisis for the Agency. I also concluded that MDCPS needed as its Chief Financial Officer a well-qualified accountant who was knowledgeable about state government accounting, budgeting, and federal funding. I met with the Lieutenant Governor and others for assistance in locating a qualified candidate, and eventually employed Lucreta Tribune, who holds a Master's Degree of Professional Accountancy and has eighteen years of experience in state governmental accounting, including her service as Senior Auditing Accountant for the Office of the State Auditor of Mississippi. Since joining the MDCPS senior management team, Ms. Tribune has developed an operational budget process.

25. On December 15, 2017, I contacted MDHS, to inquire about the availability of TANF and other federal funds. I learned that, although MDHS had not planned on providing TANF funds to MDCPS, MDHS would do everything it could to help MDCPS. In working closely with MDHS's finance staff, we concluded that a complete separation of MDCPS from MDHS by June 30, 2018, as required by statute, would exacerbate MDCPS's fiscal crisis because it would require substantial increases in MDCPS's back-office staff—which it did not have the financial resources to hire—and because maintaining MDCPS's status as a sub-agency of MDHS would maximize the two agencies' ability to access and use federal funds. As a cost-saving measure, we agreed that—rather than proceeding with new and separate staffs for "back-office" functions such as payroll and travel departments at a substantial cost to MDCPS—the two agencies, if allowed to proceed with their current relationship, would share employees to

perform those services. To that end, we requested that the Legislature amend 2016's Senate Bill 2179 to maintain MDCPS as a sub-agency of MDHS with the Commissioner of MDCPS still retaining full control of MDCPS. The bill passed and became law, and the two agencies now share several "back-office" functions at a substantial savings to MDCPS. (SB 2675, attached to the Response as Exhibit "P").

26. Working with MDHS's finance staff, we concluded that if a $12 million deficit appropriation could be obtained from the Legislature, MDHS could leverage those state funds to provide $44 million to apply toward the MDCPS deficit. These funds, combined with the savings realized by combining "back-office" staff and the difficult budget cuts my staff and I were forced to implement, allowed MDCPS to finish FY-2018 without a deficit.

**Budget Cuts**

27. The budget cuts referenced in the preceding paragraph primarily included delaying the implementation of several contracts for development of the CCWIS project—a new computer software system required by the Settlement Agreement—and setting a ceiling on salaries for the Agency. We also terminated several other contracts that were being performed by outside contractors, and assumed those responsibilities using Agency employees. These actions saved the Agency more than $3 million and were, in my view, unavoidable.

28. MDCPS and MDHS requested and received a deficit appropriation of $12 million from the 2018 Legislature and MDHS assisted MDCPS with the promised $44 million, which has allowed the Agency to complete paying its FY-2018 obligations without a deficit.

29. The previous administration submitted to the Legislature an FY-2019 budget request of $113,241,063 in state funds. The budget request needed to be amended in order to meet the Agency's needs going forward into FY-2019. As a result, I submitted a revised FY-

2019 budget request to inform the Legislature that MDCPS needed approximately $133 million in state funding to meet its FY-2019 requirements, including the necessary increase in staff to meet the caseload requirements and resumption of the CCWIS project.

30. The Legislature appropriated approximately $98 million in general funds and $12 million in special funds, leaving the Agency $23 million short of its needed funding for FY-2019. MDCPS' FY-2019 funding has required me to reduce MDCPS' budget for salaries from $91 million to $84 million. $91 million would have allowed the Agency to achieve a net gain of 20 additional caseworkers per month, doubling the rate of caseworker hiring accomplished during the rapid growth period of 2017. The funding appropriated would only allow the Agency to maintain the status quo in 2019, which means there would only be enough money to fill vacant positions as they arose and would not allow the Agency to realize a net gain of caseworkers. The appropriation would not allow MDCPS to meet the caseload standards of the 2nd MSA in 2019.

31. Throughout my time as MDCPS Commissioner, I have attended quarterly meetings with ABC lead counsel Marcia Lowry. My management team and I have provided her with updates on the status of the Agency's progress, as well as the challenges facing MDCPS. In response to her questions, I have provided Ms. Lowry information about the financial difficulties the Agency faced and the actions I was taking to address those difficulties. In each instance, Ms. Lowry's response has been that she did not understand how there could be any financial difficulty, and that she was unable to see why the Agency was doing so well until I arrived. After one such discussion, however, she stated that the Agency "just needs more money." On this point, Ms. Lowry and I agree.

32. On one occasion after filing of her notice to proceed against the Agency with a motion for contempt, Ms. Lowry traveled to Jackson to meet with members of my staff and me

to discuss the Agency's caseload compliance, our financial decisions going forward, and whether her concerns could be worked out. Prior to 1:30 p.m.—the time she was scheduled to meet with me—she met with several members of my staff and others, but with no warning, she left without attending her scheduled meeting with me.

**MDCPS's Progress**

33. Contrary to the allegations set forth in plaintiffs' motion, and despite its financial and staffing challenges, MDCPS has made much progress. In advance of quarterly meetings, Public Catalyst has provided report updates on MDCPS's progress in complying with the STRO and in each instance, except for the failure fully to meet caseload requirements, these reports consistently have confirmed that MDCPS has complied with all requirements of the STRO. For example, Public Catalyst set a goal for MDCPS to develop 100 new non-relative foster homes from January 1, 2018 through June 30, 2018. MDCPS already has achieved more than 150% of that goal. (*See* Monitor memo to T. Malone re 2018 New Foster Home Licensure attached as Exhibit "5"). In addition, as described above, MDCPS staff—working in conjunction with the Office of the Attorney General, the chancellors, and the Youth Court Judges—have more than doubled the number of adoptions to more than 600 in FY-2018.

34. On February 9, 2018, the Family First Prevention Services Act was signed into law. The law provides a framework for reforming federal funding of child welfare agencies such as MDCPS. The Children's Bureau—an office of the Administration for Children & Families which, in turn, is a division of the United States Department of Health & Human Services—is the federal governmental bureau that monitors and approves this federal funding. MDCPS receives approximately $70 million in annual federal funding through the Children's Bureau.

35. In concert with provisions of the Family First Prevention Act, the Children's Bureau is in the process of redirecting federal funds available to child welfare agencies from shelters and congregate facilities to in-home services. The purpose of this new strategy for child welfare is to identify and implement measures to prevent child abuse and neglect from ever happening by helping to stabilize families and keeping children safe in their homes together with their families, whenever possible.

36. MDCPS is following the Family First Preservation Act's requirements and the Children's Bureau's new funding priorities, by recommending that Youth Court judges allow children to remain in their homes in cases where it safely can be done, with in-home services to the children and families provided by MDCPS and its contracting in-home service partners, rather than placing these children in shelters and group homes. The emphasis on in-home services serves to keep families together rather than subjecting children to the trauma of removing them from their homes and placing them in foster care, possibly with strangers. This new federal strategy focused on stabilizing families will necessarily result in a reduction in MDCPS's contractual relationship with some private service providers who historically have provided shelters and group homes for the placement of children.

37. MDCPS has contracted with service providers to provide in-home services to families, thereby protecting children from the trauma of removal and foster care. The provision of these in-home services position MDCPS to receive additional federal funds when the Family First Services Act regulations fully go into effect. Also, these supportive services, when combined with the sharp increase in adoptions, have helped to reduce MDCPS's foster care population from 6,017 children in custody when I arrived at the Agency in September 2017, to 5,263 as of June 25, 2018.

**MDCPS's Management Structure**

38. Plaintiffs' representation to the Court that MDCPS's management structure is "collapsing" is false. Upon learning that Tracy Malone, MDCPS Deputy Commissioner of Child Welfare planned to retire from state employment after 28 years of service, I collaborated with her and other members of my management team, including my Chief of Staff, Taylor Cheeseman, in selecting her replacement. We determined that the children in MDCPS's custody would best be served by adjusting the Agency structure from a single Deputy Commissioner in charge of every aspect of Child Welfare, to two positions—a Deputy Commissioner of Child Welfare, who concentrates on the field staff, support services, and permanency services for the children, and a Deputy Commissioner of Child Safety, who concentrates on child safety, including licensure, continuous quality improvement, and special investigations. This change was designed to better utilize MDCPS resources and increase its organizational focus and performance. I filled these positions with two very qualified and experienced MDCPS employees, both of whom had served as Ms. Malone's Deputies.

39. On June 1, 2018, I publicly announced the Agency restructure and that Tonya Rogillio would serve as Deputy Commissioner of Child Welfare and Dr. Jaworski Davenport would serve in the newly created position of Deputy Commissioner of Child Safety. Both started in these positions effective July 1, 2018. (*See* June 1, 2018 MDCPS E-Bulletin announcing restructuring, attached as Exhibit "6"). My immediate appointment of Ms. Rogillio and Dr. Davenport allowed both to work with Tracy Malone as she transitioned to retirement.

40. Deputy Commissioner Rogillio has over twenty years of experience in child and family welfare. She holds both a Bachelor's Degree and a Master's Degree in Social Work and she has worked as a family preservation specialist, social work supervisor, child welfare training

coordinator, and most recently as Ms. Malone's Deputy Director for Field Support Programs where she oversaw special investigations, permanency, and other support services. (*See* resume of T. Rogillio, attached as Exhibit "7").

41. Dr. Jaworski Davenport holds both a Master's Degree of Social Work and a PhD with emphasis on child welfare. He spent 16 years working in child welfare and has worked as a caseworker, child welfare data analyst, as well as state lead for state, federal, and court monitor scheduled case record reviews. Most recently he has worked as MDCPS's Deputy Director for Field Operations for Data Analysis. (*See* resume of J. Davenport, attached as Exhibit "8").

42. On or about May 24, 2018, Cindy Greer, Deputy Commissioner of Information Technology, informed me of her plans to resign from MDCPS. Soon after, I appointed Donna Hamilton, a very experienced technology specialist who had been serving as the CCWIS Project Director, to work as Interim Chief Information Officer while we search for a permanent Chief Information Officer. (*See* resume of D. Hamilton, attached as Exhibit "9").

43. The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

44. I declare under penalty of perjury that the matters set forth herein are true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NOT, this the 3rd day of July 2018.

JESS H. DICKINSON

SWORN TO AND SUBSCRIBED BEFORE ME, this the _______ day of July 2018.

NOTARY PUBLIC

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 16601 GWEN N. LONG Commission Expires Jan. 12, 2022 SCOTT COUNTY

My Commission Expires:

_______________

**Exhibit List to Jess H. Dickinson Affidavit**

1) 2nd Annual Justice Jess Dickinson's SAFE CHILD CONFERENCE (Mar. 10, 2017)

2) Sept. 15, 2017 Memo from Takesha Darby to Jess Dickinson re "Use of SSBG and TANF Funds"

3) C.V. of Jess H. Dickinson

4) 2018 Foster Home Licensure and Net Gains Targets Memo from Public Catalyst to CPS

5) June 1, 2018 MDCPS E-Bulletin announcing Agency restructuring

6) Resume of Tonya Rogillio

7) C.V. of Jaworski Davenport

8) Resume of Donna Hamilton

*The Second Annual*

Justice Jess Dickinson's

# SAFE CHILD CONFERENCE



Friday, March 10, 2017 · 11:30 am – 1:00 pm
Supreme Court of Mississippi
First Floor Conference Room
Carroll Gartin Justice Building · Jackson, Mississippi

| | |
|---|---|
| 11:30 am | **Welcome and Introduction of Justice Dawn H. Beam**<br>*...The Honorable Jess H. Dickinson, Presiding Justice, Supreme Court of Mississippi* |
| 11:35 am | **Remarks**<br>*...The Honorable Dawn H. Beam, Justice Supreme Court of Mississippi* |
| | **Invocation**<br>*...Pastor Jerron Carney, Woodlawn Ministries, Columbia, Mississippi* |
| 12:00 pm | **Lunch**<br>*...Sponsored by Casey Family Programs* casey family programs |
| 12:15 pm | **Introduction of Keynote Speaker**<br>*...Justice Jess Dickinson* |
| 12:20 pm | **Keynote Address**<br>*...The Honorable Maura D. Corrigan Former Chief Justice of the Michigan Supreme Court Former Director of the Michigan Department of Human Services* |
| 12:40 pm | **"The Way Forward"**<br>*...Kristi Plotner, Deputy Commissioner of Administration Mississippi Department of Child Protection Services* |
| 12:55 pm | **Closing Comments**<br>*...Justice Jess Dickinson* |
| 1:00 pm | **Closing Prayer**<br>*...Pastor Tony Karnes, Michael Memorial Baptist Church, Gulfport* |



F. BUDGET




**The State of Mississippi**
Phil Bryant, Governor
**Dr. David A. Chandler, Commissioner**
www.mdcps.ms.gov

**MEMORANDUM**

To: Justice Dickinson, Commissioner

From: Takesha Darby, Deputy Commissioner
MDCPS Finance

Re: Use of SSBG and TANF Funds

Date: September 15, 2017

---

Historically, there has been a verbal agreement between MDHS Division of Field Operations (formerly Economic Assistance) and Child Protection Services (formerly MDHS Division of Family & Children's Services) to transfer Social Services Block Grant (SSBG) and Temporary Assistance to Needy Families (TANF) funds to Child Protection Services (CPS) for child welfare services. The initial agreement was for CPS to receive $14,000,000 per year in TANF funding. Over the years, as the staff and needs for CPS increased due to the *Olivia Y.* Settlement Agreement, the amount of TANF funding provided by MDHS Division of Field Operations increased.

During FY2015, CPS received $4,799,426 in funding from SSBG and $25,507,716 in TANF funding from MDHS. The total amount of MDHS federal funding provided to CPS totaled $30,307,142.

During FY2016, CPS received $6,327,405 in funding from SSBG and $24,884,746 in TANF funding from MDHS. The total amount of MDHS federal funding provided to CPS totaled $31,212,151.

During FY2017, CPS received $12,300,702 in TANF funding from MDHS. This is the same year CPS received an increased budget appropriation in General Funds and additional State Support Special Funds – Capital Expense. This was an increase of approximately $34,000,000.

While advocating for additional funds during the legislative session, CPS had not anticipated any decreases in SSBG or TANF funding. After the session ended, MDHS received an appropriation bill which specifically outlined the funds and positions appropriated to CPS separate from MDHS. It was at this time, Jacob Black and I had a








**The State of Mississippi**
Phil Bryant, Governor
**Dr. David A. Chandler, Commissioner**
www.mdcps.ms.gov

conversation regarding MDHS pulling back TANF funding to allow CPS to realize its actual budget but TANF funds would be available at the end of the year to prevent a deficit for CPS. At the end of the year, CPS received the $12,300,702 from MDHS in TANF funding to close out the fiscal year.

Additional funds would have been required had the agency moved forward with its in-home services program which was anticipated to cost approximately $10,000,000 annually, acquired a new building and filled all vacant positions.

FY2018 Appropriations Bill for CPS was cut in state funding by $14,300,000. If TANF funding is not available to CPS during FY2018, there will be a shortage of funds available to implement a statewide in-home services program that would prevent children from entering custody because services would be provided in the home setting to children and families. This is critical to the agency's mission and mechanism to reduce worker caseloads and ensure the safety and well-being of the children's lives touched by this agency.

Historically, much of TANF funding was utilized through the cost allocation process to fund a large portion of social worker provider services which absorb costs for caseworker salaries, travel, contractual services, commodities and equipment at the county level. Since the majority of CPS' staff are caseworkers, the agency spent more General Funds on expenses for caseworkers which limited funding for other planned projects and services.

A copy of the current Mississippi State Plan for TANF which expires 12/31/2017 is attached for your review.

Please let me know if you have additional questions or concerns regarding the information provided.

Cc: Taylor Cheeseman

P.O. Box 346 · 660 North Street · Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov

# JESS H. DICKINSON

## EDUCATION

J.D.

Juris Doctorate (1982)
University of Mississippi School of Law,
Oxford, Mississippi
*Cum Laude* Graduate
Editorial Board of *Mississippi Law Journal*
Elected by Student Body to Serve on
University of Mississippi Senate

B.S.

Business Administration (1978)
Mississippi State University
Starkville, Mississippi

## EXPERIENCE

2011 - Present

Presiding Justice
Mississippi Supreme Court (Jackson, MS)
Member of the Executive Committee

Responsible for analyzing the economic and resource needs for all state courts in Mississippi and the Information Technology Department which supports them.

Prepares the budget request that covers all judicial operations and secures these funds through the legislative process. Responsible for managing a budget of approximately $80M.

As Executive Committee Member, develops all policy related to operations of Mississippi's entire judicial system including the Courts' Internal Operations Procedures, personnel policies and procedures, and financial policy. Manages staff of 75 and responsible for allocating employee PINs for employees throughout the entire state court system.

As a member of the Civil Rules Committee, develops and approves rules and their revisions for Mississippi's judicial system, including the Rules of Professional Conduct, Rules of Evidence, and Uniform Rules of Youth Court Practice



2004 - 2011

Associate Justice
Mississippi Supreme Court (Jackson, MS)

Defeated incumbent in a 3-candidate race without a run-off. Re-elected after running unopposed. Worked with federal government to secure the right to use and adapt federal electronic filing software for Mississippi's state trial courts. After obtaining funding from the state legislature, established the Mississippi Electronic Courts (MEC) System, a comprehensive, internet-based document filing and case management system used in 58 of Mississippi's trial courts.

2004 - 2017

Adjunct Professor of Law
Mississippi College School of Law (Jackson, MS)
Trial Practice, Evidence, and Legal Drafting

2003-2004

Circuit Court Judge
Forrest County, Twelfth Judicial District
Special appointment by the Mississippi Supreme Court

1990-2004

Owner and Shareholder
Dickinson & Associates, later
Dickinson, Ros, Wooten & Samson (Gulfport, MS)

Represented clients in all state and federal courts, including Fifth Circuit Court of Appeals. Handled family law matters including adoptions and guardianships. Worked as regional counsel for commercial clients GM, GMAC, and Walmart. Managed multi-million dollar trial budgets for clients in MS and AL, and large scale litigation cases in GA, and TN. Managed approximately 15 employees on a daily basis (attorneys, paralegals, and legal assistants).

After election to MS Supreme Court, sold firm through a merger with Watkins, Ludlam, Winter & Stennis.

1983-1990

Shareholder
Page, Mannino, Peresich, Dickinson & McDermott (Biloxi, MS)

Handled business and family law matters. Represented clients in state and federal courts, including the Fifth Circuit Court of Appeals

| | |
|---|---|
| 1981 - 1983 | Attorney<br>Watkins, Ludlam & Stennis (Jackson, MS).<br>Represented clients, including numerous municipalities and state agencies. Appeared in both state and federal courts. |
| 1973 - 1975 | Owner and Operator<br>Dickinson & Corriveau Partnership (Little Rock, AR)<br><br>Opened and operated a restaurant and discotheque until selling business interest to partner, Dave Corriveau, founder of Dave & Buster's restaurant and entertainment chain. |
| 1975-1979 | Owner, Operator and Business Consultant<br><br>Established restaurant/discotheques in Meridian, McComb, and Hattiesburg, MS. Served as consultant to hotels and restaurants seeking to renovate and modernize their dining and entertainment options until selling business to attend law school. |

**JUDICIAL AND BAR COMMITTEES / APPOINTMENTS**

| | |
|---|---|
| 1981 - Present | Member, Mississippi Bar Association |
| 2010 | Fellow, Mississippi Bar Foundation |
| 2007 - Present | National Advisory Council, American Judicature Society |
| 2006 - Present | Member, American Judicature Society |
| 2005 - Present | Member, Committee on Self-Representation, MS Access to Justice |
| 2005 - Present | Member, Committee on Community Relations, MS Access to Justice |
| 2004 - Present | Member, Civil Rules Committee, Mississippi Supreme Court |
| Past Member | Ethics Committee, Mississippi Bar Association |
| Past Chair | Professionalism Committee, Mississippi Bar Association |

**COMMUNITY ENGAGEMENT**

| | |
|---|---|
| March 2017 | Participant and Organizer<br>Annual Jess Dickinson Safe Child Conference on Mississippi Foster Care<br><br>Symposium focused on the RESCUE 100 program, and efforts to initiate policies and programs to support families and maintain children safely in their own homes and promote permanency. |

January 2016 — Organizer
Jess Dickinson Safe Child Conference on Mississippi Foster Care

Collaborated with MDCPS and community leaders on solutions to barriers in obtaining foster home placements in the Mississippi Gulf Coast area and ways to promote establishment of new foster homes.

2015-2016 — Community Liaison

Worked with the originators of RESCUE 100 and collaborated with MDCPS to identify barriers to timely licensure and establishment of new foster homes.

2005 - Present — Charter Organizer and Member
Mississippi Access to Justice Commission

Established Commission to create a unified strategy for improving access to justice in civil legal proceedings for the 637,000 Mississippians and nearly 1/3 of the state's children living at or below the poverty level. MAJC evaluates the current and future legal needs of this community and develops strategies for increasing the resources and funding necessary to reach the goal that citizens, regardless of economic status, have access to justice.

2004 - Present — Mississippi Supreme Court Legal Services Liaison

Collaborates with the state's non-profit legal services programs to promote change in the state bar and legal system, and to establish programs that improve access to justice for Mississippians who cannot afford legal representation.

In collaboration with the American Bar Association, developed and successfully implemented a proposal which resulted in establishment of requirements and programs to increase *pro bono* legal work in Mississippi and to provide streams of financial support to the state's legal services programs. This resulted in creation of the IOLTA Grant Program, approval by the state legislature to create a $5.00 add-on filing fee to civil cases and an increase in the *pro hoc vice* fee, with proceeds from all going to *pro bono* legal services organizations in MS. Benefitting programs include MS Center for Legal Services, North MS Rural Legal Services, MS Volunteer Lawyers Project, University of MS Child Advocacy Legal Clinic, Mission First Legal Aid Office, Gulf Coast Center for Nonviolence, MS Innocence Project, and El Pueblo.

Successfully established programs and requirements designed to promote *pro bono* legal services in MS, including creation of the MS Access to Justice Commission, allowing law students to engage in limited practice in legal clinic programs, permitting any lawyer licensed in any state to engage in limited practice in MS to represent those with low incomes, and requiring all attorneys with a license in MS to annually

report to the MS Bar their number of *pro bono* hours worked.

**HONORS AND AWARDS**

| | |
|---|---|
| 2016-2017 | Adjunct Professor of the Year<br>Mississippi College School of Law |
| 2011-2012 | Adjunct Professor of the Year<br>Mississippi College School of Law |
| 2010-2011 | Adjunct Professor of the Year<br>Mississippi College School of Law |
| 2010 | Chief Justice Award of the Mississippi Supreme Court |
| 2009 | *Pro Bono* Pioneer Award<br>Mississippi Volunteer Lawyers Project |
| 2008 - 2009 | Adjunct Professor of the Year<br>Mississippi College School of Law |
| 2004 | Chief Justice Award of the Mississippi Supreme Court |
| 1982 - Present | AV Peer Rating, *Martindale Hubbell*<br>*The Bar Register of Preeminent Lawyers* |

**PUBLICATIONS**

Authored hundreds of legal opinions on a variety of matters involving children and families, healthcare, governmental agencies, constitutional challenges, death penalty cases, attorney/ judicial disciplinary actions, labor and employment, and other issues of broad public interest.

"A Look at Civil Gideon: Is There a Constitutional Right to Counsel in Certain Civil Cases," *University of Arkansas at Little Rock Law Review*, 2015.

"Justice for All: It's Not the Truth," *Mississippi College Law Review*, 2013.

"Just Having a Great Constitution is Not What Makes America Great," *Arkansas Journal of Social Change and Public Service*, 2012.

"Mississippi Supreme Court Presiding Jess Dickinson Speech at Access to Justice Commission Conference," *DePaul Journal for Social Justice*, 2012.

**SPEAKING ENGAGEMENTS**

Taught numerous Continuous Legal Education classes to Mississippi-licensed attorneys regarding family law practice, ethics in representing families, and Guardian ad Litem certification.

| | |
|---|---|
| 2014 | Congressional Briefing on "Litigants Without Lawyers: Equal Justice Under Threat" (1 of 4 justices who provided briefing on Capitol Hill regarding the alarming increase in litigants in state court without legal representation) |
| 2013 | Legal Services Corporation Conference Louisiana Supreme Court (Keynote) |
| 2012 | Arkansas Representing Hope Conference Keynote with former United States Supreme Court Justice John Paul Stevens |
| 2012 | White House Forum on Access to Justice (Panelist) |
| 2012 | Illinois Supreme Court Commission on Access to Justice (Keynote) |
| 2010 | Texas Forum on Self-Represented Litigants and the Courts (Keynote) |
| 2009 | Wyoming State Bar Annual Meeting and Judicial Conference (Keynote) |
| 2009 | Arkansas Promise of Justice Conference (Keynote) |
| 2008 | Mississippi Defense Lawyers Association Annual Meeting (Keynote) |
| 2008 | Magnolia Bar Convention, 2008 (Speaker) - Biloxi, MS |
| 2008 | Louisiana Judges Conference (Speaker) |
| 2008 | New Hampshire Bar Foundation Annual Meeting (Keynote) |
| 2008 | Mississippi Association for Justice Annual Seminar (Speaker) |
| 2008 | Iowa State Bar Association Annual Meeting (Keynote) |
| 2008 | New York State Court Judges Conference on Access to Justice for the Self-Represented (Keynote) |
| 2007 | Southeast Project Directors Association and Southeast Administrators Association Annual Summer Meeting (Keynote) - St. Pete, FL |
| 2007 | Southern Regional Conference on *Pro Se* Litigation (Keynote) - Austin, TX |
| 2007 | Access to Justice Chairs Conference at the National Equal Justice Conference (Keynote) - Denver, CO |
| 2007 | Inaugural Meeting of the South Carolina Access to Justice Commission (Keynote) |
| 2007 | Inaugural Meeting of the Alabama Access to Justice Commission (Keynote) |

**FIELD STAFF**

| | Separations | | | |
|---|---|---|---|---|
| Title | Jan-17 | | Jan-18 | |
| FPS | 11 | | 8 | |
| FPW II | 2 | | 2 | |
| FPW I | 5 | | 2 | |
| Totals | 18 | | 12 | |

**FIELD STAFF**

| | Separations | | | |
|---|---|---|---|---|
| Title | Feb-17 | | Feb-18 | |
| FPS | 11 | | 8 | |
| FPW II | 0 | | 2 | |
| FPW I | 5 | | 2 | |
| Totals | 16 | | 12 | |

**FIELD STAFF**

| | Separations | | | |
|---|---|---|---|---|
| Title | Mar-17 | | Mar-18 | |
| FPS | 17 | | 10 | |
| FPW II | 1 | | 1 | |
| FPW I | 5 | | 1 | |
| Totals | 23 | | 12 | |

**FIELD STAFF**

| | Separations | | | |
|---|---|---|---|---|
| Title | Apr-17 | | Apr-18 | |
| FPS | 15 | | 9 | |
| FPW II | 1 | | 2 | |
| FPW I | 1 | | 2 | |
| Totals | 17 | | 13 | |

**FIELD STAFF**

| | Separations | | | |
|---|---|---|---|---|
| Title | May-17 | | May-18 | |
| FPS | 13 | | 15 | |
| FPW II | 2 | | 1 | |
| FPW I | 2 | | 6 | |
| Totals | 17 | | 22 | |
| | **OVERALL TOTAL SEPARATIONS** | **91** | | **71** |






www.public-catalyst.com

To: Tracy Malone, Deputy Commissioner
MDCPS Field Operations

From: Eileen Crummy
2nd MSA Monitor

Subject: 2018 New Foster Home Licensure and Net Gains Targets

Date: February 8, 2018

1) Section 3.3.a. of the 2nd MSA requires that MDCPS, in conjunction with the Monitor, shall establish annual statewide and county performance targets and time periods for new foster home licensure. MDCPS and Public Catalyst collaborated, reviewed and analyzed relevant data, and established the 2018 statewide target at 400 new licensed foster homes. The time periods for licensure are:

- 100 new foster homes will be licensed by June 30, 2018
- 200 new foster homes will be licensed by September 30, 2018
- 400 new foster homes will be licensed by December 31, 2018

The Monitors approve MDCPS' county licensure targets (attached). MDCPS will report to the Monitors, each month during 2018, the number of new foster homes licensed and the number of licensed foster homes closed.

2) Section 3.3.b. of the 2nd MSA states that MDCPS shall begin to implement the annual plan to recruit and retain additional licensed foster home placements and shall maintain the additional number of total placements, as necessary during the applicability of the 2nd MSA. MDCPS and the Monitors determined there were 1,362 available, licensed foster homes in January 2018. Taking into consideration the 2018 new home target (400) and the number of homes projected to close during 2018 (125), the Monitors establish a net gain target of 275 new foster homes resulting in 1,637 available, licensed foster homes at the conclusion of calendar year 2018 .

Please let me know if you have any questions and thank you very much.

Encl.
c: Carrie Coggins
Jaworski Davenport
Wendy Bryant
Viedale Washington
Michelle McMurtray
Megan Bennett
Peggy McHale
James DiGenno
Lisa A. Taylor
Kevin Ryan






**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

TO: Public Catalyst

FROM: Jaworski Davenport, Deputy Director of Field Operations- Data

Tracy Malone, Deputy Commissioner of Child Welfare

THROUGH: Michelle McMurtray, Policy & *Olivia Y.* Director

Megan Bennett, *Olivia Y.* Settlement Coordinator

SUBJECT: 2nd MSA 3.3, Foster Home Needs Assessment

DATE: February 7, 2018

---

To fulfill the obligations under Provision 3.3.a of the 2nd MSA *MDCPS, in conjunction with the Monitor, shall establish annual statewide and county performance targets and time periods for new foster home licensure,* MDCPS is producing the attached 2018 foster home development obligations with targets set for each county and region, including overall statewide numbers based on the following:

- We took into account the county obligations from 2017 that were not fulfilled and added the remaining number of homes back to the county; then
- We added back to the county obligation the same number of homes that were closed in 2017 (as applicable); then
- If a county did not have an obligation in 2017, at least 1 home was added for the 2018 development. For counties that had 1 foster home development obligation in 2017, then 2 homes were added to the 2018 obligation. For all other counties, half of the 2017 obligation was added to the 2018 obligation.
- For regions 2E and 2W, there are very minimal obligations for foster home development so the remaining 8 homes were assigned to those regions.

P.O. Box 346 · 660 North Street, Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov




**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

MDCPS Progress on Foster Home Development for Calendar Year 2018 - **Target is 400**

| Region | County | Total Calendar Year 2018 Obligation |
|---|---|---|
| I-N | ALCORN | 3 |
| I-N | BENTON | 2 |
| I-N | MARSHALL | 7 |
| I-N | PRENTISS | 1 |
| I-N | TIPPAH | 4 |
| I-N | TISHOMINGO | 3 |
| | Total | 20 |
| I-S | ITAWAMBA | 1 |
| I-S | LAFAYETTE | 5 |
| I-S | LEE | 6 |
| I-S | MONROE | 2 |
| I-S | PONTOTOC | 5 |
| I-S | UNION | 2 |
| | Total | 21 |
| II-E | DESOTO | 6 |
| II-E | GRENADA | 3 |
| II-E | PANOLA | 2 |
| II-E | QUITMAN | 2 |
| II-E | TALLAHATCHIE | 2 |
| II-E | TATE | 2 |
| II-E | TUNICA | 2 |
| II-E | YALOBUSHA | 2 |
| | Total | 21 |
| II-W | CARROLL | 2 |
| II-W | COAHOMA | 3 |
| II-W | EAST BOLIVAR | 3 |
| II-W | HOLMES | 3 |
| II-W | HUMPHREYS | 2 |
| II-W | ISSAQUENA | 2 |
| II-W | LEFLORE | 2 |
| II-W | MONTGOMERY | 2 |




**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

| | | |
|---|---|---|
| II-W | SHARKEY | 2 |
| II-W | SUNFLOWER | 3 |
| II-W | WASHINGTON | 2 |
| II-W | WEST BOLIVAR | 1 |
| | Total | 27 |
| III-N | MADISON | 3 |
| III-N | RANKIN | 11 |
| III-N | YAZOO | 2 |
| | Total | 16 |
| III-S | HINDS | 24 |
| | Total | 24 |
| IV-N | ATTALA | 1 |
| IV-N | CALHOUN | 4 |
| IV-N | CHOCTAW | 3 |
| IV-N | CLAY | 2 |
| IV-N | EAST CHICKASAW | 1 |
| IV-N | LOWNDES | 2 |
| IV-N | NOXUBEE | 3 |
| IV-N | OKTIBBEHA | 5 |
| IV-N | WEBSTER | 1 |
| IV-N | WEST CHICKASAW | 1 |
| IV-N | WINSTON | 1 |
| | Total | 24 |
| IV-S | CLARKE | 4 |
| IV-S | JASPER | 3 |
| IV-S | JONES | 5 |
| IV-S | KEMPER | 1 |
| IV-S | LAUDERDALE | 8 |
| IV-S | LEAKE | 1 |
| IV-S | NESHOBA | 2 |
| IV-S | NEWTON | 2 |
| IV-S | SCOTT | 2 |
| IV-S | WAYNE | 9 |
| | Total | 37 |
| V-E | COPIAH | 5 |
| V-E | COVINGTON | 2 |




**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

| | | |
|---|---|---|
| V-E | JEFFERSON DAVIS | 5 |
| V-E | LAWRENCE | 3 |
| V-E | LINCOLN | 9 |
| V-E | MARION | 24 |
| V-E | SIMPSON | 4 |
| V-E | SMITH | 1 |
| | Total | 53 |
| V-W | ADAMS | 14 |
| V-W | AMITE | 1 |
| V-W | CLAIBORNE | 1 |
| V-W | FRANKLIN | 3 |
| V-W | JEFFERSON | 4 |
| V-W | PIKE | 4 |
| V-W | WALTHALL | 2 |
| V-W | WARREN | 6 |
| V-W | WILKINSON | 1 |
| | Total | 36 |
| VI | FORREST | 20 |
| VI | LAMAR | 4 |
| VI | PERRY | 3 |
| VI | STONE | 4 |
| | Total | 31 |
| VII-C | HARRISON | 37 |
| | Total | 37 |
| VII-E | GEORGE | 1 |
| VII-E | GREENE | 1 |
| VII-E | JACKSON | 11 |
| | Total | 13 |
| VII-W | HANCOCK | 20 |
| VII-W | PEARL RIVER | 20 |
| | Total | 40 |
| | Statewide | 400 |

P.O. Box 346 · 660 North Street, Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov

ISSUE 107 6.1.2018




Commissioner Jess Dickinson announced this week an agency-wide restructuring designed to better utilize MDCPS resources and to increase organizational focus on two key priorities: child safety and child welfare.

"Our purpose in this organization plan is to accelerate growth, improvement and performance," Dickinson said. "There comes a time in every business, every movement, every organization where a purposeful disruption of the status quo is necessary to produce even better results. For MDCPS, this is that time. Working together, we will all raise the bar, set our sights higher, and record excellence in every aspect of our agency."

As MDCPS builds on a solid foundation established by its original leadership team, Dickinson said he is confident the agency's new leadership will bring both a wealth of institutional knowledge to their positions as well as fresh insights and new approaches for accomplishing the agency's ambitious – yet crucial -- goals.

"I know they can do what we are asking them to do because I have already observed them in action. I am impressed by their leadership ability, their professionalism and their commitment to make sure we do what must be done and that we do it right," he said, adding that he also expects their expectations for excellence to re-energize all of the MDCPS workforce.

"Enthusiasm is contagious. And, we all know that success breeds more success. We are doing so much so well but we still have much that we need to do better; things we must correct; issues we must address. With everyone's support and commitment, there is nothing we cannot accomplish together."

The new organizational plan goes into effect on July 1.

**Tonya Rogillio** will serve as Deputy Commissioner for Child Welfare, overseeing four deputy directors responsible for managing county office staffing by frontline social workers and supervisors. The state will now be divided into three Field Operations Divisions: east, west and south. Deputy Directors Wendy Bryant and Viedale Washington will continue their oversight as deputy directors for the east and west portions of the state. John James, former Deputy Commissioner of Family and Adult Services for the Alabama Department of Human Resources, began work June 1 as the agency's third Deputy Director for Field Operations, overseeing the newly created South Division which includes six coastal counties and roughly one-third of foster children currently in state custody. Rogillio will also oversee the agency's permanency services which includes adoption and independent living programs.

**Dr. Jaworski Davenport** will serve as Deputy Commissioner for Child Safety, overseeing the agency's staff who recruit and license foster families as well as the team which inspects and licenses group homes and facilities. He will be responsible for the Continuous Quality Improvement unit which now will also include foster care review staff and the special investigations team. Davenport will also oversee field support services including therapeutic placement services, prevention programs and volunteer services.

Rogillio, who holds a master's and bachelor's degree in social work from the University of Southern Mississippi, began her social work career in 1996 working with Mississippians experiencing health crises. For more than 20 years, she has worked at or in collaboration with MDCPS in various capacities including family preservation specialist, social work supervisor, child welfare training coordinator, and most recently as Deputy Director for Field Support Programs overseeing special investigations, permanency and other support services including ICPC. Rogillio was also co-founder of the Southwest Mississippi Children's Advocacy Center. In 2017, she was appointed by Gov. Bryant to serve on the Children's Justice Act Task Force as well as the State Interagency Coordinating Council.

Dr. Davenport is a graduate of Alcorn State University, holds a Master of Social Work from USM and, in 2017, earned a PhD with emphasis on child welfare from Jackson State University. He is a former caseworker, child welfare data analyst, Child and Family Service Review site team leader and state lead for state, federal and court monitor scheduled case record reviews and is the agency's primary state data contact for federal reporting. Most recently Dr. Davenport has worked as Deputy Director for Field Operations for Data Analysis. He also serves as adjunct professor of social work at Alcorn and Jackson State universities.

"Please join me in congratulating and supporting this new leadership team," Dickinson concluded. "As we work together to accelerate our progress and increase our improvement, I want everyone on our MDCPS team to know I commit to stand with you and support you in our shared mission to protect the children."



# *Tonya Rogillio, M.S.W., L.S.W.*

**Address**

**Education**

University of Southern Mississippi, Master of Social Work Degree, May 2012

University of Southern Mississippi, Bachelor of Social Work Degree, May 1993

**Work Experience**

Mississippi Department of Child Protection Services, Jackson, MS
Office Director for Field Support Programs, June 2016-Present

Mississippi Department of Human Services, Jackson, MS
Bureau Director for Special Investigations, January 2014-May 2016

University of Mississippi, Oxford, Mississippi
Child Welfare Training Coordinator, January 2013-December 2013

Mississippi Department of Human Services, Tylertown, MS
Social Services Regional Director, January 2007-December 2012

Mississippi Department of Human Services, Liberty, MS
Area Social Work Supervisor, October 2001-December 2006

Southwest Mississippi Children's Advocacy Center, McComb, MS
Co-founder and Forensic Interview Program Coordinator, December 2000-October 2001

Southwest Mississippi Planning and Development District, Natchez, MS
Long Term Care Alternatives Social Worker, November 1999-December 2000

Mississippi Department of Human Services, McComb, MS
Family Preservation Specialist, March 1998-November 1999

Walthall County General Hospital, Tylertown, MS
Social Worker, December 1996-February 1998

**Licensure and Certification**

Mississippi State Board of Examiners for Social Workers and Marriage and Family Therapists, Social Work License, November 1996, Number W5218



## Achievements

Governor's appointee for the Children's Justice Act Task Force, 2017

Governor's appointee for the State Interagency Coordinating Council, 2017

MDHS/MDCPS Representative for the statewide multi-disciplinary Child Death Review Panel

Member of Mississippi's Administrative Office of Court's Court Improvement Workgroup

Member of the Mississippi Task Force for Children's Justice

Recipient of the Robert M. Segal Multidisciplinary Team Award for 2002

Co-founder of the Southwest Mississippi Children's Advocacy Center

College

University of Southern Mississippi's President's List
National Dean's List
Who's Who among American Junior College Students

# CURRICULUM VITAE

## JAWORSKI T. DAVENPORT, Ph.D., LMSW

**EDUCATION**

April 2017 Doctor of Philosophy
Jackson State University
School of Social Work
Jackson, MS
Area of specialization: Child Welfare
Dissertation Title: *Maltreatment Types as Predictors of Placement Instability Among Children in Foster Care: A Trauma Informed Approach.*
Major Professor: Dr. E.K. Yoon

May 2010 Master of Social Work
University of Southern Mississippi
Hattiesburg, MS

May 2000 Bachelor of Arts Sociology/Social Work
Alcorn State University
Alcorn State, MS
Major: Sociology/Social Work

**AREAS OF SPECIALIZATION AND/OR INTEREST**

Child Welfare Social Work
Nephrology Social Work



## PROFESSIONAL ACADEMIC EXPERIENCE

**Alcorn State University – Alcorn State, MS**
**Social Work Program**

2017 – Present | Undergraduate Adjunct Faculty
Courses Taught | SW405: Social Welfare Policy and Services
SW319: Human Behavior and Social Environment (Fall 2017)
SW362: Skills in Interviewing (Fall 2017)

**Jackson State University – Jackson, MS**
**School of Social Work**
**College of Public Service**
**School of Social Work**

2017 – Present | Graduate Adjunct Faculty (Graduate Adjunct Faculty Status)
Courses Taught | SW561: Human Diversity
SW571: Social Welfare Policy

**Field Instruction**

The University of Southern Mississippi - Hattiesburg, MS
School of Social Work
Field Instructor

Jackson State University – Jackson, MS
School of Social Work
College of Public Service
School of Social Work
Field Instructor

## EMPLOYMENT HISTORY

July 2016 – Present | Deputy Director Field Operations – Data Analysis
Mississippi Department of Child Protection Services
Use data to inform child welfare policy development and practice decisions. Works with MDCPS leadership, staff, and contract partners to review, validate and certify data indicators. Support regions and counties with accountability resulting from findings of internal agency data analysis. Identify region/county and agency wide strengths and concerns in the areas of foster care, child protection services, and resources (licensure/adoption) through trend analysis of statewide agency child welfare data. Use agency data to inform staffing and hiring needs. Manage agency operations with data informed decision making.

September 2012 – July 2016

Business Systems Analyst, Sr. (CQI Lead Data Analyst/Supervisor)
Mississippi Department of Human Services
Respond to end-user questions concerning software and hardware requirements and capabilities (SACWIS); Develop functional and user documentation, reference manuals, and training materials for data collection and reporting; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application (SACWIS); Perform data compliance checks and data validation to ensure quality of all state/federal/consent decree data; Train direct service staff and administrative staff on application functionality, data usage and understanding reports by linking outcomes data to applicable data indicators and explaining trends and anomalies including data entry errors and their impact on performance; Serve as subject matter expert for child welfare data informed policy revisions and system development; Serve as CQI case reviewer, QA and team lead for state, federal and court monitor scheduled case record reviews; Collaborate with MIS staff and other DFCS staff to develop, implement and support an automated CQI review tool – EMU (Evaluation and Monitoring Unit) (including automated reporting); Collaborate with other state agencies (AOC), grantees (NRC's), and external stakeholders (COA) to provide DFCS data for grants, public records requests, and other reporting; Primary state data contact for federal reporting (AFCARS) and NCANDS; Primary data contact for federal reporting (PIP); Primary contact for CFSR Round 3 OMS review data system; Supervise unit staff (Data analysis and reporting, federal reporting, and data validation); Prepare and disseminate executive summaries and statistical analysis of all state administrative data in oral and written formats; Liaison between federal staff and DFCS for agency compliance with federal data, reports, and guidelines; Collaborate with National Resource Center for Child Welfare Data and Technology on data management and usage; Ensure data integrity; Perform data analysis on state administrative data (including AFCARS and NCANDS) to assess agency performance and propose data informed decisions using excel and SPSS; Title IV-E state contact for data; Represent agency at county, statewide and national meetings. Special projects (workload and placement audits/validation).

June 2011 – August 2012

Social Worker (part time)
Davita Dialysis
Assessed psychosocial functioning of patients and documented findings and results on psychosocial assessments and plans of care; Provided supportive counseling to patients (adjustment to dialysis, lifestyle changes, depression, etc.); Provided educational counseling (treatment modality, community resources, insurance programs, advance directives, etc); Developed and maintained professional relationships with physicians, nursing staff, and

dieticians; Served as patient advocate/liaison with Grievance Committee and coordinated fund raising activities; Referred, tracked, and maintained kidney transplant referrals; Educated dialysis patients on available financial resource; Referred dialysis patients for financial assistance.

September 2011 - September 2012

Business Systems Analyst II
Mississippi Department of Human Services
Responded to end-user questions concerning software and hardware requirements and capabilities; Develop, design, and perform application test data to detail system/client needs; Develop functional and user documentation, reference manuals, and training materials; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application; Perform data compliance and validation; Created and developed user guides and training materials; Trained direct service staff and administrative staff on application functionality, data usage and understanding reports; Served as subject matter expert for child welfare policy revisions and system development; Collaborated with MIS staff and other DFCS staff to develop an automated CQI review tool; Project manager for special projects – MACWIS Alternatives Analysis (April 2011-June 2012); Collaborated with other state agencies to provide DFCS data for grants and other reporting; Secondary state data contact for federal reporting (AFCARS); Primary data contact for federal reporting (PIP).

April 2006 - August 2011

Business Systems Analyst I
Mississippi Department of Human Services
Responded to end-user questions concerning software and hardware requirements and capabilities; Develop, design, and perform application test data to detail system/client needs; Develop functional and user documentation, reference manuals, and training materials; Network with functional area experts to develop and write requirements for reports, system modifications/enhancements and new functionality within the application; Perform data compliance and validation processes; Created and developed user guides and training materials; Trained staff on application functionality, data usage and understanding reports; Served as subject matter expert for child welfare policy revisions and system development; Secondary state data contact for federal reporting (AFCARS).

August 2004 - April 2006

Social Worker Advanced
Mississippi Department of Human Services
Assessed individuals and families referred to the agency for appropriate services; Conducted safety and ongoing assessments to determine risk, safety and well-being; Provided supportive counseling to families and individuals; Assisted families and individuals in obtaining and utilizing available resources based on need; Collaborated with other agencies and community groups to strengthen and develop the continuum of community and social services; Participated in and developed educational and instructive in-service trainings; Provided consultation to agency personnel and other professionals to improve and develop programs and services; Prepared reports and surveys/program studies as requested to evaluate social work service delivery and activities; Supervised social work and support staff; Conducted special/child death investigations; Evaluated homes for appropriate placements; investigated allegations of abuse and neglect; Presented cases to youth court.

January 2003 - August 2004

Family Preservation Program Specialist
Mississippi Department of Human Services
Provided intensive in-home services to families in effort to prevent the removal of children due to allegations of abuse/neglect; Completed initial and on-going assessments of child and family functioning; Developed individualized treatment plans with families; Provided crisis intervention services to families and children (parental self-control, child management skills, communication, and problem-solving techniques, etc.); Developed community relationships and resources for family preservation program participants; Assisted families in locating and accessing concrete service (housing, clothing, food, etc.).

May 2002- December 2002

Business Development Representative
Brentwood Behavioral Healthcare
Recruited and maintained referral sources; Provided in-service training to the community and referral sources on specialized topics and services provided by the facility; Provided referral sources with current information about new and on-going services provided by the facility; Facilitated support group meetings.

September 2001- May 2002

Children Services Case Manager
Southwest Mississippi Mental Heath
Participated in the development and coordination of treatment/service plans; Assisted in the identification, planning, coordination, and implementation of mental health treatment for children and adolescents; Referred children and families to needed

medical, educational, social and rehabilitative services; Provided crisis intervention, support, and assistance in problem resolution; Encouraged, taught, and mentored recreational and leisure activities within the families; Instructed and mentored behavioral interventions to improve children's daily functioning and social skills; Monitored medication compliance.

**COMMUNITY SERVICE**

2013 — Lake Elementary School, Jackson Mississippi
Outdoor classroom building project

2011 — Mississippi Kidney Foundation Kidney Walk
Team member and participant

**SPECIAL HONORS AND AWARDS**

2012 — Graduate Student Tuition Fellowship
School of Social Work
Jackson State University

2011 — Plaque of Contribution, Dedication and Commitment
Baccalaureate Social Work Program
Alcorn State University

2004 — Walter F. Weathers Social Worker of the Year Award, Nominee
Mississippi Department of Human Services, Region V West

**PROFESSIONAL LICENSES/CERTIFICATIONS**

2010 — Licensed Master Social Worker
Mississippi State Board of Examiners

**PROFESSIONAL ORGANIZATIONS/MEMBERSHIPS**

NYTD (National Youth in Transition Database) National Committee, Member

**Additional Information**

2009 – 2013 Alcorn State University - Social Work Advisory Board, Chair
CFSR 2010 (Child and Family Service Review) State local site team leader
CFSR 2018 (Child and Family Service Review) State lead
Mississippi PIP (Program Improvement Plan) State data contact, 2012
Title IV-E Review state data contact, 2014
AFCARS lead
NCANDS lead

**DONNA R. HAMILTON**

**SUMMARY**

Experienced in managing multiple projects simultaneously, requirements gathering, developing technical documentation, providing executive-level presentations, and assessing vendor proposals. Background in computer programming with involvement from concept through development to acceptance. Committed to high work ethic and to attainment of management goals and objectives.

**CERTIFICATIONS**

**Project Management Professional (PMP)** August 2007
**Certified Public Manager (CPM)** June 2013

**EXPERIENCE**

**CCWIS Project Director** *December 2016 - Present*
*Mississippi Department of Child Protection Services* *Jackson, MS*
Responsibilities include oversight of the CCWIS development project to replace the existing case management system. Duties include managing a team made up of State and 3rd party contractors, communicating project status to Health and Human Services advisers, completion of Federal Advance Planning Documentation (APD), and providing updates to executive level management.

**Technology Consultant** *November 2002 – December 2016*
*Mississippi Department of Information Technology Services* *Jackson, MS*
Responsibilities include working with State agencies to analyze IT project needs. Duties involve working with customers to develop specifications into RFPs for release to vendor community, evaluating proposals received, and working with client and vendor to negotiate contracts.

Example Projects:

- ❖ Oversaw requirements gathering and evaluation of vendors for the implementation of an Electronic Health Record System
- ❖ Manage procurement process and evaluation of system requirements for state-wide Enterprise Resource Planning System
- ❖ Oversaw development of requirements and evaluation of vendors for enterprise Linux migration
- ❖ Requirements gathering and evaluation of proposals for implementation of multiple Learning Management Systems
- ❖ Coordinate review of business processes with multiple State agencies for the implementation of state-wide vehicle insurance verification system



**Sr. Staff Specialist** *September 2000 – June 2002*
*WorldCom* *Jackson, MS*
Worked as a member of the Enterprise Architecture Team to develop high level system architecture flows. Responsibilities included working with project teams across company segments to create an acceptable development approach for the various systems involved.

**Software Systems Engineer** *June 1999 – September 2000*
*WorldCom* *Jackson, MS*
Responsible for developing Functional Specifications for projects involving Local Network Services. Responsibilities included working with project teams to define the impacted systems, programs, and process flows in order to create specifications for development.

**Applications Development Analyst** *June 1998 – June 1999*
*WorldCom* *Jackson, MS*
Worked with the Local Development Systems Division to analyze business requirements and plan development approaches within defined releases.

**Senior Programmer Analyst** *1993 – 1998*
*Southern Farm Bureau Life Insurance Co.* *Jackson, MS*
Responsibilities included the maintenance and support of the Life 70 Valuation and Estate Planning mainframe systems, assisting in the support and development of agent proposal pc systems, and working with agents and users to trouble shoot problems.

**Programmer Analyst** *1992 – 1993*
*Cellular South Inc.* *Meadville, MS*
Responsible for the support and maintenance of a pc based accounting and billing system.

**Programmer** *1991 – 1992*
*Shell Oil Company* *Houston, TX*
Supported and maintained a rail and transport system on a mainframe computer.

## EDUCATION

**Masters of Business Administration** June 1990 – May 1991
Business Systems, GPA 3.66/4.0
Mississippi State University

**Bachelor of Business Administration** August 1986 – May 1990
Business Information System and Quantitative Analysis, Magna Cum Laude.
Mississippi State University