

Overdue investigations  From January 17 - May 18

