

In Care Over Time

| Month | In Care |
|---|---|
| Feb-17 | 5915 |
| Mar-17 | 5995 |
| Apr-17 | 6094 |
| May-17 | 5930 |
| Jun-17 | 5950 |
| Jul-17 | 5891 |
| Aug-17 | 5855 |
| Sep-17 | 5819 |
| Oct-17 | 5830 |
| Nov-17 | 5735 |
| Dec-17 | 5577 |
| Jan-18 | 5578 |
| Feb-18 | 5477 |
| Mar-18 | 5506 |
| Apr-18 | 5450 |
| May-18 | 5403 |
| Jun-18 | 5270 |



EXHIBIT "F"