

**The State of Mississippi**
Phil Bryant, Governor
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

**To:** Peggy McHale
Public Catalyst

**From:** Jennifer Walker, MDCPS Professional Development Director

**Subject:** Clarification for December 28th, 2017 Submission of Pre-Service Training Materials

**Date:** 3/16/2018

Following the December 28th, 2017 submission of the MDCPS' Pre-Service Training materials for review, Public Catalyst requested clarification regarding:

1. What material was changed;
2. Where in the materials to find changes; and
3. What, if any, E-Learning required approval from Public Catalyst.

All revisions to the training material were done by the University of Mississippi team prior to the end of their contract on February 28, 2018. MDCPS did not maintain a detailed list of revisions nor did MDCPS receive one from the University of Mississippi. MDCPS will follow up regarding revisions to training materials with Public Catalyst via phone call.

MDCPS added several Online Modules as part of On-The-Job Training. These modules are a component piece of On-The-Job training, and do not substitute for any week or weeks of required training. The links to the Online Modules can be accessed via the embedded links below as well as the attached PDF "Articulate Courses for Review."

MDCPS requests approval from Public Catalyst for the following Online Modules:

**Pre-Service Week 1 Online Modules**

- Strengths Based and Family Centered Practice
- Child Development and the Impact of Maltreatment
- Child Welfare Maltreatment – Safety and Risk
- NASW Code of Ethics



P.O. Box 346 · 660 North Street, Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov

MCDPS 008851



The State of Mississippi
Phil Bryant, Governor
Jess H. Dickinson, Commissioner
www.mdcps.ms.gov

### Pre-Service Week 3 Online Modules

- Family Engagement
- Strengths and Needs of Family Members
- Timely Case Planning
- Visualizing the family and its Support System
- 

### Pre-Service Week 5 Online Modules

- Orientation to Court
- Cultural Competence
- Case Documentation
- 

### Pre-Service Week 7 Online Modules

- Time and how to manage it in Child Protection Services
- Father Involvement in Child Welfare

Per Public Catalyst's suggestion, MDCPS will pilot the updated curriculum, including the Online Modules, for the training class beginning March 19.

**Pre-Service Week 1 Online Modules –**

- Strengths Based and Family Centered Practice - https://360.articulate.com/review/content/be3f7fad-0d97-4dab-9534-8d01edbe59df/review
- Child Development and the Impact of Maltreatment - https://360.articulate.com/review/content/5e3bb1a3-778d-4b8f-bb12-a5ebd7828ba9/review
- Child Welfare Maltreatment – Safety and Risk - https://360.articulate.com/review/content/0b2307a8-2378-4c7c-b21b-e4414474de84/review
- NASW Code of Ethics - https://360.articulate.com/review/content/79f3a701-e09f-4611-9933-4134b54964e7/review

**Pre-Service Week 3 Online Modules –**

- Family Engagement - https://360.articulate.com/review/content/5622a4c2-c87a-44d6-920a-a65cfa751aa5/review
- Strengths and Needs of Family Members - https://360.articulate.com/review/content/4cabbeec-d906-447b-b7ec-d03c4f66aa74/review
- Timely Case Planning - https://360.articulate.com/review/content/6bc5b613-78e5-49b9-bdb2-1896fe3b8f18/review
- Visualizing the family and its Support System - https://360.articulate.com/review/content/78560b99-255b-4c27-8eb7-6722f122a160/review

**Pre-Service Week 5 Online Modules –**

- Orientation to Court - https://360.articulate.com/review/content/d356b257-4759-4f9f-820d-008f3b06ff32/review
- Cultural Competence - https://360.articulate.com/review/content/4ec671b5-7ec3-468c-b752-e96e17580081/review
- Case Documentation - https://360.articulate.com/review/content/1c9660a4-a30b-4055-9e3d-8c0837bd93e7/review

**Pre-Service Week 7 Online Modules –**

- Time and how to manage it in Child Protection Services - https://360.articulate.com/review/content/979b90c7-be92-4671-acc2-a9f5d6e7eeef/review
- Father Involvement in Child Welfare - https://360.articulate.com/review/content/c846f49e-f28b-49c6-9cd0-81295260ef7a/review