

# MISSISSIPPI STATE PERSONNEL BOARD
## KELLY HARDWICK
### EXECUTIVE DIRECTOR

December 14, 2017

Jess H. Dickinson, Commissioner
Mississippi Department of Child Protection Services
660 North Street
Jackson, Mississippi 39205

Dear Commissioner Dickinson:

At its regularly scheduled meeting on December 14, 2017, the Mississippi State Personnel Board approved the following request effective January 1, 2018:

<u>Non-Appropriated Realignment</u>

Classification:     DHS-Family Protection Worker I, OCCU 4554
From Pay Range:     $26,665.30 - $46,664.28
To Pay Range:       $30,073.10 - $52,627.93

Classification:     DHS-Family Protection Worker II, OCCU 4555
From Pay Range:     $29,139.72 - $50,992.76
To Pay Range:       $32,862.63 - $57,509.60

Classification:     DHS-Family Protection Specialist, OCCU 4556
From Pay Range:     $29,138.72 - $50,992.76
To Pay Range:       $30,073.10 - $52,627.93

If you have any questions, or if we can be of further assistance, please do not hesitate to contact us. Thank you for this opportunity to be of service to your agency and to assist in ensuring that you have a quality workforce.

Sincerely,

Kelly Hardwick
Executive Director

KH:sg

EXHIBIT "N"