# Spring 2018

# Quarterly RD/BD Meeting

**Monday, March 26, 2018**

**10:30 a.m.**

### Welcome

| | |
|---|---|
| State of the Agency – "Safe at Home" | Tracy Malone |
| Families First Legislation | Tracy |
| Foster Care Candidacy | Jaworski Davenport |
| IV-E Discussion (PIP & Court Orders) | Jaworski |
| Placement Matching Tool | Cindy Greer/IT Staff |
| Discharge Planning | |
| Reunification Day | Wendy Bryant |
| TPR & Adoption – Permanency | Tonya Rogillio & Marcus Davenport |
| Policy Updates (TPR, Adoption/Licensure) | Carrie Coggins |
| Rescue 100 | Sabrea Smith |

### Lunch Break – 12:30 p.m.

*(REGIONAL DIRECTORS: Pick up Child Abuse Prevention Month materials in North Parking Lot)*

| | |
|---|---|
| Youth Transition Support Services | Mario Johnson |
| ESSA | Kimberly Wheaton |
| Immediate Eligibility / CARA | Bonlitha Windham |
| Professional Development & Training Plans | Jennifer Walker |
| One Drive Migration of Documents | Diane Mobley and Daniel Jordan |
| Travel updates | Kris Jones |
| CQI Feedback | Alice Adair and Rob Hamrick |
| CFSR | Jaworski Davenport |



EXHIBIT "Q"

Spring 2018

Quarterly RD/BD Meeting

Tuesday, March 27, 2018

| | | |
|---|---|---|
| 8:30 a.m. | Creating a Culture of Accountability | Tracy Malone |

**Using Our "Beautiful" Data**

**Creating a culture of accountability**

**Focus on workload in the field**

**Developing Action Plans**

**Making Commitments**