## AFFIDAVIT OF KRIS JONES

STATE OF MISSISSIPPI
COUNTY OF HINDS

Personally came and appeared before me, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Kris Jones, who, having been duly sworn by me, states on oath the following:

1. My name is Kris Jones and I currently serve as Deputy Commissioner of Administration for the Mississippi Department of Child Protection Services (MDCPS).

2. I have a bachelor of science degree in education from Mississippi State University, as well as master of social work degree from Jackson State University.

3. In January of 2017, I joined MDCPS as director of human resources.

4. In September of 2017, I was promoted to deputy commissioner.

5. During my entire tenure with MDCPS, I have had managerial responsibility for MDCPS's human resources.

6. During 2017, MDCPS imposed no restrictions on hiring caseload carrying staff until December 20th when upon the discovery of a significant budget deficit for state fiscal year 2018, Chief of Staff Taylor Cheeseman provided me a memorandum directing that hiring be limited to backfilling vacated positions.

7. The matters set forth herein are based on my personal knowledge as well as my review of records kept in the ordinary course of business.

8. I declare under penalty of perjury to the best of my knowledge that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT, this the 2ND day of July, 2018.

_____
KRIS JONES

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2ND day of July, 2018.

Shannika R. Laneair
NOTARY PUBLIC

My Commission Expires:
Oct. 11, 2021


EXHIBIT "u"