MISSISSIPPI LEGISLATURE                                   REGULAR SESSION 2018

By: Representatives Read, Mims, Arnold,         To:   Appropriations
Bennett, Bounds, Brown, Currie, Gipson,
Holland, Mettetal, Myers, Turner, Watson

HOUSE BILL NO. 1600
(As Sent to Governor)

1     AN ACT MAKING AN APPROPRIATION TO THE DEPARTMENT OF HUMAN
2  SERVICES; AND FOR RELATED PURPOSES, FOR THE FISCAL YEAR 2019.
3     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:
4     **SECTION 1.** The following sum, or so much thereof as may be
5  necessary, is appropriated out of any money in the State General
6  Fund not otherwise appropriated, to the Department of Human
7  Services for the fiscal year beginning July 1, 2018, and ending
8  June 30, 2019..................................$   167,573,006.00.
9     **SECTION 2.** The following sum, or so much thereof as may be
10 necessary, is appropriated out of any money in any special fund in
11 the State Treasury to the credit of the Department of Human
12 Services which is comprised of special source funds collected by
13 or otherwise available to the department for the support of the
14 various divisions of the department, for the purpose of defraying
15 the expenses of the department for the fiscal year beginning
16 July 1, 2018, and ending June 30, 2019............................
17 ...............................................$ 1,389,979,105.00.

H. B. No. 1600          ~ OFFICIAL ~          A1/2
18/HR26/A651SG
PAGE 1


EXHIBIT "X"

18    **SECTION 3.**  None of the funds appropriated by this act shall
19 be expended for any purpose that is not actually required or
20 necessary for performing any of the powers or duties of the
21 Department of Human Services that are authorized by the
22 Mississippi Constitution of 1890, state or federal law, or rules
23 or regulations that implement state or federal law.
24    **SECTION 4.**  Of the funds appropriated under the provisions of
25 Section 1 of this act and authorized for expenditure under the
26 provisions of Section 2 of this act, not more than the amounts set
27 forth below shall be expended; however, notwithstanding any other
28 provision in this act, it is the intent of the Legislature that
29 any amount of funds and positions may be transferred between the
30 Department of Human Services and the Department of Child
31 Protection Services in order to comply with agreements made by the
32 State of Mississippi with the United States District Court in
33 reference to the Olivia Y., et al. lawsuit.
34                         **DEPARTMENT OF HUMAN SERVICES**
35 FUNDING:
36      General Funds............................$       69,578,708.00.
37      Special Funds............................    1,240,128,849.00
38          Total............................$       <u>1,309,707,557.00</u>
39    With the funds appropriated for this budget, the following
40 positions are authorized:
41  AUTHORIZED POSITIONS:
42      Permanent:    Full Time............    1,741

```
43                    Part Time.............        1
44     Time-Limited:  Full Time.............      474
45                    Part Time.............        0
```

46                    **DIVISION OF CHILD PROTECTION SERVICES**

47     FUNDING:

```
48     General Funds..........................$       97,994,298.00
49     Special Funds.................................137,850,256.00
50           Total...........................$      247,844,554.00
```

51     With the funds appropriated for this budget, the following
52 positions are authorized:

53   AUTHORIZED POSITIONS:

```
54     Permanent:     Full Time.............    1,537
55                    Part Time.............        0
56     Time-Limited:  Full Time.............      417
57                    Part Time.............        0
```

58     None of the funds herein appropriated shall be used in
59 violation of Internal Revenue Service's Publication 15-A relating
60 to the reporting of income paid to contract employees, as
61 interpreted by the Office of the State Auditor.

62     **SECTION 5.** It is the intention of the Legislature that the
63 Department of Human Services and Department of Child Protection
64 Services shall maintain complete accounting and personnel records
65 related to the expenditure of all funds appropriated under this
66 act and that such records shall be in the same format and level of
67 detail as maintained for Fiscal Year 2018. It is further the

68  intention of the Legislature that the agency's budget request for
69  Fiscal Year 2020 shall be submitted to the Joint Legislative
70  Budget Committee in a format and level of detail comparable to the
71  format and level of detail provided during the Fiscal Year 2019
72  budget request process.
73      **SECTION 6.**  Of the funds appropriated in Section 2 herein to
74  Department of Human Services, One Million Dollars ($1,000,000.00)
75  shall be transferred to the Department of Health, Child Care
76  Licensure Program from the Child Care Development Fund or other
77  appropriate special fund.  These funds are to be transferred to
78  the Board of Health no later than July 31, 2018.  The Department
79  of Health shall make a complete accounting to the Department of
80  Human Services detailing the uses of these funds in accordance
81  with federal and state regulations.
82      **SECTION 7.**  It is the intention of the Legislature that
83  whenever two (2) or more bids are received by this agency for the
84  purchase of commodities or equipment, and whenever all things
85  stated in such received bids are equal with respect to price,
86  quality and service, the Mississippi Industries for the Blind
87  shall be given preference.  A similar preference shall be given to
88  the Mississippi Industries for the Blind whenever purchases are
89  made without competitive bids.
90      **SECTION 8.**  The Department of Human Services and the
91  Department of Child Protection Services is authorized to expend
92  available funds on technology or equipment upgrades or

```
 93   replacements when it will generate savings through efficiency or
 94   when the savings generated from such upgrades or replacements
 95   exceed expenditures thereof.
 96        SECTION 9.  It is the intention of the Legislature that none
 97   of the funds provided herein shall be used to pay certain
 98   utilities for state furnished housing for any employees.  Such
 99   utilities shall include electricity, natural gas, butane, propane,
100   cable and phone services.  Where actual cost cannot be determined,
101   the agency shall be required to provide meters to be in compliance
102   with legislative intent.  Such state furnished housing shall
103   include single-family and multi-family residences but shall not
104   include any dormitory residences.  Allowances for such utilities
105   shall be prohibited.
106        SECTION 10.  In compliance with the "Mississippi Performance
107   Budget and Strategic Planning Act of 1994," it is the intent of
108   the Legislature that the funds provided herein shall be utilized
109   in the most efficient and effective manner possible to achieve the
110   intended mission of this agency.  Based on the funding authorized,
111   this agency shall make every effort to attain the targeted
112   performance measures provided below:
113                                                                FY2019
114   Performance Measures                                         Target
115   Support Services
116       Percentage of Referred/Directed
117           Investigative Audits Conducted                         98.00
```



| | | |
|---|---|---:|
| 118 | Percentage of Special Investigations | |
| 119 | Conducted | 95.00 |
| 120 | Percentage of Referred/Obtained Fraud | |
| 121 | Investigations Conducted Timely | 98.00 |
| 122 | Percentage of Referred Administrative | |
| 123 | Disqualification Hearings and Fair Hearings | |
| 124 | Conducted Timely | 95.00 |
| 125 | Percentage of Monitoring Reviews Conducted | |
| 126 | within Acceptable Timeframes | 98.00 |
| 127 | Total Amount of Funds Recovered ($) | 10,936,551.00 |
| 128 | Aging & Adult Services | |
| 129 | In-home Services (Persons) | 100,542 |
| 130 | Community Services (Persons) | 73,787 |
| 131 | Number of Congregate Meals | 232,791 |
| 132 | Numbe of Home-Delivered Meals | 1,486,361 |
| 133 | Substantiated Incidences of Abuse of | |
| 134 | Vulnerable Adults per 1,000 Population | 0.20 |
| 135 | Home Delivered Meals, Percent Reduction | |
| 136 | of Persons on Waiting List (%) | 1.00 |
| 137 | Child Support Enforcement | |
| 138 | Number of Paternities Established | 18,000 |
| 139 | Change in Paternities Established (%) | 0.00 |
| 140 | Number of Obligations Established | 22,500 |
| 141 | Change in Obligations Established (%) | 0.00 |
| 142 | Total Collections ($) | 365,000,000.00 |

| | | |
|---|---|---|
| 143 | Change in Total Collections (%) | 0.00 |
| 144 | Absent Parents Located (Number of) | 60,000 |
| 145 | Child Support Cases Current | |
| 146 |     on Payments (%) | 30.00 |
| 147 | Community Services | |
| 148 |   Number of Elderly Served by CSBG & LIHEAP | 19,579 |
| 149 |   Number of Handicapped Served | 18,400 |
| 150 |   Number of Households Achieving | |
| 151 |     Self-Sufficiency | 882 |
| 152 |   Increase in Rate of Household | |
| 153 |     Attaining Self Sufficiency (%) | 2.00 |
| 154 |   Number of Households Stabilized | 17,712 |
| 155 |   Increase in the Number of | |
| 156 |     Households Stabilized (%) | 2.00 |
| 157 |   Number of Households Weatherized | 516 |
| 158 | Early Childhood Care & Dev | |
| 159 |   Number of Children Served | 28,000 |
| 160 | Assistance Payments | |
| 161 |   Dollar Amount of Assistance ($) | 690,000.00 |
| 162 | Food Assistance | |
| 163 |   Average Monthly Households | 225,000 |
| 164 |   Supplemental Nutrition Assistance | |
| 165 |     Program - SNAP ($) | 716,413,100 |
| 166 |   Percentage of Mississippi Households | |
| 167 |     Receiving SNAP Benefits (%) | 22.51 |



| | | |
|---|---|---:|
| 168 | TANF Work Program | |
| 169 | TANF Households per Month (AVG) | 4,600 |
| 170 | Work Program (Avg Persons Served) | 1,107 |
| 171 | TANF Work Program Participation Rate (%) | 60.00 |
| 172 | Persons Employed | 720 |
| 173 | Number of Households Receiving TANF | |
| 174 | Benefits During the Year | 4,600 |
| 175 | Percentage of Households Receiving TANF | |
| 176 | During the Year (%) | 0.49 |
| 177 | Percentage of TANF Participants in | |
| 178 | Job Training Who Enter Employment (%) | 30.00 |
| 179 | Percentage of TANF Participants in Job | |
| 180 | Training Who Enter Employment at a Salary | |
| 181 | Sufficient to be Ineligible for TANF (%) | 19.00 |
| 182 | Percentage of TANF Participants in Job | |
| 183 | Training Who Remain Employed for: | |
| 184 | One Year After Leaving the Program (%) | 75.00 |
| 185 | Five Years After Leaving the Program (%) | 65.00 |
| 186 | Social Services Block Grant | |
| 187 | Clients Served, Family & Child Services | 75,611 |
| 188 | Clients Served, Aging & Adult Services | 21,178 |
| 189 | Clients Served, Youth Services | 12,880 |
| 190 | Youth Services | |
| 191 | Community Services (Children Served) | 12,500 |
| 192 | Institutional Component (Children Served) | 300 |

```
193        Number of Volunteers - Community Services              100
194        Children Placed in Alternative Placement              0.00
195        Children Diverted from Institutional
196            Care (%)                                         85.00
197        Recidivism Rate (%)                                  20.00
```

198    A reporting of the degree to which the performance targets
199 set above have been or are being achieved shall be provided in the
200 agency's budget request submitted to the Joint Legislative Budget
201 Committee for Fiscal Year 2020.

202    **SECTION 11.**  It is the intent of the Legislature that the
203 Department of Human Services, Division of Child Support
204 Enforcement, make a concentrated effort to increase collections of
205 past due child support payments.  On or before January 1, 2019,
206 the Executive Director of the Department of Human Services shall
207 submit a report to the Legislative Budget Office detailing
208 year-to-date performance measures in the Child Support Enforcement
209 Program compared with the prior year.

210    **SECTION 12.**  It is the intention of the Legislature that the
211 Department of Human Services shall have the authority to spend
212 such additional funds as it shall receive from the federal
213 government in incentives or the federal match on those incentives
214 for the purpose of child support enforcement.

215    **SECTION 13.**  Of the funds appropriated in Section 1, Two
216 Hundred Fifty Thousand Dollars ($250,000.00) shall be transferred

217  to the Juvenile Facility Monitoring Unit at the Department of
218  Public Safety no later than July 31, 2018.
219      **SECTION 14.**  Of the funds appropriated herein, to the
220  Department of Human Services One Million Dollars ($1,000,000.00),
221  is provided for the support of the Home Delivered Meals Program
222  and any additional funds that may be appropriated to this program.
223      **SECTION 15.**  The following sum, or so much thereof as may be
224  necessary, is appropriated out of any money in the State Treasury
225  to the credit of the Capital Expense Fund, as created in Section
226  27-103-303, Mississippi Code of 1972, and allocated in a manner as
227  determined by the Treasurer's Office for the purpose of defraying
228  the expenses of the Department of Child Protection Services for
229  the fiscal year beginning July 1, 2018, and ending June 30, 2019..
230  ................................................$12,000,000.00.
231      **SECTION 16.**  Of the funds provided in Section 1, herein to
232  the Department of Human Services, an amount not to exceed One
233  Hundred Thousand Dollars ($100,000.00) is provided to fund the
234  Senior Olympics Program.
235      **SECTION 17.**  Of the funds appropriated in Section 1, herein
236  to the Department of Child Protection Services, it is the
237  intention of the Legislature that Ninety-three Thousand Six
238  Hundred One Dollars ($93,601.00) shall be allocated to the
239  Mississippi Children's Trust Fund supported from General Fund
240  court assessments.

241     **SECTION 18.**  In addition to all other funds appropriated in
242 this act, Four Thousand Seventy-five Dollars ($4,075.00) may be
243 paid to the Union County Chancery Clerk for the payment of prior
244 year invoices.
245     **SECTION 19.**  It is the intention of the Legislature that the
246 Governor's Office, Division of Medicaid and the Department of
247 Human Services shall work together to implement HB 1090 of the
248 2017 Regular Session, known as the "Medicaid and Human Services
249 Transparency and Fraud Prevention Act".
250     **SECTION 20.**  The money herein appropriated shall be paid by
251 the State Treasurer out of any money in the State Treasury to the
252 credit of the proper fund or funds as set forth in this act, upon
253 warrants issued by the State Fiscal Officer; and the State Fiscal
254 Officer shall issue his warrants upon requisitions signed by the
255 proper person, officer or officers, in the manner provided by law.
256     **SECTION 21.**  This act shall take effect and be in force from
257 and after July 1, 2018.