# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his next
friend, James D. Johnson; CODY B., by and through his next
friend, Sharon Scott; MARY, TOM, MATTHEW, and DANA W.,
by and through their next friend, Zelatra W.; AND SAM H., by and
through his next friend, Yvette Bullock; on their own behalf and
behalf of all others similarly situated,

                                        Plaintiffs.

v.                                                CIVIL ACTION NO.
                                                     3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department of
Human Services; AND BILLY MANGOLD, as Director of the
Division of Family and Children's Services,

                                        Defendants.

## PLAINTIFFS' UNOPPOED MOTION FOR EXTENSION OF TIME

      Plaintiffs requests an extension of time until August 7, 2018 to respond to Defendants' Motion for Relief Under Section 11.2.a of the 2nd Modified Settlement Agreement and Reform Plan and Rule 60(b) of the Federal Rules of Civil Procedure [doc. 756]. For good cause, Plaintiffs state that the complex legal issued involved requires more time to brief.

      Undersigned counsel has requested consent of Defendants' counsel to the extension, and there is no opposition to the request.

1

RESPECTFULLY SUBMITTED, this the 16th day of July, 2018.

                                           */s/ Michael J. Bentley*
                                           W. Wayne Drinkwater, Jr. (MBN 6193)
                                           Michael J. Bentley (MBN 102631)
                                           BRADLEY ARANT BOULT CUMMINGS LLP
                                           One Jackson Place, Suite 400
                                           188 East Capitol Street
                                           Jackson, Mississippi 39201
                                           Telephone: (601) 948-8000
                                           Facsimile: (601) 948-3000
                                           Email: wdrinkwater@bradley.com
                                                         mbentley@bradley.com

                                           Marcia Robinson Lowry (*pro hac vice*)
                                           Sara Robinson-Glasser (*pro hac vice*)
                                           A Better Childhood, Inc.
                                           1095 Hardscrabble Road
                                           Chappaqua, NY  10514
                                           Telephone (646) 808-7344
                                           Facsimile: (914) 238-0365
                                           Email:  mlowry@abetterchildhood.org
                                                   srglasser@abetterchildhood.org

                                           Christian Carbone (*pro hac vice*)
                                           LOEB & LOEB LLP
                                           345 Park Avenue
                                           New York, New York 10154
                                           Telephone: (212) 407-4000
                                           Email: ccarbone@loeb.com

                                           *Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

                                      */s/ Michael J. Bentley*
                                      Michael J. Bentley