# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>PHIL BRYANT, as Governor of the )<br>State of Mississippi, *et al.,* )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:04cv251 TSL-FKB |

## NOTICE OF SERVICE

NOTICE is hereby given that Defendants, by and through their undersigned counsel, have this day served the following document to all known counsel of record:

**Defendants' Objections to Plaintiffs' First and Second Requests for Production of Documents, Plaintiffs' First Set of Interrogatories, and Other Proposed Deposition Discovery.**

This the 16th day of July 2018.

                                             PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner, Mississippi Department of Child Protection Services; and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

                                             By: /s/ James L. Jones

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


Harold Pizzetta, III
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry
Sara Robinson-Glasser
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (pro hac vice)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154


SO CERTIFIED, this the 16th day of July  2018.


/s/  James L. Jones