# EXHIBIT B

# Mississippi Performance on Caseload Standards: Met vs. Over | Data as of July 2, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Over (> 1.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

## Overall (821)
- Met: 58% (475)
- Over: 42% (346)

## Frontline (632)
- Met: 63% (401)
- Over: 37% (231)

## Adoption & L. (189)
- Met: 39% (74)
- Over: 61% (115)

## Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,734 | 821 | 756 | 840 |
| Frontline | 9,686 | 632 | 548 | 608 |
| Adoption & L. | 5,048 | 189 | 208 | 231 |



### West
Met / Over
- Overall: 75% (276) / 25% (94)
- II-E: 57% (28) / 43% (21)
- II-W: 96% (65) / 4% (3)
- III-N: 84% (43) / 16% (8)
- III-S: 84% (53) / 16% (10)
- V-E: 71% (35) / 29% (14)
- V-W: 60% (27) / 40% (18)
- VI: 56% (25) / 44% (20)

### East
Met / Over
- Overall: 44% (199) / 56% (252)
- I-N: 58% (38) / 42% (27)
- I-S: 37% (29) / 63% (50)
- IV-N: 81% (43) / 19% (10)
- IV-S: 28% (19) / 72% (49)
- VII-C: 34% (32) / 66% (63)
- VII-E: 36% (16) / 64% (29)
- VII-W: 48% (22) / 52% (24)