# EXHIBIT C



**The State of Mississippi**
**Phil Bryant, Governor**
**Jess H. Dickinson, Commissioner**
www.mdcps.ms.gov

**To:**  Peggy McHale, James DiGenno
Public Catalyst Group

**From:**  Scott Swafford,
Director of Data Reporting Unit

**Subject:** 2nd Modified Mississippi Settlement Agreement and Reform Plan
Quarterly Report – First Quarter of 2018

**Date:**  Thursday, June 7, 2018

MDCPS submits the attached production(s) in accordance with 2nd Modified Mississippi Settlement Agreement and Reform Plan. The quarterly report is required by Section 9 of the 2nd MSA.

This report will be useful in determining MDCPS compliance with the requirements outlined in Sections §1.1.a, §1.2.e, §1.3.a, §1.3.b, §2.2, §2.8.a, §3.1, §3.3.a, and §5.1 of the 2nd Modified Mississippi Settlement Agreement and Reform Plan.

P.O. Box 346 · 660 North Street, Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov

MDCPS
009822



Mississippi Department of Child Protection Services

2nd Modified Mississippi Settlement Agreement and Reform Plan
Quarterly Report

Scott Swafford (scott.swafford@mdcps.ms.gov)

June 6, 2018

MDCPS
009823

# Contents

I. Introduction ........................................................................................................................... 3

II. Population Overview .......................................................................................................... 3

A. Entry, Exit, and In-care Populations ............................................................................. 3

Table 1. Custody of Children: Beginning of Period, Entries, Exits, End of Period .................. 3

B. Custody Outcomes During Period ................................................................................. 3

Figure 1. Exits from Custody by Outcome from January 1, 2018 – March 31, 2018 .................. 4

C. Case Goals as of Period End ......................................................................................... 4

Figure 2. Children in Custody by Permanency Plan Type as of March 31, 2018 ..................... 4

D. Children in Care by County ........................................................................................... 5

Figure 3. Children in Care by County and Region, as of March 31, 2018 ............................... 5

III. Maltreatment-In-Care Investigations .............................................................................. 6

Table 2. Timeliness of Maltreatment in Care Investigations ................................................... 6

IV. Caseworker Contacts with Children In Custody ............................................................. 7

Table 3. Monthly Worker-Child Contacts for Reporting Period .............................................. 7

V. Caseloads and Supervisor-Worker Ratio .......................................................................... 8

A. Caseworker Caseload ..................................................................................................... 9

Figure 4. Caseworker Caseload Percentage Met versus Percentage Over, as of March 30, 2018 ..................................................................................................................................... 9

B. Supervisor Ratio ........................................................................................................... 10

Table 4. Supervisor Ratio as of March 29, 2018 ..................................................................... 11

VI. Comprehensive Child Welfare Information System (CCWIS) Status Update ........................ 12

Figure 5. CCWIS Project Road Map as of March 30, 2018 ..................................................... 13

VII. Staffing and Training ...................................................................................................... 14

A. Hiring and Separations ................................................................................................. 14

Table 5. Hiring and Separations for Caseload Carrying Workers and Supervisors, January 1, 2018 – March 31, 2018 ....................................................................................................... 14

B. Training ........................................................................................................................ 14

VIII. Family Based Placements .............................................................................................. 15

A. Expedited Relative Placements ..................................................................................... 15

Table 6. Number of Children Placed in Expedited Relative Placements and Number of Homes They Were Placed Into ............................................................................................... 16

Figure 6. Percentage of Expedited Relative Homes Where Licensing Decision was made within 90 Days, by Decision Type ........................................................................................... 17

Figure 7. Percentage of Expedited Relative Homes Where Licensing Decision was made after 90 Days, by Decision Type ............................................................................................. 17

IX. Foster Home Recruitment ............................................................................................... 18

Table 7. Number of New Foster Homes Licensed in Each Month of Reporting Period ............ 18

Table 8. MDCPS Progress on Foster Home Development for Calendar Year 2018 .................. 19

Table 9. Monthly Closures .................................................................................................... 24

MDCPS
009824

## I. Introduction

This report provides quarterly updates to Mississippi Department of Child Protection Services Leadership, Staff, and Stakeholders, the *Olivia Y.* Court Monitor, and *Olivia Y.* Plaintiffs regarding agency performance on quantitative metrics associated with the Second Modified Mississippi Settlement Agreement and Reform Plan (2nd MSA). The report covers the first quarter of 2018, from January 1, 2018 to March 31, 2018.

All metrics that can be addressed with data extracted from the MACWIS database system are represented in this report. Some metrics are related to elements required by reporting for the Stipulated Third Remedial Order (STRO), and the business logic for these elements remains unchanged from those utilized in STRO reporting.

## II. Population Overview

A. Entry, Exit, and In-care Populations

During the reporting period covering January 1, 2018 to March 31, 2018, there were 5,576 children in care on the first day of the period and 5,389 children in custody at the end of period, for an overall net decrease of 187 children in custody during the reporting period.

*Table 1. Custody of Children: Beginning of Period, Entries, Exits, End of Period*

| Children In Care at Quarter Start | Children Entering Care | Children Exiting Care | Children In Care at Quarter End |
|---|---|---|---|
| 5576 | 781 | 968 | 5389 |

B. Custody Outcomes During Period

During the reporting period, 968 children exited MDCPS custody. *Figure 1* presents the custody outcome for those children who exited custody during the period. *Figure 2* shows number of children in custody on March 31, 2018, categorized by permanency plan.

MDCPS
009825



*Figure 1. Exits from Custody by Outcome from January 1, 2018 – March 31, 2018*

N = 968

## C. Case Goals as of Period End



*Figure 2. Children in Custody by Permanency Plan Type as of March 31, 2018*

N= 5389

MDCPS
009826

## D. Children in Care by County

*Figure 3. Children in Care by County and Region, as of March 31, 2018*

N = 5389



MDCPS
009827

## III. Maltreatment-In-Care Investigations

This section provides an overview of compliance with the Child Safety and Maltreatment in Care standards of the 2nd MSA, provisions 2.2 and 2.8.a. The provisions are included below.

> §2.2: MDCPS shall continue to maintain a special investigations unit whose responsibility is to investigate reports of maltreatment of children in custody. The initiation of that investigation shall not extend beyond 24 hours.
>
> §2.8.a: All investigations into reports of maltreatment of children in MDCPS custody must be completed within 30 calendar days, including supervisory approval. MDCPS shall assure that such investigations and decisions are based on a full and systematic evaluation of the factors that may place a child in custody at risk.

*Table 2* presents the total number of investigations with an intake date within the reporting period of January 1, 2018 to March 31, 2018, the number and percent initiated timely, the number and percent approved timely, the number and percent both initiated and approved timely, and the number and percent of investigations with at least one substantiated allegation. A maltreatment in care investigation is considered initiated timely if initiated within twenty-four (24) hours. An investigation is considered approved timely if approved within thirty (30) days.

For *Table 2,* all investigations with an intake date that fell within the reporting period and maltreatment in care was indicated are included in the 82 investigations during the reporting period. An investigation was considered substantiated if any allegation of abuse, neglect, or exploitation against any victim was substantiated.

*Table 2. Timeliness of Maltreatment in Care Investigations*

|  | Total # of MIC Investigations | Initiated Timely | | Approved Timely | | Initiated and Approved Timely | |
|---|---|---|---|---|---|---|---|
|  |  | # | % | # | % | # | % |
| Substantiated | 9 | 9 | 100% | 9 | 100% | 9 | 100% |
| Unsubstantiated | 73 | 71 | 97% | 73 | 100% | 71 | 97% |
| Total | 82 | 80 | 98% | 82 | 100% | 80 | 98% |

MDCPS
009828

## IV. Caseworker Contacts with Children In Custody

This section addresses the requirements for caseworker contacts with children in custody in compliance with provision 5.1.a. The provision is included below.

> §5.1.a: MDCPS shall meet with the child in person at least twice monthly to assess the child's safety and well-being, service delivery, and achievement of permanency and other service goals. At least one visit per month shall take place in the child's placement.

Children were counted for this commitment if they were in custody for the full month. The children with at least two visits include any child that received at least two qualifying visits in a given month. Children with at least one in-home visit includes any child that received a qualifying visit in their foster home or congregate care setting. Children met both requirements if they received at least two visits in a given month and one of those visits was in the home.

*Table* 3 reflects the number of children in custody for the entirety of each month in the period and statistics related to the number of qualifying contacts made during each month.

*Table 3. Monthly Worker-Child Contacts for Reporting Period*

|  | Children In-care for full month | Children with at least 2 Visits | | Children with at least 1 In-Home Visit | | Children Meeting Both Requirements | |
|---|---|---|---|---|---|---|---|
|  | # | # | % | # | % | # | % |
| Jan-18 | 5343 | 4697 | 87.91% | 4786 | 89.58 | 4498 | 84.18% |
| Feb-18 | 5282 | 4717 | 89.3% | 4756 | 90.04 | 4523 | 85.63% |
| Mar-18 | 5117 | 4573 | 89.37% | 4612 | 90.13 | 4378 | 85.56% |
| Total | 15742 | 13987 | 89% | 14156 | 90% | 13398 | 85% |

MDCPS
009829

## V. Caseloads and Supervisor-Worker Ratio

This section addresses the requirements for case worker and supervisor caseloads in compliance with 2nd MSA, provisions 1.3.a and 1.3.b. The provisions are included below.

§1.3.a: 90% of MDCPS caseworkers will have caseloads which do not exceed the caseload standards set forth below. Individual MDCPS caseworkers with generic caseloads shall not carry a mixed caseload that exceeds 100% capacity as calculated by the following weights per case type:

| Type of Case | Included Categories | Standards | Weight Per Case – 100% Capacity |
|---|---|---|---|
| Child Protection | Investigations Level 2 Investigations Level 3 | 14 Investigations | 0.0714 |
| Ongoing Foster Care | Placement Responsibility & Service | 14 Children | 0.0714 |
| Ongoing Foster Care | Placement County of Responsibility Placement County of Service | | 0.0357 |
| In-Home Cases | Protection Responsibility & Service Prevention Responsibility & Service ICPC - Incoming | 17 Families | 0.0588 |
| In-Home Cases | Prevention or Protection County of Responsibility Prevention or Protection County of Service | | 0.0294 |
| Adoption | Adoption County of Service | 15 Children | 0.0667 |
| New Application Licensing | Resource Inquiry ICPC Application Foster Home Study | 15 Homes | 0.0667 |
| Renewal Licensing | Foster Home Supervision Foster Home Renewal | 36 Homes | 0.0278 |

§1.3.b: 85% of MDCPS supervisors shall be responsible for no more than five (5) caseworkers.

*Figure 4* shows the number and percent of frontline, adoption & licensing staff workers who met the caseload requirements as of March 30, 2018.

MDCPS 009830

## A. Caseworker Caseload

*Figure 4. Caseworker Caseload Percentage Met versus Percentage Over, as of March 30, 2018*



### Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 15,750 | 866 | 817 | 908 |
| Frontline | 10,627 | 672 | 606 | 674 |
| Adoption & L. | 5,123 | 194 | 211 | 234 |

MDCPS
009831

B. Supervisor Ratio

*Table 4* addresses the supervisor to caseworker ratio as of March 30, 2018.[1] Differences between caseworkers on the caseload report and the case workers on the supervisor-caseworker ratio table here can be attributable to many causes. These may include:

    i. Staff that are no longer employed and haven't been terminated in MACWIS;

    ii. Caseworkers are on leave or otherwise not carrying a caseload i.e.; may be on special assignment;

    iii. Caseworkers could have incorrect unit titles; or

    iv. Caseworkers may not have work assigned to them in MACWIS.

As of March 29, 2018, 75% of supervisory staff were meeting the supervisor-worker ratio, and 25% of supervisory staff exceeded standard.

---

[1] The source for Table 4 is the AR2_Daily Report, specifically AR2_Daily_20180329_20180329_20180330

MDCPS
009832

Table 4. Supervisor Ratio as of March 29, 2018

| Region | Total Number of Supervisors | Total number of Caseworkers | Total number of Supervisors Meeting Supervision Limit | % of Supervisors Meeting Supervision Limit | Total number of Supervisors Exceeding Supervision Limit | % of Supervisors Exceeding Supervision Limit |
|---|---|---|---|---|---|---|
| I-N | 12 | 69 | 8 | 66.67% | 4 | 33.33% |
| I-S | 16 | 85 | 10 | 62.50% | 6 | 37.50% |
| II-E | 15 | 62 | 13 | 86.67% | 2 | 13.33% |
| II-W | 14 | 71 | 11 | 78.57% | 3 | 21.43% |
| III-N | 13 | 62 | 10 | 76.92% | 3 | 23.08% |
| III-S | 15 | 64 | 14 | 93.33% | 1 | 6.67% |
| IV-N | 18 | 64 | 15 | 83.33% | 3 | 16.67% |
| IV-S | 19 | 71 | 15 | 78.95% | 4 | 21.05% |
| V-E | 17 | 59 | 15 | 88.24% | 2 | 11.76% |
| V-W | 12 | 42 | 11 | 91.67% | 1 | 8.33% |
| VI | 14 | 45 | 13 | 92.86% | 1 | 7.69% |
| VII-E | 9 | 45 | 4 | 44.44% | 5 | 55.56% |
| VII-C | 20 | 101 | 8 | 40.00% | 12 | 60.00% |
| VII-W | 11 | 46 | 7 | 63.64% | 4 | 36.36% |
| Statewide | 205 | 886 | 154 | 75.12% | 51 | 24.88% |

MDCPS
009833

## VI. Comprehensive Child Welfare Information System (CCWIS) Status Update

To prepare for onboarding the first development vendor, beginning in August 2017, MDCPS procured the services of eight technical consultants to assess project artifacts and begin working on plans to accomplish development of a Comprehensive Child Welfare Information System (CCWIS). A Project Roadmap is provided below that outlines the product increments and timeline. The team has completed user stories for Product Increment 1 and is currently working on Product Increment 2. Wire frame or screen development is occurring in conjunction to assist the Product Owner in refining requirements. The team has completed the Letter of Configuration that will be released to Vendors to bid on development of the first module. Completion of an Agile Forecasting Model will be used in developing estimates for the Product Increments.

The Technical Team has completed a study of the project artifacts and requirements to determine a strategic architecture direction for the agency. The team is in the final stages of developing an R&D environment where they will begin testing out the planned technical platform. The platform will be designed to be cloud-ready with a responsive, mobile first design. In addition, the Technical Team has determined it will utilize the technologies included in the MEAN Stack (MongoDB, Express.js, AngularJS, and Node.js) as the primary development tools. Work has begun to identify interfaces, required fields, and assign interfaces to the proper roadmap product increment. A Data Quality Plan has been developed to incorporate the existing Data Cleansing Strategy to guide the ongoing data cleansing efforts to cleanse and maintain the data quality within MACWIS in preparation for integration into the new CCWIS solution.

MDCPS issued RFP No. 18-001 for the acquisition of IV&V services on November 7, 2017 and responses were due December 7, 2017. The State received three proposals. Due to the budget shortfall, MDCPS issued a Best and Final Offer (BAFO) to all 3 vendors on April 4, 2018, responses were due April 20, 2018. When a decision is made regarding the direction of the CCWIS Project, MDCPS will consult with the Administration for Children and Families regarding the IV&V requirements that must be met by the State and determine whether an award will be made for RFP No. 18-001.

MDCPS
009834



*Figure 5. CCWIS Project Road Map as of March 30, 2018*

| Program Increment 1 | Program Increment 2 | Program Increment 3 | Program Increment 4 | Program Increment 5 | Program Increment 6 | Program Increment 7 |
|---|---|---|---|---|---|---|
| Common Management | Intake | Investigation | Court 2 | Case – Foster Care & Adoption | Case – Resource | Vendor Management |
| Landing Page | Person Management | Court 1 | Case – General | Eligibility | Resource Management | |
| | | Home Study | | Court 3 | Updates to Placement Matching Tools | |
| | | | | | Resource Training | |

| Program Increment 8 | UX/UI | Tools/Network | Dev/Ops | MACWIS Conversion | Org Change Management | IV&V RFP |
|---|---|---|---|---|---|---|
| Finance | Initial Design | Cloud hosting | | System Interfaces | Policy Changes | Document Management |
| | | Mgt Tools | | | Federal Requirements | |
| | | | | | Court Changes | |
| | | | | | Staff Training | |

* All dates are subject to change

MDCPS
009835

# VII. Staffing and Training

## A. Hiring and Separations

This section provides an overview of frontline case carrying staff new hires and separations that occurred within the reporting period in compliance with 2nd MSA, provision 1.1.a. The provision is included below.

> §1.1.a: MDCPS shall hire caseworkers who have, at minimum, a bachelor's degree in social work or a related human services degree. The Monitor shall review and determine which degrees qualify as related human services degrees.

*Table 5* shows hiring and separation data for the first quarter of the year, including intra-agency transfers into supervisory roles. There were no intra-agency transfers for the months of January and February.

*Table 5. Hiring and Separations for Caseload Carrying Workers and Supervisors, January 1, 2018 – March 31, 2018*

|  | Total Staff, Jan. 1 | January | | February | | March | | | | Total Staff, Mar. 31 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Hires | Exits | Hires | Exits | Hires | Exits | Intra-In | Intra-Out |  |
| Supervisors | 230 | 0 | 5 | 0 | 1 | 0 | 2 | 17 | 0 | 239 |
| Caseworkers | 960 | 12 | 17 | 2 | 16 | 8 | 12 | 0 | 17 | 920 |
| Total | 1190 |  |  |  |  |  |  |  |  | 1159 |

## B. Training

This section provides an overview of caseworker and supervisor training during the reporting period in compliance with 2nd MSA, provisions 1.2.b and 1.2.e. The provisions are included below.

> §1.2.b: MDCPS caseworkers shall receive a minimum of 270 hours of pre-service training, which includes instructional training and supervised field training, and may include E-Learning. Any E-Learning training is subject to the approval of the Monitor. Pre-service training provided during an MDCPS internship or previous employment with MDCPS may be counted towards the pre-service training requirement if that training is substantially similar to the training provided to new hires.

MDCPS
009836

> §1.2.e: MDCPS caseworker supervisors, within 90 days of hire or promotion, shall receive a minimum of 40 hours of training, directed specifically at the supervision of child welfare caseworkers.

During the period from January 1, 2018 to March 31, 2018, 40 caseworkers completed the requisite 270 hours of pre-service training. These caseworkers were hired prior to the current reporting period. Additionally, 4 workers were exempt from pre-service training due to their status as a rehire.

During the reporting period, 17 employees either completed supervisory training in this quarter, or were promoted in this quarter after receiving their supervisory training in an earlier period.


## VIII. Family Based Placements

A. Expedited Relative Placements

This section addresses the requirements for timely licensing of expedited relative placements in compliance with 2nd MSA, provision 3.1. The provision is included below.

> §3.1: All foster homes and facilities with children placed who are in the custody of MDCPS shall be timely licensed and subject to the licensure process approved by Public Catalyst on December 31, 2016.

Any child who was placed in an unlicensed placement where the 90th day after the placement start date fell between January 1, 2018 and March 31, 2018 was included in the population. The placement start dates range from October 3, 2017 to January 3, 2018. For the tracking of unlicensed relative placements, there are 4 sources of data:

1. Expedited Placement Report - This report is run weekly and generates a list of all current expedited placements. This is the report the Evaluation and Monitoring Unit (EMU) uses to identify new unlicensed placements to track. This report generates records at the child level, not the resource level.
2. Expedited Placements Master List - This report contains all unlicensed placement records generated from the weekly expedited placement report. This report contains records at the child level, not the resource level.
3. Unlicensed Disposition Progress Report - This report contains all of the homes that were tracked by EMU during a given month regardless of placement start date, custody start date, 90th day of approval, or any other date value. This report tracks unlicensed placements at the resource level. When more than one child is placed in an unlicensed placement only one record is kept for tracking purposes and the

MDCPS
009837

duplicates are removed. A single unlicensed placement may show up on several consecutive monthly progress reports.

4. EMU Master List of Unlicensed Placements - This report contains a unique record for each unlicensed placement tracked by EMU since July 24, 2017. The placements tracked by the monthly disposition progress report are also on this report, but each Resource ID has one record.

The Expedited Placements Master List and the EMU Master List of Unlicensed Placements were used to calculate the number of children placed in unlicensed placements as well as the number of homes those children were placed into. For the number of children placed in unlicensed placements, the Expedited Placements Master List was used to obtain the number of children placed. For the number of homes those children were placed into, both the Expedited Placements Master List and the EMU Master List of Unlicensed Placements were used to create a combined list of all expedited placements that should have been tracked, an indication of whether they were tracked, and the disposition.

In total, 392 children were placed into 238 homes. Overall, 60%, or 143, of the 238 expedited relative placements were licensed.  Eighty Five Percent (85%), or 122 were licensed within 90 days, and 15%, or 21, were licensed after the 90th day.

*Table 6* presents an overview of the number of children placed in an expedited relative foster home where the 90 day licensing requirement ended in the reporting period. *Figure 6* presents the action that was taken for those homes where action was taken timely. *Figure 7* presents the action that was taken for the homes where action was taken after 90 days.

*Table 6. Number of Children Placed in Expedited Relative Placements and Number of Homes They Were Placed Into*

| # of Children Placed | # of Homes Children Placed into | # of Homes Where Licensing Decision made within 90 days | % of Homes Where Licensing Decision made within 90 days |
|---|---|---|---|
| 392 | 238 | 200 | 84% |

MDCPS
009838



Figure 6. *Percentage of Expedited Relative Homes Where Licensing Decision was made within 90 Days, by Decision Type*

N = 200



Figure 7. *Percentage of Expedited Relative Homes Where Licensing Decision was made after 90 Days, by Decision Type*

N = 38

MDCPS
009839

## IX. Foster Home Recruitment

This section addresses the requirements for Foster Home Development in compliance with 2nd MSA, provision 3.3.a., included below.

> §3.3.a: MDCPS, in conjunction with the Monitor, shall establish annual statewide and county performance requirements and time periods for new foster home licensure. The Monitor will report to the parties MDCPS progress on achieving the performance requirements. The Defendants shall meet the performance requirements, including time periods.

As part of 2nd MSA, MDCPS has agreed to recruit and license four hundred (400) new foster homes during calendar year 2018. *Table 7* presents the progress MDCPS has made towards this goal during the reporting period.

*Table 7. Number of New Foster Homes Licensed in Each Month of Reporting Period*

|  | January 2018 | February 2018 | March 2018 | 1st Quarter Total |
|---|---|---|---|---|
| New Foster Homes Licensed | 31 | 26 | 37 | 94 |

The monthly foster home development tracking workbook has been included in *Table 8*, beginning on the following page. *Table 9* contains the monthly foster home closures for the reporting period.

MDCPS
009840

*Table 8. MDCPS Progress on Foster Home Development for Calendar Year 2018*

| Region | County | Total Calendar Year 2018 Obligation | FHs Licensed January 2018 | FHs Licensed February 2018 | FHs Licensed March 2018 | 1st Quarter Progress |
|--------|--------|-------------------------------------|---------------------------|----------------------------|-------------------------|----------------------|
| I-N | ALCORN | 3 | 0 | 0 | 2 | 2 |
| I-N | BENTON | 2 | 0 | 0 | 0 | 0 |
| I-N | MARSHALL | 7 | 0 | 0 | 0 | 0 |
| I-N | PRENTISS | 1 | 0 | 0 | 0 | 0 |
| I-N | TIPPAH | 4 | 0 | 0 | 0 | 0 |
| I-N | TISHOMINGO | 3 | 0 | 0 | 2 | 2 |
| | Total | 20 | 0 | 0 | 4 | 4 |
| I-S | ITAWAMBA | 1 | 0 | 0 | 0 | 0 |
| I-S | LAFAYETTE | 5 | 1 | 0 | 1 | 2 |
| I-S | LEE | 6 | 2 | 2 | 2 | 6 |
| I-S | MONROE | 2 | 2 | 2 | 0 | 4 |
| I-S | PONTOTOC | 5 | 1 | 1 | 0 | 2 |
| I-S | UNION | 2 | 0 | 0 | 0 | 0 |
| | Total | 21 | 6 | 5 | 3 | 14 |
| II-E | DESOTO | 6 | 1 | 0 | 1 | 2 |
| II-E | GRENADA | 3 | 0 | 1 | 0 | 1 |
| II-E | PANOLA | 2 | 0 | 0 | 0 | 0 |
| II-E | QUITMAN | 2 | 0 | 0 | 0 | 0 |
| II-E | TALLAHATCHIE | 2 | 0 | 0 | 0 | 0 |
| II-E | TATE | 2 | 0 | 0 | 0 | 0 |
| II-E | TUNICA | 2 | 0 | 0 | 0 | 0 |

MDCPS
009841

| Region | County | Total Calendar Year 2018 Obligation | FHs Licensed January 2018 | FHs Licensed February 2018 | FHs Licensed March 2018 | 1st Quarter Progress |
|--------|--------|-------------------------------------|---------------------------|----------------------------|-------------------------|----------------------|
| II-E | YALOBUSHA | 2 | 0 | 0 | 0 | 0 |
| | Total | 21 | 1 | 1 | 1 | 3 |
| II-W | CARROLL | 2 | 0 | 0 | 0 | 0 |
| II-W | COAHOMA | 3 | 1 | 0 | 0 | 1 |
| II-W | EAST BOLIVAR | 3 | 0 | 0 | 0 | 0 |
| II-W | HOLMES | 3 | 0 | 0 | 0 | 0 |
| II-W | HUMPHREYS | 2 | 0 | 0 | 0 | 0 |
| II-W | ISSAQUENA | 2 | 0 | 0 | 0 | 0 |
| II-W | LEFLORE | 2 | 0 | 1 | 0 | 1 |
| II-W | MONTGOMERY | 2 | 0 | 0 | 0 | 0 |
| II-W | SHARKEY | 2 | 0 | 0 | 0 | 0 |
| II-W | SUNFLOWER | 3 | 0 | 0 | 0 | 0 |
| II-W | WASHINGTON | 2 | 0 | 0 | 0 | 0 |
| II-W | WEST BOLIVAR | 1 | 0 | 0 | 0 | 0 |
| | Total | 27 | 1 | 1 | 0 | 2 |
| III-N | MADISON | 3 | 1 | 1 | 1 | 3 |
| III-N | RANKIN | 11 | 2 | 0 | 1 | 3 |
| III-N | YAZOO | 2 | 1 | 0 | 0 | 1 |
| | Total | 16 | 4 | 1 | 2 | 7 |
| III-S | HINDS | 24 | 1 | 1 | 1 | 3 |
| | Total | 24 | 1 | 1 | 1 | 3 |
| IV-N | ATTALA | 1 | 0 | 0 | 0 | 0 |
| IV-N | CALHOUN | 4 | 0 | 0 | 0 | 0 |

MDCPS
009842

| Region | County | Total Calendar Year 2018 Obligation | FHs Licensed January 2018 | FHs Licensed February 2018 | FHs Licensed March 2018 | 1st Quarter Progress |
|--------|--------|------|------|------|------|------|
| IV-N | CHOCTAW | 3 | 0 | 0 | 0 | 0 |
| IV-N | CLAY | 2 | 0 | 0 | 0 | 0 |
| IV-N | EAST CHICKASAW | 1 | 0 | 0 | 0 | 0 |
| IV-N | LOWNDES | 2 | 1 | 0 | 1 | 2 |
| IV-N | NOXUBEE | 3 | 0 | 0 | 0 | 0 |
| IV-N | OKTIBBEHA | 5 | 2 | 0 | 1 | 3 |
| IV-N | WEBSTER | 1 | 1 | 0 | 0 | 1 |
| IV-N | WEST CHICKASAW | 1 | 0 | 0 | 0 | 0 |
| IV-N | WINSTON | 1 | 0 | 0 | 0 | 0 |
| | Total | 24 | 4 | 0 | 2 | 6 |
| IV-S | CLARKE | 4 | 0 | 1 | 0 | 1 |
| IV-S | JASPER | 3 | 0 | 0 | 1 | 1 |
| IV-S | JONES | 5 | 1 | 1 | 0 | 2 |
| IV-S | KEMPER | 1 | 0 | 0 | 0 | 0 |
| IV-S | LAUDERDALE | 8 | 0 | 0 | 4 | 4 |
| IV-S | LEAKE | 1 | 0 | 0 | 0 | 0 |
| IV-S | NESHOBA | 2 | 1 | 0 | 1 | 2 |
| IV-S | NEWTON | 2 | 0 | 0 | 0 | 0 |
| IV-S | SCOTT | 2 | 1 | 0 | 0 | 1 |
| IV-S | WAYNE | 9 | 1 | 0 | 0 | 1 |
| | Total | 37 | 4 | 2 | 6 | 12 |
| V-E | COPIAH | 5 | 0 | 0 | 0 | 0 |

MDCPS
009843

| Region | County | Total Calendar Year 2018 Obligation | FHs Licensed January 2018 | FHs Licensed February 2018 | FHs Licensed March 2018 | 1st Quarter Progress |
|--------|--------|------|------|------|------|------|
| V-E | COVINGTON | 2 | 0 | 0 | 1 | 1 |
| V-E | JEFFERSON DAVIS | 5 | 1 | 0 | 0 | 1 |
| V-E | LAWRENCE | 3 | 0 | 1 | 2 | 3 |
| V-E | LINCOLN | 9 | 0 | 1 | 0 | 1 |
| V-E | MARION | 24 | 1 | 0 | 2 | 3 |
| V-E | SIMPSON | 4 | 0 | 0 | 0 | 0 |
| V-E | SMITH | 1 | 1 | 1 | 0 | 2 |
|  | Total | 53 | 3 | 3 | 5 | 11 |
| V-W | ADAMS | 14 | 0 | 0 | 2 | 2 |
| V-W | AMITE | 1 | 0 | 0 | 0 | 0 |
| V-W | CLAIBORNE | 1 | 0 | 0 | 0 | 0 |
| V-W | FRANKLIN | 3 | 0 | 0 | 0 | 0 |
| V-W | JEFFERSON | 4 | 0 | 0 | 0 | 0 |
| V-W | PIKE | 4 | 0 | 0 | 0 | 0 |
| V-W | WALTHALL | 2 | 0 | 0 | 0 | 0 |
| V-W | WARREN | 6 | 0 | 0 | 0 | 0 |
| V-W | WILKINSON | 1 | 0 | 0 | 0 | 0 |
|  | Total | 36 | 0 | 0 | 2 | 2 |
| VI | FORREST | 20 | 2 | 1 | 1 | 4 |
| VI | LAMAR | 4 | 0 | 1 | 0 | 1 |
| VI | PERRY | 3 | 0 | 0 | 0 | 0 |
| VI | STONE | 4 | 1 | 1 | 0 | 2 |

MDCPS
009844

| Region | County | Total Calendar Year 2018 Obligation | FHs Licensed January 2018 | FHs Licensed February 2018 | FHs Licensed March 2018 | 1st Quarter Progress |
|--------|--------|------|----|----|----|----|
| | Total | 31 | 3 | 3 | 1 | 7 |
| VII-C | HARRISON | 37 | 2 | 5 | 8 | 15 |
| | Total | 37 | 2 | 5 | 8 | 15 |
| VII-E | GEORGE | 1 | 1 | 0 | 0 | 1 |
| VII-E | GREENE | 1 | 0 | 1 | 0 | 1 |
| VII-E | JACKSON | 11 | 1 | 1 | 1 | 3 |
| | Total | 13 | 2 | 2 | 1 | 5 |
| VII-W | HANCOCK | 20 | 0 | 1 | 0 | 1 |
| VII-W | PEARL RIVER | 20 | 0 | 1 | 1 | 2 |
| | Total | 40 | 0 | 2 | 1 | 3 |
| | Statewide | 400 | 31 | 26 | 37 | 94 |

MDCPS
009845

*Table 9. Monthly Closures*

| Region | County | FHs Closed January 2018 | FHs Closed February 2018 | FHs Closed March 2018 | 1st Quarter Progress |
|--------|--------|-------------------------|--------------------------|-----------------------|----------------------|
| I-N | ALCORN | 1 | 1 | 0 | 2 |
| I-N | BENTON | 0 | 0 | 0 | 0 |
| I-N | MARSHALL | 0 | 0 | 3 | 3 |
| I-N | PRENTISS | 0 | 0 | 0 | 0 |
| I-N | TIPPAH | 0 | 0 | 1 | 1 |
| I-N | TISHOMINGO | 0 | 0 | 0 | 0 |
| | Total | 1 | 1 | 4 | 6 |
| I-S | ITAWAMBA | 1 | 0 | 0 | 1 |
| I-S | LAFAYETTE | 2 | 0 | 0 | 2 |
| I-S | LEE | 1 | 1 | 0 | 2 |
| I-S | MONROE | 0 | 2 | 1 | 3 |
| I-S | PONTOTOC | 0 | 0 | 0 | 0 |
| I-S | UNION | 0 | 0 | 0 | 0 |
| | Total | 4 | 3 | 1 | 8 |
| II-E | DESOTO | 0 | 0 | 1 | 1 |
| II-E | GRENADA | 0 | 1 | 0 | 1 |
| II-E | PANOLA | 0 | 1 | 0 | 1 |
| II-E | QUITMAN | 0 | 0 | 0 | 0 |
| II-E | TALLAHATCHIE | 1 | 0 | 0 | 1 |
| II-E | TATE | 0 | 0 | 0 | 0 |
| II-E | TUNICA | 0 | 0 | 0 | 0 |
| II-E | YALOBUSHA | 0 | 0 | 1 | 1 |

MDCPS
009846

| Region | County | FHs Closed January 2018 | FHs Closed February 2018 | FHs Closed March 2018 | 1st Quarter Progress |
|--------|--------|------------------------|--------------------------|----------------------|----------------------|
| | Total | 1 | 2 | 2 | 5 |
| II-W | CARROLL | 0 | 0 | 0 | 0 |
| II-W | COAHOMA | 0 | 0 | 0 | 0 |
| II-W | EAST BOLIVAR | 0 | 2 | 0 | 2 |
| II-W | HOLMES | 0 | 0 | 0 | 0 |
| II-W | HUMPHREYS | 0 | 0 | 0 | 0 |
| II-W | ISSAQUENA | 0 | 0 | 0 | 0 |
| II-W | LEFLORE | 0 | 0 | 0 | 0 |
| II-W | MONTGOMERY | 0 | 0 | 0 | 0 |
| II-W | SHARKEY | 0 | 0 | 0 | 0 |
| II-W | SUNFLOWER | 0 | 0 | 0 | 0 |
| II-W | WASHINGTON | 0 | 1 | 0 | 1 |
| II-W | WEST BOLIVAR | 0 | 0 | 0 | 0 |
| | Total | 0 | 3 | 0 | 3 |
| III-N | MADISON | 1 | 1 | 0 | 2 |
| III-N | RANKIN | 1 | 0 | 3 | 4 |
| III-N | YAZOO | 0 | 0 | 0 | 0 |
| | Total | 2 | 1 | 3 | 6 |
| III-S | HINDS | 2 | 0 | | 2 |
| | Total | 2 | 0 | 0 | 2 |
| IV-N | ATTALA | 0 | 0 | 0 | 0 |
| IV-N | CALHOUN | 0 | 0 | 0 | 0 |
| IV-N | CHOCTAW | 0 | 0 | 0 | 0 |

MDCPS
009847

| Region | County | FHs Closed January 2018 | FHs Closed February 2018 | FHs Closed March 2018 | 1st Quarter Progress |
|--------|--------|------|------|------|------|
| IV-N | CLAY | 0 | 0 | 0 | 0 |
| IV-N | EAST CHICKASAW | 0 | 0 | 0 | 0 |
| IV-N | LOWNDES | 1 | 1 | 0 | 2 |
| IV-N | NOXUBEE | 0 | 0 | 0 | 0 |
| IV-N | OKTIBBEHA | 0 | 0 | 0 | 0 |
| IV-N | WEBSTER | 0 | 0 | 0 | 0 |
| IV-N | WEST CHICKASAW | 0 | 0 | 0 | 0 |
| IV-N | WINSTON | 0 | 0 | 0 | 0 |
| | Total | 1 | 1 | 0 | 2 |
| IV-S | CLARKE | 0 | 0 | 0 | 0 |
| IV-S | JASPER | 0 | 0 | 0 | 0 |
| IV-S | JONES | 0 | 0 | 0 | 0 |
| IV-S | KEMPER | 0 | 0 | 0 | 0 |
| IV-S | LAUDERDALE | 0 | 0 | 0 | 0 |
| IV-S | LEAKE | 1 | 0 | 0 | 1 |
| IV-S | NESHOBA | 0 | 0 | 0 | 0 |
| IV-S | NEWTON | 0 | 0 | 0 | 0 |
| IV-S | SCOTT | 0 | 0 | 0 | 0 |
| IV-S | WAYNE | 0 | 0 | 0 | 0 |
| | Total | 1 | 0 | 0 | 1 |
| V-E | COPIAH | 0 | 0 | 0 | 0 |
| V-E | COVINGTON | 0 | 0 | 1 | 1 |

MDCPS
009848

| Region | County | FHs Closed January 2018 | FHs Closed February 2018 | FHs Closed March 2018 | 1st Quarter Progress |
|--------|--------|------|------|------|------|
| V-E | JEFFERSON DAVIS | 2 | 0 | 0 | 2 |
| V-E | LAWRENCE | 2 | 0 | 0 | 2 |
| V-E | LINCOLN | 0 | 1 | 0 | 1 |
| V-E | MARION | 0 | 0 | 0 | 0 |
| V-E | SIMPSON | 0 | 0 | 0 | 0 |
| V-E | SMITH | 0 | 0 | 0 | 0 |
| | Total | 4 | 1 | 1 | 6 |
| V-W | ADAMS | 1 | 0 | 1 | 2 |
| V-W | AMITE | 0 | 0 | 0 | 0 |
| V-W | CLAIBORNE | 0 | 0 | 0 | 0 |
| V-W | FRANKLIN | 0 | 0 | 0 | 0 |
| V-W | JEFFERSON | 0 | 0 | 0 | 0 |
| V-W | PIKE | 0 | 0 | 0 | 0 |
| V-W | WALTHALL | 0 | 0 | 1 | 1 |
| V-W | WARREN | 1 | 0 | 0 | 1 |
| V-W | WILKINSON | 0 | 0 | 0 | 0 |
| | Total | 2 | 0 | 2 | 4 |
| VI | FORREST | 2 | 0 | 0 | 2 |
| VI | LAMAR | 1 | 0 | 0 | 1 |
| VI | PERRY | 0 | 0 | 0 | 0 |
| VI | STONE | 0 | 0 | 0 | 0 |
| | Total | 3 | 0 | 0 | 3 |
| VII-C | HARRISON | 2 | 0 | 1 | 3 |

MDCPS
009849

| Region | County | FHs Closed January 2018 | FHs Closed February 2018 | FHs Closed March 2018 | 1st Quarter Progress |
|--------|--------|-------------------------|---------------------------|------------------------|----------------------|
| | Total | 2 | 0 | 1 | 3 |
| VII-E | GEORGE | 0 | 0 | 0 | 0 |
| VII-E | GREENE | 0 | 0 | 0 | 0 |
| VII-E | JACKSON | 0 | 0 | 1 | 1 |
| | Total | 0 | 0 | 1 | 1 |
| VII-W | HANCOCK | 0 | 0 | 0 | 0 |
| VII-W | PEARL RIVER | 3 | 0 | 0 | 3 |
| | Total | 3 | 0 | 0 | 3 |
| | Statewide | 26 | 12 | 15 | 53 |

MDCPS
009850