IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

| | |
|---|---|
| OLIVIA Y, et al | PLAINTIFFS |
| vs. | CIVIL ACTION NO. 3:04cv251-TSL-FKB |
| PHIL BRYANT, et al | DEFENDANTS |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants respectfully request an extension of time to respond to the Plaintiffs' *Memorandum of Law In Opposition to Defendants' Motion for Relief Under the 2nd Modified Settlement Agreement and Reform Plan and Fed. R. Civ P. 60(b)* [Doc. # 772] by ten days, from August 14, 2018 to August 24, 2018.

This extension is sought for good cause. Defendants have conflicts and public service obligations during this period. A ten-day extension is necessary to allow Defendants to research and present a reply to Plaintiffs' *Memorandum of Law In Opposition* and to allow adequate time for review within MDCPS and the Governor's Office.

Plaintiffs requested an extension from Defendants for the filing of their Reply Brief [Doc # 767] to *Defendants' Response to Motion for Contempt* [Doc #739] and were granted a ten-day extension from July 10 to July 20, 2018. Plaintiffs also filed their response to Defendants' *Motion for 60(b) Relief* [Doc. #772] on August 7, 2018 after seeking agreement from Defendants for a 21-day extension. The Defendants agreed with both of Plaintiffs requests and unopposed motions for extensions were accordingly filed with the Court. The Court granted both extension requests.

1

Defendants sought an equal ten-day extension from Plaintiffs for Defendants' Reply Brief to Plaintiffs' *Memo of Law in Opposition* [Doc #772]. Plaintiffs have informed Defendants that they oppose this extension.

Respectfully submitted, this the 8th day of August, 2018,

        PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner of Mississippi Department of Child Protection Services; and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

By: /s/ *James L. Jones* (MSB #3214)

Kenya Key Rachal (MSB # 99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
PO Box 220
Jackson, MS  39205

## CERTIFICATE OF SERVICE

I, James L. Jones, do hereby certify that on August 8, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the ECF system which sent notification of such to counsel as follows:

Marcia Robinson Lowry (*pro hac vice*)
Sara Robinson-Glasser (*pro hac vice*)
Erica Reed (*pro hac vice*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, New York  10514
Telephone:  (646) 808-7344

Christian Carbone (*pro hac vice*)
John Lang (*pro hac vice)*
John Piskora (*pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York 10154
Facsimile:  (914) 238-0365

W. Wayne Drinkwater, Jr. (MBN #6193)
Michael J. Bentley (MBN #102631)
BRADLEY ARANT BOULT CUMMINGS, LLP
188 East Capitol Street, Suite 450
Jackson, MS 39201

SO CERTIFIED, this 8th day of August, 2018.

/s/ *James L. Jones*          .

4847-2462-8847 v1
2902819-000001 08/08/2018