IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                               PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                          DEFENDANTS

## **SHOW CAUSE ORDER**

It has come to the attention of the Court that items mailed to two individuals listed as counsel of record and to numerous persons or entities designated as interested parties have been returned as undeliverable. Accordingly, the following persons and entities are directed to show cause, in writing, on or before September 17, 2018, as to why they should not be terminated on the docket sheet:

Attorney Marcia Robinson Lowery
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001

Attorney Tara S. Crean
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

Ezell Lanier
5215 David Lane
Meridian, MS  39301

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS  39201

Steven Wheeler
P.O. Box 392
Escatawpa, MS  39552

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P.O. Box 1479
Gulfport, MS  39502

      Should any other party or counsel in this action have relevant information regarding these persons and entities, they may likewise submit a response to the Court within the specified time period.

      So ordered, this the 20th day of August, 2018.

                                            s/ F. Keith Ball
                                            United States Magistrate Judge