CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 22 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

NIXIE          392 NFE 1          18190008/21/18
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 39201502825          *1766-00560-20-39

3955230392 B00
39201>5028



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000846539  $ 000.68⁰
MAILED FROM ZIP CODE 39201  AUG 20 2018

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                                          PLAINTIFFS

VS.                                                          CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                                     DEFENDANTS

## SHOW CAUSE ORDER

It has come to the attention of the Court that items mailed to two individuals listed as counsel of record and to numerous persons or entities designated as interested parties have been returned as undeliverable. Accordingly, the following persons and entities are directed to show cause, in writing, on or before September 17, 2018, as to why they should not be terminated on the docket sheet:

Attorney Marcia Robinson Lowery
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001

Attorney Tara S. Crean
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Teresa A. Wells
381 Mill Pd Road
Lamar, MS 38642

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

Ezell Lanier
5215 David Lane
Meridian, MS  39301

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS  39201

Steven Wheeler
P.O. Box 392
Escatawpa, MS  39552

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P.O. Box 1479
Gulfport, MS  39502

Should any other party or counsel in this action have relevant information regarding these persons and entities, they may likewise submit a response to the Court within the specified time period.

So ordered, this the 20th day of August, 2018.

s/ F. Keith Ball
United States Magistrate Judge

## Other Orders/Judgments

3:04-cv-00251-TSL-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

# U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 8/20/2018 at 8:45 AM CDT and filed on 8/20/2018
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-TSL-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 777

**Docket Text:**
**ORDER TO SHOW CAUSE. Show Cause Response due by 9/17/2018. Signed by Magistrate Judge F. Keith Ball on 8/20/18. (dfk)**

**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Erica A. Reed - PHV     ereed@abetterchildhood.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gracemlopes@gmail.com

Grace M. Lopes(Terminated)     gmlopes@oymonitor.org

Harold Edward Pizzetta-State Gov , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

James N. Adams , Jr     jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal     krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov, glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally     melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley     mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis     paulmathis@bellsouth.net

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gma il.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

W. Wayne Drinkwater , Jr     wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479

Gulfport, MS 39502

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

John A. Piskora - PHV
LOEB & LOEB, LLP

345 Park Avenue
New York, NY 10154

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=8/20/2018] [FileNumber=4982978-0
] [0ce792316fd606e3c3aed501a33378fb5c52d1bcc20dd221ac0f5ecf95314a6ad73
da6afe33e8d155a786c6a72752e5324ad11634b6da9736e530ce6cdbc377c]]