Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

RECEIVED
AUG 23 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201502825    *2191-04775-19-41

NIXIE

UNITED STATES POSTAGE
$000.47⁰
PITNEY BOWES
MAILED FROM ZIP CODE 39201
AUG 15 2018

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

## Notices

3:04-cv-00251-TSL-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

## U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 8/15/2018 at 9:55 AM CDT and filed on 8/15/2018
**Case Name:**      Johnson, et al v. Barbour, et al
**Case Number:**    3:04-cv-00251-TSL-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**NOTICE of Hearing on Motion [768] MOTION to Amend/Correct** *for Scheduling Conference and for Amended Case Management Order Permitting Limited Discovery and Response to Defs Objection to Plaintiffs' Proposed Discovery* **: Motion Hearing set for 8/24/2018 09:30 AM in Courtroom 5D (Jackson) Ball before Magistrate Judge F. Keith Ball. Out-of-state counsel may appear by telephone. (dfk)**


**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Erica A. Reed - PHV     ereed@abetterchildhood.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gracemlopes@gmail.com

Grace M. Lopes(Terminated)     gmlopes@oymonitor.org

Harold Edward Pizzetta-State Gov , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

James N. Adams , Jr     jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal     krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov,

glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally     melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley     mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis     paulmathis@bellsouth.net

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

W. Wayne Drinkwater , Jr     wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061