IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                                    PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                                 DEFENDANTS

## ORDER

In accordance with the Court's ruling at the hearing on August 24, 2018, Plaintiffs' motion for an amended case management order and for limited discovery [768] is granted. It is hereby ordered as follows.

Plaintiffs are granted leave to propound the discovery requests as set forth in Exhibit A to their motion, except that all such requests shall be understood to be limited to fiscal years 2018 and 2019. Written responses to the requests shall be served by September 24, 2018; Documents shall be produced by October 8, 2018. Plaintiffs are also granted leave to depose witnesses identified in Defendants' responses to the discovery requests. All discovery shall be completed by October 23, 2018.

Before a party may serve any discovery motion, counsel must first confer in good faith as required by F.R.Civ.P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the undersigned to request a telephonic conference to discuss the issue as contemplated by F.R.Civ.P. 16(b)(3)(v). Only if the telephonic conference with the undersigned is unsuccessful in resolving the issue may a party file a discovery motion.

Plaintiffs' supplemental response to Defendants' 60(b) motion [756] shall be due 30 days from the final day of the discovery period.  Defendants' rebuttal to the supplemental response shall be due 30 days thereafter.

So ordered, this the 27th day of August,  2018.

s/_____
United States Magistrate Judge
