**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04cv251 TSL-FKB |
| | ) | |
| PHIL BRYANT, as Governor of the | ) | |
| State of Mississippi, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' MOTION FOR APPROVAL**
**OF CONTENTION DISCOVERY**
**RELATED TO RULE 60(b) MOTION**

The Plaintiffs' Motion For Scheduling Conference And For Amended Case Management Order Permitting Limited Discovery; And Response To Defendants' Objections To Plaintiffs' Proposed Discovery (the "Plaintiffs' Scheduling Conference/CMO Motion") [Dkt. No. 768] was heard by the Court on Friday, August 24, 2018.

Because the Plaintiffs' Scheduling Conference/CMO Motion requested both a Scheduling Conference and entry of a Case Management Order relating to the Defendants' Rule 60(b) Motion, the Defendants believed that the Court's rulings with regard to permissible discovery and the scope of discovery would be reciprocal and would authorize Defendants to serve limited contention discovery related to the Plaintiffs' defenses to the Rule 60(b) Motion and related supporting documents and witnesses.

To this end, the Defendants' Response to the Plaintiffs' Scheduling Conference/CMO Motion requested that the Court "convene a Scheduling Conference, establish an expedited schedule

for resolution of the Rule 60(b) Motion, and determine after conference the nature and scope of discovery, if any, that is appropriate." [Dkt. No. 771].

The Order entered by the Court relating to Plaintiffs' Scheduling Conference/CMO Motion did not address reciprocal contention discovery by the Defendants relating to the Plaintiffs' defenses, and supporting witnesses and documents to the Rule 60(b) Motion. The Defendants, therefore, request the Court authorize the Defendants to file the contention discovery attached to this Motion as Exhibit "A". This discovery is limited to the 60(b) Motion and will allow the Defendants to prepare for the Rule 60(b) Motion Hearing and related briefing.

In light of the nature of this Motion, the Defendants request relief from the requirement to file a Memorandum Brief in support of this response. *See* Uniform Local R. 7.

RESPECTFULLY SUBMITTED, this the 30th day of August, 2018.

> PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner, Mississippi Department of Child Protection Services; and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

> By: /s/ James L. Jones

2

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


Harold E. Pizzetta, III
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*phv*)
Sara Robinson-Glasser (*phv*)
Erica Reed (*phv*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (*phv*)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

SO CERTIFIED, this the 30th day of August, 2018.

/s/  James L. Jones

4