IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04cv251 TSL-FKB |
| ) | |
| PHIL BRYANT, as Governor of the ) | |
| State of Mississippi, *et al.,* ) | |
| ) | |
| Defendants ) | |

**AMENDMENT TO DEFENDANTS' MOTION FOR
APPROVAL OF CONTENTION DISCOVERY
<u>RELATED TO RULE 60(b) MOTION</u>**

Defendants amend the Defendants' Motion For Approval Of Contention Discovery Related to 60(b) Motion to add the following sentence: "The Defendants also request approval to depose witnesses identified in Plaintiffs' response to Defendants' contention discovery in the Defendants motion is granted."

This request for relief was inadvertently omitted from the original motion.

RESPECTFULLY SUBMITTED, this the 30th day of August, 2018.

        PHIL BRYANT, as Governor of the State of
        Mississippi; JESS H. DICKINSON, as Commissioner,
        Mississippi Department of Child Protection Services;
        and TRACY MALONE, as Deputy Commissioner of
        Child Welfare, Mississippi Department of Child
        Protection Services

        By: /s/ James L. Jones

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


Harold E. Pizzetta, III
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*phv*)
Sara Robinson-Glasser (*phv*)
Erica Reed (*phv*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (*phv*)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

SO CERTIFIED, this the 30th day of August, 2018.

/s/  James L. Jones