**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -4 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

NIXIE  392  FE 1  0009/02/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39201502825   *1166-05284-27-40



RECEIVED
SEP -4 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAGE
PITNEY BOWES
02 1P  $ 000.68⁰
0000846539  AUG 27 2018
MAILED FROM ZIP CODE 39201

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301



| | |
|---|---|
| Case Name: | Johnson, et al v. Barbour, et al |
| Case Number: | 3:04-cv-00251-TSL-FKB |
| Filer: | |

WARNING: CASE CLOSED on 01/04/2008
Document Number: No document attached

Docket Text:
**Minute Entry for proceedings held before Magistrate Judge F. Keith Ball: Motion Hearing held on 8/24/2018 re [768] MOTION to Amend/Correct *for Scheduling Conference and for Amended Case Management Order Permitting Limited Discovery and Response to Defs Objection to Plaintiffs' Proposed Discovery* filed by Zelatra W, Sharon Scott, Carla Lewis, Chris Powell, James D. Johnson. March Lowery and Michael Bentley appeared for Plaintiffs; James L. Jones, Kenya Key Rachal, and Jess Dickinson appeared for Defendants; Lisa Taylor participated by telephone. Plaintiffs' motion was granted. An order will be entered. Court Reporter/Transcriber Gina Morris, Telephone Number : 601-613-6135. (dfk)**

**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Erica A. Reed - PHV     ereed@abetterchildhood.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gracemlopes@gmail.com

Grace M. Lopes(Terminated)     gmlopes@oymonitor.org

Harold Edward Pizzetta-State Gov , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

James N. Adams , Jr     jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal     krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov, glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

W. Wayne Drinkwater , Jr    wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078

Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Richard Ferguson
P.O. Box 1767
Philidelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

**Orders on Motions**
3:04-cv-00251-TSL-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 8/27/2018 at 10:28 AM CDT and filed on 8/27/2018
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-TSL-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 782

**Docket Text:**
**ORDER granting [768] Motion to Amend/Correct. Signed by Magistrate Judge F. Keith Ball on 8/27/18 (dfk)**

**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton    rcotton@baptistchildrensvillage.com

Eileen Crummy    ecrummy@public-catalyst.com

Eric E. Thompson - PHV    ethompson@childrensrights.org

Erica A. Reed - PHV    ereed@abetterchildhood.org

Grace M. Lopes - PHV    gmlopes@oymonitor.org, gracemlopes@gmail.com

Grace M. Lopes(Terminated)    gmlopes@oymonitor.org

Harold Edward Pizzetta-State Gov , III    hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones    jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

James N. Adams , Jr    jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal    krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov, glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com
CMECF.widgit.ProcessingWindowDestroy() R>Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

W. Wayne Drinkwater , Jr    wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

H. Gordon Myrick, Inc.
c/o H. Gordon Myrick, Jr.
P. O. Box 1479
Gulfport, MS 39502

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Annie Anderson
3609 Tom Flag Rd.
Como, MS 38619

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Eric S. Manne(PHV)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Ezell Lanier
5215 Drvid Lane
Meridian, ms 39301

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue

New York, NY 10154

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=8/27/2018] [FileNumber=4990489-0
] [bd94b0049442ceabcc48183bdfa9c342a5d13e06a1bb10ca2c3016c7250629be0dc
19502d3eb8000de3474d3eec5c0c259ca13ba5759c76f951f704126df2c69]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                                    PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                                DEFENDANTS

## ORDER

In accordance with the Court's ruling at the hearing on August 24, 2018, Plaintiffs' motion for an amended case management order and for limited discovery [768] is granted. It is hereby ordered as follows.

Plaintiffs are granted leave to propound the discovery requests as set forth in Exhibit A to their motion, except that all such requests shall be understood to be limited to fiscal years 2018 and 2019. Written responses to the requests shall be served by September 24, 2018; Documents shall be produced by October 8, 2018. Plaintiffs are also granted leave to depose witnesses identified in Defendants' responses to the discovery requests. All discovery shall be completed by October 23, 2018.

Before a party may serve any discovery motion, counsel must first confer in good faith as required by F.R.Civ.P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the undersigned to request a telephonic conference to discuss the issue as contemplated by F.R.Civ.P. 16(b)(3)(v). Only if the telephonic conference with the undersigned is unsuccessful in resolving the issue may a party file a discovery motion.

Plaintiffs' supplemental response to Defendants' 60(b) motion [756] shall be due 30 days from the final day of the discovery period. Defendants' rebuttal to the supplemental response shall be due 30 days thereafter.

So ordered, this the 27th day of August, 2018.

                                                s/_____
                                                United States Magistrate Judge