**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS



$000.47
0000846539   AUG 15 2018
MAILED FROM ZIP CODE 39201



RECEIVED
SEP 10 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE   100  7E 1        0108/19/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 39201502825    *1366-07108-15-44

Tara S. Crean – PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

## Notices

3:04-cv-00251-TSL-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 8/15/2018 at 9:55 AM CDT and filed on 8/15/2018
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-TSL-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**NOTICE of Hearing on Motion [768] MOTION to Amend/Correct** *for Scheduling Conference and for Amended Case Management Order Permitting Limited Discovery and Response to Defs Objection to Plaintiffs' Proposed Discovery* **: Motion Hearing set for 8/24/2018 09:30 AM in Courtroom 5D (Jackson) Ball before Magistrate Judge F. Keith Ball. Out-of-state counsel may appear by telephone. (dfk)**


**3:04-cv-00251-TSL-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Erica A. Reed - PHV     ereed@abetterchildhood.org

Grace M. Lopes - PHV     gmlopes@oymonitor.org, gracemlopes@gmail.com

Grace M. Lopes(Terminated)     gmlopes@oymonitor.org

Harold Edward Pizzetta-State Gov , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

James N. Adams , Jr     jadams@bakerdonelson.com, dtate@bakerdonelson.com, jakeadams1@gmail.com, jcraft@bakerdonelson.com

Kenya Key Rachal     krachal@bakerdonelson.com, Brian.Lewis@mdcps.ms.gov,

glong@bakerdonelson.com, krachal@bellsouth.net, ltraxler@bakerdonelson.com, megan.bennett@mdcps.ms.gov, michelle.mcmurtray@mdcps.ms.gov

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, rnicholson@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech, Jr    stephenhleech@aol.com

W. Wayne Drinkwater, Jr    wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

**3:04-cv-00251-TSL-FKB Notice has been delivered by other means to:**

Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

John A. Piskora - PHV
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Steven Wheeler
P. O. Box 392
Escatawpa, MS 39552

Tara S. Crean - PHV
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001

Teresa A. Wells
P.O. Box 14
Mt. Pleasant, MS 38649

Whitney M. Johnson
416 N. Clark St.
Milledgeville, GA 31061