OLIVIA Y., by and through her Next Friend, James D. Johnson, et al.,

VS

PHIL BRYANT, et al.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

Response too. Document, 777

Case 3:04-cv-00251-TSL-FKB
Document 777 Filed 8/2/18

I Jeralyn Jone would like to stick with these procedures until justice is satisfied.

Thank You

Jeralyn Jone