IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                                       PLAINTIFFS

VS.                                                       CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                               DEFENDANTS

## ORDER

On August 27, 2018, this court entered an order [783] granting Plaintiffs' motion for an amended case management order and for leave to conduct limited discovery relating to Defendants' 60(b) motion. The Court granted the motion and entered an order setting forth a schedule for the requested discovery and a briefing schedule.

Defendants have now filed a motion [787] asking for leave to conduct discovery in preparation for the hearing on the 60(b) motion and for entry of a new scheduling order. Plaintiffs do not oppose Defendants' request for discovery. However, they have proposed a new discovery schedule that allows an earlier deadline for Defendants' depositions than for their own. Defendants oppose Plaintiffs' proposed schedule. Having considered the motion, response, and reply, the Court orders as follows.

Defendants are granted leave to propound the discovery requests as set forth in the exhibit to their motion and to depose witnesses identified in Plaintiffs' responses to the discovery. Responses to the requests, and production of documents thereunder, shall be due 30 days after service of the requests.

The discovery deadline is extended to November 30, 2018. Depositions may be taken in any order during this period.

All other provisions of this Court's order of August 27, 2018, shall remain in effect.

So ordered, this the 21st day of September, 2018.

s/ F. Keith Ball
United States Magistrate Judge