## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                              PLAINTIFFS

V.                                           CIVIL ACTION NO.  3:04CV251 TSL-FKB

PHIL BRYANT, et al.                                            DEFENDANTS

---

### NOTICE OF SERVICE

---

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

### *Defendants' First Set of Interrogatories to Plaintiffs*

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

This the 21st day of September, 2018.

PHIL BRYANT, as Governor of the State of
Mississippi; JESS H. DICKINSON, as
Commissioner,
Mississippi Department of Child Protection
Services;
and TRACY MALONE, as Deputy Commissioner
of
Child Welfare, Mississippi Department of Child
Protection Services

By: /s/  James L. Jones

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*phv*)
Sara Robinson-Glasser (*phv*)
Erica Reed (*phv*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (*phv*)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

SO CERTIFIED, this the 21st day of September, 2018.

/s/  James L. Jones