IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al().                                                                  PLAINTIFFS

V.                                                       CIVIL ACTION NO. 3:04CV251 TSL-FKB

PHIL BRYANT, et al.                                                                  DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

*Defendants' First Request for Production of Documents to Plaintiffs*

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

This the 21st day of September, 2018.

> PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner,
> Mississippi Department of Child Protection Services;
> and TRACY MALONE, as Deputy Commissioner of
> Child Welfare, Mississippi Department of Child Protection Services
>
> By: /s/ James L. Jones

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS 39205

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*phv*)
Sara Robinson-Glasser (*phv*)
Erica Reed (*phv*)
A BETTER CHILDHOOD
1095 Hardscrabble Road
Chappaqua, NY  10410

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St, Ste 400
Jackson, MS  39201

Christian Carbone (*phv*)
LOEB & LOEB, LLP
345 Park Avenue
New York, NY  10154

      SO CERTIFIED, this the 21st day of September, 2018.

                                  /s/ James L. Jones