IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                                                PLAINTIFFS

VS.                                                          CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                                     DEFENDANTS

### **SHOW CAUSE ORDER**

On May 4, 2007, a letter was filed in this case by Sister Donna Gunn on behalf of the Coalition for Children's Welfare [411], and the Clerk added this organization as an interested party. Since that time, the organization has remained on the docket sheet, and electronic notices from the Clerk indicate that notice by other means is being provided to it. However, the Coalition for Children's Welfare has never provided the Court with a mailing address, and thus notices are not in fact being mailed to the organization. It is therefore ordered that the parties show cause, in writing, on or before October 15, 2018, as to why the Coalition for Children's Welfare should not be terminated as an interested party in this action.

So ordered, this the 24th day of September, 2018.

s/ F. Keith Ball
United States Magistrate Judge