**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

OLIVIA Y., et al.                                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO.  3:04CV251 TSL-FKB

PHIL BRYANT, as Governor
of the State of Mississippi, et al.                                          DEFENDANTS

---

**NOTICE OF SERVICE**

---

Notice is hereby given, pursuant to local rules, that Defendants have this day served in

the above action the following:

***Defendants' Responses to Plaintiffs' First Request for Production of Documents***

The undersigned retains the original of the above documents as custodian thereof

pursuant to local rules.

This the 24th day of September, 2018.

> PHIL BRYANT, as Governor of the State of
> Mississippi; JESS H. DICKINSON, as Commissioner,
> Mississippi Department of Child Protection
> Services; and TRACY MALONE, as Deputy
> Commissioner of Child Welfare, Mississippi
> Department of Child Protection Services
>
>
> By:  /s/  *Kenya Key Rachal*

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*pro hac vice*)
Sara Robinson-Glasser (*pro hac vice*)
Erica Reed (*pro hac vice*)
A BETTER CHILDHOOD
355 Lexington Avenue
New York, New York  10011

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St., Ste 400
Jackson, MS  39201

Christian Carbone (*pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York  10154

SO CERTIFIED, this the 24th day of September, 2018.

/s/  *Kenya Key Rachal*