## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

OLIVIA Y., et al.                                                                                   PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:04CV251 TSL-FKB

PHIL BRYANT, as Governor
of the State of Mississippi, et al.                                                        DEFENDANTS

## NOTICE OF SERVICE

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

*Defendants' Document Responses to Plaintiffs' First and Second Sets of Requests for Production*

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

This the 9th day of October, 2018.

                                          PHIL BRYANT, as Governor of the State of Mississippi; JESS H. DICKINSON, as Commissioner, Mississippi Department of Child Protection Services; and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

                                          By: /s/ *Kenya Key Rachal*

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*pro hac vice*)
Erica Reed (*pro hac vice*)
A BETTER CHILDHOOD
355 Lexington Avenue
New York, New York  10011

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St., Ste 400
Jackson, MS  39201

Christian Carbone (*pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York  10154

SO CERTIFIED, this the 9th day of October, 2018.

/s/  *Kenya Key Rachal*

4819-3928-1526 v1
2902819-000001 10/05/2018