## **EXHIBIT A**

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1. Budget requests submitted by Mississippi Department of Child Protection Services to the Mississippi Legislature for SFY 2019;

2. The SFY 2018 deficit;

3. The SFY 2019 deficit;

4. Efforts to secure additional funding for SFY 2019.