# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                            Plaintiffs.

                                                                         CIVIL ACTION NO.
v.                                                            3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                            Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of **Kris Jones**, Deputy Commissioner for Administration for the Mississippi Department of Child Protection Services, on Tuesday, November 27, 2018, beginning at 10:30 a.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East Capitol Street, Suite 400, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

Plaintiffs request that deponent bring to said deposition all documents described in Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this, 15th day of October, 2018.

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
Erica A. Reed (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org
ereed@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)