**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI NORTHERN DIVISION**

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

           Plaintiffs.

v.                   CIVIL ACTION NO.
                    3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

           Defendants.

---

## NOTICE OF SERVICE

 Notice is hereby given that named Plaintiffs, by and through its undersigned counsel, have this day served the following document to all known counsel of record:

1. **Plaintiffs' Responses to Defendants' First Set of Interrogatories; and**
2. **Plaintiffs' Responses to Defendants' First Request for Production of Documents**

 Dated: October 22, 2018

               */s/ Marcia Robinson Lowry*
               Marcia Robinson Lowry (*pro hac vice*)
               Erica A. Reed (*pro hac vice*)
               A Better Childhood, Inc.
               355 Lexington Avenue, Floor 16
               New York, NY 10011
               Telephone (646) 808-7344
               Facsimile: (914) 238-0365
               Email: mlowry@abetterchildhood.org
                    ereed@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
      mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

   *Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

                                        */s/ Marcia Robinson Lowry*
                                         Marcia Robinson Lowry (*pro hac vice*)