# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

          Plaintiffs.

v.                        CIVIL ACTION NO.
                      3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

          Defendants.

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of **David Chandler**, former Commissioner for the Mississippi Department of Child Protection Services, on Wednesday, November 29, 2018, beginning at 11:00 a.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East Capital Street, Suite 400, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

Plaintiffs request that deponent bring to said deposition all documents described in Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this, 14th day of November, 2018.

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
Erica A. Reed (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org
   ereed@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
   mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

                                  *s/ Marcia Robinson Lowry*
                                  Marcia Robinson Lowry (*pro hac vice*)

## **EXHIBIT A**

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1. Budget requests submitted by Mississippi Department of Child Protection Services to the Mississippi Legislature for SFY 2019;

2. The SFY 2018 deficit;

3. The SFY 2019 deficit;

4.  Efforts to secure additional funding for SFY 2019.