IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OLIVIA Y., et al.                                                                                    PLAINTIFFS

V.                                                         CIVIL ACTION NO.  3:04CV251 TSL-FKB

PHIL BRYANT, as Governor
of the State of Mississippi, et al.                                                              DEFENDANTS

**NOTICE OF SERVICE**

Notice is hereby given, pursuant to local rules, that Defendants have this day served in the above action the following:

*Defendants' Second Supplemental Document Responses to Plaintiffs' Second Request for Production of Documents*

The undersigned retains the original of the above documents as custodian thereof pursuant to local rules.

This the 26th day of November, 2018.

                                                PHIL BRYANT, as Governor of the State of
                                                Mississippi; JESS H. DICKINSON, as Commissioner,
                                                Mississippi Department of Child Protection
                                                Services; and TRACY MALONE, as Deputy
                                                Commissioner of Child Welfare, Mississippi
                                                Department of Child Protection Services

                                                By: /s/ *Kenya Key Rachal*

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
Jake Adams (MSB #101538)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS 39205

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Marcia Robinson Lowry (*pro hac vice*)
Sara Robinson-Glasser (*pro hac vice*)
Erica Reed (*pro hac vice*)
A BETTER CHILDHOOD
355 Lexington Avenue
New York, New York  10011

W. Wayne Drinkwater, Jr. (MSB #6193)
Michael J. Bentley (MSB #102631)
BRADLEY, ARANT, ROSE & WHITE, LLP
One Jackson Place
188 E. Capitol St., Ste 400
Jackson, MS  39201

Christian Carbone (*pro hac vice*)
LOEB & LOEB, LLP
345 Park Avenue
New York, New York  10154

SO CERTIFIED, this the 26th day of November, 2018.

/s/  Kenya Key Rachal