FORM 6 (ND/SD MISS. DEC. 2016)

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

Olivia Y, et al.,                                                                 Plaintiff

v.                                                              CIVIL ACTION NO. 3:04-CV-251-TSL-FKB

PHIL BRYANT,                                                                Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:                  Dawn J. Post

       Firm Name:            A Better Childhood

       Office Address:       355 Lexington Ave. 16th Floor

       City:                 New York                State NY        Zip 10017

       Telephone:            646-795-4447            Fax:

       E-Mail:               dpost@abetterchildhood.org

                             The Plaintiff Class certified in this action and represented by Olivia Y.
                             and/or other named plaintiffs.
(B)   Client(s):

       Address:

       City:                 Jackson                 State MS        Zip

       Telephone:                                    Fax:

The following information is optional:

1

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?  No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

This case is a class action law suit on behalf of children in foster care. I am a recognized expert in children's rights, advocacy and litigation. I have provided various trainings on family law matters in New York City focusing on trial skills, the role of the attorney for the child, custody and visitation, and child protection. Nationally, I have led panels and discussions about providing voice to children in high conflict custody and visitation cases and addressing broken adoptions. Internationally, I have lectured on the role and responsibilities of the attorney for the child. I have 15 years of experience in the child welfare field, 12 of which were as a supervisor, and have founded and lead new projects and initiatives in child welfare in NYC. In my last position as a co-director, our office represented 7500 children per year in the family and IDV courts.

(C)   I am admitted to practice in the:

    X        State of New York

    X        Southern District of New York

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Southern District of New York
500 Pearl Street, New York, New York 10007-1312 (212) 805-0136
300 Quarropas Street, White Plains, New York 10601-4150 212-805-0515
http://www.nysd.uscourts.gov

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
| --- | --- |
| Minnesota | 2000-Present (voluntary inactive) |
| New York | 2002-Present |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? |  | X |
|  | Have you had admission pro hac vice revoked in this state? |  | X |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

3

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

| | |
|---|---|
| Name and Bar Number | Michael J. Bentley  (MS Bar No. 102631) |
| Firm Name: | Bradley Arant Boult Cumming |
| Office Address: | 188 East Capitol Street, Suite 400, One Jackson Place |
| | City: Jackson    State: MS    Zip: 39201 |
| | Telephone: 601.948.800    Fax: 601.948.3000 |
| Email address: | mbentley@bradley.com |

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/Michael J. Bentley
Resident Attorney

I certify that the information provided in this Application is true and correct.

12/7/18
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 18th day of December, 2018.

/s/Michael J. Bentley
Resident Attorney