# MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES



## Recruitment, Hiring and Retention Plan

Submitted: May 25, 2016

Dr. David Chandler
Commissioner
Department of Child Protection Services
(601)359-4458
David.Chandler@mdhs.ms.gov

EXHIBIT B

EXHIBIT 4
T. Cheeseman
11/27/18
Ginger H. Brooks
CCR, CRR, RPR, RSA

I.  **Summary**

Pursuant to §6.b of the Interim Remedial Order, the Mississippi Department of Child Protection Services (DCPS) submits this Recruitment, Hiring and Retention Plan. The workforce plan will focus on selecting, onboarding and developing a competent child welfare staff. Our primary emphasis is to ensure caseloads are manageable with sufficient staff to effectively manage them. Though it can be very rewarding, child welfare work is also extremely challenging. Secondary traumatic stress, burnout, and turnover historically impact the longevity of child welfare workers in their roles. We believe decreased workloads, increased salaries, the deployment of enhanced technology, and competent supervision will support recruitment and retention of child welfare staff as well as improve the public's confidence in the agency's ability and capacity to keep children safe and strengthen families.

II.  **Analyzing Staffing Needs**

In accordance with §6.a. of the Interim Remedial Order, DCPS worked with Public Catalyst to complete a point in time caseload audit based upon the new weighted caseload standards set forth in the November 24, 2015 Organizational Analysis. The new standards will no longer use a minutes-based methodology but a clear weighted formula for caseload carrying staff, including those that carry more than one type of case. Applying these standards to the caseload audit coupled with accounting for vacancies and regular turnover will determine the number of staff the department needs to create manageable workloads.

As part of the audit process, DCPS identified the counties or regions that would need support to complete the workload counts and validation. An audit support team lead was assigned to a specific county or region to assist with the processes. Counties without a team lead had a designated point person to work within the remaining counties in the region to conduct and complete the workload audits.

Field Operations provided staff with service type definitions and counting instructions for reviewing and validating the accuracy of the assigned investigations, inquiries, resource homes assigned for supervision, and foster care and in-home cases. Findings were recorded using an Excel template provided by Public Catalyst. This process was completed for all workers (including licensure/adoption staff) and ASWSs. During the review and validation, edits to Family Service Plans (FSP) were made as needed to ensure that the correct direct services were assigned to case members, inquiries that were no longer needed were closed, and foster homes were assigned to licensure and adoption staff.

A subgroup of team leads convened after the workload audits were complete to combine the results from all counties and tally the direct services by ASWS/worker, region and then ultimately the state totals. The caseload standards that were used are described in the chart below.

**DCPS New Caseload Standards**

| Role | Standards | Weight Per Case - 100% Capacity |
|---|---|---|
| Child Protection Workers (Investigations Level 2 and 3) | 14 Investigations | 0.0714 |
| Ongoing Foster Care Workers (Placement Responsibility & Service) | 14 children | 0.0714 |
| Ongoing Foster Care Workers (Placement County of Responsibility) | | 0.0357 |
| Ongoing Foster Care Workers (Placement County of Service) | | 0.0357 |
| In-Home Protection Workers (Protection Responsibility & Service and ICPC Incoming) | 17 families | 0.0588 |
| In –Home Protection Workers (Protection County of Responsibility) | | 0.0294 |
| In-Home Protection Workers (Protection County of Service) | | 0.0294 |
| In-Home Dependency/Prevention Workers (Prevention Responsibility & Service) | 25 families | 0.04 |
| In-Home Dependency/Prevention Workers (Prevention County of Responsibility) | | 0.02 |
| In-Home Dependency/Prevention Workers (Prevention County of Service) | | 0.02 |
| New Application Licensing Workers (Resource Inquiry, ICPC Application and Resource Home Study) | 15 homes | 0.0667 |
| Renewal Licensing Workers (Resource Home Supervision and Resource Renewal) | 36 homes | 0.0278 |
| Adoption Workers (Adoption County of Service) | 9 children | 0.1111 |
| Abuse and Neglect Intake Workers | 118 Intakes | 0.0085 |

After completing the analysis of existing staff, vacancies and turnover employing the new caseloads weights, DCPS has determined 509 additional positions are needed to bring workloads to a manageable level. The division arrived at this number by totaling the number of current frontline and resource staff, the number of vacant positions, and the staff presently in training to identify the total number of current positions available. The number of vacancies was then subtracted from the number the audit shows the agency needs to get a total number of new positions that need to be allocated to each region. The same methodology was used for ASWS staff. For each county, the number was rounded to the nearest whole number to create a position. Based on the information related to turnover we have at this time it appears the

agency has a turnover rate of around 15%. To account for this turnover a 15% increase in positions by county was included in the total number of staff needed. This number was also rounded up to the nearest whole number. A table of current staffing and new positions needed, by type, within in each region or county is attached as Appendix A.

These caseload weights and updated workload reports and methodology will be also used to forecast the number of staff needed for future budget requests by the agency. Since the prior and new caseload data are calculated using different methodologies, we are not able to readily compare any previous workload trends. Going forward, a workload of 1.0 will help us evaluate whether a new PIN is needed in that county. Supervisor ratios will remain 5 workers to 1 ASWS.

## III.   Managing the Onboarding Process

### Hiring Infrastructure and Objectives

DCPS is currently establishing its own "in-but-not-of" structure for Human Resources. This construct will enable us to utilize the existing MDHS structure while building our own human resources capacity. In the immediate future, DCPS Human Resources has three objectives:

1. Initiate a streamlined, efficient hiring process;
2. Hire support staff in the regions to serve as single points of contact for all personnel transactions; and
3. Facilitate a transition plan to take over all aspects of human resources services.

The goal of the newly established DCPS Human Resources unit is to provide support to the State Office and the field so that the focus of regional and county office work can be on the families and children served by DCPS staff. Human Resources services include, but are not limited to, recruitment for vacant positions, processing new hires and separations, facilitating agency organizational structure and job classifications, documentation of time-cards including payroll, tax information, making efficient use of agency positions, maintaining compliance with employment laws and regulations, facilities maintenance, and partnering with the Professional Development Unit to onboard field staff.

### Recruiting Staff

The barriers to hiring staff have historically been related to low salaries with increased educational requirements. As a result there are areas of the state that have experienced challenges with hiring. We believe with increased salary, changes in the ASWS job qualifications, and increased supervisory support due to lower workload, we will be able to break through these barriers.

On July 1, 2016, DCPS HR will not operate under the purview of the Mississippi State Personnel Board (SPB). However, DCPS HR will utilize their services in order to effectively recruit qualified applicants. DCPS HR will advertise the positions below on the agency's new website and SPB website for continuous recruiting of these positions.

- DHS-Family Protection Worker I/4554
- DHS-Family Protection Worker II/4555
- DHS-Family Protection Specialist/4556
- DHS-Family Protection Specialist Senior/4557
- DHS-Family Protection Specialist Advanced/4558
- DHS – ASWS/3745

The personnel officer or single point of contact for hiring in the field may contact the processing administrator at State Office to receive a list of qualified applicants in that hiring agent's region within two business days of the request. This request will be made electronically and the list will be sent electronically to expedite the process.

In addition to the SPB website, DCPS will continue to recruit through university job boards, job fairs and by communicating with the various schools of Social Work in an effort to recruit their recent graduates and alumni. Field Operations is making contact with all of the schools of Social Work in Mississippi as well as universities in bordering states within close proximity to share information relating to salary increases and vacancies. DCPS is designing a brochure to disseminate to Ivy League universities to attract recent graduates.

## Olivia Y. Priority Hiring Process

For SFY 2017, DCPS requested additional funds to hire 142 frontline workers, licensure/adoption workers and 28 field supervisors, and support staff positions. As of April 18, 2016, there were 195 vacancies. The caseload audit data revealed a need to adjust and re-allocate positions to address staffing needs in field operations. The direct services staff is assigned by county and the licensure/adoption staff is by region. A table of new PIN allocations is attached in Appendix B.

Utilizing the results of the staffing analysis based on the caseload audit (Appendix A), DCPS intends to fill 285 frontline positions with qualified applicants on an expedited basis, as follows:

| Priority Hiring Schedule | Frontline Positions to be Filled |
|---|---|
| April – June 2016 | 75 |
| July – September 2016 | 120 |
| October – December 2016 | 90 |
| TOTAL | 285 |

If more than the allocated number of staff is hired in the time periods listed above, the overage of staff will be added to the following quarter.

A Division Director II assigned to the Professional Development Unit will oversee implementation of the Recruitment, Hiring and Retention Plan.

4

EXHIBIT B

DCPS HR will implement the following steps and guidelines with the field in order to streamline and expedite the hiring process. Details of the current and planned hiring processes are outlined in Appendix C.

- A HR team will travel from State Office to the highest needs areas to expedite processing. This team will be equipped with all of the forms and supplies needed to complete hiring packets on site. The state of Mississippi Human Resources database (SPHARS) shuts down every year two weeks prior to the end of the fiscal year. Therefore, DCPS will be unable to enter any personnel transactions between June 15 and July 5. However, DCPS will utilize this time to mobilize teams to conduct recruitment activity, interview qualified applicants, and obtain all necessary documents for the targeted areas.

- DCPS HR will hire additional State Office staff to process new hire packets, which will reduce delays in the HR processes.

- DCPS will implement DocuSign HR paperwork. This will streamline the signature approval for hiring field staff. Currently, the action form requires signature from the hiring supervisor, the division director, finance and budgets, and executive office prior to being sent to HR. Beginning July 1, 2016, DCPS will accept scanned applications from the field. Therefore, the field will not have to rely upon originals being mailed to state office prior to action taken on a recommendation.

- On July 1, 2016, SPB will no longer determine the minimum qualifications of a particular position. DCPS HR will determine if applicants meet the minimum qualifications prior to extending an offer of employment. These minimum qualifications will be determined by the job descriptions below:

| Position | Function | Minimum Qualifications |
|---|---|---|
| DHS Family Protection Worker I | Frontline worker | BS/BA in related field |
| DHS Family Protection Worker II | Frontline worker, Regional Independent Living worker, Fingerprint Coordinator, etc. | BS/BA in related field year + 1 year of experience |
| DHS Family Protection Specialist | Frontline worker | BSW |
| DHS Family Protection Specialist | Licensure | BSW +2 years of experience |
| DHS Family Protection Specialist Senior | Senior level frontline practice, required for adoption specialist position | LSW +2 years of experience or LSW and MSW |
| DHS Family Protection Specialist Advanced | Advanced level frontline practice, Foster Care Review, Evaluation and Monitoring | LSW +4 years of experience or LSW and MSW +2 years of experience |

| Position | Function | Minimum Qualifications |
|---|---|---|
| DHS Area Social Work Supervisor | County or unit level supervisor/manager | LSW +4 years of experience or LSW and in school + 3 years of experience or LSW and MSW +2 years of experience |
| DHS Regional Social Work Supervisors | Regional level supervisor | LSW + 6 years of experience OR LSW and MSW + 3 years of experience |

## Training and Retention

Through a partnership with a public university and agency consultants in Mississippi, the Professional Development unit offers many levels of training. The Pre-Service Training consists of over 270 hours of both classroom and field work culminating in an exam which new workers must pass prior to receiving a caseload. The proposed plan is to shift the prior schedule of new classes beginning every eight weeks to scheduling classes every month, except December, with two training classes in July 2016, September 2016, January 2017, and May 2017. This will enable us to train at least 613 staff in the July 2016 – June 2017 training year, representing an increase of 396 more staff than the 217 staff we have trained this fiscal year. The chart below represents the number of staff who can begin training each month over the next year pending a signed contract with our university partner.

| Month to begin Training | Number of slots available |
|---|---|
| April 2016 | 48 |
| June 2016 | 25 |
| July 2016 | 60 |
| August 2016 | 30 |
| September 2016 | 60 |
| October 2016 | 90 |
| November 2016 | 30 |
| January 2017 | 90 |
| February 2017 | 30 |
| March 2017 | 60 |
| April 2017 | 30 |
| May 2017 | 60 |
| Total | 613 |

The tuition reimbursement program is an excellent tool for both recruitment and retention of staff. The agency has partnerships with state public universities to offer MSW courses in a compressed number of days. This offers staff the opportunity to receive a Master's in Social Work while maintaining full-time employment with the agency. If an employee elects to participate in the MSW cohort, they will work on a compressed schedule, which consists of eight 9-hour workdays and one 8-hour day per period with a day off on either every other Monday or every other Friday. In addition to the cohort contracts, the scholarship program will pay for the employee's education. The compressed schedule is also available to staff who are not in a cohort program and this is a very attractive incentive to many current staff and newly hired staff.

## Facilities & Equipment

DCPS determined the need to develop a more effective onboarding process to accommodate new employees with facilities and equipment/commodities. MDHS has identified a designee to coordinate office space for MDHS and DCPS. This individual has all of the necessary resources available to him to accomplish this task. We can currently accommodate 156 new staff in our existing offices. We are working with the MDHS designee to evaluate the current need. Once the needs have been identified, we will continue to work with MDHS to secure office space.

The request for appropriations included the need for equipment, including computers, phones, and tablets as well as, compensation for travel and commodities in the budget request. These are accounted for and will be provided upon hire of each new employee.

The agency is in the process of equipping tablets and smartphones to frontline staff and supervisors. The availability of enhanced technology will allow our staff to do their work more efficiently.

## Data Tracking and Trends

DCPS is developing procedures in the Human Resources Unit for tracking and reporting on newly hired staff as well as turnover of existing staff.

The former MDHS Human Resources Director conducted a hand audit of separations from the agency (DCPS – division code 0662). The potential separation codes were: Death, Dismissed, Voluntary Separation, Inter or Intra Agency Transfer, and Other. As data quality issues may exist in tracking trends in separations, promotions and movement within the agency, the newly established DCPS HR intends to address this lack of data reporting capability systematically. In order to develop a more valid and reliable tracking system for separations from the agency, to identify trends in turnover, and to facilitate targeted recruitment and retention efforts, DCPS HR will begin tracking all terminations, voluntary and involuntary on July 1, 2016. The estimated 180 agency separations will be tracked using an Excel spreadsheet for data trending and reporting using the format below:

7

| Last | First | PIN | County | Position | 217 Received | Hire Date | Separation Date | Reason | Classification of Position | Time-limited State-Service | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Doe | John | 123 | Hinds | ASWS | 1/2/3 | 1/3/4 | 1/4/5 | Termination | Resource Supervisor | State Service | Policy violations |
| Doe | Jim | 456 | Hinds | FPSA | 2/3/4 | 4/5/4 | 4/5/15 | Intra-Agency Transfer | Special Investigator | State service | Went to health dept |
| Doe | Jill | 789 | Hinds | FPS | 2/2/2 | 2/4/3 | 12/3/14 | Other employment | Frontline | Time-limited | private sector |

The DCPS HR Division Director will compare this manual tracking to SPAHRS data once a month. Since these will be new efforts, not previously tracked by this unit, it may be realized in the next 12 months that other reporting capabilities or efficiencies exist. If that is the case, a new tracking plan will be created. If the plan is successful in reliably tracking separation data, this tracking system will be implemented for other trends in the workforce, such as tracking promotions and movement between units in the agency. Additionally, the DCPS HR Division Director will validate the data using budget reports and funding codes from SPB.

**Appendix A-DCPS Staffing Analysis Based on Caseload Audit (April 2016)**

| Region | County | # of Filled Frontline Worker Positions | # of Vacant Frontline Worker Positions | # of New Frontline Worker Positions Needed to Meet Caseload Standards | # of Filled Licensing & Adoption Worker Positions | # of Vacant Licensing & Adoption Worker Positions | # of New Licensing & Adoption Worker Positions Needed to Meet Caseload Standards | # of Filled ASWS Positions | # of Vacant ASWS Positions | # of New ASWS Positions Needed to Meet Caseload Standards | Total Current Staff & ASWS Allocation | New Allocation of Staff & ASWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-N | Alcorn | 5 | 4 | 4 | | | | 1 | 1 | 1 | 11 | 5 |
| 1-N | Benton | 2 | 1 | 1 | | | | 1 | 1 | 0 | 3 | 1 |
| 1-N | Desoto | 19 | 5 | 8 | | | | 3 | 2 | 4 | 27 | 12 |
| 1-N | Marshall | 6 | | 3 | | | | | | 0 | 8 | 3 |
| 1-N | Prentiss | 4 | 2 | 1 | | | | 1 | | 1 | 7 | 2 |
| 1-N | Tippah | 4 | 1 | 6 | | | | 1 | | 2 | 6 | 8 |
| 1-N | Tishomingo | 3 | 3 | 2 | | | | 1 | | 1 | 7 | 3 |
| 1-N | Regional Office | | | | 12 | 3 | 29 | 3 | | 6 | 18 | 35 |
| 1-S | Calhoun | 3 | 1 | 1 | | | | 1 | | 0 | 5 | 1 |
| 1-S | Chickasaw | 1 | 1 | 0 | | | | 1 | | 0 | 4 | 0 |
| 1-S | Itawamba | 5 | 2 | 2 | | | | 1 | | 1 | 8 | 3 |
| 1-S | Lafayette | 3 | 1 | 2 | | | | 1 | | 1 | 5 | 3 |
| 1-S | Lee | 11 | 4 | 4 | | | | 3 | 1 | 0 | 19 | 4 |
| 1-S | Monroe | 7 | 5 | 0 | | | | 2 | 1 | 0 | 15 | 0 |
| 1-S | Pontotoc | 7 | 3 | 1 | | | | 3 | | 0 | 13 | 1 |
| 1-S | Union | 9 | 1 | 1 | | | | 2 | | 1 | 12 | 2 |
| 1-S | West Chickasaw | 3 | | | | | | 1 | | 0 | 4 | 1 |
| 1-S | Regional Office | | | | 12 | 2 | 20 | 3 | | 4 | 17 | 24 |
| 2-E | Carroll | 1 | 1 | 0 | | | | 1 | | 0 | 3 | 0 |
| 2-E | Grenada | 5 | 1 | 1 | | | | 1 | | 1 | 7 | 2 |
| 2-E | Leflore | 3 | 1 | 3 | | | | 1 | | 1 | 5 | 4 |
| 2-E | Montgomery | 2 | 1 | 1 | | | | | | 1 | 3 | 2 |
| 2-E | Panola | 4 | | 1 | | | | 1 | | 0 | 5 | 1 |
| 2-E | Quitman | 2 | 1 | 2 | | | | | | 1 | 2 | 3 |
| 2-E | Tallahatchie | 2 | | 1 | | | | 1 | | 0 | 3 | 1 |

| Region | County | # of Filled Frontline Worker Positions | # of Vacant Frontline Worker Positions | # of New Frontline Worker Positions Needed to Meet Caseload Standards | # of Filled Licensing & Adoption Worker Positions | # of Vacant Licensing & Adoption Worker Positions | # of New Licensing & Adoption Worker Positions Needed to Meet Caseload Standards | # of Filled ASWS Positions | # of Vacant ASWS Positions | # of New ASWS Positions Needed to Meet Caseload Standards | Total Current Staff & ASWS Allocation | New Allocation of Staff & ASWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-E | Tate | 2 | 1 | 1 | | | | 1 | 1 | 0 | 4 | 1 |
| 2-E | Tunica | 0 | | | | | | | | 0 | 1 | 0 |
| 2-E | Yalobusha | 4 | 1 | 0 | | | | 1 | | 0 | 6 | 0 |
| 2-E | Regional Office | | | 1 | 5 | 0 | 9 | 1 | | 2 | 6 | 11 |
| 2-W | Coahoma | 3 | 2 | 0 | | | | 1 | | 0 | 4 | 2 |
| 2-W | East Bolivar | 4 | | 1 | | | | | | 1 | 5 | 1 |
| 2-W | Humphreys | 4 | | 1 | | | | 1 | | 0 | 4 | 2 |
| 2-W | Sunflower | 7 | | 2 | | | | 2 | | 0 | 9 | 0 |
| 2-W | Washington | 20 | 6 | 4 | | | | 5 | 3 | 0 | 34 | 4 |
| 2-W | West Bolivar | 3 | | 1 | | | | 1 | | 0 | 4 | 1 |
| 2-W | Regional Office | | | | 9 | 0 | 6 | 1 | | 2 | 10 | 8 |
| 3-N | Attala | 3 | | 1 | | | | 1 | | 0 | 4 | 1 |
| 3-N | Holmes | 3 | | 1 | | | | | | 1 | 3 | 2 |
| 3-N | Issaquena | 0 | | | | | | | | 0 | 0 | 0 |
| 3-N | Leake | 3 | | 1 | | | | 1 | 1 | 2 | 4 | 1 |
| 3-N | Madison | 5 | 2 | 4 | | | | | | 0 | 8 | 6 |
| 3-N | Rankin | 28 | 9 | 5 | | | | 6 | 3 | 0 | 46 | 5 |
| 3-N | Scott | 3 | 1 | 1 | | | | | 1 | 0 | 5 | 1 |
| 3-N | Sharkey | 1 | | 1 | | | | | | 1 | 1 | 2 |
| 3-N | Yazoo | 5 | 2 | 2 | | | | 1 | | 1 | 8 | 3 |
| 3-N | Regional Office | | | | 11 | 0 | 21 | 2 | | 5 | 13 | 26 |
| 3-S | Hinds | 47 | 5 | 9 | | | | 6 | 5 | 2 | 63 | 11 |
| 3-S | Warren | 6 | 4 | 3 | | | | 2 | | 1 | 12 | 4 |
| 3-S | Regional Office | | | | 11 | 0 | 19 | 1 | | 5 | 12 | 24 |
| 4-N | Choctaw | 1 | 2 | 2 | | | | | | 1 | 1 | 3 |
| 4-N | Clay | 3 | 2 | 0 | | | | 2 | | 0 | 7 | 0 |

| Region | County | # of Filled Frontline Worker Positions | # of Vacant Frontline Worker Positions | # of New Frontline Worker Positions Needed to Meet Caseload Standards | # of Filled Licensing & Adoption Worker Positions | # of Vacant Licensing & Adoption Worker Positions | # of New Licensing & Adoption Worker Positions Needed to Meet Caseload Standards | # of Filled ASWS Positions | # of Vacant ASWS Positions | # of New ASWS Positions Needed to Meet Caseload Standards | Total Current Staff & ASWS Allocation | New Allocation of Staff & ASWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-N | Kemper | 2 | | 1 | | | | 1 | | 1 | 2 | 2 |
| 4-N | Lowndes | 10 | 2 | 1 | | | | 2 | 1 | 1 | 14 | 2 |
| 4-N | Neshoba | 5 | 1 | 0 | | | | 1 | | 0 | 8 | 0 |
| 4-N | Noxubee | 2 | | 1 | | | | 1 | | 0 | 3 | 1 |
| 4-N | Oktibbeha | 4 | 2 | 0 | | | | 1 | 1 | 1 | 7 | 1 |
| 4-N | Webster | 2 | 1 | 0 | | | | | | 0 | 4 | 0 |
| 4-N | Winston | 4 | | 1 | 7 | 0 | 8 | | 1 | 0 | 6 | 1 |
| 4-N | Regional Office | | | | | | | 2 | | 1 | 9 | 9 |
| 4-S | Clarke | 1 | | 2 | | | | 1 | | 0 | 3 | 2 |
| 4-S | Jasper | 2 | 1 | 0 | | | | 1 | 1 | 0 | 4 | 0 |
| 4-S | Jones | 6 | 3 | 8 | | | | 1 | | 3 | 10 | 11 |
| 4-S | Lauderdale | 11 | 3 | 4 | | | | 4 | 1 | 0 | 18 | 4 |
| 4-S | Newton | 1 | 1 | 3 | | | | 1 | 2 | 1 | 6 | 4 |
| 4-S | Wayne | 4 | 1 | 0 | | | | | 1 | 0 | 6 | 0 |
| 4-S | Regional Office | | | | 6 | 0 | 12 | 3 | | 1 | 10 | 13 |
| 5-E | Copiah | 8 | | 2 | | | | 1 | | 0 | 10 | 2 |
| 5-E | Covington | 3 | | 1 | | | | 1 | | 0 | 4 | 1 |
| 5-E | Jeff Davis | 5 | | 1 | | | | 1 | | 1 | 6 | 1 |
| 5-E | Lawrence | 2 | 1 | 0 | | | | 1 | | 0 | 4 | 0 |
| 5-E | Lincoln | 6 | 2 | 1 | | | | 2 | 1 | 0 | 10 | 1 |
| 5-E | Simpson | 7 | 1 | 1 | | | | 2 | 1 | 0 | 11 | 1 |
| 5-E | Smith | 2 | | 1 | | | | 2 | 1 | 0 | 3 | 1 |
| 5-E | Regional Office | | | | 6 | 0 | 7 | 1 | | 2 | 7 | 9 |
| 5-W | Adams | 8 | 1 | 1 | | | | 2 | | 0 | 11 | 1 |
| 5-W | Amite | 2 | | 1 | | | | | 1 | 0 | 3 | 1 |
| 5-W | Claiborne | 1 | 2 | 0 | | | | 1 | 1 | 0 | 4 | 0 |
| 5-W | Franklin | 2 | | 1 | | | | | | 1 | 2 | 2 |
| 5-W | Jefferson | 2 | | 1 | | | | | 1 | 0 | 3 | 1 |
| 5-W | Pike | 7 | 3 | 0 | | | | 3 | | 0 | 13 | 0 |

EXHIBIT B

11

| Region | County | # of Filled Frontline Worker Positions | # of Vacant Frontline Worker Positions | # of New Frontline Worker Positions Needed to Meet Caseload Standards | # of Filled Licensing & Adoption Worker Positions | # of Vacant Licensing & Adoption Worker Positions | # of New Licensing & Adoption Worker Positions Needed to Meet Caseload Standards | # of Filled ASWS Positions | # of Vacant ASWS Positions | # of New ASWS Positions Needed to Meet Caseload Standards | Total Current Staff & ASWS Allocation | New Allocation of Staff & ASWS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-W | Walthall | 4 | | | | | | 1 | | 0 | 5 | 1 |
| 5-W | Wilkinson | 1 | | 1 | | | 1 | | | 1 | 1 | 2 |
| 5-W | Regional Office | | | | 8 | 2 | | 2 | | 2 | 12 | 3 |
| 6 | Forrest | 17 | 9 | 0 | | | | 5 | 2 | 0 | 33 | 0 |
| 6 | Lamar | 5 | 1 | 3 | | | | 1 | | 1 | 7 | 4 |
| 6 | Marion | 9 | 4 | 8 | | | | 2 | 1 | 2 | 16 | 10 |
| 6 | Pearl River | 13 | 4 | 3 | | | | 3 | | 1 | 20 | 4 |
| 6 | Perry | 2 | 1 | 1 | | | | 1 | | 0 | 4 | 1 |
| 6 | Stone | 8 | 1 | 2 | | | | 1 | 1 | 1 | 11 | 3 |
| 6 | Regional Office | | | | 9 | 2 | 38 | 3 | | 7 | 14 | 45 |
| 7-E | George | 3 | 2 | 4 | | | | | 1 | 1 | 6 | 5 |
| 7-E | Greene | 2 | 1 | 1 | | | | | 1 | 1 | 3 | 2 |
| 7-E | Jackson | 26 | 4 | 6 | | | | 7 | 1 | 0 | 38 | 6 |
| 7-E | Regional Office | | | | 8 | 1 | 17 | 2 | | 4 | 11 | 21 |
| 7-W | Hancock | 30 | 6 | 0 | | | | 8 | | 0 | 44 | 0 |
| 7-W | Regional Office | | | | 5 | 1 | 0 | 2 | | 0 | 8 | 0 |
| 7-W | Harrison | 53 | 12 | 30 | | | | 11 | 3 | 5 | 79 | 35 |
| 7-W | Regional Office | | | | 12 | 1 | 46 | 3 | 3 | 9 | 16 | 55 |
| | Totals | 548 | 142 | 178 | 121 | 12 | 233 | 154 | 41 | 98 | 1018 | 509[1] |

[1] The New Allocation of Staff and ASWS column are a current two year goal to address staffing needs identified during the Workload Audit. For SFY2017, we have received funding for 255 additional field staff positions. The agency will use the most current workload data available for budget requests for SFY2018.

# Appendix B – DCPS Staff PIN Allocations for July 1, 2016

## Direct Service and ASWS PINS to be Received July 1, 2016 - By County

| | | DS Workers | ASWS |
|---|---|---|---|
| 1N | Alcorn | 3 | 0 |
| | Desoto | 2 | 0 |
| | Tippah | 4 | 1 |
| | Tishomingo | 2 | 1 |
| Total | | 11 | 2 |
| 1S | Lee | 2 | 0 |
| | Monroe | 2 | 0 |
| | Pontotoc | 1 | 0 |
| Total | | 5 | 0 |
| 2E | Montgomery | 1 | 0 |
| | Yalabusha | 1 | 0 |
| Total | | 2 | 0 |
| 2W | Washington | 5 | 1 |
| Total | | 5 | 1 |
| 3N | Rankin | 5 | 1 |
| | Madison | 2 | 1 |
| | Yazoo | 1 | 0 |
| Total | | 8 | 2 |
| 3S | Hinds | 5 | 1 |
| | Warren | 2 | 1 |
| Total | | 7 | 2 |

## Resource PINS to be Received July 1, 2016 - By Region

| | | Staff | ASWS |
|---|---|---|---|
| 1N | Adoption | 7 | 2 | 
| | Licensure | 7 | 2 |
| Total | | 14 | 4 |
| 1S | Adoption | 5 | 1 |
| | Licensure | 5 | 1 |
| Total | | 10 | 2 |
| 2E | Adoption | 2 | 1 either |
| | Licensure | 1 | 0 |
| Total | | 3 | 1 |
| 2W | Adoption | 0 | 1 either |
| | Licensure | 2 | 0 |
| Total | | 2 | 1 |
| 3N | Adoption | 4 | 1 |
| | Licensure | 4 | 1 |
| Total | | 8 | 2 |
| 3S | Adoption | 5 | 1 |
| | Licensure | 5 | 1 |
| Total | | 10 | 2 |

| | | |
|---|---|---|
| Total ASWS | 6 | |
| Total Staff | 25 | |
| Total ASWS | 2 | |
| Total Staff | 15 | |
| Total ASWS | 1 | |
| Total Staff | 5 | |
| Total ASWS | 1 | |
| Total Staff | 7 | |
| Total ASWS | 4 | |
| Total Staff | 16 | |
| Total ASWS | 4 | |
| Total Staff | 17 | |

EXHIBIT B

## Direct Service and ASWS PINS to be Received July 1, 2016 - By County

| 4N | DS Workers | ASWS |
|---|---|---|
| Oktibbeha | 2 | 1 |
| Lowndes | 1 | 0 |
| Total | 3 | 1 |

| 4S | DS Workers | ASWS |
|---|---|---|
| Jones | 5 | 1 |
| Lauderdale | 3 | 1 |
| Newton | 1 | 0 |
| Total | 9 | 2 |

| 5E | DS Workers | ASWS |
|---|---|---|
| Simpson | 2 | 0 |
| Total | 2 | 0 |

| 5W | DS Workers | ASWS |
|---|---|---|
| Pike | 2 | 1 |
| Total | 2 | 1 |

| 6 | DS Workers | ASWS |
|---|---|---|
| Marion | 5 | 1 |
| Pearl River | 4 | 1 |
| Stone | 1 | 0 |
| Total | 10 | 2 |

## Resource PINS to be Received July 1, 2016 - By Region

| 4N | Staff | ASWS |
|---|---|---|
| Adoption | 2 | 1 |
| Licensure | 1 | 0 |
| Total | 3 | 1 |
| | Total ASWS | 2 |
| | Total Staff | 6 |

| 4S | Staff | ASWS |
|---|---|---|
| Adoption | 2 | 1 either |
| Licensure | 2 | 0 |
| Total | 4 | 1 |
| | Total ASWS | 3 |
| | Total Staff | 13 |

| 5E | Staff | ASWS |
|---|---|---|
| Adoption | 1 | 1 either |
| Licensure | 2 | 0 |
| Total | 3 | 1 |
| | Total ASWS | 1 |
| | Total Staff | 5 |

| 5W | Staff | ASWS |
|---|---|---|
| Adoption | 0 | 0 |
| Licensure | 0 | 0 |
| Total | 0 | 0 |
| | Total ASWS | 1 |
| | Total Staff | 2 |

| 6 | Staff | ASWS |
|---|---|---|
| Adoption | 11 | 3 |
| Licensure | 11 | 4 |
| Total | 22 | 7 |
| | Total ASWS | 9 |
| | Total Staff | 32 |

## Direct Service and ASWS PINS to be Received July 1, 2016 - By County

| 7E | DS Worker | ASWS |
|---|---|---|
| Jackson | 3 | 1 |
| George | 2 | 0 |
| Total | 5 | 1 |

| 7W | DS Workers | ASWS |
|---|---|---|
| Harrison | 20 | 4 |
| Total | 20 | 4 |

| 7W | DS Workers | ASWS |
|---|---|---|
| Hancock | 0 | 0 |
| Total | 0 | 0 |

## Resource PINS to be Received July 1, 2016 - By Region

| 7E | Staff | ASWS |
|---|---|---|
| Adoption | 4 | 1 |
| Licensure | 4 | 1 |
| Total | 8 | 2 |
| | Total Staff | 13 |
| | Total ASWS | 3 |

| 7W Harrison | Staff | ASWS |
|---|---|---|
| Adoption | 10 | 2 |
| Licensure | 15 | 4 |
| Total | 25 | 6 |
| | Total Staff | 45 |
| | Total ASWS | 10 |

| 7W Hancock | Staff | ASWS |
|---|---|---|
| Adoption | 3 | 1 |
| Licensure | 1 | 0 |
| Total | 4 | 1 |
| | Total Staff | 4 |
| | Total ASWS | 1 |

| State Total | | |
|---|---|---|
| Staff | | 205 |
| ASWS | | 49 |

15

EXHIBIT B

EXHIBIT B

# Appendix C – DCPS Hiring Plan

## Mississippi Department of Child Protection Services

## Core Hiring Processes

Identify Vacant PIN's for each Field Office or SO Department and Notify Regional Director or Personnel Officer or SO Bureau Director

Responsible Staff: MDCPS HR SPOIV

Advertise Vacant PIN's on SPB, MS Works, and/or MDCPS website on an ongoing basis

Responsible Staff: MDCPS HR Transaction Managers (3)

Applications/Resumes received via email in state office on a regular schedule to counties. Applications and resumes can be obtained and maintained locally, also

Responsible Staff: HR Admin. Asst. and Local hiring staff

Pre-Screening of Applications/Resumes using Job Descriptions to determine list of eligible candidates (HR only determines if applicants meet minimum qualifications)

Responsible Staff: MDCPS HR Transaction Managers & Program Specialist

List of Eligible candidates sent to Hiring Agent to select 5 to 8 candidates for interview-List is sent from HR if requested. Counties may also maintain their own lists of eligible candidates.

Responsible Staff: State Office Admin. Asst. HR

Interviews Scheduled by County Personnel Officer or Hiring Supervisor after receipt of the list. State Office will help with scheduling and interview panel if needed. Interview questions and score sheet can be provided by HR

Responsible Staff: Transactions Managers and Local Staff

Interviews Conducted Promptly by a 3 person team with questions approved by HR along with score sheet

Candidates sign the following forms at time of interview: Time Limited Form, Central Registry Form, Background Check, and Pre-Employment Drug Screen Consent

Responsible Staff: County Personnel Officer/Local Hiring Staff, Transactions Managers

APPLICATIONS CAN BE ACCEPTED AT THE LOCAL OFFICES, THROUGH THE SPB, AND THE DCPS WEBSITE

*Interviews scheduled promptly within receipt of Candidate List

*Candidates notified to bring all necessary documents- diploma, certifications, driver's license, professional license, social security card, etc., to the interview

*Transactions Managers will provide new hire packets to county until such time they are made available on MDCPS website

New Hire Recommendation made to State Office and processed after receiving the completed packet. Packets can be received via USPS and/or electronically.

Responsible Staff: Local Hiring Agent, Transaction Managers

Written approvals received from Office Director, Budgets and Accounting; and Executive Office

HR Approval and Entry into SPAHRS after Receipt of Executive Sign off

Responsible Staff: Transactions Managers & Personnel Officers

Email sent to County Personnel Officer and/or Hiring Supervisor specifying start date and approval for PIN#

Start Date must be at least one week prior to training class for on the job training. (Dates to be finalized by July 1 for SFY 2017)

Start Date and Onboarding

Responsible Staff: County Personnel Officer and/or Hiring Supervisor

mdcps Mississippi Department of Child Protection Services

NOTE:

THIS PROCESS IS EFFECTIVE MAY 16, 2016
THERE ARE 3 TRANSACTIONS MANAGERS, DETAILED IN INNER OFFICE PROTOCOL.
IF DOCUMENTS ARE MISSING WHEN SENT TO STATE OFFICE OR IF THERE ARE ISSUES WITH BACKGROUND CHECKS, DELAYS OCCUR.
ALL TRANSACTIONS MANAGERS ARE AVAILABLE TO ASSIST WITH SCHEDULING OF INTERVIEWS AND SERVING ON THE INTERVIEW PANEL.
TRANSACTIONS MANAGERS ARE ENCOURAGED TO ASSIST THE FIELD AND HIRING MANAGERS AT STATE OFFICE WITH THESE PROCESSES.

EXHIBIT B