IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and
through their next friend, Sylvia Forster; JOHN A., by and
through his next friend, James D. Johnson; CODY B., by and
through his next friend, Sharon Scott; MARY, TOM,
MATTHEW, and DANA W., by and through their next friend,
Zelatra W.; AND SAM H., by and through his next friend,
Yvette Bullock; on their own behalf and behalf of all others
similarly situated,

                                                    Plaintiffs,

        v.

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                                    Defendants.

CIVIL ACTION NO.
3:04-cv-251-TSL-FKB

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, having filed their Complaint in the above-captioned case, and having filed this proposed Final Judgment, hereby move this Court for entry of a Final Judgment against Defendants for the payment of Plaintiffs' Attorneys' Fees and Expenses with interest accruing upon entry of such Final Judgment pursuant to 28 U.S.C. § 1961. The Court entered the Order for Payment of Plaintiffs' Attorneys Fees and Expenses on October 1, 2018, for the agreed upon amount of **$123, 810**. To date, Defendants have failed to pay Plaintiffs' Attorneys' Fees and Expenses. Attached is the Affidavit of Marcia Robinson Lowry in support of this Motion.

Dated: January 9, 2019

                                    /s/ Marcia Robinson Lowry
                                    Marcia Robinson Lowry (pro hac vice)

Sara Robinson-Glasser (pro hac vice)
A Better Childhood, Inc.
1095 Hardscrabble Road
Chappaqua, NY 10514
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org
        srglasser@abetterchildhood.org


Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
        mbentley@bradley.com

PLAINTIFFS' COUNSEL


## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record


*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)