```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

OLIVIA Y., BY AND THROUGH HER NEXT
FRIEND, JAMES D. JOHNSON; JAMISON J.,
BY AND THROUGH HIS NEXT FRIEND, CLARA
LEWIS; DESIREE, RENEE, TYSON, and
MONIQUE P., BY AND THROUGH THEIR NEXT
FRIEND, SYLVIA FORSTER; JOHN A., BY
AND THROUGH HIS NEXT FRIEND, JAMES D.
JOHNSON; CODY B., BY AND THROUGH HIS
NEXT FRIEND, SHARON SCOTT; MARY, TOM,
MATTHEW, and DANA W., BY AND THROUGH
THEIR NEXT FRIEND, ZELATRA W.; AND
SAM H., BY AND THROUGH HIS NEXT FRIEND,
YVETTE BULLOCK; ON THEIR OWN BEHALF AND
BEHALF OF ALL OTHERS SIMILARLY SITUATED                PLAINTIFFS

VS.                            CIVIL ACTION NO. 3:04CV251TSL-FKB

PHIL BRYANT, AS GOVERNOR OF THE
STATE OF MISSISSIPPI; DONALD TAYLOR,
AS EXECUTIVE DIRECTOR OF THE DEPARTMENT
OF HUMAN SERVICES; AND BILLY MANGOLD,
AS DIRECTOR OF THE DIVISION OF FAMILY
AND CHILDREN'S SERVICES                                 DEFENDANTS

<u>ORDER</u>

It is anticipated that on or before June 30, 2019, the Monitor, Public Catalyst, will provide to the court and parties its report, as required by ¶ 9.5 of the 2nd Modified Mississippi Settlement Agreement and Reform Plan entered December 19, 2016.[1]

---

[1] Paragraph 9.5 states:
The Monitor shall provide a written report to the Court and the parties no less frequently than annually.  The Monitor's reports shall set forth whether the Defendants have met the commitments, performance standards and outcomes contained in this 2nd MSA.  In addition, the Monitor's reports shall set forth the steps taken by Defendants, the reasonableness of these efforts, and the adequacy of support for the implementation of these

As the court considers that the report will likely bear on the issues raised by the plaintiffs' pending motion for contempt/renewed motion for contempt, for evidentiary hearing and appointment of a receiver and by defendants' motion for relief under Section 11.2.a of the 2nd Modified Settlement Agreement and Reform Plan, it is hereby ordered that the referenced motions will be held in abeyance until the court and parties have received and had an opportunity to review the Monitor's report.  Within twenty days of receipt of the report, the parties may request leave to update and/or supplement the pending motions or to file additional motions.  It is further ordered that in the meantime, the parties may file additional motions only with leave of court.

SO ORDERED this 17th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

steps; the quality of the work done by Defendants in carrying out those steps; and the extent to which that work is producing the intended effects and/or the likelihood that the work will produce the intended effects. In addition, upon request of either party, the Monitor may issue a report to the Court more frequently than annually evaluating Defendants' performance with respect to any commitment in this 2nd MSA.