MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2008

By:  Senator(s) Nunnelee, Dearing              To:  Appropriations

SENATE BILL NO. 3051
(As Sent to Governor)

```
 1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF STATE GENERAL
 2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE MISSISSIPPI
 3  DEPARTMENT OF MENTAL HEALTH FOR FISCAL YEAR 2008, GOVERNOR'S
 4  OFFICE - DIVISION OF MEDICAID FOR PRIOR YEARS AND FISCAL YEARS
 5  2008 AND 2009, THE MISSISSIPPI DEPARTMENT OF FINANCE AND
 6  ADMINISTRATION FOR FISCAL YEARS 2008 AND 2009, THE MISSISSIPPI
 7  SUPREME COURT - TRIAL JUDGES FOR FISCAL YEARS 2008 AND 2009, THE
 8  MISSISSIPPI SUPREME COURT, ADMINISTRATIVE OFFICE OF COURTS FOR
 9  FISCAL YEAR 2008, PAYING BONDS AND INTEREST ON THE FULL FAITH AND
10  CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2008, THE
11  DEPARTMENT OF CORRECTIONS FOR PRIOR YEARS AND FISCAL YEAR 2008,
12  THE OFFICE OF THE STATE AUDITOR FOR FISCAL YEARS 2008 AND 2009,
13  THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER - SCHOOL OF DENTISTRY
14  FOR FISCAL YEAR 2008, THE OFFICE OF THE ATTORNEY GENERAL FOR
15  CERTAIN LEGAL EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR
16  2008, THE GOVERNOR'S OFFICE AND STAFF FOR FISCAL YEAR 2008, THE
17  MISSISSIPPI OIL AND GAS BOARD FOR FISCAL YEAR 2008, THE
18  MISSISSIPPI BOARD OF LICENSURE FOR PROFESSIONAL ENGINEERS AND
19  SURVEYORS FOR FISCAL YEAR 2008, THE MISSISSIPPI STATE BOARD OF
20  CONTRACTORS FOR FISCAL YEAR 2008, THE MISSISSIPPI COMMISSION ON
21  JUDICIAL PERFORMANCE FOR FISCAL YEAR 2008, AND THE MISSISSIPPI
22  OFFICE OF CAPITAL POST - CONVICTION COUNSEL FOR FISCAL YEAR 2008
23  AND FOR RELATED PURPOSES.

24       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

25       SECTION 1.  In addition to all other sums herein

26  appropriated, the following sum, or so much thereof as may be

27  necessary, is appropriated out of any money in the State General

28  Fund not otherwise appropriated, to defray the expenses of the

29  Mississippi Department of Mental Health, for the purpose of

30  providing Medicaid matching funds at community mental health

31  centers, for the fiscal year ending June 30, 2008
```



37  the purpose of defraying the expenses of the department for the

38  fiscal year ending June 30, 2008..................$ 40,121,000.00.

39      The funds provided in this section are allocated as follows:

40          Mississippi State Hospital.................$9,831,000.00

41          Boswell Regional Center....................$5,780,000.00

42          East Mississippi State Hospital............$1,337,000.00

43          Ellisville State School....................$8,296,000.00

44          Hudspeth Regional Center...................$6,400,000.00

45          North Mississippi Regional Center..........$3,556,000.00

46          Specialized Treatment Facility.............$  575,000.00

47          South Mississippi Regional Center..........$4,346,000.00

48      **SECTION 3.**  In addition to all other sums heretofore

49  appropriated, the following sum, or so much thereof as may be

50  necessary, is hereby appropriated out of any money in the Budget

51  Contingency Fund created in Section 27-103-301, Mississippi Code

52  of 1972, not otherwise appropriated, to the Governor's Office -

53  Division of Medicaid, for the purpose of funding the medical and

54  administrative services provided by the division for the period

55  beginning upon passage and through the fiscal year ending

56  June 30, 2008....................................$ 71,800,000.00.

57      Of the funds appropriated in this section, the Division of

58  Medicaid is authorized to pay prior year invoices for Fiscal Year

59  2005 in an amount not to exceed Eighty-eight Thousand Three

60  Hundred Forty-six Dollars and Forty-six Cents ($88,346.46).

61      **SECTION 4.**  In addition to all other sums heretofore

62  appropriated, the following sum, or so much thereof as may be

69      **SECTION 5.**   In addition to all other sums herein

70   appropriated, the following sum, or so much thereof as may be

71   necessary, is appropriated out of any money in the State General

72   Fund not otherwise appropriated, to defray the expenses of the

73   Governor's Office - Division of Medicaid, for the purpose of

74   funding a temporary program to provide nonemergency transportation

75   to locations for necessary dialysis services for end-stage renal

76   disease patients who are sixty-five (65) years of age or older or

77   are disabled as determined under Section 1614(a)(3) of the federal

78   Social Security Act, as amended, whose income did not exceed one

79   hundred thirty-five percent (135%) of the nonfarm official poverty

80   level as defined by the Office of Management and Budget, and whose

81   eligibility was covered under the former category of eligibility

82   known as PLADS (Poverty Level Aged and Disabled), for the period

83   beginning upon passage of this act and through the fiscal year

84   ending June 30, 2009.............................$  2,252,760.00.

85      **SECTION 6.**   In addition to all other sums heretofore

86   appropriated, the following sum, or so much thereof as may be

87   necessary, is hereby appropriated out of any money in the Budget

88   Contingency Fund created in Section 27-103-301, Mississippi Code

89   of 1972, not otherwise appropriated to the Department of Finance

90   and Administration, for the purpose of repaying the federal

91   government for its share of funds transferred by the State to the

92   Budget Contingency Fund in previous fiscal years from certain

93   self-insurance and internal service funds for the period beginning

94   upon passage and through the fiscal year ending June 30, 2008.....

102 Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

103 House Bill No. 4, Fifth Extraordinary Session of 2005, for the

104 period beginning upon passage and through the fiscal year ending

105 June 30, 2009...................................$  3,500,000.00.

106    **SECTION 8.**  In addition to all other sums heretofore

107 appropriated, the following sum, or so much thereof as may be

108 necessary, is hereby appropriated out of any money in the State

109 General Fund not otherwise appropriated to the Department of

110 Finance and Administration, for the purpose of funding six (6) new

111 Assistant District Attorneys, two (2) new Criminal Investigators

112 and unused personal leave payments for the period beginning upon

113 passage and through the fiscal year ending June 30, 2008..........

114 ...............................................$  1,247,808.00.

115    **SECTION 9.**  In addition to all other sums heretofore

116 appropriated, the following sum, or so much thereof as may be

117 necessary, is hereby appropriated out of any money in the State

118 General Fund not otherwise appropriated to the Mississippi Supreme

119 Court, for the purpose of funding five (5) new trial judges and

120 associated staff and the expense of special judges used in the

121 litigation of insurance claims related to Hurricane Katrina for

122 the period beginning upon passage and through the fiscal year

123 ending June 30, 2009...........................$    912,600.00.

124    **SECTION 10.**  In addition to all other sums heretofore

125 appropriated, the following sum, or so much thereof as may be

126 necessary, is hereby appropriated out of any money in the State

127 General Fund not otherwise appropriated to the Mississippi Supreme

135  Treasury to the credit of the Mississippi Supreme Court,

136  Administrative Office of Courts, for the purpose of allowing the

137  expenditure of additional funds received by the Drug Court Fund

138  for the period beginning upon passage and through the fiscal year

139  ending June 30, 2008...........................$   2,500,000.00.

140      **SECTION 12.**  In addition to all other sums heretofore

141  appropriated, the following sum, or so much thereof as may be

142  necessary, is hereby appropriated out of any money in the State

143  General Fund not otherwise appropriated, for the purpose of paying

144  bonds and interest on the full faith and credit bonds of the State

145  of Mississippi for the period beginning upon passage of this act

146  and through the fiscal year ending June 30, 2008.................

147  ...........................................$   34,000,000.00.

148      **SECTION 13.**  In addition to all other sums heretofore

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is hereby appropriated out of any money in the State

151  General Fund not otherwise appropriated to the Department of

152  Corrections, for the purpose of funding the Local Confinement,

153  Medical Services and the Support programs for the period beginning

154  upon passage and through the fiscal year ending June 30, 2008.....

155  ...........................................$   19,933,092.00.

156      The funds provided in this section are allocated as follows:

157          Local Confinement.........................$7,328,781.00

158          Medical Services..........................$7,609,956.00

159          Support...................................$4,994,355.00

160      Of the funds appropriated in this section, the Mississippi

168  Contingency Fund created in Section 27-103-301, Mississippi Code
169  of 1972, not otherwise appropriated to the Office of the State
170  Auditor, for the purpose of defraying the cost of litigation for
171  the period beginning upon passage and through the fiscal year
172  ending June 30, 2009...........................$     180,000.00.
173      **SECTION 15.**  In addition to all other sums heretofore
174  appropriated, the following sum, or so much thereof as may be
175  necessary, is hereby appropriated out of any money in the Budget
176  Contingency Fund created in Section 27-103-301, Mississippi Code
177  of 1972, not otherwise appropriated to the University of
178  Mississippi Medical Center for the purpose of defraying the cost
179  of construction, replacing equipment and supplies due to a fire at
180  the School of Dentistry Biomedical Materials Science Laboratory
181  for the period beginning upon passage and through the fiscal year
182  ending June 30, 2008...........................$   1,500,000.00.
183      **SECTION 16.**  In addition to all other sums heretofore
184  appropriated, the following sum, or so much thereof as may be
185  necessary, is hereby appropriated out of any money in the State
186  General Fund not otherwise appropriated for the purpose of paying
187  for certain outside legal assistance, expert witness fees, court
188  fees, judgments and settlement agreements incurred by the Office
189  of the Attorney General for the period beginning upon passage and
190  through the fiscal year ending June 30, 2008....$     233,286.00.
191      **SECTION 17.**  In addition to all other sums heretofore
192  appropriated, the following sum, or so much thereof as may be
193  necessary, is hereby appropriated out of any money in the Budget

200    **SECTION 18.**  Of the funds provided in Sections 16 and 17, the

201    following amounts are provided:

202         (a)  Olivia Y., et al v. Haley Barbour, as Governor;

203    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

204    Director of the Division of Family and Children's Services and the

205    Department of Human Services, United States District Court for the

206    Southern District of Mississippi, Jackson Division, Cause No.

207    3:04cv251(L)(N)....................................$   937,000.00.

208         (b)  Severance Tax Recovery – Pursue Energy Corporation,

209    Case No. 02-05339-JEE-11..........................$ 1,654,777.00.

210         (c)  Brown and Williamson/Ligget Tobacco Settlement

211    Payments..........................................$     7,225.00.

212         (d)  Sixteenth Section Land Litigation...$     5,349.00.

213         (e)  Jean Boudreaux and the victims of the flood on

214    April 6, 1983, of the Tangipahoa River Number 71408 Div. "D" –

215    21st JDC, Parish of Tangipahoa....................$       152.00.

216         (f)  State of MS. ex rel. Attorney General Jim Hood on

217    behalf of Mississippi Land Water and Resources Board and

218    Mississippi Development Authority vs. Facility Construction

219    Management Inc. and Facility Holding Corp.........$   250,000.00.

220         (g)  Albert Brown vs. Mississippi Department

221    of Health.........................................$   205,165.00.

222         (h)  Pam Knight vs. Mississippi Department of

223    Public Safety.....................................$   154,411.00.

224         (i)  Larry Taylor vs. Mississippi Tax

225    Commission........................................$    76,088.00.

232 Palmer, individually and as a former agent of the Bureau of
233 Narcotics.......................................$  15,000.00.
234           (m)  Olivia Y., et al v. Haley Barbour, as Governor;
235 Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
236 Director of the Division of Family and Children's Services and the
237 Department of Human Services, United States District Court for the
238 Southern District of Mississippi, Jackson Division, Cause No.
239 3:04cv251(L)(N), Plaintiff Attorneys - Children's Rights,
240 Inc.............................................$ 4,863,558.00.
241           (n)  Chamber of Commerce of United States of America v.
242 Attorney General Michael Moore and Secretary of State
243 Eric Clark......................................$  200,000.00.
244      **SECTION 19.**  In addition to all other sums heretofore
245 appropriated, the following sum, or so much thereof as may be
246 necessary, is hereby appropriated out of any money in the Budget
247 Contingency Fund, created in Section 27-103-301, Mississippi Code
248 of 1972, not otherwise appropriated, to the Governor's Office and
249 Staff for the purpose of defraying extraordinary legal expenses
250 for a period beginning upon passage and through the fiscal year
251 ending June 30, 2008............................$   120,000.00.
252      **SECTION 20.**  In addition to all other sums heretofore
253 appropriated, the following sum, or so much thereof as may be
254 necessary, is hereby appropriated out of any money in the State
255 Treasury to the credit of the Mississippi State Oil and Gas Board,
256 for the purpose of continuing the implementation of a
257 comprehensive data management computerization program for the

265  the implementation of an online licensure renewal system for the

266  period beginning upon passage and through the fiscal year ending

267  June 30, 2008..................................$   25,000.00.

268       **SECTION 22.**  In addition to all other sums heretofore

269  appropriated, the following sum, or so much thereof as may be

270  necessary, is hereby appropriated out of any money in the State

271  Treasury to the credit of the Mississippi State Board of

272  Contractors, for the purpose of defraying legal fees incurred for

273  conducting additional hearings for the period beginning upon

274  passage and through the fiscal year ending June 30, 2008..........

275  ..............................................$   50,000.00.

276       **SECTION 23.**  In addition to all other sums heretofore

277  appropriated, the following sum, or so much thereof as may be

278  necessary, is hereby appropriated out of any money in the State

279  Treasury to the credit of the Mississippi Commission on Judicial

280  Performance for the purpose of defraying the expense of a new

281  investigator and disciplinary hearings for the period beginning

282  upon passage and through the fiscal year ending June 30, 2008.....

283  ..............................................$   20,000.00.

284       **SECTION 24.**  In addition to all other sums heretofore

285  appropriated, the following sum, or so much thereof as may be

286  necessary, is hereby appropriated out of any money in the State

287  Treasury to the credit of the Mississippi Office of Capital

288  Post-Conviction Counsel for the purpose of defraying the expense

289  of an additional attorney to prevent a backlog of cases for the

290  period beginning upon passage and through the fiscal year ending

298    **SECTION 26.**  This act shall take effect and be in force from
299    and after its passage and through the fiscal year ending June 30,
300    2008, except for Sections 5, 7, 9 and 14 which shall take effect
301    and be in force beginning upon passage of this act and through the
302    fiscal year ending June 30, 2009.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2009

By:  Representative Stringer                To:  Appropriations

HOUSE BILL NO. 1702
(As Sent to Governor)

1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2    BUDGET CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE
3    EXPENSES OF THE MISSISSIPPI DEPARTMENT OF MENTAL HEALTH FOR FISCAL
4    YEAR 2009, THE STATE TAX COMMISSION FOR FISCAL YEAR 2009, THE
5    MISSISSIPPI DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
6    YEARS 2009 AND 2010, THE MISSISSIPPI SUPREME COURT - TRIAL JUDGES
7    FOR FISCAL YEAR 2009, PAYING BONDS AND INTEREST ON THE FULL FAITH
8    AND CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2009,
9    THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
10   JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2009; GOVERNOR'S OFFICE
11   - DIVISION OF MEDICAID FOR FISCAL YEAR 2009, STATE BOARD OF
12   COSMETOLOGY FOR FISCAL YEAR 2009, THE MISSISSIPPI COMMISSION ON
13   JUDICIAL PERFORMANCE FOR FISCAL YEAR 2009, AND THE PAT HARRISON
14   WATERWAY DISTRICT FOR FISCAL YEAR 2009; AND FOR RELATED PURPOSES.

15       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16       **SECTION 1.**  In addition to all other sums herein

17   appropriated, the following sum, or so much thereof as may be

18   necessary, is appropriated out of any money in the Budget

19   Contingency Fund created in Section 27-103-301, Mississippi Code

20   of 1972, not otherwise appropriated, to defray the expenses of the

21   Mississippi Department of Mental Health, for the purpose of

22   providing Medicaid matching funds at community mental health

23   centers, for the period beginning upon passage and through the

24   fiscal year ending June 30, 2009.................$ 10,000,000.00.

25       **SECTION 2.**  In addition to all other sums herein

32  Regional Center for the period beginning upon passage and through

33  the fiscal year ending June 30, 2009..............................

34  ............................................$  2,280,469.00.

35      **SECTION 3.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money in the State General

38  Fund, not otherwise appropriated, to the State Tax Commission to

39  be transferred to the Ad Valorem Tag Reduction Fund to provide

40  funding for the Legislative Tag Credit for the period beginning

41  upon passage and through the fiscal year ending June 30, 2009.....

42  ............................................$ 25,000,000.00.

43      If House Bill No. 364 of the 2009 Regular Legislative Session

44  is not enacted, none of the funds appropriated in this section

45  shall be expended.

46      **SECTION 4.**  In addition to all other sums heretofore

47  appropriated, the following sum, or so much thereof as may be

48  necessary, is hereby appropriated out of any money in the Budget

49  Contingency Fund created in Section 27-103-301, Mississippi Code

50  of 1972, not otherwise appropriated, to the Department of Finance

51  and Administration, for the purpose of repaying the federal

52  government for its share of funds transferred by the state to the

53  Budget Contingency Fund in previous fiscal years from certain

54  self-insurance and internal service funds for the period beginning

55  upon passage and through the fiscal year ending June 30, 2010.....

56  ............................................$  1,480,843.00.

57      **SECTION 5.**  In addition to all other sums heretofore

65  House Bill No. 4, Fifth Extraordinary Session of 2005, for the

66  period beginning upon passage and through the fiscal year ending

67  June 30, 2010...................................$  8,500,000.00.

68      **SECTION 6.**  In addition to all other sums heretofore

69  appropriated, the following sum, or so much thereof as may be

70  necessary, is hereby appropriated out of any money in the Budget

71  Contingency Fund created in Section 27-103-301, Mississippi Code

72  of 1972, not otherwise appropriated, to the Mississippi Supreme

73  Court, for the purpose of preventing a deficit that would

74  otherwise occur for support of the trial judges for the period

75  beginning upon passage and through the fiscal year ending

76  June 30, 2009...................................$   400,000.00.

77      **SECTION 7.**  In addition to all other sums heretofore

78  appropriated, the following sum, or so much thereof as may be

79  necessary, is hereby appropriated out of any money in the Budget

80  Contingency Fund created in Section 27-103-301, Mississippi Code

81  of 1972, not otherwise appropriated, for the purpose of paying

82  bonds and interest on the full faith and credit bonds of the State

83  of Mississippi for the period beginning upon passage and through

84  the fiscal year ending June 30, 2009............................

85  ...............................................$  7,000,000.00.

86      **SECTION 8.**  In addition to all other sums heretofore

87  appropriated, the following sum, or so much thereof as may be

88  necessary, is hereby appropriated out of any money in the Budget

89  Contingency Fund created in Section 27-103-301, Mississippi Code

90  of 1972, not otherwise appropriated, for the purpose of paying for

98          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
99  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
100  Director of the Division of Family and Children's Services and the
101  Department of Human Services, United States District Court for the
102  Southern District of Mississippi, Jackson Division, Cause No.
103  3:04cv251(L)(N)...................................$  945,000.00.
104          (b)  Mattie T. et al v. Henry Johnson et al, United
105  States District Court for the Northern District of Mississippi,
106  Delta Division, Civil Action No. DC 75-31-S......................
107  ...............................................$  144,000.00.
108          (c)  State of Mississippi, ex rel. Attorney General Jim
109  Hood, on behalf of Mississippi Land Water and Resources Board and
110  Mississippi Development Authority v. Facility Construction
111  Management Inc. and Facility Holding Corp.........$  151,000.00.
112      **SECTION 10.**  In addition to all other sums heretofore
113  appropriated, the following sum, or so much thereof as may be
114  necessary, is hereby appropriated out of any money in the State
115  Treasury to the credit of the Governor's Office - Division of
116  Medicaid, for the purpose of providing the authority to expend any
117  matching federal Medicaid funds that become available for the
118  period beginning upon passage and through the fiscal year ending
119  June 30, 2009...................................$516,000,000.00.
120      **SECTION 11.**  In addition to all other sums heretofore
121  appropriated, the following sum, or so much thereof as may be
122  necessary, is hereby appropriated out of any money in the State
123  Treasury to the credit of the State Board of Cosmetology, for the

131  Performance for the purpose of paying unpaid terminal personnel

132  leave and to restore budget reductions to allow for judicial

133  disciplinary hearings for the period beginning upon passage and

134  through the fiscal year ending June 30, 2009......................

135  ..............................................$    25,000.00.

136  **SECTION 13.**  In addition to all other sums heretofore

137  appropriated, the following sum, or so much thereof as may be

138  necessary, is hereby appropriated out of any money in the State

139  Treasury to the credit of the Pat Harrison Waterway District for

140  the purpose of defraying the principal and interest expenses on

141  the Okatibbee Lake Dam for the period beginning upon passage and

142  through the fiscal year ending June 30, 2009......................

143  ..............................................$    50,000.00.

144  **SECTION 14.**  The money herein appropriated shall be paid by

145  the State Treasurer out of any money in the proper fund or funds

146  as set forth in this act, upon warrants issued by the State Fiscal

147  Officer; and the State Fiscal Officer shall issue his warrants

148  upon requisitions signed by the proper person, officer or officers

149  in the manner provided by law.

150  **SECTION 15.**  This act shall take effect and be in force from

151  and after its passage and through the fiscal year ending June 30,

152  2009, except for Sections 4 and 5 which shall take effect and be

153  in force beginning upon passage of this act and through the fiscal

154  year ending June 30, 2010.

MISSISSIPPI LEGISLATURE

REGULAR SESSION 2010

By: Senator(s) Nunnelee

To: Appropriations

SENATE BILL NO. 2495
(As Sent to Governor)

1    AN ACT TO DIRECT THE STATE FISCAL OFFICER TO TRANSFER CERTAIN
2  SUMS TO THE BUDGET CONTINGENCY FUND DURING FISCAL YEAR 2010 FOR
3  THE PURPOSE OF PROVIDING FUNDS TO RESTORE A PORTION OF THE BUDGET
4  CUTS MADE TO CERTAIN AGENCIES DURING FISCAL YEAR 2010; TO DIRECT
5  THE STATE FISCAL OFFICER TO TRANSFER SPECIFIED SUMS TO CERTAIN
6  AGENCIES FROM THE AMOUNT TRANSFERRED TO THE BUDGET CONTINGENCY
7  FUND; TO AUTHORIZE THE AGENCIES TO WHICH THE FUNDS ARE TRANSFERRED
8  TO ESCALATE THEIR BUDGETS AND EXPEND THOSE FUNDS FOR THE PURPOSES
9  AUTHORIZED BY LAW, SUBJECT TO CERTAIN CONDITIONS; TO DIRECT THE
10 STATE FISCAL OFFICER TO TRANSFER A CERTAIN SUM TO THE SCHOOL
11 DISTRICT EMERGENCY ASSISTANCE FUND AND TO AUTHORIZE THE STATE
12 DEPARTMENT OF EDUCATION TO ESCALATE THE APPROPRIATE BUDGET BY THAT
13 AMOUNT AND EXPEND THAT SUM FOR THE PURPOSES AUTHORIZED BY LAW,
14 SUBJECT TO CERTAIN CONDITIONS; AND FOR RELATED PURPOSES.

15    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16    **SECTION 1.**  (1)  For the purpose of providing funds to

17  restore a portion of the reductions in allocations of funds to the

18  agencies listed in subsection (2) of this section made by the

19  State Fiscal Officer under Section 27-104-13 during fiscal year

20  2010, the State Fiscal Officer shall transfer to the Budget

21  Contingency Fund during fiscal year 2010, out of the following

22  enumerated funds, the amounts listed below from each fund:

| 23 | AGENCY/FUND | FUND NO. | AMOUNT |
|---|---|---|---|
| 24 | Health Care Expendable Fund | 3989 | $58,000,000.00 |
| 25 | Public Service Commission | 3811 | 5,000,000.00 |
| 26 | Department of Education - | | |

```
34  Officer shall transfer the following specified sums to the

35  agencies listed below:

36            AGENCY                                    AMOUNT

37  District attorneys and staff......................$  1,491,817.00

38  State Tax Commission..............................   1,000,000.00

39  Education, Department of:

40       National Board Certification.................   2,036,095.00

41  Education, Department of:

42       Chickasaw Cession counties...................   1,126,768.00

43  Education, Department of:

44       Mississippi Adequate Education Program........ 33,908,173.00

45  IHL - Ayers funding...............................   2,248,369.00

46  IHL - University of Mississippi Medical Center.....    750,000.00

47  IHL - ASU - Agricultural programs.................     139,384.00

48  IHL - MSU - Agricultural and

49       Forestry Experiment Station..................     267,778.00

50  IHL - MSU - Cooperative Extension Service.........     267,777.00

51  IHL - MSU - Veterinary Medicine, College of.......     385,784.00

52  Health, State Department of.......................     875,000.00

53  Mental Health, Department of......................   4,000,000.00

54  Corrections, Department of........................  16,000,000.00

55  Human Services, Department of.....................   2,500,000.00

56  Rehabilitation Services, Department of............     200,000.00

57  Military Department...............................      61,856.00

58  Public Safety, Department of:

59       Crime Laboratory.............................      45,421.00
```

67  Department of Finance and Administration:

68      Cost allocation due federal government........  3,300,000.00

69  Attorney General:

70      Judgments and settlements....................  1,286,906.00

71  TOTAL.........................................$ 82,000,000.00

72      (3)  The agencies listed in subsection (2) of this section

73  are authorized to escalate their budgets by the respective amounts

74  specified for each agency and expend those sums for the purposes

75  authorized by law, subject to the following provision:

76      The Department of Public Safety shall not be authorized to

77  transfer any funds from the budgets of the Crime Laboratory,

78  Highway Safety Patrol Division and the Bureau of Narcotics to any

79  other budget of the department.

80      **SECTION 2.**  (1)  During fiscal year 2010, the State Fiscal

81  Officer shall transfer to the Budget Contingency Fund, out of the

82  following enumerated funds, the amounts listed below from each

83  fund:

| AGENCY/FUND | FUND NO. | AMOUNT |
|---|---|---|
| Drug Court Fund | 3060 | $ 900,000.00 |
| Youth Court Support Fund | 3062 | 800,000.00 |
| TOTAL | | $1,700,000.00 |

88      (2)  From the funds transferred to the Budget Contingency

89  Fund under subsection (1) of this section, the State Fiscal

90  Officer shall transfer the following specified sums to the

91  agencies listed below:

92      AGENCY                                          AMOUNT

99   specified for each agency and expend those sums for the purposes

100  authorized by law.

101      **SECTION 3.**  During fiscal year 2010, the State Fiscal Officer

102  shall transfer to the School District Emergency Assistance Fund

103  created in Section 37-17-6(14)(b) the sum of One Million Dollars

104  ($1,000,000.00) from the Mississippi Adequate Education Program

105  budget of the State Department of Education (Fund No. 2230).  The

106  department is authorized to escalate the appropriate budget by the

107  amount specified in this section and expend that sum for the

108  purposes authorized by law, subject to the following provision:

109      No funds provided in this section shall be expended by the

110  State Department of Education for the support of a school district

111  in which the Governor has declared a state of emergency until the

112  State Board of Education has appointed and assigned an interim

113  conservator to the school district.  The department shall provide

114  to the House and Senate Education Committees and the House and

115  Senate Appropriations Committees a monthly report of all

116  expenditures that it makes for the support of a school district

117  from the funds provided in this section during the period that the

118  school district is administered, managed and operated by an

119  interim conservator.

120      **SECTION 4.**  This act shall take effect and be in force from

121  and after its passage.

MISSISSIPPI LEGISLATURE                     REGULAR SESSION 2011

By:  Senator(s) Davis                       To:  Appropriations


                         SENATE BILL NO. 3085
                         (As Sent to Governor)


 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2   CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3   OF THE DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR
 4   FISCAL YEAR 2011; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR
 5   STATE PROPERTY INSURANCE FOR FISCAL YEARS 2011 AND 2012; THE
 6   OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 7   JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2011; THE DEPARTMENT OF
 8   HUMAN SERVICES FOR THE DIVISION OF FAMILY AND CHILDREN'S SERVICES
 9   FOR FISCAL YEAR 2011; THE JOINT COMMITTEE ON COMPILATION, REVISION
10   AND PUBLICATION OF LEGISLATION FOR FISCAL YEAR 2011; THE BOARD OF
11   NURSING FOR FISCAL YEAR 2011; STATE FIRE ACADEMY FOR FISCAL YEAR
12   2011; THE DEPARTMENT OF REVENUE FOR HIRING TEMPORARY EMPLOYEES;
13   AND THE BOARD OF EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS
14   FOR CERTAIN EXPENSES FOR FISCAL YEAR 2011; AND FOR RELATED
15   PURPOSES.

16        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

17        **SECTION 1.**  In addition to all other sums heretofore

18   appropriated, the following sum, or so much thereof as may be

19   necessary, is hereby appropriated out of any money in the Budget

20   Contingency Fund created in Section 27-103-301, Mississippi Code

21   of 1972, not otherwise appropriated, to the district attorneys,

22   assistant district attorneys and criminal investigators for the

23   purpose of defraying salary, terminal leave and tort claims

24   assessment for the fiscal year ending June 30, 2011.........

25   ..............................................$     430,590.00.

26        **SECTION 2.**  In addition to all other sums heretofore

33    **SECTION 3.**  In addition to all other sums heretofore

34   appropriated, the following sum, or so much thereof as may be

35   necessary, is hereby appropriated out of any money in the Budget

36   Contingency Fund created in Section 27-103-301, Mississippi Code

37   of 1972, not otherwise appropriated, to the Department of Finance

38   and Administration, for the purpose of purchasing property

39   insurance on state property as required by the Stafford Act,

40   Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

41   House Bill No. 4, Fifth Extraordinary Session of 2005, for the

42   period beginning upon passage and through the fiscal year ending

43   June 30, 2012...................................$  6,514,767.00.

44    **SECTION 4.**  In addition to all other sums heretofore

45   appropriated, the following sum, or so much thereof as may be

46   necessary, is hereby appropriated out of any money in the State

47   Treasury to the credit of the Department of Finance and

48   Administration, for the purpose of purchasing property insurance

49   on state property as required by the Stafford Act, Section 311,

50   Paragraph 5154 and 44 CFR 206.252 and 206.253, and House Bill No.

51   4, Fifth Extraordinary Session of 2005, for the period beginning

52   upon passage and through the fiscal year ending June 30, 2012....

53   ..............................................$   485,233.00.

54    **SECTION 5.**  In addition to all other sums heretofore

55   appropriated, the following sum, or so much thereof as may be

56   necessary, is hereby appropriated out of any money in the Budget

57   Contingency Fund created in Section 27-103-301, Mississippi Code

58   of 1972, not otherwise appropriated, for the purpose of paying for

65          (a)  Olivia Y., et al v. Haley Barbour, as Governor;

66  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

67  Director of the Division of Family and Children's Services and the

68  Department of Human Services, United States District Court for the

69  Southern District of Mississippi, Jackson Division, Cause No.

70  3:04cv251(L)(N)...................................$  1,260,600.00.

71          (b)  State of Mississippi, ex rel. Attorney General Jim

72  Hood, on behalf of Mississippi Land Water and Resources Board and

73  Mississippi Development Authority v. Facility Construction

74  Management Inc. and Facility Holding Corp.........$   140,000.00.

75          (c)  Maxine Rucker v. Mississippi Department of Health,

76  United States District Court for the Northern District of

77  Mississippi, Greenville Division, Cause No.

78  4:08CV143.........................................$     9,000.00.

79          (d)  J.A., et al vs. Barbour, et al, United States

80  District Court for the Southern District of Mississippi, Cause No.

81  3:07-CV-00394-DPJ-FKB.............................$    10,000.00.

82          (e)  Kenney Brewer v. State of Mississippi, Circuit

83  Court of Noxubee County, Mississippi, Claimant No.

84  2009-0099.........................................$    50,000.00.

85          (f)  Levon Brooks v. State of Mississippi, Circuit Court

86  of Noxubee County, Mississippi, Claimant No.

87  2009-0098.........................................$    50,000.00.

88          (g)  Arthur Johnson v. State of Mississippi, Circuit

89  Court of Sunflower County, Mississippi, Claimant No.

90  2009-0289-CI......................................$    50,000.00.

```
 97            (j) David Lee Chapman v. State of Mississippi, Circuit
 98     Court of Newton County, Mississippi, Claimant No.
 99     251-10-721-CIV...................................$    50,000.00.
100            (k)  Calvin Wilks v. State of Mississippi, Circuit Court
101     of Hinds County, Mississippi, Claimant No.
102     251-10-721-CIV...................................$    50,000.00.
103            (l)  Deborah Champluvier v. State of Mississippi,
104     Circuit Court of DeSoto County, Mississippi, Claimant No.
105     CV-2010-160......................................$    25,000.00.
106            (m)  Attorneys fees for Jim Waide, Attorney at Law, for
107     the purpose of Claimant's counsel for Bobby Joe
108     Townsend.........................................$     8,333.00.
109            (n)  Attorneys fees for Thomas Q. Brame, Attorney at
110     Law, for the purpose of Claimant's counsel for David Lee
111     Chapman..........................................$    10,000.00.
112            (o)  Attorneys fees for Robert B. McDuff, Attorney at
113     Law, for the purpose of Claimant's counsel for Calvin
114     Wilks............................................$    17,916.00.
115            (p)  Willie Morrow, et al vs. Mississippi Department of
116     Public Safety, et al., United States District Court for the
117     Southern District of Mississippi, Cause No.
118     1:70-cv-04716....................................$    39,571.00.
119        SECTION 6.  In addition to all other sums heretofore
120     appropriated, the following sum, or so much thereof as may be
121     necessary, is hereby appropriated out of any money in the Budget
122     Contingency Fund created in Section 27-103-301, Mississippi Code
```

130  necessary, is hereby appropriated out of any money in the Budget
131  Contingency Fund created in Section 27-103-301, Mississippi Code
132  of 1972, not otherwise appropriated, to the Joint Committee on
133  Compilation, Revision and Publication of Legislation for the year
134  ending June 30, 2011...........................$    230,000.00.

135      **SECTION 8.**  In addition to all other sums heretofore
136  appropriated, the following sum or so much thereof as may be
137  necessary, is hereby appropriated out of any money in the State
138  Treasury to the credit of the Board of Nursing for the purpose of
139  defraying the expense for equipment and contractual services for
140  the year ending June 30, 2011...................$    250,000.00.

141      **SECTION 9.**  In addition to all other sums heretofore
142  appropriated, the following sum or so much thereof as may be
143  necessary, is hereby appropriated out of any money in the State
144  Treasury to the credit of the State Fire Academy for the purpose
145  of defraying the expense for the construction and completion of
146  training classrooms for the year ending June 30, 2011............
147  ...............................................$    400,000.00.

148      **SECTION 10.**  In addition to all other sums heretofore
149  appropriated, the following sum, or so much thereof as may be
150  necessary, is hereby appropriated out of any money in the Budget
151  Contingency Fund created in Section 27-103-301, Mississippi Code
152  of 1972, not otherwise appropriated, to the Department of Revenue
153  for the purpose of hiring temporary employees for processing
154  delinquent tax collections and to process the backlog of title
155  applications for the year ending June 30, 2011...$     90,000.00.

163      **SECTION 12.**  The money herein appropriated shall be paid by
164   the State Treasurer out of any money in the proper fund or funds
165   as set forth in this act, upon warrants issued by the State Fiscal
166   Officer; and the State Fiscal Officer shall issue his warrants
167   upon requisitions signed by the proper person, officer or officers
168   in the manner provided by law.

169      **SECTION 13.**  This act shall take effect and be in force from
170   and after its passage and through the fiscal year ending June 30,
171   2011, except for Sections 3 and 4 which shall take effect and be
172   in force beginning upon passage of this act and through the fiscal
173   year ending June 30, 2012.

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2012

By:  Representative Frierson                      To:  Appropriations


HOUSE BILL NO. 1511
(As Sent to Governor)

1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
2   CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
3   OF THE GOVERNOR'S OFFICE FOR FISCAL YEARS 2012 AND 2013; MILITARY
4   DEPARTMENT FOR FISCAL YEAR 2012; THE DEPARTMENT OF FINANCE AND
5   ADMINISTRATION FOR FISCAL YEARS 2012 AND 2013; DEPARTMENT OF
6   REVENUE FOR FISCAL YEAR 2012; DISTRICT ATTORNEYS AND ASSISTANT
7   DISTRICT ATTORNEYS FOR FISCAL YEAR 2012; THE STATE SENATE AND
8   HOUSE OF REPRESENTATIVES FOR FISCAL YEAR 2012; THE BOARD OF
9   EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS FOR FISCAL YEAR
10  2012; THE OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEARS 2012 AND
11  2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
12  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2012; AND FOR
13  RELATED PURPOSES.

14      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

15      **SECTION 1.**  In addition to all other sums previously

16  appropriated, the following sum, or so much of it as may be

17  necessary, is appropriated out of any money in the State Treasury

18  to the credit of the Budget Contingency Fund, and allocated in a

19  manner as determined by the Treasurer's Office, to defray the

20  expenses of the Governor's Office for the period beginning upon

21  the passage of this act and through June 30, 2013...$  355,531.00.

22      This additional appropriation is made for the purpose of

23  providing the funds necessary to continue the operations of the

24  Governor's Office for fiscal year 2012 and related expenses.

25      **SECTION 2.**  In addition to all other sums previously

32      This additional appropriation is made for the purpose of

33  matching dollars for the remainder of the federal fiscal year.

34      **SECTION 3.**  In addition to all other sums previously

35  appropriated, the following sum, or so much of it as may be

36  necessary, is appropriated out of any money in the State Treasury

37  to the credit of the Budget Contingency Fund, and allocated in a

38  manner as determined by the Treasurer's Office, to defray the

39  expenses of the Department of Finance and Administration for the

40  period beginning upon passage and through the fiscal year ending

41  June 30, 2013...................................$  7,000,000.00.

42      This additional appropriation is made for the purpose of

43  purchasing property insurance on state property as required by the

44  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

45  206.253.

46      **SECTION 4.**  In addition to all other sums previously

47  appropriated, the following sum, or so much of it as may be

48  necessary, is appropriated out of any money in the State Treasury

49  to the credit of the Budget Contingency Fund, and allocated in a

50  manner as determined by the Treasurer's Office, to defray the

51  expenses of the Department of Revenue for the period beginning

52  upon passage and through the fiscal year ending June 30, 2012....

53  ...............................................$   415,000.00.

54      This additional appropriation is made for the purpose of

55  hiring temporary employees, the cost of additional postage, and

56  additional recording fees for liens.

57      **SECTION 5.**  In addition to all other sums previously

63      This additional appropriation is made for the purpose of

64  funding termination leave payments for an estimated eight

65  additional persons through the end of fiscal year 2012.

66      **SECTION 6.**  In addition to all other sums previously

67  appropriated, the following sum, or so much of it as may be

68  necessary, is appropriated out of any money in the State Treasury

69  to the credit of the Budget Contingency Fund, and allocated in a

70  manner as determined by the Treasurer's Office, to defray the

71  expenses and assessments for the House of Representatives and

72  Senate for the fiscal year ending June 30, 2012....$   971,513.00.

73      This additional appropriation is made for the purpose of

74  funding the following expenses:

75          (a)   Joint Compilation Code.................$ 350,000.00

76          (b)   Energy Council.........................$  50,400.00

77          (c)   Uniform State Laws.....................$  48,090.00

78          (d)   Interstate Cooperation - NCSL.........$ 247,342.00

79          (e)   Interstate Cooperation - CSG..........$ 188,193.00

80          (f)   Southern States Energy Board..........$  45,797.00

81          (g)   Southern Growth Policies Board........$  41,691.00

82      **SECTION 7.**  In addition to all other sums previously

83  appropriated, the following sum, or so much of it as may be

84  necessary, is appropriated out of any money in the State Treasury

85  to the credit of the Board of Examiners for Licensed Professional

86  Counselors for the fiscal year ending June 30, 2012..............

87  ................................................$  13,435.00.

88      This additional appropriation is made for the purpose of

96  expenses of the Attorney General's Office, for the period
97  beginning upon passage and through the fiscal year ending June 30,
98  2013..........................................$  2,000,000.00.
99      This additional appropriation is made for the purpose of
100  hiring additional legal representation on an hourly basis for the
101  State of Mississippi concerning any administrative or civil
102  penalties related to the British Petroleum, Deepwater Horizon oil
103  spill, and for the purpose of paying any fees associated with such
104  legal actions.
105      **SECTION 9.**  In addition to all other sums previously
106  appropriated, the following sum, or so much of it as may be
107  necessary, is appropriated out of any money in the Budget
108  Contingency Fund, and allocated in a manner as determined by the
109  Treasurer's Office, for the purpose of paying for certain outside
110  legal assistance, expert witness fees, court fees, judgments and
111  settlement agreements incurred by the Office of the Attorney
112  General for the period beginning upon passage and through the
113  fiscal year ending June 30, 2012................ $  2,656,846.00.
114      Of the funds appropriated in this section, the following
115  amounts are provided:
116          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
117  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as
118  Director of the Division of Family and Children's Services and the
119  Department of Human Services, United States District Court for the
120  Southern District of Mississippi, Jackson Division, Cause No.
121  3:04CV251(L)(N)....................................$  1,020,575.00.

128          (c)  State of Mississippi, ex rel. Attorney General Jim

129  Hood, on behalf of Mississippi Land Water and Resources Board and

130  Mississippi Development Authority v. Facility Construction

131  Management, Inc., and Facility Holding Corp.......$   420,000.00.

132          (d)  Charles Derrell Seale v. Phillip Mitchell, United

133  States District Court for the Northern District of Mississippi,

134  Western Division, Cause No. 3:08CV105(P)(A).......$    50,539.00.

135          (e)  Jeffery Presley, et al v. Christopher Epps, et al

136  United States District Court for the Northern District of

137  Mississippi, Greenville Division, Cause No.

138  4:05CV00148.......................................$   290,499.00.

139          (f)  Kenney Brewer v. State of Mississippi, Circuit

140  Court of Noxubee County, Mississippi, Claimant No.

141  2009-0099.........................................$    50,000.00.

142          (g)  Levon Brooks v. State of Mississippi, Circuit Court

143  of Noxubee County, Mississippi, Claimant No.

144  009-0098..........................................$    50,000.00.

145          (h)  Arthur Johnson v. State of Mississippi, Circuit

146  Court of Sunflower County, Mississippi, Claimant No.

147  2009-0289-CI......................................$    50,000.00.

148          (i)  Cedric Willis v. State of Mississippi, Circuit

149  Court of Hinds County, Mississippi, Claimant No.

150  251-09-649-CIV....................................$    50,000.00.

151          (j)  Bobby Joe Townsend v. State of Mississippi, Circuit

152  Court of Webster County, Mississippi, Claimant No.

153  2010-81-CVM.......................................$    33,333.00.

160          (m)  Gregory Paul Carr v. State of Mississippi, Circuit

161 Court of Washington County, Mississippi, Claimant No.

162 2011-0007-CI.....................................$   50,000.00.

163          (n)  Sabrina Butler Porter v. State of Mississippi,

164 Circuit Court of Lowndes County, Mississippi, Claimant No.

165 2011-0014-CV1K...................................$   50,000.00.

166          (o)  Rodney Demetrius Sands v. State of Mississippi,

167 Circuit Court of Jefferson Davis County, Mississippi, Claimant No.

168 2011-7H..........................................$   50,000.00.

169          (p)  Estate of Larry Ruffin v. State of Mississippi,

170 Circuit Court of Forrest County, Mississippi, Claimant No.

171 CI-11-0238.......................................$   50,000.00.

172          (q)  John Randall Alexander v. State of Mississippi,

173 Circuit Court of Panola County, Mississippi, Claimant No.

174 CV-2011-56JMP2...................................$   50,000.00.

175          (r)  Counsel for Claimant Gregory Paul Carr – Attorney

176 Carol L. White-Richard...........................$   15,000.00.

177          (s)  Counsel for Claimant Sabrina Butler Porter –

178 Attorney William Starks II.......................$   32,900.00.

179          (t)  Counsel for Claimant Rodney Demetrius Sands –

180 Attorney Robert F. Lingold, Jr...................$   19,000.00.

181          (u)  Counsel for Claimant "Estate of Larry Ruffin" –

182 Attorney Robert McDuff and the Innocence Project of New

183 Orleans..........................................$   50,000.00.

184          (v)  Counsel for Claimant John Randall Alexander –

185 Attorney Preston Ray Garrett.....................$   25,000.00.

192      **SECTION 11.**  This act shall take effect and be in force from
193   and after its passage and through the fiscal year ending June 30,
194   2012, except for Sections 1, 3 and 8 which shall take effect and
195   be in force beginning upon passage of this act and through the
196   fiscal year ending June 30, 2013.

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2013

By: Senator(s) Clarke                            To: Appropriations


SENATE BILL NO. 2904
(As Sent to Governor)


1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
2  CONTINGENCY FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF
3  FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2013 AND 2014;
4  DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR FISCAL
5  YEAR 2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
6  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2013; THE
7  FORESTRY COMMISSION FOR FISCAL YEAR 2013; THE MISSISSIPPI
8  EMERGENCY MANAGEMENT FOR FISCAL YEARS 2013 AND 2014; THE
9  DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL FOR FISCAL YEAR 2013;
10  AND FOR RELATED PURPOSES.

11    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12    **SECTION 1.**  In addition to all other sums previously

13  appropriated, the following sum, or so much of it as may be

14  necessary, is appropriated out of any money in the State Treasury

15  to the credit of the Budget Contingency Fund, and allocated in a

16  manner as determined by the Treasurer's Office, to defray the

17  expenses of the Department of Finance and Administration for the

18  period beginning upon passage and through the fiscal year ending

19  June 30, 2014................................$   6,644,715.00.

20    This additional appropriation is made for the purpose of

21  purchasing property insurance on state property as required by the

22  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

23  206.253.

24      **SECTION 2.**  In addition to all other sums previously

25  appropriated, the following sum, or so much of it as may be

26  necessary, is appropriated out of any money in the State Treasury

27  to the credit of the Budget Contingency Fund, and allocated in a

28  manner as determined by the Treasurer's Office, to defray the

29  expenses of the district attorneys, assistant district attorneys

30  and criminal investigators for the period beginning upon passage

31  and through the fiscal year ending June 30, 2013....$   10,000.00.

32      This additional appropriation is made for the purpose of

33  fully funding salaries and fringe benefits for district attorneys

34  and staff.

35      **SECTION 3.**  In addition to all other sums previously

36  appropriated, the following sum, or so much of it as may be

37  necessary, is appropriated out of any money in the Budget

38  Contingency Fund, and allocated in a manner as determined by the

39  Treasurer's Office, for the purpose of paying for certain outside

40  legal assistance, expert witness fees, court fees, judgments and

41  settlement agreements incurred by the Office of the Attorney

42  General for the period beginning upon passage and through the

43  fiscal year ending June 30, 2013.................$  10,169,265.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46       (a)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

47  Taylor, as Executive Director of DHS; and Billy Mangold, as

48  Director of the Division of Family and Children's Services and the

49  Department of Human Services, United States District Court for the

50  Southern District of Mississippi, Jackson Division, Cause No.

51  3:04cv251(L)(N)...................................$  1,071,572.00.

52       (b)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

53  Taylor, as Executive Director of DHS; and Billy Mangold, as

54  Director of the Division of Family and Children's Services and the

55  Department of Human Services, United States District Court for the

56  Southern District of Mississippi, Jackson Division, Cause No.

57  3:04:cv251(L)(N)...................................$   288,402.00.

58       (c)  C.B., by and through his next friend, Charleston

59  DePriest, et al. v. Walnut Grove Correctional Authority, et al.,

60  United States District Court for the Southern District of

61  Mississippi, Cause No. 3:10cv663-CWR-FKB..........$   257,041.00.

62       (d)  Kenney Brewer v. State of Mississippi, Circuit Court of

63  Noxubee County, Mississippi, Claimant No. 2009-0099..............

64  ...............................................$    50,000.00.

65       (e)  Levon Brooks v. State of Mississippi, Circuit Court of

66  Noxubee County, Mississippi, Claimant No. 2009-0098..............

67  ...............................................$    50,000.00.

68       (f)  Arthur Johnson v. State of Mississippi, Circuit Court of

69  Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........

70  ...............................................$    50,000.00.

71   (g) Cedric Willis v. State of Mississippi, Circuit Court of
72 Hinds County, Mississippi, Claimant No. 251-09-649-CIV..........
73 ............................................$   50,000.00.
74   (h) Calvin Wilks v. State of Mississippi, Circuit Court of
75 Hinds County, Mississippi, Claimant No. 251-10-721-CIV...........
76 ............................................$   50,000.00.
77   (i) Gregory Paul Carr v. State of Mississippi, Circuit Court
78 of Washington County, Mississippi, Claimant No. 2011-0007-CI.....
79 ............................................$   50,000.00.
80   (j) Sabrina Butler Porter v. State of Mississippi, Circuit
81 Court of Lowndes County, Mississippi, Claimant No.
82 2011-0014-CV1K...................................$   50,000.00.
83   (k) Rodney Demetrius Sands v. State of Mississippi, Circuit
84 Court of Jefferson Davis County, Mississippi, Claimant No. 2011-7H
85 ............................................$   50,000.00.
86   (l) "Estate of Larry Ruffin" v. State of Mississippi,
87 Circuit Court of Forrest County, Mississippi, Claimant No.
88 CI-11-0238......................................$   50,000.00.
89   (m) John Randall Alexander v. State of Mississippi, Circuit
90 Court of Panola County, Mississippi, Claimant No.
91 CV-2011-56JMP2..................................$   50,000.00.
92   (n) Matthew Norwood v. State of Mississippi, Circuit Court
93 of Hinds County, Mississippi, Claimant No. 251-10-861-CIV
94 ............................................$   50,000.00.

95      (o)   Phillip Bivens v. State of Mississippi, Circuit Court of

96  Forrest County, Mississippi, Claimant No. CIll-0240...............

97  ..............................................$    50,000.00.

98      (p)   "Estate of Bobby Ray Dixon" v. State of Mississippi,

99  Circuit Court of Forrest County, Mississippi, Claimant No.

100  CI11-0239.......................................$    50,000.00.

101      (q)   Jimmie Bass v. State of Mississippi, Circuit Court of

102  Bolivar County, Mississippi, Claimant No. 2011-0009..............

103  ..............................................$   101,500.00.

104      (r)   Counsel for Claimant Jimmie Bass – Attorney Robert

105  McDuff and the Innocence Project of New Orleans..................

106  ..............................................$    50,000.00.

107      (s)   Wesley Beavers v. State of Mississippi, Circuit Court of

108  Harrison County, Mississippi, Claimant No. A2401-12-173..........

109  ..............................................$     2,500.00.

110      (t)   Frederick Earl Bradford v. State of Mississippi, Circuit

111  Court of Washington County Mississippi, Claimant No. 2012-0085-CI

112  ..............................................$    30,000.00.

113      (u)   John Wayne Edwards v. State of Mississippi, Circuit

114  Court of Scott County, Mississippi, Claimant No.

115  12-CV-194-SC-G..................................$    50,000.00.

116      (v)   Margie Elliot v. State of Mississippi, Circuit Court of

117  Scott County, Mississippi, Claimant No. 12-CV-195-SC-G...........

118  ..............................................$    50,000.00.

119    (w)  Sharon Hall v. State of Mississippi, Circuit Court of

120    Adams County, Mississippi. Claimant No. 12-KV-0069-J..............

121    ...............................................$    50,000.00.

122    (x)  Adam Wayne Roebuck v. State of Mississippi, Circuit

123    Court of Leake County, Mississippi, Claimant No.

124    12-CV-162-LE-C...................................$    2,500.00.

125    (y)  Irby Matthew Tate v. State of Mississippi, Circuit Court

126    of Holmes County, Mississippi. Claimant No. 2012-0221..........

127    ...............................................$    50,000.00.

128    (z)  Jennifer Collier, on behalf of the Estate of Ronnie G.

129    Oswalt v. State of Mississippi, Circuit Court of Chickasaw County,

130    Mississippi, Claimant No. H2012-094G............................

131    ...............................................$    48,500.00.

132    (aa)  Walter Guyton v. State of Mississippi, Circuit Court of

133    Sunflower County, Mississippi, Claimant No. CV-2010-0211-CI.......

134    ...............................................$    50,000.00.

135    (bb)  Counsel for Claimant Wesley Beavers – Attorneys David

136    Neil McCarty and Graham P. Carner.................................

137    ...............................................$    500.00.

138    (cc)  Counsel for Claimant Frederick Earl Bradford –

139    Attorneys David Neil McCarty and Graham P. Carner................

140    ...............................................$    5,000.00.

141    (dd)  Counsel for Claimant John Wayne Edwards – Attorneys

142    David Neil McCarty and Graham P. Carner..........$    8,000.00.

143       (ee)  Counsel for Claimant Margie Elliot - Attorneys David

144 Neil McCarty and Graham P. Carner.................$  8,000.00.

145       (ff)  Counsel for Claimant Sharon Hall - Attorneys David Neil

146 McCarty and Graham P. Carner.....................$  8,000.00.

147       (gg)  Counsel for Claimant Adam Wayne Roebuck - Attorneys

148 David Neil McCarty and Graham P. Carner..........$  500.00.

149       (hh)  Counsel for Claimant Irby Matthew Tate - Attorneys

150 David Neil McCarty and Graham P. Carner..........$  8,000.00.

151       (ii)  Counsel for Claimant Jennifer Collier on behalf of the

152 Estate of Ronnie G. Oswalt - Attorneys David Neil McCarty and

153 Graham P. Carner..................................$  8,250.00.

154       (jj)  Counsel for Claimant Walter Guyton - Attorney Ottowa E.

155 Carter, Jr........................................$  9,000.00.

156       (kk)  Leamond Shaffer v. MS Highway Safety Patrol, United

157 States District Court for the Southern District of Mississippi,

158 Cause No. 4:11cv111-CWR-LRA......................$  12,000.00.

159       (ll)  Jackson HMA, LLC d/b/a Central Mississippi Medical

160 Center v. Mississippi Department of Corrections (MDOC) and

161 Christopher B. Epps, in his official capacity as Commissioner of

162 Mississippi Department of Corrections; In the United States

163 District Court for the Southern District of Mississippi, Jackson

164 Division; Civil Action No. 3:11CV135CWR-FKB.......$  5,100,000.00.

165       (mm)  To reimburse the federal government for the $4.044

166 Million Environmental Protection Agency spent on emergency

167  clean-up regarding contaminated 16th Section land located in

168  Harrison County called the "Chemfax site".........$  2,250,000.00.

169      **SECTION 4.**  In addition to all other sums previously

170  appropriated, the following sum, or so much of it as may be

171  necessary, is appropriated out of any money in the State Treasury

172  to the credit of the Budget Contingency Fund, and allocated in a

173  manner as determined by the Treasurer's Office, to defray the

174  expenses of the Attorney General's Office for conducting the

175  environment cleanup of the 16th Section land located in Harrison

176  County and known as the "Chemfax site" for the period beginning

177  upon passage and through the fiscal year ending June 30, 2014....

178  ..............................................$  2,000,000.00.

179      **SECTION 5.**  In addition to all other sums previously

180  appropriated, the following sum, or so much of it as may be

181  necessary, is appropriated out of any money in the State Treasury

182  to the credit of the Budget Contingency Fund, and allocated in a

183  manner as determined by the Treasurer's Office, to defray the

184  expenses of the Department of Corrections for the period beginning

185  upon passage and through the fiscal year ending June 30, 2013.....

186  ..............................................$ 23,900,000.00.

187      This additional appropriation is made for the purpose of

188  supporting the operations of the Department of Corrections.

189      **SECTION 6.**  In addition to all other sums previously

190  appropriated, the following sum, or so much of it as may be

191  necessary, is appropriated out of any money in the State Treasury

192 to the credit of the Budget Contingency Fund, and allocated in a
193 manner as determined by the Treasurer's Office, to defray the
194 expenses of the Forestry Commission for the period beginning upon
195 passage and through the fiscal year ending June 30, 2013..........
196 ..............................................$   500,000.00.
197     This additional appropriation is made for the operations of
198 the Forestry Commission.
199     **SECTION 7.**  In addition to all other sums previously
200 appropriated, the following sum, or so much of it as may be
201 necessary, is appropriated out of any money in the State Treasury
202 to the credit of the Budget Contingency Fund, and allocated in a
203 manner as determined by the Treasurer's Office, to defray the
204 expenses of the Mississippi Emergency Management Agency for the
205 period beginning upon passage and through the fiscal year ending
206 June 30, 2014...................................$  4,000,000.00.
207     The funds provided in this section shall only be allocated
208 for costs directly related with the state share requirements for
209 outstanding natural disasters.
210     **SECTION 8.**  In addition to all other sums previously
211 appropriated, the following sum, or so much of it as may be
212 necessary, is appropriated out of any money in the State Treasury
213 to the credit of the Budget Contingency Fund, and allocated in a
214 manner as determined by the Treasurer's Office, to defray the
215 expenses of the Department of Public Safety – Highway Safety

216  Patrol for the period beginning upon passage and through the

217  fiscal year ending June 30, 2013..................$  3,012,134.00.

218  This additional appropriation is made for the operations of

219  the Department of Public Safety – Highway Patrol.

220  **SECTION 9.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money in the State Treasury

223  to the credit of the Budget Contingency Fund, and allocated in a

224  manner as determined by the Treasurer's Office, to defray the

225  expenses of the Wireless Communication Commission (WCC), for the

226  period beginning upon the passage of this act and through June 30,

227  2013..........................................$  2,000,000.00.

228  This additional appropriation is made for the purpose of

229  preventing a deficit, which otherwise would occur, in order for

230  the commission to provide the services prescribed by Section

231  25-53-171, Mississippi Code of 1972.

232  **SECTION 10.**  The money herein appropriated shall be paid by

233  the State Treasurer out of any money in the proper fund or funds

234  as set forth in this act, upon warrants issued by the State Fiscal

235  Officer; and the State Fiscal Officer shall issue his warrants

236  upon requisitions signed by the proper person, officer or officers

237  in the manner provided by law.

238  **SECTION 11.**  This act shall take effect and be in force from

239  and after its passage and through the fiscal year ending June 30,

240  2013, except for Section 1, Section 4 and Section 7, which shall

241    take effect and be in force beginning upon passage of this act and
242    through the fiscal year ending June 30, 2014.

MISSISSIPPI LEGISLATURE

REGULAR SESSION 2014

By: Representative Frierson

To: Appropriations

HOUSE BILL NO. 1440
(As Sent to Governor)

1     AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2014 AND 2015; THE
4  WIRELESS COMMUNICATIONS COMMISSION FOR FISCAL YEARS 2014 AND 2015;
5  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
6  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2014; THE DEPARTMENT OF
7  REVENUE FOR FISCAL YEAR 2014; THE DEPARTMENT OF CORRECTIONS FOR
8  FISCAL YEARS 2014 AND 2015; THE FORESTRY COMMISSION FOR FISCAL
9  YEAR 2014; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
10  FISCAL YEAR 2014; THE STATE SUPREME COURT ADMINISTRATIVE OFFICE OF
11  COURTS FOR FISCAL YEARS 2014 AND 2015; THE CHARTER SCHOOL
12  AUTHORIZER BOARD OF THE ADMINISTRATIVE OFFICES OF IHL FOR FISCAL
13  YEARS 2014 AND 2015; THE DEPARTMENT OF MENTAL HEALTH FOR FISCAL
14  YEAR 2014; THE DEPARTMENT OF INSURANCE FOR THE RURAL FIRE TRUCK
15  ACQUISITION ASSISTANCE PROGRAM AND/OR THE SUPPLEMENTAL RURAL FIRE
16  TRUCK FUND FOR FISCAL YEARS 2014 AND 2015; AND FOR RELATED
17  PURPOSES.

18     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

19     **SECTION 1.**  In addition to all other sums herein

20  appropriated, the following sum, or so much thereof as may be

21  necessary, is appropriated out of any money to the credit of the

22  Capital Expense Fund, and allocated in a manner as determined by

23  the Treasurer's Office, to defray the expenses of the Department

24  of Finance and Administration for the period beginning upon the

25  passage of this act and through June 30, 2015.....................

26 .........................................$   5,026,869.00.

27     This additional appropriation is made for the purpose of

28 purchasing property insurance on state property as required by the

29 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

30 206.253.

31     **SECTION 2.**  In addition to all other sums herein

32 appropriated, the following sum, or so much thereof as may be

33 necessary, is appropriated out of any money to the credit of the

34 Capital Expense Fund, and allocated in a manner as determined by

35 the Treasurer's Office, to defray the expenses of the Wireless

36 Communication Commission for the period beginning upon the passage

37 of this act and through June 30, 2015..........$   5,118,000.00.

38     This additional appropriation is made to ensure the

39 commission provides the services prescribed by Section 25-53-171,

40 Mississippi Code of 1972.

41 **SECTION 3.**  In addition to all other sums herein appropriated, the

42 following sum, or so much thereof as may be necessary, is

43 appropriated out of any money to the credit of the Capital Expense

44 Fund, and allocated in a manner as determined by the Treasurer's

45 Office, to defray the expenses of paying for certain outside legal

46 assistance, expert witness fees, court fees, judgments and

47 settlement agreements incurred by the Office of the Attorney

48 General for the period beginning upon passage of this act and

49 through the fiscal year ending June 30, 2014.....................

50 .........................................$   2,676,942.00.

51    Of the funds appropriated in this section, the following

52  amounts are provided:

53          (a)  Olivia Y., et al v. Haley Barbour, as Governor of

54  the State of Mississippi; the Executive Director of the Department

55  of Human Services; and Billy Mangold, as Director of the Division

56  of Family and Children's Services and the Department of Human

57  Services, United States District Court for the Southern District

58  of Mississippi, Jackson Division,

59  Cause No. 3:04cv251(L)(N).......................$    1,128,188.00.

60          (b)  Olivia Y., et al v. Haley Barbour, as Governor of

61  the State of Mississippi; the Executive Director of the Department

62  of Human Services; and Billy Mangold, as Director of the Division

63  of Family and Children's Services and the Department of Human

64  Services, United States District Court for the Southern District

65  of Mississippi, Jackson Division,

66  Cause No. 3:04cv251(L)(N).......................$     171,413.00.

67          (c)  Diane J. Taylor v. Mississippi Department of Human

68  Services; United States District Court for the Northern District

69  of Mississippi, Greenville Division,

70  Cause No...................................... 4:12-CV-67-MPM-JMV

71  ..............................................$      77,535.00.

72          (d)  Kennedy Brewer v. State of Mississippi, Circuit

73  Court of Noxubee County, Mississippi,

74  Claimant No. 2009-0099.........................$      50,000.00.

75          (e)  Levon Brooks v. State of Mississippi, Circuit Court

76  of Noxubee County, Mississippi,

77  Claimant No. 2009-0098..........................$    50,000.00.

78          (f)  Arthur Johnson v. State of Mississippi, Circuit

79  Court of Sunflower County, Mississippi,

80  Claimant No. 2009-0289-CI......................$    50,000.00.

81          (g)  Cedric Willis v. State of Mississippi, Circuit

82  Court of Hinds County, Mississippi,

83  Claimant No. 251-09-649-CIV....................$    50,000.00.

84          (h)  Calvin Wilks v. State of Mississippi, Circuit Court

85  of Hinds County, Mississippi,

86  Claimant No. 251-10-721-CIV....................$    29,166.00.

87          (i)  Gregory Paul Carr v. State of Mississippi, Circuit

88  Court of Washington County, Mississippi,

89  Claimant No. 2011-0007-CI......................$    50,000.00.

90          (j)  Sabrina Butler Porter v. State of Mississippi,

91  Circuit Court of Lowndes County, Mississippi,

92  Claimant No. 2011-0014-CV1K....................$    50,000.00.

93          (k)  Rodney Demetrius Sands v. State of Mississippi,

94  Circuit Court of Jefferson Davis County, Mississippi,

95  Claimant No. 2011-7H...........................$    50,000.00.

96          (l)  Estate of Larry Ruffin v. State of Mississippi,

97  Circuit Court of Forrest County, Mississippi,

98  Claimant No. CI-11-0238........................$    50,000.00.

99          (m)   John Randall Alexander v. State of Mississippi,

100   Circuit Court of Panola County, Mississippi,

101   Claimant No. CV-2011-56JMP2......................$   50,000.00.

102          (n)   Matthew Norwood v. State of Mississippi, Circuit

103   Court of Hinds County, Mississippi,

104   Claimant No. 251-10-861-CIV......................$   50,000.00.

105          (o)   Phillip Bivens v. State of Mississippi, Circuit

106   Court of Forrest County, Mississippi,

107   Claimant No. CI11-0240...........................$   50,000.00.

108          (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

109   Circuit Court of Forrest County, Mississippi,

110   Claimant No. CI11-0239...........................$   50,000.00.

111          (q)   Jimmie Bass v. State of Mississippi, Circuit Court

112   of Bolivar County, Mississippi,

113   Claimant No. 2011-0009...........................$   50,000.00.

114          (r)   Anthony Lee Tucker v. State of Mississippi, Circuit

115   Court of Clay County, Mississippi,

116   Claimant No. 2011-0247H..........................$    8,000.00.

117          (s)   Frank Sanders Tipton v. State of Mississippi,

118   Circuit Court of Jackson County, Mississippi,

119   Claimant No. 2011-00019..........................$   41,097.00.

120          (t)   Counsel for Frank Tipton – Lowery & Fortner,

121   P.A..............................................$    4,717.00.

122          (u)   Elwood White v. State of Mississippi, Circuit Court

123   of Copiah County, Mississippi,

```
124    Claimant No. 2012-201...........................$   16,500.00.
125                (v)  Counsel for Elwood White – Sharon Henderson
126    .............................................$    1,650.00.
127                (w)  Final costs to complete the Settlement between the
128    Department of Justice (DOJ)/United States Environmental Protection
129    Agency (EPA) and the State of Mississippi.........$  500,000.00.
130                (x)  Counsel for Dara Jones – Schwartz, Roller and
131    Zwilling.......................................$   18,676.00.
132                (y)  Counsel for Christopher (C.G.) Hughes – Young Wells
133    and Williams, P.A................................$   30,000.00.
134        SECTION 4.  In addition to all other sums herein
135    appropriated, the following sum, or so much thereof as may be
136    necessary, is appropriated out of any money to the credit of the
137    Capital Expense Fund, and allocated in a manner as determined by
138    the Treasurer's Office, to defray the expenses of Department of
139    Revenue for the period beginning upon passage and through the
140    fiscal year ending June 30, 2014.................$   500,000.00.
141        This additional appropriation is made for the purpose of
142    supporting the operations of the Department of Revenue.
143        SECTION 5.  In addition to all other sums herein
144    appropriated, the following sum, or so much thereof as may be
145    necessary is appropriated out of any money in the special fund in
146    the State Treasury to the credit of the Mississippi Department of
147    Revenue which are collected by or otherwise become available for
148    the purpose of defraying the expenses of the department for the
```

~ OFFICIAL ~

149  period beginning upon passage and through fiscal year ending June

150  30, 2014.....................................$  1,345,765.00.

151     This additional appropriation is made for the purpose of

152  defraying any expenses related to the relocation into the new

153  Department of Revenue State Office facility.

154     **SECTION 6.**  In addition to all other sums herein

155  appropriated, the following sum, or so much thereof as may be

156  necessary, is appropriated out of any money to the credit of the

157  Capital Expense Fund, and allocated in a manner as determined by

158  the Treasurer's Office, to defray the expenses of the Department

159  of Corrections for the period beginning upon the passage of this

160  act and through June 30, 2015.................$  30,000,000.00.

161     This additional appropriation is made for the purpose of

162  supporting the operations of the Department of Corrections.

163     **SECTION 7.**  In addition to all other sums herein

164  appropriated, the following sum, or so much thereof as may be

165  necessary, is appropriated out of any money to the credit of the

166  Capital Expense Fund, and allocated in a manner as determined by

167  the Treasurer's Office, not otherwise appropriated to defray the

168  expenses of the Forestry Commission for the period beginning upon

169  passage of this act and through the fiscal year ending

170  June 30, 2014.................................$  382,000.00.

171     This additional appropriation is made for the operations of

172  the Forestry Commission.

173      **SECTION 8.**  In addition to all other sums herein

174  appropriated, the following sum, or so much thereof as may be

175  necessary, is appropriated out of any money to the credit of the

176  Capital Expense Fund, and allocated in a manner as determined by

177  the Treasurer's Office to defray the expenses of the Office of the

178  Governor-Division of Medicaid for the period beginning upon

179  passage of this act and through the fiscal year ending June 30,

180  2014......................................$    50,000,000.00.

181     This additional appropriation is made for the purpose of

182  supporting the operations of the Office of the Governor-Division

183  of Medicaid.

184      **SECTION 9.**  In addition to all other sums herein

185  appropriated, the following sum, or so much thereof as may be

186  necessary, is appropriated out of any money in the State Treasury

187  to the credit of the Governor's Office-Division of Medicaid which

188  is comprised of special source funds collected by or otherwise

189  available to the division, for the purpose of providing medical

190  assistance under the Mississippi Medicaid Law and defraying the

191  expenses of the administration of such law, for the period

192  beginning upon passage of this act and ending June 30, 2014.......

193  .........................................$   135,528,757.00.

194     The purpose of this additional appropriation is to provide

195  the authority to expend any matching Medicaid funds that become

196  available.

197    **SECTION 10.**  In addition to all other sums herein
198    appropriated, the following sum, or so much thereof as may be
199    necessary, is appropriated out of any money to the credit of the
200    Capital Expense Fund, and allocated in a manner as determined by
201    the Treasurer's Office to defray the expenses of the State Supreme
202    Court for the period beginning upon passage of this act and
203    through the fiscal year ending June 30, 2015.....................
204    .............................................$    2,700,000.00.
205        This additional appropriation is made to defray the cost of
206    the Administrative Office of Courts and Court Reporters for the
207    operations of the Drug Treatment Court Programs.
208    **SECTION 11.**  In addition to all other sums herein
209    appropriated, the following sum, or so much thereof as may be
210    necessary, is appropriated out of any money to the credit of the
211    Capital Expense Fund, and allocated in a manner as determined by
212    the Treasurer's Office to defray the expenses of the
213    administrative offices of the State Institutions of Higher
214    Learning for the period beginning upon the passage of this act
215    and through June 30, 2015.....................$    250,000.00.
216        This additional appropriation is made for the purpose of
217    defraying the costs of general operation of the Charter School
218    Authorizer Board created in the "Mississippi Charter Schools Act
219    of 2013."
220    **SECTION 12.**  In addition to all other sums herein
221    appropriated, the following sum, or so much thereof as may be

222  necessary is appropriated out of any money to the credit of the

223  Capital Expense Fund, and allocated in a manner as determined by

224  the Treasurer's Office, to defray the expenses of the Department

225  of Mental Health, for the period beginning upon passage and

226  through fiscal year ending June 30, 2014..........................

227  ...........................................$    1,700,000.00

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which would otherwise occur.

230      **SECTION 13.**  In addition to all other sums herein

231  appropriated, the following sum, or so much thereof as may be

232  necessary is appropriated out of any funds in the State Treasury

233  to the credit of the Department of Insurance, which is comprised

234  of any special funds collected by or otherwise available to the

235  department, to the Department of Insurance to be provided for the

236  Rural Fire Truck Acquisition Assistance Program and/or the

237  Supplemental Rural Fire Truck Fund, for the period beginning upon

238  passage of this act and through the fiscal year ending June 30,

239  2015.........................................$    4,000,000.00.

240      **SECTION 14.**  The money herein appropriated shall be paid by

241  the State Treasurer out of any money in the proper fund or funds

242  as set forth in this act, upon warrants issued by the State Fiscal

243  Officer; and the State Fiscal Officer shall issue his warrants

244  upon requisitions signed by the proper person, officer or officers

245  in the manner provided by law.

246    **SECTION 15.**  This act shall take effect and be in force from
247    and after its passage and through the fiscal year ending June 30,
248    2014, except for Section 1, Section 2, Section 6, Section 10,
249    Section 11, and Section 13, which shall take effect and be in
250    force from and after passage of this act and through the fiscal
251    year ending June 30, 2015.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2015

By: Senator(s) Clarke                      To: Appropriations


SENATE BILL NO. 2837
(As Sent to Governor)

```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   HEALTH CARE EXPENDABLE FUNDS, CAPITAL EXPENSE FUNDS AND SPECIAL
 3   FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF FINANCE AND
 4   ADMINISTRATION FOR FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE
 5   GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR 2015; THE STATE
 6   BOARD OF ACCOUNTANCY FOR FISCAL YEARS 2015 AND 2016; THE JUDICIAL
 7   PERFORMANCE COMMISSION FOR FISCAL YEARS 2015 AND 2016; CAPITAL
 8   POST CONVICTION FOR FISCAL YEARS 2015 AND 2016; THE MISSISSIPPI
 9   NATIONAL GUARD FOR FISCAL YEAR 2015; THE UNIVERSITY MEDICAL CENTER
10   FOR FISCAL YEAR 2015; THE MISSISSIPPI DEPARTMENT OF EDUCATION FOR
11   FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE STATE AUDITOR FOR
12   FISCAL YEAR 2015; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
13   2015 AND FISCAL YEAR 2016; THE INSTITUTIONS OF HIGHER LEARNING
14   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2015; THE STATE
15   BOARD OF NURSING FOR FISCAL YEAR 2015; THE MISSISSIPPI DEVELOPMENT
16   AUTHORITY FOR FISCAL YEARS 2015 AND 2016; DEPARTMENT OF ARCHIVES
17   AND HISTORY FOR FISCAL YEARS 2015 AND 2016; AND FOR RELATED
18   PURPOSES.
```

19        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20        **SECTION 1.**  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   Capital Expense Fund, and allocated in a manner as determined by

24   the Treasurer's office, to defray the expenses of the Department

25   of Finance and Administration for the period beginning upon the

26   passage of this act and through June 30, 2016.....................

27  .............................................$   7,065,552.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Capital Expense Fund, and allocated in a manner as determined by

36  the Treasurer's office to defray the expenses of the Office of the

37  Governor-Division of Medicaid for the period beginning upon

38  passage of this act and through the fiscal year ending

39  June 30, 2016..................................$   89,606,805.00.

40      This additional appropriation is made for the purpose of

41  supporting the operations of the Office of the Governor-Division

42  of Medicaid.

43      **SECTION 3.**  In addition to all other sums herein

44  appropriated, the following sum, or so much thereof as may be

45  necessary, is appropriated out of any money to the credit of the

46  Office of the Governor-Division of Medicaid, and allocated in a

47  manner as determined by the Treasurer's office to defray the

48  expenses of the Governor's Division of Medicaid for the period

49  beginning upon passage of this act and through the fiscal year

50  ending June 30, 2016.........................$   264,033,177.00.

51    This additional appropriation is made for the purpose of
52  supporting the operations of the Office of the Governor-Division
53  of Medicaid.
54    **SECTION 4.**  In addition to all other sums herein
55  appropriated, the following sum, or so much thereof as may be
56  necessary, is appropriated out of any money to the credit of the
57  Health Care Expendable Fund, and allocated in a manner as
58  determined by the Treasurer's office for Office of the
59  Governor-Division of Medicaid, for the period beginning upon
60  passage of this act and through the fiscal year
61  ending June 30, 2016...........................$   3,055,564.00.
62    This additional appropriation is made for the purpose of
63  supporting the operations of the Office of the Governor-Division
64  of Medicaid.
65    **SECTION 5.**  In addition to all other sums herein
66  appropriated, the following sum, or so much thereof as may be
67  necessary, is appropriated out of any money to the credit of the
68  State Board of Accountancy, and allocated in a manner as
69  determined by the Treasurer's office to defray the expenses of the
70  State Board of Accountancy for the period beginning upon passage
71  of this act and through the fiscal year ending
72  June 30, 2016....................................$   66,000.00.
73    This additional appropriation is made for the purpose of
74  defraying the expense of certain cost overages due to the
75  implementation of the board's new licensing system.

76    **SECTION 6.**  In addition to all other sums herein

77    appropriated, the following sum, or so much thereof as may be

78    necessary, is appropriated out of any money to the credit of the

79    Capital Expense Fund, and allocated in a manner as determined by

80    the Treasurer's office, to defray the expenses of the Judicial

81    Performance Commission for the period beginning upon passage of

82    this act and through the fiscal year ending

83    June 30, 2016........................................$  75,000.00.

84        This additional appropriation is made for the purpose of

85    defraying expenses not paid due to loss of special funds.

86    **SECTION 7.**  In addition to all other sums herein

87    appropriated, the following sum, or so much thereof as may be

88    necessary, is appropriated out of any money to the credit of the

89    Capital Expense Fund, and allocated in a manner as determined by

90    the Treasurer's office, to defray the expenses of Capital Post

91    Conviction for the period beginning upon passage of this act and

92    through the fiscal year ending June 30, 2016........$  325,000.00.

93        This additional appropriation is made for the purpose of

94    defraying expenses not paid due to loss of special funds.

95    **SECTION 8.**  In addition to all other sums herein

96    appropriated, the following sum, or so much thereof as may be

97    necessary, is appropriated out of any money to the credit of the

98    Capital Expense Fund, and allocated in a manner as determined by

99    the Treasurer's office, to defray the expenses of the Mississippi

100  National Guard for the period beginning upon passage of this act

101  and through the fiscal year ending June 30, 2015.................

102  ..............................................$   227,000.00.

103       This additional appropriation is made for the purpose of

104  defraying the cost of the loss of Federal Tuition Assistance for

105  National Guard service members, veterans, and their families.

106       **SECTION 9.**  In addition to all other sums herein

107  appropriated, the following sum, or so much thereof as may be

108  necessary, is appropriated out of any money to the credit of the

109  Capital Expense Fund, and allocated in a manner as determined by

110  the Treasurer's office, to defray the expenses of the University

111  of Mississippi Medical Center for the period beginning upon

112  passage of this act and through the fiscal year ending

113  June 30, 2015...................................$   105,000.00.

114       This additional appropriation is made for the purpose of

115  funding the Rural Dental Scholarship Program.

116       **SECTION 10.**  In addition to all other sums herein

117  appropriated, the following sum, or so much thereof as may be

118  necessary, is appropriated out of any money to the credit of the

119  Capital Expense Fund, and allocated in a manner as determined by

120  the Treasurer's office, to defray the expenses of the Mississippi

121  Department of Education for the period beginning upon passage of

122  this act and through the fiscal year ending

123  June 30, 2015...................................$   250,000.00.

124        This additional appropriation is made for the purpose of
125   defraying the expenses of the Magnolia Speech School.
126        **SECTION 11.**  In addition to all other sums herein
127   appropriated, the following sum, or so much thereof as may be
128   necessary, is appropriated out of any money to the credit of the
129   Capital Expense Fund, and allocated in a manner as determined by
130   the Treasurer's office to the Department of Education to defray
131   the expenses of the Microsoft IT Academy for the period beginning
132   July 1, 2015, and through the fiscal year ending
133   June 30, 2016...................................$   750,000.00.
134        **SECTION 12.**  In addition to all other sums herein
135   appropriated, the following sum, or so much thereof as may be
136   necessary, is appropriated out of any money to the credit of the
137   General Fund, and allocated in a manner as determined by the
138   Treasurer's office to the Department of Education for the support
139   of the Equal Opportunity for All Students with Special Needs
140   Program for the period beginning July 1, 2015, and through the
141   fiscal year ending June 30, 2016............. $    1,200,000.00.
142        **SECTION 13.**  In addition to all other sums herein
143   appropriated, the following sum, or so much thereof as may be
144   necessary, is appropriated out of any money to the credit of the
145   Education Enhancement Fund, and allocated in a manner as
146   determined by the Treasurer's office to the Department of
147   Education for the support of the Equal Opportunity for All Student

148    with Special Needs Program for the period beginning July 1, 2015,

149    and through the fiscal year ending

150    June 30, 2016...................................$   1,800,000.00.

151        **SECTION 14.**  In addition to all other sums herein

152    appropriated, the following sum, or so much thereof as may be

153    necessary, is appropriated out of any money to the credit of the

154    Department of Education, and allocated in a manner as determined

155    by the Treasurer's office to defray the expenses of The Amplify

156    data coaching pilot program for the period beginning July 1, 2015,

157    and through the fiscal year ending

158    June 30, 2016...................................$    196,380.00.

159        **SECTION 15.**  In addition to all other sums herein

160    appropriated, the following sum, or so much thereof as may be

161    necessary, is appropriated out of any money to the credit of the

162    Department of Education, and allocated in a manner as determined

163    by the Treasurer's office to defray the expenses of the

164    Mississippi Council of Economic Education for professional

165    development instruction in economics, personal finance and

166    entrepreneurship for the period beginning July 1, 2015, and

167    through the fiscal year ending June 30, 2016.......$   200,000.00.

168        **SECTION 16.**  In addition to all other sums herein

169    appropriated, the following sum, or so much thereof as may be

170    necessary, is appropriated out of any money to the credit of the

171    Capital Expense Fund, and allocated in a manner as determined by

172    the Treasurer's office, to defray the expenses of the Mississippi

173 Department of Education for the period beginning upon passage of

174 this act through the fiscal year ending

175 June 30, 2016....................................$  100,000.00.

176     This additional appropriation is for Chalkable's Learning

177 Earnings Pilot Program.

178     **SECTION 17.**  In addition to all other sums herein

179 appropriated, the following sum, or so much thereof as may be

180 necessary, is appropriated out of any money to the credit of the

181 Capital Expense Fund, and allocated in a manner as determined by

182 the Treasurer's office, to defray the expenses of the Office of

183 the State Auditor for the period beginning upon passage of this

184 act and through the fiscal year ending

185 June 30, 2015....................................$  637,000.00.

186     This additional appropriation is made to defray the cost of a

187 full systems audit of statewide accounting system known as MAGIC.

188     **SECTION 18.**  In addition to all other sums herein

189 appropriated, the following sum, or so much thereof as may be

190 necessary, is appropriated out of any money to the credit of the

191 Capital Expense Fund, and allocated in a manner as determined by

192 the Treasurer's office, to defray the expenses of the Attorney

193 General's office for the period beginning upon passage of this act

194 and through the fiscal year ending June 30, 2016....$  700,000.00.

195     This additional appropriation is made to defray the costs of

196 the Chemfax Cleanup.

197          **SECTION 19.**   In addition to all other sums herein

198    appropriated, the following sum, or so much thereof as may be

199    necessary, is appropriated out of any money to the credit of the

200    Capital Expense Fund, and allocated in a manner as determined by

201    the Treasurer's office, to defray the expenses of paying for

202    certain outside legal assistance, expert witness fees, court fees,

203    judgments and settlement agreements incurred by the Office of the

204    Attorney General for the period beginning upon passage of this act

205    and through the fiscal year ending

206    June 30, 2015...................................$  2,783,406.00.

207          Of the funds appropriated in this section, the following

208    amounts are provided:

209               (a)  Olivia Y., et al v. Haley Barbour, as Governor of

210    the State of Mississippi; the Executive Director of the Department

211    of Human Services; and Billy Mangold, as Director of the Division

212    of Family and Children's Services and the Department of Human

213    Services, United States District Court for the Southern District

214    of Mississippi, Jackson Division,

215    Cause No. 3:04cv251(L)(N).......................$  1,132,000.00.

216               (b)  Olivia Y., et al v. Haley Barbour, as Governor of

217    the State of Mississippi; the Executive Director of the Department

218    of Human Services; and Billy Mangold, as Director of the Division

219    of Family and Children's Services and the Department of Human

220    Services, United States District Court for the Southern District

221    of Mississippi, Jackson Division,

222    Cause No. 3:04cv251(L)(N)........................$    227,889.00.

223            (c)  Cirila Baltazar Cruz, et al v. Mississippi

224    Department of Human Services (MDHS), et al, United States District

225    Court for the Southern District of Mississippi,

226    Cause No. 3:10-cv-446-HTW-FKB....................$    100,000.00.

227            (d)  Albert Brown v. Mississippi Department of Health,

228    United States District Court for the Southern District of

229    Mississippi, Cause No. 3:11-cv-146-CWR-FKB........$    458,925.00.

230            (e)  Marlita E. Pollard v. Hinds County Department of

231    Human Services, et al, United States District Court for the

232    Southern District of Mississippi,

233    Cause No. 3:13-cv-324-DPJ-FKB....................$    100,000.00.

234            (f)  Marsha L. Calhoun v. Michael W. Miller, United

235    States District Court for the Southern District of Mississippi,

236    Cause No. 3:12-cv-715-TSL-JCG....................$    5,000.00.

237            (g)  Natasha Evans Taylor v. Hinds County Department of

238    Human Services, et al, United States District Court for the

239    Southern District of Mississippi,

240    Cause No. 3:12-cv-729-HTW-MTP....................$    2,000.00.

241            (h)  John A. Hawn v. Christopher (C,G,) Hughes, Michael

242    Berthay, in their individual capacities, and the Commissioner of

243    Public Safety for the State of Mississippi, for declaratory

244    relief; Northern District of Mississippi, Aberdeen Division,

245    Cause No. 1:13-CV-36-GHD-DAS....................$    15,000.00.

246          (i)  David Curtis Johnson v Tori Hankins, James Clark

247  and Felix Norwood; United States Court of Appeals For The Fifth

248  Circuit No. 13-60526, Appeal from the United States District Court

249  for the Southern District of Mississippi,

250  Cause No. 3:08-CV-632............................$    15,000.00.

251          (j)  DePriest, et al v Walnut Grove Correctional

252  Authority, United States District Court for the Southern District

253  of Mississippi, Cause No. 3:10-cv-633.............$    40,000.00.

254          (k)  Kennedy Brewer v. State of Mississippi, Circuit

255  Court of Noxubee County, Mississippi,

256  Claimant No. 2009-0099...........................$    50,000.00.

257          (l)  Levon Brooks v. State of Mississippi, Circuit Court

258  of Noxubee County, Mississippi,

259  Claimant No. 2009-0098...........................$    50,000.00.

260          (m)  Arthur Johnson v. State of Mississippi, Circuit

261  Court of Sunflower County, Mississippi,

262  Claimant No. 2009-0289-CI .......................$    50,000.00.

263          (n)  Cedric Willis v. State of Mississippi, Circuit

264  Court of Hinds County, Mississippi,

265  Claimant No. 251-09-649-CIV .....................$    50,000.00.

266          (o)  Sabrina Porter v. State of Mississippi, Circuit

267  Court of Lowndes County, Mississippi,

268  Claimant No. 2011-0014-CV1K......................$    50,000.00.

269          (p)  Rodney Demetrius Sands v. State of Mississippi,

270  Circuit Court of Jefferson Davis County, Mississippi,

271  Claimant No. 2011-7H.............................$    39,998.00.

272           (q)  Estate of Larry Ruffin v. State of Mississippi,

273  Circuit Court of Forrest County, Mississippi,

274  Claimant No. CI-11-0238.........................$    50,000.00.

275           (r)  John Randall Alexander v. State of Mississippi,

276  Circuit Court of Panola County, Mississippi,

277  Claimant No. CV-2011-56JMP2.....................$    50,000.00.

278           (s)  Matthew Norwood v. State of Mississippi, Circuit

279  Court of Hinds County, Mississippi,

280  Claimant No. 251-10-861-CIV.....................$    50,000.00.

281           (t)  Phillip Bivens v. State of Mississippi, Circuit

282  Court of Forrest County, Mississippi,

283  Claimant No. CI11-0240..........................$    50,000.00.

284           (u)  Estate of Bobby Ray Dixon v. State of Mississippi,

285  Circuit Court of Forrest County, Mississippi,

286  Claimant No. CI11-0239..........................$    50,000.00.

287           (v)  Jimmie Bass v. State of Mississippi, Circuit Court

288  of Bolivar County, Mississippi,

289  Claimant No. 2011-0009 .........................$    50,000.00.

290           (w)  Frank Sanders Tipton v. State of Mississippi,

291  Circuit Court of Jackson County, Mississippi,

292  Claimant No. 2011-00019.........................$    50,000.00.

293           (x)  Counsel for Frank Sanders Tipton - Lowrey &

294  Fortner, P.A....................................$    25,594.00.

295          (y)  Derrick Luckett v. State of Mississippi, Circuit

296  Court of Rankin County, Mississippi,

297  Claimant No. 2012-178............................$    20,000.00.

298          (z)  Counsel for Derrick Luckett - Sharon Henderson,

299  Attorney at Law..................................$     2,000.00.

300      **SECTION 20.**  In addition to all other sums herein

301  appropriated, the following sum, or so much thereof as may be

302  necessary, is appropriated out of any money to the credit of the

303  Institutions of Higher Learning Office of Student Financial Aid,

304  and allocated in a manner as determined by the Treasurer's office

305  to defray the expenses of the Institutions of Higher Learning

306  Office of Financial Aid for the period beginning upon passage of

307  this act and through the fiscal year ending

308  June 30, 2015......................................$600,000.00.

309      This additional appropriation is made for the purpose of

310  defraying the expenses of the Institutions of Higher Learning

311  Office of Student Financial Aid.

312      **SECTION 21.**  In addition to all other sums herein

313  appropriated, the following sum, or so much thereof as may be

314  necessary, is appropriated out of any money to the credit of the

315  Board of Nursing, and allocated in a manner as determined by the

316  Treasurer's office to defray the expenses of the Board of Nursing

317  for the period beginning upon passage of this act and through the

318  fiscal year ending June 30, 2015 .....................$66,000.00.

319    This additional appropriation is made for the purpose of

320 supporting the implementation of a Nursing Simulation Lab on the

321 campus of Mississippi Delta Community College.

322    **SECTION 22.**  In addition to all other sums herein

323 appropriated, the following sum, or so much thereof as may be

324 necessary, is appropriated out of any money to the credit of the

325 General Fund, and allocated in a manner as determined by the

326 Treasurer's office to the Mississippi Development Authority for

327 the purpose of providing a grant to the National Aeronautics and

328 Space Administration (NASA) for the relocation of the first stage

329 of the Saturn V moon rocket to the Infinity Science Center located

330 in Hancock County for the period beginning from and after passage

331 of this act and through the fiscal year ending

332 June 30, 2016...................................$    400,000.00.

333    **SECTION 23.** In addition to all other sums herein

334 appropriated, the following sum, or so much thereof as may be

335 necessary, is appropriated out of any money to the credit of the

336 State General Fund, and allocated in a manner as determined by the

337 Treasurer's office for the Department of Archives and History for

338 the period beginning upon passage of this act and through the

339 fiscal year ending June 30, 2016.................$    100,000.00.

340    This additional appropriation is made for the purpose of

341 providing a grant to the Senatobia Municipal School District to

342 assist in paying costs associated with construction,

343 reconstruction, repair, renovation and restoration of the historic

344  auditorium and classrooms and related facilities located on

345  College Street in the City of Senatobia, Mississippi.

346     **SECTION 24.**  The money herein appropriated shall be paid by

347  the State Treasurer out of any money in the proper fund or funds

348  as set forth in this act, upon warrants issued by the State Fiscal

349  Officer; and the State Fiscal Officer shall issue his warrants

350  upon requisitions signed by the proper person, officer or officers

351  in the manner provided by law.

352     **SECTION 25.**  This act shall take effect and be in force from

353  and after its passage and through the fiscal year ending June 30,

354  2015, except for Section 1, Section 2, Section 3, Section 4,

355  Section 5, Section 6, Section 7, Section 16, Section 18, Section

356  22 and Section 23, which shall take effect and be in force from

357  and after passage of this act and through the fiscal year ending

358  June 30, 2016; and Section 11, Section 12, Section 13, Section 14

359  and Section 15, which shall take effect and be in force for the

360  fiscal year beginning July 1, 2015, and ending June 30, 2016.

S. B. No. 2837                                    ~ OFFICIAL ~
15/SS26/ANAP1SG          ST: Appropriation; additional for various state
PAGE 15                  agencies for fiscal year 2015.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2016

By: Senator(s) Clarke                      To: Appropriations


SENATE BILL NO. 2924
(As Sent to Governor)

```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
 3   THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2016
 4   AND 2017; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
 5   FISCAL YEAR 2016; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
 6   2016 AND FISCAL YEAR 2017; THE INSTITUTIONS OF HIGHER LEARNING
 7   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2016; THE STATE
 8   DEPARTMENT OF HEALTH FOR FISCAL YEAR 2016; THE OFFICE OF CAPITAL
 9   POST-CONVICTION COUNSEL FOR FISCAL YEAR 2016; THE DEPARTMENT OF
10   PUBLIC SAFETY'S BUREAU OF NARCOTICS FOR FISCAL YEAR 2016; THE
11   DEPARTMENT OF PUBLIC SAFETY FOR FISCAL YEAR 2016; THE PEARL RIVER
12   BASIN DEVELOPMENT DISTRICT FOR FISCAL YEAR 2016; THE PUBLIC
13   EMPLOYEES' RETIREMENT SYSTEM FOR FISCAL YEAR 2016; THE STATE
14   DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2016 AND FISCAL YEAR 2017;
15   THE BOARD OF ANIMAL HEALTH FOR FISCAL YEAR 2016 AND FISCAL YEAR
16   2017; THE VETERANS' AFFAIRS BOARD FOR FISCAL YEAR 2016 AND FISCAL
17   YEAR 2017; THE MISSISSIPPI DEPARTMENT OF TRANSPORTATION FOR FISCAL
18   YEARS 2016 AND 2017; TO MAKE APPROPRIATIONS FROM THE BUDGET
19   CONTINGENCY FUND FOR CERTAIN PROJECTS; AND FOR RELATED PURPOSES.
```

20        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

21        **SECTION 1.**  In addition to all other sums herein

22   appropriated, the following sum, or so much thereof as may be

23   necessary, is appropriated out of any money to the credit of the

24   Capital Expense Fund, and allocated in a manner as determined by

25   the Treasurer's Office, to defray the expenses of the Department

26  of Finance and Administration for the period beginning upon the

27  passage of this act and through June 30, 2017....$  6,775,184.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.0.0

32  **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Department of Finance and Administration, and allocated in a

36  manner as determined by the Treasurer's Office to defray the

37  expenses of the Department of Finance and Administration for the

38  period beginning upon passage of this act and through the fiscal

39  year ending June 30, 2017.......................$  1,815,955.00.

40      This additional appropriation is made for the purpose of

41  purchasing property insurance on state property as required by the

42  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

43  206.253.

44  **SECTION 3.**  In addition to all other sums herein

45  appropriated, the following sum, or so much thereof as may be

46  necessary, is appropriated out of any money to the credit of the

47  General Fund, and allocated in a manner as determined by the

48  Treasurer's Office to defray the expenses of the Office of the

49  Governor-Division of Medicaid for the period beginning upon

50  passage of this act and through the fiscal year ending June 30,

51  2016......................................$   25,000,000.00.

52      This additional appropriation is made for the purpose of

53  supporting the operations of the Office of the Governor-Division

54  of Medicaid.

55      **SECTION 4.**  In addition to all other sums herein

56  appropriated, the following sum, or so much thereof as may be

57  necessary, is appropriated out of any money to the credit of the

58  Capital Expense Fund, and allocated in a manner as determined by

59  the Treasurer's Office to defray the expenses of the Office of the

60  Governor-Division of Medicaid for the period beginning upon

61  passage of this act and through the fiscal year ending June 30,

62  2016......................................$   26,634,366.00.

63      This additional appropriation is made for the purpose of

64  supporting the operations of the Office of the Governor-Division

65  of Medicaid.

66      **SECTION 5.**  In addition to all other sums herein

67  appropriated, the following sum, or so much thereof as may be

68  necessary, is appropriated out of any money to the credit of the

69  Capital Expense Fund, and allocated in a manner as determined by

70  the Treasurer's Office, to defray the expenses of paying for

71  certain outside legal assistance, expert witness fees, court fees,

72  judgments and settlement agreements incurred by the Office of the

73  Attorney General for the period beginning upon passage of this act

74  and through the fiscal year ending June 30, 2016..................

75 ...........................................$  2,801,269.00.

76    Of the funds appropriated in this section, the following

77 amounts are provided:

78        (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

79 State of Mississippi and the Department of Human Services, United

80 States District Court for the Southern District of Mississippi,

81 Jackson Division, Cause No. 3:04cv251(L)(N).......$ 1,310,000.00.

82        (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

83 State of Mississippi and the Department of Human Services, United

84 States District Court for the Southern District of Mississippi,

85 Jackson Division, Cause No. 3:04cv251(L)(N).......$   241,973.00.

86        (c)  Gayle Miller McMullin v. Mississippi Department of

87 Public Safety, et al, United States District Court for the

88 Southern District of Mississippi, Civil Action No.

89 3:13CV68-CWR-FKB..................................$  118,906.00.

90        (d)  Vanda Grace Crowe, Administratrix and personal

91 representative of the Estate of Michael Grace, deceased v.

92 Mississippi Division of Medicaid and Mississippi Department of

93 Rehab Services, United States District Court, Southern District of

94 Mississippi, Northern District, Civil Action No.

95 3:11-CV-366-CWR-LRA...............................$  150,000.00.

96        (e)  John A. Hawn v. Christopher (C.G.) Hughes, Michael

97 Berthay, in their individual capacities, and the Commissioner of

98 Public Safety for the State of Mississippi, for declaratory

99  relief; Northern District of Mississippi, Aberdeen Division, Cause

100  No. 1:13-CV-36-GHD-DAS.............................$  35,000.00.

101          (f)  Kennedy Brewer v. State of Mississippi, Circuit

102  Court of Noxubee County, Mississippi, Claimant No. 2009-0099......

103  ..............................................$  50,000.00.

104          (g)  Levon Brooks v. State of Mississippi, Circuit Court

105  of Noxubee County, Mississippi, Claimant No. 2009-0098...........

106  ..............................................$  50,000.00.

107          (h)  Arthur Johnson v. State of Mississippi, Circuit

108  Court of Sunflower County, Mississippi, Claimant No. 2009-0289-CI

109  ..............................................$  50,000.00.

110          (i)  Cedric Willis v. State of Mississippi, Circuit

111  Court of Hinds County, Mississippi, Claimant No. 251-09-649-CIV

112  ..............................................$  50,000.00.

113          (j)  Sabrina Porter v. State of Mississippi, Circuit

114  Court of Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K

115  ..............................................$  50,000.00.

116          (k)  Estate of Larry Ruffin v. State of Mississippi,

117  Circuit Court of Forrest County, Mississippi, Claimant No.

118  CI-11-0238......................................$  50,000.00.

119          (l)  John Randall Alexander v. State of Mississippi,

120  Circuit Court of Panola County, Mississippi, Claimant No.

121  CV-2011-56JMP2..................................$  50,000.00.

122          (m)  Matthew Norwood v. State of Mississippi, Circuit

123  Court of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

124 .................................................$  50,000.00.

125          (n)  Phillip Bivens v. State of Mississippi, Circuit

126 Court of Forrest County, Mississippi, Claimant No. CI-11-0240

127 .................................................$  50,000.00.

128          (o)  Estate of Bobby Ray Dixon v. State of Mississippi,

129 Circuit Court of Forrest County, Mississippi, Claimant No.

130 CI-11-0239........................................$  50,000.00.

131          (p)  Jimmie Bass v. State of Mississippi, Circuit Court

132 of Bolivar County, Mississippi, Claimant No. 2011-0009

133 .................................................$  50,000.00.

134          (q)  Frank Sanders Tipton v. State of Mississippi,

135 Circuit Court of Jackson County, Mississippi, Claimant No.

136 2011-00019.......................................$  50,000.00.

137          (r)  Rolland Glen Anderson v. State of Mississippi,

138 Circuit Court of Hinds County, Mississippi, Claimant No.

139 251-09-640CIV....................................$  50,000.00.

140          (s)  Counsel for Rolland Glen Anderson - Robert Louis

141 Williamson and Julie P. Ratliff...................$  60,390.00.

142          (t)  John A. Hawn, Bryan Lindsey, Heather Seawrite,

143 Ronnie Horton and Matilda Moore v. Former Trooper Christopher

144 Hughes and Former Director of the Highway Patrol, Michael Berthay;

145 United States District Court for the Northern District of

146 Mississippi, Civil Action No. 1:13-CV-23-NBB-DAS....$  235,000.00.

147     **SECTION 6.**  In addition to all other sums herein

148 appropriated, the following sum, or so much thereof as may be

149  necessary, is appropriated out of any money to the credit of the

150  Capital Expense Fund, and allocated in a manner as determined by

151  the Treasurer's Office, to defray the expenses of the Institutions

152  of Higher Learning Office of Student Financial Aid, and allocated

153  in a manner as determined by the Treasurer's Office for the period

154  beginning upon passage of this act and through the fiscal year

155  ending June 30, 2016.............................$4,000,000.00.

156      This additional appropriation is made for the purpose of

157  defraying the expenses of the Institutions of Higher Learning

158  Office of Student Financial Aid.

159      **SECTION 7.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Capital Expense Fund, and allocated in a manner as determined by

163  the Treasurer's Office, to defray the expenses of the Mississippi

164  Department of Public Safety's Bureau of Narcotics, and allocated

165  in a manner as determined by the Treasurer's Office for the period

166  beginning upon passage of this act and through the fiscal year

167  ending June 30, 2016............................. $561,220.00.

168      This additional appropriation is made for the purpose of

169  defraying the expenses of the sworn officer pay scale and the

170  Huggins Act.

171      **SECTION 8.**  In addition to all other sums herein

172  appropriated, the following sum, or so much thereof as may be

173  necessary, is appropriated out of any money to the credit of the

174  Capital Expense Fund, and allocated in a manner as determined by

175  the Treasurer's Office, to defray the expenses of the Mississippi

176  Department of Public Safety, and allocated in a manner as

177  determined by the Treasurer's Office for the period beginning upon

178  passage of this act and through the fiscal year ending June 30,

179  2016.................................... $   179,255.00.

180      This additional appropriation is made for the purpose of

181  defraying the expenses of the Law Enforcement and Firefighters

182  Death Benefit Fund.

183      **SECTION 9.**  In addition to all other sums herein

184  appropriated, the following sum, or so much thereof as may be

185  necessary, is appropriated out of any money to the credit of the

186  Pearl River Basin Development District, and allocated in a manner

187  as determined by the Treasurer's Office for the period beginning

188  upon the passage of this act and through the fiscal year ending

189  June 30, 2016................................ $   408,500.00.

190      This additional appropriation is made for the purpose of

191  defraying the expenses incurred by the agency for the

192  Jackson/Pearl River Clearing Project, the Rankin/Hinds Clearing

193  Project, and Flood and Drainage Control Districts.

194      **SECTION 10.**  In addition to all other sums herein

195  appropriated, the following sum, or so much thereof as may be

196  necessary, is appropriated out of any money to the credit of the

197  Capital Expense Fund, and allocated in a manner as determined by

198  the Treasurer's Office, to defray the expenses of the Public

199  Employees' Retirement System, and allocated in a manner as
200  determined by the Treasurer's Office for the period beginning upon
201  passage of this act and through the fiscal year ending June 30,
202  2016...................................... $   16,003.00.
203       This additional appropriation is made to defray the expenses
204  of the actuarial costs associated with the accrual of leave for
205  Jackson County and Jackson County Sheriff's Office employees.
206  **SECTION 11.**  In addition to all other sums herein
207  appropriated, the following sum, or so much thereof as may be
208  necessary, is appropriated out of any money to the credit of the
209  Capital Expense Fund, and allocated in a manner as determined by
210  the Treasurer's Office, to defray the expenses of the State
211  Department of Health, and allocated in a manner as determined by
212  the Treasurer's Office for the period beginning upon passage of
213  this act and through the fiscal year ending June 30,
214  2016...................................... $   2,000,000.00.
215       This additional appropriation is made to defray the expenses
216  of the State Department of Health.
217  **SECTION 12.**  In addition to all other sums herein
218  appropriated, the following sum, or so much thereof as may be
219  necessary, is appropriated out of any money to the credit of the
220  Capital Expense Fund, and allocated in a manner as determined by
221  the Treasurer's Office, to defray the expenses of the Board of
222  Animal Health, and allocated in a manner as determined by the
223  Treasurer's Office for the period beginning upon passage of this

224  act and through the fiscal year ending June 30,

225  2017......................................... $   84,000.00.

226      This additional appropriation is made to defray the expenses

227  of acquired leave time for an employee and related expenses.

228      **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Capital Expense Fund, and allocated in a manner as determined by

232  the Treasurer's Office, to defray the expenses of the Veterans'

233  Affairs Board, and allocated in a manner as determined by the

234  Treasurer's Office for the period beginning upon passage of this

235  act and through the fiscal year ending June 30, 2017..............

236  ..............................................$   500,000.00.

237      This additional appropriation is made to defray the expenses

238  of the general upkeep of the state's veterans' cemeteries and

239  related expenses.

240      **SECTION 14.**  In addition to all other sums appropriated

241  herein, the following sum, or so much thereof as may be necessary,

242  is appropriated out of any money to the credit of the Budget

243  Contingency Fund, and allocated in a manner as determined by the

244  Treasurer's Office, to defray the expenses of the following:

245      Bicentennial Commission in conjunction with the Mississippi

246      Tourism Association for marketing and promoting

247      purposes................... $3,000,000.00.

```
248        Pascagoula Redevelopment Authority for the revitalization of
249        Downtown Pascagoula............................
250        $1,500,000.00.
251        Keesler Air Force Base construction
252        projects.............................. $5,000,000.00.
253        National Diabetes and Obesity Research Center for contracting
254        with Cleveland Clinic for clinical, educational, and research
255        advisory services..............................
256        $1,500,000.00.
257        MDA - Tourism for Bicentennial related
258        expenses.............................. $1,600,000.00.
259        Economic Development and Infrastructure
260        Fund.................................. $2,500,000.00.
261        University of Southern Mississippi Marine Science Endowment
262        Fund....................... $5,000,000.00.
263        University of Southern Mississippi Gulf Research
264        Lab.................................. $3,000,000.00.
265        Mississippi Gulf Coast Community College Scholarship
266        Fund.................................. $3,000,000.00.
267        Pearl River Community College Scholarship
268        Fund.................................. $2,000,000.00.
269        University of Southern Mississippi Gulf Park Campus for the
270        Student Resource Center.................................
271        $300,000.00.
```

272    University of Southern Mississippi Main Campus for the

273    renovation of Greene Hall...................................

274    $8,200,000.00.

275    Infinity Rocket Project................. $800,000.00.

276    Marion County Historical for repairs and renovations at the

277    John Ford Home.................... $50,000.00.

278    Pearl River Community College for the acquisition of land in

279    Hancock County for a satellite

280    campus................................ $1,000,000.00.

281    These sums are to be made available from and after the

282 passage of this act and through the fiscal year ending June 30,

283 2017.  Additionally, these sums are contingent upon the BP

284 Settlement funds being deposited in the Budget Contingency Fund.

285    **SECTION 15.**  In addition to all other sums herein

286 appropriated, the following sum, or so much thereof as may be

287 necessary, is appropriated out of any money to the credit of the

288 Capital Expense Fund, and allocated in a manner as determined by

289 the Treasurer's Office, to defray the expenses of the Mississippi

290 Department of Transportation, and allocated in a manner as

291 determined by the Treasurer's Office for the period beginning upon

292 passage of this act and through the fiscal year ending June 30,

293 2017...................................... $   2,100,000.00.

294    This additional appropriation is made to defray the expenses

295 of the East Metro Corridor Commission.

296    **SECTION 16.**  In addition to all other sums herein
297    appropriated, the following sum, or so much thereof as may be
298    necessary, is appropriated out of any money to the credit of the
299    Capital Expense Fund, and allocated in a manner as determined by
300    the Treasurer's Office, to defray the expenses of the Mississippi
301    Department of Education, and allocated in a manner as determined
302    by the Treasurer's Office for the period beginning upon passage of
303    this act and through the fiscal year ending June 30,
304    2017......................................... $   1,333,465.00.
305        This additional appropriation is made to defray the expenses
306    of Vocational and Technical Education.
307    **SECTION 17.**  In addition to all other sums herein
308    appropriated, the following sum, or so much thereof as may be
309    necessary, is appropriated out of any money to the credit of the
310    Capital Expense Fund, and allocated in a manner as determined by
311    the Treasurer's Office, to defray the expenses of the Office of
312    Capital Post Conviction Counsel, and allocated in a manner as
313    determined by the Treasurer's Office for the period beginning upon
314    passage of this act and through the fiscal year ending June 30,
315    2016......................................... $   431,814.00.
316        This additional appropriation is made to defray the ongoing
317    expenses of the Office of Capital Post Conviction Counsel.
318    **SECTION 18.**  This act shall take effect and be in force from
319    and after its passage and through the fiscal year ending June 30,
320    2016, except for Section 1, Section 2, Section 12, Section 13,

321    Section 14, Section 15, and Section 16 which shall take effect and

322    be in force from and after passage of this act and through the

323    fiscal year ending June 30, 2017.

~ **OFFICIAL** ~

ST:  Appropriation; additional for various state
agencies for fiscal year 2016.

MISSISSIPPI LEGISLATURE

REGULAR SESSION 2017

By: Senator(s) Clarke

To: Appropriations

SENATE BILL NO. 3015
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2 CAPITAL EXPENSE FUNDS, BUDGET CONTINGENCY FUNDS AND SPECIAL FUNDS
3 TO DEFRAY THE EXPENSES OF VARIOUS AGENCIES FOR FISCAL YEARS 2017
4 AND 2018 AND RELATED PURPOSES.

5    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

6    **SECTION 1.**  In addition to all other sums herein

7 appropriated, the following sum, or so much thereof as may be

8 necessary, is appropriated out of any money to the credit of the

9 Capital Expense Fund, to defray the expenses of the Office of the

10 Governor-Division of Medicaid for the period beginning upon

11 passage of this act and through the fiscal year ending June 30,

12 2018........................................$   51,356,969.00.

13    This additional appropriation is made for the purpose of

14 supporting the operations of the Office of the Governor-Division

15 of Medicaid.

16    **SECTION 2.**  In addition to all other sums herein

17 appropriated, the following sum, or so much thereof as may be

18 necessary, is appropriated out of any money to the credit of the

19 Capital Expense Fund, to defray the expenses of the Department of

20  Finance and Administration for the period beginning upon the

21  passage of this act and through June 30, 2018....$   9,649,689.00.

22      This additional appropriation is made for the purpose of

23  purchasing property insurance on state property as required by the

24  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

25  206.253.0.0 and other expenses under the purview of the Department

26  of Finance and Administration.

27      **SECTION 3.**  In addition to all other sums herein

28  appropriated, the following sum, or so much thereof as may be

29  necessary, is appropriated out of any money to the credit of the

30  Capital Expense Fund, to defray the expenses of the Wireless

31  Communication Commission for the period beginning upon the passage

32  of this act and through June 30, 2018..........$   1,426,663.00.

33      This additional appropriation is made for the purpose of

34  paying contractual obligations for system maintenance.

35      **SECTION 4.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money to the credit of the

38  Capital Expense Fund, to defray the expenses of paying for certain

39  outside legal assistance, expert witness fees, court fees,

40  judgments and settlement agreements incurred by the Office of the

41  Attorney General for the period beginning upon passage of this act

42  and through the fiscal year ending June 30, 2017...............

43  ............................................$   3,781,748.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46          (a)   Olivia Y., et al v. Phil Bryant, as Governor of the

47  State of Mississippi and the Department of Human Services, United

48  States District Court for the Southern District of Mississippi,

49  Jackson Division, Cause No. 3:04cv251(L)(N).....$   1,122,000.00.

50          (b)   Olivia Y., et al v. Phil Bryant, as Governor of the

51  State of Mississippi and the Department of Human Services, United

52  States District Court for the Southern District of Mississippi,

53  Jackson Division, Cause No. 3:04cv251(L)(N).......$   414,936.00.

54          (c)   Troupe v. Barbour, Consolidated with United States

55  v. Mississippi, United States District Court for the Southern

56  District of Mississippi; Civil Action No.

57  3:10-CV-153-HTW-MTP...............................$   212,500.00.

58          (d)   Kenneth F. Murphy, Ray J. Murphy and Audie R.

59  Murphy v. The State of Mississippi by and through Delbert Hosemann

60  in his Official Capacity as the Secretary of State and Trustee of

61  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

62  in the Circuit Court of Hancock County, Mississippi, Cause No.

63  12-0153.........................................$   908,470.00.

64          (e)   Kenneth F. Murphy, Ray J. Murphy and Audie R.

65  Murphy v. The State of Mississippi by and through Delbert Hosemann

66  in his Official Capacity as the Secretary of State and Trustee of

67  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

68     in the Circuit Court of Hancock County, Mississippi, Cause No.

69     12-0153........................................$    223,842.00.

70           (f)   Settlement between the United States Environmental

71     Protection Agency and State of Mississippi; Chemfax, Inc.,

72     Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

73     ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

74     Agreement for the Recovery of Response Costs, Docket No.

75     CERCLA-04-201403756..............................$    83,983.00.

76           (g)   Melissa Ross v. Mississippi Department of

77     Education, in the United States District Court for the Southern

78     District of Mississippi; Cause No.

79     3:09-cv-113-HTW-LRA..............................$    114,750.00.

80           (h)   Gale Nelson Walker v. Office of the District

81     Attorney of Hinds County, in the United States District Court for

82     the Southern District Court for the Southern District of

83     Mississippi; Cause No. 1:15cv-00364.................$    3,001.00.

84           (i)   Kennedy Brewer v. State of Mississippi, Circuit

85     Court of Noxubee County, Mississippi, Claimant No.

86     2009-0099........................................$   50,000.00.

87           (j)   Levon Brooks v. State of Mississippi, Circuit Court

88     of Noxubee County, Mississippi, Claimant

89     No. 2009-0098....................................$   50,000.00.

90           (k)   Arthur Johnson v. State of Mississippi, Circuit

91     Court of Sunflower County, Mississippi, Claimant No.

92     2009-0289-CI.....................................$   50,000.00.

93          (l)  Cedric Willis v. State of Mississippi, Circuit
94  Court of Hinds County, Mississippi, Claimant No.
95  251-09-649-CIV....................................$  50,000.00.
96          (m)  Sabrina Porter v. State of Mississippi, Circuit
97  Court of Lowndes County, Mississippi, Claimant No.
98  2011-0014-CV1K...................................$  50,000.00.
99          (n)  Estate of Larry Ruffin v. State of Mississippi,
100  Circuit Court of Forrest County, Mississippi, Claimant No.
101  CI-11-0238.......................................$  50,000.00.
102          (o)  Phillip Leo Bivens v. State of Mississippi, Circuit
103  Court of Forrest County, Mississippi, Claimant No.
104  CI-11-0240.......................................$  50,000.00.
105          (p)  Estate of Bobby Ray Dixon v. State of Mississippi,
106  Circuit Court of Forrest County, Mississippi, Claimant No.
107  CI-11-0239.......................................$  50,000.00.
108          (q)  Jimmie Bass v. State of Mississippi, Circuit Court
109  of Bolivar County, Mississippi, Claimant No.
110  2011-0009........................................$  50,000.00.
111          (r)  Rolland Glen Anderson v. State of Mississippi,
112  Circuit Court of Hinds County, Mississippi, Claimant No.
113  251-09-640CIV....................................$  50,000.00.
114          (s)  Roger Harris v. State of Mississippi, Circuit Court
115  of Hinds County; Civil Action No.
116  251-12-534CIV....................................$  30,000.00.

117          (t)  Roger Harris v. State of Mississippi, Circuit Court

118  of Hinds County; Civil Action No.

119  251-12-534CIV.....................................$   6,000.00.

120          (u) Jamar Amin Moore vs. State of Mississippi, Circuit

121  Court of Coahoma County; Civil Action No.

122  14-CI-13-001.....................................$  50,0000.00.

123          (v) Jamar Amin Moore vs. State of Mississippi, Circuit

124  Court of Coahoma County; Civil Action

125  No. 14-CI-13-001.................................$  33,866.00.

126          (w) Jason Hall v. State of Mississippi, Circuit Court of

127  Forrest County; Cause No. CI 14-0014...............$  50,000.00.

128          (x) Ralph Arnold Smith, Chancery Court of Hinds County,

129  Mississippi; First Judicial District, Cause No. M-2015-0086,

130  O/3..............................................$  28,400.00.

131      **SECTION 5.**  In addition to all other sums herein

132  appropriated, the following sum, or so much thereof as may be

133  necessary, is appropriated out of any money to the credit of the

134  Capital Expense Fund, to defray the expenses of the Board of Tax

135  Appeals for the period beginning upon the passage of this act and

136  through June 30, 2018............................$   33,800.00.

137      This additional appropriation is made for the purpose of

138  supporting the operations of the Board of Tax Appeals.

139      **SECTION 6.**  In addition to all other sums herein

140  appropriated, the following sum, or so much thereof as may be

141  necessary, is appropriated out of any money to the credit of the

142    Capital Expense Fund, to defray the expenses of the Mississippi

143    Department of Education, for the period beginning upon passage of

144    this act and through the fiscal year ending June 30, 2018...

145    .........................................$   3,619,482.00.

146        This additional appropriation is made to defray the expenses

147    of Vocational and Technical Education.

148    **SECTION 7.**  In addition to all other sums herein

149    appropriated, the following sum, or so much thereof as may be

150    necessary, is appropriated out of any money to the credit of the

151    Department of Revenue, to defray the expenses of the Department of

152    Revenue for the period beginning upon passage of this act and

153    through the fiscal year ending June 30, 2018....$   650,617.00.

154        This additional appropriation is for the purpose of

155    reimbursement to the Municipal and Justice Courts that participate

156    in the Court Collections Program and for the purpose of purchasing

157    hardware and software the Mississippi Automated Revenue System.

158    **SECTION 8.**  In addition to all other sums herein

159    appropriated, the following sum, or so much thereof as may be

160    necessary, is appropriated out of any money to the credit of the

161    Board of Examiners for Licensed Professional Counselors, to defray

162    the expenses of the Licensed Professional Counselors Board for the

163    period beginning upon passage of this act and through the fiscal

164    year ending June 30, 2018.......................$   15,000.00.

165        This additional appropriation is for the purpose of defraying

166    unexpected expenses related to the duties of the agency.

```
167        SECTION 9.   In addition to all other sums herein
168   appropriated, the following sum, or so much thereof as may be
169   necessary, is appropriated out of any money to the credit of the
170   Engineers and Land Surveyors Board, to defray the expenses of the
171   Engineers and Land Surveyors Board for the period beginning upon
172   passage of this act and through the fiscal year ending June 30,
173   2018.......................................$   17,000.00.
174        This additional appropriation is the for the purpose of
175   paying legal fees.
176        SECTION 10.   In addition to all other sums herein
177   appropriated, the following sum, or so much thereof as may be
178   necessary, is appropriated out of any money to the credit of the
179   Judicial Performance Commission, to defray the expenses of the
180   Judicial Performance Commission for the period beginning upon
181   passage of this act and through the fiscal year ending June 30,
182   2018.......................................$   62,722.00.
183        This additional appropriation is the for the purpose of
184   supporting the operations of the Commission.
185        SECTION 11.   In addition to all other sums herein
186   appropriated, the following sum or so much thereof as may be
187   necessary, is appropriated out of any money to the credit of the
188   Department of Public Safety, to defray the expenses of the
189   Department of Public Safety for the period beginning upon passage
190   and through fiscal year ending June 30, 2018.....$  1,725,000.00.
```

191  This additional appropriation is made for the purpose of a
192 Highway Patrol Trooper School.

193  **SECTION 12.** In addition to all other sums herein
194 appropriated, the following sum, or so much thereof as may be
195 necessary is appropriated out of any money to the credit of the
196 Department of Finance and Administration, to defray the expenses
197 of the department for the period beginning upon passage and
198 through fiscal year ending June 30, 2018......$    4,068,585.00.

199  This additional appropriation is made for the purpose of
200 supporting the operations of the Department of Finance and
201 Administration.

202  **SECTION 13.** In addition to all other sums herein
203 appropriated, the following sum, or so much thereof as may be
204 necessary, is appropriated out of any money to the credit of the
205 Department of Finance and Administration, to defray the expenses
206 of the Department of Finance and Administration – Tort Claims
207 Board for the period beginning upon passage and through fiscal
208 year ending June 30, 2018....................$   1,585,056.00.

209  This additional appropriation is made for the purpose of
210 supporting the operations of the Tort Claims Board.

211  **SECTION 14.** In addition to all other sums herein
212 appropriated, the following sum is appropriated out of any money
213 in the State General Fund not otherwise appropriated for the
214 expenses of the Governor's Division of Medicaid for the period

215  beginning upon passage and through fiscal year ending June 30,

216  2018.......................................$   8,643,031.00.

217      This additional appropriation is made for the purpose of

218  supporting the operations of the Office of the Governor-Division

219  of Medicaid.

220      **SECTION 15.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  Budget Contingency Fund, to defray the expenses of the Mississippi

224  Development Authority, for the period beginning upon passage of

225  this act and through the fiscal year ending June 30,

226  2018.......................................$   5,000,000.00.

227      This additional appropriation is made to defray the expenses

228  of activities in support of Keesler Air Force Base.

229      **SECTION 16.**  In addition to all other sums herein

230  appropriated, the following sum, or so much thereof as may be

231  necessary, is appropriated out of any money to the credit of the

232  Budget Contingency Fund, to defray the expenses of the Mississippi

233  Development Authority, for the period beginning upon passage of

234  this act and through the fiscal year ending June 30,

235  2018.......................................$   1,500,000.00.

236      This additional appropriation is made to defray the expenses

237  of the National Diabetes and Obesity Research Center for

238  contracting with Cleveland Clinic for clinical, educational, and

239  research advisory services.

240    **SECTION 17.**  In addition to all other sums herein
241    appropriated, the following sum, or so much thereof as may be
242    necessary, is appropriated out of any money to the credit of the
243    Budget Contingency Fund, to defray the expenses of the Department
244    of Marine Resources, for the period beginning upon passage of this
245    act and through the fiscal year ending June 30,
246    2018...........................................$  3,000,000.00.
247        This additional appropriation is made to defray the expenses
248    of Phase II of the Mississippi Oyster Restoration Project in the
249    Mississippi Sound.
250    **SECTION 18.**  In addition to all other sums herein
251    appropriated, the following sum, or so much thereof as may be
252    necessary, is appropriated out of any money to the credit of the
253    Capitol Expense Fund, to defray the expenses of the Alcorn State
254    University, for the period beginning upon passage of this act and
255    through the fiscal year ending June 30, 2018.....$   3,311,592.00.
256        This additional appropriation is made to defray the expenses
257    of upgrades and renovations to the university's water treatment
258    facility and related expenses.
259    **SECTION 19.**  In addition to all other sums herein
260    appropriated, the following sum or so much thereof as may be
261    necessary, is appropriated out of any money to the credit of the
262    Department of Public Safety, to defray the expenses of the
263    Department of Public Safety for the period beginning upon passage
264    and through fiscal year ending June 30, 2018.......$  567,475.00.

265      This additional appropriation is made for the purpose of
266  defraying any costs associated with the repayment of National
267  Highway Performance Program funds, Surface Transportation Program
268  funds, or any other settlement agreements.
269      **SECTION 20.**  In addition to all other sums herein
270  appropriated, the following sum, or so much thereof as may be
271  necessary, is appropriated out of any money to the credit of the
272  Capitol Expense Fund, to defray the expenses of the Mississippi
273  Development Authority, for the period beginning upon passage of
274  this act and through the fiscal year ending June 30,
275  2018.........................................$   100,000.00.
276      This additional appropriation is made to defray the expenses
277  of the City of Hattiesburg as a result of the January 21, 2017
278  tornados.
279      **SECTION 21.**  In addition to all other sums herein
280  appropriated, the following sum, or so much thereof as may be
281  necessary, is appropriated out of any money to the credit of the
282  Capitol Expense Fund, to defray the expenses of the Mississippi
283  Development Authority, for the period beginning upon passage of
284  this act and through the fiscal year ending June 30,
285  2018.........................................$    65,000.00.
286      This additional appropriation is made to defray the expenses
287  associated with master planning efforts of the Mississippi Coast
288  Coliseum.

289      **SECTION 22.**  In addition to all other sums herein
290  appropriated, the following sum, or so much thereof as may be
291  necessary, is appropriated out of any money to the credit of the
292  Capitol Expense Fund, to defray the expenses of the Mississippi
293  Development Authority, for the period beginning upon passage of
294  this act and through the fiscal year ending June 30,
295  2018.......................................$  100,000.00.
296      This additional appropriation is made to defray the expenses
297  of the Mississippi Hills National Heritage Area.
298      **SECTION 23.**  In addition to all other sums herein
299  appropriated, the following sum, or so much thereof as may be
300  necessary, is appropriated out of any money to the credit of the
301  Capitol Expense Fund, to defray the expenses of the Mississippi
302  Development Authority, for the period beginning upon passage of
303  this act and through the fiscal year ending June 30,
304  2018.......................................$  150,000.00.
305      This additional appropriation is made to defray the expenses
306  of upgrades and renovations to the West Harrison County Vocational
307  and Technical Center.
308      **SECTION 24.**  In addition to all other sums herein
309  appropriated, the following sum, or so much thereof as may be
310  necessary, is appropriated out of any money to the credit of the
311  Capitol Expense Fund, to defray the expenses of the Department of
312  Archives and History, for the period beginning upon passage of
313  this act and through the fiscal year ending June 30, 2018......

314  .............................................$   500,000.00.

315      This additional appropriation is made to defray the expenses

316  related to the opening of the new Mississippi Museums.

317      **SECTION 25.**  In addition to all other sums herein

318  appropriated, the following sum, or so much thereof as may be

319  necessary, is appropriated out of any money to the credit of the

320  Capitol Expense Fund, to defray the expenses of the Mississippi

321  State University Cooperative Extension Service, for the period

322  beginning upon passage of this act and through the fiscal year

323  ending June 30, 2018..........................$   50,000.00.

324      This additional appropriation is made to defray the expenses

325  of an information campaign related to wild hogs.

326      **SECTION 26.**  This act shall take effect and be in force from

327  and after its passage and through the fiscal year ending June 30,

328  2018, except for Section 4, which shall take effect and be in

329  force through the fiscal year ending June 30, 2017.

S. B. No. 3015          ~ **OFFICIAL** ~
17/SS26/ANAP1SG         ST:  Appropriation; additional appropriations
PAGE 14                 for various state agencies for FY 2017.

MISSISSIPPI LEGISLATURE

REGULAR SESSION 2018

By: Representative Read

To: Appropriations

HOUSE BILL NO. 1617
(As Sent to Governor)

1     AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
3  THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR
4  2018; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
5  YEARS 2018 AND 2019; THE WIRELESS COMMUNICATION COMMISSION FOR
6  FISCAL YEAR 2018; THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR
7  2018; OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEAR 2018; THE
8  BOARD OF TAX APPEALS FOR FISCAL YEAR 2018; THE DEPARTMENT OF
9  INFORMATION TECHNOLOGY SERVICES FOR FISCAL YEAR 2018; THE
10 DEPARTMENT OF REHABILITATION SERVICES FOR FISCAL YEAR 2018;
11 DEPARTMENT OF CORRECTIONS FOR FISCAL YEAR 2018; OIL AND GAS BOARD
12 FOR FISCAL YEAR 2018; JACKSON STATE UNIVERSITY BOARD FOR FISCAL
13 YEARS 2018 AND 2019; MISSISSIPPI STATE UNIVERSITY ALCOHOL SAFETY
14 EDUCATION PROGRAM FOR FISCAL YEAR 2018; THE PUBLIC EMPLOYEES
15 RETIREMENT SYSTEM FOR FISCAL YEAR 2018; DEPARTMENT OF BANKING AND
16 CONSUMER FINANCE FOR FISCAL YEAR 2018; DEPARTMENT OF PUBLIC SAFETY
17 FOR FISCAL YEARS 2018 AND 2019; DEPARTMENT OF INSURANCE FOR FISCAL
18 YEAR 2019; AND FOR RELATED PURPOSES.

19     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20     **SECTION 1.**  In addition to all other sums herein

21  appropriated, the following sum, or so much thereof as may be

22  necessary, is appropriated out of any money to the credit of the

23  General Fund, and allocated in a manner as determined by the

24  Treasurer's Office to defray the expenses of the Office of the

25  Governor-Division of Medicaid for the period beginning upon

26  passage of this act and through the fiscal year ending June 30,

27  2018........................................$    16,500,000.00.

28      This additional appropriation is made for the purpose of

29  supporting the operations of the Office of the Governor-Division

30  of Medicaid.

31      **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Office of the Governor-Division of Medicaid, and allocated in a

35  manner as determined by the Treasurer's Office, to defray the

36  expenses of the Office of the Governor-Division of Medicaid for

37  the period beginning upon passage of this act and through the

38  fiscal year ending June 30, 2018.............$    45,000,000.00.

39      **SECTION 3.**  In addition to all other sums herein

40  appropriated, the following sum, or so much thereof as may be

41  necessary, is appropriated out of any money to the credit of the

42  Capital Expense Fund, and allocated in a manner as determined by

43  the Treasurer's Office, to defray the expenses of the Department

44  of Finance and Administration for the period beginning upon the

45  passage of this act and through June 30, 2019....................

46  ............................................$    4,559,746.00.

47      This additional appropriation is made for the purpose of

48  purchasing property insurance on state property as required by the

49  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

50  206.253.

51      **SECTION 4.**  In addition to all other sums herein

52 appropriated, the following sum, or so much thereof as may be

53 necessary, is appropriated out of any money to the credit of the

54 Capital Expense Fund, and allocated in a manner as determined by

55 the Treasurer's Office, to defray the expenses of the Wireless

56 Communication Commission for the period beginning upon the passage

57 of this act and through June 30, 2018..........$   2,384,494.00.

58      This additional appropriation is made for the purpose of

59 paying contractual obligations for system maintenance.

60      **SECTION 5.**  In addition to all other sums herein

61 appropriated, the following sum, or so much thereof as may be

62 necessary, is appropriated out of any money to the credit of the

63 General Fund, and allocated in a manner as determined by the

64 Treasurer's Office, to defray the expenses of the Department of

65 Human Services for the period beginning upon the passage of this

66 act and through June 30, 2018.................$   12,000,000.00.

67      This additional appropriation is made for the purpose of

68 maximizing federal resources for the Department of Child

69 Protection Service.

70      **SECTION 6.**  In addition to all other sums herein

71 appropriated, the following sum, or so much thereof as may be

72 necessary, is appropriated out of any money to the credit of the

73 State General Fund, and allocated in a manner as determined by the

74 Treasurer's Office, to defray the expenses of paying for certain

75 outside legal assistance, expert witness fees, court fees,

76  judgments and settlement agreements incurred by the Office of the

77  Attorney General for the period beginning upon passage of this act

78  and through the fiscal year ending June 30, 2018.................

79  ..........................................$   1,815,194.00.

80      Of the funds appropriated in this section, the following

81  amounts are provided:

82      (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

83  State of Mississippi and the Department of Human Services, United

84  States District Court for the Southern District of Mississippi,

85  Jackson Division, Cause No. 3:04cv251(L)(N).......................

86  ..............................................$   80,972.00.

87      (b)  Troupe v. Barbour, Consolidated with United States v.

88  Mississippi, United States District Court for the Southern

89  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

90  ..............................................$  395,000.00.

91      (c)  Kenneth F. Murphy, Ray J. Murphy and Audie R. Murphy v.

92  The State of Mississippi by and through Delbert Hosemann in his

93  Official Capacity as the Secretary of State and Trustee of the

94  Public Tidelands and The City of Bay Saint Louis, Mississippi, in

95  the Circuit Court of Hancock County, Mississippi, Cause No.

96  12-0153.........................................$   39,501.00.

97      (d)  Gale Nelson Walker v. Office of the District Attorney of

98  Hinds County, in the United States District Court for the Southern

99  District Court for the Southern District of Mississippi; Cause No.

100 1:15cv-00364....................................$   31,825.00.

101     (e)  Ola Kirk v. Mississippi Department of Public Safety, et

102  al., in the United States District Court for the Southern District

103  of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

104  ..............................................$    53,062.00.

105     (f)  Scott M. Favre Public Adjuster, LLC v. Delbert Hosemann,

106  Secretary of State of the State of Mississippi, in his official

107  capacity, and the City of Bay St. Louis, Mississippi, in the

108  Circuit Court of Hancock County, Mississippi, Cause No. 12-0237...

109  ..............................................$   140,000.00.

110     (g)  Mark G. Ohman v. the State of Mississippi by and through

111  Delbert Hosemann in his official capacity as Secretary of State

112  and Trustee of the Public Tidelands Trust and the City of Bay St.

113  Louis, Mississippi, in the Circuit Court of Hancock County,

114  Mississippi, Cause No. 15-0098....................$   137,500.00.

115     (h)  Settlement between the United States Environmental

116  Protection Agency and the State of Mississippi, Site/Spill ID

117  Number:04JF, CERCLA ID Number: MS D008154486, Settlement Agreement

118  for the Recovery of Response Costs, Docket No. CERCLA-04-2014-3756

119  ..............................................$    6,520.00.

120     (i)  Rick Parker v. Justin Rollins, Department of Public

121  Safety, in the United States District Court for the Northern

122  District of Mississippi, Civil Action Number 1:14-CV-231-SA-DAS

123  ..............................................$   237,948.00.

124     (j)  State of Mississippi v. Dale Partners Architects P.A.;

125  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

126  Environmental Management Plus; in the Circuit Court of Hinds

127  County, Mississippi, Civil Action Number 14-666...................

128  ............................................$   78,778.00.

129      (k)  Kennedy Brewer v. State of Mississippi, Circuit Court of

130  Noxubee County, Mississippi, Claimant No. 2009-0099..............

131  ............................................$   50,000.00.

132      (l)  Levon Brooks v. State of Mississippi, Circuit Court of

133  Noxubee County, Mississippi, Claimant No. 2009-0098..............

134  ............................................$   50,000.00.

135      (m)  Arthur Johnson v. State of Mississippi, Circuit Court of

136  Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........

137  ............................................$   50,000.00.

138      (n)  Cedric Willis v. State of Mississippi, Circuit Court of

139  Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

140  ............................................$   50,000.00.

141      (o)  Sabrina Porter v. State of Mississippi, Circuit Court of

142  Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K.........

143  ............................................$   29,000.00.

144      (p)  Estate of Larry Ruffin v. State of Mississippi, Circuit

145  Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

146  ............................................$   50,000.00.

147      (q)  Phillip Leo Bivens v. State of Mississippi, Circuit

148  Court of Forrest County, Mississippi, Claimant No. CI-11-0240.....

149  ............................................$   50,000.00.

150  (r) Estate of Bobby Ray Dixon v. State of Mississippi,

151 Circuit Court of Forrest County, Mississippi, Claimant No.

152 CI-11-0239......................................$ 50,000.00.

153  (s) Jimmie Bass v. State of Mississippi, Circuit Court of

154 Bolivar County, Mississippi, Claimant No. 2011-0009...............

155 ..............................................$ 50,000.00.

156  (t) Rolland Glen Anderson v. State of Mississippi, Circuit

157 Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

158 ..............................................$ 50,000.00.

159  (u) Jamar Amin Moore v. State of Mississippi, in the Circuit

160 Court of Coahoma County; Civil Action No. 14-CI-13-0011...........

161 ..............................................$ 50,000.00.

162  (v) Jason Hall v. State of Mississippi, in the Circuit Court

163 of Forrest County; Cause No. CI 14-0014...........$ 50,000.00.

164  (w) Jason Hall v. State of Mississippi , in the Circuit

165 Court of Forrest County; Cause No. CI 14-0014, attorney fees......

166 ..............................................$ 35,088.00.

167  **SECTION 7.** In addition to all other sums herein

168 appropriated, the following sum, or so much thereof as may be

169 necessary, is appropriated out of any money to the credit of the

170 General Fund, and allocated in a manner as determined by the

171 Treasurer's Office, to defray the expenses of the Board of Tax

172 Appeals for the period beginning upon the passage of this act and

173 through June 30, 2018...........................$ 19,000.00.

174     This additional appropriation is made for the purpose of

175  supporting the operations of the Board of Tax Appeals.

176     **SECTION 8.**  In addition to all other sums herein

177  appropriated, the following sum, or so much thereof as may be

178  necessary, is appropriated out of any money to the credit of the

179  Capital Expense Fund, and allocated in a manner as determined by

180  the Treasurer's Office, to defray the expenses of the Mississippi

181  Department of Information Technology Services, and allocated in a

182  manner as determined by the Treasurer's Office for the period

183  beginning upon passage of this act and through the fiscal year

184  ending June 30, 2018...........................$  3,000,000.00.

185     This additional appropriation is made to defray the expenses

186  of the department.

187     **SECTION 9.**  In addition to all other sums herein

188  appropriated, the following sum, or so much thereof as may be

189  necessary, is appropriated out of any money to the credit of the

190  General Fund, and allocated in a manner as determined by the

191  Treasurer's Office, to defray the expenses of the Department of

192  Rehabilitation Services and allocated in a manner as determined by

193  the Treasurer's Office for the period beginning upon passage of

194  this act and through the fiscal year ending June 30, 2018.........

195  ...........................................$  1,841,012.00.

196     This additional appropriation is for federal match

197  requirements for waiver services in order to achieve maintenance

198  of effort.

199    **SECTION 10.**  In addition to all other sums herein

200    appropriated, the following sum, or so much thereof as may be

201    necessary, is appropriated out of any money to the credit of the

202    Capital Expense Fund, and allocated in a manner as determined by

203    the Treasurer's Office, to defray the expenses of the Department

204    of Rehabilitation Services for the period beginning upon the

205    passage of this act and through June 30, 2018.....................

206    .............................................$   2,035,362.00.

207        This additional appropriation is for federal match

208    requirements for waiver services in order to achieve maintenance

209    of effort.

210    **SECTION 11.**  In addition to all other sums herein

211    appropriated, the following sum, or so much thereof as may be

212    necessary, is appropriated out of any money to the credit of the

213    Capital Expense Fund, and allocated in a manner as determined by

214    the Treasurer's Office, to defray the expenses of the Department

215    of Corrections for the period beginning upon the passage of this

216    act and through June 30, 2018.....................$  7,111,185.00.

217        This additional appropriation is made for the purpose of

218    paying contractual obligations at Private Prisons and Medical

219    expenses.

220    **SECTION 12.**  In addition to all other sums herein

221    appropriated, the following sum, or so much thereof as may be

222    necessary, is appropriated out of any money to the credit of the

223    General Fund, and allocated in a manner as determined by the

224  Treasurer's Office, to defray the expenses of the Oil and Gas
225  Board for the period beginning upon the passage of this act and
226  through June 30, 2018.............................$    36,900.00.
227      This additional appropriation is made for the purpose of
228  paying expenses of the Board.
229      **SECTION 13.**  In addition to all other sums herein
230  appropriated, the following sum, or so much thereof as may be
231  necessary, is appropriated out of any money to the credit of the
232  Capital Expense Fund, and allocated in a manner as determined by
233  the Treasurer's Office, to defray the expenses of Jackson State
234  University Board for the period beginning upon the passage of this
235  act and through June 30, 2019....................$  1,800,000.00.
236      This additional appropriation is made for the purpose of
237  defraying the costs of the School of Public Health.
238      **SECTION 14.**  In addition to all other sums herein
239  appropriated, the following sum, or so much thereof as may be
240  necessary, is appropriated out of any money to the credit of the
241  Mississippi State University Alcohol Safety Education Program, and
242  allocated in a manner as determined by the Treasurer's Office to
243  defray the expenses of the Mississippi State University Alcohol
244  Safety Education Program for the period beginning upon passage of
245  this act and through the fiscal year ending June 30, 2018.........
246  .............................................$    198,106.00.
247      This additional appropriation is for the purpose of offering
248  classes throughout the state.

249    **SECTION 15.** In addition to all other sums herein
250    appropriated, the following sum, or so much thereof as may be
251    necessary, is appropriated out of any money to the credit of the
252    Public Employees' Retirement System, and allocated in a manner as
253    determined by the Treasurer's Office to defray the expenses of the
254    Public Employees' Retirement System for the period beginning upon
255    passage of this act and through the fiscal year ending June 30,
256    2018...........................................$    800,000.00.
257    This additional appropriation is for the purpose of
258    continuing expenses of the System.  The State Personnel Board
259    shall adjust the Fiscal Year 2018 projected annual cost for the
260    System to account for additional salary dollars appropriated
261    herein.
262    **SECTION 16.** In addition to all other sums herein
263    appropriated, the following sum, or so much thereof as may be
264    necessary, is appropriated out of any money to the credit of the
265    Department of Finance and Administration, and allocated in a
266    manner as determined by the Treasurer's Office to defray the
267    expenses of the Department of Finance and Administration for the
268    period beginning upon passage of this act and through the fiscal
269    year ending June 30, 2018......................$   2,100,000.00.
270    This additional appropriation is for the purpose of repair
271    and renovation.
272    **SECTION 17.** In addition to all other sums herein
273    appropriated, the following sum, or so much thereof as may be

274  necessary, is appropriated out of any money to the credit of the

275  Department of Banking and Consumer Finance, and allocated in a

276  manner as determined by the Treasurer's Office to defray the

277  expenses of the Department for the period beginning upon passage

278  of this act and through the fiscal year ending June 30, 2018......

279  ..............................................$    307,907.00.

280      This additional appropriation is made for the purpose of

281  defraying the legal costs of the Department.

282      **SECTION 18.**  In addition to all other sums herein

283  appropriated, the following sum or so much thereof as may be

284  necessary, is appropriated out of any money to the credit of the

285  Department of Public Safety, to defray the expenses of the

286  Department of Public Safety for the period beginning upon the

287  passage of this act and through June 30, 2019....................

288  ...............................................$5,000,000.00.

289      This additional appropriation is made for the purpose of a

290  Highway Patrol Trooper School.

291      **SECTION 19.**  In addition to all other sums herein

292  appropriated,  the following sum, or so much thereof as may be

293  necessary, and contingent upon the passage of Senate Bill No 2467,

294  2018 Regular Session, is hereby appropriated out of any money in

295  the special fund in the State Treasury to the credit of the Rural

296  Fire Truck Acquisition Fund and/or the Supplemental Rural Fire

297  Truck Fund, which was created in Section 1, Laws of 2004, Third

298  Extraordinary Session, to the Mississippi Department of Insurance

299  for the Rural Fire Truck Acquisition Assistance Program for the

300  fiscal year beginning July 1, 2018, and ending June 30, 2019......

301  ..............................................$   1,800,000.00.

302      Of the funds appropriated in the section, Five Hundred

303  Thousand Dollars ($500,000.00) is provided for fire apparatus used

304  for fighting or extinguishing fire used with automobile fire

305  engines or ladder trucks.

306      **SECTION 20.**  This act shall take effect and be in force from

307  and after its passage, except for Sections 3, 13, 18 which shall

308  take effect after passage and through June 30, 2019, and except

309  for Section 19 which shall take effect and be in force from and

310  after July 1, 2018.

H. B. No. 1617
18/HR31/ANAP02SG                          ~ **OFFICIAL** ~
PAGE 13 (RF\JAB)          ST:  Appropriations; additional for various
                         state agencies for Fiscal Year 2018.