State of Mississippi  
Form MBR-1-02

**SPECIAL FUNDS DETAIL**

*REVISED: 9/13/2016 12:38:21 PM*

Department of Child Protection Services (651-09)  
Name of Agency

| S. STATE SUPPORT SPECIAL FUNDS Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2016 | (2) Estimated Revenues FY 2017 | (3) Requested Revenues FY 2018 |
|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | |
| Budget Contingency Fund | BCF - Budget Contingency Fund | | | |
| Education Enhancement Fund | EEF - Education Enhancement Fund | | | |
| Health Care Expendable Fund | HCEF - Health Care Expendable Fund | | | |
| Tobacco Control Fund | TCF - Tobacco Control Fund | | | |
| Capital Expense Fund | CEF - Capital Expense Fund | | 13,436,099 | 13,436,099 |
| Working Cash Stabilization Reserve Fund | WCSRF - Working Cash Stabilization Reserve Fund | | | |
| | State Support Special Fund TOTAL | | 13,436,099 | 13,436,099 |
| STATE SUPPORT SPECIAL FUND LAPSE | | | | |

| A. FEDERAL FUNDS * Source (Fund Number) | Detailed Description of Source | Percentage Match Requirement FY 2017 | Percentage Match Requirement FY 2018 | (1) Actual Revenues FY 2016 | (2) Estimated Revenues FY 2017 | (3) Requested Revenues FY 2018 |
|---|---|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | | | |
| PSSF (5365100000) | PSSF Caseworker Visitation | 25.00 | 25.00 | 304,148 | 715,974 | 750,103 |
| Title IV-E, 93.658 (5365100000) | Foster Care TITLE IV-E | 27.00 | 27.00 | 35,979,220 | 85,805,698 | 159,597,929 |
| Title IV-E, 93.674 (5365100000) | Independent Living | 20.00 | 20.00 | 1,516,649 | 3,570,245 | 3,740,433 |
| Title I, 93.669 (5365100000) | Child Abuse | | | 311,925 | 734,283 | 769,285 |
| Refugee Resettlement, 93.566 (5365100000) | Refugee | | | 1,876,435 | 4,417,193 | |
| Title I, 93.643 (5365100000) | Child Justice | | | 252,383 | 594,117 | |
| Title XX, 93.667 (5365100000) | Social Services Block Grant | | | 9,106,381 | 21,436,733 | |
| DHHS, 93.590 (5365100000) | Community Based Family | 20.00 | 20.00 | 342,578 | 806,441 | 844,883 |
| ED&TR Vouchers, 93599 (5365100000) | Ed & Tr Vouchers | 20.00 | 20.00 | 449,040 | 1,057,055 | 1,107,443 |
| IHHS, 93.558 (5365100000) | TANF | | | 26,366,059 | 47,521,118 | |
| Diligent Recruitment, 93.652 (5365100000) | Diligent Recruit | | | | | |
| Adoption Incentive, 93.603 (5365100000) | Adoption Incentive | | | 274,623 | 646,471 | 677,287 |
| Other (5365100000) | OTHER | | | 79,339 | 186,766 | 195,669 |
| CWS, 93.645 (5365100000) | Child Welfare Services | 30.00 | 30.00 | 5,802,512 | 13,659,310 | 14,310,429 |
| Title IV-B, 93.556 (5365100000) | Promoting Safe & Stable Families | 25.00 | 25.00 | 6,742,152 | 15,871,257 | 16,627,815 |
| NEW () | | | | | | |
| NEW () | | | | | | |
| NEW () | | | | | | |
| | Federal Fund TOTAL | | | 89,403,444 | 197,022,661 | 198,621,276 |

| B. OTHER SPECIAL FUNDS (NON-FED'L) Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2016 | (2) Estimated Revenues FY 2017 | (3) Requested Revenues FY 2018 |
|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | |
| Other (33651) | LOCAL | 1,870,451 | 4,173,289 | 4,173,289 |
| Casey Foundation (33651) | CASEY FAMILY PROG | 54,650 | 121,934 | 121,934 |
| Children Trust (33651) | CHILDREN TRUST FD | 148,897 | 332,214 | 332,214 |
| | Other Special Fund TOTAL | 2,073,998 | 4,627,437 | 4,627,437 |

3-1



EXHIBIT G

MDCPS  
011585