State of Mississippi
Form MBR-1-02

# SPECIAL FUNDS DETAIL

*REVISED: 9/14/2017 10:54:26 AM*

Department of Child Protection Services (651-09)
Name of Agency

| S. STATE SUPPORT SPECIAL FUNDS<br>Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2017 | (2) Estimated Revenues FY 2018 | (3) Requested Revenues FY 2019 |
|---|---|---|---|---|
| Budget Contingency Fund | BCF - Budget Contingency | | | |
| Education Enhancement Fund | EEF - Education Enhancement Fund | | | |
| Health Care Expendable Fund | HCEF - Health Care Expendable Fund | | | |
| Tobacco Control Fund | TCF - Tobacco Control Fund | | | |
| Capital Expense Fund (6465100000) | CEF - Capital Expense Fund | 13,436,099 | | |
| Working Cash Stabilization Reserve Fund | WCSRF - Working Cash Stabilization Reserve Fund | | | |
| | State Support Special Fund TOTAL | 13,436,099 | | |
| STATE SUPPORT SPECIAL FUND LAPSE | | | | |

| A. FEDERAL FUNDS *<br>Source (Fund Number) | Detailed Description of Source | Percentage Match Requirement FY 2018 | FY 2019 | (1) Actual Revenues FY 2017 | (2) Estimated Revenues FY 2018 | (3) Requested Revenues FY 2019 |
|---|---|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | | | |
| PSSF (5365100000) | PSSF Monthly Caseworker Visitation | 25.00 | 25.00 | 402,944 | 715,974 | 715,974 |
| Title IV-E (5365100000) | Foster Care IV-E | 27.00 | 27.00 | 19,376,136 | 26,676,136 | 30,676,136 |
| Title IV-E (5365100000) | Independent Living | 20.00 | 20.00 | 1,377,075 | 3,570,245 | 3,570,245 |
| Title I (5365100000) | Child Abuse Prevention & Treatment | | | 270,548 | 734,283 | 734,283 |
| Title XX (5365100000) | Social Services Block Grant | | | 2,276,595 | | |
| DHHS (5365100000) | Community Based Child Abuse Prevention | 20.00 | 20.00 | 245,932 | 806,441 | 806,441 |
| ED&TR Vouchers (5365100000) | Education & Training Vouchers | 20.00 | 20.00 | 293,616 | 1,057,055 | 1,057,055 |
| IHHS (5365100000) | TANF | | | 6,389,391 | | |
| Adoption Incentive (5365100000) | Adoption Incentive | | | 199,612 | 646,471 | 646,471 |
| Other (5365100000) | Spending Authority | | | | 115,095,734 | 25,764,450 |
| CWS (5365100000) | Child Welfare Services | 30.00 | 30.00 | 9,025,636 | 15,659,310 | 18,659,310 |
| Title IV-B (5365100000) | Promoting Safe & Stable Families | 25.00 | | 4,050,497 | 7,142,152 | 15,871,257 |
| Refugee Resettlement (5365100000) | Refugee Cash & Medical | | | 4,417,193 | 4,417,193 | 4,417,193 |
| Refugee Social Services (5365100000) | Refugee Social Services | | | 75,000 | 75,000 | 75,000 |
| Title IV-E (5365100000) | Adoption IV-E | 27.00 | 27.00 | 19,376,136 | 26,676,136 | 30,676,136 |
| CJA (5365100000) | Chidlren's Justice Act | | | 108,138 | | |
| | Federal Fund TOTAL | | | 67,884,449 | 203,272,130 | 133,669,951 |

| B. OTHER SPECIAL FUNDS (NON-FED'L)<br>Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2017 | (2) Estimated Revenues FY 2018 | (3) Requested Revenues FY 2019 |
|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | |
| Children's Trust Fund (3366400000) | | 1,135,887 | 808,440 | 808,440 |
| Fingerprinting,Homestudy, Other (3365100000) | | 1,633,674 | 1,633,674 | 1,633,674 |
| | Other Special Fund TOTAL | 2,769,561 | 2,442,114 | 2,442,114 |

| | | | | |
|---|---|---|---|---|
| | SECTIONS S + A + B TOTAL | 84,090,109 | 205,714,244 | 136,112,065 |

MDCPS
011403

EXHIBIT
H
tabbies