

**ISSUE 68   9.7.2017**

**mdcps e·bulletin**
Information Alerts for the MDCPS Team

From: Tracy Malone, Deputy Commissioner of Field Operations
### RE: WORKLOAD STANDARDS

We are very pleased to report our most recent workload report shows that, statewide, 57% of our staff in the field has a workload that meets our current standards. Conversely, this also means we still have 43% who are either close to or over workload standards.

Current staffing numbers indicate we have 192 vacant positions in the FPW and FPS series and 57 vacant OMAP and ASWS supervisory positions. It is critical for us all to focus on recruitment and retention of staff -- as well as improving our organizational culture -- in order to continue moving the dial on workload standards. Our goal is to be at 70% of staff at workload standards by October 31, 2017. We know that to achieve this, we must continue to fill our vacancies with qualified applicants who successfully complete training and are able to join your staff with the skills, commitment and mindset needed to becoming contributing team members. We hope to implement graduated caseloads for staff in training very soon and believe this will also improve our ability to balance workloads.

We continue to encourage all of you to manage workloads appropriately. A workload calculator has been provided to all Field Directors and Regional Supervisors for them to use when assigning new cases as they are opened. This new approach is a culture shift for all of us. Making case assignments that align with workload standards and case weights is critical in the management of workloads and it will be ongoing practice statewide. Please know that shifting case assignments will continue to be a necessary component in this effort. Success in reducing caseloads will benefit you as frontline workers and the children and families we serve.

Hiring and transfers will be approved based on workload needs. Therefore, it is critical that efforts continue to ensure:

- Investigations are completed timely;
- Direct services for newly opened cases are submitted and approved timely
- Prevention services and reasonable efforts are made to prevent removals; and,
- We continue to push for legal permanency for children as quickly as possible.

If ANYONE has concerns about the workload management in any of your areas, please reach out to me at tracy.malone@mdcps.ms.gov or call my office at (601) 359-4572 or to the appropriate Deputy Director of Field Operations:

- **Viedale Washington/Jaworski Davenport** - West - viedale.washington@mdcps.ms.gov (662-403-0026); jaworski.davenport@mdcps.ms.gov (601) 720-4864
- **Wendy Bryant** - East - wendy.bryant@mdcps.ms.gov (662) 512-8528
- **Carrie Coggins** - Adoption/Licensure - carrie.coggins@mdcps.ms.gov (662) 701-7570

We would like to hear your feedback and suggestions for this area moving forward.
Thank you ALL for your ongoing efforts to achieve our mission
of keeping children and youth safe and thriving.

*Tracy*



EXHIBIT J

MDCPS
011869