**From:** Kris Jones
**Sent:** Wednesday, November 15, 2017 3:55 PM
**To:** Taylor Cheeseman
**Subject:** Fw: CPS State Funds

From DHS...

Kris Jones
Deputy Commissioner of Human Resources & Administration
MS Department of Child Protection Services
660 North St.
Jackson, MS 39201
601-359-4368
kris.jones@mdcps.ms.gov

---

**From:** Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
**Sent:** Wednesday, November 15, 2017 1:43 PM
**To:** Kris Jones
**Subject:** Fw: CPS State Funds

Hey, I justed to make sure that you have seen this email.

BB

---

**From:** Richard Ferrell
**Sent:** Wednesday, November 15, 2017 1:27 PM
**To:** Bridgette Bell
**Subject:** Fw: CPS State Funds

---

**From:** Richard Ferrell
**Sent:** Wednesday, November 15, 2017 1:02 PM
**To:** Vergenia Coleman
**Cc:** Christopher Ray; Debra Dixon
**Subject:** CPS State Funds

EXHIBIT 10
T. Cheeseman
11/27/18
Ginger H. Brooks
CCR, CRR, RPR, RSA

According to the MAGIC Budget vs Commitments table this morning, CPS had $46,303,954.84 of expenditures and $1,688,397.59 of commitments (obligations). That results in an allotment balance of $992,309.07. Due to MAGIC being down, we haven't moved the state transfer for the November 15 payroll yet, which by itself is $2,704,869.00. CPS should move state funds



3

from the second allotment period to the first allotment period now in order to cover the state share of their expenditures through December.

Richard Ferrell

601-359-4670

CONFIDENTIALITY NOTICE This e-mail and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.

From: Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
Sent: Wednesday, November 15, 2017 1:43 PM
To: Kris Jones
Subject: Fw: CPS State Funds

Hey, I justed to make sure that you have seen this email.

BB

---

From: Richard Ferrell
Sent: Wednesday, November 15, 2017 1:27 PM
To: Bridgette Bell
Subject: Fw: CPS State Funds

---

From: Richard Ferrell
Sent: Wednesday, November 15, 2017 1:02 PM
To: Vergenia Coleman
Cc: Christopher Ray; Debra Dixon
Subject: CPS State Funds

According to the MAGIC Budget vs Commitments table this morning, CPS had $46,303,954.84 of expenditures and $1,688,397.59 of commitments (obligations). That results in an allotment balance of $992,309.07. Due to MAGIC being down, we haven't moved the state transfer for the November 15 payroll yet, which by itself is $2,704,869.00. CPS should move state funds from the second allotment period to the first allotment period now in order to cover the state share of their expenditures through December.

Richard Ferrell

601-359-4670

CONFIDENTIALITY NOTICE This e-mail and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.

MDCPS
011838

From: Chip Butler <Chip.Butler@mdhs.ms.gov>
Sent: Tuesday, November 14, 2017 11:51 AM
To: Kris Jones
Subject: Fwd: 2018 State Funds

Sent from my iPhone

Begin forwarded message:

From: Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
Date: November 14, 2017 at 11:49:00 AM CST
To: Chip Butler <Chip.Butler@mdhs.ms.gov>
Subject: Fwd: 2018 State Funds

Sent from my iPhone

Begin forwarded message:

From: Bridgette Bell <Bridgette.Bell@mdhs.ms.gov>
Date: November 8, 2017 at 2:14:03 PM CST
To: Chip Butler <Chip.Butler@mdhs.ms.gov>
Subject: Fw: 2018 State Funds

Please see attached the state funds worksheet from Richard. We are looking at May 1st.

BB

---

From: Richard Ferrell
Sent: Wednesday, November 8, 2017 2:11 PM
To: Bridgette Bell
Subject: 2018 State Funds

Bridgette, attached is my 2018 state funds worksheets showing state expenditures and commitments through October 31, 2017.

Richard



Richard Ferrell | Division Director I
Mississippi Department of Human Services
601-359-4670
www.mdhs.ms.gov

MDCPS
011839

MDCPS 011840

STATE FUNDS SPY 2018

| | FO 16510106-16510108 | CSE 16510103 | CPS 16510109 | SS 16510101 | DECDD 16510105 | AAS 16510102 | YS 16510111 | TOTAL | TOTAL LESS CPS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLOTMENT 1 | 12,202,300.50 | 2,922,978.50 | 48,984,661.50 | 2,570,689.50 | 1,239,334.00 | 436,607.50 | 6,375,980.50 | 74,732,552.00 | 25,747,890.50 | | |
| EXPENDITURES 7/17 | (835,562.00) | (36,871.76) | (3,974,869.51) | (249,898.00) | | (49,422.25) | (663,319.47) | (5,811,942.99) | (1,837,073.48) | 51,495,781.00 | 7 |
| EXPENDITURES 8/17 | (2,289,531.00) | (1,127,570.36) | (14,438,475.60) | (698,371.00) | 0.00 | (258,774.51) | (1,571,091.77) | (20,377,814.24) | (5,939,338.64) | (1,837,073.48) | 8 |
| EXPENDITURES 9/17 | (1,459,768.00) | (981,539.22) | (12,565,535.58) | (713,002.00) | (1,307.00) | (161,751.52) | (1,633,785.91) | (17,516,689.23) | (4,951,153.65) | (5,939,338.64) | 9 |
| EXPENDITURES 10/17 | (2,242,503.00) | (107,083.59) | (11,763,134.89) | (447,570.00) | | (152,094.68) | (1,188,942.73) | (15,901,328.84) | (4,138,193.95) | (4,951,153.65) | 10 |
| EXPENDITURES 11/17 | | | | | | | | 0.00 | 0.00 | (5,009,562.08) | 11 |
| EXPENDITURES 12/17 | | | | | | | | 0.00 | 0.00 | (5,009,562.08) | 12 |
| BALANCES | 5,380,936.50 | 667,913.57 | 6,242,645.92 | 461,848.50 | 1,238,027.00 | (185,435.41) | 1,318,840.62 | 15,124,776.70 | 8,882,130.78 | (5,009,562.08) | 1 |
| COMMITMENTS 11-1-17 | | | (1,663,481.67) | | | | (856,408.12) | (2,519,889.79) | | (5,009,562.08) | 2 |
| BALANCES LESS COMMITMENTS | | | 4,579,164.25 | | | | | | 8,025,722.66 | (5,009,562.08) | 3 |
| | | | | | | | | | | (4,572,648.80) | 5 |
| | | | (42,742,778.08) | | | | | (59,632,564.07) | 12,580,098.14 | | |

=8-10 AVG

1,715,430.00  Q5-ST
587,458.00  WM27
2,302,888.00