**From:** Taylor Cheeseman
**Sent:** Tuesday, March 20, 2018 9:03 AM
**To:** Chris Graham
**Subject:** Budget Details

Chris,

Attached is the line item detail for the contract, equipment, and SLG numbers in the revised MDCPS 2019 budget request. I have also attached a new overview sheet like the one provided at our meeting with the chairmen. I have done so because we have had a recent change to one of the projected contractual expenses. This change reduces the total amount of projected contractual expenses by $50,000. As I explained on the phone, the amounts for travel and commodities are projected based an increase proportional to the increase in staff used to calculate the salary number.

As for funding sources, I have projected the federal and state portions based on multipliers derived from how each major budget item category is being paid this year. The federal funding sources at MDCPS's disposal, excluding funds made available by DHS, include Title IV-E foster care, Title IV-E adoption, Promoting Safe and Stable Families, CWS, Adoption Incentive, Chafee Independent Living, Educational Training Voucher, CAPTA, CBCAP, and Refugee CMA. The Chafee Independent Living and Educational Training Voucher support programs for children transitioning from custody to adulthood. The adoption incentive grant supports efforts to find adoptive families. CWS, PSSF, CAPTA, and CBCAP support efforts to prevent abuse from happening, and to maintain children safely in their homes when abuse occurs. Refugee CMA pays for the state's refugee resettlement program. Title IV-E foster care and adoption pay a portion of board payments for foster homes and adoption subsidy payments for adoptive families. They also pay some salary expenses and other administrative costs related to foster care.

*Taylor Cheeseman*

Chief of Staff
Mississippi Department of Child Protection Services
601-359-2090 (office)
769-232-2129 (cell)
Taylor.Cheeseman@mdcps.ms.gov

CONFIDENTIALITY NOTICE: This email and any files or attachments may contain confidential and privileged information. If you have received this message in error, please notify the sender at the above e-mail address and delete it and all copies from your system.

EXHIBIT N

MDCPS 011827

| | FY-2019 Projection | Federal Portion Based on FY18 Actuals | State Portion Based on FY18 Actuals |
|---|---|---|---|
| Salaries, Wages, & Fringe | $91,000,000.00 | $21,840,000.00 | $69,160,000.00 |
| Travel | $8,636,471.57 | $2,072,753.18 | $6,563,718.40 |
| Contractual Services | $60,342,909.15 | $15,689,156.38 | $44,653,752.77 |
| Commodities | $1,556,707.46 | $389,176.86 | $1,167,530.59 |
| Equipment | $2,754,950.00 | $606,089.00 | $2,148,861.00 |
| Subsidies, Loans, & Grants | $66,555,045.04 | $26,622,018.02 | $39,933,027.02 |
| Total Projected Expenditures | $230,846,083.22 | $67,219,193.44 | $163,626,889.78 |
| Maximum Fed Funds via DHS | | $30,000,000.00 | ($30,000,000.00) |
| | | $97,219,193.44 | $133,626,889.78 |

| | | |
|---|---|---|
| Subtotal | | $161,504.00 |

## Other Legal Fees

| | |
|---|---|
| Unspecified Attorneys Fees | $200,000.00 |
| Contract Attorney in Forrest County | $48,000.00 |
| Copeland Cook | $37,500.00 |
| Page Mannino | $37,500.00 |
| Lexis/Westlaw Legal Reseach & Diligent Search | $10,000.00 |
| **Subtotal** | **$333,000.00** |

## MACWIS Support (current child welfare information management system)

| | |
|---|---|
| Programmers for the MACWIS System | $997,500.00 |
| Moving MACWIS from mainframe to Linux platform | $529,184.27 |
| Access to the Network, MACWIS and other applications | $192,000.00 |
| Allows the transfer of data from ADABSE to the SQL Database - Linux Version. If we have to purchased. | $96,000.00 |
| Support Ticket System | $30,000.00 |
| Unexpect software requirements | $25,000.00 |
| Consultant to MACWIS operations | $20,150.00 |
| Used to create and maintain the Lawsuit Reports | $6,600.00 |
| Appliances that control access to the Citrix Farm | $4,500.00 |
| Analyze data and create reports and charts. | $1,680.00 |
| Control software for TC Vision - Linux Version | $1,500.00 |
| **Subtotal** | **$1,904,114.27** |

## IT Software Renewals & Purchases; Hardware Warranty Renewals

| | |
|---|---|
| Microsoft Enterprise Renewal; True-Up | $670,000.00 |
| DocuSign (Carahsoft); Used for electronic signatures | $384,000.00 |
| Cisco Maint Equipment; Switches, Firewalls, Network Cisco Equipment, Other Cisco Equipment | $150,000.00 |
| HPE Servers Maint; HP Servers in the Network | $150,000.00 |
| Misc Software; Unexpected request for special software | $145,000.00 |
| SmartSheet (42 Current Licenses, 10 New License ); Cloud based spreadsheet (240.00 per new license) | $120,000.00 |
| Morpho Trust; Finger Print Machines and software support (6 new machines) | $114,168.00 |
| VmWare; Used to create Virtual Servers in the Network | $111,450.00 |
| Misc Network Software; Network Software, renewal and new purchases | $110,000.00 |
| Novatime; Time Keeping | $57,120.00 |
| Network Support; DR & other | $70,000.00 |
| Corner Stone; Training Scheduling | $50,000.00 |
| DarkTrace; Used to monitor bandwidth and issue on the CO lines | $50,000.00 |
| Microsoft Misc Software Renewal; True-Up | $45,000.00 |
| RMS; Random Moment Sample Software | $40,000.00 |
| Microsoft Office 365 ATP for Email; Encryption for Email | $37,000.00 |
| Interactive Voice Applications | $81,000.00 |
| APHSA/NIECE; ICPC Software | $25,000.00 |
| Microsoft Core Infrastructure Server Suite Data Center; Management of: physical & VM servers, configuration data protection & operations | $25,000.00 |

| Item | Amount |
|---|---|
| Cisco Switches (60 switches); County Office Switches | $21,000.00 |
| Misc Network Equipment Maint; Network Equipment | $20,000.00 |
| Adobe Suite (26 Licenses); Used to create and modify PDF documents | $17,250.00 |
| Equipment Imaging Software; Image PC's, Laptops and Tablets | $15,000.00 |
| InfoBlox; Used in the Network to manage the DHCP & DNS | $15,000.00 |
| Microsoft Azure Hub Notifications | $12,000.00 |
| Netwrix; Network monitoring software | $12,000.00 |
| IBM/SPSS; Statistical reporting software | $10,000.00 |
| Microsoft Premier Support; We share this cost with other agencies thru ITS | $10,000.00 |
| Wasp Software (scanning tool for Inv); Scanning Software System for hardware inventory | $10,000.00 |
| PowerTerm (Linux emulator); Cindy & Brian verify dollars. Mainframe - SPHARS Access | $8,367.00 |
| Carousel/NICE Recording; MCI Recording Software | $7,300.00 |
| Bomgar (10 License); Remote Support for all users | $7,000.00 |
| Microsoft Azure Support; To support the cloud Azure for Active Directory | $5,000.00 |
| ACG Security System; Badge System for 700 Building | $2,200.00 |
| Cellbrite (cellphone image); Cellphone image | $600.00 |
| Secure CRT (Cisco Switches Tool); Used on the cisco Switches | $600.00 |
| SurveyMonkey; Survey software | $300.00 |
| CA-Plus; | $80,000.00 |
| **Subtotal** | **$2,688,355.00** |

**CCWIS Development (New Child Welfare Information Management System)**

| Item | Amount |
|---|---|
| Document Management/ Electronic Forms/System Access Functions | $2,500,000.00 |
| Module 2 - Intake | $1,290,168.00 |
| QA IV&V Services | $1,131,733.00 |
| Module 1 - Common | $1,055,592.00 |
| Module 3 - Investigation, Court Phase I | $351,864.00 |
| Technical Architect | $262,500.00 |
| Agile Development PM | $260,000.00 |
| Software Developer | $260,000.00 |
| Software Developer | $260,000.00 |
| Sr. Project Manager | $258,300.00 |
| Agile Coach | $241,500.00 |
| Training Vendor/Training PM | $241,500.00 |
| Change Mgt/Business Integration PM | $231,000.00 |
| Network Architect | $228,900.00 |
| DBA | $228,800.00 |
| Technical Business Analyst (Dev Ops Engr) | $208,000.00 |
| Technicall Business Analyst | $208,000.00 |
| DB Analyst | $208,000.00 |
| UI Developer | $208,000.00 |
| Database Architect | $207,900.00 |
| Systems Interface/Reporting | $166,667.00 |
| UX Designer | $156,000.00 |

MDCPS
011831

| | | |
|---|---|---|
| Document Management PM | | $147,000.00 |
| Product Development Strategist | | $136,500.00 |
| BGG Enterprises; procurement support | | $122,070.00 |
| Infrastructure at ITS | | $120,000.00 |
| TCVision bi-directional | | $100,000.00 |
| Document Management Middleware; software to automate the indexing process | | $80,000.00 |
| Meaders Consultings (75%); Project Quality Assurance | | $60,450.00 |
| Mule Soft or some other ESB tool(s) | | $50,000.00 |
| Database Support | | $30,000.00 |
| Misc Software | | $25,000.00 |
| Training for State staff | | $24,000.00 |
| API Development Tool | | $22,100.00 |
| Identity Access Management Tool/Support | | $20,000.00 |
| Data Cleaning Tool | | $16,000.00 |
| Testing Software | | $6,000.00 |
| Agile Tool - Jira/Confluence | | $2,500.00 |
| Continuous Integration Tool | | $1,000.00 |
| Cubicle set up and electrician | | |
| **Subtotal** | | **$11,153,544.00** |
| Jani-King Gulfcoast Region | Janitorial Services | $40,308.00 |
| Warner Inc | | $28,000.00 |
| Southshore Building Srvs Inc | | $5,400.00 |
| Ace Data Storage Inc | | $5,000.00 |
| **Subtotal** | | **$78,708.00** |
| Other Services to Children and Families | Other | $2,600,000.00 |
| Cell Phone & Tablet Data Service Agreements | | $2,300,000.00 |
| Abuse and Neglect Hotline | | $2,273,340.00 |
| Mississippi Practice Model Consultant | | $1,995,000.00 |
| Medical Services for Children in Care | | $1,600,000.00 |
| Foster Home Home Studies | | $1,500,000.00 |
| Lease of Copiers\Printers | | $448,800.00 |
| Hancock County Office Lease | | $123,665.16 |
| Public Awareness Campaigns | | $101,000.00 |
| Data Analysis for Therapeutic Provider Monitoring | | $100,000.00 |
| Independent Living Computer Training Prorgam | | $81,000.00 |
| Prevention Subgrant Performance Monitoring | | $74,500.00 |
| Employee Emotional Assistance Program | | $50,000.00 |
| Employee Drug Testing | | $25,250.00 |
| Child Welfare Data Access Agreement | | $25,000.00 |
| Records Storage (Vital Records) | | $3,744.00 |

| | |
|---|---|
| MDHS Cost Allocation Payments | $5,000,000.00 |
| NSPARC | $24,000.00 |
| **Subtotal** | **$18,325,299.16** |
| **Total Contractual Services** | **$60,342,909.15** |

MDCPS 011833

| Expenditure Category | Projected FY-2019 Expenses |
|---|---|
| **IT Hardware** | |
| 773 Tablets; Dell's are out of warranty and need replacing | $1,159,500.00 |
| 320 Personal Computers | $480,000.00 |
| 76 Switches; replacement Switches for County Offices | $456,000.00 |
| 150 Laptop Computers; Tel-Workers, CQI, PM Coaches, Trainers, SO Staff (replacment of old equipment) | $180,000.00 |
| 10 Fingerprinting Scanners | $130,000.00 |
| 500 Monitors to replace aged out equipment | $120,000.00 |
| Disaster Recovery Equipment; Core Switche and Misc EQUIP for the DR Site | $70,000.00 |
| 50 Uninterrupted Power Supply for county office communication rooms | $50,000.00 |
| Communication Control System; Use to control and access communication equipment remotely | $35,000.00 |
| 50 Wireless Access Points; Providing Wireless for the County Offices. Use in place of cabling, which is a cost savings. | $25,000.00 |
| 1 Projectors; for traveling staff. Old projectors are not compatible with new laptops and tablets. | $15,000.00 |
| 20 Laser, Color Printers; replacement of aged out equipment | $7,200.00 |
| 100 Video Cards | $5,000.00 |
| 5 Equipment Racks for couty offices | $2,250.00 |
| **Subtotal** | **$2,734,950.00** |
| Misc Furniture | $20,000.00 |
| **Total** | **$2,754,950.00** |

| Expenditure Category | Projected FY-2019 Expenses |
|---|---|
| **Foster Care Board Payments** | $32,000,000.00 |
| **Adoption Subsidy Payments** | $16,500,000.00 |
| **Federal Reimbursement to Counties** | $1,600,000.00 |
| **Prevention Subgrants** | |
| Catholic Charities CBCAP | $125,000.00 |
| Starkville School District CBCAP | $125,000.00 |
| Starkville School District CTF | $123,000.00 |
| Canopy In Circle | $8,463,358.40 |
| Youth Villages In Circle | $3,679,200.00 |
| **Subtotal** | **$12,515,558.40** |
| **Adoption Promotion Subgrants** | |
| Catholic Charities | $197,147.00 |
| Southern Christian Services | $758,011.08 |
| **Subtotal** | **$955,158.08** |
| **Refugee Resettlement Subgrants** | |
| Catholic Charities URM | $2,103,523.06 |
| Catholic Charities ARSS | $64,883.00 |
| **Subtotal** | **$2,168,406.06** |
| **Independent Living Subgrants** | |
| Hope Village | $216,565.00 |
| Southern Christian Subgrants | $599,357.50 |
| **Total** | **$815,922.50** |
| **Total** | **$66,555,045.04** |

MDCPS
011835