**BUDGET REQUEST FOR FISCAL YEAR ENDING JUNE 30, 2020**

651-09

| Department of Child Protection Services | 660 N. Street, Ste. 200 | | | Jess H. Dickinson | |
|---|---|---|---|---|---|
| AGENCY | ADDRESS | | | CHIEF EXECUTIVE OFFICER | |
| | Actual Expenses June 30, 2018 | Estimated Expenses June 30, 2019 | Requested For June 30, 2020 | Requested Over/(Under) Estimated | |
| | | | | AMOUNT | PERCENT |
| I. A. PERSONAL SERVICES | | | | | |
| 1. Salaries, Wages & Fringe Benefits (Base) | 79,463,896 | 84,000,000 | 98,285,624 | | |
| a. Additional Compensation | | | 1,293,929 | | |
| b. Proposed Vacancy Rate (Dollar Amount) | | | 8,558,059 | | |
| c. Per Diem | | | | | |
| Total Salaries, Wages & Fringe Benefits | 79,463,896 | 84,000,000 | 91,021,494 | 7,021,494 | 8.36% |
| 2. Travel | | | | | |
| a. Travel & Subsistence (In-State) | 8,512,288 | 8,468,472 | 8,108,550 | (359,922) | (4.25%) |
| b. Travel & Subsistence (Out-Of-State) | 167,662 | 168,000 | 168,000 | | |
| c. Travel & Subsistence (Out-Of-Country) | | | | | |
| Total Travel | 8,679,950 | 8,636,472 | 8,276,550 | (359,922) | (4.17%) |
| B. CONTRACTUAL SERVICES (Schedule B) | | | | | |
| a. Tuition, Rewards & Awards | 597,516 | 602,500 | 602,500 | | |
| b. Communications, Transportation & Utilities | 142,039 | 164,130 | 164,130 | | |
| c. Public Information | 49,505 | 66,394 | 66,394 | | |
| d. Rents | 1,178,532 | 1,365,863 | 1,365,900 | 37 | 0.00% |
| e. Repairs & Service | 83,030 | 90,000 | 90,000 | | |
| f. Fees, Professional & Other Services | 29,968,209 | 39,452,182 | 38,328,120 | (1,124,062) | (2.85%) |
| g. Other Contractual Services | 916,989 | 1,309,839 | 1,309,839 | | |
| h. Data Processing | 6,292,408 | 8,599,265 | 41,599,265 | 33,000,000 | 383.75% |
| i. Other | 3,196,531 | 1,565,963 | 200,000 | (1,365,963) | (87.23%) |
| Total Contractual Services | 42,424,759 | 53,216,136 | 83,726,148 | 30,510,012 | 57.33% |
| C. COMMODITIES (Schedule C) | | | | | |
| a. Maintenance & Construction Materials & Supplies | | | | | |
| b. Printing & Office Supplies & Materials | 456,922 | 692,517 | 692,517 | | |
| c. Equipment, Repair Parts, Supplies & Accessories | 117,917 | 179,008 | 179,008 | | |
| d. Professional & Scientific Supplies & Materials | 7,665 | 11,324 | 11,324 | | |
| e. Other Supplies & Materials | 444,611 | 179,621 | 129,621 | (50,000) | (27.84%) |
| Total Commodities | 1,027,115 | 1,062,470 | 1,012,470 | (50,000) | (4.71%) |
| D. CAPITAL OUTLAY | | | | | |
| 1. Total Other Than Equipment (Schedule D-1) | | | | | |
| 2. Equipment (Schedule D-2) | | | | | |
| b. Road Machinery, Farm & Other Working Equipment | | | | | |
| c. Office Machines, Furniture, Fixtures & Equipment | | | | | |
| d. IS Equipment (Data Processing & Telecommunications) | 92,401 | 285,000 | 285,000 | | |
| e. Equipment - Lease Purchase | | | | | |
| f. Other Equipment | | | | | |
| Total Equipment (Schedule D-2) | 92,401 | 285,000 | 285,000 | | |
| 3. Vehicles (Schedule D-3) | | | | | |
| 4. Wireless Comm. Devices (Schedule D-4) | | | | | |
| E. SUBSIDIES, LOANS & GRANTS (Schedule E) | 56,295,689 | 61,983,208 | 77,369,130 | 15,385,922 | 24.82% |
| TOTAL EXPENDITURES | 187,983,810 | 209,183,286 | 261,690,792 | 52,507,506 | 25.10% |
| II. BUDGET TO BE FUNDED AS FOLLOWS: | | | | | |
| Cash Balance-Unencumbered | | | | | |
| General Fund Appropriation (Enter General Fund Lapse Below) | 97,969,323 | 97,994,298 | 135,744,859 | 37,750,561 | 38.52% |
| State Support Special Funds | | 12,000,000 | | (12,000,000) | (100.00%) |
| Federal Funds    Other Special Funds (Specify) | 88,504,053 | 97,371,706 | 124,179,307 | 26,807,601 | 27.53% |
| Children's Trust Fund | 272,352 | 579,200 | 528,544 | (50,656) | (8.75%) |
| Fingerprinting, Homestudy, Other | 1,238,082 | 1,238,082 | 1,238,082 | | |
| Less: Estimated Cash Available Next Fiscal Period | | | | | |
| TOTAL FUNDS (equals Total Expenditures above) | 187,983,810 | 209,183,286 | 261,690,792 | 52,507,506 | 25.10% |
| GENERAL FUND LAPSE | | | | | |
| III: PERSONNEL DATA | | | | | |
| Number of Positions Authorized in Appropriation Bill  a.) Perm Full | 1,536 | 1,537 | 1,537 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 417 | 417 | 417 | | |
| d.) T-L Part | | | | | |
| Average Annual Vacancy Rate (Percentage)  a.) Perm Full | 7.00 | 5.00 | 5.00 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 3.00 | 3.00 | 3.00 | | |
| d.) T-L Part | | | | | |

EXHIBIT Q

| Approved by: | Jess Dickinson | Submitted by: | Lucreta Tribune | Date: | 8/10/2018 4:51 PM |
|---|---|---|---|---|---|
| | Official of Board or Commission | Phone Number: | 601-359-4806 | Title: | CFO |
| Budget Officer: | Lucreta Tribune / lucreta.tribune@mdcps.ms.gov | | | | |

State of Mississippi  
Form MBR-1-02

SPECIAL FUNDS DETAIL

Department of Child Protection Services (651-09)
_____
Name of Agency

| S. STATE SUPPORT SPECIAL FUNDS Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2018 | (2) Estimated Revenues FY 2019 | (3) Requested Revenues FY 2020 |
|---|---|---|---|---|
| Budget Contingency Fund | BCR - Budget Contingency Fund | | | |
| Education Enhancement Fund | EEF - Education Enhancement Fund | | | |
| Health Care Expendable Fund | HCEF - Health Care Expendable Fund | | | |
| Tobacco Control Fund | TCF - Tobacco Control Fund | | | |
| Capital Expense Fund (6465100000) | CEF - Capital Expense Fund | | 12,000,000 | |
| Working Cash Stabilization Reserve Fund | WCSRF - Working Cash Stabilization Reserve Fund | | | |
| | State Support Special Fund TOTAL | | 12,000,000 | |
| STATE SUPPORT SPECIAL FUND LAPSE | | | | |

| A. FEDERAL FUNDS * Source (Fund Number) | Detailed Description of Source | Percentage Match Requirement FY 2019 | Percentage Match Requirement FY 2020 | (1) Actual Revenues FY 2018 | (2) Estimated Revenues FY 2019 | (3) Requested Revenues FY 2020 |
|---|---|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | | | |
| Children's Justice Act (5365100000) | Children's Justice Act | | | 4,149 | | |
| Title XX (5365100000) | Social Services Block Grant | | | 8,648,125 | | |
| Adoption Incentive (5365100000) | Adoption Incentive | | | 181,371 | 243,500 | 554,262 |
| Title I (5365100000) | Child Abuse Prevention & Treatment | | | 158,514 | 239,284 | 403,868 |
| Title IV-E (5365100000) | Education & Training Vouchers | 20.00 | 20.00 | 307,371 | 592,166 | 592,000 |
| Title IV-E (5365100000) | Chafee Independent Living | 20.00 | 20.00 | 1,399,267 | 1,600,000 | 1,600,000 |
| Title II Child Abuse Prevention & Treatment Act (5365100000) | Community Based Child ABuse Prevention | | | 227,422 | 272,754 | 363,427 |
| Office of Refugee Resettlement (5365100000) | Refugee Cash & Medical | | | 2,736,581 | 2,800,000 | 2,600,000 |
| Office of Refugee Resettlement (5365100000) | Refugee Social Services | | | 785,601 | 75,000 | 75,000 |
| Title IV-B (5365100000) | Promoting Safe & Stable Families | 25.00 | 25.00 | 3,828,511 | 4,100,000 | 4,200,000 |
| Title IV-B (5365100000) | Monthly Caseworker Visit | 25.00 | 25.00 | 220,643 | 259,217 | 340,750 |
| Title IV-B (5365100000) | Child Welfare Services | 25.00 | 25.00 | 3,200,026 | 3,189,785 | 3,200,000 |
| IV-E Adoption (5365100000) | Adoption Assistance | 25.00 | 25.00 | 14,347,543 | 26,000,000 | 38,000,000 |
| IV-E Foster Care (5365100000) | Foster Care Program | 25.00 | 25.00 | 17,107,054 | 28,000,000 | 42,250,000 |
| TANF (5365100000) | TANF | | | 35,351,875 | 30,000,000 | 30,000,000 |
| | Federal Fund TOTAL | | | 88,504,053 | 97,371,706 | 124,179,307 |

| B. OTHER SPECIAL FUNDS (NON-FED'L) Source (Fund Number) | Detailed Description of Source | (1) Actual Revenues FY 2018 | (2) Estimated Revenues FY 2019 | (3) Requested Revenues FY 2020 |
|---|---|---|---|---|
| | Cash Balance-Unencumbered | | | |
| Children's Trust Fund (3366400000) | | 272,352 | 579,200 | 528,544 |
| Fingerprinting, Homestudy, Other (3365100000) | | 1,238,082 | 1,238,082 | 1,238,082 |
| | Other Special Fund TOTAL | 1,510,434 | 1,817,282 | 1,766,626 |
| | SECTIONS S + A + B TOTAL | 90,014,487 | 111,188,988 | 125,945,933 |

3-1

MDCPS  
013713

**NARRATIVE**
**2020 BUDGET REQUEST**

Department of Child Protection Services (651-09)
_____
Name of Agency

MDCPS FY2020 BUDGET REQUEST INCREASE JUSTIFICATION

Per the FY2020 budget request instructions, and after consultation with MDCPS's budget analyst, MDCPS has prepared the Estimated Expenses June 30, 2019 portion of its FY2020 budget request so that the total expenditures and funding in that column equal the total appropriated spending authority in MDCPS's FY2019 appropriations bill. However, because MDCPS's FY2019 appropriations bill included spending authority in excess of the funds expected to be available to it in FY2019, MDCPS expects its FY2019 spending to be more closely aligned with the spending and funding information in the Actual Expenses June 30, 2018 column due to essentially level funding between FY2018 and FY2019. Therefore, the explanations below are prepared based on the comparison of MDCPS FY2018 numbers to its FY2020 request.

Moreover, during the 2018 Regular Session of the Mississippi Legislature, MDCPS provided revised budget request information to legislators and LBO staff, requesting $133,000,000 in state funding. MDCPS was appropriated approximately $110,000,000 in state funding. The following information will also focus on the reasons for MDCPS's request for FY2020 state funding in excess of the $133,000,000 requested for FY2019.

SALARIES, WAGES, AND FRINGE

MDCPS's FY2020 budget request includes an increase in funding for salaries with no additional request of PINs. The $91,021,494 for salaries, wages, and fringe in MDCPS's FY2020 request is in line with what it presented in its revised budget request last year. The current funding request is being made to enable MDCPS to fill additional positions for 108 caseworkers totaling $4,540,359.96 and 34 supervisors totaling $1,966,046.94 in MDCPS's frontline, licensure, and adoption divisions. This estimate does not include any mandatory increases in fringe benefits that may be imposed. The 2nd Modified Settlement Agreement (MSA) in the Olivia Y litigation requires imposes a weighted caseload limit on each of MDCPS's caseworkers in the frontline, adoption, and licensure programs. It also requires a five to one supervisor to caseworker ratio.

As of this submission, a motion is pending in the United States District Court for the Southern District of Mississippi, wherein plaintiffs' counsel in the Olivia Y litigation requests that the judge appoint a receiver to take over MDCPS because workload requirements have not been met. This level of funding for salaries is necessary for the additional staff needed to bring MDCPS into compliance.

TRAVEL

MDCPS incurs significant expenses for travel largely because MDCPS has nearly one thousand caseworkers spread across the state who must travel to fulfill their basic job functions. That said, MDCPS projects a minor decrease in travel costs in FY2020 due to increased focus on limiting overnight travel and other efficiencies put in place by the agency.

CONTRACTUAL SERVICES

MDCPS's FY2020 budget request reflects a significant increase in the need for contractual services. Most of this increase relates to MDCPS's need to both secure and replace the hardware and software used for MDCPS's case management system. Today, all of MDCPS's operations including services to children and applications for federal funding are highly dependent on the Mississippi Automated Child Welfare Information System (MACWIS). This antiquated system is MDCPS's repository for child information, its mechanism to report performance through data, and its conduit for paying foster parents board payments. The 2nd MSA in the Olivia Y litigation requires that MDCPS replace MACWIS with Comprehensive Child Welfare Information System (CCWIS). CCWIS is a federally funded program for states to develop child welfare information systems comporting to certain federal specifications.

Under the 2nd MSA, CCWIS must be in place by June 30, 2021. Over the past two years, MDCPS has engaged in planning and some procurement for this project. MDCPS originally planned that FY2019 would be the first year of significant development for the system. Because MDCPS received $23 million less than it requested for FY2019, CCWIS development was paused. This will leave two years for completion at the beginning of FY2020, forcing MDCPS to bear half the cost of development in each of those two fiscal years. MDCPS estimates the project will cost $30 million per year, with half of that cost being federally funded. This $30 million constitutes most of the increased contractual services from FY2018 to the FY2020 request. It also represents an additional request beyond the $133 million in state funds requested for FY2019 because development of the system must now be completed in two years rather than three.

MDCPS
013746