# Mississippi Performance on Caseload Standards: Met vs. Over | Data as of December 17, 2018

**Worker Type:** All
**East West South:** All
**Region:** All
**Worker County:** All

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

Met (<=1.0000) | Over (>1.0000)

## Overall (823)

- Met: 57% (470)
- Over: 43% (353)

## Frontline (597)

- Met: 58% (344)
- Over: 42% (253)

## Adoption & L. (214)

- Met: 53% (114)
- Over: 47% (100)

## SIU (12)

- Met: 100% (12)

## Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed 100 |
|---|---|---|---|---|
| All Workers | 14,476 | 823 | 742 | 824 |
| Frontline | 9,317 | 597 | 530 | 588 |
| Adoption & L. | 5,103 | 214 | 209 | 232 |
| SIU Worker | 56 | 12 | 4 | 4 |

## East

| | Met | Over |
|---|---|---|
| Overall (65) | 59% (187) | 41% (132) |
| I-N (74) | 74% (48) | 26% (17) |
| I-S (49) | 43% (32) | 57% (42) |
| II-E (55) | 51% (25) | 49% (24) |
| IV-N (76) | 69% (38) | 31% (17) |
| IV-S | 58% (44) | 42% (32) |

## West

| | Met | Over |
|---|---|---|
| Overall (67) | 71% (190) | 29% (77) |
| II-W (48) | 94% (63) | 6% (4) |
| III-N (58) | 79% (38) | 21% (10) |
| III-S (52) | 36% (21) | 64% (37) |
| V-E (42) | 75% (39) | 25% (13) |
| V-W | 69% (29) | 31% (13) |

## South

| | Met | Over |
|---|---|---|
| Overall | 36% (81) | 64% (144) |
| VI (47) | 40% (19) | 60% (28) |
| VII-C (88) | 25% (22) | 75% (66) |
| VII-E (41) | 17% (7) | 83% (34) |
| VII-W (49) | 67% (33) | 33% (16) |

## SIU

| | Met |
|---|---|
| Overall | 100% (12) |
| SIU (12) | 100% (12) |



EXHIBIT R
tabbies®

# Mississippi Performance on Caseload Standards | Data as of December 17, 2018

| Worker Type | East West South | Region | Worker County | |
|---|---|---|---|---|
| All | All | All | All | Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s). |

Met (<= 1.0000) | Close (> 1.0000 and <= 1.2000) | Over 1 (> 1.2000 and <= 2.0000) | Over 2 (2.0000 and <= 3.0000) | Over 3 (> 3.0000)

### Overall (823)
- Met: 57% (470)
- Close: 17% (141)
- Over 1: 23% (193)
- Over 2: 2% (18)
- Over 3: 0% (1)

### Frontline (597)
- Met: 58% (344)
- Close: 19% (111)
- Over 1: 22% (134)
- Over 2: 1% (8)

### Adoption & L. (214)
- Met: 53% (114)
- Close: 14% (30)
- Over 1: 28% (59)
- Over 2: 5% (10)
- Over 3: 0% (1)

### Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed 100 |
|---|---|---|---|---|
| All Workers | 14,476 | 823 | 742 | 824 |
| Frontline | 9,317 | 597 | 530 | 588 |
| Adoption & L. | 5,103 | 214 | 209 | 232 |

* See the Staffing Needs dashboard for the method used to estimate the total workers needed to staff the current cases, such that 90% (per the STRO) or 100% could have a caseload weight <= 1.0000.

### East

| | | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|---|
| Overall | | 59% (187) | 20% (64) | 20% (64) | 1% (4) |
| I-N | (65) | 74% (48) | 6% (4) | 20% (13) | |
| I-S | (74) | 43% (32) | 27% (20) | 30% (22) | |
| II-E | (49) | 51% (25) | 16% (8) | 24% (12) | 8% (4) |
| IV-N | (55) | 69% (38) | 22% (12) | 9% (5) | |
| IV-S | (76) | 58% (44) | 26% (20) | 16% (12) | |

### West

| | | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|---|
| Overall | | 71% (190) | 14% (37) | 13% (36) | 1% (4) |
| II-W | (67) | 94% (63) | 6% (4) | | |
| III-N | (48) | 79% (38) | 17% (8) | 4% (2) | |
| III-S | (58) | 36% (21) | 28% (16) | 36% (21) | |
| V-E | (52) | 75% (39) | 12% (6) | 12% (6) | 2% (1) |
| V-W | (42) | 69% (29) | 7% (3) | 17% (7) | 7% (3) |

### South

| | | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|---|
| Overall | | 16% (81) | 18% (40) | 41% (93) | 4% (10) | 0% (1) |
| VI | (47) | 40% (19) | 30% (14) | 30% (14) | | |
| VII-C | (88) | 25% (22) | 9% (8) | 58% (51) | 7% (6) | 1% (1) |
| VII-E | (41) | 17% (7) | 15% (6) | 58% (24) | 10% (4) | |
| VII-W | (49) | 46% (33) | 24% (12) | 8% (4) | | |