## AFFIDAVIT OF TONYA ROGILLIO

STATE OF MISSISSIPPI
COUNTY OF HINDS

      PERSONALLY CAME and appeared before me, the undersigned authority in and for said county and state, within my jurisdiction, the within named TONYA ROGILLIO, who, having been duly sworn by me, states on oath the following:

1. My name is Tonya Rogillio.

2. I am over the age of 21.

3. I am competent to address the matters set forth below in this Affidavit.

4. The matters set forth in this Affidavit are true and correct to the best of my knowledge, information and belief.

5. I received a Bachelor of Social Work degree from the University of Southern Mississippi in May 1993.

6. I received a Master of Social Work Degree from the University of Southern Mississippi in May 2012.

7. I am a Licensed Social Worker in the State of Mississippi.

8. I served as a Social Worker at Walthall County General Hospital from December 1996 to February 1998.

9. I served as a Family Preservation Specialist for the Mississippi Department of Human Services from March 1998 to November 1999.

10. I served as a Long Term Care Alternatives Social Worker for the Southwest Mississippi Planning and Development District from November 1999 to December 2000.

11. I served as a Co-founder and Forensic Interview Program Coordinator for the Southwest Mississippi Children's Advocacy Center from December 2000 to October 2001.

4822-3655-6933v5
2902819-000001 01/23/2019


EXHIBIT T

12. I served as an Area Social Work Supervisor for the Mississippi Department of Human Services from October 2001 to December 2006

13. I served as a Social Services Regional Director for the Mississippi Department of Human Services from January 2007 to December 2012.

14. I served as a Bureau Director for Special Investigations for the Mississippi Department of Human Services from January 2014 to May 2016.

15. I served as the Office Director for Field Support Programs for the Mississippi Department of Child Protection Services from June 2016 to June 2018.

16. On July 1, 2018 I was selected to serve as the Mississippi Department of Protection Services Deputy Commissioner of Child Welfare. This was a newly created position in a state wide MDCPS reorganization. In this role, I supervise three Deputy Directors who manage respectively the MDCPS East, West and South Divisions of the State of Mississippi. In this role, I also supervise all case workers and adoption workers and their supervisors. In addition, I supervise the Deputy Director for Permanency Services. I am serving in this position today.

17. I have over 20 years of experience in the provision of child welfare services.

18. I am familiar with the Stipulated Third Remedial Order (STRO) which was entered in December 2016 in the *Olivia Y* litigation. I am also familiar with the 2nd Modified Settlement Agreement (2MSA) which was entered as a consent order in the *Olivia Y* litigation in December 2016 and which became effective on January 1, 2018.

19. I have, for the convenience of the Court, reviewed and summarized the actions MDCPS has taken and is continuing to take to improve caseloads in Mississippi. These actions include the following:

    a. Through more efficient management, operations and programs including increased adoptions and the "Safe At Home" initiative that was inaugurated in 2017, MDCPS has reduced the number of children in care as of 1/19/2019 to 4867 from a peak of 6091 in April 2017.

    b. Increased caseworker salaries and wages.

    c. Increased technology access through the provision of smart phones and tablets.

    d. Intensified recruiting of caseworkers through career job fairs and university recruiting.

    e. More effective workload distribution

    f. Voluntary transfer of caseworkers from counties with a current excess of caseworker to counties with a caseworker need.

    g. More effective and focused caseload management.

    h. Cross-county assignments of cases .

    i. Creation and implementation of a MDCPS Hiring Priority Committee, which meets weekly, and is composed of senior MDCPS executives, to assess caseworker need and make hiring and case assignment decisions.

20. I have also, for the convenience of the Court, reviewed and summarized recent MDCPS' achievements and improvements. These achievements and improvements include the following:

    a. Reducing the number of children in care by more efficient case management and adoptions.

    b. Virtually eliminating overdue investigations.

    c. Improving the processes and procedures necessary to facilitate adoptions resulting in over a 100% increase in adoptions from FY 2017 to FY 2018 (302 to 641).

    d. Exceeding the target for foster home recruitment for FY 2018 by 8%.

    e. Substantially reducing the backlog of relatives awaiting licensure.

    f. Implementing new contractual resources to provide in-home services to maintain children in their homes.

g. Consolidating all MDCPS management staff in a central location at 750 North State Street in Jackson, Mississippi.

h. Bringing the Rescue 100 foster care recruitment program in house.

i. Recruiting and licensing more than 400 new foster homes in 2018.

j. Reuniting in FY 2018 more than 2000 children with their birth families

k. In FY 2018 providing intensive in home services to more than 1400 children.

l. Bringing all new hire and staff training in house. Under the in-house training program, MDCPS caseworkers receive a minimum of 40 hours of in-service training and MDCPS supervisors receive a minimum of 24 hours of in-service training.

FURTHER AFFIANT SAYETH NOT, this the 24 day of January, 2019.

_____
TONYA ROGILLIO

SWORN TO AND SUBSCRIBED BEFORE ME, this the 24th of January, 2019.

_____
NOTARY PUBLIC

My Commission Expires:

Oct. 11, 2021