

# MDCPS HIRING PRIORITY MEETING

## Agenda

July 17, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**
  - Dabrina Moore/FPWI Frontline Pike Declined
    We don't have any other Pike recommendations who meet the
    qualifications; do we want to use these funds elsewhere??

- **Advertisements (Targeted Need)**
  - ASWS/Harrison/John James/Posts 07/18
  - OMAP/Harrison/John James/Posts 7/18
  - ASWS/Jackson/John James/Posts 7/18
  - ASWS/Harrison/John James/Posts 7/18
  - ASWS Licensure/Harrison/Mechille Henry/Posted 7/17
  - ASWS Licensure/Hancock/Mechille Henry/Posted 7/17
  - Admin Asst. IV/Lamar/Kendon Ellerman/Posted 7/17
  - FPS/Newton/L'Anntri Bell/Posted 7/17
  - FPS/Desoto/Valarie Buckely/Posted 7/17

I. **New Business for Discussion:**

- **Lateral Transfers**
  - No new business

- **Position Changes**
  - No new business

- **Advertisements Requested**
  - Admin IV/Tate County/Felecia Alexander/Valarie Buckley/Mary Vernon
  - Admin IV/Tunica/Mary Vernon proposed having once for Tate and one
    for Tunica

1 | P a g e



EXHIBIT
V

MDCPS
011937

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, July 17, 2018
Page 2

- o   FPS/Claiborne/Kim Weathers
- o   ASWS/Claiborne/Kim Weather
- o   ASWS/Pike/Kim Weathers
- o   Admin II/VE/VW/Lakeisha Coleman
- o   ASWS Licensure/Tippah/Mechille Henry
- o   Admin Asst/1 South/ Wade Williams (Per Wendy)
- **New Hire Recommendations since last meeting**
  - o   Angie Reed/FPWI Licensure/Tippah
  - o   Latrenda Guines/FPS Frontline/Lee
  - o   Sheletha McKnight/FPWI Frontline/Lee
  - o   Tiffany Wade/FPS Frontline/Attala
  - o   Regina Warren/FPS Frontline/Lauderdale
  - o   Keondra Wells/FPWI Fronline/Forrest

II.    **Decisions of Meeting**

_____

MDCPS
011938

Hiring Priorities Decisions from Meeting 7-17-18

**New Hire (request potential start date of 09/01/18):**

1.  Kendra Logan, FPWI Jones
2.  Lyndsey Cannon, FPWI Jones Adopt
3.  Renna Jasper, FPWI Jones Adopt
4.  Shonna Lee, FPS Jones Adopt
5.  Marie White, FPS Covington Adopt
6.  Keondra Wells, FPWI Forrest
7.  Lorie Segura, FPS Jackson
8.  Katina Robinson, FPWI Jackson
9.  Ashley Zulli, FPS Jackson
10. Megan Stephens, FPS George
11. Violet Powell, FPS Hinds
12. Angela Crochet, FPS Lamar Adopt
13. Takeshia Knox, FPS Lowndes Adopt



# MDCPS HIRING PRIORITY MEETING

## Agenda

July 24, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**

- **Current posted SPB Advertisements**

  - ASWS/Hancock for Mechille Henry
  - ASWS/Harrison for Mechille Henry
  - FPS/Newton for L'Anntri Bell
  - Admin Asst/Lamar for Kendon Ellerman
  - FPS/Desoto/for Valarie Buckley
  - 2 ASWS/Harrison for John James
  - ASWS/Jackson for John James
  - OMAP/Harrison for John James
  - RD/III South for Viedale Washington
  - ASWS/Hinds for Viedale Washington
  - OMAP/Washington for Eugene Anderson

I.  **New Business for Discussion:**

- **Lateral Transfers**
  - Judith Brown/FPS, ADV/LT from Montgomery to Grenada/Rhonda Dye
    (We additional received paperwork this week for this move)

- **Position Changes**
  - Cherrie Tobias/Promo/RASWS/Rankin/Trudy Miller

  - Rhoda McCovey from Practice Model Coach to ASWS Harrison has been
    brought up again by Ricardo Bolton
  - Monique Rushing/Reclass to FPWII Frontline/Wilkinson/Dana Haygood

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, July 24, 2018
Page 2

- o   Shaleshia Snowden/Reclass to FPWII Frontline/Amite/Dana Haygood

- **Requested Advertisements**
  - o   Eugene Anderson has requested a worker for Humphreys waiting 218
  - o   Mechille Henry has requested FPS, Lic., Harrison 7C (Recv'd 218 07/19/18)
  - o   Mechille Henry has requested FPWI Lic., Harrison 7C (Recv'd 218 07/19/18)
  - o   Mechille Henry has requested ASWS Lic., Jackson 7E
  - o   Brunette Jones has requested FPS Clarke (Recv'd 218 07/24/18)
- **New Hire Recommendations since last meeting**
  - o   Laura Burns/FPS Frontline/Scott/Ayika Foster
  - o   Jessica Cissom/FPWI Frontline/Benton/Latrice Dillard
  - o   Victoria Farrington/FPWI Frontline/Forrest/Tonya Pierce
  - o   Tai Grove/FPWI Frontline/Tippah/Amanda Goss
  - o   Samantha Fortenberry/FPS Frontline/Pike/Cycily Denman

II.    **Decisions of Meeting**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

MDCPS
011941

Hiring Priorities Decisions from Meeting 7-24-18

**Potential New Hires request 9/1/18 start dates**

- Laura Burns-(Frontline)Child/Family Protection Specialist I
- Jessica Cissom-(Frontline)Child/Family Protection Specialist I
- Sabrina Young-(Frontline)Child/Family Protection Specialist I
- Melissa West-(Frontline)Child/Family Protection Specialist I

**Transfers**

- Shemkia Clay (Frontline)from Rankin to Scott (I have requested the packet from Trudy)-
  She will go into the new title position of Child/Family Protection Specialist I
  - We'll discuss this one once we receive the transaction

**Advertisements**

- Humphreys Frontline for Eugene Anderson
- 7C Licensure Specialist I for Mechille Henry
- 7C Licensure Specialist I for Mechille Henry
- 7E ASWS Licensure for Mechille Henry
- Pike ASWS Frontline for Viedale Washington
- Claiborne Frontline Child/Family Protection Specialist Viedale Washington



# MDCPS HIRING PRIORITY MEETING

## Agenda

July 31, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**

- **Current posted SPB Advertisements**

  - ASWS/Pike/Viedale Washington
  - ASWS/Jackson/Mechille Henry

  ***Please note we have the following pending advertisements from last meeting
    - Humphreys Frontline/Eugene Anderson/pending pin reallocation to new title
    - 7C Licensure Specialist I/Mechille Henry/pending pin reallocation to new title
    - 7C Licensure Specialist I/Mechille Henry/pending pin reallocation to new title
    - Claiborne/CFPS I Frontline/Viedale Washington/pending pin reallocation to new title

I. **New Business for Discussion:**

   - **Lateral Transfers**
     - Judith Brown/FPS, ADV Adoption/LT from Montgomery to Grenada/Rhonda Dye
       (Left on agenda for review by Dr. Davenport)
     - JoEllen Kessler/Acct Auditor move from Pearl River to Lamar/Tina Stokes-Tracey Herron (someone was going to speak with Tracey)

   - **Position Changes**
     - Jasmine Wynn/RC-CFPS III Frontline/Clay/Demeatra Bluitt

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, July 31, 2018
Page 2

- o Latonya Griffith/RC-CFPS II Frontline/Forrest/Amanda Shealy

- o Areleader Latham/RC-CFPS III Frontline/Monroe/Tameka Gates

- o Rhoda McCovey from Practice Model Coach to ASWS Harrison (John was going to review)

- o Jasmine Strickland/Promo ASWS Licensure/from Harrison to Jackson/Mechille Henry-Carrie Coggins (We sent to SPB for a courtesy evaluation)

- o Need Acting ASWS Licensure or Hire/Harrison/to replace Carrie Miller and if Jasmine Strickland is promoted/Carrie Coggins

- **Requested Advertisements**
  - o Brunette Jones has requested FPS Clarke (Recv'd 218 07/24/18)(Wendy was going to review)
  - o ASWS Adoption/IV North Chickasaw/Angela Nichols/recv' 07/25/18
  - o ASWS Licensure/I North Tippah/Mechille Henry/recv'd 07/31/18
  - o CFPS/ IV North Chickasaw/Angela Nichols
- **New Hire Recommendations recv'd since last meeting**
  - o Lakimberley McNeil-Gill/CFPS I Frontline/Marshall/Latrice Dillard
  - o Earlisa Thompson/CFPS I Frontline/Pike/Cycily Denman
  - o Jessica Meyers/CFPS I Frontline/Pontotoc/Andrea Hill
  - o Patricia Carson/CFPS II Frontline/Madison/Anna Opdyke
    (she is a re-hire from 07/31/17)

II.    **Decisions of Meeting**

_____
_____
_____
_____
_____
_____
_____
_____

Hiring Priorities Decisions from Meeting 7-31-18

**Follow up:**

- Move forward with L. Guines (Child/ Family Protection Specialist I) Lee Co. to replace S. Young that was already approved in 7-10-18 meeting.
- Check on Zanetta Redmond transaction
- Remove Washington and Bolivar recommendations from the chart. There is not and will not be a need to hire in those counties and the recommendations have been sitting there since December
- Check on recommendations from Desoto Co. RD says that she has given them to Lucy
- Jaworski did not move forward with the promotions for Jasmine Strickland or Odia Shields until recommendations for Licensure Specialist I in Harrison have been received and are in the works.

**Advertise the following positions:**

- Training Coordinator in Harrison and Hancock (KJ approved)
- Child/Family Protection Specialist I, Clarke
- ASWS Licensure, I-North, Tippah
- Adoptions Specialist I, IV-North, Chickasaw

**Lateral Transfers:**

- Jo Ellen Kessler, Account/ Auditor I, lateral transfer from Pearl River to Lamar. She will continue to perform financial work for both counties until the Pearl River position is filled. Tracey Herron approved this and understands that she can not claim travel to either office.
- Judith Brown, Adoption Specialist IV (FPS, Adv in Adoption) lateral transfer from Montgomery to Grenada

**New Hires:** **Potential Start Date of 09/01/18**

- Angie Reed, ask if willing to hire for Adoption Specialist I, Tippah
- Tai Grove, Child/Family Protection Specialist I, Tippah
- Patricia Carson, Child/Family Protection Specialist II, Madison (rehire)
- Madeline Towner, ask if willing to hire for Adoption Specialist I, Union
- Lakimberley McNeil-Gill, Child/Family Protection Specialist I, Marshall
- Samantha Fortenberry, Child/Family Protection Specialist I, Pike
- Victoria Farrington, ask if willing to hire for Adoption Specialist I, Forrest



# MDCPS HIRING PRIORITY MEETING

## Agenda

August 7, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**

- **Current posted SPB Advertisements**

    o ASWS/Pike/Viedale Washington
    o ASWS/Jackson/Mechille Henry
    ***Please note we have the following pending advertisements from last meeting
    - Humphreys Frontline/Eugene Anderson/pending pin reallocation to new title
    - 7C Licensure Specialist I/Mechille Henry/pending pin reallocation to new title
    - 7C Licensure Specialist I/Mechille Henry/pending pin reallocation to new title
    - Claiborne/CFPS I Frontline/Viedale Washington/pending pin reallocation to new title
    - Training Coordinator (Harrison Hancock)
    - C/FPS I Clarke County/Pending position reallocation
    - C/FPS I Adoption/Chickasaw IV North/Pending position reallocation
    - ASWS Licensure/Tippah 1 North

I.    **New Business for Discussion:**

- **New Requested Lateral Transfers**
    o Jamar Bell/Lic Spec I/from Itawamba to Union/Jamita Lauderdale
    o Shalita Sellers/FPS Frontline/from Lowndes to Oktibbeha/Chelsea Kennard

**1 |** P a g e

MDCPS
011946

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 7, 2018
Page 2

- **New Requested Position Changes**
  - Tonia Davis/RC Admin VII/Pike/Kim Weathers
  - Regina Lindsey/RC CFPSII/Forrest/Tonya Pierce
  - Katrinia Buchanan/RC CFPSII/Forrest/Tonya Pierce
  - Britnie Gray/RC CFPSII/Forrest/Tonya Pierce
  - Rhoda McCovey from Practice Model Coach to ASWS Harrison (John was going to review)
- **New Requested Advertisements**
  - CFPSI Frontline/Humphreys/2West/Eugene Anderson
  - ASWS/Claiborne V-West/Kim Weathers
  - CFPS I/Claiborne V-West/Kim Weathers
  - Admin Asst/Lee County/Wade Williams-Wendy Bryant
- **New Hire Recommendations recv'd since last meeting**
  - Precious Birge/CFPSI Frontline/Tate/Felicia Alexander/Need Transcripts
  - Jenine Daniel/CFPSI Frontline/Desoto/Latricia Moore/Need Transcripts
  - Nicole Galindez/CFPSI Frontline/Desoto/Lori McKinney
  - Loria Manning/CFPSI Frontline/George/Brittney Willis
  - Courtney Massey/CFPSI Frontline/Tate/Felicia Alexander/Need Degree or Official Transcripts
  - Kayla Scott/CFPSI Frontline/Desoto/Sherrie Hallmon/Need Degree or Official Transcripts
  - Kanesha Whiting/CFPSI Frontline/Desoto/Latisha Gooch/Need Degree or Official Transcripts
  - Carrien Armstrong/CFPSI Frontline/Forrest/MissErin Roberts

II.     **Decisions of Meeting**

_____
_____
_____
_____
_____

2 | P a g e

Hiring Priorities Decisions from Meeting 8-7-18

**Position Change**

- Rhoda McCovery, Practice Model Coach to ASWS (Frontline) in Harrison Co

**Lateral Transfers:**

- Jamar Bell lateral transfer from Itawamba (Licensure) to Union (Licensure)
- K. Ducre- Supervisor Change
- V. Myers- Supervisor Change
- Valeda Smith, Child/Family Protection Specialist I, lateral transfer from Clay (Frontline) to Chickasaw (Frontline)
- Sarah Newton, lateral transfer from Child/Family Protection Specialist I (Harrison) to Adoption Specialist I (Marion)

**New Hires with potential start dates of 09/01/18**

- Jessica Meyers, Child/Family Protection Specialist I, Pontotoc
- Loria Manning, Child/Family Protection Specialist I, *** ask if interested in Greene Co
- Earlisa Thompson, Child/Family Protection Specialist I, Pike
- Danyelle Keyes, *** ask if interested in Licensure Specialist I in Lauderdale Co.



# MDCPS HIRING PRIORITY MEETING

## Agenda

August 14, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**

I. **New Business for Discussion:**

- **New Requested Lateral Transfers**
  - None to Report

- **New Requested Position Changes**
  - Odia Shields/Promo/ASWS Lic/Harrison/Valerie Yarbrough
  - Wyniki Breland/RC/CFPS II/Stone/Orlando Goss
  - Lillian Darnell/RC/Viedale (No transaction yet, just discuss)

- **New Requested Advertisements**
  - None to Report

- **New Hire Recommendations recv'd since last meeting**
  - Desire' Clark/CFPS I/Forrest/Tonya Pierce
  - Brandy Ellis/CFPS I/Forrest/MissErin Roberts
  - Brandi Beyer/CFPS I/Jackson/Theresa McKenzie
  - Angela Burns-Miles/CFPS I/Jackson/Angela Ashford
  - Mertein Luster/CFPS I/Jackson/Theresa McKenzie
  - Saren McAllister/CFPS I/Jackson/Jamie Allen
  - Debora Williams/CFPS I/Jackson/Idell Jamison
  - Keshana Knox/CFPS I/Lowndes/Brittany Hamilton

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 14, 2018
Page 2

- o   Mary Ruth Raymond/CFPS III/Marshall/Latrice Dillard
- o   Rachel Schmit/CFPS I/Marshall/Latrice Dillard
- o   Elizabeth Skipper/Adopt Spec IV/Pearl River/Cheryl Bounds

II.   **Decisions of Meeting**

_____
_____
_____
_____
_____

MDCPS
011950

Hiring Priorities Decisions from 8-14-18 Meeting

**Follow up:**

- Previous decision for New Hire Lori Manning should be located in George Co (not Greene)

**Decisions:**

- **Advertise the following positions:**
    - Frontline ASWS Pearl River Co VII-West
    - Child/Family Protection Specialist I, Jefferson Co V-West
    - Child/Family Protection Specialist I, Walthall Co V-West
    - Child/Family Protection Specialist I, Pike Co V-West
    - Child/Family Protection Specialist I, Franklin Co V-West
    - Child/Family Protection Specialist I, Clarke Co IV-South
    - Child/Family Protection Specialist I, Neshoba Co IV-South
    - Child/Family Protection Specialist I, Newton Co IV-South

- **Position Change**
    - Dawn Vanburskirk from C/FPS II to ASWS (Frontline) in Harrison Co
    - Lillian Darnell from Case Aide to C/FPS I Marion Co

- **Lateral Transfers:**
    - Tavia Abel, lateral transfer from C/FPS I (Hancock) to Adoption Specialist I (Hancock)
    - Bridget Knight, lateral transfer from C/FPS II (Hancock) to Adoption Specialist II (Hancock)

- **New Hires:**
    - Sheletha McKnight, Child/Family Protection Specialist I- Lee Co
    - Debora Williams, Child/Family Protection Specialist I- Jackson Co
    - (rehire) Elizabeth Skipper, Adoption Specialist IV- Pearl River Co
    - Courtney Massey, Child/Family Protection Specialist I- Tate Co
    - Brandi Beyer, Child/Family Protection Specialist I- *** offer frontline in Greene Co.
    - Angela Burns-Miles, Adoption Specialist I- *** offer adoption in Jackson Co
    - Nicole Galindez, Child/Family Protection Specialist I- Desoto Co
    - Donna White, Child/Family Protection Specialist I- Leake Co



# MDCPS HIRING PRIORITY MEETING

## Agenda

August 21, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**

I. **New Business for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
  - Kesha Caston/Co Code/CFPSI/Tallahatchie to Quitman/Stacie Robb
  - Jacob Coffman/Sup. Change/Lic I/Tishomingo/Lashaundra Gale
  - Jade Dykes/Sup. Change/Lic I/Prentiss/Lashaundra Gale
  - Kinya Johnson/Sup. Change/Lic I/Tippah/Lashaudra Gale
  - Georgina Lipsey/Sup. Change/Lic I/Tippah/Lashaundra Gale
  - Hattie Rounds/Sup. Change/Lic I/Marshall/Lashaundra Gale
  - Jennifer Stanford/Sup. Change/Lic I/Tippah/Lashaundra Gale
  - Shemekia Trotter/Sup. Change/CRPSI/Forrest/MissErin Roberts

- **New Requested Position Changes**
  - Latonya Griffith/RC CFPSII/Forrest/Amanda Shealy
  - Norma Carson/RC Adm VII/Forrest/Tina Miles

- **New Requested Advertisements**
  - Admin IV/Tate County/Valarie Buckley-Wendy Bryant

- **New Hire Recommendations recv'd since last meeting**
  - Elizabeth Aniakwa/CFPSI/Hinds
  - Demetria Cooper-Miles/CFPSI/Hinds
  - Debreonna/CFPSI/Warren/Biology Degree not acceptable
  - Baneka Lane/CFPSI/Lamar

MDCPS
011952

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 21, 2018
Page 2

      o  Tiffany Gele/ASWS Lic/Harrison/Waiting on License

**II.**    **Decisions of Meeting**

MDCPS
011953

Hiring Priorities Decisions from 8-21-18 Meeting

**Decisions:**

- **Advertise the following positions:**
    - Adoption ASWS VII-West
    - Adoption Specialist I, VII-East
    - Administrative Assistant I or II, Marion Co V-East
    - Child/Family Protection Specialist I, Alcorn Co I-North

- **Lateral Transfers:**
    - Devin McCorkle, lateral transfer from C/FPS I (Pontotoc) to Adoption Specialist I (Grenada)
    - Kesha Caston, C/FPS I, lateral transfer from Tallahatchie Co to Quitman Co
    - Anastasia Anderson, lateral transfer from C/FPS I (Washington) to Adoption Specialist I (Washington)
    - Barbara Ivy, lateral transfer from C/FPS II (Washington) to Adoption Specialist II (Washington)

- **New Hires:**
    - Mary Ruth Raymond, Child/Family Protection Specialist I- Marshall Co
    - Rachel Schmit, Child/Family Protection Specialist I- Marshall Co
    - Mertein Luster, Adoption Specialist I- *** offer adoption in Jackson Co
    - Brandi Floyd, Child/Family Protection Specialist I- Monroe Co
    - Dovie Williams, Child/Family Protection Specialist I- Monroe Co.
    - Saren McAllister, Adoption Specialist I- *** offer adoption in Jackson Co
    - Ledia Robinson, Child/Family Protection Specialist I- Quitman Co



# MDCPS HIRING PRIORITY MEETING

## Agenda

August 28, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**
  - **Notes**
    - Saren McAllister declined the recommendation for an adoption position in Jackson County; would like to remain as a candidate for frontline in Jackson County
    - Tina's request to recommend current applicants for Lamar instead of Forrest, but we have Baneka Lane recommended for Lamar
    - We have been unsuccessful in attempts to contact Latasha Gayden and Violet Powell for CFPSI positions in Hinds County
      - We do have two others pending for Hinds– Elizabeth Aniakwa and Demtria Cooper-Miles

I.    **New Business for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
  - Mary Wade-Jones/FPS/From Jones to Perry/Julie Trotter
  - Shameaka Patton/Lic Spec I/Prentiss/Lashaundra Gale

- **New Requested Position Changes**
  - Vaterria Mannie/RC CFPSII/Rankin/Danielle Armistad
- **New Requested Advertisements**
  - Qual Assurance Coor IV/Regions 6, 7C, & 7W/Alice Adair
  - CFPS I/Neshoba/Heather Parker
  - BDII/Permanency/State Office/Marcus Davenport
  - Staff Attorney/State Office/Brian Lewis

**1 | P a g e**

MDCPS
011955

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 28, 2018
Page 2

- **New Hire Recommendations recv'd since last meeting**
  - Kelly Fleming/ASWS Lic/Lee/Re-hire from 04/14/2017
  - Jeremy Pegues/CFPSI/Pontotoc
  - Shakia Sutton/CFPSI/Desoto/Need degree or transcripts
  - Sylvia Clayter/CFPSI/Jackson/H-Needs approval and official transcripts
  - Mary Valeros/CFPSI/Hancock
  - Shatara Bowie/CFPSI/Harrison/H-Needs approval and official transcripts
  - Lacurya Howard/CFPSI/Harrison
  - Crystal Jackson/CFPSI/Harrison
  - Paula Levy/CFPSI/Harrison/H-Needs approval
  - Tiffany Lizana/CFPSI/Harrison/Need official transcripts
  - Kahlyn McCaleb-Shaw/CFPSI/Harrison/Need official transcripts
  - Jeanne McCollister/CFPSI/Harrison
  - Ryan Polk/CFPSI/Harrison/Admin Justice Degree/Not eligible
  - Kim Ray/CFPSI/Harrison/Need degree or official transcripts
  - Laura Woitalla/CFPSI/Harrison

II.    **Decisions of Meeting**

_____
_____
_____
_____
_____

MDCPS
011956

Hiring Priorities Decisions from Meeting 8-28-18

**Decisions:**
- **Lateral Transfers:**

  - Shalita Sellers C/FPS I, from Lowndes to Oktibbeha


- **New Hires:  (None listed are re-hires so we will need to establish a start date (10-1-18 or 10-16-18) closest to the next training class to be held on 10/22/18**

  - Elizabeth Aniakwa C/FPSI Hinds County
  - Demetria Cooper-Miles C/FPSI Hinds County
  - Jeremy Pegues C/FPSI Pontotoc County
  - Jeanne McCollister C/FPSI Harrison County
  - Lucurya Howard Adop Spec I - offer adoption in Harrison County
  - Crystal Jackson C/FPSI Harrison County



# MDCPS HIRING PRIORITY MEETING

## Agenda

September 4, 2018

Old Business
(Last Meeting)

- **See attached pending transaction log**
  - **Notes**
    - Ledia Robinson declined CFPSI position in Quitman

I.    **New Business for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
  - Twanza Conner/ CFPSI/ Pike to Claiborne/ Vannessa Patterson
  - Lauren DeMarco/ CFPSI/ Supervisor Change/ Jackson/ Idell Jamison
  - Lakita Harris/ CFPSI/ Supervisor Change/ Jackson/ Angela Ashford
  - Britney Nicholas/ CFPSI/ Supervisor Change/ Jackson/ Theresa McKenzie
  - Candice Presson/ CFPSI/ Supervisor Change/ Jackson/ Jamie Allen
  - Wanda Robinson/ OMAP/ Supervisor Change/ Washington/ Reba Motten

- **New Requested Position Changes**
  - Joyce Lyons/ Salary Adjustment/ Admin VII/ Hancock/ Pam Cross
  - Laurel Myles/ Position Change/ DDII/ State Office/ Alice Adair

- **New Requested Advertisements**
  - OMAP/ Jackson/ Beverly Brown
  - Acc Clerk Sr/ Tunica and Tate (together)/ Tracey Herron
  - Acc Clerk Sr/ Harrison/ Tracey Herron

- **New Hire Recommendations recv'd since last meeting**
  - Larry Evans/ASWS Frontline/Washington/Eugene Anderson
  - Renelda Felder/ ASWS Frontline/ Pike/ Kimberly Weathers

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, September 4, 2018
Page 2

- o   Amanda Nelson/CFPSI/Pearl River

- o   Kathi Stanphill/ Admin IV/ Itawamba/ Jacqueline Pulliam


**II.    Decisions of Meeting**

Hiring Priorities Decisions from Meeting 9-4-18

**Decisions:**

- **Lateral Transfers:**

  - Twanza Connor, CFPS I, Pike to Claiborne *****not to be effective til Oct 1

- **Supervisor Changes**
  - Lauren DeMarco, CFPS I, Jackson, to Idell Jamison
  - Lakita Harris, CFPS I, Jackson, to Angela Ashford
  - Britney Nicholas, CFPS I, Jackson, to Theresa McKenzie
  - Candice Presson, CFPS I, Jackson, to Jamie Allen

- **Position Changes**
  - Laurel Myles, State Office, to Division Director II

- **New Hires:**
  - Amanda Nelson, Child/Family Protection Specialist I- Pearl River Co
  - Laura Waitalla, Child/Family Protection Specialist I- Harrison Co
  - Saren McAllister, Child/Family Protection Specialist I- Jackson Co
  - Khalihah Ellis, Child/Family Protection Specialist I- Yalobusha Co. (if declines then we need to advertise for Yalobusha)
  - Kayla Scott, Child/Family Protection Specialist I- Desoto Co
  - Jenine Daniel, Child/Family Protection Specialist I- Desoto Co
  - Regina Warren, Child/Family Protection Specialist I- **** offer Newton or Clarke Co
  - Kathi Stanphill, Admin Assistant IV, Itawamba Co



# MDCPS HIRING PRIORITY MEETING

## Agenda

September 11, 2018

**Old Business:**

- See attached pending transaction log
  - **New Items for Discussion**
    - Saren McAllister declined the recommendation for an adoption position in Jackson County; would like to remain as a candidate for frontline in Jackson County
    - Revisit Larry Evans recommendation Washington County
    - Special Assignment for Hannah White from Union to Pontotoc
    - Tina Miles request to place two workers on special assignment in Lamar from Forrest
    - Lateral transfer Wanda Robinson to move from EMU to Frontline Washington
  - Mary Wade-Jones/FPS/From Jones to Perry/Julie Trotter

I.    **New Transactions for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
  - None to Report

- **New Requested Position Changes**
  - Patricia Bailey/Regional Director/Hinds/Viedale Washington
  - Odia Shields/ASWS Lic/Harrison/Valerie Yarbrough/*She obtained her license on 9/10/18

- **New Requested Advertisements**
  - None to report

- **New Hire Recommendations recv'd since last meeting**
  - Larry Evans/ASWS/Washington/Eugene Anderson

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 28, 2018
Page 2

- o  Renelda Felder/ASWS/Pike/Kim Weathers
- o  Amanda Nelson/CFPSI/Pearl River/Latonya Goudy
- o  Kathi Stanphill/Adm IV/Itawamba/Jacqueline Pulliam
- o  Rebecca Travis/CFPSI/Jackson/Theresa Mckenzie

**II.   Decisions of Meeting**

_____
_____
_____
_____
_____

MDCPS
011962

Hiring Priorities Decisions from Meeting 9-11-18

**Decisions:**
- **Lateral Transfer**:

  - W. Robinson/OMAP/From EMU to Frontline Washington County

- **Position Change:**

  - Patricia Bailey/RSWS to RD/III South
  - Odia Shields/CFPSII to ASWS Lic/Harrison County

- **New Hires: (Potential Start Date of 10/1/18 or 10/16/18)**

  - Larry Evans/ASWS/Washington
  - K. Knox/CFPSI/Lowndes
  - L. Howard/CFPSI/Jackson
  - T. Wade/CFPSI/Attala
  - B. Smith/CFPSI/Winston

- **Advertise:**

  - OMAP/Frontline/Pike
  - Adoption Specialist I/Harrison
  - ASWS/Adoption/Harrison

**mdcps**
Mississippi Department of Child Protection Services

## MDCPS HIRING PRIORITY MEETING

### Agenda

September 18, 2018

**Old Business:**

- See attached pending transaction log
    - **New Items for Discussion**
        - Saren McAllister/App CFPSI/Jackson/Not enough directly related course hours
        - Donna White/App CFPSI/Leake/Not enough directly related course hours
        - Khalihah Ellis/App CFPSI/Yalobusha/Declined Position on 9/13

I.   **New Transactions for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
    - Tracey Gill/LT/CFPSI/From Forrest FL to Lamar FL/Kim Thomas
    - Barbara Ivy/LT/Adop Spec II/From Washington FL to Washington Adop/Tammy Watkins
    - Stacy McKinney/LT/CFPSI/From Desoto FL to Quitman FL/Stacy Robb

- **New Requested Position Changes**
    - Kyonte Collins/RC/Adop Spec III/Marshall/Jennifer Taylor
    - Andrea Smith/RC/CFPSII/Coahoma/Mary King

- **New Requested Advertisements**
    - CFPSI/Tippah County/Terry Phillips
    - Quality Assurance Coor IV/Region 6/Alice Adair (originally submitted for 5W)
    - Quality Assurance Coor IV/Region VIIC/VIIW/Alice Adair (originally submitted for 5W)

**1 | P a g e**

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, August 28, 2018
Page 2

- **New Hire Recommendations recv'd since last meeting**
    - Mary Alexander/CFPSI/Desoto/Need Degree-Transcripts
    - Brittany Edwards/CFPSI/Desoto/Need Degree-Transcripts
    - Gertrica Harris/CFPSI/Desoto/Bachelor's Pyschology
    - Latoria Johnson/CFPSI/Tunica/Degree not acceptable
    - Sheneka Reddix/Lic Spec I/Jackson/Rehire/Need Transaction
    - Jasmine Packer/Lic Spec I/Jackson/Need Transaction
    - Kimmie Lee/Lic Spec I/Jackson/Prior Recommendation 01/18/Need Transaction
    - Leo Hawkins/Lic Spec I/Hancock/H-Needs Kris Approval
    - Kim Ray/CFPSI/Harrison/Has obtained BSW on 09/14/18
    - Alyson Davis/Lic Spec I/Harrison/Need Transaction
    - Ericka Biggs/Lic Spec I/Harrison/Need Transaction
    - Bianca Berry/Lic Spec I/Harrison/Need Transaction
    - Shandrea Spinks/Lic Spec I/Harrison/Need Transaction
    - Tina Davis/Lic Spec I/Harrison/Need Transaction
    - Ebony Moore/Lic Spec I/Harrison/Need Transaction
    - Kim Sims/Lic Spec I/Harrison/Need Transaction
    - Thomas Rayburn/Lic Spec I/Harrison/Need Transaction
    - Gina Buyukpolat/Lic Spec I/Harrison/Need Transaction
    - Gabrerial Brasher/Lic Spec I/Harrison/Need Transaction
    - Michelle Blakeney/Lic Spec I/Harrison/Need Transaction

II.    **Decisions of Meeting**

_____

_____

_____

_____

MDCPS
011965

Hiring Priorities Decisions from 9-18-18 Meeting

**Decisions:**

- **Advertise the following positions:**
    - OMAP Frontline Claiborne Co
    - Child/Family Protection Specialist I, Tippah Co I-North
    - Child/Family Protection Specialist I, Lowndes Co IV-North

- **Lateral Transfers:**
    - Tracy Gill, lateral transfer C/FPS I from Forrest to Lamar

- **New Hires:**
    - Dauquiri Thompson (rehire), Child/Family Protection Specialist I- Yalobusha Co
    - Sheneka Reddix (rehire), Licensure Specialist I- Jackson Co
    - Jasmine Packer, Licensure Specialist I- Jackson Co
    - Alyson Davis, Licensure Specialist I- Harrison Co
    - Erika Biggs, Licensure Specialist I- Harrison Co
    - Shandrea Spinks, Licensure Specialist I- Harrison Co
    - Tina Davis, Licensure Specialist I- Harrison Co
    - Kim Sims, Licensure Specialist I- Harrison Co



## MDCPS HIRING PRIORITY MEETING

### Agenda

October 2, 2018

**Old Business:** No meeting held on 09/24/18

- **New Items for Discussion**
  - Discussion of Wendy's emails
  - Valarie Buckley request to re-hire April O'Neal (See New Recommendations)
  - Beverly Brown request to hire Brandi Beyer in Jackson instead of the county of initial approval which was Greene (The applicant is ready to be sent for drug screen)
  - Youth Transition Support Services staffing needs

I. **New Transactions for Discussion:**

- **New Requested Lateral Transfers/Supervisor Change**
  - Qouston Armistad/ASWS/From Rankin to Madison/Trudy Miller
  - Jasmine Buchanan/FPS/Supervisor Change/Lee County/Katy Moss
  - Penny Ferrell/FPS/Supervisor Change/Lee County/Katy Moss
  - Anice Garmon/FPS/Supervisor Change/Lee County/Jennifer Wilson
  - Latesha Jolly/FPS/Supervisor Change/Lee County/Cynthia Hill
  - Santita Keys/FPS/Supervisor Change/Lee/Jennifer Wilson

- **New Requested Position Changes**
  - Cynthia Slawson/Promo to OMAP/Rankin/Trudy Miller
  - Laquira Hill/RC CFPSII/Coahoma/Mary King

- **New Requested Advertisements**
  - Program Specialist/State Office Foster Care Licensure/Tamika Garner

- **New Hire Recommendations recv'd since last meeting**
  - Halle Knowles/CFPSI/Pontotoc

MDCPS HIRING PRIORITY MEETING
Meeting Minutes, October 2, 2018
Page 2

- o Lakeshia Miller/CFPSI/Lee
- o Cheryl Stevenson/CFPSI/Lee
- o Brittany Edwards/CFPSI/Desoto (Added back because she obtained BSW)
- o Stephanie Williams/CFPSI/Desoto
- o Jennifer Jones/ASWS LIC/Grenada/Rehire from 9/8/16
- o Amanda Richardson/CFPSI/Desoto
- o Sylvia Kindred/CFPSI/Desoto
- o April O'Neal/CFPSI/Desoto/Rehire from 7/18
- o Ashley Little/CFPSI/Humphreys/Rehire from 5/18
- o Quanesha Neely/CFPSI/Lowndes/Degree Not on List of Approved
- o Cecily Denman/CFPSI/Pike/Degree Not on List of Approved
- o Dorothy Bates/CFPSI/Pike/Degree Not on List of Approved
- o Demetra Triggs/CFPSI/Pearl River
- o Britney Wooding/CFPSI/Pearl River
- o Ebony Moore/Lic Spec I/Harrison/H-Kris approval/Need Official Transcripts
- o Thomas Rayburn/Lic Spec I/Harrison

II.    **Decisions of Meeting**

_____
_____
_____
_____

MDCPS
011968

Hiring Priorities Decisions from 10-2-18 Meeting

**Decisions:**

- **Advertise the following positions:**
  - Program Admin Sr., Permanency
  - Special Projects Officer IV, Permanency
  - Program Manager, Permanency
  - ASWS, Frontline, Lee Co
  - Child/Family Protection Specialist I, Marion Co
  - Adoption Specialist I, Simpson Co. V-East
  - Adoption Specialist I, Lincoln Co. V-East
  - Adoption Specialist I, Marion Co. V-East
  - Adoption Specialist I, Warren Co. V-West
  - Adoption Specialist I, Pike Co. V-West
  - Adoption Specialist I, Adams Co. V-West

- **Lateral Transfers:**
  - Qouston Armistead, lateral transfer ASWS, Frontline from Rankin to Madison

- **New Hires:**
  - April O'Neal (rehire), Child/Family Protection Specialist I- Desoto Co
  - Lakeshia Miller, Child/Family Protection Specialist I- Lee Co
  - Cheryl Stevenson, Child/Family Protection Specialist I- Lee Co
  - Kim Ray, Child/Family Protection Specialist I- ***offer Jackson Co
  - Halle Knowles, Child/Family Protection Specialist I- Pontotoc Co
  - Carrien Armstrong, Child/Family Protection Specialist I- *** offer Perry Co
    - If declines, offer Perry Co to D. Clark
  - Courtney Menzie, Child/Family Protection Specialist I- Panola Co
  - Ashley Little, Child/Family Protection Specialist I- Humphreys Co
  - Gertricia Harris, Child/Family Protection Specialist I- Desoto Co
  - Brittany Edwards, Child/Family Protection Specialist I- Desoto Co
  - Amanda Richardson, Child/Family Protection Specialist I- Desoto Co
  - Sylvia Kindred, Child/Family Protection Specialist I- Desoto Co
  - Baneka Lane, Child/Family Protection Specialist I- Lamar Co