**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

OLIVIA Y., by and through her next friend, James D.
Johnson; JAMISON J., by and through his next friend,
Clara Lewis; DESIREE, RENEE, TYSON, and MONIQUE
P., by and through their next friend, Sylvia Forster; JOHN
A., by and through his next friend, James D. Johnson;
CODY B., by and through his next friend, Sharon Scott;
MARY, TOM, MATTHEW, and DANA W., by and
through their next friend, Zelatra W.; AND SAM H., by and
through his next friend, Yvette Bullock; on their own behalf
and behalf of all others similarly situated,

                              Plaintiffs,                  CIVIL ACTION NO.
                                               3:04-CV-251-TSL-FKB

     v.

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the
Department of Human Services; AND BILLY MANGOLD,
as Director of the Division of Family and Children's
Services,

                             Defendants.

---

**PLAINTIFFS' MOTION FOR PAYMENT OF**
**PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES**

       Plaintiffs, Olivia Y., et al., by and through their undersigned counsel and pursuant to 42

U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, respectfully

request that the court approve the parties' agreement regarding Plaintiffs' attorneys' fees and

expenses in the agreed-upon amount as follows:

**A Better Childhood, Inc. $220,352.33**

       The parties agreed this sum will be paid by Defendants for monitoring and enforcement

work performed by Plaintiffs' counsel on behalf of the Plaintiff Class from July 1, 2018 through

and including December 31, 2018.

In support of this motion, Plaintiffs offer the following exhibits:

**Exhibit 1**:  Declaration of Marcia Robinson Lowry (May 28, 2019)

RESPECTFULLY SUBMITTED, this the 29 day of May 2019.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (pro hac vice)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, New York 10017
Telephone (646) 808-7344
Email: mlowry@abetterchildhood.org

Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
mbentley@bradley.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

<u>/s/ *Marcia Robinson Lowry*</u>
Marcia Robinson Lowry (*pro hac vice*)