**From:** Rachal, Kenya
**Sent:** Thursday, December 20, 2018 3:18 PM
**To:** Marcia Lowry
**Subject:** RE: Fees

I was just able to speak to the AG's Office this afternoon. I was informed that funding to pay the fees from the order will have to be requested through a deficit appropriation. The legislative session opens during the second week in January. The AG's Office has indicated that the AGO will be submitting the deficit appropriation request during the session.

Thanks,
Kenya

**From:** Marcia Lowry [mailto:mlowry@abetterchildhood.org]
**Sent:** Thursday, December 20, 2018 11:31 AM
**To:** Rachal, Kenya
**Subject:** RE: Fees

Kenya --

We have not heard back on when this payment will be made. It has now been almost three months since the order was entered. We would like to receive payment before the end of the year. We will bill you for the next six month period at the beginning of January.
Thanks.

Marcia

**From:** Rachal, Kenya <krachal@bakerdonelson.com>
**Sent:** Wednesday, December 12, 2018 4:11 PM
**To:** Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Fees

I'll check with the AGO and get back to you.

Also, this month please send your next bill.

Thanks,
Kenya

**From:** Marcia Lowry [mailto:mlowry@abetterchildhood.org]
**Sent:** Wednesday, December 12, 2018 12:18 PM
**To:** Rachal, Kenya
**Subject:** Fees

Kenya -- the unopposed order for fees was entered on Oct. 1, but we have not yet received payment for the period ending June 30th. Could you please check on that and let us know when we will receive payment?

Thanks.

Marcia

Sent from my BlackBerry 10 smartphone.


EXHIBIT A