The 2019 Regular Session of the Mississippi Legislature convenes at 12:00 Noon on Tuesday, January 8, 2019.

## LEGISLATIVE DEADLINES
## 2019

| Day | Deadline |
|---|---|
| 9th day<br>Wed. Jan. 16 | Deadline for making REQUESTS for general bills and constitutional amendments to be drafted.*** |
| 14th day<br>Mon. Jan. 21 | Deadline for INTRODUCTION of general bills and constitutional amendments.* |
| 29th day<br>Tues. Feb. 5 | Deadline for COMMITTEES TO REPORT general bills and constitutional amendments originating in OWN House.*+ |
| 38th day<br>Thurs. Feb. 14 | Deadline for ORIGINAL FLOOR ACTION on general bills and constitutional amendments originating in OWN House.* |
| 39th day<br>Fri. Feb. 15 | Deadline for reconsideration and passage of general bills and constitutional amendments originating in OWN House.* |
| 42nd day<br>Mon. Feb. 18 | Deadline to dispose of motions to reconsider general bills and constitutional amendments originating in OWN House.* |
| 51st day<br>Wed. Feb. 27 | Deadline for ORIGINAL FLOOR ACTION on APPROPRIATIONS and REVENUE bills originating in OWN House. |
| 52nd day<br>Thurs. Feb. 28 | Deadline for RECONSIDERATION AND PASSAGE OF APPROPRIATIONS and REVENUE bills originating in OWN House. |
| 53rd day<br>Fri. Mar. 1 | Deadline to dispose of motions to reconsider APPROPRIATIONS and REVENUE bills originating in OWN House. |
| 57th day<br>Tues. Mar. 5 | Deadline for COMMITTEES TO REPORT general bills and constitutional amendments originating in OTHER House.*+ |
| 65th day<br>Wed. Mar. 13 | Deadline for ORIGINAL FLOOR ACTION on general bills and constitutional amendments originating in OTHER House.* |
| 66th day<br>Thurs. Mar. 14 | Deadline for RECONSIDERATION AND PASSAGE of general bills and constitutional amendments originating in OTHER House.* |
| 67th day<br>Fri. Mar. 15 | Deadline to dispose of motions to reconsider general bills and constitutional amendments originating in OTHER House.* |
| 71st day<br>Tues. Mar. 19 | Deadline for ORIGINAL FLOOR ACTION on APPROPRIATIONS and REVENUE bills originating in OTHER House. |
| 72nd day<br>Wed. Mar. 20 | Deadline for RECONSIDERATION/PASSAGE of APPROPRIATIONS and REVENUE bills originating in OTHER House. |
| 73rd day<br>Thurs. Mar. 21 | Deadline to dispose of motions to reconsider APPROPRIATIONS and REVENUE bills originating in OTHER House. |
| 74th day<br>Fri. Mar. 22 | Deadline to concur or not concur in amendments from OTHER House to APPROPRIATIONS and REVENUE bills, and for INTRODUCTION of LOCAL and PRIVATE bills that are REVENUE bills. |
| 77th day<br>Mon. Mar. 25 | Deadline to dispose of motions to reconsider concurrence or nonconcurrence in APPROPRIATIONS and REVENUE bills. |
| 80th day<br>Thurs. Mar. 28 | Deadline to CONCUR or not concur in AMENDMENTS from OTHER HOUSE to GENERAL bills and CONSTITUTIONAL amendments. |
| 81st day<br>Fri. Mar. 29 | Deadline for INTRODUCTION of LOCAL and PRIVATE bills that are not revenue bills. |
| 82nd day<br>Sat. Mar. 30 | Deadline for CONFERENCE REPORTS on APPROPRIATIONS and REVENUE bills to be filed.**+ |
| 84th day<br>Mon. Apr. 1 | Deadline for FINAL ADOPTION of CONFERENCE REPORTS on APPROPRIATIONS and REVENUE bills**+, and for CONFERENCE REPORTS on GENERAL BILLS and CONSTITUTIONAL AMENDMENTS to be filed.**+ |
| 85th day<br>Tues. Apr. 2 | Deadline to dispose of motions to reconsider conference reports on APPROPRIATIONS and REVENUE bills. |
| 86th day<br>Wed. Apr. 3 | . Deadline for first consideration of conference reports on general bills and constitutional amendments. |
| 87th day<br>Thurs. Apr. 4 | Deadline for filing conference reports on general bills and constitutional amendments that had been recommitted for further conference.+ |
| 88th day<br>Fri. Apr. 5 | Deadline for adoption of conference reports on general bills and constitutional amendments after recommittal. |
| 89th day<br>Sat. Apr. 6 | Deadline to dispose of motions to reconsider conference reports on general bills and constitutional amendments. |
| 90th day<br>Sun. Apr. 7 | SINE DIE |



EXHIBIT B