MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2009

By:  Representative Stringer                To:  Appropriations

HOUSE BILL NO. 1702
(As Sent to Governor)

```
 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2 BUDGET CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE
 3 EXPENSES OF THE MISSISSIPPI DEPARTMENT OF MENTAL HEALTH FOR FISCAL
 4 YEAR 2009, THE STATE TAX COMMISSION FOR FISCAL YEAR 2009, THE
 5 MISSISSIPPI DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
 6 YEARS 2009 AND 2010, THE MISSISSIPPI SUPREME COURT - TRIAL JUDGES
 7 FOR FISCAL YEAR 2009, PAYING BONDS AND INTEREST ON THE FULL FAITH
 8 AND CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2009,
 9 THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
10 JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2009; GOVERNOR'S OFFICE
11 - DIVISION OF MEDICAID FOR FISCAL YEAR 2009, STATE BOARD OF
12 COSMETOLOGY FOR FISCAL YEAR 2009, THE MISSISSIPPI COMMISSION ON
13 JUDICIAL PERFORMANCE FOR FISCAL YEAR 2009, AND THE PAT HARRISON
14 WATERWAY DISTRICT FOR FISCAL YEAR 2009; AND FOR RELATED PURPOSES.
```

15      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16      **SECTION 1.**  In addition to all other sums herein

17 appropriated, the following sum, or so much thereof as may be

18 necessary, is appropriated out of any money in the Budget

19 Contingency Fund created in Section 27-103-301, Mississippi Code

20 of 1972, not otherwise appropriated, to defray the expenses of the

21 Mississippi Department of Mental Health, for the purpose of

22 providing Medicaid matching funds at community mental health

23 centers, for the period beginning upon passage and through the

24 fiscal year ending June 30, 2009..................$ 10,000,000.00.

25      **SECTION 2.**  In addition to all other sums herein

26 appropriated, the following sum, or so much thereof as may be

27 necessary, is appropriated out of any money in the State Treasury

28 to the credit of Fund No. 3362, 339A, 339B, 339C, 3365, 3338, 3394

29 and 339D, not otherwise appropriated, to defray the expenses of

30 the Mississippi Department of Mental Health, for the purpose of

31 providing Medicaid matching funds for the North Mississippi




EXHIBIT
C

A1/2

32  Regional Center for the period beginning upon passage and through

33  the fiscal year ending June 30, 2009...........................

34  ..................................................$  2,280,469.00.

35      SECTION 3.  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money in the State General

38  Fund, not otherwise appropriated, to the State Tax Commission to

39  be transferred to the Ad Valorem Tag Reduction Fund to provide

40  funding for the Legislative Tag Credit for the period beginning

41  upon passage and through the fiscal year ending June 30, 2009.....

42  ................................................$ 25,000,000.00.

43      If House Bill No. 364 of the 2009 Regular Legislative Session

44  is not enacted, none of the funds appropriated in this section

45  shall be expended.

46      SECTION 4.  In addition to all other sums heretofore

47  appropriated, the following sum, or so much thereof as may be

48  necessary, is hereby appropriated out of any money in the Budget

49  Contingency Fund created in Section 27-103-301, Mississippi Code

50  of 1972, not otherwise appropriated, to the Department of Finance

51  and Administration, for the purpose of repaying the federal

52  government for its share of funds transferred by the state to the

53  Budget Contingency Fund in previous fiscal years from certain

54  self-insurance and internal service funds for the period beginning

55  upon passage and through the fiscal year ending June 30, 2010.....

56  .................................................$  1,480,843.00.

57      SECTION 5.  In addition to all other sums heretofore

58  appropriated, the following sum, or so much thereof as may be

59  necessary, is hereby appropriated out of any money in the Budget

60  Contingency Fund created in Section 27-103-301, Mississippi Code

61  of 1972, not otherwise appropriated, to the Department of Finance

62  and Administration, for the purpose of purchasing property

63  insurance on state property as required by the Stafford Act,

64  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

65  House Bill No. 4, Fifth Extraordinary Session of 2005, for the
66  period beginning upon passage and through the fiscal year ending
67  June 30, 2010....................................$  8,500,000.00.
68      SECTION 6.  In addition to all other sums heretofore
69  appropriated, the following sum, or so much thereof as may be
70  necessary, is hereby appropriated out of any money in the Budget
71  Contingency Fund created in Section 27-103-301, Mississippi Code
72  of 1972, not otherwise appropriated, to the Mississippi Supreme
73  Court, for the purpose of preventing a deficit that would
74  otherwise occur for support of the trial judges for the period
75  beginning upon passage and through the fiscal year ending
76  June 30, 2009....................................$   400,000.00.
77      SECTION 7.  In addition to all other sums heretofore
78  appropriated, the following sum, or so much thereof as may be
79  necessary, is hereby appropriated out of any money in the Budget
80  Contingency Fund created in Section 27-103-301, Mississippi Code
81  of 1972, not otherwise appropriated, for the purpose of paying
82  bonds and interest on the full faith and credit bonds of the State
83  of Mississippi for the period beginning upon passage and through
84  the fiscal year ending June 30, 2009............................
85  ................................................$  7,000,000.00.
86      SECTION 8.  In addition to all other sums heretofore
87  appropriated, the following sum, or so much thereof as may be
88  necessary, is hereby appropriated out of any money in the Budget
89  Contingency Fund created in Section 27-103-301, Mississippi Code
90  of 1972, not otherwise appropriated, for the purpose of paying for
91  certain outside legal assistance, expert witness fees, court fees,
92  judgments and settlement agreements incurred by the Office of the
93  Attorney General for the period beginning upon passage and through
94  the fiscal year ending June 30, 2009............................
95  ................................................$  1,240,000.00.
96      SECTION 9.  Of the funds provided in Section 8, the following
97  amounts are provided:

98          (a)  Olivia Y., et al v. Haley Barbour, as Governor;

99    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

100   Director of the Division of Family and Children's Services and the

101   Department of Human Services, United States District Court for the

102   Southern District of Mississippi, Jackson Division, Cause No.

103   3:04cv251(L)(N)...................................$   945,000.00.

104          (b)  Mattie T. et al v. Henry Johnson et al, United

105   States District Court for the Northern District of Mississippi,

106   Delta Division, Civil Action No. DC 75-31-S......................

107   ..............................................$   144,000.00.

108          (c)  State of Mississippi, ex rel. Attorney General Jim

109   Hood, on behalf of Mississippi Land Water and Resources Board and

110   Mississippi Development Authority v. Facility Construction

111   Management Inc. and Facility Holding Corp........$   151,000.00.

112       SECTION 10.  In addition to all other sums heretofore

113   appropriated, the following sum, or so much thereof as may be

114   necessary, is hereby appropriated out of any money in the State

115   Treasury to the credit of the Governor's Office - Division of

116   Medicaid, for the purpose of providing the authority to expend any

117   matching federal Medicaid funds that become available for the

118   period beginning upon passage and through the fiscal year ending

119   June 30, 2009...................................$516,000,000.00.

120       SECTION 11.  In addition to all other sums heretofore

121   appropriated, the following sum, or so much thereof as may be

122   necessary, is hereby appropriated out of any money in the State

123   Treasury to the credit of the State Board of Cosmetology, for the

124   purpose of defraying expenses in travel, postage and rent for the

125   period beginning upon passage and through the fiscal year ending

126   June 30, 2009...................................$    56,763.00.

127       SECTION 12.  In addition to all other sums heretofore

128   appropriated, the following sum, or so much thereof as may be

129   necessary, is hereby appropriated out of any money in the State

130   Treasury to the credit of the Mississippi Commission on Judicial

131 Performance for the purpose of paying unpaid terminal personnel
132 leave and to restore budget reductions to allow for judicial
133 disciplinary hearings for the period beginning upon passage and
134 through the fiscal year ending June 30, 2009......................
135 ..............................................$      25,000.00.
136      SECTION 13.  In addition to all other sums heretofore
137 appropriated, the following sum, or so much thereof as may be
138 necessary, is hereby appropriated out of any money in the State
139 Treasury to the credit of the Pat Harrison Waterway District for
140 the purpose of defraying the principal and interest expenses on
141 the Okatibbee Lake Dam for the period beginning upon passage and
142 through the fiscal year ending June 30, 2009.....................
143 ..............................................$      50,000.00.
144      SECTION 14.  The money herein appropriated shall be paid by
145 the State Treasurer out of any money in the proper fund or funds
146 as set forth in this act, upon warrants issued by the State Fiscal
147 Officer; and the State Fiscal Officer shall issue his warrants
148 upon requisitions signed by the proper person, officer or officers
149 in the manner provided by law.
150      SECTION 15.  This act shall take effect and be in force from
151 and after its passage and through the fiscal year ending June 30,
152 2009, except for Sections 4 and 5 which shall take effect and be
153 in force beginning upon passage of this act and through the fiscal
154 year ending June 30, 2010.

H. B. No. 1702
09/HR03/ANAP7SG
PAGE 5 (RM\ST/)            ST:  Appropriation; state government agencies;
                          additional for FY2009 and 2010.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2010

By:  Senator(s) Nunnelee                   To:  Appropriations


SENATE BILL NO. 2495
(As Sent to Governor)

1   AN ACT TO DIRECT THE STATE FISCAL OFFICER TO TRANSFER CERTAIN
2   SUMS TO THE BUDGET CONTINGENCY FUND DURING FISCAL YEAR 2010 FOR
3   THE PURPOSE OF PROVIDING FUNDS TO RESTORE A PORTION OF THE BUDGET
4   CUTS MADE TO CERTAIN AGENCIES DURING FISCAL YEAR 2010; TO DIRECT
5   THE STATE FISCAL OFFICER TO TRANSFER SPECIFIED SUMS TO CERTAIN
6   AGENCIES FROM THE AMOUNT TRANSFERRED TO THE BUDGET CONTINGENCY
7   FUND; TO AUTHORIZE THE AGENCIES TO WHICH THE FUNDS ARE TRANSFERRED
8   TO ESCALATE THEIR BUDGETS AND EXPEND THOSE FUNDS FOR THE PURPOSES
9   AUTHORIZED BY LAW, SUBJECT TO CERTAIN CONDITIONS; TO DIRECT THE
10  STATE FISCAL OFFICER TO TRANSFER A CERTAIN SUM TO THE SCHOOL
11  DISTRICT EMERGENCY ASSISTANCE FUND AND TO AUTHORIZE THE STATE
12  DEPARTMENT OF EDUCATION TO ESCALATE THE APPROPRIATE BUDGET BY THAT
13  AMOUNT AND EXPEND THAT SUM FOR THE PURPOSES AUTHORIZED BY LAW,
14  SUBJECT TO CERTAIN CONDITIONS; AND FOR RELATED PURPOSES.

15      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16      **SECTION 1.**   (1)   For the purpose of providing funds to

17  restore a portion of the reductions in allocations of funds to the

18  agencies listed in subsection (2) of this section made by the

19  State Fiscal Officer under Section 27-104-13 during fiscal year

20  2010, the State Fiscal Officer shall transfer to the Budget

21  Contingency Fund during fiscal year 2010, out of the following

22  enumerated funds, the amounts listed below from each fund:

| | AGENCY/FUND | FUND NO. | AMOUNT |
|---|---|---|---|
| 23 | | | |
| 24 | Health Care Expendable Fund | 3989 | $58,000,000.00 |
| 25 | Public Service Commission | 3811 | 5,000,000.00 |
| 26 | Department of Education - | | |
| 27 |    Mississippi Adequate | | |
| 28 |    Education Program | 2230 | 5,000,000.00 |
| 29 | Governor's Office - | | |
| 30 |    Division of Medicaid | 2328 | 14,000,000.00 |
| 31 | TOTAL | | $82,000,000.00 |

32      (2)   From the funds transferred to the Budget Contingency

33  Fund under subsection (1) of this section, the State Fiscal

```
34   Officer shall transfer the following specified sums to the
35   agencies listed below:
```

| 36 | AGENCY | AMOUNT |
|----|--------|--------|
| 37 | District attorneys and staff.......................$ | 1,491,817.00 |
| 38 | State Tax Commission.............................. | 1,000,000.00 |
| 39 | Education, Department of: | |
| 40 | National Board Certification.................. | 2,036,095.00 |
| 41 | Education, Department of: | |
| 42 | Chickasaw Cession counties................... | 1,126,768.00 |
| 43 | Education, Department of: | |
| 44 | Mississippi Adequate Education Program........ | 33,908,173.00 |
| 45 | IHL – Ayers funding............................... | 2,248,369.00 |
| 46 | IHL – University of Mississippi Medical Center..... | 750,000.00 |
| 47 | IHL – ASU – Agricultural programs.................. | 139,384.00 |
| 48 | IHL – MSU – Agricultural and | |
| 49 | Forestry Experiment Station................... | 267,778.00 |
| 50 | IHL – MSU – Cooperative Extension Service.......... | 267,777.00 |
| 51 | IHL – MSU – Veterinary Medicine, College of........ | 385,784.00 |
| 52 | Health, State Department of....................... | 875,000.00 |
| 53 | Mental Health, Department of...................... | 4,000,000.00 |
| 54 | Corrections, Department of........................ | 16,000,000.00 |
| 55 | Human Services, Department of..................... | 2,500,000.00 |
| 56 | Rehabilitation Services, Department of............ | 200,000.00 |
| 57 | Military Department............................... | 61,856.00 |
| 58 | Public Safety, Department of: | |
| 59 | Crime Laboratory............................. | 45,421.00 |
| 60 | Public Safety, Department of: | |
| 61 | Highway Safety Patrol Division............... | 1,765,198.00 |
| 62 | Public Safety, Department of: | |
| 63 | Bureau of Narcotics.......................... | 69,947.00 |
| 64 | Veterans' Affairs Board........................... | 1,173,727.00 |
| 65 | Department of Finance and Administration: | |
| 66 | Property insurance........................... | 7,100,000.00 |

```
67    Department of Finance and Administration:
68         Cost allocation due federal government........    3,300,000.00
69    Attorney General:
70         Judgments and settlements....................    1,286,906.00
71    TOTAL...........................................$ 82,000,000.00
72         (3)  The agencies listed in subsection (2) of this section
73    are authorized to escalate their budgets by the respective amounts
74    specified for each agency and expend those sums for the purposes
75    authorized by law, subject to the following provision:
76         The Department of Public Safety shall not be authorized to
77    transfer any funds from the budgets of the Crime Laboratory,
78    Highway Safety Patrol Division and the Bureau of Narcotics to any
79    other budget of the department.
80         SECTION 2.  (1)  During fiscal year 2010, the State Fiscal
81    Officer shall transfer to the Budget Contingency Fund, out of the
82    following enumerated funds, the amounts listed below from each
83    fund:
```

| AGENCY/FUND | FUND NO. | AMOUNT |
|---|---|---|
| Drug Court Fund | 3060 | $ 900,000.00 |
| Youth Court Support Fund | 3062 | 800,000.00 |
| TOTAL | | $1,700,000.00 |

```
88         (2)  From the funds transferred to the Budget Contingency
89    Fund under subsection (1) of this section, the State Fiscal
90    Officer shall transfer the following specified sums to the
91    agencies listed below:
```

| AGENCY | AMOUNT |
|---|---|
| Supreme Court | $ 567,300.00 |
| Court of Appeals | 203,700.00 |
| Trial judges | 929,000.00 |
| TOTAL | $1,700,000.00 |

```
97         (3)  The agencies listed in subsection (2) of this section
98    are authorized to escalate their budgets by the respective amounts
```

99    specified for each agency and expend those sums for the purposes
100   authorized by law.
101        SECTION 3.  During fiscal year 2010, the State Fiscal Officer
102   shall transfer to the School District Emergency Assistance Fund
103   created in Section 37-17-6(14)(b) the sum of One Million Dollars
104   ($1,000,000.00) from the Mississippi Adequate Education Program
105   budget of the State Department of Education (Fund No. 2230).  The
106   department is authorized to escalate the appropriate budget by the
107   amount specified in this section and expend that sum for the
108   purposes authorized by law, subject to the following provision:
109        No funds provided in this section shall be expended by the
110   State Department of Education for the support of a school district
111   in which the Governor has declared a state of emergency until the
112   State Board of Education has appointed and assigned an interim
113   conservator to the school district.  The department shall provide
114   to the House and Senate Education Committees and the House and
115   Senate Appropriations Committees a monthly report of all
116   expenditures that it makes for the support of a school district
117   from the funds provided in this section during the period that the
118   school district is administered, managed and operated by an
119   interim conservator.
120        SECTION 4.  This act shall take effect and be in force from
121   and after its passage.

ST:  Revision of state agency budgets; authorize
restoration of funds and certain transfers
during FY2010.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2011

By:  Senator(s) Davis                      To:  Appropriations


SENATE BILL NO. 3085
(As Sent to Governor)

```
 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2 CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3 OF THE DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR
 4 FISCAL YEAR 2011; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR
 5 STATE PROPERTY INSURANCE FOR FISCAL YEARS 2011 AND 2012; THE
 6 OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 7 JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2011; THE DEPARTMENT OF
 8 HUMAN SERVICES FOR THE DIVISION OF FAMILY AND CHILDREN'S SERVICES
 9 FOR FISCAL YEAR 2011; THE JOINT COMMITTEE ON COMPILATION, REVISION
10 AND PUBLICATION OF LEGISLATION FOR FISCAL YEAR 2011; THE BOARD OF
11 NURSING FOR FISCAL YEAR 2011; STATE FIRE ACADEMY FOR FISCAL YEAR
12 2011; THE DEPARTMENT OF REVENUE FOR HIRING TEMPORARY EMPLOYEES;
13 AND THE BOARD OF EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS
14 FOR CERTAIN EXPENSES FOR FISCAL YEAR 2011; AND FOR RELATED
15 PURPOSES.
```

16      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

17      **SECTION 1.**  In addition to all other sums heretofore

18 appropriated, the following sum, or so much thereof as may be

19 necessary, is hereby appropriated out of any money in the Budget

20 Contingency Fund created in Section 27-103-301, Mississippi Code

21 of 1972, not otherwise appropriated, to the district attorneys,

22 assistant district attorneys and criminal investigators for the

23 purpose of defraying salary, terminal leave and tort claims

24 assessment for the fiscal year ending June 30, 2011.........

25 ..............................................$    430,590.00.

26      **SECTION 2.**  In addition to all other sums heretofore

27 appropriated, the following sum or so much thereof as may be

28 necessary, is hereby appropriated out of any money in the State

29 Treasury to the credit of district attorneys, assistant district

30 attorneys and criminal investigators for the purpose of defraying

31 salary, terminal leave and tort claims assessment for the

32 fiscal year ending June 30, 2011.................$    283,258.00.

33  SECTION 3. In addition to all other sums heretofore

34 appropriated, the following sum, or so much thereof as may be

35 necessary, is hereby appropriated out of any money in the Budget

36 Contingency Fund created in Section 27-103-301, Mississippi Code

37 of 1972, not otherwise appropriated, to the Department of Finance

38 and Administration, for the purpose of purchasing property

39 insurance on state property as required by the Stafford Act,

40 Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

41 House Bill No. 4, Fifth Extraordinary Session of 2005, for the

42 period beginning upon passage and through the fiscal year ending

43 June 30, 2012....................................$   6,514,767.00.

44  SECTION 4. In addition to all other sums heretofore

45 appropriated, the following sum, or so much thereof as may be

46 necessary, is hereby appropriated out of any money in the State

47 Treasury to the credit of the Department of Finance and

48 Administration, for the purpose of purchasing property insurance

49 on state property as required by the Stafford Act, Section 311,

50 Paragraph 5154 and 44 CFR 206.252 and 206.253, and House Bill No.

51 4, Fifth Extraordinary Session of 2005, for the period beginning

52 upon passage and through the fiscal year ending June 30, 2012....

53 ..............................................$    485,233.00.

54  SECTION 5. In addition to all other sums heretofore

55 appropriated, the following sum, or so much thereof as may be

56 necessary, is hereby appropriated out of any money in the Budget

57 Contingency Fund created in Section 27-103-301, Mississippi Code

58 of 1972, not otherwise appropriated, for the purpose of paying for

59 certain outside legal assistance, expert witness fees, court fees,

60 judgments and settlement agreements incurred by the Office of the

61 Attorney General for the fiscal year ending June 30, 2011........

62 ..............................................$   1,870,420.00.

63  Of the funds appropriated in this Section, the following

64 amounts are provided:

65          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
66    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
67    Director of the Division of Family and Children's Services and the
68    Department of Human Services, United States District Court for the
69    Southern District of Mississippi, Jackson Division, Cause No.
70    3:04cv251(L)(N).................................$ 1,260,600.00.
71          (b)  State of Mississippi, ex rel. Attorney General Jim
72    Hood, on behalf of Mississippi Land Water and Resources Board and
73    Mississippi Development Authority v. Facility Construction
74    Management Inc. and Facility Holding Corp........$   140,000.00.
75          (c)  Maxine Rucker v. Mississippi Department of Health,
76    United States District Court for the Northern District of
77    Mississippi, Greenville Division, Cause No.
78    4:08CV143.......................................$     9,000.00.
79          (d)  J.A., et al vs. Barbour, et al, United States
80    District Court for the Southern District of Mississippi, Cause No.
81    3:07-CV-00394-DPJ-FKB...........................$    10,000.00.
82          (e)  Kenney Brewer v. State of Mississippi, Circuit
83    Court of Noxubee County, Mississippi, Claimant No.
84    2009-0099.......................................$    50,000.00.
85          (f)  Levon Brooks v. State of Mississippi, Circuit Court
86    of Noxubee County, Mississippi, Claimant No.
87    2009-0098.......................................$    50,000.00.
88          (g)  Arthur Johnson v. State of Mississippi, Circuit
89    Court of Sunflower County, Mississippi, Claimant No.
90    2009-0289-CI....................................$    50,000.00.
91          (h)  Cedric Willis v. State of Mississippi, Circuit
92    Court of Hinds County, Mississippi, Claimant No.
93    251-09-649-CIV..................................$    50,000.00.
94          (i)  Bobby Joe Townsend v. State of Mississippi, Circuit
95    Court of Webster County, Mississippi, Claimant No.
96    2010-81-CVM.....................................$    50,000.00.

97          (j) David Lee Chapman v. State of Mississippi, Circuit
98   Court of Newton County, Mississippi, Claimant No.
99   251-10-721-CIV.....................................$    50,000.00.
100          (k)  Calvin Wilks v. State of Mississippi, Circuit Court
101   of Hinds County, Mississippi, Claimant No.
102   251-10-721-CIV.....................................$    50,000.00.
103          (l)  Deborah Champluvier v. State of Mississippi,
104   Circuit Court of DeSoto County, Mississippi, Claimant No.
105   CV-2010-160........................................$    25,000.00.
106          (m)  Attorneys fees for Jim Waide, Attorney at Law, for
107   the purpose of Claimant's counsel for Bobby Joe
108   Townsend...........................................$     8,333.00.
109          (n)  Attorneys fees for Thomas Q. Brame, Attorney at
110   Law, for the purpose of Claimant's counsel for David Lee
111   Chapman............................................$    10,000.00.
112          (o)  Attorneys fees for Robert B. McDuff, Attorney at
113   Law, for the purpose of Claimant's counsel for Calvin
114   Wilks..............................................$    17,916.00.
115          (p)  Willie Morrow, et al vs. Mississippi Department of
116   Public Safety, et al., United States District Court for the
117   Southern District of Mississippi, Cause No.
118   1:70-cv-04716......................................$    39,571.00.
119      **SECTION 6.**  In addition to all other sums heretofore
120   appropriated, the following sum, or so much thereof as may be
121   necessary, is hereby appropriated out of any money in the Budget
122   Contingency Fund created in Section 27-103-301, Mississippi Code
123   of 1972, not otherwise appropriated, to the Department of Human
124   Services, for the purpose of defraying the expenses related to the
125   Division of Family and Children's Services, Olivia Y. Lawsuit
126   Settlement Agreement for the year ending June 30,
127   2011...............................................$   3,000,000.00.
128      **SECTION 7.**  In addition to all other sums heretofore
129   appropriated, the following sum, or so much thereof as may be

S. B. No. 3085
11/SS26/ANAP1SG
PAGE 4

130  necessary, is hereby appropriated out of any money in the Budget

131  Contingency Fund created in Section 27-103-301, Mississippi Code

132  of 1972, not otherwise appropriated, to the Joint Committee on

133  Compilation, Revision and Publication of Legislation for the year

134  ending June 30, 2011...........................$    230,000.00.

135      SECTION 8.  In addition to all other sums heretofore

136  appropriated, the following sum or so much thereof as may be

137  necessary, is hereby appropriated out of any money in the State

138  Treasury to the credit of the Board of Nursing for the purpose of

139  defraying the expense for equipment and contractual services for

140  the year ending June 30, 2011...................$    250,000.00.

141      SECTION 9.  In addition to all other sums heretofore

142  appropriated, the following sum or so much thereof as may be

143  necessary, is hereby appropriated out of any money in the State

144  Treasury to the credit of the State Fire Academy for the purpose

145  of defraying the expense for the construction and completion of

146  training classrooms for the year ending June 30, 2011............

147  ..............................................$    400,000.00.

148      SECTION 10.  In addition to all other sums heretofore

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is hereby appropriated out of any money in the Budget

151  Contingency Fund created in Section 27-103-301, Mississippi Code

152  of 1972, not otherwise appropriated, to the Department of Revenue

153  for the purpose of hiring temporary employees for processing

154  delinquent tax collections and to process the backlog of title

155  applications for the year ending June 30, 2011...$    90,000.00.

156      SECTION 11.  In addition to all other sums heretofore

157  appropriated, the following sum, or so much thereof as may be

158  necessary, is hereby appropriated out of any money in the State

159  Treasury to the credit of the Mississippi State Board of Examiners

160  for Licensed Professional Counselors for the purpose of defraying

161  the expense of accounting audits, Internet development and

162  attorney fees for the year ending June 30, 2011..$    50,000.00.

163      **SECTION 12.**  The money herein appropriated shall be paid by
164    the State Treasurer out of any money in the proper fund or funds
165    as set forth in this act, upon warrants issued by the State Fiscal
166    Officer; and the State Fiscal Officer shall issue his warrants
167    upon requisitions signed by the proper person, officer or officers
168    in the manner provided by law.

169      **SECTION 13.**  This act shall take effect and be in force from
170    and after its passage and through the fiscal year ending June 30,
171    2011, except for Sections 3 and 4 which shall take effect and be
172    in force beginning upon passage of this act and through the fiscal
173    year ending June 30, 2012.

S. B. No. 3085
11/SS26/ANAP1SG
PAGE 6

ST:  Appropriation; State Government Agencies
Special Fund; Additional FY 2011.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2012

By:  Representative Frierson          To:  Appropriations


HOUSE BILL NO. 1511
(As Sent to Governor)

```
 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2  CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3  OF THE GOVERNOR'S OFFICE FOR FISCAL YEARS 2012 AND 2013; MILITARY
 4  DEPARTMENT FOR FISCAL YEAR 2012; THE DEPARTMENT OF FINANCE AND
 5  ADMINISTRATION FOR FISCAL YEARS 2012 AND 2013; DEPARTMENT OF
 6  REVENUE FOR FISCAL YEAR 2012; DISTRICT ATTORNEYS AND ASSISTANT
 7  DISTRICT ATTORNEYS FOR FISCAL YEAR 2012; THE STATE SENATE AND
 8  HOUSE OF REPRESENTATIVES FOR FISCAL YEAR 2012; THE BOARD OF
 9  EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS FOR FISCAL YEAR
10  2012; THE OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEARS 2012 AND
11  2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
12  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2012; AND FOR
13  RELATED PURPOSES.
```

14      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

15      **SECTION 1.**  In addition to all other sums previously

16  appropriated, the following sum, or so much of it as may be

17  necessary, is appropriated out of any money in the State Treasury

18  to the credit of the Budget Contingency Fund, and allocated in a

19  manner as determined by the Treasurer's Office, to defray the

20  expenses of the Governor's Office for the period beginning upon

21  the passage of this act and through June 30, 2013...$  355,531.00.

22      This additional appropriation is made for the purpose of

23  providing the funds necessary to continue the operations of the

24  Governor's Office for fiscal year 2012 and related expenses.

25      **SECTION 2.**  In addition to all other sums previously

26  appropriated, the following sum, or so much of it as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of the Budget Contingency Fund, and allocated in a

29  manner as determined by the Treasurer's Office, to defray the

30  expenses of the Military Department for the fiscal year ending

31  June 30, 2012....................................$   270,400.00.

32      This additional appropriation is made for the purpose of
33  matching dollars for the remainder of the federal fiscal year.
34      **SECTION 3.**  In addition to all other sums previously
35  appropriated, the following sum, or so much of it as may be
36  necessary, is appropriated out of any money in the State Treasury
37  to the credit of the Budget Contingency Fund, and allocated in a
38  manner as determined by the Treasurer's Office, to defray the
39  expenses of the Department of Finance and Administration for the
40  period beginning upon passage and through the fiscal year ending
41  June 30, 2013...................................$  7,000,000.00.
42      This additional appropriation is made for the purpose of
43  purchasing property insurance on state property as required by the
44  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
45  206.253.
46      **SECTION 4.**  In addition to all other sums previously
47  appropriated, the following sum, or so much of it as may be
48  necessary, is appropriated out of any money in the State Treasury
49  to the credit of the Budget Contingency Fund, and allocated in a
50  manner as determined by the Treasurer's Office, to defray the
51  expenses of the Department of Revenue for the period beginning
52  upon passage and through the fiscal year ending June 30, 2012....
53  ...............................................$   415,000.00.
54      This additional appropriation is made for the purpose of
55  hiring temporary employees, the cost of additional postage, and
56  additional recording fees for liens.
57      **SECTION 5.**  In addition to all other sums previously
58  appropriated, the following sum, or so much of it as may be
59  necessary, is appropriated out of any money in the State Treasury
60  to the credit of district attorneys, assistant district attorneys
61  and criminal investigators for the fiscal year ending June 30,
62  2012..........................................$    45,000.00.

63      This additional appropriation is made for the purpose of
64  funding termination leave payments for an estimated eight
65  additional persons through the end of fiscal year 2012.
66      SECTION 6.  In addition to all other sums previously
67  appropriated, the following sum, or so much of it as may be
68  necessary, is appropriated out of any money in the State Treasury
69  to the credit of the Budget Contingency Fund, and allocated in a
70  manner as determined by the Treasurer's Office, to defray the
71  expenses and assessments for the House of Representatives and
72  Senate for the fiscal year ending June 30, 2012....$   971,513.00.
73      This additional appropriation is made for the purpose of
74  funding the following expenses:
75          (a)  Joint Compilation Code.................$ 350,000.00
76          (b)  Energy Council........................$  50,400.00
77          (c)  Uniform State Laws....................$  48,090.00
78          (d)  Interstate Cooperation – NCSL.........$ 247,342.00
79          (e)  Interstate Cooperation – CSG..........$ 188,193.00
80          (f)  Southern States Energy Board..........$  45,797.00
81          (g)  Southern Growth Policies Board........$  41,691.00
82      SECTION 7.  In addition to all other sums previously
83  appropriated, the following sum, or so much of it as may be
84  necessary, is appropriated out of any money in the State Treasury
85  to the credit of the Board of Examiners for Licensed Professional
86  Counselors for the fiscal year ending June 30, 2012..............
87  ...............................................$  13,435.00.
88      This additional appropriation is made for the purpose of
89  funding the Attorney General's Office for legal services provided
90  during fiscal year 2011.
91      SECTION 8.  In addition to all other sums previously
92  appropriated, the following sum, or so much of it as may be
93  necessary, is appropriated out of any money in the State Treasury
94  to the credit of the Budget Contingency Fund, and allocated in a
95  manner as determined by the Treasurer's Office, to defray the

96   expenses of the Attorney General's Office, for the period

97   beginning upon passage and through the fiscal year ending June 30,

98   2013..........................................$   2,000,000.00.

99        This additional appropriation is made for the purpose of

100  hiring additional legal representation on an hourly basis for the

101  State of Mississippi concerning any administrative or civil

102  penalties related to the British Petroleum, Deepwater Horizon oil

103  spill, and for the purpose of paying any fees associated with such

104  legal actions.

105       **SECTION 9.**   In addition to all other sums previously

106  appropriated, the following sum, or so much of it as may be

107  necessary, is appropriated out of any money in the Budget

108  Contingency Fund, and allocated in a manner as determined by the

109  Treasurer's Office, for the purpose of paying for certain outside

110  legal assistance, expert witness fees, court fees, judgments and

111  settlement agreements incurred by the Office of the Attorney

112  General for the period beginning upon passage and through the

113  fiscal year ending June 30, 2012................ $   2,656,846.00.

114       Of the funds appropriated in this section, the following

115  amounts are provided:

116            (a)  Olivia Y., et al v. Haley Barbour, as Governor;

117  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

118  Director of the Division of Family and Children's Services and the

119  Department of Human Services, United States District Court for the

120  Southern District of Mississippi, Jackson Division, Cause No.

121  3:04CV251(L)(N)..................................$   1,020,575.00.

122            (b)  Olivia Y, et al v. Haley Barbour, as Governor;

123  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

124  Director of the Division of Family and Children's Services and the

125  Department of Human Services, United States District Court for the

126  Southern District of Mississippi, Jackson Division, Cause No.

127  3:04:CV251(L)(N)..................................$    150,000.00.

128        (c)  State of Mississippi, ex rel. Attorney General Jim

129  Hood, on behalf of Mississippi Land Water and Resources Board and

130  Mississippi Development Authority v. Facility Construction

131  Management, Inc., and Facility Holding Corp.......$    420,000.00.

132        (d)  Charles Derrell Seale v. Phillip Mitchell, United

133  States District Court for the Northern District of Mississippi,

134  Western Division, Cause No. 3:08CV105(P)(A).......$     50,539.00.

135        (e)  Jeffery Presley, et al v. Christopher Epps, et al

136  United States District Court for the Northern District of

137  Mississippi, Greenville Division, Cause No.

138  4:05CV00148.....................................$    290,499.00.

139        (f)  Kenney Brewer v. State of Mississippi, Circuit

140  Court of Noxubee County, Mississippi, Claimant No.

141  2009-0099.......................................$     50,000.00.

142        (g)  Levon Brooks v. State of Mississippi, Circuit Court

143  of Noxubee County, Mississippi, Claimant No.

144  009-0098........................................$     50,000.00.

145        (h)  Arthur Johnson v. State of Mississippi, Circuit

146  Court of Sunflower County, Mississippi, Claimant No.

147  2009-0289-CI....................................$     50,000.00.

148        (i)  Cedric Willis v. State of Mississippi, Circuit

149  Court of Hinds County, Mississippi, Claimant No.

150  251-09-649-CIV..................................$     50,000.00.

151        (j)  Bobby Joe Townsend v. State of Mississippi, Circuit

152  Court of Webster County, Mississippi, Claimant No.

153  2010-81-CVM.....................................$     33,333.00.

154        (k)  David Lee Chapman v. State of Mississippi, Circuit

155  Court of Newton County, Mississippi, Claimant No.

156  251-10-721-CIV..................................$     50,000.00.

157        (l)  Calvin Wilks v. State of Mississippi, Circuit Court

158  of Hinds County, Mississippi, Claimant No.

159  251-10-721-CIV..................................$     50,000.00.

160         (m)  Gregory Paul Carr v. State of Mississippi, Circuit
161  Court of Washington County, Mississippi, Claimant No.
162  2011-0007-CI.....................................$    50,000.00.
163         (n)  Sabrina Butler Porter v. State of Mississippi,
164  Circuit Court of Lowndes County, Mississippi, Claimant No.
165  2011-0014-CV1K..................................$    50,000.00.
166         (o)  Rodney Demetrius Sands v. State of Mississippi,
167  Circuit Court of Jefferson Davis County, Mississippi, Claimant No.
168  2011-7H.........................................$    50,000.00.
169         (p)  Estate of Larry Ruffin v. State of Mississippi,
170  Circuit Court of Forrest County, Mississippi, Claimant No.
171  CI-11-0238......................................$    50,000.00.
172         (q)  John Randall Alexander v. State of Mississippi,
173  Circuit Court of Panola County, Mississippi, Claimant No.
174  CV-2011-56JMP2..................................$    50,000.00.
175         (r)  Counsel for Claimant Gregory Paul Carr – Attorney
176  Carol L. White-Richard...........................$    15,000.00.
177         (s)  Counsel for Claimant Sabrina Butler Porter –
178  Attorney William Starks II.......................$    32,900.00.
179         (t)  Counsel for Claimant Rodney Demetrius Sands –
180  Attorney Robert F. Lingold, Jr...................$    19,000.00.
181         (u)  Counsel for Claimant "Estate of Larry Ruffin" –
182  Attorney Robert McDuff and the Innocence Project of New
183  Orleans.........................................$    50,000.00.
184         (v)  Counsel for Claimant John Randall Alexander –
185  Attorney Preston Ray Garrett.....................$    25,000.00.
186    **SECTION 10.**  The money herein appropriated shall be paid by
187  the State Treasurer out of any money in the proper fund or funds
188  as set forth in this act, upon warrants issued by the State Fiscal
189  Officer; and the State Fiscal Officer shall issue his warrants
190  upon requisitions signed by the proper person, officer or officers
191  in the manner provided by law.

192          **SECTION 11.**  This act shall take effect and be in force from
193     and after its passage and through the fiscal year ending June 30,
194     2012, except for Sections 1, 3 and 8 which shall take effect and
195     be in force beginning upon passage of this act and through the
196     fiscal year ending June 30, 2013.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2013

By: Senator(s) Clarke                      To: Appropriations


SENATE BILL NO. 2904
(As Sent to Governor)


```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2   CONTINGENCY FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF
 3   FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2013 AND 2014;
 4   DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR FISCAL
 5   YEAR 2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
 6   EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2013; THE
 7   FORESTRY COMMISSION FOR FISCAL YEAR 2013; THE MISSISSIPPI
 8   EMERGENCY MANAGEMENT FOR FISCAL YEARS 2013 AND 2014; THE
 9   DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL FOR FISCAL YEAR 2013;
10   AND FOR RELATED PURPOSES.
```

11        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12        **SECTION 1.**  In addition to all other sums previously

13   appropriated, the following sum, or so much of it as may be

14   necessary, is appropriated out of any money in the State Treasury

15   to the credit of the Budget Contingency Fund, and allocated in a

16   manner as determined by the Treasurer's Office, to defray the

17   expenses of the Department of Finance and Administration for the

18   period beginning upon passage and through the fiscal year ending

19   June 30, 2014................................$   6,644,715.00.

20        This additional appropriation is made for the purpose of

21   purchasing property insurance on state property as required by the

22  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

23  206.253.

24      **SECTION 2.**  In addition to all other sums previously

25  appropriated, the following sum, or so much of it as may be

26  necessary, is appropriated out of any money in the State Treasury

27  to the credit of the Budget Contingency Fund, and allocated in a

28  manner as determined by the Treasurer's Office, to defray the

29  expenses of the district attorneys, assistant district attorneys

30  and criminal investigators for the period beginning upon passage

31  and through the fiscal year ending June 30, 2013....$   10,000.00.

32      This additional appropriation is made for the purpose of

33  fully funding salaries and fringe benefits for district attorneys

34  and staff.

35      **SECTION 3.**  In addition to all other sums previously

36  appropriated, the following sum, or so much of it as may be

37  necessary, is appropriated out of any money in the Budget

38  Contingency Fund, and allocated in a manner as determined by the

39  Treasurer's Office, for the purpose of paying for certain outside

40  legal assistance, expert witness fees, court fees, judgments and

41  settlement agreements incurred by the Office of the Attorney

42  General for the period beginning upon passage and through the

43  fiscal year ending June 30, 2013.................$  10,169,265.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46          (a)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

47    Taylor, as Executive Director of DHS; and Billy Mangold, as

48    Director of the Division of Family and Children's Services and the

49    Department of Human Services, United States District Court for the

50    Southern District of Mississippi, Jackson Division, Cause No.

51    3:04cv251(L)(N)...................................$  1,071,572.00.

52          (b)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

53    Taylor, as Executive Director of DHS; and Billy Mangold, as

54    Director of the Division of Family and Children's Services and the

55    Department of Human Services, United States District Court for the

56    Southern District of Mississippi, Jackson Division, Cause No.

57    3:04:cv251(L)(N)...................................$   288,402.00.

58          (c)  C.B., by and through his next friend, Charleston

59    DePriest, et al. v. Walnut Grove Correctional Authority, et al.,

60    United States District Court for the Southern District of

61    Mississippi, Cause No. 3:10cv663-CWR-FKB..........$   257,041.00.

62          (d)  Kenney Brewer v. State of Mississippi, Circuit Court of

63    Noxubee County, Mississippi, Claimant No. 2009-0099..............

64    ..............................................$    50,000.00.

65          (e)  Levon Brooks v. State of Mississippi, Circuit Court of

66    Noxubee County, Mississippi, Claimant No. 2009-0098..............

67    ..............................................$    50,000.00.

68          (f)  Arthur Johnson v. State of Mississippi, Circuit Court of

69    Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........

70    ..............................................$    50,000.00.

71      (g)   Cedric Willis v. State of Mississippi, Circuit Court of

72   Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

73   ...............................................$   50,000.00.

74      (h)   Calvin Wilks v. State of Mississippi, Circuit Court of

75   Hinds County, Mississippi, Claimant No. 251-10-721-CIV...........

76   ...............................................$   50,000.00.

77      (i)   Gregory Paul Carr v. State of Mississippi, Circuit Court

78   of Washington County, Mississippi, Claimant No. 2011-0007-CI.....

79   ...............................................$   50,000.00.

80      (j)   Sabrina Butler Porter v. State of Mississippi, Circuit

81   Court of Lowndes County, Mississippi, Claimant No.

82   2011-0014-CV1K..................................$   50,000.00.

83      (k)   Rodney Demetrius Sands v. State of Mississippi, Circuit

84   Court of Jefferson Davis County, Mississippi, Claimant No. 2011-7H

85   ...............................................$   50,000.00.

86      (l)   "Estate of Larry Ruffin" v. State of Mississippi,

87   Circuit Court of Forrest County, Mississippi, Claimant No.

88   CI-11-0238......................................$   50,000.00.

89      (m)   John Randall Alexander v. State of Mississippi, Circuit

90   Court of Panola County, Mississippi, Claimant No.

91   CV-2011-56JMP2..................................$   50,000.00.

92      (n)   Matthew Norwood v. State of Mississippi, Circuit Court

93   of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

94   ...............................................$   50,000.00.

95      (o)  Phillip Bivens v. State of Mississippi, Circuit Court of
96  Forrest County, Mississippi, Claimant No. CI11-0240...............
97  ..............................................$    50,000.00.
98      (p)  "Estate of Bobby Ray Dixon" v. State of Mississippi,
99  Circuit Court of Forrest County, Mississippi, Claimant No.
100 CI11-0239......................................$    50,000.00.
101     (q)  Jimmie Bass v. State of Mississippi, Circuit Court of
102 Bolivar County, Mississippi, Claimant No. 2011-0009..............
103 ..............................................$   101,500.00.
104     (r)  Counsel for Claimant Jimmie Bass — Attorney Robert
105 McDuff and the Innocence Project of New Orleans..................
106 ..............................................$    50,000.00.
107     (s)  Wesley Beavers v. State of Mississippi, Circuit Court of
108 Harrison County, Mississippi, Claimant No. A2401-12-173..........
109 ..............................................$     2,500.00.
110     (t)  Frederick Earl Bradford v. State of Mississippi, Circuit
111 Court of Washington County Mississippi, Claimant No. 2012-0085-CI
112 ..............................................$    30,000.00.
113     (u)  John Wayne Edwards v. State of Mississippi, Circuit
114 Court of Scott County, Mississippi, Claimant No.
115 12-CV-194-SC-G..................................$    50,000.00.
116     (v)  Margie Elliot v. State of Mississippi, Circuit Court of
117 Scott County, Mississippi, Claimant No. 12-CV-195-SC-G...........
118 ..............................................$    50,000.00.

119          (w)  Sharon Hall v. State of Mississippi, Circuit Court of
120   Adams County, Mississippi. Claimant No. 12-KV-0069-J..............
121   ..............................................$    50,000.00.
122          (x)  Adam Wayne Roebuck v. State of Mississippi, Circuit
123   Court of Leake County, Mississippi, Claimant No.
124   12-CV-162-LE-C................................$     2,500.00.
125          (y)  Irby Matthew Tate v. State of Mississippi, Circuit Court
126   of Holmes County, Mississippi. Claimant No. 2012-0221...........
127   ..............................................$    50,000.00.
128          (z)  Jennifer Collier, on behalf of the Estate of Ronnie G.
129   Oswalt v. State of Mississippi, Circuit Court of Chickasaw County,
130   Mississippi, Claimant No. H2012-094G............................
131   ..............................................$    48,500.00.
132          (aa)  Walter Guyton v. State of Mississippi, Circuit Court of
133   Sunflower County, Mississippi, Claimant No. CV-2010-0211-CI.......
134   ..............................................$    50,000.00.
135          (bb)  Counsel for Claimant Wesley Beavers - Attorneys David
136   Neil McCarty and Graham P. Carner...............................
137   ..............................................$       500.00.
138          (cc)  Counsel for Claimant Frederick Earl Bradford -
139   Attorneys David Neil McCarty and Graham P. Carner................
140   ..............................................$     5,000.00.
141          (dd)  Counsel for Claimant John Wayne Edwards - Attorneys
142   David Neil McCarty and Graham P. Carner..........$     8,000.00.

143        (ee)  Counsel for Claimant Margie Elliot - Attorneys David

144  Neil McCarty and Graham P. Carner.................$    8,000.00.

145        (ff)  Counsel for Claimant Sharon Hall - Attorneys David Neil

146  McCarty and Graham P. Carner.....................$    8,000.00.

147        (gg)  Counsel for Claimant Adam Wayne Roebuck - Attorneys

148  David Neil McCarty and Graham P. Carner..........$     500.00.

149        (hh)  Counsel for Claimant Irby Matthew Tate - Attorneys

150  David Neil McCarty and Graham P. Carner..........$    8,000.00.

151        (ii)  Counsel for Claimant Jennifer Collier on behalf of the

152  Estate of Ronnie G. Oswalt - Attorneys David Neil McCarty and

153  Graham P. Carner.................................$    8,250.00.

154        (jj)  Counsel for Claimant Walter Guyton - Attorney Ottowa E.

155  Carter, Jr.......................................$    9,000.00.

156        (kk)  Leamond Shaffer v. MS Highway Safety Patrol, United

157  States District Court for the Southern District of Mississippi,

158  Cause No. 4:11cv111-CWR-LRA......................$   12,000.00.

159        (ll)  Jackson HMA, LLC d/b/a Central Mississippi Medical

160  Center v. Mississippi Department of Corrections (MDOC) and

161  Christopher B. Epps, in his official capacity as Commissioner of

162  Mississippi Department of Corrections; In the United States

163  District Court for the Southern District of Mississippi, Jackson

164  Division; Civil Action No. 3:11CV135CWR-FKB.......$  5,100,000.00.

165        (mm)  To reimburse the federal government for the $4.044

166  Million Environmental Protection Agency spent on emergency

167  clean-up regarding contaminated 16th Section land located in

168  Harrison County called the "Chemfax site".........$  2,250,000.00.

169  **SECTION 4.**  In addition to all other sums previously

170  appropriated, the following sum, or so much of it as may be

171  necessary, is appropriated out of any money in the State Treasury

172  to the credit of the Budget Contingency Fund, and allocated in a

173  manner as determined by the Treasurer's Office, to defray the

174  expenses of the Attorney General's Office for conducting the

175  environment cleanup of the 16th Section land located in Harrison

176  County and known as the "Chemfax site" for the period beginning

177  upon passage and through the fiscal year ending June 30, 2014....

178  ...............................................$  2,000,000.00.

179  **SECTION 5.**  In addition to all other sums previously

180  appropriated, the following sum, or so much of it as may be

181  necessary, is appropriated out of any money in the State Treasury

182  to the credit of the Budget Contingency Fund, and allocated in a

183  manner as determined by the Treasurer's Office, to defray the

184  expenses of the Department of Corrections for the period beginning

185  upon passage and through the fiscal year ending June 30, 2013.....

186  ...............................................$ 23,900,000.00.

187  This additional appropriation is made for the purpose of

188  supporting the operations of the Department of Corrections.

189  **SECTION 6.**  In addition to all other sums previously

190  appropriated, the following sum, or so much of it as may be

191  necessary, is appropriated out of any money in the State Treasury

192    to the credit of the Budget Contingency Fund, and allocated in a
193    manner as determined by the Treasurer's Office, to defray the
194    expenses of the Forestry Commission for the period beginning upon
195    passage and through the fiscal year ending June 30, 2013..........
196    ............................................$    500,000.00.
197        This additional appropriation is made for the operations of
198    the Forestry Commission.
199        **SECTION 7.**  In addition to all other sums previously
200    appropriated, the following sum, or so much of it as may be
201    necessary, is appropriated out of any money in the State Treasury
202    to the credit of the Budget Contingency Fund, and allocated in a
203    manner as determined by the Treasurer's Office, to defray the
204    expenses of the Mississippi Emergency Management Agency for the
205    period beginning upon passage and through the fiscal year ending
206    June 30, 2014..................................$  4,000,000.00.
207        The funds provided in this section shall only be allocated
208    for costs directly related with the state share requirements for
209    outstanding natural disasters.
210        **SECTION 8.**  In addition to all other sums previously
211    appropriated, the following sum, or so much of it as may be
212    necessary, is appropriated out of any money in the State Treasury
213    to the credit of the Budget Contingency Fund, and allocated in a
214    manner as determined by the Treasurer's Office, to defray the
215    expenses of the Department of Public Safety — Highway Safety

216  Patrol for the period beginning upon passage and through the

217  fiscal year ending June 30, 2013..................$ 3,012,134.00.

218      This additional appropriation is made for the operations of

219  the Department of Public Safety — Highway Patrol.

220      **SECTION 9.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money in the State Treasury

223  to the credit of the Budget Contingency Fund, and allocated in a

224  manner as determined by the Treasurer's Office, to defray the

225  expenses of the Wireless Communication Commission (WCC), for the

226  period beginning upon the passage of this act and through June 30,

227  2013............................................$ 2,000,000.00.

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which otherwise would occur, in order for

230  the commission to provide the services prescribed by Section

231  25-53-171, Mississippi Code of 1972.

232      **SECTION 10.**  The money herein appropriated shall be paid by

233  the State Treasurer out of any money in the proper fund or funds

234  as set forth in this act, upon warrants issued by the State Fiscal

235  Officer; and the State Fiscal Officer shall issue his warrants

236  upon requisitions signed by the proper person, officer or officers

237  in the manner provided by law.

238      **SECTION 11.**  This act shall take effect and be in force from

239  and after its passage and through the fiscal year ending June 30,

240  2013, except for Section 1, Section 4 and Section 7, which shall

241    take effect and be in force beginning upon passage of this act and

242    through the fiscal year ending June 30, 2014.

~ OFFICIAL ~

ST:   Appropriation; Property Insurance, Atty
General Settlements, DA; Additional 2013.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2014

By:  Representative Frierson                To:  Appropriations


HOUSE BILL NO. 1440
(As Sent to Governor)

1     AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2014 AND 2015; THE
4  WIRELESS COMMUNICATIONS COMMISSION FOR FISCAL YEARS 2014 AND 2015;
5  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
6  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2014; THE DEPARTMENT OF
7  REVENUE FOR FISCAL YEAR 2014; THE DEPARTMENT OF CORRECTIONS FOR
8  FISCAL YEARS 2014 AND 2015; THE FORESTRY COMMISSION FOR FISCAL
9  YEAR 2014; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
10  FISCAL YEAR 2014; THE STATE SUPREME COURT ADMINISTRATIVE OFFICE OF
11  COURTS FOR FISCAL YEARS 2014 AND 2015; THE CHARTER SCHOOL
12  AUTHORIZER BOARD OF THE ADMINISTRATIVE OFFICES OF IHL FOR FISCAL
13  YEARS 2014 AND 2015; THE DEPARTMENT OF MENTAL HEALTH FOR FISCAL
14  YEAR 2014; THE DEPARTMENT OF INSURANCE FOR THE RURAL FIRE TRUCK
15  ACQUISITION ASSISTANCE PROGRAM AND/OR THE SUPPLEMENTAL RURAL FIRE
16  TRUCK FUND FOR FISCAL YEARS 2014 AND 2015; AND FOR RELATED
17  PURPOSES.

18     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

19     **SECTION 1.**  In addition to all other sums herein

20  appropriated, the following sum, or so much thereof as may be

21  necessary, is appropriated out of any money to the credit of the

22  Capital Expense Fund, and allocated in a manner as determined by

23  the Treasurer's Office, to defray the expenses of the Department

24  of Finance and Administration for the period beginning upon the

25  passage of this act and through June 30, 2015.....................

26  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    5,026,869.00.

27      This additional appropriation is made for the purpose of

28  purchasing property insurance on state property as required by the

29  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

30  206.253.

31      **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Capital Expense Fund, and allocated in a manner as determined by

35  the Treasurer's Office, to defray the expenses of the Wireless

36  Communication Commission for the period beginning upon the passage

37  of this act and through June 30, 2015. . . . . . . . . . .$    5,118,000.00.

38      This additional appropriation is made to ensure the

39  commission provides the services prescribed by Section 25-53-171,

40  Mississippi Code of 1972.

41  **SECTION 3.**  In addition to all other sums herein appropriated, the

42  following sum, or so much thereof as may be necessary, is

43  appropriated out of any money to the credit of the Capital Expense

44  Fund, and allocated in a manner as determined by the Treasurer's

45  Office, to defray the expenses of paying for certain outside legal

46  assistance, expert witness fees, court fees, judgments and

47  settlement agreements incurred by the Office of the Attorney

48  General for the period beginning upon passage of this act and

49  through the fiscal year ending June 30, 2014. . . . . . . . . . . . . . . . . . . . . .

50  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$    2,676,942.00.

~ OFFICIAL ~

51      Of the funds appropriated in this section, the following

52  amounts are provided:

53          (a)  Olivia Y., et al v. Haley Barbour, as Governor of

54  the State of Mississippi; the Executive Director of the Department

55  of Human Services; and Billy Mangold, as Director of the Division

56  of Family and Children's Services and the Department of Human

57  Services, United States District Court for the Southern District

58  of Mississippi, Jackson Division,

59  Cause No. 3:04cv251(L)(N)......................$   1,128,188.00.

60          (b)  Olivia Y., et al v. Haley Barbour, as Governor of

61  the State of Mississippi; the Executive Director of the Department

62  of Human Services; and Billy Mangold, as Director of the Division

63  of Family and Children's Services and the Department of Human

64  Services, United States District Court for the Southern District

65  of Mississippi, Jackson Division,

66  Cause No. 3:04cv251(L)(N)......................$    171,413.00.

67          (c)  Diane J. Taylor v. Mississippi Department of Human

68  Services; United States District Court for the Northern District

69  of Mississippi, Greenville Division,

70  Cause No.................................... 4:12-CV-67-MPM-JMV

71  ............................................$     77,535.00.

72          (d)  Kennedy Brewer v. State of Mississippi, Circuit

73  Court of Noxubee County, Mississippi,

74  Claimant No. 2009-0099..........................$     50,000.00.

75          (e)  Levon Brooks v. State of Mississippi, Circuit Court
76  of Noxubee County, Mississippi,
77  Claimant No. 2009-0098...........................$     50,000.00.
78          (f)  Arthur Johnson v. State of Mississippi, Circuit
79  Court of Sunflower County, Mississippi,
80  Claimant No. 2009-0289-CI.......................$     50,000.00.
81          (g)  Cedric Willis v. State of Mississippi, Circuit
82  Court of Hinds County, Mississippi,
83  Claimant No. 251-09-649-CIV.....................$     50,000.00.
84          (h)  Calvin Wilks v. State of Mississippi, Circuit Court
85  of Hinds County, Mississippi,
86  Claimant No. 251-10-721-CIV.....................$     29,166.00.
87          (i)  Gregory Paul Carr v. State of Mississippi, Circuit
88  Court of Washington County, Mississippi,
89  Claimant No. 2011-0007-CI.......................$     50,000.00.
90          (j)  Sabrina Butler Porter v. State of Mississippi,
91  Circuit Court of Lowndes County, Mississippi,
92  Claimant No. 2011-0014-CV1K.....................$     50,000.00.
93          (k)  Rodney Demetrius Sands v. State of Mississippi,
94  Circuit Court of Jefferson Davis County, Mississippi,
95  Claimant No. 2011-7H............................$     50,000.00.
96          (l)  Estate of Larry Ruffin v. State of Mississippi,
97  Circuit Court of Forrest County, Mississippi,
98  Claimant No. CI-11-0238.........................$     50,000.00.

99          (m)   John Randall Alexander v. State of Mississippi,

100   Circuit Court of Panola County, Mississippi,

101   Claimant No. CV-2011-56JMP2......................$    50,000.00.

102          (n)   Matthew Norwood v. State of Mississippi, Circuit

103   Court of Hinds County, Mississippi,

104   Claimant No. 251-10-861-CIV......................$    50,000.00.

105          (o)   Phillip Bivens v. State of Mississippi, Circuit

106   Court of Forrest County, Mississippi,

107   Claimant No. CIll-0240...........................$    50,000.00.

108          (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

109   Circuit Court of Forrest County, Mississippi,

110   Claimant No. CI11-0239...........................$    50,000.00.

111          (q)   Jimmie Bass v. State of Mississippi, Circuit Court

112   of Bolivar County, Mississippi,

113   Claimant No. 2011-0009...........................$    50,000.00.

114          (r)   Anthony Lee Tucker v. State of Mississippi, Circuit

115   Court of Clay County, Mississippi,

116   Claimant No. 2011-0247H..........................$     8,000.00.

117          (s)   Frank Sanders Tipton v. State of Mississippi,

118   Circuit Court of Jackson County, Mississippi,

119   Claimant No. 2011-00019..........................$    41,097.00.

120          (t)   Counsel for Frank Tipton — Lowery & Fortner,

121   P.A..............................................$     4,717.00.

122          (u)   Elwood White v. State of Mississippi, Circuit Court

123   of Copiah County, Mississippi,

124   Claimant No. 2012-201............................$   16,500.00.

125           (v)   Counsel for Elwood White — Sharon Henderson

126   ...............................................$    1,650.00.

127           (w)   Final costs to complete the Settlement between the

128   Department of Justice (DOJ)/United States Environmental Protection

129   Agency (EPA) and the State of Mississippi..........$   500,000.00.

130           (x)   Counsel for Dara Jones — Schwartz, Roller and

131   Zwilling.........................................$   18,676.00.

132           (y)   Counsel for Christopher (C.G.) Hughes - Young Wells

133   and Williams, P.A................................$   30,000.00.

134       **SECTION 4.**   In addition to all other sums herein

135   appropriated, the following sum, or so much thereof as may be

136   necessary, is appropriated out of any money to the credit of the

137   Capital Expense Fund, and allocated in a manner as determined by

138   the Treasurer's Office, to defray the expenses of Department of

139   Revenue for the period beginning upon passage and through the

140   fiscal year ending June 30, 2014.................$   500,000.00.

141       This additional appropriation is made for the purpose of

142   supporting the operations of the Department of Revenue.

143       **SECTION 5.**   In addition to all other sums herein

144   appropriated, the following sum, or so much thereof as may be

145   necessary is appropriated out of any money in the special fund in

146   the State Treasury to the credit of the Mississippi Department of

147   Revenue which are collected by or otherwise become available for

148   the purpose of defraying the expenses of the department for the

149  period beginning upon passage and through fiscal year ending June

150  30, 2014......................................$   1,345,765.00.

151      This additional appropriation is made for the purpose of

152  defraying any expenses related to the relocation into the new

153  Department of Revenue State Office facility.

154      **SECTION 6.**   In addition to all other sums herein

155  appropriated, the following sum, or so much thereof as may be

156  necessary, is appropriated out of any money to the credit of the

157  Capital Expense Fund, and allocated in a manner as determined by

158  the Treasurer's Office, to defray the expenses of the Department

159  of Corrections for the period beginning upon the passage of this

160  act and through June 30, 2015.................$   30,000,000.00.

161      This additional appropriation is made for the purpose of

162  supporting the operations of the Department of Corrections.

163      **SECTION 7.**   In addition to all other sums herein

164  appropriated, the following sum, or so much thereof as may be

165  necessary, is appropriated out of any money to the credit of the

166  Capital Expense Fund, and allocated in a manner as determined by

167  the Treasurer's Office, not otherwise appropriated to defray the

168  expenses of the Forestry Commission for the period beginning upon

169  passage of this act and through the fiscal year ending

170  June 30, 2014.................................$   382,000.00.

171      This additional appropriation is made for the operations of

172  the Forestry Commission.

173     **SECTION 8.**  In addition to all other sums herein
174    appropriated, the following sum, or so much thereof as may be
175    necessary, is appropriated out of any money to the credit of the
176    Capital Expense Fund, and allocated in a manner as determined by
177    the Treasurer's Office to defray the expenses of the Office of the
178    Governor-Division of Medicaid for the period beginning upon
179    passage of this act and through the fiscal year ending June 30,
180    2014........................................$   50,000,000.00.
181     This additional appropriation is made for the purpose of
182    supporting the operations of the Office of the Governor-Division
183    of Medicaid.

184     **SECTION 9.**  In addition to all other sums herein
185    appropriated, the following sum, or so much thereof as may be
186    necessary, is appropriated out of any money in the State Treasury
187    to the credit of the Governor's Office-Division of Medicaid which
188    is comprised of special source funds collected by or otherwise
189    available to the division, for the purpose of providing medical
190    assistance under the Mississippi Medicaid Law and defraying the
191    expenses of the administration of such law, for the period
192    beginning upon passage of this act and ending June 30, 2014.......
193    ...........................................$   135,528,757.00.
194     The purpose of this additional appropriation is to provide
195    the authority to expend any matching Medicaid funds that become
196    available.

197    **SECTION 10.**  In addition to all other sums herein
198    appropriated, the following sum, or so much thereof as may be
199    necessary, is appropriated out of any money to the credit of the
200    Capital Expense Fund, and allocated in a manner as determined by
201    the Treasurer's Office to defray the expenses of the State Supreme
202    Court for the period beginning upon passage of this act and
203    through the fiscal year ending June 30, 2015.......................
204    ............................................$    2,700,000.00.
205    This additional appropriation is made to defray the cost of
206    the Administrative Office of Courts and Court Reporters for the
207    operations of the Drug Treatment Court Programs.
208    **SECTION 11.**  In addition to all other sums herein
209    appropriated, the following sum, or so much thereof as may be
210    necessary, is appropriated out of any money to the credit of the
211    Capital Expense Fund, and allocated in a manner as determined by
212    the Treasurer's Office to defray the expenses of the
213    administrative offices of the State Institutions of Higher
214    Learning for the period beginning upon the passage of this act
215    and through June 30, 2015......................$    250,000.00.
216    This additional appropriation is made for the purpose of
217    defraying the costs of general operation of the Charter School
218    Authorizer Board created in the "Mississippi Charter Schools Act
219    of 2013."
220    **SECTION 12.**  In addition to all other sums herein
221    appropriated, the following sum, or so much thereof as may be

222  necessary is appropriated out of any money to the credit of the

223  Capital Expense Fund, and allocated in a manner as determined by

224  the Treasurer's Office, to defray the expenses of the Department

225  of Mental Health, for the period beginning upon passage and

226  through fiscal year ending June 30, 2014...........................

227  ...............................................$    1,700,000.00

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which would otherwise occur.

230      **SECTION 13.**   In addition to all other sums herein

231  appropriated, the following sum, or so much thereof as may be

232  necessary is appropriated out of any funds in the State Treasury

233  to the credit of the Department of Insurance, which is comprised

234  of any special funds collected by or otherwise available to the

235  department, to the Department of Insurance to be provided for the

236  Rural Fire Truck Acquisition Assistance Program and/or the

237  Supplemental Rural Fire Truck Fund, for the period beginning upon

238  passage of this act and through the fiscal year ending June 30,

239  2015.........................................$    4,000,000.00.

240      **SECTION 14.**   The money herein appropriated shall be paid by

241  the State Treasurer out of any money in the proper fund or funds

242  as set forth in this act, upon warrants issued by the State Fiscal

243  Officer; and the State Fiscal Officer shall issue his warrants

244  upon requisitions signed by the proper person, officer or officers

245  in the manner provided by law.

246    **SECTION 15.**  This act shall take effect and be in force from
247    and after its passage and through the fiscal year ending June 30,
248    2014, except for Section 1, Section 2, Section 6, Section 10,
249    Section 11, and Section 13, which shall take effect and be in
250    force from and after passage of this act and through the fiscal
251    year ending June 30, 2015.

~ **OFFICIAL** ~
ST:  Appropriation; Additional for Various State
Agencies for Fiscal Year 2014.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2015

By: Senator(s) Clarke                      To:  Appropriations


SENATE BILL NO. 2837
(As Sent to Governor)


```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   HEALTH CARE EXPENDABLE FUNDS, CAPITAL EXPENSE FUNDS AND SPECIAL
 3   FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF FINANCE AND
 4   ADMINISTRATION FOR FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE
 5   GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR 2015; THE STATE
 6   BOARD OF ACCOUNTANCY FOR FISCAL YEARS 2015 AND 2016; THE JUDICIAL
 7   PERFORMANCE COMMISSION FOR FISCAL YEARS 2015 AND 2016; CAPITAL
 8   POST CONVICTION FOR FISCAL YEARS 2015 AND 2016; THE MISSISSIPPI
 9   NATIONAL GUARD FOR FISCAL YEAR 2015; THE UNIVERSITY MEDICAL CENTER
10   FOR FISCAL YEAR 2015; THE MISSISSIPPI DEPARTMENT OF EDUCATION FOR
11   FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE STATE AUDITOR FOR
12   FISCAL YEAR 2015; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
13   2015 AND FISCAL YEAR 2016; THE INSTITUTIONS OF HIGHER LEARNING
14   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2015; THE STATE
15   BOARD OF NURSING FOR FISCAL YEAR 2015; THE MISSISSIPPI DEVELOPMENT
16   AUTHORITY FOR FISCAL YEARS 2015 AND 2016; DEPARTMENT OF ARCHIVES
17   AND HISTORY FOR FISCAL YEARS 2015 AND 2016; AND FOR RELATED
18   PURPOSES.

19        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20        SECTION 1.  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   Capital Expense Fund, and allocated in a manner as determined by

24   the Treasurer's office, to defray the expenses of the Department

25   of Finance and Administration for the period beginning upon the

26   passage of this act and through June 30, 2016.....................
```

27 ...............................................$   7,065,552.00.

28     This additional appropriation is made for the purpose of

29 purchasing property insurance on state property as required by the

30 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31 206.253.

32     **SECTION 2.**  In addition to all other sums herein

33 appropriated, the following sum, or so much thereof as may be

34 necessary, is appropriated out of any money to the credit of the

35 Capital Expense Fund, and allocated in a manner as determined by

36 the Treasurer's office to defray the expenses of the Office of the

37 Governor-Division of Medicaid for the period beginning upon

38 passage of this act and through the fiscal year ending

39 June 30, 2016..................................$   89,606,805.00.

40     This additional appropriation is made for the purpose of

41 supporting the operations of the Office of the Governor-Division

42 of Medicaid.

43     **SECTION 3.**  In addition to all other sums herein

44 appropriated, the following sum, or so much thereof as may be

45 necessary, is appropriated out of any money to the credit of the

46 Office of the Governor-Division of Medicaid, and allocated in a

47 manner as determined by the Treasurer's office to defray the

48 expenses of the Governor's Division of Medicaid for the period

49 beginning upon passage of this act and through the fiscal year

50 ending June 30, 2016.........................$   264,033,177.00.

51    This additional appropriation is made for the purpose of

52 supporting the operations of the Office of the Governor-Division

53 of Medicaid.

54    **SECTION 4.**  In addition to all other sums herein

55 appropriated, the following sum, or so much thereof as may be

56 necessary, is appropriated out of any money to the credit of the

57 Health Care Expendable Fund, and allocated in a manner as

58 determined by the Treasurer's office for Office of the

59 Governor-Division of Medicaid, for the period beginning upon

60 passage of this act and through the fiscal year

61 ending June 30, 2016.............................$   3,055,564.00.

62    This additional appropriation is made for the purpose of

63 supporting the operations of the Office of the Governor-Division

64 of Medicaid.

65    **SECTION 5.**  In addition to all other sums herein

66 appropriated, the following sum, or so much thereof as may be

67 necessary, is appropriated out of any money to the credit of the

68 State Board of Accountancy, and allocated in a manner as

69 determined by the Treasurer's office to defray the expenses of the

70 State Board of Accountancy for the period beginning upon passage

71 of this act and through the fiscal year ending

72 June 30, 2016.....................................$    66,000.00.

73    This additional appropriation is made for the purpose of

74 defraying the expense of certain cost overages due to the

75 implementation of the board's new licensing system.

76      **SECTION 6.**  In addition to all other sums herein

77  appropriated, the following sum, or so much thereof as may be

78  necessary, is appropriated out of any money to the credit of the

79  Capital Expense Fund, and allocated in a manner as determined by

80  the Treasurer's office, to defray the expenses of the Judicial

81  Performance Commission for the period beginning upon passage of

82  this act and through the fiscal year ending

83  June 30, 2016.......................................$  75,000.00.

84      This additional appropriation is made for the purpose of

85  defraying expenses not paid due to loss of special funds.

86      **SECTION 7.**  In addition to all other sums herein

87  appropriated, the following sum, or so much thereof as may be

88  necessary, is appropriated out of any money to the credit of the

89  Capital Expense Fund, and allocated in a manner as determined by

90  the Treasurer's office, to defray the expenses of Capital Post

91  Conviction for the period beginning upon passage of this act and

92  through the fiscal year ending June 30, 2016........$  325,000.00.

93      This additional appropriation is made for the purpose of

94  defraying expenses not paid due to loss of special funds.

95      **SECTION 8.**  In addition to all other sums herein

96  appropriated, the following sum, or so much thereof as may be

97  necessary, is appropriated out of any money to the credit of the

98  Capital Expense Fund, and allocated in a manner as determined by

99  the Treasurer's office, to defray the expenses of the Mississippi

100    National Guard for the period beginning upon passage of this act

101    and through the fiscal year ending June 30, 2015.................

102    ..................................................$   227,000.00.

103         This additional appropriation is made for the purpose of

104    defraying the cost of the loss of Federal Tuition Assistance for

105    National Guard service members, veterans, and their families.

106         **SECTION 9.**  In addition to all other sums herein

107    appropriated, the following sum, or so much thereof as may be

108    necessary, is appropriated out of any money to the credit of the

109    Capital Expense Fund, and allocated in a manner as determined by

110    the Treasurer's office, to defray the expenses of the University

111    of Mississippi Medical Center for the period beginning upon

112    passage of this act and through the fiscal year ending

113    June 30, 2015...................................$   105,000.00.

114         This additional appropriation is made for the purpose of

115    funding the Rural Dental Scholarship Program.

116         **SECTION 10.**  In addition to all other sums herein

117    appropriated, the following sum, or so much thereof as may be

118    necessary, is appropriated out of any money to the credit of the

119    Capital Expense Fund, and allocated in a manner as determined by

120    the Treasurer's office, to defray the expenses of the Mississippi

121    Department of Education for the period beginning upon passage of

122    this act and through the fiscal year ending

123    June 30, 2015...................................$   250,000.00.

~ **OFFICIAL** ~

124   This additional appropriation is made for the purpose of

125 defraying the expenses of the Magnolia Speech School.

126   **SECTION 11.** In addition to all other sums herein

127 appropriated, the following sum, or so much thereof as may be

128 necessary, is appropriated out of any money to the credit of the

129 Capital Expense Fund, and allocated in a manner as determined by

130 the Treasurer's office to the Department of Education to defray

131 the expenses of the Microsoft IT Academy for the period beginning

132 July 1, 2015, and through the fiscal year ending

133 June 30, 2016....................................$    750,000.00.

134   **SECTION 12.** In addition to all other sums herein

135 appropriated, the following sum, or so much thereof as may be

136 necessary, is appropriated out of any money to the credit of the

137 General Fund, and allocated in a manner as determined by the

138 Treasurer's office to the Department of Education for the support

139 of the Equal Opportunity for All Students with Special Needs

140 Program for the period beginning July 1, 2015, and through the

141 fiscal year ending June 30, 2016............. $    1,200,000.00.

142   **SECTION 13.** In addition to all other sums herein

143 appropriated, the following sum, or so much thereof as may be

144 necessary, is appropriated out of any money to the credit of the

145 Education Enhancement Fund, and allocated in a manner as

146 determined by the Treasurer's office to the Department of

147 Education for the support of the Equal Opportunity for All Student

148  with Special Needs Program for the period beginning July 1, 2015,

149  and through the fiscal year ending

150  June 30, 2016..................................$   1,800,000.00.

151  **SECTION 14.**  In addition to all other sums herein

152  appropriated, the following sum, or so much thereof as may be

153  necessary, is appropriated out of any money to the credit of the

154  Department of Education, and allocated in a manner as determined

155  by the Treasurer's office to defray the expenses of The Amplify

156  data coaching pilot program for the period beginning July 1, 2015,

157  and through the fiscal year ending

158  June 30, 2016..................................$   196,380.00.

159  **SECTION 15.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Department of Education, and allocated in a manner as determined

163  by the Treasurer's office to defray the expenses of the

164  Mississippi Council of Economic Education for professional

165  development instruction in economics, personal finance and

166  entrepreneurship for the period beginning July 1, 2015, and

167  through the fiscal year ending June 30, 2016.......$   200,000.00.

168  **SECTION 16.**  In addition to all other sums herein

169  appropriated, the following sum, or so much thereof as may be

170  necessary, is appropriated out of any money to the credit of the

171  Capital Expense Fund, and allocated in a manner as determined by

172  the Treasurer's office, to defray the expenses of the Mississippi

173   Department of Education for the period beginning upon passage of

174   this act through the fiscal year ending

175   June 30, 2016....................................$   100,000.00.

176         This additional appropriation is for Chalkable's Learning

177   Earnings Pilot Program.

178         **SECTION 17.**   In addition to all other sums herein

179   appropriated, the following sum, or so much thereof as may be

180   necessary, is appropriated out of any money to the credit of the

181   Capital Expense Fund, and allocated in a manner as determined by

182   the Treasurer's office, to defray the expenses of the Office of

183   the State Auditor for the period beginning upon passage of this

184   act and through the fiscal year ending

185   June 30, 2015....................................$  637,000.00.

186         This additional appropriation is made to defray the cost of a

187   full systems audit of statewide accounting system known as MAGIC.

188         **SECTION 18.**   In addition to all other sums herein

189   appropriated, the following sum, or so much thereof as may be

190   necessary, is appropriated out of any money to the credit of the

191   Capital Expense Fund, and allocated in a manner as determined by

192   the Treasurer's office, to defray the expenses of the Attorney

193   General's office for the period beginning upon passage of this act

194   and through the fiscal year ending June 30, 2016....$  700,000.00.

195         This additional appropriation is made to defray the costs of

196   the Chemfax Cleanup.

~ **OFFICIAL** ~

197     **SECTION 19.**  In addition to all other sums herein

198     appropriated, the following sum, or so much thereof as may be

199     necessary, is appropriated out of any money to the credit of the

200     Capital Expense Fund, and allocated in a manner as determined by

201     the Treasurer's office, to defray the expenses of paying for

202     certain outside legal assistance, expert witness fees, court fees,

203     judgments and settlement agreements incurred by the Office of the

204     Attorney General for the period beginning upon passage of this act

205     and through the fiscal year ending

206     June 30, 2015...................................$   2,783,406.00.

207          Of the funds appropriated in this section, the following

208     amounts are provided:

209               (a)  Olivia Y., et al v. Haley Barbour, as Governor of

210     the State of Mississippi; the Executive Director of the Department

211     of Human Services; and Billy Mangold, as Director of the Division

212     of Family and Children's Services and the Department of Human

213     Services, United States District Court for the Southern District

214     of Mississippi, Jackson Division,

215     Cause No. 3:04cv251(L)(N)........................$   1,132,000.00.

216               (b)  Olivia Y., et al v. Haley Barbour, as Governor of

217     the State of Mississippi; the Executive Director of the Department

218     of Human Services; and Billy Mangold, as Director of the Division

219     of Family and Children's Services and the Department of Human

220     Services, United States District Court for the Southern District

221     of Mississippi, Jackson Division,

222    Cause No. 3:04cv251(L)(N).........................$    227,889.00.

223          (c)  Cirila Baltazar Cruz, et al v. Mississippi

224    Department of Human Services (MDHS), et al, United States District

225    Court for the Southern District of Mississippi,

226    Cause No. 3:10-cv-446-HTW-FKB....................$    100,000.00.

227          (d)  Albert Brown v. Mississippi Department of Health,

228    United States District Court for the Southern District of

229    Mississippi, Cause No. 3:11-cv-146-CWR-FKB........$    458,925.00.

230          (e)  Marlita E. Pollard v. Hinds County Department of

231    Human Services, et al, United States District Court for the

232    Southern District of Mississippi,

233    Cause No. 3:13-cv-324-DPJ-FKB....................$    100,000.00.

234          (f)  Marsha L. Calhoun v. Michael W. Miller, United

235    States District Court for the Southern District of Mississippi,

236    Cause No. 3:12-cv-715-TSL-JCG....................$    5,000.00.

237          (g)  Natasha Evans Taylor v. Hinds County Department of

238    Human Services, et al, United States District Court for the

239    Southern District of Mississippi,

240    Cause No. 3:12-cv-729-HTW-MTP....................$    2,000.00.

241          (h)  John A. Hawn v. Christopher (C,G,) Hughes, Michael

242    Berthay, in their individual capacities, and the Commissioner of

243    Public Safety for the State of Mississippi, for declaratory

244    relief; Northern District of Mississippi, Aberdeen Division,

245    Cause No. 1:13-CV-36-GHD-DAS....................$    15,000.00.

246        (i)  David Curtis Johnson v Tori Hankins, James Clark
247  and Felix Norwood; United States Court of Appeals For The Fifth
248  Circuit No. 13-60526, Appeal from the United States District Court
249  for the Southern District of Mississippi,
250  Cause No. 3:08-CV-632............................$   15,000.00.
251        (j)  DePriest, et al v Walnut Grove Correctional
252  Authority, United States District Court for the Southern District
253  of Mississippi, Cause No. 3:10-cv-633............$   40,000.00.
254        (k)  Kennedy Brewer v. State of Mississippi, Circuit
255  Court of Noxubee County, Mississippi,
256  Claimant No. 2009-0099...........................$   50,000.00.
257        (l)  Levon Brooks v. State of Mississippi, Circuit Court
258  of Noxubee County, Mississippi,
259  Claimant No. 2009-0098...........................$   50,000.00.
260        (m)  Arthur Johnson v. State of Mississippi, Circuit
261  Court of Sunflower County, Mississippi,
262  Claimant No. 2009-0289-CI .......................$   50,000.00.
263        (n)  Cedric Willis v. State of Mississippi, Circuit
264  Court of Hinds County, Mississippi,
265  Claimant No. 251-09-649-CIV .....................$   50,000.00.
266        (o)  Sabrina Porter v. State of Mississippi, Circuit
267  Court of Lowndes County, Mississippi,
268  Claimant No. 2011-0014-CV1K......................$   50,000.00.
269        (p)  Rodney Demetrius Sands v. State of Mississippi,
270  Circuit Court of Jefferson Davis County, Mississippi,

```
271   Claimant No. 2011-7H..............................$     39,998.00.
272            (q)  Estate of Larry Ruffin v. State of Mississippi,
273   Circuit Court of Forrest County, Mississippi,
274   Claimant No. CI-11-0238...........................$     50,000.00.
275            (r)  John Randall Alexander v. State of Mississippi,
276   Circuit Court of Panola County, Mississippi,
277   Claimant No. CV-2011-56JMP2.......................$     50,000.00.
278            (s)  Matthew Norwood v. State of Mississippi, Circuit
279   Court of Hinds County, Mississippi,
280   Claimant No. 251-10-861-CIV.......................$     50,000.00.
281            (t)  Phillip Bivens v. State of Mississippi, Circuit
282   Court of Forrest County, Mississippi,
283   Claimant No. CI11-0240............................$     50,000.00.
284            (u)  Estate of Bobby Ray Dixon v. State of Mississippi,
285   Circuit Court of Forrest County, Mississippi,
286   Claimant No. CI11-0239............................$     50,000.00.
287            (v)  Jimmie Bass v. State of Mississippi, Circuit Court
288   of Bolivar County, Mississippi,
289   Claimant No. 2011-0009 ...........................$     50,000.00.
290            (w)  Frank Sanders Tipton v. State of Mississippi,
291   Circuit Court of Jackson County, Mississippi,
292   Claimant No. 2011-00019...........................$     50,000.00.
293            (x)  Counsel for Frank Sanders Tipton — Lowrey &
294   Fortner, P.A......................................$     25,594.00.
```

295          (y)  Derrick Luckett v. State of Mississippi, Circuit

296  Court of Rankin County, Mississippi,

297  Claimant No. 2012-178...........................$    20,000.00.

298          (z)  Counsel for Derrick Luckett - Sharon Henderson,

299  Attorney at Law.................................$     2,000.00.

300      **SECTION 20.**  In addition to all other sums herein

301  appropriated, the following sum, or so much thereof as may be

302  necessary, is appropriated out of any money to the credit of the

303  Institutions of Higher Learning Office of Student Financial Aid,

304  and allocated in a manner as determined by the Treasurer's office

305  to defray the expenses of the Institutions of Higher Learning

306  Office of Financial Aid for the period beginning upon passage of

307  this act and through the fiscal year ending

308  June 30, 2015.......................................$600,000.00.

309      This additional appropriation is made for the purpose of

310  defraying the expenses of the Institutions of Higher Learning

311  Office of Student Financial Aid.

312      **SECTION 21.**  In addition to all other sums herein

313  appropriated, the following sum, or so much thereof as may be

314  necessary, is appropriated out of any money to the credit of the

315  Board of Nursing, and allocated in a manner as determined by the

316  Treasurer's office to defray the expenses of the Board of Nursing

317  for the period beginning upon passage of this act and through the

318  fiscal year ending June 30, 2015 .....................$66,000.00.

319       This additional appropriation is made for the purpose of

320  supporting the implementation of a Nursing Simulation Lab on the

321  campus of Mississippi Delta Community College.

322       **SECTION 22.**  In addition to all other sums herein

323  appropriated, the following sum, or so much thereof as may be

324  necessary, is appropriated out of any money to the credit of the

325  General Fund, and allocated in a manner as determined by the

326  Treasurer's office to the Mississippi Development Authority for

327  the purpose of providing a grant to the National Aeronautics and

328  Space Administration (NASA) for the relocation of the first stage

329  of the Saturn V moon rocket to the Infinity Science Center located

330  in Hancock County for the period beginning from and after passage

331  of this act and through the fiscal year ending

332  June 30, 2016....................................$    400,000.00.

333       **SECTION 23.** In addition to all other sums herein

334  appropriated, the following sum, or so much thereof as may be

335  necessary, is appropriated out of any money to the credit of the

336  State General Fund, and allocated in a manner as determined by the

337  Treasurer's office for the Department of Archives and History for

338  the period beginning upon passage of this act and through the

339  fiscal year ending June 30, 2016.................$    100,000.00.

340       This additional appropriation is made for the purpose of

341  providing a grant to the Senatobia Municipal School District to

342  assist in paying costs associated with construction,

343  reconstruction, repair, renovation and restoration of the historic

344 auditorium and classrooms and related facilities located on

345 College Street in the City of Senatobia, Mississippi.

346     **SECTION 24.** The money herein appropriated shall be paid by

347 the State Treasurer out of any money in the proper fund or funds

348 as set forth in this act, upon warrants issued by the State Fiscal

349 Officer; and the State Fiscal Officer shall issue his warrants

350 upon requisitions signed by the proper person, officer or officers

351 in the manner provided by law.

352     **SECTION 25.** This act shall take effect and be in force from

353 and after its passage and through the fiscal year ending June 30,

354 2015, except for Section 1, Section 2, Section 3, Section 4,

355 Section 5, Section 6, Section 7, Section 16, Section 18, Section

356 22 and Section 23, which shall take effect and be in force from

357 and after passage of this act and through the fiscal year ending

358 June 30, 2016; and Section 11, Section 12, Section 13, Section 14

359 and Section 15, which shall take effect and be in force for the

360 fiscal year beginning July 1, 2015, and ending June 30, 2016.

S. B. No. 2837      ~ **OFFICIAL** ~
15/SS26/ANAP1SG      ST: Appropriation; additional for various state
PAGE 15      agencies for fiscal year 2015.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2016

By: Senator(s) Clarke                 To: Appropriations

SENATE BILL NO. 2924
(As Sent to Governor)

```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
 3   THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2016
 4   AND 2017; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
 5   FISCAL YEAR 2016; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
 6   2016 AND FISCAL YEAR 2017; THE INSTITUTIONS OF HIGHER LEARNING
 7   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2016; THE STATE
 8   DEPARTMENT OF HEALTH FOR FISCAL YEAR 2016; THE OFFICE OF CAPITAL
 9   POST-CONVICTION COUNSEL FOR FISCAL YEAR 2016; THE DEPARTMENT OF
10   PUBLIC SAFETY'S BUREAU OF NARCOTICS FOR FISCAL YEAR 2016; THE
11   DEPARTMENT OF PUBLIC SAFETY FOR FISCAL YEAR 2016; THE PEARL RIVER
12   BASIN DEVELOPMENT DISTRICT FOR FISCAL YEAR 2016; THE PUBLIC
13   EMPLOYEES' RETIREMENT SYSTEM FOR FISCAL YEAR 2016; THE STATE
14   DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2016 AND FISCAL YEAR 2017;
15   THE BOARD OF ANIMAL HEALTH FOR FISCAL YEAR 2016 AND FISCAL YEAR
16   2017; THE VETERANS' AFFAIRS BOARD FOR FISCAL YEAR 2016 AND FISCAL
17   YEAR 2017; THE MISSISSIPPI DEPARTMENT OF TRANSPORTATION FOR FISCAL
18   YEARS 2016 AND 2017; TO MAKE APPROPRIATIONS FROM THE BUDGET
19   CONTINGENCY FUND FOR CERTAIN PROJECTS; AND FOR RELATED PURPOSES.
```

20        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

21        **SECTION 1.**  In addition to all other sums herein

22   appropriated, the following sum, or so much thereof as may be

23   necessary, is appropriated out of any money to the credit of the

24   Capital Expense Fund, and allocated in a manner as determined by

25   the Treasurer's Office, to defray the expenses of the Department

26  of Finance and Administration for the period beginning upon the

27  passage of this act and through June 30, 2017....$ 6,775,184.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.0.0

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Department of Finance and Administration, and allocated in a

36  manner as determined by the Treasurer's Office to defray the

37  expenses of the Department of Finance and Administration for the

38  period beginning upon passage of this act and through the fiscal

39  year ending June 30, 2017......................$ 1,815,955.00.

40      This additional appropriation is made for the purpose of

41  purchasing property insurance on state property as required by the

42  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

43  206.253.

44      **SECTION 3.**  In addition to all other sums herein

45  appropriated, the following sum, or so much thereof as may be

46  necessary, is appropriated out of any money to the credit of the

47  General Fund, and allocated in a manner as determined by the

48  Treasurer's Office to defray the expenses of the Office of the

49  Governor-Division of Medicaid for the period beginning upon

50  passage of this act and through the fiscal year ending June 30,

51  2016....................................$   25,000,000.00.

52      This additional appropriation is made for the purpose of

53  supporting the operations of the Office of the Governor-Division

54  of Medicaid.

55      **SECTION 4**.  In addition to all other sums herein

56  appropriated, the following sum, or so much thereof as may be

57  necessary, is appropriated out of any money to the credit of the

58  Capital Expense Fund, and allocated in a manner as determined by

59  the Treasurer's Office to defray the expenses of the Office of the

60  Governor-Division of Medicaid for the period beginning upon

61  passage of this act and through the fiscal year ending June 30,

62  2016....................................$   26,634,366.00.

63      This additional appropriation is made for the purpose of

64  supporting the operations of the Office of the Governor-Division

65  of Medicaid.

66      **SECTION 5**.  In addition to all other sums herein

67  appropriated, the following sum, or so much thereof as may be

68  necessary, is appropriated out of any money to the credit of the

69  Capital Expense Fund, and allocated in a manner as determined by

70  the Treasurer's Office, to defray the expenses of paying for

71  certain outside legal assistance, expert witness fees, court fees,

72  judgments and settlement agreements incurred by the Office of the

73  Attorney General for the period beginning upon passage of this act

74  and through the fiscal year ending June 30, 2016.................

75 ................................................$  2,801,269.00.

76   Of the funds appropriated in this section, the following

77 amounts are provided:

78     (a) Olivia Y., et al v. Phil Bryant, as Governor of the

79 State of Mississippi and the Department of Human Services, United

80 States District Court for the Southern District of Mississippi,

81 Jackson Division, Cause No. 3:04cv251(L)(N)........$ 1,310,000.00.

82     (b) Olivia Y., et al v. Phil Bryant, as Governor of the

83 State of Mississippi and the Department of Human Services, United

84 States District Court for the Southern District of Mississippi,

85 Jackson Division, Cause No. 3:04cv251(L)(N)........$  241,973.00.

86     (c) Gayle Miller McMullin v. Mississippi Department of

87 Public Safety, et al, United States District Court for the

88 Southern District of Mississippi, Civil Action No.

89 3:13CV68-CWR-FKB.................................$  118,906.00.

90     (d) Vanda Grace Crowe, Administratrix and personal

91 representative of the Estate of Michael Grace, deceased v.

92 Mississippi Division of Medicaid and Mississippi Department of

93 Rehab Services, United States District Court, Southern District of

94 Mississippi, Northern District, Civil Action No.

95 3:11-CV-366-CWR-LRA..............................$  150,000.00.

96     (e) John A. Hawn v. Christopher (C.G.) Hughes, Michael

97 Berthay, in their individual capacities, and the Commissioner of

98 Public Safety for the State of Mississippi, for declaratory

99   relief; Northern District of Mississippi, Aberdeen Division, Cause

100  No. 1:13-CV-36-GHD-DAS..............................$    35,000.00.

101           (f)   Kennedy Brewer v. State of Mississippi, Circuit

102  Court of Noxubee County, Mississippi, Claimant No. 2009-0099......

103  ................................................$    50,000.00.

104           (g)   Levon Brooks v. State of Mississippi, Circuit Court

105  of Noxubee County, Mississippi, Claimant No. 2009-0098............

106  ................................................$    50,000.00.

107           (h)   Arthur Johnson v. State of Mississippi, Circuit

108  Court of Sunflower County, Mississippi, Claimant No. 2009-0289-CI

109  ................................................$    50,000.00.

110           (i)   Cedric Willis v. State of Mississippi, Circuit

111  Court of Hinds County, Mississippi, Claimant No. 251-09-649-CIV

112  ................................................$    50,000.00.

113           (j)   Sabrina Porter v. State of Mississippi, Circuit

114  Court of Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K

115  ................................................$    50,000.00.

116           (k)   Estate of Larry Ruffin v. State of Mississippi,

117  Circuit Court of Forrest County, Mississippi, Claimant No.

118  CI-11-0238......................................$    50,000.00.

119           (l)   John Randall Alexander v. State of Mississippi,

120  Circuit Court of Panola County, Mississippi, Claimant No.

121  CV-2011-56JMP2..................................$    50,000.00.

122           (m)   Matthew Norwood v. State of Mississippi, Circuit

123  Court of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

124 ...............................................$  50,000.00.

125          (n)  Phillip Bivens v. State of Mississippi, Circuit

126 Court of Forrest County, Mississippi, Claimant No. CI-11-0240

127 ...............................................$  50,000.00.

128          (o)  Estate of Bobby Ray Dixon v. State of Mississippi,

129 Circuit Court of Forrest County, Mississippi, Claimant No.

130 CI-11-0239......................................$  50,000.00.

131          (p)  Jimmie Bass v. State of Mississippi, Circuit Court

132 of Bolivar County, Mississippi, Claimant No. 2011-0009

133 ...............................................$  50,000.00.

134          (q)  Frank Sanders Tipton v. State of Mississippi,

135 Circuit Court of Jackson County, Mississippi, Claimant No.

136 2011-00019......................................$  50,000.00.

137          (r)  Rolland Glen Anderson v. State of Mississippi,

138 Circuit Court of Hinds County, Mississippi, Claimant No.

139 251-09-640CIV...................................$  50,000.00.

140          (s)  Counsel for Rolland Glen Anderson - Robert Louis

141 Williamson and Julie P. Ratliff....................$  60,390.00.

142          (t)  John A. Hawn, Bryan Lindsey, Heather Seawrite,

143 Ronnie Horton and Matilda Moore v. Former Trooper Christopher

144 Hughes and Former Director of the Highway Patrol, Michael Berthay;

145 United States District Court for the Northern District of

146 Mississippi, Civil Action No. 1:13-CV-23-NBB-DAS....$  235,000.00.

147     **SECTION 6.**  In addition to all other sums herein

148 appropriated, the following sum, or so much thereof as may be

149  necessary, is appropriated out of any money to the credit of the

150  Capital Expense Fund, and allocated in a manner as determined by

151  the Treasurer's Office, to defray the expenses of the Institutions

152  of Higher Learning Office of Student Financial Aid, and allocated

153  in a manner as determined by the Treasurer's Office for the period

154  beginning upon passage of this act and through the fiscal year

155  ending June 30, 2016.............................$4,000,000.00.

156      This additional appropriation is made for the purpose of

157  defraying the expenses of the Institutions of Higher Learning

158  Office of Student Financial Aid.

159      **SECTION 7.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Capital Expense Fund, and allocated in a manner as determined by

163  the Treasurer's Office, to defray the expenses of the Mississippi

164  Department of Public Safety's Bureau of Narcotics, and allocated

165  in a manner as determined by the Treasurer's Office for the period

166  beginning upon passage of this act and through the fiscal year

167  ending June 30, 2016............................. $561,220.00.

168      This additional appropriation is made for the purpose of

169  defraying the expenses of the sworn officer pay scale and the

170  Huggins Act.

171      **SECTION 8.**  In addition to all other sums herein

172  appropriated, the following sum, or so much thereof as may be

173  necessary, is appropriated out of any money to the credit of the

174   Capital Expense Fund, and allocated in a manner as determined by

175   the Treasurer's Office, to defray the expenses of the Mississippi

176   Department of Public Safety, and allocated in a manner as

177   determined by the Treasurer's Office for the period beginning upon

178   passage of this act and through the fiscal year ending June 30,

179   2016.................................... $    179,255.00.

180        This additional appropriation is made for the purpose of

181   defraying the expenses of the Law Enforcement and Firefighters

182   Death Benefit Fund.

183        **SECTION 9.**  In addition to all other sums herein

184   appropriated, the following sum, or so much thereof as may be

185   necessary, is appropriated out of any money to the credit of the

186   Pearl River Basin Development District, and allocated in a manner

187   as determined by the Treasurer's Office for the period beginning

188   upon the passage of this act and through the fiscal year ending

189   June 30, 2016................................ $    408,500.00.

190        This additional appropriation is made for the purpose of

191   defraying the expenses incurred by the agency for the

192   Jackson/Pearl River Clearing Project, the Rankin/Hinds Clearing

193   Project, and Flood and Drainage Control Districts.

194        **SECTION 10.**  In addition to all other sums herein

195   appropriated, the following sum, or so much thereof as may be

196   necessary, is appropriated out of any money to the credit of the

197   Capital Expense Fund, and allocated in a manner as determined by

198   the Treasurer's Office, to defray the expenses of the Public

199  Employees' Retirement System, and allocated in a manner as

200  determined by the Treasurer's Office for the period beginning upon

201  passage of this act and through the fiscal year ending June 30,

202  2016..................................... $   16,003.00.

203      This additional appropriation is made to defray the expenses

204  of the actuarial costs associated with the accrual of leave for

205  Jackson County and Jackson County Sheriff's Office employees.

206      **SECTION 11.**  In addition to all other sums herein

207  appropriated, the following sum, or so much thereof as may be

208  necessary, is appropriated out of any money to the credit of the

209  Capital Expense Fund, and allocated in a manner as determined by

210  the Treasurer's Office, to defray the expenses of the State

211  Department of Health, and allocated in a manner as determined by

212  the Treasurer's Office for the period beginning upon passage of

213  this act and through the fiscal year ending June 30,

214  2016..................................... $   2,000,000.00.

215      This additional appropriation is made to defray the expenses

216  of the State Department of Health.

217      **SECTION 12.**  In addition to all other sums herein

218  appropriated, the following sum, or so much thereof as may be

219  necessary, is appropriated out of any money to the credit of the

220  Capital Expense Fund, and allocated in a manner as determined by

221  the Treasurer's Office, to defray the expenses of the Board of

222  Animal Health, and allocated in a manner as determined by the

223  Treasurer's Office for the period beginning upon passage of this

224  act and through the fiscal year ending June 30,

225  2017......................................... $   84,000.00.

226      This additional appropriation is made to defray the expenses

227  of acquired leave time for an employee and related expenses.

228      **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Capital Expense Fund, and allocated in a manner as determined by

232  the Treasurer's Office, to defray the expenses of the Veterans'

233  Affairs Board, and allocated in a manner as determined by the

234  Treasurer's Office for the period beginning upon passage of this

235  act and through the fiscal year ending June 30, 2017..............

236  .............................................$   500,000.00.

237      This additional appropriation is made to defray the expenses

238  of the general upkeep of the state's veterans' cemeteries and

239  related expenses.

240      **SECTION 14.**  In addition to all other sums appropriated

241  herein, the following sum, or so much thereof as may be necessary,

242  is appropriated out of any money to the credit of the Budget

243  Contingency Fund, and allocated in a manner as determined by the

244  Treasurer's Office, to defray the expenses of the following:

245      Bicentennial Commission in conjunction with the Mississippi

246      Tourism Association for marketing and promoting

247      purposes................... $3,000,000.00.

248   Pascagoula Redevelopment Authority for the revitalization of

249   Downtown Pascagoula.............................

250   $1,500,000.00.

251   Keesler Air Force Base construction

252       projects.............................. $5,000,000.00.

253   National Diabetes and Obesity Research Center for contracting

254   with Cleveland Clinic for clinical, educational, and research

255       advisory services.............................

256   $1,500,000.00.

257   MDA — Tourism for Bicentennial related

258       expenses.............................. $1,600,000.00.

259   Economic Development and Infrastructure

260       Fund.............................. $2,500,000.00.

261   University of Southern Mississippi Marine Science Endowment

262       Fund....................... $5,000,000.00.

263   University of Southern Mississippi Gulf Research

264       Lab.............................. $3,000,000.00.

265   Mississippi Gulf Coast Community College Scholarship

266       Fund.............................. $3,000,000.00.

267   Pearl River Community College Scholarship

268       Fund.............................. $2,000,000.00.

269   University of Southern Mississippi Gulf Park Campus for the

270       Student Resource Center.................................

271   $300,000.00.

272      University of Southern Mississippi Main Campus for the
273      renovation of Greene Hall..................................
274      $8,200,000.00.
275      Infinity Rocket Project................. $800,000.00.
276      Marion County Historical for repairs and renovations at the
277      John Ford Home.................... $50,000.00.
278      Pearl River Community College for the acquisition of land in
279      Hancock County for a satellite
280      campus................................ $1,000,000.00.
281      These sums are to be made available from and after the
282 passage of this act and through the fiscal year ending June 30,
283 2017.  Additionally, these sums are contingent upon the BP
284 Settlement funds being deposited in the Budget Contingency Fund.
285      **SECTION 15.**   In addition to all other sums herein
286 appropriated, the following sum, or so much thereof as may be
287 necessary, is appropriated out of any money to the credit of the
288 Capital Expense Fund, and allocated in a manner as determined by
289 the Treasurer's Office, to defray the expenses of the Mississippi
290 Department of Transportation, and allocated in a manner as
291 determined by the Treasurer's Office for the period beginning upon
292 passage of this act and through the fiscal year ending June 30,
293 2017...................................... $   2,100,000.00.
294      This additional appropriation is made to defray the expenses
295 of the East Metro Corridor Commission.

296      **SECTION 16.**  In addition to all other sums herein

297  appropriated, the following sum, or so much thereof as may be

298  necessary, is appropriated out of any money to the credit of the

299  Capital Expense Fund, and allocated in a manner as determined by

300  the Treasurer's Office, to defray the expenses of the Mississippi

301  Department of Education, and allocated in a manner as determined

302  by the Treasurer's Office for the period beginning upon passage of

303  this act and through the fiscal year ending June 30,

304  2017........................................ $   1,333,465.00.

305      This additional appropriation is made to defray the expenses

306  of Vocational and Technical Education.

307      **SECTION 17.**  In addition to all other sums herein

308  appropriated, the following sum, or so much thereof as may be

309  necessary, is appropriated out of any money to the credit of the

310  Capital Expense Fund, and allocated in a manner as determined by

311  the Treasurer's Office, to defray the expenses of the Office of

312  Capital Post Conviction Counsel, and allocated in a manner as

313  determined by the Treasurer's Office for the period beginning upon

314  passage of this act and through the fiscal year ending June 30,

315  2016........................................ $   431,814.00.

316      This additional appropriation is made to defray the ongoing

317  expenses of the Office of Capital Post Conviction Counsel.

318      **SECTION 18.**  This act shall take effect and be in force from

319  and after its passage and through the fiscal year ending June 30,

320  2016, except for Section 1, Section 2, Section 12, Section 13,

321  Section 14, Section 15, and Section 16 which shall take effect and

322  be in force from and after passage of this act and through the

323  fiscal year ending June 30, 2017.

~ **OFFICIAL** ~

ST:  Appropriation; additional for various state
agencies for fiscal year 2016.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2017

By:  Senator(s) Clarke                     To:  Appropriations


SENATE BILL NO. 3015
(As Sent to Governor)


1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2   CAPITAL EXPENSE FUNDS, BUDGET CONTINGENCY FUNDS AND SPECIAL FUNDS
3   TO DEFRAY THE EXPENSES OF VARIOUS AGENCIES FOR FISCAL YEARS 2017
4   AND 2018 AND RELATED PURPOSES.

5        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

6        **SECTION 1.**  In addition to all other sums herein

7   appropriated, the following sum, or so much thereof as may be

8   necessary, is appropriated out of any money to the credit of the

9   Capital Expense Fund, to defray the expenses of the Office of the

10  Governor-Division of Medicaid for the period beginning upon

11  passage of this act and through the fiscal year ending June 30,

12  2018........................................$   51,356,969.00.

13       This additional appropriation is made for the purpose of

14  supporting the operations of the Office of the Governor-Division

15  of Medicaid.

16       **SECTION 2.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money to the credit of the

19  Capital Expense Fund, to defray the expenses of the Department of

20  Finance and Administration for the period beginning upon the

21  passage of this act and through June 30, 2018....$   9,649,689.00.

22      This additional appropriation is made for the purpose of

23  purchasing property insurance on state property as required by the

24  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

25  206.253.0.0 and other expenses under the purview of the Department

26  of Finance and Administration.

27      **SECTION 3.**  In addition to all other sums herein

28  appropriated, the following sum, or so much thereof as may be

29  necessary, is appropriated out of any money to the credit of the

30  Capital Expense Fund, to defray the expenses of the Wireless

31  Communication Commission for the period beginning upon the passage

32  of this act and through June 30, 2018..........$   1,426,663.00.

33      This additional appropriation is made for the purpose of

34  paying contractual obligations for system maintenance.

35      **SECTION 4.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money to the credit of the

38  Capital Expense Fund, to defray the expenses of paying for certain

39  outside legal assistance, expert witness fees, court fees,

40  judgments and settlement agreements incurred by the Office of the

41  Attorney General for the period beginning upon passage of this act

42  and through the fiscal year ending June 30, 2017...............

43  .............................................$   3,781,748.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46          (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

47  State of Mississippi and the Department of Human Services, United

48  States District Court for the Southern District of Mississippi,

49  Jackson Division, Cause No. 3:04cv251(L)(N).....$   1,122,000.00.

50          (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

51  State of Mississippi and the Department of Human Services, United

52  States District Court for the Southern District of Mississippi,

53  Jackson Division, Cause No. 3:04cv251(L)(N).......$   414,936.00.

54          (c)  Troupe v. Barbour, Consolidated with United States

55  v. Mississippi, United States District Court for the Southern

56  District of Mississippi; Civil Action No.

57  3:10-CV-153-HTW-MTP..............................$   212,500.00.

58          (d)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

59  Murphy v. The State of Mississippi by and through Delbert Hosemann

60  in his Official Capacity as the Secretary of State and Trustee of

61  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

62  in the Circuit Court of Hancock County, Mississippi, Cause No.

63  12-0153.........................................$   908,470.00.

64          (e)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

65  Murphy v. The State of Mississippi by and through Delbert Hosemann

66  in his Official Capacity as the Secretary of State and Trustee of

67  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

68    in the Circuit Court of Hancock County, Mississippi, Cause No.

69    12-0153........................................$   223,842.00.

70            (f)   Settlement between the United States Environmental

71    Protection Agency and State of Mississippi; Chemfax, Inc.,

72    Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

73    ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

74    Agreement for the Recovery of Response Costs, Docket No.

75    CERCLA-04-201403756.............................$    83,983.00.

76            (g)   Melissa Ross v. Mississippi Department of

77    Education, in the United States District Court for the Southern

78    District of Mississippi; Cause No.

79    3:09-cv-113-HTW-LRA.............................$   114,750.00.

80            (h)   Gale Nelson Walker v. Office of the District

81    Attorney of Hinds County, in the United States District Court for

82    the Southern District Court for the Southern District of

83    Mississippi; Cause No. 1:15cv-00364................$    3,001.00.

84            (i)   Kennedy Brewer v. State of Mississippi, Circuit

85    Court of Noxubee County, Mississippi, Claimant No.

86    2009-0099......................................$    50,000.00.

87            (j)   Levon Brooks v. State of Mississippi, Circuit Court

88    of Noxubee County, Mississippi, Claimant

89    No. 2009-0098..................................$    50,000.00.

90            (k)   Arthur Johnson v. State of Mississippi, Circuit

91    Court of Sunflower County, Mississippi, Claimant No.

92    2009-0289-CI...................................$    50,000.00.

93          (l)   Cedric Willis v. State of Mississippi, Circuit
94  Court of Hinds County, Mississippi, Claimant No.
95  251-09-649-CIV....................................$   50,000.00.
96          (m)   Sabrina Porter v. State of Mississippi, Circuit
97  Court of Lowndes County, Mississippi, Claimant No.
98  2011-0014-CV1K...................................$   50,000.00.
99          (n)   Estate of Larry Ruffin v. State of Mississippi,
100 Circuit Court of Forrest County, Mississippi, Claimant No.
101 CI-11-0238.......................................$   50,000.00.
102         (o)   Phillip Leo Bivens v. State of Mississippi, Circuit
103 Court of Forrest County, Mississippi, Claimant No.
104 CI-11-0240.......................................$   50,000.00.
105         (p)   Estate of Bobby Ray Dixon v. State of Mississippi,
106 Circuit Court of Forrest County, Mississippi, Claimant No.
107 CI-11-0239.......................................$   50,000.00.
108         (q)   Jimmie Bass v. State of Mississippi, Circuit Court
109 of Bolivar County, Mississippi, Claimant No.
110 2011-0009........................................$   50,000.00.
111         (r)   Rolland Glen Anderson v. State of Mississippi,
112 Circuit Court of Hinds County, Mississippi, Claimant No.
113 251-09-640CIV....................................$   50,000.00.
114         (s)   Roger Harris v. State of Mississippi, Circuit Court
115 of Hinds County; Civil Action No.
116 251-12-534CIV....................................$   30,000.00.

117          (t)  Roger Harris v. State of Mississippi, Circuit Court
118  of Hinds County; Civil Action No.
119  251-12-534CIV......................................$   6,000.00.
120          (u) Jamar Amin Moore vs. State of Mississippi, Circuit
121  Court of Coahoma County; Civil Action No.
122  14-CI-13-001......................................$  50,0000.00.
123          (v) Jamar Amin Moore vs. State of Mississippi, Circuit
124  Court of Coahoma County; Civil Action
125  No. 14-CI-13-001..................................$  33,866.00.
126          (w) Jason Hall v. State of Mississippi, Circuit Court of
127  Forrest County; Cause No. CI 14-0014...............$  50,000.00.
128          (x) Ralph Arnold Smith, Chancery Court of Hinds County,
129  Mississippi; First Judicial District, Cause No. M-2015-0086,
130  O/3...............................................$  28,400.00.
131      **SECTION 5.**  In addition to all other sums herein
132  appropriated, the following sum, or so much thereof as may be
133  necessary, is appropriated out of any money to the credit of the
134  Capital Expense Fund, to defray the expenses of the Board of Tax
135  Appeals for the period beginning upon the passage of this act and
136  through June 30, 2018.............................$   33,800.00.
137      This additional appropriation is made for the purpose of
138  supporting the operations of the Board of Tax Appeals.
139      **SECTION 6.**  In addition to all other sums herein
140  appropriated, the following sum, or so much thereof as may be
141  necessary, is appropriated out of any money to the credit of the

142  Capital Expense Fund, to defray the expenses of the Mississippi

143  Department of Education, for the period beginning upon passage of

144  this act and through the fiscal year ending June 30, 2018...

145  .........................................$   3,619,482.00.

146      This additional appropriation is made to defray the expenses

147  of Vocational and Technical Education.

148      **SECTION 7.**  In addition to all other sums herein

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is appropriated out of any money to the credit of the

151  Department of Revenue, to defray the expenses of the Department of

152  Revenue for the period beginning upon passage of this act and

153  through the fiscal year ending June 30, 2018....$   650,617.00.

154      This additional appropriation is for the purpose of

155  reimbursement to the Municipal and Justice Courts that participate

156  in the Court Collections Program and for the purpose of purchasing

157  hardware and software the Mississippi Automated Revenue System.

158      **SECTION 8.**  In addition to all other sums herein

159  appropriated, the following sum, or so much thereof as may be

160  necessary, is appropriated out of any money to the credit of the

161  Board of Examiners for Licensed Professional Counselors, to defray

162  the expenses of the Licensed Professional Counselors Board for the

163  period beginning upon passage of this act and through the fiscal

164  year ending June 30, 2018......................$   15,000.00.

165      This additional appropriation is for the purpose of defraying

166  unexpected expenses related to the duties of the agency.

167    **SECTION 9.**  In addition to all other sums herein

168    appropriated, the following sum, or so much thereof as may be

169    necessary, is appropriated out of any money to the credit of the

170    Engineers and Land Surveyors Board, to defray the expenses of the

171    Engineers and Land Surveyors Board for the period beginning upon

172    passage of this act and through the fiscal year ending June 30,

173    2018.......................................$   17,000.00.

174        This additional appropriation is the for the purpose of

175    paying legal fees.

176    **SECTION 10.**  In addition to all other sums herein

177    appropriated, the following sum, or so much thereof as may be

178    necessary, is appropriated out of any money to the credit of the

179    Judicial Performance Commission, to defray the expenses of the

180    Judicial Performance Commission for the period beginning upon

181    passage of this act and through the fiscal year ending June 30,

182    2018.......................................$   62,722.00.

183        This additional appropriation is the for the purpose of

184    supporting the operations of the Commission.

185    **SECTION 11.**  In addition to all other sums herein

186    appropriated, the following sum or so much thereof as may be

187    necessary, is appropriated out of any money to the credit of the

188    Department of Public Safety, to defray the expenses of the

189    Department of Public Safety for the period beginning upon passage

190    and through fiscal year ending June 30, 2018.....$  1,725,000.00.

191    This additional appropriation is made for the purpose of a
192    Highway Patrol Trooper School.
193        **SECTION 12.**  In addition to all other sums herein
194    appropriated, the following sum, or so much thereof as may be
195    necessary is appropriated out of any money to the credit of the
196    Department of Finance and Administration, to defray the expenses
197    of the department for the period beginning upon passage and
198    through fiscal year ending June 30, 2018......$    4,068,585.00.
199        This additional appropriation is made for the purpose of
200    supporting the operations of the Department of Finance and
201    Administration.
202        **SECTION 13.**  In addition to all other sums herein
203    appropriated, the following sum, or so much thereof as may be
204    necessary, is appropriated out of any money to the credit of the
205    Department of Finance and Administration, to defray the expenses
206    of the Department of Finance and Administration — Tort Claims
207    Board for the period beginning upon passage and through fiscal
208    year ending June 30, 2018....................$    1,585,056.00.
209        This additional appropriation is made for the purpose of
210    supporting the operations of the Tort Claims Board.
211        **SECTION 14.**  In addition to all other sums herein
212    appropriated, the following sum is appropriated out of any money
213    in the State General Fund not otherwise appropriated for the
214    expenses of the Governor's Division of Medicaid for the period

215  beginning upon passage and through fiscal year ending June 30,

216  2018......................................$   8,643,031.00.

217      This additional appropriation is made for the purpose of

218  supporting the operations of the Office of the Governor-Division

219  of Medicaid.

220      **SECTION 15.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  Budget Contingency Fund, to defray the expenses of the Mississippi

224  Development Authority, for the period beginning upon passage of

225  this act and through the fiscal year ending June 30,

226  2018......................................$   5,000,000.00.

227      This additional appropriation is made to defray the expenses

228  of activities in support of Keesler Air Force Base.

229      **SECTION 16.**  In addition to all other sums herein

230  appropriated, the following sum, or so much thereof as may be

231  necessary, is appropriated out of any money to the credit of the

232  Budget Contingency Fund, to defray the expenses of the Mississippi

233  Development Authority, for the period beginning upon passage of

234  this act and through the fiscal year ending June 30,

235  2018......................................$   1,500,000.00.

236      This additional appropriation is made to defray the expenses

237  of the National Diabetes and Obesity Research Center for

238  contracting with Cleveland Clinic for clinical, educational, and

239  research advisory services.

240  **SECTION 17.**  In addition to all other sums herein
241  appropriated, the following sum, or so much thereof as may be
242  necessary, is appropriated out of any money to the credit of the
243  Budget Contingency Fund, to defray the expenses of the Department
244  of Marine Resources, for the period beginning upon passage of this
245  act and through the fiscal year ending June 30,
246  2018.........................................$  3,000,000.00.
247      This additional appropriation is made to defray the expenses
248  of Phase II of the Mississippi Oyster Restoration Project in the
249  Mississippi Sound.
250  **SECTION 18.**  In addition to all other sums herein
251  appropriated, the following sum, or so much thereof as may be
252  necessary, is appropriated out of any money to the credit of the
253  Capitol Expense Fund, to defray the expenses of the Alcorn State
254  University, for the period beginning upon passage of this act and
255  through the fiscal year ending June 30, 2018.....$  3,311,592.00.
256      This additional appropriation is made to defray the expenses
257  of upgrades and renovations to the university's water treatment
258  facility and related expenses.
259  **SECTION 19.**  In addition to all other sums herein
260  appropriated, the following sum or so much thereof as may be
261  necessary, is appropriated out of any money to the credit of the
262  Department of Public Safety, to defray the expenses of the
263  Department of Public Safety for the period beginning upon passage
264  and through fiscal year ending June 30, 2018.......$  567,475.00.

265        This additional appropriation is made for the purpose of
266    defraying any costs associated with the repayment of National
267    Highway Performance Program funds, Surface Transportation Program
268    funds, or any other settlement agreements.
269        **SECTION 20.**   In addition to all other sums herein
270    appropriated, the following sum, or so much thereof as may be
271    necessary, is appropriated out of any money to the credit of the
272    Capitol Expense Fund, to defray the expenses of the Mississippi
273    Development Authority, for the period beginning upon passage of
274    this act and through the fiscal year ending June 30,
275    2018........................................$   100,000.00.
276        This additional appropriation is made to defray the expenses
277    of the City of Hattiesburg as a result of the January 21, 2017
278    tornados.
279        **SECTION 21.**   In addition to all other sums herein
280    appropriated, the following sum, or so much thereof as may be
281    necessary, is appropriated out of any money to the credit of the
282    Capitol Expense Fund, to defray the expenses of the Mississippi
283    Development Authority, for the period beginning upon passage of
284    this act and through the fiscal year ending June 30,
285    2018........................................$   65,000.00.
286        This additional appropriation is made to defray the expenses
287    associated with master planning efforts of the Mississippi Coast
288    Coliseum.

~ **OFFICIAL** ~

289    **SECTION 22.**  In addition to all other sums herein
290    appropriated, the following sum, or so much thereof as may be
291    necessary, is appropriated out of any money to the credit of the
292    Capitol Expense Fund, to defray the expenses of the Mississippi
293    Development Authority, for the period beginning upon passage of
294    this act and through the fiscal year ending June 30,
295    2018........................................$    100,000.00.
296        This additional appropriation is made to defray the expenses
297    of the Mississippi Hills National Heritage Area.
298    **SECTION 23.**  In addition to all other sums herein
299    appropriated, the following sum, or so much thereof as may be
300    necessary, is appropriated out of any money to the credit of the
301    Capitol Expense Fund, to defray the expenses of the Mississippi
302    Development Authority, for the period beginning upon passage of
303    this act and through the fiscal year ending June 30,
304    2018........................................$    150,000.00.
305        This additional appropriation is made to defray the expenses
306    of upgrades and renovations to the West Harrison County Vocational
307    and Technical Center.
308    **SECTION 24.**  In addition to all other sums herein
309    appropriated, the following sum, or so much thereof as may be
310    necessary, is appropriated out of any money to the credit of the
311    Capitol Expense Fund, to defray the expenses of the Department of
312    Archives and History, for the period beginning upon passage of
313    this act and through the fiscal year ending June 30, 2018......

314    .................................................$  500,000.00.

315    This additional appropriation is made to defray the expenses

316    related to the opening of the new Mississippi Museums.

317    **SECTION 25.**  In addition to all other sums herein

318    appropriated, the following sum, or so much thereof as may be

319    necessary, is appropriated out of any money to the credit of the

320    Capitol Expense Fund, to defray the expenses of the Mississippi

321    State University Cooperative Extension Service, for the period

322    beginning upon passage of this act and through the fiscal year

323    ending June 30, 2018...........................$  50,000.00.

324    This additional appropriation is made to defray the expenses

325    of an information campaign related to wild hogs.

326    **SECTION 26.**  This act shall take effect and be in force from

327    and after its passage and through the fiscal year ending June 30,

328    2018, except for Section 4, which shall take effect and be in

329    force through the fiscal year ending June 30, 2017.

S. B. No. 3015        |||||||||||||||||||||||||||||||    ~ **OFFICIAL** ~
17/SS26/ANAP1SG                ST:  Appropriation; additional appropriations
PAGE 14                           for various state agencies for FY 2017.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2018

By:  Representative Read                   To:  Appropriations

HOUSE BILL NO. 1617
(As Sent to Governor)

```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
 3   THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR
 4   2018; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
 5   YEARS 2018 AND 2019; THE WIRELESS COMMUNICATION COMMISSION FOR
 6   FISCAL YEAR 2018; THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR
 7   2018; OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEAR 2018; THE
 8   BOARD OF TAX APPEALS FOR FISCAL YEAR 2018; THE DEPARTMENT OF
 9   INFORMATION TECHNOLOGY SERVICES FOR FISCAL YEAR 2018; THE
10   DEPARTMENT OF REHABILITATION SERVICES FOR FISCAL YEAR 2018;
11   DEPARTMENT OF CORRECTIONS FOR FISCAL YEAR 2018; OIL AND GAS BOARD
12   FOR FISCAL YEAR 2018; JACKSON STATE UNIVERSITY BOARD FOR FISCAL
13   YEARS 2018 AND 2019; MISSISSIPPI STATE UNIVERSITY ALCOHOL SAFETY
14   EDUCATION PROGRAM FOR FISCAL YEAR 2018; THE PUBLIC EMPLOYEES
15   RETIREMENT SYSTEM FOR FISCAL YEAR 2018; DEPARTMENT OF BANKING AND
16   CONSUMER FINANCE FOR FISCAL YEAR 2018; DEPARTMENT OF PUBLIC SAFETY
17   FOR FISCAL YEARS 2018 AND 2019; DEPARTMENT OF INSURANCE FOR FISCAL
18   YEAR 2019; AND FOR RELATED PURPOSES.

19        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20        SECTION 1.  In addition to all other sums herein
```

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   General Fund, and allocated in a manner as determined by the

24   Treasurer's Office to defray the expenses of the Office of the

25   Governor-Division of Medicaid for the period beginning upon

26  passage of this act and through the fiscal year ending June 30,

27  2018.......................................$    16,500,000.00.

28      This additional appropriation is made for the purpose of

29  supporting the operations of the Office of the Governor-Division

30  of Medicaid.

31      SECTION 2.  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Office of the Governor-Division of Medicaid, and allocated in a

35  manner as determined by the Treasurer's Office, to defray the

36  expenses of the Office of the Governor-Division of Medicaid for

37  the period beginning upon passage of this act and through the

38  fiscal year ending June 30, 2018............$    45,000,000.00.

39      SECTION 3.  In addition to all other sums herein

40  appropriated, the following sum, or so much thereof as may be

41  necessary, is appropriated out of any money to the credit of the

42  Capital Expense Fund, and allocated in a manner as determined by

43  the Treasurer's Office, to defray the expenses of the Department

44  of Finance and Administration for the period beginning upon the

45  passage of this act and through June 30, 2019....................

46  ...........................................$    4,559,746.00.

47      This additional appropriation is made for the purpose of

48  purchasing property insurance on state property as required by the

49  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

50  206.253.

51      SECTION 4.   In addition to all other sums herein

52  appropriated, the following sum, or so much thereof as may be

53  necessary, is appropriated out of any money to the credit of the

54  Capital Expense Fund, and allocated in a manner as determined by

55  the Treasurer's Office, to defray the expenses of the Wireless

56  Communication Commission for the period beginning upon the passage

57  of this act and through June 30, 2018..........$   2,384,494.00.

58      This additional appropriation is made for the purpose of

59  paying contractual obligations for system maintenance.

60      SECTION 5.   In addition to all other sums herein

61  appropriated, the following sum, or so much thereof as may be

62  necessary, is appropriated out of any money to the credit of the

63  General Fund, and allocated in a manner as determined by the

64  Treasurer's Office, to defray the expenses of the Department of

65  Human Services for the period beginning upon the passage of this

66  act and through June 30, 2018.................$   12,000,000.00.

67      This additional appropriation is made for the purpose of

68  maximizing federal resources for the Department of Child

69  Protection Service.

70      SECTION 6.   In addition to all other sums herein

71  appropriated, the following sum, or so much thereof as may be

72  necessary, is appropriated out of any money to the credit of the

73  State General Fund, and allocated in a manner as determined by the

74  Treasurer's Office, to defray the expenses of paying for certain

75  outside legal assistance, expert witness fees, court fees,

76  judgments and settlement agreements incurred by the Office of the

77  Attorney General for the period beginning upon passage of this act

78  and through the fiscal year ending June 30, 2018..................

79  ..............................................$   1,815,194.00.

80       Of the funds appropriated in this section, the following

81  amounts are provided:

82       (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

83  State of Mississippi and the Department of Human Services, United

84  States District Court for the Southern District of Mississippi,

85  Jackson Division, Cause No. 3:04cv251(L)(N).....................

86  ..............................................$     80,972.00.

87       (b)  Troupe v. Barbour, Consolidated with United States v.

88  Mississippi, United States District Court for the Southern

89  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

90  ..............................................$    395,000.00.

91       (c)  Kenneth F. Murphy, Ray J. Murphy and Audie R. Murphy v.

92  The State of Mississippi by and through Delbert Hosemann in his

93  Official Capacity as the Secretary of State and Trustee of the

94  Public Tidelands and The City of Bay Saint Louis, Mississippi, in

95  the Circuit Court of Hancock County, Mississippi, Cause No.

96  12-0153........................................$     39,501.00.

97       (d)  Gale Nelson Walker v. Office of the District Attorney of

98  Hinds County, in the United States District Court for the Southern

99  District Court for the Southern District of Mississippi; Cause No.

100 1:15cv-00364....................................$     31,825.00.

101       (e)  Ola Kirk v. Mississippi Department of Public Safety, et

102  al., in the United States District Court for the Southern District

103  of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

104  ..............................................$    53,062.00.

105       (f)  Scott M. Favre Public Adjuster, LLC v. Delbert Hosemann,

106  Secretary of State of the State of Mississippi, in his official

107  capacity, and the City of Bay St. Louis, Mississippi, in the

108  Circuit Court of Hancock County, Mississippi, Cause No. 12-0237...

109  ..............................................$   140,000.00.

110       (g)  Mark G. Ohman v. the State of Mississippi by and through

111  Delbert Hosemann in his official capacity as Secretary of State

112  and Trustee of the Public Tidelands Trust and the City of Bay St.

113  Louis, Mississippi, in the Circuit Court of Hancock County,

114  Mississippi, Cause No. 15-0098...................$   137,500.00.

115       (h)  Settlement between the United States Environmental

116  Protection Agency and the State of Mississippi, Site/Spill ID

117  Number:04JF, CERCLA ID Number: MS D008154486, Settlement Agreement

118  for the Recovery of Response Costs, Docket No. CERCLA-04-2014-3756

119  ..............................................$     6,520.00.

120       (i)  Rick Parker v. Justin Rollins, Department of Public

121  Safety, in the United States District Court for the Northern

122  District of Mississippi, Civil Action Number 1:14-CV-231-SA-DAS

123  ..............................................$   237,948.00.

124       (j)  State of Mississippi v. Dale Partners Architects P.A.;

125  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

126 Environmental Management Plus; in the Circuit Court of Hinds
127 County, Mississippi, Civil Action Number 14-666...................
128 ................................................$    78,778.00.
129     (k)  Kennedy Brewer v. State of Mississippi, Circuit Court of
130 Noxubee County, Mississippi, Claimant No. 2009-0099..............
131 ................................................$    50,000.00.
132     (l)  Levon Brooks v. State of Mississippi, Circuit Court of
133 Noxubee County, Mississippi, Claimant No. 2009-0098..............
134 ................................................$    50,000.00.
135     (m)  Arthur Johnson v. State of Mississippi, Circuit Court of
136 Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........
137 ................................................$    50,000.00.
138     (n)  Cedric Willis v. State of Mississippi, Circuit Court of
139 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........
140 ................................................$    50,000.00.
141     (o)  Sabrina Porter v. State of Mississippi, Circuit Court of
142 Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K.........
143 ................................................$    29,000.00.
144     (p)  Estate of Larry Ruffin v. State of Mississippi, Circuit
145 Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....
146 ................................................$    50,000.00.
147     (q)  Phillip Leo Bivens v. State of Mississippi, Circuit
148 Court of Forrest County, Mississippi, Claimant No. CI-11-0240.....
149 ................................................$    50,000.00.

```
150        (r)  Estate of Bobby Ray Dixon v. State of Mississippi,

151   Circuit Court of Forrest County, Mississippi, Claimant No.

152   CI-11-0239.......................................$   50,000.00.

153        (s)  Jimmie Bass v. State of Mississippi, Circuit Court of

154   Bolivar County, Mississippi, Claimant No. 2011-0009..............

155   ..............................................$   50,000.00.

156        (t)  Rolland Glen Anderson v. State of Mississippi, Circuit

157   Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

158   ..............................................$   50,000.00.

159        (u)  Jamar Amin Moore v. State of Mississippi, in the Circuit

160   Court of Coahoma County; Civil Action No. 14-CI-13-0011...........

161   ..............................................$   50,000.00.

162        (v)  Jason Hall v. State of Mississippi, in the Circuit Court

163   of Forrest County; Cause No. CI 14-0014..........$   50,000.00.

164        (w)  Jason Hall v. State of Mississippi , in the Circuit

165   Court of Forrest County; Cause No. CI 14-0014, attorney fees......

166   ..............................................$   35,088.00.

167   SECTION 7.  In addition to all other sums herein

168   appropriated, the following sum, or so much thereof as may be

169   necessary, is appropriated out of any money to the credit of the

170   General Fund, and allocated in a manner as determined by the

171   Treasurer's Office, to defray the expenses of the Board of Tax

172   Appeals for the period beginning upon the passage of this act and

173   through June 30, 2018............................$   19,000.00.
```

174        This additional appropriation is made for the purpose of
175   supporting the operations of the Board of Tax Appeals.
176        SECTION 8.   In addition to all other sums herein
177   appropriated, the following sum, or so much thereof as may be
178   necessary, is appropriated out of any money to the credit of the
179   Capital Expense Fund, and allocated in a manner as determined by
180   the Treasurer's Office, to defray the expenses of the Mississippi
181   Department of Information Technology Services, and allocated in a
182   manner as determined by the Treasurer's Office for the period
183   beginning upon passage of this act and through the fiscal year
184   ending June 30, 2018............................$   3,000,000.00.
185        This additional appropriation is made to defray the expenses
186   of the department.
187        SECTION 9.   In addition to all other sums herein
188   appropriated, the following sum, or so much thereof as may be
189   necessary, is appropriated out of any money to the credit of the
190   General Fund, and allocated in a manner as determined by the
191   Treasurer's Office, to defray the expenses of the Department of
192   Rehabilitation Services and allocated in a manner as determined by
193   the Treasurer's Office for the period beginning upon passage of
194   this act and through the fiscal year ending June 30, 2018.........
195   ...............................................$   1,841,012.00.
196        This additional appropriation is for federal match
197   requirements for waiver services in order to achieve maintenance
198   of effort.

199    SECTION 10.  In addition to all other sums herein
200    appropriated, the following sum, or so much thereof as may be
201    necessary, is appropriated out of any money to the credit of the
202    Capital Expense Fund, and allocated in a manner as determined by
203    the Treasurer's Office, to defray the expenses of the Department
204    of Rehabilitation Services for the period beginning upon the
205    passage of this act and through June 30, 2018.....................
206    ...............................................$   2,035,362.00.
207    This additional appropriation is for federal match
208    requirements for waiver services in order to achieve maintenance
209    of effort.
210    SECTION 11.  In addition to all other sums herein
211    appropriated, the following sum, or so much thereof as may be
212    necessary, is appropriated out of any money to the credit of the
213    Capital Expense Fund, and allocated in a manner as determined by
214    the Treasurer's Office, to defray the expenses of the Department
215    of Corrections for the period beginning upon the passage of this
216    act and through June 30, 2018....................$  7,111,185.00.
217    This additional appropriation is made for the purpose of
218    paying contractual obligations at Private Prisons and Medical
219    expenses.
220    SECTION 12.  In addition to all other sums herein
221    appropriated, the following sum, or so much thereof as may be
222    necessary, is appropriated out of any money to the credit of the
223    General Fund, and allocated in a manner as determined by the

224    Treasurer's Office, to defray the expenses of the Oil and Gas

225    Board for the period beginning upon the passage of this act and

226    through June 30, 2018.............................$   36,900.00.

227        This additional appropriation is made for the purpose of

228    paying expenses of the Board.

229        SECTION 13.  In addition to all other sums herein

230    appropriated, the following sum, or so much thereof as may be

231    necessary, is appropriated out of any money to the credit of the

232    Capital Expense Fund, and allocated in a manner as determined by

233    the Treasurer's Office, to defray the expenses of Jackson State

234    University Board for the period beginning upon the passage of this

235    act and through June 30, 2019...................$  1,800,000.00.

236        This additional appropriation is made for the purpose of

237    defraying the costs of the School of Public Health.

238        SECTION 14.  In addition to all other sums herein

239    appropriated, the following sum, or so much thereof as may be

240    necessary, is appropriated out of any money to the credit of the

241    Mississippi State University Alcohol Safety Education Program, and

242    allocated in a manner as determined by the Treasurer's Office to

243    defray the expenses of the Mississippi State University Alcohol

244    Safety Education Program for the period beginning upon passage of

245    this act and through the fiscal year ending June 30, 2018.........

246    ...............................................$    198,106.00.

247        This additional appropriation is for the purpose of offering

248    classes throughout the state.

249    SECTION 15.  In addition to all other sums herein
250    appropriated, the following sum, or so much thereof as may be
251    necessary, is appropriated out of any money to the credit of the
252    Public Employees' Retirement System, and allocated in a manner as
253    determined by the Treasurer's Office to defray the expenses of the
254    Public Employees' Retirement System for the period beginning upon
255    passage of this act and through the fiscal year ending June 30,
256    2018...........................................$    800,000.00.
257    This additional appropriation is for the purpose of
258    continuing expenses of the System.  The State Personnel Board
259    shall adjust the Fiscal Year 2018 projected annual cost for the
260    System to account for additional salary dollars appropriated
261    herein.
262    SECTION 16.  In addition to all other sums herein
263    appropriated, the following sum, or so much thereof as may be
264    necessary, is appropriated out of any money to the credit of the
265    Department of Finance and Administration, and allocated in a
266    manner as determined by the Treasurer's Office to defray the
267    expenses of the Department of Finance and Administration for the
268    period beginning upon passage of this act and through the fiscal
269    year ending June 30, 2018.....................$    2,100,000.00.
270    This additional appropriation is for the purpose of repair
271    and renovation.
272    SECTION 17. In addition to all other sums herein
273    appropriated, the following sum, or so much thereof as may be

274  necessary, is appropriated out of any money to the credit of the
275  Department of Banking and Consumer Finance, and allocated in a
276  manner as determined by the Treasurer's Office to defray the
277  expenses of the Department for the period beginning upon passage
278  of this act and through the fiscal year ending June 30, 2018......
279  ...............................................$    307,907.00.
280      This additional appropriation is made for the purpose of
281  defraying the legal costs of the Department.
282      SECTION 18.  In addition to all other sums herein
283  appropriated, the following sum or so much thereof as may be
284  necessary, is appropriated out of any money to the credit of the
285  Department of Public Safety, to defray the expenses of the
286  Department of Public Safety for the period beginning upon the
287  passage of this act and through June 30, 2019....................
288  ...............................................$5,000,000.00.
289      This additional appropriation is made for the purpose of a
290  Highway Patrol Trooper School.
291      SECTION 19.  In addition to all other sums herein
292  appropriated,  the following sum, or so much thereof as may be
293  necessary, and contingent upon the passage of Senate Bill No 2467,
294  2018 Regular Session, is hereby appropriated out of any money in
295  the special fund in the State Treasury to the credit of the Rural
296  Fire Truck Acquisition Fund and/or the Supplemental Rural Fire
297  Truck Fund, which was created in Section 1, Laws of 2004, Third
298  Extraordinary Session, to the Mississippi Department of Insurance

```
299   for the Rural Fire Truck Acquisition Assistance Program for the
300   fiscal year beginning July 1, 2018, and ending June 30, 2019......
301   ..............................................$   1,800,000.00.
302       Of the funds appropriated in the section, Five Hundred
303   Thousand Dollars ($500,000.00) is provided for fire apparatus used
304   for fighting or extinguishing fire used with automobile fire
305   engines or ladder trucks.
306       SECTION 20.  This act shall take effect and be in force from
307   and after its passage, except for Sections 3, 13, 18 which shall
308   take effect after passage and through June 30, 2019, and except
309   for Section 19 which shall take effect and be in force from and
310   after July 1, 2018.
```

H. B. No. 1617      * HR31/ ANAP02SG*         ~ OFFICIAL ~
18/HR31/ANAP02SG        ST:  Appropriations; additional for various
PAGE 13 (RF\JAB)        state agencies for Fiscal Year 2018.

MISSISSIPPI LEGISLATURE                     REGULAR SESSION 2019

By: Representative Read                     To: Appropriations

HOUSE BILL NO. 1667
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF CHILD PROTECTION SERVICES FOR FISCAL YEAR 2019; THE DEPARTMENT
4  OF FINANCE AND ADMINISTRATION FOR FISCAL YEAR 2019; THE WIRELESS
5  COMMUNICATION COMMISSION FOR FISCAL YEAR 2019; THE DEPARTMENT OF
6  PUBLIC SAFETY FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
7  MISSISSIPPI DEPARTMENT OF MARINE RESOURCES FOR FISCAL YEAR 2019;
8  THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR 2019 AND FISCAL YEAR
9  2020; MISSISSIPPI EMERGENCY MANAGEMENT AGENCY - DISASTER TRUST FOR
10 FISCAL YEAR 2019 AND FISCAL YEAR 2020; MISSISSIPPI DEPARTMENT OF
11 CORRECTIONS FOR FISCAL YEAR 2019; DEPARTMENT OF AUDIT FOR FISCAL
12 YEAR 2019; DEPARTMENT OF REVENUE FOR FISCAL YEAR 2019; BOARD OF
13 ANIMAL HEALTH FOR FISCAL YEAR 2019; BOARD OF MEDICAL LICENSURE FOR
14 FISCAL YEAR 2019; INSTITUTIONS OF HIGHER LEARNING - OFFICE OF
15 STUDENT FINANCIAL AID FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
16 AND FOR RELATED PURPOSES.

17    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

18    **SECTION 1.**  In addition to all other sums herein

19 appropriated, the following sum, or so much thereof as may be

20 necessary, is appropriated out of any money to the credit of the

21 Capital Expense Fund, and allocated in a manner as determined by

22 the Treasurer's Office to defray the expenses of the Department of

23 Child Protection Services for the period beginning upon passage of

24 this act and ending June 30, 2019...............$  7,500,000.00.

25    This additional appropriation is made for the purpose of

26  supporting the operations of the Department of Child Protection

27  Services.

28    **SECTION 2.**  In addition to all other sums herein

29  appropriated, the following sum, or so much thereof as may be

30  necessary, is appropriated out of any money to the credit of the

31  Capital Expense Fund, and allocated in a manner as determined by

32  the Treasurer's Office, to defray the expenses of the Department

33  of Finance and Administration for the period beginning upon the

34  passage of this act and through June 30, 2020.....................

35  ..............................................$   6,412,964.00.

36    This additional appropriation is made for the purpose of

37  purchasing property insurance on state property as required by the

38  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

39  206.253.

40    **SECTION 3.**  In addition to all other sums herein

41  appropriated, the following sum, or so much thereof as may be

42  necessary, is appropriated out of any money to the credit of the

43  Capital Expense Fund, and allocated in a manner as determined by

44  the Treasurer's Office, to defray the expenses of the Wireless

45  Communication Commission for the period beginning upon the passage

46  of this act and ending June 30, 2019...........$   2,623,727.00.

47    This additional appropriation is made for the purpose of

48  paying contractual obligations for system maintenance.

49    **SECTION 4.**  In addition to all other sums herein

50  appropriated, the following sum, or so much thereof as may be

51  necessary, is appropriated out of any money to the credit of the

52  Capital Expense Fund, and allocated in a manner as determined by

53  the Treasurer's Office, to defray the expenses of the Department

54  of Public Safety for the period beginning upon the passage of this

55  act and through June 30, 2020...................$   6,030,964.00.

56      This additional appropriation is made for the purpose of

57  repayment of Highway Safety Grant program funds.

58    **SECTION 5.**  In addition to all other sums herein

59  appropriated, the following sum, or so much thereof as may be

60  necessary, is appropriated out of any money to the credit of the

61  Capital Expense Fund, and allocated in a manner as determined by

62  the Treasurer's Office, to defray the expenses of the Department

63  of Finance and Administration for the period beginning upon the

64  passage of this act and ending June 30, 2019......................

65  ..........................................$   3,500,000.00.

66      This additional appropriation is made for the purpose of

67  payment to the United States Department of Health and Human

68  Services.

69    **SECTION 6.**  In addition to all other sums herein

70  appropriated, the following sum, or so much thereof as may be

71  necessary, is appropriated out of any money to the credit of the

72  Capital Expense Fund, and allocated in a manner as determined by

73  the Treasurer's Office, to defray the expenses of the Department

74   of Marine Resources for the period beginning upon the passage of

75   this act and ending June 30, 2019................$     39,894.00.

76        This additional appropriation is made for the purpose of

77   paying a death benefit payment for a former employee.

78        **SECTION 7.**  In addition to all other sums herein

79   appropriated, the following sum, or so much thereof as may be

80   necessary, is appropriated out of any money to the credit of the

81   Capital Expense Fund, and allocated in a manner as determined by

82   the Treasurer's Office, to defray the expenses of paying for

83   certain outside legal assistance, expert witness fees, court fees,

84   judgments and settlement agreements incurred by the Office of the

85   Attorney General for the period beginning upon passage of this act

86   and ending June 30, 2019.......................$   4,288,518.00.

87        Of the funds appropriated in this section, the following

88   amounts are provided:

89        (a) Olivia Y., et al v. Phil Bryant, as Governor of the State

90   of Mississippi and the Department of Human Services, United States

91   District Court for the Southern District of Mississippi, Jackson

92   Division, Cause No. 3:04cv251(L)(N)...............$    123,810.00.

93        (b) Ola Kirk v. Mississippi Department of Public Safety, et

94   al., in the United States District Court for the Southern District

95   of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

96   ...............................................$     69,095.00.

97        (c) State of Mississippi v. Dale Partners Architects P.A.;

98   Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

99   Environmental Management Plus; in the Circuit Court of Hinds

100  County, Mississippi, Civil Action Number 14-666...................

101  ...............................................$   134,000.00.

102      (d) AVMI, LLC v. The State of Mississippi by and through

103  Delbert Hosemann in his official capacity as Secretary of State

104  and Trustee of the Public Tidelands Trust, in the Circuit Court of

105  Hancock County, Mississippi, Cause No. 14-0007...................

106  ...............................................$   350,000.00.

107      (e) Hancock Realty, Inc., v. The State of Mississippi by and

108  through Delbert Hosemann in his official capacity as Secretary of

109  State and Trustee of the Public Tidelands Trust, and the City of

110  Bay Saint Louis, Mississippi, in the Circuit Court of Hancock

111  County, Mississippi, Cause No. 13-0397..........................

112  ...............................................$   443,600.00.

113      (f) Settlement between the United States Environmental

114  Protection Agency and the State of Mississippi; Chemfax Inc.,

115  Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

116  ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

117  Agreement for the Recovery of Response Costs, Docket No.

118  CERCLA-04-2014-3756..............................$     120.00.

119      (g) Charlton Depriest, et al, v. Walnut Grove Correctional

120  Authority, et al................................$   544,281.00.

121      (h) Big House Books, Charles Owens and Jess Green v. Pelicia

122  Hall, Commissioner of the Mississippi Department of Corrections;

123  Mississippi Department of Corrections; Jacquelyn Banks,

```
124   Superintendent of the South Mississippi Correctional Institution;

125   South Mississippi Correctional Institution........$     6,000.00.

126        (i) Jackson Women's Health Organization, et al v. Mary

127   Currier, M.D., M.P.H., et al; in the United States District Court,

128   Southern District of Mississippi, Northern Division, Civil Action

129   No. 3:12-CV-436-DPJ-FKB..........................$    763,237.00.

130        (j) Kim Collins v. Trooper Matthew Hood; in the United States

131   District of Mississippi, Aberdeen Division, Civil Action No.

132   1:16-cv-00007-GHD-DAS............................$    150,000.00.

133        (k) Troupe v. Barbour, Consolidated with United States v.

134   Mississippi, United States District Court for the Southern

135   District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

136   ..............................................$   1,040,676.00.

137        (l) Troupe v. Barbour, Consolidated with United States v.

138   Mississippi, United States District Court for the Southern

139   District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

140   ..............................................$    205,000.00.

141        (m) Kennedy Brewer v. State of Mississippi, Circuit Court of

142   Noxubee County, Mississippi, Claimant No. 2009-0099..............

143   ..............................................$     50,000.00.

144        (n) Levon Brooks Estate v. State of Mississippi, Circuit

145   Court of Noxubee County, Mississippi, Claimant No. 2009-0098......

146   ..............................................$     50,000.00.

147        (o) Arthur Johnson v. State of Mississippi, Circuit Court of

148   Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........
```

149 ...............................................$   50,000.00.

150      (p) Cedric Willis v. State of Mississippi, Circuit Court of

151 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

152 ...............................................$   50,000.00.

153      (q) Larry Ruffin Estate v. State of Mississippi, Circuit

154 Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

155 ...............................................$   50,000.00.

156      (r) Phillip Leo Bivens Estate v. State of Mississippi,

157 Circuit Court of Forrest County, Mississippi, Claimant No.

158 CI-11-0240......................................$   25,000.00.

159      (s) Bobby Ray Dixon Estate v. State of Mississippi, Circuit

160 Court of Forrest County, Mississippi, Claimant No. CI-11-0239.....

161 ...............................................$   25,000.00.

162      (t) Jimmie Bass v. State of Mississippi, Circuit Court of

163 Bolivar County, Mississippi, Claimant No. 2011-0009..............

164 ...............................................$   50,000.00.

165      (u) Rolland Glen Anderson v. State of Mississippi, Circuit

166 Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

167 ...............................................$   50,000.00.

168      (v) Jamar Amin Moore v. State of Mississippi, in the Circuit

169 Court of Coahoma County, Mississippi; Civil Action No.

170 14-CI-13-0011...................................$   32,192.00.

171      (w) Jason Hall v. State of Mississippi, in the Circuit Court

172 of Forrest County, Mississippi; Cause No. CI 14-0014.............

173 ...............................................$   26,507.00.

174    **SECTION 8.**  In addition to all other sums herein
175    appropriated, the following sum, or so much thereof as may be
176    necessary, is appropriated out of any money to the credit of the
177    Capital Expense Fund, and allocated in a manner as determined by
178    the Treasurer's Office, to defray the expenses of paying for
179    certain outside legal assistance, expert witness fees, court fees,
180    judgments and settlement agreements incurred by the Office of the
181    Attorney General for the period beginning upon passage of this act
182    and through June 30, 2020.........................$   650,000.00.
183        Joseph Thomas et al. v. Phil Bryant et al, in the United
184    States Court for the Southern District of Mississippi, Northern
185    Division, Civil Action No. 3:18-CV-441-CWR-FKB.....$   650,000.00.
186    **SECTION 9.**  In addition to all other sums herein
187    appropriated, the following sum, or so much thereof as may be
188    necessary, is appropriated out of any money to the credit of the
189    Capital Expense Fund, and allocated in a manner as determined by
190    the Treasurer's Office to defray the expenses of the Mississippi
191    Emergency Management Agency – Disaster Assistance Trust Fund for
192    the period beginning upon passage of this act and ending June 30,
193    2020.........................................$   10,241,238.00.
194        This additional appropriation is made for the purpose of
195    supporting the agency disaster assistance and response to
196    emergencies.
197    **SECTION 10.**  In addition to all other sums herein
198    appropriated, the following sum, or so much thereof as may be

199  necessary, is appropriated out of any money to the credit of the

200  Capital Expense Fund, and allocated in a manner as determined by

201  the Treasurer's Office to defray the expenses of the Mississippi

202  Department of Finance and Administration for the period beginning

203  upon passage of this act and ending June 30, 2020.................

204  ..............................................$  2,500,000.00.

205      This additional appropriation is made for the purpose of

206  supporting Mississippi Law Enforcement Officer's Training Academy

207  improvements.

208      **SECTION 11.**  In addition to all other sums herein

209  appropriated, the following sum, or so much thereof as may be

210  necessary, is appropriated out of any money to the credit of the

211  Mississippi Department of Corrections, and allocated in a manner

212  as determined by the Treasurer's Office to defray the expenses of

213  the Mississippi Department of Corrections for the period beginning

214  upon passage of this act and ending June 30, 2019.................

215  ..............................................$  7,629,362.00.

216      This additional appropriation is for the purpose of paying

217  medical costs incurred during Fiscal Year 2019.

218      **SECTION 12.**  In addition to all other sums herein

219  appropriated, the following sum, or so much thereof as may be

220  necessary, is appropriated out of any money to the credit of the

221  Mississippi Department of Marine Resources, and allocated in a

222  manner as determined by the Treasurer's Office to defray the

223    expenses of the Department of Marine Resources for the period

224    beginning upon passage of this act and ending June 30, 2019.......

225    ...............................................$   5,000,000.00.

226        This additional appropriation is for the purpose of funding

227    projects under the Gulf of Mexico Energy Security Act.

228        **SECTION 13.**   In addition to all other sums herein

229    appropriated, the following sum, or so much thereof as may be

230    necessary, is appropriated out of any money to the credit of the

231    Mississippi Department of Marine Resources, and allocated in a

232    manner as determined by the Treasurer's Office to defray the

233    expenses of the Department of Marine Resources for the period

234    beginning upon passage of this act and ending June 30, 2019.......

235    ...............................................$   470,924.00.

236        (a) City of Long Beach for prior year expenses for Tidelands

237        projects FY15-P501-06L.......................$   295,739.00.

238        (b) City of Long Beach for prior expenses for Tidelands

239        projects FY16-P613-01L.......................$   175,185.00.

240        **SECTION 14.**   In addition to all other sums herein

241    appropriated, the following sum, or so much thereof as may be

242    necessary, is appropriated out of any money to the credit of the

243    Department of Audit and allocated in a manner as determined by the

244    Treasurer's Office to defray the expenses of the Department of

245    Audit for the period beginning upon passage of this act and ending

246    June 30, 2019.....................................$   500,000.00.

247    This additional appropriation is for the purpose of

248 continuing expenses at the Agency with regard to performing audits

249 throughout the state.

250    **SECTION 15.**  In addition to all other sums herein

251 appropriated, the following sum, or so much thereof as may be

252 necessary, is appropriated out of any money to the credit of the

253 Department of Finance and Administration, and allocated in a

254 manner as determined by the Treasurer's Office to defray the

255 expenses of the Department of Finance and Administration for the

256 period beginning upon passage of this act and through June 30,

257 2020..........................................$   1,423,599.00.

258    This additional appropriation is made for the purpose of

259 purchasing property insurance on state property as required by the

260 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

261 206.253.

262    **SECTION 16.**  In addition to all other sums herein

263 appropriated, the following sum, or so much thereof as may be

264 necessary, is appropriated out of any money to the credit of the

265 Department of Revenue, and allocated in a manner as determined by

266 the Treasurer's Office to defray the expenses of the Department of

267 Revenue for the period beginning upon passage of this act and

268 ending June 30, 2019...............................$   3,551.00.

269    This additional appropriation is made for the purpose of

270 paying for a prior year invoice from Fiscal Year 2016.

271     **SECTION 17.**  In addition to all other sums herein

272     appropriated, the following sum, or so much thereof as may be

273     necessary, is appropriated out of any money to the credit of the

274     Board of Animal Health, and allocated in a manner as determined by

275     the Treasurer's Office to defray the expenses of the Board of

276     Animal Health for the period beginning upon passage of this act

277     and ending June 30, 2019...........................$    2,435.00.

278         This additional appropriation is made for the purpose of

279     paying for a prior year invoice from Fiscal Year 2017.

280     **SECTION 18.**  In addition to all other sums herein

281     appropriated, the following sum, or so much thereof as may be

282     necessary, is appropriated out of any money to the credit of the

283     Board of Medical Licensure, and allocated in a manner as

284     determined by the Treasurer's Office to defray the expenses of the

285     Board of Medical Licensure for the period beginning upon passage

286     of this act and ending June 30, 2019..............$   240,000.00.

287         This additional appropriation is for operations of the agency

288     and the purchase of a new licensing system.

289     **SECTION 19.**  In addition to all other sums herein

290     appropriated, the following sum, or so much thereof as may be

291     necessary, is appropriated out of any money to the credit of the

292     Institutions of Higher Learning - Office of Student Financial Aid,

293     and allocated in a manner as determined by the Treasurer's Office

294     to defray the expenses of the Office of Student Financial Aid for

295   the period beginning upon passage of this act and through June 30,

296   2020......................................$   1,500,000.00.

297      **SECTION 20**.  This act shall take effect and be in force from

298   and after its passage.

~ **OFFICIAL** ~

ST:  Appropriation; additional for various state
agencies for Fiscal Year 2019.