IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**OLIVIA Y., by and through her next friend,**  **PLAINTIFFS**
**JAMES D. JOHNSON, et al.**

**VS.**                        **CIVIL ACTION NO.3:04-CV-251-TSL-FKB**

**PHIL BRYANT, AS GOVERNOR OF THE**      **DEFENDANTS**
**STATE OF MISSISSIPPI, ET AL.**

### ORDER

THIS CAUSE is before the court on plaintiffs' motion for leave to amend pending motion for relief pursuant to remedy phase of plaintiffs' renewed motion for contempt, for an evidentiary hearing and for the appointment of a receiver.

IT IS HEREBY ORDERED that plaintiffs' motion for leave to amend their pending motion for relief is granted.

IT IS FURTHER ORDERED that plaintiffs and defendants will be permitted to file memoranda that do not exceed a total of sixty (60) pages.

SO ORDERED, this 2nd day of July, 2019.

/S/Tom S. Lee
**UNITED STATES DISTRICT JUDGE**