# EXHIBIT G



Kenya Key Rachal
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive Suite 400
Jackson, MS 39211

March 6, 2019

Re:  Notice of Non-Compliance Re Paragraph 11.1 2nd Modified Settlement Agreement & Paragraph 10 of the Reform Plan and Stipulated Third Remedial Order

Dear Kenya:

Pursuant to Paragraph 11.1 of the 2nd Modified Mississippi Settlement Agreement and Remedial Plan, ("MSA") and Paragraph 10 of the Stipulated Third Remedial Order ("STRO") Plaintiffs inform you of their belief that Defendants are in substantial noncompliance.

Specifically, defendants are in violation of the following provisions of the MSA, by failing to file necessary information necessary to assert compliance, or filing information that demonstrates clear noncompliance.

Section 1.3.a
Section 1.3.b
Section 1.8.a
Section 1.8.b
Section 1.8.c
Section 2.8.b
Section 2.8.c
Section 2.8.d
Section 2.9
Section 3.2.a
Section 3.2.b
Section 3.2.c
Section 5.1.b
Section 5.1.c
Section 5.1.d
Section 6.3.b.2
Section 6.3.b.2.a
Section 6.3.b.2.b
Section 7.1
Section 7.3
Section 7.4
Section 7.5
Section 7.6
All of the provisions in Obtaining Youth Documentation section (7.8[a-k])
Section 8.1.a
Section 8.1.b
Section 8.1.f





Plaintiffs' counsel reserves the right to amend the notice of noncompliance based upon the information, or lack thereof, provided in response to the follow-up letter from the Quarter 4 meeting dated March 6, 2019.

Very truly yours,

Marcia Robinson Lowry, Esq.
Executive Director

