# EXHIBIT H

# Mississippi Performance on Caseload Standards | Data as of January 2, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Close (>1.0000 and <=1.2000) | Over 1 (>1.2000 and <=2.0000) | Over 2 (2.0000 and <=3.0000) | Over 3 (>3.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

## Overall (823)
- Met: 61% (499)
- Close: 14% (116)
- Over 1: 20% (168)
- Over 2: 4% (33)
- Over 3: 1% (7)

## Frontline (640)
- Met: 63% (401)
- Close: 14% (89)
- Over 1: 22% (141)
- Over 2: 1% (8)
- Over 3: 0% (1)

## Adoption & L. (183)
- Met: 54% (98)
- Close: 15% (27)
- Over 1: 15% (27)
- Over 2: 14% (25)
- Over 3: 3% (6)

## Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,476 | 823 | 757 | 841 |
| Frontline | 9,346 | 640 | 543 | 604 |
| Adoption & L. | 5,130 | 183 | 213 | 237 |

* See the Staffing Needs dashboard for the method used to estimate the total workers needed to staff the current cases, such that 90% (per the STRO) or 100% could have a caseload weight <= 1.0000

## East

| Overall | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall | 46% (202) | 19% (82) | 29% (129) | 6% (25) | |
| I-N (62) | 45% (28) | 27% (17) | 26% (16) | 2% (1) | |
| I-S (79) | 57% (45) | 33% (26) | 10% (8) | | |
| IV-N (59) | 71% (42) | 17% (10) | 10% (6) | 2% (1) | |
| IV-S (68) | 49% (34) | 18% (12) | 34% (23) | | |
| VII-C (86) | 24% (21) | 15% (13) | 44% (38) | 16% (14) | |
| VII-E (42) | 55% (23) | 7% (3) | 31% (13) | 7% (3) | |
| VII-W (44) | 23% (10) | 2% (1) | 57% (25) | 14% (6) | 5% (2) |

## West

| Overall | Met | Close | Over 1 | Over 2 | Over 3 |
|---|---|---|---|---|---|
| Overall | 78% (297) | 9% (34) | 10% (39) | 2% (8) | 1% (5) |
| II-E (53) | 79% (42) | 13% (7) | 4% (2) | 4% (2) | |
| II-W (69) | 71% (49) | 17% (12) | 10% (7) | | 1% (1) |
| III-N (57) | 95% (54) | 2% (1) | | 4% (2) | |
| III-S (62) | 89% (55) | 5% (3) | 3% (2) | 2% (1) | 2% (1) |
| V-E (51) | 71% (36) | 12% (6) | 16% (8) | | 2% (1) |
| V-W (47) | 66% (31) | 6% (3) | 21% (10) | 6% (3) | |
| VI (44) | 68% (30) | 5% (2) | 23% (10) | | 5% (2) |

