# EXHIBIT I



# MSA Quarterly Report

*Reporting period 10/1/2018 to 12/31/2018*

*February 20, 2019*

1

MDCPS
015083

# Table of Contents

I.    Introduction ....................................................................................... 3

II.   Population Overview ......................................................................... 3

  A.    Entry, Exit, and In-care Populations............................................ 3

  Table 1: Starting Population, Entries, Exits, and Ending population, by Quarter
  Starting 1/1/18 ...................................................................................... 3

  B.    Custody Outcomes During Period................................................ 4

  Figure 1: Children Exiting Custody During Q3 by Service Outcome..................... 4

    4

  C.    Case Goals as of December 31, 2018 .......................................... 5

  Figure 2:  Children in Custody on 12/31/18 by Current Permanency Plan Goal .. 5

  Figure 3: Children in Custody as of 12/31/18 by Region and County ................. 6

III.  Caseloads and Supervisor-Worker Ratio................................................ 7

  A.    1.3 Caseworker Caseloads............................................................ 7

  Figure 4: Caseworker Caseload Percentage Met v. Percentage Over, as of
  1/31/2019 ............................................................................................. 8

  B.    1.3.b Supervisor Ratio ................................................................. 9

  Table 2: Supervisor/Caseworker Ratio from the AR2K as of  1/1/19 ................... 9

IV.   Staffing and Training ......................................................................... 9

  A.    1.1 Hiring and Separations........................................................... 9

  Table 3: Hires, Separations, and Intra Agency Transfers for Caseload Carrying
  Workers and Supervisors, 10/1/18 – 12/31/18................................................ 10

  B.    1.2 Training.................................................................................. 10

MDCPS
015084

## I.    Introduction

This report provides quarterly updates to Mississippi Department of Child Protection Services Leadership, Staff, and Stakeholders, the Olivia Y. Court Monitor, and Olivia Y. Plaintiffs regarding Agency performance on quantitative metrics associated with the Second Modified Mississippi Settlement Agreement and Reform Plan (2nd MSA). This report covers activity through December 31, 2018 as of January 16, 2019.

Note: Data presented for earlier quarters may differ from previously published data due to late entered data, updated data, and/or improvements to the business rules used to calculate an indicator.

## II.    Population Overview

### A.    Entry, Exit, and In-care Populations

For the fourth quarter, there were 4991 children in custody on the first day of the period and 4811 children in custody on the last day of the period, for an overall net decrease of 180 children in custody during the reporting period.

*Table 1[1]: Starting Population, Entries, Exits, and Ending population, by Quarter Starting 1/1/18*

|         | In-care Q Start | Entries into Care | Exits from Care | In-care Q End |
|---------|-----------------|-------------------|-----------------|---------------|
| 2018 Q1 | 5570            | 781               | 881             | 5360          |
| 2018 Q2 | 5360            | 679               | 907             | 5132          |
| 2018 Q3 | 5132            | 731               | 872             | 4991          |
| 2018 Q4 | 4991            | 599               | 779             | 4811          |

---

[1]The Q1 and Q2 numbers reported differ from prior quarterly reports due to updated custody data for children in custody during the prior periods.

3

MDCPS
015085

B.    Custody Outcomes During Period

During Q4, 779 children exited MDCPS custody. Figure 1 shows the service outcomes for these children.

*Figure 1: Children Exiting Custody During Q4 by Service Outcome*

N = 779



MDCPS
015086

C.    Case Goals as of December 31, 2018

Figure 2 presents the number of children in custody on December 31, 2018, categorized by the permanency plan included in the most recent Family Service Plan approved prior to the end of the reporting period.

*Figure 2:  Children in Custody on 12/31/18 by Current Permanency Plan Goal*

*N = 4811*



5

MDCPS
015087

*Figure 3: Children in Custody as of 12/31/18 by Region and County*



6

MDCPS
015088

## III.    Caseloads and Supervisor-Worker Ratio

### A.    1.3 Caseworker Caseloads

This section addresses the requirements for case worker caseloads and  supervisor ratios in compliance with 2nd MSA, provisions 1.3.a and 1.3.b. The provisions are included below.

**1.3.a**: 90% of MDCPS caseworkers will have caseloads which do not exceed the caseload standards set forth below. Individual MDCPS caseworkers with generic caseloads shall not carry a mixed caseload that exceeds 100% capacity as calculated by the following weights per case type:

| Type of Case[2] | Included Categories | Standards | Weight Per Case - 100% Capacity |
|---|---|---|---|
| Child Protection | Investigations Level 2 Investigations Level 3 | 14 Investigations | 0.0714 |
| Ongoing Foster Care | Placement Responsibility & Service | 14 Children | 0.0714 |
| Ongoing Foster Care | Placement County of Responsibility Placement County of Service | | 0.0357 |
| In-Home Cases | Protection Responsibility & Service Prevention Responsibility & Service ICPC - Incoming | 17 Families | 0.0588 |
| In-Home Cases | Prevention or Protection County of Responsibility Prevention or Protection County of Service | | 0.0294 |
| Adoption | Adoption County of Service | 15 Children | 0.0667 |
| New Application Licensing | Resource Inquiry ICPC Application Foster Home Study | 15 Homes | 0.0667 |
| Renewal Licensing | Foster Home Supervision Foster Home Renewal | 36 Homes | 0.0278 |

---

[2] This table includes 2ndMSA caseload standards, but formatting changes have been made to the table for purposes of ease of reading in this quarterly report.

7

MDCPS
015089

*Figure 4: Caseworker Caseload Percentage Met v. Percentage Over, as of 1/31/2019*

## Mississippi Performance on Caseload Standards | Data as of January 31, 2019

| Worker Type | East West South | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s)

Met (<= 1.0000) | Close (> 1.0000 and <= 1.2000) | Over 1 (> 1.2000 and <= 2.0000) | Over 2 (2.0000 and <= 3.0000) | Over 3 (> 3.0000)

### Overall (806)

| | |
|---|---|
| Met | 53% (425) |
| Close | 22% (174) |
| Over 1 | 25% (201) |
| Over 2 | 1% (6) |

### Frontline (582)

| | |
|---|---|
| Met | 52% (300) |
| Close | 24% (138) |
| Over 1 | 24% (140) |
| Over 2 | 1% (4) |

### Adoption & L. (212)

| | |
|---|---|
| Met | 53% (113) |
| Close | 17% (36) |
| Over 1 | 29% (61) |
| Over 2 | 1% (2) |

### SIU (12)

| | |
|---|---|
| Met | 100% (12) |

### Current staffing vs. Needed staffing *

| Worker Type | Cases | Actual Workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 14,407 | 806 | 742 | 824 |
| Frontline | 9,355 | 582 | 533 | 592 |
| Adoption & L. | 5,002 | 212 | 206 | 229 |
| SIU Worker | 50 | 12 | 3 | 4 |

* See the Staffing Needs dashboard for the method used to estimate the total workers needed to staff the current cases, such that 90% (per the STFO) or 100% could have a caseload weight <= 1.0000

### East

| | | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|---|
| Overall | | 56% (178) | 25% (79) | 19% (60) | 0% (1) |
| I-N | (63) | 67% (42) | 13% (8) | 21% (13) | |
| I-S | (77) | 45% (35) | 34% (26) | 21% (16) | |
| II-E | (50) | 48% (24) | 20% (10) | 30% (15) | 2% (1) |
| IV-N | (54) | 72% (39) | 22% (12) | 6% (3) | |
| IV-S | (74) | 51% (38) | 31% (23) | 18% (13) | |

### West

| | | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|---|
| Overall | | 62% (156) | 21% (53) | 17% (43) | 0% (1) |
| II-W | (61) | 85% (52) | 11% (7) | 3% (2) | |
| III-N | (45) | 60% (27) | 29% (13) | 11% (5) | |
| III-S | (56) | 27% (15) | 32% (18) | 41% (23) | |
| V-E | (48) | 75% (36) | 17% (8) | 6% (3) | 2% (1) |
| V-W | (43) | 60% (26) | 16% (7) | 23% (10) | |

### South

| | | Met | Close | Over 1 | Over 2 |
|---|---|---|---|---|---|
| Overall | | 35% (79) | 19% (42) | 44% (98) | 2% (4) |
| VI | (48) | 48% (23) | 25% (12) | 27% (13) | |
| VII-C | (90) | 22% (20) | 13% (12) | 63% (57) | 1% (1) |
| VII-E | (38) | 11% (4) | 18% (7) | 63% (24) | 8% (3) |
| VII-W | (47) | 68% (32) | 23% (11) | 9% (4) | |

### SIU (Special Investigation Unit)

| | | Met |
|---|---|---|
| Overall | | 100% (12) |
| SIU | (12) | 100% (12) |

MDCPS
015090

B.  1.3.b Supervisor Ratio

This section addresses the requirements for supervisor ratios in compliance with 2nd MSA, provision 1.3.b:

**1.3.b** 85% of MDCPS supervisors shall be responsible for no more than five (5) caseworkers.

As of January 1, 2019, 78% (22% exceeded standard) of supervisory staff were meeting the supervisor/worker ratio.

*Table 2: Supervisor/Caseworker Ratio from the AR2K as of 1/1/19*

| Region | Total Number of Caseworker Supervisors | Total Number of Caseworkers | Total Number of Supervisors Meeting Supervision Limit | % of Supervisor Meeting Supervision Limit | Total Number of Supervisors Exceeding Supervision Limit | % of Supervisors Exceeding Supervision Limit |
|---|---|---|---|---|---|---|
| I-N | 12 | 67 | 7 | 58% | 5 | 42% |
| I-S | 16 | 84 | 9 | 56% | 7 | 44% |
| II-E | 13 | 58 | 10 | 77% | 3 | 23% |
| II-W | 15 | 65 | 12 | 80% | 3 | 20% |
| III-N | 14 | 51 | 13 | 93% | 1 | 7% |
| III-S | 13 | 65 | 5 | 38% | 8 | 62% |
| IV-N | 20 | 58 | 20 | 100% | 0 | 0% |
| IV-S | 20 | 79 | 20 | 100% | 0 | 0% |
| V-E | 15 | 58 | 14 | 93% | 1 | 7% |
| V-W | 13 | 42 | 10 | 77% | 3 | 23% |
| VI | 13 | 50 | 13 | 100% | 0 | 0% |
| VII-E | 10 | 48 | 6 | 60% | 4 | 40% |
| VII-W | 12 | 53 | 9 | 75% | 3 | 25% |
| VII-C | 22 | 104 | 16 | 73% | 6 | 27% |
| **Statewide** | **208** | **882** | **164** | **79%** | **44** | **21%** |

# IV.    Staffing and Training

A.    1.1 Hiring and Separations

This section provides an overview of front-line case carrying staff, new hires, and separations that occurred within the reporting period in compliance with 2nd MSA, provision 1.1.a

**1.1.a** MDCPS shall hire caseworkers who have, at minimum, a bachelor's degree in social work or a related human services degree. The Monitor shall review and determine which degrees qualify as related human services degrees.

**1.1.b.** MDCPS shall hire or promote to the position of caseworker supervisor only persons who have, at minimum, the following qualifications:

9

**1.1.b.1.** A master's degree in social work or a related human services degree and two years of experience working with children and families, preferably in foster care; or

**1.1.b.2.** A bachelor's degree in social work or a related human services degree with three years of experience working with children and families, preferably in foster care.

Table 3 presents hiring and separation data for Q3, including intra-agency transfers into supervisory roles.

*Table 3: Hires, Separations, and Intra Agency Transfers for Caseload Carrying Workers and Supervisors, 10/1/18 – 12/31/18*

| Title | Total Staff Q Start | Oct-18 | | | | Nov-18 | | | | Dec-18 | | | | Total Staff Q End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hires | Exits | Intra-In | Intra-Out | Hires | Exits | Intra-In | Intra-Out | Hires | Exits | Intra-In | Intra-Out | |
| Supervisors | 228 | 1 | 2 | 2 | 1 | 0 | 4 | 1 | 0 | 1 | 3 | 0 | 0 | 223 |
| Case Worker | 879 | 24 | 23 | 0 | 1 | 21 | 28 | 0 | 1 | 20 | 15 | 0 | 0 | 876 |
| Totals | **1107** | | | | | | | | | | | | | **1099** |

Data related to individual workers are provided to the Monitor on a quarterly basis.

## B.    1.2 Training

This section provides an overview of caseworker and supervisor training during the reporting period in compliance with 2nd MSA, provisions 1.2.a-e. The provisions are included below:

**1.2.a.** MDCPS shall maintain a Training Unit headed by a qualified director of training. The Training Unit shall have sufficient staffing, funding, and other resources to assure that comprehensive child welfare training is provided to enable all caseworkers, supervisors, and other child welfare agency employees to comply with the relevant mandates of this 2nd MSA, MDCPS policy, and reasonable professional standards.

As requested by the Monitor, MDCPS will produce an annual professional development plan by December 1 each year, and any updates, to include staffing and funding for the Training Unit and details of the child welfare training to be offered to caseworkers, supervisors and other child welfare employees during the following calendar year.

**1.2.b.** MDCPS caseworkers shall receive a minimum of 270 hours of pre-service training, which includes instructional training and supervised field training, and may include E-Learning. Any E-Learning training is subject to the approval of the Monitor. Pre-service training provided during an MDCPS internship or previous employment with MDCPS may be counted towards the pre-service training requirement if that training is substantially similar to the training provided to new hires.

During the quarter, seventy-one caseworkers completed the requisite 270 hours of pre-service training. Thirteen caseworkers were exempt from pre-service training due to their status as a rehire. Additionally, sixteen caseworkers began pre-service during Q4 and are scheduled to complete training in Q5.

Data related to individual workers are provided to the Monitor on a quarterly basis.

10

MDCPS
015092

**1.2.c.** MDCPS caseworker trainees, as part of pre-service training, may be assigned specific tasks or activities in connection with a case that is the primary responsibility of an experienced caseworker and may, under appropriate supervision, be assigned responsibility for a "training caseload" with progressively responsible caseload assignment:

**1.2.c.1.** Upon successful completion of a competency test, reviewed and approved by the Monitor and administered subsequent to the trainee's fourth week of work, up to five (5) cases may be assigned with supervisor approval.

**1.2.c.2.** Final caseloads may be assigned after successful completion of pre-service training, all competency-based tests and a satisfactory review by the training team.

**1.2.c.3.** All competency tests, modifications to competency tests, and the standards for passing competency tests, must be reviewed and approved by the Monitor.

MDCPS has elected not to implement training caseloads at this time. If the Agency decides to institute training caseloads, MDCPS will notify the Monitor before proceeding, so that all competency tests, standards for passage, etc. can first be reviewed the Monitor for approval.

**1.2.d.** Starting in calendar year 2018, MDCPS caseworkers shall receive a minimum of 20 hours of in-service training, and all supervisors shall receive a minimum of 12 hours of in-service training. Beginning in 2019, MDCPS caseworkers shall receive a minimum of 40 hours of in-service training each year, and all supervisors shall receive a minimum of 24 hours of in-service training each year.

MDCPS produces a training report to the Monitor as requested that includes the names of all caseworkers and supervisors, their region/county office, and the number of hours of in-service training completed as of June 30, 2018 and as of December 31, 2018.

**1.2.e:** MDCPS caseworker supervisors, within 90 days of hire or promotion, shall receive a minimum of 40 hours of training, directed specifically at the supervision of child welfare caseworkers.

During Q4, six supervisors were hired or promoted. Two supervisors completed supervisory training during the period, two had previously completed supervisory training, one is scheduled to complete supervisory training in Q5, and one left during training.

Data related to individual supervisors are provided to the Monitor on a quarterly basis.

## V.    1.4 Continuous Quality Improvement

**1.4.a.** By December 1st of each year, MDCPS shall develop an annual Continuous Quality Improvement Plan, which shall be subject to the approval of the Monitor after consultation with the parties.

**1.4.b.** Upon approval, MDCPS will implement the Annual CQI Plan and will do so with sufficient staff and resources to assess compliance with those provisions of the 2nd MSA that were identified for review in the Plan. The reviews will assess case practice, analyze outcomes, and produce analysis that will be shared with managers and stakeholders to achieve performance improvement.

MDCPS submitted the 2019 CQI Action Plan to the Court Monitor on November 30, 2018 and is currently awaiting on final approval of the plan.

11

MDCPS
015093

## VI.    1.5 Management Information Systems

**1.5.a.** MDCPS shall maintain comprehensive information systems that permit: (1) timely access by authorized MDCPS staff to information, including current and historical case documents, to support child safety and continuity of care across placement settings and services; (2) capturing, tracking, and reporting of applicable financial information, quantitative 2nd MSA compliance, longitudinal performance, and child welfare information, including federally required elements; and (3) prompts for workers and supervisors regarding required actions in a child's case and whether they have taken place.

**1.5.b.** MDCPS shall have a Comprehensive Child Welfare Information System (CCWIS) appropriate to its size and complexity that shall meet federal requirements by June 30, 2021. Defendants shall take reasonable steps to ensure data quality and verification of the accuracy of data in CCWIS. The CCWIS system shall have the necessary controls to decrease the risk of duplication of data and to reduce the risk of incorrect or invalid data. The system shall provide a visible trail to authorized administrators of all information entered, added, deleted, or modified, and shall have necessary security to protect data integrity. This system shall be audited at least annually to ensure the accuracy and validity of data in the system.

As noted in the January 31, 2019 correspondence to Plaintiffs and also shared with the Monitor (MDCPS 014893-014896), currently, work related to system development for CCWIS has been paused due to the budgetary issue. MDCPS continues to have monthly status update calls with the Children's Bureau for planning purposes related to both MACWIS and CCWIS. Advanced Planning Documents are being prepared for submission to the Children's Bureau for both MACWIS and CCWIS.

## VII.    1.6 Data Collection and Reporting

**1.6.b.** Data related to compliance with the 2nd MSA's Foster Care Service Standards will be collected, analyzed, and made available, at least quarterly, to MDCPS regional and county staff.

MDCPS has submitted region and county level summary data files with each quarterly submission to the Monitor. Additionally, MDCPS created a Data Dashboard that provides point in time data related to the 2nd MSA's Foster Care Service Standards that is updated daily. All MDCPS staff have access to the data dashboard.

## VIII.    1.7 Performance Based Contracting

1.7.a. Defendants shall establish, maintain and assess the effectiveness of a performance-based contracting system to evaluate annually contract agency compliance with the terms of the 2nd MSA. Defendants shall take all reasonable steps to ensure contract agency remediation of any identified deficiencies within three (3) months. A contract agency's unwillingness to participate in remediation efforts will be grounds for contract termination.

MDCPS completed reviews of 2 contract agencies from October 1, 2018 through December 31, 2018. A final report including results of the reviews is available to the monitors.

12

| Section | MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| Caseloads | 1.3.a | Caseworker Caseload [1] | % of Caseworkers Meeting Caseload Standards | 90% | 90% | 90% | 90% | | 58% | | | 58% | | | 46% | | | 53% | |
| Caseloads | 1.3.b | Supervisor Ratio [1] | % of Supervisors Supervising Less Than Five Caseworkers | 85% | 85% | 85% | 85% | | 75% | | | 76% | | | 78% | | | 79% | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All Reports of ANE Received | NA | NA | NA | NA | | 9189 | | | 8935 | | | 9471 | | | 8973 | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All ANE Reports Screened Out | NA | NA | NA | NA | | 1683 | | | 1880 | | | 1931 | | | 1849 | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All ANE Reports Assigned for Investigation | NA | NA | NA | NA | | 7506 | | | 7055 | | | 7539 | | | 7123 | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Received | NA | NA | NA | NA | | 304 | | | 317 | | | 314 | | | 277 | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Screened Out | NA | NA | NA | NA | | 158 | | | 192 | | | 157 | | | 149 | |
| Child Safety and Maltreatment in Care | 2.1.a | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Assigned for Investigation | NA | NA | NA | NA | | 146 | | | 125 | | | 157 | | | 128 | |
| Child Safety and Maltreatment in Care | 2.4 | Follow-up - Group Home & Emergency Shelters | % of Substantiated MIC Investigations with a Subsequent Licensure Investigations | NA | NA | NA | NA | | | | | 100% | | | | | | 100% | |

Footnotes:
1) Caseworker caseload and supervisor ratio are taken from the most recent workload reports available after the end of the quarter

MDCPS
015095

| Category | Measure | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Child Safety and Maltreatment in Care | MIC Substantiated Investigation 2.5 Follow-up – Private Child Placing Agencies | % of Substantiated Investigations with a Subsequent Licensure Investigations | NA | NA | NA | NA | 100% | | | 100% |
| Child Safety and Maltreatment in Care | 2.2 & 2.8 [3,4] MIC Investigation Timeliness | % of MIC Investigations Initiated Timely | NA | NA | NA | NA | 96% | 98% | 97% | 98% |
| Child Safety and Maltreatment in Care | 2.2 & 2.8 [3,4] MIC Investigation Timeliness | % of MIC Investigations Approved within 30 Days | NA | NA | NA | NA | 95% | 99% | 99% | 99% |
| Child Safety and Maltreatment in Care | 2.2 & 2.8 [3,4] MIC Investigation Timeliness | % of MIC Investigations Initiated and Approved Timely | 90% | 90% | 90% | 90% | 95% | 98% | 97% | 94% |
| Child Safety and Maltreatment in Care | 2.9.a MIC Rate | Rate of Maltreatment in Care - add lang. | 0.33% | 0.33% | 0.33% | 0.33% | | 1.16% | | 97% |
| Family-Based Placements | 3.1 Relative Placements | % of Expedited Homes with Action Taken within 90 days | NA | NA | NA | NA | 84% | 93% | 94% | 96% |
| Family-Based Placements | 3.3 [5] Foster Home Development | % Progress Towards New Foster Home Licensed in 2018 by Quarter | 400 By 12/31/18 | NA | NA | NA | 24% | 43% | 71% | 108% |

Footnotes:

3) For Q3, the business rules for identifying maltreatment in care reports were changed in consultation with the Monitor. Consequently, the numbers for Q1 and Q2 have been recalculated for this report and will differ from the numbers reported in the Q1 and Q2 quarterly reports.

4) The number of MIC investigations identified for 2.1 and 2.2 & 2.8a differ due to the differences between using investigation intake dates and disposition dates.

Footnotes:

5) The number of homes developed for any quarter may change slightly after verification and reconciliation with the Monitor.

| Placement Standards | Reference | Measure | Target | | | | | | | | | | | | | | Count | Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Placement Standards | 4.1 & 4.13 | % of MDCPS Licensed Resource Homes Meeting Resource Home Units or an Exception | 70% | 98% | 98% | 98% | 98% | 98% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% |
| Placement Standards | 4.14 | Resource Home Limits | NA | | | | | | | | | | | | | | |
| Placement Standards | 4.2 & 4.14 | Children with Special Needs Placed with Resources Meeting those Needs | 80% | | | | | | | | | | | | | | |
| Placement Standards | | PIT Count of Children in Family Based Placements as of the last day of the quarter - | 60% | | | | | | | | | | | | | 3898 | 3829 |
| Placement Standards | | PIT Count of Children in Custody as of last day of the Quarter by placement grouping: | 75% | | | | | | | | | | | | | 4955 | 4765 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Least Restrictive Setting | 95% | | | | | | | | | | | | | 2049 | 1987 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Foster Home Care within Reasonable Community | | | | | | | | | | | | | | 1913 | 1870 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed Outside of Home Community | | | | | | | | | | | | | | 445 | 439 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Placements with relatives | | | | | | | | | | | | | | 246 | 211 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Group Home Care | | | | | | | | | | | | | | 257 | 227 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Institutional Care | | | | | | | | | | | | | | 30 | 21 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in Runaways | | | | | | | | | | | | | | 15 | 10 |
| Placement Standards | 4.3 & 4.15.6 Least Restrictive Setting | Children Placed in None | | | | | | | | | | | | | | | |

| Placement Standards | Provision | Measure | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Placement Standards | 4.4 & 4.18 Within 50-Mile Radius — Children Placed Within 50-Mile Radius | % of Children Placed Within the 50-mile Radius or with an Exception Noted | 90% | 90% | 90% | 90% | 100% | 100% | 100% |
| Placement Standards | 4.4 & 4.18 Within 50-Mile Radius — Children Placed Within 50-Mile Radius | % of children from Regions I-E, II-W, and V-W within the 50-mile Radius or with an Exception Noted — Note: The careout regions for this provision have been included in the calculations for 4.4 | 90% | 90% | 90% | 90% | | | |
| Placement Standards | 4.6 Siblings Placed Together Initially | % Sibling Groups Initially Placed Together | 60% | NA | 75% | 90% | 96% | 95% | 97% |
| Placement Standards | 4.5 & 4.19 Within 75-Mile Radius — Children Placed Within 75-Mile Radius | | 90% | 90% | 90% | 90% | | | |
| Placement Standards | 4.9 Congregate Care Setting — Children Under 10 Placed In a Congregate Care Setting with RD Approval or Exception Documented | % of Children Under 10 Placed In a Congregate Care Setting with RD Approval or Exception Documented | NA | NA | NA | NA | 88% | 100% | 100% |
| Placement Standards | 4.11 More than One Emergency Shelter Placement — Children with More than One Emergency Shelter Placement with RD approval/Exception Documented | % of Children Placed In Subsequent Emergency Shelter Placement with RD approval/Exception Documented | NA | NA | NA | NA | 99% | 100% | 100% |

Footnotes for this provision:

6) Pursuant to the 2nd MSA and with approval of the Court Monitor, MDCPS is producing point in time (PIT) and period reports, identifying populations of interest for qualitative case reviews in time for this provision. Additionally, MDCPS will evaluate this provision through the Foster Care Review (FCR) as part of the Annual CQI Plan.

| Placement Standards | Measure | Standard | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Visitation | 5.a.1 Worker Contacts with Custody Children — % of Children Receiving at Least 2 Visits, at Least One of Which Occurred in the Home | 75% | 90% | 90% | 90% | 96% | 96% | 96% | 95% | 96% | 97% | 97% | 95% | 95% | 95% | 95% | 95% |
| Visitation | 5.1.b Children In Trial Home Visits — % of Children In THV for Entire Month who Received 2 In-home Contacts | 75% | 90% | 90% | 90% | 61% | 55% | 55% | 63% | 63% | 77% | 70% | 61% | 60% | 57% | 59% | 51% |
| Visitation | 5.1.c & 6.3.a.1 Worker Contacts with Custody Parents — % of Cases Where at Least 1 Parent Identified for Reunification was Contacted Each Month | 75% | 90% | 90% | 90% | 64% | 64% | 63% | 34% | 65% | 65% | 67% | 64% | 64% | 61% | 59% | 59% |
| Visitation | 5.1.d Worker Contact: With MDCPS Foster Parents — % of MDCPS Foster Homes Who Had an Active Placement for the Entire Month, Who Received a Visit | 75% | 90% | 90% | 90% | 70% | 70% | 71% | 70% | 73% | 75% | 73% | 71% | 67% | 70% | 67% | 68% |
| Child and Youth Permanency | 6.1.a Family Service Plans Submitted and Approved within 45 days — % of Initial FSPs Submitted and Approved within 45 days | 75% | 90% | 90% | 90% | 85% | | | | 87% | | | | 87% | | | |
| Child and Youth Permanency | 6.1.d Initial Permanency Plans Submitted and Approved within 45 days — % of Initial Perm Plans submitted and approved within 45 days | 75% | 90% | 90% | 90% | 84% | | | | 87% | | | | 86% | | | |

| Category | Measure | Description | T1 | T2 | T3 | T4 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Child and Youth Permanency | 6.3.a.1 Children with a Permanency Goal of Reunification | # of Children in care on last day of quarter with a permanency plan of reunification | | | | | | 2576 | 2382.00 |
| Child and Youth Permanency | 6.3.a.2 Worker Contacts with Custody Child Parents | See 5.1.c | | | | | | | |
| Child and Youth Permanency | 6.3.a.3 & 6.3.a.4 Services Provided in Support of Reunification | # of Children eeting to reunification ref | | | | | | 483 | 439% |
| Child and Youth Permanency | 6.3.a.5 & 6.3.a.6 Reunified and had a Plan of Reunification | Trial Home Visits for Children who Were Reunified With a Plan of Reunification and Received a Trial Home Visit | 75% | 90% | 90% | 90% | 87% | 85% | 86% |
| Child and Youth Permanency | 6.3.b.1 Adoption Worker Assignment | % of Children Who Had an Adoption Worker Assigned | 70% | 90% | 90% | 90% | 98% | 98% | 99% |
| Child and Youth Permanency | 6.3.b.2 & 6.3.b.3 TPR Referral | % of children in custody 17 of 22 months with TPR referred or ASFA exception documented | 70% | 80% | 90% | 90% | 65% | 73% | 45% |
| Child and Youth Permanency | 6.3.d Durable legal Custody and Guardianship | Children with a permanency plan of durable legal custody, guardianship, custody with a relative | | | | | | 214 | 198 |

MDCPS
015100

| Program Area | Provision | Performance Measure | Target | Target | Target | Target | Period | Period | Period |
|---|---|---|---|---|---|---|---|---|---|
| Child and Youth Permanency | 6.4.a Timely Permanency Plan Review | % of Children Receiving a Timely Foster Care Review | 80% | 90% | 90% | 90% | 98% | 95% | 94% |
| Child and Youth Permanency | 6.4.b [7] Timely Judicial Review | % of Children Receiving a Timely Court Hearing | 80% | 90% | 90% | 90% | 11% | 7% | 5% |
| Transition to Independent Living | 7.1 Cessation of Services | Notice of Children receiving advanced notice of health benefits | NA | NA | NA | NA | 33% |  | 15% |
| Transition to Independent Living | 7.1 Notice of Cessation of Services | % of Children receiving advanced notice of cessation of financial benefits | NA | NA | NA | NA | 34% |  | 40% |
| Transition to Independent Living | 7.1 Cessation of Services | % of Children receiving advanced notice of cessation of IL services | NA | NA | NA | NA | 34% |  | 35% |
| Transition to Independent Living | 7.2 Creation of Independent Living Plan | % of Youth with an independent living plan who participated in its creation | NA | NA | NA | NA | 42% |  | 82% |
| Transition to Independent Living | 7.3 Delivery of Independent Living Services | % of Youth who participated in the following Modules: |  |  |  |  |  |  |  |

Footnotes: period reports, identifying populations of interest for qualitative case reviews for this provision.

6) Pursuant to the 2nd MSA and with approval of the Court Monitor, MDCPS is producing PIT and period reports, identifying populations of interest for qualitative case reviews for this provision.

7) 6.4.b requires MDCPS will take all reasonable steps to ensure that a court review, which may be called a review, dispositional, or permanency hearing, is held for each child in foster care custody within 12 months of initial placement, and annually thereafter. The data presented for 6.4.b represents the number of children with a documented timely court hearing not the reasonable steps taken to ensure a hearing is held. Data related to reasonable steps will be tracked in MACWIS starting with Q5 2019.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Employment | NA | NA | NA | NA | 16% | 24% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Comm. Resources | NA | NA | NA | NA | 13% | 21% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Transportation | NA | NA | NA | NA | 13% | 19% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Communication Sk. | NA | NA | NA | NA | 14% | 24% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Social Development | NA | NA | NA | NA | 14% | 31% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Youth Law | NA | NA | NA | NA | 14% | 14% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Money Management | NA | NA | NA | NA | 14% | 25% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Self-Care | NA | NA | NA | NA | 42% | 26% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Decision Making | NA | NA | NA | NA | 42% | 31% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Housing | NA | NA | NA | NA | 42% | 19% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Relationships | NA | NA | NA | NA | 42% | 26% |
| Transition to Independent Living / 7.3 Independent Living Services / Delivery of | Daily Living Skills | NA | NA | NA | NA | 42% | 25% |
| Transition to Independent Living / 7.5 Start-up Stipend | % of Youth emancipated during the period who received a start-up stipend as of 9/11/18 | NA | NA | NA | NA | 71% | 64% |

MDCPS
015102

| Category | Code | Item | | | | | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| Transition to Independent Living | 7.6 Housing Specialist | % of Youth who emancipated during the period and who accessed a housing specialist | NA | NA | NA | NA | 13% | 31% |
| Transition to Independent Living | 7.7 ETV Funds | Number of Youth who received ETV funds during ffy 2018 | NA | NA | NA | NA | 98 | 50 |
| Transition to Independent Living | 7.8 Documentation | % of APPLA Youth whose files showed effort to acquire listed documentation: | NA | NA | NA | NA | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.a Education Records | NA | NA | NA | NA | 56% | 32% |
| Transition to Independent Living | 7.8 Documentation | 7.8.b SSN | NA | NA | NA | NA | 37% | 31% |
| Transition to Independent Living | 7.8 Documentation | 7.8.c Resume | NA | NA | NA | NA | 4% | 3% |
| Transition to Independent Living | 7.8 Documentation | 7.8.d Driver License | NA | NA | NA | NA | 27% | 19% |
| Transition to Independent Living | 7.8 Documentation | 7.8.e Birth Certificate | NA | NA | NA | NA | 64% | 34% |
| Transition to Independent Living | 7.8 Documentation | 7.8.f Previous Placement Info | NA | NA | NA | NA | 32% | 33% |
| Transition to Independent Living | 7.8 Documentation | 7.8.g Citizenship | NA | NA | NA | NA | 7% | 4% |
| Transition to Independent Living | 7.8 Documentation | 7.8.h Tribal Eligibility | NA | NA | NA | NA | 26% | 0% |
| Transition to Independent Living | 7.8 Documentation | 7.8.i Parent Death Certificates | NA | NA | NA | NA | 1% | 0% |
| Transition to Independent Living | 7.8 Documentation | 7.8.j Life Book | NA | NA | NA | NA | 14% | 15% |

MDCPS
015103

| Program | Standard | Indicator | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | C10 | C11 | C12 | C13 | C14 | C15 | C16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transition to Independent Living | 7.8 Documentation | 7.8.k Known Relatives | NA | NA | NA | NA | | | 19% | | | | | | 24% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8 Documentation / % of Emancipated youth whose files showed effort to acquire documentation: | NA | NA | NA | NA | | | | | | | | | | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.a Education Records | NA | NA | NA | NA | | | 58% | | | | | | 39% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.b SSN | NA | NA | NA | NA | | | 39% | | | | | | 43% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.c Resume | NA | NA | NA | NA | | | 13% | | | | | | 7% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.d Driver License | NA | NA | NA | NA | | | 42% | | | | | | 30% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.e Birth Certificate | NA | NA | NA | NA | | | 82% | | | | | | 36% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.f Previous Placement Info | NA | NA | NA | NA | | | 34% | | | | | | 43% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.g Citizenship | NA | NA | NA | NA | | | 21% | | | | | | 12% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.h Tribal Eligibility | NA | NA | NA | NA | | | 21% | | | | | | 0% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.i Parent Death Certificates | NA | NA | NA | NA | | | 0% | | | | | | 0% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.j Life Book | NA | NA | NA | NA | | | 16% | | | | | | 32% | | | |
| Transition to Independent Living | 7.8 Documentation | 7.8.k Known Relatives | NA | NA | NA | NA | | | 37% | | | | | | 45% | | | |
| Child Well-Being | 8.1.a Initial Medical Screening | Initial medical screening within 7 Days / % of children entering custody who received an initial medical screening within 7 Days | 70% | NA | 80% | 90% | 62% | 65% | 54% | 68% | 60% | 77% | 64% | 65% | 73% | 71% | 55% | 61% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Child Well-Being | 8.1.b Comprehensive Health Exams | % of children entering custody who received a comprehensive medical exam within 60 days | 70% | NA | 90% | 72% | 69% |
| Child Well-Being | 8.1.c going Medical Exams | % of Children who received timely ongoing medicals (Under 31 months - 11 dates) | 45% | NA | 90% | 34% | 40% |
| Child Well-Being | 8.1.c going Medical Exams | % of children who received timely ongoing medicals (Over 31 months) | 45% | NA | 90% | 20% | 31% |
| Child Well-Being | 8.1.e Dental Exams | % of children entering custody who received a dental exam within 90 days of entering custody | 60% | NA | 90% | 44% | 48% |

MDCPS
015105

## 2nd MSA Performance Summary through December 31, 2018
## Section 1: Caseload Standards

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 | Jan. 2019 | July 2019 | July 2020 | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 1.3.a Caseworker Caseload [1] | Meeting Caseload Standards | % of Caseworkers | Standard 90% | Standard 90% | Standard 90% | Standard 90% | | 58% | | | 58% | | | 46% | | | 53% | |
| 1.3.b Supervisor Ratio [1] | Supervising Less Than Five Caseworkers | % of Supervisors | Standard 85% | Standard 85% | Standard 85% | Standard 85% | | 75% | | | 76% | | | 78% | | | 79% | |
| Notes | 1) Caseworker caseload and supervisor ratio are taken from the most recent workload reports available | | | | | | | | | | | | | | | | | |

MDCPS
015106

## 2nd MSA Performance Summary through December 31, 2018
### Section 2: Child Safety and Maltreatment in Care

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 (Jan-18 / Feb-18 / Mar-18) | 2018 Q2 - As of 08/08/2018 (Apr-18 / May-18 / Jun-18) | 2018 Q3 - As of 10/29/2018 (Jul-18 / Aug-18 / Sep-18) | 2018 Q4 - As of 1/16/2019 (Oct-18 / Nov-18 / Dec-18) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Receiving, Screening, and Investigating ANE Reports | All Reports of ANE Received | NA | NA | NA | NA | 9189 | 8935 | 9471 | 8973 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | All ANE Reports Screened Out | NA | NA | NA | NA | 1683 | 1880 | 1931 | 1849 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | All ANE Reports Assigned for Investigation | NA | NA | NA | NA | 7506 | 7055 | 7539 | 7123 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Received | NA | NA | NA | NA | 304 | 317 | 314 | 277 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Screened Out | NA | NA | NA | NA | 158 | 192 | 157 | 149 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | All MIC Reports Assigned for Investigation | NA | NA | NA | NA | 146 | 125 | 157 | 128 |
| 2.1³ | Receiving, Screening, and Investigating ANE Reports | % of Substantiated Investigation | NA | NA | NA | NA | | | | |
| 2.4 | MIC Substantiated Investigation Follow-up – Group Home & Emergency Shelters | % of Substantiated Investigations with a Subsequent Licensure Investigation | NA | NA | NA | NA | 100% | 100% | 100% | 100% |
| 2.5 | MIC Substantiated Investigation Follow-up – Private Child Pacing Agencies | % of Substantiated Investigations with a Subsequent Licensure Investigation | NA | NA | NA | NA | | | | |
| 2.2 & 2.8 ³,⁴ | MIC Investigation Timeliness | % of MIC Investigations Initiated Timely | NA | NA | NA | NA | 96% | 98% | 97% | 98% |
| 2.2 & 2.8 ³,⁴ | MIC Investigation Timeliness | % of MIC Investigations Approved within 30 Days | NA | NA | NA | NA | 95% | 99% | 97% | 99% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2.2 & 2.8 3,4 MIC Investigation Timeliness | % of MIC investigations Initiated and Approved Timely | 90% | 90% | 90% | 90% | 95% | 98% | 94% | 97% |
| 2.9.a MIC Rate | Rate of Maltreatment in Care - add lang. | 0.33% | 0.33% | 0.33% | 0.33% | | | 1.16% | |

Notes:

3) For Q3, the business rules for identifying maltreatment in care reports were changed in consultation with the Monitor. Consequently, the numbers for Q1 and Q2 have been recalculated for this report and will differ from the numbers reported in the Q1 and Q2 quarterly reports.

4) The number of MIC investigations identified for 2.1 and 2.2 & 2.8a differ due to the differences between using investigation intake dates and disposition dates.

MDCPS
015108

## 2nd MSA Performance Summary through December 31, 2018
## Section 3: Family Based Placments

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 3.1 | Expedited Relative Placements | % of Expedited Homes with Action Taken within 90 days | NA | NA | NA | | | | 84% | | | 93% | | | 94% | | | 96% |
| 3.3 [5] | Foster Home Development | % Progress Towards New Foster Home Licensed in 2018 by Quarter | 400 By 12/31/18 | | | | | | 24% | | | 43% | | | 71% | | | 108% |

Notes:

5) The number of homes developed for any quarter may change slightly after verification and reconciliation with the Monitor.

MDCPS
015109

## 2nd MSA Performance Summary through December 31, 2018
### Section 4: Placement Standards

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 4.1 & 4.13 | Resource Home Limits | % of MDCPS Licensed Resource Homes Meeting Resource Home Limits or an Exception | 70% | NA | 80% | 95% | 98% | 98% | 98% | 98% | 98% | 99% | 99% | 99% | 99% | 99% | 99% | 99% |
| 4.2 & 4.14 [6] | Children with Special Needs Placed with Resources Meeting those Needs | PIT Count of Children in Family Based Placements as of the last day of the quarter - grouping: | 60% | | 75% | 95% | | | | | | | 3898 | | | 3829 | | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | PIT Count of Children in Custody as of last day of the Quarter by placement grouping: | | | | | | | | | | | | 4955 | | | 4765 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Placements with relatives | | | | | | | | | | | | 2049 | | | 1987 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Foster Home Care within Reasonable Proximity | | | | | | | | | | | | 1913 | | | 1870 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Foster Home Care Outside of Home Community | | | | | | | | | | | | 445 | | | 439 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Group Home Care | | | | | | | | | | | | 246 | | | 211 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Institutional Care | | | | | | | | | | | | 257 | | | 227 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | Runaways | | | | | | | | | | | | 30 | | | 21 | |
| 4.3 & 4.15 [6] | Children Placed in Least Restrictive Setting | None | | | | | | | | | | | | 15 | | | 10 | |

| Provision | Description | Measure | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4.4 & 4.18 | Children Placed Within the 50-mile Radius or with an Exception Noted | % of Children Placed Within the 50-mile Radius or with an Exception Noted | 90% | 90% | 90% | 100% | 100% | 100% |
| 4.4 & 4.18 | Children Placed Within 50-Mile Radius | % of children from Regions II-E, II-W, and V-W within the 50-mile Radius or with an Exception Noted | 90% | 90% | 90% | 100% | 100% | 100% |
| 4.5 & 4.19 | Children Placed Within 75 Mile Radius. Note: The carveout regions for this provision have been included in the calculations for 4.4 | % Sibling Groups Initially Placed Together | 90% | 90% | 90% | | | |
| 4.6 | Siblings Placed Together Initially | % Siblings Groups Initially Placed Together | 60% | 90% | 75% | 96% | 95% | 97% |
| 4.9 | Children Under 10 Placed in a Congregate Care Setting | % of Children Under 10 Placed in Congregate Care Setting with RD Approval or Exception Documented | NA | NA | NA | 88% | 100% | 100% |
| 4.4 & 4.18 | Children Under 10 Placed in a Congregate Care Setting | % of Children Placed in Congregate Care Setting with RD Approval or Exception Documented | NA | NA | NA | | | |
| 4.11 | Children with More than One Emergency Shelter Placement | % of Children Placed in Subsequent Emergency Shelter Placement with RD approval/Exception Documented | NA | NA | NA | 99% | 100% | 100% |
| Notes | 6) Pursuant to the 2nd MSA and with approval of the Court Monitor, MDCPS is producing point in time (PIT) and period reports, identifying populations of interest for qualitative case reviews for this provision. Additionally, MDCPS will evaluate this provision through the Foster Care Review (FCR) as part of the Annual CQI Plan. | | | | | | | |

# 2nd MSA Performance Summary through December 31, 2018
## Section 5: Visitation

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 5.a.1 Worker Contacts with Custody Children | % of Children Receiving at Least 2 Visits, at Least One of Which Occurred in the Home | | 75% | 90% | 90% | 90% | 96% | 96% | 96% | 95% | 96% | 97% | 97% | 95% | 95% | 95% | 95% | 95% |
| 5.1.b Custody Children In Trial Home Visits | % of Children in THV for Entire Month who Received 2 In-home Contacts | | 75% | 90% | 90% | 90% | 61% | 55% | 55% | 63% | 63% | 77% | 70% | 61% | 60% | 57% | 59% | 51% |
| 5.1.c & 6.3.a.1 Worker Contacts with Custody Parents | % of Cases Where at Least 1 Parent Identified for Reunification was Contacted Each Month | | 75% | 90% | 90% | 90% | 64% | 64% | 63% | 34% | 65% | 65% | 67% | 64% | 64% | 61% | 59% | 59% |
| 5.1.d Worker Contact With MDCPS Foster Parents | % of MDCPS Foster Homes Who Had an Active Placement for the Entire Month, Who Received a Visit | | 75% | 90% | 90% | 90% | 70% | 70% | 71% | 70% | 73% | 75% | 73% | 71% | 67% | 70% | 67% | 68% |

## 2nd MSA Performance Summary through December 31, 2018
## Section 6: Child and Youth Permanency

| MSA Provision | MSA Provision Description | MSA Provision Brief Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 6.1.a | Family Service Plans Submitted and Approved within 45 days | % of Initial FSPs Submitted and Approved within 45 Days | 75% | 90% | 90% | 90% | | | | | 85% | | | 87% | | | 87% | |
| 6.1.d | Initial Permanency Plans Submitted and approved within 45 days | % of Initial Perm Plans submitted and approved within 45 days | 75% | 90% | 90% | 90% | | | | | 84% | | | 87% | | | 86% | |
| 6.3.a.1 | Children with a Permanency Goal of Reunification | # of Children in care on last day of quarter with a permanency plan of reunification | | | | | | | | | | | | 2576 | | | 2382.00 | |
| 6.3.a.2 | Worker Contacts with Custody Child Parents | See 5.1.c | | | | | | | | | | | | | | | | | |
| 6.3.a.3. & 6.3.a.4 | Services Provided in Support of Reunification | # of Children exiting to reunification ref | | | | | | | | | | | | 483 | | | 439% | |
| 6.3.a.5 & 6.3.a.6 | Children who Reunified and had a Plan of Reunification | % of Children Who Reunified With a Plan of Reunification and Received a Trial Home Visit | 75% | 90% | 90% | 90% | | | | | 87% | | | 85% | | | 86% | |

| Provision | Measure | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6.3.b.1 Adoption Worker Assignment | % of children with a Perm Plan of Adoption Who Had an Adoption Worker Assigned | 90% | 90% | 90% | | 98% | 98% | 99% |
| 6.3.b.2 & 6.3.b.3 TPR Referral | % of Children in custody 17 of 22 months with TPR referred or ASFA exception documented | 70% | 80% | 90% | | 65% | 73% | 45% |
| 6.3.d[7] Custody and Guardianship | Durable Legal Guardianship — Children with a permanency plan of durable legal guardianship, custody, with a relative | | | | | | 214 | 198 |
| 6.4.a Timely Permanency Plan Review | % of Children Receiving a Timely Foster Care Review | 80% | 90% | 90% | | 98% | 95% | 94% |
| 6.4.b[8] Timely Judicial Review | % of Children Receiving a Timely Court Hearing | 80% | 90% | 90% | | 11% | 7% | 5% |

Notes:

7) Pursuant to the 2nd MSA and with approval of the Court Monitor, MDCPS is producing PIT and period reports, identifying populations of interest for qualitative case reviews for this provision.

8) 6.4.b requires MDCPS will take all reasonable steps to ensure that a court review, which may be called a review, dispositional, or permanency hearing, is held for each child in foster care custody within 12 months of initial placement, and annually thereafter. The data presented for 6.4.b represents the number of children with a documented timely court hearing not the reasonable steps taken to ensure a hearing is held. Data related to reasonable steps will be tracked in MACWIS starting with Q5 2019.

MDCPS
015114

# 2nd MSA Performance Summary through December 31, 2018
## Section 7: Transition to Independent Living

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 |||| 2018 Q2 - As of 08/08/2018 |||| 2018 Q3 - As of 10/29/2018 |||| 2018 Q4 - As of 1/16/2019 ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | | | |
| 7.1 Notice of Cessation of Services | % of Children receiving advanced notice of cessation of health benefits | | NA | NA | NA | NA | | | 33% | | | | | | 15% | | | | | | |
| 7.1 Notice of Cessation of Services | % of Children receiving advanced notice of cessation of financial benefits | | NA | NA | NA | NA | | | 34% | | | | | | 40% | | | | | | |
| 7.1 Notice of Cessation of Services | % of Children receiving advanced notice of cessation of IL services | | NA | NA | NA | NA | | | 34% | | | | | | 35% | | | | | | |
| 7.2 Youth Participation in Creation of Independent Living Plan | % of Youth with an independent living plan who participated in its creation | | NA | NA | NA | NA | | | 42% | | | | | | 82% | | | | | | |
| 7.3 Independent Living Services | Delivery of Independent Living Services | % of Youth who participated in the following Modules: | | | | | | | | | | | | | | | | | | | |

| 7.3 Independent Living Services Delivery of | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employment | NA | NA | NA | NA | | 16% | 24% |
| Comm. Resources | NA | NA | NA | NA | | 13% | 21% |
| Transportation | NA | NA | NA | NA | | 13% | 19% |
| Communication Sk. | NA | NA | NA | NA | | 14% | 24% |
| Social Development | NA | NA | NA | NA | | 14% | 31% |
| Youth Law | NA | NA | NA | NA | | 14% | 14% |
| Money Management | NA | NA | NA | NA | | 14% | 25% |
| Self-Care | NA | NA | NA | NA | | 42% | 26% |
| Decision Making | NA | NA | NA | NA | | 42% | 31% |
| Housing | NA | NA | NA | NA | | 42% | 19% |
| Relationships | NA | NA | NA | NA | | 42% | 26% |

MDCPS
015116

| Item | Measure | | | | | | |
|---|---|---|---|---|---|---|---|
| 7.3 Independent Living Services | Delivery of Daily Living Skills | NA | NA | NA | NA | 42% | 25% |
| 7.5 Start-up Stipend | % of Youth emancipated during the period who received a start-up stipend as of 9/11/18 | NA | NA | NA | NA | 71% | 64% |
| 7.6 Housing Specialist | % of Youth emancipated during the period and who accessed a housing specialist | NA | NA | NA | NA | 13% | 31% |
| 7.7 ETV Funds | Number of Youth who received ETV funds during ffy 2018 | NA | NA | NA | NA | 98 | 50 |
| 7.8 Documentation | % of APPLA Youth whose files showed effort to acquire listed documentation: | NA | NA | NA | NA | ■ | ■ |
| 7.8 Documentation | 7.8.a Education Records | NA | NA | NA | NA | 56% | 32% |
| 7.8 Documentation | 7.8.b SSN | NA | NA | NA | NA | 37% | 31% |
| 7.8 Documentation | 7.8.c Resume | NA | NA | NA | NA | 4% | 3% |

MDCPS
015117

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7.8 Documentation | 7.8.d Driver License | NA | NA | NA | NA | 27% | 19% |
| 7.8 Documentation | 7.8.e Birth Certificate | NA | NA | NA | NA | 64% | 34% |
| 7.8 Documentation | 7.8.f Previous Placement Info | NA | NA | NA | NA | 32% | 33% |
| 7.8 Documentation | 7.8.g Citizenship | NA | NA | NA | NA | 7% | 4% |
| 7.8 Documentation | 7.8.h Tribal Eligibility | NA | NA | NA | NA | 26% | 0% |
| 7.8 Documentation | 7.8.i Parent Death Certificates | NA | NA | NA | NA | 1% | 0% |
| 7.8 Documentation | 7.8.j Life Book | NA | NA | NA | NA | 14% | 15% |
| 7.8 Documentation | 7.8.k Known Relatives | NA | NA | NA | NA | 19% | 24% |
| 7.8 Documentation | % of Emancipated youth whose files showed effort to acquire documentation: | NA | NA | NA | NA | | |
| 7.8 Documentation | 7.8.a Education Records | NA | NA | NA | NA | 58% | 39% |
| 7.8 Documentation | 7.8.b SSN | NA | NA | NA | NA | 39% | 43% |
| 7.8 Documentation | 7.8.c Resume | NA | NA | NA | NA | 13% | 7% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.8 Documentation | 7.8.d Driver License | NA | NA | NA | NA | 42% | 30% |
| 7.8 Documentation | 7.8.e Birth Certificate | NA | NA | NA | NA | 82% | 36% |
| 7.8 Documentation | 7.8.f Previous Placement Info | NA | NA | NA | NA | 34% | 43% |
| 7.8 Documentation | 7.8.g Citizenship | NA | NA | NA | NA | 21% | 12% |
| 7.8 Documentation | 7.8.h Tribal Eligibility | NA | NA | NA | NA | 21% | 0% |
| 7.8 Documentation | 7.8.i Parent Death Certificates | NA | NA | NA | NA | 0% | 0% |
| 7.8 Documentation | 7.8.j Life Book | NA | NA | NA | NA | 16% | 32% |
| 7.8 Documentation | 7.8.k Known Relatives | NA | NA | NA | NA | 37% | 45% |

MDCPS
015119

# 2nd MSA Performance Summary through December 31, 2018
## Section 8: Child Well-Being

| MSA Provision | MSA Provision Brief Description | Description of Calculation Presented | July 2018 Standard | Jan. 2019 Standard | July 2019 Standard | July 2020 Standard | 2018 Q1 - As of 6/30/2018 | | | 2018 Q2 - As of 08/08/2018 | | | 2018 Q3 - As of 10/29/2018 | | | 2018 Q4 - As of 1/16/2019 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 |
| 8.1.a Initial Medical Screening | % of children entering custody who received an initial medical screening within 7 Days | 70% | NA | 80% | 90% | 62% | 65% | 54% | 68% | 60% | 77% | 64% | 65% | 73% | 71% | 55% | 61% | |
| 8.1.b Comprehensive Health Exams | % of children entering custody who received a comprehensive medical exam within 60 days | 70% | NA | 80% | 90% | | | | | 72% | | | | | | 69% | | |
| 8.1.c Periodic and On-going Medical Exams | % of Children who received timely ongoing medicals (Under 31 months - 11 dates) | 45% | NA | 90% | 90% | | | | | 34% | | | | | | 40% | | |
| 8.1.c going Medical Exams | % of Children who received timely ongoing medicals (Over 31 months) | 45% | NA | 80% | 90% | | | | | 20% | | | | | | 31% | | |
| 8.1.e Dental Exams | % of children entering custody who received a dental exam within 90 days of entering custody | 60% | NA | 80% | 90% | | | | | 44% | | | | | | 48% | | |

MDCPS
015120