# EXHIBIT J

```
 1   and this is written by the Department, itself,
 2   right?
 3        A.   I -- I suppose.  I wasn't involved in
 4   the creation of this document.
 5        Q.   Understood.
 6        A.   I can't speak to where it came from.
 7        Q.   Understood.
 8             I'm just looking at the title page, and
 9   the title page says it was done by David Chandler,
10   Commissioner, Department of Child Protection
11   Services.
12        A.   Yes.
13        Q.   Okay.  So that was the Department's
14   position in 2016 at least; is that right?
15        A.   Correct.
16        Q.   Okay.  So how do you think that services
17   can be provided without an adequate workforce
18   then, without manageable caseloads?
19        A.   I'm not saying that services can
20   provide -- be provided without an adequate
21   workforce.  I disagree with the assessment that
22   there may be an inadequate one.
23        Q.   Okay.  So you think that the current
24   caseload --
25        A.   At least now.  I mean, I can't speak to
```

Taylor Cheeseman 11/27/2018

```
 1    2016 or 2015 because I wasn't around in 2016 or
 2    2015, but I -- in terms of delivering positive
 3    outcomes, we are seeing positive outcomes in this
 4    state with the workforce we have.
 5         Q.   So you think that you can start with the
 6    workforce you have and move backwards and say the
 7    workforce is now adequate because you're getting
 8    positive outcomes?
 9         A.   I'm saying that I judge a child welfare
10    system by the outcomes it produces.  Now,
11    obviously, a competent workforce is a necessary
12    component in producing those outcomes.  Right now,
13    we're by no means perfect, but our system is
14    producing some really great outcomes.
15         Q.   And this is a system which is now, I
16    think currently, as of last night, at 53 percent
17    compliant with the caseload standards; is that
18    right?
19         A.   Yes.
20         Q.   Okay.  So you think that it's bound to
21    the Department to maintain caseloads at that
22    standard?
23         A.   I think we may have bad caseload
24    standards.
25         Q.   Okay.  So you disagree with the RHR?
```

Taylor Cheeseman 11/27/2018

```
 1        A.   I -- all I can say is this, like I just
 2   said, I judge a system by its outcomes.  If you're
 3   achieving the outcomes, then obviously the
 4   workforce is capable of doing the work.
 5        Q.   So then is it the case that you don't
 6   think the caseload standards are necessary?
 7        A.   I don't think they're the right measures
 8   of caseloads.
 9        Q.   What do you mean by the "right
10   measures"?
11        A.   I don't think compliance with a strict
12   hard caseload cap is the right way in the child
13   welfare arena to evaluate caseloads.
14             I think, certainly, it is good that we,
15   as an agency, produce caseload data, right, and
16   certainly it is necessary that we know how much
17   work is out there.
18             Certainly it is necessary that as we do,
19   we make hiring decisions based on workload need,
20   right, where there's more work, you need more
21   staff, where there's less work, you need less
22   staff.
23             With that said, the reality, the nuance
24   of child welfare work in the real world is too
25   complex to be reduced to a hard cap.  Every
```