# EXHIBIT L

# Mississippi Performance on Caseload Standards: Met vs. Over | Data as of May 15, 2018

| Worker Type | East West | Region | Worker County |
|---|---|---|---|
| All | All | All | All |

Met (<= 1.0000) | Over (> 1.0000)

Data are for non-supervisors only. Percentages are based on the number of cases returned (in parentheses) after applying the filter(s).

## Overall (845)

- Met: 52% (441)
- Over: 48% (404)

## Frontline (653)

- Met: 56% (368)
- Over: 44% (285)

## Adoption & L. (192)

- Met: 38% (73)
- Over: 62% (119)

## Current staffing vs. Needed staffing

| Worker Type | Cases | Actual workers | Workers needed (90%) | Workers needed (100%) |
|---|---|---|---|---|
| All Workers | 15,693 | 845 | 814 | 904 |
| Frontline | 10,569 | 653 | 602 | 669 |
| Adoption & L. | 5,124 | 192 | 212 | 235 |

## East

| | Met | Over |
|---|---|---|
| Overall (65) | 39% (181) | 61% (282) |
| I-N (65) | 48% (31) | 52% (34) |
| I-S (79) | 33% (26) | 67% (53) |
| IV-N (61) | 82% (50) | 18% (11) |
| IV-S (69) | 17% (12) | 83% (57) |
| VII-C (96) | 28% (27) | 72% (69) |
| VII-E (46) | 33% (15) | 67% (31) |
| VII-W (47) | 43% (20) | 57% (27) |

## West

| | Met | Over |
|---|---|---|
| Overall (54) | 68% (260) | 32% (122) |
| II-E (54) | 41% (22) | 59% (32) |
| II-W (65) | 83% (54) | 17% (11) |
| III-N (55) | 93% (51) | 7% (4) |
| III-S (65) | 75% (49) | 25% (16) |
| V-E (53) | 66% (35) | 34% (18) |
| V-W (43) | 44% (19) | 56% (24) |
| VI (47) | 64% (30) | 36% (17) |