IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

OLIVIA Y, et al                                                                                 PLAINTIFFS

vs.                                          CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al                                                     DEFENDANTS

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED MOTION FOR RELIEF PURSUANT TO REMEDY PHASE OF PLAINTIFFS' RENEWED MOTION FOR CONTEMPT, FOR AN EVIDENTIARY HEARING, AND FOR APPOINTMENT OF RECEIVER**

Defendants respectfully request an extension of time to respond to the *Plaintiffs' Amended Motion for Relief Pursuant to Remedy Phase of Plaintiffs' Renewed Motion for Contempt, for an Evidentiary Hearing, and for Appointment of Receiver* ("Plaintiffs' Amended Motion"). Pursuant to MRCP 7, Defendants' response would be due on July 17, 2019. Defendants are seeking an extension until August 30, 2019.

This extension is sought for good cause. Defendants' lead attorney, Kenya Rachal, is on intermittent leave due to family issues beyond her control and additional time is needed to prepare a response as the issues discussed in Plaintiffs' Amended Motion are numerous and complex. Plaintiffs' earlier motion (Dkt #739) addressed one Second Modified Settlement Agreement requirement while Plaintiffs' Amended Motion addresses allegations regarding more than 75 requirements. An extension is necessary to allow Defendants to research and present a response to Plaintiffs' Amended Motion and allow time for review within MDCPS and the Governor's Office.

Respectfully submitted, this the 8th day of July, 2019,

By:  /s/ Kenya Key Rachal

Kenya Key Rachal (MSB # 99227)
James L. Jones (MSB #3214)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
PO Box 220
Jackson, MS  39205