IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

OLIVIA Y, et al     PLAINTIFFS

vs.     CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al     DEFENDANTS

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED MOTION FOR RELIEF PURSUANT TO REMEDY PHASE OF PLAINTIFFS' RENEWED MOTION FOR CONTEMPT, FOR AN EVIDENTIARY HEARING, AND FOR APPOINTMENT OF RECEIVER**

THIS CAUSE CAME on for hearing on Defendants' Motion for an extension of time for responsive pleadings to Plaintiffs' Amended Motion for Relief Pursuant to Remedy Phase of Plaintiffs' Renewed Motion for Contempt, for an Evidentiary Hearing, and for Appointment of Receiver.

The Court has considered the motion and, being fully advised in the premises, finds that good cause exists for an extension of time, and that the Motion is well-taken and should be granted in that the response deadline is extended until August 19, 2019.

IT IS, THEREFORE, ORDERED that Defendants are granted an extension of time, until August 19, 2019, to file their Response to Plaintiffs' Amended Motion for Relief Pursuant to Remedy Phase of Plaintiffs' Renewed Motion for Contempt, for an Evidentiary Hearing, and for Appointment of Receiver, with leave to request additional time if needed.

SO ORDERED, this the 16th day of July, 2019

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE