**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

OLIVIA Y., et al )
)
Plaintiffs )
)
v. )        CIVIL ACTION NO. 3:04cv251 TSL-FKB
)
PHIL BRYANT, as Governor of the )
State of Mississippi, *et al.,* )
)
Defendants )

**DEFENDANTS' RESPONSE AND**
**OBJECTIONS TO PLAINTIFFS'**
**AMENDED MOTION FOR RELIEF**
**PURSUANT TO REMEDY PHASE OF**
**PLAINTIFFS' RENEWED MOTION FOR**
**CONTEMPT, FOR AN EVIDENTIARY**
**HEARING, AND FOR THE**
**APPOINTMENT OF A RECEIVER**

Defendants respond to the Plaintiffs' Amended Motion For Relief Pursuant To Remedy

Phase Of Plaintiffs' Renewed Motion For Contempt, For An Evidentiary Hearing, And For The

Appointment Of A Receiver [ECF No. 849] ("Plaintiffs' Contempt/Receivership Motion") as

follows:

For the second time in the last 13 months, Plaintiffs are demanding that the Court hold

Defendants in civil contempt and then force the Mississippi Department of Protection Services

("MDCPS") into a receivership under an unidentified receiver with full authority to administer

Mississippi's foster care system, including any and all authority previously vested in the Office

of Governor or any other executive branch of the government of the state of Mississippi, for an

indefinite period, at an unknown cost, and with no assessment of the impact of such a radical

remedy on the MDCPS work force or the provision of services to children in *the Olivia Y* class.

The Plaintiffs also demand that the Receiver be granted authority to supersede and ignore all state laws relating to governing lines of authority, budgeting, governmental structure and organization, procurement, and personnel.

Plaintiffs' stated purpose for the appointment of a Receiver is to ensure full compliance with the 113 commitments in the 2nd Mississippi Modified Settlement Agreement ("2nd MSA") that was entered as a Consent Order on December 19, 2016, in an expeditious and cost effective manner.   This extraordinary relief should be imposed, in the Plaintiffs' view, due to MDCPS's failure to achieve all of the commitments in the 2nd MSA and the spurious claim that the current MDCPS's leadership is in chaos and is unwilling and incapable of managing MDCPS and meeting these commitments.

Both demands should be rejected. A contempt finding serves no valid purpose and there is no factual or legal basis for transferring control of MDCPS to a Receiver with no evidence other than conjecture that the Receiver would improve foster care in Mississippi or achieve the commitments in the 2nd MSA and with no evidence whatsoever that the current, highly qualified MDCPS leadership is unwilling and incapable of managing MDCPS.   Instead, in light of the accomplishments, improvements and progress that the Defendants have made in the delivery of foster care services after entry of the 2nd MSA, after overcoming significant financial and funding obstacles, the Court should reject both demands.

The Defendants adopt and incorporate in this *Response Defendants' Memorandum of Authorities in Support of the Response and Objections to Plaintiffs' Amended Motion for Relief Pursuant to Remedy Phase of Plaintiffs' Renewed Motion for Contempt, for an Evidentiary Hearing, and for the Appointment of a Receiver* and the exhibits referenced in the Memorandum. A list of the exhibits is attached.

In addition, the Defendants incorporate in this Response any additional exhibits filed in support of Defendants' Response To Plaintiffs' Motion For Relief Pursuant To Remedy Phase Of Plaintiffs' Renewed Motion For Contempt, For An Evidentiary Hearing And For Appointment of Receiver [ECF No. 754] and Defendants' Motion For Relief Under Section 11.2.a. of the 2nd Modified Settlement Agreement And Reform Plan And Rule 60(b0 of the Federal Rules of Civil Procedure [ECF No. 756].

RESPECTFULLY SUBMITTED, this the 3rd day of September, 2019.

PHIL BRYANT, as Governor of the State of Mississippi, JESS H. DICKINSON, as Commissioner, Mississippi Department of Child Protection Services, and TRACY MALONE, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

By: /s/ James L. Jones _____

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

Harold E. Pizzetta, III
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205

**EXHIBIT LIST FOR DEFENDANTS' RESPONSE TO**
*PLAINTIFFS' AMENDED MOTION FOR RELIEF PURSUANT TO REMEDY PHASE OF*
*PLAINTIFFS' RENEWED MOTION FOR CONTEMPT, FOR AN EVIDENTIARY*
*HEARING, AND FOR THE APPOINTMENT OF A RECEIVER*

| Exhibit No. | Date | Description | Reference Name |
|---|---|---|---|
| A | 08/06/2015 | (Revised 02/17/2016) Fiscal Year 2017 Budget Request Summary Page: MDHS DFCS | SFY-2017 Revised Budget Request |
| B | 11/24/2015 | Organizational Analysis - MDHS-DFCS: Prepared by Public Catalyst | Organizational Analysis by PC |
| C | 05/16/2016 | House Bill No. 1652 (As Sent to Governor):  Fiscal Year 2017 (7/1/2016 to 6/30/2017) An Act Making An Appropriation To The Department of Human Services And For Related Purposes For The Fiscal Year 2017Appropriation | SFY-2017 Appropriation |
| D | 05/25/2016 | MDCPS - Recruitment, Hiring and Retention Plan | 2016 Recruitment Plan |
| E | 07/27/2016 | Memo from Takesha Darby to Joey Songy & Brian Pugh; Re: SFY2018 Budget Justification | 7/27/16 Darby Memo |
| F | 08/01/2016 | (Revised 9/13/16) Fiscal Year 2018 Budget Request Summary Page: MDCPS | SFY-2018 Budget Request |
| G | 12/19/2016 | Stipulated Third Remedial Order (Doc 713) | STRO |
| H | 12/19/2016 | 2nd Modified Mississippi Settlement Agreement and Reform Plan (Doc 712) | 2nd MSA |
| I | 03/31/2017 | Memo from Public Catalyst re 2017 Caseload Performance Targets | PC 2017 Caseload Performance Targets |
| J | 04/13/2017 | House Bill No. 1513 (As Sent to Governor): An Act Making An Appropriation To The Department of Child Protection Services; And For Related Purposes For Fiscal Year 2018 | SFY-2018 Appropriation |
| K | 08/31/2017 | (Revised 9/14/17) Fiscal Year 2019 Budget Request Summary Page: MDCPS | SFY-2019 Budget Request |
| L | 02/20/2018 | Revised Fiscal Year 2018 (7/1/2017 to 6/30/2018) Budget Request: | SFY-2018 Revised Budget Request |
| M | 03/05/2018 | Correspondence from Marcia Lowry to Kenya Rachal; Re: Notice of Non-Compliance re Caseload Performance | Notice of Non-Compliance |
| N | 04/12/2018 | House Bill No. 1600 (As Sent to Governor): An Act Making An Appropriation to the Department of Human Services; And for Related Purposes, For Fiscal Year 2019 | SFY-2019 Appropriation |

| Exhibit No. | Date | Description | Reference Name |
|---|---|---|---|
| O | 05/31/2018 | Larrison Campbell, *Olivia Y plaintiffs to Bryant: Replace CPS head or go to court*, Mississippi Today (May 31, 2018) | Campbell Article – 5/31/18 |
| P | 08/01/2018 | In-Circle Y1 Analysis | 2018 In-Circle Analysis |
| Q | 08/10/2018 | Fiscal Year 2020 Budget Request Summary Page: MDCPS | SFY-2020 Budget Request |
| R | 11/13/2018 | Correspondence from Marcia Lowry to Kenya Rachal; Re: Notice of Non-Compliance | 11/13/18 Notice |
| S | 11/15/2018 | 2018 Continuous Quality Improvement Plan – | 2018 CQI Plan |
| T | 11/27/2018 | Deposition of Taylor Cheeseman; page 48 | Cheeseman Dep. |
| U | 11/28/2018 | Deposition of Kristi Plotner; pages 24-25 | Plotner Dep. |
| V | 11/28/2018 | Deposition of Cindy Greer; pages 10, 17-18 | Greer Dep. |
| W | 11/28/2018 | Deposition of Tracy Malone; pages 4, 33-36, 39-41 | Malone Dep. |
| X | 11/29/2018 | Deposition of Jess H. Dickinson; pages 59, 140-143 | Dickinson Dep. |
| Y | 04/16/2019 | House Bill No. 1652 (As Sent to Governor): An Act Making An Appropriation to the Department of Human Services; and for Related Purposes, For the Fiscal Year 2020 | SFY-2020 Appropriation |
| Z | 06/11/2019 | Progress of the Mississippi Department of Child Protection Services; Monitoring Report for 2nd Modified Mississippi Settlement Agreement | 2018 Monitor's Report |
| AA | 07/02/2019 | Memo from Taylor Cheeseman to Shannon Rushton re increased hiring | 7/2/19 Cheeseman Memo |
| AB | 07/00/2019 | Safe At Home 5-Year Strategic Improvement Plan | 5-Year Strategic Plan |
| AC | 09/03/2019 | Affidavit of Kris Jones | Jones Aff. |
| AD | 09/03/2019 | Affidavit of Tonya Rogillio | Rogillio Aff. |
| AE | 09/03/2019 | Affidavit of Jaworski Davenport | Davenport Aff. |
| AF | 09/03/2019 | Affidavit of Jess Dickinson | Dickinson Aff. |