| State of Mississippi | BUDGET REQUEST FOR FISCAL YEAR ENDING JUNE 30, 2017 | | | 651-09 | |
|---|---|---|---|---|---|
| Form MBR-1 (2015) | REVISED: 2/17/2016 1:01:58 PM | | | | |

Human Services - Division of Family & Children's Servic   750 North State Street                          Richard A. Berry
AGENCY                                              ADDRESS                                                CHIEF EXECUTIVE OFFICER

| | Actual Expenses June 30, 2015 | Estimated Expenses June 30, 2016 | Requested For June 30, 2017 | Requested Over/(Under) Estimated | |
|---|---|---|---|---|---|
| | | | | AMOUNT | PERCENT |
| **I. A. PERSONAL SERVICES** | | | | | |
| 1. Salaries, Wages & Fringe Benefits (Base) | 61,674,198 | 60,000,000 | 89,220,828 | | |
| a. Additional Compensation | | | | | |
| b. Proposed Vacancy Rate (Dollar Amount) | | | | | |
| c. Per Diem | | | | | |
| **Total Salaries, Wages & Fringe Benefits** | 61,674,198 | 60,000,000 | 89,220,828 | 29,220,828 | 48.70% |
| 2. Travel | | | | | |
| a. Travel & Subsistence (In-State) | 6,948,893 | 4,550,000 | 6,178,703 | 1,628,703 | 35.80% |
| b. Travel & Subsistence (Out-Of-State) | 409,844 | 1,950,000 | 2,648,016 | 698,016 | 35.80% |
| c. Travel & Subsistence (Out-Of-Country) | | | | | |
| **Total Travel** | 7,358,737 | 6,500,000 | 8,826,719 | 2,326,719 | 35.80% |
| **B. CONTRACTUAL SERVICES (Schedule B)** | | | | | |
| a. Tuition, Rewards & Awards | 377,893 | 332,265 | 867,471 | 535,206 | 161.08% |
| b. Communications, Transportation & Utilities | 285,808 | 251,298 | 656,085 | 404,787 | 161.08% |
| c. Public Information | 60,989 | 53,625 | 140,003 | 86,378 | 161.08% |
| d. Rents | 973,731 | 856,156 | 2,235,240 | 1,379,084 | 161.08% |
| e. Repairs & Service | 175,588 | 154,386 | 403,069 | 248,683 | 161.08% |
| f. Fees, Professional & Other Services | 27,388,814 | 23,988,150 | 62,627,896 | 38,639,746 | 161.08% |
| g. Other Contractual Services | 173,615 | 246,221 | 642,831 | 396,610 | 161.08% |
| h. Data Processing | 3,537,201 | 3,110,098 | 8,119,798 | 5,009,700 | 161.08% |
| i. Other | 8,873 | 7,801 | 20,368 | 12,567 | 161.08% |
| **Total Contractual Services** | 32,982,512 | 29,000,000 | 75,712,761 | 46,712,761 | 161.08% |
| **C. COMMODITIES (Schedule C)** | | | | | |
| a. Maintenance & Construction Materials & Supplies | 1,492 | 1,828 | 2,371 | 543 | 29.70% |
| b. Printing & Office Supplies & Materials | 515,790 | 665,878 | 863,311 | 197,433 | 29.65% |
| c. Equipment, Repair Parts, Supplies & Accessories | 111,073 | 136,102 | 176,456 | 40,354 | 29.65% |
| d. Professional & Scientific Supplies & Materials | 38,889 | 8,257 | 10,704 | 2,447 | 29.64% |
| e. Other Supplies & Materials | 148,849 | 187,935 | 243,658 | 55,723 | 29.65% |
| **Total Commodities** | 816,093 | 1,000,000 | 1,296,500 | 296,500 | 29.65% |
| **D. CAPITAL OUTLAY** | | | | | |
| 1. Total Other Than Equipment (Schedule D-1) | | | | | |
| 2. Equipment (Schedule D-2) | | | | | |
| b. Road Machinery, Farm & Other Working Equipment | | | | | |
| c. Office Machines, Furniture, Fixtures & Equipment | 280,515 | 4,350 | 1,069,785 | 1,065,435 | 24,492.76% |
| d. IS Equipment (Data Processing & Telecommunications) | 630,179 | 532,650 | 1,503,350 | 970,700 | 182.24% |
| e. Equipment - Lease Purchase | | | | | |
| f. Other Equipment | | 463,000 | 4,319,100 | 3,856,100 | 832.85% |
| **Total Equipment (Schedule D-2)** | 910,694 | 1,000,000 | 6,892,235 | 5,892,235 | 589.22% |
| 3. Vehicles (Schedule D-3) | | | | | |
| 4. Wireless Comm. Devices (Schedule D-4) | 107 | 5,000 | 5,000 | | |
| **E. SUBSIDIES, LOANS & GRANTS (Schedule E)** | 46,094,390 | 143,901,427 | 145,561,540 | 1,660,113 | 1.15% |
| **TOTAL EXPENDITURES** | 149,836,731 | 241,406,427 | 327,515,583 | 86,109,156 | 35.67% |
| **II. BUDGET TO BE FUNDED AS FOLLOWS:** | | | | | |
| Cash Balance-Unencumbered | | | | | |
| General Fund Appropriation (Enter General Fund Lapse Below) | 76,168,151 | 79,418,151 | 132,177,422 | 52,759,271 | 66.43% |
| State Support Special Funds | | | | | |
| Federal Funds — Other Special Funds (Specify) | 72,120,327 | 158,299,709 | 191,649,594 | 33,349,885 | 21.07% |
| Children Trust | 111,152 | 264,810 | 264,810 | | |
| Other | 1,396,304 | 3,326,562 | 3,326,562 | | |
| Casey Foundation | 40,797 | 97,195 | 97,195 | | |
| Less: Estimated Cash Available Next Fiscal Period | | | | | |
| **TOTAL FUNDS (equals Total Expenditures above)** | 149,836,731 | 241,406,427 | 327,515,583 | 86,109,156 | 35.67% |
| GENERAL FUND LAPSE | | | | | |
| **III: PERSONNEL DATA** | | | | | |
| Number of Positions Authorized in Appropriation Bill  a.) Perm Full | 1,206 | 1,189 | 1,452 | 263 | 22.12% |
| b.) Perm Part | | | | | |
| c.) T-L Full | 420 | 417 | 417 | | |
| d.) T-L Part | | | | | |
| Average Annual Vacancy Rate (Percentage)  a.) Perm Full | | | | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | | | | | |
| d.) T-L Part | | | | | |

Approved by:  Richard Berry                                              Date:  8/6/2015 3:21 PM
              Official of Board or Commission
Budget Officer:  Earl D. Walker / Earl.Walker@mdhs.ms.gov               Title:  CFO

**EXHIBIT A**