MISSISSIPPI LEGISLATURE                              REGULAR SESSION 2016

By: Representatives Frierson, Mims, Arnold,         To: Appropriations
Barker, Bennett, Bounds, Brown, Currie,
Gipson, Holland, Mettetal, Myers, Read,
Shows, Turner, Watson, Sykes, Dixon

HOUSE BILL NO. 1652
(As Sent to Governor)

1  AN ACT MAKING AN APPROPRIATION TO THE DEPARTMENT OF HUMAN
2  SERVICES; AND FOR RELATED PURPOSES, FOR THE FISCAL YEAR 2017.

3  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

4  **SECTION 1.** The following sum, or so much thereof as may be
5  necessary, is appropriated out of any money in the State General
6  Fund not otherwise appropriated, to the Department of Human
7  Services for the fiscal year beginning July 1, 2016, and ending
8  June 30, 2017..................................$ 159,130,366.00.

9  **SECTION 2.** The following sum, or so much thereof as may be
10 necessary, is appropriated out of any money in any special fund in
11 the State Treasury to the credit of the Department of Human
12 Services which is comprised of special source funds collected by
13 or otherwise available to the department for the support of the
14 various divisions of the department, for the purpose of defraying
15 the expenses of the department for the fiscal year beginning
16 July 1, 2016, and ending June 30, 2017............................
17 ................................................$ 1,446,285,044.00.

H. B. No. 1652                                    ~ OFFICIAL ~
16/HR26/A651SG
PAGE 1 (KW\DW)



18    **SECTION 3.**  None of the funds appropriated by this act shall
19  be expended for any purpose that is not actually required or
20  necessary for performing any of the powers or duties of the
21  Department of Human Services that are authorized by the
22  Mississippi Constitution of 1890, state or federal law, or rules
23  or regulations that implement state or federal law.
24    **SECTION 4.**  Of the funds appropriated under the provisions of
25  Section 1 of this act and authorized for expenditure under the
26  provisions of Section 2 of this act, not more than the amounts set
27  forth below shall be expended; however, notwithstanding any other
28  provision in this act, it is the intent of the Legislature that
29  any amount funds and positions may be transferred between the
30  Consolidated Department of Human Services and the Division of
31  Child Protection Services in order to comply with agreements made
32  by the State of Mississippi with the United States District Court
33  in reference to the Olivia Y., et al. lawsuit.
34               **DEPARTMENT OF HUMAN SERVICES CONSOLIDATED**
35  FUNDING:
36      General Funds..........................$      60,270,966.00
37      Special Funds..............................  1,244,634,946.00
38          Total..............................$    1,304,905,912.00
39    With the funds appropriated for this budget, the following
40  positions are authorized:
41  AUTHORIZED POSITIONS:
42      Permanent:   Full Time.............     1,781

```
43                      Part Time.............        1
44      Time-Limited:   Full Time.............      501
45                      Part Time.............        0
```

46                    **DIVISION OF CHILD PROTECTION SERVICES**

47      FUNDING:

48      General Funds.............................$     <u>98,859,400.00</u>

49      Special Funds.................................<u>201,650,098.00</u>

50           Total.........................$     <u>300,509,498.00</u>

51      With the funds appropriated for this budget, the following

52 positions are authorized:

53 AUTHORIZED POSITIONS:

```
54      Permanent:      Full Time.............    1,536
55                      Part Time.............        0
56      Time-Limited:   Full Time.............      417
57                      Part Time.............        0
```

58      None of the funds herein appropriated shall be used in

59 violation of Internal Revenue Service's Publication 15-A relating

60 to the reporting of income paid to contract employees, as

61 interpreted by the Office of the State Auditor.

62      **SECTION 5.**  It is the intention of the Legislature that the

63 Department of Human Services shall maintain complete accounting

64 and personnel records related to the expenditure of all funds

65 appropriated under this act and that such records shall be in the

66 same format and level of detail as maintained for Fiscal Year

67 2016.  It is further the intention of the Legislature that the

68  agency's budget request for Fiscal Year 2018 shall be submitted to
69  the Joint Legislative Budget Committee in a format and level of
70  detail comparable to the format and level of detail provided
71  during the Fiscal Year 2017 budget request process.
72      **SECTION 6.**  Of the funds appropriated in Section 2, One
73  Million Dollars ($1,000,000.00) shall be transferred to the
74  Department of Health, Child Care Licensure Program from the Child
75  Care Development Fund or other appropriate special fund.  These
76  funds are to be transferred to the Board of Health no later than
77  July 31, 2016.  The Department of Health shall make a complete
78  accounting to the Department of Human Services detailing the uses
79  of these funds in accordance with federal and state regulations.
80      **SECTION 7.**  It is the intention of the Legislature that
81  whenever two (2) or more bids are received by this agency for the
82  purchase of commodities or equipment, and whenever all things
83  stated in such received bids are equal with respect to price,
84  quality and service, the Mississippi Industries for the Blind
85  shall be given preference.  A similar preference shall be given to
86  the Mississippi Industries for the Blind whenever purchases are
87  made without competitive bids.
88      **SECTION 8.**  The Department of Human Services is authorized to
89  expend available funds on technology or equipment upgrades or
90  replacements when it will generate savings through efficiency or
91  when the savings generated from such upgrades or replacements
92  exceed expenditures thereof.

```
 93        SECTION 9.  It is the intention of the Legislature that none
 94   of the funds provided herein shall be used to pay certain
 95   utilities for state furnished housing for any employees.  Such
 96   utilities shall include electricity, natural gas, butane, propane,
 97   cable and phone services.  Where actual cost cannot be determined,
 98   the agency shall be required to provide meters to be in compliance
 99   with legislative intent.  Such state furnished housing shall
100   include single-family and multi-family residences but shall not
101   include any dormitory residences.  Allowances for such utilities
102   shall be prohibited.
103        SECTION 10.  In compliance with the "Mississippi Performance
104   Budget and Strategic Planning Act of 1994," it is the intent of
105   the Legislature that the funds provided herein shall be utilized
106   in the most efficient and effective manner possible to achieve the
107   intended mission of this agency.  Based on the funding authorized,
108   this agency shall make every effort to attain the targeted
109   performance measures provided below:
110                                                                FY2017
111   Performance Measures                                          Target
112   Support Services
113        Percentage of Referred/Directed
114             Investigative Audits Conducted (%)                      98
115        Percentage of Special Investigations
116             Conducted (%)                                           98
117        Percentage of Referred/Obtained Fraud
```

| | | |
|---|---|---|
| 118 | Investigations Conducted Timely (%) | 90 |
| 119 | Percentage of Referred Administrative | |
| 120 | Disqualification Hearings and Fair Hearings | |
| 121 | Conducted Timely (%) | 95 |
| 122 | Percentage of Monitoring Reviews Conducted | |
| 123 | within Acceptable Timeframes | |
| 124 | Total Amount of Funds Recovered ($) | 2,851,330 |
| 125 | Aging & Adult Services | |
| 126 | In-home Services (Persons) | 17,391 |
| 127 | Community Based Services (Persons) | 15,118 |
| 128 | Congregate Meals (Number of Meals) | 460,948 |
| 129 | Home-delivered Meals (Meals Delivered) | 2,238,296 |
| 130 | Substantiated Incidences of Abuse of | |
| 131 | Vulnerable Adults per 1,000 Population | 0 |
| 132 | Home Delivered Meals, Percent Reduction | |
| 133 | of Persons on Waiting List (%) | 0 |
| 134 | Child Support Enforcement | |
| 135 | Number of Paternities Established | 45,938 |
| 136 | Percent Change - Paternities Established (%) | 4.55 |
| 137 | Number of Obligations Established | 42,000 |
| 138 | Percent Change - Obligations Established (%) | 16.00 |
| 139 | Total Collections ($) | 390,000,000.00 |
| 140 | Percentage Change in Total Collections (%) | 5.00 |
| 141 | Absent Parents Located (Individuals) | 60,000 |
| 142 | Percentage of Child Support Cases Current | |

~ OFFICIAL ~

```
143            on Payments (%)                                    35.00
144    Community Services
145         Number of Elderly Served by CSBG & LIHEAP            19,579
146         Number of Handicapped Served                         18,400
147         Number of Households Achieving
148              Self-Sufficiency                                   882
149         Increase in Rate of Household
150              Attaining Self Sufficiency   (%)                  2.00
151         Number of Households Stabilized                      17,712
152         Percent Increase in the Number of
153              Households Stabilized (%)                         2.00
154         Number of Households Weatherized                        516
155    Early Childhood Care & Dev
156         Number of Children Served                            28,000
157    Assistance Payments
158         Dollar Amount of Assistance ($)                  800,000.00
159    Food Assistance
160         Average Monthly Households                          295,000
161         Supplemental Nutrition Assistance
162              Program - SNAP ($)                       950,000,000.00
163         Percentage of Mississippi Households
164              Receiving SNAP Benefits (%)                       21.90
165    Tanf Work Program
166         TANF/Medicaid Households per Month                    6,000
167         Work Program (Persons Served)                      2,200.00
```

| | | |
|---|---|---:|
| 168 | TANF Work Program Participation Rate (%) | 50.00 |
| 169 | Persons Employed | 620 |
| 170 | Number of Households Receiving TANF | |
| 171 |     Benefits During the Year | 6,800 |
| 172 | Percentage of Households Receiving TANF | |
| 173 |     During the Year (%) | 0.45 |
| 174 | Percentage of TANF Participants in | |
| 175 |     Job Training Who Enter Employment (%) | 30.00 |
| 176 | Percentage of TANF Participants in Job | |
| 177 |     Training Who Enter Employment at a Salary | |
| 178 |     Sufficient to be Ineligible for TANF (%) | 19.00 |
| 179 | Percentage of TANF Participants in Job | |
| 180 |     Training Who Remain Employed for: | |
| 181 |     One Year After Leaving the Program (%) | 75.00 |
| 182 |     Five Years After Leaving the Program (%) | 65.00 |
| 183 | Social Services Block Grant | |
| 184 |     Clients Served, Family & Child Services | 75,611 |
| 185 |     Clients Served, Aging & Adult Services | 21,178 |
| 186 |     Clients Served, Youth Services | 900 |
| 187 | Youth Services | |
| 188 |     Community Services (Children Served) | 12,500 |
| 189 |     Institutional Component (Children Served) | 350 |
| 190 |     Number of Volunteers - Community Services | 125 |
| 191 |     Children Placed in Alternative Placement | 250 |
| 192 |     Children Diverted from Institutional (%) | 75.00 |

```
193        Recidivism Rate                                              22.00
194          A reporting of the degree to which the performance targets
195     set above have been or are being achieved shall be provided in the
196     agency's budget request submitted to the Joint Legislative Budget
197     Committee for Fiscal Year 2018.
198          SECTION 11.  It is the intent of the Legislature that the
199     Department of Human Services, Division of Child Support
200     Enforcement, make a concentrated effort to increase collections of
201     past due child support payments.  On or before January 1, 2017,
202     the Executive Director of the Department of Human Services shall
203     submit a report to the Legislative Budget Office detailing
204     year-to-date performance measures in the Child Support Enforcement
205     Program compared with the prior year.
206          SECTION 12.  It is the intention of the Legislature that the
207     Department of Human Services shall have the authority to spend
208     such additional funds as it shall receive from the federal
209     government in incentives or the federal match on those incentives
210     for the purpose of child support enforcement.
211          SECTION 13.  Of the funds appropriated in Section 1, Two
212     Hundred Fifty Thousand Dollars ($250,000.00) shall be transferred
213     to the Juvenile Facility Monitoring Unit at the Department of
214     Public Safety no later than July 31, 2016.
215          SECTION 14.  Of the funds appropriated herein, an additional
216     One Million Dollars ($1,000,000.00) of Special Funds to be
217     transferred from the Division of Medicaid, are provided to fund
```

218  the Home Delivered Meals Program in the Aging and Adult Services
219  Division.
220       **SECTION 15.**  The following sum, or so much thereof as may be
221  necessary, is appropriated out of any money in the State Treasury
222  to the credit of the Capital Expense Fund, as created in Section
223  27-103-303, Mississippi Code of 1972, and allocated in a manner as
224  determined by the Treasurer's Office for the purpose of defraying
225  the expenses of the Division of Child Protection Services for the
226  fiscal year beginning July 1, 2016, and ending June 30, 2017......
227  ...............................................$13,436,099.00.
228       **SECTION 16.**  Of the funds provided in Section 1, an amount
229  not to exceed One Hundred Thousand Dollars ($100,000.00) is
230  provided to fund the Senior Olympics Program.
231       **SECTION 17.**  Of the funds appropriated in Section 1, it is
232  the intention of the Legislature that an amount equal to the funds
233  provided from court assessments and allocated to the agency during
234  fiscal year 2015 be allocated for the same purpose for the fiscal
235  year beginning July 1, 2016, and ending June 30, 2017.
236       **SECTION 18.**  The money herein appropriated shall be paid by
237  the State Treasurer out of any money in the State Treasury to the
238  credit of the proper fund or funds as set forth in this act, upon
239  warrants issued by the State Fiscal Officer; and the State Fiscal
240  Officer shall issue his warrants upon requisitions signed by the
241  proper person, officer or officers, in the manner provided by law.

~ OFFICIAL ~

242      **SECTION 19.**  This act shall take effect and be in force from
243  and after July 1, 2016.