

**The State of Mississippi**
Phil Bryant, Governor
**Dr. David A. Chandler, Commissioner**
www.mdcps.ms.gov

---

To:     Joey Songy
        Office of the Governor

        Brian Pugh
        Office of the Governor

From:   Takesha Darby, Deputy Commissioner  TD
        MDCPS Financial Services

Re:     SFY2018 Budget Justification

Date:   July 27, 2016

---

The Mississippi Department of Child Protection Services (MDCPS) is requesting an increase of $26,688,379 in appropriations for the SFY2018 Budget Request; of which, $16,656,135 is being requested in State funding and the remaining balance of $10,032,244 will be anticipated federal funding.

MDCPS is requesting an additional 256 full-time positions to accommodate the remaining number of case workers for frontline, adoption and licensure based upon the certified caseload audit conducted after the SFY2017 Budget Request was submitted earlier this year. An additional 131 positions are being requested to provide additional administrative support as part of the transition plan to develop a new Accounting Department, Internal Audit & Control Department, Investigations Department and Information Technology Department separate from Mississippi Department of Human Services.

This request also includes additional funding for the CCWIS (formerly known as SACWIS) Project. The agency has chosen to utilize the agile approach which allows the team to build one modular component of the system at a time and interface it with the current system. The impact of this change will result in reducing the costs and timeframe for building a replacement system.

Attached is a copy of the detailed request which identifies more specifically what the agency is requesting and the costs.

Should you need more information, please feel free to contact me.

P.O. Box 346 · 660 North Street · Jackson, MS 39205
P: (601) 359-4368 E: contactus@mdcps.ms.gov


EXHIBIT E

# Mississippi Department of Human Services
## Division of Family and Children's Services
### Fiscal Year 2018 Budget Request Information

| Line Item | FY 2017 Appropriation | A Administrative Support | B Adoption | C Foster Care | D Prevention/ Protection | Total Increase/Decrease Requested | FY 2018 Budget Request |
|---|---|---|---|---|---|---|---|
| Salaries | $ 91,945,533 | $ 6,678,027 | $ 2,898,195 | $ 5,410,130 | $ 454,036 | $ 15,440,388 | $ 107,385,921 |
| Travel | $ 7,557,100 | $ 152,064 | $ 388,800 | $ 1,235,088 | $ 1,620 | $ 1,777,572 | $ 9,334,672 |
| Contractual | $ 61,848,968 | $ 6,115,955 | $ - | $ - | $ - | $ 6,115,955 | $ 67,964,923 |
| Commodities | $ 1,110,300 | $ 342,250 | $ 15,000 | $ 49,000 | $ 1,500 | $ 407,750 | $ 1,518,050 |
| Other than Equipment | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Equipment | $ 3,988,350 | $ 2,229,634 | $ 170,160 | $ 538,720 | $ 8,200 | $ 2,946,714 | $ 6,935,064 |
| Vehicles | $ 85,277 | $ - | $ - | $ - | $ - | $ - | $ 85,277 |
| Wireless Communication | $ 5,000 | $ - | $ - | $ - | $ - | $ - | $ 5,000 |
| SL&G | $ 147,405,069 | $ - | $ - | $ - | $ - | $ - | $ 147,405,069 |
| **Total** | $ 313,945,597 | $ 15,517,930 | $ 3,472,155 | $ 7,232,938 | $ 465,356 | $ 26,688,379 | $ 340,633,976 |

### Funding Split

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| General | $ 98,859,400 | $ 11,172,910 | $ 1,701,356 | $ 3,688,799 | $ 93,071 | $ 16,656,135 | $ 115,515,535 |
| Capital Expense | $ 13,436,099 | $ - | $ - | $ - | $ - | $ - | $ 13,436,099 |
| Special | $ 201,650,098 | $ 4,345,020 | $ 1,770,799 | $ 3,544,140 | $ 372,285 | $ 10,032,244 | $ 211,682,342 |
| **Total** | $ 313,945,597 | $ 15,517,930 | $ 3,472,155 | $ 7,232,938 | $ 465,356 | $ 26,688,379 | $ 340,633,976 |
| State/Federal % | | 72/28 | 49/51 | 51/49 | 20/80 | 48/52 | |

### PINS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Full Time/Perm | 1,536 | 0 | 0 | 0 | 0 | 0 | 1,536 |
| Full Time/T-L | 417 | 125 | 60 | 196 | 6 | 387 | 804 |
| Part Time/Perm | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Part Time/T-L | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 1,953 | 125 | 60 | 196 | 6 | 387 | 2,340 |

SFY2018 BUDGET REQUEST

| Position Title | # of PINS Needed | Starting Salary | Fringe Benefits | Total Compensation | Estimated Mileage | Total Est. Travel | Division | Department |
|---|---|---|---|---|---|---|---|---|
| Family Protection Specialist | 100 | $ 29,139 | $ 10,781.33 | $ 1,107,271 | 1,200,000 | $ 648,000 | Child Welfare | Field Operations |
| Family Protection Specialist, Senior | 60 | $ 35,258 | $ 13,045.40 | $ 2,898,195 | 720,000 | $ 388,800 | Child Welfare | Field Operations |
| Area Social Worker Supervisor | 33 | $ 42,662 | $ 15,784.94 | $ 1,928,749 | 198,000 | $ 106,920 | Child Welfare | Field Operations |
| Case Aides | 30 | $ 20,924 | $ 7,741.88 | $ 859,976 | 720,000 | $ 388,800 | Child Welfare | Field Operations |
| Administrative Assistant IV | 21 | $ 25,391 | $ 9,394.67 | $ 730,499 | 25,200 | $ 13,608 | Child Welfare | Field Operations |
| Social Services Supervisor | 10 | $ 46,928 | $ 17,363.36 | $ 642,914 | 120,000 | $ 64,800 | Child Welfare | Field Operations |
| Business Systems Analyst II | 2 | $ 51,358 | $ 19,002.46 | $ 140,721 | 24,000 | $ 12,960 | Child Welfare | Data Analysis |
| **TOTAL CHILD WELFARE** | **256** | | | **$ 8,308,326** | | **$ 1,623,888** | | |
| Office Director II | 5 | $ 63,408 | $ 23,461.09 | 434,347 | 2,500 | $ 1,350 | Administration | Policy/ Contracts/ Prev&Prot/ Training/ Resources |
| Administrator, Deputy | 1 | $ 67,408 | $ 24,940.95 | 92,349 | 500 | $ 270 | Administration | Human Resources |
| Projects Officer IV, Special | 6 | $ 36,177 | $ 13,385.35 | 297,372 | - | $ - | Administration | 3 Eligibility/ 3 Policy |
| Bureau Director II | 9 | $ 53,601 | $ 19,832.34 | 660,899 | 4,500 | $ 2,430 | Administration | 2 Contracts/ 1 Training/ 5 Prev&Prot/ 1 Eligibility |
| Communication Specialist | 1 | $ 33,375 | $ 12,348.75 | 45,724 | 1,000 | $ 540 | Administration | Human Resources |
| Program Manager | 2 | $ 34,698 | $ 12,838.08 | 95,071 | 1,000 | $ 540 | Administration | Training |
| Family Protection Training Coordinator | 6 | $ 42,662 | $ 15,784.94 | 350,682 | 36,000 | $ 19,440 | Administration | Training |
| Family Protection Training Director | 1 | $ 48,963 | $ 18,116.13 | 67,079 | 1,000 | $ 540 | Administration | Training |
| Reclass - Prog Spec to POIV | 6 | $ 8,561 | $ 2,054.66 | 63,694 | - | $ - | Administration | Eligibility |
| Reclass - DDI to DDII | 1 | $ 3,900 | $ 935.98 | 4,836 | - | $ - | Administration | ? |
| Reclass - Prog Spec to Personnel Offc II | 2 | $ 1,470 | $ 352.79 | 3,646 | - | $ - | Administration | Human Resources |
| Reclass - POIII to Personnel Offc III | 1 | $ 1,684 | $ 404.17 | 2,088 | - | $ - | Administration | Human Resources |
| Reclass - POIV to Personnel Offc V | 2 | $ 2,428 | $ 582.70 | 6,021 | - | $ - | Administration | Human Resources |
| Accounting/Auditing Division Director | 2 | $ 56,972 | $ 21,079.73 | 156,104 | 200 | $ 108 | Financial Services | Accounting & Payroll |
| Senior Business Systems Analyst | 1 | $ 55,274 | $ 20,451.51 | 75,726 | 300 | $ 162 | Financial Services | Analysis, Research & Statistics |

FINANCIAL WORKSHEET

**SFY2018 BUDGET REQUEST**

Salaries & Travel

| Position | # | Salary | | | | | Division | Function |
|---|---|---|---|---|---|---|---|---|
| Accounting & Finance Director | 4 | $ 48,133 | $ 17,809.12 | 263,767 | 1,500 | $ | 810 | Financial Services | Accounting & Payroll/ County Funds Mgmt/ Internal Audit & Control |
| Division Director II | | | | | | $ | | | |
| Accounting Specialist Senior | 2 | $ 45,155 | $ 16,707.32 | 123,724 | - | $ | - | Financial Services | Accounting & Payroll/ Internal Audit & Control |
| Accountant/Auditor II, Professional | 3 | $ 40,732 | $ 15,070.72 | 167,407 | 1,500 | $ | 810 | Financial Services | Analysis, Research & Statistics |
| Financial Coordinator | 2 | $ 39,939 | $ 14,777.43 | 109,433 | - | $ | - | Financial Services | Analysis, Research & Statistics |
| Accountant/Auditor I, Professional | 3 | $ 38,126 | $ 14,106.56 | 156,697 | 300 | $ | 162 | Financial Services | County Funds Management |
| AP/MGMT Analyst Principal | 4 | $ 37,527 | $ 13,884.82 | 205,645 | 48,000 | $ | 25,920 | Financial Services | Accounting & Payroll/ Analysis, Research & Statistics/ State Funds Mgmt |
| Accountant/Auditor I, Professional | 25 | $ 36,300 | $ 13,431.00 | 1,243,275 | 96,000 | $ | 51,840 | Financial Services | Accounting & Payroll/ State Funds Mgmt/ Internal Audit & Control |
| MDCPS Investigator | 4 | $ 35,782 | $ 13,239.42 | 196,087 | 48,000 | $ | 25,920 | Financial Services | Internal Audit & Control |
| AP/MGMT Analyst Senior | 2 | $ 31,422 | $ 11,626.05 | 86,096 | - | $ | - | Financial Services | Accounting & Payroll/ State Funds Mgmt |
| Analyst, Records | 1 | $ 27,309 | $ 10,104.21 | 37,413 | - | $ | - | Financial Services | Accounting & Payroll |
| AP/MGMT Analyst | 1 | $ 27,277 | $ 10,092.36 | 37,369 | - | $ | - | Financial Services | Accounting & Payroll |
| Accounting/Auditing Technician | 23 | $ 22,402 | $ 8,288.74 | 705,887 | 2,300 | $ | 1,242 | Financial Services | 15 County / 8 State Office |
| Senior Network Specialist | 2 | $ 53,937 | $ 19,956.82 | 147,788 | 6,000 | $ | 3,240 | Information Technology | IT |
| Lead Systems Administrator | 1 | $ 51,359 | $ 19,002.79 | 70,362 | 3,000 | $ | 1,620 | Information Technology | IT |
| Senior Systems Administrator | 2 | $ 41,164 | $ 15,230.73 | 112,790 | 3,000 | $ | 1,620 | Information Technology | IT |
| Business Systems Analyst I | 8 | $ 41,164 | $ 15,230.73 | 451,159 | 6,000 | $ | 3,240 | Information Technology | 2 IT/ 6 CCWIS |
| Lead Programmer Analyst | 2 | $ 55,274 | $ 20,451.51 | 151,452 | 3,000 | $ | 1,620 | Information Technology | CCWIS |
| Senior Programmer Analyst | 1 | $ 51,359 | $ 19,002.79 | 70,362 | 3,000 | $ | 1,620 | Information Technology | CCWIS |

JULY 2016

FINANCIAL WORKSHEET

# SFY2018 BUDGET REQUEST

| | | | | | |
|---|---|---|---|---|---|
| Database Administrator | 2 | $ 55,274 | $ 20,451.51 | 3,000 | 1,620 | Information Technology/CCWIS |
| Senior Business Systems Analyst | 1 | $ 55,274 | $ 20,451.51 | 3,000 | 1,620 | Information Technology/CQI |
| Family Protection Specialist, Advanced | 4 | $ 38,784 | $ 14,349.94 | 10,000 | 5,400 | Information Technology/CQI |
| **TOTAL ADMINISTRATIVE SUPPORT** | **131** | | $ 7,132,063 | 284,600 | 153,684 | |
| **TOTAL SALARIES & TRAVEL** | **387** | | $ 15,440,388 | 3,291,800 | 1,777,572 | |

| | | | |
|---|---|---|---|
| Child Welfare | 256 | $ 8,308,326 | $ 1,623,888 |
| Administration | 31 | $ 2,123,808 | $ 25,110 |
| Financial Services | 77 | $ 3,564,631 | $ 106,974 |
| Information Technology | 23 | $ 1,443,624 | $ 21,600 |
| | 387 | $ 15,440,388 | $ 1,777,572 |

**The Administration Division is requesting 31 new positions, reclassifying 1 position and reallocating 11 positions. Therefore, 12 positions have been removed from the total count of all PI to the Divison of Administration.

Salaries & Travel

JULY 2016

SFY2018 BUDGET REQUEST

| Description of Services | Amount | Division | Department | |
|---|---|---|---|---|
| Pre-Service/Ongoing Trainings | $ 2,000,000 | Administration | Training | Recurring |
| Licensure Exam Fees | $ 75,000 | Administration | Training | Recurring |
| Education Stipends | $ 300,000 | Administration | Training | Recurring |
| County Bookkeeping Software | $ 350,000 | Financial Services | County Funds Mgmt | One-Time |
| Treehouse | $ 115,000 | Information Technology | IT | Recurring |
| Data/Cabling | $ 75,000 | Information Technology | IT | One-Time |
| Hardware Support | $ 20,000 | Information Technology | IT | Recurring |
| Microsoft Enterprise Software Renewal | $ 164,480 | Information Technology | IT | Recurring |
| Citrix License & Maintenance Renewal | $ 120,000 | Information Technology | IT | Recurring |
| Bomgard Maintenance & Support | $ 6,500 | Information Technology | IT | Recurring |
| Access Control Maintenance | $ 2,100 | Information Technology | IT | Recurring |
| Absolute Maintenane Renewal | $ 50,000 | Information Technology | IT | Recurring |
| Virus Protection Software Renewal | $ 30,000 | Information Technology | IT | Recurring |
| Cisco Equipment Maintenance Renewal | $ 300,000 | Information Technology | IT | Recurring |
| Encryption Software Renewal | $ 30,000 | Information Technology | IT | Recurring |
| Helpdesk Software Renewal | $ 7,000 | Information Technology | IT | Recurring |
| Document Imaging Software | $ 300,000 | Information Technology | IT | One-Time |
| Miscellaneous Software | $ 300,000 | Information Technology | IT | One-Time |
| Miscellaneous Software Renewal | $ 85,000 | Information Technology | IT | Recurring |
| Performance Analyst | $ 73,125 | Information Technology | CCWIS | Recurring |
| Agile Coach | $ 87,750 | Information Technology | CCWIS | Recurring |
| Training Services Vendor | $ 250,000 | Information Technology | CCWIS | Recurring |
| Document Management Vendor | $ 625,000 | Information Technology | CCWIS | Recurring |
| DDI Vendor (above '17 request) | $ 750,000 | Information Technology | CCWIS | One-Time |
| | $ 6,115,955 | | | |

CONTRACTUAL

SFY2018 BUDGET REQUEST

| Description of Services | Amount | Division | Department |
|---|---|---|---|
| $250 * 256 new staff | $ 64,000 | Child Welfare | |
| $250 * 43 new staff | $ 10,750 | Administration | |
| $250 * 77 new staff | $ 19,250 | Financial Services | |
| $250 * 11 new staff | $ 2,750 | Information Technology | CCWIS |
| $250 * 5 new staff | $ 1,250 | Information Technology | CQI |
| $250 * 7 new staff | $ 1,750 | Information Technology | IT |
| Docking Station & Accessories ($350 * 300 staff) | $ 105,000 | Information Technology | IT |
| Patch Cables ($8.00 * 1,000 qty) | $ 8,000 | Information Technology | IT |
| Connectors ($15.00 * 1,000 qty) | $ 15,000 | Information Technology | IT |
| Network Cards ($900 * 50 qty) | $ 45,000 | Information Technology | IT |
| Dual Monitor Cards ($60 * 2,000 qty) | $ 120,000 | Information Technology | IT |
| Keyboard & Mouse ($30.00 * 500 qty) | $ 15,000 | Information Technology | IT |
| | **$ 407,750** | | |

COMMODITIES

SFY2018 BUDGET REQUEST

| Description of Services | Amount | | Division | Department | |
|---|---|---|---|---|---|
| Tablets ($1036 * 205 qty) | $ | 212,380 | Child Welfare | | One-Time |
| Wyse Terminals ($700 * 51 qty) | $ | 35,700 | Child Welfare | | One-Time |
| Workstation ($1800 * 256 qty) | $ | 460,800 | Child Welfare | | One-Time |
| Tablets ($1036 * 22 qty) | $ | 22,792 | Administration | | One-Time |
| Personal Computers ($1500 * 21 qty) | $ | 31,500 | Administration | | One-Time |
| Chairs ($350 * 43 staff) | $ | 15,050 | Administration | | One-Time |
| Desk ($600 * 43 staff) | $ | 25,800 | Administration | | One-Time |
| Shredders ($2500 * 1) | $ | 2,500 | Administration | | One-Time |
| Tablets ($1036 * 22 qty) | $ | 22,792 | Financial Services | | One-Time |
| Personal Computers ($1500 * 40 qty) | $ | 60,000 | Financial Services | | One-Time |
| Wyse Terminals ($700 * 15 qty) | $ | 10,500 | Financial Services | | One-Time |
| Chairs ($350 * 22 staff) | $ | 7,700 | Financial Services | | One-Time |
| Desk ($600 * 22 staff) | $ | 13,200 | Financial Services | | One-Time |
| Workstation ($1800 * 55 staff) | $ | 99,000 | Financial Services | | One-Time |
| Chairs ($350 * 40 staff) | $ | 14,000 | Information Technology | CCWIS | One-Time |
| Desk ($600 * 40 staff) | $ | 24,000 | Information Technology | CCWIS | One-Time |
| Personal Computers ($1500 * 50) | $ | 75,000 | Information Technology | CCWIS | One-Time |
| Laptop ($1200 * 20) | $ | 24,000 | Information Technology | CCWIS | One-Time |
| Tablet w/docking station ($1700 * 20) | $ | 34,000 | Information Technology | CCWIS | One-Time |
| MFP's ($4500 * 4) | $ | 18,000 | Information Technology | CCWIS | One-Time |
| Projectors ($1500 * 5 ) | $ | 7,500 | Information Technology | CCWIS | One-Time |
| Mondopad 80" ($18,000 * 1) | $ | 18,000 | Information Technology | CCWIS | One-Time |
| Shredders ($2500 * 5) | $ | 12,500 | Information Technology | CCWIS | One-Time |
| Document Imaging Equipment System | $ | 500,000 | Information Technology | IT | One-Time |
| Monitors ($300 * 4,000) | $ | 1,200,000 | Information Technology | IT | One-Time |
| | **$** | **2,946,714** | | | |

EQUIPMENT