State of Mississippi
Form MBR-1 (2015)

**BUDGET REQUEST FOR FISCAL YEAR ENDING JUNE 30, 2018**
REVISED: 9/13/2016 12:38:19 PM

**651-09**

| AGENCY: Department of Child Protection Services | ADDRESS: 660 N. Street, Ste. 200 | CHIEF EXECUTIVE OFFICER: Dr. David A. Chandler | | | |
|---|---:|---:|---:|---:|---:|
| | Actual Expenses June 30, 2016 | Estimated Expenses June 30, 2017 | Requested For June 30, 2018 | Requested Over/(Under) Estimated AMOUNT | PERCENT |
| **I. A. PERSONAL SERVICES** | | | | | |
| 1. Salaries, Wages & Fringe Benefits (Base) | 63,199,527 | 91,945,533 | 94,830,756 | | |
| a. Additional Compensation | | | | | |
| b. Proposed Vacancy Rate (Dollar Amount) | | | | | |
| c. Per Diem | | | | | |
| Total Salaries, Wages & Fringe Benefits | 63,199,527 | 91,945,533 | 94,830,756 | 2,885,223 | 3.14% |
| 2. Travel | | | | | |
| a. Travel & Subsistence (In-State) | 6,666,135 | 7,364,242 | 7,661,472 | 297,230 | 4.04% |
| b. Travel & Subsistence (Out-Of-State) | 174,575 | 192,858 | 238,221 | 45,363 | 23.52% |
| c. Travel & Subsistence (Out-Of-Country) | | | | | |
| Total Travel | 6,840,710 | 7,557,100 | 7,899,693 | 342,593 | 4.53% |
| **B. CONTRACTUAL SERVICES (Schedule B)** | | | | | |
| a. Tuition, Rewards & Awards | 851,985 | 4,556,823 | 4,556,823 | | |
| b. Communications, Transportation & Utilities | 163,493 | 210,072 | 210,072 | | |
| c. Public Information | 39,443 | 200,000 | 200,000 | | |
| d. Rents | 1,105,848 | 1,751,587 | 1,751,587 | | |
| e. Repairs & Service | 45,142 | 65,000 | 65,000 | | |
| f. Fees, Professional & Other Services | 39,174,925 | 34,429,330 | 34,429,330 | | |
| g. Other Contractual Services | 753,925 | 1,065,000 | 1,065,000 | | |
| h. Data Processing | 5,702,405 | 19,071,156 | 19,212,870 | 141,714 | 0.74% |
| i. Other | 298,239 | 500,000 | 500,000 | | |
| Total Contractual Services | 48,135,405 | 61,848,968 | 61,990,682 | 141,714 | 0.23% |
| **C. COMMODITIES (Schedule C)** | | | | | |
| a. Maintenance & Construction Materials & Supplies | 847 | 599 | 599 | | |
| b. Printing & Office Supplies & Materials | 643,094 | 454,951 | 454,951 | | |
| c. Equipment, Repair Parts, Supplies & Accessories | 704,122 | 498,124 | 498,124 | | |
| d. Professional & Scientific Supplies & Materials | 9,738 | 6,889 | 6,889 | | |
| e. Other Supplies & Materials | 211,658 | 149,737 | 149,737 | | |
| Total Commodities | 1,569,459 | 1,110,300 | 1,110,300 | | |
| **D. CAPITAL OUTLAY** | | | | | |
| 1. Total Other Than Equipment (Schedule D-1) | | | | | |
| 2. Equipment (Schedule D-2) | | | | | |
| b. Road Machinery, Farm & Other Working Equipment | | | | | |
| c. Office Machines, Furniture, Fixtures & Equipment | 377,785 | 606,500 | 606,500 | | |
| d. IS Equipment (Data Processing & Telecommunications) | 1,591,846 | 2,672,050 | 2,672,050 | | |
| e. Equipment - Lease Purchase | | | | | |
| f. Other Equipment | 342,931 | 709,800 | 709,800 | | |
| Total Equipment (Schedule D-2) | 2,312,562 | 3,988,350 | 3,988,350 | | |
| 3. Vehicles (Schedule D-3) | | 85,277 | | (85,277) | (100.00%) |
| 4. Wireless Comm. Devices (Schedule D-4) | | 5,000 | 5,000 | | |
| **E. SUBSIDIES, LOANS & GRANTS (Schedule E)** | 48,837,930 | 147,405,069 | 147,405,069 | | |
| **TOTAL EXPENDITURES** | 170,895,593 | 313,945,597 | 317,229,850 | 3,284,253 | 1.05% |
| **II. BUDGET TO BE FUNDED AS FOLLOWS:** | | | | | |
| Cash Balance-Unencumbered | | | | | |
| General Fund Appropriation (Enter General Fund Lapse Below) | 79,418,151 | 98,859,400 | 100,545,038 | 1,685,638 | 1.71% |
| State Support Special Funds | | 13,436,099 | 13,436,099 | | |
| Federal Funds | 89,403,444 | 197,022,661 | 198,621,276 | 1,598,615 | 0.81% |
| Other Special Funds (Specify) Other | 1,870,451 | 4,173,289 | 4,173,289 | | |
| Casey Foundation | 54,650 | 121,934 | 121,934 | | |
| Children Trust | 148,897 | 332,214 | 332,214 | | |
| Less: Estimated Cash Available Next Fiscal Period | | | | | |
| **TOTAL FUNDS (equals Total Expenditures above)** | 170,895,593 | 313,945,597 | 317,229,850 | 3,284,253 | 1.05% |
| GENERAL FUND LAPSE | | | | | |
| **III: PERSONNEL DATA** | | | | | |
| Number of Positions Authorized in Appropriation Bill a.) Perm Full | 1,189 | 1,536 | 1,536 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 417 | 417 | 477 | 60 | 14.39% |
| d.) T-L Part | | | | | |
| Average Annual Vacancy Rate (Percentage) a.) Perm Full | | | | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | | | | | |
| d.) T-L Part | | | | | |

Approved by: David A. Chandler
Official of Board or Commission
Budget Officer: Takesha Darby / Takesha.darby@mdcps.ms.gov

EXHIBIT F

Date: 8/1/2016 4:47 PM
Title: Deputy Commissioner