

**PUBLIC CATALYST**
www.public-catalyst.com

To: Tracy Malone
Deputy Commissioner of Child Welfare

From: Lisa Alexander-Taylor
Public Catalyst

Date: March 31, 2017 (Updated April 4, 2017)

Subject: 2017 Caseload Performance Targets

Public Catalyst analyzed the results of the September 2016 caseload audit, as provided in Section 5.a.1) of the Stipulated Third Remedial Order (STRO), in order to measure caseloads according to the new weighted caseload standards set forth in the STRO. Thirty-one percent of the 691 frontline workers reflected in the September 30, 2016 workload data met the new weighted caseload standards.

Section 5.b. of the STRO requires that Public Catalyst will establish performance targets for MDCPS caseload compliance by March 1, 2017, and report on compliance to the parties every three (3) months. Public Catalyst has established the following caseload performance targets for 2017:

- 50% of frontline workers will meet the caseload standards by July 31, 2017;
- 70% of frontline workers will meet the caseload standards by October 31, 2017; and
- 90% of frontline workers will meet the caseload standards by December 31, 2017.

Sections 5.c. and 5.d. of the STRO require MDCPS to comply with these caseload compliance performance targets and to achieve full caseload compliance (90%) with the new weighted standards by December 31, 2017, respectively. Public Catalyst will report on MDCPS' performance with the 50% target in September 2017.

Please let me know if you have any questions. Thank you.

c: Kristi Plotner
Kris Jones
Jaworski Davenport
Eileen Crummy
Kevin Ryan



C



**PUBLIC CATALYST**
www.public-catalyst.com

To: Tracy Malone
Deputy Commissioner of Child Welfare

From: Lisa Alexander-Taylor  L AT
Public Catalyst

Date: March 31, 2017

Subject: 2017 Caseload Performance Targets

Public Catalyst analyzed the results of the September 2016 caseload audit, as provided in Section 5.a.1) of the Stipulated Third Remedial Order (STRO), in order to measure caseloads according to the new weighted caseload standards set forth in the STRO. Thirty-one percent of the 691 frontline workers reflected in the September 30, 2016 workload data met the new weighted caseload standards.

Section 5.b. of the STRO requires that Public Catalyst will establish performance targets for MDCPS caseload compliance by March 1, 2017, and report on compliance to the parties every three (3) months. Public Catalyst has established the following caseload performance targets for 2017:

- 50% of frontline workers will meet the caseload standards by June 30, 2017;
- 70% of frontline workers will meet the caseload standards by September 30, 2017; and
- 90% of frontline workers will meet the caseload standards by December 31, 2017.

Sections 5.c. and 5.d. of the STRO require MDCPS to comply with these caseload compliance performance targets and to achieve full caseload compliance (90%) with the new weighted standards by December 31, 2017, respectively. Public Catalyst will report on MDCPS' performance with the 50% target in July 2017.

Please let me know if you have any questions. Thank you.

c: Kristi Plotner
Kris Jones
Jaworski Davenport
Eileen Crummy
Kevin Ryan

99 Wood Avenue South, Suite 301
Iselin, NJ 08830

732-710-3950
info@public-catalyst.com