MISSISSIPPI LEGISLATURE                         REGULAR SESSION 2017

By: Representatives Read, Mims, Arnold,         To:  Appropriations
Barker, Bennett, Bounds, Brown, Currie,
Gipson, Holland, Mettetal, Myers, Turner,
Watson, Ladner

HOUSE BILL NO. 1513
(As Sent to Governor)

1  AN ACT MAKING AN APPROPRIATION TO THE DEPARTMENT OF CHILD
2  PROTECTION SERVICES; AND FOR RELATED PURPOSES, FOR THE FISCAL YEAR
3  2018.

4  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

5  **SECTION 1.**  The following sum, or so much thereof as may be

6  necessary, is appropriated out of any money in the State General

7  Fund not otherwise appropriated, to the Department of Child

8  Protection Services for the fiscal year beginning July 1, 2017,

9  and ending June 30, 2018.......................$   97,969,323.00.

10  **SECTION 2.**  The following sum, or so much thereof as may be

11  necessary, is appropriated out of any money in any special fund in

12  the State Treasury to the credit of the Department of Child

13  Protection Services which is comprised of special source funds

14  collected by or otherwise available to the department for the

15  support of the various divisions of the department, for the

16  purpose of defraying the expenses of the department for the fiscal

17  year beginning July 1, 2017, and ending June 30, 2018............

18  ..............................................$  205,714,244.00.

H. B. No. 1513                                ~ OFFICIAL ~
17/HR31/A65109SG
PAGE 1 (LAR\DW\JAB)


EXHIBIT J

19       **SECTION 3.**  None of the funds appropriated by this act shall
20  be expended for any purpose that is not actually required or
21  necessary for performing any of the powers or duties of the
22  Department of Child Protection Services that are authorized by the
23  Mississippi Constitution of 1890, state or federal law, rules or
24  regulations that implement state or federal law, or lawsuit
25  settlement agreements.
26       **SECTION 4.**  With the funds appropriated for this budget, the
27  following positions are authorized:
28  AUTHORIZED POSITIONS:
29       Permanent:     Full Time.............   1,536
30                      Part Time.............       0
31       Time-Limited:  Full Time.............     417
32                      Part Time.............       0
33       None of the funds herein appropriated shall be used in
34  violation of Internal Revenue Service's Publication 15-A relating
35  to the reporting of income paid to contract employees, as
36  interpreted by the Office of the State Auditor.
37       **SECTION 5.**  It is the intention of the Legislature that the
38  Department of Child Protection Services shall maintain complete
39  accounting and personnel records related to the expenditure of all
40  funds appropriated under this act and that such records shall be
41  in the same format and level of detail as maintained for Fiscal
42  Year 2017.  It is further the intention of the Legislature that
43  the agency's budget request for Fiscal Year 2019 shall be

44 submitted to the Joint Legislative Budget Committee in a format
45 and level of detail comparable to the format and level of detail
46 provided during the Fiscal Year 2018 budget request process.
47     **SECTION 6.**  It is the intention of the Legislature that
48 whenever two (2) or more bids are received by this agency for the
49 purchase of commodities or equipment, and whenever all things
50 stated in such received bids are equal with respect to price,
51 quality and service, the Mississippi Industries for the Blind
52 shall be given preference.  A similar preference shall be given to
53 the Mississippi Industries for the Blind whenever purchases are
54 made without competitive bids.
55     **SECTION 7.**  The Department of Child Protection Services is
56 authorized to expend available funds on technology or equipment
57 upgrades or replacements when it will generate savings through
58 efficiency or when the savings generated from such upgrades or
59 replacements exceed expenditures thereof.
60     **SECTION 8.**  Of the funds appropriated in Section 1, it is the
61 intention of the Legislature that Ninety-three Thousand Six
62 Hundred One Dollars ($93,601.00) shall be allocated to the
63 Mississippi Children's Trust Fund supported from General Fund
64 court assessments.
65     **SECTION 9.**  The money herein appropriated shall be paid by
66 the State Treasurer out of any money in the State Treasury to the
67 credit of the proper fund or funds as set forth in this act, upon
68 warrants issued by the State Fiscal Officer; and the State Fiscal

```
69  Officer shall issue his warrants upon requisitions signed by the
70  proper person, officer or officers, in the manner provided by law.
71       SECTION 10.  This act shall take effect and be in force from
72  and after July 1, 2017.
```