State of Mississippi  
Form MBR-1 (2015)

BUDGET REQUEST FOR FISCAL YEAR ENDING JUNE 30, 2019  
REVISED: 9/14/2017 10:54:26 AM

**651-09**

Department of Child Protection Services  
AGENCY

660 N. Street, Ste. 200  
ADDRESS

Dr. David A. Chandler  
CHIEF EXECUTIVE OFFICER

| | Actual Expenses June 30, 2017 | Estimated Expenses June 30, 2018 | Requested For June 30, 2019 | Requested Over/(Under) Estimated AMOUNT | PERCENT |
|---|---|---|---|---|---|
| **I. A. PERSONAL SERVICES** | | | | | |
| 1. Salaries, Wages & Fringe Benefits (Base) | 75,820,794 | 87,040,406 | 99,861,755 | | |
| a. Additional Compensation | | | 2,071,342 | | |
| b. Proposed Vacancy Rate (Dollar Amount) | | | 9,986,176 | | |
| c. Per Diem | | | | | |
| Total Salaries, Wages & Fringe Benefits | 75,820,794 | 87,040,406 | 91,946,921 | 4,906,515 | 5.64% |
| 2. Travel | | | | | |
| a. Travel & Subsistence (In-State) | 7,440,727 | 7,417,100 | 7,585,012 | 167,912 | 2.26% |
| b. Travel & Subsistence (Out-Of-State) | 139,091 | 140,000 | 140,000 | | |
| c. Travel & Subsistence (Out-Of-Country) | | | | | |
| Total Travel | 7,579,818 | 7,557,100 | 7,725,012 | 167,912 | 2.22% |
| **B. CONTRACTUAL SERVICES (Schedule B)** | | | | | |
| a. Tuition, Rewards & Awards | 776,821 | 3,200,052 | 4,200,052 | 1,000,000 | 31.25% |
| b. Communications, Transportation & Utilities | 636,103 | 644,000 | 645,000 | 1,000 | 0.16% |
| c. Public Information | 101,529 | 101,000 | 101,000 | | |
| d. Rents | 1,197,523 | 2,128,665 | 2,128,665 | | |
| e. Repairs & Service | 87,680 | 65,000 | 65,000 | | |
| f. Fees, Professional & Other Services | 28,938,145 | 38,132,348 | 45,342,592 | 7,210,244 | 18.91% |
| g. Other Contractual Services | 816,348 | 837,500 | 945,000 | 107,500 | 12.84% |
| h. Data Processing | 5,999,199 | 9,129,498 | 9,129,498 | | |
| i. Other | 692,137 | 500,000 | 500,000 | | |
| Total Contractual Services | 39,245,485 | 54,738,063 | 63,056,807 | 8,318,744 | 15.20% |
| **C. COMMODITIES (Schedule C)** | | | | | |
| a. Maintenance & Construction Materials & Supplies | 211 | 599 | 599 | | |
| b. Printing & Office Supplies & Materials | 831,191 | 454,951 | 454,951 | | |
| c. Equipment, Repair Parts, Supplies & Accessories | 1,304,938 | 498,124 | 582,624 | 84,500 | 16.96% |
| d. Professional & Scientific Supplies & Materials | 16,366 | 6,889 | 6,889 | | |
| e. Other Supplies & Materials | 275,537 | 149,737 | 149,737 | | |
| Total Commodities | 2,428,243 | 1,110,300 | 1,194,800 | 84,500 | 7.61% |
| **D. CAPITAL OUTLAY** | | | | | |
| 1. Total Other Than Equipment (Schedule D-1) | | | | | |
| 2. Equipment (Schedule D-2) | | | | | |
| b. Road Machinery, Farm & Other Working Equipment | | | | | |
| c. Office Machines, Furniture, Fixtures & Equipment | 116,390 | 228,088 | 574,618 | 346,530 | 151.93% |
| d. IS Equipment (Data Processing & Telecommunications) | 1,142,200 | 1,844,662 | 2,454,967 | 610,305 | 33.08% |
| e. Equipment - Lease Purchase | | | | | |
| f. Other Equipment | 335,359 | | 725,000 | 725,000 | 100.00% |
| Total Equipment (Schedule D-2) | 1,593,949 | 2,072,750 | 3,754,585 | 1,681,835 | 81.14% |
| 3. Vehicles (Schedule D-3) | 46,918 | | | | |
| 4. Wireless Comm. Devices (Schedule D-4) | 4,990 | 5,000 | 5,000 | | |
| **E. SUBSIDIES, LOANS & GRANTS (Schedule E)** | 55,716,694 | 151,159,948 | 81,670,003 | (69,489,945) | (45.97%) |
| **TOTAL EXPENDITURES** | 182,436,891 | 303,683,567 | 249,353,128 | (54,330,439) | (17.89%) |
| **II. BUDGET TO BE FUNDED AS FOLLOWS:** | | | | | |
| Cash Balance-Unencumbered | | | | | |
| General Fund Appropriation (Enter General Fund Lapse Below) | 98,346,782 | 97,969,323 | 113,241,063 | 15,271,740 | 15.59% |
| State Support Special Funds | 13,436,099 | | | | |
| Federal Funds — Other Special Funds (Specify) | 67,884,449 | 203,272,130 | 133,669,951 | (69,602,179) | (34.24%) |
| Children's Trust Fund | 1,135,887 | 808,440 | 808,440 | | |
| Fingerprinting, Homestudy, Other | 1,633,674 | 1,633,674 | 1,633,674 | | |
| Less: Estimated Cash Available Next Fiscal Period | | | | | |
| **TOTAL FUNDS (equals Total Expenditures above)** | 182,436,891 | 303,683,567 | 249,353,128 | (54,330,439) | (17.89%) |
| GENERAL FUND LAPSE | 512,618 | | | | |
| **III: PERSONNEL DATA** | | | | | |
| Number of Positions Authorized in Appropriation Bill a.) Perm Full | 1,536 | 1,536 | 1,580 | 44 | 2.86% |
| b.) Perm Part | | | | | |
| c.) T-L Full | 417 | 417 | 481 | 64 | 15.35% |
| d.) T-L Part | | | | | |
| Average Annual Vacancy Rate (Percentage) a.) Perm Full | 17.00 | 7.00 | 7.00 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 6.00 | 3.00 | 3.00 | | |
| d.) T-L Part | | | | | |

Approved by: David Chandler  
Official of Board or Commission  
Budget Officer: Takesha Darby / Takesha.darby@mdcps.ms.gov

Submitted  
Phone N[u...]

**EXHIBIT K**

Date: 8/31/2017 4:48 PM  
Title: Deputy Commissioner