| | FY-2019 Projection | Federal Portion Based on FY18 Actuals | State Portion Based on FY18 Actuals |
|---|---|---|---|
| Salaries, Wages, & Fringe | $91,000,000.00 | $21,840,000.00 | $69,160,000.00 |
| Travel | $8,636,471.57 | $2,072,753.18 | $6,563,718.40 |
| Contractual Services | $60,385,729.15 | $15,700,289.58 | $44,685,439.57 |
| Commodities | $1,556,707.46 | $389,176.86 | $1,167,530.59 |
| Equipment | $2,754,950.00 | $606,089.00 | $2,148,861.00 |
| Subsidies, Loans, & Grants | $66,555,045.04 | $26,622,018.02 | $39,933,027.02 |
| Total Projected Expenditures | $230,888,903.22 | $67,230,326.64 | $163,658,576.58 |
| Maximum Fed Funds via DHS | | $30,000,000.00 | ($30,000,000.00) |
| | | $97,230,326.64 | $133,658,576.58 |

