# YEAR 1 SUMMARY ANALYSIS REPORT



## In-Circle Program

Year 1 Report Summary ............................................. page 1

Year 1 Family Survey Results .................................. page 4

Year 1 NCFAS Comparison Results ......................... page 6

Year 1 Court Report Results ..................................... page 8

PARHAM GROUP
*Nonprofit Advisors*



EXHIBIT P

# YEAR 1 SUMMARY ANALYSIS REPORT
##  *In-Circle Program*

1. Number of Families Served *(current # of families in study)* In Year 1: **417**

2. Average Tenure of a Family In The Program (All Phases): **93.5 Days**
   (92 Days –Youth Villages; 95 Days -Canopy)

3. Average Caseload Size:   **4.9** Families/Staff   (3.72 - YV;   6.0 - Canopy)

4. Examples of Evidence-Based Practices Used:

   A. Youth Villages - Collaborative Problem Solving
   B. Canopy – MAP System, Risking Connections

5. Examples of Community Engagement and Support System Access:

   (A) School Interaction and Relationships
   (B) Mental Health/Physical Health Connections/Support
   (C) Job Search and Placement Activities
   (D) Financial Management Assistance,
   (E) Youth Court and Law Enforcement Relations
   (F) Housing Connections
   (G) MAP Team Support
   (H) Thrift Store Relations for Obtaining Needed Household Goods
   (I) Church Outreach, Etc.

6. Percentage of Children of Families Who Remain Safely in the Home at Discharge:  **94%**

7. Program Process and Outcome

   As The Chart Below Indicates, All Responses (Family, Provider, CPS Worker, and NCFAS[*] Data) Reflect A High Rate of **Program Effectiveness** with an **88% Positive** (Effective or Very Effective) Composite Score.

   The Two Sources Asked About **Program Satisfaction** (Family and CPS Worker) Reflected a **90% Positive** (Satisfied, Very Satisfied) Composite Score.

   With Regard to the **Referral Process**, the CPS Worker Survey and the Provider Survey Reflect a Composite Score Of **90% Positive** (Smooth/Seamless or Very Smooth/Seamless).

1

With Regard To Family Functioning, Both the Family (Perception) and the NCFAS Assessment (Evidence) Scores At Discharge Reflect Composite Scores As Follows:

- Parent Capacity, Knowledge, Skill: **92% Positive** (Increased or Significantly Increased)
- Family Interaction: **93% Positive** (Improved or Significantly Improved)
- Home Management Knowledge and Skills: **90% Positive** (Improved or significantly Improved)
- Social Supports Access and Use: **95.5% Positive** (Significant Increase in Access and Use)
- Child/Caregiver Relationship: **97.5% Positive** (Significant Improvement In Relationship)
- Child Well-Being/Safety: **93.5% Positive** (Significant Improvement in Child Safety/Well-being)

| Category | Family Survey | NCFAS Data | CPS Worker Survey | Provider Survey |
|---|---|---|---|---|
| A. Effectiveness | 84% report program is effective | 4.58 /5.0 scale (92% positive) | 4.27 /5.0 scale (85% positive) | 4.51 /5.0 scale (90% positive) |
| B. Satisfaction | 4.74 /5.0 scale (95% positive) | | 4.20 /5.0 scale (84% positive) | |
| C. Referral Process | | | 4.20 / 5.0 scale (84% positive) | 4.43 / 5.0 scale (89% positive) |
| D. Parental Capacity, Knowledge, Skill | 4.57 / 5.0 (92% positive) | 4.57 / 5.0 (92% positive) | | |
| E. Family Interaction | 4.51 / 5.0 (90% positive) | 4.73 / 5.0 (95% positive) | | |
| F. Home Management Knowledge and Skill | 4.24 / 5.0 (85% positive) | 4.75 / 5.0 (95% positive) | | |
| G. Social Supports Access and Use | 4.73 / 5.0 (95% positive) | 4.78 / 5.0 (96% positive) | | |
| H. Child/Caregiver Relationship | 4.83 / 5.0 (97% positive) | 4.93 / 5.0 (98% positive) | | |
| I. Child Well-Being and Safety | 4.71 /5.0 (94% positive) | 4.65 / 5.0 (93% positive) | | |

8. Referral Timeliness

   The program originally required the time from referral to service start to be within 48 hours. Given the demand (people being referred) and the case load size limit, this requirement was becoming unrealistic. At the initial stage of the program, staff had a 94% success rate of starting services within 48 hours. At the 7-month point, it dipped to 71%, and then to a 56% success rate. After review and discussion, the requirement was reworded to say, "referral initial staff contact". Although there is a wait list in certain counties for accessing the program, a sample interview with families (enrolled 15-30 days) revealed that 90% of those responding had been contacted (and started services).

2

9. Court Ordered/Referred Families

   Approximately 125 court-ordered/court-referred families *(# of current court families in study)* have entered the program. As with the NCFAS, the court report data is collected at discharge in 5 of the NCFAS categories. Not surprisingly, the intake scores are lower in general than the program intake scores as a whole. The discharge scores are much closer to the general program population scores producing an indicated percentage change larger than the overall change. The percentage of children reunified/remaining in the home is the same as those in the program as a whole at 94%. (See page 8 for Court Report)

10. Cost Comparison

    A comparison of the average cost per family in In-Circle to the average cost of children in custody (board rate, etc.) or an institutional setting will soon be identified and reported separately when the relevant data is collected and analyzed.

*\*NCFAS – North Carolina Family Assessment Survey. The primary functional assessment tool for the In-Circle program.*

# IN-CIRCLE Program

## Summary Results of Family Interview/Survey
(12-month point)

- **73%** say they are very satisfied with the intensity of services provided
- **94%** say that they have a high level of access to provider staff
- **94%** say staff treats whole family with respect
- **83%** say they actively participate in services/supports provided
- **85%** say they are very confident that they will use the skills they learned to ensure their child stays at home
- **76%** say they are very satisfied with the staff and service/supports provided
- **75%** report that their level of parental knowledge and skill has significantly increased
- **75%** report that family interaction has significantly improved
- **74%** report home management knowledge and skills has significantly improved
- **62%** report a significant increase in the access to and use of community supports
- **84%** report the relationship with their child has significantly improved
- **90%** report overall safety of child (ren) has significantly improved
- **87%** say they are receiving all services/supports that they need/want

4

**Family- Identified Requested Services:**
1. Transportation
2. Mentor Program
3. Program to Assist With Finding Job
4. Affordable Housing
5. Receiving List Resources at the Beginning
6. Monetary Support For Needs, i.e., Hygiene, Rent, Home Repairs, Other Bills
7. Continue Being Checked On After the Program
8. Anger Management
9. Community Resources
10. Education support

**Family Suggestions:**

- Keeping Same Case Workers (Not Introducing New People)
- Transportation
- More Resources
- Male Staff to Connect With the Boys
- Punctuality
- Didn't Have A Consistent Therapist, So Child Couldn't Open Up.

**Family Comments:**

"Very thankful & appreciative of the program"
"I love my case workers & are very respectful"
"Thank you! The staff is amazing!"
"program is awesome!"
"I love my workers!"
"everything was perfect"
"wonderful program!"
"From beginning to end they went above and beyond"
"Everyone was wonderful & we hated to see them go!"
"Staff was amazing the whole time"
"staff was amazing! 100%!"
"Ready to be over, but will miss staff. They have been very helpful."
"I appreciate all that the program provides."
"staff has been excellent from the beginning and i really can call them at anytime"
"we love the staff! they became a part of our family"
"Staff is amazing!"
"I like everyone in the group & they are very respectful"
"they were wonderful, so good to me and my boys and extremely helpful.

"Staff has not been on time, which has wasted my time".
"Should have had a meeting to get everyone on same page, some of the staff was great and some were not very helpful."

5

# NCFAS Comparison Report



**In-Circle Program**

As of Date: Year 1

*(Overall Average Scores for Responses)*

Point Scale: 1-6
(1=Worst, 3=Average, 6=BEST)

| NCFAS Category | Intake | Discharge | Point Change | % Change |
|---|---|---|---|---|
| A. ENVIRONMENT | 4.21 | 4.75 | 0.54 | 13% |
| B. PARENTAL CAPABILITIES | 3.70 | 4.57 | 0.87 | 23% |
| C. FAMILY INTERACTION | 4.07 | 4.73 | 0.66 | 16% |
| D. FAMILY SAFETY | 4.02 | 4.72 | 0.70 | 17% |
| E. CHILD WELL-BEING | 3.89 | 4.58 | 0.69 | 18% |
| F. SOCIAL/COMMUNITY LIFE | 4.23 | 4.78 | 0.55 | 13% |
| G. SELF-SUFFICIENCY | 3.85 | 4.45 | 0.60 | 16% |
| H. FAMILY HEALTH | 4.09 | 4.64 | 0.55 | 13% |
| I. PARENT/CHILD AMBIVALENCE | 4.38 | 4.93 | 0.55 | 13% |
| J. READINESS FOR PRESERVATION | 4.11 | 4.58 | 0.48 | 12% |
| K. TRAUMA | 3.93 | 4.67 | 0.74 | 19% |
| L. POST-TRAUMA WELL-BEING | 4.08 | 4.66 | 0.58 | 14% |
| Overall Average: | 4.05 | 4.67 | 0.63 | **16%** |

6

### **_Reunification/Remain in home:_**

Total Current Discharges in Study = 188

# Reunifications/Remain in Home = 176

**% of Total That Were
Reunified/Remain in Home
= 94%**

---

Of the twelve (12) that did not remain in the home:

(1) – Family discharged services early

(6) – Entered/Re-Entered MDCPS Custody

(1) – The child will remain in CPS custody to seek mental health treatment

(1) – The child remained with resource parent

(1) – Children went to bio dad due to mom testing negative on her drug screen

(1) – The child remained with Foster Family (continued supervised visitation w/ mom)

(1) – Children reside with aunt and mom has supervised visits

---



**In-Circle Program**

## COURT REPORT SUMMARY

| Date: | 11/1/18 |
|---|---|
| Family: | Composite Scores |
| Provider Agency: | Canopy and Youth Villages |
| Referring County: | N/A |

### Summary Status of Family Referred/Ordered by Court:

1 a-e from NCFAS           scale: 0-6 (6 highest)

| 1. FAMILY FUNCTIONING LEVEL | Intake | Discharge | % Change |
|---|---|---|---|
| a. Home Environment | 3.44 | 4.50 | +30.0% |
| b. Parent Capabilities | 3.41 | 4.27 | +25.0% |
| c. Child Safety and Wellbeing | 3.79 | 4.44 | +17.0% |
| d. Family Interaction | 3.69 | 4.35 | +18.0% |
| e. Readiness for Preservation/Reunification | 3.25 | 4.78 | +45.0% |
| f. Overall Average Improvement Rate | | | **+27.0%** |

| 2. CHILD/FAMILY OUTCOME AT DISCHARGE | |
|---|---|
| a. Child Remains in Home | 94% |
| b. Child Entered/Re-entered MDCPS System | 6% |