| MDCPS 013709 | BUDGET REQUEST FOR FISCAL YEAR ENDING JUNE 30, 2020 | | | 651-09 | |
|---|---|---|---|---|---|
| Department of Child Protection Services | 660 N. Street, Ste. 200 | | | Jess H. Dickinson | |
| AGENCY | ADDRESS | | | CHIEF EXECUTIVE OFFICER | |
| | Actual Expenses June 30,2018 | Estimated Expenses June 30,2019 | Requested For June 30,2020 | Requested Over/(Under) Estimated | |
| | | | | AMOUNT | PERCENT |
| I. A. PERSONAL SERVICES | | | | | |
| 1. Salaries, Wages & Fringe Benefits (Base) | 79,463,896 | 84,000,000 | 98,285,624 | | |
| a. Additional Compensation | | | 1,293,929 | | |
| b. Proposed Vacancy Rate (Dollar Amount) | | | 8,558,059 | | |
| c. Per Diem | | | | | |
| Total Salaries, Wages & Fringe Benefits | 79,463,896 | 84,000,000 | 91,021,494 | 7,021,494 | 8.36% |
| 2. Travel | | | | | |
| a. Travel & Subsistence (In-State) | 8,512,288 | 8,468,472 | 8,108,550 | (359,922) | (4.25%) |
| b. Travel & Subsistence (Out-Of-State) | 167,662 | 168,000 | 168,000 | | |
| c. Travel & Subsistence (Out-Of-Country) | | | | | |
| Total Travel | 8,679,950 | 8,636,472 | 8,276,550 | (359,922) | (4.17%) |
| B. CONTRACTUAL SERVICES (Schedule B) | | | | | |
| a. Tuition, Rewards & Awards | 597,516 | 602,500 | 602,500 | | |
| b. Communications, Transportation & Utilities | 142,039 | 164,130 | 164,130 | | |
| c. Public Information | 49,505 | 66,394 | 66,394 | | |
| d. Rents | 1,178,532 | 1,365,863 | 1,365,900 | 37 | 0.00% |
| e. Repairs & Service | 83,030 | 90,000 | 90,000 | | |
| f. Fees, Professional & Other Services | 29,968,209 | 39,452,182 | 38,328,120 | (1,124,062) | (2.85%) |
| g. Other Contractual Services | 916,989 | 1,309,839 | 1,309,839 | | |
| h. Data Processing | 6,292,408 | 8,599,265 | 41,599,265 | 33,000,000 | 383.75% |
| i. Other | 3,196,531 | 1,565,963 | 200,000 | (1,365,963) | (87.23%) |
| Total Contractual Services | 42,424,759 | 53,216,136 | 83,726,148 | 30,510,012 | 57.33% |
| C. COMMODITIES (Schedule C) | | | | | |
| a. Maintenance & Construction Materials & Supplies | | | | | |
| b. Printing & Office Supplies & Materials | 456,922 | 692,517 | 692,517 | | |
| c. Equipment, Repair Parts, Supplies & Accessories | 117,917 | 179,008 | 179,008 | | |
| d. Professional & Scientific Supplies & Materials | 7,665 | 11,324 | 11,324 | | |
| e. Other Supplies & Materials | 444,611 | 179,621 | 129,621 | (50,000) | (27.84%) |
| Total Commodities | 1,027,115 | 1,062,470 | 1,012,470 | (50,000) | (4.71%) |
| D. CAPITAL OUTLAY | | | | | |
| 1. Total Other Than Equipment (Schedule D-1) | | | | | |
| 2. Equipment (Schedule D-2) | | | | | |
| b. Road Machinery, Farm & Other Working Equipment | | | | | |
| c. Office Machines, Furniture, Fixtures & Equipment | | | | | |
| d. IS Equipment (Data Processing & Telecommunications) | 92,401 | 285,000 | 285,000 | | |
| e. Equipment - Lease Purchase | | | | | |
| f. Other Equipment | | | | | |
| Total Equipment (Schedule D-2) | 92,401 | 285,000 | 285,000 | | |
| 3. Vehicles (Schedule D-3) | | | | | |
| 4. Wireless Comm. Devices (Schedule D-4) | | | | | |
| E. SUBSIDIES, LOANS & GRANTS (Schedule E) | 56,295,689 | 61,983,208 | 77,369,130 | 15,385,922 | 24.82% |
| TOTAL EXPENDITURES | 187,983,810 | 209,183,286 | 261,690,792 | 52,507,506 | 25.10% |
| II. BUDGET TO BE FUNDED AS FOLLOWS: | | | | | |
| Cash Balance-Unencumbered | | | | | |
| General Fund Appropriation (Enter General Fund Lapse Below) | 97,969,323 | 97,994,298 | 135,744,859 | 37,750,561 | 38.52% |
| State Support Special Funds | | 12,000,000 | | (12,000,000) | (100.00%) |
| Federal Funds          Other Special Funds (Specify) | 88,504,053 | 97,371,706 | 124,179,307 | 26,807,601 | 27.53% |
| Children's Trust Fund | 272,352 | 579,200 | 528,544 | (50,656) | (8.75%) |
| Fingerprinting, Homestudy, Other | 1,238,082 | 1,238,082 | 1,238,082 | | |
| Less: Estimated Cash Available Next Fiscal Period | | | | | |
| TOTAL FUNDS (equals Total Expenditures above) | 187,983,810 | 209,183,286 | 261,690,792 | 52,507,506 | 25.10% |
| GENERAL FUND LAPSE | | | | | |
| III: PERSONNEL DATA | | | | | |
| Number of Positions Authorized in Appropriation Bill  a.) Perm Full | 1,536 | 1,537 | 1,537 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 417 | 417 | 417 | | |
| d.) T-L Part | | | | | |
| Average Annual Vacancy Rate (Percentage)  a.) Perm Full | 7.00 | 5.00 | 5.00 | | |
| b.) Perm Part | | | | | |
| c.) T-L Full | 3.00 | 3.00 | 3.00 | | |
| d.) T-L Part | | | | | |

Approved by: Jess Dickinson
Official of Board or Commission
Budget Officer: Lucreta Tribune / lucreta.tribune@mdcps.ms.gov

Subm[itted by]
Phon[e]

Date: 8/10/2018 4:51 PM
Title: CFO

EXHIBIT Q