# FINAL CONTINUOUS QUALITY IMPROVEMENT PLAN

# 11/15/2018





MDCPS
021399

# Introduction

Continuous Quality Improvement (CQI) was formalized during the inception of the 1st *Olivia Y.* Settlement agreement, *Olivia Y v. Barbour* Modified Settlement Agreement, and in response to the standards of the Council on Accreditation (COA). The agency began implementing CQI activities to identify strengths as well as areas needing improvement in case practice. These activities were developed to monitor and inform practice in such a way as to lead to timely services to clients, improved outcomes for Mississippi families and to inform agency leadership and stakeholders of the well-being of the agency. Today, the Mississippi Department of Child Protection Services Continuous Quality Improvement activities have grown significantly from its early roots, yet the mission remains the same: to see improved outcomes for Mississippi Families who are involved with MDCPS.

# Section I

### *Foundational Administrative Structure*

In July 2018, the Mississippi Department of Child Protection Services reorganized its agency structure to create two parallel areas of focus and operation: Child Welfare and Child Safety. Under the new organizational structure, the Deputy Director of Child Safety now directly oversees the CQI program. This change has better aligned skills and resources to the work required. What was previously known as the Foster Care Review unit and the Evaluation and Monitoring unit are now consolidated into the Quality Case Review unit. This arrangement increases staff capacity to perform the functions of quality case reviews with consistency and integrity of the process. In addition, the structure has created a larger pool of reviewers under the leadership of one director.

The Continuous Quality Improvement system within the Mississippi Department of Child Protection Services seeks to be an institution of learning that operates in a non-punitive manner while monitoring and informing practice. This organizational structure offers a more diplomatic approach to providing CQI activities throughout the agency. The CQI unit now benefits from direct leadership of executive management who are always mindful of data trends and the need for training or policy considerations as it relates to CQI findings. Although CQI is an identified program unit, its activities and processes are intentionally embedded throughout the fabric of the agency in collaboration with and, in some instances, led by other program units.

MDCPS
021400

# Section II

*Purpose of the Continuous Quality Improvement Plan*

A CQI plan is an organization's roadmap for improving its services, processes, capacity and outcomes. It guides the organization and its key collaborators and stakeholders through the process of monitoring services and using data as part of everyday practice to improve outcomes. A CQI plan allows the organization to describe its approach to CQI, assess its capacities to carry out CQI, summarize past CQI efforts and identify lessons learned.

The vision of the Mississippi Department of Child Protection Services is that Mississippi's children will grow up in strong families, safe from harm and supported through partnerships to promote family stability and permanency. The MDCPS plan for Continuous Quality Improvement is structured to carry out monitoring efforts that will inform the agency's staff, leadership and stakeholders of the work being conducted in adherence to the Agency's vision. Further, the organizational approach to implementing CQI processes is grounded in the agency's mission to lead Mississippi's efforts in keeping children and youth safe and thriving by strengthening families; preventing child abuse, neglect and exploitation; and, promoting child and family well-being and permanent family connections.

The CQI plan is also designed to be responsive to the requirements of the 2nd MSA under provisions 1.4.a. By December 1, of each year, MDCPS shall develop an annual Continuous Quality Improvement Plan which shall be subject to the approval of the Court Monitor after consultation with the lawsuit parties, 1.4.b. Upon approval, MDCPS will implement the CQI Plan and will do so with sufficient staff and resources to assess compliance with those provisions of the 2nd MSA that were identified for review in the Plan and 1.6.b. Data related to compliance with the 2nd MSA's Foster Care Service Standards will be collected, analyzed, and made available, at least quarterly, to MDCPS regional and county staff.

The CQI processes described in the plan will assess case practice, analyze outcomes, and produce analyses that will be shared with executive leadership, managers and stakeholders to achieve performance improvement at least quarterly (at the standing quarterly meetings) and monthly whenever possible. The agency recognizes the need for opportunities outside of those parameters for additional learning through other CQI processes. With that, this plan allows flexibility for additional CQI processes to be conducted as agreed upon with agency leadership.

The general components of the plan, including the provisions, data collection, analysis, and dissemination are described below.

MDCPS
021401

## Section III

*Data Collection and Case Review processes*

Because the practice of a large child welfare agency is, by nature, varied to accommodate the individual needs of the families and children it serves, the monitoring efforts must be able to accommodate this in a concise tool or set of tools to offer consistent and succinct feedback. Below are the current and proposed monitoring processes, described in detail, that MDPCS is undertaking. It is noted in the plan that the CQI efforts are bifurcated into quantitative and qualitative efforts.

*Quantitative Data Collection Process:*

For all provisions of the 2nd MSA that are quantitative in nature, the following processes are in place for ensuring quality data are collected, analyzed, reported, and provided to staff and executive leadership for decision making and development of appropriate policy and practice enhancements.

The MDCPS Data Reporting Unit is tasked with providing case and child level data which are collected and processed from an Electronic Data Warehouse (EDW- a replication of the SQL database). Data are collected through use of the current agreed upon business rules approved by the monitors to create quantitative data sets that track agency performance over time for select 2nd MSA provisions or to identify populations of children for qualitative case reviews for those provisions that cannot be reported on solely using quantitative data.  The business rules are consistently updated to reflect current policy, training, and MACWIS updates; as approved by the monitor.

The data for each provision are validated quarterly prior to the final quarterly report submission to ensure the validity of records selected for inclusion in each provision and data quality. Additionally, there are automated processes in place to check for potentially discrepant records and identify records for manual review.  The data validation results are used to identify training opportunities, MACWIS updates, or areas where business rules need to be reviewed.

Once quarterly validation has been completed, the data are consolidated and provided to executive and regional leadership, court monitors and plaintiffs in aggregate and to program units for qualitative reviews.  Additionally, the court monitors conduct second-level verification of all data provided. MDCPS is currently developing internal management reports to be available to all staff on a monthly basis.

MDCPS
021402

*Qualitative Case Review Processes:*

For the identified provisions of the 2nd MSA that require a qualitative review, internal processes within the various program units will assess those provisions through the case review processes described below.

**Child Safety and Maltreatment in Care**

With child safety as the core focus of the agency, reviews specifically targeted at Maltreatment in Care and overdue investigations are conducted by the MDCPS Safety Review Unit along with the Data Reporting Unit. The Safety Review Unit conducts two reviews: 1) Screen-out Decision Review and 2) Maltreatment in Care Investigations Quality Review. In addition, the Licensure Unit conducts case file reviews for documentation verification.

The Safety Review Unit's (SRU) Maltreatment in Care Screen-Out process is a quality assurance review process of all decisions to screen out (not investigate) a report of maltreatment of a child in MDCPS custody. This review must be conducted within 24 hours of all screen-out determinations. The screen out decisions are tracked through Smartsheet, and the process is complete.

If the SRU Reviewer determines that the screen-out was not appropriate, the SRU reviewer will re-file the report by calling the Mississippi Centralized Intake to identify the second report as a screening override. The report is then re-assigned for investigation, immediately, without the option to not investigate (screen out). The SRU staff logs all report information received as a result of the screen-out process through Smartsheet. The CQI director will disseminate this data and findings to executive staff monthly.

The Safety Review Unit's Maltreatment in Care Review process is a quality assurance review method for investigations into alleged maltreatment of children in foster care. Relative to provision 2.7, within 30 days of the completion of any investigation of maltreatment of a child in custody, SRU continues to conduct reviews of the maltreatment investigation. The SRU is responsible for weekly verification of all completed MIC investigations to ensure timely reviews are conducted. Data are extracted from the weekly run of the S1271 identifying MIC investigations with a findings approval date. The SRU Supervisor is responsible for ensuring the guidelines are followed as approved by the monitor and to ensure that the reports of maltreatment in care are initiated and completed timely. When concerns arise, the SRU supervisor submits corrective action notices to the appropriate level staff through use of the Smartsheet system. The SRU supervisor monitors the status of all corrective actions and follows up via email to the respective parties to ensure concerns are addressed.

The results of these reviews are used to guide further improvements in the investigation process to assure the safety and well-being of children in MDCPS custody. The SRU supervisor analyzes

5

the findings of the MIC reviews and compiles the results into a monthly report that is shared with the monitor and disseminated to executive staff.

The Data Reporting Unit staff provides weekly monitoring of all investigations, noting those that are overdue by county with regional summaries. These data are charted by region and county. Data is further detailed by supervisor and worker of overdue investigations for the prior week if opened more than 30 days. Data is charted to serve as a visual snapshot to alert regional leadership that have current overdue investigations and compares the current week to the prior week. The report is sent to the management staff and executive staff for review each week. The reports, Excel file, and charts are located on I:/Reports/CQI_PAD/COA Weekly Comparison Invest/Month folder name.

The MDCPS Licensure unit conducts a case file review for all Maltreatment in Care reports conducted by SIU. The Licensure Unit is responsible for monthly verification regarding appropriate filing of the approved investigative report, and any recommendations and/or corrective actions deemed necessary from the investigation. The licensure staff currently document findings using two spreadsheets (Licensure Investigations Report and Investigations of ANE Foster Home Log) which are maintained within the unit. This information is gathered as part of the licensure review process. The monthly report is submitted to the Office Director of Licensure and is available to MDCPS leadership.

**Family-Based Placements**

Relative to provisions 3.1 and 3.2, the development of Family-based Placements are tracked and monitored monthly by the MDCPS Licensure Unit and Quality Assurance Review Units.

*Expedited Licensure Review*

The MDCPS Resource Unit/Licensure is responsible for ensuring all foster homes and facilities with children placed who are in the custody of MDCPS are timely licensed and subject to the licensure process approved by the monitors. The Licensure Unit currently tracks all expedited homes to ensure safety standards are met and homes are timely licensed. The current process is tracked through use of a Smart Sheet tool. This tool captures specific information related to the children placed, the assigned workers/ASWS in the COR and Licensure and any safety or non-safety issues that arise during the licensure process. Weekly, the licensure staff assigned to monitor these homes note any barriers to timely licensure of the home. This information is disseminated to field operations and licensure staff to follow up on the relevant deficiencies.

Once a home is licensed, the Licensure ASWS notifies the COR worker and ASWS, RASWS, RD, and OD that the home is licensed. Placement status will then be updated for the Relative Resource home to ensure placements are accurate and so board payment can begin.

For unlicensed placements that cannot meet the licensure standards, MDCPS licensure unit addresses the concern with the COR. The county presents the matter to the respective Youth Court notating specifically that the foster home has not or cannot meet licensing standards, the reason why the home has not met standards and that a licensed home or facility is being requested. The court of jurisdiction will then decide whether the child will be removed. MDCPS obtains a copy of the court order noting the status of placement and subsequently changes the placement type to CO Non-licensed. This information is gathered as part of the expedited licensure review process. The weekly report is sent to the Licensure ASWS and the COR ASWS and is available to MDCPS leadership.

***Expedited Quality Assurance Review:***

MDCPS Quality Assurance Review staff is tasked with tracking and conducting quality review of all expedited relative resource inquiries. All inquiries are reviewed using a quality assurance tool developed through Smartsheet. Quality Review staff complete the reviews, and all of these receive QA by the Quality Assurance Administrative team. The tool is available to the Licensure Director for viewing of all data. Concerns that arise are submitted to the appropriate Licensure Bureau Director for follow-up. The results of the quality review findings are made available to management and executive staff monthly.

**Placement Standards**

***Foster Home Development/Licensure:***

Relative to provision 3.3, MDCPS continues to track and review this provision monthly through quantitative and qualitative reviews. The Licensure Unit is responsible for monthly verification of all newly licensed foster homes. Data is extracted from the Data Dashboard identifying regular foster homes with an initial license approved during the prior month. The Licensure Bureau directors are responsible for verifying all licensure guidelines are followed as approved by the monitor and to ensure the correct foster home service types are selected for the families. When discrepancies are found in the approval of a foster home or with the service types, the home is either closed or a license change is completed to correct the discrepancy. The foster home development tables are adjusted according to the discrepancy. The same process is carried out for foster homes closed monthly with the exception of a quality review although the reasons for closures are examined.

MDCPS submits to the monitor, field operations, and executive staff monthly the numbers of newly licensed foster homes and foster homes closed for the previous month. For further verification, MDCPS submits quarterly files to the monitor. These data are aggregated in a table to show the outcomes by month, county/region, and statewide.

7

**Placement Standards, Visitation and Child and Youth Permanency**

*Quality Assurance/Foster Care Review:*

MDCPS Quality Review unit provides ongoing monitoring relative to provisions of foster care standards 4, 5, and 6 noted for review in this plan though Foster Care Reviews/County Conferences. Foster Care Reviews/County Conferences are held at least every six months for all children remaining in foster care six months or longer. The reviews are conducted by a Quality Assurance Coordinator within the Quality Assurance Review Unit. The reviewer completes a comprehensive review of the electronic file in MACWIS, prepares notes, conducts the county conference (a roundtable style meeting with the caseworker, supervisor, parents, grandparents, child, resource parents, GAL) to discuss what has been done and what needs to be done to achieve permanency for the child. The documentation of what was discussed is captured in the county conference section of the child's electronic file and additional questions are being developed to append as a supplemental tool to collect data on specific provisions of the 2nd MSA. The overall review findings and recommendations for follow up are submitted to the COR supervisor for follow up within five days of the completion of the county conference. Aggregated data can now be submitted to all management staff and executive staff for review for all children due for a review during the month.

**Child and Youth Permanency**

*Adoption*

Pursuant to provision 6.3.b.1, the Permanency Support Unit (PSU) verifies adoption specialist have been assigned to children with a permanency plan of adoption through reports produced by the Data Reporting Unit on a quarterly basis. Additionally, Adoption Status Meetings are held monthly, once the permanency plan becomes adoption, until the child is adopted. Adoption plans, timeframes, and barriers are addressed and documented at these meetings. On a quarterly basis, the PSU will review random samples of documentation from Adoption Status Meetings. Findings will be documented using the Permanency Support Unit spreadsheet and reviewed with county adoption staff. The information related to adoption activities and tracking is provided quarterly to MDCPS executive leadership, the monitors, and to MDCPS staff.

*TPR Tracking and Monitoring:*

Relative to provision 6.3.b.2, MDCPS Permanency Support Unit (PSU) tracks termination of parental rights referrals made on behalf of children who have spent more than 17 of the past 22 months in foster care, unless an available exception pursuant to the federal Adoption and Safe Families Act (ASFA) has been documented in the child's case record. The PSU receives a quarterly report from the data reporting unit that details children in care with a plan of adoption for whom referrals have been or need to be made. The PSU unit is responsible for verification of all children with the plan of adoption having a referral made in a timely manner. The PSU holds

8

quarterly regional TPR calls to determine the status of all children with the plan of adoption to ensure referrals are submitted timely and to identify any barriers to submission that should be addressed.

The counties are responsible for submitting TPR packets to the Permanency Support Unit. All TPR packets are reviewed as they are received in the PSU and deficiency notices are sent to the respective county staff for follow-up through the Footprints system. Each region has a designated TPR Specialist who is responsible for following all deficiencies through to completion. The TPR director is responsible for verifying that all children with a plan of adoption who have been in care more than 17 of the past 22 months have referrals made timely to the Attorney General's office. The information related to TPR tracking is provided quarterly to MDCPS executive leadership, the monitors, and to MDCPS staff.

**Transition to Independent Living**

***Youth Transition Support Services:***

The MDCPS Youth Transition Support Services unit conducts quarterly qualitative data reviews regarding MSA provisions 7.1-7.8k. Data relative to the population is requested from the data reporting unit and is extracted from MACWIS for the period under review and distributed to Transition Navigators (TN) based on their assigned regions. Each Transition Navigator conducts a MACWIS file/case record review for each child in the point-in-time period under review to assess the relative MSA provisions for 7.1-7.8k. The data is captured and tracked via spreadsheet by the TNs and emailed to the Director of Field Transition Support Services to review for data consistency and validation. After their review, the final reports are submitted to the Director of Youth Transition Support Services for a final review prior to submission to MDCPS leadership and the court monitor. In addition, all reviews are available for management and through Sharepoint.

Additionally, in regard to data tracking and monitoring for provision 8.2 educational services, the MDCPS Youth Transition Support Services unit is developing educational regional review conference calls to ensure all school-aged youths' educational records are reviewed within 30 calendar days of their entry into foster care. The review's purpose is to identify the child's general, and if applicable, special educational needs. The format being discussed for the education review conference calls is that they will be held weekly with Education Liaisons (EDL), MDCPS COR workers, ASWS and/or Regional ASWS who have the case of a school-aged child who entered foster care the prior week. Education Liaisons will use Smartsheet tracking to capture responses from the weekly calls and to document in MACWIS as an education contact narrative. Results from these reviews will be available to all staff and management monthly via the Youth Transition Support Services Share Point site.

**Child Well-Being**

*Therapeutic Services/Nursing:*

Child Well-Being is tracked and monitored by the MDCPS Therapeutic Services Nursing unit. The nursing staff has been assigned areas of the state to conduct monitoring of medical screenings and assessments for children entering care as stipulated by the 2nd MSA provisions 8.1. The nursing staff is responsible for daily review of the custody child snapshot (Data Dashboard) to determine children who have recently entered care to inform caseworker and supervisory staff of the 72-hour and 30-day medical exam requirements. Staff identify the children located in their assigned areas and review MACWIS to assess if any medical information has been documented. Communications via email notifications are sent to the worker, ASWS and RD reminding them of the dates the Well-Being Assessments are due. Recommended follow up treatment documented by the caseworker in the initial or 30-day medical can also be monitored and tracked by the nursing unit. A Smartsheet tool has been developed for this tracking process that is further monitored by the Director of Field Support. The Director of Field Support notifies the appropriate level county staff and Deputy Director if a child has been in custody 15 days without a medical screening. A report is generated each month on the 5th day of the following month from Smartsheet to determine the status of children that entered custody during the month indicating if they have had their 72-hour medical screening and comprehensive medical exams. Currently, this information is disseminated monthly by the Director of Field Support to the Office Director of Prevention and Therapeutic Services, the Nursing Supervisor and Deputy Commissioner of Child Safety. Aggregated data can be made available to all management staff and executive staff for review.

## Section IV

*1.4 Continuous Quality Improvement*

This section of the plan is responsive to the provisions of the 2nd MSA Foster Care Standards that MDCPS has considered for review in the plan and provisions 1.4.a, 1.4.b., and 1.6.b. as cited below:

*1.4.a.* By December 1st of each year, MDCPS shall develop an annual Continuous Quality Improvement Plan, which shall be subject to the approval of the Monitor after consultation with the parties.

*1.4.b.* Upon approval, MDCPS will implement the CQI Plan and will do so with sufficient staff and resources to assess compliance with those provisions of the 2nd MSA that were identified for review in the Plan. The reviews will assess case practice, analyze outcomes, and produce analysis that will be shared with managers and stakeholders to achieve performance improvement.

MDCPS
021408

*1.6.b.* Data related to compliance with the 2nd MSA's Foster Care Service Standards will be collected, analyzed, and made available, at least quarterly, to MDCPS regional and county staff.

### Section 2 Child Safety and Maltreatment in Care

The provisions noted below in this section will be monitored monthly using the safety review unit review process described earlier in the plan

2.7 Within 30 days of the completion of any investigation of maltreatment of a child in custody, as required in Section 2.1, MDCPS shall review the maltreatment investigation.

2.8 MDCPS shall assure that standardized decision-making criteria are used for prioritizing, screening, and assessing all reports of maltreatment of children in MDCPS custody.

*2.8.a.* All investigations into reports of maltreatment of children in MDCPS custody must be completed within 30 calendar days, including supervisory approval. MDCPS shall assure that such investigations and decisions are based on a full and systematic evaluation of the factors that may place a child in custody at risk.

The two provisions noted below in this section will be monitored monthly using the licensure review process described earlier in the plan.

*2.8.c.* When a maltreatment investigation involves a foster or adoptive home, MDCPS shall file a copy of the approved final investigative report, and any recommendations and/or corrective actions MDCPS has deemed necessary, in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and with the Bureau Director for Licensure. MDCPS shall also provide those records to the Youth Court Judge with jurisdiction over the child and, upon request, to the Monitor.

*2.8.d.* When a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency foster home, or other facility licensed by MDCPS, a copy of the final investigative report shall be filed in the child's case record, with the Director of Congregate Care Licensure, and sent to the licensed provider facility. MDCPS shall provide the report to the Youth Court Judge with jurisdiction over the child and, upon request, to the Monitor.

### Section 3 Family-Based Placements

The provisions noted below in this section will be monitored monthly using the MDCPS Licensure Unit and Quality Assurance Review Unit review processes described above.

*3.1* All foster homes and facilities with children placed who are in the custody of MDCPS shall be timely licensed and subject to the licensure process approved by Public Catalyst on December 31, 2016.

*3.2* For Unlicensed Placements that Cannot Meet Licensure Standards

11

*3.2.a.* No child shall remain in a foster home or facility determined to be unable to meet MDCPS licensing standards, absent an order by a state court with jurisdiction over child custody directing the placement of the child into a specific unlicensed placement.

*3.2.b.* Safety Issues: If it is determined that an unlicensed foster home or facility is unable to meet MDCPS licensing standards due to a safety issue, Defendants shall take all reasonable efforts to immediately ensure the child's safety and to remove the child, including, if required by the court, seeking an emergency court order

3.2.c. Non-safety Issues: If MDCPS determines an unlicensed foster home to be unable to meet MDCPS licensing standards due to a non-safety issue, Defendants shall, within 30 calendar days of that determination, either cure the licensing deficiency if feasible, or move the child to a licensed foster home or facility, or to an appropriate expedited relative placement, one time only.

**Section 4 Placement Standards**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*4.2* Children with special needs shall be matched with placement resources that can meet their therapeutic and medical needs.

*4.3* Each foster child shall be placed in the least restrictive setting that meets his/her individual needs as determined by a review of all intake, screening, assessment, and prior placement information regarding the child available at the time of placement.

*4.7* Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following:

> *4.7.a.* The cause of the potential disruption;
> *4.7.b.* Whether the placement is appropriate for the child;
> *4.7.c.* Whether additional services are necessary to support the placement;
> *4.7.d.* Whether the child needs another placement; and
> *4.7.e.* If another placement is necessary, what that placement should be.

*4.10* No foster child shall be moved from his/her existing placement to another placement unless MDCPS specifically documents in the child's case record justifications for that move and the move is approved by an MDCPS supervisor.

**Section 5 Visitation**

The following provisions in this section of the 2nd MSA will be monitored using the foster care review process as described earlier in the plan to assess the quality of the visits to the respective parties as described.

MDCPS
021410

**Worker Contact and Monitoring**

*5.1.a.* MDCPS shall meet with the child in person at least twice monthly to assess the child's safety and well-being, service delivery, and achievement of permanency and other service goals.

*5.1.c.* MDCPS shall meet, at least monthly, with the child's parent(s) with whom the child is to be reunified, if the child has a permanency goal of reunification, to discuss progress on the family service plan and the child's well-being, unless the child's parent(s) reside out-of-state or are incarcerated

*5.1.d.* MDCPS shall visit, at least monthly, with foster parents who have one or more foster children residing in their home to assess the child's safety and well-being in the placement and ensure appropriate services are provided.

**Developing and Maintaining Connections**

*5.2.a.* MDCPS shall arrange contact for the child with his/her parents and with any siblings not in the same placement within 72 hours of foster care placement unless there are documented reasons why contact should not occur. If a visit cannot be arranged within 72 hours, a telephone call to parents, siblings, or extended family members shall be provided to the child.

*5.2.b.* For children entering foster care, a visitation plan for the child and his/her family shall be developed as part of the Family Service Plan. The visitation plan shall be developed and regularly updated in collaboration with parents, foster parents, and the child.

5.2.b.1. If parental visitation is appropriate, this visitation plan shall include a minimum of two visits per month with the parents, unless the court order in the child's case limits such visits or unless it is documented that a parent failed to make himself or herself available.

*5.2.b.2.* The child's visitation plan, regardless of permanency goal, shall include at least monthly visits with any siblings not in the same placement.

*5.2.b.3.* As long as they are separated, all reasonable efforts shall be made to facilitate twice monthly in-person visits for children six (6) years of age and younger with their siblings in placement. All other children in placements separated from their siblings in placement, shall have at least monthly visits among separated siblings. Siblings shall have interim contact by alternative means such as email, texts, telephone calls, Facetime, and/or Skype (or exceptions apply).

*5.2.b.4.* Exceptions to the sibling visitation requirement are:

    *5.2.b.4.a.* The child or sibling is placed out of state pursuant to ICPC;

*5.2.b.4.b.* The visit may be harmful to one or more of the siblings as determined by the court or documented in the record why the visit would be harmful to one or more of the children;

*5.2.b.4.c.* One of the siblings is above the age of 14 and refuses such visits and the reason for such refusal is documented in the case record.

### Section 6 Child and Youth Permanency

**Comprehensive Family Service Plans**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*6.1.a.* Within 45 days of taking a child into custody, MDCPS shall complete a comprehensive Family Service Plan which shall be developed in consultation with (1) the child and the MDCPS caseworker; (2) the child's parents and the MDCPS caseworker; and (3) the foster care provider and the MDCPS caseworker. The Family Service Plan shall address the strengths, needs and services required for both the child and their parent(s); shall be reviewed and approved by the supervisor and shall be maintained in the child's case file.

*6.1.c.* In those cases in which the whereabouts of one or both parents is unknown, MDCPS shall, within 30 days, institute a diligent search for the parent(s), which shall be documented in the child's case record.

*6.1.d.* Within 45 calendar days of the child's initial placement, MDCPS shall complete a permanency plan that specifies the child's permanency goal, a timeframe for achieving permanency, and activities that support permanency

**Concurrent Permanency Planning**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*6.2.a.* For children with the goal of reunification, MDCPS shall begin, within the first six months of the child's entry into care, to engage in concurrent permanency planning.

**Permanency Case Goals**

*6.3.a.1.* When the child's permanency goal is reunification, MDCPS shall identify in the Family Service Plan and make available, directly or through referral, those services MDCPS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care and to help the parents develop strategies to facilitate permanency for the child. Caseworkers will monitor the provision of services through visits and updating of service plans.

*6.3.a.2.* For a child with a permanency goal of reunification, the child's MDCPS caseworker shall meet with the child's parent(s) with whom the child is to be reunified at least monthly to assess service delivery and achievement of service goals, to keep the family informed and involved in decisions about the child, and to remain current about the family's circumstances.

*6.3.a.3.* For children with a permanency goal of reunification, the case record shall document opportunities provided to parents in support of reunification.

*6.3.a.4.* When a recommendation to reunify a child with his/her family has been made, MDCPS shall develop an after-care plan with the family that identifies the services necessary to ensure that the conditions leading to the child's placement in foster care have been addressed, and that the child's safety and stability will be assured. MDCPS shall take reasonable steps to provide or facilitate access to services necessary to support the child during the trial home visit.

**Adoption**

The provision noted below in this section will be monitored monthly using the Permanency Support Unit review process described earlier in the plan.

*6.3.b.1.* Children in custody with the primary permanency goal of adoption shall have an assigned adoption specialist and an adoption plan that identifies the child specific activities that MDCPS will undertake to achieve adoption and the timeframes in which the activities will be undertaken.

The provision noted below in this section will be monitored quarterly using the Permanency Support Unit TPR tracking review process described earlier in the plan

*6.3.b.2.* A termination of parental rights (TPR) referral shall be made on behalf of a child before the child has spent more than 17 of the last 22 months in foster care unless an available exception pursuant to the federal Adoption and Safe Families Act ("ASFA") has been documented by MDCPS in the child's case record. Subsequent to the initial ASFA exception, MDCPS may continue the exception for only one additional six-month period unless continued invocation of the exception is reviewed, approved and documented semi-annually by the RD assigned to the county of responsibility for the child.

*6.3.b.3.* MDCPS shall provide to the Monitor a report of all TPR referrals made during the monitoring period, the date those TPR referrals were made, and the date the TPR petition was filed with the court.

**Durable Legal Custody and Guardianship**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

15

*6.3.d.1.* The permanency goals of durable legal custody and guardianship may be assigned when there are documented efforts in the child's case record to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption.

*6.3.d.2.* When the permanency goals of durable legal custody and guardianship are assigned to a child under the age of 14 years old or living with a non-relative, MDCPS shall provide to the Monitor at the end of each monitoring period, information from the child's case record documenting efforts to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption.

**Another Permanent Planned Living Arrangement (APPLA)**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*6.3.e.* If MDCPS concludes, after considering reunification, adoption, durable legal custody, and permanent placement with a relative, that these permanency plans are inappropriate or unavailable for a child, MDCPS may assign a permanency goal of APPLA for the child. In such circumstances, (1) the child must be at least 16 years old and (2) MDCPS must document a compelling reason why this permanency goal is in the best interest of the child.

**Permanency Reviews**

The provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*6.4.a.* A child's permanency plan shall be reviewed in a court or administrative case review at least every six months. Foster care reviews shall satisfy this administrative case review requirement. MDCPS will take all reasonable steps, including written notice, to ensure the participation of the child, parents, caregivers, and relevant professionals in court or administrative reviews.

*6.4.b.* MDCPS will take all reasonable steps to ensure that a court review, which may be called a review, dispositional, or permanency hearing, is held for each child in foster care custody within 12 months of initial placement, and annually thereafter.

**Section 7 Transition to Independent Living**

The provisions noted below in this section will be monitored monthly using the MDCPS Youth Transition Support Services monthly review process as described earlier in this plan.

*7.1* MDCPS shall provide each youth transitioning to independence with at least six (6) months' advance notice of the cessation of any health, financial, or other benefits that will occur at the time of transition.

16

*7.2* Each foster youth age 14 years and older, regardless of his/her permanency plan, shall be provided with an opportunity to participate in the creation of an appropriate Independent Living service plan for a successful transition to adulthood.

*7.3* Each foster youth age 14 years and older shall have access to the range of supportive services necessary to support their preparation for and successful transition to adulthood, including Independent Living services eligible for federal reimbursement under the Chaffee program which in part promote employment or remove barriers to employment and MDCPS shall maintain sufficient resources to deliver Independent Living services to all youth described herein.

*7.8* MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record:

> *7.8.a.* Educational records, such as a high school diploma or general equivalency diploma, and a list of schools attended, when age-appropriate.
> *7.8.b.* A social security or social insurance number;
> *7.8.c.* A resume, when work experience can be described;
> *7.8.d.* A driver's license, when the ability to drive is a goal; if not a driver's license, then a state-issued, photo identification;
> *7.8.e.* An original or certified copy of the youth's birth certificate;
> *7.8.f.* Previous placement information;
> *7.8.g.* Documentation of immigration, citizenship, or naturalization, when applicable;
> *7.8.h.* Documentation of tribal eligibility or membership;
> *7.8.i.* Death certificates when parents are deceased;
> *7.8.j.* A life book or a compilation of personal history and photographs, as appropriate;
> *7.8.k.* A list of known relatives, with relationships, addresses, telephone numbers, and permissions for contacting involved parties.

### *Section 8 Child Well-Being*

### Physical and Mental Health Care

The provisions noted below in this section will be monitored monthly using the MDCPS Therapeutic Services/Nursing Unit Review process as described earlier in this plan.

*8.1.a.* Children entering foster care shall receive an initial medical screening within 72 hours of entering foster care.

*8.1.b.* Children entering foster care shall receive an EPSDT or other comprehensive medical exam within 30 days of entering foster care. If a child has received an EPSDT or other comprehensive medical exam within 72 hours of entering foster care, it will count for both the screening and comprehensive medical examination.

17

*8.1.c.* Following an initial EPSDT or other comprehensive medical examination, children shall receive periodic and on-going medical examinations according to the periodicity schedule set forth by the EPSDT program.

*8.1.d.* Practitioner recommended follow-up treatment will be provided to children throughout the time they are in foster care.

*8.1.e.* Children in foster care shall receive a dental examination within 90 calendar days of foster care placement unless the child has had an examination within six months of placement, and every six months thereafter if they are age four or older. Foster children who reach the age of four while in foster care shall receive a dental examination within 90 calendar days of his/her fourth birthday, and every six months thereafter. Every foster child shall receive all medically necessary dental services.

The two provisions noted below in this section will be monitored monthly using the foster care review process described earlier in the plan.

*8.1.f.* Within 15 days of placement, MDCPS shall provide the foster parents or facility staff with the completed foster child information form or other electronic record containing available medical, dental, educational and psychological information about the child.

*8.1.g.* By July 1, 2018, 85% of children shall have their Medicaid information provided to foster parents or facility staff at the time of placement.

**Educational Services**

The provisions noted below in this section are being piloted using the MDCPS Youth Transition Support Services weekly educational regional review process as described earlier in this plan.

*8.2.a.* MDCPS shall review the educational record of each child who enters custody for the purpose of identifying the child's general and, if applicable, special educational needs and shall document the child's educational needs within 30 calendar days of his/her entry into foster care.

*8.2.b.* MDCPS shall take reasonable steps to ensure that school-age foster children are registered for and attending accredited schools within seven (7) calendar days of initial placement or any placement change, including while placed in shelters or other temporary placements.

*8.2.c.* MDCPS shall make all reasonable efforts to ensure the continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood, when this is in the child's best interests and feasible, and by limiting the number of school changes the child experiences.

**Section V**

The overall goal of the Continuous Quality Improvement Unit is to support the facilitation of best practices and effective services that produce positive outcomes for the children and families served by the agency. The emphasis on being a non-punitive learning entity whereby reviews routinely assess case practice, analyze outcomes, and produce analysis to be shared with managers and stakeholders creates a collaborative approach to achieving sustainable performance improvement. As an agency, MDCPS strives to ensure accurate data is collected but understands there are, at times, inherent data errors based on the human factor or program changes. MDCPS works to mitigate errors through validation efforts and address any system issues identified in the process to reduce and eliminate future errors.

MDCPS seeks to implement the CQI Plan and will do so with sufficient staff and resources to assess compliance with those provisions of the 2nd MSA that were identified for review in the Plan by engaging various program units in the CQI process as described earlier in the plan. MDCPS leadership supports CQI efforts to ensure quality improvement activities are consistent with the agency's mission and are responsive to every day work flow management.

MDCPS
021417

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 2.7 | Within 30 days of the completion of any investigation of maltreatment of a child in custody, as required in Section 2.1, MDCPS shall review the maltreatment investigation. | Safety Review Unit | MIC Review | | Weekly | S212Z1 weekly/ MRI/RM/MRR | |
| 2.8.a | All investigations into reports of maltreatment of children in MDCPS custody must be completed within 30 calendar days, including supervisory approval. MDCPS shall assure that such investigations and decisions are based on a full and systematic evaluation of the factors that may place a child in custody at risk. | Safety Review Unit | MIC Review | MIC Review 2019 | Weekly | mic_investigation_timeliness_current_details.cs v, mic_investigation_timeliness_msa_details.csv, mic_investigation_timeliness_statewide_summar y.csv | |
| 2.8.c | When a maltreatment investigation involves a foster or adoptive home, MDCPS shall file a copy of the letter of notification to the foster or adoptive parents with a copy of the final investigative report and any recommendations and/or corrective actions MDCPS has deemed necessary, in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and with the Bureau Director for Licensure. MDCPS shall also provide those records to the Youth Court Judge with jurisdiction over the child and, upon request, to the Monitor. | Licensure Unit | Licensure Review | Foster Home Investigations Log | Monthly | S212Z1 weekly/ MRI/RM/MRR | |
| 2.8.d | When a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency foster home, or other facility licensed by MDCPS, a copy of the final investigative report shall be filed in the child's case record, with the Director of Congregate Care Licensure, and sent to the licensed provider facility. MDCPS shall provide the report to the Youth Court Judge with jurisdiction over the child and, upon request, to the Monitor. | Licensure Unit | Licensure Review | Licensure Investigation Report, Congregate Care | Monthly | S212Z1 weekly/ MRI/RM/MRR | |
| 3.1 | All foster homes and facilities with children placed who are in the custody of MDCPS shall be timely licensed and subject to the licensure process approved by Public Catalyst on December 31, 2016. | Licensure Unit and Quality Assurance Unit | Licensure and Quality Assurance Review | Expedited Relative Licensure Review | Monthly | master_amu_expedited_details.csv, a_quarter_merged_details.csv, expedited_summary.csv | |
| 3.2a | No child shall remain in a foster home or facility determined to be unable to meet MDCPS licensing standards, absent an order by a state court with jurisdiction over child custody directing the placement of the child into a specific unlicensed placement. Defendants shall not be held accountable for a state court's order as long as MDCPS documents that it presented information to the court that the foster home has not met licensing standards, the reasons why the foster home has not and cannot meet licensing standards, and that a licensed foster home or facility is available, or one time only, an appropriate expedited relative placement. | Licensure Unit and Quality Assurance Unit | Licensure and Quality Assurance Review | Expedited Relative Licensure Review | Monthly | The data relative to this provision is identified through the Licensure tracking process | |

MDCPS
021418

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 3.2b | safety issues: If it is determined that an unlicensed foster home or facility is unable to meet MDCPS licensing standards due to a safety issue, Defendants shall take all reasonable efforts to immediately ensure the child's safety and to remove the child, including, if required by the court, seeking an emergency court order | Licensure Unit and Quality Assurance Unit | Licensure and Quality Assurance Review | Expedited Relative Licensure Review | Monthly | The data relative to this provision is identified through the Licensure tracking process | |
| 3.2c | Non-safety issues: If MDCPS determines an unlicensed foster home to be unable to meet MDCPS licensing standards due to a non-safety issue, Defendants shall, within 30 calendar days of that determination, either cure the licensing deficiency if feasible, or move the child to a licensed foster home or facility, or to an appropriate expedited relative placement, one time only. | Licensure Unit and Quality Assurance Unit | Licensure and Quality Assurance Review | Expedited Relative Licensure Review | Monthly | The data relative to this provision is identified through the Licensure tracking process | |
| 4.2 | Children with special needs shall be matched with placement resources that can meet their therapeutic and medical needs. MDCPS shall ensure that each county office has access to resource workers within its region who have the ability to ascertain the placement resources available and their suitability for each particular child needing placement. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.2_placements_family/based_pit.csv, msa_4.2_placements_family/based_summary.csv | |
| 4.3 | Each foster child shall be placed in the least restrictive setting that meets his/her individual needs as determined by a review of all intake, screening, assessment, and prior placement information regarding the child available at the time of placement. In order of consideration, this means: placement with relatives; foster home care within reasonable proximity to the child's home community; resource home care outside of the child's home community; group home care; or institutional care. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.3_placements_leastrestrictive_pit_details.csv, msa_4.3_placements_leastrestrictive_summary.csv | |
| 4.7 | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 4.7a | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: The cause of the potential disruption; | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |

MDCPS
0214419

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 4.7.b | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: Whether the placement is appropriate for the child; | Quality Assurance Unit | Foster Care Review | | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 4.7.c | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: Whether additional services are necessary to support the placement; | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 4.7.d | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: Whether the child needs another placement; | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 4.7.e | Defendants shall take all reasonable steps to avoid the disruption of an appropriate placement and ensure placement stability for children. If there is a documented indication that a placement may disrupt, the caseworker shall immediately take steps to determine the following: If another placement is necessary, what that placement should be. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 4.10 | No foster child shall be moved from his/her existing placement to another placement unless MDCPS specifically documents in the child's case record justifications for that move and the move is approved by an MDCPS supervisor. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_4.7_placement_disruptions_details.csv | |
| 5.1.a | MDCPS shall meet with the child in person at least twice monthly to assess the child's safety and well-being; service delivery; and achievement of permanency and other service goals. At least one visit per month shall take place in the child's placement. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_5.1.a_Monthly_Child_Contacts_Details.csv, msa_5.1.a_Monthly_Child_Contacts_State_Summary.csv | |
| 5.1.c | MDCPS shall meet, at least monthly, with the child's parent(s) with whom the child is to be reunified, if the child has a permanency goal of reunification, to discuss progress on the family service plan and the child's well-being, unless the child's parent(s) reside out-of-state or are incarcerated. | | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.2.a_custodi_parent_contacts_expanded_details.csv, msa_6.3.2.a_custodi_parent_contacts_state_su mmary.csv | |
| 5.1.d | MDCPS shall visit, at least monthly, with the foster parents who have one or more foster children residing in their home to assess the child's safety and well-being in the home and ensure appropriate services are provided. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_5.1.d_Contacts_With_Foster_Parents_Detail s.csv, msa_5.1.d_Contacts_With_Foster_Parents_State _Summary.csv | |

MDCPS
021420

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 5.2a | MDCPS shall arrange contact for the child with his/her parents and with any siblings not in the same placement within 72 hours of foster care placement unless there are documented reasons why contact should not occur. If a visit cannot be arranged within 72 hours, a telephone call to parents, siblings, or extended family members shall be provided to the child. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2b | For children entering foster care, a visitation plan for the child and his/her family shall be developed as part of the Family Service Plan. The visitation plan shall be developed and regularly updated in collaboration with parents, foster parents, and the child. | Quality Assurance Unit | Foster Care Review | | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.1 | If parental visitation is appropriate, this visitation plan shall include a minimum of two visits per month with the parents, unless the court order in the child's case limits such visits or unless it is documented that a parent failed to make himself or herself available. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.2 | The child's visitation plan, regardless of permanency goal, shall include at least monthly visits with any siblings not in the same placement. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.3 | As long as they are separated, all reasonable efforts shall be made to facilitate twice monthly in-person visits for children six (6) years of age and younger with their siblings in placement. All other children in placements separated from their siblings in placement, shall have at least monthly visits among separated siblings. Siblings shall have interim contact by alternative means such as email, texts, telephone calls, Facetime, and/or Skype. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.4 | Exceptions to the sibling visitation requirement are: | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.4. a | The child or sibling is placed out of state pursuant to ICPC; | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.4. b. | The visit may be harmful t one or more of the siblings as determined by the court or documented in the record why the visit would harmful to one or more of the children; | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 5.2.b.4.c | One of the siblings is above the age of 14 and refused such visits and the reason for such refusal is documented in the case record. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |

MDCPS
021421

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 6.1.a | Within 45 days of taking a child into custody, MDCPS shall complete a comprehensive Family Service Plan which shall be developed in consultation with (1) the child and the MDCPS caseworker; (2) the child's parents and the MDCPS caseworker; and (3) the foster care provider and the MDCPS caseworker. The Family Service Plan shall address the strengths, needs and services required for both the child and their parent(s); shall be reviewed and approved by the supervisor and shall be maintained in the child's case file. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.1.a_initial_fsp_msa_details.csv, msa_6.1.a_initial_fsp_currentiu_details.csv, msa_6.1.a_initial_fsp_state_summary.csv | |
| 6.1.c | In those cases in which the whereabouts of one or both parents is unknown, MDCPS shall, within 30 days institute a diligent search for the parent(s), which shall be documented in the child's case record. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 6.1.d | Within 45 calendar days of the child's initial placement, MDCPS shall complete a permanency plan that specifies the child's permanency goal, a timeframe for achieving permanency, and activities that support permanency. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.1.d_initial_permplan_msa_details.csv, msa_6.1.d_initial_permplan_currentiu_details.csv, msa_6.1.d_initial_permplan_msa_state_summary.csv | |
| 6.2.a | For children with the goal of reunification, MDCPS shall, within the first six months of the child's entry into care, to engage in concurrent permanency planning. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process | |
| 6.3.a.1 | When the child's permanency goal is reunification, MDCPS shall identify in the Family Service Plan and make available, directly or through referral, those services MDCPS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care and to help the parents develop strategies to facilitate permanency for the child. Caseworkers will monitor the provision of services through visits and updating of service plans. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.a.1_reuni_permplan_details.csv, msa_6.3.a.1_reuni_concurrentplan_details.csv | |
| 6.3.a.2 | For a children with a permanency goal of reunification, the child's MDCPS caseworker shall meet with the child's parent(s) with whom the child is to be reunified at least twice monthly to assess service delivery and achievement of service goals, to keep the family informed and involved in decisions about the child, and to remain current about the family's circumstances. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.a.2_custody_parent_contacts_expanded_details.csv, msa_6.3.a.2_custody_parent_contacts_state_summary.csv | |
| 6.3.a.3 | For children with a permanency goal of reunification, the case record shall document opportunities provided to parents in support of reunification. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.a.3_reuni_permplan_details.csv, msa_6.3.a.3_reuni_concurrentplan_details.csv | |

MDCPS
021422

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 6.3.3.4 | When a recommendation to reunify a child with his/her family has been made, MDCPS shall develop an aftercare plan with the family that identifies the services necessary to ensure that the conditions leading to the child's placement in foster care have been addressed, and that the child's safety and stability will be assured. MDCPS shall take reasonable steps to provide or facilitate access to services necessary to support the child during the trial home visit. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa2_6.3.3.4_custody_outcomes_reunification_c losing_summary_msa_details.csv, msa2_6.3.3.4_custody_outcomes_reunification_c losing_summary_current9_details.csv | |
| 6.3.3.1 | Children in custody with the primary permanency goal of adoption shall have an assigned adoption specialist and an adoption plan that identifies the child specific activities that MDCPS will undertake to achieve adoption and the timeframes in which the activities will be undertaken. | Quality Assurance Unit | Foster Care Review | Permanency Review Footprint tracking | Monthly | msa_6.3.3.1_adoption_assignments_child_details .csv, msa_6.3.3.1_adoption_assignments_period_deta ils.csv, msa_6.3.3.1_adoption_assignments_state_summ any.csv | |
| 6.3.3.3 | A termination of parental rights (TPR) referral shall be made on behalf of a child before the child has spent more than 17 of the last 22 months in foster care unless an available exception pursuant to the federal Adoption and Safe Families Act ("ASFA") has been documented by MDCPS in the child's case record. Subsequent to the initial ASFA exception, MDCPS may continue the exception for only one additional six-month period unless continued invocation of the exception is reviewed, approved and documented semi-annually by the RD assigned to the county of responsibility for the child. | Permanency Support Unit | Permanency Review | ASFA Exception Tracking Tool | Quarterly | TPR_Timeframes_Details.csv, TPR Referrals 10.19.2018 | |
| 6.3.3.2 | MDCPS shall provide to the Monitor a report of all TPR referrals made during the monitoring period, the date those TPR referrals were made, and the date the TPR petition was filed with the court. | Permanency Support Unit | Permanency Review | Permanency Review Footprint tracking | Quarterly | TPR_Permanency_Details.csv, TPR Referrals 10.19.2018 | |
| 6.3.4.1 | The permanency goals of durable legal custody and guardianship may be assigned when there are documented efforts in the child's case record to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.4.1_durablelegal_permplan_details.csv, msa_6.3.4.1_durablelegal_concurrent_details.csv | |
| 6.3.4.2 | and guardianship are assigned to a child under the age of 14 years old or living with a non-relative, MDCPS shall provide to the Monitor at the end of each monitoring period, information from the child's case record documenting efforts to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.4.1_durablelegal_permplan_details.csv, msa_6.3.4.2_durablelegal_concurrent_details.csv | |

MDCPS 021423

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 6.3.e | If MDCPS concludes, after considering reunification, adoption, durable legal custody, and permanent placement with a relative, that these permanency plans are inappropriate or unavailable for a child, MDCPS may assign a permanency goal of APPLA for the child. In such circumstances, (1) the child must be at least 16 years old and (2) MDCPS must document a compelling reason why this permanency goal is in the best interest of the child. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.3.e_appla_permplan_period_details.csv, msa_6.3.e_appla_concurrent_period_details.csv | |
| 6.4.a | A child's permanency plan shall be reviewed in a court or administrative case review at least every six months. Foster care reviews shall satisfy this administrative case review requirement. MDCPS will take all reasonable steps, including written notice, to ensure the participation of the child, parents, caregivers, and relevant professionals in court or administrative reviews. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.4.a_fostercarereview_due_period_details.csv, msa_6.4.a_Custody_Case_reviews_State_Summary.csv | |
| 7.1 | MDCPS shall provide each youth transitioning to independence with at least six (6) months' advance notice of the cessation of any health, financial, or other benefits that will occur at the time of transition. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.1_youth_transition_indep_period_details.csv | |
| 6.4.b | MDCPS will take all reasonable steps to ensure that a court review, which may be called a review, dispositional, or permanency hearing, is held for each child in foster care custody within 12 months of initial placement, and annually thereafter. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | msa_6.4.b_custody_court_reviews_period_details.csv, Custody_Court_Reviews_State_Summary.csv | |
| 7.2 | Each foster youth age 14 years and older, regardless of his/her permanency plan, shall be provided with an opportunity to participate in the creation of an appropriate Independent Living service plan for a successful transition to adulthood. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.2_youth_age14_period_end_details.csv | |
| 7.3 | Each foster youth age 14 years and older shall have access to the range of supportive services necessary to support their preparation for and successful transition to adulthood, including Independent Living services eligible for federal reimbursement under the Chafee program which in part promote employment and remove barriers to employment and MDCPS shall maintain sufficient resources to deliver Independent Living services to all youth described herein. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.2_youth_age14_period_end_details.csv | |
| 7.5 | MDCPS shall implement a policy and a process by which youth emancipating from the foster care system at age 18 or beyond receive a start-up stipend of at least $4,000.00 at the time of emancipation, or as soon as practicable thereafter. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.5_youth_emancipated_stipend_details.csv | |

MDCPS
021424

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 7.6 | MDCPS shall implement a policy and a process by which youth emancipating from the foster care system at age 18 or beyond have access to a housing resource specialist responsible for assisting the youth obtain an adequate living arrangement; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.6_youth_etv_stipend_details.csv | |
| 7.7 | MDCPS shall continue to implement policies and processes which ensure that youth emancipating from the foster care system and beyond receive services and support under the State Educational Training and Vocational (ETV) Program for which they are eligible. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.6_youth_etv_stipend_details.csv | |
| 7.8.a | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: A social security or social insurance number; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.b | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: Educational records, such as a high school diploma or general equivalency diploma, and a list of schools attended, when age-appropriate. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.c | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: A resume, when work experience can be described; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.d | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: A driver's license, when the ability to drive is a goal; if not a driver's license, then a state-issued, photo identification; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.e | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: An original or certified copy of the youth's birth certificate; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.f | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: Previous placement information; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.g | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: Documentation of immigration, citizenship, or naturalization, when applicable; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.h | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: Documentation of tribal eligibility or membership; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |

MDCPS
021425

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 7.8.l | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: Death certificates when parents are deceased. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.k | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: A life book or a compilation of personal history and photographs, as appropriate; | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 7.8.j | MDCPS shall assist youth in obtaining or compiling the following documents and such efforts shall be documented in the child's case record: A list of known relatives, with relationships, addresses, telephone numbers, and permissions for contacting involved parties. | Youth Transition Support Services | Youth Transition Support Review | Youth Transition Smartsheet | Monthly | msa_7.8_emancipation_population.csv, msa_7.8_appla_population.csv | |
| 8.1.a | Children entering foster care shall receive an initial medical screening within 72 hours of entering foster care. | Therapeutic Services/Nursing Unit | Nursing Unit Review | Child Well Being | Monthly | msa_8.1.a_Initial_Medicals_Details.csv, Initial_Medical_State_Summary.csv | |
| 8.1.b | Children entering foster care shall receive an EPSDT or other comprehensive medical exam within 30 days of entering foster care. If a child has received an EPSDT or other comprehensive medical exam within 72 hours of entering foster care, it will count for both the screening and comprehensive medical examination. | Therapeutic Services/Nursing Unit | Nursing Unit Review | Child Well Being | Monthly | msa_8.1.b_Comprehensive_Medicals_Details.csv, Comprehensive_Medicals_State_Summary.csv | |
| 8.1.c | Following an initial EPSDT or other comprehensive medical examination, children shall receive periodic medical examinations according to the periodicity schedule set forth by the EPSDT program. | Therapeutic Services/Nursing Unit | Nursing Unit Review | Child Well Being | Monthly | msa_8.1.c_epsdt_msa_details.csv, msa_8.1.c_epsdt_msa_summary.csv, msa_8.1.c_timelymedical_yearly_details.csv, msa_8.1.c_timelymedical_yearly_summary.csv | |
| 8.1.d | Practitioner recommended follow-up treatment will be provided to children throughout the time they are in foster care. | Therapeutic Services/Nursing Unit | Nursing Unit Review | Child Well Being | Monthly | msa_8.1.d_timelymedical_yearly_details.csv, msa_8.1.d_timelymedical_yearly_summary.csv | |
| 8.1.e | Children in foster care shall receive a dental examination within 90 calendar days of foster care placement unless the child has had an examination within six months of placement, and every six months thereafter if they are age four or older. Foster children who reach the age of four while in foster care shall receive a dental examination within 90 calendar days of his/her fourth birthday, and every six months thereafter. Every foster child shall receive all medically necessary dental services. | Therapeutic Services/Nursing Unit | Nursing Unit Review | Child Well Being | Monthly | Dental_Exams_details.csv, Dental_Exams_summary.csv | |
| 8.1.f | Within 15 days of placement, MDCPS shall provide the foster parents or facility staff with the completed foster child information form or other electronic record containing available medical, dental, educational and psychological information about the child. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | | The data relative to this provision is identified through the foster care review process. |

MDCPS
021426

MDCPS CQI Qualitative Provisions Grid

| Section | MSA Commitment | MDCPS Unit Conducting Review | Process or Methodology of Review | MDCPS Review Tool | Frequency of Review | Pertinent Data Set(s) | MDCPS Findings |
|---|---|---|---|---|---|---|---|
| 8.1.g | By July 1, 2018, 85% of children shall have their Medicaid information provided to foster parents or facility staff at the time of placement. | Quality Assurance Unit | Foster Care Review | Foster Care Review Supplement | Monthly | The data relative to this provision is identified through the foster care review process. | |
| 8.2.a | MDCPS shall review the educational record of each child who enters custody for the purpose of identifying the child's general and, if applicable, special educational needs and shall document the child's educational needs within 30 calendar days of his/her entry into foster care. | Youth Transition Support Services | Educational Regional Review Conference Calls | Education Records Review | Weekly | The data relative to this provision is identified through the educational regional review process. | |
| 8.2.b | MDCPS shall take reasonable steps to ensure that school-age foster children are registered for and attending accredited schools within seven (7) calendar days of initial placement or any placement change, including while placed in shelters or other temporary placements. | Youth Transition Support Services | Educational Regional Review Conference Calls | Education Records Review | Weekly | msa_8.2.b_8.2.c_schoolage_Children.csv | |
| 8.2.c | MDCPS shall make all reasonable efforts to ensure the continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood, when this is in the child's best interests and feasible, and by limiting the number of school changes the child experiences. | Youth Transition Support Services | Educational Regional Review Conference Calls | Education Records Review | Weekly | msa_8.2c_children_3t65.csv | |

MDCPS
021427