# Olivia Y., Jamison J., et al. V. Phil Bryant, Donald Taylor, et al.

## Taylor Cheeseman

### November 27, 2018

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password**.



Mississippi - Louisiana - Tennessee - New York
1-800-245-3376



EXHIBIT T

```
 1     September or late August.
 2          Q.   And are you asking for sufficient
 3     funding to meet the requirements of Olivia Y. with
 4     regard to caseloads in that budget?
 5          A.   Yes, I believe so.
 6          Q.   So you are try- -- you are seeking to
 7     implement the RHR for 2020?
 8          A.   Until we are relieved of that caseload
 9     obligation, we are seeking sufficient funding to
10     comply with it.
11          Q.   Okay.  I'd like to call your attention
12     to another document, which we will mark as
13     Exhibit 6.
14               (Exhibit 6 marked for identification.)
15          Q.   (By Ms. Lowry)  And I'd like to ask you
16     if you can identify this document?  And I call
17     your attention to section 4, which is on Page 2 of
18     the document.
19          A.   (Examining.)
20          Q.   Okay.  So now you've looked at this, and
21     the section 4 says -- and this is House Bill 1600,
22     and this is for fiscal -- appropriation for fiscal
23     2019.
24               And this says, "In the funds
25     appropriated under the provisions of section 1 of
```