# Olivia Y., Jamison J., et al. V. Phil Bryant, Donald Taylor, et al.

## Kristi Plotner

**November 28, 2018**

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



Mississippi - Louisiana - Tennessee - New York
1-800-245-3376



EXHIBIT
u

```
 1    to start coming into place?
 2         A.    The first ones at the end of July of
 3    2017, 50 percent.
 4         Q.    Okay.  And do you know whether they did?
 5         A.    Yes, they did.
 6         Q.    And then did you continue to meet the
 7    caseload requirements through the end of that
 8    year?
 9         A.    I had left the agency.
10         Q.    Why did you leave the agency?
11               MS. RACHAL:  Objection, outside of
12         scope.  You can answer.
13               THE WITNESS:  There was an
14         administration change.  I signed on with the
15         former Deputy Commissioner to accomplish
16         certain things.  At the time of the
17         administration change, I felt like I needed
18         to leave and do other things.
19         Q.    (By Ms. Lowry)  And is that because you
20    felt you could no longer accomplish those certain
21    things that you set out to do?
22         A.    My position changed, which limited my
23    ability to be able to do that, yes.
24         Q.    And how did your position change?
25         A.    The areas of responsibility that I
```

```
 1   outlined for you previously were no longer my area
 2   of responsibility.  I had one item only, which was
 3   to look for funding opportunities for the agency.
 4        Q.   And you didn't want to just do that?
 5        A.   It was not what I had originally signed
 6   on to do, no.
 7        Q.   What had you signed on to do?
 8        A.   To fix the system.
 9        Q.   And you felt that the change -- the
10   administration change was not going to enable you
11   to do that?
12        A.   I felt like the new role that I was
13   given would not allow me to do the things that I
14   had aspired to do.
15        Q.   How did you learn about the change in
16   your position?
17        A.   August 30th.
18        Q.   I'm sorry.  So how did you learn?
19        A.   Oh, how did I learn?
20        Q.   Yes.
21        A.   I was called into the office.  I was out
22   at a meeting.  Dr. Chandler first mentioned it to
23   me, and then I met with Justice Dickinson to
24   discuss the new responsibilities.
25        Q.   So was it, basically, Justice Dickinson
```