# Olivia Y., Jamison J., et al. V. Phil Bryant, Donald Taylor, et al.

## Cindy Greer

### November 28, 2018

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



Mississippi - Louisiana - Tennessee - New York
1-800-245-3376



EXHIBIT
V

```
 1       A.   We were -- at the time I left, we were
 2  in the process of submitting the development APD,
 3  which is that advanced planning document that the
 4  feds have to approve prior to us beginning the
 5  first development.  We were in the process of
 6  finalizing that document to send to them.
 7       Q.   I see.  And did you work on some -- I'll
 8  withdraw that.
 9            Around what time did you learn about
10  this shortfall and looking at priorities in your
11  divisions, roughly?
12       A.   I'm going to roughly say around
13  February -- the end of February, the first of
14  March.
15       Q.   Of what year?
16       A.   Of this year, 2018.
17       Q.   Okay.  And are you still with the
18  agency?
19       A.   No.
20       Q.   And when did you leave?
21       A.   June 15th, 2018.
22       Q.   So as of, roughly, February of '18,
23  what -- what, if anything, changed with regard to
24  the work you were doing on CCWIS?
25       A.   I was asked to prioritize the work and
```

```
 1      A.    We had to end them for a period of time
 2   until another budget year.
 3      Q.    So were they ended indefinitely?
 4      A.    Yes.
 5      Q.    So you didn't know whether they were
 6   going to actually be utilized to help with the
 7   CCWIS system when you left?
 8      A.    No.
 9      Q.    Did that give you concern about whether
10   or not the CCWIS system was going to be delivered
11   on time?
12      A.    Yes.
13      Q.    Do you think that putting the resources
14   in that situation where the contracts had either
15   been terminated or suspended, was that -- is that
16   a correct way to characterize it, that the
17   contracts were suspended?
18            MS. RACHAL:  Objection, asked and
19         answered.  You can answer.
20            THE WITNESS:  They were terminated.
21      Q.    (By Ms. Lowry)  They were terminated.
22            Why did you leave the agency?
23      A.    For personal reasons and to pursue -- to
24   pursue other career options.
25      Q.    And what personal reasons were there?
```

```
 1      A.   I had been there for nine years,
 2   basically, burnout, and fighting this lawsuit for
 3   that many years, too, and I was burnt out.
 4      Q.   There was a change in leadership at the
 5   agency; is that right?
 6      A.   Yes.
 7      Q.   And did you have discomfort with the
 8   change in the leadership?
 9      A.   It was a different leadership style.
10      Q.   And in what way was it different?
11      A.   Just everybody has their own style.
12      Q.   Understood.  Understood.
13           But in what way was it different?
14           MS. RACHAL:  Objection, asked and
15      answered.
16           MS. LOWRY:  I don't think so.
17           So you can answer the question, I
18      believe.
19           THE WITNESS:  Prior administration was
20      more dependent upon the deputies.  When the
21      administration changes -- changed -- and this
22      is true in any administration change, it's
23      always a different -- a different style --
24      but the last administration was not as
25      dependent upon the deputies.
```