# Olivia Y., Jamison J., et al. V. Phil Bryant, Donald Taylor, et al.

## Tracy Malone

**November 28, 2018**

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



Mississippi - Louisiana - Tennessee - New York
1-800-245-3376



EXHIBIT
W

```
 1                    TRACY MALONE,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4   EXAMINATION BY MS. LOWRY:
 5         Q.   Would you state your name for the
 6   record, please?
 7         A.   Tracy Malone.
 8         Q.   Have you -- were you ever employed by
 9   Mississippi Department of Child Protective
10   Services?
11         A.   Yes.
12         Q.   And what was your last position at
13   MDCPS?
14         A.   I was the Deputy Commissioner of Child
15   Welfare.
16         Q.   And how long, altogether, were you
17   employed in different positions by MDCPS?
18         A.   Approximately 28 years.
19         Q.   And what -- just tell us what positions
20   you held.  You don't have to break it down by
21   time.
22         A.   I started out, as, I actually did my BFW
23   internship with the agency, graduated, and two
24   weeks later went to work as a social worker in the
25   county, did that for several years, was a regional
```

```
 1              Do you think he was helpful to you in
 2   your efforts to retain more workers?
 3       A.    I would agree with that in some ways.
 4       Q.    In other ways not?
 5       A.    I mean, I don't think he was not
 6   helpful.  I don't think that -- you know, I don't
 7   think that it was -- I don't think it was anything
 8   that was not helpful.
 9       Q.    Are you represented today by counsel?
10       A.    Yes.
11       Q.    And did there come a time when you
12   received a call before you had represent -- maybe
13   a retention agreement with counsel, when you
14   received a call from me?
15       A.    Yes, I had a voicemail.
16       Q.    And did you return the call?
17       A.    No, I did not.
18       Q.    And when you left the agency, the
19   announcement said that you had retired.
20             Did you, in fact, retire?
21       A.    I did, yes.
22       Q.    You retired from MDCPS.
23             Did you take another job?
24       A.    Yes.
25       Q.    Okay.  And what is the job that you have
```

```
 1   taken?
 2        A.   I have taken a job as a senior associate
 3   with the Center for Support for Families at Allied
 4   Government Solutions.
 5        Q.   And is that a full-time job?
 6        A.   Yes.
 7        Q.   So you retired from MDCPS, but you did
 8   not retire from child welfare; is that right?
 9        A.   That's correct.  I took several months
10   off and then started another job.
11        Q.   So you continue to work in the area of
12   child welfare?
13        A.   Yes, I do.
14        Q.   Are you concerned that your testimony
15   here today may have some sort of a negative impact
16   on the current job you have?
17        A.   No, not at all.
18        Q.   Did you, in fact, leave MDCPS because
19   you were discouraged about the direction in which
20   the agency was headed?
21             MS. RACHAL:  Objection, beyond the
22        scope, continuing objection.
23        Q.   (By Ms. Lowry)  You have to say a word.
24   Shaking your head doesn't work.
25        A.   Okay.  No.
```

```
 1      Q.   So you were perfectly happy at MDCPS?
 2      A.   I -- it was -- it was the right time for
 3 me to retire and move to another career in my
 4 life, so --
 5      Q.   Did you have plans to retire at that
 6 time if, for example, Commissioner Chandler had
 7 stayed?
 8           MS. RACHAL:  Again, objection.
 9           THE WITNESS:  I can't -- I don't know.
10      I mean the -- I had plans to retire sometime
11      between 28 and 38 -- 30 years, and it was 28
12      years, so --
13      Q.   (By Ms. Lowry)  Did you express
14 dissatisfaction about Commissioner Dickinson's
15 leadership before you left the job?
16           MS. RACHAL:  Objection.  Continuing
17      objection.
18      Q.   (By Ms. Lowry)  So you have to -- again,
19 shaking your head doesn't work.
20      A.   No, I'm trying to think how I would
21 respond to that.  I did not leave the job because
22 of Commissioner Dickinson.  That is not why I left
23 the job.
24      Q.   Did you leave the job because of the
25 direction in which the agency was headed?
```

```
 1             MR. JONES:  That's the same question.
 2       She's answered it.
 3             THE WITNESS:  I mean, I feel like I've
 4       answered that question.  The -- the agency,
 5       itself, is not why I left the job.  I would
 6       not have left the job if I was not -- if I
 7       did not have 28 years and was eligible to
 8       retire with, you know, the benefits that I
 9       was able to retire with.  I would probably
10       still be there, but I -- it was the right
11       decision for me to leave at the time
12       personally and professionally, so --
13             MS. LOWRY:  We'll take a break.
14             (A short break was taken.)
15       Q.    (By Ms. Lowry)  I'd like to show you a
16  document that we previously marked as Exhibit 5.
17  This is a document that is from Taylor Cheeseman
18  to Kris Jones.
19             And you know who Kris Jones is, right?
20       A.    Yes.
21       Q.    And this is a document about, "Further
22  hiring should be limited to essential personnel"
23  -- I'm reading from the next to last sentence --
24  "and replacing separations from MDCPS.  Until
25  further notice, no hires may be finalized until
```

Tracy Malone 11/28/2018

```
 1        Q.   (By Ms. Lowry)  So you were concerned
 2   about the fact that staff -- more staff would get
 3   discouraged and perhaps leave; is that right?
 4        A.   That certainly could be -- it could
 5   affect retention in that way.
 6        Q.   And had you been concerned about that
 7   from shortly after the time Commissioner Dickinson
 8   arrived?
 9        A.   Not initially, no.
10        Q.   Then when were you -- when did you
11   become concerned about that?
12        A.   At the point that -- I don't recall
13   dates.  It was at some point in the legislative
14   session, so it would have been after the first of
15   the year at some point when there was discussion
16   about the budget issues and inability to hire
17   staff, so --
18        Q.   So when you were saying that you didn't
19   leave because of any individuals, was it that you
20   did leave and you decided to leave because you
21   were concerned about morale at the agency or that
22   was one of your concerns?
23             MS. RACHAL:  Objection.
24             THE WITNESS:  I think I've answered that
25        question.
```

1      Q.    (By Ms. Lowry)  I'd like you to please
2   answer it again.
3           MS. RACHAL:  Objection.  You can answer.
4           THE WITNESS:  I mean, my choosing leave
5      was a professional and personal decision.  It
6      was -- it was not -- I did not leave because
7      of the agency, itself.  It was the best -- it
8      was in my best interest and my family's best
9      interest, at that point, for me to leave.
10     Q.    (By Ms. Lowry)  Did you have another job
11  offer at the time you left?
12     A.    No, not at that time, but I was not
13  concerned.  I felt that there would be other
14  opportunities.
15     Q.    Prior to Commissioner Dickinson coming
16  into the agency, you had planned to stay for a
17  couple of years, though, is that right?
18     A.    I had always intended to stay at least
19  for 28 years, and which is what I did.  There
20  are -- there are specific financial incentives to
21  the retirement if you have at least 28 years in
22  State service, and so that was the first -- that
23  was the threshold that I was trying to reach.
24          At that time, I was traveling to Jackson
25  every week away from my family and gone throughout

```
 1    the week, and it became a situation where it was
 2    best for me to -- financially, it was best, and
 3    personally, it was best for me to go ahead and
 4    retire.
 5         Q.    But you had not planned that before
 6    Commissioner Dickinson came to the agency?
 7              MS. RACHAL:  Object to form.
 8              THE WITNESS:  I did not, no.  I mean, it
 9         was an option, but I didn't plan to.  I
10         didn't plan not to.  So --
11         Q.    (By Ms. Lowry)  And the Commissioner --
12    and were you receiving a -- a -- when you were
13    traveling to Jackson, did you have a place to
14    stay?
15         A.    Yes, I rented a room from someone.
16         Q.    And did Commissioner Dickinson notify
17    you that the agency would -- well, I'll withdraw
18    that.  Was the agency paying for you to rent the
19    room?
20         A.    No, they were not paying for that.
21         Q.    You were paying for it yourself?
22         A.    Yes.
23         Q.    So Commissioner Dickinson did not change
24    the arrangement for the payment of your housing?
25         A.    No.
```