MISSISSIPPI LEGISLATURE                                         REGULAR SESSION 2019

By: Representatives Read, Mims, Arnold,            To: Appropriations
Bennett, Bounds, Brown, Clark, Hines,
Holland, Mettetal, Myers, Turner, Watson,
Dixon

HOUSE BILL NO. 1652
(As Sent to Governor)

1    AN ACT MAKING AN APPROPRIATION TO THE DEPARTMENT OF HUMAN
2  SERVICES; AND FOR RELATED PURPOSES, FOR THE FISCAL YEAR 2020.

3      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

4      **SECTION 1.**  The following sum, or so much thereof as may be

5  necessary, is appropriated out of any money in the State General

6  Fund not otherwise appropriated, to the Department of Human

7  Services for the fiscal year beginning July 1, 2019, and ending

8  June 30, 2020...................................$   180,448,447.00.

9      **SECTION 2.**  The following sum, or so much thereof as may be

10 necessary, is appropriated out of any money in any special fund in

11 the State Treasury to the credit of the Department of Human

12 Services which is comprised of special source funds collected by

13 or otherwise available to the department for the support of the

14 various divisions of the department, for the purpose of defraying

15 the expenses of the department for the fiscal year beginning

16 July 1, 2019, and ending June 30, 2020............................

17 .................................................$ 1,414,870,175.00.

H. B. No. 1652                               ~ OFFICIAL ~
19/HR31/A651SG
PAGE 1



18      **SECTION 3.**  None of the funds appropriated by this act shall
19 be expended for any purpose that is not actually required or
20 necessary for performing any of the powers or duties of the
21 Department of Human Services that are authorized by the
22 Mississippi Constitution of 1890, state or federal law, or rules
23 or regulations that implement state or federal law.
24      **SECTION 4.**  Of the funds appropriated under the provisions of
25 Section 1 of this act and authorized for expenditure under the
26 provisions of Section 2 of this act, not more than the amounts set
27 forth below shall be expended; however, notwithstanding any other
28 provision in this act, it is the intent of the Legislature that
29 any amount of funds and positions may be transferred between the
30 Department of Human Services and the Department of Child
31 Protection Services in order to comply with agreements made by the
32 State of Mississippi with the United States District Court in
33 reference to the Olivia Y., et al. lawsuit.
34                    **DEPARTMENT OF HUMAN SERVICES**
35 FUNDING:
36      General Funds...........................$     69,899,587.00.
37      Special Funds...........................$  <u>1,281,048,791.00</u>.
38           Total..............................$  1,350,948,378.00.
39      With the funds appropriated for this budget, the following
40 positions are authorized:
41 AUTHORIZED POSITIONS:
42      Permanent:   Full Time............. 1,741

```
43                     Part Time.............      1
44       Time-Limited: Full Time.............    474
45                     Part Time.............      0
```

46           **DIVISION OF CHILD PROTECTION SERVICES**

47       FUNDING:

```
48       General Funds..........................$    110,548,860.00
49       Special Funds..........................$    133,821,384.00
50       Total..................................$    244,370,244.00
```

51       With the funds appropriated for this budget, the following
52   positions are authorized:

53       AUTHORIZED POSITIONS:

```
54       Permanent:    Full Time.............  1,537
55                     Part Time.............      0
56       Time-Limited: Full Time.............    417
57                     Part Time.............      0
```

58       None of the funds herein appropriated shall be used in
59   violation of Internal Revenue Service's Publication 15-A relating
60   to the reporting of income paid to contract employees, as
61   interpreted by the Office of the State Auditor.

62       **SECTION 5.** It is the intention of the Legislature that the
63   Department of Human Services and Department of Child Protection
64   Services shall maintain complete accounting and personnel records
65   related to the expenditure of all funds appropriated under this
66   act and that such records shall be in the same format and level of
67   detail as maintained for Fiscal Year 2019. It is further the

68  intention of the Legislature that the agency's budget request for
69  Fiscal Year 2021 shall be submitted to the Joint Legislative
70  Budget Committee in a format and level of detail comparable to the
71  format and level of detail provided during the Fiscal Year 2020
72  budget request process.
73      **SECTION 6.**  Of the funds appropriated in Section 2 herein to
74  Department of Human Services, One Million Dollars ($1,000,000.00)
75  shall be transferred to the Department of Health, Child Care
76  Licensure Program from the Child Care Development Fund or other
77  appropriate special fund.  These funds are to be transferred to
78  the Board of Health no later than July 31, 2019.  The Department
79  of Health shall make a complete accounting to the Department of
80  Human Services detailing the uses of these funds in accordance
81  with federal and state regulations.
82      **SECTION 7.**  It is the intention of the Legislature that
83  whenever two (2) or more bids are received by this agency for the
84  purchase of commodities or equipment, and whenever all things
85  stated in such received bids are equal with respect to price,
86  quality and service, the Mississippi Industries for the Blind
87  shall be given preference.  A similar preference shall be given to
88  the Mississippi Industries for the Blind whenever purchases are
89  made without competitive bids.
90      **SECTION 8.**  The Department of Human Services and the
91  Department of Child Protection Services is authorized to expend
92  available funds on technology or equipment upgrades or

```
 93   replacements when it will generate savings through efficiency or
 94   when the savings generated from such upgrades or replacements
 95   exceed expenditures thereof.
 96        SECTION 9.  It is the intention of the Legislature that none
 97   of the funds provided herein shall be used to pay certain
 98   utilities for state furnished housing for any employees.  Such
 99   utilities shall include electricity, natural gas, butane, propane,
100   cable and phone services.  Where actual cost cannot be determined,
101   the agency shall be required to provide meters to be in compliance
102   with legislative intent.  Such state furnished housing shall
103   include single-family and multi-family residences but shall not
104   include any dormitory residences.  Allowances for such utilities
105   shall be prohibited.
106        SECTION 10.  In compliance with the "Mississippi Performance
107   Budget and Strategic Planning Act of 1994," it is the intent of
108   the Legislature that the funds provided herein shall be utilized
109   in the most efficient and effective manner possible to achieve the
110   intended mission of this agency.  Based on the funding authorized,
111   this agency shall make every effort to attain the targeted
112   performance measures provided below:
```

|     |                                          | FY2020  |
| --- | ---------------------------------------- | ------- |
| 114 | <u>Performance Measures</u>              | <u>Target</u> |
| 115 | Support Services                         |         |
| 116 | Percentage of referred/directed          |         |
| 117 |     investigative audits conducted       | 100.00  |

| Line | Description | Value |
|---|---|---|
| 118 | Percentage of special investigations | |
| 119 | conducted | 95.00 |
| 120 | Percentage of referred/obtained fraud | |
| 121 | investigations conducted timely | 100.00 |
| 122 | Percentage of Administrative | |
| 123 | Disqualification Hearings and Fair | |
| 124 | Hearings conducted timely | 99.00 |
| 125 | Percentage of monitoring reviews | |
| 126 | conducted within acceptable time frames | 98.00 |
| 127 | Total Amount of Funds Recovered ($) | 3,500,000.00 |
| 128 | Aging & Adult Services | |
| 129 | In Home Services - Age 60 + Clients Served | 100,542 |
| 130 | Community Services - Age 60 + Clients Served | 73,787 |
| 131 | Congregate Meals - Units Services | 232,791 |
| 132 | Home Delivered Meals - Units Services | 1,486,361 |
| 133 | Substantiated Incidences of Abuse of | |
| 134 | Vulnerable Adults per 1,000 Population | 0.20 |
| 135 | Home Delivered Meals, percent Reduction | |
| 136 | of Persons on Waiting list | 0.00 |
| 137 | Child Support Enforcement | |
| 138 | Number of Paternities Established | 18,000 |
| 139 | Percent Change - Paternities Established (%) | 0.00 |
| 140 | Number of Obligations Established | 22,500 |
| 141 | Percent Change - Obligations Established (%) | 0.00 |
| 142 | Total Collections ($) | 365,000,000.00 |

| | | |
|---|---|---|
| 143 | Percentage Change in Total Collections | 0.00 |
| 144 | Absent Parents Located (Individuals) | 60,000 |
| 145 | Percentage of Child Support Cases | |
| 146 |     Current on Payments (%) | 30.00 |
| 147 | Community Services | |
| 148 |     Number of Elderly Served by CSBG & LIHEAP | 19,579 |
| 149 |     Number of Disabled Served CSBG/LIHEAP | 18,000 |
| 150 |     Number of Households Achieving | |
| 151 |         Self-Sufficiency CSBG/LIHEAP | 882 |
| 152 |     Increase in Rate of Household Attaining | |
| 153 |         Self-Sufficiency (%) | 2.00 |
| 154 |     Number of Households Stabilized CSBG/LIHEAP | 17,712 |
| 155 |     Percent Increase in the Number of | |
| 156 |         Households Stabilized (%) | 2.00 |
| 157 |     Number of Households Weatherized | 516 |
| 158 | Early Childhood Care & Dev | |
| 159 |     Number of Children Served | 28,000 |
| 160 | Assistance Payments | |
| 161 |     Dollar Amount of Assistance ($) | 690,000.00 |
| 162 | Food Assistance | |
| 163 |     Average monthly households | 225,000 |
| 164 |     Supplement Nutrition Assistance Program | |
| 165 |         - SNAP ($) | 716,413,100 |
| 166 |     Percentage of Mississippi Households | |
| 167 |         Receiving SNAP Benefits (%) | 22.51 |



| | | |
|---|---|---:|
| 168 | Tanf Work Program | |
| 169 | Average Monthly number of TANF Households | 4,600 |
| 170 | Average Monthly number of persons served | |
| 171 | in TANF Work Program | 1,107 |
| 172 | TANF Work Program Participation rate | 60.00 |
| 173 | Persons Employed through the TANF Work | |
| 174 | Program for the year | 720 |
| 175 | Number of Households Receiving TANF | |
| 176 | Benefits During the Year | 4,600 |
| 177 | Percentage of Households Receiving TANF | |
| 178 | During the Year (%) | 49.00 |
| 179 | Percentage of TANF Participants in Job | |
| 180 | Training Who Enter Employment (%) | 30.00 |
| 181 | Percentage of TANF Participants in Job | |
| 182 | Training Who Enter Employment at a | |
| 183 | Salary Sufficient to be Ineligible for | |
| 184 | TANF (%) | 19.00 |
| 185 | Percentage of TANF Participants in Job | |
| 186 | Training Who Remain Employed for: One | |
| 187 | Year After Leaving the Program | 75.00 |
| 188 | Percentage of TANF Participants in Job | |
| 189 | Training Who Remain Employed for: Five | |
| 190 | Years After Leaving the Program | 65.00 |
| 191 | Social Services Block Grant | |
| 192 | Total clients served by The Division of | |

```
193              Family & Children's Services                75,611
194      Total clients served by Aging and Adult
195              Services                                    21,178
196      Total clients served by The Division of
197              Youth Services                              12,880
198   Youth Services
199      Number of children served in DYS
200              Community Services                          12,500
201      Institutional Component (Children Served)              300
202      Number of volunteers in DYS Community
203              Services/Institution                           100
204      Children Placed in Alternative Placement              0.00
205      Percentage of children diverted from DYS
206              institutional care through problem
207              resolution at the local level               85.00
208      Recidivism rate will be reduced                     20.00
```

209      A reporting of the degree to which the performance targets
210 set above have been or are being achieved shall be provided in the
211 agency's budget request submitted to the Joint Legislative Budget
212 Committee for Fiscal Year 2021.

213      **SECTION 11.**  It is the intent of the Legislature that the
214 Department of Human Services, Division of Child Support
215 Enforcement, make a concentrated effort to increase collections of
216 past due child support payments.  On or before January 1, 2020,
217 the Executive Director of the Department of Human Services shall

218  submit a report to the Legislative Budget Office detailing
219  year-to-date performance measures in the Child Support Enforcement
220  Program compared with the prior year.
221       **SECTION 12.**  It is the intention of the Legislature that the
222  Department of Human Services shall have the authority to spend
223  such additional funds as it shall receive from the federal
224  government in incentives or the federal match on those incentives
225  for the purpose of child support enforcement.
226       **SECTION 13.**  Of the funds appropriated in Section 1, Two
227  Hundred Fifty Thousand Dollars ($250,000.00) shall be transferred
228  to the Juvenile Facility Monitoring Unit at the Department of
229  Public Safety no later than July 31, 2019.
230       **SECTION 14.**  Of the funds appropriated herein, to the
231  Department of Human Services One Million Dollars ($1,000,000.00),
232  is provided for the support of the Home Delivered Meals Program
233  and any additional funds that may be appropriated to this program.
234       **SECTION 15.**  Of the funds provided in Section 1, herein to
235  the Department of Human Services, an amount not to exceed One
236  Hundred Thousand Dollars ($100,000.00) is provided to fund the
237  Senior Olympics Program.
238       **SECTION 16.**  Of the funds appropriated in Section 1, herein
239  to the Department of Child Protection Services, it is the
240  intention of the Legislature that Ninety-three Thousand Six
241  Hundred One Dollars ($93,601.00) shall be allocated to the

242     Mississippi Children's Trust Fund supported from General Fund
243     court assessments.
244         **SECTION 17.** It is the intention of the Legislature that the
245     Governor's Office, Division of Medicaid and the Department of
246     Human Services shall continue to work together to implement HB
247     1090 of the 2017 Regular Session, known as the "Medicaid and Human
248     Services Transparency and Fraud Prevention Act".
249         **SECTION 18.** Of the funds appropriated in Section 2, the
250     following sum, or so much necessary, is hereby appropriated out of
251     any money in the State Treasury to the credit of the Capital
252     Expense Fund, and allocated in a manner as determined by the
253     Treasurer's Office, to defray the expenses of the Department of
254     Child Protection Services for information technology system
255     developments and other critical agency operations for the fiscal
256     year beginning July 1, 2019, and ending June 30, 2020.............
257     ..........................................$      15,157,835.00.
258         **SECTION 19.** Of the funds appropriated in Section 1, and
259     contingent upon the passage of House Bill No. 571, Regular Session
260     2019, $250,000.00 is provided for establishing a 24 hour hotline
261     that is to be manned at all times, and for a coordinator to work
262     with the Department of Public Safety, and to contract with outside
263     agencies or services providers to organize for the provision of
264     specialized services, including counseling services and other
265     appropriate care to children who have been victims of commercial
266     and sexual exploitation or human trafficking.

267     **SECTION 20.**  The money herein appropriated shall be paid by
268 the State Treasurer out of any money in the State Treasury to the
269 credit of the proper fund or funds as set forth in this act, upon
270 warrants issued by the State Fiscal Officer; and the State Fiscal
271 Officer shall issue his warrants upon requisitions signed by the
272 proper person, officer or officers, in the manner provided by law.
273     **SECTION 21.**  This act shall take effect and be in force from
274 and after July 1, 2019.

# jlj

```
Job  : HB1667SG - attorney fees included_ (2).pdf
Host : JA-JLJ-E745
Date : 2019/08/14
Time : 13:01
```