

**TAYLOR CHEESEMAN**
Chief of Staff
601-359-2090    769-232-2129
Taylor.Cheeseman@mdcps.ms.gov

To:     Shannon Rushton
CC:     Jess Dickinson, Kris Jones, Tonya Rogillio, Jaworski Davenport
Date:   July 2, 2019
Re:     Hiring Caseload Carrying Staff and Supervisors

Since December 2017, our hiring has been limited to backfilling vacated positions due to funding constraints. Yesterday, our new state fiscal year began, and increased state funding now allows us to grow the caseload carrying workforce. Beginning effective with today's hiring meeting, each preservice training class may be filled with forty new hires of caseload carrying staff. Hiring still should be prioritized based on staffing needs, but every effort should be made to fill each class to capacity. One supervisor may be added for each five caseload carrying staff hired. All prioritization and hiring decisions should be based on data and specific explanations of staffing needs.

In addition, for all positions that are not caseload carrying staff or their supervisors, all departures may be backfilled, but no new staff may be added without the approval of the Executive Leadership Team.

Please distribute this to any of your staff that has input into these hiring decisions.



EXHIBIT AA