### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

           Plaintiffs.

                  CIVIL ACTION NO.
v.                  3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

          Defendants.

---

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of **David Barton**, of the Mississippi Department of Human Services, on September 17, 2019 at 9:00 a.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East Capital Street, Suite 1000, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

Plaintiffs request that deponent bring to said deposition all documents described in Exhibit A.

RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

       *s/ Marcia Robinson Lowry*
       Marcia Robinson Lowry (*pro hac vice*)
       A Better Childhood, Inc.
       355 Lexington Avenue, Floor 16
       New York, NY 10011
       Telephone (646) 808-7344
       Facsimile: (914) 238-0365
       Email: mlowry@abetterchildhood.org

       W. Wayne Drinkwater, Jr. (MBN 6193)
       Michael J. Bentley (MBN 102631)
       BRADLEY ARANT BOULT CUMMINGS LLP
       One Jackson Place, Suite 1000
       188 East Capitol Street
       Jackson, Mississippi 39201
       Telephone: (601) 948-8000
       Facsimile: (601) 948-3000
       Email: wdrinkwater@bradley.com
             mbentley@bradley.com

       Christian Carbone (*pro hac vice*)
       LOEB & LOEB LLP
       345 Park Avenue
       New York, New York 10154
       Telephone: (212) 407-4000
       Email: ccarbone@loeb.com

       *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

       *s/ Marcia Robinson Lowry*
       Marcia Robinson Lowry (*pro hac vice)*