**EXHIBIT A**

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1. Any report that you have prepared, participated in, or have had any part in writing with regard to the investigation of maltreatment and report regarding the death of the child A.H.