# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                                    Plaintiffs.

                                                                  CIVIL ACTION NO.
v.                                                             3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                    Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral examination of **John Davis**, September 17, 2019, at 12:00 p.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East Capital Street, Suite 1000, Jackson, Mississippi, 39201, by a court reporter duly authorized to administer oaths.

Plaintiffs request that deponent bring to said deposition all documents described in Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

      *s/ Marcia Robinson Lowry*
      Marcia Robinson Lowry (*pro hac vice*)
      A Better Childhood, Inc.
      355 Lexington Avenue, Floor 16
      New York, NY 10011
      Telephone (646) 808-7344
      Facsimile: (914) 238-0365
      Email: mlowry@abetterchildhood.org

      W. Wayne Drinkwater, Jr. (MBN 6193)
      Michael J. Bentley (MBN 102631)
      BRADLEY ARANT BOULT CUMMINGS LLP
      One Jackson Place, Suite 1000
      188 East Capitol Street
      Jackson, Mississippi 39201
      Telephone: (601) 948-8000
      Facsimile: (601) 948-3000
      Email: wdrinkwater@bradley.com
             mbentley@bradley.com

      Christian Carbone (*pro hac vice*)
      LOEB & LOEB LLP
      345 Park Avenue
      New York, New York 10154
      Telephone: (212) 407-4000
      Email: ccarbone@loeb.com

      *PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

      *s/ Marcia Robinson Lowry*
      Marcia Robinson Lowry (*pro hac vice*)