**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| OLIVIA Y., et al    ) | |
|    ) | |
|         Plaintiffs    ) | |
|    ) | |
| v.    ) | CIVIL ACTION NO. 3:04cv251 TSL-FKB |
|    ) | |
| PHIL BRYANT, as Governor of the    ) | |
| State of Mississippi, *et al.,*    ) | |
|    ) | |
|         Defendants    ) | |

## ENTRY OF APPEARANCE

William C. Pentecost with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters his appearance on behalf of Defendants, PHIL BRYANT, as Governor of the State of Mississippi, the Commissioner, Mississippi Department of Child Protection Services, and the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

THIS, the 9th day of September, 2019.

                                                                     Respectfully submitted,

                                                                     **DEFENDANTS,**
                                                                     PHIL BRYANT, as Governor of the State of
                                                                     Mississippi, the Commissioner, Mississippi
                                                                     Department of Child Protection Services, and the
                                                                     Deputy Commissioner of Child Welfare,
                                                                     Mississippi Department of Child Protection
                                                                     Services

                                                                     BY:    /s/ *William C. Pentecost*
                                                                                William C. Pentecost

- 2 -

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Kenya Key Rachal (MSB #99227)
James L. Jones (MSB #3214)
William C. Pentecost (MSB #99841)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

Harold Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205