# Exhibit B

Re: Follow Up to Your Call (AH Case)

 Marcia Lowry
Fri 7/26/2019 1:48 PM

Mark as unread

**To:** Rachal, Kenya <krachal@bakerdonelson.com>;

Hi Kenya –

I want to know if there was an investigation into this death, conducted by either MDCPS and/or MDHS. I believe there was.  If so, I want to know who conducted the investigation(s) and whether there was anything in writing regarding this investigation, and whether a report was made to either Jess Dickinson and/or to Gov. Bryant.  I believe there was such an investigation.
Can you please get back to me as soon as possible about this?

Thanks.

Marcia

**From:** "Rachal, Kenya" <krachal@bakerdonelson.com>
**Date:** Thursday, July 25, 2019 at 5:23 PM
**To:** Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Follow Up to Your Call (AH Case)

Hi Marcia:

I am writing in follow up to our call of earlier this week in which you inquired about an investigation (AH case) that you heard from a source was conducted at the insistence or direction of the Governor.

This child was not in MDCPS custody**;**  however in follow up to your inquiry, I have spoken with Commissioner Dickinson and others on the MDCPS Management Team and have also spoken with the Governor's Office.  Both confirmed that the Governor did not direct/insist that an investigation be conducted.  Investigations of child fatalities are conducted as a usual course of action at MDCPS.

Thanks,

Kenya

**Kenya Key Rachal**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive Suite 400
Jackson, MS 39211
Telephone:  601.351.8940
Facsimile:  601.974.8940
E-mail:  krachal@bakerdonelson.com
Website:  www.bakerdonelson.com

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.** represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.