# EXHIBIT C

RE: Follow Up to Your Call (AH Case)



Rachal, Kenya <krachal@bakerdonelson.com>
Mon 7/29/2019 5:27 PM

Mark as unread

To: Marcia Lowry;

Hi Marcia:

Investigations have been conducted in the AH case. I have contacted MDCPS, MDHS, and the Governor's Office about the questions in your July 26th email. Once I hear back I will follow up with you.

Thanks,
Kenya

---

**From:** Marcia Lowry [mailto:mlowry@abetterchildhood.org]
**Sent:** Friday, July 26, 2019 12:48 PM
**To:** Rachal, Kenya
**Subject:** Re: Follow Up to Your Call (AH Case)

Hi Kenya –

I want to know if there was an investigation into this death, conducted by either MDCPS and/or MDHS. I believe there was. If so, I want to know who conducted the investigation(s) and whether there was anything in writing regarding this investigation, and whether a report was made to either Jess Dickinson and/or to Gov. Bryant. I believe there was such an investigation. Can you please get back to me as soon as possible about this?

Thanks.

Marcia

---

**From:** "Rachal, Kenya" <krachal@bakerdonelson.com>
**Date:** Thursday, July 25, 2019 at 5:23 PM
**To:** Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Follow Up to Your Call (AH Case)

Hi Marcia:

I am writing in follow up to our call of earlier this week in which you inquired about an investigation (AH case) that you heard from a source was conducted at the insistence or direction of the Governor.

This child was not in MDCPS custody; however in follow up to your inquiry, I have spoken with Commissioner Dickinson and others on the MDCPS Management Team and have also spoken with the Governor's Office. Both confirmed that the Governor did not direct/insist that an investigation be conducted. Investigations of child fatalities are conducted as a usual course of action at MDCPS.