# EXHIBIT D

Kenya Key Rachal
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive Suite 400
Jackson, MS 39211

August 12, 2019

        Re: A[redacted]H[redacted] Fatality Investigations

Dear Kenya:

I am writing to follow-up on our email correspondence regarding the death of A[redacted] H[redacted] on June 5, 2019.

I emailed you on July 26, 2019, with several questions regarding Armani Hill's death and subsequent investigations. In your email dated July 29, 2019, you confirmed that investigations had been conducted in the A[redacted]H[redacted] case, and that you would provide an answer to my questions after hearing back from the Governor's office. However, to date, the questions remain unanswered.

Kindly provide answers to the following questions, as soon as possible:

1. How many investigations were conducted into the death of A[redacted]H[redacted] by MDCPS, MDHS, the Governor's Office)?
2. Who ordered the investigations?
3. Who conducted the investigations?
4. Is there anything in writing regarding the investigations?
5. Was a report made, in writing, to either Commissioner Dickinson or his staff, and/or Governor Bryant or his staff, regarding the investigations?

Very truly yours,


Marcia Robinson Lowry, Esq.
Executive Director



A BETTER CHILDHOOD

355 Lexington Avenue New York, NY 10017,
Floor 16