# EXHIBIT E

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

ONE EASTOVER CENTER
100 VISION DRIVE, SUITE 400
JACKSON, MISSISSIPPI 39211

P.O. BOX 14167
JACKSON, MISSISSIPPI 39236

PHONE:  601.351.2400
FAX:    601.351.2424
www.bakerdonelson.com

KENYA KEY RACHAL, OF COUNSEL
**Direct Dial**: 601.351.8940
**Direct Fax**: 601.974.8940
E-Mail Address: krachal@bakerdonelson.com

August 26, 2019

*Via electronic mail*

Marcia Robinson Lowry, Esq.
A Better Childhood, Inc.
355 Lexington Avenue
16th Floor
New York, NY 10011
mlowry@abetterchildhood.org

Anastasia Benedetto, Esq.
A Better Childhood, Inc.
355 Lexington Avenue
16th Floor
New York, NY 10011
abenedetto@abetterchildhood.org

Re:  *Olivia Y., et al. v. Haley Barbour, et al.*
     In the United States District Court for the Southern District, Jackson Division
     Civil Action No. 3:04cv251 and Armani Hill

Dear Marcia:

I am writing in follow up to our previous correspondence regarding the AH case. As indicated previously, AH is outside of the Olivia Y class. MDCPS does not plan to disclose any additional information to you.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Kenya Key Rachal

KKR:llt

4852-5027-0114v1
2902819-000001 08/26/2019

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.