EXHIBIT F

**Subject:** Re: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball
**Date:** Thursday, September 26, 2019 at 9:30:17 PM Eastern Daylight Time
**From:** Kevin Ryan
**To:** Rachal, Kenya, Marcia Lowry
**CC:** Lisa Taylor, Eileen Crummy, Pentecost, Clint

Dear Marcia and Kenya,

Thank you for meeting with us by phone. We understand that Magistrate Ball asked the parties to confer with us to try and resolve this issue in hopes of avoiding the motion process. You advised that he specifically wants to know whether the Monitor "deems the AH investigations relevant to their duties under provision 9.7 of the 2nd MSA."

As we explained on the call after hearing from the parties this morning, the AH investigations may be relevant, or may not be. We cannot determine relevance unless we look into the matter. If the parties agree or the court directs us to do so, we will be happy to do so.


Public Catalyst
Eileen Crummy, Lisa Taylor and Kevin Ryan


On Sep 20, 2019, at 6:57 PM, Rachal, Kenya <krachal@bakerdonelson.com> wrote:

> This time is confirmed.
>
> Thanks,
> Kenya
>
> Sent from my iPhone
>
> On Sep 20, 2019, at 3:42 PM, Marcia Lowry <mlowry@abetterchildhood.org> wrote:
>
>> Sept. 26th from 10 – 11 CT seems to work, if we cannot do it earlier. Can we confirm for that time?
>>
>> ---
>>
>> **From:** Lisa Taylor <ltaylor@public-catalyst.com>
>> **Date:** Friday, September 20, 2019 at 4:06 PM
>> **To:** "Rachal, Kenya" <krachal@bakerd.com>
>> **Cc:** Marcia Lowry <mlowry@abetterchildhood.org>, Eileen Crummy <ecrummy@public-catalyst.com>, Kevin Ryan <kevinmichaelryan1967@gmail.com>, "Pentecost, Clint" <CPentecost@bakerdonelson.com>
>> **Subject:** Re: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball
>>
>> Kenya,

We can still be available on Sept 26 from 10am-11am CT (11am-12pm ET).

Thanks,
Lisa

Lisa Taylor
Sent from my iPhone

On Sep 20, 2019, at 1:29 AM, Rachal, Kenya <krachal@bakerdonelson.com> wrote:

> The Defendants are available on Sept. 26th (9:00-4:00 CST) and the morning of the 27th (9:00-Noon). Unfortunately an earlier date does not work for us.
>
> Lisa, can you all do another time on the 26th that works with Marcia's schedule noted below? If not and the 27th does not work for Marcia, please let us know what works for you the following week.
>
> Thanks,
> Kenya
>
> On Sep 19, 2019, at 11:58 AM, Marcia Lowry <mlowry@abetterchildhood.org> wrote:
>
>> Can we have this sooner than 9/26? I am available on 9/26, but not from 1-2 pm.
>>
>> ---
>>
>> **From:** "Rachal, Kenya" <krachal@bakerdonelson.com>
>> **Date:** Thursday, September 19, 2019 at 11:12 AM
>> **To:** Lisa Taylor <ltaylor@public-catalyst.com>, Eileen Crummy <ecrummy@public-catalyst.com>, Kevin Ryan <kevinmichaelryan1967@gmail.com>
>> **Cc:** Marcia Lowry <mlowry@abetterchildhood.org>, "Pentecost, Clint" <CPentecost@bakerdonelson.com>
>> **Subject:** RE: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball
>>
>> Thanks, this time works for the Governor's Office. I am waiting to hear from MDCPS.
>>
>> Thanks,
>> Kenya
>>
>> ---
>>
>> **From:** Lisa Taylor [mailto:ltaylor@public-

catalyst.com]
**Sent:** Thursday, September 19, 2019 8:41 AM
**To:** Rachal, Kenya; Eileen Crummy; Kevin Ryan
**Cc:** Marcia Robinson Lowry; Pentecost, Clint
**Subject:** RE: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball

Kenya,

We can be available on Sept 26 from 10am-11am CT.

Thanks,
Lisa

---

**From:** Rachal, Kenya <krachal@bakerdonelson.com>
**Sent:** Thursday, September 19, 2019 8:45 AM
**To:** Lisa Taylor <ltaylor@public-catalyst.com>; Eileen Crummy <ecrummy@public-catalyst.com>; Kevin Ryan <kevinmichaelryan1967@gmail.com>
**Cc:** Marcia Robinson Lowry <mlowry@abetterchildhood.org>; Pentecost, Clint <CPentecost@bakerdonelson.com>
**Subject:** Re: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball

I just noticed a typo.  My availability is is on Thursday the 26th and Friday morning the *27th*.

Thanks,
Kenya

On Sep 19, 2019, at 7:35 AM, Rachal, Kenya <krachal@bakerdonelson.com> wrote:

> Thanks for speaking with me yesterday, Lisa.  As discussed, I am writing to follow up to the parties' Sept. 18th telephonic conference with Magistrate Ball regarding the deposition notices Plaintiffs filed regarding AH.
>
> Magistrate Ball asked that the parties confer with the Monitor to try and resolve this issue first in hopes of avoiding the motion

process. He specifically wants to know whether the Monitor "deems the AH investigations relevant to their duties under provision 9.7 of the 2nd MSA".

As instructed by the Court, if the issue cannot be resolved through discussion with the Monitor, Plaintiffs will have to file a motion with the Court. The parties would file briefs on their positions and the Court would render a decision.

I know that you all already have a copy of the correspondence sent to the Court by both parties. If you need additional information, please let Marcia and I know. I can be available for a call with the parties and the Monitor on Thursday September 26th (9:00 a.m.-4:00 p.m. CST) and am also available on Friday, September 30th from 9:00 am - Noon CST. PC and Marcia, please let us know if there are timeframes on those dates that work for you. I am checking with MDCPS and the Gov's Office on their availability but wanted to give you these dates now so you can let us know if these options work.

Thanks,
Kenya

**Kenya Key Rachal**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
One Eastover Center
100 Vision Drive Suite 400
Jackson, MS 39211
Telephone:  601.351.8940
Facsimile:  601.974.8940
E-mail:  krachal@bakerdonelson.com
Website:  www.bakerdonelson.com

**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.** represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.