# EXHIBIT G



**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

ONE EASTOVER CENTER
100 VISION DRIVE, SUITE 400
JACKSON, MISSISSIPPI 39211

P.O. BOX 14167
JACKSON, MISSISSIPPI 39236

PHONE:  601.351.2400
FAX:       601.351.2424

www.bakerdonelson.com

KENYA KEY RACHAL, OF COUNSEL
**Direct Dial**: 601.351.8940
**Direct Fax**: 601.974.8940
**E-Mail Address**: krachal@bakerdonelson.com

September 10, 2019

Honorable F. Keith Ball
United States District Court
501 E. Court Street
Suite 5.150
Jackson, MS

Re:     *Olivia Y., et al. v. Haley Barbour, et al.*
         In the United States District Court for the Southern District, Jackson Division
         Civil Action No. 3:04cv251

Dear Magistrate Ball:

The Defendants write to respectfully request a telephonic conference with the Court and Plaintiffs to discuss a discovery dispute.

With respect to the background of this dispute, on Friday, September 6, 2019, Plaintiffs unilaterally filed notices to take the depositions of Governor Phil Bryant, the former Executive Director of MDHS, and other MDHS employees to commence on the date of September 17, 2019 (See Doc. Nos. 859-862). Governor Bryant and his agencies strongly object to these depositions.

As the Court is aware, discovery in this case closed on November 30, 2018 (See attached orders at Doc. Nos. 782-783 and 803). Plaintiffs failed to obtain leave of court prior to unilaterally noticing the depositions. Additionally, the subject of the depositions is an individual child, AH. The Olivia Y case is a class action matter and AH was not a part of the certified class. Thus, deposing individuals about AH is outside the scope of permissible discovery in this case. Finally, Plaintiffs are required to show exceptional justifications prior to seeking the deposition of high ranking government officials, including Governor Bryant.

4847-3236-8036v1
2902819-000001 09/10/2019

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

Honorable F. Keith Ball
September 10, 2019
Page 2

The parties have conferred in good faith regarding this issue and have been unable to resolve their differences.  The Defendants request that a telephonic conference be set at the first available date prior to September 17, 2019.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Kenya Key Rachal

KKR1:llt
cc:    Clint Pentecost
       Larry Jones
       Marcia Lowry
       Dawn Post
       Harold Pizzetta
       Joseph Sclafani
       Whitney Lipscomb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                                           Plaintiffs.

                                                          CIVIL ACTION NO.
v.                                                        3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                           Defendants.

---

## NOTICE OF DEPOSITION

    PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral

examination of **David Barton**, of the Mississippi Department of Human Services, on September

17, 2019 at 9:00 a.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East

Capital Street, Suite 1000, Jackson, Mississippi, 39201, by a court reporter duly authorized to

administer oaths.

    Plaintiffs request that deponent bring to said deposition all documents described in

Exhibit A.

    RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
        mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)

2

## EXHIBIT A

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1. Any report that you have prepared, participated in, or have had any part in writing with regard to the investigation of maltreatment and report regarding the death of the child A.H.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D.  Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D.  Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                                      Plaintiffs.

                                                          CIVIL ACTION NO.

v.                                                3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                       Defendants.

---

## NOTICE OF DEPOSITION

       PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral

examination of **Eric Johnson**, of the Mississippi Department of Human Services, on September

17, 2019, at 10:30 a.m. at the law offices of Bradley Arant Boult Cummings, LLP, 188 East

Capital Street, Suite 1000, Jackson, Mississippi, 39201, by a court reporter duly authorized to

administer oaths.

       Plaintiffs request that deponent bring to said deposition all documents described in

Exhibit A.

       RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
        mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)

2

## EXHIBIT A

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1.  Any report that you have prepared, participated in, or have had any part in writing with regard to the investigation of maltreatment and report regarding the death of the child A.H.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                                        Plaintiffs.

                                                            CIVIL ACTION NO.
v.                                                          3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                        Defendants.

---

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral

examination of **John Davis**, September 17, 2019, at 12:00 p.m. at the law offices of Bradley

Arant Boult Cummings, LLP, 188 East Capital Street, Suite 1000, Jackson, Mississippi, 39201,

by a court reporter duly authorized to administer oaths.

Plaintiffs request that deponent bring to said deposition all documents described in

Exhibit A attached hereto.

RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
         mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)

## EXHIBIT A

Documents within your possession, custody, or control that were not previously produced and ***that contain your handwritten notes*** concerning any of the below-listed subject areas:

1.  Any report that you have prepared, participated in, or have had any part in writing with regard to the investigation of maltreatment and report regarding the death of the child A.H.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson;
JAMISON J., by and through his next friend, Clara Lewis;
DESIREE, RENEE, TYSON, and MONIQUE P., by and through
their next friend, Sylvia Forster; JOHN A., by and through his
next friend, James D. Johnson; CODY B., by and through his
next friend, Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend, Zelatra W.; AND
SAM H., by and through his next friend, Yvette Bullock; on their
own behalf and behalf of all others similarly situated,

                                   Plaintiffs.

                                                     CIVIL ACTION NO.
v.                                       3:04-CV-251-TSL-FKB

PHIL BRYANT, as Governor of the State of Mississippi;
DONALD TAYLOR, as Executive Director of the Department
of Human Services; AND BILLY MANGOLD, as Director of
the Division of Family and Children's Services,

                                   Defendants.

---

## NOTICE OF DEPOSITION

      PLEASE TAKE NOTICE that counsel for plaintiffs will take the deposition upon oral

examination of **Governor Phil Bryant**, on September 17, 2019 at 2:30 p.m. at the law offices of

Bradley Arant Boult Cummings, LLP, 188 East Capital Street, Suite 1000, Jackson, Mississippi,

39201, by a court reporter duly authorized to administer oaths.

      Plaintiffs request that deponent bring to said deposition all documents described in

Exhibit A.

      RESPECTFULLY SUBMITTED, this, 6th day of September, 2019.

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10011
Telephone (646) 808-7344
Facsimile: (914) 238-0365
Email: mlowry@abetterchildhood.org

W. Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
          mbentley@bradley.com

Christian Carbone (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Email: ccarbone@loeb.com

*PLAINTIFFS' COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will deliver copies to all counsel of record

*s/ Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)

2

## EXHIBIT A

Documents within your possession, custody, or control that were not previously produced and *that contain your handwritten notes* concerning any of the below-listed subject areas:

1. Any report that you have prepared, participated in, or have had any part in writing with regard to the investigation of maltreatment and report regarding the death of the child A.H.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.

                                                            PLAINTIFFS

VS.                                        CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                         DEFENDANTS

## ORDER

In accordance with the Court's ruling at the hearing on August 24, 2018,

Plaintiffs' motion for an amended case management order and for limited discovery

[768] is granted.  It is hereby ordered as follows.

Plaintiffs are granted leave to propound the discovery requests as set forth in

Exhibit A to their motion, except that all such requests shall be understood to be limited

to fiscal years 2018 and 2019.  Written responses to the requests shall be served by

September 24, 2018; Documents shall be produced by October 8, 2018.  Plaintiffs are

also granted leave to depose witnesses identified in Defendants' responses to the

discovery requests.  All discovery shall be completed by October 23, 2018.

Before a party may serve any discovery motion, counsel must first confer in good

faith as required by F.R.Civ.P. 37(a)(1).  If the attorney conference does not resolve the

dispute, counsel must contact the chambers of the undersigned to request a telephonic

conference to discuss the issue as contemplated by F.R.Civ.P. 16(b)(3)(v).  Only if the

telephonic conference with the undersigned is unsuccessful in resolving the issue may a

party file a discovery motion.

Plaintiffs' supplemental response to Defendants' 60(b) motion [756] shall be due 30 days from the final day of the discovery period.  Defendants' rebuttal to the supplemental response shall be due 30 days thereafter.

So ordered, this the 27th day of August,  2018.


s/_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                      PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                    DEFENDANTS

## ORDER

In accordance with the Court's ruling at the hearing on August 24, 2018,
Plaintiffs' motion for an amended case management order and for limited discovery
[768] is granted.  It is hereby ordered as follows.

Plaintiffs are granted leave to propound the discovery requests as set forth in
Exhibit A to their motion, except that all such requests shall be understood to be limited
to fiscal years 2018 and 2019.  Written responses to the requests shall be served by
September 24, 2018; Documents shall be produced by October 8, 2018.  Plaintiffs are
also granted leave to depose witnesses identified in Defendants' responses to the
discovery requests.  All discovery shall be completed by October 23, 2018.

Before a party may serve any discovery motion, counsel must first confer in good
faith as required by F.R.Civ.P. 37(a)(1).  If the attorney conference does not resolve the
dispute, counsel must contact the chambers of the undersigned to request a telephonic
conference to discuss the issue as contemplated by F.R.Civ.P. 16(b)(3)(v).  Only if the
telephonic conference with the undersigned is unsuccessful in resolving the issue may a
party file a discovery motion.

Plaintiffs' supplemental response to Defendants' 60(b) motion [756] shall be due 30 days from the final day of the discovery period.  Defendants' rebuttal to the supplemental response shall be due 30 days thereafter.

So ordered, this the 27th day of August,  2018.

s/ F. Keith Ball_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her
next friend, James D. Johnson,
et al.                                                                    PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:04cv251-TSL-FKB

PHIL BRYANT, et al.                                                      DEFENDANTS

## <u>ORDER</u>

On August 27, 2018, this court entered an order [783] granting Plaintiffs' motion for an amended case management order and for leave to conduct limited discovery relating to Defendants' 60(b) motion.  The Court granted the motion and entered an order setting forth a schedule for the requested discovery and a briefing schedule.

Defendants have now filed a motion [787] asking for leave to conduct discovery in preparation for the hearing on the 60(b) motion and for entry of a new scheduling order.  Plaintiffs do not oppose Defendants' request for discovery.  However, they have proposed a new discovery schedule that allows an earlier deadline for Defendants' depositions than for their own.  Defendants oppose Plaintiffs' proposed schedule. Having considered the motion, response, and reply, the Court orders as follows.

Defendants are granted leave to propound the discovery requests as set forth in the exhibit to their motion and to depose witnesses identified in Plaintiffs' responses to the discovery.  Responses to the requests, and production of documents thereunder, shall be due 30 days after service of the requests.

The discovery deadline is extended to November 30, 2018.  Depositions may be taken in any order during this period.

All other provisions of this Court's order of August 27, 2018, shall remain in effect.

So ordered, this the 21st day of September, 2018.

s/ F. Keith Ball
United States Magistrate Judge

Johnson, et al v. Barbour, et al, Docket No. 3_04-cv-00251 (S.D. Miss. Mar 30, 2004), Court Docket

# General Information

| | |
|---|---|
| **Court** | United States District Court for the Southern District of Mississippi; United States District Court for the Southern District of Mississippi |
| **Federal Nature of Suit** | Civil Rights - Other[440] |
| **Docket Number** | 3:04-cv-00251 |
| **Status** | CLOSED |

© 2019 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

**Bloomberg Law**®