# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

OLIVIA Y, et al                                                                                  PLAINTIFFS

vs                                                      CIVIL ACTION NO. 3:04cv251 TSL-FKB

PHIL BRYANT, as Governor of
the State of Mississippi, et al.                                                DEFENDANTS

## MOTION FOR WITHDRAWAL OF APPEARANCE OF
## KENYA KEY RACHAL AND JAKE ADAMS

Pursuant to Local Uniform Civil Rule 83.1, Defendants hereby move for withdrawals of appearance of Kenya Key Rachal and Jake Adams as counsel for Defendants. Kenya Key Rachal is no longer in the employ of BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, and Jake Adams no longer practices in the Jackson, MS office of BAKER DONELSON nor does any work on the case.

Defendants' ongoing interests will continue to be adequately represented by Clint Pentecost and Larry Jones of BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC.

RESPECTFULLY SUBMITTED, this the 3rd day of October, 2019.

                                                           By:   /s/ *William C. Pentecost*

OF COUNSEL:
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
James L. Jones (MSB #3214)
William C. Pentecost (MSB #99841)
One Eastover Center - 100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Harold E. Pizzetta, III
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS 39205