## AFFIDAVIT OF TONYA ROGILLIO

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

PERSONALLY CAME and appeared before me, the undersigned authority in and for said county and state, within my jurisdiction, the within named TONYA ROGILLIO, who, having been duly sworn by me, states on oath the following:

1. My name is Tonya Rogillio.

2. I am over the age of 21.

3. I am competent to address the matters set forth below in this Affidavit.

4. The matters set forth in this Affidavit are based on my personal knowledge and the business records of the Mississippi Department of Child Protection Services ("MDCPS" or "Agency") and its predecessor the Mississippi Department of Human Services Division of Family and Children's Services and are true and correct to the best of my knowledge, information and belief. I currently serve as the Deputy Commissioner of Child Welfare of MDCPS.

5. On June 5, 2019, A.H., a four-year old girl, tragically died as a result of abuse and neglect by the boyfriend of A.H.'s mother. Although A.H. had never been in MDCPS's custody, the child, along with her sister, had been the subject of two reports of potential abuse and neglect and a review of these allegations by MDCPS case workers before her death.

6. The allegations related to A.H. and her sister were not substantiated. On May 20, 2019, an MDCPS case worker requested that the relevant case be closed. The case was administratively closed on June 4, 2019, after review and approval by the caseworker's

1

supervisor.

     FURTHER AFFIANT SAYETH NOT, this the __15th__ day of October, 2019.

                                                             _____
                                                             TONYA ROGILLIO

SWORN TO AND SUBSCRIBED BEFORE ME, this the ____ of October, 2019.

My Commission Expires:                        _____
                                                             NOTARY PUBLIC

_____

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 113973, EUNICE J. CHRISTIAN, Commission Expires Oct. 5, 2023, MADISON COUNTY]