## AFFIDAVIT OF KRIS JONES

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

PERSONALLY CAME and appeared before me, the undersigned authority in and for said county and state, within my jurisdiction, the within named KRIS JONES, who, having been duly sworn by me, states on oath the following:

1.      My name is Kris Jones.

2.      I am over the age of 21.

3.      I am competent to address the matters set forth below in this Affidavit.

4.      The matters set forth in this Affidavit are based on my personal knowledge and the business records of the Mississippi Department of Child Protection Services ("MDCPS" or "Agency") and its predecessor the Mississippi Department of Human Services Division of Family and Children's Services and are true and correct to the best of my knowledge, information and belief.  I currently serve as the Deputy Commissioner of Administration of MDCPS.

5.      On June 8, 2019, I contacted the Program Integrity Division of Investigations of the Mississippi Department of Human Services and requested that MDCPS be allowed to use investigators from the Division in MDCPS's review of the death of A.H., a four-year old girl. MDCPS does not have a Program Integrity Division of Investigations.

6.      The investigation has been completed and the report finalized. The decision to conduct the investigation was made by MDCPS.  The Governor did not personally, or through any representative of his office, request that I initiate the investigation and report.

1



7.      After completion of the Program Integrity investigation and report, two MDCPS caseworkers and one area social work supervisor were terminated by MDCPS.

FURTHER AFFIANT SAYETH NOT, this the ___ day of October, 2019.

_____
KRIS JONES

SWORN TO AND SUBSCRIBED BEFORE ME, this the 15th of October, 2019.

My Commission Expires:

_____
NOTARY PUBLIC

2