**From:** Kevin Ryan [mailto:kevinmichaelryan1967@gmail.com]
**Sent:** Thursday, September 26, 2019 8:30 PM
**To:** Rachal, Kenya; mlowry@abetterchildhood.org
**Cc:** Lisa Taylor; Eileen Crummy; Pentecost, Clint
**Subject:** Re: Your Availability in Follow Up to 09.18.2019 Telephonic Conference with Magistrate Ball

Dear Marcia and Kenya,

Thank you for meeting with us by phone. We understand that Magistrate Ball asked the parties to confer with us to try and resolve this issue in hopes of avoiding the motion process. You advised that he specifically wants to know whether the Monitor "deems the AH investigations relevant to their duties under provision 9.7 of the 2nd MSA."

As we explained on the call after hearing from the parties this morning, the AH investigations may be relevant, or may not be. We cannot determine relevance unless we look into the matter. If the parties agree or the court directs us to do so, we will be happy to do so.


Public Catalyst
Eileen Crummy, Lisa Taylor and Kevin Ryan



EXHIBIT C