# EXHIBIT B



## The State of Mississippi
### Phil Bryant, Governor
### Jess H. Dickinson, Commissioner
www.mdcps.ms.gov

**To:**    Public Catalyst

**From:**   Kris Jones, Deputy Commissioner of Administration
        Tamara Garner, Office Director II

**Subject:** 2nd MSA 2.1

**Date:**    2/15/2019

---

MDCPS submits the attached production in accordance with Section 2.1 of the 2nd Modified Mississippi Settlement Agreement and Reform Plan.

The information presented includes a report of calls to MCI that were answered and dropped, as well as the length of time it took to answer calls.

MDCPS
015073

MCI MONTHLY OUTPUT: 10/1/2018 - 12/31/2018

| Month Starting | Avg Speed Ans | Avg Aban Time | ACD Calls | Avg ACD Time | Avg ACW Time | Aban Calls |
|---|---|---|---|---|---|---|
| Totals | :39 | 3:53 | 9027 | 12:10 | :00 | 629 |
| 10/1/2018 | :52 | 3:53 | 3472 | 12:19 | :00 | 342 |
| 11/1/2018 | :37 | 3:56 | 2767 | 12:13 | :00 | 187 |
| 12/1/2018 | :25 | 3:49 | 2788 | 11:55 | :00 | 100 |

| NAME | DESCRIPTION |
|---|---|
| Avg Speed Ans | The average time calls waited in queue and ringing before an agent answered. This does not include direct agent calls, but it does include outbound ACD calls placed by an adjunct (also called outbound predictive dialing). |
| Avg Aban Time | The average time a caller waited before hanging up. |
| Avg ACW Time | Average amount of time, in the specified time period, that agents spent in after-call work for split/skill and direct agent ACD calls to this VDN. |
| ACD | The total number of agents connected to inbound and outbound ACD calls in each split/ skill. This does not include direct agent calls. |
| ACD Calls | The ACD calls that were queued to the split/ skill and answered by an agent. This does not include direct agent calls, but it does include ACD calls placed by an adjunct (also called outbound predictive dialing). |
| Avg ACD Time | The average time the agents spent talking on ACD calls for the split/skill. This does not include hold time on direct agent calls, but it does include talk time of all outbound ACD calls placed by an adjunct (also called outbound predictive dialing). |
| Aban Calls | The total number of queued calls for each split/ skill that abandoned before an agent answered. This includes calls that are ringing at a voice terminal but does not include direct agent calls. It also includes the number of outbound calls for each split/skill that abandoned at the far end before an agent answered. |

MDCPS
015074