IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., et al.,

                Plaintiffs,

  v.

PHIL BRYANT, as Governor of the
State of Mississippi, et al.,

                Defendants.

CIVIL ACTION NO.
3:04-CV-251-TSL-FKB

## PLAINTIFFS' MOTION FOR PAYMENT OF
## PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES

Plaintiffs, Olivia Y., et al., by and through their undersigned counsel and pursuant to 42 U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, respectfully request that the court approve the parties' agreement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount as follows:

**A Better Childhood, Inc. $103,274.18**

The parties agreed this sum will be paid by Defendants for monitoring and enforcement work performed by Plaintiffs' counsel on behalf of the Plaintiff Class from January 1, 2019, through June 30, 2019. Defendants shall remit payment within thirty (30) days from entry of the order.

In support of this motion, Plaintiffs offer the following exhibits:

**Exhibit 1**: Declaration of Marcia Robinson Lowry (October 30, 2019)

2

RESPECTFULLY SUBMITTED, this the 30th day of October 2019.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (pro hac vice)
Anastasia Benedetto (pro hac vice)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, New York 10017
Telephone (646) 808-7344
Email: mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org

Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
mbentley@bradley.com

CERTIFICATE OF SERVICE

I hereby certify that on October 30th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

/s/ *Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)