MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2008

By: Senator(s) Nunnelee, Dearing         To: Appropriations


                    SENATE BILL NO. 3051
                    (As Sent to Governor)

 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF STATE GENERAL
 2   FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE MISSISSIPPI
 3   DEPARTMENT OF MENTAL HEALTH FOR FISCAL YEAR 2008, GOVERNOR'S
 4   OFFICE - DIVISION OF MEDICAID FOR PRIOR YEARS AND FISCAL YEARS
 5   2008 AND 2009, THE MISSISSIPPI DEPARTMENT OF FINANCE AND
 6   ADMINISTRATION FOR FISCAL YEARS 2008 AND 2009, THE MISSISSIPPI
 7   SUPREME COURT - TRIAL JUDGES FOR FISCAL YEARS 2008 AND 2009, THE
 8   MISSISSIPPI SUPREME COURT, ADMINISTRATIVE OFFICE OF COURTS FOR
 9   FISCAL YEAR 2008, PAYING BONDS AND INTEREST ON THE FULL FAITH AND
10   CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2008, THE
11   DEPARTMENT OF CORRECTIONS FOR PRIOR YEARS AND FISCAL YEAR 2008,
12   THE OFFICE OF THE STATE AUDITOR FOR FISCAL YEARS 2008 AND 2009,
13   THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER - SCHOOL OF DENTISTRY
14   FOR FISCAL YEAR 2008, THE OFFICE OF THE ATTORNEY GENERAL FOR
15   CERTAIN LEGAL EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR
16   2008, THE GOVERNOR'S OFFICE AND STAFF FOR FISCAL YEAR 2008, THE
17   MISSISSIPPI OIL AND GAS BOARD FOR FISCAL YEAR 2008, THE
18   MISSISSIPPI BOARD OF LICENSURE FOR PROFESSIONAL ENGINEERS AND
19   SURVEYORS FOR FISCAL YEAR 2008, THE MISSISSIPPI STATE BOARD OF
20   CONTRACTORS FOR FISCAL YEAR 2008, THE MISSISSIPPI COMMISSION ON
21   JUDICIAL PERFORMANCE FOR FISCAL YEAR 2008, AND THE MISSISSIPPI
22   OFFICE OF CAPITAL POST - CONVICTION COUNSEL FOR FISCAL YEAR 2008
23   AND FOR RELATED PURPOSES.

24        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

25        **SECTION 1.**  In addition to all other sums herein

26   appropriated, the following sum, or so much thereof as may be

27   necessary, is appropriated out of any money in the State General

28   Fund not otherwise appropriated, to defray the expenses of the

29   Mississippi Department of Mental Health, for the purpose of

30   providing Medicaid matching funds at community mental health

31   centers, for the fiscal year ending June 30, 2008

32   ..............................................$ 10,000,000.00.

33        **SECTION 2.**  In addition to all other sums herein

34   appropriated, the following sum, or so much thereof as may be

35   necessary, is appropriated out of any money in the State Treasury

36   to the credit of the Mississippi Department of Mental Health, for

Exhibit A - Page 1

37  the purpose of defraying the expenses of the department for the

38  fiscal year ending June 30, 2008..................$ 40,121,000.00.

39      The funds provided in this section are allocated as follows:

40          Mississippi State Hospital.................$9,831,000.00

41          Boswell Regional Center....................$5,780,000.00

42          East Mississippi State Hospital............$1,337,000.00

43          Ellisville State School....................$8,296,000.00

44          Hudspeth Regional Center...................$6,400,000.00

45          North Mississippi Regional Center..........$3,556,000.00

46          Specialized Treatment Facility.............$  575,000.00

47          South Mississippi Regional Center..........$4,346,000.00

48      **SECTION 3.**  In addition to all other sums heretofore

49  appropriated, the following sum, or so much thereof as may be

50  necessary, is hereby appropriated out of any money in the Budget

51  Contingency Fund created in Section 27-103-301, Mississippi Code

52  of 1972, not otherwise appropriated, to the Governor's Office -

53  Division of Medicaid, for the purpose of funding the medical and

54  administrative services provided by the division for the period

55  beginning upon passage and through the fiscal year ending

56  June 30, 2008....................................$ 71,800,000.00.

57      Of the funds appropriated in this section, the Division of

58  Medicaid is authorized to pay prior year invoices for Fiscal Year

59  2005 in an amount not to exceed Eighty-eight Thousand Three

60  Hundred Forty-six Dollars and Forty-six Cents ($88,346.46).

61      **SECTION 4.**  In addition to all other sums heretofore

62  appropriated, the following sum, or so much thereof as may be

63  necessary, is hereby appropriated out of any money in the State

64  Treasury to the credit of the Governor's Office - Division of

65  Medicaid, for the purpose of providing the authority to expend any

66  matching Medicaid funds that become available for a period

67  beginning upon passage and through the fiscal year ending

68  June 30, 2008....................................$287,200,000.00.

69    **SECTION 5.**  In addition to all other sums herein
70    appropriated, the following sum, or so much thereof as may be
71    necessary, is appropriated out of any money in the State General
72    Fund not otherwise appropriated, to defray the expenses of the
73    Governor's Office - Division of Medicaid, for the purpose of
74    funding a temporary program to provide nonemergency transportation
75    to locations for necessary dialysis services for end-stage renal
76    disease patients who are sixty-five (65) years of age or older or
77    are disabled as determined under Section 1614(a)(3) of the federal
78    Social Security Act, as amended, whose income did not exceed one
79    hundred thirty-five percent (135%) of the nonfarm official poverty
80    level as defined by the Office of Management and Budget, and whose
81    eligibility was covered under the former category of eligibility
82    known as PLADS (Poverty Level Aged and Disabled), for the period
83    beginning upon passage of this act and through the fiscal year
84    ending June 30, 2009..............................$  2,252,760.00.

85    **SECTION 6.**  In addition to all other sums heretofore
86    appropriated, the following sum, or so much thereof as may be
87    necessary, is hereby appropriated out of any money in the Budget
88    Contingency Fund created in Section 27-103-301, Mississippi Code
89    of 1972, not otherwise appropriated to the Department of Finance
90    and Administration, for the purpose of repaying the federal
91    government for its share of funds transferred by the State to the
92    Budget Contingency Fund in previous fiscal years from certain
93    self-insurance and internal service funds for the period beginning
94    upon passage and through the fiscal year ending June 30, 2008.....
95    ................................................$  1,638,104.00.

96    **SECTION 7.**  In addition to all other sums heretofore
97    appropriated, the following sum, or so much thereof as may be
98    necessary, is hereby appropriated out of any money in the State
99    General Fund not otherwise appropriated to the Department of
100   Finance and Administration, for the purpose of purchasing property
101   insurance on state property as required by the Stafford Act,

102   Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

103   House Bill No. 4, Fifth Extraordinary Session of 2005, for the

104   period beginning upon passage and through the fiscal year ending

105   June 30, 2009....................................$  3,500,000.00.

106      **SECTION 8.**  In addition to all other sums heretofore

107   appropriated, the following sum, or so much thereof as may be

108   necessary, is hereby appropriated out of any money in the State

109   General Fund not otherwise appropriated to the Department of

110   Finance and Administration, for the purpose of funding six (6) new

111   Assistant District Attorneys, two (2) new Criminal Investigators

112   and unused personal leave payments for the period beginning upon

113   passage and through the fiscal year ending June 30, 2008..........

114   ................................................$  1,247,808.00.

115      **SECTION 9.**  In addition to all other sums heretofore

116   appropriated, the following sum, or so much thereof as may be

117   necessary, is hereby appropriated out of any money in the State

118   General Fund not otherwise appropriated to the Mississippi Supreme

119   Court, for the purpose of funding five (5) new trial judges and

120   associated staff and the expense of special judges used in the

121   litigation of insurance claims related to Hurricane Katrina for

122   the period beginning upon passage and through the fiscal year

123   ending June 30, 2009.............................$    912,600.00.

124      **SECTION 10.**  In addition to all other sums heretofore

125   appropriated, the following sum, or so much thereof as may be

126   necessary, is hereby appropriated out of any money in the State

127   General Fund not otherwise appropriated to the Mississippi Supreme

128   Court, Administrative Office of Courts, for the purpose of

129   continued funding for a research statistician position for the

130   period beginning upon passage and through the fiscal year ending

131   June 30, 2008....................................$     57,000.00.

132      **SECTION 11.**  In addition to all other sums heretofore

133   appropriated, the following sum, or so much thereof as may be

134   necessary, is hereby appropriated out of any money in the State

135   Treasury to the credit of the Mississippi Supreme Court,

136   Administrative Office of Courts, for the purpose of allowing the

137   expenditure of additional funds received by the Drug Court Fund

138   for the period beginning upon passage and through the fiscal year

139   ending June 30, 2008...........................$    2,500,000.00.

140       **SECTION 12.**  In addition to all other sums heretofore

141   appropriated, the following sum, or so much thereof as may be

142   necessary, is hereby appropriated out of any money in the State

143   General Fund not otherwise appropriated, for the purpose of paying

144   bonds and interest on the full faith and credit bonds of the State

145   of Mississippi for the period beginning upon passage of this act

146   and through the fiscal year ending June 30, 2008..................

147   ..............................................$    34,000,000.00.

148       **SECTION 13.**  In addition to all other sums heretofore

149   appropriated, the following sum, or so much thereof as may be

150   necessary, is hereby appropriated out of any money in the State

151   General Fund not otherwise appropriated to the Department of

152   Corrections, for the purpose of funding the Local Confinement,

153   Medical Services and the Support programs for the period beginning

154   upon passage and through the fiscal year ending June 30, 2008.....

155   ..............................................$    19,933,092.00.

156       The funds provided in this section are allocated as follows:

157           Local Confinement..........................$7,328,781.00

158           Medical Services...........................$7,609,956.00

159           Support....................................$4,994,355.00

160       Of the funds appropriated in this section, the Mississippi

161   Department of Corrections is authorized to pay prior year invoices

162   for Fiscal Year 2007 in an amount not to exceed Four Million Four

163   Hundred Twenty-six Thousand Seven Hundred Sixty-three Dollars

164   ($4,426,763.00).

165       **SECTION 14.**  In addition to all other sums heretofore

166   appropriated, the following sum, or so much thereof as may be

167   necessary, is hereby appropriated out of any money in the Budget

S. B. No. 3051    |||||||||||||||||||||||||||||||||||||
08/SS26/ANAP4SG
PAGE 5

168    Contingency Fund created in Section 27-103-301, Mississippi Code
169    of 1972, not otherwise appropriated to the Office of the State
170    Auditor, for the purpose of defraying the cost of litigation for
171    the period beginning upon passage and through the fiscal year
172    ending June 30, 2009...........................$    180,000.00.
173        **SECTION 15.**  In addition to all other sums heretofore
174    appropriated, the following sum, or so much thereof as may be
175    necessary, is hereby appropriated out of any money in the Budget
176    Contingency Fund created in Section 27-103-301, Mississippi Code
177    of 1972, not otherwise appropriated to the University of
178    Mississippi Medical Center for the purpose of defraying the cost
179    of construction, replacing equipment and supplies due to a fire at
180    the School of Dentistry Biomedical Materials Science Laboratory
181    for the period beginning upon passage and through the fiscal year
182    ending June 30, 2008...........................$   1,500,000.00.
183        **SECTION 16.**  In addition to all other sums heretofore
184    appropriated, the following sum, or so much thereof as may be
185    necessary, is hereby appropriated out of any money in the State
186    General Fund not otherwise appropriated for the purpose of paying
187    for certain outside legal assistance, expert witness fees, court
188    fees, judgments and settlement agreements incurred by the Office
189    of the Attorney General for the period beginning upon passage and
190    through the fiscal year ending June 30, 2008....$    233,286.00.
191        **SECTION 17.**  In addition to all other sums heretofore
192    appropriated, the following sum, or so much thereof as may be
193    necessary, is hereby appropriated out of any money in the Budget
194    Contingency Fund created in Section 27-103-301, Mississippi Code
195    1972, not otherwise appropriated for the purpose of paying for
196    certain outside legal assistance, expert witness fees, court fees,
197    judgments and settlement agreements incurred by the Office of the
198    Attorney General for the period beginning upon passage and through
199    the fiscal year ending June 30, 2008............$   8,485,939.00.

Exhibit A - Page 6

200      **SECTION 18.**  Of the funds provided in Sections 16 and 17, the

201    following amounts are provided:

202          (a)  Olivia Y., et al v. Haley Barbour, as Governor;

203    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

204    Director of the Division of Family and Children's Services and the

205    Department of Human Services, United States District Court for the

206    Southern District of Mississippi, Jackson Division, Cause No.

207    3:04cv251(L)(N)....................................$  937,000.00.

208          (b)  Severance Tax Recovery - Pursue Energy Corporation,

209    Case No. 02-05339-JEE-11...........................$ 1,654,777.00.

210          (c)  Brown and Williamson/Ligget Tobacco Settlement

211    Payments..........................................$     7,225.00.

212          (d)  Sixteenth Section Land Litigation...$     5,349.00.

213          (e)  Jean Boudreaux and the victims of the flood on

214    April 6, 1983, of the Tangipahoa River Number 71408 Div. "D" -

215    21st JDC, Parish of Tangipahoa.....................$       152.00.

216          (f)  State of MS. ex rel. Attorney General Jim Hood on

217    behalf of Mississippi Land Water and Resources Board and

218    Mississippi Development Authority vs. Facility Construction

219    Management Inc. and Facility Holding Corp..........$   250,000.00.

220          (g)  Albert Brown vs. Mississippi Department

221    of Health.........................................$   205,165.00.

222          (h)  Pam Knight vs. Mississippi Department of

223    Public Safety.....................................$   154,411.00.

224          (i)  Larry Taylor vs. Mississippi Tax

225    Commission........................................$    76,088.00.

226          (j)  Jeffery Presley et al vs. Christopher Epps,

227    et al.............................................$   350,000.00.

228          (k)  Anthony Duncan vs. Billy Dillon,

229    et al.............................................$       500.00.

230          (l)  Emily Parker and Shea Rushing vs. Ricky Quinn dba

231    The Prescription Shoppe and Greg Quinn dba B & R Pharmacy and Jeff

232  Palmer, individually and as a former agent of the Bureau of

233  Narcotics........................................$   15,000.00.

234        (m)   Olivia Y., et al v. Haley Barbour, as Governor;

235  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

236  Director of the Division of Family and Children's Services and the

237  Department of Human Services, United States District Court for the

238  Southern District of Mississippi, Jackson Division, Cause No.

239  3:04cv251(L)(N), Plaintiff Attorneys - Children's Rights,

240  Inc...............................................$ 4,863,558.00.

241        (n)   Chamber of Commerce of United States of America v.

242  Attorney General Michael Moore and Secretary of State

243  Eric Clark........................................$   200,000.00.

244  **SECTION 19.**   In addition to all other sums heretofore

245  appropriated, the following sum, or so much thereof as may be

246  necessary, is hereby appropriated out of any money in the Budget

247  Contingency Fund, created in Section 27-103-301, Mississippi Code

248  of 1972, not otherwise appropriated, to the Governor's Office and

249  Staff for the purpose of defraying extraordinary legal expenses

250  for a period beginning upon passage and through the fiscal year

251  ending June 30, 2008...........................$   120,000.00.

252  **SECTION 20.**   In addition to all other sums heretofore

253  appropriated, the following sum, or so much thereof as may be

254  necessary, is hereby appropriated out of any money in the State

255  Treasury to the credit of the Mississippi State Oil and Gas Board,

256  for the purpose of continuing the implementation of a

257  comprehensive data management computerization program for the

258  period beginning upon passage and through the fiscal year ending

259  June 30, 2008..................................$   328,834.00.

260  **SECTION 21.**   In addition to all other sums heretofore

261  appropriated, the following sum, or so much thereof as may be

262  necessary, is hereby appropriated out of any money in the State

263  Treasury to the credit of the Mississippi Board of Licensure for

264  Professional Engineers and Surveyors, for the purpose of defraying

265  the implementation of an online licensure renewal system for the

266  period beginning upon passage and through the fiscal year ending

267  June 30, 2008....................................$    25,000.00.

268       **SECTION 22.**  In addition to all other sums heretofore

269  appropriated, the following sum, or so much thereof as may be

270  necessary, is hereby appropriated out of any money in the State

271  Treasury to the credit of the Mississippi State Board of

272  Contractors, for the purpose of defraying legal fees incurred for

273  conducting additional hearings for the period beginning upon

274  passage and through the fiscal year ending June 30, 2008..........

275  ...............................................$    50,000.00.

276       **SECTION 23.**  In addition to all other sums heretofore

277  appropriated, the following sum, or so much thereof as may be

278  necessary, is hereby appropriated out of any money in the State

279  Treasury to the credit of the Mississippi Commission on Judicial

280  Performance for the purpose of defraying the expense of a new

281  investigator and disciplinary hearings for the period beginning

282  upon passage and through the fiscal year ending June 30, 2008.....

283  ...............................................$    20,000.00.

284       **SECTION 24.**  In addition to all other sums heretofore

285  appropriated, the following sum, or so much thereof as may be

286  necessary, is hereby appropriated out of any money in the State

287  Treasury to the credit of the Mississippi Office of Capital

288  Post-Conviction Counsel for the purpose of defraying the expense

289  of an additional attorney to prevent a backlog of cases for the

290  period beginning upon passage and through the fiscal year ending

291  June 30, 2008....................................$    49,000.00.

292       **SECTION 25.**  The money herein appropriated shall be paid by

293  the State Treasurer out of any money in the proper fund or funds

294  as set forth in this act, upon warrants issued by the State Fiscal

295  Officer; and the State Fiscal Officer shall issue his warrants

296  upon requisitions signed by the proper person, officer or officers

297  in the manner provided by law.

Exhibit A - Page 9

298         **SECTION 26.**  This act shall take effect and be in force from

299    and after its passage and through the fiscal year ending June 30,

300    2008, except for Sections 5, 7, 9 and 14 which shall take effect

301    and be in force beginning upon passage of this act and through the

302    fiscal year ending June 30, 2009.

S. B. No. 3051
08/SS26/ANAP4SG
PAGE 10          ST:  Appropriation; State Government Agencies
                 General and Special Fund; Additional FY 2008.

Exhibit A - Page 10

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2009

By:  Representative Stringer            To:  Appropriations

HOUSE BILL NO. 1702
(As Sent to Governor)

1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  BUDGET CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE
3  EXPENSES OF THE MISSISSIPPI DEPARTMENT OF MENTAL HEALTH FOR FISCAL
4  YEAR 2009, THE STATE TAX COMMISSION FOR FISCAL YEAR 2009, THE
5  MISSISSIPPI DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
6  YEARS 2009 AND 2010, THE MISSISSIPPI SUPREME COURT – TRIAL JUDGES
7  FOR FISCAL YEAR 2009, PAYING BONDS AND INTEREST ON THE FULL FAITH
8  AND CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2009,
9  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
10  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2009; GOVERNOR'S OFFICE
11  - DIVISION OF MEDICAID FOR FISCAL YEAR 2009, STATE BOARD OF
12  COSMETOLOGY FOR FISCAL YEAR 2009, THE MISSISSIPPI COMMISSION ON
13  JUDICIAL PERFORMANCE FOR FISCAL YEAR 2009, AND THE PAT HARRISON
14  WATERWAY DISTRICT FOR FISCAL YEAR 2009; AND FOR RELATED PURPOSES.

15      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16      **SECTION 1.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money in the Budget

19  Contingency Fund created in Section 27-103-301, Mississippi Code

20  of 1972, not otherwise appropriated, to defray the expenses of the

21  Mississippi Department of Mental Health, for the purpose of

22  providing Medicaid matching funds at community mental health

23  centers, for the period beginning upon passage and through the

24  fiscal year ending June 30, 2009..................$ 10,000,000.00.

25      **SECTION 2.**  In addition to all other sums herein

26  appropriated, the following sum, or so much thereof as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of Fund No. 3362, 339A, 339B, 339C, 3365, 3338, 3394

29  and 339D, not otherwise appropriated, to defray the expenses of

30  the Mississippi Department of Mental Health, for the purpose of

31  providing Medicaid matching funds for the North Mississippi

32   Regional Center for the period beginning upon passage and through

33   the fiscal year ending June 30, 2009..............................

34   ...............................................$  2,280,469.00.

35       **SECTION 3.**  In addition to all other sums herein

36   appropriated, the following sum, or so much thereof as may be

37   necessary, is appropriated out of any money in the State General

38   Fund, not otherwise appropriated, to the State Tax Commission to

39   be transferred to the Ad Valorem Tag Reduction Fund to provide

40   funding for the Legislative Tag Credit for the period beginning

41   upon passage and through the fiscal year ending June 30, 2009.....

42   ...............................................$ 25,000,000.00.

43       If House Bill No. 364 of the 2009 Regular Legislative Session

44   is not enacted, none of the funds appropriated in this section

45   shall be expended.

46       **SECTION 4.**  In addition to all other sums heretofore

47   appropriated, the following sum, or so much thereof as may be

48   necessary, is hereby appropriated out of any money in the Budget

49   Contingency Fund created in Section 27-103-301, Mississippi Code

50   of 1972, not otherwise appropriated, to the Department of Finance

51   and Administration, for the purpose of repaying the federal

52   government for its share of funds transferred by the state to the

53   Budget Contingency Fund in previous fiscal years from certain

54   self-insurance and internal service funds for the period beginning

55   upon passage and through the fiscal year ending June 30, 2010.....

56   ...............................................$  1,480,843.00.

57       **SECTION 5.**  In addition to all other sums heretofore

58   appropriated, the following sum, or so much thereof as may be

59   necessary, is hereby appropriated out of any money in the Budget

60   Contingency Fund created in Section 27-103-301, Mississippi Code

61   of 1972, not otherwise appropriated, to the Department of Finance

62   and Administration, for the purpose of purchasing property

63   insurance on state property as required by the Stafford Act,

64   Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

65 House Bill No. 4, Fifth Extraordinary Session of 2005, for the
66 period beginning upon passage and through the fiscal year ending
67 June 30, 2010....................................$  8,500,000.00.
68    SECTION 6.  In addition to all other sums heretofore
69 appropriated, the following sum, or so much thereof as may be
70 necessary, is hereby appropriated out of any money in the Budget
71 Contingency Fund created in Section 27-103-301, Mississippi Code
72 of 1972, not otherwise appropriated, to the Mississippi Supreme
73 Court, for the purpose of preventing a deficit that would
74 otherwise occur for support of the trial judges for the period
75 beginning upon passage and through the fiscal year ending
76 June 30, 2009....................................$   400,000.00.
77    SECTION 7.  In addition to all other sums heretofore
78 appropriated, the following sum, or so much thereof as may be
79 necessary, is hereby appropriated out of any money in the Budget
80 Contingency Fund created in Section 27-103-301, Mississippi Code
81 of 1972, not otherwise appropriated, for the purpose of paying
82 bonds and interest on the full faith and credit bonds of the State
83 of Mississippi for the period beginning upon passage and through
84 the fiscal year ending June 30, 2009.............................
85 ................................................$  7,000,000.00.
86    SECTION 8.  In addition to all other sums heretofore
87 appropriated, the following sum, or so much thereof as may be
88 necessary, is hereby appropriated out of any money in the Budget
89 Contingency Fund created in Section 27-103-301, Mississippi Code
90 of 1972, not otherwise appropriated, for the purpose of paying for
91 certain outside legal assistance, expert witness fees, court fees,
92 judgments and settlement agreements incurred by the Office of the
93 Attorney General for the period beginning upon passage and through
94 the fiscal year ending June 30, 2009.............................
95 ................................................$  1,240,000.00.
96    SECTION 9.  Of the funds provided in Section 8, the following
97 amounts are provided:

98          (a)  Olivia Y., et al v. Haley Barbour, as Governor;

99   Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

100  Director of the Division of Family and Children's Services and the

101  Department of Human Services, United States District Court for the

102  Southern District of Mississippi, Jackson Division, Cause No.

103  3:04cv251(L)(N)...................................$   945,000.00.

104          (b)  Mattie T. et al v. Henry Johnson et al, United

105  States District Court for the Northern District of Mississippi,

106  Delta Division, Civil Action No. DC 75-31-S.......................

107  ...............................................$   144,000.00.

108          (c)  State of Mississippi, ex rel. Attorney General Jim

109  Hood, on behalf of Mississippi Land Water and Resources Board and

110  Mississippi Development Authority v. Facility Construction

111  Management Inc. and Facility Holding Corp.........$   151,000.00.

112      **SECTION 10.**  In addition to all other sums heretofore

113  appropriated, the following sum, or so much thereof as may be

114  necessary, is hereby appropriated out of any money in the State

115  Treasury to the credit of the Governor's Office - Division of

116  Medicaid, for the purpose of providing the authority to expend any

117  matching federal Medicaid funds that become available for the

118  period beginning upon passage and through the fiscal year ending

119  June 30, 2009....................................$516,000,000.00.

120      **SECTION 11.**  In addition to all other sums heretofore

121  appropriated, the following sum, or so much thereof as may be

122  necessary, is hereby appropriated out of any money in the State

123  Treasury to the credit of the State Board of Cosmetology, for the

124  purpose of defraying expenses in travel, postage and rent for the

125  period beginning upon passage and through the fiscal year ending

126  June 30, 2009....................................$    56,763.00.

127      **SECTION 12.**  In addition to all other sums heretofore

128  appropriated, the following sum, or so much thereof as may be

129  necessary, is hereby appropriated out of any money in the State

130  Treasury to the credit of the Mississippi Commission on Judicial

H. B. No. 1702    |||||||||||||||||||||||||||||||||||
09/HR03/ANAP7SG
PAGE 4 (RM\ST/)

131  Performance for the purpose of paying unpaid terminal personnel
132  leave and to restore budget reductions to allow for judicial
133  disciplinary hearings for the period beginning upon passage and
134  through the fiscal year ending June 30, 2009......................
135  ................................................$    25,000.00.
136      **SECTION 13.**  In addition to all other sums heretofore
137  appropriated, the following sum, or so much thereof as may be
138  necessary, is hereby appropriated out of any money in the State
139  Treasury to the credit of the Pat Harrison Waterway District for
140  the purpose of defraying the principal and interest expenses on
141  the Okatibbee Lake Dam for the period beginning upon passage and
142  through the fiscal year ending June 30, 2009......................
143  ................................................$    50,000.00.
144      **SECTION 14.**  The money herein appropriated shall be paid by
145  the State Treasurer out of any money in the proper fund or funds
146  as set forth in this act, upon warrants issued by the State Fiscal
147  Officer; and the State Fiscal Officer shall issue his warrants
148  upon requisitions signed by the proper person, officer or officers
149  in the manner provided by law.
150      **SECTION 15.**  This act shall take effect and be in force from
151  and after its passage and through the fiscal year ending June 30,
152  2009, except for Sections 4 and 5 which shall take effect and be
153  in force beginning upon passage of this act and through the fiscal
154  year ending June 30, 2010.

H. B. No. 1702
09/HR03/ANAP7SG
PAGE 5 (RM\ST/)

ST:  Appropriation; state government agencies;
additional for FY2009 and 2010.

Exhibit A - Page 15

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2011

By: Senator(s) Davis                       To: Appropriations


                        SENATE BILL NO. 3085
                        (As Sent to Governor)


 1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2  CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3  OF THE DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR
 4  FISCAL YEAR 2011; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR
 5  STATE PROPERTY INSURANCE FOR FISCAL YEARS 2011 AND 2012; THE
 6  OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 7  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2011; THE DEPARTMENT OF
 8  HUMAN SERVICES FOR THE DIVISION OF FAMILY AND CHILDREN'S SERVICES
 9  FOR FISCAL YEAR 2011; THE JOINT COMMITTEE ON COMPILATION, REVISION
10  AND PUBLICATION OF LEGISLATION FOR FISCAL YEAR 2011; THE BOARD OF
11  NURSING FOR FISCAL YEAR 2011; STATE FIRE ACADEMY FOR FISCAL YEAR
12  2011; THE DEPARTMENT OF REVENUE FOR HIRING TEMPORARY EMPLOYEES;
13  AND THE BOARD OF EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS
14  FOR CERTAIN EXPENSES FOR FISCAL YEAR 2011; AND FOR RELATED
15  PURPOSES.

16       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

17       **SECTION 1.**  In addition to all other sums heretofore

18  appropriated, the following sum, or so much thereof as may be

19  necessary, is hereby appropriated out of any money in the Budget

20  Contingency Fund created in Section 27-103-301, Mississippi Code

21  of 1972, not otherwise appropriated, to the district attorneys,

22  assistant district attorneys and criminal investigators for the

23  purpose of defraying salary, terminal leave and tort claims

24  assessment for the fiscal year ending June 30, 2011..........

25  ..............................................$   430,590.00.

26       **SECTION 2.**  In addition to all other sums heretofore

27  appropriated, the following sum or so much thereof as may be

28  necessary, is hereby appropriated out of any money in the State

29  Treasury to the credit of district attorneys, assistant district

30  attorneys and criminal investigators for the purpose of defraying

31  salary, terminal leave and tort claims assessment for the

32  fiscal year ending June 30, 2011.................$   283,258.00.

33    **SECTION 3.**  In addition to all other sums heretofore
34    appropriated, the following sum, or so much thereof as may be
35    necessary, is hereby appropriated out of any money in the Budget
36    Contingency Fund created in Section 27-103-301, Mississippi Code
37    of 1972, not otherwise appropriated, to the Department of Finance
38    and Administration, for the purpose of purchasing property
39    insurance on state property as required by the Stafford Act,
40    Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and
41    House Bill No. 4, Fifth Extraordinary Session of 2005, for the
42    period beginning upon passage and through the fiscal year ending
43    June 30, 2012...................................$   6,514,767.00.

44    **SECTION 4.**  In addition to all other sums heretofore
45    appropriated, the following sum, or so much thereof as may be
46    necessary, is hereby appropriated out of any money in the State
47    Treasury to the credit of the Department of Finance and
48    Administration, for the purpose of purchasing property insurance
49    on state property as required by the Stafford Act, Section 311,
50    Paragraph 5154 and 44 CFR 206.252 and 206.253, and House Bill No.
51    4, Fifth Extraordinary Session of 2005, for the period beginning
52    upon passage and through the fiscal year ending June 30, 2012....
53    .............................................$     485,233.00.

54    **SECTION 5.**  In addition to all other sums heretofore
55    appropriated, the following sum, or so much thereof as may be
56    necessary, is hereby appropriated out of any money in the Budget
57    Contingency Fund created in Section 27-103-301, Mississippi Code
58    of 1972, not otherwise appropriated, for the purpose of paying for
59    certain outside legal assistance, expert witness fees, court fees,
60    judgments and settlement agreements incurred by the Office of the
61    Attorney General for the fiscal year ending June 30, 2011........
62    .............................................$   1,870,420.00.

63    Of the funds appropriated in this Section, the following
64    amounts are provided:

65          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
66  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
67  Director of the Division of Family and Children's Services and the
68  Department of Human Services, United States District Court for the
69  Southern District of Mississippi, Jackson Division, Cause No.
70  3:04cv251(L)(N)....................................$  1,260,600.00.
71          (b)  State of Mississippi, ex rel. Attorney General Jim
72  Hood, on behalf of Mississippi Land Water and Resources Board and
73  Mississippi Development Authority v. Facility Construction
74  Management Inc. and Facility Holding Corp.........$   140,000.00.
75          (c)  Maxine Rucker v. Mississippi Department of Health,
76  United States District Court for the Northern District of
77  Mississippi, Greenville Division, Cause No.
78  4:08CV143.........................................$     9,000.00.
79          (d)  J.A., et al vs. Barbour, et al, United States
80  District Court for the Southern District of Mississippi, Cause No.
81  3:07-CV-00394-DPJ-FKB.............................$    10,000.00.
82          (e)  Kenney Brewer v. State of Mississippi, Circuit
83  Court of Noxubee County, Mississippi, Claimant No.
84  2009-0099.........................................$    50,000.00.
85          (f)  Levon Brooks v. State of Mississippi, Circuit Court
86  of Noxubee County, Mississippi, Claimant No.
87  2009-0098.........................................$    50,000.00.
88          (g)  Arthur Johnson v. State of Mississippi, Circuit
89  Court of Sunflower County, Mississippi, Claimant No.
90  2009-0289-CI......................................$    50,000.00.
91          (h)  Cedric Willis v. State of Mississippi, Circuit
92  Court of Hinds County, Mississippi, Claimant No.
93  251-09-649-CIV....................................$    50,000.00.
94          (i)  Bobby Joe Townsend v. State of Mississippi, Circuit
95  Court of Webster County, Mississippi, Claimant No.
96  2010-81-CVM.......................................$    50,000.00.

```
 97              (j) David Lee Chapman v. State of Mississippi, Circuit
 98     Court of Newton County, Mississippi, Claimant No.
 99     251-10-721-CIV...................................$    50,000.00.
100              (k)  Calvin Wilks v. State of Mississippi, Circuit Court
101     of Hinds County, Mississippi, Claimant No.
102     251-10-721-CIV...................................$    50,000.00.
103              (l)  Deborah Champluvier v. State of Mississippi,
104     Circuit Court of DeSoto County, Mississippi, Claimant No.
105     CV-2010-160......................................$    25,000.00.
106              (m)  Attorneys fees for Jim Waide, Attorney at Law, for
107     the purpose of Claimant's counsel for Bobby Joe
108     Townsend.........................................$     8,333.00.
109              (n)  Attorneys fees for Thomas Q. Brame, Attorney at
110     Law, for the purpose of Claimant's counsel for David Lee
111     Chapman..........................................$    10,000.00.
112              (o)  Attorneys fees for Robert B. McDuff, Attorney at
113     Law, for the purpose of Claimant's counsel for Calvin
114     Wilks............................................$    17,916.00.
115              (p)  Willie Morrow, et al vs. Mississippi Department of
116     Public Safety, et al., United States District Court for the
117     Southern District of Mississippi, Cause No.
118     1:70-cv-04716....................................$    39,571.00.
119          SECTION 6.  In addition to all other sums heretofore
120     appropriated, the following sum, or so much thereof as may be
121     necessary, is hereby appropriated out of any money in the Budget
122     Contingency Fund created in Section 27-103-301, Mississippi Code
123     of 1972, not otherwise appropriated, to the Department of Human
124     Services, for the purpose of defraying the expenses related to the
125     Division of Family and Children's Services, Olivia Y. Lawsuit
126     Settlement Agreement for the year ending June 30,
127     2011.............................................$ 3,000,000.00.
128          SECTION 7.  In addition to all other sums heretofore
129     appropriated, the following sum, or so much thereof as may be
```

130  necessary, is hereby appropriated out of any money in the Budget
131  Contingency Fund created in Section 27-103-301, Mississippi Code
132  of 1972, not otherwise appropriated, to the Joint Committee on
133  Compilation, Revision and Publication of Legislation for the year
134  ending June 30, 2011...........................$     230,000.00.
135       **SECTION 8.**  In addition to all other sums heretofore
136  appropriated, the following sum or so much thereof as may be
137  necessary, is hereby appropriated out of any money in the State
138  Treasury to the credit of the Board of Nursing for the purpose of
139  defraying the expense for equipment and contractual services for
140  the year ending June 30, 2011...................$     250,000.00.
141       **SECTION 9.**  In addition to all other sums heretofore
142  appropriated, the following sum or so much thereof as may be
143  necessary, is hereby appropriated out of any money in the State
144  Treasury to the credit of the State Fire Academy for the purpose
145  of defraying the expense for the construction and completion of
146  training classrooms for the year ending June 30, 2011............
147  ..............................................$     400,000.00.
148       **SECTION 10.**  In addition to all other sums heretofore
149  appropriated, the following sum, or so much thereof as may be
150  necessary, is hereby appropriated out of any money in the Budget
151  Contingency Fund created in Section 27-103-301, Mississippi Code
152  of 1972, not otherwise appropriated, to the Department of Revenue
153  for the purpose of hiring temporary employees for processing
154  delinquent tax collections and to process the backlog of title
155  applications for the year ending June 30, 2011...$     90,000.00.
156       **SECTION 11.**  In addition to all other sums heretofore
157  appropriated, the following sum, or so much thereof as may be
158  necessary, is hereby appropriated out of any money in the State
159  Treasury to the credit of the Mississippi State Board of Examiners
160  for Licensed Professional Counselors for the purpose of defraying
161  the expense of accounting audits, Internet development and
162  attorney fees for the year ending June 30, 2011..$     50,000.00.

163    **SECTION 12.**  The money herein appropriated shall be paid by
164    the State Treasurer out of any money in the proper fund or funds
165    as set forth in this act, upon warrants issued by the State Fiscal
166    Officer; and the State Fiscal Officer shall issue his warrants
167    upon requisitions signed by the proper person, officer or officers
168    in the manner provided by law.

169    **SECTION 13.**  This act shall take effect and be in force from
170    and after its passage and through the fiscal year ending June 30,
171    2011, except for Sections 3 and 4 which shall take effect and be
172    in force beginning upon passage of this act and through the fiscal
173    year ending June 30, 2012.

ST:  Appropriation; State Government Agencies
Special Fund; Additional FY 2011.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2012

By:  Representative Frierson              To:  Appropriations


HOUSE BILL NO. 1511
(As Sent to Governor)

1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
2   CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
3   OF THE GOVERNOR'S OFFICE FOR FISCAL YEARS 2012 AND 2013; MILITARY
4   DEPARTMENT FOR FISCAL YEAR 2012; THE DEPARTMENT OF FINANCE AND
5   ADMINISTRATION FOR FISCAL YEARS 2012 AND 2013; DEPARTMENT OF
6   REVENUE FOR FISCAL YEAR 2012; DISTRICT ATTORNEYS AND ASSISTANT
7   DISTRICT ATTORNEYS FOR FISCAL YEAR 2012; THE STATE SENATE AND
8   HOUSE OF REPRESENTATIVES FOR FISCAL YEAR 2012; THE BOARD OF
9   EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS FOR FISCAL YEAR
10  2012; THE OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEARS 2012 AND
11  2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
12  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2012; AND FOR
13  RELATED PURPOSES.

14       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

15       **SECTION 1.**  In addition to all other sums previously

16  appropriated, the following sum, or so much of it as may be

17  necessary, is appropriated out of any money in the State Treasury

18  to the credit of the Budget Contingency Fund, and allocated in a

19  manner as determined by the Treasurer's Office, to defray the

20  expenses of the Governor's Office for the period beginning upon

21  the passage of this act and through June 30, 2013...$  355,531.00.

22       This additional appropriation is made for the purpose of

23  providing the funds necessary to continue the operations of the

24  Governor's Office for fiscal year 2012 and related expenses.

25       **SECTION 2.**  In addition to all other sums previously

26  appropriated, the following sum, or so much of it as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of the Budget Contingency Fund, and allocated in a

29  manner as determined by the Treasurer's Office, to defray the

30  expenses of the Military Department for the fiscal year ending

31  June 30, 2012....................................$   270,400.00.

H. B. No. 1511    *[barcode]*                          A1/2
12/HR40/R1913SG
PAGE 1 (RF\BD)

32  This additional appropriation is made for the purpose of
33  matching dollars for the remainder of the federal fiscal year.
34  **SECTION 3.**  In addition to all other sums previously
35  appropriated, the following sum, or so much of it as may be
36  necessary, is appropriated out of any money in the State Treasury
37  to the credit of the Budget Contingency Fund, and allocated in a
38  manner as determined by the Treasurer's Office, to defray the
39  expenses of the Department of Finance and Administration for the
40  period beginning upon passage and through the fiscal year ending
41  June 30, 2013....................................$  7,000,000.00.
42  This additional appropriation is made for the purpose of
43  purchasing property insurance on state property as required by the
44  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
45  206.253.
46  **SECTION 4.**  In addition to all other sums previously
47  appropriated, the following sum, or so much of it as may be
48  necessary, is appropriated out of any money in the State Treasury
49  to the credit of the Budget Contingency Fund, and allocated in a
50  manner as determined by the Treasurer's Office, to defray the
51  expenses of the Department of Revenue for the period beginning
52  upon passage and through the fiscal year ending June 30, 2012....
53  ...............................................$  415,000.00.
54  This additional appropriation is made for the purpose of
55  hiring temporary employees, the cost of additional postage, and
56  additional recording fees for liens.
57  **SECTION 5.**  In addition to all other sums previously
58  appropriated, the following sum, or so much of it as may be
59  necessary, is appropriated out of any money in the State Treasury
60  to the credit of district attorneys, assistant district attorneys
61  and criminal investigators for the fiscal year ending June 30,
62  2012...........................................$   45,000.00.

63      This additional appropriation is made for the purpose of

64  funding termination leave payments for an estimated eight

65  additional persons through the end of fiscal year 2012.

66      **SECTION 6.**  In addition to all other sums previously

67  appropriated, the following sum, or so much of it as may be

68  necessary, is appropriated out of any money in the State Treasury

69  to the credit of the Budget Contingency Fund, and allocated in a

70  manner as determined by the Treasurer's Office, to defray the

71  expenses and assessments for the House of Representatives and

72  Senate for the fiscal year ending June 30, 2012....$   971,513.00.

73      This additional appropriation is made for the purpose of

74  funding the following expenses:

75          (a)   Joint Compilation Code.................$ 350,000.00

76          (b)   Energy Council........................$  50,400.00

77          (c)   Uniform State Laws....................$  48,090.00

78          (d)   Interstate Cooperation – NCSL.........$ 247,342.00

79          (e)   Interstate Cooperation – CSG..........$ 188,193.00

80          (f)   Southern States Energy Board.........$  45,797.00

81          (g)   Southern Growth Policies Board.......$  41,691.00

82      **SECTION 7.**  In addition to all other sums previously

83  appropriated, the following sum, or so much of it as may be

84  necessary, is appropriated out of any money in the State Treasury

85  to the credit of the Board of Examiners for Licensed Professional

86  Counselors for the fiscal year ending June 30, 2012...............

87  ..................................................$  13,435.00.

88      This additional appropriation is made for the purpose of

89  funding the Attorney General's Office for legal services provided

90  during fiscal year 2011.

91      **SECTION 8.**  In addition to all other sums previously

92  appropriated, the following sum, or so much of it as may be

93  necessary, is appropriated out of any money in the State Treasury

94  to the credit of the Budget Contingency Fund, and allocated in a

95  manner as determined by the Treasurer's Office, to defray the

96  expenses of the Attorney General's Office, for the period

97  beginning upon passage and through the fiscal year ending June 30,

98  2013...........................................$  2,000,000.00.

99      This additional appropriation is made for the purpose of

100  hiring additional legal representation on an hourly basis for the

101  State of Mississippi concerning any administrative or civil

102  penalties related to the British Petroleum, Deepwater Horizon oil

103  spill, and for the purpose of paying any fees associated with such

104  legal actions.

105      **SECTION 9.**  In addition to all other sums previously

106  appropriated, the following sum, or so much of it as may be

107  necessary, is appropriated out of any money in the Budget

108  Contingency Fund, and allocated in a manner as determined by the

109  Treasurer's Office, for the purpose of paying for certain outside

110  legal assistance, expert witness fees, court fees, judgments and

111  settlement agreements incurred by the Office of the Attorney

112  General for the period beginning upon passage and through the

113  fiscal year ending June 30, 2012............... $  2,656,846.00.

114      Of the funds appropriated in this section, the following

115  amounts are provided:

116          (a)  Olivia Y., et al v. Haley Barbour, as Governor;

117  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

118  Director of the Division of Family and Children's Services and the

119  Department of Human Services, United States District Court for the

120  Southern District of Mississippi, Jackson Division, Cause No.

121  3:04CV251(L)(N)..................................$  1,020,575.00.

122          (b)  Olivia Y, et al v. Haley Barbour, as Governor;

123  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

124  Director of the Division of Family and Children's Services and the

125  Department of Human Services, United States District Court for the

126  Southern District of Mississippi, Jackson Division, Cause No.

127  3:04:CV251(L)(N)..................................$    150,000.00.

H. B. No. 1511    |||||||||||||||||||||||||||||||||||||||
12/HR40/R1913SG
PAGE 4 (RF\BD)

Exhibit A - Page 25

128        (c)  State of Mississippi, ex rel. Attorney General Jim
129  Hood, on behalf of Mississippi Land Water and Resources Board and
130  Mississippi Development Authority v. Facility Construction
131  Management, Inc., and Facility Holding Corp.......$   420,000.00.
132        (d)  Charles Derrell Seale v. Phillip Mitchell, United
133  States District Court for the Northern District of Mississippi,
134  Western Division, Cause No. 3:08CV105(P)(A).......$    50,539.00.
135        (e)  Jeffery Presley, et al v. Christopher Epps, et al
136  United States District Court for the Northern District of
137  Mississippi, Greenville Division, Cause No.
138  4:05CV00148......................................$   290,499.00.
139        (f)  Kenney Brewer v. State of Mississippi, Circuit
140  Court of Noxubee County, Mississippi, Claimant No.
141  2009-0099........................................$    50,000.00.
142        (g)  Levon Brooks v. State of Mississippi, Circuit Court
143  of Noxubee County, Mississippi, Claimant No.
144  009-0098.........................................$    50,000.00.
145        (h)  Arthur Johnson v. State of Mississippi, Circuit
146  Court of Sunflower County, Mississippi, Claimant No.
147  2009-0289-CI.....................................$    50,000.00.
148        (i)  Cedric Willis v. State of Mississippi, Circuit
149  Court of Hinds County, Mississippi, Claimant No.
150  251-09-649-CIV...................................$    50,000.00.
151        (j)  Bobby Joe Townsend v. State of Mississippi, Circuit
152  Court of Webster County, Mississippi, Claimant No.
153  2010-81-CVM......................................$    33,333.00.
154        (k)  David Lee Chapman v. State of Mississippi, Circuit
155  Court of Newton County, Mississippi, Claimant No.
156  251-10-721-CIV...................................$    50,000.00.
157        (l)  Calvin Wilks v. State of Mississippi, Circuit Court
158  of Hinds County, Mississippi, Claimant No.
159  251-10-721-CIV...................................$    50,000.00.

160          (m)  Gregory Paul Carr v. State of Mississippi, Circuit
161   Court of Washington County, Mississippi, Claimant No.
162   2011-0007-CI....................................$   50,000.00.
163          (n)  Sabrina Butler Porter v. State of Mississippi,
164   Circuit Court of Lowndes County, Mississippi, Claimant No.
165   2011-0014-CV1K..................................$   50,000.00.
166          (o)  Rodney Demetrius Sands v. State of Mississippi,
167   Circuit Court of Jefferson Davis County, Mississippi, Claimant No.
168   2011-7H.........................................$   50,000.00.
169          (p)  Estate of Larry Ruffin v. State of Mississippi,
170   Circuit Court of Forrest County, Mississippi, Claimant No.
171   CI-11-0238......................................$   50,000.00.
172          (q)  John Randall Alexander v. State of Mississippi,
173   Circuit Court of Panola County, Mississippi, Claimant No.
174   CV-2011-56JMP2..................................$   50,000.00.
175          (r)  Counsel for Claimant Gregory Paul Carr - Attorney
176   Carol L. White-Richard..........................$   15,000.00.
177          (s)  Counsel for Claimant Sabrina Butler Porter -
178   Attorney William Starks II......................$   32,900.00.
179          (t)  Counsel for Claimant Rodney Demetrius Sands -
180   Attorney Robert F. Lingold, Jr..................$   19,000.00.
181          (u)  Counsel for Claimant "Estate of Larry Ruffin" -
182   Attorney Robert McDuff and the Innocence Project of New
183   Orleans.........................................$   50,000.00.
184          (v)  Counsel for Claimant John Randall Alexander -
185   Attorney Preston Ray Garrett....................$   25,000.00.
186      **SECTION 10.**  The money herein appropriated shall be paid by
187   the State Treasurer out of any money in the proper fund or funds
188   as set forth in this act, upon warrants issued by the State Fiscal
189   Officer; and the State Fiscal Officer shall issue his warrants
190   upon requisitions signed by the proper person, officer or officers
191   in the manner provided by law.

192        **SECTION 11.**  This act shall take effect and be in force from
193    and after its passage and through the fiscal year ending June 30,
194    2012, except for Sections 1, 3 and 8 which shall take effect and
195    be in force beginning upon passage of this act and through the
196    fiscal year ending June 30, 2013.

H. B. No. 1511
12/HR40/R1913SG
PAGE 7 (RF\BD)                    ST:  Appropriation; State Government Agencies
                                 Special Fund; Additional 2012.

Exhibit A - Page 28

MISSISSIPPI LEGISLATURE                 REGULAR SESSION 2013

By: Senator(s) Clarke                   To:  Appropriations


                        SENATE BILL NO. 2904
                        (As Sent to Governor)


 1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2  CONTINGENCY FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF
 3  FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2013 AND 2014;
 4  DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR FISCAL
 5  YEAR 2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
 6  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2013; THE
 7  FORESTRY COMMISSION FOR FISCAL YEAR 2013; THE MISSISSIPPI
 8  EMERGENCY MANAGEMENT FOR FISCAL YEARS 2013 AND 2014; THE
 9  DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL FOR FISCAL YEAR 2013;
10  AND FOR RELATED PURPOSES.

11      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12      **SECTION 1.**  In addition to all other sums previously

13  appropriated, the following sum, or so much of it as may be

14  necessary, is appropriated out of any money in the State Treasury

15  to the credit of the Budget Contingency Fund, and allocated in a

16  manner as determined by the Treasurer's Office, to defray the

17  expenses of the Department of Finance and Administration for the

18  period beginning upon passage and through the fiscal year ending

19  June 30, 2014.................................$   6,644,715.00.

20      This additional appropriation is made for the purpose of

21  purchasing property insurance on state property as required by the

22  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

23  206.253.

24      **SECTION 2.**  In addition to all other sums previously

25  appropriated, the following sum, or so much of it as may be

26  necessary, is appropriated out of any money in the State Treasury

27  to the credit of the Budget Contingency Fund, and allocated in a

28  manner as determined by the Treasurer's Office, to defray the

29  expenses of the district attorneys, assistant district attorneys

30  and criminal investigators for the period beginning upon passage

31  and through the fiscal year ending June 30, 2013....$   10,000.00.

32      This additional appropriation is made for the purpose of

33  fully funding salaries and fringe benefits for district attorneys

34  and staff.

35      **SECTION 3.**  In addition to all other sums previously

36  appropriated, the following sum, or so much of it as may be

37  necessary, is appropriated out of any money in the Budget

38  Contingency Fund, and allocated in a manner as determined by the

39  Treasurer's Office, for the purpose of paying for certain outside

40  legal assistance, expert witness fees, court fees, judgments and

41  settlement agreements incurred by the Office of the Attorney

42  General for the period beginning upon passage and through the

43  fiscal year ending June 30, 2013.................$  10,169,265.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

S. B. No. 2904    |||||||||||||||||||||||||||||||||    **~ OFFICIAL ~**
13/SS26/ANAP1SG
PAGE 2

46      (a)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

47   Taylor, as Executive Director of DHS; and Billy Mangold, as

48   Director of the Division of Family and Children's Services and the

49   Department of Human Services, United States District Court for the

50   Southern District of Mississippi, Jackson Division, Cause No.

51   3:04cv251(L)(N).................................$  1,071,572.00.

52      (b)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

53   Taylor, as Executive Director of DHS; and Billy Mangold, as

54   Director of the Division of Family and Children's Services and the

55   Department of Human Services, United States District Court for the

56   Southern District of Mississippi, Jackson Division, Cause No.

57   3:04:cv251(L)(N).................................$   288,402.00.

58      (c)  C.B., by and through his next friend, Charleston

59   DePriest, et al. v. Walnut Grove Correctional Authority, et al.,

60   United States District Court for the Southern District of

61   Mississippi, Cause No. 3:10cv663-CWR-FKB..........$   257,041.00.

62      (d)  Kenney Brewer v. State of Mississippi, Circuit Court of

63   Noxubee County, Mississippi, Claimant No. 2009-0099..............

64   ................................................$    50,000.00.

65      (e)  Levon Brooks v. State of Mississippi, Circuit Court of

66   Noxubee County, Mississippi, Claimant No. 2009-0098..............

67   ................................................$    50,000.00.

68      (f)  Arthur Johnson v. State of Mississippi, Circuit Court of

69   Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........

70   ................................................$    50,000.00.

71    (g)  Cedric Willis v. State of Mississippi, Circuit Court of

72 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

73 ..............................................$  50,000.00.

74    (h)  Calvin Wilks v. State of Mississippi, Circuit Court of

75 Hinds County, Mississippi, Claimant No. 251-10-721-CIV...........

76 ..............................................$  50,000.00.

77    (i)  Gregory Paul Carr v. State of Mississippi, Circuit Court

78 of Washington County, Mississippi, Claimant No. 2011-0007-CI.....

79 ..............................................$  50,000.00.

80    (j)  Sabrina Butler Porter v. State of Mississippi, Circuit

81 Court of Lowndes County, Mississippi, Claimant No.

82 2011-0014-CV1K..................................$  50,000.00.

83    (k)  Rodney Demetrius Sands v. State of Mississippi, Circuit

84 Court of Jefferson Davis County, Mississippi, Claimant No. 2011-7H

85 ..............................................$  50,000.00.

86    (l)  "Estate of Larry Ruffin" v. State of Mississippi,

87 Circuit Court of Forrest County, Mississippi, Claimant No.

88 CI-11-0238......................................$  50,000.00.

89    (m)  John Randall Alexander v. State of Mississippi, Circuit

90 Court of Panola County, Mississippi, Claimant No.

91 CV-2011-56JMP2..................................$  50,000.00.

92    (n)  Matthew Norwood v. State of Mississippi, Circuit Court

93 of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

94 ..............................................$  50,000.00.

95          (o)   Phillip Bivens v. State of Mississippi, Circuit Court of
96    Forrest County, Mississippi, Claimant No. CI11-0240...............
97    ...............................................$   50,000.00.
98          (p)   "Estate of Bobby Ray Dixon" v. State of Mississippi,
99    Circuit Court of Forrest County, Mississippi, Claimant No.
100   CI11-0239.......................................$   50,000.00.
101         (q)   Jimmie Bass v. State of Mississippi, Circuit Court of
102   Bolivar County, Mississippi, Claimant No. 2011-0009..............
103   ...............................................$   101,500.00.
104         (r)   Counsel for Claimant Jimmie Bass – Attorney Robert
105   McDuff and the Innocence Project of New Orleans..................
106   ...............................................$   50,000.00.
107         (s)   Wesley Beavers v. State of Mississippi, Circuit Court of
108   Harrison County, Mississippi, Claimant No. A2401-12-173..........
109   ...............................................$    2,500.00.
110         (t)   Frederick Earl Bradford v. State of Mississippi, Circuit
111   Court of Washington County Mississippi, Claimant No. 2012-0085-CI
112   ...............................................$   30,000.00.
113         (u)   John Wayne Edwards v. State of Mississippi, Circuit
114   Court of Scott County, Mississippi, Claimant No.
115   12-CV-194-SC-G..................................$   50,000.00.
116         (v)   Margie Elliot v. State of Mississippi, Circuit Court of
117   Scott County, Mississippi, Claimant No. 12-CV-195-SC-G...........
118   ...............................................$   50,000.00.

119      (w)  Sharon Hall v. State of Mississippi, Circuit Court of

120   Adams County, Mississippi. Claimant No. 12-KV-0069-J..............

121   ..............................................$   50,000.00.

122      (x)  Adam Wayne Roebuck v. State of Mississippi, Circuit

123   Court of Leake County, Mississippi, Claimant No.

124   12-CV-162-LE-C..................................$    2,500.00.

125      (y)  Irby Matthew Tate v. State of Mississippi, Circuit Court

126   of Holmes County, Mississippi. Claimant No. 2012-0221..........

127   ..............................................$   50,000.00.

128      (z)  Jennifer Collier, on behalf of the Estate of Ronnie G.

129   Oswalt v. State of Mississippi, Circuit Court of Chickasaw County,

130   Mississippi, Claimant No. H2012-094G............................

131   ..............................................$   48,500.00.

132      (aa)  Walter Guyton v. State of Mississippi, Circuit Court of

133   Sunflower County, Mississippi, Claimant No. CV-2010-0211-CI.......

134   ..............................................$   50,000.00.

135      (bb)  Counsel for Claimant Wesley Beavers - Attorneys David

136   Neil McCarty and Graham P. Carner...............................

137   ..............................................$     500.00.

138      (cc)  Counsel for Claimant Frederick Earl Bradford -

139   Attorneys David Neil McCarty and Graham P. Carner................

140   ..............................................$    5,000.00.

141      (dd)  Counsel for Claimant John Wayne Edwards - Attorneys

142   David Neil McCarty and Graham P. Carner..........$    8,000.00.

143          (ee)   Counsel for Claimant Margie Elliot - Attorneys David
144  Neil McCarty and Graham P. Carner.................$   8,000.00.
145          (ff)   Counsel for Claimant Sharon Hall - Attorneys David Neil
146  McCarty and Graham P. Carner.....................$   8,000.00.
147          (gg)   Counsel for Claimant Adam Wayne Roebuck - Attorneys
148  David Neil McCarty and Graham P. Carner..........$     500.00.
149          (hh)   Counsel for Claimant Irby Matthew Tate - Attorneys
150  David Neil McCarty and Graham P. Carner..........$   8,000.00.
151          (ii)   Counsel for Claimant Jennifer Collier on behalf of the
152  Estate of Ronnie G. Oswalt - Attorneys David Neil McCarty and
153  Graham P. Carner.................................$   8,250.00.
154          (jj)   Counsel for Claimant Walter Guyton - Attorney Ottowa E.
155  Carter, Jr.......................................$   9,000.00.
156          (kk)   Leamond Shaffer v. MS Highway Safety Patrol, United
157  States District Court for the Southern District of Mississippi,
158  Cause No. 4:11cv111-CWR-LRA......................$  12,000.00.
159          (ll)   Jackson HMA, LLC d/b/a Central Mississippi Medical
160  Center v. Mississippi Department of Corrections (MDOC) and
161  Christopher B. Epps, in his official capacity as Commissioner of
162  Mississippi Department of Corrections; In the United States
163  District Court for the Southern District of Mississippi, Jackson
164  Division; Civil Action No. 3:11CV135CWR-FKB.......$ 5,100,000.00.
165          (mm)   To reimburse the federal government for the $4.044
166  Million Environmental Protection Agency spent on emergency

S. B. No. 2904          ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖          **~ OFFICIAL ~**
13/SS26/ANAP1SG
PAGE 7

Exhibit A - Page 35

167  clean-up regarding contaminated 16th Section land located in

168  Harrison County called the "Chemfax site".........$ 2,250,000.00.

169      **SECTION 4.**  In addition to all other sums previously

170  appropriated, the following sum, or so much of it as may be

171  necessary, is appropriated out of any money in the State Treasury

172  to the credit of the Budget Contingency Fund, and allocated in a

173  manner as determined by the Treasurer's Office, to defray the

174  expenses of the Attorney General's Office for conducting the

175  environment cleanup of the 16th Section land located in Harrison

176  County and known as the "Chemfax site" for the period beginning

177  upon passage and through the fiscal year ending June 30, 2014....

178  ..............................................$ 2,000,000.00.

179      **SECTION 5.**  In addition to all other sums previously

180  appropriated, the following sum, or so much of it as may be

181  necessary, is appropriated out of any money in the State Treasury

182  to the credit of the Budget Contingency Fund, and allocated in a

183  manner as determined by the Treasurer's Office, to defray the

184  expenses of the Department of Corrections for the period beginning

185  upon passage and through the fiscal year ending June 30, 2013.....

186  ..............................................$ 23,900,000.00.

187      This additional appropriation is made for the purpose of

188  supporting the operations of the Department of Corrections.

189      **SECTION 6.**  In addition to all other sums previously

190  appropriated, the following sum, or so much of it as may be

191  necessary, is appropriated out of any money in the State Treasury

192  to the credit of the Budget Contingency Fund, and allocated in a
193  manner as determined by the Treasurer's Office, to defray the
194  expenses of the Forestry Commission for the period beginning upon
195  passage and through the fiscal year ending June 30, 2013..........
196  ...............................................$   500,000.00.
197      This additional appropriation is made for the operations of
198  the Forestry Commission.
199      **SECTION 7.**  In addition to all other sums previously
200  appropriated, the following sum, or so much of it as may be
201  necessary, is appropriated out of any money in the State Treasury
202  to the credit of the Budget Contingency Fund, and allocated in a
203  manner as determined by the Treasurer's Office, to defray the
204  expenses of the Mississippi Emergency Management Agency for the
205  period beginning upon passage and through the fiscal year ending
206  June 30, 2014...................................$  4,000,000.00.
207      The funds provided in this section shall only be allocated
208  for costs directly related with the state share requirements for
209  outstanding natural disasters.
210      **SECTION 8.**  In addition to all other sums previously
211  appropriated, the following sum, or so much of it as may be
212  necessary, is appropriated out of any money in the State Treasury
213  to the credit of the Budget Contingency Fund, and allocated in a
214  manner as determined by the Treasurer's Office, to defray the
215  expenses of the Department of Public Safety – Highway Safety

216  Patrol for the period beginning upon passage and through the

217  fiscal year ending June 30, 2013...................$  3,012,134.00.

218      This additional appropriation is made for the operations of

219  the Department of Public Safety - Highway Patrol.

220      **SECTION 9.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money in the State Treasury

223  to the credit of the Budget Contingency Fund, and allocated in a

224  manner as determined by the Treasurer's Office, to defray the

225  expenses of the Wireless Communication Commission (WCC), for the

226  period beginning upon the passage of this act and through June 30,

227  2013...........................................$  2,000,000.00.

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which otherwise would occur, in order for

230  the commission to provide the services prescribed by Section

231  25-53-171, Mississippi Code of 1972.

232      **SECTION 10.**  The money herein appropriated shall be paid by

233  the State Treasurer out of any money in the proper fund or funds

234  as set forth in this act, upon warrants issued by the State Fiscal

235  Officer; and the State Fiscal Officer shall issue his warrants

236  upon requisitions signed by the proper person, officer or officers

237  in the manner provided by law.

238      **SECTION 11.**  This act shall take effect and be in force from

239  and after its passage and through the fiscal year ending June 30,

240  2013, except for Section 1, Section 4 and Section 7, which shall

241  take effect and be in force beginning upon passage of this act and
242  through the fiscal year ending June 30, 2014.

S. B. No. 2904
13/SS26/ANAP1SG
PAGE 11

~ OFFICIAL ~
ST:  Appropriation; Property Insurance, Atty
General Settlements, DA; Additional 2013.

Exhibit A - Page 39

MISSISSIPPI LEGISLATURE                REGULAR SESSION 2014

By: Representative Frierson              To: Appropriations

HOUSE BILL NO. 1440
(As Sent to Governor)

1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2014 AND 2015; THE
4  WIRELESS COMMUNICATIONS COMMISSION FOR FISCAL YEARS 2014 AND 2015;
5  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
6  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2014; THE DEPARTMENT OF
7  REVENUE FOR FISCAL YEAR 2014; THE DEPARTMENT OF CORRECTIONS FOR
8  FISCAL YEARS 2014 AND 2015; THE FORESTRY COMMISSION FOR FISCAL
9  YEAR 2014; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
10 FISCAL YEAR 2014; THE STATE SUPREME COURT ADMINISTRATIVE OFFICE OF
11 COURTS FOR FISCAL YEARS 2014 AND 2015; THE CHARTER SCHOOL
12 AUTHORIZER BOARD OF THE ADMINISTRATIVE OFFICES OF IHL FOR FISCAL
13 YEARS 2014 AND 2015; THE DEPARTMENT OF MENTAL HEALTH FOR FISCAL
14 YEAR 2014; THE DEPARTMENT OF INSURANCE FOR THE RURAL FIRE TRUCK
15 ACQUISITION ASSISTANCE PROGRAM AND/OR THE SUPPLEMENTAL RURAL FIRE
16 TRUCK FUND FOR FISCAL YEARS 2014 AND 2015; AND FOR RELATED
17 PURPOSES.

18      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

19      **SECTION 1.**  In addition to all other sums herein

20 appropriated, the following sum, or so much thereof as may be

21 necessary, is appropriated out of any money to the credit of the

22 Capital Expense Fund, and allocated in a manner as determined by

23 the Treasurer's Office, to defray the expenses of the Department

24 of Finance and Administration for the period beginning upon the

25 passage of this act and through June 30, 2015.....................

26 ...........................................$   5,026,869.00.

27     This additional appropriation is made for the purpose of

28 purchasing property insurance on state property as required by the

29 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

30 206.253.

31     **SECTION 2.**   In addition to all other sums herein

32 appropriated, the following sum, or so much thereof as may be

33 necessary, is appropriated out of any money to the credit of the

34 Capital Expense Fund, and allocated in a manner as determined by

35 the Treasurer's Office, to defray the expenses of the Wireless

36 Communication Commission for the period beginning upon the passage

37 of this act and through June 30, 2015...........$   5,118,000.00.

38     This additional appropriation is made to ensure the

39 commission provides the services prescribed by Section 25-53-171,

40 Mississippi Code of 1972.

41 **SECTION 3.**   In addition to all other sums herein appropriated, the

42 following sum, or so much thereof as may be necessary, is

43 appropriated out of any money to the credit of the Capital Expense

44 Fund, and allocated in a manner as determined by the Treasurer's

45 Office, to defray the expenses of paying for certain outside legal

46 assistance, expert witness fees, court fees, judgments and

47 settlement agreements incurred by the Office of the Attorney

48 General for the period beginning upon passage of this act and

49 through the fiscal year ending June 30, 2014.....................

50 ...........................................$   2,676,942.00.

51      Of the funds appropriated in this section, the following

52  amounts are provided:

53          (a)  Olivia Y., et al v. Haley Barbour, as Governor of

54  the State of Mississippi; the Executive Director of the Department

55  of Human Services; and Billy Mangold, as Director of the Division

56  of Family and Children's Services and the Department of Human

57  Services, United States District Court for the Southern District

58  of Mississippi, Jackson Division,

59  Cause No. 3:04cv251(L)(N).......................$    1,128,188.00.

60          (b)  Olivia Y., et al v. Haley Barbour, as Governor of

61  the State of Mississippi; the Executive Director of the Department

62  of Human Services; and Billy Mangold, as Director of the Division

63  of Family and Children's Services and the Department of Human

64  Services, United States District Court for the Southern District

65  of Mississippi, Jackson Division,

66  Cause No. 3:04cv251(L)(N).......................$     171,413.00.

67          (c)  Diane J. Taylor v. Mississippi Department of Human

68  Services; United States District Court for the Northern District

69  of Mississippi, Greenville Division,

70  Cause No.................................... 4:12-CV-67-MPM-JMV

71  ...............................................$      77,535.00.

72          (d)  Kennedy Brewer v. State of Mississippi, Circuit

73  Court of Noxubee County, Mississippi,

74  Claimant No. 2009-0099..........................$      50,000.00.

75          (e)  Levon Brooks v. State of Mississippi, Circuit Court

76  of Noxubee County, Mississippi,

77  Claimant No. 2009-0098...........................$    50,000.00.

78          (f)  Arthur Johnson v. State of Mississippi, Circuit

79  Court of Sunflower County, Mississippi,

80  Claimant No. 2009-0289-CI.......................$    50,000.00.

81          (g)  Cedric Willis v. State of Mississippi, Circuit

82  Court of Hinds County, Mississippi,

83  Claimant No. 251-09-649-CIV.....................$    50,000.00.

84          (h)  Calvin Wilks v. State of Mississippi, Circuit Court

85  of Hinds County, Mississippi,

86  Claimant No. 251-10-721-CIV.....................$    29,166.00.

87          (i)  Gregory Paul Carr v. State of Mississippi, Circuit

88  Court of Washington County, Mississippi,

89  Claimant No. 2011-0007-CI.......................$    50,000.00.

90          (j)  Sabrina Butler Porter v. State of Mississippi,

91  Circuit Court of Lowndes County, Mississippi,

92  Claimant No. 2011-0014-CV1K.....................$    50,000.00.

93          (k)  Rodney Demetrius Sands v. State of Mississippi,

94  Circuit Court of Jefferson Davis County, Mississippi,

95  Claimant No. 2011-7H............................$    50,000.00.

96          (l)  Estate of Larry Ruffin v. State of Mississippi,

97  Circuit Court of Forrest County, Mississippi,

98  Claimant No. CI-11-0238.........................$    50,000.00.

99          (m)   John Randall Alexander v. State of Mississippi,

100   Circuit Court of Panola County, Mississippi,

101   Claimant No. CV-2011-56JMP2.......................$   50,000.00.

102          (n)   Matthew Norwood v. State of Mississippi, Circuit

103   Court of Hinds County, Mississippi,

104   Claimant No. 251-10-861-CIV.......................$   50,000.00.

105          (o)   Phillip Bivens v. State of Mississippi, Circuit

106   Court of Forrest County, Mississippi,

107   Claimant No. CIll-0240............................$   50,000.00.

108          (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

109   Circuit Court of Forrest County, Mississippi,

110   Claimant No. CI11-0239............................$   50,000.00.

111          (q)   Jimmie Bass v. State of Mississippi, Circuit Court

112   of Bolivar County, Mississippi,

113   Claimant No. 2011-0009............................$   50,000.00.

114          (r)   Anthony Lee Tucker v. State of Mississippi, Circuit

115   Court of Clay County, Mississippi,

116   Claimant No. 2011-0247H...........................$    8,000.00.

117          (s)   Frank Sanders Tipton v. State of Mississippi,

118   Circuit Court of Jackson County, Mississippi,

119   Claimant No. 2011-00019...........................$   41,097.00.

120          (t)   Counsel for Frank Tipton – Lowery & Fortner,

121   P.A..............................................$    4,717.00.

122          (u)   Elwood White v. State of Mississippi, Circuit Court

123   of Copiah County, Mississippi,

124  Claimant No. 2012-201...........................$   16,500.00.

125            (v)  Counsel for Elwood White – Sharon Henderson

126  ..............................................$    1,650.00.

127            (w)  Final costs to complete the Settlement between the

128  Department of Justice (DOJ)/United States Environmental Protection

129  Agency (EPA) and the State of Mississippi.........$  500,000.00.

130            (x)  Counsel for Dara Jones – Schwartz, Roller and

131  Zwilling.......................................$   18,676.00.

132            (y)  Counsel for Christopher (C.G.) Hughes – Young Wells

133  and Williams, P.A...............................$   30,000.00.

134      **SECTION 4.**  In addition to all other sums herein

135  appropriated, the following sum, or so much thereof as may be

136  necessary, is appropriated out of any money to the credit of the

137  Capital Expense Fund, and allocated in a manner as determined by

138  the Treasurer's Office, to defray the expenses of Department of

139  Revenue for the period beginning upon passage and through the

140  fiscal year ending June 30, 2014..................$   500,000.00.

141      This additional appropriation is made for the purpose of

142  supporting the operations of the Department of Revenue.

143      **SECTION 5.**  In addition to all other sums herein

144  appropriated, the following sum, or so much thereof as may be

145  necessary is appropriated out of any money in the special fund in

146  the State Treasury to the credit of the Mississippi Department of

147  Revenue which are collected by or otherwise become available for

148  the purpose of defraying the expenses of the department for the

149  period beginning upon passage and through fiscal year ending June

150  30, 2014.....................................$    1,345,765.00.

151      This additional appropriation is made for the purpose of

152  defraying any expenses related to the relocation into the new

153  Department of Revenue State Office facility.

154      **SECTION 6.**  In addition to all other sums herein

155  appropriated, the following sum, or so much thereof as may be

156  necessary, is appropriated out of any money to the credit of the

157  Capital Expense Fund, and allocated in a manner as determined by

158  the Treasurer's Office, to defray the expenses of the Department

159  of Corrections for the period beginning upon the passage of this

160  act and through June 30, 2015.................$    30,000,000.00.

161      This additional appropriation is made for the purpose of

162  supporting the operations of the Department of Corrections.

163      **SECTION 7.**  In addition to all other sums herein

164  appropriated, the following sum, or so much thereof as may be

165  necessary, is appropriated out of any money to the credit of the

166  Capital Expense Fund, and allocated in a manner as determined by

167  the Treasurer's Office, not otherwise appropriated to defray the

168  expenses of the Forestry Commission for the period beginning upon

169  passage of this act and through the fiscal year ending

170  June 30, 2014.................................$    382,000.00.

171      This additional appropriation is made for the operations of

172  the Forestry Commission.

173      **SECTION 8.**  In addition to all other sums herein

174  appropriated, the following sum, or so much thereof as may be

175  necessary, is appropriated out of any money to the credit of the

176  Capital Expense Fund, and allocated in a manner as determined by

177  the Treasurer's Office to defray the expenses of the Office of the

178  Governor-Division of Medicaid for the period beginning upon

179  passage of this act and through the fiscal year ending June 30,

180  2014.......................................$    50,000,000.00.

181     This additional appropriation is made for the purpose of

182  supporting the operations of the Office of the Governor-Division

183  of Medicaid.

184      **SECTION 9.**  In addition to all other sums herein

185  appropriated, the following sum, or so much thereof as may be

186  necessary, is appropriated out of any money in the State Treasury

187  to the credit of the Governor's Office-Division of Medicaid which

188  is comprised of special source funds collected by or otherwise

189  available to the division, for the purpose of providing medical

190  assistance under the Mississippi Medicaid Law and defraying the

191  expenses of the administration of such law, for the period

192  beginning upon passage of this act and ending June 30, 2014.......

193  ..........................................$    135,528,757.00.

194     The purpose of this additional appropriation is to provide

195  the authority to expend any matching Medicaid funds that become

196  available.

H. B. No. 1440    |||||||||||||||||||||||||||    **~ OFFICIAL ~**
14/HR40/ANAP1SG
PAGE 8 (RM\BD)

197    **SECTION 10.**  In addition to all other sums herein
198    appropriated, the following sum, or so much thereof as may be
199    necessary, is appropriated out of any money to the credit of the
200    Capital Expense Fund, and allocated in a manner as determined by
201    the Treasurer's Office to defray the expenses of the State Supreme
202    Court for the period beginning upon passage of this act and
203    through the fiscal year ending June 30, 2015......................
204    ...........................................$    2,700,000.00.
205        This additional appropriation is made to defray the cost of
206    the Administrative Office of Courts and Court Reporters for the
207    operations of the Drug Treatment Court Programs.
208    **SECTION 11.**  In addition to all other sums herein
209    appropriated, the following sum, or so much thereof as may be
210    necessary, is appropriated out of any money to the credit of the
211    Capital Expense Fund, and allocated in a manner as determined by
212    the Treasurer's Office to defray the expenses of the
213    administrative offices of the State Institutions of Higher
214    Learning for the period beginning upon the passage of this act
215    and through June 30, 2015......................$    250,000.00.
216        This additional appropriation is made for the purpose of
217    defraying the costs of general operation of the Charter School
218    Authorizer Board created in the "Mississippi Charter Schools Act
219    of 2013."
220    **SECTION 12.**  In addition to all other sums herein
221    appropriated, the following sum, or so much thereof as may be

222  necessary is appropriated out of any money to the credit of the

223  Capital Expense Fund, and allocated in a manner as determined by

224  the Treasurer's Office, to defray the expenses of the Department

225  of Mental Health, for the period beginning upon passage and

226  through fiscal year ending June 30, 2014..........................

227  ..............................................$    1,700,000.00

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which would otherwise occur.

230      **SECTION 13.**  In addition to all other sums herein

231  appropriated, the following sum, or so much thereof as may be

232  necessary is appropriated out of any funds in the State Treasury

233  to the credit of the Department of Insurance, which is comprised

234  of any special funds collected by or otherwise available to the

235  department, to the Department of Insurance to be provided for the

236  Rural Fire Truck Acquisition Assistance Program and/or the

237  Supplemental Rural Fire Truck Fund, for the period beginning upon

238  passage of this act and through the fiscal year ending June 30,

239  2015.........................................$    4,000,000.00.

240      **SECTION 14.**  The money herein appropriated shall be paid by

241  the State Treasurer out of any money in the proper fund or funds

242  as set forth in this act, upon warrants issued by the State Fiscal

243  Officer; and the State Fiscal Officer shall issue his warrants

244  upon requisitions signed by the proper person, officer or officers

245  in the manner provided by law.

246          **SECTION 15.**  This act shall take effect and be in force from
247    and after its passage and through the fiscal year ending June 30,
248    2014, except for Section 1, Section 2, Section 6, Section 10,
249    Section 11, and Section 13, which shall take effect and be in
250    force from and after passage of this act and through the fiscal
251    year ending June 30, 2015.

H. B. No. 1440
14/HR40/ANAP1SG
PAGE 11 (RM\BD)                    ~ **OFFICIAL** ~
                         ST:  Appropriation; Additional for Various State
                         Agencies for Fiscal Year 2014.

Exhibit A - Page 50

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2015

By: Senator(s) Clarke                      To: Appropriations


SENATE BILL NO. 2837
(As Sent to Governor)


1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2    HEALTH CARE EXPENDABLE FUNDS, CAPITAL EXPENSE FUNDS AND SPECIAL
3    FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF FINANCE AND
4    ADMINISTRATION FOR FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE
5    GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR 2015; THE STATE
6    BOARD OF ACCOUNTANCY FOR FISCAL YEARS 2015 AND 2016; THE JUDICIAL
7    PERFORMANCE COMMISSION FOR FISCAL YEARS 2015 AND 2016; CAPITAL
8    POST CONVICTION FOR FISCAL YEARS 2015 AND 2016; THE MISSISSIPPI
9    NATIONAL GUARD FOR FISCAL YEAR 2015; THE UNIVERSITY MEDICAL CENTER
10   FOR FISCAL YEAR 2015; THE MISSISSIPPI DEPARTMENT OF EDUCATION FOR
11   FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE STATE AUDITOR FOR
12   FISCAL YEAR 2015; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
13   2015 AND FISCAL YEAR 2016; THE INSTITUTIONS OF HIGHER LEARNING
14   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2015; THE STATE
15   BOARD OF NURSING FOR FISCAL YEAR 2015; THE MISSISSIPPI DEVELOPMENT
16   AUTHORITY FOR FISCAL YEARS 2015 AND 2016; DEPARTMENT OF ARCHIVES
17   AND HISTORY FOR FISCAL YEARS 2015 AND 2016; AND FOR RELATED
18   PURPOSES.

19       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20       **SECTION 1.**  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   Capital Expense Fund, and allocated in a manner as determined by

24   the Treasurer's office, to defray the expenses of the Department

25   of Finance and Administration for the period beginning upon the

26   passage of this act and through June 30, 2016.....................

27 ...........................................$  7,065,552.00.

28   This additional appropriation is made for the purpose of

29 purchasing property insurance on state property as required by the

30 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31 206.253.

32   **SECTION 2.**  In addition to all other sums herein

33 appropriated, the following sum, or so much thereof as may be

34 necessary, is appropriated out of any money to the credit of the

35 Capital Expense Fund, and allocated in a manner as determined by

36 the Treasurer's office to defray the expenses of the Office of the

37 Governor-Division of Medicaid for the period beginning upon

38 passage of this act and through the fiscal year ending

39 June 30, 2016..................................$  89,606,805.00.

40   This additional appropriation is made for the purpose of

41 supporting the operations of the Office of the Governor-Division

42 of Medicaid.

43   **SECTION 3.**  In addition to all other sums herein

44 appropriated, the following sum, or so much thereof as may be

45 necessary, is appropriated out of any money to the credit of the

46 Office of the Governor-Division of Medicaid, and allocated in a

47 manner as determined by the Treasurer's office to defray the

48 expenses of the Governor's Division of Medicaid for the period

49 beginning upon passage of this act and through the fiscal year

50 ending June 30, 2016.........................$  264,033,177.00.

51      This additional appropriation is made for the purpose of

52 supporting the operations of the Office of the Governor-Division

53 of Medicaid.

54      **SECTION 4.**  In addition to all other sums herein

55 appropriated, the following sum, or so much thereof as may be

56 necessary, is appropriated out of any money to the credit of the

57 Health Care Expendable Fund, and allocated in a manner as

58 determined by the Treasurer's office for Office of the

59 Governor-Division of Medicaid, for the period beginning upon

60 passage of this act and through the fiscal year

61 ending June 30, 2016...........................$   3,055,564.00.

62      This additional appropriation is made for the purpose of

63 supporting the operations of the Office of the Governor-Division

64 of Medicaid.

65      **SECTION 5.**  In addition to all other sums herein

66 appropriated, the following sum, or so much thereof as may be

67 necessary, is appropriated out of any money to the credit of the

68 State Board of Accountancy, and allocated in a manner as

69 determined by the Treasurer's office to defray the expenses of the

70 State Board of Accountancy for the period beginning upon passage

71 of this act and through the fiscal year ending

72 June 30, 2016....................................$   66,000.00.

73      This additional appropriation is made for the purpose of

74 defraying the expense of certain cost overages due to the

75 implementation of the board's new licensing system.

S. B. No. 2837    |||||||||||||||||||||||||||||||||    **~ OFFICIAL ~**
15/SS26/ANAP1SG
PAGE 3

76      **SECTION 6.**  In addition to all other sums herein

77   appropriated, the following sum, or so much thereof as may be

78   necessary, is appropriated out of any money to the credit of the

79   Capital Expense Fund, and allocated in a manner as determined by

80   the Treasurer's office, to defray the expenses of the Judicial

81   Performance Commission for the period beginning upon passage of

82   this act and through the fiscal year ending

83   June 30, 2016......................................$  75,000.00.

84      This additional appropriation is made for the purpose of

85   defraying expenses not paid due to loss of special funds.

86      **SECTION 7.**  In addition to all other sums herein

87   appropriated, the following sum, or so much thereof as may be

88   necessary, is appropriated out of any money to the credit of the

89   Capital Expense Fund, and allocated in a manner as determined by

90   the Treasurer's office, to defray the expenses of Capital Post

91   Conviction for the period beginning upon passage of this act and

92   through the fiscal year ending June 30, 2016........$  325,000.00.

93      This additional appropriation is made for the purpose of

94   defraying expenses not paid due to loss of special funds.

95      **SECTION 8.**  In addition to all other sums herein

96   appropriated, the following sum, or so much thereof as may be

97   necessary, is appropriated out of any money to the credit of the

98   Capital Expense Fund, and allocated in a manner as determined by

99   the Treasurer's office, to defray the expenses of the Mississippi

100    National Guard for the period beginning upon passage of this act
101    and through the fiscal year ending June 30, 2015..................
102    ..............................................$    227,000.00.
103        This additional appropriation is made for the purpose of
104    defraying the cost of the loss of Federal Tuition Assistance for
105    National Guard service members, veterans, and their families.
106        **SECTION 9.**  In addition to all other sums herein
107    appropriated, the following sum, or so much thereof as may be
108    necessary, is appropriated out of any money to the credit of the
109    Capital Expense Fund, and allocated in a manner as determined by
110    the Treasurer's office, to defray the expenses of the University
111    of Mississippi Medical Center for the period beginning upon
112    passage of this act and through the fiscal year ending
113    June 30, 2015....................................$    105,000.00.
114        This additional appropriation is made for the purpose of
115    funding the Rural Dental Scholarship Program.
116        **SECTION 10.**  In addition to all other sums herein
117    appropriated, the following sum, or so much thereof as may be
118    necessary, is appropriated out of any money to the credit of the
119    Capital Expense Fund, and allocated in a manner as determined by
120    the Treasurer's office, to defray the expenses of the Mississippi
121    Department of Education for the period beginning upon passage of
122    this act and through the fiscal year ending
123    June 30, 2015....................................$    250,000.00.

124          This additional appropriation is made for the purpose of

125     defraying the expenses of the Magnolia Speech School.

126          **SECTION 11.**  In addition to all other sums herein

127     appropriated, the following sum, or so much thereof as may be

128     necessary, is appropriated out of any money to the credit of the

129     Capital Expense Fund, and allocated in a manner as determined by

130     the Treasurer's office to the Department of Education to defray

131     the expenses of the Microsoft IT Academy for the period beginning

132     July 1, 2015, and through the fiscal year ending

133     June 30, 2016...................................$    750,000.00.

134          **SECTION 12.**  In addition to all other sums herein

135     appropriated, the following sum, or so much thereof as may be

136     necessary, is appropriated out of any money to the credit of the

137     General Fund, and allocated in a manner as determined by the

138     Treasurer's office to the Department of Education for the support

139     of the Equal Opportunity for All Students with Special Needs

140     Program for the period beginning July 1, 2015, and through the

141     fiscal year ending June 30, 2016............. $   1,200,000.00.

142          **SECTION 13.**  In addition to all other sums herein

143     appropriated, the following sum, or so much thereof as may be

144     necessary, is appropriated out of any money to the credit of the

145     Education Enhancement Fund, and allocated in a manner as

146     determined by the Treasurer's office to the Department of

147     Education for the support of the Equal Opportunity for All Student

148  with Special Needs Program for the period beginning July 1, 2015,

149  and through the fiscal year ending

150  June 30, 2016...................................$  1,800,000.00.

151      **SECTION 14.**  In addition to all other sums herein

152  appropriated, the following sum, or so much thereof as may be

153  necessary, is appropriated out of any money to the credit of the

154  Department of Education, and allocated in a manner as determined

155  by the Treasurer's office to defray the expenses of The Amplify

156  data coaching pilot program for the period beginning July 1, 2015,

157  and through the fiscal year ending

158  June 30, 2016...................................$   196,380.00.

159      **SECTION 15.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Department of Education, and allocated in a manner as determined

163  by the Treasurer's office to defray the expenses of the

164  Mississippi Council of Economic Education for professional

165  development instruction in economics, personal finance and

166  entrepreneurship for the period beginning July 1, 2015, and

167  through the fiscal year ending June 30, 2016.......$  200,000.00.

168      **SECTION 16.**  In addition to all other sums herein

169  appropriated, the following sum, or so much thereof as may be

170  necessary, is appropriated out of any money to the credit of the

171  Capital Expense Fund, and allocated in a manner as determined by

172  the Treasurer's office, to defray the expenses of the Mississippi

173  Department of Education for the period beginning upon passage of

174  this act through the fiscal year ending

175  June 30, 2016....................................$  100,000.00.

176      This additional appropriation is for Chalkable's Learning

177  Earnings Pilot Program.

178      **SECTION 17.**  In addition to all other sums herein

179  appropriated, the following sum, or so much thereof as may be

180  necessary, is appropriated out of any money to the credit of the

181  Capital Expense Fund, and allocated in a manner as determined by

182  the Treasurer's office, to defray the expenses of the Office of

183  the State Auditor for the period beginning upon passage of this

184  act and through the fiscal year ending

185  June 30, 2015....................................$  637,000.00.

186      This additional appropriation is made to defray the cost of a

187  full systems audit of statewide accounting system known as MAGIC.

188      **SECTION 18.**  In addition to all other sums herein

189  appropriated, the following sum, or so much thereof as may be

190  necessary, is appropriated out of any money to the credit of the

191  Capital Expense Fund, and allocated in a manner as determined by

192  the Treasurer's office, to defray the expenses of the Attorney

193  General's office for the period beginning upon passage of this act

194  and through the fiscal year ending June 30, 2016....$  700,000.00.

195      This additional appropriation is made to defray the costs of

196  the Chemfax Cleanup.

197        **SECTION 19.**  In addition to all other sums herein
198 appropriated, the following sum, or so much thereof as may be
199 necessary, is appropriated out of any money to the credit of the
200 Capital Expense Fund, and allocated in a manner as determined by
201 the Treasurer's office, to defray the expenses of paying for
202 certain outside legal assistance, expert witness fees, court fees,
203 judgments and settlement agreements incurred by the Office of the
204 Attorney General for the period beginning upon passage of this act
205 and through the fiscal year ending
206 June 30, 2015...................................$  2,783,406.00.
207    Of the funds appropriated in this section, the following
208 amounts are provided:
209        (a)  Olivia Y., et al v. Haley Barbour, as Governor of
210 the State of Mississippi; the Executive Director of the Department
211 of Human Services; and Billy Mangold, as Director of the Division
212 of Family and Children's Services and the Department of Human
213 Services, United States District Court for the Southern District
214 of Mississippi, Jackson Division,
215 Cause No. 3:04cv251(L)(N).........................$  1,132,000.00.
216        (b)  Olivia Y., et al v. Haley Barbour, as Governor of
217 the State of Mississippi; the Executive Director of the Department
218 of Human Services; and Billy Mangold, as Director of the Division
219 of Family and Children's Services and the Department of Human
220 Services, United States District Court for the Southern District
221 of Mississippi, Jackson Division,

222  Cause No. 3:04cv251(L)(N)........................$   227,889.00.

223          (c)  Cirila Baltazar Cruz, et al v. Mississippi

224  Department of Human Services (MDHS), et al, United States District

225  Court for the Southern District of Mississippi,

226  Cause No. 3:10-cv-446-HTW-FKB....................$   100,000.00.

227          (d)  Albert Brown v. Mississippi Department of Health,

228  United States District Court for the Southern District of

229  Mississippi, Cause No. 3:11-cv-146-CWR-FKB........$   458,925.00.

230          (e)  Marlita E. Pollard v. Hinds County Department of

231  Human Services, et al, United States District Court for the

232  Southern District of Mississippi,

233  Cause No. 3:13-cv-324-DPJ-FKB....................$   100,000.00.

234          (f)  Marsha L. Calhoun v. Michael W. Miller, United

235  States District Court for the Southern District of Mississippi,

236  Cause No. 3:12-cv-715-TSL-JCG....................$     5,000.00.

237          (g)  Natasha Evans Taylor v. Hinds County Department of

238  Human Services, et al, United States District Court for the

239  Southern District of Mississippi,

240  Cause No. 3:12-cv-729-HTW-MTP....................$     2,000.00.

241          (h)  John A. Hawn v. Christopher (C,G,) Hughes, Michael

242  Berthay, in their individual capacities, and the Commissioner of

243  Public Safety for the State of Mississippi, for declaratory

244  relief; Northern District of Mississippi, Aberdeen Division,

245  Cause No. 1:13-CV-36-GHD-DAS.....................$    15,000.00.

246            (i)  David Curtis Johnson v Tori Hankins, James Clark
247    and Felix Norwood; United States Court of Appeals For The Fifth
248    Circuit No. 13-60526, Appeal from the United States District Court
249    for the Southern District of Mississippi,
250    Cause No. 3:08-CV-632............................$   15,000.00.
251            (j)  DePriest, et al v Walnut Grove Correctional
252    Authority, United States District Court for the Southern District
253    of Mississippi, Cause No. 3:10-cv-633.............$   40,000.00.
254            (k)  Kennedy Brewer v. State of Mississippi, Circuit
255    Court of Noxubee County, Mississippi,
256    Claimant No. 2009-0099...........................$   50,000.00.
257            (l)  Levon Brooks v. State of Mississippi, Circuit Court
258    of Noxubee County, Mississippi,
259    Claimant No. 2009-0098...........................$   50,000.00.
260            (m)  Arthur Johnson v. State of Mississippi, Circuit
261    Court of Sunflower County, Mississippi,
262    Claimant No. 2009-0289-CI .......................$   50,000.00.
263            (n)  Cedric Willis v. State of Mississippi, Circuit
264    Court of Hinds County, Mississippi,
265    Claimant No. 251-09-649-CIV .....................$   50,000.00.
266            (o)  Sabrina Porter v. State of Mississippi, Circuit
267    Court of Lowndes County, Mississippi,
268    Claimant No. 2011-0014-CV1K......................$   50,000.00.
269            (p)  Rodney Demetrius Sands v. State of Mississippi,
270    Circuit Court of Jefferson Davis County, Mississippi,

271    Claimant No. 2011-7H..............................$    39,998.00.

272         (q)  Estate of Larry Ruffin v. State of Mississippi,

273    Circuit Court of Forrest County, Mississippi,

274    Claimant No. CI-11-0238...........................$    50,000.00.

275         (r)  John Randall Alexander v. State of Mississippi,

276    Circuit Court of Panola County, Mississippi,

277    Claimant No. CV-2011-56JMP2.......................$    50,000.00.

278         (s)  Matthew Norwood v. State of Mississippi, Circuit

279    Court of Hinds County, Mississippi,

280    Claimant No. 251-10-861-CIV.......................$    50,000.00.

281         (t)  Phillip Bivens v. State of Mississippi, Circuit

282    Court of Forrest County, Mississippi,

283    Claimant No. CI11-0240............................$    50,000.00.

284         (u)  Estate of Bobby Ray Dixon v. State of Mississippi,

285    Circuit Court of Forrest County, Mississippi,

286    Claimant No. CI11-0239............................$    50,000.00.

287         (v)  Jimmie Bass v. State of Mississippi, Circuit Court

288    of Bolivar County, Mississippi,

289    Claimant No. 2011-0009 ...........................$    50,000.00.

290         (w)  Frank Sanders Tipton v. State of Mississippi,

291    Circuit Court of Jackson County, Mississippi,

292    Claimant No. 2011-00019...........................$    50,000.00.

293         (x)  Counsel for Frank Sanders Tipton - Lowrey &

294    Fortner, P.A......................................$    25,594.00.

295          (y)  Derrick Luckett v. State of Mississippi, Circuit

296 Court of Rankin County, Mississippi,

297 Claimant No. 2012-178...........................$   20,000.00.

298          (z)  Counsel for Derrick Luckett - Sharon Henderson,

299 Attorney at Law.................................$    2,000.00.

300     **SECTION 20.**  In addition to all other sums herein

301 appropriated, the following sum, or so much thereof as may be

302 necessary, is appropriated out of any money to the credit of the

303 Institutions of Higher Learning Office of Student Financial Aid,

304 and allocated in a manner as determined by the Treasurer's office

305 to defray the expenses of the Institutions of Higher Learning

306 Office of Financial Aid for the period beginning upon passage of

307 this act and through the fiscal year ending

308 June 30, 2015......................................$600,000.00.

309     This additional appropriation is made for the purpose of

310 defraying the expenses of the Institutions of Higher Learning

311 Office of Student Financial Aid.

312     **SECTION 21.**  In addition to all other sums herein

313 appropriated, the following sum, or so much thereof as may be

314 necessary, is appropriated out of any money to the credit of the

315 Board of Nursing, and allocated in a manner as determined by the

316 Treasurer's office to defray the expenses of the Board of Nursing

317 for the period beginning upon passage of this act and through the

318 fiscal year ending June 30, 2015 .....................$66,000.00.

319    This additional appropriation is made for the purpose of

320 supporting the implementation of a Nursing Simulation Lab on the

321 campus of Mississippi Delta Community College.

322    **SECTION 22.**  In addition to all other sums herein

323 appropriated, the following sum, or so much thereof as may be

324 necessary, is appropriated out of any money to the credit of the

325 General Fund, and allocated in a manner as determined by the

326 Treasurer's office to the Mississippi Development Authority for

327 the purpose of providing a grant to the National Aeronautics and

328 Space Administration (NASA) for the relocation of the first stage

329 of the Saturn V moon rocket to the Infinity Science Center located

330 in Hancock County for the period beginning from and after passage

331 of this act and through the fiscal year ending

332 June 30, 2016...................................$    400,000.00.

333    **SECTION 23.** In addition to all other sums herein

334 appropriated, the following sum, or so much thereof as may be

335 necessary, is appropriated out of any money to the credit of the

336 State General Fund, and allocated in a manner as determined by the

337 Treasurer's office for the Department of Archives and History for

338 the period beginning upon passage of this act and through the

339 fiscal year ending June 30, 2016.................$    100,000.00.

340    This additional appropriation is made for the purpose of

341 providing a grant to the Senatobia Municipal School District to

342 assist in paying costs associated with construction,

343 reconstruction, repair, renovation and restoration of the historic

S. B. No. 2837    |||||||||||||||||||||||||||||    **~ OFFICIAL ~**
15/SS26/ANAP1SG
PAGE 14

344  auditorium and classrooms and related facilities located on

345  College Street in the City of Senatobia, Mississippi.

346      **SECTION 24.**  The money herein appropriated shall be paid by

347  the State Treasurer out of any money in the proper fund or funds

348  as set forth in this act, upon warrants issued by the State Fiscal

349  Officer; and the State Fiscal Officer shall issue his warrants

350  upon requisitions signed by the proper person, officer or officers

351  in the manner provided by law.

352      **SECTION 25.**  This act shall take effect and be in force from

353  and after its passage and through the fiscal year ending June 30,

354  2015, except for Section 1, Section 2, Section 3, Section 4,

355  Section 5, Section 6, Section 7, Section 16, Section 18, Section

356  22 and Section 23, which shall take effect and be in force from

357  and after passage of this act and through the fiscal year ending

358  June 30, 2016; and Section 11, Section 12, Section 13, Section 14

359  and Section 15, which shall take effect and be in force for the

360  fiscal year beginning July 1, 2015, and ending June 30, 2016.

S. B. No. 2837    ▌▐║▌║▐║▌▐║▌▐║▌║▐║▌║▐    **~ OFFICIAL ~**
15/SS26/ANAP1SG         ST:  Appropriation; additional for various state
PAGE 15                 agencies for fiscal year 2015.

Exhibit A - Page 65

MISSISSIPPI LEGISLATURE

REGULAR SESSION 2016

By: Senator(s) Clarke

To: Appropriations

SENATE BILL NO. 2924
(As Sent to Governor)

1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
3  THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2016
4  AND 2017; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
5  FISCAL YEAR 2016; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
6  2016 AND FISCAL YEAR 2017; THE INSTITUTIONS OF HIGHER LEARNING
7  OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2016; THE STATE
8  DEPARTMENT OF HEALTH FOR FISCAL YEAR 2016; THE OFFICE OF CAPITAL
9  POST-CONVICTION COUNSEL FOR FISCAL YEAR 2016; THE DEPARTMENT OF
10  PUBLIC SAFETY'S BUREAU OF NARCOTICS FOR FISCAL YEAR 2016; THE
11  DEPARTMENT OF PUBLIC SAFETY FOR FISCAL YEAR 2016; THE PEARL RIVER
12  BASIN DEVELOPMENT DISTRICT FOR FISCAL YEAR 2016; THE PUBLIC
13  EMPLOYEES' RETIREMENT SYSTEM FOR FISCAL YEAR 2016; THE STATE
14  DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2016 AND FISCAL YEAR 2017;
15  THE BOARD OF ANIMAL HEALTH FOR FISCAL YEAR 2016 AND FISCAL YEAR
16  2017; THE VETERANS' AFFAIRS BOARD FOR FISCAL YEAR 2016 AND FISCAL
17  YEAR 2017; THE MISSISSIPPI DEPARTMENT OF TRANSPORTATION FOR FISCAL
18  YEARS 2016 AND 2017; TO MAKE APPROPRIATIONS FROM THE BUDGET
19  CONTINGENCY FUND FOR CERTAIN PROJECTS; AND FOR RELATED PURPOSES.

20      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

21      **SECTION 1.**  In addition to all other sums herein

22  appropriated, the following sum, or so much thereof as may be

23  necessary, is appropriated out of any money to the credit of the

24  Capital Expense Fund, and allocated in a manner as determined by

25  the Treasurer's Office, to defray the expenses of the Department

Exhibit A - Page 66

26    of Finance and Administration for the period beginning upon the

27    passage of this act and through June 30, 2017....$  6,775,184.00.

28        This additional appropriation is made for the purpose of

29    purchasing property insurance on state property as required by the

30    Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31    206.253.0.0

32        **SECTION 2.**  In addition to all other sums herein

33    appropriated, the following sum, or so much thereof as may be

34    necessary, is appropriated out of any money to the credit of the

35    Department of Finance and Administration, and allocated in a

36    manner as determined by the Treasurer's Office to defray the

37    expenses of the Department of Finance and Administration for the

38    period beginning upon passage of this act and through the fiscal

39    year ending June 30, 2017.......................$  1,815,955.00.

40        This additional appropriation is made for the purpose of

41    purchasing property insurance on state property as required by the

42    Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

43    206.253.

44        **SECTION 3.**  In addition to all other sums herein

45    appropriated, the following sum, or so much thereof as may be

46    necessary, is appropriated out of any money to the credit of the

47    General Fund, and allocated in a manner as determined by the

48    Treasurer's Office to defray the expenses of the Office of the

49    Governor-Division of Medicaid for the period beginning upon



50  passage of this act and through the fiscal year ending June 30,

51  2016......................................$   25,000,000.00.

52      This additional appropriation is made for the purpose of

53  supporting the operations of the Office of the Governor-Division

54  of Medicaid.

55      **SECTION 4.**  In addition to all other sums herein

56  appropriated, the following sum, or so much thereof as may be

57  necessary, is appropriated out of any money to the credit of the

58  Capital Expense Fund, and allocated in a manner as determined by

59  the Treasurer's Office to defray the expenses of the Office of the

60  Governor-Division of Medicaid for the period beginning upon

61  passage of this act and through the fiscal year ending June 30,

62  2016......................................$   26,634,366.00.

63      This additional appropriation is made for the purpose of

64  supporting the operations of the Office of the Governor-Division

65  of Medicaid.

66      **SECTION 5.**  In addition to all other sums herein

67  appropriated, the following sum, or so much thereof as may be

68  necessary, is appropriated out of any money to the credit of the

69  Capital Expense Fund, and allocated in a manner as determined by

70  the Treasurer's Office, to defray the expenses of paying for

71  certain outside legal assistance, expert witness fees, court fees,

72  judgments and settlement agreements incurred by the Office of the

73  Attorney General for the period beginning upon passage of this act

74  and through the fiscal year ending June 30, 2016..................

75   ...........................................$  2,801,269.00.

76       Of the funds appropriated in this section, the following

77   amounts are provided:

78           (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

79   State of Mississippi and the Department of Human Services, United

80   States District Court for the Southern District of Mississippi,

81   Jackson Division, Cause No. 3:04cv251(L)(N)........$ 1,310,000.00.

82           (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

83   State of Mississippi and the Department of Human Services, United

84   States District Court for the Southern District of Mississippi,

85   Jackson Division, Cause No. 3:04cv251(L)(N)........$   241,973.00.

86           (c)  Gayle Miller McMullin v. Mississippi Department of

87   Public Safety, et al, United States District Court for the

88   Southern District of Mississippi, Civil Action No.

89   3:13CV68-CWR-FKB..................................$   118,906.00.

90           (d)  Vanda Grace Crowe, Administratrix and personal

91   representative of the Estate of Michael Grace, deceased v.

92   Mississippi Division of Medicaid and Mississippi Department of

93   Rehab Services, United States District Court, Southern District of

94   Mississippi, Northern District, Civil Action No.

95   3:11-CV-366-CWR-LRA...............................$   150,000.00.

96           (e)  John A. Hawn v. Christopher (C.G.) Hughes, Michael

97   Berthay, in their individual capacities, and the Commissioner of

98   Public Safety for the State of Mississippi, for declaratory

99  relief; Northern District of Mississippi, Aberdeen Division, Cause

100  No. 1:13-CV-36-GHD-DAS............................$  35,000.00.

101          (f)  Kennedy Brewer v. State of Mississippi, Circuit

102  Court of Noxubee County, Mississippi, Claimant No. 2009-0099......

103  ...............................................$  50,000.00.

104          (g)  Levon Brooks v. State of Mississippi, Circuit Court

105  of Noxubee County, Mississippi, Claimant No. 2009-0098...........

106  ...............................................$  50,000.00.

107          (h)  Arthur Johnson v. State of Mississippi, Circuit

108  Court of Sunflower County, Mississippi, Claimant No. 2009-0289-CI

109  ...............................................$  50,000.00.

110          (i)  Cedric Willis v. State of Mississippi, Circuit

111  Court of Hinds County, Mississippi, Claimant No. 251-09-649-CIV

112  ...............................................$  50,000.00.

113          (j)  Sabrina Porter v. State of Mississippi, Circuit

114  Court of Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K

115  ...............................................$  50,000.00.

116          (k)  Estate of Larry Ruffin v. State of Mississippi,

117  Circuit Court of Forrest County, Mississippi, Claimant No.

118  CI-11-0238......................................$  50,000.00.

119          (l)  John Randall Alexander v. State of Mississippi,

120  Circuit Court of Panola County, Mississippi, Claimant No.

121  CV-2011-56JMP2..................................$  50,000.00.

122          (m)  Matthew Norwood v. State of Mississippi, Circuit

123  Court of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

124 ...............................................$  50,000.00.

125          (n)  Phillip Bivens v. State of Mississippi, Circuit

126 Court of Forrest County, Mississippi, Claimant No. CI-11-0240

127 ...............................................$  50,000.00.

128          (o)  Estate of Bobby Ray Dixon v. State of Mississippi,

129 Circuit Court of Forrest County, Mississippi, Claimant No.

130 CI-11-0239......................................$  50,000.00.

131          (p)  Jimmie Bass v. State of Mississippi, Circuit Court

132 of Bolivar County, Mississippi, Claimant No. 2011-0009

133 ...............................................$  50,000.00.

134          (q)  Frank Sanders Tipton v. State of Mississippi,

135 Circuit Court of Jackson County, Mississippi, Claimant No.

136 2011-00019......................................$  50,000.00.

137          (r)  Rolland Glen Anderson v. State of Mississippi,

138 Circuit Court of Hinds County, Mississippi, Claimant No.

139 251-09-640CIV...................................$  50,000.00.

140          (s)  Counsel for Rolland Glen Anderson - Robert Louis

141 Williamson and Julie P. Ratliff....................$  60,390.00.

142          (t)  John A. Hawn, Bryan Lindsey, Heather Seawrite,

143 Ronnie Horton and Matilda Moore v. Former Trooper Christopher

144 Hughes and Former Director of the Highway Patrol, Michael Berthay;

145 United States District Court for the Northern District of

146 Mississippi, Civil Action No. 1:13-CV-23-NBB-DAS....$  235,000.00.

147     **SECTION 6.**  In addition to all other sums herein

148 appropriated, the following sum, or so much thereof as may be

149  necessary, is appropriated out of any money to the credit of the

150  Capital Expense Fund, and allocated in a manner as determined by

151  the Treasurer's Office, to defray the expenses of the Institutions

152  of Higher Learning Office of Student Financial Aid, and allocated

153  in a manner as determined by the Treasurer's Office for the period

154  beginning upon passage of this act and through the fiscal year

155  ending June 30, 2016...............................$4,000,000.00.

156      This additional appropriation is made for the purpose of

157  defraying the expenses of the Institutions of Higher Learning

158  Office of Student Financial Aid.

159      **SECTION 7.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Capital Expense Fund, and allocated in a manner as determined by

163  the Treasurer's Office, to defray the expenses of the Mississippi

164  Department of Public Safety's Bureau of Narcotics, and allocated

165  in a manner as determined by the Treasurer's Office for the period

166  beginning upon passage of this act and through the fiscal year

167  ending June 30, 2016............................. $561,220.00.

168      This additional appropriation is made for the purpose of

169  defraying the expenses of the sworn officer pay scale and the

170  Huggins Act.

171      **SECTION 8.**  In addition to all other sums herein

172  appropriated, the following sum, or so much thereof as may be

173  necessary, is appropriated out of any money to the credit of the

174    Capital Expense Fund, and allocated in a manner as determined by

175    the Treasurer's Office, to defray the expenses of the Mississippi

176    Department of Public Safety, and allocated in a manner as

177    determined by the Treasurer's Office for the period beginning upon

178    passage of this act and through the fiscal year ending June 30,

179    2016.................................... $    179,255.00.

180        This additional appropriation is made for the purpose of

181    defraying the expenses of the Law Enforcement and Firefighters

182    Death Benefit Fund.

183        **SECTION 9.**  In addition to all other sums herein

184    appropriated, the following sum, or so much thereof as may be

185    necessary, is appropriated out of any money to the credit of the

186    Pearl River Basin Development District, and allocated in a manner

187    as determined by the Treasurer's Office for the period beginning

188    upon the passage of this act and through the fiscal year ending

189    June 30, 2016................................ $    408,500.00.

190        This additional appropriation is made for the purpose of

191    defraying the expenses incurred by the agency for the

192    Jackson/Pearl River Clearing Project, the Rankin/Hinds Clearing

193    Project, and Flood and Drainage Control Districts.

194        **SECTION 10.**  In addition to all other sums herein

195    appropriated, the following sum, or so much thereof as may be

196    necessary, is appropriated out of any money to the credit of the

197    Capital Expense Fund, and allocated in a manner as determined by

198    the Treasurer's Office, to defray the expenses of the Public

199  Employees' Retirement System, and allocated in a manner as

200  determined by the Treasurer's Office for the period beginning upon

201  passage of this act and through the fiscal year ending June 30,

202  2016.................................... $   16,003.00.

203      This additional appropriation is made to defray the expenses

204  of the actuarial costs associated with the accrual of leave for

205  Jackson County and Jackson County Sheriff's Office employees.

206      **SECTION 11.**  In addition to all other sums herein

207  appropriated, the following sum, or so much thereof as may be

208  necessary, is appropriated out of any money to the credit of the

209  Capital Expense Fund, and allocated in a manner as determined by

210  the Treasurer's Office, to defray the expenses of the State

211  Department of Health, and allocated in a manner as determined by

212  the Treasurer's Office for the period beginning upon passage of

213  this act and through the fiscal year ending June 30,

214  2016...................................... $   2,000,000.00.

215      This additional appropriation is made to defray the expenses

216  of the State Department of Health.

217      **SECTION 12.**  In addition to all other sums herein

218  appropriated, the following sum, or so much thereof as may be

219  necessary, is appropriated out of any money to the credit of the

220  Capital Expense Fund, and allocated in a manner as determined by

221  the Treasurer's Office, to defray the expenses of the Board of

222  Animal Health, and allocated in a manner as determined by the

223  Treasurer's Office for the period beginning upon passage of this

224  act and through the fiscal year ending June 30,

225  2017......................................... $   84,000.00.

226      This additional appropriation is made to defray the expenses

227  of acquired leave time for an employee and related expenses.

228      **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Capital Expense Fund, and allocated in a manner as determined by

232  the Treasurer's Office, to defray the expenses of the Veterans'

233  Affairs Board, and allocated in a manner as determined by the

234  Treasurer's Office for the period beginning upon passage of this

235  act and through the fiscal year ending June 30, 2017..............

236  ...............................................$   500,000.00.

237      This additional appropriation is made to defray the expenses

238  of the general upkeep of the state's veterans' cemeteries and

239  related expenses.

240      **SECTION 14.**  In addition to all other sums appropriated

241  herein, the following sum, or so much thereof as may be necessary,

242  is appropriated out of any money to the credit of the Budget

243  Contingency Fund, and allocated in a manner as determined by the

244  Treasurer's Office, to defray the expenses of the following:

245      Bicentennial Commission in conjunction with the Mississippi

246      Tourism Association for marketing and promoting

247      purposes.................... $3,000,000.00.

248    Pascagoula Redevelopment Authority for the revitalization of

249    Downtown Pascagoula............................

250    $1,500,000.00.

251    Keesler Air Force Base construction

252    projects.............................. $5,000,000.00.

253    National Diabetes and Obesity Research Center for contracting

254    with Cleveland Clinic for clinical, educational, and research

255    advisory services..............................

256    $1,500,000.00.

257    MDA – Tourism for Bicentennial related

258    expenses.............................. $1,600,000.00.

259    Economic Development and Infrastructure

260    Fund................................. $2,500,000.00.

261    University of Southern Mississippi Marine Science Endowment

262    Fund....................... $5,000,000.00.

263    University of Southern Mississippi Gulf Research

264    Lab................................. $3,000,000.00.

265    Mississippi Gulf Coast Community College Scholarship

266    Fund................................. $3,000,000.00.

267    Pearl River Community College Scholarship

268    Fund................................. $2,000,000.00.

269    University of Southern Mississippi Gulf Park Campus for the

270    Student Resource Center.................................

271    $300,000.00.

272      University of Southern Mississippi Main Campus for the

273      renovation of Greene Hall..................................

274      $8,200,000.00.

275      Infinity Rocket Project................. $800,000.00.

276      Marion County Historical for repairs and renovations at the

277      John Ford Home.................... $50,000.00.

278      Pearl River Community College for the acquisition of land in

279      Hancock County for a satellite

280      campus................................ $1,000,000.00.

281      These sums are to be made available from and after the

282  passage of this act and through the fiscal year ending June 30,

283  2017.  Additionally, these sums are contingent upon the BP

284  Settlement funds being deposited in the Budget Contingency Fund.

285      **SECTION 15.**  In addition to all other sums herein

286  appropriated, the following sum, or so much thereof as may be

287  necessary, is appropriated out of any money to the credit of the

288  Capital Expense Fund, and allocated in a manner as determined by

289  the Treasurer's Office, to defray the expenses of the Mississippi

290  Department of Transportation, and allocated in a manner as

291  determined by the Treasurer's Office for the period beginning upon

292  passage of this act and through the fiscal year ending June 30,

293  2017....................................... $  2,100,000.00.

294      This additional appropriation is made to defray the expenses

295  of the East Metro Corridor Commission.

296     **SECTION 16.**  In addition to all other sums herein

297  appropriated, the following sum, or so much thereof as may be

298  necessary, is appropriated out of any money to the credit of the

299  Capital Expense Fund, and allocated in a manner as determined by

300  the Treasurer's Office, to defray the expenses of the Mississippi

301  Department of Education, and allocated in a manner as determined

302  by the Treasurer's Office for the period beginning upon passage of

303  this act and through the fiscal year ending June 30,

304  2017........................................ $   1,333,465.00.

305     This additional appropriation is made to defray the expenses

306  of Vocational and Technical Education.

307     **SECTION 17.**  In addition to all other sums herein

308  appropriated, the following sum, or so much thereof as may be

309  necessary, is appropriated out of any money to the credit of the

310  Capital Expense Fund, and allocated in a manner as determined by

311  the Treasurer's Office, to defray the expenses of the Office of

312  Capital Post Conviction Counsel, and allocated in a manner as

313  determined by the Treasurer's Office for the period beginning upon

314  passage of this act and through the fiscal year ending June 30,

315  2016........................................ $   431,814.00.

316     This additional appropriation is made to defray the ongoing

317  expenses of the Office of Capital Post Conviction Counsel.

318     **SECTION 18.**  This act shall take effect and be in force from

319  and after its passage and through the fiscal year ending June 30,

320  2016, except for Section 1, Section 2, Section 12, Section 13,

321    Section 14, Section 15, and Section 16 which shall take effect and
322    be in force from and after passage of this act and through the
323    fiscal year ending June 30, 2017.

S. B. No. 2924
16/SS02/ANAP1SG
PAGE 14

~ OFFICIAL ~
ST:  Appropriation; additional for various state
agencies for fiscal year 2016.

Exhibit A - Page 79

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2017

By: Senator(s) Clarke                      To: Appropriations


SENATE BILL NO. 3015
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  CAPITAL EXPENSE FUNDS, BUDGET CONTINGENCY FUNDS AND SPECIAL FUNDS
3  TO DEFRAY THE EXPENSES OF VARIOUS AGENCIES FOR FISCAL YEARS 2017
4  AND 2018 AND RELATED PURPOSES.

5    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

6    **SECTION 1.**  In addition to all other sums herein

7  appropriated, the following sum, or so much thereof as may be

8  necessary, is appropriated out of any money to the credit of the

9  Capital Expense Fund, to defray the expenses of the Office of the

10  Governor-Division of Medicaid for the period beginning upon

11  passage of this act and through the fiscal year ending June 30,

12  2018.........................................$   51,356,969.00.

13    This additional appropriation is made for the purpose of

14  supporting the operations of the Office of the Governor-Division

15  of Medicaid.

16    **SECTION 2.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money to the credit of the

19  Capital Expense Fund, to defray the expenses of the Department of

Exhibit A - Page 80

20  Finance and Administration for the period beginning upon the

21  passage of this act and through June 30, 2018....$   9,649,689.00.

22      This additional appropriation is made for the purpose of

23  purchasing property insurance on state property as required by the

24  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

25  206.253.0.0 and other expenses under the purview of the Department

26  of Finance and Administration.

27      **SECTION 3.**  In addition to all other sums herein

28  appropriated, the following sum, or so much thereof as may be

29  necessary, is appropriated out of any money to the credit of the

30  Capital Expense Fund, to defray the expenses of the Wireless

31  Communication Commission for the period beginning upon the passage

32  of this act and through June 30, 2018..........$   1,426,663.00.

33      This additional appropriation is made for the purpose of

34  paying contractual obligations for system maintenance.

35      **SECTION 4.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money to the credit of the

38  Capital Expense Fund, to defray the expenses of paying for certain

39  outside legal assistance, expert witness fees, court fees,

40  judgments and settlement agreements incurred by the Office of the

41  Attorney General for the period beginning upon passage of this act

42  and through the fiscal year ending June 30, 2017...............

43  ............................................$  3,781,748.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46          (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

47  State of Mississippi and the Department of Human Services, United

48  States District Court for the Southern District of Mississippi,

49  Jackson Division, Cause No. 3:04cv251(L)(N).....$   1,122,000.00.

50          (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

51  State of Mississippi and the Department of Human Services, United

52  States District Court for the Southern District of Mississippi,

53  Jackson Division, Cause No. 3:04cv251(L)(N).......$   414,936.00.

54          (c)  Troupe v. Barbour, Consolidated with United States

55  v. Mississippi, United States District Court for the Southern

56  District of Mississippi; Civil Action No.

57  3:10-CV-153-HTW-MTP...............................$   212,500.00.

58          (d)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

59  Murphy v. The State of Mississippi by and through Delbert Hosemann

60  in his Official Capacity as the Secretary of State and Trustee of

61  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

62  in the Circuit Court of Hancock County, Mississippi, Cause No.

63  12-0153........................................$   908,470.00.

64          (e)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

65  Murphy v. The State of Mississippi by and through Delbert Hosemann

66  in his Official Capacity as the Secretary of State and Trustee of

67  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

68  in the Circuit Court of Hancock County, Mississippi, Cause No.

69  12-0153.......................................$   223,842.00.

70       (f)  Settlement between the United States Environmental

71  Protection Agency and State of Mississippi; Chemfax, Inc.,

72  Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

73  ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

74  Agreement for the Recovery of Response Costs, Docket No.

75  CERCLA-04-201403756............................$   83,983.00.

76       (g)  Melissa Ross v. Mississippi Department of

77  Education, in the United States District Court for the Southern

78  District of Mississippi; Cause No.

79  3:09-cv-113-HTW-LRA.............................$   114,750.00.

80       (h)  Gale Nelson Walker v. Office of the District

81  Attorney of Hinds County, in the United States District Court for

82  the Southern District Court for the Southern District of

83  Mississippi; Cause No. 1:15cv-00364...............$   3,001.00.

84       (i)  Kennedy Brewer v. State of Mississippi, Circuit

85  Court of Noxubee County, Mississippi, Claimant No.

86  2009-0099......................................$  50,000.00.

87       (j)  Levon Brooks v. State of Mississippi, Circuit Court

88  of Noxubee County, Mississippi, Claimant

89  No. 2009-0098..................................$  50,000.00.

90       (k)  Arthur Johnson v. State of Mississippi, Circuit

91  Court of Sunflower County, Mississippi, Claimant No.

92  2009-0289-CI...................................$  50,000.00.

93              (l)   Cedric Willis v. State of Mississippi, Circuit

94   Court of Hinds County, Mississippi, Claimant No.

95   251-09-649-CIV....................................$  50,000.00.

96              (m)   Sabrina Porter v. State of Mississippi, Circuit

97   Court of Lowndes County, Mississippi, Claimant No.

98   2011-0014-CV1K....................................$  50,000.00.

99              (n)   Estate of Larry Ruffin v. State of Mississippi,

100  Circuit Court of Forrest County, Mississippi, Claimant No.

101  CI-11-0238........................................$  50,000.00.

102             (o)   Phillip Leo Bivens v. State of Mississippi, Circuit

103  Court of Forrest County, Mississippi, Claimant No.

104  CI-11-0240........................................$  50,000.00.

105             (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

106  Circuit Court of Forrest County, Mississippi, Claimant No.

107  CI-11-0239........................................$  50,000.00.

108             (q)   Jimmie Bass v. State of Mississippi, Circuit Court

109  of Bolivar County, Mississippi, Claimant No.

110  2011-0009........................................$  50,000.00.

111             (r)   Rolland Glen Anderson v. State of Mississippi,

112  Circuit Court of Hinds County, Mississippi, Claimant No.

113  251-09-640CIV.....................................$  50,000.00.

114             (s)   Roger Harris v. State of Mississippi, Circuit Court

115  of Hinds County; Civil Action No.

116  251-12-534CIV.....................................$  30,000.00.

117          (t)  Roger Harris v. State of Mississippi, Circuit Court

118  of Hinds County; Civil Action No.

119  251-12-534CIV.....................................$   6,000.00.

120          (u) Jamar Amin Moore vs. State of Mississippi, Circuit

121  Court of Coahoma County; Civil Action No.

122  14-CI-13-001.....................................$ 50,0000.00.

123          (v) Jamar Amin Moore vs. State of Mississippi, Circuit

124  Court of Coahoma County; Civil Action

125  No. 14-CI-13-001.................................$ 33,866.00.

126          (w) Jason Hall v. State of Mississippi, Circuit Court of

127  Forrest County; Cause No. CI 14-0014..............$ 50,000.00.

128          (x) Ralph Arnold Smith, Chancery Court of Hinds County,

129  Mississippi; First Judicial District, Cause No. M-2015-0086,

130  O/3..............................................$ 28,400.00.

131      **SECTION 5.**  In addition to all other sums herein

132  appropriated, the following sum, or so much thereof as may be

133  necessary, is appropriated out of any money to the credit of the

134  Capital Expense Fund, to defray the expenses of the Board of Tax

135  Appeals for the period beginning upon the passage of this act and

136  through June 30, 2018............................$   33,800.00.

137      This additional appropriation is made for the purpose of

138  supporting the operations of the Board of Tax Appeals.

139      **SECTION 6.**  In addition to all other sums herein

140  appropriated, the following sum, or so much thereof as may be

141  necessary, is appropriated out of any money to the credit of the

142  Capital Expense Fund, to defray the expenses of the Mississippi

143  Department of Education, for the period beginning upon passage of

144  this act and through the fiscal year ending June 30, 2018...

145  ..........................................$   3,619,482.00.

146       This additional appropriation is made to defray the expenses

147  of Vocational and Technical Education.

148       **SECTION 7.**  In addition to all other sums herein

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is appropriated out of any money to the credit of the

151  Department of Revenue, to defray the expenses of the Department of

152  Revenue for the period beginning upon passage of this act and

153  through the fiscal year ending June 30, 2018....$   650,617.00.

154       This additional appropriation is for the purpose of

155  reimbursement to the Municipal and Justice Courts that participate

156  in the Court Collections Program and for the purpose of purchasing

157  hardware and software the Mississippi Automated Revenue System.

158       **SECTION 8.**  In addition to all other sums herein

159  appropriated, the following sum, or so much thereof as may be

160  necessary, is appropriated out of any money to the credit of the

161  Board of Examiners for Licensed Professional Counselors, to defray

162  the expenses of the Licensed Professional Counselors Board for the

163  period beginning upon passage of this act and through the fiscal

164  year ending June 30, 2018......................$   15,000.00.

165       This additional appropriation is for the purpose of defraying

166  unexpected expenses related to the duties of the agency.

167    **SECTION 9.**  In addition to all other sums herein
168  appropriated, the following sum, or so much thereof as may be
169  necessary, is appropriated out of any money to the credit of the
170  Engineers and Land Surveyors Board, to defray the expenses of the
171  Engineers and Land Surveyors Board for the period beginning upon
172  passage of this act and through the fiscal year ending June 30,
173  2018.......................................$   17,000.00.
174    This additional appropriation is the for the purpose of
175  paying legal fees.
176    **SECTION 10.**  In addition to all other sums herein
177  appropriated, the following sum, or so much thereof as may be
178  necessary, is appropriated out of any money to the credit of the
179  Judicial Performance Commission, to defray the expenses of the
180  Judicial Performance Commission for the period beginning upon
181  passage of this act and through the fiscal year ending June 30,
182  2018.......................................$   62,722.00.
183    This additional appropriation is the for the purpose of
184  supporting the operations of the Commission.
185    **SECTION 11.**  In addition to all other sums herein
186  appropriated, the following sum or so much thereof as may be
187  necessary, is appropriated out of any money to the credit of the
188  Department of Public Safety, to defray the expenses of the
189  Department of Public Safety for the period beginning upon passage
190  and through fiscal year ending June 30, 2018.....$  1,725,000.00.

191       This additional appropriation is made for the purpose of a
192  Highway Patrol Trooper School.
193       **SECTION 12.**  In addition to all other sums herein
194  appropriated, the following sum, or so much thereof as may be
195  necessary is appropriated out of any money to the credit of the
196  Department of Finance and Administration, to defray the expenses
197  of the department for the period beginning upon passage and
198  through fiscal year ending June 30, 2018......$   4,068,585.00.
199       This additional appropriation is made for the purpose of
200  supporting the operations of the Department of Finance and
201  Administration.
202       **SECTION 13.**  In addition to all other sums herein
203  appropriated, the following sum, or so much thereof as may be
204  necessary, is appropriated out of any money to the credit of the
205  Department of Finance and Administration, to defray the expenses
206  of the Department of Finance and Administration – Tort Claims
207  Board for the period beginning upon passage and through fiscal
208  year ending June 30, 2018....................$   1,585,056.00.
209       This additional appropriation is made for the purpose of
210  supporting the operations of the Tort Claims Board.
211       **SECTION 14.**  In addition to all other sums herein
212  appropriated, the following sum is appropriated out of any money
213  in the State General Fund not otherwise appropriated for the
214  expenses of the Governor's Division of Medicaid for the period

215    beginning upon passage and through fiscal year ending June 30,

216    2018......................................$   8,643,031.00.

217         This additional appropriation is made for the purpose of

218    supporting the operations of the Office of the Governor-Division

219    of Medicaid.

220         **SECTION 15.**  In addition to all other sums herein

221    appropriated, the following sum, or so much thereof as may be

222    necessary, is appropriated out of any money to the credit of the

223    Budget Contingency Fund, to defray the expenses of the Mississippi

224    Development Authority, for the period beginning upon passage of

225    this act and through the fiscal year ending June 30,

226    2018......................................$   5,000,000.00.

227         This additional appropriation is made to defray the expenses

228    of activities in support of Keesler Air Force Base.

229         **SECTION 16.**  In addition to all other sums herein

230    appropriated, the following sum, or so much thereof as may be

231    necessary, is appropriated out of any money to the credit of the

232    Budget Contingency Fund, to defray the expenses of the Mississippi

233    Development Authority, for the period beginning upon passage of

234    this act and through the fiscal year ending June 30,

235    2018......................................$   1,500,000.00.

236         This additional appropriation is made to defray the expenses

237    of the National Diabetes and Obesity Research Center for

238    contracting with Cleveland Clinic for clinical, educational, and

239    research advisory services.

240    **SECTION 17.**  In addition to all other sums herein
241    appropriated, the following sum, or so much thereof as may be
242    necessary, is appropriated out of any money to the credit of the
243    Budget Contingency Fund, to defray the expenses of the Department
244    of Marine Resources, for the period beginning upon passage of this
245    act and through the fiscal year ending June 30,
246    2018..........................................$  3,000,000.00.
247        This additional appropriation is made to defray the expenses
248    of Phase II of the Mississippi Oyster Restoration Project in the
249    Mississippi Sound.
250        **SECTION 18.**  In addition to all other sums herein
251    appropriated, the following sum, or so much thereof as may be
252    necessary, is appropriated out of any money to the credit of the
253    Capitol Expense Fund, to defray the expenses of the Alcorn State
254    University, for the period beginning upon passage of this act and
255    through the fiscal year ending June 30, 2018.....$  3,311,592.00.
256        This additional appropriation is made to defray the expenses
257    of upgrades and renovations to the university's water treatment
258    facility and related expenses.
259        **SECTION 19.**  In addition to all other sums herein
260    appropriated, the following sum or so much thereof as may be
261    necessary, is appropriated out of any money to the credit of the
262    Department of Public Safety, to defray the expenses of the
263    Department of Public Safety for the period beginning upon passage
264    and through fiscal year ending June 30, 2018.......$  567,475.00.

265    This additional appropriation is made for the purpose of

266  defraying any costs associated with the repayment of National

267  Highway Performance Program funds, Surface Transportation Program

268  funds, or any other settlement agreements.

269    **SECTION 20.**  In addition to all other sums herein

270  appropriated, the following sum, or so much thereof as may be

271  necessary, is appropriated out of any money to the credit of the

272  Capitol Expense Fund, to defray the expenses of the Mississippi

273  Development Authority, for the period beginning upon passage of

274  this act and through the fiscal year ending June 30,

275  2018........................................$  100,000.00.

276    This additional appropriation is made to defray the expenses

277  of the City of Hattiesburg as a result of the January 21, 2017

278  tornados.

279    **SECTION 21.**  In addition to all other sums herein

280  appropriated, the following sum, or so much thereof as may be

281  necessary, is appropriated out of any money to the credit of the

282  Capitol Expense Fund, to defray the expenses of the Mississippi

283  Development Authority, for the period beginning upon passage of

284  this act and through the fiscal year ending June 30,

285  2018........................................$   65,000.00.

286    This additional appropriation is made to defray the expenses

287  associated with master planning efforts of the Mississippi Coast

288  Coliseum.

289     **SECTION 22.**  In addition to all other sums herein
290   appropriated, the following sum, or so much thereof as may be
291   necessary, is appropriated out of any money to the credit of the
292   Capitol Expense Fund, to defray the expenses of the Mississippi
293   Development Authority, for the period beginning upon passage of
294   this act and through the fiscal year ending June 30,
295   2018........................................$   100,000.00.
296     This additional appropriation is made to defray the expenses
297   of the Mississippi Hills National Heritage Area.
298     **SECTION 23.**  In addition to all other sums herein
299   appropriated, the following sum, or so much thereof as may be
300   necessary, is appropriated out of any money to the credit of the
301   Capitol Expense Fund, to defray the expenses of the Mississippi
302   Development Authority, for the period beginning upon passage of
303   this act and through the fiscal year ending June 30,
304   2018........................................$   150,000.00.
305     This additional appropriation is made to defray the expenses
306   of upgrades and renovations to the West Harrison County Vocational
307   and Technical Center.
308     **SECTION 24.**  In addition to all other sums herein
309   appropriated, the following sum, or so much thereof as may be
310   necessary, is appropriated out of any money to the credit of the
311   Capitol Expense Fund, to defray the expenses of the Department of
312   Archives and History, for the period beginning upon passage of
313   this act and through the fiscal year ending June 30, 2018......

314 ...............................................$  500,000.00.

315      This additional appropriation is made to defray the expenses

316 related to the opening of the new Mississippi Museums.

317      **SECTION 25.**  In addition to all other sums herein

318 appropriated, the following sum, or so much thereof as may be

319 necessary, is appropriated out of any money to the credit of the

320 Capitol Expense Fund, to defray the expenses of the Mississippi

321 State University Cooperative Extension Service, for the period

322 beginning upon passage of this act and through the fiscal year

323 ending June 30, 2018...........................$   50,000.00.

324      This additional appropriation is made to defray the expenses

325 of an information campaign related to wild hogs.

326      **SECTION 26.**  This act shall take effect and be in force from

327 and after its passage and through the fiscal year ending June 30,

328 2018, except for Section 4, which shall take effect and be in

329 force through the fiscal year ending June 30, 2017.

S. B. No. 3015              ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖        **~ OFFICIAL ~**
17/SS26/ANAP1SG            ST:  Appropriation; additional appropriations
PAGE 14                    for various state agencies for FY 2017.

Exhibit A - Page 93

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2018

By: Representative Read                    To: Appropriations


HOUSE BILL NO. 1617
(As Sent to Governor)


1     AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
3  THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR
4  2018; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
5  YEARS 2018 AND 2019; THE WIRELESS COMMUNICATION COMMISSION FOR
6  FISCAL YEAR 2018; THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR
7  2018; OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEAR 2018; THE
8  BOARD OF TAX APPEALS FOR FISCAL YEAR 2018; THE DEPARTMENT OF
9  INFORMATION TECHNOLOGY SERVICES FOR FISCAL YEAR 2018; THE
10 DEPARTMENT OF REHABILITATION SERVICES FOR FISCAL YEAR 2018;
11 DEPARTMENT OF CORRECTIONS FOR FISCAL YEAR 2018; OIL AND GAS BOARD
12 FOR FISCAL YEAR 2018; JACKSON STATE UNIVERSITY BOARD FOR FISCAL
13 YEARS 2018 AND 2019; MISSISSIPPI STATE UNIVERSITY ALCOHOL SAFETY
14 EDUCATION PROGRAM FOR FISCAL YEAR 2018; THE PUBLIC EMPLOYEES
15 RETIREMENT SYSTEM FOR FISCAL YEAR 2018; DEPARTMENT OF BANKING AND
16 CONSUMER FINANCE FOR FISCAL YEAR 2018; DEPARTMENT OF PUBLIC SAFETY
17 FOR FISCAL YEARS 2018 AND 2019; DEPARTMENT OF INSURANCE FOR FISCAL
18 YEAR 2019; AND FOR RELATED PURPOSES.

19     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20     **SECTION 1.**  In addition to all other sums herein

21 appropriated, the following sum, or so much thereof as may be

22 necessary, is appropriated out of any money to the credit of the

23 General Fund, and allocated in a manner as determined by the

24 Treasurer's Office to defray the expenses of the Office of the

25 Governor-Division of Medicaid for the period beginning upon

26  passage of this act and through the fiscal year ending June 30,

27  2018........................................$    16,500,000.00.

28      This additional appropriation is made for the purpose of

29  supporting the operations of the Office of the Governor-Division

30  of Medicaid.

31      **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Office of the Governor-Division of Medicaid, and allocated in a

35  manner as determined by the Treasurer's Office, to defray the

36  expenses of the Office of the Governor-Division of Medicaid for

37  the period beginning upon passage of this act and through the

38  fiscal year ending June 30, 2018.............$    45,000,000.00.

39      **SECTION 3.**  In addition to all other sums herein

40  appropriated, the following sum, or so much thereof as may be

41  necessary, is appropriated out of any money to the credit of the

42  Capital Expense Fund, and allocated in a manner as determined by

43  the Treasurer's Office, to defray the expenses of the Department

44  of Finance and Administration for the period beginning upon the

45  passage of this act and through June 30, 2019....................

46  ............................................$    4,559,746.00.

47      This additional appropriation is made for the purpose of

48  purchasing property insurance on state property as required by the

49  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

50  206.253.

51    **SECTION 4.**  In addition to all other sums herein

52  appropriated, the following sum, or so much thereof as may be

53  necessary, is appropriated out of any money to the credit of the

54  Capital Expense Fund, and allocated in a manner as determined by

55  the Treasurer's Office, to defray the expenses of the Wireless

56  Communication Commission for the period beginning upon the passage

57  of this act and through June 30, 2018...........$   2,384,494.00.

58      This additional appropriation is made for the purpose of

59  paying contractual obligations for system maintenance.

60    **SECTION 5.**  In addition to all other sums herein

61  appropriated, the following sum, or so much thereof as may be

62  necessary, is appropriated out of any money to the credit of the

63  General Fund, and allocated in a manner as determined by the

64  Treasurer's Office, to defray the expenses of the Department of

65  Human Services for the period beginning upon the passage of this

66  act and through June 30, 2018.................$   12,000,000.00.

67      This additional appropriation is made for the purpose of

68  maximizing federal resources for the Department of Child

69  Protection Service.

70    **SECTION 6.**  In addition to all other sums herein

71  appropriated, the following sum, or so much thereof as may be

72  necessary, is appropriated out of any money to the credit of the

73  State General Fund, and allocated in a manner as determined by the

74  Treasurer's Office, to defray the expenses of paying for certain

75  outside legal assistance, expert witness fees, court fees,

76  judgments and settlement agreements incurred by the Office of the

77  Attorney General for the period beginning upon passage of this act

78  and through the fiscal year ending June 30, 2018..................

79  ...........................................$   1,815,194.00.

80      Of the funds appropriated in this section, the following

81  amounts are provided:

82      (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

83  State of Mississippi and the Department of Human Services, United

84  States District Court for the Southern District of Mississippi,

85  Jackson Division, Cause No. 3:04cv251(L)(N)......................

86  ...........................................$     80,972.00.

87      (b)  Troupe v. Barbour, Consolidated with United States v.

88  Mississippi, United States District Court for the Southern

89  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

90  ...........................................$    395,000.00.

91      (c)  Kenneth F. Murphy, Ray J. Murphy and Audie R. Murphy v.

92  The State of Mississippi by and through Delbert Hosemann in his

93  Official Capacity as the Secretary of State and Trustee of the

94  Public Tidelands and The City of Bay Saint Louis, Mississippi, in

95  the Circuit Court of Hancock County, Mississippi, Cause No.

96  12-0153.........................................$     39,501.00.

97      (d)  Gale Nelson Walker v. Office of the District Attorney of

98  Hinds County, in the United States District Court for the Southern

99  District Court for the Southern District of Mississippi; Cause No.

100 1:15cv-00364......................................$     31,825.00.

101          (e)  Ola Kirk v. Mississippi Department of Public Safety, et

102     al., in the United States District Court for the Southern District

103     of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

104     ..............................................$    53,062.00.

105          (f)  Scott M. Favre Public Adjuster, LLC v. Delbert Hosemann,

106     Secretary of State of the State of Mississippi, in his official

107     capacity, and the City of Bay St. Louis, Mississippi, in the

108     Circuit Court of Hancock County, Mississippi, Cause No. 12-0237...

109     ..............................................$   140,000.00.

110          (g)  Mark G. Ohman v. the State of Mississippi by and through

111     Delbert Hosemann in his official capacity as Secretary of State

112     and Trustee of the Public Tidelands Trust and the City of Bay St.

113     Louis, Mississippi, in the Circuit Court of Hancock County,

114     Mississippi, Cause No. 15-0098...................$   137,500.00.

115          (h)  Settlement between the United States Environmental

116     Protection Agency and the State of Mississippi, Site/Spill ID

117     Number:04JF, CERCLA ID Number: MS D008154486, Settlement Agreement

118     for the Recovery of Response Costs, Docket No. CERCLA-04-2014-3756

119     ..............................................$     6,520.00.

120          (i)  Rick Parker v. Justin Rollins, Department of Public

121     Safety, in the United States District Court for the Northern

122     District of Mississippi, Civil Action Number 1:14-CV-231-SA-DAS

123     ..............................................$   237,948.00.

124          (j)  State of Mississippi v. Dale Partners Architects P.A.;

125     Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

```
126    Environmental Management Plus; in the Circuit Court of Hinds
127    County, Mississippi, Civil Action Number 14-666...................
128    ..............................................$   78,778.00.
129        (k)  Kennedy Brewer v. State of Mississippi, Circuit Court of
130    Noxubee County, Mississippi, Claimant No. 2009-0099..............
131    ..............................................$   50,000.00.
132        (l)  Levon Brooks v. State of Mississippi, Circuit Court of
133    Noxubee County, Mississippi, Claimant No. 2009-0098..............
134    ..............................................$   50,000.00.
135        (m)  Arthur Johnson v. State of Mississippi, Circuit Court of
136    Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........
137    ..............................................$   50,000.00.
138        (n)  Cedric Willis v. State of Mississippi, Circuit Court of
139    Hinds County, Mississippi, Claimant No. 251-09-649-CIV............
140    ..............................................$   50,000.00.
141        (o)  Sabrina Porter v. State of Mississippi, Circuit Court of
142    Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K..........
143    ..............................................$   29,000.00.
144        (p)  Estate of Larry Ruffin v. State of Mississippi, Circuit
145    Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....
146    ..............................................$   50,000.00.
147        (q)  Phillip Leo Bivens v. State of Mississippi, Circuit
148    Court of Forrest County, Mississippi, Claimant No. CI-11-0240.....
149    ..............................................$   50,000.00.
```

150          (r)  Estate of Bobby Ray Dixon v. State of Mississippi,

151  Circuit Court of Forrest County, Mississippi, Claimant No.

152  CI-11-0239......................................$   50,000.00.

153          (s)  Jimmie Bass v. State of Mississippi, Circuit Court of

154  Bolivar County, Mississippi, Claimant No. 2011-0009...............

155  ..............................................$   50,000.00.

156          (t)  Rolland Glen Anderson v. State of Mississippi, Circuit

157  Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

158  ..............................................$   50,000.00.

159          (u)  Jamar Amin Moore v. State of Mississippi, in the Circuit

160  Court of Coahoma County; Civil Action No. 14-CI-13-0011...........

161  ..............................................$   50,000.00.

162          (v)  Jason Hall v. State of Mississippi, in the Circuit Court

163  of Forrest County; Cause No. CI 14-0014...........$   50,000.00.

164          (w)  Jason Hall v. State of Mississippi , in the Circuit

165  Court of Forrest County; Cause No. CI 14-0014, attorney fees......

166  ..............................................$   35,088.00.

167          **SECTION 7.**  In addition to all other sums herein

168  appropriated, the following sum, or so much thereof as may be

169  necessary, is appropriated out of any money to the credit of the

170  General Fund, and allocated in a manner as determined by the

171  Treasurer's Office, to defray the expenses of the Board of Tax

172  Appeals for the period beginning upon the passage of this act and

173  through June 30, 2018.............................$   19,000.00.

174      This additional appropriation is made for the purpose of

175  supporting the operations of the Board of Tax Appeals.

176      **SECTION 8.**  In addition to all other sums herein

177  appropriated, the following sum, or so much thereof as may be

178  necessary, is appropriated out of any money to the credit of the

179  Capital Expense Fund, and allocated in a manner as determined by

180  the Treasurer's Office, to defray the expenses of the Mississippi

181  Department of Information Technology Services, and allocated in a

182  manner as determined by the Treasurer's Office for the period

183  beginning upon passage of this act and through the fiscal year

184  ending June 30, 2018.............................$   3,000,000.00.

185      This additional appropriation is made to defray the expenses

186  of the department.

187      **SECTION 9.**  In addition to all other sums herein

188  appropriated, the following sum, or so much thereof as may be

189  necessary, is appropriated out of any money to the credit of the

190  General Fund, and allocated in a manner as determined by the

191  Treasurer's Office, to defray the expenses of the Department of

192  Rehabilitation Services and allocated in a manner as determined by

193  the Treasurer's Office for the period beginning upon passage of

194  this act and through the fiscal year ending June 30, 2018.........

195  ..............................................$   1,841,012.00.

196      This additional appropriation is for federal match

197  requirements for waiver services in order to achieve maintenance

198  of effort.

H. B. No. 1617    ▌▌█▌▌█▌▌▌█▌▌█▌▌█▌▌▌█▌▌    **~ OFFICIAL ~**
18/HR31/ANAP02SG
PAGE 8 (RF\JAB)

199     **SECTION 10.**  In addition to all other sums herein

200  appropriated, the following sum, or so much thereof as may be

201  necessary, is appropriated out of any money to the credit of the

202  Capital Expense Fund, and allocated in a manner as determined by

203  the Treasurer's Office, to defray the expenses of the Department

204  of Rehabilitation Services for the period beginning upon the

205  passage of this act and through June 30, 2018.....................

206  ...........................................$   2,035,362.00.

207     This additional appropriation is for federal match

208  requirements for waiver services in order to achieve maintenance

209  of effort.

210     **SECTION 11.**  In addition to all other sums herein

211  appropriated, the following sum, or so much thereof as may be

212  necessary, is appropriated out of any money to the credit of the

213  Capital Expense Fund, and allocated in a manner as determined by

214  the Treasurer's Office, to defray the expenses of the Department

215  of Corrections for the period beginning upon the passage of this

216  act and through June 30, 2018....................$  7,111,185.00.

217     This additional appropriation is made for the purpose of

218  paying contractual obligations at Private Prisons and Medical

219  expenses.

220     **SECTION 12.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  General Fund, and allocated in a manner as determined by the

224 Treasurer's Office, to defray the expenses of the Oil and Gas
225 Board for the period beginning upon the passage of this act and
226 through June 30, 2018..............................$   36,900.00.
227     This additional appropriation is made for the purpose of
228 paying expenses of the Board.
229     **SECTION 13.**  In addition to all other sums herein
230 appropriated, the following sum, or so much thereof as may be
231 necessary, is appropriated out of any money to the credit of the
232 Capital Expense Fund, and allocated in a manner as determined by
233 the Treasurer's Office, to defray the expenses of Jackson State
234 University Board for the period beginning upon the passage of this
235 act and through June 30, 2019...................$   1,800,000.00.
236     This additional appropriation is made for the purpose of
237 defraying the costs of the School of Public Health.
238     **SECTION 14.**  In addition to all other sums herein
239 appropriated, the following sum, or so much thereof as may be
240 necessary, is appropriated out of any money to the credit of the
241 Mississippi State University Alcohol Safety Education Program, and
242 allocated in a manner as determined by the Treasurer's Office to
243 defray the expenses of the Mississippi State University Alcohol
244 Safety Education Program for the period beginning upon passage of
245 this act and through the fiscal year ending June 30, 2018.........
246 .............................................$   198,106.00.
247     This additional appropriation is for the purpose of offering
248 classes throughout the state.

249          **SECTION 15.**  In addition to all other sums herein
250   appropriated, the following sum, or so much thereof as may be
251   necessary, is appropriated out of any money to the credit of the
252   Public Employees' Retirement System, and allocated in a manner as
253   determined by the Treasurer's Office to defray the expenses of the
254   Public Employees' Retirement System for the period beginning upon
255   passage of this act and through the fiscal year ending June 30,
256   2018...........................................$   800,000.00.
257          This additional appropriation is for the purpose of
258   continuing expenses of the System.  The State Personnel Board
259   shall adjust the Fiscal Year 2018 projected annual cost for the
260   System to account for additional salary dollars appropriated
261   herein.
262          **SECTION 16.**  In addition to all other sums herein
263   appropriated, the following sum, or so much thereof as may be
264   necessary, is appropriated out of any money to the credit of the
265   Department of Finance and Administration, and allocated in a
266   manner as determined by the Treasurer's Office to defray the
267   expenses of the Department of Finance and Administration for the
268   period beginning upon passage of this act and through the fiscal
269   year ending June 30, 2018......................$   2,100,000.00.
270          This additional appropriation is for the purpose of repair
271   and renovation.
272          **SECTION 17.** In addition to all other sums herein
273   appropriated, the following sum, or so much thereof as may be

274  necessary, is appropriated out of any money to the credit of the
275  Department of Banking and Consumer Finance, and allocated in a
276  manner as determined by the Treasurer's Office to defray the
277  expenses of the Department for the period beginning upon passage
278  of this act and through the fiscal year ending June 30, 2018......
279  ...............................................$    307,907.00.
280      This additional appropriation is made for the purpose of
281  defraying the legal costs of the Department.
282      **SECTION 18.**  In addition to all other sums herein
283  appropriated, the following sum or so much thereof as may be
284  necessary, is appropriated out of any money to the credit of the
285  Department of Public Safety, to defray the expenses of the
286  Department of Public Safety for the period beginning upon the
287  passage of this act and through June 30, 2019.....................
288  ................................................$5,000,000.00.
289      This additional appropriation is made for the purpose of a
290  Highway Patrol Trooper School.
291      **SECTION 19.**  In addition to all other sums herein
292  appropriated,  the following sum, or so much thereof as may be
293  necessary, and contingent upon the passage of Senate Bill No 2467,
294  2018 Regular Session, is hereby appropriated out of any money in
295  the special fund in the State Treasury to the credit of the Rural
296  Fire Truck Acquisition Fund and/or the Supplemental Rural Fire
297  Truck Fund, which was created in Section 1, Laws of 2004, Third
298  Extraordinary Session, to the Mississippi Department of Insurance

299  for the Rural Fire Truck Acquisition Assistance Program for the

300  fiscal year beginning July 1, 2018, and ending June 30, 2019......

301  .............................................$   1,800,000.00.

302      Of the funds appropriated in the section, Five Hundred

303  Thousand Dollars ($500,000.00) is provided for fire apparatus used

304  for fighting or extinguishing fire used with automobile fire

305  engines or ladder trucks.

306      **SECTION 20.**  This act shall take effect and be in force from

307  and after its passage, except for Sections 3, 13, 18 which shall

308  take effect after passage and through June 30, 2019, and except

309  for Section 19 which shall take effect and be in force from and

310  after July 1, 2018.

H. B. No. 1617       █████████████████████████    **~ OFFICIAL ~**
18/HR31/ANAP02SG         ST:  Appropriations; additional for various
PAGE 13 (RF\JAB)         state agencies for Fiscal Year 2018.

Exhibit A - Page 106

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2019

By: Representative Read                    To: Appropriations


HOUSE BILL NO. 1667
(As Sent to Governor)


1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF CHILD PROTECTION SERVICES FOR FISCAL YEAR 2019; THE DEPARTMENT
4  OF FINANCE AND ADMINISTRATION FOR FISCAL YEAR 2019; THE WIRELESS
5  COMMUNICATION COMMISSION FOR FISCAL YEAR 2019; THE DEPARTMENT OF
6  PUBLIC SAFETY FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
7  MISSISSIPPI DEPARTMENT OF MARINE RESOURCES FOR FISCAL YEAR 2019;
8  THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR 2019 AND FISCAL YEAR
9  2020; MISSISSIPPI EMERGENCY MANAGEMENT AGENCY – DISASTER TRUST FOR
10  FISCAL YEAR 2019 AND FISCAL YEAR 2020; MISSISSIPPI DEPARTMENT OF
11  CORRECTIONS FOR FISCAL YEAR 2019; DEPARTMENT OF AUDIT FOR FISCAL
12  YEAR 2019; DEPARTMENT OF REVENUE FOR FISCAL YEAR 2019; BOARD OF
13  ANIMAL HEALTH FOR FISCAL YEAR 2019; BOARD OF MEDICAL LICENSURE FOR
14  FISCAL YEAR 2019; INSTITUTIONS OF HIGHER LEARNING – OFFICE OF
15  STUDENT FINANCIAL AID FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
16  AND FOR RELATED PURPOSES.

17      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

18      **SECTION 1.**  In addition to all other sums herein

19  appropriated, the following sum, or so much thereof as may be

20  necessary, is appropriated out of any money to the credit of the

21  Capital Expense Fund, and allocated in a manner as determined by

22  the Treasurer's Office to defray the expenses of the Department of

23  Child Protection Services for the period beginning upon passage of

24  this act and ending June 30, 2019................$   7,500,000.00.

Exhibit A - Page 107

25      This additional appropriation is made for the purpose of

26 supporting the operations of the Department of Child Protection

27 Services.

28      **SECTION 2.**  In addition to all other sums herein

29 appropriated, the following sum, or so much thereof as may be

30 necessary, is appropriated out of any money to the credit of the

31 Capital Expense Fund, and allocated in a manner as determined by

32 the Treasurer's Office, to defray the expenses of the Department

33 of Finance and Administration for the period beginning upon the

34 passage of this act and through June 30, 2020....................

35 ..............................................$   6,412,964.00.

36      This additional appropriation is made for the purpose of

37 purchasing property insurance on state property as required by the

38 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

39 206.253.

40      **SECTION 3.**  In addition to all other sums herein

41 appropriated, the following sum, or so much thereof as may be

42 necessary, is appropriated out of any money to the credit of the

43 Capital Expense Fund, and allocated in a manner as determined by

44 the Treasurer's Office, to defray the expenses of the Wireless

45 Communication Commission for the period beginning upon the passage

46 of this act and ending June 30, 2019..........$   2,623,727.00.

47      This additional appropriation is made for the purpose of

48 paying contractual obligations for system maintenance.

49      **SECTION 4.**  In addition to all other sums herein

50   appropriated, the following sum, or so much thereof as may be

51   necessary, is appropriated out of any money to the credit of the

52   Capital Expense Fund, and allocated in a manner as determined by

53   the Treasurer's Office, to defray the expenses of the Department

54   of Public Safety for the period beginning upon the passage of this

55   act and through June 30, 2020...................$   6,030,964.00.

56      This additional appropriation is made for the purpose of

57   repayment of Highway Safety Grant program funds.

58      **SECTION 5.**  In addition to all other sums herein

59   appropriated, the following sum, or so much thereof as may be

60   necessary, is appropriated out of any money to the credit of the

61   Capital Expense Fund, and allocated in a manner as determined by

62   the Treasurer's Office, to defray the expenses of the Department

63   of Finance and Administration for the period beginning upon the

64   passage of this act and ending June 30, 2019.....................

65   ..............................................$   3,500,000.00.

66      This additional appropriation is made for the purpose of

67   payment to the United States Department of Health and Human

68   Services.

69      **SECTION 6.**  In addition to all other sums herein

70   appropriated, the following sum, or so much thereof as may be

71   necessary, is appropriated out of any money to the credit of the

72   Capital Expense Fund, and allocated in a manner as determined by

73   the Treasurer's Office, to defray the expenses of the Department

74  of Marine Resources for the period beginning upon the passage of

75  this act and ending June 30, 2019.................$    39,894.00.

76      This additional appropriation is made for the purpose of

77  paying a death benefit payment for a former employee.

78      **SECTION 7.**  In addition to all other sums herein

79  appropriated, the following sum, or so much thereof as may be

80  necessary, is appropriated out of any money to the credit of the

81  Capital Expense Fund, and allocated in a manner as determined by

82  the Treasurer's Office, to defray the expenses of paying for

83  certain outside legal assistance, expert witness fees, court fees,

84  judgments and settlement agreements incurred by the Office of the

85  Attorney General for the period beginning upon passage of this act

86  and ending June 30, 2019........................$  4,288,518.00.

87      Of the funds appropriated in this section, the following

88  amounts are provided:

89      (a) Olivia Y., et al v. Phil Bryant, as Governor of the State

90  of Mississippi and the Department of Human Services, United States

91  District Court for the Southern District of Mississippi, Jackson

92  Division, Cause No. 3:04cv251(L)(N)...............$   123,810.00.

93      (b) Ola Kirk v. Mississippi Department of Public Safety, et

94  al., in the United States District Court for the Southern District

95  of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

96  ...............................................$    69,095.00.

97      (c) State of Mississippi v. Dale Partners Architects P.A.;

98  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

99  Environmental Management Plus; in the Circuit Court of Hinds

100 County, Mississippi, Civil Action Number 14-666...................

101 ..............................................$  134,000.00.

102     (d) AVMI, LLC v. The State of Mississippi by and through

103 Delbert Hosemann in his official capacity as Secretary of State

104 and Trustee of the Public Tidelands Trust, in the Circuit Court of

105 Hancock County, Mississippi, Cause No. 14-0007...................

106 ..............................................$  350,000.00.

107     (e) Hancock Realty, Inc., v. The State of Mississippi by and

108 through Delbert Hosemann in his official capacity as Secretary of

109 State and Trustee of the Public Tidelands Trust, and the City of

110 Bay Saint Louis, Mississippi, in the Circuit Court of Hancock

111 County, Mississippi, Cause No. 13-0397...........................

112 ..............................................$  443,600.00.

113     (f) Settlement between the United States Environmental

114 Protection Agency and the State of Mississippi; Chemfax Inc.,

115 Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

116 ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

117 Agreement for the Recovery of Response Costs, Docket No.

118 CERCLA-04-2014-3756..............................$   120.00.

119     (g) Charlton Depriest, et al, v. Walnut Grove Correctional

120 Authority, et al.................................$  544,281.00.

121     (h) Big House Books, Charles Owens and Jess Green v. Pelicia

122 Hall, Commissioner of the Mississippi Department of Corrections;

123 Mississippi Department of Corrections; Jacquelyn Banks,

124    Superintendent of the South Mississippi Correctional Institution;

125    South Mississippi Correctional Institution........$    6,000.00.

126        (i) Jackson Women's Health Organization, et al v. Mary

127    Currier, M.D., M.P.H., et al; in the United States District Court,

128    Southern District of Mississippi, Northern Division, Civil Action

129    No. 3:12-CV-436-DPJ-FKB...........................$    763,237.00.

130        (j) Kim Collins v. Trooper Matthew Hood; in the United States

131    District of Mississippi, Aberdeen Division, Civil Action No.

132    1:16-cv-00007-GHD-DAS............................$    150,000.00.

133        (k) Troupe v. Barbour, Consolidated with United States v.

134    Mississippi, United States District Court for the Southern

135    District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

136    ..............................................$    1,040,676.00.

137        (l) Troupe v. Barbour, Consolidated with United States v.

138    Mississippi, United States District Court for the Southern

139    District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

140    ..............................................$    205,000.00.

141        (m) Kennedy Brewer v. State of Mississippi, Circuit Court of

142    Noxubee County, Mississippi, Claimant No. 2009-0099..............

143    ..............................................$    50,000.00.

144        (n) Levon Brooks Estate v. State of Mississippi, Circuit

145    Court of Noxubee County, Mississippi, Claimant No. 2009-0098......

146    ..............................................$    50,000.00.

147        (o) Arthur Johnson v. State of Mississippi, Circuit Court of

148    Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........

149 .............................................$  50,000.00.

150      (p) Cedric Willis v. State of Mississippi, Circuit Court of

151 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

152 .............................................$  50,000.00.

153      (q) Larry Ruffin Estate v. State of Mississippi, Circuit

154 Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

155 .............................................$  50,000.00.

156      (r) Phillip Leo Bivens Estate v. State of Mississippi,

157 Circuit Court of Forrest County, Mississippi, Claimant No.

158 CI-11-0240......................................$  25,000.00.

159      (s) Bobby Ray Dixon Estate v. State of Mississippi, Circuit

160 Court of Forrest County, Mississippi, Claimant No. CI-11-0239.....

161 .............................................$  25,000.00.

162      (t) Jimmie Bass v. State of Mississippi, Circuit Court of

163 Bolivar County, Mississippi, Claimant No. 2011-0009..............

164 .............................................$  50,000.00.

165      (u) Rolland Glen Anderson v. State of Mississippi, Circuit

166 Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

167 .............................................$  50,000.00.

168      (v) Jamar Amin Moore v. State of Mississippi, in the Circuit

169 Court of Coahoma County, Mississippi; Civil Action No.

170 14-CI-13-0011...................................$  32,192.00.

171      (w) Jason Hall v. State of Mississippi, in the Circuit Court

172 of Forrest County, Mississippi; Cause No. CI 14-0014.............

173 .............................................$  26,507.00.

174    **SECTION 8.**  In addition to all other sums herein
175  appropriated, the following sum, or so much thereof as may be
176  necessary, is appropriated out of any money to the credit of the
177  Capital Expense Fund, and allocated in a manner as determined by
178  the Treasurer's Office, to defray the expenses of paying for
179  certain outside legal assistance, expert witness fees, court fees,
180  judgments and settlement agreements incurred by the Office of the
181  Attorney General for the period beginning upon passage of this act
182  and through June 30, 2020.........................$  650,000.00.
183      Joseph Thomas et al. v. Phil Bryant et al, in the United
184  States Court for the Southern District of Mississippi, Northern
185  Division, Civil Action No. 3:18-CV-441-CWR-FKB.....$  650,000.00.
186    **SECTION 9.**  In addition to all other sums herein
187  appropriated, the following sum, or so much thereof as may be
188  necessary, is appropriated out of any money to the credit of the
189  Capital Expense Fund, and allocated in a manner as determined by
190  the Treasurer's Office to defray the expenses of the Mississippi
191  Emergency Management Agency – Disaster Assistance Trust Fund for
192  the period beginning upon passage of this act and ending June 30,
193  2020.........................................$  10,241,238.00.
194      This additional appropriation is made for the purpose of
195  supporting the agency disaster assistance and response to
196  emergencies.
197    **SECTION 10.**  In addition to all other sums herein
198  appropriated, the following sum, or so much thereof as may be

199 necessary, is appropriated out of any money to the credit of the

200 Capital Expense Fund, and allocated in a manner as determined by

201 the Treasurer's Office to defray the expenses of the Mississippi

202 Department of Finance and Administration for the period beginning

203 upon passage of this act and ending June 30, 2020.................

204 .............................................$   2,500,000.00.

205    This additional appropriation is made for the purpose of

206 supporting Mississippi Law Enforcement Officer's Training Academy

207 improvements.

208    **SECTION 11.**  In addition to all other sums herein

209 appropriated, the following sum, or so much thereof as may be

210 necessary, is appropriated out of any money to the credit of the

211 Mississippi Department of Corrections, and allocated in a manner

212 as determined by the Treasurer's Office to defray the expenses of

213 the Mississippi Department of Corrections for the period beginning

214 upon passage of this act and ending June 30, 2019.................

215 .............................................$   7,629,362.00.

216    This additional appropriation is for the purpose of paying

217 medical costs incurred during Fiscal Year 2019.

218    **SECTION 12.**  In addition to all other sums herein

219 appropriated, the following sum, or so much thereof as may be

220 necessary, is appropriated out of any money to the credit of the

221 Mississippi Department of Marine Resources, and allocated in a

222 manner as determined by the Treasurer's Office to defray the

223  expenses of the Department of Marine Resources for the period

224  beginning upon passage of this act and ending June 30, 2019.......

225  ...........................................$  5,000,000.00.

226      This additional appropriation is for the purpose of funding

227  projects under the Gulf of Mexico Energy Security Act.

228      **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Mississippi Department of Marine Resources, and allocated in a

232  manner as determined by the Treasurer's Office to defray the

233  expenses of the Department of Marine Resources for the period

234  beginning upon passage of this act and ending June 30, 2019.......

235  ...........................................$  470,924.00.

236      (a) City of Long Beach for prior year expenses for Tidelands

237          projects FY15-P501-06L.......................$  295,739.00.

238      (b) City of Long Beach for prior expenses for Tidelands

239          projects FY16-P613-01L.......................$  175,185.00.

240      **SECTION 14.**  In addition to all other sums herein

241  appropriated, the following sum, or so much thereof as may be

242  necessary, is appropriated out of any money to the credit of the

243  Department of Audit and allocated in a manner as determined by the

244  Treasurer's Office to defray the expenses of the Department of

245  Audit for the period beginning upon passage of this act and ending

246  June 30, 2019......................................$  500,000.00.

247    This additional appropriation is for the purpose of
248 continuing expenses at the Agency with regard to performing audits
249 throughout the state.
250    **SECTION 15.**  In addition to all other sums herein
251 appropriated, the following sum, or so much thereof as may be
252 necessary, is appropriated out of any money to the credit of the
253 Department of Finance and Administration, and allocated in a
254 manner as determined by the Treasurer's Office to defray the
255 expenses of the Department of Finance and Administration for the
256 period beginning upon passage of this act and through June 30,
257 2020...........................................$   1,423,599.00.
258    This additional appropriation is made for the purpose of
259 purchasing property insurance on state property as required by the
260 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
261 206.253.
262    **SECTION 16.**  In addition to all other sums herein
263 appropriated, the following sum, or so much thereof as may be
264 necessary, is appropriated out of any money to the credit of the
265 Department of Revenue, and allocated in a manner as determined by
266 the Treasurer's Office to defray the expenses of the Department of
267 Revenue for the period beginning upon passage of this act and
268 ending June 30, 2019................................$   3,551.00.
269    This additional appropriation is made for the purpose of
270 paying for a prior year invoice from Fiscal Year 2016.

H. B. No. 1667    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖     **~ OFFICIAL ~**
19/HR31/ANAP2SG
PAGE 11 (LAR\JAB)

271    **SECTION 17.**  In addition to all other sums herein

272  appropriated, the following sum, or so much thereof as may be

273  necessary, is appropriated out of any money to the credit of the

274  Board of Animal Health, and allocated in a manner as determined by

275  the Treasurer's Office to defray the expenses of the Board of

276  Animal Health for the period beginning upon passage of this act

277  and ending June 30, 2019...........................$   2,435.00.

278      This additional appropriation is made for the purpose of

279  paying for a prior year invoice from Fiscal Year 2017.

280    **SECTION 18.**  In addition to all other sums herein

281  appropriated, the following sum, or so much thereof as may be

282  necessary, is appropriated out of any money to the credit of the

283  Board of Medical Licensure, and allocated in a manner as

284  determined by the Treasurer's Office to defray the expenses of the

285  Board of Medical Licensure for the period beginning upon passage

286  of this act and ending June 30, 2019..............$   240,000.00.

287      This additional appropriation is for operations of the agency

288  and the purchase of a new licensing system.

289    **SECTION 19.**  In addition to all other sums herein

290  appropriated, the following sum, or so much thereof as may be

291  necessary, is appropriated out of any money to the credit of the

292  Institutions of Higher Learning – Office of Student Financial Aid,

293  and allocated in a manner as determined by the Treasurer's Office

294  to defray the expenses of the Office of Student Financial Aid for

Exhibit A - Page 118

```
295   the period beginning upon passage of this act and through June 30,

296   2020.........................................$   1,500,000.00.

297       SECTION 20.  This act shall take effect and be in force from

298   and after its passage.
```

H. B. No. 1667
19/HR31/ANAP2SG
PAGE 13 (LAR\JAB)

~ OFFICIAL ~

ST:  Appropriation; additional for various state
agencies for Fiscal Year 2019.