MISSISSIPPI LEGISLATURE                REGULAR SESSION 2008

By: Senator(s) Nunnelee, Dearing        To: Appropriations


SENATE BILL NO. 3051
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF STATE GENERAL
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE MISSISSIPPI
3  DEPARTMENT OF MENTAL HEALTH FOR FISCAL YEAR 2008, GOVERNOR'S
4  OFFICE - DIVISION OF MEDICAID FOR PRIOR YEARS AND FISCAL YEARS
5  2008 AND 2009, THE MISSISSIPPI DEPARTMENT OF FINANCE AND
6  ADMINISTRATION FOR FISCAL YEARS 2008 AND 2009, THE MISSISSIPPI
7  SUPREME COURT - TRIAL JUDGES FOR FISCAL YEARS 2008 AND 2009, THE
8  MISSISSIPPI SUPREME COURT, ADMINISTRATIVE OFFICE OF COURTS FOR
9  FISCAL YEAR 2008, PAYING BONDS AND INTEREST ON THE FULL FAITH AND
10  CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2008, THE
11  DEPARTMENT OF CORRECTIONS FOR PRIOR YEARS AND FISCAL YEAR 2008,
12  THE OFFICE OF THE STATE AUDITOR FOR FISCAL YEARS 2008 AND 2009,
13  THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER - SCHOOL OF DENTISTRY
14  FOR FISCAL YEAR 2008, THE OFFICE OF THE ATTORNEY GENERAL FOR
15  CERTAIN LEGAL EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR
16  2008, THE GOVERNOR'S OFFICE AND STAFF FOR FISCAL YEAR 2008, THE
17  MISSISSIPPI OIL AND GAS BOARD FOR FISCAL YEAR 2008, THE
18  MISSISSIPPI BOARD OF LICENSURE FOR PROFESSIONAL ENGINEERS AND
19  SURVEYORS FOR FISCAL YEAR 2008, THE MISSISSIPPI STATE BOARD OF
20  CONTRACTORS FOR FISCAL YEAR 2008, THE MISSISSIPPI COMMISSION ON
21  JUDICIAL PERFORMANCE FOR FISCAL YEAR 2008, AND THE MISSISSIPPI
22  OFFICE OF CAPITAL POST - CONVICTION COUNSEL FOR FISCAL YEAR 2008
23  AND FOR RELATED PURPOSES.

24    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

25    **SECTION 1.**  In addition to all other sums herein

26  appropriated, the following sum, or so much thereof as may be

27  necessary, is appropriated out of any money in the State General

28  Fund not otherwise appropriated, to defray the expenses of the

29  Mississippi Department of Mental Health, for the purpose of

30  providing Medicaid matching funds at community mental health

31  centers, for the fiscal year ending June 30, 2008

32  ..............................................$ 10,000,000.00.

33    **SECTION 2.**  In addition to all other sums herein

34  appropriated, the following sum, or so much thereof as may be

35  necessary, is appropriated out of any money in the State Treasury

36  to the credit of the Mississippi Department of Mental Health, for

Exhibit A - Page 1

37  the purpose of defraying the expenses of the department for the

38  fiscal year ending June 30, 2008..................$ 40,121,000.00.

39          The funds provided in this section are allocated as follows:

40              Mississippi State Hospital.................$9,831,000.00

41              Boswell Regional Center....................$5,780,000.00

42              East Mississippi State Hospital............$1,337,000.00

43              Ellisville State School....................$8,296,000.00

44              Hudspeth Regional Center...................$6,400,000.00

45              North Mississippi Regional Center..........$3,556,000.00

46              Specialized Treatment Facility.............$  575,000.00

47              South Mississippi Regional Center..........$4,346,000.00

48      **SECTION 3.**  In addition to all other sums heretofore

49  appropriated, the following sum, or so much thereof as may be

50  necessary, is hereby appropriated out of any money in the Budget

51  Contingency Fund created in Section 27-103-301, Mississippi Code

52  of 1972, not otherwise appropriated, to the Governor's Office -

53  Division of Medicaid, for the purpose of funding the medical and

54  administrative services provided by the division for the period

55  beginning upon passage and through the fiscal year ending

56  June 30, 2008....................................$ 71,800,000.00.

57          Of the funds appropriated in this section, the Division of

58  Medicaid is authorized to pay prior year invoices for Fiscal Year

59  2005 in an amount not to exceed Eighty-eight Thousand Three

60  Hundred Forty-six Dollars and Forty-six Cents ($88,346.46).

61      **SECTION 4.**  In addition to all other sums heretofore

62  appropriated, the following sum, or so much thereof as may be

63  necessary, is hereby appropriated out of any money in the State

64  Treasury to the credit of the Governor's Office - Division of

65  Medicaid, for the purpose of providing the authority to expend any

66  matching Medicaid funds that become available for a period

67  beginning upon passage and through the fiscal year ending

68  June 30, 2008....................................$287,200,000.00.

69    **SECTION 5.**  In addition to all other sums herein
70    appropriated, the following sum, or so much thereof as may be
71    necessary, is appropriated out of any money in the State General
72    Fund not otherwise appropriated, to defray the expenses of the
73    Governor's Office - Division of Medicaid, for the purpose of
74    funding a temporary program to provide nonemergency transportation
75    to locations for necessary dialysis services for end-stage renal
76    disease patients who are sixty-five (65) years of age or older or
77    are disabled as determined under Section 1614(a)(3) of the federal
78    Social Security Act, as amended, whose income did not exceed one
79    hundred thirty-five percent (135%) of the nonfarm official poverty
80    level as defined by the Office of Management and Budget, and whose
81    eligibility was covered under the former category of eligibility
82    known as PLADS (Poverty Level Aged and Disabled), for the period
83    beginning upon passage of this act and through the fiscal year
84    ending June 30, 2009.............................$  2,252,760.00.

85    **SECTION 6.**  In addition to all other sums heretofore
86    appropriated, the following sum, or so much thereof as may be
87    necessary, is hereby appropriated out of any money in the Budget
88    Contingency Fund created in Section 27-103-301, Mississippi Code
89    of 1972, not otherwise appropriated to the Department of Finance
90    and Administration, for the purpose of repaying the federal
91    government for its share of funds transferred by the State to the
92    Budget Contingency Fund in previous fiscal years from certain
93    self-insurance and internal service funds for the period beginning
94    upon passage and through the fiscal year ending June 30, 2008.....
95    ................................................$  1,638,104.00.

96    **SECTION 7.**  In addition to all other sums heretofore
97    appropriated, the following sum, or so much thereof as may be
98    necessary, is hereby appropriated out of any money in the State
99    General Fund not otherwise appropriated to the Department of
100   Finance and Administration, for the purpose of purchasing property
101   insurance on state property as required by the Stafford Act,

S. B. No. 3051    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
08/SS26/ANAP4SG
PAGE 3

102  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

103  House Bill No. 4, Fifth Extraordinary Session of 2005, for the

104  period beginning upon passage and through the fiscal year ending

105  June 30, 2009....................................$  3,500,000.00.

106      **SECTION 8.**  In addition to all other sums heretofore

107  appropriated, the following sum, or so much thereof as may be

108  necessary, is hereby appropriated out of any money in the State

109  General Fund not otherwise appropriated to the Department of

110  Finance and Administration, for the purpose of funding six (6) new

111  Assistant District Attorneys, two (2) new Criminal Investigators

112  and unused personal leave payments for the period beginning upon

113  passage and through the fiscal year ending June 30, 2008..........

114  ................................................$  1,247,808.00.

115      **SECTION 9.**  In addition to all other sums heretofore

116  appropriated, the following sum, or so much thereof as may be

117  necessary, is hereby appropriated out of any money in the State

118  General Fund not otherwise appropriated to the Mississippi Supreme

119  Court, for the purpose of funding five (5) new trial judges and

120  associated staff and the expense of special judges used in the

121  litigation of insurance claims related to Hurricane Katrina for

122  the period beginning upon passage and through the fiscal year

123  ending June 30, 2009.............................$    912,600.00.

124      **SECTION 10.**  In addition to all other sums heretofore

125  appropriated, the following sum, or so much thereof as may be

126  necessary, is hereby appropriated out of any money in the State

127  General Fund not otherwise appropriated to the Mississippi Supreme

128  Court, Administrative Office of Courts, for the purpose of

129  continued funding for a research statistician position for the

130  period beginning upon passage and through the fiscal year ending

131  June 30, 2008....................................$     57,000.00.

132      **SECTION 11.**  In addition to all other sums heretofore

133  appropriated, the following sum, or so much thereof as may be

134  necessary, is hereby appropriated out of any money in the State

135  Treasury to the credit of the Mississippi Supreme Court,

136  Administrative Office of Courts, for the purpose of allowing the

137  expenditure of additional funds received by the Drug Court Fund

138  for the period beginning upon passage and through the fiscal year

139  ending June 30, 2008...........................$   2,500,000.00.

140      **SECTION 12.**  In addition to all other sums heretofore

141  appropriated, the following sum, or so much thereof as may be

142  necessary, is hereby appropriated out of any money in the State

143  General Fund not otherwise appropriated, for the purpose of paying

144  bonds and interest on the full faith and credit bonds of the State

145  of Mississippi for the period beginning upon passage of this act

146  and through the fiscal year ending June 30, 2008..................

147  ..............................................$   34,000,000.00.

148      **SECTION 13.**  In addition to all other sums heretofore

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is hereby appropriated out of any money in the State

151  General Fund not otherwise appropriated to the Department of

152  Corrections, for the purpose of funding the Local Confinement,

153  Medical Services and the Support programs for the period beginning

154  upon passage and through the fiscal year ending June 30, 2008.....

155  ..............................................$   19,933,092.00.

156      The funds provided in this section are allocated as follows:

157          Local Confinement..........................$7,328,781.00

158          Medical Services...........................$7,609,956.00

159          Support....................................$4,994,355.00

160      Of the funds appropriated in this section, the Mississippi

161  Department of Corrections is authorized to pay prior year invoices

162  for Fiscal Year 2007 in an amount not to exceed Four Million Four

163  Hundred Twenty-six Thousand Seven Hundred Sixty-three Dollars

164  ($4,426,763.00).

165      **SECTION 14.**  In addition to all other sums heretofore

166  appropriated, the following sum, or so much thereof as may be

167  necessary, is hereby appropriated out of any money in the Budget

168  Contingency Fund created in Section 27-103-301, Mississippi Code
169  of 1972, not otherwise appropriated to the Office of the State
170  Auditor, for the purpose of defraying the cost of litigation for
171  the period beginning upon passage and through the fiscal year
172  ending June 30, 2009...........................$    180,000.00.
173       **SECTION 15.**  In addition to all other sums heretofore
174  appropriated, the following sum, or so much thereof as may be
175  necessary, is hereby appropriated out of any money in the Budget
176  Contingency Fund created in Section 27-103-301, Mississippi Code
177  of 1972, not otherwise appropriated to the University of
178  Mississippi Medical Center for the purpose of defraying the cost
179  of construction, replacing equipment and supplies due to a fire at
180  the School of Dentistry Biomedical Materials Science Laboratory
181  for the period beginning upon passage and through the fiscal year
182  ending June 30, 2008...........................$   1,500,000.00.
183       **SECTION 16.**  In addition to all other sums heretofore
184  appropriated, the following sum, or so much thereof as may be
185  necessary, is hereby appropriated out of any money in the State
186  General Fund not otherwise appropriated for the purpose of paying
187  for certain outside legal assistance, expert witness fees, court
188  fees, judgments and settlement agreements incurred by the Office
189  of the Attorney General for the period beginning upon passage and
190  through the fiscal year ending June 30, 2008....$    233,286.00.
191       **SECTION 17.**  In addition to all other sums heretofore
192  appropriated, the following sum, or so much thereof as may be
193  necessary, is hereby appropriated out of any money in the Budget
194  Contingency Fund created in Section 27-103-301, Mississippi Code
195  1972, not otherwise appropriated for the purpose of paying for
196  certain outside legal assistance, expert witness fees, court fees,
197  judgments and settlement agreements incurred by the Office of the
198  Attorney General for the period beginning upon passage and through
199  the fiscal year ending June 30, 2008............$   8,485,939.00.

Exhibit A - Page 6

200   **SECTION 18.**  Of the funds provided in Sections 16 and 17, the
201 following amounts are provided:

202    (a)  Olivia Y., et al v. Haley Barbour, as Governor;
203 Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
204 Director of the Division of Family and Children's Services and the
205 Department of Human Services, United States District Court for the
206 Southern District of Mississippi, Jackson Division, Cause No.
207 3:04cv251(L)(N)...................................$   937,000.00.

208    (b)  Severance Tax Recovery - Pursue Energy Corporation,
209 Case No. 02-05339-JEE-11...........................$ 1,654,777.00.

210    (c)  Brown and Williamson/Ligget Tobacco Settlement
211 Payments..........................................$     7,225.00.

212    (d)  Sixteenth Section Land Litigation...$     5,349.00.

213    (e)  Jean Boudreaux and the victims of the flood on
214 April 6, 1983, of the Tangipahoa River Number 71408 Div. "D" -
215 21st JDC, Parish of Tangipahoa.....................$       152.00.

216    (f)  State of MS. ex rel. Attorney General Jim Hood on
217 behalf of Mississippi Land Water and Resources Board and
218 Mississippi Development Authority vs. Facility Construction
219 Management Inc. and Facility Holding Corp..........$   250,000.00.

220    (g)  Albert Brown vs. Mississippi Department
221 of Health.........................................$   205,165.00.

222    (h)  Pam Knight vs. Mississippi Department of
223 Public Safety.....................................$   154,411.00.

224    (i)  Larry Taylor vs. Mississippi Tax
225 Commission........................................$    76,088.00.

226    (j)  Jeffery Presley et al vs. Christopher Epps,
227 et al.............................................$   350,000.00.

228    (k)  Anthony Duncan vs. Billy Dillon,
229 et al.............................................$       500.00.

230    (l)  Emily Parker and Shea Rushing vs. Ricky Quinn dba
231 The Prescription Shoppe and Greg Quinn dba B & R Pharmacy and Jeff

232  Palmer, individually and as a former agent of the Bureau of

233  Narcotics.......................................$   15,000.00.

234        (m)   Olivia Y., et al v. Haley Barbour, as Governor;

235  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

236  Director of the Division of Family and Children's Services and the

237  Department of Human Services, United States District Court for the

238  Southern District of Mississippi, Jackson Division, Cause No.

239  3:04cv251(L)(N), Plaintiff Attorneys - Children's Rights,

240  Inc.............................................$ 4,863,558.00.

241        (n)   Chamber of Commerce of United States of America v.

242  Attorney General Michael Moore and Secretary of State

243  Eric Clark......................................$   200,000.00.

244     **SECTION 19.**  In addition to all other sums heretofore

245  appropriated, the following sum, or so much thereof as may be

246  necessary, is hereby appropriated out of any money in the Budget

247  Contingency Fund, created in Section 27-103-301, Mississippi Code

248  of 1972, not otherwise appropriated, to the Governor's Office and

249  Staff for the purpose of defraying extraordinary legal expenses

250  for a period beginning upon passage and through the fiscal year

251  ending June 30, 2008...........................$   120,000.00.

252     **SECTION 20.**  In addition to all other sums heretofore

253  appropriated, the following sum, or so much thereof as may be

254  necessary, is hereby appropriated out of any money in the State

255  Treasury to the credit of the Mississippi State Oil and Gas Board,

256  for the purpose of continuing the implementation of a

257  comprehensive data management computerization program for the

258  period beginning upon passage and through the fiscal year ending

259  June 30, 2008..................................$   328,834.00.

260     **SECTION 21.**  In addition to all other sums heretofore

261  appropriated, the following sum, or so much thereof as may be

262  necessary, is hereby appropriated out of any money in the State

263  Treasury to the credit of the Mississippi Board of Licensure for

264  Professional Engineers and Surveyors, for the purpose of defraying

265   the implementation of an online licensure renewal system for the

266   period beginning upon passage and through the fiscal year ending

267   June 30, 2008...................................$   25,000.00.

268        **SECTION 22.**  In addition to all other sums heretofore

269   appropriated, the following sum, or so much thereof as may be

270   necessary, is hereby appropriated out of any money in the State

271   Treasury to the credit of the Mississippi State Board of

272   Contractors, for the purpose of defraying legal fees incurred for

273   conducting additional hearings for the period beginning upon

274   passage and through the fiscal year ending June 30, 2008..........

275   ..............................................$   50,000.00.

276        **SECTION 23.**  In addition to all other sums heretofore

277   appropriated, the following sum, or so much thereof as may be

278   necessary, is hereby appropriated out of any money in the State

279   Treasury to the credit of the Mississippi Commission on Judicial

280   Performance for the purpose of defraying the expense of a new

281   investigator and disciplinary hearings for the period beginning

282   upon passage and through the fiscal year ending June 30, 2008.....

283   ..............................................$   20,000.00.

284        **SECTION 24.**  In addition to all other sums heretofore

285   appropriated, the following sum, or so much thereof as may be

286   necessary, is hereby appropriated out of any money in the State

287   Treasury to the credit of the Mississippi Office of Capital

288   Post-Conviction Counsel for the purpose of defraying the expense

289   of an additional attorney to prevent a backlog of cases for the

290   period beginning upon passage and through the fiscal year ending

291   June 30, 2008...................................$   49,000.00.

292        **SECTION 25.**  The money herein appropriated shall be paid by

293   the State Treasurer out of any money in the proper fund or funds

294   as set forth in this act, upon warrants issued by the State Fiscal

295   Officer; and the State Fiscal Officer shall issue his warrants

296   upon requisitions signed by the proper person, officer or officers

297   in the manner provided by law.

298     **SECTION 26.**  This act shall take effect and be in force from

299 and after its passage and through the fiscal year ending June 30,

300 2008, except for Sections 5, 7, 9 and 14 which shall take effect

301 and be in force beginning upon passage of this act and through the

302 fiscal year ending June 30, 2009.

S. B. No. 3051
08/SS26/ANAP4SG
PAGE 10

ST:  Appropriation; State Government Agencies
General and Special Fund; Additional FY 2008.

MISSISSIPPI LEGISLATURE                      REGULAR SESSION 2009

By:  Representative Stringer               To:  Appropriations

HOUSE BILL NO. 1702
(As Sent to Governor)

1   AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2   BUDGET CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE
3   EXPENSES OF THE MISSISSIPPI DEPARTMENT OF MENTAL HEALTH FOR FISCAL
4   YEAR 2009, THE STATE TAX COMMISSION FOR FISCAL YEAR 2009, THE
5   MISSISSIPPI DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
6   YEARS 2009 AND 2010, THE MISSISSIPPI SUPREME COURT - TRIAL JUDGES
7   FOR FISCAL YEAR 2009, PAYING BONDS AND INTEREST ON THE FULL FAITH
8   AND CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2009,
9   THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
10  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2009; GOVERNOR'S OFFICE
11  - DIVISION OF MEDICAID FOR FISCAL YEAR 2009, STATE BOARD OF
12  COSMETOLOGY FOR FISCAL YEAR 2009, THE MISSISSIPPI COMMISSION ON
13  JUDICIAL PERFORMANCE FOR FISCAL YEAR 2009, AND THE PAT HARRISON
14  WATERWAY DISTRICT FOR FISCAL YEAR 2009; AND FOR RELATED PURPOSES.

15      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16      **SECTION 1.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money in the Budget

19  Contingency Fund created in Section 27-103-301, Mississippi Code

20  of 1972, not otherwise appropriated, to defray the expenses of the

21  Mississippi Department of Mental Health, for the purpose of

22  providing Medicaid matching funds at community mental health

23  centers, for the period beginning upon passage and through the

24  fiscal year ending June 30, 2009..................$ 10,000,000.00.

25      **SECTION 2.**  In addition to all other sums herein

26  appropriated, the following sum, or so much thereof as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of Fund No. 3362, 339A, 339B, 339C, 3365, 3338, 3394

29  and 339D, not otherwise appropriated, to defray the expenses of

30  the Mississippi Department of Mental Health, for the purpose of

31  providing Medicaid matching funds for the North Mississippi

32  Regional Center for the period beginning upon passage and through

33  the fiscal year ending June 30, 2009..............................

34  ...............................................$  2,280,469.00.

35      **SECTION 3.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money in the State General

38  Fund, not otherwise appropriated, to the State Tax Commission to

39  be transferred to the Ad Valorem Tag Reduction Fund to provide

40  funding for the Legislative Tag Credit for the period beginning

41  upon passage and through the fiscal year ending June 30, 2009.....

42  ...............................................$ 25,000,000.00.

43      If House Bill No. 364 of the 2009 Regular Legislative Session

44  is not enacted, none of the funds appropriated in this section

45  shall be expended.

46      **SECTION 4.**  In addition to all other sums heretofore

47  appropriated, the following sum, or so much thereof as may be

48  necessary, is hereby appropriated out of any money in the Budget

49  Contingency Fund created in Section 27-103-301, Mississippi Code

50  of 1972, not otherwise appropriated, to the Department of Finance

51  and Administration, for the purpose of repaying the federal

52  government for its share of funds transferred by the state to the

53  Budget Contingency Fund in previous fiscal years from certain

54  self-insurance and internal service funds for the period beginning

55  upon passage and through the fiscal year ending June 30, 2010.....

56  ...............................................$  1,480,843.00.

57      **SECTION 5.**  In addition to all other sums heretofore

58  appropriated, the following sum, or so much thereof as may be

59  necessary, is hereby appropriated out of any money in the Budget

60  Contingency Fund created in Section 27-103-301, Mississippi Code

61  of 1972, not otherwise appropriated, to the Department of Finance

62  and Administration, for the purpose of purchasing property

63  insurance on state property as required by the Stafford Act,

64  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

65  House Bill No. 4, Fifth Extraordinary Session of 2005, for the

66  period beginning upon passage and through the fiscal year ending

67  June 30, 2010....................................$  8,500,000.00.

68      **SECTION 6.**  In addition to all other sums heretofore

69  appropriated, the following sum, or so much thereof as may be

70  necessary, is hereby appropriated out of any money in the Budget

71  Contingency Fund created in Section 27-103-301, Mississippi Code

72  of 1972, not otherwise appropriated, to the Mississippi Supreme

73  Court, for the purpose of preventing a deficit that would

74  otherwise occur for support of the trial judges for the period

75  beginning upon passage and through the fiscal year ending

76  June 30, 2009....................................$   400,000.00.

77      **SECTION 7.**  In addition to all other sums heretofore

78  appropriated, the following sum, or so much thereof as may be

79  necessary, is hereby appropriated out of any money in the Budget

80  Contingency Fund created in Section 27-103-301, Mississippi Code

81  of 1972, not otherwise appropriated, for the purpose of paying

82  bonds and interest on the full faith and credit bonds of the State

83  of Mississippi for the period beginning upon passage and through

84  the fiscal year ending June 30, 2009.............................

85  ................................................$  7,000,000.00.

86      **SECTION 8.**  In addition to all other sums heretofore

87  appropriated, the following sum, or so much thereof as may be

88  necessary, is hereby appropriated out of any money in the Budget

89  Contingency Fund created in Section 27-103-301, Mississippi Code

90  of 1972, not otherwise appropriated, for the purpose of paying for

91  certain outside legal assistance, expert witness fees, court fees,

92  judgments and settlement agreements incurred by the Office of the

93  Attorney General for the period beginning upon passage and through

94  the fiscal year ending June 30, 2009.............................

95  ................................................$  1,240,000.00.

96      **SECTION 9.**  Of the funds provided in Section 8, the following

97  amounts are provided:

```
 98            (a)  Olivia Y., et al v. Haley Barbour, as Governor;
 99  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
100  Director of the Division of Family and Children's Services and the
101  Department of Human Services, United States District Court for the
102  Southern District of Mississippi, Jackson Division, Cause No.
103  3:04cv251(L)(N)...................................$   945,000.00.
104            (b)  Mattie T. et al v. Henry Johnson et al, United
105  States District Court for the Northern District of Mississippi,
106  Delta Division, Civil Action No. DC 75-31-S.......................
107  ...............................................$   144,000.00.
108            (c)  State of Mississippi, ex rel. Attorney General Jim
109  Hood, on behalf of Mississippi Land Water and Resources Board and
110  Mississippi Development Authority v. Facility Construction
111  Management Inc. and Facility Holding Corp.........$   151,000.00.
112       SECTION 10.  In addition to all other sums heretofore
113  appropriated, the following sum, or so much thereof as may be
114  necessary, is hereby appropriated out of any money in the State
115  Treasury to the credit of the Governor's Office - Division of
116  Medicaid, for the purpose of providing the authority to expend any
117  matching federal Medicaid funds that become available for the
118  period beginning upon passage and through the fiscal year ending
119  June 30, 2009...................................$516,000,000.00.
120       SECTION 11.  In addition to all other sums heretofore
121  appropriated, the following sum, or so much thereof as may be
122  necessary, is hereby appropriated out of any money in the State
123  Treasury to the credit of the State Board of Cosmetology, for the
124  purpose of defraying expenses in travel, postage and rent for the
125  period beginning upon passage and through the fiscal year ending
126  June 30, 2009...................................$    56,763.00.
127       SECTION 12.  In addition to all other sums heretofore
128  appropriated, the following sum, or so much thereof as may be
129  necessary, is hereby appropriated out of any money in the State
130  Treasury to the credit of the Mississippi Commission on Judicial
```

131    Performance for the purpose of paying unpaid terminal personnel
132    leave and to restore budget reductions to allow for judicial
133    disciplinary hearings for the period beginning upon passage and
134    through the fiscal year ending June 30, 2009......................
135    ..............................................$    25,000.00.
136        **SECTION 13.**  In addition to all other sums heretofore
137    appropriated, the following sum, or so much thereof as may be
138    necessary, is hereby appropriated out of any money in the State
139    Treasury to the credit of the Pat Harrison Waterway District for
140    the purpose of defraying the principal and interest expenses on
141    the Okatibbee Lake Dam for the period beginning upon passage and
142    through the fiscal year ending June 30, 2009......................
143    ..............................................$    50,000.00.
144        **SECTION 14.**  The money herein appropriated shall be paid by
145    the State Treasurer out of any money in the proper fund or funds
146    as set forth in this act, upon warrants issued by the State Fiscal
147    Officer; and the State Fiscal Officer shall issue his warrants
148    upon requisitions signed by the proper person, officer or officers
149    in the manner provided by law.
150        **SECTION 15.**  This act shall take effect and be in force from
151    and after its passage and through the fiscal year ending June 30,
152    2009, except for Sections 4 and 5 which shall take effect and be
153    in force beginning upon passage of this act and through the fiscal
154    year ending June 30, 2010.

H. B. No. 1702          |||||||||||||||||||||||||||||||||||
09/HR03/ANAP7SG         ST:  Appropriation; state government agencies;
PAGE 5 (RM\ST/)         additional for FY2009 and 2010.

Exhibit A - Page 15

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2011

By: Senator(s) Davis                       To:  Appropriations

SENATE BILL NO. 3085
(As Sent to Governor)

```
 1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2  CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3  OF THE DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR
 4  FISCAL YEAR 2011; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR
 5  STATE PROPERTY INSURANCE FOR FISCAL YEARS 2011 AND 2012; THE
 6  OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 7  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2011; THE DEPARTMENT OF
 8  HUMAN SERVICES FOR THE DIVISION OF FAMILY AND CHILDREN'S SERVICES
 9  FOR FISCAL YEAR 2011; THE JOINT COMMITTEE ON COMPILATION, REVISION
10  AND PUBLICATION OF LEGISLATION FOR FISCAL YEAR 2011; THE BOARD OF
11  NURSING FOR FISCAL YEAR 2011; STATE FIRE ACADEMY FOR FISCAL YEAR
12  2011; THE DEPARTMENT OF REVENUE FOR HIRING TEMPORARY EMPLOYEES;
13  AND THE BOARD OF EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS
14  FOR CERTAIN EXPENSES FOR FISCAL YEAR 2011; AND FOR RELATED
15  PURPOSES.
```

16       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

17       **SECTION 1.**  In addition to all other sums heretofore

18  appropriated, the following sum, or so much thereof as may be

19  necessary, is hereby appropriated out of any money in the Budget

20  Contingency Fund created in Section 27-103-301, Mississippi Code

21  of 1972, not otherwise appropriated, to the district attorneys,

22  assistant district attorneys and criminal investigators for the

23  purpose of defraying salary, terminal leave and tort claims

24  assessment for the fiscal year ending June 30, 2011..........

25  ..............................................$   430,590.00.

26       **SECTION 2.**  In addition to all other sums heretofore

27  appropriated, the following sum or so much thereof as may be

28  necessary, is hereby appropriated out of any money in the State

29  Treasury to the credit of district attorneys, assistant district

30  attorneys and criminal investigators for the purpose of defraying

31  salary, terminal leave and tort claims assessment for the

32  fiscal year ending June 30, 2011.................$   283,258.00.

33      **SECTION 3.**  In addition to all other sums heretofore
34  appropriated, the following sum, or so much thereof as may be
35  necessary, is hereby appropriated out of any money in the Budget
36  Contingency Fund created in Section 27-103-301, Mississippi Code
37  of 1972, not otherwise appropriated, to the Department of Finance
38  and Administration, for the purpose of purchasing property
39  insurance on state property as required by the Stafford Act,
40  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and
41  House Bill No. 4, Fifth Extraordinary Session of 2005, for the
42  period beginning upon passage and through the fiscal year ending
43  June 30, 2012..................................$   6,514,767.00.

44      **SECTION 4.**  In addition to all other sums heretofore
45  appropriated, the following sum, or so much thereof as may be
46  necessary, is hereby appropriated out of any money in the State
47  Treasury to the credit of the Department of Finance and
48  Administration, for the purpose of purchasing property insurance
49  on state property as required by the Stafford Act, Section 311,
50  Paragraph 5154 and 44 CFR 206.252 and 206.253, and House Bill No.
51  4, Fifth Extraordinary Session of 2005, for the period beginning
52  upon passage and through the fiscal year ending June 30, 2012....
53  .............................................$    485,233.00.

54      **SECTION 5.**  In addition to all other sums heretofore
55  appropriated, the following sum, or so much thereof as may be
56  necessary, is hereby appropriated out of any money in the Budget
57  Contingency Fund created in Section 27-103-301, Mississippi Code
58  of 1972, not otherwise appropriated, for the purpose of paying for
59  certain outside legal assistance, expert witness fees, court fees,
60  judgments and settlement agreements incurred by the Office of the
61  Attorney General for the fiscal year ending June 30, 2011........
62  .............................................$   1,870,420.00.

63      Of the funds appropriated in this Section, the following
64  amounts are provided:

65          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
66  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
67  Director of the Division of Family and Children's Services and the
68  Department of Human Services, United States District Court for the
69  Southern District of Mississippi, Jackson Division, Cause No.
70  3:04cv251(L)(N)....................................$  1,260,600.00.
71          (b)  State of Mississippi, ex rel. Attorney General Jim
72  Hood, on behalf of Mississippi Land Water and Resources Board and
73  Mississippi Development Authority v. Facility Construction
74  Management Inc. and Facility Holding Corp.........$   140,000.00.
75          (c)  Maxine Rucker v. Mississippi Department of Health,
76  United States District Court for the Northern District of
77  Mississippi, Greenville Division, Cause No.
78  4:08CV143.........................................$     9,000.00.
79          (d)  J.A., et al vs. Barbour, et al, United States
80  District Court for the Southern District of Mississippi, Cause No.
81  3:07-CV-00394-DPJ-FKB.............................$    10,000.00.
82          (e)  Kenney Brewer v. State of Mississippi, Circuit
83  Court of Noxubee County, Mississippi, Claimant No.
84  2009-0099........................................$    50,000.00.
85          (f)  Levon Brooks v. State of Mississippi, Circuit Court
86  of Noxubee County, Mississippi, Claimant No.
87  2009-0098........................................$    50,000.00.
88          (g)  Arthur Johnson v. State of Mississippi, Circuit
89  Court of Sunflower County, Mississippi, Claimant No.
90  2009-0289-CI.....................................$    50,000.00.
91          (h)  Cedric Willis v. State of Mississippi, Circuit
92  Court of Hinds County, Mississippi, Claimant No.
93  251-09-649-CIV...................................$    50,000.00.
94          (i)  Bobby Joe Townsend v. State of Mississippi, Circuit
95  Court of Webster County, Mississippi, Claimant No.
96  2010-81-CVM......................................$    50,000.00.

```
 97              (j) David Lee Chapman v. State of Mississippi, Circuit
 98     Court of Newton County, Mississippi, Claimant No.
 99     251-10-721-CIV....................................$    50,000.00.
100              (k)  Calvin Wilks v. State of Mississippi, Circuit Court
101     of Hinds County, Mississippi, Claimant No.
102     251-10-721-CIV....................................$    50,000.00.
103              (l)  Deborah Champluvier v. State of Mississippi,
104     Circuit Court of DeSoto County, Mississippi, Claimant No.
105     CV-2010-160.......................................$    25,000.00.
106              (m)  Attorneys fees for Jim Waide, Attorney at Law, for
107     the purpose of Claimant's counsel for Bobby Joe
108     Townsend..........................................$     8,333.00.
109              (n)  Attorneys fees for Thomas Q. Brame, Attorney at
110     Law, for the purpose of Claimant's counsel for David Lee
111     Chapman...........................................$    10,000.00.
112              (o)  Attorneys fees for Robert B. McDuff, Attorney at
113     Law, for the purpose of Claimant's counsel for Calvin
114     Wilks.............................................$    17,916.00.
115              (p)  Willie Morrow, et al vs. Mississippi Department of
116     Public Safety, et al., United States District Court for the
117     Southern District of Mississippi, Cause No.
118     1:70-cv-04716.....................................$    39,571.00.
119          SECTION 6.  In addition to all other sums heretofore
120     appropriated, the following sum, or so much thereof as may be
121     necessary, is hereby appropriated out of any money in the Budget
122     Contingency Fund created in Section 27-103-301, Mississippi Code
123     of 1972, not otherwise appropriated, to the Department of Human
124     Services, for the purpose of defraying the expenses related to the
125     Division of Family and Children's Services, Olivia Y. Lawsuit
126     Settlement Agreement for the year ending June 30,
127     2011..............................................$ 3,000,000.00.
128          SECTION 7.  In addition to all other sums heretofore
129     appropriated, the following sum, or so much thereof as may be
```

130  necessary, is hereby appropriated out of any money in the Budget
131  Contingency Fund created in Section 27-103-301, Mississippi Code
132  of 1972, not otherwise appropriated, to the Joint Committee on
133  Compilation, Revision and Publication of Legislation for the year
134  ending June 30, 2011...........................$    230,000.00.
135      **SECTION 8.**  In addition to all other sums heretofore
136  appropriated, the following sum or so much thereof as may be
137  necessary, is hereby appropriated out of any money in the State
138  Treasury to the credit of the Board of Nursing for the purpose of
139  defraying the expense for equipment and contractual services for
140  the year ending June 30, 2011...................$    250,000.00.
141      **SECTION 9.**  In addition to all other sums heretofore
142  appropriated, the following sum or so much thereof as may be
143  necessary, is hereby appropriated out of any money in the State
144  Treasury to the credit of the State Fire Academy for the purpose
145  of defraying the expense for the construction and completion of
146  training classrooms for the year ending June 30, 2011............
147  ...............................................$    400,000.00.
148      **SECTION 10.**  In addition to all other sums heretofore
149  appropriated, the following sum, or so much thereof as may be
150  necessary, is hereby appropriated out of any money in the Budget
151  Contingency Fund created in Section 27-103-301, Mississippi Code
152  of 1972, not otherwise appropriated, to the Department of Revenue
153  for the purpose of hiring temporary employees for processing
154  delinquent tax collections and to process the backlog of title
155  applications for the year ending June 30, 2011...$     90,000.00.
156      **SECTION 11.**  In addition to all other sums heretofore
157  appropriated, the following sum, or so much thereof as may be
158  necessary, is hereby appropriated out of any money in the State
159  Treasury to the credit of the Mississippi State Board of Examiners
160  for Licensed Professional Counselors for the purpose of defraying
161  the expense of accounting audits, Internet development and
162  attorney fees for the year ending June 30, 2011..$     50,000.00.

163    **SECTION 12.**  The money herein appropriated shall be paid by
164    the State Treasurer out of any money in the proper fund or funds
165    as set forth in this act, upon warrants issued by the State Fiscal
166    Officer; and the State Fiscal Officer shall issue his warrants
167    upon requisitions signed by the proper person, officer or officers
168    in the manner provided by law.

169    **SECTION 13.**  This act shall take effect and be in force from
170    and after its passage and through the fiscal year ending June 30,
171    2011, except for Sections 3 and 4 which shall take effect and be
172    in force beginning upon passage of this act and through the fiscal
173    year ending June 30, 2012.

S. B. No. 3085
11/SS26/ANAP1SG
PAGE 6

ST:  Appropriation; State Government Agencies
Special Fund; Additional FY 2011.

Exhibit A - Page 21

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2012

By:  Representative Frierson                      To:  Appropriations


HOUSE BILL NO. 1511
(As Sent to Governor)

```
 1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2  CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3  OF THE GOVERNOR'S OFFICE FOR FISCAL YEARS 2012 AND 2013; MILITARY
 4  DEPARTMENT FOR FISCAL YEAR 2012; THE DEPARTMENT OF FINANCE AND
 5  ADMINISTRATION FOR FISCAL YEARS 2012 AND 2013; DEPARTMENT OF
 6  REVENUE FOR FISCAL YEAR 2012; DISTRICT ATTORNEYS AND ASSISTANT
 7  DISTRICT ATTORNEYS FOR FISCAL YEAR 2012; THE STATE SENATE AND
 8  HOUSE OF REPRESENTATIVES FOR FISCAL YEAR 2012; THE BOARD OF
 9  EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS FOR FISCAL YEAR
10  2012; THE OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEARS 2012 AND
11  2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
12  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2012; AND FOR
13  RELATED PURPOSES.
```

14       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

15       **SECTION 1.**  In addition to all other sums previously

16  appropriated, the following sum, or so much of it as may be

17  necessary, is appropriated out of any money in the State Treasury

18  to the credit of the Budget Contingency Fund, and allocated in a

19  manner as determined by the Treasurer's Office, to defray the

20  expenses of the Governor's Office for the period beginning upon

21  the passage of this act and through June 30, 2013...$  355,531.00.

22       This additional appropriation is made for the purpose of

23  providing the funds necessary to continue the operations of the

24  Governor's Office for fiscal year 2012 and related expenses.

25       **SECTION 2.**  In addition to all other sums previously

26  appropriated, the following sum, or so much of it as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of the Budget Contingency Fund, and allocated in a

29  manner as determined by the Treasurer's Office, to defray the

30  expenses of the Military Department for the fiscal year ending

31  June 30, 2012....................................$   270,400.00.

32     This additional appropriation is made for the purpose of
33  matching dollars for the remainder of the federal fiscal year.

34     **SECTION 3.**  In addition to all other sums previously
35  appropriated, the following sum, or so much of it as may be
36  necessary, is appropriated out of any money in the State Treasury
37  to the credit of the Budget Contingency Fund, and allocated in a
38  manner as determined by the Treasurer's Office, to defray the
39  expenses of the Department of Finance and Administration for the
40  period beginning upon passage and through the fiscal year ending
41  June 30, 2013...................................$  7,000,000.00.

42     This additional appropriation is made for the purpose of
43  purchasing property insurance on state property as required by the
44  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
45  206.253.

46     **SECTION 4.**  In addition to all other sums previously
47  appropriated, the following sum, or so much of it as may be
48  necessary, is appropriated out of any money in the State Treasury
49  to the credit of the Budget Contingency Fund, and allocated in a
50  manner as determined by the Treasurer's Office, to defray the
51  expenses of the Department of Revenue for the period beginning
52  upon passage and through the fiscal year ending June 30, 2012....
53  ................................................$  415,000.00.

54     This additional appropriation is made for the purpose of
55  hiring temporary employees, the cost of additional postage, and
56  additional recording fees for liens.

57     **SECTION 5.**  In addition to all other sums previously
58  appropriated, the following sum, or so much of it as may be
59  necessary, is appropriated out of any money in the State Treasury
60  to the credit of district attorneys, assistant district attorneys
61  and criminal investigators for the fiscal year ending June 30,
62  2012............................................$   45,000.00.

Exhibit A - Page 23

63      This additional appropriation is made for the purpose of
64  funding termination leave payments for an estimated eight
65  additional persons through the end of fiscal year 2012.
66      **SECTION 6.**  In addition to all other sums previously
67  appropriated, the following sum, or so much of it as may be
68  necessary, is appropriated out of any money in the State Treasury
69  to the credit of the Budget Contingency Fund, and allocated in a
70  manner as determined by the Treasurer's Office, to defray the
71  expenses and assessments for the House of Representatives and
72  Senate for the fiscal year ending June 30, 2012....$   971,513.00.
73      This additional appropriation is made for the purpose of
74  funding the following expenses:
75          (a)   Joint Compilation Code.................$ 350,000.00
76          (b)   Energy Council........................$  50,400.00
77          (c)   Uniform State Laws....................$  48,090.00
78          (d)   Interstate Cooperation – NCSL.........$ 247,342.00
79          (e)   Interstate Cooperation – CSG..........$ 188,193.00
80          (f)   Southern States Energy Board..........$  45,797.00
81          (g)   Southern Growth Policies Board........$  41,691.00
82      **SECTION 7.**  In addition to all other sums previously
83  appropriated, the following sum, or so much of it as may be
84  necessary, is appropriated out of any money in the State Treasury
85  to the credit of the Board of Examiners for Licensed Professional
86  Counselors for the fiscal year ending June 30, 2012...............
87  ...................................................$  13,435.00.
88      This additional appropriation is made for the purpose of
89  funding the Attorney General's Office for legal services provided
90  during fiscal year 2011.
91      **SECTION 8.**  In addition to all other sums previously
92  appropriated, the following sum, or so much of it as may be
93  necessary, is appropriated out of any money in the State Treasury
94  to the credit of the Budget Contingency Fund, and allocated in a
95  manner as determined by the Treasurer's Office, to defray the

96  expenses of the Attorney General's Office, for the period

97  beginning upon passage and through the fiscal year ending June 30,

98  2013...........................................$  2,000,000.00.

99       This additional appropriation is made for the purpose of

100  hiring additional legal representation on an hourly basis for the

101  State of Mississippi concerning any administrative or civil

102  penalties related to the British Petroleum, Deepwater Horizon oil

103  spill, and for the purpose of paying any fees associated with such

104  legal actions.

105       **SECTION 9.**  In addition to all other sums previously

106  appropriated, the following sum, or so much of it as may be

107  necessary, is appropriated out of any money in the Budget

108  Contingency Fund, and allocated in a manner as determined by the

109  Treasurer's Office, for the purpose of paying for certain outside

110  legal assistance, expert witness fees, court fees, judgments and

111  settlement agreements incurred by the Office of the Attorney

112  General for the period beginning upon passage and through the

113  fiscal year ending June 30, 2012................ $  2,656,846.00.

114       Of the funds appropriated in this section, the following

115  amounts are provided:

116           (a)  Olivia Y., et al v. Haley Barbour, as Governor;

117  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

118  Director of the Division of Family and Children's Services and the

119  Department of Human Services, United States District Court for the

120  Southern District of Mississippi, Jackson Division, Cause No.

121  3:04CV251(L)(N)..................................$  1,020,575.00.

122           (b)  Olivia Y, et al v. Haley Barbour, as Governor;

123  Donald Taylor, as Executive Director of DHS; and Billy Mangold, as

124  Director of the Division of Family and Children's Services and the

125  Department of Human Services, United States District Court for the

126  Southern District of Mississippi, Jackson Division, Cause No.

127  3:04:CV251(L)(N)..................................$   150,000.00.

128             (c)   State of Mississippi, ex rel. Attorney General Jim
129   Hood, on behalf of Mississippi Land Water and Resources Board and
130   Mississippi Development Authority v. Facility Construction
131   Management, Inc., and Facility Holding Corp.......$   420,000.00.
132             (d)   Charles Derrell Seale v. Phillip Mitchell, United
133   States District Court for the Northern District of Mississippi,
134   Western Division, Cause No. 3:08CV105(P)(A).......$    50,539.00.
135             (e)   Jeffery Presley, et al v. Christopher Epps, et al
136   United States District Court for the Northern District of
137   Mississippi, Greenville Division, Cause No.
138   4:05CV00148......................................$   290,499.00.
139             (f)   Kenney Brewer v. State of Mississippi, Circuit
140   Court of Noxubee County, Mississippi, Claimant No.
141   2009-0099........................................$    50,000.00.
142             (g)   Levon Brooks v. State of Mississippi, Circuit Court
143   of Noxubee County, Mississippi, Claimant No.
144   009-0098.........................................$    50,000.00.
145             (h)   Arthur Johnson v. State of Mississippi, Circuit
146   Court of Sunflower County, Mississippi, Claimant No.
147   2009-0289-CI.....................................$    50,000.00.
148             (i)   Cedric Willis v. State of Mississippi, Circuit
149   Court of Hinds County, Mississippi, Claimant No.
150   251-09-649-CIV...................................$    50,000.00.
151             (j)   Bobby Joe Townsend v. State of Mississippi, Circuit
152   Court of Webster County, Mississippi, Claimant No.
153   2010-81-CVM......................................$    33,333.00.
154             (k)   David Lee Chapman v. State of Mississippi, Circuit
155   Court of Newton County, Mississippi, Claimant No.
156   251-10-721-CIV...................................$    50,000.00.
157             (l)   Calvin Wilks v. State of Mississippi, Circuit Court
158   of Hinds County, Mississippi, Claimant No.
159   251-10-721-CIV...................................$    50,000.00.

160         (m)  Gregory Paul Carr v. State of Mississippi, Circuit
161  Court of Washington County, Mississippi, Claimant No.
162  2011-0007-CI....................................$   50,000.00.
163         (n)  Sabrina Butler Porter v. State of Mississippi,
164  Circuit Court of Lowndes County, Mississippi, Claimant No.
165  2011-0014-CV1K..................................$   50,000.00.
166         (o)  Rodney Demetrius Sands v. State of Mississippi,
167  Circuit Court of Jefferson Davis County, Mississippi, Claimant No.
168  2011-7H.........................................$   50,000.00.
169         (p)  Estate of Larry Ruffin v. State of Mississippi,
170  Circuit Court of Forrest County, Mississippi, Claimant No.
171  CI-11-0238......................................$   50,000.00.
172         (q)  John Randall Alexander v. State of Mississippi,
173  Circuit Court of Panola County, Mississippi, Claimant No.
174  CV-2011-56JMP2..................................$   50,000.00.
175         (r)  Counsel for Claimant Gregory Paul Carr - Attorney
176  Carol L. White-Richard...........................$   15,000.00.
177         (s)  Counsel for Claimant Sabrina Butler Porter -
178  Attorney William Starks II.......................$   32,900.00.
179         (t)  Counsel for Claimant Rodney Demetrius Sands -
180  Attorney Robert F. Lingold, Jr...................$   19,000.00.
181         (u)  Counsel for Claimant "Estate of Larry Ruffin" -
182  Attorney Robert McDuff and the Innocence Project of New
183  Orleans.........................................$   50,000.00.
184         (v)  Counsel for Claimant John Randall Alexander -
185  Attorney Preston Ray Garrett.....................$   25,000.00.
186    **SECTION 10.**  The money herein appropriated shall be paid by
187  the State Treasurer out of any money in the proper fund or funds
188  as set forth in this act, upon warrants issued by the State Fiscal
189  Officer; and the State Fiscal Officer shall issue his warrants
190  upon requisitions signed by the proper person, officer or officers
191  in the manner provided by law.

192          **SECTION 11.**  This act shall take effect and be in force from
193  and after its passage and through the fiscal year ending June 30,
194  2012, except for Sections 1, 3 and 8 which shall take effect and
195  be in force beginning upon passage of this act and through the
196  fiscal year ending June 30, 2013.

H. B. No. 1511
12/HR40/R1913SG
PAGE 7 (RF\BD)            ST:  Appropriation; State Government Agencies
                         Special Fund; Additional 2012.

Exhibit A - Page 28

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2013

By: Senator(s) Clarke                      To: Appropriations

SENATE BILL NO. 2904
(As Sent to Governor)

1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
2  CONTINGENCY FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF
3  FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2013 AND 2014;
4  DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR FISCAL
5  YEAR 2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
6  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2013; THE
7  FORESTRY COMMISSION FOR FISCAL YEAR 2013; THE MISSISSIPPI
8  EMERGENCY MANAGEMENT FOR FISCAL YEARS 2013 AND 2014; THE
9  DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL FOR FISCAL YEAR 2013;
10 AND FOR RELATED PURPOSES.

11     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12     **SECTION 1.**  In addition to all other sums previously

13  appropriated, the following sum, or so much of it as may be

14  necessary, is appropriated out of any money in the State Treasury

15  to the credit of the Budget Contingency Fund, and allocated in a

16  manner as determined by the Treasurer's Office, to defray the

17  expenses of the Department of Finance and Administration for the

18  period beginning upon passage and through the fiscal year ending

19  June 30, 2014.................................$   6,644,715.00.

20     This additional appropriation is made for the purpose of

21  purchasing property insurance on state property as required by the

Exhibit A - Page 29

22  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

23  206.253.

24      **SECTION 2.**  In addition to all other sums previously

25  appropriated, the following sum, or so much of it as may be

26  necessary, is appropriated out of any money in the State Treasury

27  to the credit of the Budget Contingency Fund, and allocated in a

28  manner as determined by the Treasurer's Office, to defray the

29  expenses of the district attorneys, assistant district attorneys

30  and criminal investigators for the period beginning upon passage

31  and through the fiscal year ending June 30, 2013....$   10,000.00.

32      This additional appropriation is made for the purpose of

33  fully funding salaries and fringe benefits for district attorneys

34  and staff.

35      **SECTION 3.**  In addition to all other sums previously

36  appropriated, the following sum, or so much of it as may be

37  necessary, is appropriated out of any money in the Budget

38  Contingency Fund, and allocated in a manner as determined by the

39  Treasurer's Office, for the purpose of paying for certain outside

40  legal assistance, expert witness fees, court fees, judgments and

41  settlement agreements incurred by the Office of the Attorney

42  General for the period beginning upon passage and through the

43  fiscal year ending June 30, 2013.................$  10,169,265.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

S. B. No. 2904     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖     **~ OFFICIAL ~**
13/SS26/ANAP1SG
PAGE 2

46      (a)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

47  Taylor, as Executive Director of DHS; and Billy Mangold, as

48  Director of the Division of Family and Children's Services and the

49  Department of Human Services, United States District Court for the

50  Southern District of Mississippi, Jackson Division, Cause No.

51  3:04cv251(L)(N)..................................$  1,071,572.00.

52      (b)  Olivia Y., et al v. Haley Barbour, as Governor; Donald

53  Taylor, as Executive Director of DHS; and Billy Mangold, as

54  Director of the Division of Family and Children's Services and the

55  Department of Human Services, United States District Court for the

56  Southern District of Mississippi, Jackson Division, Cause No.

57  3:04:cv251(L)(N)..................................$   288,402.00.

58      (c)  C.B., by and through his next friend, Charleston

59  DePriest, et al. v. Walnut Grove Correctional Authority, et al.,

60  United States District Court for the Southern District of

61  Mississippi, Cause No. 3:10cv663-CWR-FKB..........$   257,041.00.

62      (d)  Kenney Brewer v. State of Mississippi, Circuit Court of

63  Noxubee County, Mississippi, Claimant No. 2009-0099..............

64  ...............................................$    50,000.00.

65      (e)  Levon Brooks v. State of Mississippi, Circuit Court of

66  Noxubee County, Mississippi, Claimant No. 2009-0098..............

67  ...............................................$    50,000.00.

68      (f)  Arthur Johnson v. State of Mississippi, Circuit Court of

69  Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........

70  ...............................................$    50,000.00.

71      (g)  Cedric Willis v. State of Mississippi, Circuit Court of

72  Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

73  ..............................................$   50,000.00.

74      (h)  Calvin Wilks v. State of Mississippi, Circuit Court of

75  Hinds County, Mississippi, Claimant No. 251-10-721-CIV...........

76  ..............................................$   50,000.00.

77      (i)  Gregory Paul Carr v. State of Mississippi, Circuit Court

78  of Washington County, Mississippi, Claimant No. 2011-0007-CI.....

79  ..............................................$   50,000.00.

80      (j)  Sabrina Butler Porter v. State of Mississippi, Circuit

81  Court of Lowndes County, Mississippi, Claimant No.

82  2011-0014-CV1K...................................$   50,000.00.

83      (k)  Rodney Demetrius Sands v. State of Mississippi, Circuit

84  Court of Jefferson Davis County, Mississippi, Claimant No. 2011-7H

85  ..............................................$   50,000.00.

86      (l)  "Estate of Larry Ruffin" v. State of Mississippi,

87  Circuit Court of Forrest County, Mississippi, Claimant No.

88  CI-11-0238......................................$   50,000.00.

89      (m)  John Randall Alexander v. State of Mississippi, Circuit

90  Court of Panola County, Mississippi, Claimant No.

91  CV-2011-56JMP2...................................$   50,000.00.

92      (n)  Matthew Norwood v. State of Mississippi, Circuit Court

93  of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

94  ..............................................$   50,000.00.

95      (o)   Phillip Bivens v. State of Mississippi, Circuit Court of

96   Forrest County, Mississippi, Claimant No. CIll-0240...............

97   ..............................................$   50,000.00.

98      (p)   "Estate of Bobby Ray Dixon" v. State of Mississippi,

99   Circuit Court of Forrest County, Mississippi, Claimant No.

100  CI11-0239.......................................$   50,000.00.

101     (q)   Jimmie Bass v. State of Mississippi, Circuit Court of

102  Bolivar County, Mississippi, Claimant No. 2011-0009..............

103  ..............................................$  101,500.00.

104     (r)   Counsel for Claimant Jimmie Bass – Attorney Robert

105  McDuff and the Innocence Project of New Orleans..................

106  ..............................................$   50,000.00.

107     (s)   Wesley Beavers v. State of Mississippi, Circuit Court of

108  Harrison County, Mississippi, Claimant No. A2401-12-173...........

109  ..............................................$    2,500.00.

110     (t)   Frederick Earl Bradford v. State of Mississippi, Circuit

111  Court of Washington County Mississippi, Claimant No. 2012-0085-CI

112  ..............................................$   30,000.00.

113     (u)   John Wayne Edwards v. State of Mississippi, Circuit

114  Court of Scott County, Mississippi, Claimant No.

115  12-CV-194-SC-G..................................$   50,000.00.

116     (v)   Margie Elliot v. State of Mississippi, Circuit Court of

117  Scott County, Mississippi, Claimant No. 12-CV-195-SC-G...........

118  ..............................................$   50,000.00.

119     (w)  Sharon Hall v. State of Mississippi, Circuit Court of

120  Adams County, Mississippi. Claimant No. 12-KV-0069-J..............

121  ................................................$   50,000.00.

122     (x)  Adam Wayne Roebuck v. State of Mississippi, Circuit

123  Court of Leake County, Mississippi, Claimant No.

124  12-CV-162-LE-C.................................$    2,500.00.

125     (y)  Irby Matthew Tate v. State of Mississippi, Circuit Court

126  of Holmes County, Mississippi. Claimant No. 2012-0221..........

127  ................................................$   50,000.00.

128     (z)  Jennifer Collier, on behalf of the Estate of Ronnie G.

129  Oswalt v. State of Mississippi, Circuit Court of Chickasaw County,

130  Mississippi, Claimant No. H2012-094G...........................

131  ................................................$   48,500.00.

132     (aa)  Walter Guyton v. State of Mississippi, Circuit Court of

133  Sunflower County, Mississippi, Claimant No. CV-2010-0211-CI.......

134  ................................................$   50,000.00.

135     (bb)  Counsel for Claimant Wesley Beavers - Attorneys David

136  Neil McCarty and Graham P. Carner................................

137  ................................................$     500.00.

138     (cc)  Counsel for Claimant Frederick Earl Bradford -

139  Attorneys David Neil McCarty and Graham P. Carner.................

140  ................................................$    5,000.00.

141     (dd)  Counsel for Claimant John Wayne Edwards - Attorneys

142  David Neil McCarty and Graham P. Carner..........$    8,000.00.

143        (ee)  Counsel for Claimant Margie Elliot - Attorneys David

144    Neil McCarty and Graham P. Carner.................$    8,000.00.

145        (ff)  Counsel for Claimant Sharon Hall - Attorneys David Neil

146    McCarty and Graham P. Carner......................$    8,000.00.

147        (gg)  Counsel for Claimant Adam Wayne Roebuck - Attorneys

148    David Neil McCarty and Graham P. Carner..........$      500.00.

149        (hh)  Counsel for Claimant Irby Matthew Tate - Attorneys

150    David Neil McCarty and Graham P. Carner..........$    8,000.00.

151        (ii)  Counsel for Claimant Jennifer Collier on behalf of the

152    Estate of Ronnie G. Oswalt - Attorneys David Neil McCarty and

153    Graham P. Carner.................................$    8,250.00.

154        (jj)  Counsel for Claimant Walter Guyton - Attorney Ottowa E.

155    Carter, Jr.......................................$    9,000.00.

156        (kk)  Leamond Shaffer v. MS Highway Safety Patrol, United

157    States District Court for the Southern District of Mississippi,

158    Cause No. 4:11cv111-CWR-LRA......................$   12,000.00.

159        (ll)  Jackson HMA, LLC d/b/a Central Mississippi Medical

160    Center v. Mississippi Department of Corrections (MDOC) and

161    Christopher B. Epps, in his official capacity as Commissioner of

162    Mississippi Department of Corrections; In the United States

163    District Court for the Southern District of Mississippi, Jackson

164    Division; Civil Action No. 3:11CV135CWR-FKB.......$ 5,100,000.00.

165        (mm)  To reimburse the federal government for the $4.044

166    Million Environmental Protection Agency spent on emergency

S. B. No. 2904    ▌▏▌▐▌▐▌▐▌▐▌▐▌▐▌▐▌▐▌▐▌▏    **~ OFFICIAL ~**
13/SS26/ANAP1SG
PAGE 7

167  clean-up regarding contaminated 16th Section land located in

168  Harrison County called the "Chemfax site".........$  2,250,000.00.

169      **SECTION 4.**  In addition to all other sums previously

170  appropriated, the following sum, or so much of it as may be

171  necessary, is appropriated out of any money in the State Treasury

172  to the credit of the Budget Contingency Fund, and allocated in a

173  manner as determined by the Treasurer's Office, to defray the

174  expenses of the Attorney General's Office for conducting the

175  environment cleanup of the 16th Section land located in Harrison

176  County and known as the "Chemfax site" for the period beginning

177  upon passage and through the fiscal year ending June 30, 2014....

178  ...............................................$  2,000,000.00.

179      **SECTION 5.**  In addition to all other sums previously

180  appropriated, the following sum, or so much of it as may be

181  necessary, is appropriated out of any money in the State Treasury

182  to the credit of the Budget Contingency Fund, and allocated in a

183  manner as determined by the Treasurer's Office, to defray the

184  expenses of the Department of Corrections for the period beginning

185  upon passage and through the fiscal year ending June 30, 2013.....

186  ...............................................$ 23,900,000.00.

187      This additional appropriation is made for the purpose of

188  supporting the operations of the Department of Corrections.

189      **SECTION 6.**  In addition to all other sums previously

190  appropriated, the following sum, or so much of it as may be

191  necessary, is appropriated out of any money in the State Treasury

192 to the credit of the Budget Contingency Fund, and allocated in a
193 manner as determined by the Treasurer's Office, to defray the
194 expenses of the Forestry Commission for the period beginning upon
195 passage and through the fiscal year ending June 30, 2013..........
196 .............................................$   500,000.00.
197     This additional appropriation is made for the operations of
198 the Forestry Commission.
199     **SECTION 7.**   In addition to all other sums previously
200 appropriated, the following sum, or so much of it as may be
201 necessary, is appropriated out of any money in the State Treasury
202 to the credit of the Budget Contingency Fund, and allocated in a
203 manner as determined by the Treasurer's Office, to defray the
204 expenses of the Mississippi Emergency Management Agency for the
205 period beginning upon passage and through the fiscal year ending
206 June 30, 2014...................................$  4,000,000.00.
207     The funds provided in this section shall only be allocated
208 for costs directly related with the state share requirements for
209 outstanding natural disasters.
210     **SECTION 8.**   In addition to all other sums previously
211 appropriated, the following sum, or so much of it as may be
212 necessary, is appropriated out of any money in the State Treasury
213 to the credit of the Budget Contingency Fund, and allocated in a
214 manner as determined by the Treasurer's Office, to defray the
215 expenses of the Department of Public Safety – Highway Safety

216  Patrol for the period beginning upon passage and through the

217  fiscal year ending June 30, 2013..................$  3,012,134.00.

218      This additional appropriation is made for the operations of

219  the Department of Public Safety - Highway Patrol.

220      **SECTION 9.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money in the State Treasury

223  to the credit of the Budget Contingency Fund, and allocated in a

224  manner as determined by the Treasurer's Office, to defray the

225  expenses of the Wireless Communication Commission (WCC), for the

226  period beginning upon the passage of this act and through June 30,

227  2013..........................................$  2,000,000.00.

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which otherwise would occur, in order for

230  the commission to provide the services prescribed by Section

231  25-53-171, Mississippi Code of 1972.

232      **SECTION 10.**  The money herein appropriated shall be paid by

233  the State Treasurer out of any money in the proper fund or funds

234  as set forth in this act, upon warrants issued by the State Fiscal

235  Officer; and the State Fiscal Officer shall issue his warrants

236  upon requisitions signed by the proper person, officer or officers

237  in the manner provided by law.

238      **SECTION 11.**  This act shall take effect and be in force from

239  and after its passage and through the fiscal year ending June 30,

240  2013, except for Section 1, Section 4 and Section 7, which shall

241   take effect and be in force beginning upon passage of this act and
242   through the fiscal year ending June 30, 2014.

S. B. No. 2904
13/SS26/ANAP1SG
PAGE 11

~ OFFICIAL ~
ST:  Appropriation; Property Insurance, Atty
General Settlements, DA; Additional 2013.

Exhibit A - Page 39

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2014

By: Representative Frierson                      To: Appropriations

HOUSE BILL NO. 1440
(As Sent to Governor)

 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
 2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
 3  OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2014 AND 2015; THE
 4  WIRELESS COMMUNICATIONS COMMISSION FOR FISCAL YEARS 2014 AND 2015;
 5  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 6  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2014; THE DEPARTMENT OF
 7  REVENUE FOR FISCAL YEAR 2014; THE DEPARTMENT OF CORRECTIONS FOR
 8  FISCAL YEARS 2014 AND 2015; THE FORESTRY COMMISSION FOR FISCAL
 9  YEAR 2014; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
10  FISCAL YEAR 2014; THE STATE SUPREME COURT ADMINISTRATIVE OFFICE OF
11  COURTS FOR FISCAL YEARS 2014 AND 2015; THE CHARTER SCHOOL
12  AUTHORIZER BOARD OF THE ADMINISTRATIVE OFFICES OF IHL FOR FISCAL
13  YEARS 2014 AND 2015; THE DEPARTMENT OF MENTAL HEALTH FOR FISCAL
14  YEAR 2014; THE DEPARTMENT OF INSURANCE FOR THE RURAL FIRE TRUCK
15  ACQUISITION ASSISTANCE PROGRAM AND/OR THE SUPPLEMENTAL RURAL FIRE
16  TRUCK FUND FOR FISCAL YEARS 2014 AND 2015; AND FOR RELATED
17  PURPOSES.

18      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

19      **SECTION 1.**  In addition to all other sums herein

20  appropriated, the following sum, or so much thereof as may be

21  necessary, is appropriated out of any money to the credit of the

22  Capital Expense Fund, and allocated in a manner as determined by

23  the Treasurer's Office, to defray the expenses of the Department

24  of Finance and Administration for the period beginning upon the

25  passage of this act and through June 30, 2015.....................

Exhibit A - Page 40

26 ...........................................$   5,026,869.00.

27      This additional appropriation is made for the purpose of

28 purchasing property insurance on state property as required by the

29 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

30 206.253.

31      **SECTION 2.**  In addition to all other sums herein

32 appropriated, the following sum, or so much thereof as may be

33 necessary, is appropriated out of any money to the credit of the

34 Capital Expense Fund, and allocated in a manner as determined by

35 the Treasurer's Office, to defray the expenses of the Wireless

36 Communication Commission for the period beginning upon the passage

37 of this act and through June 30, 2015...........$   5,118,000.00.

38      This additional appropriation is made to ensure the

39 commission provides the services prescribed by Section 25-53-171,

40 Mississippi Code of 1972.

41 **SECTION 3.**  In addition to all other sums herein appropriated, the

42 following sum, or so much thereof as may be necessary, is

43 appropriated out of any money to the credit of the Capital Expense

44 Fund, and allocated in a manner as determined by the Treasurer's

45 Office, to defray the expenses of paying for certain outside legal

46 assistance, expert witness fees, court fees, judgments and

47 settlement agreements incurred by the Office of the Attorney

48 General for the period beginning upon passage of this act and

49 through the fiscal year ending June 30, 2014.....................

50 ...........................................$   2,676,942.00.

51          Of the funds appropriated in this section, the following

52     amounts are provided:

53               (a)   Olivia Y., et al v. Haley Barbour, as Governor of

54     the State of Mississippi; the Executive Director of the Department

55     of Human Services; and Billy Mangold, as Director of the Division

56     of Family and Children's Services and the Department of Human

57     Services, United States District Court for the Southern District

58     of Mississippi, Jackson Division,

59     Cause No. 3:04cv251(L)(N).......................$   1,128,188.00.

60               (b)   Olivia Y., et al v. Haley Barbour, as Governor of

61     the State of Mississippi; the Executive Director of the Department

62     of Human Services; and Billy Mangold, as Director of the Division

63     of Family and Children's Services and the Department of Human

64     Services, United States District Court for the Southern District

65     of Mississippi, Jackson Division,

66     Cause No. 3:04cv251(L)(N).......................$     171,413.00.

67               (c)   Diane J. Taylor v. Mississippi Department of Human

68     Services; United States District Court for the Northern District

69     of Mississippi, Greenville Division,

70     Cause No...................................... 4:12-CV-67-MPM-JMV

71     ..............................................$      77,535.00.

72               (d)   Kennedy Brewer v. State of Mississippi, Circuit

73     Court of Noxubee County, Mississippi,

74     Claimant No. 2009-0099..........................$      50,000.00.

75          (e)  Levon Brooks v. State of Mississippi, Circuit Court
76  of Noxubee County, Mississippi,
77  Claimant No. 2009-0098...........................$    50,000.00.
78          (f)  Arthur Johnson v. State of Mississippi, Circuit
79  Court of Sunflower County, Mississippi,
80  Claimant No. 2009-0289-CI.......................$    50,000.00.
81          (g)  Cedric Willis v. State of Mississippi, Circuit
82  Court of Hinds County, Mississippi,
83  Claimant No. 251-09-649-CIV.....................$    50,000.00.
84          (h)  Calvin Wilks v. State of Mississippi, Circuit Court
85  of Hinds County, Mississippi,
86  Claimant No. 251-10-721-CIV.....................$    29,166.00.
87          (i)  Gregory Paul Carr v. State of Mississippi, Circuit
88  Court of Washington County, Mississippi,
89  Claimant No. 2011-0007-CI.......................$    50,000.00.
90          (j)  Sabrina Butler Porter v. State of Mississippi,
91  Circuit Court of Lowndes County, Mississippi,
92  Claimant No. 2011-0014-CV1K.....................$    50,000.00.
93          (k)  Rodney Demetrius Sands v. State of Mississippi,
94  Circuit Court of Jefferson Davis County, Mississippi,
95  Claimant No. 2011-7H............................$    50,000.00.
96          (l)  Estate of Larry Ruffin v. State of Mississippi,
97  Circuit Court of Forrest County, Mississippi,
98  Claimant No. CI-11-0238.........................$    50,000.00.

H. B. No. 1440    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    ~ OFFICIAL ~
14/HR40/ANAP1SG
PAGE 4 (RM\BD)

99          (m)  John Randall Alexander v. State of Mississippi,

100  Circuit Court of Panola County, Mississippi,

101  Claimant No. CV-2011-56JMP2......................$    50,000.00.

102          (n)  Matthew Norwood v. State of Mississippi, Circuit

103  Court of Hinds County, Mississippi,

104  Claimant No. 251-10-861-CIV......................$    50,000.00.

105          (o)  Phillip Bivens v. State of Mississippi, Circuit

106  Court of Forrest County, Mississippi,

107  Claimant No. CI11-0240...........................$    50,000.00.

108          (p)  Estate of Bobby Ray Dixon v. State of Mississippi,

109  Circuit Court of Forrest County, Mississippi,

110  Claimant No. CI11-0239...........................$    50,000.00.

111          (q)  Jimmie Bass v. State of Mississippi, Circuit Court

112  of Bolivar County, Mississippi,

113  Claimant No. 2011-0009...........................$    50,000.00.

114          (r)  Anthony Lee Tucker v. State of Mississippi, Circuit

115  Court of Clay County, Mississippi,

116  Claimant No. 2011-0247H..........................$     8,000.00.

117          (s)  Frank Sanders Tipton v. State of Mississippi,

118  Circuit Court of Jackson County, Mississippi,

119  Claimant No. 2011-00019..........................$    41,097.00.

120          (t)  Counsel for Frank Tipton – Lowery & Fortner,

121  P.A..............................................$     4,717.00.

122          (u)  Elwood White v. State of Mississippi, Circuit Court

123  of Copiah County, Mississippi,

124  Claimant No. 2012-201...........................$   16,500.00.

125              (v)  Counsel for Elwood White – Sharon Henderson

126  ...............................................$    1,650.00.

127              (w)  Final costs to complete the Settlement between the

128  Department of Justice (DOJ)/United States Environmental Protection

129  Agency (EPA) and the State of Mississippi.........$  500,000.00.

130              (x)  Counsel for Dara Jones – Schwartz, Roller and

131  Zwilling.......................................$   18,676.00.

132              (y)  Counsel for Christopher (C.G.) Hughes - Young Wells

133  and Williams, P.A...............................$   30,000.00.

134      **SECTION 4.**  In addition to all other sums herein

135  appropriated, the following sum, or so much thereof as may be

136  necessary, is appropriated out of any money to the credit of the

137  Capital Expense Fund, and allocated in a manner as determined by

138  the Treasurer's Office, to defray the expenses of Department of

139  Revenue for the period beginning upon passage and through the

140  fiscal year ending June 30, 2014.................$   500,000.00.

141      This additional appropriation is made for the purpose of

142  supporting the operations of the Department of Revenue.

143      **SECTION 5.**  In addition to all other sums herein

144  appropriated, the following sum, or so much thereof as may be

145  necessary is appropriated out of any money in the special fund in

146  the State Treasury to the credit of the Mississippi Department of

147  Revenue which are collected by or otherwise become available for

148  the purpose of defraying the expenses of the department for the

H. B. No. 1440     ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖       **~ OFFICIAL ~**
14/HR40/ANAP1SG
PAGE 6 (RM\BD)

149  period beginning upon passage and through fiscal year ending June

150  30, 2014.....................................$   1,345,765.00.

151      This additional appropriation is made for the purpose of

152  defraying any expenses related to the relocation into the new

153  Department of Revenue State Office facility.

154      **SECTION 6.**  In addition to all other sums herein

155  appropriated, the following sum, or so much thereof as may be

156  necessary, is appropriated out of any money to the credit of the

157  Capital Expense Fund, and allocated in a manner as determined by

158  the Treasurer's Office, to defray the expenses of the Department

159  of Corrections for the period beginning upon the passage of this

160  act and through June 30, 2015.................$   30,000,000.00.

161      This additional appropriation is made for the purpose of

162  supporting the operations of the Department of Corrections.

163      **SECTION 7.**  In addition to all other sums herein

164  appropriated, the following sum, or so much thereof as may be

165  necessary, is appropriated out of any money to the credit of the

166  Capital Expense Fund, and allocated in a manner as determined by

167  the Treasurer's Office, not otherwise appropriated to defray the

168  expenses of the Forestry Commission for the period beginning upon

169  passage of this act and through the fiscal year ending

170  June 30, 2014..................................$   382,000.00.

171      This additional appropriation is made for the operations of

172  the Forestry Commission.

173        **SECTION 8.**  In addition to all other sums herein
174    appropriated, the following sum, or so much thereof as may be
175    necessary, is appropriated out of any money to the credit of the
176    Capital Expense Fund, and allocated in a manner as determined by
177    the Treasurer's Office to defray the expenses of the Office of the
178    Governor-Division of Medicaid for the period beginning upon
179    passage of this act and through the fiscal year ending June 30,
180    2014.......................................$    50,000,000.00.
181        This additional appropriation is made for the purpose of
182    supporting the operations of the Office of the Governor-Division
183    of Medicaid.
184        **SECTION 9.**  In addition to all other sums herein
185    appropriated, the following sum, or so much thereof as may be
186    necessary, is appropriated out of any money in the State Treasury
187    to the credit of the Governor's Office-Division of Medicaid which
188    is comprised of special source funds collected by or otherwise
189    available to the division, for the purpose of providing medical
190    assistance under the Mississippi Medicaid Law and defraying the
191    expenses of the administration of such law, for the period
192    beginning upon passage of this act and ending June 30, 2014.......
193    ..........................................$    135,528,757.00.
194        The purpose of this additional appropriation is to provide
195    the authority to expend any matching Medicaid funds that become
196    available.

H. B. No. 1440    |||||||||||||||||||||||||||||||    **~ OFFICIAL ~**
14/HR40/ANAP1SG
PAGE 8 (RM\BD)

197    **SECTION 10.**  In addition to all other sums herein
198    appropriated, the following sum, or so much thereof as may be
199    necessary, is appropriated out of any money to the credit of the
200    Capital Expense Fund, and allocated in a manner as determined by
201    the Treasurer's Office to defray the expenses of the State Supreme
202    Court for the period beginning upon passage of this act and
203    through the fiscal year ending June 30, 2015......................
204    ...........................................$    2,700,000.00.
205    This additional appropriation is made to defray the cost of
206    the Administrative Office of Courts and Court Reporters for the
207    operations of the Drug Treatment Court Programs.
208    **SECTION 11.**  In addition to all other sums herein
209    appropriated, the following sum, or so much thereof as may be
210    necessary, is appropriated out of any money to the credit of the
211    Capital Expense Fund, and allocated in a manner as determined by
212    the Treasurer's Office to defray the expenses of the
213    administrative offices of the State Institutions of Higher
214    Learning for the period beginning upon the passage of this act
215    and through June 30, 2015.....................$    250,000.00.
216    This additional appropriation is made for the purpose of
217    defraying the costs of general operation of the Charter School
218    Authorizer Board created in the "Mississippi Charter Schools Act
219    of 2013."
220    **SECTION 12.**  In addition to all other sums herein
221    appropriated, the following sum, or so much thereof as may be

222   necessary is appropriated out of any money to the credit of the

223   Capital Expense Fund, and allocated in a manner as determined by

224   the Treasurer's Office, to defray the expenses of the Department

225   of Mental Health, for the period beginning upon passage and

226   through fiscal year ending June 30, 2014..........................

227   ...........................................$   1,700,000.00

228        This additional appropriation is made for the purpose of

229   preventing a deficit, which would otherwise occur.

230        **SECTION 13.**  In addition to all other sums herein

231   appropriated, the following sum, or so much thereof as may be

232   necessary is appropriated out of any funds in the State Treasury

233   to the credit of the Department of Insurance, which is comprised

234   of any special funds collected by or otherwise available to the

235   department, to the Department of Insurance to be provided for the

236   Rural Fire Truck Acquisition Assistance Program and/or the

237   Supplemental Rural Fire Truck Fund, for the period beginning upon

238   passage of this act and through the fiscal year ending June 30,

239   2015.......................................$   4,000,000.00.

240        **SECTION 14.**  The money herein appropriated shall be paid by

241   the State Treasurer out of any money in the proper fund or funds

242   as set forth in this act, upon warrants issued by the State Fiscal

243   Officer; and the State Fiscal Officer shall issue his warrants

244   upon requisitions signed by the proper person, officer or officers

245   in the manner provided by law.

246          **SECTION 15.**  This act shall take effect and be in force from
247     and after its passage and through the fiscal year ending June 30,
248     2014, except for Section 1, Section 2, Section 6, Section 10,
249     Section 11, and Section 13, which shall take effect and be in
250     force from and after passage of this act and through the fiscal
251     year ending June 30, 2015.

H. B. No. 1440       ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖       **~ OFFICIAL ~**
14/HR40/ANAP1SG            ST:  Appropriation; Additional for Various State
PAGE 11 (RM\BD)            Agencies for Fiscal Year 2014.

Exhibit A - Page 50

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2015

By: Senator(s) Clarke                            To: Appropriations

SENATE BILL NO. 2837
(As Sent to Governor)

1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2    HEALTH CARE EXPENDABLE FUNDS, CAPITAL EXPENSE FUNDS AND SPECIAL
3    FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF FINANCE AND
4    ADMINISTRATION FOR FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE
5    GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR 2015; THE STATE
6    BOARD OF ACCOUNTANCY FOR FISCAL YEARS 2015 AND 2016; THE JUDICIAL
7    PERFORMANCE COMMISSION FOR FISCAL YEARS 2015 AND 2016; CAPITAL
8    POST CONVICTION FOR FISCAL YEARS 2015 AND 2016; THE MISSISSIPPI
9    NATIONAL GUARD FOR FISCAL YEAR 2015; THE UNIVERSITY MEDICAL CENTER
10   FOR FISCAL YEAR 2015; THE MISSISSIPPI DEPARTMENT OF EDUCATION FOR
11   FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE STATE AUDITOR FOR
12   FISCAL YEAR 2015; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
13   2015 AND FISCAL YEAR 2016; THE INSTITUTIONS OF HIGHER LEARNING
14   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2015; THE STATE
15   BOARD OF NURSING FOR FISCAL YEAR 2015; THE MISSISSIPPI DEVELOPMENT
16   AUTHORITY FOR FISCAL YEARS 2015 AND 2016; DEPARTMENT OF ARCHIVES
17   AND HISTORY FOR FISCAL YEARS 2015 AND 2016; AND FOR RELATED
18   PURPOSES.

19       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20       **SECTION 1.**  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   Capital Expense Fund, and allocated in a manner as determined by

24   the Treasurer's office, to defray the expenses of the Department

25   of Finance and Administration for the period beginning upon the

26   passage of this act and through June 30, 2016.....................

27  .............................................$   7,065,552.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Capital Expense Fund, and allocated in a manner as determined by

36  the Treasurer's office to defray the expenses of the Office of the

37  Governor-Division of Medicaid for the period beginning upon

38  passage of this act and through the fiscal year ending

39  June 30, 2016...................................$   89,606,805.00.

40      This additional appropriation is made for the purpose of

41  supporting the operations of the Office of the Governor-Division

42  of Medicaid.

43      **SECTION 3.**  In addition to all other sums herein

44  appropriated, the following sum, or so much thereof as may be

45  necessary, is appropriated out of any money to the credit of the

46  Office of the Governor-Division of Medicaid, and allocated in a

47  manner as determined by the Treasurer's office to defray the

48  expenses of the Governor's Division of Medicaid for the period

49  beginning upon passage of this act and through the fiscal year

50  ending June 30, 2016.........................$   264,033,177.00.

51    This additional appropriation is made for the purpose of

52  supporting the operations of the Office of the Governor-Division

53  of Medicaid.

54    **SECTION 4.**  In addition to all other sums herein

55  appropriated, the following sum, or so much thereof as may be

56  necessary, is appropriated out of any money to the credit of the

57  Health Care Expendable Fund, and allocated in a manner as

58  determined by the Treasurer's office for Office of the

59  Governor-Division of Medicaid, for the period beginning upon

60  passage of this act and through the fiscal year

61  ending June 30, 2016............................$  3,055,564.00.

62    This additional appropriation is made for the purpose of

63  supporting the operations of the Office of the Governor-Division

64  of Medicaid.

65    **SECTION 5.**  In addition to all other sums herein

66  appropriated, the following sum, or so much thereof as may be

67  necessary, is appropriated out of any money to the credit of the

68  State Board of Accountancy, and allocated in a manner as

69  determined by the Treasurer's office to defray the expenses of the

70  State Board of Accountancy for the period beginning upon passage

71  of this act and through the fiscal year ending

72  June 30, 2016.....................................$   66,000.00.

73    This additional appropriation is made for the purpose of

74  defraying the expense of certain cost overages due to the

75  implementation of the board's new licensing system.

76      **SECTION 6.**  In addition to all other sums herein
77  appropriated, the following sum, or so much thereof as may be
78  necessary, is appropriated out of any money to the credit of the
79  Capital Expense Fund, and allocated in a manner as determined by
80  the Treasurer's office, to defray the expenses of the Judicial
81  Performance Commission for the period beginning upon passage of
82  this act and through the fiscal year ending
83  June 30, 2016......................................$  75,000.00.
84      This additional appropriation is made for the purpose of
85  defraying expenses not paid due to loss of special funds.
86      **SECTION 7.**  In addition to all other sums herein
87  appropriated, the following sum, or so much thereof as may be
88  necessary, is appropriated out of any money to the credit of the
89  Capital Expense Fund, and allocated in a manner as determined by
90  the Treasurer's office, to defray the expenses of Capital Post
91  Conviction for the period beginning upon passage of this act and
92  through the fiscal year ending June 30, 2016........$  325,000.00.
93      This additional appropriation is made for the purpose of
94  defraying expenses not paid due to loss of special funds.
95      **SECTION 8.**  In addition to all other sums herein
96  appropriated, the following sum, or so much thereof as may be
97  necessary, is appropriated out of any money to the credit of the
98  Capital Expense Fund, and allocated in a manner as determined by
99  the Treasurer's office, to defray the expenses of the Mississippi

100  National Guard for the period beginning upon passage of this act

101  and through the fiscal year ending June 30, 2015..................

102  ..............................................$    227,000.00.

103       This additional appropriation is made for the purpose of

104  defraying the cost of the loss of Federal Tuition Assistance for

105  National Guard service members, veterans, and their families.

106       **SECTION 9.**  In addition to all other sums herein

107  appropriated, the following sum, or so much thereof as may be

108  necessary, is appropriated out of any money to the credit of the

109  Capital Expense Fund, and allocated in a manner as determined by

110  the Treasurer's office, to defray the expenses of the University

111  of Mississippi Medical Center for the period beginning upon

112  passage of this act and through the fiscal year ending

113  June 30, 2015....................................$    105,000.00.

114       This additional appropriation is made for the purpose of

115  funding the Rural Dental Scholarship Program.

116       **SECTION 10.**  In addition to all other sums herein

117  appropriated, the following sum, or so much thereof as may be

118  necessary, is appropriated out of any money to the credit of the

119  Capital Expense Fund, and allocated in a manner as determined by

120  the Treasurer's office, to defray the expenses of the Mississippi

121  Department of Education for the period beginning upon passage of

122  this act and through the fiscal year ending

123  June 30, 2015....................................$    250,000.00.

124      This additional appropriation is made for the purpose of

125  defraying the expenses of the Magnolia Speech School.

126      **SECTION 11.**  In addition to all other sums herein

127  appropriated, the following sum, or so much thereof as may be

128  necessary, is appropriated out of any money to the credit of the

129  Capital Expense Fund, and allocated in a manner as determined by

130  the Treasurer's office to the Department of Education to defray

131  the expenses of the Microsoft IT Academy for the period beginning

132  July 1, 2015, and through the fiscal year ending

133  June 30, 2016...................................$    750,000.00.

134      **SECTION 12.**  In addition to all other sums herein

135  appropriated, the following sum, or so much thereof as may be

136  necessary, is appropriated out of any money to the credit of the

137  General Fund, and allocated in a manner as determined by the

138  Treasurer's office to the Department of Education for the support

139  of the Equal Opportunity for All Students with Special Needs

140  Program for the period beginning July 1, 2015, and through the

141  fiscal year ending June 30, 2016............. $    1,200,000.00.

142      **SECTION 13.**  In addition to all other sums herein

143  appropriated, the following sum, or so much thereof as may be

144  necessary, is appropriated out of any money to the credit of the

145  Education Enhancement Fund, and allocated in a manner as

146  determined by the Treasurer's office to the Department of

147  Education for the support of the Equal Opportunity for All Student

148  with Special Needs Program for the period beginning July 1, 2015,

149  and through the fiscal year ending

150  June 30, 2016...................................$  1,800,000.00.

151      **SECTION 14.**  In addition to all other sums herein

152  appropriated, the following sum, or so much thereof as may be

153  necessary, is appropriated out of any money to the credit of the

154  Department of Education, and allocated in a manner as determined

155  by the Treasurer's office to defray the expenses of The Amplify

156  data coaching pilot program for the period beginning July 1, 2015,

157  and through the fiscal year ending

158  June 30, 2016...................................$   196,380.00.

159      **SECTION 15.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Department of Education, and allocated in a manner as determined

163  by the Treasurer's office to defray the expenses of the

164  Mississippi Council of Economic Education for professional

165  development instruction in economics, personal finance and

166  entrepreneurship for the period beginning July 1, 2015, and

167  through the fiscal year ending June 30, 2016.......$   200,000.00.

168      **SECTION 16.**  In addition to all other sums herein

169  appropriated, the following sum, or so much thereof as may be

170  necessary, is appropriated out of any money to the credit of the

171  Capital Expense Fund, and allocated in a manner as determined by

172  the Treasurer's office, to defray the expenses of the Mississippi

173  Department of Education for the period beginning upon passage of

174  this act through the fiscal year ending

175  June 30, 2016....................................$  100,000.00.

176      This additional appropriation is for Chalkable's Learning

177  Earnings Pilot Program.

178      **SECTION 17.**  In addition to all other sums herein

179  appropriated, the following sum, or so much thereof as may be

180  necessary, is appropriated out of any money to the credit of the

181  Capital Expense Fund, and allocated in a manner as determined by

182  the Treasurer's office, to defray the expenses of the Office of

183  the State Auditor for the period beginning upon passage of this

184  act and through the fiscal year ending

185  June 30, 2015....................................$  637,000.00.

186      This additional appropriation is made to defray the cost of a

187  full systems audit of statewide accounting system known as MAGIC.

188      **SECTION 18.**  In addition to all other sums herein

189  appropriated, the following sum, or so much thereof as may be

190  necessary, is appropriated out of any money to the credit of the

191  Capital Expense Fund, and allocated in a manner as determined by

192  the Treasurer's office, to defray the expenses of the Attorney

193  General's office for the period beginning upon passage of this act

194  and through the fiscal year ending June 30, 2016....$  700,000.00.

195      This additional appropriation is made to defray the costs of

196  the Chemfax Cleanup.

197          **SECTION 19.**  In addition to all other sums herein
198  appropriated, the following sum, or so much thereof as may be
199  necessary, is appropriated out of any money to the credit of the
200  Capital Expense Fund, and allocated in a manner as determined by
201  the Treasurer's office, to defray the expenses of paying for
202  certain outside legal assistance, expert witness fees, court fees,
203  judgments and settlement agreements incurred by the Office of the
204  Attorney General for the period beginning upon passage of this act
205  and through the fiscal year ending
206  June 30, 2015...................................$  2,783,406.00.
207      Of the funds appropriated in this section, the following
208  amounts are provided:
209          (a)  Olivia Y., et al v. Haley Barbour, as Governor of
210  the State of Mississippi; the Executive Director of the Department
211  of Human Services; and Billy Mangold, as Director of the Division
212  of Family and Children's Services and the Department of Human
213  Services, United States District Court for the Southern District
214  of Mississippi, Jackson Division,
215  Cause No. 3:04cv251(L)(N).........................$  1,132,000.00.
216          (b)  Olivia Y., et al v. Haley Barbour, as Governor of
217  the State of Mississippi; the Executive Director of the Department
218  of Human Services; and Billy Mangold, as Director of the Division
219  of Family and Children's Services and the Department of Human
220  Services, United States District Court for the Southern District
221  of Mississippi, Jackson Division,

222  Cause No. 3:04cv251(L)(N)........................$   227,889.00.

223          (c)   Cirila Baltazar Cruz, et al v. Mississippi

224  Department of Human Services (MDHS), et al, United States District

225  Court for the Southern District of Mississippi,

226  Cause No. 3:10-cv-446-HTW-FKB.....................$   100,000.00.

227          (d)   Albert Brown v. Mississippi Department of Health,

228  United States District Court for the Southern District of

229  Mississippi, Cause No. 3:11-cv-146-CWR-FKB........$   458,925.00.

230          (e)   Marlita E. Pollard v. Hinds County Department of

231  Human Services, et al, United States District Court for the

232  Southern District of Mississippi,

233  Cause No. 3:13-cv-324-DPJ-FKB.....................$   100,000.00.

234          (f)   Marsha L. Calhoun v. Michael W. Miller, United

235  States District Court for the Southern District of Mississippi,

236  Cause No. 3:12-cv-715-TSL-JCG.....................$     5,000.00.

237          (g)   Natasha Evans Taylor v. Hinds County Department of

238  Human Services, et al, United States District Court for the

239  Southern District of Mississippi,

240  Cause No. 3:12-cv-729-HTW-MTP.....................$     2,000.00.

241          (h)   John A. Hawn v. Christopher (C,G,) Hughes, Michael

242  Berthay, in their individual capacities, and the Commissioner of

243  Public Safety for the State of Mississippi, for declaratory

244  relief; Northern District of Mississippi, Aberdeen Division,

245  Cause No. 1:13-CV-36-GHD-DAS......................$    15,000.00.

246          (i)  David Curtis Johnson v Tori Hankins, James Clark
247  and Felix Norwood; United States Court of Appeals For The Fifth
248  Circuit No. 13-60526, Appeal from the United States District Court
249  for the Southern District of Mississippi,
250  Cause No. 3:08-CV-632............................$    15,000.00.
251          (j)  DePriest, et al v Walnut Grove Correctional
252  Authority, United States District Court for the Southern District
253  of Mississippi, Cause No. 3:10-cv-633.............$    40,000.00.
254          (k)  Kennedy Brewer v. State of Mississippi, Circuit
255  Court of Noxubee County, Mississippi,
256  Claimant No. 2009-0099............................$    50,000.00.
257          (l)  Levon Brooks v. State of Mississippi, Circuit Court
258  of Noxubee County, Mississippi,
259  Claimant No. 2009-0098............................$    50,000.00.
260          (m)  Arthur Johnson v. State of Mississippi, Circuit
261  Court of Sunflower County, Mississippi,
262  Claimant No. 2009-0289-CI ........................$    50,000.00.
263          (n)  Cedric Willis v. State of Mississippi, Circuit
264  Court of Hinds County, Mississippi,
265  Claimant No. 251-09-649-CIV ......................$    50,000.00.
266          (o)  Sabrina Porter v. State of Mississippi, Circuit
267  Court of Lowndes County, Mississippi,
268  Claimant No. 2011-0014-CV1K.......................$    50,000.00.
269          (p)  Rodney Demetrius Sands v. State of Mississippi,
270  Circuit Court of Jefferson Davis County, Mississippi,

S. B. No. 2837    |||||||||||||||||||||||||||||    ~ **OFFICIAL** ~
15/SS26/ANAP1SG
PAGE 11

271  Claimant No. 2011-7H.............................$    39,998.00.

272            (q)  Estate of Larry Ruffin v. State of Mississippi,

273  Circuit Court of Forrest County, Mississippi,

274  Claimant No. CI-11-0238..........................$    50,000.00.

275            (r)  John Randall Alexander v. State of Mississippi,

276  Circuit Court of Panola County, Mississippi,

277  Claimant No. CV-2011-56JMP2......................$    50,000.00.

278            (s)  Matthew Norwood v. State of Mississippi, Circuit

279  Court of Hinds County, Mississippi,

280  Claimant No. 251-10-861-CIV......................$    50,000.00.

281            (t)  Phillip Bivens v. State of Mississippi, Circuit

282  Court of Forrest County, Mississippi,

283  Claimant No. CI11-0240...........................$    50,000.00.

284            (u)  Estate of Bobby Ray Dixon v. State of Mississippi,

285  Circuit Court of Forrest County, Mississippi,

286  Claimant No. CI11-0239...........................$    50,000.00.

287            (v)  Jimmie Bass v. State of Mississippi, Circuit Court

288  of Bolivar County, Mississippi,

289  Claimant No. 2011-0009 ..........................$    50,000.00.

290            (w)  Frank Sanders Tipton v. State of Mississippi,

291  Circuit Court of Jackson County, Mississippi,

292  Claimant No. 2011-00019..........................$    50,000.00.

293            (x)  Counsel for Frank Sanders Tipton - Lowrey &

294  Fortner, P.A.....................................$    25,594.00.

295          (y)  Derrick Luckett v. State of Mississippi, Circuit

296  Court of Rankin County, Mississippi,

297  Claimant No. 2012-178............................$    20,000.00.

298          (z)  Counsel for Derrick Luckett - Sharon Henderson,

299  Attorney at Law..................................$     2,000.00.

300      **SECTION 20.**  In addition to all other sums herein

301  appropriated, the following sum, or so much thereof as may be

302  necessary, is appropriated out of any money to the credit of the

303  Institutions of Higher Learning Office of Student Financial Aid,

304  and allocated in a manner as determined by the Treasurer's office

305  to defray the expenses of the Institutions of Higher Learning

306  Office of Financial Aid for the period beginning upon passage of

307  this act and through the fiscal year ending

308  June 30, 2015.......................................$600,000.00.

309      This additional appropriation is made for the purpose of

310  defraying the expenses of the Institutions of Higher Learning

311  Office of Student Financial Aid.

312      **SECTION 21.**  In addition to all other sums herein

313  appropriated, the following sum, or so much thereof as may be

314  necessary, is appropriated out of any money to the credit of the

315  Board of Nursing, and allocated in a manner as determined by the

316  Treasurer's office to defray the expenses of the Board of Nursing

317  for the period beginning upon passage of this act and through the

318  fiscal year ending June 30, 2015 .....................$66,000.00.

319     This additional appropriation is made for the purpose of

320  supporting the implementation of a Nursing Simulation Lab on the

321  campus of Mississippi Delta Community College.

322     **SECTION 22.**  In addition to all other sums herein

323  appropriated, the following sum, or so much thereof as may be

324  necessary, is appropriated out of any money to the credit of the

325  General Fund, and allocated in a manner as determined by the

326  Treasurer's office to the Mississippi Development Authority for

327  the purpose of providing a grant to the National Aeronautics and

328  Space Administration (NASA) for the relocation of the first stage

329  of the Saturn V moon rocket to the Infinity Science Center located

330  in Hancock County for the period beginning from and after passage

331  of this act and through the fiscal year ending

332  June 30, 2016...................................$    400,000.00.

333     **SECTION 23.** In addition to all other sums herein

334  appropriated, the following sum, or so much thereof as may be

335  necessary, is appropriated out of any money to the credit of the

336  State General Fund, and allocated in a manner as determined by the

337  Treasurer's office for the Department of Archives and History for

338  the period beginning upon passage of this act and through the

339  fiscal year ending June 30, 2016.................$    100,000.00.

340     This additional appropriation is made for the purpose of

341  providing a grant to the Senatobia Municipal School District to

342  assist in paying costs associated with construction,

343  reconstruction, repair, renovation and restoration of the historic

344  auditorium and classrooms and related facilities located on

345  College Street in the City of Senatobia, Mississippi.

346      **SECTION 24.**  The money herein appropriated shall be paid by

347  the State Treasurer out of any money in the proper fund or funds

348  as set forth in this act, upon warrants issued by the State Fiscal

349  Officer; and the State Fiscal Officer shall issue his warrants

350  upon requisitions signed by the proper person, officer or officers

351  in the manner provided by law.

352      **SECTION 25.**  This act shall take effect and be in force from

353  and after its passage and through the fiscal year ending June 30,

354  2015, except for Section 1, Section 2, Section 3, Section 4,

355  Section 5, Section 6, Section 7, Section 16, Section 18, Section

356  22 and Section 23, which shall take effect and be in force from

357  and after passage of this act and through the fiscal year ending

358  June 30, 2016; and Section 11, Section 12, Section 13, Section 14

359  and Section 15, which shall take effect and be in force for the

360  fiscal year beginning July 1, 2015, and ending June 30, 2016.

S. B. No. 2837                                    **~ OFFICIAL ~**
15/SS26/ANAP1SG              ST:  Appropriation; additional for various state
PAGE 15                              agencies for fiscal year 2015.

Exhibit A - Page 65

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2016

By: Senator(s) Clarke                      To:  Appropriations


SENATE BILL NO. 2924
(As Sent to Governor)


1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
3   THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2016
4   AND 2017; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
5   FISCAL YEAR 2016; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
6   2016 AND FISCAL YEAR 2017; THE INSTITUTIONS OF HIGHER LEARNING
7   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2016; THE STATE
8   DEPARTMENT OF HEALTH FOR FISCAL YEAR 2016; THE OFFICE OF CAPITAL
9   POST-CONVICTION COUNSEL FOR FISCAL YEAR 2016; THE DEPARTMENT OF
10  PUBLIC SAFETY'S BUREAU OF NARCOTICS FOR FISCAL YEAR 2016; THE
11  DEPARTMENT OF PUBLIC SAFETY FOR FISCAL YEAR 2016; THE PEARL RIVER
12  BASIN DEVELOPMENT DISTRICT FOR FISCAL YEAR 2016; THE PUBLIC
13  EMPLOYEES' RETIREMENT SYSTEM FOR FISCAL YEAR 2016; THE STATE
14  DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2016 AND FISCAL YEAR 2017;
15  THE BOARD OF ANIMAL HEALTH FOR FISCAL YEAR 2016 AND FISCAL YEAR
16  2017; THE VETERANS' AFFAIRS BOARD FOR FISCAL YEAR 2016 AND FISCAL
17  YEAR 2017; THE MISSISSIPPI DEPARTMENT OF TRANSPORTATION FOR FISCAL
18  YEARS 2016 AND 2017; TO MAKE APPROPRIATIONS FROM THE BUDGET
19  CONTINGENCY FUND FOR CERTAIN PROJECTS; AND FOR RELATED PURPOSES.

20       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

21       **SECTION 1.**  In addition to all other sums herein

22  appropriated, the following sum, or so much thereof as may be

23  necessary, is appropriated out of any money to the credit of the

24  Capital Expense Fund, and allocated in a manner as determined by

25  the Treasurer's Office, to defray the expenses of the Department

Exhibit A - Page 66

26  of Finance and Administration for the period beginning upon the

27  passage of this act and through June 30, 2017....$ 6,775,184.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.0.0

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Department of Finance and Administration, and allocated in a

36  manner as determined by the Treasurer's Office to defray the

37  expenses of the Department of Finance and Administration for the

38  period beginning upon passage of this act and through the fiscal

39  year ending June 30, 2017......................$ 1,815,955.00.

40      This additional appropriation is made for the purpose of

41  purchasing property insurance on state property as required by the

42  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

43  206.253.

44      **SECTION 3.**  In addition to all other sums herein

45  appropriated, the following sum, or so much thereof as may be

46  necessary, is appropriated out of any money to the credit of the

47  General Fund, and allocated in a manner as determined by the

48  Treasurer's Office to defray the expenses of the Office of the

49  Governor-Division of Medicaid for the period beginning upon

50  passage of this act and through the fiscal year ending June 30,

51  2016......................................$   25,000,000.00.

52      This additional appropriation is made for the purpose of

53  supporting the operations of the Office of the Governor-Division

54  of Medicaid.

55      **SECTION 4.**  In addition to all other sums herein

56  appropriated, the following sum, or so much thereof as may be

57  necessary, is appropriated out of any money to the credit of the

58  Capital Expense Fund, and allocated in a manner as determined by

59  the Treasurer's Office to defray the expenses of the Office of the

60  Governor-Division of Medicaid for the period beginning upon

61  passage of this act and through the fiscal year ending June 30,

62  2016......................................$   26,634,366.00.

63      This additional appropriation is made for the purpose of

64  supporting the operations of the Office of the Governor-Division

65  of Medicaid.

66      **SECTION 5.**  In addition to all other sums herein

67  appropriated, the following sum, or so much thereof as may be

68  necessary, is appropriated out of any money to the credit of the

69  Capital Expense Fund, and allocated in a manner as determined by

70  the Treasurer's Office, to defray the expenses of paying for

71  certain outside legal assistance, expert witness fees, court fees,

72  judgments and settlement agreements incurred by the Office of the

73  Attorney General for the period beginning upon passage of this act

74  and through the fiscal year ending June 30, 2016.................

75 ...........................................$  2,801,269.00.

76       Of the funds appropriated in this section, the following

77 amounts are provided:

78            (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

79 State of Mississippi and the Department of Human Services, United

80 States District Court for the Southern District of Mississippi,

81 Jackson Division, Cause No. 3:04cv251(L)(N)........$ 1,310,000.00.

82            (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

83 State of Mississippi and the Department of Human Services, United

84 States District Court for the Southern District of Mississippi,

85 Jackson Division, Cause No. 3:04cv251(L)(N)........$   241,973.00.

86            (c)  Gayle Miller McMullin v. Mississippi Department of

87 Public Safety, et al, United States District Court for the

88 Southern District of Mississippi, Civil Action No.

89 3:13CV68-CWR-FKB..................................$   118,906.00.

90            (d)  Vanda Grace Crowe, Administratrix and personal

91 representative of the Estate of Michael Grace, deceased v.

92 Mississippi Division of Medicaid and Mississippi Department of

93 Rehab Services, United States District Court, Southern District of

94 Mississippi, Northern District, Civil Action No.

95 3:11-CV-366-CWR-LRA...............................$   150,000.00.

96            (e)  John A. Hawn v. Christopher (C.G.) Hughes, Michael

97 Berthay, in their individual capacities, and the Commissioner of

98 Public Safety for the State of Mississippi, for declaratory

99   relief; Northern District of Mississippi, Aberdeen Division, Cause

100  No. 1:13-CV-36-GHD-DAS.............................$   35,000.00.

101            (f)   Kennedy Brewer v. State of Mississippi, Circuit

102  Court of Noxubee County, Mississippi, Claimant No. 2009-0099......

103  ...............................................$   50,000.00.

104            (g)   Levon Brooks v. State of Mississippi, Circuit Court

105  of Noxubee County, Mississippi, Claimant No. 2009-0098...........

106  ...............................................$   50,000.00.

107            (h)   Arthur Johnson v. State of Mississippi, Circuit

108  Court of Sunflower County, Mississippi, Claimant No. 2009-0289-CI

109  ...............................................$   50,000.00.

110            (i)   Cedric Willis v. State of Mississippi, Circuit

111  Court of Hinds County, Mississippi, Claimant No. 251-09-649-CIV

112  ...............................................$   50,000.00.

113            (j)   Sabrina Porter v. State of Mississippi, Circuit

114  Court of Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K

115  ...............................................$   50,000.00.

116            (k)   Estate of Larry Ruffin v. State of Mississippi,

117  Circuit Court of Forrest County, Mississippi, Claimant No.

118  CI-11-0238.......................................$   50,000.00.

119            (l)   John Randall Alexander v. State of Mississippi,

120  Circuit Court of Panola County, Mississippi, Claimant No.

121  CV-2011-56JMP2....................................$   50,000.00.

122            (m)   Matthew Norwood v. State of Mississippi, Circuit

123  Court of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

124    ..............................................$  50,000.00.

125              (n)   Phillip Bivens v. State of Mississippi, Circuit

126    Court of Forrest County, Mississippi, Claimant No. CI-11-0240

127    ..............................................$  50,000.00.

128              (o)   Estate of Bobby Ray Dixon v. State of Mississippi,

129    Circuit Court of Forrest County, Mississippi, Claimant No.

130    CI-11-0239......................................$  50,000.00.

131              (p)   Jimmie Bass v. State of Mississippi, Circuit Court

132    of Bolivar County, Mississippi, Claimant No. 2011-0009

133    ..............................................$  50,000.00.

134              (q)   Frank Sanders Tipton v. State of Mississippi,

135    Circuit Court of Jackson County, Mississippi, Claimant No.

136    2011-00019......................................$  50,000.00.

137              (r)   Rolland Glen Anderson v. State of Mississippi,

138    Circuit Court of Hinds County, Mississippi, Claimant No.

139    251-09-640CIV...................................$  50,000.00.

140              (s)   Counsel for Rolland Glen Anderson - Robert Louis

141    Williamson and Julie P. Ratliff....................$  60,390.00.

142              (t)   John A. Hawn, Bryan Lindsey, Heather Seawrite,

143    Ronnie Horton and Matilda Moore v. Former Trooper Christopher

144    Hughes and Former Director of the Highway Patrol, Michael Berthay;

145    United States District Court for the Northern District of

146    Mississippi, Civil Action No. 1:13-CV-23-NBB-DAS....$  235,000.00.

147        **SECTION 6.**  In addition to all other sums herein

148    appropriated, the following sum, or so much thereof as may be

S. B. No. 2924    |||||||||||||||||||||||||||||||||||    **~ OFFICIAL ~**
16/SS02/ANAP1SG
PAGE 6

149  necessary, is appropriated out of any money to the credit of the

150  Capital Expense Fund, and allocated in a manner as determined by

151  the Treasurer's Office, to defray the expenses of the Institutions

152  of Higher Learning Office of Student Financial Aid, and allocated

153  in a manner as determined by the Treasurer's Office for the period

154  beginning upon passage of this act and through the fiscal year

155  ending June 30, 2016..............................$4,000,000.00.

156      This additional appropriation is made for the purpose of

157  defraying the expenses of the Institutions of Higher Learning

158  Office of Student Financial Aid.

159      **SECTION 7.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Capital Expense Fund, and allocated in a manner as determined by

163  the Treasurer's Office, to defray the expenses of the Mississippi

164  Department of Public Safety's Bureau of Narcotics, and allocated

165  in a manner as determined by the Treasurer's Office for the period

166  beginning upon passage of this act and through the fiscal year

167  ending June 30, 2016.............................. $561,220.00.

168      This additional appropriation is made for the purpose of

169  defraying the expenses of the sworn officer pay scale and the

170  Huggins Act.

171      **SECTION 8.**  In addition to all other sums herein

172  appropriated, the following sum, or so much thereof as may be

173  necessary, is appropriated out of any money to the credit of the

174    Capital Expense Fund, and allocated in a manner as determined by
175    the Treasurer's Office, to defray the expenses of the Mississippi
176    Department of Public Safety, and allocated in a manner as
177    determined by the Treasurer's Office for the period beginning upon
178    passage of this act and through the fiscal year ending June 30,
179    2016.................................... $   179,255.00.
180         This additional appropriation is made for the purpose of
181    defraying the expenses of the Law Enforcement and Firefighters
182    Death Benefit Fund.
183         **SECTION 9.**  In addition to all other sums herein
184    appropriated, the following sum, or so much thereof as may be
185    necessary, is appropriated out of any money to the credit of the
186    Pearl River Basin Development District, and allocated in a manner
187    as determined by the Treasurer's Office for the period beginning
188    upon the passage of this act and through the fiscal year ending
189    June 30, 2016................................ $   408,500.00.
190         This additional appropriation is made for the purpose of
191    defraying the expenses incurred by the agency for the
192    Jackson/Pearl River Clearing Project, the Rankin/Hinds Clearing
193    Project, and Flood and Drainage Control Districts.
194         **SECTION 10.**  In addition to all other sums herein
195    appropriated, the following sum, or so much thereof as may be
196    necessary, is appropriated out of any money to the credit of the
197    Capital Expense Fund, and allocated in a manner as determined by
198    the Treasurer's Office, to defray the expenses of the Public

199  Employees' Retirement System, and allocated in a manner as

200  determined by the Treasurer's Office for the period beginning upon

201  passage of this act and through the fiscal year ending June 30,

202  2016...................................... $   16,003.00.

203      This additional appropriation is made to defray the expenses

204  of the actuarial costs associated with the accrual of leave for

205  Jackson County and Jackson County Sheriff's Office employees.

206      **SECTION 11.**  In addition to all other sums herein

207  appropriated, the following sum, or so much thereof as may be

208  necessary, is appropriated out of any money to the credit of the

209  Capital Expense Fund, and allocated in a manner as determined by

210  the Treasurer's Office, to defray the expenses of the State

211  Department of Health, and allocated in a manner as determined by

212  the Treasurer's Office for the period beginning upon passage of

213  this act and through the fiscal year ending June 30,

214  2016...................................... $   2,000,000.00.

215      This additional appropriation is made to defray the expenses

216  of the State Department of Health.

217      **SECTION 12.**  In addition to all other sums herein

218  appropriated, the following sum, or so much thereof as may be

219  necessary, is appropriated out of any money to the credit of the

220  Capital Expense Fund, and allocated in a manner as determined by

221  the Treasurer's Office, to defray the expenses of the Board of

222  Animal Health, and allocated in a manner as determined by the

223  Treasurer's Office for the period beginning upon passage of this

S. B. No. 2924    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    **~ OFFICIAL ~**
16/SS02/ANAP1SG
PAGE 9

224  act and through the fiscal year ending June 30,

225  2017.......................................... $  84,000.00.

226       This additional appropriation is made to defray the expenses

227  of acquired leave time for an employee and related expenses.

228       **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Capital Expense Fund, and allocated in a manner as determined by

232  the Treasurer's Office, to defray the expenses of the Veterans'

233  Affairs Board, and allocated in a manner as determined by the

234  Treasurer's Office for the period beginning upon passage of this

235  act and through the fiscal year ending June 30, 2017..............

236  ...............................................$  500,000.00.

237       This additional appropriation is made to defray the expenses

238  of the general upkeep of the state's veterans' cemeteries and

239  related expenses.

240       **SECTION 14.**  In addition to all other sums appropriated

241  herein, the following sum, or so much thereof as may be necessary,

242  is appropriated out of any money to the credit of the Budget

243  Contingency Fund, and allocated in a manner as determined by the

244  Treasurer's Office, to defray the expenses of the following:

245       Bicentennial Commission in conjunction with the Mississippi

246       Tourism Association for marketing and promoting

247       purposes.................... $3,000,000.00.

```
248       Pascagoula Redevelopment Authority for the revitalization of

249       Downtown Pascagoula............................

250       $1,500,000.00.

251       Keesler Air Force Base construction

252       projects............................... $5,000,000.00.

253       National Diabetes and Obesity Research Center for contracting

254       with Cleveland Clinic for clinical, educational, and research

255       advisory services..............................

256       $1,500,000.00.

257       MDA – Tourism for Bicentennial related

258       expenses.............................. $1,600,000.00.

259       Economic Development and Infrastructure

260       Fund.................................. $2,500,000.00.

261       University of Southern Mississippi Marine Science Endowment

262       Fund....................... $5,000,000.00.

263       University of Southern Mississippi Gulf Research

264       Lab.................................. $3,000,000.00.

265       Mississippi Gulf Coast Community College Scholarship

266       Fund.................................. $3,000,000.00.

267       Pearl River Community College Scholarship

268       Fund.................................. $2,000,000.00.

269       University of Southern Mississippi Gulf Park Campus for the

270       Student Resource Center................................

271       $300,000.00.
```

```
272        University of Southern Mississippi Main Campus for the
273        renovation of Greene Hall..................................
274        $8,200,000.00.
275        Infinity Rocket Project................. $800,000.00.
276        Marion County Historical for repairs and renovations at the
277        John Ford Home.................... $50,000.00.
278        Pearl River Community College for the acquisition of land in
279        Hancock County for a satellite
280        campus............................... $1,000,000.00.
281        These sums are to be made available from and after the
282   passage of this act and through the fiscal year ending June 30,
283   2017.  Additionally, these sums are contingent upon the BP
284   Settlement funds being deposited in the Budget Contingency Fund.
285        SECTION 15.  In addition to all other sums herein
286   appropriated, the following sum, or so much thereof as may be
287   necessary, is appropriated out of any money to the credit of the
288   Capital Expense Fund, and allocated in a manner as determined by
289   the Treasurer's Office, to defray the expenses of the Mississippi
290   Department of Transportation, and allocated in a manner as
291   determined by the Treasurer's Office for the period beginning upon
292   passage of this act and through the fiscal year ending June 30,
293   2017...................................... $  2,100,000.00.
294        This additional appropriation is made to defray the expenses
295   of the East Metro Corridor Commission.
```

296    **SECTION 16.**  In addition to all other sums herein

297    appropriated, the following sum, or so much thereof as may be

298    necessary, is appropriated out of any money to the credit of the

299    Capital Expense Fund, and allocated in a manner as determined by

300    the Treasurer's Office, to defray the expenses of the Mississippi

301    Department of Education, and allocated in a manner as determined

302    by the Treasurer's Office for the period beginning upon passage of

303    this act and through the fiscal year ending June 30,

304    2017....................................... $   1,333,465.00.

305        This additional appropriation is made to defray the expenses

306    of Vocational and Technical Education.

307    **SECTION 17.**  In addition to all other sums herein

308    appropriated, the following sum, or so much thereof as may be

309    necessary, is appropriated out of any money to the credit of the

310    Capital Expense Fund, and allocated in a manner as determined by

311    the Treasurer's Office, to defray the expenses of the Office of

312    Capital Post Conviction Counsel, and allocated in a manner as

313    determined by the Treasurer's Office for the period beginning upon

314    passage of this act and through the fiscal year ending June 30,

315    2016....................................... $   431,814.00.

316        This additional appropriation is made to defray the ongoing

317    expenses of the Office of Capital Post Conviction Counsel.

318    **SECTION 18.**  This act shall take effect and be in force from

319    and after its passage and through the fiscal year ending June 30,

320    2016, except for Section 1, Section 2, Section 12, Section 13,

321    Section 14, Section 15, and Section 16 which shall take effect and

322    be in force from and after passage of this act and through the

323    fiscal year ending June 30, 2017.

~ **OFFICIAL** ~

ST:  Appropriation; additional for various state
agencies for fiscal year 2016.

MISSISSIPPI LEGISLATURE     REGULAR SESSION 2017

By: Senator(s) Clarke     To: Appropriations

SENATE BILL NO. 3015
(As Sent to Governor)

1  AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2 CAPITAL EXPENSE FUNDS, BUDGET CONTINGENCY FUNDS AND SPECIAL FUNDS
3 TO DEFRAY THE EXPENSES OF VARIOUS AGENCIES FOR FISCAL YEARS 2017
4 AND 2018 AND RELATED PURPOSES.

5  BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

6  **SECTION 1.**  In addition to all other sums herein

7 appropriated, the following sum, or so much thereof as may be

8 necessary, is appropriated out of any money to the credit of the

9 Capital Expense Fund, to defray the expenses of the Office of the

10 Governor-Division of Medicaid for the period beginning upon

11 passage of this act and through the fiscal year ending June 30,

12 2018........................................$  51,356,969.00.

13  This additional appropriation is made for the purpose of

14 supporting the operations of the Office of the Governor-Division

15 of Medicaid.

16  **SECTION 2.**  In addition to all other sums herein

17 appropriated, the following sum, or so much thereof as may be

18 necessary, is appropriated out of any money to the credit of the

19 Capital Expense Fund, to defray the expenses of the Department of

20  Finance and Administration for the period beginning upon the

21  passage of this act and through June 30, 2018....$   9,649,689.00.

22      This additional appropriation is made for the purpose of

23  purchasing property insurance on state property as required by the

24  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

25  206.253.0.0 and other expenses under the purview of the Department

26  of Finance and Administration.

27      **SECTION 3.**  In addition to all other sums herein

28  appropriated, the following sum, or so much thereof as may be

29  necessary, is appropriated out of any money to the credit of the

30  Capital Expense Fund, to defray the expenses of the Wireless

31  Communication Commission for the period beginning upon the passage

32  of this act and through June 30, 2018..........$   1,426,663.00.

33      This additional appropriation is made for the purpose of

34  paying contractual obligations for system maintenance.

35      **SECTION 4.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money to the credit of the

38  Capital Expense Fund, to defray the expenses of paying for certain

39  outside legal assistance, expert witness fees, court fees,

40  judgments and settlement agreements incurred by the Office of the

41  Attorney General for the period beginning upon passage of this act

42  and through the fiscal year ending June 30, 2017...............

43  ..........................................$   3,781,748.00.

44      Of the funds appropriated in this section, the following

45 amounts are provided:

46          (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

47 State of Mississippi and the Department of Human Services, United

48 States District Court for the Southern District of Mississippi,

49 Jackson Division, Cause No. 3:04cv251(L)(N).....$   1,122,000.00.

50          (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

51 State of Mississippi and the Department of Human Services, United

52 States District Court for the Southern District of Mississippi,

53 Jackson Division, Cause No. 3:04cv251(L)(N).......$   414,936.00.

54          (c)  Troupe v. Barbour, Consolidated with United States

55 v. Mississippi, United States District Court for the Southern

56 District of Mississippi; Civil Action No.

57 3:10-CV-153-HTW-MTP...............................$  212,500.00.

58          (d)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

59 Murphy v. The State of Mississippi by and through Delbert Hosemann

60 in his Official Capacity as the Secretary of State and Trustee of

61 the Public Tidelands and The City of Bay Saint Louis, Mississippi,

62 in the Circuit Court of Hancock County, Mississippi, Cause No.

63 12-0153.........................................$   908,470.00.

64          (e)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

65 Murphy v. The State of Mississippi by and through Delbert Hosemann

66 in his Official Capacity as the Secretary of State and Trustee of

67 the Public Tidelands and The City of Bay Saint Louis, Mississippi,

68    in the Circuit Court of Hancock County, Mississippi, Cause No.

69    12-0153.......................................$   223,842.00.

70            (f)   Settlement between the United States Environmental

71    Protection Agency and State of Mississippi; Chemfax, Inc.,

72    Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

73    ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

74    Agreement for the Recovery of Response Costs, Docket No.

75    CERCLA-04-201403756..............................$   83,983.00.

76            (g)   Melissa Ross v. Mississippi Department of

77    Education, in the United States District Court for the Southern

78    District of Mississippi; Cause No.

79    3:09-cv-113-HTW-LRA...............................$   114,750.00.

80            (h)   Gale Nelson Walker v. Office of the District

81    Attorney of Hinds County, in the United States District Court for

82    the Southern District Court for the Southern District of

83    Mississippi; Cause No. 1:15cv-00364.................$   3,001.00.

84            (i)   Kennedy Brewer v. State of Mississippi, Circuit

85    Court of Noxubee County, Mississippi, Claimant No.

86    2009-0099.......................................$  50,000.00.

87            (j)   Levon Brooks v. State of Mississippi, Circuit Court

88    of Noxubee County, Mississippi, Claimant

89    No. 2009-0098....................................$  50,000.00.

90            (k)   Arthur Johnson v. State of Mississippi, Circuit

91    Court of Sunflower County, Mississippi, Claimant No.

92    2009-0289-CI.....................................$  50,000.00.

93          (l)   Cedric Willis v. State of Mississippi, Circuit

94   Court of Hinds County, Mississippi, Claimant No.

95   251-09-649-CIV....................................$  50,000.00.

96          (m)   Sabrina Porter v. State of Mississippi, Circuit

97   Court of Lowndes County, Mississippi, Claimant No.

98   2011-0014-CV1K....................................$  50,000.00.

99          (n)   Estate of Larry Ruffin v. State of Mississippi,

100  Circuit Court of Forrest County, Mississippi, Claimant No.

101  CI-11-0238........................................$  50,000.00.

102         (o)   Phillip Leo Bivens v. State of Mississippi, Circuit

103  Court of Forrest County, Mississippi, Claimant No.

104  CI-11-0240........................................$  50,000.00.

105         (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

106  Circuit Court of Forrest County, Mississippi, Claimant No.

107  CI-11-0239........................................$  50,000.00.

108         (q)   Jimmie Bass v. State of Mississippi, Circuit Court

109  of Bolivar County, Mississippi, Claimant No.

110  2011-0009........................................$  50,000.00.

111         (r)   Rolland Glen Anderson v. State of Mississippi,

112  Circuit Court of Hinds County, Mississippi, Claimant No.

113  251-09-640CIV....................................$  50,000.00.

114         (s)   Roger Harris v. State of Mississippi, Circuit Court

115  of Hinds County; Civil Action No.

116  251-12-534CIV....................................$  30,000.00.

117         (t)  Roger Harris v. State of Mississippi, Circuit Court
118 of Hinds County; Civil Action No.
119 251-12-534CIV.....................................$   6,000.00.
120         (u) Jamar Amin Moore vs. State of Mississippi, Circuit
121 Court of Coahoma County; Civil Action No.
122 14-CI-13-001.....................................$ 50,0000.00.
123         (v) Jamar Amin Moore vs. State of Mississippi, Circuit
124 Court of Coahoma County; Civil Action
125 No. 14-CI-13-001.................................$  33,866.00.
126         (w) Jason Hall v. State of Mississippi, Circuit Court of
127 Forrest County; Cause No. CI 14-0014...............$  50,000.00.
128         (x) Ralph Arnold Smith, Chancery Court of Hinds County,
129 Mississippi; First Judicial District, Cause No. M-2015-0086,
130 O/3..............................................$  28,400.00.
131     **SECTION 5.**  In addition to all other sums herein
132 appropriated, the following sum, or so much thereof as may be
133 necessary, is appropriated out of any money to the credit of the
134 Capital Expense Fund, to defray the expenses of the Board of Tax
135 Appeals for the period beginning upon the passage of this act and
136 through June 30, 2018.............................$  33,800.00.
137     This additional appropriation is made for the purpose of
138 supporting the operations of the Board of Tax Appeals.
139     **SECTION 6.**  In addition to all other sums herein
140 appropriated, the following sum, or so much thereof as may be
141 necessary, is appropriated out of any money to the credit of the

S. B. No. 3015        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖        **~ OFFICIAL ~**
17/SS26/ANAP1SG
PAGE 6

142 Capital Expense Fund, to defray the expenses of the Mississippi

143 Department of Education, for the period beginning upon passage of

144 this act and through the fiscal year ending June 30, 2018...

145 ........................................$    3,619,482.00.

146      This additional appropriation is made to defray the expenses

147 of Vocational and Technical Education.

148      **SECTION 7.**  In addition to all other sums herein

149 appropriated, the following sum, or so much thereof as may be

150 necessary, is appropriated out of any money to the credit of the

151 Department of Revenue, to defray the expenses of the Department of

152 Revenue for the period beginning upon passage of this act and

153 through the fiscal year ending June 30, 2018....$    650,617.00.

154      This additional appropriation is for the purpose of

155 reimbursement to the Municipal and Justice Courts that participate

156 in the Court Collections Program and for the purpose of purchasing

157 hardware and software the Mississippi Automated Revenue System.

158      **SECTION 8.**  In addition to all other sums herein

159 appropriated, the following sum, or so much thereof as may be

160 necessary, is appropriated out of any money to the credit of the

161 Board of Examiners for Licensed Professional Counselors, to defray

162 the expenses of the Licensed Professional Counselors Board for the

163 period beginning upon passage of this act and through the fiscal

164 year ending June 30, 2018.......................$    15,000.00.

165      This additional appropriation is for the purpose of defraying

166 unexpected expenses related to the duties of the agency.

S. B. No. 3015        |||||||||||||||||||||||||||||||||||||||        **~ OFFICIAL ~**
17/SS26/ANAP1SG
PAGE 7

167    **SECTION 9.**  In addition to all other sums herein
168    appropriated, the following sum, or so much thereof as may be
169    necessary, is appropriated out of any money to the credit of the
170    Engineers and Land Surveyors Board, to defray the expenses of the
171    Engineers and Land Surveyors Board for the period beginning upon
172    passage of this act and through the fiscal year ending June 30,
173    2018........................................$    17,000.00.
174        This additional appropriation is the for the purpose of
175    paying legal fees.
176    **SECTION 10.**  In addition to all other sums herein
177    appropriated, the following sum, or so much thereof as may be
178    necessary, is appropriated out of any money to the credit of the
179    Judicial Performance Commission, to defray the expenses of the
180    Judicial Performance Commission for the period beginning upon
181    passage of this act and through the fiscal year ending June 30,
182    2018........................................$    62,722.00.
183        This additional appropriation is the for the purpose of
184    supporting the operations of the Commission.
185    **SECTION 11.**  In addition to all other sums herein
186    appropriated, the following sum or so much thereof as may be
187    necessary, is appropriated out of any money to the credit of the
188    Department of Public Safety, to defray the expenses of the
189    Department of Public Safety for the period beginning upon passage
190    and through fiscal year ending June 30, 2018.....$  1,725,000.00.

191        This additional appropriation is made for the purpose of a
192   Highway Patrol Trooper School.
193        **SECTION 12.**  In addition to all other sums herein
194   appropriated, the following sum, or so much thereof as may be
195   necessary is appropriated out of any money to the credit of the
196   Department of Finance and Administration, to defray the expenses
197   of the department for the period beginning upon passage and
198   through fiscal year ending June 30, 2018......$   4,068,585.00.
199        This additional appropriation is made for the purpose of
200   supporting the operations of the Department of Finance and
201   Administration.
202        **SECTION 13.**  In addition to all other sums herein
203   appropriated, the following sum, or so much thereof as may be
204   necessary, is appropriated out of any money to the credit of the
205   Department of Finance and Administration, to defray the expenses
206   of the Department of Finance and Administration – Tort Claims
207   Board for the period beginning upon passage and through fiscal
208   year ending June 30, 2018....................$   1,585,056.00.
209        This additional appropriation is made for the purpose of
210   supporting the operations of the Tort Claims Board.
211        **SECTION 14.**  In addition to all other sums herein
212   appropriated, the following sum is appropriated out of any money
213   in the State General Fund not otherwise appropriated for the
214   expenses of the Governor's Division of Medicaid for the period

215  beginning upon passage and through fiscal year ending June 30,

216  2018......................................$   8,643,031.00.

217      This additional appropriation is made for the purpose of

218  supporting the operations of the Office of the Governor-Division

219  of Medicaid.

220      **SECTION 15.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  Budget Contingency Fund, to defray the expenses of the Mississippi

224  Development Authority, for the period beginning upon passage of

225  this act and through the fiscal year ending June 30,

226  2018......................................$   5,000,000.00.

227      This additional appropriation is made to defray the expenses

228  of activities in support of Keesler Air Force Base.

229      **SECTION 16.**  In addition to all other sums herein

230  appropriated, the following sum, or so much thereof as may be

231  necessary, is appropriated out of any money to the credit of the

232  Budget Contingency Fund, to defray the expenses of the Mississippi

233  Development Authority, for the period beginning upon passage of

234  this act and through the fiscal year ending June 30,

235  2018......................................$   1,500,000.00.

236      This additional appropriation is made to defray the expenses

237  of the National Diabetes and Obesity Research Center for

238  contracting with Cleveland Clinic for clinical, educational, and

239  research advisory services.

240     **SECTION 17.**  In addition to all other sums herein
241 appropriated, the following sum, or so much thereof as may be
242 necessary, is appropriated out of any money to the credit of the
243 Budget Contingency Fund, to defray the expenses of the Department
244 of Marine Resources, for the period beginning upon passage of this
245 act and through the fiscal year ending June 30,
246 2018..........................................$  3,000,000.00.
247     This additional appropriation is made to defray the expenses
248 of Phase II of the Mississippi Oyster Restoration Project in the
249 Mississippi Sound.
250     **SECTION 18.**  In addition to all other sums herein
251 appropriated, the following sum, or so much thereof as may be
252 necessary, is appropriated out of any money to the credit of the
253 Capitol Expense Fund, to defray the expenses of the Alcorn State
254 University, for the period beginning upon passage of this act and
255 through the fiscal year ending June 30, 2018.....$  3,311,592.00.
256     This additional appropriation is made to defray the expenses
257 of upgrades and renovations to the university's water treatment
258 facility and related expenses.
259     **SECTION 19.**  In addition to all other sums herein
260 appropriated, the following sum or so much thereof as may be
261 necessary, is appropriated out of any money to the credit of the
262 Department of Public Safety, to defray the expenses of the
263 Department of Public Safety for the period beginning upon passage
264 and through fiscal year ending June 30, 2018.......$  567,475.00.

265    This additional appropriation is made for the purpose of

266  defraying any costs associated with the repayment of National

267  Highway Performance Program funds, Surface Transportation Program

268  funds, or any other settlement agreements.

269    **SECTION 20.**  In addition to all other sums herein

270  appropriated, the following sum, or so much thereof as may be

271  necessary, is appropriated out of any money to the credit of the

272  Capitol Expense Fund, to defray the expenses of the Mississippi

273  Development Authority, for the period beginning upon passage of

274  this act and through the fiscal year ending June 30,

275  2018..........................................$  100,000.00.

276    This additional appropriation is made to defray the expenses

277  of the City of Hattiesburg as a result of the January 21, 2017

278  tornados.

279    **SECTION 21.**  In addition to all other sums herein

280  appropriated, the following sum, or so much thereof as may be

281  necessary, is appropriated out of any money to the credit of the

282  Capitol Expense Fund, to defray the expenses of the Mississippi

283  Development Authority, for the period beginning upon passage of

284  this act and through the fiscal year ending June 30,

285  2018..........................................$  65,000.00.

286    This additional appropriation is made to defray the expenses

287  associated with master planning efforts of the Mississippi Coast

288  Coliseum.

289   **SECTION 22.** In addition to all other sums herein

290 appropriated, the following sum, or so much thereof as may be

291 necessary, is appropriated out of any money to the credit of the

292 Capitol Expense Fund, to defray the expenses of the Mississippi

293 Development Authority, for the period beginning upon passage of

294 this act and through the fiscal year ending June 30,

295 2018.......................................$   100,000.00.

296   This additional appropriation is made to defray the expenses

297 of the Mississippi Hills National Heritage Area.

298   **SECTION 23.** In addition to all other sums herein

299 appropriated, the following sum, or so much thereof as may be

300 necessary, is appropriated out of any money to the credit of the

301 Capitol Expense Fund, to defray the expenses of the Mississippi

302 Development Authority, for the period beginning upon passage of

303 this act and through the fiscal year ending June 30,

304 2018........................................$   150,000.00.

305   This additional appropriation is made to defray the expenses

306 of upgrades and renovations to the West Harrison County Vocational

307 and Technical Center.

308   **SECTION 24.** In addition to all other sums herein

309 appropriated, the following sum, or so much thereof as may be

310 necessary, is appropriated out of any money to the credit of the

311 Capitol Expense Fund, to defray the expenses of the Department of

312 Archives and History, for the period beginning upon passage of

313 this act and through the fiscal year ending June 30, 2018......

314 .............................................$  500,000.00.

315     This additional appropriation is made to defray the expenses

316 related to the opening of the new Mississippi Museums.

317     **SECTION 25.**  In addition to all other sums herein

318 appropriated, the following sum, or so much thereof as may be

319 necessary, is appropriated out of any money to the credit of the

320 Capitol Expense Fund, to defray the expenses of the Mississippi

321 State University Cooperative Extension Service, for the period

322 beginning upon passage of this act and through the fiscal year

323 ending June 30, 2018...........................$   50,000.00.

324     This additional appropriation is made to defray the expenses

325 of an information campaign related to wild hogs.

326     **SECTION 26.**  This act shall take effect and be in force from

327 and after its passage and through the fiscal year ending June 30,

328 2018, except for Section 4, which shall take effect and be in

329 force through the fiscal year ending June 30, 2017.

S. B. No. 3015          ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌     **~ OFFICIAL ~**
17/SS26/ANAP1SG         ST:  Appropriation; additional appropriations
PAGE 14                 for various state agencies for FY 2017.

Exhibit A - Page 93

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2018

By: Representative Read                    To:  Appropriations


HOUSE BILL NO. 1617
(As Sent to Governor)


```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
 3   THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR
 4   2018; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
 5   YEARS 2018 AND 2019; THE WIRELESS COMMUNICATION COMMISSION FOR
 6   FISCAL YEAR 2018; THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR
 7   2018; OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEAR 2018; THE
 8   BOARD OF TAX APPEALS FOR FISCAL YEAR 2018; THE DEPARTMENT OF
 9   INFORMATION TECHNOLOGY SERVICES FOR FISCAL YEAR 2018; THE
10   DEPARTMENT OF REHABILITATION SERVICES FOR FISCAL YEAR 2018;
11   DEPARTMENT OF CORRECTIONS FOR FISCAL YEAR 2018; OIL AND GAS BOARD
12   FOR FISCAL YEAR 2018; JACKSON STATE UNIVERSITY BOARD FOR FISCAL
13   YEARS 2018 AND 2019; MISSISSIPPI STATE UNIVERSITY ALCOHOL SAFETY
14   EDUCATION PROGRAM FOR FISCAL YEAR 2018; THE PUBLIC EMPLOYEES
15   RETIREMENT SYSTEM FOR FISCAL YEAR 2018; DEPARTMENT OF BANKING AND
16   CONSUMER FINANCE FOR FISCAL YEAR 2018; DEPARTMENT OF PUBLIC SAFETY
17   FOR FISCAL YEARS 2018 AND 2019; DEPARTMENT OF INSURANCE FOR FISCAL
18   YEAR 2019; AND FOR RELATED PURPOSES.
```

19        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20        **SECTION 1.**  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   General Fund, and allocated in a manner as determined by the

24   Treasurer's Office to defray the expenses of the Office of the

25   Governor-Division of Medicaid for the period beginning upon

26  passage of this act and through the fiscal year ending June 30,

27  2018..........................................$   16,500,000.00.

28      This additional appropriation is made for the purpose of

29  supporting the operations of the Office of the Governor-Division

30  of Medicaid.

31      **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Office of the Governor-Division of Medicaid, and allocated in a

35  manner as determined by the Treasurer's Office, to defray the

36  expenses of the Office of the Governor-Division of Medicaid for

37  the period beginning upon passage of this act and through the

38  fiscal year ending June 30, 2018.............$   45,000,000.00.

39      **SECTION 3.**  In addition to all other sums herein

40  appropriated, the following sum, or so much thereof as may be

41  necessary, is appropriated out of any money to the credit of the

42  Capital Expense Fund, and allocated in a manner as determined by

43  the Treasurer's Office, to defray the expenses of the Department

44  of Finance and Administration for the period beginning upon the

45  passage of this act and through June 30, 2019....................

46  ..........................................$   4,559,746.00.

47      This additional appropriation is made for the purpose of

48  purchasing property insurance on state property as required by the

49  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

50  206.253.

51      **SECTION 4.**  In addition to all other sums herein
52  appropriated, the following sum, or so much thereof as may be
53  necessary, is appropriated out of any money to the credit of the
54  Capital Expense Fund, and allocated in a manner as determined by
55  the Treasurer's Office, to defray the expenses of the Wireless
56  Communication Commission for the period beginning upon the passage
57  of this act and through June 30, 2018...........$   2,384,494.00.
58      This additional appropriation is made for the purpose of
59  paying contractual obligations for system maintenance.
60      **SECTION 5.**  In addition to all other sums herein
61  appropriated, the following sum, or so much thereof as may be
62  necessary, is appropriated out of any money to the credit of the
63  General Fund, and allocated in a manner as determined by the
64  Treasurer's Office, to defray the expenses of the Department of
65  Human Services for the period beginning upon the passage of this
66  act and through June 30, 2018.................$   12,000,000.00.
67      This additional appropriation is made for the purpose of
68  maximizing federal resources for the Department of Child
69  Protection Service.
70      **SECTION 6.**  In addition to all other sums herein
71  appropriated, the following sum, or so much thereof as may be
72  necessary, is appropriated out of any money to the credit of the
73  State General Fund, and allocated in a manner as determined by the
74  Treasurer's Office, to defray the expenses of paying for certain
75  outside legal assistance, expert witness fees, court fees,

76    judgments and settlement agreements incurred by the Office of the

77    Attorney General for the period beginning upon passage of this act

78    and through the fiscal year ending June 30, 2018..................

79    ...........................................$    1,815,194.00.

80        Of the funds appropriated in this section, the following

81    amounts are provided:

82        (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

83    State of Mississippi and the Department of Human Services, United

84    States District Court for the Southern District of Mississippi,

85    Jackson Division, Cause No. 3:04cv251(L)(N)......................

86    ...........................................$    80,972.00.

87        (b)  Troupe v. Barbour, Consolidated with United States v.

88    Mississippi, United States District Court for the Southern

89    District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

90    ...........................................$    395,000.00.

91        (c)  Kenneth F. Murphy, Ray J. Murphy and Audie R. Murphy v.

92    The State of Mississippi by and through Delbert Hosemann in his

93    Official Capacity as the Secretary of State and Trustee of the

94    Public Tidelands and The City of Bay Saint Louis, Mississippi, in

95    the Circuit Court of Hancock County, Mississippi, Cause No.

96    12-0153.........................................$    39,501.00.

97        (d)  Gale Nelson Walker v. Office of the District Attorney of

98    Hinds County, in the United States District Court for the Southern

99    District Court for the Southern District of Mississippi; Cause No.

100   1:15cv-00364....................................$    31,825.00.

101          (e)  Ola Kirk v. Mississippi Department of Public Safety, et

102    al., in the United States District Court for the Southern District

103    of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

104    ...............................................$    53,062.00.

105          (f)  Scott M. Favre Public Adjuster, LLC v. Delbert Hosemann,

106    Secretary of State of the State of Mississippi, in his official

107    capacity, and the City of Bay St. Louis, Mississippi, in the

108    Circuit Court of Hancock County, Mississippi, Cause No. 12-0237...

109    ...............................................$   140,000.00.

110          (g)  Mark G. Ohman v. the State of Mississippi by and through

111    Delbert Hosemann in his official capacity as Secretary of State

112    and Trustee of the Public Tidelands Trust and the City of Bay St.

113    Louis, Mississippi, in the Circuit Court of Hancock County,

114    Mississippi, Cause No. 15-0098....................$   137,500.00.

115          (h)  Settlement between the United States Environmental

116    Protection Agency and the State of Mississippi, Site/Spill ID

117    Number:04JF, CERCLA ID Number: MS D008154486, Settlement Agreement

118    for the Recovery of Response Costs, Docket No. CERCLA-04-2014-3756

119    ...............................................$     6,520.00.

120          (i)  Rick Parker v. Justin Rollins, Department of Public

121    Safety, in the United States District Court for the Northern

122    District of Mississippi, Civil Action Number 1:14-CV-231-SA-DAS

123    ...............................................$   237,948.00.

124          (j)  State of Mississippi v. Dale Partners Architects P.A.;

125    Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

126  Environmental Management Plus; in the Circuit Court of Hinds

127  County, Mississippi, Civil Action Number 14-666...................

128  ...............................................$   78,778.00.

129       (k)  Kennedy Brewer v. State of Mississippi, Circuit Court of

130  Noxubee County, Mississippi, Claimant No. 2009-0099..............

131  ...............................................$   50,000.00.

132       (l)  Levon Brooks v. State of Mississippi, Circuit Court of

133  Noxubee County, Mississippi, Claimant No. 2009-0098..............

134  ...............................................$   50,000.00.

135       (m)  Arthur Johnson v. State of Mississippi, Circuit Court of

136  Sunflower County, Mississippi, Claimant No. 2009-0289-CI.........

137  ...............................................$   50,000.00.

138       (n)  Cedric Willis v. State of Mississippi, Circuit Court of

139  Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

140  ...............................................$   50,000.00.

141       (o)  Sabrina Porter v. State of Mississippi, Circuit Court of

142  Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K.........

143  ...............................................$   29,000.00.

144       (p)  Estate of Larry Ruffin v. State of Mississippi, Circuit

145  Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

146  ...............................................$   50,000.00.

147       (q)  Phillip Leo Bivens v. State of Mississippi, Circuit

148  Court of Forrest County, Mississippi, Claimant No. CI-11-0240.....

149  ...............................................$   50,000.00.

150      (r)  Estate of Bobby Ray Dixon v. State of Mississippi,

151  Circuit Court of Forrest County, Mississippi, Claimant No.

152  CI-11-0239......................................$   50,000.00.

153      (s)  Jimmie Bass v. State of Mississippi, Circuit Court of

154  Bolivar County, Mississippi, Claimant No. 2011-0009..............

155  ..............................................$   50,000.00.

156      (t)  Rolland Glen Anderson v. State of Mississippi, Circuit

157  Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

158  ..............................................$   50,000.00.

159      (u)  Jamar Amin Moore v. State of Mississippi, in the Circuit

160  Court of Coahoma County; Civil Action No. 14-CI-13-0011...........

161  ..............................................$   50,000.00.

162      (v)  Jason Hall v. State of Mississippi, in the Circuit Court

163  of Forrest County; Cause No. CI 14-0014...........$   50,000.00.

164      (w)  Jason Hall v. State of Mississippi , in the Circuit

165  Court of Forrest County; Cause No. CI 14-0014, attorney fees......

166  ..............................................$   35,088.00.

167     **SECTION 7.**  In addition to all other sums herein

168  appropriated, the following sum, or so much thereof as may be

169  necessary, is appropriated out of any money to the credit of the

170  General Fund, and allocated in a manner as determined by the

171  Treasurer's Office, to defray the expenses of the Board of Tax

172  Appeals for the period beginning upon the passage of this act and

173  through June 30, 2018............................$   19,000.00.

174        This additional appropriation is made for the purpose of
175   supporting the operations of the Board of Tax Appeals.
176        **SECTION 8.**   In addition to all other sums herein
177   appropriated, the following sum, or so much thereof as may be
178   necessary, is appropriated out of any money to the credit of the
179   Capital Expense Fund, and allocated in a manner as determined by
180   the Treasurer's Office, to defray the expenses of the Mississippi
181   Department of Information Technology Services, and allocated in a
182   manner as determined by the Treasurer's Office for the period
183   beginning upon passage of this act and through the fiscal year
184   ending June 30, 2018.............................$   3,000,000.00.
185        This additional appropriation is made to defray the expenses
186   of the department.
187        **SECTION 9.**   In addition to all other sums herein
188   appropriated, the following sum, or so much thereof as may be
189   necessary, is appropriated out of any money to the credit of the
190   General Fund, and allocated in a manner as determined by the
191   Treasurer's Office, to defray the expenses of the Department of
192   Rehabilitation Services and allocated in a manner as determined by
193   the Treasurer's Office for the period beginning upon passage of
194   this act and through the fiscal year ending June 30, 2018.........
195   ...............................................$   1,841,012.00.
196        This additional appropriation is for federal match
197   requirements for waiver services in order to achieve maintenance
198   of effort.

199      **SECTION 10.**  In addition to all other sums herein

200  appropriated, the following sum, or so much thereof as may be

201  necessary, is appropriated out of any money to the credit of the

202  Capital Expense Fund, and allocated in a manner as determined by

203  the Treasurer's Office, to defray the expenses of the Department

204  of Rehabilitation Services for the period beginning upon the

205  passage of this act and through June 30, 2018.....................

206  ...........................................$   2,035,362.00.

207      This additional appropriation is for federal match

208  requirements for waiver services in order to achieve maintenance

209  of effort.

210      **SECTION 11.**  In addition to all other sums herein

211  appropriated, the following sum, or so much thereof as may be

212  necessary, is appropriated out of any money to the credit of the

213  Capital Expense Fund, and allocated in a manner as determined by

214  the Treasurer's Office, to defray the expenses of the Department

215  of Corrections for the period beginning upon the passage of this

216  act and through June 30, 2018....................$ 7,111,185.00.

217      This additional appropriation is made for the purpose of

218  paying contractual obligations at Private Prisons and Medical

219  expenses.

220      **SECTION 12.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  General Fund, and allocated in a manner as determined by the

224 Treasurer's Office, to defray the expenses of the Oil and Gas

225 Board for the period beginning upon the passage of this act and

226 through June 30, 2018.............................$   36,900.00.

227     This additional appropriation is made for the purpose of

228 paying expenses of the Board.

229     **SECTION 13.**  In addition to all other sums herein

230 appropriated, the following sum, or so much thereof as may be

231 necessary, is appropriated out of any money to the credit of the

232 Capital Expense Fund, and allocated in a manner as determined by

233 the Treasurer's Office, to defray the expenses of Jackson State

234 University Board for the period beginning upon the passage of this

235 act and through June 30, 2019....................$   1,800,000.00.

236     This additional appropriation is made for the purpose of

237 defraying the costs of the School of Public Health.

238     **SECTION 14.**  In addition to all other sums herein

239 appropriated, the following sum, or so much thereof as may be

240 necessary, is appropriated out of any money to the credit of the

241 Mississippi State University Alcohol Safety Education Program, and

242 allocated in a manner as determined by the Treasurer's Office to

243 defray the expenses of the Mississippi State University Alcohol

244 Safety Education Program for the period beginning upon passage of

245 this act and through the fiscal year ending June 30, 2018.........

246 ..............................................$   198,106.00.

247     This additional appropriation is for the purpose of offering

248 classes throughout the state.

249      **SECTION 15.**  In addition to all other sums herein

250  appropriated, the following sum, or so much thereof as may be

251  necessary, is appropriated out of any money to the credit of the

252  Public Employees' Retirement System, and allocated in a manner as

253  determined by the Treasurer's Office to defray the expenses of the

254  Public Employees' Retirement System for the period beginning upon

255  passage of this act and through the fiscal year ending June 30,

256  2018..........................................$   800,000.00.

257      This additional appropriation is for the purpose of

258  continuing expenses of the System.  The State Personnel Board

259  shall adjust the Fiscal Year 2018 projected annual cost for the

260  System to account for additional salary dollars appropriated

261  herein.

262      **SECTION 16.**  In addition to all other sums herein

263  appropriated, the following sum, or so much thereof as may be

264  necessary, is appropriated out of any money to the credit of the

265  Department of Finance and Administration, and allocated in a

266  manner as determined by the Treasurer's Office to defray the

267  expenses of the Department of Finance and Administration for the

268  period beginning upon passage of this act and through the fiscal

269  year ending June 30, 2018......................$   2,100,000.00.

270      This additional appropriation is for the purpose of repair

271  and renovation.

272      **SECTION 17.** In addition to all other sums herein

273  appropriated, the following sum, or so much thereof as may be

274  necessary, is appropriated out of any money to the credit of the

275  Department of Banking and Consumer Finance, and allocated in a

276  manner as determined by the Treasurer's Office to defray the

277  expenses of the Department for the period beginning upon passage

278  of this act and through the fiscal year ending June 30, 2018......

279  ..............................................$    307,907.00.

280      This additional appropriation is made for the purpose of

281  defraying the legal costs of the Department.

282      **SECTION 18.**  In addition to all other sums herein

283  appropriated, the following sum or so much thereof as may be

284  necessary, is appropriated out of any money to the credit of the

285  Department of Public Safety, to defray the expenses of the

286  Department of Public Safety for the period beginning upon the

287  passage of this act and through June 30, 2019....................

288  ................................................$5,000,000.00.

289      This additional appropriation is made for the purpose of a

290  Highway Patrol Trooper School.

291      **SECTION 19.**  In addition to all other sums herein

292  appropriated,  the following sum, or so much thereof as may be

293  necessary, and contingent upon the passage of Senate Bill No 2467,

294  2018 Regular Session, is hereby appropriated out of any money in

295  the special fund in the State Treasury to the credit of the Rural

296  Fire Truck Acquisition Fund and/or the Supplemental Rural Fire

297  Truck Fund, which was created in Section 1, Laws of 2004, Third

298  Extraordinary Session, to the Mississippi Department of Insurance

299   for the Rural Fire Truck Acquisition Assistance Program for the

300   fiscal year beginning July 1, 2018, and ending June 30, 2019......

301   ...........................................$   1,800,000.00.

302       Of the funds appropriated in the section, Five Hundred

303   Thousand Dollars ($500,000.00) is provided for fire apparatus used

304   for fighting or extinguishing fire used with automobile fire

305   engines or ladder trucks.

306       **SECTION 20.**  This act shall take effect and be in force from

307   and after its passage, except for Sections 3, 13, 18 which shall

308   take effect after passage and through June 30, 2019, and except

309   for Section 19 which shall take effect and be in force from and

310   after July 1, 2018.

H. B. No. 1617      ▌║▌║▌║▌║▌║▌║▌║▌║▌║      **~ OFFICIAL ~**
18/HR31/ANAP02SG          ST:  Appropriations; additional for various
PAGE 13 (RF\JAB)          state agencies for Fiscal Year 2018.

Exhibit A - Page 106

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2019

By: Representative Read                    To: Appropriations


HOUSE BILL NO. 1667
(As Sent to Governor)

```
 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
 2  FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
 3  OF CHILD PROTECTION SERVICES FOR FISCAL YEAR 2019; THE DEPARTMENT
 4  OF FINANCE AND ADMINISTRATION FOR FISCAL YEAR 2019; THE WIRELESS
 5  COMMUNICATION COMMISSION FOR FISCAL YEAR 2019; THE DEPARTMENT OF
 6  PUBLIC SAFETY FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
 7  MISSISSIPPI DEPARTMENT OF MARINE RESOURCES FOR FISCAL YEAR 2019;
 8  THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR 2019 AND FISCAL YEAR
 9  2020; MISSISSIPPI EMERGENCY MANAGEMENT AGENCY - DISASTER TRUST FOR
10  FISCAL YEAR 2019 AND FISCAL YEAR 2020; MISSISSIPPI DEPARTMENT OF
11  CORRECTIONS FOR FISCAL YEAR 2019; DEPARTMENT OF AUDIT FOR FISCAL
12  YEAR 2019; DEPARTMENT OF REVENUE FOR FISCAL YEAR 2019; BOARD OF
13  ANIMAL HEALTH FOR FISCAL YEAR 2019; BOARD OF MEDICAL LICENSURE FOR
14  FISCAL YEAR 2019; INSTITUTIONS OF HIGHER LEARNING - OFFICE OF
15  STUDENT FINANCIAL AID FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
16  AND FOR RELATED PURPOSES.
```

17      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

18      **SECTION 1.**  In addition to all other sums herein

19  appropriated, the following sum, or so much thereof as may be

20  necessary, is appropriated out of any money to the credit of the

21  Capital Expense Fund, and allocated in a manner as determined by

22  the Treasurer's Office to defray the expenses of the Department of

23  Child Protection Services for the period beginning upon passage of

24  this act and ending June 30, 2019................$  7,500,000.00.

Exhibit A - Page 107

25      This additional appropriation is made for the purpose of

26  supporting the operations of the Department of Child Protection

27  Services.

28      **SECTION 2.**  In addition to all other sums herein

29  appropriated, the following sum, or so much thereof as may be

30  necessary, is appropriated out of any money to the credit of the

31  Capital Expense Fund, and allocated in a manner as determined by

32  the Treasurer's Office, to defray the expenses of the Department

33  of Finance and Administration for the period beginning upon the

34  passage of this act and through June 30, 2020.....................

35  ..............................................$   6,412,964.00.

36      This additional appropriation is made for the purpose of

37  purchasing property insurance on state property as required by the

38  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

39  206.253.

40      **SECTION 3.**  In addition to all other sums herein

41  appropriated, the following sum, or so much thereof as may be

42  necessary, is appropriated out of any money to the credit of the

43  Capital Expense Fund, and allocated in a manner as determined by

44  the Treasurer's Office, to defray the expenses of the Wireless

45  Communication Commission for the period beginning upon the passage

46  of this act and ending June 30, 2019..........$   2,623,727.00.

47      This additional appropriation is made for the purpose of

48  paying contractual obligations for system maintenance.

49      **SECTION 4.**  In addition to all other sums herein

50  appropriated, the following sum, or so much thereof as may be

51  necessary, is appropriated out of any money to the credit of the

52  Capital Expense Fund, and allocated in a manner as determined by

53  the Treasurer's Office, to defray the expenses of the Department

54  of Public Safety for the period beginning upon the passage of this

55  act and through June 30, 2020...................$   6,030,964.00.

56      This additional appropriation is made for the purpose of

57  repayment of Highway Safety Grant program funds.

58      **SECTION 5.**  In addition to all other sums herein

59  appropriated, the following sum, or so much thereof as may be

60  necessary, is appropriated out of any money to the credit of the

61  Capital Expense Fund, and allocated in a manner as determined by

62  the Treasurer's Office, to defray the expenses of the Department

63  of Finance and Administration for the period beginning upon the

64  passage of this act and ending June 30, 2019......................

65  ............................................$   3,500,000.00.

66      This additional appropriation is made for the purpose of

67  payment to the United States Department of Health and Human

68  Services.

69      **SECTION 6.**  In addition to all other sums herein

70  appropriated, the following sum, or so much thereof as may be

71  necessary, is appropriated out of any money to the credit of the

72  Capital Expense Fund, and allocated in a manner as determined by

73  the Treasurer's Office, to defray the expenses of the Department

74 of Marine Resources for the period beginning upon the passage of

75 this act and ending June 30, 2019.................$    39,894.00.

76     This additional appropriation is made for the purpose of

77 paying a death benefit payment for a former employee.

78     **SECTION 7.**  In addition to all other sums herein

79 appropriated, the following sum, or so much thereof as may be

80 necessary, is appropriated out of any money to the credit of the

81 Capital Expense Fund, and allocated in a manner as determined by

82 the Treasurer's Office, to defray the expenses of paying for

83 certain outside legal assistance, expert witness fees, court fees,

84 judgments and settlement agreements incurred by the Office of the

85 Attorney General for the period beginning upon passage of this act

86 and ending June 30, 2019.......................$  4,288,518.00.

87     Of the funds appropriated in this section, the following

88 amounts are provided:

89     (a) Olivia Y., et al v. Phil Bryant, as Governor of the State

90 of Mississippi and the Department of Human Services, United States

91 District Court for the Southern District of Mississippi, Jackson

92 Division, Cause No. 3:04cv251(L)(N)...............$   123,810.00.

93     (b) Ola Kirk v. Mississippi Department of Public Safety, et

94 al., in the United States District Court for the Southern District

95 of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW.............

96 ...............................................$    69,095.00.

97     (c) State of Mississippi v. Dale Partners Architects P.A.;

98 Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

99  Environmental Management Plus; in the Circuit Court of Hinds

100  County, Mississippi, Civil Action Number 14-666...................

101  ..............................................$  134,000.00.

102      (d) AVMI, LLC v. The State of Mississippi by and through

103  Delbert Hosemann in his official capacity as Secretary of State

104  and Trustee of the Public Tidelands Trust, in the Circuit Court of

105  Hancock County, Mississippi, Cause No. 14-0007...................

106  ..............................................$  350,000.00.

107      (e) Hancock Realty, Inc., v. The State of Mississippi by and

108  through Delbert Hosemann in his official capacity as Secretary of

109  State and Trustee of the Public Tidelands Trust, and the City of

110  Bay Saint Louis, Mississippi, in the Circuit Court of Hancock

111  County, Mississippi, Cause No. 13-0397...........................

112  ..............................................$  443,600.00.

113      (f) Settlement between the United States Environmental

114  Protection Agency and the State of Mississippi; Chemfax Inc.,

115  Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

116  ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

117  Agreement for the Recovery of Response Costs, Docket No.

118  CERCLA-04-2014-3756.................................$    120.00.

119      (g) Charlton Depriest, et al, v. Walnut Grove Correctional

120  Authority, et al..................................$  544,281.00.

121      (h) Big House Books, Charles Owens and Jess Green v. Pelicia

122  Hall, Commissioner of the Mississippi Department of Corrections;

123  Mississippi Department of Corrections; Jacquelyn Banks,

124  Superintendent of the South Mississippi Correctional Institution;

125  South Mississippi Correctional Institution........$    6,000.00.

126      (i) Jackson Women's Health Organization, et al v. Mary

127  Currier, M.D., M.P.H., et al; in the United States District Court,

128  Southern District of Mississippi, Northern Division, Civil Action

129  No. 3:12-CV-436-DPJ-FKB...........................$   763,237.00.

130      (j) Kim Collins v. Trooper Matthew Hood; in the United States

131  District of Mississippi, Aberdeen Division, Civil Action No.

132  1:16-cv-00007-GHD-DAS.............................$   150,000.00.

133      (k) Troupe v. Barbour, Consolidated with United States v.

134  Mississippi, United States District Court for the Southern

135  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

136  ...............................................$  1,040,676.00.

137      (l) Troupe v. Barbour, Consolidated with United States v.

138  Mississippi, United States District Court for the Southern

139  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

140  ...............................................$   205,000.00.

141      (m) Kennedy Brewer v. State of Mississippi, Circuit Court of

142  Noxubee County, Mississippi, Claimant No. 2009-0099..............

143  ...............................................$    50,000.00.

144      (n) Levon Brooks Estate v. State of Mississippi, Circuit

145  Court of Noxubee County, Mississippi, Claimant No. 2009-0098......

146  ...............................................$    50,000.00.

147      (o) Arthur Johnson v. State of Mississippi, Circuit Court of

148  Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........

149 .................................................$   50,000.00.

150       (p) Cedric Willis v. State of Mississippi, Circuit Court of

151 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........

152 .................................................$   50,000.00.

153       (q) Larry Ruffin Estate v. State of Mississippi, Circuit

154 Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

155 .................................................$   50,000.00.

156       (r) Phillip Leo Bivens Estate v. State of Mississippi,

157 Circuit Court of Forrest County, Mississippi, Claimant No.

158 CI-11-0240......................................$   25,000.00.

159       (s) Bobby Ray Dixon Estate v. State of Mississippi, Circuit

160 Court of Forrest County, Mississippi, Claimant No. CI-11-0239.....

161 .................................................$   25,000.00.

162       (t) Jimmie Bass v. State of Mississippi, Circuit Court of

163 Bolivar County, Mississippi, Claimant No. 2011-0009..............

164 .................................................$   50,000.00.

165       (u) Rolland Glen Anderson v. State of Mississippi, Circuit

166 Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

167 .................................................$   50,000.00.

168       (v) Jamar Amin Moore v. State of Mississippi, in the Circuit

169 Court of Coahoma County, Mississippi; Civil Action No.

170 14-CI-13-0011...................................$   32,192.00.

171       (w) Jason Hall v. State of Mississippi, in the Circuit Court

172 of Forrest County, Mississippi; Cause No. CI 14-0014.............

173 .................................................$   26,507.00.

174    **SECTION 8.**  In addition to all other sums herein
175  appropriated, the following sum, or so much thereof as may be
176  necessary, is appropriated out of any money to the credit of the
177  Capital Expense Fund, and allocated in a manner as determined by
178  the Treasurer's Office, to defray the expenses of paying for
179  certain outside legal assistance, expert witness fees, court fees,
180  judgments and settlement agreements incurred by the Office of the
181  Attorney General for the period beginning upon passage of this act
182  and through June 30, 2020.........................$   650,000.00.
183    Joseph Thomas et al. v. Phil Bryant et al, in the United
184  States Court for the Southern District of Mississippi, Northern
185  Division, Civil Action No. 3:18-CV-441-CWR-FKB.....$   650,000.00.
186    **SECTION 9.**  In addition to all other sums herein
187  appropriated, the following sum, or so much thereof as may be
188  necessary, is appropriated out of any money to the credit of the
189  Capital Expense Fund, and allocated in a manner as determined by
190  the Treasurer's Office to defray the expenses of the Mississippi
191  Emergency Management Agency – Disaster Assistance Trust Fund for
192  the period beginning upon passage of this act and ending June 30,
193  2020.........................................$   10,241,238.00.
194    This additional appropriation is made for the purpose of
195  supporting the agency disaster assistance and response to
196  emergencies.
197    **SECTION 10.**  In addition to all other sums herein
198  appropriated, the following sum, or so much thereof as may be

H. B. No. 1667    ▌▌║▌║▌║▌║▌║▌║▌║▌║▌║▌║▌║    **~ OFFICIAL ~**
19/HR31/ANAP2SG
PAGE 8 (LAR\JAB)

199  necessary, is appropriated out of any money to the credit of the

200  Capital Expense Fund, and allocated in a manner as determined by

201  the Treasurer's Office to defray the expenses of the Mississippi

202  Department of Finance and Administration for the period beginning

203  upon passage of this act and ending June 30, 2020.................

204  ............................................$   2,500,000.00.

205      This additional appropriation is made for the purpose of

206  supporting Mississippi Law Enforcement Officer's Training Academy

207  improvements.

208      **SECTION 11.**  In addition to all other sums herein

209  appropriated, the following sum, or so much thereof as may be

210  necessary, is appropriated out of any money to the credit of the

211  Mississippi Department of Corrections, and allocated in a manner

212  as determined by the Treasurer's Office to defray the expenses of

213  the Mississippi Department of Corrections for the period beginning

214  upon passage of this act and ending June 30, 2019.................

215  ............................................$   7,629,362.00.

216      This additional appropriation is for the purpose of paying

217  medical costs incurred during Fiscal Year 2019.

218      **SECTION 12.**  In addition to all other sums herein

219  appropriated, the following sum, or so much thereof as may be

220  necessary, is appropriated out of any money to the credit of the

221  Mississippi Department of Marine Resources, and allocated in a

222  manner as determined by the Treasurer's Office to defray the

223  expenses of the Department of Marine Resources for the period

224  beginning upon passage of this act and ending June 30, 2019.......

225  ...........................................$  5,000,000.00.

226       This additional appropriation is for the purpose of funding

227  projects under the Gulf of Mexico Energy Security Act.

228       **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Mississippi Department of Marine Resources, and allocated in a

232  manner as determined by the Treasurer's Office to defray the

233  expenses of the Department of Marine Resources for the period

234  beginning upon passage of this act and ending June 30, 2019.......

235  ..............................................$   470,924.00.

236       (a) City of Long Beach for prior year expenses for Tidelands

237           projects FY15-P501-06L.......................$   295,739.00.

238       (b) City of Long Beach for prior expenses for Tidelands

239           projects FY16-P613-01L.......................$   175,185.00.

240       **SECTION 14.**  In addition to all other sums herein

241  appropriated, the following sum, or so much thereof as may be

242  necessary, is appropriated out of any money to the credit of the

243  Department of Audit and allocated in a manner as determined by the

244  Treasurer's Office to defray the expenses of the Department of

245  Audit for the period beginning upon passage of this act and ending

246  June 30, 2019......................................$  500,000.00.

247      This additional appropriation is for the purpose of
248  continuing expenses at the Agency with regard to performing audits
249  throughout the state.

250      **SECTION 15.**  In addition to all other sums herein
251  appropriated, the following sum, or so much thereof as may be
252  necessary, is appropriated out of any money to the credit of the
253  Department of Finance and Administration, and allocated in a
254  manner as determined by the Treasurer's Office to defray the
255  expenses of the Department of Finance and Administration for the
256  period beginning upon passage of this act and through June 30,
257  2020..........................................$   1,423,599.00.

258      This additional appropriation is made for the purpose of
259  purchasing property insurance on state property as required by the
260  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
261  206.253.

262      **SECTION 16.**  In addition to all other sums herein
263  appropriated, the following sum, or so much thereof as may be
264  necessary, is appropriated out of any money to the credit of the
265  Department of Revenue, and allocated in a manner as determined by
266  the Treasurer's Office to defray the expenses of the Department of
267  Revenue for the period beginning upon passage of this act and
268  ending June 30, 2019...............................$   3,551.00.

269      This additional appropriation is made for the purpose of
270  paying for a prior year invoice from Fiscal Year 2016.

271      **SECTION 17.**  In addition to all other sums herein
272  appropriated, the following sum, or so much thereof as may be
273  necessary, is appropriated out of any money to the credit of the
274  Board of Animal Health, and allocated in a manner as determined by
275  the Treasurer's Office to defray the expenses of the Board of
276  Animal Health for the period beginning upon passage of this act
277  and ending June 30, 2019...........................$   2,435.00.
278      This additional appropriation is made for the purpose of
279  paying for a prior year invoice from Fiscal Year 2017.
280      **SECTION 18.**  In addition to all other sums herein
281  appropriated, the following sum, or so much thereof as may be
282  necessary, is appropriated out of any money to the credit of the
283  Board of Medical Licensure, and allocated in a manner as
284  determined by the Treasurer's Office to defray the expenses of the
285  Board of Medical Licensure for the period beginning upon passage
286  of this act and ending June 30, 2019..............$   240,000.00.
287      This additional appropriation is for operations of the agency
288  and the purchase of a new licensing system.
289      **SECTION 19.**  In addition to all other sums herein
290  appropriated, the following sum, or so much thereof as may be
291  necessary, is appropriated out of any money to the credit of the
292  Institutions of Higher Learning – Office of Student Financial Aid,
293  and allocated in a manner as determined by the Treasurer's Office
294  to defray the expenses of the Office of Student Financial Aid for

Exhibit A - Page 118

295  the period beginning upon passage of this act and through June 30,

296  2020..........................................$  1,500,000.00.

297      **SECTION 20.**  This act shall take effect and be in force from

298  and after its passage.

H. B. No. 1667
19/HR31/ANAP2SG
PAGE 13 (LAR\JAB)

~ **OFFICIAL** ~
ST:  Appropriation; additional for various state
agencies for Fiscal Year 2019.

Exhibit A - Page 119