# EXHIBIT 1

# Progress of the
# Mississippi Department of
# Child Protection Services

Interim Monitoring Report for *Olivia Y., et al. v. Bryant, et al.*
2ND MODIFIED MISSISSIPPI SETTLEMENT AGREEMENT
AND REFORM PLAN

**ISSUED DECEMBER 23, 2019**

INTERIM REPORT
JANUARY TO JUNE 2019



## Introduction

This document serves as an interim report to the Honorable Tom S. Lee of the United States District Court for the Southern District of Mississippi, Northern Division in the matter of *Olivia Y. v. Bryant.* On December 19, 2016, the State of Mississippi, the Mississippi Department of Child Protection Services (MDCPS) and A Better Childhood, counsel for the plaintiffs, jointly submitted to the court a 2nd Modified Mississippi Settlement Agreement and Reform Plan (the "2nd MSA") that provides a path for improvement of Mississippi's child welfare system. Judge Lee entered an order directing implementation of the 2nd MSA following its submission by the parties.

In sum, the 2nd MSA, which became effective on January 1, 2018, sets forth the child welfare infrastructure, standards and outcomes that Mississippi must meet within specific timeframes statewide. Pursuant to the 2nd MSA, the Court appointed Public Catalyst as the monitor, charged with reporting on MDCPS' progress implementing its commitments. The monitor is required to provide a written report to the Court and the parties no less frequently than annually. In accordance with section 9.5, upon request of either party, the monitor may issue a report to the Court more frequently than annually evaluating the state's performance with respect to any commitment in the 2nd MSA. On or about September 12, 2019, A Better Childhood requested the monitor issue an interim report for the first half of 2019.

This interim status report covers MDCPS' progress for the first half of calendar year 2019, divided into Quarter One (Q1), from January 1 to March 31, 2019 and Quarter Two (Q2), from April 1 to June 30, 2019. The information is presented in a matrix that, for each commitment, includes: the monitoring methodology; the 2nd MSA performance standard; MDCPS' reported performance; and the monitor's validated performance, where it has been completed. The monitor utilized several methodologies to validate MDCPS' performance, which are abbreviated in the matrix and detailed in the key below. The monitor plans to subsequently issue an annual report covering MDCPS' progress implementing its commitments for the entirety of calendar year 2019.

### Table 1. Monitoring Methodology Key

| Methodology | Description |
|---|---|
| Data (D) | Performance was validated through analysis of data files provided by MDCPS[1] |
| Qualitative (Q) | Performance was validated through qualitative review of electronic and paper case records and files[2] |
| Information (I) | Performance was validated through review of information and memos provided by MDCPS |
| Data and Qualitative (D & Q) | Performance was validated through a combination of data file analysis and qualitative case record reviews |

---

[1] On July 24-25, 2019, the monitoring team met with MDCPS leadership to discuss reporting for commitments for which the monitoring team has been unable to validate MDCPS' data. MDCPS advised the monitoring team of their intention to re-code the data reports in order to improve accuracy. MDCPS anticipates that this process will be completed by December 31, 2019.
[2] In most instances, the sample sizes for the monitoring team's case record reviews were based on a statistically significant sample of cases and methodology based on a 90 percent confidence level.

# 2019 Interim Performance (January 1 – June 30, 2019)

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| | **SYSTEMIC INFRASTRUCTURE STANDARDS** | | | | | | | | |
| | MDCPS shall maintain a Commissioner of Child Protection Services having responsibility for the oversight and management of MDCPS. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 1.1.a | MDCPS shall hire caseworkers who have, at minimum, a bachelor's degree in social work or a related human services degree. The monitor shall review and determine which degrees qualify as related human services degrees. | Q | 100% | 100% | 100% | Yes | 100% | 100% | Yes |
| 1.1.b | MDCPS shall hire or promote to the position of caseworker supervisor only persons who have a master's degree in social work or a related human services degree and two years of experience working with children and families, preferably in foster care; or a bachelor's degree in social work or a related human services degree with three years of experience working with children and families, preferably in foster care. | Q | 100% | 100% | 100% | Yes | 100% | 100% | Yes |
| 1.2.a | MDCPS shall maintain a Training Unit headed by a qualified director of training (see 2nd MSA for full requirements of the Training Unit). | I | -- | -- | -- | Yes | -- | -- | Yes |
| 1.2.b | MDCPS caseworkers shall receive a minimum of 270 hours of pre-service training, which includes instructional training and supervised field training, and may include E-Learning. Any E-Learning training is subject to the approval of the monitor (see 2nd MSA for more info). | Q | 100% | 100% | 100% | Yes | 100% | 100% | Yes |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 1.2.c | MDCPS caseworker trainees, as part of pre-service training, may be assigned specific tasks or activities in connection with a case that is the primary responsibility of an experienced caseworker and may, under appropriate supervision, be assigned responsibility for a "training caseload" with progressively responsible caseload assignment. | -- | 100% | -- | -- | Not in effect | -- | -- | Not in effect |
| 1.2.d | MDCPS caseworkers shall receive a minimum of 40 hours of in-service training, and all supervisors shall receive a minimum of 24 hours of in-service training. | -- | 100% | -- | -- | Annual Reporting | -- | -- | Annual Reporting |
| 1.2.e | MDCPS caseworker supervisors, within 90 days of hire or promotion, shall receive a minimum of 40 hours of training, directed specifically at the supervision of child welfare caseworkers. | Q | 100% | 100% | 100% | Yes | 100% | 100% | Yes |
| 1.3.a | 90% of MDCPS caseworkers will have caseloads which do not exceed the caseload standards set forth in the 2nd MSA (pg. 3-4). Individual MDCPS caseworkers with generic caseloads shall not carry a mixed caseload that exceeds 100% capacity as calculated by weights per case type set forth in the 2nd MSA (pg. 3-4). | D | 90% | 54% | 54% | No | 57% | 57% | No |
| 1.3.b | 85% of MDCPS supervisors shall be responsible for no more than five caseworkers. | D | 85% | 78% | 78% | No | 82% | 82% | No |
| 1.4.a | By December 1st of each year, MDCPS shall develop an annual Continuous Quality Improvement Plan, which shall be subject to the approval of the monitor after consultation with the parties. | -- | -- | -- | -- | Annual Reporting | -- | -- | Annual Reporting |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 1.4.b | Upon approval, MDCPS will implement the CQI Plan and will do so with sufficient staff and resources to assess compliance with those provisions in the 2nd MSA that were identified for review in the plan. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 1.5.a | MDCPS shall maintain comprehensive information systems that permit: (1) timely access by authorized MDCPS staff to information, including current and historical case documents, to support child safety and continuity of care across placement settings and services; (2) capturing, tracking, and reporting of applicable financial information, quantitative 2nd MSA compliance, longitudinal performance, and child welfare information, including federally required elements; and (3) prompts for workers and supervisors regarding required actions in a child's case and whether they have taken place. | -- | -- | -- | -- | Annual Reporting | -- | -- | Annual Reporting |
| 1.5.b | MDCPS shall have a Comprehensive Child Welfare Information System (CCWIS) appropriate to its size and complexity that shall meet federal requirements by June 30, 2021. | -- | -- | -- | -- | Annual Reporting | -- | -- | Annual Reporting |
| 1.6.a | MDCPS shall provide to all county agency staff with child welfare responsibilities access to computer services, word processing, and electronic mail and access to the current management information systems and access to CCWIS, once implemented. | I | 100% | 100% | 100% | Yes | 100% | 100% | Yes |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 1.6.b | Data related to compliance with the 2nd MSA's Foster Care Service Standards will be collected, analyzed and made available, at least quarterly, to MDCPS regional and county staff. | I | -- | -- | -- | Yes | -- | -- | No[3] |
| 1.6.c | MDCPS county staff shall have access to an electronic statewide database of available placement resources. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 1.7.a | Defendants shall establish, maintain and assess the effectiveness of a performance-based contracting system to evaluate annually contract agency compliance with the terms of the 2nd MSA. Defendants shall take all reasonable steps to ensure contract agency remediation of any identified deficiencies within three months. | Q | -- | -- | -- | Yes | -- | -- | Yes |
| 1.7.b | Prior to MDCPS contracting for case management services for children in custody, MDCPS shall submit for review and approval to the monitor a detailed plan to ensure accountability and provide supervision and oversight of such agencies. | -- | -- | -- | -- | Not in effect | -- | -- | Not in effect |
| 1.8.a | Defendants shall ensure that all licensed foster families (regardless of whether they are supervised directly by MDCPS or by private providers, and whether they are kinship or unrelated foster families) receive at least the minimum reimbursement rate for a given level of service as established pursuant to the 2nd MSA. | Q | -- | -- | -- | Yes | -- | -- | Yes |

---

[3] MDCPS provides all county and regional staff with access to a data dashboard that graphs state and county performance relative to the 2nd MSA's Foster Care Service Standards. The dashboard was not providing updated data in the time period between March 13, 2019 and July 25, 2019.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 1.8.b | Defendants shall pay to all licensed foster families at least the basic monthly foster care maintenance payments. Every two years thereafter, Defendants shall provide increases in the foster care maintenance payments, based upon the previous year's rate of inflation. | Q | -- | -- | -- | Yes | -- | -- | Yes |
| | **FOSTER CARE SERVICE STANDARDS** | | | | | | | | |
| 2.1 | MDCPS shall ensure that it maintains a statewide system to appropriately receive, screen and investigate reports of child maltreatment (see 2nd MSA for system requirements). Any extensions of the timeframes set forth in MDCPS policy for the completion of investigations are subject to the review and approval of the monitor. | Q | -- | -- | -- | No[4] | -- | -- | No[4] |
| 2.2 | MDCPS shall continue to maintain a special investigations unit whose responsibility is to investigate reports of maltreatment of children in custody. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 2.2 | The initiation of a special investigation shall not extend beyond 24 hours. | D | 100% | 99% | 99% | No, but very close | 96% | 90% | No |
| 2.3 | MDCPS will develop and implement policies and procedures, subject to the review and approval of the monitor, for the Agency to review all maltreatment in care reports that were screened-out and assess the appropriateness within 24 hours of all screen-out determinations. If the decision to screen-out the report is determined to be inappropriate, MDCPS shall ensure the report is referred for investigation immediately. | D & Q | 100% | Timely review – 92%[5] Appropriate screening – 100% | Timely Review – 70% Appropriate screening – 84% | No | Timely review – 93%[5] Appropriate screening – 100% | Timely review – 79% Appropriate screening – 86% | No |

---

[4] See the monitoring team's validated performance for commitments 2.3, 2.7 and 2.8, which concern appropriately receiving, screening and investigating reports of child maltreatment.

[5] MDCPS' calculation of reviews completed timely allows for reviews of screen-outs made after-hours, on weekends, and/or holidays to be completed the following workday, outside of the 24-hour timeframe indicated in the 2nd MSA.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 2.4 | Upon receipt of a substantiated report of child maltreatment in a contract agency group home or emergency shelter, MDCPS shall, within 30 calendar days, initiate a licensure investigation, that is in addition to and independent of the child protection investigation (see 2nd MSA for investigation requirements). | D & Q | -- | -- | -- | Yes | -- | -- | Yes |
| 2.5 | Upon receipt of a report of child maltreatment in a private child placing agency foster home, MDCPS staff will notify the child placing agency, who shall, within 30 calendar days, initiate a licensure investigation that is in addition to and independent of, any child protection investigation (see 2nd MSA for investigation requirements). | D & Q | -- | -- | -- | No[6] | -- | -- | No[6] |
| 2.6 | All allegations of maltreatment of a child in custody shall be investigated by a worker who has received training on intake and investigations processes, policies, and investigation techniques and has no ongoing connection to the foster care case. | Q | 100% | -- | 98% | No, but very close | -- | 99% | No, but very close |
| 2.7 | Within 30 days of the completion of any investigation of maltreatment of a child in custody, as required in Section 2.1, MDCPS shall review the maltreatment investigation (see 2nd MSA for review requirements). | D & Q | 100% | Timely review – 99% Quality investigation – 100% | Timely review – 99% Quality investigation – 86% | No | Timely review – 96% Quality investigation – 99% | Timely review – 94% Quality investigation – 72% | No |

---

[6] Data validation is in progress to determine whether licensing investigations were conducted for all reports of child maltreatment in private agency foster homes. The monitoring team conducted a qualitative review of available licensing reports provided by MDCPS and determined that child placing agencies were not consistently conducting licensing investigations independent of the child protection investigation, as required by this commitment.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 2.8 | MDCPS shall assure that standardized decision-making criteria are used for prioritizing, screening, and assessing all reports of maltreatment of children in MDCPS custody. | Q | -- | -- | -- | No[7] | -- | -- | No[7] |
| 2.8.a.1 | By July 1, 2018, at least 90% of maltreatment-in-care investigations will be initiated and completed within 30 days. | D | 90% | 99% | 99% | Yes | 96% | 93% | Yes |
| 2.8.b | Any foster child who remains in the same out-of-home placement following an investigation into a report that he or she was maltreated in that placement shall be visited in the placement by an MDCPS caseworker according to the following schedule: 1) Once per week for the first month and twice per month for three months if the investigation is found to be substantiated; or 2) Twice per month in accordance with MDCPS policy if the investigation is found to be unsubstantiated. | D & Q | 100% | -- | -- | Cannot validate MDCPS' data | -- | -- | Cannot validate MDCPS' data |

---

[7] MDCPS's broad distribution of responsibility and prerogative to screen out referrals across the state into the counties, and designated down to proxies by certain regional directors, undermines standardized decision-making.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 2.8.c | When a maltreatment investigation involves a foster or adoptive home, MDCPS shall file a copy of the approved final investigative report, and any recommendations and/or corrective actions MDCPS has deemed necessary, in the case record of the foster child, in the file of the foster or adoptive parents with a copy of the letter of notification to the foster or adoptive parents, and with the Bureau Director for Licensure. MDCPS shall also provide those records to the Youth Court Judge with jurisdiction over the child and, upon request, to the monitor. | D & Q | 100% | -- | -- | MDCPS did not report | -- | -- | Validation pending |
| 2.8.d | When a maltreatment investigation involves an agency group home, emergency shelter, private child placing agency foster home, or other facility licensed by MDCPS, a copy of the final investigative report shall be filed in the child's case record, with the Director of Congregate Care Licensure, and sent to the licensed provider facility. MDCPS shall provide the report to the Youth Court Judge with jurisdiction over the child and, upon request, to the monitor. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 2.9 | The rate of child abuse and neglect among children in foster care shall not exceed 0.33% per year effective for the period beginning 1/1/18 (see 2nd MSA for full definition of this metric). | -- | ≤0.33% | -- | -- | Annual reporting | -- | -- | Annual reporting |
| 3.1 | All foster homes and facilities with children placed who are in the custody of MDCPS shall be timely licensed. | D | 100% | Relatives – 79% Nonrelatives – did not report | Relatives – 77% Nonrelatives – 69% | No | Relatives – 86% Nonrelatives – did not report | Relatives – 89% Nonrelatives – 75% | No |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 3.1 | All foster homes and facilities with children placed who are in the custody of MDCPS shall be subject to the licensure process approved by Public Catalyst on December 31, 2016. | Q | 100% | Relatives – 89% | Relatives – 62% | No | Relatives – 95% | Relatives – 52% | No |
| 3.2.a | No child shall remain in a foster home or facility determined to be unable to meet MDCPS licensing standards, absent an order by a state court with jurisdiction over child custody directing the placement of the child into a specific unlicensed placement. | D & Q | 100% | -- | -- | Cannot validate MDCPS' data & information | -- | -- | Cannot validate MDCPS' data & information |
| 3.2.b | Safety Issues: If it is determined that an unlicensed foster home or facility is unable to meet MDCPS licensing standards due to a safety issue, Defendants shall take all reasonable efforts to immediately ensure the child's safety and to remove the child, including, if required by the court, seeking an emergency court order. If the child is not in imminent danger, MDCPS shall implement a safety plan and within five calendar days, either cure the licensing deficiency if feasible, or move the child to a licensed foster home or facility, or to an appropriate expedited relative placement, one time only. | Q | 100% | MDCPS did not report | -- | No[8] | MDCPS did not report | -- | No[8] |

---

[8] The monitoring team reviewed 100 relative foster homes during the first half of 2019 during which the team identified both safety and non-safety issues that were not flagged by MDCPS in its monthly report submissions. Further, when safety and non-safety issues were flagged and included in MDCPS' monthly report, some issues did not appear to have been resolved, or resolved timely, based on the department's submissions.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 3.2.c | Non-safety Issues: If MDCPS determines an unlicensed foster home to be unable to meet MDCPS licensing standards due to a non-safety issue, Defendants shall, within 30 calendar days of that determination, either cure the licensing deficiency if feasible, or move the child to a licensed foster home or facility, or to an appropriate expedited relative placement, one time only. | Q | 100% | MDCPS did not report | -- | No[8] | MDCPS did not report | -- | No[8] |
| 3.3.a | MDCPS, in conjunction with the monitor, shall establish annual statewide and county performance requirements and time periods for new foster home licensure. The monitor will report to the parties MDCPS progress on achieving the performance requirements. The Defendants shall meet the performance requirements, including time periods. | D | 400 homes for the year<br><br>160 homes by 6/30/19 | -- | -- | Not yet due | 208 homes | 206 homes | Yes |
| 3.3.b | MDCPS shall begin to implement the annual plan to recruit and retain additional licensed foster home placements and shall maintain the additional number of total placements, as necessary during the applicability of the 2nd MSA. | -- | 100 homes for the year | -- | -- | Annual reporting | -- | -- | Annual reporting |
| 4.1/ 4.13.a | By July 1, 2018, 70% of foster homes shall provide care for no more than five children (including foster, biological, and adoptive children) at any given time (see 2nd MSA for allowable exceptions). | D | 70% | -- | -- | Validation pending | -- | -- | Validation pending |
| 4.2/ 4.14.a | By July 1, 2018, 60% of children with special needs shall be matched with placement resources that meet their therapeutic and medical needs. | Q | 60% | 96%[9] | 96%[10] | Yes | 97%[9] | 97%[10] | Yes |

[9] MDCPS calculated performance through a qualitative review of all children due for Foster Care Reviews during the period, regardless of whether the child had classified special needs.
[10] The monitoring team calculated performance through a qualitative review of a sample of children receiving special needs board rates during the period.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 4.3/ 4.15 | At least 95% of children in MDCPS custody shall be placed in the least restrictive setting that meets their individual needs as determined by a review of all intake, screening, assessment and prior placement information regarding the child available at the time of placement. | D & Q | 95% | 98% | 99% | Yes | 99% | 99% | Yes |
| 4.4/ 4.18 | 90% of children who enter MDCPS custody shall be placed within his/her own county or within 50 miles of the home from which he/she was removed unless one of the exceptions provided in this 2nd MSA is documented as applying.[11] | D | 90% | 100% | 97% | Yes | 100% | 96% | Yes |
| 4.6/ 4.16.a | By July 1, 2018, 60% of siblings entering MDCPS custody at or near the same time shall be placed together (see 2nd MSA for allowable exceptions). If a sibling group is separated at initial placement, the caseworker shall make immediate efforts to locate or recruit a foster family in whose home the siblings can be reunited. These efforts will be documented and maintained in the case file. | D | 60% | -- | -- | Cannot validate MDCPS' data | -- | -- | Cannot validate MDCPS' data |
| 4.7/ 4.17.a | By July 1, 2018, 60% of children in MDCPS custody with a documented indication that they were subject to a potential or actual placement disruption shall have documented in the child's case record the reasonable steps taken to address placement stability consistent with 2nd MSA requirements. | Q | 60% | -- | -- | Cannot validate MDCPS' data and information | -- | -- | Cannot validate MDCPS' data and information |

[11] This commitment previously excluded children who entered placement from regions II-E, II-W, and V-W. Children from these three regions were instead subject to commitment 4.5, which required placement within 75 miles from the home of removal. In 2018, the monitoring team determined that the 75-mile exception for regions II-E, II-W, and V-W was no longer necessary, and all children were to be evaluated against the 50-mile standard, under commitment 4.4.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 4.8 | No child shall remain overnight in an MDCPS office or other nonresidential facility that provides intake functions. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 4.9 | No child under 10 years of age shall be placed in a congregate care setting (including group homes and shelters) unless: a) The child has exceptional needs that cannot be met in a licensed foster home; or b) In order to keep a sibling group together for a temporary period, not to exceed 15 days and the RD has granted documented approval for the congregate care placement; or c) To enable a mother and baby to be placed together and there is not an available foster home for both of them. | D & Q | 100% | 94%[12] | 59%[13] | No | 83%[12] | 81%[13] | No |
| 4.10/ 4.12 | By July 1, 2018, 70% of children will remain in his/her existing placement and not be moved to another placement unless MDCPS specifically documents in the child's case record justifications for that move and the move is approved by an MDCPS supervisor. | Q | 70% | 91%[14] | 63%[15] | No | 88% | -- | Validation pending |
| 4.11 | No child shall be placed in more than one emergency or temporary facility within one episode of foster care, unless an immediate placement move is necessary to protect the safety of the child or of others with documented approval from the RD. | -- | 100% | -- | -- | Annual Reporting | -- | -- | Annual Reporting |

[12] The monitoring team was unable to validate the performance reported by MDCPS. MDCPS excluded children placed in residential treatment facilities and medical treatment group homes from the data analysis. Additionally, the department did not account for whether children placed in order to keep a sibling group together exceeded 15 days in the placement and had documented approval by the RD.

[13] The monitoring team analyzed the data provided by MDCPS and determined performance of 35% in Q1 and 53% in Q2 for this commitment. The monitoring team also conducted qualitative reviews in MACWIS and found additional information increasing performance for this commitment.

[14] MDCPS' unit of analysis for this commitment was the child, meaning all moves the child experienced during the period were evaluated to determine compliance.

[15] The monitoring team's unit of analysis for this commitment was the placement move, meaning individual placement moves were evaluated to determine compliance.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 5.1.a.2 | By January 1, 2019, at least 90% of foster children shall have an MDCPS caseworker meet with the child at least two times per month (see 2nd MSA requirements for visits). | D & Q | 90% | -- | -- | Cannot validate MDCPS' data[16] | -- | -- | Cannot validate MDCPS' data[16] |
| 5.1.a.2 | By January 1, 2019, at least 90% of foster children shall have at least one visit per month by the caseworker, which takes place in the child's placement. | D & Q | 90% | -- | -- | Cannot validate MDCPS' data | -- | -- | Cannot validate MDCPS' data |
| 5.1.b.2 | By January 1, 2019, at least 90% of foster children receiving a 90-day trial home visit period shall have an MDCPS caseworker meet with the child in the home at least two times per month. | D & Q | 90% | -- | -- | Cannot validate MDCPS' data | -- | -- | Cannot validate MDCPS' data |
| 5.1.c.2 | By January 1, 2019, for a least 90% of foster children with a goal of reunification, MDCPS shall meet with the child's parents at least monthly unless the child's parent(s) reside out-of-state or are incarcerated. | D & Q | 90% | -- | -- | Cannot validate MDCPS' data[17] | -- | -- | Cannot validate MDCPS' data[17] |
| 5.1.d.2 | By January 1, 2019, at least 90% of foster parents with at least one foster child in the home shall have MDCPS visit the home monthly. | D & Q | 90% | -- | -- | Cannot validate MDCPS' data[18] | -- | -- | Cannot validate MDCPS' data[18] |

[16] The monitoring team was unable to validate the data provided by MDCPS for this commitment, which detailed the percentage of children who had the required number of visits each month. MDCPS also conducted a qualitative review for this commitment, reporting that 85% of caseworker visits with children met 2nd MSA quality standards in Q1 and 76% met quality standards in Q2.

[17] The monitoring team was unable to validate the data provided by MDCPS for this commitment, which detailed the percentage of parents who had the required number of visits each month. MDCPS also conducted a qualitative review for this commitment, reporting that 47% of caseworker visits with mothers and 32% of caseworker visits with fathers met 2nd MSA quality standards in Q1, and 41% of caseworker visits with parents met quality standards in Q2.

[18] The monitoring team was unable to validate the data provided by MDCPS for this commitment, which detailed the percentage of foster parents who had the required number of visits each month. MDCPS also conducted a qualitative review for this commitment, reporting that 66% of caseworker visits with foster parents met 2nd MSA quality standards in Q1 and 64% met quality standards in Q2.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 5.2.a | MDCPS shall arrange contact for the child with his/her parents and with any siblings not in the same placement within 72 hours of foster care placement unless there are documented reasons why contact should not occur. If a visit cannot be arranged within 72 hours, a telephone call to parents, siblings, or extended family members shall be provided to the child. | Q | 100% | 32%[19] | --[19] | -- | 49%[19] | --[19] | -- |
| 5.2.b | For children entering foster care, a visitation plan for the child and his/her family shall be developed as part of the Family Service Plan. The visitation plan shall be developed and regularly updated in collaboration with parents, foster parents, and the child. | Q | 100% | 53% | 54% | No | 37% | 53% | No |
| 5.2.b.1 | If parental visitation is appropriate, this visitation plan shall include a minimum of two visits per month with the parents, unless the court order in the child's case limits such visits or unless it is documented that a parent failed to make himself or herself available. | Q | 100% | 72% | -- | Validation pending | 67% | -- | Validation pending |
| 5.2.b.1.a | By January 1, 2019, 90% of children shall be provided with contacts with their parents consistent with 2nd MSA requirements. | -- | 90% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 5.2.b.2 | The child's visitation plan, regardless of permanency goal, shall include at least monthly visits with any siblings not in the same placement. | Q | 100% | -- | -- | MDCPS did not report[20] | 30% | -- | Validation pending |

[19] MDCPS calculated performance for this commitment through a qualitative review of children due for Foster Care Reviews (FCRs) during the period. As a child is first due for an FCR after six months in custody, MDCPS' performance for Q1 and Q2 is largely based on children who entered custody and were due for a 72-hour contact in 2018. The monitoring team will verify qualitative performance for this commitment for Q3 and Q4, as MDCPS' review for these quarters will include children who entered custody and were due for 72-hour contacts in 2019.

[20] MDCPS measured performance for this commitment through the FCR. For Q1, MDCPS only utilized single-child cases as part of the FCR; therefore, the department did not report on children with siblings, who would have been subject to this commitment, during Q1.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 5.2.b.2.a /5.2.b.3/ 5.2.b.4 | By January 1, 2019, 80% of children shall be provided with contacts with any siblings in custody not in the same placement consistent with 2nd MSA requirements. | -- | 80% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 5.2.c | MDCPS and its contracting agencies shall implement a policy that prohibits cancellation of visits as a form of discipline against children. | I | -- | -- | -- | Yes | -- | -- | Yes |
| 6.1.a.2 | By January 1, 2019 at least 90% of Family Service Plans shall be submitted by the caseworker consistent with 2nd MSA requirements, within 30 calendar days of a child's entry into custody. The supervisor shall review the Plan for approval within 15 calendar days. The Family Service Plan shall be considered complete upon documented supervisory review and approval. | D & Q | 90% | Completed timely – 76% Quality – 50%[21] | Completed timely – 76% Quality - --[21] | No | Completed timely – 81% Quality – 36%[21] | Completed timely – 81% Quality - --[21] | No |
| 6.1.b | In instances in which it is impossible to meet with one or both parents, the service planning process will proceed, notwithstanding the parent's absence. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 6.1.c.2 | By January 1, 2019, in at least 90% of placement cases in which the whereabouts of one or both parents is unknown, MDCPS shall, within 30 days, institute a diligent search for the parent(s), which shall be documented in the child's case record. | Q | 90% | 22% | 36% | No | 18% | 8% | No |

---

[21] MDCPS reported on the quality of Family Services Plans (FSPs) for Q1 and Q2 based on a qualitative review of children due for Foster Care Reviews (FCRs) during the period. As a child is first due for an FCR after six months in custody, MDCPS' qualitative performance for Q1 and Q2 is largely based on children who entered custody and were due for initial FSPs in 2018. The monitoring team will verify qualitative performance for this commitment for Q3 and Q4, as MDCPS' review for these quarters will include children who entered custody and were due for initial FSPs in 2019.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 6.1.d.2 | By January 1, 2019, for at least 90% of foster children who enter custody, permanency plans shall be submitted within 30 calendar days of the child's entry into custody by the caseworker consistent with 2nd MSA requirements. The supervisor shall review the plan for approval within 15 calendar days. The permanency plan shall be considered complete upon documented supervisory review and approval. | D & Q | 90% | Completed timely – 76% Quality – 71%[22] | Completed timely – 76% Quality - --[22] | No | Completed timely – 81% Quality – 73%[22] | Completed timely – 81% Quality - --[22] | No |
| 6.2.a.1 | At least 95% of children in custody with the goal of reunification shall have case record documentation reflecting active concurrent permanency planning consistent with 2nd MSA requirements. | Q | 95% | 50% | 63% | No | 51% | -- | Validation pending |
| 6.3.a.1.b | By January 1, 2019, at least 90% of foster children with a permanency goal of reunification shall have service plans for their parents that identify those services MDCPS deems necessary to address the behaviors or conditions resulting in the child's placement in foster care and case record documentation that MDCPS made those identified services available directly or through referral. | -- | 90% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |

---

[22] MDCPS reported on the quality of Permanency Plans for Q1 and Q2 based on a qualitative review of children due for Foster Care Reviews (FCRs) during the period. As a child is first due for an FCR after six months in custody, MDCPS' qualitative performance for Q1 and Q2 is largely based on children who entered custody and were due for initial permanency plans in 2018. The monitoring team will verify qualitative performance for this commitment for Q3 and Q4, as MDCPS' review for these quarters will include children who entered custody and were due for initial permanency plans in 2019.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 6.3.a.2 | For a child with a permanency goal of reunification, the child's MDCPS caseworker shall meet with the child's parent(s) with whom the child is to be reunified at least monthly to assess service delivery and achievement of service goals, to keep the family informed and involved in decisions about the child, and to remain current about the family's circumstances. | D & Q | 90% (see 5.1.c.2) | -- | -- | Cannot validate MDCPS' data[23] | -- | -- | Cannot validate MDCPS' data[23] |
| 6.3.a.3 | For children with a permanency goal of reunification, the case record shall document opportunities provided to parents in support of reunification. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 6.3.a.4 | When a recommendation to reunify a child with his/her family has been made, MDCPS shall develop an after-care plan with the family that identifies the services necessary to ensure that the conditions leading to the child's placement in foster care have been addressed, and that the child's safety and stability will be assured. MDCPS shall take reasonable steps to provide or facilitate access to services necessary to support the child during the trial home visit. | Q | 100% | 45% | -- | Validation pending | 50% | -- | Validation pending |

---

[23] The monitoring team was unable to validate the data provided by MDCPS for this commitment, which detailed the percentage of parents who had the required number of visits each month. MDCPS also conducted a qualitative review for this commitment, reporting that 47% of caseworker visits with mothers and 32% of caseworker visits with fathers met 2nd MSA quality standards in Q1, and 41% of caseworker visits with parents met quality standards in Q2.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 6.3.a.5.b | By January 1, 2019, at least 90% of foster children who are reunified and who were in custody longer than 90 days shall receive a 90-day trial home visit period or have case record documentation reflecting the Youth Court's objection to such a trial home visit. During the trial home visit period, MDCPS shall provide or facilitate access to the services identified in the child's after-care plan, consistent with the 2nd MSA requirements. | D | 90% | -- | -- | Cannot validate MDCPS' data | -- | -- | Cannot validate MDCPS' data |
| 6.3.a.6 | Before the end of any trial home visit period, MDCPS shall convene a meeting with the child's parents and the child to determine the appropriateness of a final discharge. If final discharge is determined to be appropriate, MDCPS shall make the appropriate application to the Youth Court to be relieved of custody. | -- | 100% | -- | -- | Cannot validate MDCPS' data | -- | -- | MDCPS did not report |
| 6.3.b.1.b | By January 1, 2019, at least 90% of children in custody with the primary permanency goal of adoption shall have an assigned adoption specialist and an adoption plan that identifies the child specific activities that MDCPS will undertake to achieve adoption. | D & Q | 90% | Adoption worker assigned – 99% Adoption plan – 73% | Adoption worker assigned – 93% Adoption plan – 76% | No | Adoption worker assigned – 99% Adoption plan – 97% | Adoption worker assigned – 96% Adoption plan – 84% | No |
| 6.3.b.2.b | By January 1, 2019, a termination of parental rights referral shall be made on behalf of at least 80% of children who have spent more than 17 of the last 22 months in foster care by the last day of a child's seventeenth month in care, unless an available exception pursuant to the federal Adoption and Safe Families Act ("ASFA") has been documented by MDCPS in the child's case record. | -- | 80% | -- | -- | Annual reporting | -- | -- | Annual reporting |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 6.3.b.3 | MDCPS shall provide to the monitor a report of all TPR referrals made during the monitoring period, the date those TPR referrals were made, and the date the TPR petition was filed with the court. | -- | -- | -- | -- | Annual reporting | -- | -- | Annual reporting |
| 6.3.c | Defendants shall establish and maintain a system of post-adoptive services to stabilize and maintain adoptive placements. Adoptive families eligible for adoption subsidies shall have access to these services, which may include services such as counseling, mental health treatment and crisis intervention, family preservation and stabilization services, and peer support. | -- | -- | -- | -- | Annual reporting | -- | -- | Annual reporting |
| 6.3.d.1 | The permanency goals of durable legal custody and guardianship may be assigned when there are documented efforts in the child's case record to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption. | -- | 100% | -- | -- | MDCPS did not report[24] | -- | -- | MDCPS did not report[24] |
| 6.3.d.2 | When the permanency goals of durable legal custody and guardianship are assigned to a child under the age of 14 years old or living with a non-relative, MDCPS shall provide to the monitor at the end of each monitoring period, information from the child's case record documenting efforts to move the child to adoption and documentation of a reasonable basis why it is in the child's best interests not to be considered for adoption. | -- | 100% | -- | -- | MDCPS did not report[24] | -- | -- | MDCPS did not report[24] |

[24] MDCPS conducted a qualitative review for this commitment but did not limit the population to children with a permanency goal of durable legal custody or guardianship, nor report performance specific to children with a permanency goal of durable legal custody or guardianship. MDCPS has corrected this methodology for Q3.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---------|-----------|------------------------|----------------------|------------------------------|----------------------------------|-----------------------------------|-------------------------------|----------------------------------|-----------------------------------|
| 6.3.e | If MDCPS concludes, after considering reunification, adoption, durable legal custody and permanent placement with a relative, that these permanency plans are inappropriate or unavailable for a child, MDCPS may assign a permanency goal of APPLA for the child (see 2nd MSA for APPLA requirements). | -- | 100% | -- | -- | MDCPS did not report[25] | -- | -- | MDCPS did not report[25] |
| 6.4.a.2 | By January 1, 2019, at least 90% of foster children who have been in custody for at least six months shall have a timely court or administrative case review consistent with 2nd MSA requirements. | D & Q | 90% | Timely – 96% Quality – 53% | Timely – 96% Quality – 49% | No | Timely – 90% Quality – 40% | Timely – 91% Quality – Review pending | -- |
| 6.4.b.2 | By January 1, 2019, for at least 90% of foster children who have been in custody for at least 12 months, MDCPS shall make reasonable efforts to have a timely annual court review scheduled consistent with 2nd MSA requirements. | Q | 90% | 87% | 81% | No | 89% | -- | Validation pending |
| 6.4.c | MDCPS shall review documented exceptions pursuant to ASFA for children who have spent more than 17 of the previous 22 months in foster care during the child's foster care review. | -- | -- | -- | -- | Annual Reporting | -- | -- | Annual Reporting |
| 6.5.a.1 | Of all children who enter foster care in a 12-month period, the percent of children discharged to permanency within 12 months of entering foster care. The numerator is the number of the child in the denominator who discharged from foster care to permanency within 12 months. | -- | 43.9% | -- | -- | Annual reporting | -- | -- | Annual Reporting |

[25] MDCPS conducted a qualitative review for this commitment but did not limit the population to children with a permanency goal of APPLA, nor report performance specific to children with a permanency goal of APPLA. MDCPS has corrected this methodology for Q3.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 6.5.a.2 | Of all children in foster care on the first day of a 12-month period, which shall commence on October 1st of any given year, who had been in care between 12 and 23 months, the percent of children discharged from foster care to permanency within 12 months of the first day of the 12-month period. The numerator is the number of children in the denominator who discharged from foster care to permanency within 12 months of the first day of the 12-month period. | -- | 34.9% | -- | -- | Annual Reporting | -- | -- | Annual Reporting |
| 6.5.a.3 | Of all children in foster care on the first day of a 12-month period, which shall commence on October 1st of any given year, who had been in care for 24 months or more, the percent of children discharged from foster care to permanency within 12 months of the first day of the 12-month period. The numerator is the number of children in the denominator who discharged from foster care to permanency within 12 months of the first day of the 12-month period. | -- | 31.4% | -- | -- | Annual reporting | -- | -- | Annual reporting |
| 6.5.c/ 6.5.d | For all children in the custody of MDCPS who were adopted in the federal fiscal year, the monitor shall validate the average and median lengths of time to adoption finalization for each child from the date on which the child's adoption goal was established. | -- | 13.6 months average; 9 months median | -- | -- | Annual Reporting | -- | -- | Annual Reporting |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 7.1 | MDCPS shall provide each youth transitioning to independence with at least six months' advance notice of the cessation of any health, financial, or other benefits that will occur at the time of transition. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.2 | Each foster youth age 14 years and older, regardless of his/her permanency plan, shall be provided with an opportunity to participate in the creation of an appropriate Independent Living service plan for a successful transition to adulthood. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.3 | Each foster youth age 14 years and older shall have access to the range of supportive services necessary to support their preparation for and successful transition to adulthood. MDCPS shall maintain sufficient resources to deliver Independent Living services to all youth described herein. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.4 | MDCPS shall implement a policy and a process by which youth emancipating from the foster care system at age 18 or beyond are enrolled for Medicaid coverage so that their coverage continues without interruption at the time of emancipation. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |

[26] The monitoring team was unable to validate the Q1 and Q2 data and information provided by MDCPS for commitments under Section 7 of the 2nd MSA. In September 2019, the monitoring team met with MDCPS leadership and developed a plan for reporting which was implemented for Q3.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 7.5 | MDCPS shall implement a policy and a process by which youth emancipating from the foster care system at age 18 or beyond receive a start-up stipend of at least $1,000.00 at the time of emancipation, or as soon as practicable thereafter. | Q | 100% | -- | -- | Cannot validate MDCPS' data[27] | -- | -- | Cannot validate MDCPS' data[27] |
| 7.6 | MDCPS shall implement a policy and a process by which youth emancipating from the foster care system at age 18 or beyond have access to a housing resource specialist responsible for assisting the youth obtain an adequate living arrangement. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.7 | MDCPS shall continue to implement policies and processes which ensure that youth emancipating from the foster care system at age 18 or beyond receive services and support under the State Educational Training and Vocational (ETV) Program for which they are eligible. | -- | -- | -- | -- | Cannot validate MDCPS' data[27] | -- | -- | Cannot validate MDCPS' data[27] |
| 7.8.a | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: Educational records, such as a high school diploma or general equivalency diploma, and a list of schools attended, when age-appropriate. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.b | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: A social security or social insurance number. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |

[27] The monitoring team was unable to validate the Q1 and Q2 data and information provided by MDCPS for commitments under Section 7 of the 2nd MSA. In September 2019, the monitoring team met with MDCPS leadership and developed a plan for annual reporting of this commitment.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 7.8.c | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: A resume, when work experience can be described. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.d | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: A driver's license, when the ability to drive is a goal; if not a driver's license, then a state-issued, photo identification. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.e | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: An original or certified copy of the youth's birth certificate. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.f | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: Previous placement information. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.g | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: Documentation of immigration, citizenship, or naturalization, when applicable. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.h | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: Documentation of tribal eligibility or membership. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 7.8.i | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: Death certificates when parents are deceased. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.j | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: A life book or a compilation of personal history and photographs, as appropriate. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 7.8.k | MDCPS shall assist youth in obtaining or compiling the following document(s) and such efforts shall be documented in the child's case record: A list of known relatives, with relationships, addresses, telephone numbers, and permissions for contacting involved parties. | Q | 100% | -- | -- | Cannot validate MDCPS' data[26] | -- | -- | Cannot validate MDCPS' data[26] |
| 8.1.a.1 | By July 1, 2018, 70% of children shall have an initial medical screening within 7 days of the child's entry into foster care. | D & Q[28] | 70% | 71% | -- | Validation pending | 73% | -- | Validation pending |
| 8.1.b.1 | By July 1, 2018, 70% of children shall have an initial EPDST or other comprehensive medical examination within 60 days of the child's entry into foster care. | D & Q[28] | 70% | 71% | -- | Validation pending | 72% | -- | Validation pending |
| 8.1.d.2 | By July 1, 2018, 60% of children shall be provided with practitioner recommended follow-up treatment. | -- | 60% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 8.1.e.1 | By July 1, 2018, 60% of children shall have a dental examination within 90 days of the child's entry into foster care. | D & Q[28] | 60% | 47% | -- | Validation pending | 48% | -- | Validation pending |

[28] In addition to producing data files, MDCPS also conducted qualitative reviews for commitments 8.1.a.1, 8.1.b.1, and 8.1.e.1 in Q1 and Q2. However, as the reviews were based on children who entered custody in each quarter as opposed to the agreed upon population of children who were due for exams in each quarter, MDCPS' reported qualitative performance is not included in this report. MDCPS will correct this methodology moving forward.

| Section | Commitment | Monitoring Methodology | Performance Standard | Q1 MDCPS Reported Performance | Q1 Monitor Validated Performance | Q1 Achieved Performance Standard? | Q2 MDCPS Reported Performance | Q2 Monitor Validated Performance | Q2 Achieved Performance Standard? |
|---|---|---|---|---|---|---|---|---|---|
| 8.1.f.1 | By July 1, 2018, 75% of children shall have information provided to foster parents or facility staff within 15 days of placement. | Q | 75% | 39% | -- | Validation pending | 38% | -- | Validation pending |
| 8.1.g | By July 1, 2018, 85% of children shall have their Medicaid information provided to foster parents or facility staff at the time of placement. | -- | 85% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 8.2.a/ 8.2.c.1 | At least 90% of school-age foster children who enter custody shall have their educational records reviewed and their educational needs documented by MDCPS within 30 calendar days of their entry into foster care. | Q | 90% | -- | -- | Cannot validate MDCPS' data | | -- | -- | Cannot validate MDCPS' data |
| 8.2.b | MDCPS shall take reasonable steps to ensure that school-age foster children are registered for and attending accredited schools within seven calendar days of initial placement or any placement change, including while placed in shelters or other temporary placements. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |
| 8.2.c | MDCPS shall make all reasonable efforts to ensure the continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood, when this is in the child's best interests and feasible, and by limiting the number of school changes the child experiences. | -- | 100% | -- | -- | MDCPS did not report | -- | -- | MDCPS did not report |