```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

OLIVIA Y., by and through her next
friend, James D. Johnson; JAMISON J.,
by and through his next friend, Clara
Lewis; DESIREE, RENEE, TYSON, and MONIQUE
P., by and through their next friend,
Sylvia Forster; JOHN A., by and through
his next friend, James D. Johnson; CODY B.,
by and through his next friend, Sharon Scott;
MARY, TOM, MATTHEW, and DANA W., by and
through their next friend, Zelatra W.; AND SAM
H., by and through his next friend, Yvette
Bullock; on their own behalf and behalf of all
others similarly situated                                      PLAINTIFFS

VS.                                              CIVIL ACTION NO.:
                                                 3:04-CV-251-TSL-FKB

TATE REEVES, as Governor of the State of
Mississippi; DONALD TAYLOR, as Executive
Director of the Department of Human Services;
AND BILLY MANGOLD, as Director of the Division
of Family and Children's Services                              DEFENDANTS

                              ORDER

In accordance with 28 U.S.C. § 455(a) and/or (b), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in this cause.

It is ordered that the status conference currently scheduled for January 28, 2020 is cancelled.

ORDERED this 23rd day of January, 2020.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE