Catholic Charities, Inc.
c/o Linda Raff, Executive Director
200 North Congress Street, Suite 100
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JAN 27 2020

ARTHUR JOHNSTON        DEPUTY
BY _____



CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

NIXIE        392        FE 1        0001/26/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201502825        *1366-05384-23-44



RECEIVED
JAN 27



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰
02 1P
0000846539        JAN 23 2020
MAILED FROM ZIP CODE 39201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her next
friend, James D. Johnson; JAMISON J.,
by and through his next friend, Clara
Lewis; DESIREE, RENEE, TYSON, and MONIQUE
P., by and through their next friend,
Sylvia Forster; JOHN A., by and through
his next friend, James D. Johnson; CODY B.,
by and through his next friend, Sharon Scott;
MARY, TOM, MATTHEW, and DANA W., by and
through their next friend, Zelatra W.; AND SAM
H., by and through his next friend, Yvette
Bullock; on their own behalf and behalf of all
others similarly situated                                        PLAINTIFFS

VS.                                                 CIVIL ACTION NO.:
                                                    3:04-CV-251-TSL-FKB

TATE REEVES, as Governor of the State of
Mississippi; DONALD TAYLOR, as Executive
Director of the Department of Human Services;
AND BILLY MANGOLD, as Director of the Division
of Family and Children's Services                               DEFENDANTS

ORDER

In accordance with 28 U.S.C. § 455(a) and/or (b), the

undersigned is compelled to disqualify himself in the above styled

and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in

this cause.

It is ordered that the status conference currently scheduled

for January 28, 2020 is cancelled.

ORDERED this 23rd day of January, 2020.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally     melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley     mbentley@bradley.com, coverby@bradley.com, jaltobelli@bradley.com, rpeluso@bradley.com, tgraham@bradley.com

Paul Mathis     paulmathis@bellsouth.net

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org , cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

W. Wayne Drinkwater , Jr     wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

William C. Pentecost     cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-DCB-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/23/2020] [FileNumber=5502068-0
] [830bc503eca18fcd6367d60da25148c8b9bc02241cc3b00a1b2d0cebcd1e5189f80
c1d0efd012cd8331c2e5a9fa3c1d2909fa57f99c855817ec2d290b42dea6a]]