Attorney Tara S. Crean
CHILDREN'S RIGHTS
330 Seventh Avenue, 4th Floor
New York, NY 10001





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., by and through her next friend, James D. Johnson; JAMISON J., by and through his next friend, Clara Lewis; DESIREE, RENEE, TYSON, and MONIQUE P., by and through their next friend, Sylvia Forster; JOHN A., by and through his next friend, James D. Johnson; CODY B., by and through his next friend, Sharon Scott; MARY, TOM, MATTHEW, and DANA W., by and through their next friend, Zelatra W.; AND SAM H., by and through his next friend, Yvette Bullock; on their own behalf and behalf of all others similarly situated | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:04-CV-251-TSL-FKB |
| TATE REEVES, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; AND BILLY MANGOLD, as Director of the Division of Family and Children's Services | DEFENDANTS |

ORDER

In accordance with 28 U.S.C. § 455(a) and/or (b), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in this cause.

It is ordered that the status conference currently scheduled for January 28, 2020 is cancelled.

ORDERED this 23rd day of January, 2020.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments
3:04-cv-00251-TSL-FKB
Johnson, et al v. Barbour, et al
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/23/2020 at 2:45 PM CST and filed on 1/23/2020
**Case Name:**   Johnson, et al v. Barbour, et al
**Case Number:**   3:04-cv-00251-DCB-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 880

**Docket Text:**
**ORDER OF RECUSAL. District Judge Tom S. Lee recused. Case reassigned to District Judge David C. Bramlette, III for all further proceedings. It is ordered that the status conference currently scheduledfor January 28, 2020 is cancelled. Signed by District Judge Tom S. Lee on 1/23/2020 (LAT)**


**3:04-cv-00251-DCB-FKB Notice has been electronically mailed to:**

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV     ccarbone@loeb.com, lmehringer@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV     dpost@abetterchildhood.org

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Erica A. Reed - PHV     ereed@abetterchildhood.org

Grace M. Lopes - PHV     gracemlopes@gmail.com

Harold Edward Pizzetta-State Gov , III     hpizz@ago.state.ms.us, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

John A. Piskora - PHV     jpiskora@loeb.com

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally     melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley     mbentley@bradley.com, coverby@bradley.com, jaltobelli@bradley.com, rpeluso@bradley.com, tgraham@bradley.com

Paul Mathis     paulmathis@bellsouth.net

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org , cfeely@abetterchildhood.org, dfriedman@loeb.com, sjaffe@abetterchildhood.org, srglasserlaw@gmail.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

W. Wayne Drinkwater , Jr     wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

William C. Pentecost     cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-DCB-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/23/2020] [FileNumber=5502068-0
] [830bc503eca18fcd6367d60da25148c8b9bc02241cc3b00a1b2d0cebcd1e5189f80
c1d0efd012cd8331c2e5a9fa3c1d2909fa57f99c855817ec2d290b42dea6a]]