# mdcps e·bulletin

*Information Alerts for the MDCPS Team*

**ISSUE 222 · 3.12.2020**

**Exhibit D**

**To:**     ALL MDCPS
**From:**   **KRIS JONES,** *Deputy Commissioner of Administration*

## COVID-19: Precautionary Updates

MDCPS employees should **immediately** begin taking personal responsibility for their own health by following MS Department of Health guidelines for everyday preventive actions:

- Wash your hands often with soap and water for at least 20 seconds (*sing Happy Birthday song twice*); use alcohol based sanitizer if unable to wash your hands;
- Avoid close contact with people who are sick;
- Avoid touching your eyes, nose and mouth;
- Stay home when you are sick; call your medical provider but do NOT visit an emergency room unless it is a true emergency; (employees will be required to use personal leave/medical leave in accordance to regular state employee policy.)
- Cover your cough or sneeze with a tissue or cough/sneeze into your elbow;
- Clean and disinfect frequently touched objects and surfaces;
- Avoid large gatherings of people;
- Utilize social distancing - spread out in a room and avoid close proximity if possible.

**Here's the important takeaway –**
Do not panic. But, do not ignore common sense steps you can take immediately to protect your health. This is personal responsibility situation. There is nothing at this point to prevent any MDCPS employee from fulfilling their job responsibilities.

**ALL MDCPS SUPERVISORS** should speak with their team members to address any COVID-19 related concerns or specific issues. If any of your staff is absent because of COVID-19 related symptoms, notify Human Resources at State Office IMMEDIATELY by emailing: HRDocuments@mdcps.ms.gov  -- Report the employee's name, place of work, symptoms and first date of absence.

**Frontline, licensure and adoption workers:** please share this information as soon as possible with all of your caseload parents. Ask them to notify you IMMEDIATELY if anyone in their household exhibits COVID-19 symptoms or if they have contact with anyone testing positive for the virus. Notify your supervisor AND MDCPS State Office immediately of any such reports.

*For more information:*
https://www.cdc.gov/coronavirus/2019-ncov/index.html