

# Foster Parent Alerts

March 13, 2020



## Shared Parenting

As you know, important and necessary changes are being made to everyone's lives in an effort to stem the spread of COVID-19. The Mississippi State Department of Health has recommended that all Mississippi state agencies immediately suspend all unnecessary out-of-state travel. **Accordingly, effective immediately, MDCPS is asking that any foster parent or service/placement provider for a child in MDCPS custody cancel or indefinitely postpone any planned out-of-state travel scheduled through the end of April.**

The time frame for this request may be extended in future communications as we learn more about the virus's progression. All foster parents and service/placement providers should also be aware that several Mississippi judges have ordered that MDCPS foster children may not leave the state under any circumstances, meaning that **if you choose to continue with out-of-state travel, MDCPS may be forced to remove foster children from your home.**

# PLEASE READ: Precautions, advice and information

MDCPS is maintaining normal operations. You should expect your scheduled hearings, family team meetings as well as regular contacts and visits from your caseworkers to continue uninterrupted unless otherwise notified.

All MDCPS staff, service providers and foster parents, however, are urged to exercise personal responsibility for their own health.

- Wash your hands frequently and thoroughly.
- Use hand sanitizer.
- Avoid large gatherings of people. Avoid close proximity to strangers and crowded/cramped situations.

- Avoid unnecessary travel – especially using mass transit.
- If you become ill, call your healthcare provider to describe your symptoms BEFORE visiting the doctor's office.
- If you are not well, do not go to work or send your child to school until you contact your health provider immediately.

If you or your foster child(ren) have symptoms of the COVID-19 virus or if anyone in your family or home tests positive for the virus, please contact your caseworker IMMEDIATELY! (See attached document for symptoms.)

The Mississippi State Department of Health (MSDH) continues to closely monitor this virus. A hotline has been established for questions and concerns within the state of Mississippi –

Mississippi Coronavirus Hotline (877) 978-6453; 8 am to 5 pm, Monday through Friday.

Check out the Mississippi State Department of Health website for additional information for Mississippians and COVID-19.

https://www.msdh.ms.gov/msdhsite/_static/14,0,420.html#public