

Exhibit B

# OLIVIA Y. LITIGATION
## MDCPS COVID-19 STATUS UPDATE

**TO:** MARCIA LOWRY; ANASTASIA BENEDETTO
LISA TAYLOR; EILEEN CRUMMY

**FROM:** BAKER DONELSON – LARRY JONES & CLINT PENTECOST

**SUBJECT:** THIRD UPDATE TO DEFENDANTS' NOTICE OF THE IMPACT OF THE NOVEL CORONAVIRUS (COVID-19) ON DEFENDANTS' OBLIGATIONS UNDER THE 2ND MODIFIED MISSISSIPPI SETTLEMENT AGREEMENT AND REFORM PLAN

**DATE:** APRIL 22, 2020

**CC:** TAYLOR CHEESEMAN

Defendants filed their Notice of the Impact of the Novel Coronavirus ("COVID-19") on Defendants' Obligations Under the 2nd Modified Mississippi Settlement Agreement and Reform Plan ("2nd MSA") on March 18, 2020 ("March 18 Notice").

In addition to the COVID-19 Guidelines previously provided in the March 18 Notice and subsequent updates to the Monitor and Plaintiffs, MDCPS has issued (or received) the following[1]:

- 4/1/20 Executive Order No. 1466
- 4/7/20  Foster Parent Alert #15
- 4/8/20 ebulletin:  Important Updates
- 4/15/20 ebulletin:  Important PPE Information
- 4/15/20 Memo: Distribution of PPE
- 4/16/20 Continuing Education Update

---

[1] MDCPS has implemented policies and taken steps to protect the children in its custody and associated families as well as its staff and employees.  The policies and steps being taken by MDCPS are based on the guidance being promulgated and revised and updated by the Mississippi State Department of Health ("MSDH"), the Centers for Disease Control and Prevention ("CDC"), the World Health Organization ("WHO"), the Children's Bureau, an Office of the Administration for Children & Families of the U.S. Department of Health & Human Services ("Children's Bureau"), and other state and local authorities.

- 4/17/20 Executive Memorandum Re: Access to County Office Buildings
- 4/17/20 Commissioner's Update
- 4/17/20 Executive Order No. 1473
- 4/20/20 Foster Parent Alert #16 – Opportunity for Older Foster Youth

A copy of each of these is attached for your reference.

# STATE OF MISSISSIPPI

## *Office of the Governor*



### EXECUTIVE ORDER NO. 1466

**WHEREAS**, on March 14, 2020, pursuant to the Constitution of the State of Mississippi and Miss. Code Ann. § 33-15-11(b)(17), I issued a Proclamation declaring that a State of Emergency exists in the State of Mississippi as a result of the outbreak of COVID-19; and

**WHEREAS**, on January 31, 2020, the United States Department of Health and Human Services Secretary Alex Azar declared a public health emergency for COVID-19 beginning on January 27, 2020, on March 11, 2020, the World Health Organization characterized COVID-19 as a pandemic, and on March 13, 2020, the President of the United States declared a nationwide state of emergency due to the coronavirus COVID-19 pandemic; and

**WHEREAS**, the worldwide outbreak of COVID-19 and the effects of its extreme risk of person-to-person transmission throughout the United States and Mississippi significantly impact the life and health of our people, as well as the economy of Mississippi; and

**WHEREAS**, the risk of spread of COVID-19 within Mississippi constitutes a public emergency that may result in substantial injury or harm to life, health, and property within Mississippi; and

**WHEREAS**, on March 26, 2020, the Mississippi State Department of Health announced new and expanded measures to increase testing and data analysis to identify regions and localities that are at higher risk for transmission of COVID-19 and to provide more location-specific restrictions and limitation of movement and social interaction to combat the virus in those regions and localities; and

**WHEREAS**, additional measures are needed to further disrupt and slow the spread of the COVID-19 virus within the State and to manage needed healthcare and emergency management resources; accordingly, all individuals residing in the State of Mississippi will need to temporarily remain in their home or place of residence, and certain businesses and public amenities need to be temporarily closed to the public.

**NOW, THEREFORE,** I, Tate Reeves, Governor of the State of Mississippi, by the authority vested in me by the Constitution and laws of the State of Mississippi, do hereby order and direct as follows:

I. <u>Shelter in Place</u>
   a. ***Duration:*** This Shelter in Place shall be effective at 5:00 p.m. on Friday, April 3, 2020, and shall remain in full force and effect until 8:00 a.m. on Monday, April 20, 2020, unless rescinded, modified or extended. The end date of the Lauderdale County shelter in place ordered by Executive Order No. 1465 is hereby amended to coincide with the dates established pursuant to this order.

   b. ***Shelter in Place:***
      i. Pursuant to the Mississippi Emergency Management Act including but not limited to Miss. Code. Ann. §§ 33-15-11(b)(1), 33-15-11(b)(4), 33-15-11(b)(6), 33-15-11(c)(1), 33-15-11(c)(4) & 33-15-31, with exceptions described herein, all individuals currently living in the State of Mississippi are ordered to stay at home or in their place of residence except as allowed in this Executive Order.
      ii. For individuals whose residences are unsafe or become unsafe (for example, because of domestic violence, lack of sanitation or utilities) they may, and are encouraged to, seek alternate locations. Local law enforcement and other officials shall assist such individuals to secure such alternative locations.
      iii. Individuals using outdoor space when outside their homes or residences at all times shall maintain social distancing of a minimum of 6 ft. distance between each individual and shall avoid gatherings in groups of more than 10 people.
      iv. For purposes of this Executive Order the terms "home" and "residence" include single family homes, hotels, rental units, shelters, mobile home parks, and similar facilities used as an individual's principal dwelling.

c. ***Evictions Suspended:*** Pursuant to Miss. Code. Ann. §§ 33-15-11(c)(1) and 33-15-11(c)(4), evictions within the State of Mississippi are suspended, and all state, county and local law enforcement officers are directed to cease enforcement of orders of eviction for residential premises during this Shelter in Place Order. No provision contained within this Executive Order shall be construed as relieving any individual of the obligation to pay rent, to make mortgage payments, or to comply with any other obligation that an individual may have under tenancy or mortgage.

d. ***Non-essential Business and Operations Cease***
   i. All businesses and non-profit entities operating within the State of Mississippi, except for Essential Business or Operations identified in Executive Order No. 1463 as Supplemented (which is incorporated herein by reference), shall cease operation and all activities except Minimum Operations as defined herein.
   ii. Minimum Operations are those activities necessary for the business or operation to maintain the condition of facilities, premises and equipment, value of business inventory, payroll, employee benefits, security, and to facilitate employees of the business or operation to continue to work remotely from their residences.

e. ***Essential Business or Operations Remain Open***
   i. Essential Businesses or Operations identified in Executive Order 1463 as Supplemented may remain open and shall operate at such level as necessary to provide essential services and functions.
   ii. For clarity, Essential Healthcare Operations identified within Executive Order 1463 as Supplemented shall be construed broadly to avoid impact or interruption of the delivery of essential healthcare, but does not include fitness and exercise gyms, dance studios, clubs, tattoo parlors, spas, salons, barber shops, and other similar personal care and grooming facilities.
   iii. Restaurants and Bars may remain open but are limited to drive-thru, curbside, and/or delivery service.

f. ***Prohibited Activities***
   i. Consistent with Executive Order No. 1463 as Supplemented, all public and private social and other non-essential gatherings in groups of more than 10 people in a single space at the same time where individuals are in close proximity (less than 6 ft.) to each other shall be cancelled or rescheduled.
   ii. All places of amusement and recreation, whether indoors or outdoors, including but not limited to amusement parks and rides, museums, playgrounds, children's party and play facilities, all parks including all beaches, lakes and reservoirs (but not including walking trails), movie theaters, bowling alleys, and social clubs shall be closed to the public.

g. ***Essential Activities***: Individuals may leave their residences only to perform the following Essential Activities:
   i. To engage in activities or perform tasks necessary to their health and safety, or the health and safety of their family or household members (including pets) or the health and safety of those persons who are unable to or should not leave their home.
   ii. To obtain necessary food, services or supplies for themselves and members of their household needed to maintain the safety, sanitation and essential operation of the home or residence, or to deliver those services or goods to those persons who are unable to or should not leave their home.
   iii. To engage in individual outdoor activity and recreation.
   iv. To perform work providing essential products and services at Essential Businesses or Operations (as defined in Executive Order No. 1463 as Supplemented) or to carry out activities permitted in this Executive Order, including Minimum Operations.

h. ***Essential Travel***: Individuals engaged in Essential Travel must adhere to both the CDC and the Mississippi State Department of Health recommendations and guidance to prevent the spread of COVID-19, including social distancing (6 ft. between individuals) and aggressive hygiene including frequent handwashing (minimum 20 seconds) and use of hand sanitizer. For purposes of this Executive Order, Essential Travel includes travel for the following purposes:

        i. Travel for Essential Business or Operation, as defined in Executive Order No. 1463 as Supplemented.
        ii. Travel for Essential Activities, as defined herein.
        iii. Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons including to obtain COVID-19 testing for such individuals.
        iv. Travel to or from educational institutions including public and private K-12 schools, colleges and universities, and other educational institutions for purposes of receiving materials for distance learning, for receiving meals, and other education related purposes.
        v. Travel to or from their place of residence.
        vi. Travel required by law enforcement or court order, including to transport children pursuant to a custody agreement.

    i. ***County and Local Municipal Authority***: Nothing in this Executive Order shall limit or alter the authority of any local or county authority from adopting orders, rules, regulations, resolutions, and actions that are more strict than established herein, provided that they do not impose restrictions that prevent any Essential Business or Operation as identified in Executive Order No. 1463 as Supplemented from operating at such level necessary to provide essential services and functions during this COVID-19 State of Emergency.

II. <u>Delegate Authority to Issue and Enforce Quarantine and Isolation Orders</u>:
    a. Pursuant to Miss. Code Ann. § 33-15-11(b)(5) and § 33-15-31, the State Health Officer in consultation with the Governor is authorized and empowered to issue such orders as necessary to carry out, implement, and enforce any quarantine or isolation orders to contain and restrict transmission of COVID-19.
    b. That this authority is in addition to, and consistent with, the Mississippi State Department of Health's authority to issue, maintain and enforce isolation and quarantine orders pursuant to Miss. Code Ann. § 41-23-5 and other controlling law.
    c. Nothing in this Executive Order limits or alters the authority under Miss. Code Ann. § 21-19-3 for a governing authority of a municipality to enact and enforce more restrictive measures to contain and restrict transmission of COVID-19.

III. <u>Enforcement of Shelter in Place</u>:
    a. This Executive Order may be enforced by all State, County and Local law enforcement, as well as by other governmental entities (such as State and local departments of health) to the fullest extent under Mississippi law including, *inter alia*, Miss. Code. Ann. §§ 33-15-11(b)(5) and 33-15-11(b)(6).
    b. Violations of this Executive Order are subject to the provisions of Miss. Code Ann. § 33-15-43.

IV. That all departments, commissions, agencies, institutions, and boards of the State of Mississippi, political subdivisions thereof, counties, municipalities and school districts are authorized and directed to cooperate in actions and measures taken in response to COVID-19 during the State of Emergency.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.

DONE in the City of Jackson, on the 1st day of April, in the year of our Lord, two thousand and twenty, and of the Independence of the United States of America, the two hundred and forty-fourth.

TATE REEVES
GOVERNOR

BY THE GOVERNOR
MICHAEL WATSON
SECRETARY OF STATE

3

# Foster Parent Alert #15

April 7, 2020



Shared Parenting

Just as our parents and grandparents were deeply affected by the Great Depression, the assassinations of Martin Luther King and the Kennedys and the horrors of 9/11, the Covid-19 pandemic may well be the defining moment in the lives of today's children.

That's why we owe it to our children (and foster children) to focus on positive experiences during these difficult times, while minimizing adverse experiences that can wound children for a lifetime. We already know that positive experiences, especially close relationships, promote healthy child development and allow us to withstand the ups and downs of life beyond the current pandemic. For our foster children, YOU are critical in this role and in helping maintain ties to biological families if at all possible.

At the same time, we must be alert for other children without such supports. Adverse experiences such as child abuse, neglect and family challenges -- particularly in the absence of protective factors -- can cause lasting damage to mental and physical health.

MDCPS has seen a dramatic drop in the number of suspected abuse or neglect reports being made to our hotline and through our website, increasing the important of raising public awareness during this health crisis. That's especially concerning because the increased stress we're seeing in families due to the virus can increase children's risk of abuse at the hands of their loved ones. Children who are usually in school are now learning at home. Their parents may be working from home, working at essential jobs (without good childcare options) or may have lost their jobs. And, children who are being abused or neglected are more likely to go unnoticed without teachers and others to help them.

Please keep an eye out for families who need our help and support. Ask your friends to do the same. It is everyone's responsibility.

## PLEASE READ: *Pint-sized stress relief suggestions*

Children may show signs of increased stress during this shelter-in-place distancing from their school friends or playmates, which can lead to more frustration for the entire family, too. The following techniques are suggested to help calm the waters:

**Engage your children in constructive activities.** Bored or frustrated children are more likely to act out. Many children have had their lives disrupted. They are out of school, and they can't play with their friends.

**Help them with their fears.** Children who are old enough to follow the news may be afraid, for example, that they or their parents are going to die. You can acknowledge the fear, and discuss all the things you are doing to stay healthy, such as washing hands and staying home to avoid germs.

**Call a time-out.** This discipline tool works best by warning children they will get a time-out if they don't stop, reminding them what they did wrong in as few words—and with as little emotion—as possible, and removing them from the situation for a pre-set length of time (1 minute per year of age is a good guide).

**Know when not to respond.** As long as your child isn't doing something dangerous and gets plenty of attention for good behavior, ignoring bad behavior can be an effective way of stopping it. Ignoring bad behavior also can teach children natural consequences of their actions. For example, if your child keeps dropping his food on purpose, he soon will have no more crackers left to eat.

**Catch them being good.** Children need to know when they do something bad—and when they do something good. Notice good behavior and point it out, praising success and good tries. This is particularly important in these difficult times, when children are separated from their friends and usual routines.

**Give them your attention.** The most powerful tool for effective discipline is attention—to reinforce good behaviors and discourage others. Remember, all children want their parent's attention. When parents are trying to work at home, this can be particularly challenging. Clear communication and setting expectations can help, particularly with older children.

**As always - THANK YOU for what you do!**

# mdcps e-bulletin
*Information Alerts for the MDCPS Team*

**ISSUE 238    4.8.2020**

**To:** ALL MDCPS
**From:** TAYLOR CHEESEMAN, *Interim Commissioner*

## IMPORTANT UPDATES

### MEDICAID

There is a COVID-19 state option for Medicaid that Mississippi is now implementing that will impact former foster children and youth whose cases have recently been closed by MDCPS. Every person active in Medicaid on March 18, 2020, continues to be eligible for the duration of the COVID-19 disaster. This includes MDCPS children who exited state custody effective 3/31 and ongoing. Medicaid will handle the reinstatements of children already terminated for Medicaid coverage. Medicaid is working on the reinstatement process now and we will let you know when it is implemented. Reinstatement notices will be issued on each person reinstated.

We will keep you informed as more details become available. This is wonderful news for our former foster children.

### GO TO MEETING APP

Some service providers are utilizing different video conferencing apps like Go To Meeting, Google Hangout, etc. to facilitate video-conferencing visits between children, parents and MDCPS staff. It is NOT necessary for this app to be added to your phone or laptop for you to participate. Those entities serving as the virtual meeting host will need to issue an invitation to all participants. Upon acceptance, the video-conference can proceed.

MDCPS has previously provided the Zoom, Facetime and Skype applications for MDCPS staff use. No other app platforms will be added, at this time.

### FEBRUARY TRAVEL REIMBURSEMENTS

The deadline for submitting travel reimbursement documents for FEBRUARY 2020 has been extended until April 15. No submissions will be accepted after the extended deadline.

March 2020 travel reimbursement requests must also be submitted by April 15. That deadline will NOT be extended.

### PERSONAL PROTECTION EQUIPMENT

MDCPS is providing hand sanitizer, gloves and masks for frontline, adoption, licensure, SIU, YTSS and congregate care review staff. Vendors will be shipping gloves and masks to the regions for distribution. Hand sanitizer will have to be picked up on Jackson. We will provide updates as shipping confirmations are received. Regional directors and bureau directors will be responsible for confirming receipt of the items.

MEMA has a tiered response for prioritizing supplies. Healthcare providers are at the top of that list with three groups following. We do NOT need to make requests through them at this point.

Case 3:04-cv-00251-HSO-ASH    Document 895-2    Filed 04/29/20    Page 8 of 19

# mdcps e·bulletin
*Information Alerts for the MDCPS Team*

**ISSUE 240 · 4.15.2020**

**To:** ALL MDCPS
**From:** KRIS JONES, *Deputy Commissioner of Administration*

## IMPORTANT PPE INFORMATION

MDPCS will soon be distributing disposable, protective face masks and gloves to all frontline, adoption, licensure, SIU, and Congregate Care licensure staff who will be coming into direct contact with clients on their caseloads/workloads. These protective items are being shipped to regional offices this week for distribution by the MDCPS Regional Directors, Bureau Directors and Office Directors.

**They are only to be used for work-related purposes and should NOT be shared with others. Supplies are extremely limited.**

Please **IMMEDIATELY** review the attached information regarding these protective items. This information is also being distributed via CornerStone for your review, download, and acknowledgement. Acknowledgement of your review of the information is required.

## PLEASE READ ATTACHMENT!

 

TO:  MDCPS Staff

DATE:  April 15, 2020

_____

MDPCS will soon be distributing disposable, protective face masks and gloves to all frontline, adoption, licensure, SIU, and Congregate Care licensure staff who will be coming into direct contact with clients on their caseloads/workloads. These protective items are being shipped to regional offices this week for distribution by the MDCPS Regional Directors, Bureau Directors and Office Directors. **They are only to be used for work-related purposes and should NOT be shared with others.** Supplies are extremely limited.

# IMPORTANT!!  PLEASE NOTE!!

Wearing a mask or gloves does NOT replace other interventions such as frequent hand washing, using hand sanitizer, staying a minimum of six feet apart from others and practicing good common sense.

### THERE IS NO GUARANTEE THESE MASKS AND GLOVES WILL PROTECT YOU FROM COVID-19.

It is also critically important that all mask and glove users follow proper protocol in their use. Incorrect usage could actually INCREASE the likelihood of contamination.  Please visit the following World Health Organization's website to educate yourself on when and how to use masks:

https://www.who.int/emergencies/diseases/novel-coronavirus-2019/advice-for-public/when-and-how-to-use-masks

The WHO recommends the following guidelines:

- Masks are effective only when used in combination with frequent hand-cleaning with alcohol-based hand rub or soap and water.
- If you wear a mask, then you must know how to use it and dispose of it properly.
- Before putting on a mask, clean hands with alcohol-based hand rub or soap and water.
- Cover mouth and nose with mask and make sure there are no gaps between your face and the mask.
- Avoid touching the mask while using it; if you do, clean your hands with alcohol-based hand rub or soap and water.

 

- Replace the mask with a new one as soon as it is damp and do not re-use single-use masks.
- To remove the mask: remove it from behind (do not touch the front of mask); discard immediately in a closed bin; clean hands with alcohol-based hand rub or soap and water

Before accepting any PPEs for MDCPS-related work use, you must first acknowledge that you have read and understand the following:

a. These masks/devices are not guaranteed to stop the Coronavirus.
b. These masks/devices are not guaranteed to limit spreading sneezes, coughs and fluids to other people.
c. These masks/devices are not approved for any medical purpose.

*End of Document*



**JENNIFER WALKER**
Director of Professional Development
jennifer.walker@mdcps.ms.gov

TO: All MDCPS Staff

RE: Professional Development Opportunities & CE Hours

DATE: April 16, 2020

---

MDCPS Professional Development understands the need for staff with a license in social work to submit evidence of continuing education hours for license renewal. Since the Governor's declaration of a State of Emergency in Mississippi as a result of the outbreak of COVID-19 in mid-March, conferences and face to face training opportunities have been cancelled. Understanding that many of our staff have a license renewal date of May, Professional Development has offered many training classes and online training opportunities within the Cornerstone portal. At this point, please be sure you have completed all of your online courses through the Cornerstone portal to maximize the number of CEs provided by the agency. The number of CEs provided is found on each certificate awarded once you complete the training. Remember, the courses reported for license renewal must be new to you for the hours to count toward license renewal. You cannot complete a course this year, report it for credit, take it again next year and report it for credit again on your license renewal submission.

Recently, Professional Development pushed out training related to working remotely and various other trainings to assist during this time. The training related to Coronavirus Preparedness and Become Self Aware, made available through Cornerstone, have both been awarded .50 CEs each.

To assist staff who still need CE hours for renewal, Professional Development will push the adoption specific training modules out to all frontline and licensure staff. Modules 1-4 will be sent this week, and the remaining 4 modules will be sent when they are assigned to adoption staff in the future.

I would also like to share information with you from the Mississippi Public Health Institute (MPHI). MPHI is partnering with Shared Hope International to present a live webinar: Sex Trafficking and Domestic Minors – How to Protect When Possible and Respond When Necessary. The training will be held live via webinar on May 20 from 9:00 – 1:00. Registration is limited to the first 150 participants. To register visit MSBHLN.ORG. CEs will be provided. We encourage only those who are seeking hours for licensure to attend. MPHI has other courses on their website that offer CEs and are currently free during this time. These courses will not have agency training hours, but can be accessed to obtain additional CEs if needed.




Additionally, there are options online for free CEs. At a minimum, the sites listed below allow you to take your first course free of charge. MDCPS will not be offering agency training hours for these selections.

www.continuingeducation.com
www.freestatesocialwork.com
www.ce4less.com

Thank you so much for all of your hard work and please stay safe!



**The State of Mississippi**
Tate Reeves, Governor
**Mississippi Department of Child Protection Services**
Taylor C. Cheeseman, Interim Commissioner

## Executive Memorandum

**From:** Taylor Cheeseman, Interim Commissioner
**Date:** April 17, 2020
**Re:** Access to County Office Buildings

While the Emergency Telework Policy is in effect in response to the COVID-19 emergency, staff should not conduct any work in a county office if the work can be performed elsewhere. Any interaction between staff in an office unnecessarily risks transmission of the virus, and we've had several instances where three, four, and even six employees had to be quarantined because of exposure to an employee who had either been directly exposed to someone with COVID-19 or had actually tested positive. During this time, county offices remain accessible to staff only for tasks that cannot be completed elsewhere. This may include, but is not limited to, printing, retrieving necessary items or paperwork, and entering time at the end of the pay period.

Beginning Monday, the ASWSs/OMAPs in each county must ensure a weekly schedule is developed for access to the county office. The ASWSs/OMAPs must coordinate with the licensure, adoption, CQI, finance, personnel, and other staff housed in their counties in the development of this schedule. The schedules must be submitted to the RD weekly for approval. This schedule must ensure that no more than two people access each county office at any given time absent an emergency requiring the presence of more than two people. The presence of more than two people to address such emergency situations must be approved by the Regional Director.

For example: each supervisor (frontline, adoption, licensure, and CQI) may have a day, or even a morning or afternoon per week when they can schedule their staff to come into an office in specific increments of time—every hour or every two hours—to complete tasks as needed and then leave.

When any two individuals are in an office, they both should be utilizing their personal protective equipment by wearing masks and continuing to maintain social distancing guidelines of at least 6 feet apart. And where supplies are available, common spaces around copiers, etc., should be disinfected as by each individual after use to prevent transmission.



# Commissioner's Update

4.17.2020

*Keeping us all on the same page.*

## Happy Friday, Everyone!



This week brought several important updates about the future of our State's response to COVID-19. Earlier this week, Governor Reeves announced that Mississippi schools would not return to normal classroom instruction for the remainder of the 2019/2020 school year. This morning, he announced that his shelter-in-place order, which was set to expire on Monday, will be extended for one week. The important takeaway from these two announcements is that while we may be passing through our peak in new COVID-19 cases right now, we should be prepared for a gradual, rather than sudden, return to normal.

During this morning's press conference, both Governor Reeves and Dr. Thomas Dobbs—the State Health Officer—emphasized that our return to normal following the shelter-in-place order will parallel the incremental increase in restrictions that preceded the shelter-in-place order. As an agency, our return to normal will follow a similar process. While we all are eager to have more normalcy in our personnel and professional lives, we must continue to exercise prudent caution. We all should be prepared for continued restrictions on gatherings, consistent and appropriate use of PPE, precautionary social distancing, and telework for the foreseeable future.

Going forward, we will continue to adjust our work as the need to do so arises. In some cases, that may mean implementing additional precautionary measures. In others, and hopefully increasingly, that will mean lifting restrictions as it becomes safe to do so.

Throughout this process, we must all abide by the restrictions that remain in place.

I know the changes you all have experienced related to this emergency have not been easy. I appreciate greatly your willingness to work through these challenges to keep our important work moving forward. Fortunately, both federal and state health officials report that our collective efforts have reduced the impact of COVID-19, ultimately saving lives.

Sincerely,

*Taylor*

# STATE OF MISSISSIPPI
## *Office of the Governor*



**EXECUTIVE ORDER NO. 1473**

**WHEREAS**, on March 14, 2020, pursuant to the Constitution of the State of Mississippi and Miss. Code Ann. § 33-15-11(b)(17), I issued a Proclamation declaring that a State of Emergency exists in the State of Mississippi as a result of the outbreak of COVID-19; and

**WHEREAS**, on January 31, 2020, the United States Department of Health and Human Services Secretary Alex Azar declared a public health emergency for COVID-19 beginning on January 27, 2020, on March 11, 2020, the World Health Organization characterized COVID-19 as a pandemic, and on March 13, 2020, the President of the United States declared a nationwide state of emergency due to the coronavirus COVID-19 pandemic; and

**WHEREAS**, the worldwide outbreak of COVID-19 and the effects of its extreme risk of person-to-person transmission throughout the United States and Mississippi significantly impact the life and health of our people, as well as the economy of Mississippi; and

**WHEREAS**, the risk of spread of COVID-19 within Mississippi constitutes a public emergency that may result in substantial injury or harm to life, health, and property within Mississippi; and

**WHEREAS**, the Centers for Disease Control and Prevention (CDC) guidance for responding to COVID-19 recommends avoiding crowds as much as possible, especially for older adults and individuals with serious chronic medical conditions and the Mississippi State Department of Health (MSDH) has recommended avoiding social gatherings where 10 people or more may come into close contact; and

**WHEREAS**, on March 26, 2020, the MSDH announced new and expanded measures to increase testing and data analysis to identify regions and localities that are at higher risk for transmission of COVID-19 and to provide more location-specific restrictions and limitation of movement and social interaction to combat the virus in those regions and localities; and

**WHEREAS**, on April 1, 2020, in order to minimize the risk of possible further transmission of COVID-19 and related measures, I issued Executive Order No. 1466 instituting a statewide Shelter in Place effective at 5:00 p.m. on Friday, April 3, 2020, and remaining in full force and effect until 8:00 a.m. on Monday, April 20, 2020, unless rescinded, modified or extended; and

**WHEREAS**, although the transmission of COVID-19 has slowed across much of the State of Mississippi, certain measures to disrupt and slow the spread of the COVID-19 virus within the State and to manage needed healthcare and emergency management resources ordered by Executive Order No. 1466 must remain in place; accordingly, all individuals residing in the State of Mississippi will need to continue to temporarily remain in their home or place of residence, and certain businesses and public amenities need to remain temporarily remain closed to the public; and

**WHEREAS** in light of the significant economic impact on employees and businesses in Mississippi as a result of measures necessary to cope with the COVID-19 public emergency, in consultation with the State Health Officer, there are certain measures that will allow essential economic activity through limited retail sales that will not significantly impact the State's efforts to cope with the COVID-19 public emergency.

**NOW, THEREFORE,** I, Tate Reeves, Governor of the State of Mississippi, by the authority vested in me by the Constitution and laws of the State of Mississippi, and in consultation with the State Health Officer do hereby order and direct as follows:

I.  The statewide Shelter in Place instituted in Executive Order 1466 is extended and shall remain in full force and effect until 8:00 a.m. on Monday, April 27, 2020, except as follows:

    a. Paragraph I(d)(ii) ***Non-essential Business and Operations Cease*** Minimum Operations is amended to allow retail sales by non-essential businesses and operations limited to drive-thru, curbside, and/or delivery services provided such non-essential businesses and operations implement precautions to ensure adherence to the standards of Paragraph I(b)(iii)

of Executive Order 1466 including social distancing requirements (maintaining a minimum of 6 feet distance between individuals), restrictions of gathering of persons (no gatherings in groups of more than 10 people), regular and proper hand-washing and personal hygiene, and adherence to the most recent regulations or guidelines issued by the MSDH and CDC.

b. Paragraph I(f)(ii) *Prohibited Activities* is amended to allow beaches, state park lakes, state lakes and reservoirs to re-open on limited basis as follows:
    i. Recreational boating with appropriate social distancing to the extent available inside the watercraft shall be permitted on state park lakes, state lakes and reservoirs.
    ii. The number of persons in each watercraft shall be limited to the greater of two (2) occupants or 50% of the occupancy limit of all multi-person watercraft.
    iii. Fishing from the watercraft or from the banks of state park lakes, state lakes and reservoirs shall be permitted with appropriate social distancing requirements (maintaining a minimum of 6 feet distance between individuals). But all fishing tournaments are prohibited.
    iv. Parks (not including walking trails), beaches and sandbars associated with state park lakes, state lakes and reservoirs shall remain closed.
    v. Boat ramps shall be open and accessible as follows: (a) boat ramps associated with state park lakes and state lakes shall be open; (b) boat ramps located in Pearl River Valley Water Supply District (PRVWSD) parks will remain closed as long as the parks remain closed; and (c) boat ramps located outside of PRVWSD parks (including Fannin Landing, Madison Landing, and Rankin Landing) will be open.
    vi. All Mississippi beaches along coastal waterways, including those abutting the Mississippi sound, municipal beach parks, beach areas and piers may re-open for purposes of individual recreation as determined by local authority and under such limitations and restrictions as may be imposed by local authority provided such restrictions require at a minimum adherence to the standards of Paragraph I(b)(iii) of Executive Order 1466 including social distancing requirements (maintaining a minimum of 6 feet distance between individuals), restrictions of gathering of persons (no gatherings in groups of more than 10 people), and adherence to the most recent regulations or guidelines issued by the MSDH and CDC.

c. Paragraph I(g)(iii) *Essential Activities* is amended to permit recreational boating, fishing, and use of beaches under such limitations imposed by local authorities pursuant to Paragraph I(f)(ii).

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the Great Seal of the State of Mississippi to be affixed.

**DONE** in the City of Jackson, on the 17th day of April, in the year of our Lord, two thousand and twenty, and of the Independence of the United States of America, the two hundred and forty-fourth.

*Tate Reeves* (signature)
**TATE REEVES**
**GOVERNOR**

**BY THE GOVERNOR**

*Michael Watson* (signature)

**MICHAEL WATSON**
**SECRETARY OF STATE**

2



Shared Parenting

# Foster Parent Alert #16

April 20, 2020

## $$$$ OPPORTUNITY FOR OLDER FOSTER YOUTH!

Current and former foster youth, aged 16 to 25, who have spent at least one day in MDCPS custody, are eligible to participate in Opportunity Passport™ -- a financial literacy and matched savings program designed specifically for young people who have been in foster care.

Youth in the program receive training to develop their financial skills, open and maintain a bank account, and are eligible for up to $3,000 in dollar-for-dollar matching of their savings to help them make big purchases that keep them moving forward in life. First Place for Youth manages Opportunity Passport in Mississippi. To qualify, youth must first complete a "Keys for Your Financial Future" course.

First Place for Youth will be offering two free "virtual" financial literacy "Keys for Your Financial Future" courses exclusively for current and former foster youth ages 16-25 during the month of May. Participants do not have to be currently in custody. Topics to be discussed include: setting goals, building good credit, budgeting, saving and understanding loans. There will be four live training sessions in each course. Youth must select ONE of the training course options and attend all four sessions. Courses will be offered via Zoom. Youth will need a good internet connection and a video-enabled device such as a smart phone or a laptop/desktop computer with camera.

If your foster child is interested, they can register at the link included in the body of this email. For more information, please contact Claire Graves at 601-460-4436. She can also answer questions you may have about the Opportunity Passport program. A flyer with course dates and times is attached. Please share with your current or former foster youth or anyone else who may be interested.

## PLEASE READ: Let us hear from you - good, bad & ugly

On Friday, April 17, MDCPS rolled out the Guardian Tool to our foster parents across the state. The Guardian Tool is a survey to help us measure foster parent satisfaction as well as monitor child safety and well-being.

More than 200 of you have already responded. Thank you! That's a strong start, and we would love to hear from the rest of you. Your voices matter as we continue to identify areas where we need to make improvements as well as areas where our work is strong. It is also important to us to make it easy for you to give us feedback.

Many of you included comments in your survey and we have read each one. We are in the process of addressing your concerns, answering your questions, and considering your suggestions. We received several suggestions about how we could look at improving visitations during COVID-19. We appreciate that several of you made suggestions on how we could improve the survey to get more specific results. We have also been encouraged by the number of you that highlighted specific MDCPS staff that are doing an exceptional job serving your family and the children in your care.

One of the comments that we received was "Thanks for the survey. I think this could be one of the best tools you could have. It will easily highlight problems fast."

We couldn't agree with you more. Our hope is that the Guardian Tool will assist us in building stronger relationships with you while improving our day-to-day child welfare operations. Going forward, we will continue to use the Guardian Tool to help us evaluate if the children in your care are getting our best service possible from our staff and to measure if issues are being addressed in a timely and thorough manner.

If you haven't taken the opportunity to complete the survey please do so now by copying and pasting the link below in your internet browser. The survey will take you less than a minute to complete. You can complete the survey from your phone, tablet, laptop, or personal computer.

Again, thank you for your honesty and taking the time to help us encourage our staff where they're doing well, and make improvements where we can.

**As always - THANK YOU for what you do!**

*Thomas*

https://cprs.visibilitygrid.com/mdcps/guardian/survey2_view.php?survey_key=201



# OPPORTUNITY PASSPORT™

## WHAT IT IS AND HOW IT WORKS

**Opportunity Passport™** is a financial literacy and matched savings program designed specifically for young people who have been in foster care.

Youth in the program receive training to develop their financial skills, open and maintain a bank account, and are eligible for up to **$3,000 in dollar-for-dollar matching of their savings** to help them make big purchases that keep them moving forward in life.

First Place for Youth manages Opportunity Passport in Mississippi. The program was originally created by the Jim Casey Youth Opportunities Initiative, which partners with local organizations to oversee and support the program's operation at sites across the country.

## WHO CAN PARTICIPATE IN OPPORTUNITY PASSPORT?

Opportunity Passport is open to current and former foster youth — age 16 to 25 — who spent at least one day in foster care after turning 14 and who currently live in Mississippi.

## HOW CAN YOUNG PEOPLE ENROLL IN OPPORTUNITY PASSPORT?

Space in Opportunity Passport is limited. In order to be eligible to enroll, participants must take the following steps:

> » **Step 1:** Complete the **Keys to Your Financial Future** training
>
> - Trainings are scheduled throughout the year in areas across the state and cover savings, budgeting, building credit, and more!
> - To find a training near you, contact the Opportunity Passport coordinator, Claire Graves, at cgraves@firstplaceforyouth.org
>
> » **Step 2:** Open and maintain a savings or checking account
>
> » **Step 3:** Complete the application form available at msyouthvoice.org

Applications are reviewed on an on-going basis and slots are filled on a first-come, first-served basis by region.

## WHAT HAPPENS ONCE A YOUNG PERSON JOINS OPPORTUNITY PASSPORT?

Upon enrollment, participants receive $150 from Opportunity Passport to get them started on the road to savings. They will continue to add to their savings on their own. To remain in good standing and eligible for match dollars, participants must:

- Maintain regular contact with program staff
- Participate in a program survey twice per year

When they are ready to make a purchase, they'll submit a match request form for approval. They can make a single purchase requiring the full $3,000 match or divide it across several smaller purchases.

## WHAT PURCHASES ARE ELIGIBLE FOR OPPORTUNITY PASSPORT FUNDS?

Opportunity Passport will provide matching funds for a variety of purchases or payments that help foster youth succeed in reaching their goals. These include:

- **Vehicles:** Purchase costs, first insurance payment, major repairs
- **Housing:** Security deposit, first month's rent, mortgage
- **Education:** Tuition, textbooks and required supplies, fees
- **Health:** Major costs not covered by insurance
- **Credit Building:** Secured credit cards, investments
- **Micro-Enterprise:** Costs associated with starting a business

For more details, visit https://msyouthvoice.org/opportunity-passport or contact **Claire Graves** at 601-460-4436 or cgraves@firstplaceforyouth.org.



First Place for Youth was founded in 1998 to change the life trajectories of the largely overlooked, vulnerable population of youth who have grown up in foster care. Our mission is to help foster youth build the skills they need to make a successful transition to self-sufficiency and responsible adulthood.

We've been at work in Mississippi since 2017.