MISSISSIPPI LEGISLATURE                                         REGULAR SESSION 2020

By: Senator(s) Hopson                                           To: Appropriations

**Exhibit A**

SENATE BILL NO. 2980
(As Sent to Governor)

AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF CORRECTIONS, OFFICE OF ATTORNEY GENERAL, AND THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR 2020 AND FISCAL YEAR 2021; AND FOR RELATED PURPOSES.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

**SECTION 1.** In addition to all other sums herein appropriated, the following sum, or so much thereof as may be necessary, is appropriated out of any money to the credit of the Capital Expense Fund, and allocated in a manner as determined by the Treasurer's Office, to defray the expenses of the Mississippi Department of Corrections for the period beginning upon passage of this act and ending June 30, 2021...............$ 7,957,795.00. This additional appropriation for an increase in private prison costs incurred in Fiscal Year 2020.

**SECTION 2.** In addition to all other sums herein appropriated, the following sum, or so much thereof as may be necessary, is appropriated out of any money to the credit of the Capital Expense Fund, and allocated in a manner as determined by

20  the Treasurer's Office to defray the expenses of the Department of
21  Corrections for the period beginning upon passage of this act and
22  ending June 30, 2021..........................$  4,239,367.00.
23      This additional appropriation is to defray expenses for the
24  medical program.
25      **SECTION 3.**  In addition to all other sums herein
26  appropriated, the following sum, or so much thereof as may be
27  necessary, is appropriated out of any money to the credit of the
28  Capital Expense Fund, and allocated in a manner as determined by
29  the Treasurer's Office, to defray the expenses of paying for
30  certain outside legal assistance, expert witness fees, court fees,
31  judgments and settlement agreements incurred by the Office of the
32  Attorney General for the period beginning upon passage of this act
33  and ending June 30, 2021........................$ 1,954,885.00.
34      Of the funds appropriated in this section, the following
35  amounts are provided:
36      (a)  Olivia Y., et al v. Phil Bryant, as Governor of the
37  State of Mississippi and the Department of Human Services, United
38  States District Court for the Southern District of Mississippi,
39  Jackson Division, Cause No. 3:03cv251(L)(N)......$   424,175.00.
40      (b)  State of Mississippi v. Dale Partners Architects P.A.;
41  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;
42  Environmental Management Plus; in the Circuit Court of
43  Hinds County, Mississippi, Civil Action Number 14-666............
44  ................................................$    85,000.00.

```
45          (c)   Settlement between the United States Environmental
46   Protection Agency and State of Mississippi; Chemfax Inc.,
47   Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill
48   ID Number:   04JF, CERCLA ID Number: MSD008154486, Settlement
49   Agreement for the Recovery of Response Costs, Docket No.
50   CERCLA-04-2014-3756.............................$    2,627.00.
51         (d) William Scott Ashwell v. State of Mississippi, No.
52   18-CV-17AM; Lawrence County Circuit Court..............$
53   75,000.00.
54         (e)   Larry Ruffin Estate v. State of Mississippi, Circuit
55   Court of Forrest County, Mississippi, Claimant No.
56   CI-11-0238......................................$   50,000.00.
57         (f)   Jimmie Bass v. State of Mississippi, Circuit Court of
58   Bolivar County, Mississippi, Claimant No. 2011-0009..............
59   .................................................$   50,000.00.
60         (g)   Rolland Glen Anderson v. State of Mississippi, Circuit
61   Court of Hinds County, Mississippi, Claimant No.
62   251-09-640CIV...................................$   50,000.00.
63         (h)   Tyler Edmonds v. State of Mississippi, Circuit Court of
64   Oktibbeha County, Mississippi, Cause No.
65   2009-0457-CV....................................$   50,000.00.
66         (i)   Tyler Edmonds v. State of Mississippi, Circuit Court of
67   Oktibbeha County, Mississippi, Cause No. 2009-0457-CV (attorney
68   fees)...........................................$   33,750.00.
```

69     (j)  Natasha Orlantha Stewart v. State of Mississippi,
70 Circuit Court of Hinds County, Mississippi, Civil Action No.
71 25C11:17-cv-00349................................$   50,000.00.
72     (k)  Natasha Stewart v. State of Mississippi, Circuit Court
73 of Hinds County, Mississippi, Civil Action No.
74 25C11:17-cv-00349 (attorney fees)................$   10,000.00.
75     (l) Amos et al. v. Taylor et al. 20-cv-00007-DMB-JMV (N.D.
76 Miss); Lang, et al. v. Taylor, et al., 4:20-cv-030-DMB RP (N.D.
77 Miss); Alexander, et al. v. Hall, et al., 4:20-cv-021-DMB-JMV
78 (N.D. Miss.)....................................$   600,685.00.
79     (m) Jackson Women's Health Organization et al v. Dobbs et
80 al., 3:18-cv-00171-CWR-FKB (S.D. Miss)...........$   298,819.00.
81     (n) United States v. State of Mississippi,
82 3:16-cv-622-CWR-FKB (S.D. Miss)..................$   99,829.00.
83     (o) United States Department of Justice Investigation into
84 Mississippi's Corrections System.................$   20,000.00.
85     (p) Special Master as Required by Order of the Federal Court
86 regarding United States v. State of Mississippi
87 3:16-cv-00622-CWR-FKS ( S.D. Miss)...............$   55,000.00.
88     **SECTION 4.**  In addition to all other sums herein
89 appropriated, the following sum, or so much thereof as may be
90 necessary, is appropriated out of any money to the credit of the
91 Capital Expense Fund, and allocated in a manner as determined by
92 the Treasurer's Office, to defray the expenses of the Department

```
93  of Human Services for the period beginning upon passage of this
94  act and ending June 30, 2021......................$ 5,000,000.00.
95       This additional appropriation is made for the purpose of
96  repayment of Supplemental Nutrition Assistance Program funds.
97       **SECTION 5.**  This act shall take effect and be in force from
98  and after its passage.
```

S. B. No. 2980     **~ OFFICIAL ~**
20/SS26/ANAP3SG  ST:  Appropriations; additional appropriations
PAGE 5          for various state agencies for FY20.