IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her next friend, James D. Johnson; JAMISON J., by and through his next friend, Clara Lewis; DESIREE, RENEE, TYSON, and MONIQUE P., by and through their next friend, Sylvia Forster; JOHN A., by and through his next friend, James D. Johnson; CODY B., by and through his next friend, Sharon Scott; MARY, TOM, MATTHEW, and DANA W., by and through their next friend, Zelatra W.; AND SAM H., by and through his next friend, Yvette Bullock; on their own behalf and behalf of all others similarly situated     PLAINTIFFS



v.                                              CIVIL ACTION NO.
                                                3:04-cv-251-DCB-FKB

TATE REEVES, as Governor of the State of Mississippi; DONALD TAYLOR, as Executive Director of the Department of Human Services; AND BILLY MANGOLD, as Director of the Division of Family and Children's Services     DEFENDANTS

## ORDER REASSIGNING CASE

PURSUANT TO Section IV of Internal Rule 1, as amended effective December 21, 2020, and to equitably manage and distribute the caseload of the Court, and with the consent of the affected judges, the above-captioned matter is hereby reassigned to U. S. District Judge Halil S. "Sul" Ozerden. The present Magistrate Judge assignment will remain unchanged. U. S. District Judge David C. Bramlette is no longer assigned to this case.

SO ORDERED this the 22 day of December, 2020

                                                Daniel P. Jordan III
                                              DANIEL P. JORDAN III
                                              CHIEF U. S. DISTRICT JUDGE