**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS



US POSTAGE PITNEY BOWES
02 1P         $ 000.50⁰
0000846539    DEC 22 2020
MAILED FROM ZIP CODE 39201

RECEIVED
DEC 28 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 28 2020
BY_____ ARTHUR JOHNSTON _____DEPUTY

392 NFE 1    819F0012/25/20
FORWARD TIME EXP   RTN TO SEND
FERGUSON
10361 ROAD 565
PHILADELPHIA MS 39350-5170
RETURN TO SENDER

Richard   Ferguson
P.O. Box 1767
Phildelphia, MS 39350

------------------------------------------------

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

OLIVIA Y., by and through her next
friend, James D. Johnson; JAMISON J.,
by and through his next friend, Clara
Lewis; DESIREE, RENEE, TYSON, and
MONIQUE P., by and through their next
friend, Sylvia Forster; JOHN A., by and
through his next friend, James D. Johnson;
CODY B., by and through his next friend,
Sharon Scott; MARY, TOM, MATTHEW, and
DANA W., by and through their next friend,
Zelatra W.; AND SAM H., by and through
his next friend, Yvette Bullock; on their own
behalf and behalf of all others similarly situated     **PLAINTIFFS**



v.                                                                                  CIVIL ACTION NO.
                                                                                    3:04-cv-251-DCB-FKB

TATE REEVES, as Governor of the State of
Mississippi; DONALD TAYLOR, as Executive
Director of the Department of Human Services;
AND BILLY MANGOLD, as Director of the
Division of Family and Children's Services                    **DEFENDANTS**

### ORDER REASSIGNING CASE

PURSUANT TO Section IV of Internal Rule 1, as amended effective December 21, 2020, and to equitably manage and distribute the caseload of the Court, and with the consent of the affected judges, the above-captioned matter is hereby reassigned to U. S. District Judge Halil S. "Sul" Ozerden. The present Magistrate Judge assignment will remain unchanged. U. S. District Judge David C. Bramlette is no longer assigned to this case.

SO ORDERED this the 22 day of December, 2020

*Daniel P. Jordan III*
DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE
