# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) |
| Plaintiffs | ) |
| v. | ) CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| TATE REEVES, as Governor of the State of Mississippi, et al. | ) |
| Defendants | ) |

## ENTRY OF APPEARANCE

COMES NOW Douglas T. Miracle of the Office of the Mississippi Attorney General and enters his appearance on behalf of Defendants.

RESPECTFULLY SUBMITTED, this the 13th day of May, 2021.

> TATE REEVES, as Governor of the State of Mississippi, ANDREA SANDERS, as Commissioner, Mississippi Department of Child Protection Services, and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services
>
> By: /s/ Douglas T. Miracle

OF COUNSEL:

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
James L. Jones (MSB #3214)
William C. "Clint" Pentecost (MSB #99841)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

Douglas T. Miracle (MSB # 9648)
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205
doug.miracle@ago.ms.gov