# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) |
| Plaintiffs | ) |
| v. | ) CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| TATE REEVES, as Governor of the State of Mississippi, et al. | ) |
| Defendants | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF
## HAROLD E. PIZZETTA, III AND TO SUBSTITUTE PARTIES

Pursuant to Local Uniform Civil Rule 83.1, Defendants hereby move for withdrawal of appearance of Harold E. Pizzetta, III as counsel for Defendants as he is no longer in the employ of the OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL. Defendants' ongoing interests will continue to be adequately represented by Douglas T. Miracle, counsel with the OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL and by Clint Pentecost and James L. Jones of BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC.

Defendants further request the following substitution of parties:

1. The Defendants request that Governor Tate Reeves be substituted for former Governor Phil Bryant; and

2. The Defendants request that Andrea Sanders be substituted for Jess Dickinson as Commissioner of the Mississippi Department of Child Protection Services; and

3. The Defendants request that Kimberly Wheaton be substituted for Tonya Rogillio as the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

RESPECTFULLY SUBMITTED, this the 13th day of May, 2021.

    TATE REEVES, as Governor of the State of Mississippi, ANDREA SANDERS, as Commissioner, Mississippi Department of Child Protection Services, and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

    By: /s/ *Clint Pentecost*

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
James L. Jones (MSB #3214)
William C. ("Clint") Pentecost (MSB #99841)
One Eastover Center - 100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


Douglas T. Miracle (MSB #9648)
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205