Case 3:04-cv-00251-HSO-ASH   Document 914   Filed 05/20/21   Page 1 of 5



NIXIE         392    FE 1         0005/19/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201520825          *1366-08253-14-45

UTF
3920152028

$000.51
MAY 14 2021
MAILED FROM ZIP CODE 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 20 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

RECEIVED
MAY 20 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

Orders on Motions
3:04-cv-00251-HSO-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

# U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 5/14/2021 at 10:54 AM CDT and filed on 5/14/2021
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [912] Motion to Withdraw. Attorney Harold E. Pizzetta, III terminated. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge F. Keith Ball on 5/14/2021. (dcw)**

**3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:**

C. Randy Cotton    rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV    ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV    dpost@abetterchildhood.org

Douglas T. Miracle-State Gov    doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy    ecrummy@public-catalyst.com

Eric E. Thompson - PHV    ethompson@childrensrights.org

Grace M. Lopes - PHV    gracemlopes@gmail.com

Harold Edward Pizzetta , III    hpizzetta@umc.edu, fhell@ago.state.ms.us

James L. Jones    jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

John A. Piskora - PHV    jpiskora@loeb.com

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, coverby@bradley.com, jaltobelli@bradley.com, rpeluso@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

W. Wayne Drinkwater , Jr    wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

William C. Pentecost    cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell

5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350