# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| ) | |
| TATE REEVES, as Governor of ) | |
| the State of Mississippi, et al. ) | |
| ) | |
| Defendants ) | |

## JOINT MOTION TO STAY THE 2ND MSA AND TO
## ENTER A JOINT STIPULATED ORDER FOR 2ND MSA REBUILDING PERIOD

Plaintiffs and Defendants file this Joint Motion to Stay the 2nd Modified Mississippi Settlement Agreement and Reform Plan ("2nd MSA") and to Enter a Joint Stipulated Order for 2nd MSA Rebuilding Period:

1. The 2nd MSA was entered by the Court on December 19, 2016 and went into effect on January 1, 2018.

2. A telephonic status conference was held in this matter on May 19, 2021. During the status conference, the Court directed the parties to file joint or individual motions for hearing including representations as to what topics should be covered during the hearing.

3. The parties agree that the 2nd MSA should be stayed, all pending motions should be stayed, and a defined rebuilding period ("Rebuilding Period") should be implemented in a joint stipulated order to move the Mississippi Department of Child Protection Services ("MDCPS") toward the overall goal of improving foster care services to children in Mississippi.

4.  The parties, in consultation with the Monitor, have agreed to a Joint Stipulated Order for 2nd MSA Rebuilding Period which will be presented to the Court separately as required by the Local Rules.

5.  The parties agree that any hearing scheduled by the Court should be for the sole purpose of reviewing the Joint Stipulated Order agreed to by the parties.

WHEREFORE, the parties request that the Court schedule a hearing to consider and enter the agreed upon Joint Stipulated Order for 2nd MSA Rebuilding Period.

RESPECTFULLY SUBMITTED, this the 22nd day of June, 2021.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Marcia Robinson Lowry | /s/ Clint Pentecost |
| Marcia Robinson Lowry (*pro hac vice*) | James L. Jones (MSB #3214) |
| Anastasia Benedetto (*pro hac vice*) | William Clinton Pentecost (MSB #99841) |
| A BETTER CHILDHOOD, INC. | BAKER DONELSON BEARMAN CALDWELL |
| 355 Lexington Avenue, Floor 16 | & BERKOWITZ, PC |
| New York, NY 10017 | One Eastover Center |
| Phone: 646.808.7344 | 100 Vision Drive, Suite 400 |
| mlowry@abetterchildhood.org | Jackson, MS 39211 |
| abenedetto@abetterchildhood.org | Telephone: (601) 351-2400 |
|  | Facsimile: (601) 351-2424 |
| Wayne Drinkwater (MSB #6193) | jjones@bakerdonelson.com |
| Michael J. Bentley (MSB #102631) | cpentecost@bakerdonelson.com |
| BRADLEY, ARRANT, BOULT & CUMMINGS, LLP |  |
| One Jackson Place, Suite 400 | Douglas T. Miracle (MSB #9648) |
| Jackson, MS 39201 | Assistant Attorney General |
| Phone: 601.948.8000 | OFFICE OF THE MISSISSIPPI |
| wdrinkwater@bradley.com | ATTORNEY GENERAL |
| mbentley@bradley.com | P. O. Box 220 |
|  | Jackson, MS 39205 |