**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

May 26, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JONATHAN GREGORY BORLE, #314669 was admitted to the practice of law in this state by the Supreme Court of California on May 19, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

EXHIBIT 1