Case 3:04-cv-00251-HSO-ASH    Document 921    Filed 07/26/21    Page 1 of 5

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS



JACKSON MS 390
11 JUN 2021 PM 2 L

$000.51
JUN 11 2021
MAILED FROM ZIP CODE 39201

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 26 2021
BY _____ ARTHUR JOHNSTON _____ DEPUTY

RECEIVED
JUL 26 2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE        392  FE 1           0007/24/21
           RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 39201502299        *0466-04574-11-47

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

**Orders on Motions**
3:04-cv-00251-HSO-FKB Johnson, et al v. Barbour, et al **CASE CLOSED on 01/04/2008**

CLOSED,FKB

# U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 6/11/2021 at 1:25 PM CDT and filed on 6/11/2021
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting as unopposed [912] Motion to Substitute Parties. Former Governor Phil Bryant is substituted with Governor Tate Reeves; Jess Dickinson is substituted with Andrea Sanders as Commissioner of the Mississippi Department of Child Protection Services; and Tonya Rogillio is substituted with Kimberly Wheaton as the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge F. Keith Ball on 6/11/2021. (dcw)**


**3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:**

Anastasia Benedetto - PHV     abenedetto@abetterchildhood.org

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV     ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV     dpost@abetterchildhood.org

Douglas T. Miracle-State Gov     doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy     ecrummy@public-catalyst.com

Eric E. Thompson - PHV     ethompson@childrensrights.org

Grace M. Lopes - PHV     gracemlopes@gmail.com

Harold Edward Pizzetta , III     hpizzetta@umc.edu, fhell@ago.state.ms.us

James L. Jones     jjones@bakerdonelson.com, jbarrett@bakerdonelson.com

John A. Piskora - PHV     jpiskora@loeb.com

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor　ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV　mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally　melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com

Michael J. Bentley　mbentley@bradley.com, coverby@bradley.com, jaltobelli@bradley.com, rpeluso@bradley.com

Paul Mathis &n bsp　paulmathis@bellsouth.net

Reuben V. Anderson　reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV　srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi　sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV　sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr　stephenhleech@aol.com

W. Wayne Drinkwater , Jr　wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com

William C. Pentecost　cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together

PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350