#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
#### NORTHERN DIVISION

OLIVIA Y, et al                                                     PLAINTIFFS

vs                                            CIVIL ACTION NO. 3:04cv251 HSO-FKB

TATE REEVES, as Governor of
the State of Mississippi, et al.                                      DEFENDANTS

#### MOTION FOR WITHDRAWAL OF APPEARANCE OF
#### <u>JAMES L. JONES</u>

Pursuant to Local Uniform Civil Rule 83.1, Defendants hereby move for withdrawal of appearance of James L. Jones as counsel for Defendants.

Defendants' will continue to be represented by Clint Pentecost of BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC.

RESPECTFULLY SUBMITTED, this the 4th day of August 2021.

                                                                                        By:   /s/  *James L. Jones*

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
James L. Jones (MSB #3214)
William C. Pentecost (MSB #99841)
One Eastover Center - 100 Vision Drive, Suite 400
Jackson, MS  39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424

Doug Miracle
Special Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS  39205