IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **OLIVIA Y., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 3:04-CV-251-HSO-FKB |
| | ) | |
| **TATE REEVES, as Governor of the** | ) | |
| **State of Mississippi, et al,** | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF ANASTASIA BENEDETTO

Anastasia Benedetto, an attorney of record in this civil action, makes this declaration under penalty of perjury and under 28 U.S.C. § 1746.

1. I am a member of the New York Bar and I am admitted to practice in this Court *pro hac vice*. I am co-counsel for the Plaintiff Class in this case along with local counsel, I give this Declaration in support of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Award of Class Counsel's Fees and Expenses.

2. As demonstrated by my resume, submitted as Attachment A to this Declaration and incorporated herein, I graduated from the Benjamin N. Cardozo School of Law in 2017. From 2017 to 2018 I worked as a litigation associate concentrating in civil litigation and complex commercial disputes. In 2018, I became a staff attorney at A Better Childhood, which brings class action lawsuits to reform dysfunctional child welfare systems.

3. I have worked on the *Olivia Y.* matter since November 2018.

**EXHIBIT 2**

4. As a staff attorney at A Better Childhood, I know that it is the consistent policy and business practice of all counsel and support staff on this case to maintain contemporaneous and specific records of all time, and for such records to be entered into an online database. As part of my daily practice, I entered my time as I worked on this case into the database, contemporaneously with the work being done. Along with Marcia Robinson Lowry and Jonathan Borle, I have reviewed the time database for accuracy, and attest these summaries are an accurate and reliable account of the work performed and the compensable expenses incurred by Plaintiffs' counsel and support staff in this case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 8th day of November 2021 in New York, New York

*s/ Anastasia Benedetto*
Anastasia Benedetto (*pro hac vice*)
*Attorney for Plaintiffs*

# Anastasia D. Benedetto
135 Plymouth St. #504, Brooklyn, NY 11201 • AnastasiadBenedetto@gmail.com • (978) 846-3481

## EDUCATION
**Benjamin N. Cardozo School of Law**, New York, NY
Juris Doctor, June 2017
Honors: *Cardozo Arts & Entertainment Law Journal*; Dean's Merit Scholarship

**American University, School of International Service**, Washington, DC
Bachelor of Arts, *magna cum laude*, International Studies, May 2012

## EXPERIENCE

**A Better Childhood**, New York, NY
*Staff Attorney*, November 2017 – present
Investigate, develop, and pursue federal class action lawsuits on behalf of children in foster care throughout the country. Perform monitoring and enforcement work in lawsuits under settlement agreements. Actively involved in all aspects of litigation including: develop litigation strategy, draft complaints, dispositive motions, motions for class certification, and discovery motions, request and respond to discovery, and prepare for and take depositions.

**Gerard Fox Law P.C.**, New York, NY
*Litigation Associate*, November 2017 – October 2018
*Law Clerk*, January 2017 – June 2017
*Summer Associate*, June 2016 – August 2016
Worked on complex commercial and civil matters. Actively involved in all aspects of litigation including: research and draft complaints and answers, research and draft dispositive and discovery motions in state and federal court, draft discovery requests and responses, prepare for and attend depositions, conduct large-scale e-discovery and document production using e-discovery platforms, research and brief range of complex legal issues.

**Child USA**, Philadelphia, PA
*Research Assistant to founder Marcia Hamilton*, May 2017 – October 2017
Researched and drafted policy initiatives and corresponding academic papers.

**New York City Law Department**, New York, NY
*Clinical Intern, Appeals Division*, Fall 2016
Researched, developed legal arguments and produced two appellate briefs that were filed in the New York Appellate Division, Second Judicial Department. Prepared and mooted oral arguments for both briefs.

**Kings County District Attorney's Office**, Brooklyn, NY
*Legal Intern*, *Special Victims Bureau*, Fall 2015
Researched and drafted motions, memoranda, and other documents to aid in the prosecution of sexual assaults and child abuse. Reviewed case files and determined the sufficiency of evidence to compel DNA samples from criminal defendants. Assisted with trial preparation by examining evidentiary rules, gathering evidence and preparing witnesses for court.

**United States Attorney's Office, Eastern District of New York**, Central Islip, NY
*Criminal Division Legal Intern*, *Child Exploitation Division*, Summer 2015
Researched and drafted charging instruments, plea agreements, sentencing memoranda, warrant and summons requests, correspondences and press releases. Attended all arraignments, status conferences and hearings with Assistant United States Attorney.

**Park Jensen Bennett LLP**, New York, NY
*Paralegal*, White Collar Defense & Securities Litigation, June 2012 – Aug. 2014
Drafted and edited a wide range of legal documents including correspondences, motions, memoranda and interrogatories. Conducted case specific legal research, factual research and multi-level document review.

**ADMISSIONS**

New York (2018), Southern District of New York (2019).