# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et al., ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:04-CV-251-HSO-FKB |
| ) | |
| TATE REEVES, as Governor of the ) | |
| State of Mississippi, et al., ) | |
| ) | |
| **Defendants**. ) | |

## MOTION FOR WITHDRAWAL OF APPEARANCE BY ERIC E. THOMPSON

Pursuant to Local Rule 83.1(b)(3), Eric E. Thompson moves the Court to withdraw as counsel of record for Plaintiffs. Plaintiffs will continue to be adequately represented by other counsel of record.

In support of this motion, the attorney has notified all parties of this Motion for Withdrawal.

DATED: December 3, 2021                Respectfully Submitted,

*/s/ Eric E. Thompson*
**CHILDREN'S RIGHTS**
Eric E. Thompson
88 Pine Street, 8th Floor
New York, NY 10005
ethompson@childrensrights.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE BY ERIC E. THOMPSON** was served this 3rd day of December, 2021, on all counsel of record, via the ECF System.

*/s/ Eric E. Thompson*
Eric E. Thompson