IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| ) | |
| TATE REEVES, as Governor of ) | |
| the State of Mississippi, et al. ) | |
| ) | |
| Defendants ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Defendants and Plaintiffs (collectively, the "Parties") file this motion to extend their respective response and reply deadlines. In support of this motion, the Parties state as follows:

1. Plaintiffs filed their Motion for Award of Class Counsel's Fees and Expenses (ECF No. 924) on December 1, 2021 ("Motion for Fees"). Pursuant to L.U.Civ.R. 7(b)(4), Defendants' response would be due on December 15, 2021, and Plaintiffs' reply would be due seven days thereafter.

2. The Parties have agreed to an extension of time, from December 15, 2021 to December 22, 2021, for Defendants to respond to Plaintiffs' Motion for Fees. The Parties have further agreed that any reply which Plaintiffs' wish to file would be due January 5, 2021.

3. Counsel for the Parties have conferred and agree to the relief sought in this Motion.

4. Due to the straightforward nature of this motion, the Parties respectfully request that they be relieved of the requirement to submit a supporting memorandum pursuant to L.U.Civ.R. 7(b)(4).

WHEREFORE, the Parties request that the Court set December 22, 2021 as the deadline for Defendants to respond to Plaintiffs' Motion for Fees, and January 5, 2022 as the deadline for Plaintiffs to submit their reply.

RESPECTFULLY SUBMITTED, this the 13th day of December, 2021.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Marcia Robinson Lowry | /s/ Clint Pentecost |
| Marcia Robinson Lowry (*pro hac vice*) | William Clinton Pentecost (MSB #99841) |
| Anastasia Benedetto (*pro hac vice*) | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| Jonathan Borle (*pro hac vice*) | One Eastover Center |
| A BETTER CHILDHOOD, INC. | 100 Vision Drive, Suite 400 |
| 355 Lexington Avenue, Floor 16 | Jackson, MS 39211 |
| New York, NY 10017 | Telephone: (601) 351-2400 |
| Phone: 646.808.7344 | Facsimile: (601) 351-2424 |
| mlowry@abetterchildhood.org | cpentecost@bakerdonelson.com |
| abenedetto@abetterchildhood.org | |
| jborle@abetterchildhood.org | |
| | |
| Wayne Drinkwater (MSB #6193) | Douglas T. Miracle (MSB #9648) |
| Michael J. Bentley (MSB #102631) | Assistant Attorney General |
| BRADLEY, ARRANT, BOULT & CUMMINGS, LLP | OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL |
| One Jackson Place, Suite 400 | P. O. Box 220 |
| Jackson, MS 39201 | Jackson, MS 39205 |
| Phone: 601.948.8000 | |
| wdrinkwater@bradley.com | |
| mbentley@bradley.com | |