MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2008

By: Senator(s) Nunnelee, Dearing          To: Appropriations

SENATE BILL NO. 3051
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF STATE GENERAL
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE MISSISSIPPI
3  DEPARTMENT OF MENTAL HEALTH FOR FISCAL YEAR 2008, GOVERNOR'S
4  OFFICE - DIVISION OF MEDICAID FOR PRIOR YEARS AND FISCAL YEARS
5  2008 AND 2009, THE MISSISSIPPI DEPARTMENT OF FINANCE AND
6  ADMINISTRATION FOR FISCAL YEARS 2008 AND 2009, THE MISSISSIPPI
7  SUPREME COURT - TRIAL JUDGES FOR FISCAL YEARS 2008 AND 2009, THE
8  MISSISSIPPI SUPREME COURT, ADMINISTRATIVE OFFICE OF COURTS FOR
9  FISCAL YEAR 2008, PAYING BONDS AND INTEREST ON THE FULL FAITH AND
10 CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2008, THE
11 DEPARTMENT OF CORRECTIONS FOR PRIOR YEARS AND FISCAL YEAR 2008,
12 THE OFFICE OF THE STATE AUDITOR FOR FISCAL YEARS 2008 AND 2009,
13 THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER - SCHOOL OF DENTISTRY
14 FOR FISCAL YEAR 2008, THE OFFICE OF THE ATTORNEY GENERAL FOR
15 CERTAIN LEGAL EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR
16 2008, THE GOVERNOR'S OFFICE AND STAFF FOR FISCAL YEAR 2008, THE
17 MISSISSIPPI OIL AND GAS BOARD FOR FISCAL YEAR 2008, THE
18 MISSISSIPPI BOARD OF LICENSURE FOR PROFESSIONAL ENGINEERS AND
19 SURVEYORS FOR FISCAL YEAR 2008, THE MISSISSIPPI STATE BOARD OF
20 CONTRACTORS FOR FISCAL YEAR 2008, THE MISSISSIPPI COMMISSION ON
21 JUDICIAL PERFORMANCE FOR FISCAL YEAR 2008, AND THE MISSISSIPPI
22 OFFICE OF CAPITAL POST - CONVICTION COUNSEL FOR FISCAL YEAR 2008
23 AND FOR RELATED PURPOSES.

24    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

25    **SECTION 1.**  In addition to all other sums herein

26 appropriated, the following sum, or so much thereof as may be

27 necessary, is appropriated out of any money in the State General

28 Fund not otherwise appropriated, to defray the expenses of the

29 Mississippi Department of Mental Health, for the purpose of

30 providing Medicaid matching funds at community mental health

31 centers, for the fiscal year ending June 30, 2008

32 ..............................................$ 10,000,000.00.

33    **SECTION 2.**  In addition to all other sums herein

34 appropriated, the following sum, or so much thereof as may be

35 necessary, is appropriated out of any money in the State Treasury

36 to the credit of the Mississippi Department of Mental Health, for

Exhibit A - Page 1

37  the purpose of defraying the expenses of the department for the

38  fiscal year ending June 30, 2008..................$ 40,121,000.00.

39      The funds provided in this section are allocated as follows:

40          Mississippi State Hospital.................$9,831,000.00

41          Boswell Regional Center....................$5,780,000.00

42          East Mississippi State Hospital............$1,337,000.00

43          Ellisville State School....................$8,296,000.00

44          Hudspeth Regional Center...................$6,400,000.00

45          North Mississippi Regional Center..........$3,556,000.00

46          Specialized Treatment Facility.............$  575,000.00

47          South Mississippi Regional Center..........$4,346,000.00

48      **SECTION 3.**  In addition to all other sums heretofore

49  appropriated, the following sum, or so much thereof as may be

50  necessary, is hereby appropriated out of any money in the Budget

51  Contingency Fund created in Section 27-103-301, Mississippi Code

52  of 1972, not otherwise appropriated, to the Governor's Office -

53  Division of Medicaid, for the purpose of funding the medical and

54  administrative services provided by the division for the period

55  beginning upon passage and through the fiscal year ending

56  June 30, 2008.....................................$ 71,800,000.00.

57      Of the funds appropriated in this section, the Division of

58  Medicaid is authorized to pay prior year invoices for Fiscal Year

59  2005 in an amount not to exceed Eighty-eight Thousand Three

60  Hundred Forty-six Dollars and Forty-six Cents ($88,346.46).

61      **SECTION 4.**  In addition to all other sums heretofore

62  appropriated, the following sum, or so much thereof as may be

63  necessary, is hereby appropriated out of any money in the State

64  Treasury to the credit of the Governor's Office - Division of

65  Medicaid, for the purpose of providing the authority to expend any

66  matching Medicaid funds that become available for a period

67  beginning upon passage and through the fiscal year ending

68  June 30, 2008.....................................$287,200,000.00.

69     **SECTION 5.**  In addition to all other sums herein
70  appropriated, the following sum, or so much thereof as may be
71  necessary, is appropriated out of any money in the State General
72  Fund not otherwise appropriated, to defray the expenses of the
73  Governor's Office - Division of Medicaid, for the purpose of
74  funding a temporary program to provide nonemergency transportation
75  to locations for necessary dialysis services for end-stage renal
76  disease patients who are sixty-five (65) years of age or older or
77  are disabled as determined under Section 1614(a)(3) of the federal
78  Social Security Act, as amended, whose income did not exceed one
79  hundred thirty-five percent (135%) of the nonfarm official poverty
80  level as defined by the Office of Management and Budget, and whose
81  eligibility was covered under the former category of eligibility
82  known as PLADS (Poverty Level Aged and Disabled), for the period
83  beginning upon passage of this act and through the fiscal year
84  ending June 30, 2009..............................$  2,252,760.00.

85     **SECTION 6.**  In addition to all other sums heretofore
86  appropriated, the following sum, or so much thereof as may be
87  necessary, is hereby appropriated out of any money in the Budget
88  Contingency Fund created in Section 27-103-301, Mississippi Code
89  of 1972, not otherwise appropriated to the Department of Finance
90  and Administration, for the purpose of repaying the federal
91  government for its share of funds transferred by the State to the
92  Budget Contingency Fund in previous fiscal years from certain
93  self-insurance and internal service funds for the period beginning
94  upon passage and through the fiscal year ending June 30, 2008.....
95  ................................................$  1,638,104.00.

96     **SECTION 7.**  In addition to all other sums heretofore
97  appropriated, the following sum, or so much thereof as may be
98  necessary, is hereby appropriated out of any money in the State
99  General Fund not otherwise appropriated to the Department of
100  Finance and Administration, for the purpose of purchasing property
101  insurance on state property as required by the Stafford Act,

S. B. No. 3051    |||||||||||||||||||||||||||||||||||||
08/SS26/ANAP4SG
PAGE 3

102    Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and
103    House Bill No. 4, Fifth Extraordinary Session of 2005, for the
104    period beginning upon passage and through the fiscal year ending
105    June 30, 2009....................................$  3,500,000.00.
106        **SECTION 8.**  In addition to all other sums heretofore
107    appropriated, the following sum, or so much thereof as may be
108    necessary, is hereby appropriated out of any money in the State
109    General Fund not otherwise appropriated to the Department of
110    Finance and Administration, for the purpose of funding six (6) new
111    Assistant District Attorneys, two (2) new Criminal Investigators
112    and unused personal leave payments for the period beginning upon
113    passage and through the fiscal year ending June 30, 2008..........
114    ................................................$  1,247,808.00.
115        **SECTION 9.**  In addition to all other sums heretofore
116    appropriated, the following sum, or so much thereof as may be
117    necessary, is hereby appropriated out of any money in the State
118    General Fund not otherwise appropriated to the Mississippi Supreme
119    Court, for the purpose of funding five (5) new trial judges and
120    associated staff and the expense of special judges used in the
121    litigation of insurance claims related to Hurricane Katrina for
122    the period beginning upon passage and through the fiscal year
123    ending June 30, 2009.............................$   912,600.00.
124        **SECTION 10.**  In addition to all other sums heretofore
125    appropriated, the following sum, or so much thereof as may be
126    necessary, is hereby appropriated out of any money in the State
127    General Fund not otherwise appropriated to the Mississippi Supreme
128    Court, Administrative Office of Courts, for the purpose of
129    continued funding for a research statistician position for the
130    period beginning upon passage and through the fiscal year ending
131    June 30, 2008....................................$    57,000.00.
132        **SECTION 11.**  In addition to all other sums heretofore
133    appropriated, the following sum, or so much thereof as may be
134    necessary, is hereby appropriated out of any money in the State

S. B. No. 3051    |||||||||||||||||||||||||||||||||||||||||
08/SS26/ANAP4SG
PAGE 4

135  Treasury to the credit of the Mississippi Supreme Court,
136  Administrative Office of Courts, for the purpose of allowing the
137  expenditure of additional funds received by the Drug Court Fund
138  for the period beginning upon passage and through the fiscal year
139  ending June 30, 2008...........................$   2,500,000.00.
140      **SECTION 12.**  In addition to all other sums heretofore
141  appropriated, the following sum, or so much thereof as may be
142  necessary, is hereby appropriated out of any money in the State
143  General Fund not otherwise appropriated, for the purpose of paying
144  bonds and interest on the full faith and credit bonds of the State
145  of Mississippi for the period beginning upon passage of this act
146  and through the fiscal year ending June 30, 2008..................
147  ...............................................$   34,000,000.00.
148      **SECTION 13.**  In addition to all other sums heretofore
149  appropriated, the following sum, or so much thereof as may be
150  necessary, is hereby appropriated out of any money in the State
151  General Fund not otherwise appropriated to the Department of
152  Corrections, for the purpose of funding the Local Confinement,
153  Medical Services and the Support programs for the period beginning
154  upon passage and through the fiscal year ending June 30, 2008.....
155  ...............................................$   19,933,092.00.
156      The funds provided in this section are allocated as follows:
157          Local Confinement..........................$7,328,781.00
158          Medical Services...........................$7,609,956.00
159          Support....................................$4,994,355.00
160      Of the funds appropriated in this section, the Mississippi
161  Department of Corrections is authorized to pay prior year invoices
162  for Fiscal Year 2007 in an amount not to exceed Four Million Four
163  Hundred Twenty-six Thousand Seven Hundred Sixty-three Dollars
164  ($4,426,763.00).
165      **SECTION 14.**  In addition to all other sums heretofore
166  appropriated, the following sum, or so much thereof as may be
167  necessary, is hereby appropriated out of any money in the Budget

168   Contingency Fund created in Section 27-103-301, Mississippi Code
169   of 1972, not otherwise appropriated to the Office of the State
170   Auditor, for the purpose of defraying the cost of litigation for
171   the period beginning upon passage and through the fiscal year
172   ending June 30, 2009...........................$    180,000.00.
173        **SECTION 15.**  In addition to all other sums heretofore
174   appropriated, the following sum, or so much thereof as may be
175   necessary, is hereby appropriated out of any money in the Budget
176   Contingency Fund created in Section 27-103-301, Mississippi Code
177   of 1972, not otherwise appropriated to the University of
178   Mississippi Medical Center for the purpose of defraying the cost
179   of construction, replacing equipment and supplies due to a fire at
180   the School of Dentistry Biomedical Materials Science Laboratory
181   for the period beginning upon passage and through the fiscal year
182   ending June 30, 2008...........................$   1,500,000.00.
183        **SECTION 16.**  In addition to all other sums heretofore
184   appropriated, the following sum, or so much thereof as may be
185   necessary, is hereby appropriated out of any money in the State
186   General Fund not otherwise appropriated for the purpose of paying
187   for certain outside legal assistance, expert witness fees, court
188   fees, judgments and settlement agreements incurred by the Office
189   of the Attorney General for the period beginning upon passage and
190   through the fiscal year ending June 30, 2008....$    233,286.00.
191        **SECTION 17.**  In addition to all other sums heretofore
192   appropriated, the following sum, or so much thereof as may be
193   necessary, is hereby appropriated out of any money in the Budget
194   Contingency Fund created in Section 27-103-301, Mississippi Code
195   1972, not otherwise appropriated for the purpose of paying for
196   certain outside legal assistance, expert witness fees, court fees,
197   judgments and settlement agreements incurred by the Office of the
198   Attorney General for the period beginning upon passage and through
199   the fiscal year ending June 30, 2008............$   8,485,939.00.

200    **SECTION 18.**  Of the funds provided in Sections 16 and 17, the
201    following amounts are provided:

202             (a)  Olivia Y., et al v. Haley Barbour, as Governor;
203    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
204    Director of the Division of Family and Children's Services and the
205    Department of Human Services, United States District Court for the
206    Southern District of Mississippi, Jackson Division, Cause No.
207    3:04cv251(L)(N).....................................$  937,000.00.

208             (b)  Severance Tax Recovery - Pursue Energy Corporation,
209    Case No. 02-05339-JEE-11...........................$ 1,654,777.00.

210             (c)  Brown and Williamson/Ligget Tobacco Settlement
211    Payments...........................................$    7,225.00.

212             (d)  Sixteenth Section Land Litigation...$    5,349.00.

213             (e)  Jean Boudreaux and the victims of the flood on
214    April 6, 1983, of the Tangipahoa River Number 71408 Div. "D" -
215    21st JDC, Parish of Tangipahoa.....................$      152.00.

216             (f)  State of MS. ex rel. Attorney General Jim Hood on
217    behalf of Mississippi Land Water and Resources Board and
218    Mississippi Development Authority vs. Facility Construction
219    Management Inc. and Facility Holding Corp..........$  250,000.00.

220             (g)  Albert Brown vs. Mississippi Department
221    of Health..........................................$  205,165.00.

222             (h)  Pam Knight vs. Mississippi Department of
223    Public Safety......................................$  154,411.00.

224             (i)  Larry Taylor vs. Mississippi Tax
225    Commission.........................................$   76,088.00.

226             (j)  Jeffery Presley et al vs. Christopher Epps,
227    et al..............................................$  350,000.00.

228             (k)  Anthony Duncan vs. Billy Dillon,
229    et al..............................................$      500.00.

230             (l)  Emily Parker and Shea Rushing vs. Ricky Quinn dba
231    The Prescription Shoppe and Greg Quinn dba B & R Pharmacy and Jeff

232  Palmer, individually and as a former agent of the Bureau of

233  Narcotics.......................................$   15,000.00.

234          (m)  Olivia Y., et al v. Haley Barbour, as Governor;

235  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as

236  Director of the Division of Family and Children's Services and the

237  Department of Human Services, United States District Court for the

238  Southern District of Mississippi, Jackson Division, Cause No.

239  3:04cv251(L)(N), Plaintiff Attorneys - Children's Rights,

240  Inc.............................................$ 4,863,558.00.

241          (n)  Chamber of Commerce of United States of America v.

242  Attorney General Michael Moore and Secretary of State

243  Eric Clark......................................$   200,000.00.

244      **SECTION 19.**  In addition to all other sums heretofore

245  appropriated, the following sum, or so much thereof as may be

246  necessary, is hereby appropriated out of any money in the Budget

247  Contingency Fund, created in Section 27-103-301, Mississippi Code

248  of 1972, not otherwise appropriated, to the Governor's Office and

249  Staff for the purpose of defraying extraordinary legal expenses

250  for a period beginning upon passage and through the fiscal year

251  ending June 30, 2008...........................$   120,000.00.

252      **SECTION 20.**  In addition to all other sums heretofore

253  appropriated, the following sum, or so much thereof as may be

254  necessary, is hereby appropriated out of any money in the State

255  Treasury to the credit of the Mississippi State Oil and Gas Board,

256  for the purpose of continuing the implementation of a

257  comprehensive data management computerization program for the

258  period beginning upon passage and through the fiscal year ending

259  June 30, 2008..................................$   328,834.00.

260      **SECTION 21.**  In addition to all other sums heretofore

261  appropriated, the following sum, or so much thereof as may be

262  necessary, is hereby appropriated out of any money in the State

263  Treasury to the credit of the Mississippi Board of Licensure for

264  Professional Engineers and Surveyors, for the purpose of defraying

265 the implementation of an online licensure renewal system for the
266 period beginning upon passage and through the fiscal year ending
267 June 30, 2008....................................$    25,000.00.
268      **SECTION 22.**  In addition to all other sums heretofore
269 appropriated, the following sum, or so much thereof as may be
270 necessary, is hereby appropriated out of any money in the State
271 Treasury to the credit of the Mississippi State Board of
272 Contractors, for the purpose of defraying legal fees incurred for
273 conducting additional hearings for the period beginning upon
274 passage and through the fiscal year ending June 30, 2008..........
275 ...............................................$    50,000.00.
276      **SECTION 23.**  In addition to all other sums heretofore
277 appropriated, the following sum, or so much thereof as may be
278 necessary, is hereby appropriated out of any money in the State
279 Treasury to the credit of the Mississippi Commission on Judicial
280 Performance for the purpose of defraying the expense of a new
281 investigator and disciplinary hearings for the period beginning
282 upon passage and through the fiscal year ending June 30, 2008.....
283 ...............................................$    20,000.00.
284      **SECTION 24.**  In addition to all other sums heretofore
285 appropriated, the following sum, or so much thereof as may be
286 necessary, is hereby appropriated out of any money in the State
287 Treasury to the credit of the Mississippi Office of Capital
288 Post-Conviction Counsel for the purpose of defraying the expense
289 of an additional attorney to prevent a backlog of cases for the
290 period beginning upon passage and through the fiscal year ending
291 June 30, 2008....................................$    49,000.00.
292      **SECTION 25.**  The money herein appropriated shall be paid by
293 the State Treasurer out of any money in the proper fund or funds
294 as set forth in this act, upon warrants issued by the State Fiscal
295 Officer; and the State Fiscal Officer shall issue his warrants
296 upon requisitions signed by the proper person, officer or officers
297 in the manner provided by law.

298     **SECTION 26.**  This act shall take effect and be in force from
299  and after its passage and through the fiscal year ending June 30,
300  2008, except for Sections 5, 7, 9 and 14 which shall take effect
301  and be in force beginning upon passage of this act and through the
302  fiscal year ending June 30, 2009.

S. B. No. 3051
08/SS26/ANAP4SG
PAGE 10                    ST:  Appropriation; State Government Agencies
                          General and Special Fund; Additional FY 2008.

Exhibit A - Page 10

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2009

By:  Representative Stringer          To:  Appropriations

HOUSE BILL NO. 1702
(As Sent to Governor)

 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2  BUDGET CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE
 3  EXPENSES OF THE MISSISSIPPI DEPARTMENT OF MENTAL HEALTH FOR FISCAL
 4  YEAR 2009, THE STATE TAX COMMISSION FOR FISCAL YEAR 2009, THE
 5  MISSISSIPPI DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
 6  YEARS 2009 AND 2010, THE MISSISSIPPI SUPREME COURT - TRIAL JUDGES
 7  FOR FISCAL YEAR 2009, PAYING BONDS AND INTEREST ON THE FULL FAITH
 8  AND CREDIT BONDS OF THE STATE OF MISSISSIPPI FOR FISCAL YEAR 2009,
 9  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
10  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2009; GOVERNOR'S OFFICE
11  - DIVISION OF MEDICAID FOR FISCAL YEAR 2009, STATE BOARD OF
12  COSMETOLOGY FOR FISCAL YEAR 2009, THE MISSISSIPPI COMMISSION ON
13  JUDICIAL PERFORMANCE FOR FISCAL YEAR 2009, AND THE PAT HARRISON
14  WATERWAY DISTRICT FOR FISCAL YEAR 2009; AND FOR RELATED PURPOSES.

15      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

16      **SECTION 1.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money in the Budget

19  Contingency Fund created in Section 27-103-301, Mississippi Code

20  of 1972, not otherwise appropriated, to defray the expenses of the

21  Mississippi Department of Mental Health, for the purpose of

22  providing Medicaid matching funds at community mental health

23  centers, for the period beginning upon passage and through the

24  fiscal year ending June 30, 2009..................$ 10,000,000.00.

25      **SECTION 2.**  In addition to all other sums herein

26  appropriated, the following sum, or so much thereof as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of Fund No. 3362, 339A, 339B, 339C, 3365, 3338, 3394

29  and 339D, not otherwise appropriated, to defray the expenses of

30  the Mississippi Department of Mental Health, for the purpose of

31  providing Medicaid matching funds for the North Mississippi

32  Regional Center for the period beginning upon passage and through

33  the fiscal year ending June 30, 2009..............................

34  ...............................................$  2,280,469.00.

35  **SECTION 3.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money in the State General

38  Fund, not otherwise appropriated, to the State Tax Commission to

39  be transferred to the Ad Valorem Tag Reduction Fund to provide

40  funding for the Legislative Tag Credit for the period beginning

41  upon passage and through the fiscal year ending June 30, 2009.....

42  ...............................................$ 25,000,000.00.

43  If House Bill No. 364 of the 2009 Regular Legislative Session

44  is not enacted, none of the funds appropriated in this section

45  shall be expended.

46  **SECTION 4.**  In addition to all other sums heretofore

47  appropriated, the following sum, or so much thereof as may be

48  necessary, is hereby appropriated out of any money in the Budget

49  Contingency Fund created in Section 27-103-301, Mississippi Code

50  of 1972, not otherwise appropriated, to the Department of Finance

51  and Administration, for the purpose of repaying the federal

52  government for its share of funds transferred by the state to the

53  Budget Contingency Fund in previous fiscal years from certain

54  self-insurance and internal service funds for the period beginning

55  upon passage and through the fiscal year ending June 30, 2010.....

56  ...............................................$  1,480,843.00.

57  **SECTION 5.**  In addition to all other sums heretofore

58  appropriated, the following sum, or so much thereof as may be

59  necessary, is hereby appropriated out of any money in the Budget

60  Contingency Fund created in Section 27-103-301, Mississippi Code

61  of 1972, not otherwise appropriated, to the Department of Finance

62  and Administration, for the purpose of purchasing property

63  insurance on state property as required by the Stafford Act,

64  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and

H. B. No. 1702    |||||||||||||||||||||||||||||||||||||
09/HR03/ANAP7SG
PAGE 2 (RM\ST/)

65  House Bill No. 4, Fifth Extraordinary Session of 2005, for the

66  period beginning upon passage and through the fiscal year ending

67  June 30, 2010....................................$  8,500,000.00.

68      **SECTION 6.**  In addition to all other sums heretofore

69  appropriated, the following sum, or so much thereof as may be

70  necessary, is hereby appropriated out of any money in the Budget

71  Contingency Fund created in Section 27-103-301, Mississippi Code

72  of 1972, not otherwise appropriated, to the Mississippi Supreme

73  Court, for the purpose of preventing a deficit that would

74  otherwise occur for support of the trial judges for the period

75  beginning upon passage and through the fiscal year ending

76  June 30, 2009....................................$    400,000.00.

77      **SECTION 7.**  In addition to all other sums heretofore

78  appropriated, the following sum, or so much thereof as may be

79  necessary, is hereby appropriated out of any money in the Budget

80  Contingency Fund created in Section 27-103-301, Mississippi Code

81  of 1972, not otherwise appropriated, for the purpose of paying

82  bonds and interest on the full faith and credit bonds of the State

83  of Mississippi for the period beginning upon passage and through

84  the fiscal year ending June 30, 2009.............................

85  ...............................................$  7,000,000.00.

86      **SECTION 8.**  In addition to all other sums heretofore

87  appropriated, the following sum, or so much thereof as may be

88  necessary, is hereby appropriated out of any money in the Budget

89  Contingency Fund created in Section 27-103-301, Mississippi Code

90  of 1972, not otherwise appropriated, for the purpose of paying for

91  certain outside legal assistance, expert witness fees, court fees,

92  judgments and settlement agreements incurred by the Office of the

93  Attorney General for the period beginning upon passage and through

94  the fiscal year ending June 30, 2009.............................

95  ...............................................$  1,240,000.00.

96      **SECTION 9.**  Of the funds provided in Section 8, the following

97  amounts are provided:

H. B. No. 1702   |||||||||||||||||||||||||||||||||||||
09/HR03/ANAP7SG
PAGE 3 (RM\ST/)

98            (a)  Olivia Y., et al v. Haley Barbour, as Governor;
99    Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
100   Director of the Division of Family and Children's Services and the
101   Department of Human Services, United States District Court for the
102   Southern District of Mississippi, Jackson Division, Cause No.
103   3:04cv251(L)(N)....................................$   945,000.00.
104           (b)  Mattie T. et al v. Henry Johnson et al, United
105   States District Court for the Northern District of Mississippi,
106   Delta Division, Civil Action No. DC 75-31-S.......................
107   ...............................................$   144,000.00.
108           (c)  State of Mississippi, ex rel. Attorney General Jim
109   Hood, on behalf of Mississippi Land Water and Resources Board and
110   Mississippi Development Authority v. Facility Construction
111   Management Inc. and Facility Holding Corp.........$   151,000.00.
112   **SECTION 10.**  In addition to all other sums heretofore
113   appropriated, the following sum, or so much thereof as may be
114   necessary, is hereby appropriated out of any money in the State
115   Treasury to the credit of the Governor's Office - Division of
116   Medicaid, for the purpose of providing the authority to expend any
117   matching federal Medicaid funds that become available for the
118   period beginning upon passage and through the fiscal year ending
119   June 30, 2009....................................$516,000,000.00.
120   **SECTION 11.**  In addition to all other sums heretofore
121   appropriated, the following sum, or so much thereof as may be
122   necessary, is hereby appropriated out of any money in the State
123   Treasury to the credit of the State Board of Cosmetology, for the
124   purpose of defraying expenses in travel, postage and rent for the
125   period beginning upon passage and through the fiscal year ending
126   June 30, 2009....................................$    56,763.00.
127   **SECTION 12.**  In addition to all other sums heretofore
128   appropriated, the following sum, or so much thereof as may be
129   necessary, is hereby appropriated out of any money in the State
130   Treasury to the credit of the Mississippi Commission on Judicial

H. B. No. 1702    |||||||||||||||||||||||||||||||||||||
09/HR03/ANAP7SG
PAGE 4 (RM\ST/)

131 Performance for the purpose of paying unpaid terminal personnel
132 leave and to restore budget reductions to allow for judicial
133 disciplinary hearings for the period beginning upon passage and
134 through the fiscal year ending June 30, 2009.....................
135 ...............................................$    25,000.00.
136     **SECTION 13.**  In addition to all other sums heretofore
137 appropriated, the following sum, or so much thereof as may be
138 necessary, is hereby appropriated out of any money in the State
139 Treasury to the credit of the Pat Harrison Waterway District for
140 the purpose of defraying the principal and interest expenses on
141 the Okatibbee Lake Dam for the period beginning upon passage and
142 through the fiscal year ending June 30, 2009.....................
143 ...............................................$    50,000.00.
144     **SECTION 14.**  The money herein appropriated shall be paid by
145 the State Treasurer out of any money in the proper fund or funds
146 as set forth in this act, upon warrants issued by the State Fiscal
147 Officer; and the State Fiscal Officer shall issue his warrants
148 upon requisitions signed by the proper person, officer or officers
149 in the manner provided by law.
150     **SECTION 15.**  This act shall take effect and be in force from
151 and after its passage and through the fiscal year ending June 30,
152 2009, except for Sections 4 and 5 which shall take effect and be
153 in force beginning upon passage of this act and through the fiscal
154 year ending June 30, 2010.

H. B. No. 1702
09/HR03/ANAP7SG
PAGE 5 (RM\ST/)

ST:  Appropriation; state government agencies;
additional for FY2009 and 2010.

Exhibit A - Page 15

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2011

By: Senator(s) Davis                       To:  Appropriations


                        SENATE BILL NO. 3085
                        (As Sent to Governor)


 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2    CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
 3    OF THE DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR
 4    FISCAL YEAR 2011; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR
 5    STATE PROPERTY INSURANCE FOR FISCAL YEARS 2011 AND 2012; THE
 6    OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
 7    JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2011; THE DEPARTMENT OF
 8    HUMAN SERVICES FOR THE DIVISION OF FAMILY AND CHILDREN'S SERVICES
 9    FOR FISCAL YEAR 2011; THE JOINT COMMITTEE ON COMPILATION, REVISION
10    AND PUBLICATION OF LEGISLATION FOR FISCAL YEAR 2011; THE BOARD OF
11    NURSING FOR FISCAL YEAR 2011; STATE FIRE ACADEMY FOR FISCAL YEAR
12    2011; THE DEPARTMENT OF REVENUE FOR HIRING TEMPORARY EMPLOYEES;
13    AND THE BOARD OF EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS
14    FOR CERTAIN EXPENSES FOR FISCAL YEAR 2011; AND FOR RELATED
15    PURPOSES.

16        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

17        **SECTION 1.**  In addition to all other sums heretofore

18    appropriated, the following sum, or so much thereof as may be

19    necessary, is hereby appropriated out of any money in the Budget

20    Contingency Fund created in Section 27-103-301, Mississippi Code

21    of 1972, not otherwise appropriated, to the district attorneys,

22    assistant district attorneys and criminal investigators for the

23    purpose of defraying salary, terminal leave and tort claims

24    assessment for the fiscal year ending June 30, 2011..........

25    ..............................................$   430,590.00.

26        **SECTION 2.**  In addition to all other sums heretofore

27    appropriated, the following sum or so much thereof as may be

28    necessary, is hereby appropriated out of any money in the State

29    Treasury to the credit of district attorneys, assistant district

30    attorneys and criminal investigators for the purpose of defraying

31    salary, terminal leave and tort claims assessment for the

32    fiscal year ending June 30, 2011.................$   283,258.00.

33      **SECTION 3.**  In addition to all other sums heretofore
34  appropriated, the following sum, or so much thereof as may be
35  necessary, is hereby appropriated out of any money in the Budget
36  Contingency Fund created in Section 27-103-301, Mississippi Code
37  of 1972, not otherwise appropriated, to the Department of Finance
38  and Administration, for the purpose of purchasing property
39  insurance on state property as required by the Stafford Act,
40  Section 311, Paragraph 5154 and 44 CFR 206.252 and 206.253, and
41  House Bill No. 4, Fifth Extraordinary Session of 2005, for the
42  period beginning upon passage and through the fiscal year ending
43  June 30, 2012...................................$   6,514,767.00.

44      **SECTION 4.**  In addition to all other sums heretofore
45  appropriated, the following sum, or so much thereof as may be
46  necessary, is hereby appropriated out of any money in the State
47  Treasury to the credit of the Department of Finance and
48  Administration, for the purpose of purchasing property insurance
49  on state property as required by the Stafford Act, Section 311,
50  Paragraph 5154 and 44 CFR 206.252 and 206.253, and House Bill No.
51  4, Fifth Extraordinary Session of 2005, for the period beginning
52  upon passage and through the fiscal year ending June 30, 2012....
53  .............................................$     485,233.00.

54      **SECTION 5.**  In addition to all other sums heretofore
55  appropriated, the following sum, or so much thereof as may be
56  necessary, is hereby appropriated out of any money in the Budget
57  Contingency Fund created in Section 27-103-301, Mississippi Code
58  of 1972, not otherwise appropriated, for the purpose of paying for
59  certain outside legal assistance, expert witness fees, court fees,
60  judgments and settlement agreements incurred by the Office of the
61  Attorney General for the fiscal year ending June 30, 2011........
62  .............................................$   1,870,420.00.

63      Of the funds appropriated in this Section, the following
64  amounts are provided:

65          (a)  Olivia Y., et al v. Haley Barbour, as Governor;
66  Donald Taylor, as Exec. Dir. of DHS; and Billy Mangold, as
67  Director of the Division of Family and Children's Services and the
68  Department of Human Services, United States District Court for the
69  Southern District of Mississippi, Jackson Division, Cause No.
70  3:04cv251(L)(N)....................................$  1,260,600.00.
71          (b)  State of Mississippi, ex rel. Attorney General Jim
72  Hood, on behalf of Mississippi Land Water and Resources Board and
73  Mississippi Development Authority v. Facility Construction
74  Management Inc. and Facility Holding Corp.........$   140,000.00.
75          (c)  Maxine Rucker v. Mississippi Department of Health,
76  United States District Court for the Northern District of
77  Mississippi, Greenville Division, Cause No.
78  4:08CV143.........................................$     9,000.00.
79          (d)  J.A., et al vs. Barbour, et al, United States
80  District Court for the Southern District of Mississippi, Cause No.
81  3:07-CV-00394-DPJ-FKB.............................$    10,000.00.
82          (e)  Kenney Brewer v. State of Mississippi, Circuit
83  Court of Noxubee County, Mississippi, Claimant No.
84  2009-0099.........................................$    50,000.00.
85          (f)  Levon Brooks v. State of Mississippi, Circuit Court
86  of Noxubee County, Mississippi, Claimant No.
87  2009-0098.........................................$    50,000.00.
88          (g)  Arthur Johnson v. State of Mississippi, Circuit
89  Court of Sunflower County, Mississippi, Claimant No.
90  2009-0289-CI......................................$    50,000.00.
91          (h)  Cedric Willis v. State of Mississippi, Circuit
92  Court of Hinds County, Mississippi, Claimant No.
93  251-09-649-CIV....................................$    50,000.00.
94          (i)  Bobby Joe Townsend v. State of Mississippi, Circuit
95  Court of Webster County, Mississippi, Claimant No.
96  2010-81-CVM.......................................$    50,000.00.

```
 97              (j) David Lee Chapman v. State of Mississippi, Circuit
 98  Court of Newton County, Mississippi, Claimant No.
 99  251-10-721-CIV...................................$    50,000.00.
100              (k)  Calvin Wilks v. State of Mississippi, Circuit Court
101  of Hinds County, Mississippi, Claimant No.
102  251-10-721-CIV...................................$    50,000.00.
103              (l)  Deborah Champluvier v. State of Mississippi,
104  Circuit Court of DeSoto County, Mississippi, Claimant No.
105  CV-2010-160......................................$    25,000.00.
106              (m)  Attorneys fees for Jim Waide, Attorney at Law, for
107  the purpose of Claimant's counsel for Bobby Joe
108  Townsend.........................................$     8,333.00.
109              (n)  Attorneys fees for Thomas Q. Brame, Attorney at
110  Law, for the purpose of Claimant's counsel for David Lee
111  Chapman..........................................$    10,000.00.
112              (o)  Attorneys fees for Robert B. McDuff, Attorney at
113  Law, for the purpose of Claimant's counsel for Calvin
114  Wilks............................................$    17,916.00.
115              (p)  Willie Morrow, et al vs. Mississippi Department of
116  Public Safety, et al., United States District Court for the
117  Southern District of Mississippi, Cause No.
118  1:70-cv-04716....................................$    39,571.00.
119       SECTION 6.  In addition to all other sums heretofore
120  appropriated, the following sum, or so much thereof as may be
121  necessary, is hereby appropriated out of any money in the Budget
122  Contingency Fund created in Section 27-103-301, Mississippi Code
123  of 1972, not otherwise appropriated, to the Department of Human
124  Services, for the purpose of defraying the expenses related to the
125  Division of Family and Children's Services, Olivia Y. Lawsuit
126  Settlement Agreement for the year ending June 30,
127  2011.............................................$ 3,000,000.00.
128       SECTION 7.  In addition to all other sums heretofore
129  appropriated, the following sum, or so much thereof as may be
```

130  necessary, is hereby appropriated out of any money in the Budget
131  Contingency Fund created in Section 27-103-301, Mississippi Code
132  of 1972, not otherwise appropriated, to the Joint Committee on
133  Compilation, Revision and Publication of Legislation for the year
134  ending June 30, 2011...........................$    230,000.00.
135      **SECTION 8.**  In addition to all other sums heretofore
136  appropriated, the following sum or so much thereof as may be
137  necessary, is hereby appropriated out of any money in the State
138  Treasury to the credit of the Board of Nursing for the purpose of
139  defraying the expense for equipment and contractual services for
140  the year ending June 30, 2011...................$    250,000.00.
141      **SECTION 9.**  In addition to all other sums heretofore
142  appropriated, the following sum or so much thereof as may be
143  necessary, is hereby appropriated out of any money in the State
144  Treasury to the credit of the State Fire Academy for the purpose
145  of defraying the expense for the construction and completion of
146  training classrooms for the year ending June 30, 2011............
147  ..............................................$    400,000.00.
148      **SECTION 10.**  In addition to all other sums heretofore
149  appropriated, the following sum, or so much thereof as may be
150  necessary, is hereby appropriated out of any money in the Budget
151  Contingency Fund created in Section 27-103-301, Mississippi Code
152  of 1972, not otherwise appropriated, to the Department of Revenue
153  for the purpose of hiring temporary employees for processing
154  delinquent tax collections and to process the backlog of title
155  applications for the year ending June 30, 2011...$     90,000.00.
156      **SECTION 11.**  In addition to all other sums heretofore
157  appropriated, the following sum, or so much thereof as may be
158  necessary, is hereby appropriated out of any money in the State
159  Treasury to the credit of the Mississippi State Board of Examiners
160  for Licensed Professional Counselors for the purpose of defraying
161  the expense of accounting audits, Internet development and
162  attorney fees for the year ending June 30, 2011..$     50,000.00.

163     **SECTION 12.**  The money herein appropriated shall be paid by

164    the State Treasurer out of any money in the proper fund or funds

165    as set forth in this act, upon warrants issued by the State Fiscal

166    Officer; and the State Fiscal Officer shall issue his warrants

167    upon requisitions signed by the proper person, officer or officers

168    in the manner provided by law.

169     **SECTION 13.**  This act shall take effect and be in force from

170    and after its passage and through the fiscal year ending June 30,

171    2011, except for Sections 3 and 4 which shall take effect and be

172    in force beginning upon passage of this act and through the fiscal

173    year ending June 30, 2012.

S. B. No. 3085

11/SS26/ANAP1SG

PAGE 6

ST:  Appropriation; State Government Agencies

Special Fund; Additional FY 2011.

Exhibit A - Page 21

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2012

By: Representative Frierson                      To: Appropriations


HOUSE BILL NO. 1511
(As Sent to Governor)

1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
2   CONTINGENCY FUNDS AND OTHER SPECIAL FUNDS TO DEFRAY THE EXPENSES
3   OF THE GOVERNOR'S OFFICE FOR FISCAL YEARS 2012 AND 2013; MILITARY
4   DEPARTMENT FOR FISCAL YEAR 2012; THE DEPARTMENT OF FINANCE AND
5   ADMINISTRATION FOR FISCAL YEARS 2012 AND 2013; DEPARTMENT OF
6   REVENUE FOR FISCAL YEAR 2012; DISTRICT ATTORNEYS AND ASSISTANT
7   DISTRICT ATTORNEYS FOR FISCAL YEAR 2012; THE STATE SENATE AND
8   HOUSE OF REPRESENTATIVES FOR FISCAL YEAR 2012; THE BOARD OF
9   EXAMINERS FOR LICENSED PROFESSIONAL COUNSELORS FOR FISCAL YEAR
10  2012; THE OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEARS 2012 AND
11  2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
12  EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2012; AND FOR
13  RELATED PURPOSES.

14      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

15      **SECTION 1.**  In addition to all other sums previously

16  appropriated, the following sum, or so much of it as may be

17  necessary, is appropriated out of any money in the State Treasury

18  to the credit of the Budget Contingency Fund, and allocated in a

19  manner as determined by the Treasurer's Office, to defray the

20  expenses of the Governor's Office for the period beginning upon

21  the passage of this act and through June 30, 2013...$  355,531.00.

22      This additional appropriation is made for the purpose of

23  providing the funds necessary to continue the operations of the

24  Governor's Office for fiscal year 2012 and related expenses.

25      **SECTION 2.**  In addition to all other sums previously

26  appropriated, the following sum, or so much of it as may be

27  necessary, is appropriated out of any money in the State Treasury

28  to the credit of the Budget Contingency Fund, and allocated in a

29  manner as determined by the Treasurer's Office, to defray the

30  expenses of the Military Department for the fiscal year ending

31  June 30, 2012....................................$   270,400.00.

Exhibit A - Page 22

32    This additional appropriation is made for the purpose of
33 matching dollars for the remainder of the federal fiscal year.
34    **SECTION 3.**  In addition to all other sums previously
35 appropriated, the following sum, or so much of it as may be
36 necessary, is appropriated out of any money in the State Treasury
37 to the credit of the Budget Contingency Fund, and allocated in a
38 manner as determined by the Treasurer's Office, to defray the
39 expenses of the Department of Finance and Administration for the
40 period beginning upon passage and through the fiscal year ending
41 June 30, 2013...................................$   7,000,000.00.
42    This additional appropriation is made for the purpose of
43 purchasing property insurance on state property as required by the
44 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
45 206.253.
46    **SECTION 4.**  In addition to all other sums previously
47 appropriated, the following sum, or so much of it as may be
48 necessary, is appropriated out of any money in the State Treasury
49 to the credit of the Budget Contingency Fund, and allocated in a
50 manner as determined by the Treasurer's Office, to defray the
51 expenses of the Department of Revenue for the period beginning
52 upon passage and through the fiscal year ending June 30, 2012....
53 ...............................................$   415,000.00.
54    This additional appropriation is made for the purpose of
55 hiring temporary employees, the cost of additional postage, and
56 additional recording fees for liens.
57    **SECTION 5.**  In addition to all other sums previously
58 appropriated, the following sum, or so much of it as may be
59 necessary, is appropriated out of any money in the State Treasury
60 to the credit of district attorneys, assistant district attorneys
61 and criminal investigators for the fiscal year ending June 30,
62 2012...........................................$    45,000.00.

H. B. No. 1511    |IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII|
12/HR40/R1913SG
PAGE 2 (RF\BD)

```
63        This additional appropriation is made for the purpose of
64    funding termination leave payments for an estimated eight
65    additional persons through the end of fiscal year 2012.
66        SECTION 6.  In addition to all other sums previously
67    appropriated, the following sum, or so much of it as may be
68    necessary, is appropriated out of any money in the State Treasury
69    to the credit of the Budget Contingency Fund, and allocated in a
70    manner as determined by the Treasurer's Office, to defray the
71    expenses and assessments for the House of Representatives and
72    Senate for the fiscal year ending June 30, 2012....$   971,513.00.
73        This additional appropriation is made for the purpose of
74    funding the following expenses:
75            (a)   Joint Compilation Code.................$ 350,000.00
76            (b)   Energy Council........................$  50,400.00
77            (c)   Uniform State Laws....................$  48,090.00
78            (d)   Interstate Cooperation – NCSL.........$ 247,342.00
79            (e)   Interstate Cooperation – CSG..........$ 188,193.00
80            (f)   Southern States Energy Board..........$  45,797.00
81            (g)   Southern Growth Policies Board........$  41,691.00
82        SECTION 7.  In addition to all other sums previously
83    appropriated, the following sum, or so much of it as may be
84    necessary, is appropriated out of any money in the State Treasury
85    to the credit of the Board of Examiners for Licensed Professional
86    Counselors for the fiscal year ending June 30, 2012...............
87    ...............................................$  13,435.00.
88        This additional appropriation is made for the purpose of
89    funding the Attorney General's Office for legal services provided
90    during fiscal year 2011.
91        SECTION 8.  In addition to all other sums previously
92    appropriated, the following sum, or so much of it as may be
93    necessary, is appropriated out of any money in the State Treasury
94    to the credit of the Budget Contingency Fund, and allocated in a
95    manner as determined by the Treasurer's Office, to defray the
```

Exhibit A - Page 24

96    expenses of the Attorney General's Office, for the period
97    beginning upon passage and through the fiscal year ending June 30,
98    2013...........................................$   2,000,000.00.
99         This additional appropriation is made for the purpose of
100   hiring additional legal representation on an hourly basis for the
101   State of Mississippi concerning any administrative or civil
102   penalties related to the British Petroleum, Deepwater Horizon oil
103   spill, and for the purpose of paying any fees associated with such
104   legal actions.
105        **SECTION 9.**  In addition to all other sums previously
106   appropriated, the following sum, or so much of it as may be
107   necessary, is appropriated out of any money in the Budget
108   Contingency Fund, and allocated in a manner as determined by the
109   Treasurer's Office, for the purpose of paying for certain outside
110   legal assistance, expert witness fees, court fees, judgments and
111   settlement agreements incurred by the Office of the Attorney
112   General for the period beginning upon passage and through the
113   fiscal year ending June 30, 2012............... $   2,656,846.00.
114        Of the funds appropriated in this section, the following
115   amounts are provided:
116             (a)  Olivia Y., et al v. Haley Barbour, as Governor;
117   Donald Taylor, as Executive Director of DHS; and Billy Mangold, as
118   Director of the Division of Family and Children's Services and the
119   Department of Human Services, United States District Court for the
120   Southern District of Mississippi, Jackson Division, Cause No.
121   3:04CV251(L)(N)...................................$   1,020,575.00.
122             (b)  Olivia Y, et al v. Haley Barbour, as Governor;
123   Donald Taylor, as Executive Director of DHS; and Billy Mangold, as
124   Director of the Division of Family and Children's Services and the
125   Department of Human Services, United States District Court for the
126   Southern District of Mississippi, Jackson Division, Cause No.
127   3:04:CV251(L)(N)...................................$    150,000.00.

H. B. No. 1511    |||||||||||||||||||||||||||||||||||||||
12/HR40/R1913SG
PAGE 4 (RF\BD)

128          (c)  State of Mississippi, ex rel. Attorney General Jim
129  Hood, on behalf of Mississippi Land Water and Resources Board and
130  Mississippi Development Authority v. Facility Construction
131  Management, Inc., and Facility Holding Corp......$   420,000.00.
132          (d)  Charles Derrell Seale v. Phillip Mitchell, United
133  States District Court for the Northern District of Mississippi,
134  Western Division, Cause No. 3:08CV105(P)(A).......$    50,539.00.
135          (e)  Jeffery Presley, et al v. Christopher Epps, et al
136  United States District Court for the Northern District of
137  Mississippi, Greenville Division, Cause No.
138  4:05CV00148......................................$   290,499.00.
139          (f)  Kenney Brewer v. State of Mississippi, Circuit
140  Court of Noxubee County, Mississippi, Claimant No.
141  2009-0099........................................$    50,000.00.
142          (g)  Levon Brooks v. State of Mississippi, Circuit Court
143  of Noxubee County, Mississippi, Claimant No.
144  009-0098.........................................$    50,000.00.
145          (h)  Arthur Johnson v. State of Mississippi, Circuit
146  Court of Sunflower County, Mississippi, Claimant No.
147  2009-0289-CI.....................................$    50,000.00.
148          (i)  Cedric Willis v. State of Mississippi, Circuit
149  Court of Hinds County, Mississippi, Claimant No.
150  251-09-649-CIV...................................$    50,000.00.
151          (j)  Bobby Joe Townsend v. State of Mississippi, Circuit
152  Court of Webster County, Mississippi, Claimant No.
153  2010-81-CVM......................................$    33,333.00.
154          (k)  David Lee Chapman v. State of Mississippi, Circuit
155  Court of Newton County, Mississippi, Claimant No.
156  251-10-721-CIV...................................$    50,000.00.
157          (l)  Calvin Wilks v. State of Mississippi, Circuit Court
158  of Hinds County, Mississippi, Claimant No.
159  251-10-721-CIV...................................$    50,000.00.

160          (m)  Gregory Paul Carr v. State of Mississippi, Circuit
161  Court of Washington County, Mississippi, Claimant No.
162  2011-0007-CI...................................$   50,000.00.
163          (n)  Sabrina Butler Porter v. State of Mississippi,
164  Circuit Court of Lowndes County, Mississippi, Claimant No.
165  2011-0014-CV1K.................................$   50,000.00.
166          (o)  Rodney Demetrius Sands v. State of Mississippi,
167  Circuit Court of Jefferson Davis County, Mississippi, Claimant No.
168  2011-7H........................................$   50,000.00.
169          (p)  Estate of Larry Ruffin v. State of Mississippi,
170  Circuit Court of Forrest County, Mississippi, Claimant No.
171  CI-11-0238.....................................$   50,000.00.
172          (q)  John Randall Alexander v. State of Mississippi,
173  Circuit Court of Panola County, Mississippi, Claimant No.
174  CV-2011-56JMP2.................................$   50,000.00.
175          (r)  Counsel for Claimant Gregory Paul Carr - Attorney
176  Carol L. White-Richard.........................$   15,000.00.
177          (s)  Counsel for Claimant Sabrina Butler Porter -
178  Attorney William Starks II.....................$   32,900.00.
179          (t)  Counsel for Claimant Rodney Demetrius Sands -
180  Attorney Robert F. Lingold, Jr.................$   19,000.00.
181          (u)  Counsel for Claimant "Estate of Larry Ruffin" -
182  Attorney Robert McDuff and the Innocence Project of New
183  Orleans........................................$   50,000.00.
184          (v)  Counsel for Claimant John Randall Alexander -
185  Attorney Preston Ray Garrett...................$   25,000.00.
186      **SECTION 10.**  The money herein appropriated shall be paid by
187  the State Treasurer out of any money in the proper fund or funds
188  as set forth in this act, upon warrants issued by the State Fiscal
189  Officer; and the State Fiscal Officer shall issue his warrants
190  upon requisitions signed by the proper person, officer or officers
191  in the manner provided by law.

192    **SECTION 11.**  This act shall take effect and be in force from
193    and after its passage and through the fiscal year ending June 30,
194    2012, except for Sections 1, 3 and 8 which shall take effect and
195    be in force beginning upon passage of this act and through the
196    fiscal year ending June 30, 2013.

H. B. No. 1511
12/HR40/R1913SG
PAGE 7 (RF\BD)                ST:  Appropriation; State Government Agencies
                             Special Fund; Additional 2012.

Exhibit A - Page 28

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2013

By: Senator(s) Clarke                      To:  Appropriations


SENATE BILL NO. 2904
(As Sent to Governor)


 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF BUDGET
 2   CONTINGENCY FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF
 3   FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2013 AND 2014;
 4   DISTRICT ATTORNEYS AND ASSISTANT DISTRICT ATTORNEYS FOR FISCAL
 5   YEAR 2013; THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL
 6   EXPENSES, JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2013; THE
 7   FORESTRY COMMISSION FOR FISCAL YEAR 2013; THE MISSISSIPPI
 8   EMERGENCY MANAGEMENT FOR FISCAL YEARS 2013 AND 2014; THE
 9   DEPARTMENT OF PUBLIC SAFETY HIGHWAY PATROL FOR FISCAL YEAR 2013;
10   AND FOR RELATED PURPOSES.

11        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12        **SECTION 1.**  In addition to all other sums previously

13   appropriated, the following sum, or so much of it as may be

14   necessary, is appropriated out of any money in the State Treasury

15   to the credit of the Budget Contingency Fund, and allocated in a

16   manner as determined by the Treasurer's Office, to defray the

17   expenses of the Department of Finance and Administration for the

18   period beginning upon passage and through the fiscal year ending

19   June 30, 2014..................................$  6,644,715.00.

20        This additional appropriation is made for the purpose of

21   purchasing property insurance on state property as required by the

22  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

23  206.253.

24      **SECTION 2.**  In addition to all other sums previously

25  appropriated, the following sum, or so much of it as may be

26  necessary, is appropriated out of any money in the State Treasury

27  to the credit of the Budget Contingency Fund, and allocated in a

28  manner as determined by the Treasurer's Office, to defray the

29  expenses of the district attorneys, assistant district attorneys

30  and criminal investigators for the period beginning upon passage

31  and through the fiscal year ending June 30, 2013....$   10,000.00.

32      This additional appropriation is made for the purpose of

33  fully funding salaries and fringe benefits for district attorneys

34  and staff.

35      **SECTION 3.**  In addition to all other sums previously

36  appropriated, the following sum, or so much of it as may be

37  necessary, is appropriated out of any money in the Budget

38  Contingency Fund, and allocated in a manner as determined by the

39  Treasurer's Office, for the purpose of paying for certain outside

40  legal assistance, expert witness fees, court fees, judgments and

41  settlement agreements incurred by the Office of the Attorney

42  General for the period beginning upon passage and through the

43  fiscal year ending June 30, 2013.................$  10,169,265.00.

44      Of the funds appropriated in this section, the following

45  amounts are provided:

46        (a)  Olivia Y., et al v. Haley Barbour, as Governor; Donald
47   Taylor, as Executive Director of DHS; and Billy Mangold, as
48   Director of the Division of Family and Children's Services and the
49   Department of Human Services, United States District Court for the
50   Southern District of Mississippi, Jackson Division, Cause No.
51   3:04cv251(L)(N)...................................$ 1,071,572.00.
52        (b)  Olivia Y., et al v. Haley Barbour, as Governor; Donald
53   Taylor, as Executive Director of DHS; and Billy Mangold, as
54   Director of the Division of Family and Children's Services and the
55   Department of Human Services, United States District Court for the
56   Southern District of Mississippi, Jackson Division, Cause No.
57   3:04:cv251(L)(N)...................................$  288,402.00.
58        (c)  C.B., by and through his next friend, Charleston
59   DePriest, et al. v. Walnut Grove Correctional Authority, et al.,
60   United States District Court for the Southern District of
61   Mississippi, Cause No. 3:10cv663-CWR-FKB..........$  257,041.00.
62        (d)  Kenney Brewer v. State of Mississippi, Circuit Court of
63   Noxubee County, Mississippi, Claimant No. 2009-0099..............
64   ..................................................$   50,000.00.
65        (e)  Levon Brooks v. State of Mississippi, Circuit Court of
66   Noxubee County, Mississippi, Claimant No. 2009-0098..............
67   ..................................................$   50,000.00.
68        (f)  Arthur Johnson v. State of Mississippi, Circuit Court of
69   Sunflower County, Mississippi, Claimant No. 2009-0289-CI........
70   ..................................................$   50,000.00.

71    (g)  Cedric Willis v. State of Mississippi, Circuit Court of
72 Hinds County, Mississippi, Claimant No. 251-09-649-CIV...........
73 ..............................................$   50,000.00.
74    (h)  Calvin Wilks v. State of Mississippi, Circuit Court of
75 Hinds County, Mississippi, Claimant No. 251-10-721-CIV...........
76 ..............................................$   50,000.00.
77    (i)  Gregory Paul Carr v. State of Mississippi, Circuit Court
78 of Washington County, Mississippi, Claimant No. 2011-0007-CI.....
79 ..............................................$   50,000.00.
80    (j)  Sabrina Butler Porter v. State of Mississippi, Circuit
81 Court of Lowndes County, Mississippi, Claimant No.
82 2011-0014-CV1K..................................$   50,000.00.
83    (k)  Rodney Demetrius Sands v. State of Mississippi, Circuit
84 Court of Jefferson Davis County, Mississippi, Claimant No. 2011-7H
85 ..............................................$   50,000.00.
86    (l)  "Estate of Larry Ruffin" v. State of Mississippi,
87 Circuit Court of Forrest County, Mississippi, Claimant No.
88 CI-11-0238......................................$   50,000.00.
89    (m)  John Randall Alexander v. State of Mississippi, Circuit
90 Court of Panola County, Mississippi, Claimant No.
91 CV-2011-56JMP2..................................$   50,000.00.
92    (n)  Matthew Norwood v. State of Mississippi, Circuit Court
93 of Hinds County, Mississippi, Claimant No. 251-10-861-CIV
94 ..............................................$   50,000.00.

95          (o)   Phillip Bivens v. State of Mississippi, Circuit Court of
96   Forrest County, Mississippi, Claimant No. CIll-0240...............
97   ...............................................$   50,000.00.
98          (p)   "Estate of Bobby Ray Dixon" v. State of Mississippi,
99   Circuit Court of Forrest County, Mississippi, Claimant No.
100  CI11-0239.......................................$   50,000.00.
101         (q)   Jimmie Bass v. State of Mississippi, Circuit Court of
102  Bolivar County, Mississippi, Claimant No. 2011-0009..............
103  ...............................................$  101,500.00.
104         (r)   Counsel for Claimant Jimmie Bass – Attorney Robert
105  McDuff and the Innocence Project of New Orleans..................
106  ...............................................$   50,000.00.
107         (s)   Wesley Beavers v. State of Mississippi, Circuit Court of
108  Harrison County, Mississippi, Claimant No. A2401-12-173..........
109  ...............................................$    2,500.00.
110         (t)   Frederick Earl Bradford v. State of Mississippi, Circuit
111  Court of Washington County Mississippi, Claimant No. 2012-0085-CI
112  ...............................................$   30,000.00.
113         (u)   John Wayne Edwards v. State of Mississippi, Circuit
114  Court of Scott County, Mississippi, Claimant No.
115  12-CV-194-SC-G..................................$   50,000.00.
116         (v)   Margie Elliot v. State of Mississippi, Circuit Court of
117  Scott County, Mississippi, Claimant No. 12-CV-195-SC-G...........
118  ...............................................$   50,000.00.

119          (w)  Sharon Hall v. State of Mississippi, Circuit Court of

120  Adams County, Mississippi. Claimant No. 12-KV-0069-J..............

121  ..............................................$   50,000.00.

122          (x)  Adam Wayne Roebuck v. State of Mississippi, Circuit

123  Court of Leake County, Mississippi, Claimant No.

124  12-CV-162-LE-C.................................$    2,500.00.

125          (y)  Irby Matthew Tate v. State of Mississippi, Circuit Court

126  of Holmes County, Mississippi. Claimant No. 2012-0221..........

127  ..............................................$   50,000.00.

128          (z)  Jennifer Collier, on behalf of the Estate of Ronnie G.

129  Oswalt v. State of Mississippi, Circuit Court of Chickasaw County,

130  Mississippi, Claimant No. H2012-094G...........................

131  ..............................................$   48,500.00.

132          (aa)  Walter Guyton v. State of Mississippi, Circuit Court of

133  Sunflower County, Mississippi, Claimant No. CV-2010-0211-CI.......

134  ..............................................$   50,000.00.

135          (bb)  Counsel for Claimant Wesley Beavers - Attorneys David

136  Neil McCarty and Graham P. Carner.................................

137  ..............................................$      500.00.

138          (cc)  Counsel for Claimant Frederick Earl Bradford -

139  Attorneys David Neil McCarty and Graham P. Carner.................

140  ..............................................$    5,000.00.

141          (dd)  Counsel for Claimant John Wayne Edwards - Attorneys

142  David Neil McCarty and Graham P. Carner..........$    8,000.00.

143    (ee)  Counsel for Claimant Margie Elliot - Attorneys David

144  Neil McCarty and Graham P. Carner.................$    8,000.00.

145    (ff)  Counsel for Claimant Sharon Hall - Attorneys David Neil

146  McCarty and Graham P. Carner......................$    8,000.00.

147    (gg)  Counsel for Claimant Adam Wayne Roebuck - Attorneys

148  David Neil McCarty and Graham P. Carner..........$      500.00.

149    (hh)  Counsel for Claimant Irby Matthew Tate - Attorneys

150  David Neil McCarty and Graham P. Carner..........$    8,000.00.

151    (ii)  Counsel for Claimant Jennifer Collier on behalf of the

152  Estate of Ronnie G. Oswalt - Attorneys David Neil McCarty and

153  Graham P. Carner..................................$    8,250.00.

154    (jj)  Counsel for Claimant Walter Guyton - Attorney Ottowa E.

155  Carter, Jr........................................$    9,000.00.

156    (kk)  Leamond Shaffer v. MS Highway Safety Patrol, United

157  States District Court for the Southern District of Mississippi,

158  Cause No. 4:11cv111-CWR-LRA......................$   12,000.00.

159    (ll)  Jackson HMA, LLC d/b/a Central Mississippi Medical

160  Center v. Mississippi Department of Corrections (MDOC) and

161  Christopher B. Epps, in his official capacity as Commissioner of

162  Mississippi Department of Corrections; In the United States

163  District Court for the Southern District of Mississippi, Jackson

164  Division; Civil Action No. 3:11CV135CWR-FKB.......$ 5,100,000.00.

165    (mm)  To reimburse the federal government for the $4.044

166  Million Environmental Protection Agency spent on emergency

167    clean-up regarding contaminated 16th Section land located in

168    Harrison County called the "Chemfax site".........$ 2,250,000.00.

169        **SECTION 4.**  In addition to all other sums previously

170    appropriated, the following sum, or so much of it as may be

171    necessary, is appropriated out of any money in the State Treasury

172    to the credit of the Budget Contingency Fund, and allocated in a

173    manner as determined by the Treasurer's Office, to defray the

174    expenses of the Attorney General's Office for conducting the

175    environment cleanup of the 16th Section land located in Harrison

176    County and known as the "Chemfax site" for the period beginning

177    upon passage and through the fiscal year ending June 30, 2014....

178    ..............................................$ 2,000,000.00.

179        **SECTION 5.**  In addition to all other sums previously

180    appropriated, the following sum, or so much of it as may be

181    necessary, is appropriated out of any money in the State Treasury

182    to the credit of the Budget Contingency Fund, and allocated in a

183    manner as determined by the Treasurer's Office, to defray the

184    expenses of the Department of Corrections for the period beginning

185    upon passage and through the fiscal year ending June 30, 2013.....

186    ..............................................$ 23,900,000.00.

187        This additional appropriation is made for the purpose of

188    supporting the operations of the Department of Corrections.

189        **SECTION 6.**  In addition to all other sums previously

190    appropriated, the following sum, or so much of it as may be

191    necessary, is appropriated out of any money in the State Treasury

192    to the credit of the Budget Contingency Fund, and allocated in a

193    manner as determined by the Treasurer's Office, to defray the

194    expenses of the Forestry Commission for the period beginning upon

195    passage and through the fiscal year ending June 30, 2013..........

196    .............................................$    500,000.00.

197        This additional appropriation is made for the operations of

198    the Forestry Commission.

199        **SECTION 7.**  In addition to all other sums previously

200    appropriated, the following sum, or so much of it as may be

201    necessary, is appropriated out of any money in the State Treasury

202    to the credit of the Budget Contingency Fund, and allocated in a

203    manner as determined by the Treasurer's Office, to defray the

204    expenses of the Mississippi Emergency Management Agency for the

205    period beginning upon passage and through the fiscal year ending

206    June 30, 2014...................................$    4,000,000.00.

207        The funds provided in this section shall only be allocated

208    for costs directly related with the state share requirements for

209    outstanding natural disasters.

210        **SECTION 8.**  In addition to all other sums previously

211    appropriated, the following sum, or so much of it as may be

212    necessary, is appropriated out of any money in the State Treasury

213    to the credit of the Budget Contingency Fund, and allocated in a

214    manner as determined by the Treasurer's Office, to defray the

215    expenses of the Department of Public Safety – Highway Safety

216  Patrol for the period beginning upon passage and through the

217  fiscal year ending June 30, 2013..................$  3,012,134.00.

218      This additional appropriation is made for the operations of

219  the Department of Public Safety – Highway Patrol.

220      **SECTION 9.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money in the State Treasury

223  to the credit of the Budget Contingency Fund, and allocated in a

224  manner as determined by the Treasurer's Office, to defray the

225  expenses of the Wireless Communication Commission (WCC), for the

226  period beginning upon the passage of this act and through June 30,

227  2013..........................................$  2,000,000.00.

228      This additional appropriation is made for the purpose of

229  preventing a deficit, which otherwise would occur, in order for

230  the commission to provide the services prescribed by Section

231  25-53-171, Mississippi Code of 1972.

232      **SECTION 10.**  The money herein appropriated shall be paid by

233  the State Treasurer out of any money in the proper fund or funds

234  as set forth in this act, upon warrants issued by the State Fiscal

235  Officer; and the State Fiscal Officer shall issue his warrants

236  upon requisitions signed by the proper person, officer or officers

237  in the manner provided by law.

238      **SECTION 11.**  This act shall take effect and be in force from

239  and after its passage and through the fiscal year ending June 30,

240  2013, except for Section 1, Section 4 and Section 7, which shall

241   take effect and be in force beginning upon passage of this act and
242   through the fiscal year ending June 30, 2014.

~ **OFFICIAL** ~
ST:   Appropriation; Property Insurance, Atty
General Settlements, DA; Additional 2013.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2014

By: Representative Frierson              To: Appropriations


HOUSE BILL NO. 1440
(As Sent to Governor)


1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
3  OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2014 AND 2015; THE
4  WIRELESS COMMUNICATIONS COMMISSION FOR FISCAL YEARS 2014 AND 2015;
5  THE OFFICE OF THE ATTORNEY GENERAL FOR CERTAIN LEGAL EXPENSES,
6  JUDGMENTS, AND SETTLEMENTS FOR FISCAL YEAR 2014; THE DEPARTMENT OF
7  REVENUE FOR FISCAL YEAR 2014; THE DEPARTMENT OF CORRECTIONS FOR
8  FISCAL YEARS 2014 AND 2015; THE FORESTRY COMMISSION FOR FISCAL
9  YEAR 2014; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
10 FISCAL YEAR 2014; THE STATE SUPREME COURT ADMINISTRATIVE OFFICE OF
11 COURTS FOR FISCAL YEARS 2014 AND 2015; THE CHARTER SCHOOL
12 AUTHORIZER BOARD OF THE ADMINISTRATIVE OFFICES OF IHL FOR FISCAL
13 YEARS 2014 AND 2015; THE DEPARTMENT OF MENTAL HEALTH FOR FISCAL
14 YEAR 2014; THE DEPARTMENT OF INSURANCE FOR THE RURAL FIRE TRUCK
15 ACQUISITION ASSISTANCE PROGRAM AND/OR THE SUPPLEMENTAL RURAL FIRE
16 TRUCK FUND FOR FISCAL YEARS 2014 AND 2015; AND FOR RELATED
17 PURPOSES.

18    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

19    **SECTION 1.**  In addition to all other sums herein

20  appropriated, the following sum, or so much thereof as may be

21  necessary, is appropriated out of any money to the credit of the

22  Capital Expense Fund, and allocated in a manner as determined by

23  the Treasurer's Office, to defray the expenses of the Department

24  of Finance and Administration for the period beginning upon the

25  passage of this act and through June 30, 2015.....................

26  ...........................................$    5,026,869.00.

27       This additional appropriation is made for the purpose of

28  purchasing property insurance on state property as required by the

29  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

30  206.253.

31       **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Capital Expense Fund, and allocated in a manner as determined by

35  the Treasurer's Office, to defray the expenses of the Wireless

36  Communication Commission for the period beginning upon the passage

37  of this act and through June 30, 2015..........$    5,118,000.00.

38       This additional appropriation is made to ensure the

39  commission provides the services prescribed by Section 25-53-171,

40  Mississippi Code of 1972.

41  **SECTION 3.**  In addition to all other sums herein appropriated, the

42  following sum, or so much thereof as may be necessary, is

43  appropriated out of any money to the credit of the Capital Expense

44  Fund, and allocated in a manner as determined by the Treasurer's

45  Office, to defray the expenses of paying for certain outside legal

46  assistance, expert witness fees, court fees, judgments and

47  settlement agreements incurred by the Office of the Attorney

48  General for the period beginning upon passage of this act and

49  through the fiscal year ending June 30, 2014.....................

50  ...........................................$    2,676,942.00.

51      Of the funds appropriated in this section, the following

52 amounts are provided:

53          (a)  Olivia Y., et al v. Haley Barbour, as Governor of

54 the State of Mississippi; the Executive Director of the Department

55 of Human Services; and Billy Mangold, as Director of the Division

56 of Family and Children's Services and the Department of Human

57 Services, United States District Court for the Southern District

58 of Mississippi, Jackson Division,

59 Cause No. 3:04cv251(L)(N).......................$    1,128,188.00.

60          (b)  Olivia Y., et al v. Haley Barbour, as Governor of

61 the State of Mississippi; the Executive Director of the Department

62 of Human Services; and Billy Mangold, as Director of the Division

63 of Family and Children's Services and the Department of Human

64 Services, United States District Court for the Southern District

65 of Mississippi, Jackson Division,

66 Cause No. 3:04cv251(L)(N).......................$     171,413.00.

67          (c)  Diane J. Taylor v. Mississippi Department of Human

68 Services; United States District Court for the Northern District

69 of Mississippi, Greenville Division,

70 Cause No..................................... 4:12-CV-67-MPM-JMV

71 ...............................................$      77,535.00.

72          (d)  Kennedy Brewer v. State of Mississippi, Circuit

73 Court of Noxubee County, Mississippi,

74 Claimant No. 2009-0099..........................$      50,000.00.

75              (e)  Levon Brooks v. State of Mississippi, Circuit Court

76   of Noxubee County, Mississippi,

77   Claimant No. 2009-0098...........................$    50,000.00.

78              (f)  Arthur Johnson v. State of Mississippi, Circuit

79   Court of Sunflower County, Mississippi,

80   Claimant No. 2009-0289-CI........................$    50,000.00.

81              (g)  Cedric Willis v. State of Mississippi, Circuit

82   Court of Hinds County, Mississippi,

83   Claimant No. 251-09-649-CIV......................$    50,000.00.

84              (h)  Calvin Wilks v. State of Mississippi, Circuit Court

85   of Hinds County, Mississippi,

86   Claimant No. 251-10-721-CIV......................$    29,166.00.

87              (i)  Gregory Paul Carr v. State of Mississippi, Circuit

88   Court of Washington County, Mississippi,

89   Claimant No. 2011-0007-CI........................$    50,000.00.

90              (j)  Sabrina Butler Porter v. State of Mississippi,

91   Circuit Court of Lowndes County, Mississippi,

92   Claimant No. 2011-0014-CV1K......................$    50,000.00.

93              (k)  Rodney Demetrius Sands v. State of Mississippi,

94   Circuit Court of Jefferson Davis County, Mississippi,

95   Claimant No. 2011-7H.............................$    50,000.00.

96              (l)  Estate of Larry Ruffin v. State of Mississippi,

97   Circuit Court of Forrest County, Mississippi,

98   Claimant No. CI-11-0238..........................$    50,000.00.

99   (m) John Randall Alexander v. State of Mississippi,

100 Circuit Court of Panola County, Mississippi,

101 Claimant No. CV-2011-56JMP2.......................$  50,000.00.

102   (n) Matthew Norwood v. State of Mississippi, Circuit

103 Court of Hinds County, Mississippi,

104 Claimant No. 251-10-861-CIV.......................$  50,000.00.

105   (o) Phillip Bivens v. State of Mississippi, Circuit

106 Court of Forrest County, Mississippi,

107 Claimant No. CI11-0240............................$  50,000.00.

108   (p) Estate of Bobby Ray Dixon v. State of Mississippi,

109 Circuit Court of Forrest County, Mississippi,

110 Claimant No. CI11-0239............................$  50,000.00.

111   (q) Jimmie Bass v. State of Mississippi, Circuit Court

112 of Bolivar County, Mississippi,

113 Claimant No. 2011-0009............................$  50,000.00.

114   (r) Anthony Lee Tucker v. State of Mississippi, Circuit

115 Court of Clay County, Mississippi,

116 Claimant No. 2011-0247H...........................$   8,000.00.

117   (s) Frank Sanders Tipton v. State of Mississippi,

118 Circuit Court of Jackson County, Mississippi,

119 Claimant No. 2011-00019...........................$  41,097.00.

120   (t) Counsel for Frank Tipton – Lowery & Fortner,

121 P.A..............................................$   4,717.00.

122   (u) Elwood White v. State of Mississippi, Circuit Court

123 of Copiah County, Mississippi,

124  Claimant No. 2012-201...........................$   16,500.00.

125              (v)  Counsel for Elwood White – Sharon Henderson

126  ..............................................$    1,650.00.

127              (w)  Final costs to complete the Settlement between the

128  Department of Justice (DOJ)/United States Environmental Protection

129  Agency (EPA) and the State of Mississippi.........$  500,000.00.

130              (x)  Counsel for Dara Jones – Schwartz, Roller and

131  Zwilling.......................................$   18,676.00.

132              (y)  Counsel for Christopher (C.G.) Hughes – Young Wells

133  and Williams, P.A................................$   30,000.00.

134      **SECTION 4.**  In addition to all other sums herein

135  appropriated, the following sum, or so much thereof as may be

136  necessary, is appropriated out of any money to the credit of the

137  Capital Expense Fund, and allocated in a manner as determined by

138  the Treasurer's Office, to defray the expenses of Department of

139  Revenue for the period beginning upon passage and through the

140  fiscal year ending June 30, 2014.................$   500,000.00.

141      This additional appropriation is made for the purpose of

142  supporting the operations of the Department of Revenue.

143      **SECTION 5.**  In addition to all other sums herein

144  appropriated, the following sum, or so much thereof as may be

145  necessary is appropriated out of any money in the special fund in

146  the State Treasury to the credit of the Mississippi Department of

147  Revenue which are collected by or otherwise become available for

148  the purpose of defraying the expenses of the department for the

149  period beginning upon passage and through fiscal year ending June

150  30, 2014.....................................$    1,345,765.00.

151      This additional appropriation is made for the purpose of

152  defraying any expenses related to the relocation into the new

153  Department of Revenue State Office facility.

154      **SECTION 6.**  In addition to all other sums herein

155  appropriated, the following sum, or so much thereof as may be

156  necessary, is appropriated out of any money to the credit of the

157  Capital Expense Fund, and allocated in a manner as determined by

158  the Treasurer's Office, to defray the expenses of the Department

159  of Corrections for the period beginning upon the passage of this

160  act and through June 30, 2015..................$    30,000,000.00.

161      This additional appropriation is made for the purpose of

162  supporting the operations of the Department of Corrections.

163      **SECTION 7.**  In addition to all other sums herein

164  appropriated, the following sum, or so much thereof as may be

165  necessary, is appropriated out of any money to the credit of the

166  Capital Expense Fund, and allocated in a manner as determined by

167  the Treasurer's Office, not otherwise appropriated to defray the

168  expenses of the Forestry Commission for the period beginning upon

169  passage of this act and through the fiscal year ending

170  June 30, 2014.................................$    382,000.00.

171      This additional appropriation is made for the operations of

172  the Forestry Commission.

173      **SECTION 8.**  In addition to all other sums herein
174  appropriated, the following sum, or so much thereof as may be
175  necessary, is appropriated out of any money to the credit of the
176  Capital Expense Fund, and allocated in a manner as determined by
177  the Treasurer's Office to defray the expenses of the Office of the
178  Governor-Division of Medicaid for the period beginning upon
179  passage of this act and through the fiscal year ending June 30,
180  2014......................................$    50,000,000.00.
181      This additional appropriation is made for the purpose of
182  supporting the operations of the Office of the Governor-Division
183  of Medicaid.
184      **SECTION 9.**  In addition to all other sums herein
185  appropriated, the following sum, or so much thereof as may be
186  necessary, is appropriated out of any money in the State Treasury
187  to the credit of the Governor's Office-Division of Medicaid which
188  is comprised of special source funds collected by or otherwise
189  available to the division, for the purpose of providing medical
190  assistance under the Mississippi Medicaid Law and defraying the
191  expenses of the administration of such law, for the period
192  beginning upon passage of this act and ending June 30, 2014.......
193  .........................................$    135,528,757.00.
194      The purpose of this additional appropriation is to provide
195  the authority to expend any matching Medicaid funds that become
196  available.

197  **SECTION 10.**  In addition to all other sums herein
198  appropriated, the following sum, or so much thereof as may be
199  necessary, is appropriated out of any money to the credit of the
200  Capital Expense Fund, and allocated in a manner as determined by
201  the Treasurer's Office to defray the expenses of the State Supreme
202  Court for the period beginning upon passage of this act and
203  through the fiscal year ending June 30, 2015.....................
204  ...........................................$    2,700,000.00.
205      This additional appropriation is made to defray the cost of
206  the Administrative Office of Courts and Court Reporters for the
207  operations of the Drug Treatment Court Programs.
208  **SECTION 11.**  In addition to all other sums herein
209  appropriated, the following sum, or so much thereof as may be
210  necessary, is appropriated out of any money to the credit of the
211  Capital Expense Fund, and allocated in a manner as determined by
212  the Treasurer's Office to defray the expenses of the
213  administrative offices of the State Institutions of Higher
214  Learning for the period beginning upon the passage of this act
215  and through June 30, 2015.....................$    250,000.00.
216      This additional appropriation is made for the purpose of
217  defraying the costs of general operation of the Charter School
218  Authorizer Board created in the "Mississippi Charter Schools Act
219  of 2013."
220  **SECTION 12.**  In addition to all other sums herein
221  appropriated, the following sum, or so much thereof as may be

H. B. No. 1440    |||||||||||||||||||||||||||||    ~ **OFFICIAL** ~
14/HR40/ANAP1SG
PAGE 9 (RM\BD)

222  necessary is appropriated out of any money to the credit of the

223  Capital Expense Fund, and allocated in a manner as determined by

224  the Treasurer's Office, to defray the expenses of the Department

225  of Mental Health, for the period beginning upon passage and

226  through fiscal year ending June 30, 2014..........................

227  ...............................................$    1,700,000.00

228       This additional appropriation is made for the purpose of

229  preventing a deficit, which would otherwise occur.

230       **SECTION 13.**  In addition to all other sums herein

231  appropriated, the following sum, or so much thereof as may be

232  necessary is appropriated out of any funds in the State Treasury

233  to the credit of the Department of Insurance, which is comprised

234  of any special funds collected by or otherwise available to the

235  department, to the Department of Insurance to be provided for the

236  Rural Fire Truck Acquisition Assistance Program and/or the

237  Supplemental Rural Fire Truck Fund, for the period beginning upon

238  passage of this act and through the fiscal year ending June 30,

239  2015.........................................$    4,000,000.00.

240       **SECTION 14.**  The money herein appropriated shall be paid by

241  the State Treasurer out of any money in the proper fund or funds

242  as set forth in this act, upon warrants issued by the State Fiscal

243  Officer; and the State Fiscal Officer shall issue his warrants

244  upon requisitions signed by the proper person, officer or officers

245  in the manner provided by law.

246        **SECTION 15.**  This act shall take effect and be in force from
247    and after its passage and through the fiscal year ending June 30,
248    2014, except for Section 1, Section 2, Section 6, Section 10,
249    Section 11, and Section 13, which shall take effect and be in
250    force from and after passage of this act and through the fiscal
251    year ending June 30, 2015.

~ **OFFICIAL** ~
ST:  Appropriation; Additional for Various State
Agencies for Fiscal Year 2014.

MISSISSIPPI LEGISLATURE                     REGULAR SESSION 2015

By: Senator(s) Clarke                       To:  Appropriations

SENATE BILL NO. 2837
(As Sent to Governor)

1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2   HEALTH CARE EXPENDABLE FUNDS, CAPITAL EXPENSE FUNDS AND SPECIAL
3   FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF FINANCE AND
4   ADMINISTRATION FOR FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE
5   GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR 2015; THE STATE
6   BOARD OF ACCOUNTANCY FOR FISCAL YEARS 2015 AND 2016; THE JUDICIAL
7   PERFORMANCE COMMISSION FOR FISCAL YEARS 2015 AND 2016; CAPITAL
8   POST CONVICTION FOR FISCAL YEARS 2015 AND 2016; THE MISSISSIPPI
9   NATIONAL GUARD FOR FISCAL YEAR 2015; THE UNIVERSITY MEDICAL CENTER
10  FOR FISCAL YEAR 2015; THE MISSISSIPPI DEPARTMENT OF EDUCATION FOR
11  FISCAL YEARS 2015 AND 2016; THE OFFICE OF THE STATE AUDITOR FOR
12  FISCAL YEAR 2015; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
13  2015 AND FISCAL YEAR 2016; THE INSTITUTIONS OF HIGHER LEARNING
14  OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2015; THE STATE
15  BOARD OF NURSING FOR FISCAL YEAR 2015; THE MISSISSIPPI DEVELOPMENT
16  AUTHORITY FOR FISCAL YEARS 2015 AND 2016; DEPARTMENT OF ARCHIVES
17  AND HISTORY FOR FISCAL YEARS 2015 AND 2016; AND FOR RELATED
18  PURPOSES.

19       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20       **SECTION 1.**  In addition to all other sums herein

21  appropriated, the following sum, or so much thereof as may be

22  necessary, is appropriated out of any money to the credit of the

23  Capital Expense Fund, and allocated in a manner as determined by

24  the Treasurer's office, to defray the expenses of the Department

25  of Finance and Administration for the period beginning upon the

26  passage of this act and through June 30, 2016.....................

27  ............................................$   7,065,552.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Capital Expense Fund, and allocated in a manner as determined by

36  the Treasurer's office to defray the expenses of the Office of the

37  Governor-Division of Medicaid for the period beginning upon

38  passage of this act and through the fiscal year ending

39  June 30, 2016.................................$   89,606,805.00.

40      This additional appropriation is made for the purpose of

41  supporting the operations of the Office of the Governor-Division

42  of Medicaid.

43      **SECTION 3.**  In addition to all other sums herein

44  appropriated, the following sum, or so much thereof as may be

45  necessary, is appropriated out of any money to the credit of the

46  Office of the Governor-Division of Medicaid, and allocated in a

47  manner as determined by the Treasurer's office to defray the

48  expenses of the Governor's Division of Medicaid for the period

49  beginning upon passage of this act and through the fiscal year

50  ending June 30, 2016.........................$   264,033,177.00.

51    This additional appropriation is made for the purpose of

52  supporting the operations of the Office of the Governor-Division

53  of Medicaid.

54    **SECTION 4.**  In addition to all other sums herein

55  appropriated, the following sum, or so much thereof as may be

56  necessary, is appropriated out of any money to the credit of the

57  Health Care Expendable Fund, and allocated in a manner as

58  determined by the Treasurer's office for Office of the

59  Governor-Division of Medicaid, for the period beginning upon

60  passage of this act and through the fiscal year

61  ending June 30, 2016............................$  3,055,564.00.

62    This additional appropriation is made for the purpose of

63  supporting the operations of the Office of the Governor-Division

64  of Medicaid.

65    **SECTION 5.**  In addition to all other sums herein

66  appropriated, the following sum, or so much thereof as may be

67  necessary, is appropriated out of any money to the credit of the

68  State Board of Accountancy, and allocated in a manner as

69  determined by the Treasurer's office to defray the expenses of the

70  State Board of Accountancy for the period beginning upon passage

71  of this act and through the fiscal year ending

72  June 30, 2016.....................................$  66,000.00.

73    This additional appropriation is made for the purpose of

74  defraying the expense of certain cost overages due to the

75  implementation of the board's new licensing system.

76      **SECTION 6.**  In addition to all other sums herein

77  appropriated, the following sum, or so much thereof as may be

78  necessary, is appropriated out of any money to the credit of the

79  Capital Expense Fund, and allocated in a manner as determined by

80  the Treasurer's office, to defray the expenses of the Judicial

81  Performance Commission for the period beginning upon passage of

82  this act and through the fiscal year ending

83  June 30, 2016......................................$  75,000.00.

84      This additional appropriation is made for the purpose of

85  defraying expenses not paid due to loss of special funds.

86      **SECTION 7.**  In addition to all other sums herein

87  appropriated, the following sum, or so much thereof as may be

88  necessary, is appropriated out of any money to the credit of the

89  Capital Expense Fund, and allocated in a manner as determined by

90  the Treasurer's office, to defray the expenses of Capital Post

91  Conviction for the period beginning upon passage of this act and

92  through the fiscal year ending June 30, 2016........$  325,000.00.

93      This additional appropriation is made for the purpose of

94  defraying expenses not paid due to loss of special funds.

95      **SECTION 8.**  In addition to all other sums herein

96  appropriated, the following sum, or so much thereof as may be

97  necessary, is appropriated out of any money to the credit of the

98  Capital Expense Fund, and allocated in a manner as determined by

99  the Treasurer's office, to defray the expenses of the Mississippi

```
100   National Guard for the period beginning upon passage of this act

101   and through the fiscal year ending June 30, 2015..................

102   ...............................................$   227,000.00.

103        This additional appropriation is made for the purpose of

104   defraying the cost of the loss of Federal Tuition Assistance for

105   National Guard service members, veterans, and their families.

106        SECTION 9.  In addition to all other sums herein

107   appropriated, the following sum, or so much thereof as may be

108   necessary, is appropriated out of any money to the credit of the

109   Capital Expense Fund, and allocated in a manner as determined by

110   the Treasurer's office, to defray the expenses of the University

111   of Mississippi Medical Center for the period beginning upon

112   passage of this act and through the fiscal year ending

113   June 30, 2015....................................$   105,000.00.

114        This additional appropriation is made for the purpose of

115   funding the Rural Dental Scholarship Program.

116        SECTION 10.  In addition to all other sums herein

117   appropriated, the following sum, or so much thereof as may be

118   necessary, is appropriated out of any money to the credit of the

119   Capital Expense Fund, and allocated in a manner as determined by

120   the Treasurer's office, to defray the expenses of the Mississippi

121   Department of Education for the period beginning upon passage of

122   this act and through the fiscal year ending

123   June 30, 2015....................................$  250,000.00.
```

124        This additional appropriation is made for the purpose of

125    defraying the expenses of the Magnolia Speech School.

126        **SECTION 11.**  In addition to all other sums herein

127    appropriated, the following sum, or so much thereof as may be

128    necessary, is appropriated out of any money to the credit of the

129    Capital Expense Fund, and allocated in a manner as determined by

130    the Treasurer's office to the Department of Education to defray

131    the expenses of the Microsoft IT Academy for the period beginning

132    July 1, 2015, and through the fiscal year ending

133    June 30, 2016...................................$    750,000.00.

134        **SECTION 12.**  In addition to all other sums herein

135    appropriated, the following sum, or so much thereof as may be

136    necessary, is appropriated out of any money to the credit of the

137    General Fund, and allocated in a manner as determined by the

138    Treasurer's office to the Department of Education for the support

139    of the Equal Opportunity for All Students with Special Needs

140    Program for the period beginning July 1, 2015, and through the

141    fiscal year ending June 30, 2016............. $    1,200,000.00.

142        **SECTION 13.**  In addition to all other sums herein

143    appropriated, the following sum, or so much thereof as may be

144    necessary, is appropriated out of any money to the credit of the

145    Education Enhancement Fund, and allocated in a manner as

146    determined by the Treasurer's office to the Department of

147    Education for the support of the Equal Opportunity for All Student

```
148  with Special Needs Program for the period beginning July 1, 2015,

149  and through the fiscal year ending

150  June 30, 2016....................................$   1,800,000.00.

151      SECTION 14.  In addition to all other sums herein

152  appropriated, the following sum, or so much thereof as may be

153  necessary, is appropriated out of any money to the credit of the

154  Department of Education, and allocated in a manner as determined

155  by the Treasurer's office to defray the expenses of The Amplify

156  data coaching pilot program for the period beginning July 1, 2015,

157  and through the fiscal year ending

158  June 30, 2016....................................$   196,380.00.

159      SECTION 15.  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Department of Education, and allocated in a manner as determined

163  by the Treasurer's office to defray the expenses of the

164  Mississippi Council of Economic Education for professional

165  development instruction in economics, personal finance and

166  entrepreneurship for the period beginning July 1, 2015, and

167  through the fiscal year ending June 30, 2016.......$   200,000.00.

168      SECTION 16.  In addition to all other sums herein

169  appropriated, the following sum, or so much thereof as may be

170  necessary, is appropriated out of any money to the credit of the

171  Capital Expense Fund, and allocated in a manner as determined by

172  the Treasurer's office, to defray the expenses of the Mississippi
```

173  Department of Education for the period beginning upon passage of

174  this act through the fiscal year ending

175  June 30, 2016....................................$  100,000.00.

176      This additional appropriation is for Chalkable's Learning

177  Earnings Pilot Program.

178      **SECTION 17.**  In addition to all other sums herein

179  appropriated, the following sum, or so much thereof as may be

180  necessary, is appropriated out of any money to the credit of the

181  Capital Expense Fund, and allocated in a manner as determined by

182  the Treasurer's office, to defray the expenses of the Office of

183  the State Auditor for the period beginning upon passage of this

184  act and through the fiscal year ending

185  June 30, 2015....................................$  637,000.00.

186      This additional appropriation is made to defray the cost of a

187  full systems audit of statewide accounting system known as MAGIC.

188      **SECTION 18.**  In addition to all other sums herein

189  appropriated, the following sum, or so much thereof as may be

190  necessary, is appropriated out of any money to the credit of the

191  Capital Expense Fund, and allocated in a manner as determined by

192  the Treasurer's office, to defray the expenses of the Attorney

193  General's office for the period beginning upon passage of this act

194  and through the fiscal year ending June 30, 2016....$  700,000.00.

195      This additional appropriation is made to defray the costs of

196  the Chemfax Cleanup.

197      **SECTION 19.**  In addition to all other sums herein

198  appropriated, the following sum, or so much thereof as may be

199  necessary, is appropriated out of any money to the credit of the

200  Capital Expense Fund, and allocated in a manner as determined by

201  the Treasurer's office, to defray the expenses of paying for

202  certain outside legal assistance, expert witness fees, court fees,

203  judgments and settlement agreements incurred by the Office of the

204  Attorney General for the period beginning upon passage of this act

205  and through the fiscal year ending

206  June 30, 2015...................................$  2,783,406.00.

207      Of the funds appropriated in this section, the following

208  amounts are provided:

209          (a)  Olivia Y., et al v. Haley Barbour, as Governor of

210  the State of Mississippi; the Executive Director of the Department

211  of Human Services; and Billy Mangold, as Director of the Division

212  of Family and Children's Services and the Department of Human

213  Services, United States District Court for the Southern District

214  of Mississippi, Jackson Division,

215  Cause No. 3:04cv251(L)(N)........................$  1,132,000.00.

216          (b)  Olivia Y., et al v. Haley Barbour, as Governor of

217  the State of Mississippi; the Executive Director of the Department

218  of Human Services; and Billy Mangold, as Director of the Division

219  of Family and Children's Services and the Department of Human

220  Services, United States District Court for the Southern District

221  of Mississippi, Jackson Division,

222  Cause No. 3:04cv251(L)(N)........................$   227,889.00.

223          (c)   Cirila Baltazar Cruz, et al v. Mississippi

224  Department of Human Services (MDHS), et al, United States District

225  Court for the Southern District of Mississippi,

226  Cause No. 3:10-cv-446-HTW-FKB....................$   100,000.00.

227          (d)   Albert Brown v. Mississippi Department of Health,

228  United States District Court for the Southern District of

229  Mississippi, Cause No. 3:11-cv-146-CWR-FKB........$   458,925.00.

230          (e)   Marlita E. Pollard v. Hinds County Department of

231  Human Services, et al, United States District Court for the

232  Southern District of Mississippi,

233  Cause No. 3:13-cv-324-DPJ-FKB....................$   100,000.00.

234          (f)   Marsha L. Calhoun v. Michael W. Miller, United

235  States District Court for the Southern District of Mississippi,

236  Cause No. 3:12-cv-715-TSL-JCG....................$     5,000.00.

237          (g)   Natasha Evans Taylor v. Hinds County Department of

238  Human Services, et al, United States District Court for the

239  Southern District of Mississippi,

240  Cause No. 3:12-cv-729-HTW-MTP....................$     2,000.00.

241          (h)   John A. Hawn v. Christopher (C,G,) Hughes, Michael

242  Berthay, in their individual capacities, and the Commissioner of

243  Public Safety for the State of Mississippi, for declaratory

244  relief; Northern District of Mississippi, Aberdeen Division,

245  Cause No. 1:13-CV-36-GHD-DAS....................$    15,000.00.

246          (i)  David Curtis Johnson v Tori Hankins, James Clark

247  and Felix Norwood; United States Court of Appeals For The Fifth

248  Circuit No. 13-60526, Appeal from the United States District Court

249  for the Southern District of Mississippi,

250  Cause No. 3:08-CV-632............................$   15,000.00.

251          (j)  DePriest, et al v Walnut Grove Correctional

252  Authority, United States District Court for the Southern District

253  of Mississippi, Cause No. 3:10-cv-633.............$   40,000.00.

254          (k)  Kennedy Brewer v. State of Mississippi, Circuit

255  Court of Noxubee County, Mississippi,

256  Claimant No. 2009-0099............................$   50,000.00.

257          (l)  Levon Brooks v. State of Mississippi, Circuit Court

258  of Noxubee County, Mississippi,

259  Claimant No. 2009-0098............................$   50,000.00.

260          (m)  Arthur Johnson v. State of Mississippi, Circuit

261  Court of Sunflower County, Mississippi,

262  Claimant No. 2009-0289-CI ........................$   50,000.00.

263          (n)  Cedric Willis v. State of Mississippi, Circuit

264  Court of Hinds County, Mississippi,

265  Claimant No. 251-09-649-CIV ......................$   50,000.00.

266          (o)  Sabrina Porter v. State of Mississippi, Circuit

267  Court of Lowndes County, Mississippi,

268  Claimant No. 2011-0014-CV1K......................$   50,000.00.

269          (p)  Rodney Demetrius Sands v. State of Mississippi,

270  Circuit Court of Jefferson Davis County, Mississippi,

271  Claimant No. 2011-7H............................$    39,998.00.

272           (q)  Estate of Larry Ruffin v. State of Mississippi,

273  Circuit Court of Forrest County, Mississippi,

274  Claimant No. CI-11-0238.........................$    50,000.00.

275           (r)  John Randall Alexander v. State of Mississippi,

276  Circuit Court of Panola County, Mississippi,

277  Claimant No. CV-2011-56JMP2.....................$    50,000.00.

278           (s)  Matthew Norwood v. State of Mississippi, Circuit

279  Court of Hinds County, Mississippi,

280  Claimant No. 251-10-861-CIV.....................$    50,000.00.

281           (t)  Phillip Bivens v. State of Mississippi, Circuit

282  Court of Forrest County, Mississippi,

283  Claimant No. CI11-0240..........................$    50,000.00.

284           (u)  Estate of Bobby Ray Dixon v. State of Mississippi,

285  Circuit Court of Forrest County, Mississippi,

286  Claimant No. CI11-0239..........................$    50,000.00.

287           (v)  Jimmie Bass v. State of Mississippi, Circuit Court

288  of Bolivar County, Mississippi,

289  Claimant No. 2011-0009 .........................$    50,000.00.

290           (w)  Frank Sanders Tipton v. State of Mississippi,

291  Circuit Court of Jackson County, Mississippi,

292  Claimant No. 2011-00019.........................$    50,000.00.

293           (x)  Counsel for Frank Sanders Tipton - Lowrey &

294  Fortner, P.A....................................$    25,594.00.

295          (y)  Derrick Luckett v. State of Mississippi, Circuit

296  Court of Rankin County, Mississippi,

297  Claimant No. 2012-178...........................$   20,000.00.

298          (z)  Counsel for Derrick Luckett - Sharon Henderson,

299  Attorney at Law.................................$    2,000.00.

300      **SECTION 20.**  In addition to all other sums herein

301  appropriated, the following sum, or so much thereof as may be

302  necessary, is appropriated out of any money to the credit of the

303  Institutions of Higher Learning Office of Student Financial Aid,

304  and allocated in a manner as determined by the Treasurer's office

305  to defray the expenses of the Institutions of Higher Learning

306  Office of Financial Aid for the period beginning upon passage of

307  this act and through the fiscal year ending

308  June 30, 2015.......................................$600,000.00.

309      This additional appropriation is made for the purpose of

310  defraying the expenses of the Institutions of Higher Learning

311  Office of Student Financial Aid.

312      **SECTION 21.**  In addition to all other sums herein

313  appropriated, the following sum, or so much thereof as may be

314  necessary, is appropriated out of any money to the credit of the

315  Board of Nursing, and allocated in a manner as determined by the

316  Treasurer's office to defray the expenses of the Board of Nursing

317  for the period beginning upon passage of this act and through the

318  fiscal year ending June 30, 2015 .....................$66,000.00.

319       This additional appropriation is made for the purpose of

320  supporting the implementation of a Nursing Simulation Lab on the

321  campus of Mississippi Delta Community College.

322       **SECTION 22.**  In addition to all other sums herein

323  appropriated, the following sum, or so much thereof as may be

324  necessary, is appropriated out of any money to the credit of the

325  General Fund, and allocated in a manner as determined by the

326  Treasurer's office to the Mississippi Development Authority for

327  the purpose of providing a grant to the National Aeronautics and

328  Space Administration (NASA) for the relocation of the first stage

329  of the Saturn V moon rocket to the Infinity Science Center located

330  in Hancock County for the period beginning from and after passage

331  of this act and through the fiscal year ending

332  June 30, 2016....................................$    400,000.00.

333       **SECTION 23.** In addition to all other sums herein

334  appropriated, the following sum, or so much thereof as may be

335  necessary, is appropriated out of any money to the credit of the

336  State General Fund, and allocated in a manner as determined by the

337  Treasurer's office for the Department of Archives and History for

338  the period beginning upon passage of this act and through the

339  fiscal year ending June 30, 2016.................$    100,000.00.

340       This additional appropriation is made for the purpose of

341  providing a grant to the Senatobia Municipal School District to

342  assist in paying costs associated with construction,

343  reconstruction, repair, renovation and restoration of the historic

344  auditorium and classrooms and related facilities located on

345  College Street in the City of Senatobia, Mississippi.

346      **SECTION 24.**  The money herein appropriated shall be paid by

347  the State Treasurer out of any money in the proper fund or funds

348  as set forth in this act, upon warrants issued by the State Fiscal

349  Officer; and the State Fiscal Officer shall issue his warrants

350  upon requisitions signed by the proper person, officer or officers

351  in the manner provided by law.

352      **SECTION 25.**  This act shall take effect and be in force from

353  and after its passage and through the fiscal year ending June 30,

354  2015, except for Section 1, Section 2, Section 3, Section 4,

355  Section 5, Section 6, Section 7, Section 16, Section 18, Section

356  22 and Section 23, which shall take effect and be in force from

357  and after passage of this act and through the fiscal year ending

358  June 30, 2016; and Section 11, Section 12, Section 13, Section 14

359  and Section 15, which shall take effect and be in force for the

360  fiscal year beginning July 1, 2015, and ending June 30, 2016.

S. B. No. 2837          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          **~ OFFICIAL ~**
15/SS26/ANAP1SG         ST:  Appropriation; additional for various state
PAGE 15                 agencies for fiscal year 2015.

Exhibit A - Page 65

MISSISSIPPI LEGISLATURE                              REGULAR SESSION 2016

By: Senator(s) Clarke                                To: Appropriations

SENATE BILL NO. 2924
(As Sent to Governor)

     1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
     2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
     3   THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL YEARS 2016
     4   AND 2017; THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR
     5   FISCAL YEAR 2016; THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR
     6   2016 AND FISCAL YEAR 2017; THE INSTITUTIONS OF HIGHER LEARNING
     7   OFFICE OF STUDENT FINANCIAL AID FOR FISCAL YEAR 2016; THE STATE
     8   DEPARTMENT OF HEALTH FOR FISCAL YEAR 2016; THE OFFICE OF CAPITAL
     9   POST-CONVICTION COUNSEL FOR FISCAL YEAR 2016; THE DEPARTMENT OF
    10   PUBLIC SAFETY'S BUREAU OF NARCOTICS FOR FISCAL YEAR 2016; THE
    11   DEPARTMENT OF PUBLIC SAFETY FOR FISCAL YEAR 2016; THE PEARL RIVER
    12   BASIN DEVELOPMENT DISTRICT FOR FISCAL YEAR 2016; THE PUBLIC
    13   EMPLOYEES' RETIREMENT SYSTEM FOR FISCAL YEAR 2016; THE STATE
    14   DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2016 AND FISCAL YEAR 2017;
    15   THE BOARD OF ANIMAL HEALTH FOR FISCAL YEAR 2016 AND FISCAL YEAR
    16   2017; THE VETERANS' AFFAIRS BOARD FOR FISCAL YEAR 2016 AND FISCAL
    17   YEAR 2017; THE MISSISSIPPI DEPARTMENT OF TRANSPORTATION FOR FISCAL
    18   YEARS 2016 AND 2017; TO MAKE APPROPRIATIONS FROM THE BUDGET
    19   CONTINGENCY FUND FOR CERTAIN PROJECTS; AND FOR RELATED PURPOSES.

    20        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

    21        **SECTION 1.**  In addition to all other sums herein

    22   appropriated, the following sum, or so much thereof as may be

    23   necessary, is appropriated out of any money to the credit of the

    24   Capital Expense Fund, and allocated in a manner as determined by

    25   the Treasurer's Office, to defray the expenses of the Department

26  of Finance and Administration for the period beginning upon the

27  passage of this act and through June 30, 2017....$  6,775,184.00.

28      This additional appropriation is made for the purpose of

29  purchasing property insurance on state property as required by the

30  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

31  206.253.0.0

32      **SECTION 2.**  In addition to all other sums herein

33  appropriated, the following sum, or so much thereof as may be

34  necessary, is appropriated out of any money to the credit of the

35  Department of Finance and Administration, and allocated in a

36  manner as determined by the Treasurer's Office to defray the

37  expenses of the Department of Finance and Administration for the

38  period beginning upon passage of this act and through the fiscal

39  year ending June 30, 2017.......................$  1,815,955.00.

40      This additional appropriation is made for the purpose of

41  purchasing property insurance on state property as required by the

42  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

43  206.253.

44      **SECTION 3.**  In addition to all other sums herein

45  appropriated, the following sum, or so much thereof as may be

46  necessary, is appropriated out of any money to the credit of the

47  General Fund, and allocated in a manner as determined by the

48  Treasurer's Office to defray the expenses of the Office of the

49  Governor-Division of Medicaid for the period beginning upon

50  passage of this act and through the fiscal year ending June 30,

51  2016.....................................$   25,000,000.00.

52      This additional appropriation is made for the purpose of

53  supporting the operations of the Office of the Governor-Division

54  of Medicaid.

55      **SECTION 4.**   In addition to all other sums herein

56  appropriated, the following sum, or so much thereof as may be

57  necessary, is appropriated out of any money to the credit of the

58  Capital Expense Fund, and allocated in a manner as determined by

59  the Treasurer's Office to defray the expenses of the Office of the

60  Governor-Division of Medicaid for the period beginning upon

61  passage of this act and through the fiscal year ending June 30,

62  2016.....................................$   26,634,366.00.

63      This additional appropriation is made for the purpose of

64  supporting the operations of the Office of the Governor-Division

65  of Medicaid.

66      **SECTION 5.**   In addition to all other sums herein

67  appropriated, the following sum, or so much thereof as may be

68  necessary, is appropriated out of any money to the credit of the

69  Capital Expense Fund, and allocated in a manner as determined by

70  the Treasurer's Office, to defray the expenses of paying for

71  certain outside legal assistance, expert witness fees, court fees,

72  judgments and settlement agreements incurred by the Office of the

73  Attorney General for the period beginning upon passage of this act

74  and through the fiscal year ending June 30, 2016.................

75 ...........................................$  2,801,269.00.

76       Of the funds appropriated in this section, the following

77 amounts are provided:

78            (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

79 State of Mississippi and the Department of Human Services, United

80 States District Court for the Southern District of Mississippi,

81 Jackson Division, Cause No. 3:04cv251(L)(N).......$ 1,310,000.00.

82            (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

83 State of Mississippi and the Department of Human Services, United

84 States District Court for the Southern District of Mississippi,

85 Jackson Division, Cause No. 3:04cv251(L)(N).......$   241,973.00.

86            (c)  Gayle Miller McMullin v. Mississippi Department of

87 Public Safety, et al, United States District Court for the

88 Southern District of Mississippi, Civil Action No.

89 3:13CV68-CWR-FKB..................................$   118,906.00.

90            (d)  Vanda Grace Crowe, Administratrix and personal

91 representative of the Estate of Michael Grace, deceased v.

92 Mississippi Division of Medicaid and Mississippi Department of

93 Rehab Services, United States District Court, Southern District of

94 Mississippi, Northern District, Civil Action No.

95 3:11-CV-366-CWR-LRA...............................$   150,000.00.

96            (e)  John A. Hawn v. Christopher (C.G.) Hughes, Michael

97 Berthay, in their individual capacities, and the Commissioner of

98 Public Safety for the State of Mississippi, for declaratory

99 relief; Northern District of Mississippi, Aberdeen Division, Cause

100 No. 1:13-CV-36-GHD-DAS............................$   35,000.00.

101          (f)   Kennedy Brewer v. State of Mississippi, Circuit

102 Court of Noxubee County, Mississippi, Claimant No. 2009-0099......

103 ...............................................$   50,000.00.

104          (g)   Levon Brooks v. State of Mississippi, Circuit Court

105 of Noxubee County, Mississippi, Claimant No. 2009-0098...........

106 ...............................................$   50,000.00.

107          (h)   Arthur Johnson v. State of Mississippi, Circuit

108 Court of Sunflower County, Mississippi, Claimant No. 2009-0289-CI

109 ...............................................$   50,000.00.

110          (i)   Cedric Willis v. State of Mississippi, Circuit

111 Court of Hinds County, Mississippi, Claimant No. 251-09-649-CIV

112 ...............................................$   50,000.00.

113          (j)   Sabrina Porter v. State of Mississippi, Circuit

114 Court of Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K

115 ...............................................$   50,000.00.

116          (k)   Estate of Larry Ruffin v. State of Mississippi,

117 Circuit Court of Forrest County, Mississippi, Claimant No.

118 CI-11-0238......................................$   50,000.00.

119          (l)   John Randall Alexander v. State of Mississippi,

120 Circuit Court of Panola County, Mississippi, Claimant No.

121 CV-2011-56JMP2..................................$   50,000.00.

122          (m)   Matthew Norwood v. State of Mississippi, Circuit

123 Court of Hinds County, Mississippi, Claimant No. 251-10-861-CIV

```
124  ..............................................$  50,000.00.
125            (n)   Phillip Bivens v. State of Mississippi, Circuit
126  Court of Forrest County, Mississippi, Claimant No. CI-11-0240
127  ..............................................$  50,000.00.
128            (o)   Estate of Bobby Ray Dixon v. State of Mississippi,
129  Circuit Court of Forrest County, Mississippi, Claimant No.
130  CI-11-0239.......................................$  50,000.00.
131            (p)   Jimmie Bass v. State of Mississippi, Circuit Court
132  of Bolivar County, Mississippi, Claimant No. 2011-0009
133  ..............................................$  50,000.00.
134            (q)   Frank Sanders Tipton v. State of Mississippi,
135  Circuit Court of Jackson County, Mississippi, Claimant No.
136  2011-00019.......................................$  50,000.00.
137            (r)   Rolland Glen Anderson v. State of Mississippi,
138  Circuit Court of Hinds County, Mississippi, Claimant No.
139  251-09-640CIV....................................$  50,000.00.
140            (s)   Counsel for Rolland Glen Anderson - Robert Louis
141  Williamson and Julie P. Ratliff....................$  60,390.00.
142            (t)   John A. Hawn, Bryan Lindsey, Heather Seawrite,
143  Ronnie Horton and Matilda Moore v. Former Trooper Christopher
144  Hughes and Former Director of the Highway Patrol, Michael Berthay;
145  United States District Court for the Northern District of
146  Mississippi, Civil Action No. 1:13-CV-23-NBB-DAS....$  235,000.00.
147       SECTION 6.  In addition to all other sums herein
148  appropriated, the following sum, or so much thereof as may be
```

149  necessary, is appropriated out of any money to the credit of the

150  Capital Expense Fund, and allocated in a manner as determined by

151  the Treasurer's Office, to defray the expenses of the Institutions

152  of Higher Learning Office of Student Financial Aid, and allocated

153  in a manner as determined by the Treasurer's Office for the period

154  beginning upon passage of this act and through the fiscal year

155  ending June 30, 2016.............................$4,000,000.00.

156      This additional appropriation is made for the purpose of

157  defraying the expenses of the Institutions of Higher Learning

158  Office of Student Financial Aid.

159      **SECTION 7.**  In addition to all other sums herein

160  appropriated, the following sum, or so much thereof as may be

161  necessary, is appropriated out of any money to the credit of the

162  Capital Expense Fund, and allocated in a manner as determined by

163  the Treasurer's Office, to defray the expenses of the Mississippi

164  Department of Public Safety's Bureau of Narcotics, and allocated

165  in a manner as determined by the Treasurer's Office for the period

166  beginning upon passage of this act and through the fiscal year

167  ending June 30, 2016............................. $561,220.00.

168      This additional appropriation is made for the purpose of

169  defraying the expenses of the sworn officer pay scale and the

170  Huggins Act.

171      **SECTION 8.**  In addition to all other sums herein

172  appropriated, the following sum, or so much thereof as may be

173  necessary, is appropriated out of any money to the credit of the

174  Capital Expense Fund, and allocated in a manner as determined by
175  the Treasurer's Office, to defray the expenses of the Mississippi
176  Department of Public Safety, and allocated in a manner as
177  determined by the Treasurer's Office for the period beginning upon
178  passage of this act and through the fiscal year ending June 30,
179  2016.................................... $   179,255.00.
180      This additional appropriation is made for the purpose of
181  defraying the expenses of the Law Enforcement and Firefighters
182  Death Benefit Fund.
183      **SECTION 9.**  In addition to all other sums herein
184  appropriated, the following sum, or so much thereof as may be
185  necessary, is appropriated out of any money to the credit of the
186  Pearl River Basin Development District, and allocated in a manner
187  as determined by the Treasurer's Office for the period beginning
188  upon the passage of this act and through the fiscal year ending
189  June 30, 2016................................ $   408,500.00.
190      This additional appropriation is made for the purpose of
191  defraying the expenses incurred by the agency for the
192  Jackson/Pearl River Clearing Project, the Rankin/Hinds Clearing
193  Project, and Flood and Drainage Control Districts.
194      **SECTION 10.**  In addition to all other sums herein
195  appropriated, the following sum, or so much thereof as may be
196  necessary, is appropriated out of any money to the credit of the
197  Capital Expense Fund, and allocated in a manner as determined by
198  the Treasurer's Office, to defray the expenses of the Public

199  Employees' Retirement System, and allocated in a manner as

200  determined by the Treasurer's Office for the period beginning upon

201  passage of this act and through the fiscal year ending June 30,

202  2016..................................... $   16,003.00.

203      This additional appropriation is made to defray the expenses

204  of the actuarial costs associated with the accrual of leave for

205  Jackson County and Jackson County Sheriff's Office employees.

206      **SECTION 11.**  In addition to all other sums herein

207  appropriated, the following sum, or so much thereof as may be

208  necessary, is appropriated out of any money to the credit of the

209  Capital Expense Fund, and allocated in a manner as determined by

210  the Treasurer's Office, to defray the expenses of the State

211  Department of Health, and allocated in a manner as determined by

212  the Treasurer's Office for the period beginning upon passage of

213  this act and through the fiscal year ending June 30,

214  2016..................................... $   2,000,000.00.

215      This additional appropriation is made to defray the expenses

216  of the State Department of Health.

217      **SECTION 12.**  In addition to all other sums herein

218  appropriated, the following sum, or so much thereof as may be

219  necessary, is appropriated out of any money to the credit of the

220  Capital Expense Fund, and allocated in a manner as determined by

221  the Treasurer's Office, to defray the expenses of the Board of

222  Animal Health, and allocated in a manner as determined by the

223  Treasurer's Office for the period beginning upon passage of this

S. B. No. 2924    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    **~ OFFICIAL ~**
16/SS02/ANAP1SG
PAGE 9

224  act and through the fiscal year ending June 30,

225  2017.......................................... $   84,000.00.

226      This additional appropriation is made to defray the expenses

227  of acquired leave time for an employee and related expenses.

228      **SECTION 13.**  In addition to all other sums herein

229  appropriated, the following sum, or so much thereof as may be

230  necessary, is appropriated out of any money to the credit of the

231  Capital Expense Fund, and allocated in a manner as determined by

232  the Treasurer's Office, to defray the expenses of the Veterans'

233  Affairs Board, and allocated in a manner as determined by the

234  Treasurer's Office for the period beginning upon passage of this

235  act and through the fiscal year ending June 30, 2017..............

236  ..............................................$   500,000.00.

237      This additional appropriation is made to defray the expenses

238  of the general upkeep of the state's veterans' cemeteries and

239  related expenses.

240      **SECTION 14.**  In addition to all other sums appropriated

241  herein, the following sum, or so much thereof as may be necessary,

242  is appropriated out of any money to the credit of the Budget

243  Contingency Fund, and allocated in a manner as determined by the

244  Treasurer's Office, to defray the expenses of the following:

245      Bicentennial Commission in conjunction with the Mississippi

246      Tourism Association for marketing and promoting

247      purposes.................... $3,000,000.00.

248    Pascagoula Redevelopment Authority for the revitalization of

249    Downtown Pascagoula............................

250    $1,500,000.00.

251    Keesler Air Force Base construction

252    projects.............................. $5,000,000.00.

253    National Diabetes and Obesity Research Center for contracting

254    with Cleveland Clinic for clinical, educational, and research

255    advisory services..............................

256    $1,500,000.00.

257    MDA – Tourism for Bicentennial related

258    expenses.............................. $1,600,000.00.

259    Economic Development and Infrastructure

260    Fund................................. $2,500,000.00.

261    University of Southern Mississippi Marine Science Endowment

262    Fund....................... $5,000,000.00.

263    University of Southern Mississippi Gulf Research

264    Lab................................. $3,000,000.00.

265    Mississippi Gulf Coast Community College Scholarship

266    Fund................................. $3,000,000.00.

267    Pearl River Community College Scholarship

268    Fund................................. $2,000,000.00.

269    University of Southern Mississippi Gulf Park Campus for the

270    Student Resource Center.................................

271    $300,000.00.

272        University of Southern Mississippi Main Campus for the

273        renovation of Greene Hall..................................

274        $8,200,000.00.

275        Infinity Rocket Project................. $800,000.00.

276        Marion County Historical for repairs and renovations at the

277        John Ford Home.................... $50,000.00.

278        Pearl River Community College for the acquisition of land in

279        Hancock County for a satellite

280        campus................................ $1,000,000.00.

281        These sums are to be made available from and after the

282   passage of this act and through the fiscal year ending June 30,

283   2017.  Additionally, these sums are contingent upon the BP

284   Settlement funds being deposited in the Budget Contingency Fund.

285        **SECTION 15.**  In addition to all other sums herein

286   appropriated, the following sum, or so much thereof as may be

287   necessary, is appropriated out of any money to the credit of the

288   Capital Expense Fund, and allocated in a manner as determined by

289   the Treasurer's Office, to defray the expenses of the Mississippi

290   Department of Transportation, and allocated in a manner as

291   determined by the Treasurer's Office for the period beginning upon

292   passage of this act and through the fiscal year ending June 30,

293   2017....................................... $  2,100,000.00.

294        This additional appropriation is made to defray the expenses

295   of the East Metro Corridor Commission.

296  **SECTION 16.**  In addition to all other sums herein

297 appropriated, the following sum, or so much thereof as may be

298 necessary, is appropriated out of any money to the credit of the

299 Capital Expense Fund, and allocated in a manner as determined by

300 the Treasurer's Office, to defray the expenses of the Mississippi

301 Department of Education, and allocated in a manner as determined

302 by the Treasurer's Office for the period beginning upon passage of

303 this act and through the fiscal year ending June 30,

304 2017........................................ $   1,333,465.00.

305  This additional appropriation is made to defray the expenses

306 of Vocational and Technical Education.

307  **SECTION 17.**  In addition to all other sums herein

308 appropriated, the following sum, or so much thereof as may be

309 necessary, is appropriated out of any money to the credit of the

310 Capital Expense Fund, and allocated in a manner as determined by

311 the Treasurer's Office, to defray the expenses of the Office of

312 Capital Post Conviction Counsel, and allocated in a manner as

313 determined by the Treasurer's Office for the period beginning upon

314 passage of this act and through the fiscal year ending June 30,

315 2016........................................ $   431,814.00.

316  This additional appropriation is made to defray the ongoing

317 expenses of the Office of Capital Post Conviction Counsel.

318  **SECTION 18.**  This act shall take effect and be in force from

319 and after its passage and through the fiscal year ending June 30,

320 2016, except for Section 1, Section 2, Section 12, Section 13,

321   Section 14, Section 15, and Section 16 which shall take effect and

322   be in force from and after passage of this act and through the

323   fiscal year ending June 30, 2017.

S. B. No. 2924                       **~ OFFICIAL ~**
16/SS02/ANAP1SG       ST:  Appropriation; additional for various state
PAGE 14                 agencies for fiscal year 2016.

Exhibit A - Page 79

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2017

By: Senator(s) Clarke                      To: Appropriations

SENATE BILL NO. 3015
(As Sent to Governor)

1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
2  CAPITAL EXPENSE FUNDS, BUDGET CONTINGENCY FUNDS AND SPECIAL FUNDS
3  TO DEFRAY THE EXPENSES OF VARIOUS AGENCIES FOR FISCAL YEARS 2017
4  AND 2018 AND RELATED PURPOSES.

5       BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

6       **SECTION 1.**  In addition to all other sums herein

7  appropriated, the following sum, or so much thereof as may be

8  necessary, is appropriated out of any money to the credit of the

9  Capital Expense Fund, to defray the expenses of the Office of the

10 Governor-Division of Medicaid for the period beginning upon

11 passage of this act and through the fiscal year ending June 30,

12 2018........................................$  51,356,969.00.

13      This additional appropriation is made for the purpose of

14 supporting the operations of the Office of the Governor-Division

15 of Medicaid.

16      **SECTION 2.**  In addition to all other sums herein

17 appropriated, the following sum, or so much thereof as may be

18 necessary, is appropriated out of any money to the credit of the

19 Capital Expense Fund, to defray the expenses of the Department of

20  Finance and Administration for the period beginning upon the

21  passage of this act and through June 30, 2018....$   9,649,689.00.

22      This additional appropriation is made for the purpose of

23  purchasing property insurance on state property as required by the

24  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

25  206.253.0.0 and other expenses under the purview of the Department

26  of Finance and Administration.

27      **SECTION 3.**  In addition to all other sums herein

28  appropriated, the following sum, or so much thereof as may be

29  necessary, is appropriated out of any money to the credit of the

30  Capital Expense Fund, to defray the expenses of the Wireless

31  Communication Commission for the period beginning upon the passage

32  of this act and through June 30, 2018..........$   1,426,663.00.

33      This additional appropriation is made for the purpose of

34  paying contractual obligations for system maintenance.

35      **SECTION 4.**  In addition to all other sums herein

36  appropriated, the following sum, or so much thereof as may be

37  necessary, is appropriated out of any money to the credit of the

38  Capital Expense Fund, to defray the expenses of paying for certain

39  outside legal assistance, expert witness fees, court fees,

40  judgments and settlement agreements incurred by the Office of the

41  Attorney General for the period beginning upon passage of this act

42  and through the fiscal year ending June 30, 2017...............

43  ..............................................$   3,781,748.00.

44    Of the funds appropriated in this section, the following

45  amounts are provided:

46         (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

47  State of Mississippi and the Department of Human Services, United

48  States District Court for the Southern District of Mississippi,

49  Jackson Division, Cause No. 3:04cv251(L)(N).....$   1,122,000.00.

50         (b)  Olivia Y., et al v. Phil Bryant, as Governor of the

51  State of Mississippi and the Department of Human Services, United

52  States District Court for the Southern District of Mississippi,

53  Jackson Division, Cause No. 3:04cv251(L)(N).......$   414,936.00.

54         (c)  Troupe v. Barbour, Consolidated with United States

55  v. Mississippi, United States District Court for the Southern

56  District of Mississippi; Civil Action No.

57  3:10-CV-153-HTW-MTP................................$   212,500.00.

58         (d)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

59  Murphy v. The State of Mississippi by and through Delbert Hosemann

60  in his Official Capacity as the Secretary of State and Trustee of

61  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

62  in the Circuit Court of Hancock County, Mississippi, Cause No.

63  12-0153.........................................$   908,470.00.

64         (e)  Kenneth F. Murphy, Ray J. Murphy and Audie R.

65  Murphy v. The State of Mississippi by and through Delbert Hosemann

66  in his Official Capacity as the Secretary of State and Trustee of

67  the Public Tidelands and The City of Bay Saint Louis, Mississippi,

68  in the Circuit Court of Hancock County, Mississippi, Cause No.

69  12-0153.......................................$   223,842.00.

70          (f)  Settlement between the United States Environmental

71  Protection Agency and State of Mississippi; Chemfax, Inc.,

72  Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

73  ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

74  Agreement for the Recovery of Response Costs, Docket No.

75  CERCLA-04-201403756..............................$   83,983.00.

76          (g)  Melissa Ross v. Mississippi Department of

77  Education, in the United States District Court for the Southern

78  District of Mississippi; Cause No.

79  3:09-cv-113-HTW-LRA..............................$  114,750.00.

80          (h)  Gale Nelson Walker v. Office of the District

81  Attorney of Hinds County, in the United States District Court for

82  the Southern District Court for the Southern District of

83  Mississippi; Cause No. 1:15cv-00364................$    3,001.00.

84          (i)  Kennedy Brewer v. State of Mississippi, Circuit

85  Court of Noxubee County, Mississippi, Claimant No.

86  2009-0099.......................................$  50,000.00.

87          (j)  Levon Brooks v. State of Mississippi, Circuit Court

88  of Noxubee County, Mississippi, Claimant

89  No. 2009-0098...................................$  50,000.00.

90          (k)  Arthur Johnson v. State of Mississippi, Circuit

91  Court of Sunflower County, Mississippi, Claimant No.

92  2009-0289-CI....................................$  50,000.00.

93          (l)   Cedric Willis v. State of Mississippi, Circuit

94   Court of Hinds County, Mississippi, Claimant No.

95   251-09-649-CIV.....................................$  50,000.00.

96          (m)   Sabrina Porter v. State of Mississippi, Circuit

97   Court of Lowndes County, Mississippi, Claimant No.

98   2011-0014-CV1K....................................$  50,000.00.

99          (n)   Estate of Larry Ruffin v. State of Mississippi,

100  Circuit Court of Forrest County, Mississippi, Claimant No.

101  CI-11-0238........................................$  50,000.00.

102         (o)   Phillip Leo Bivens v. State of Mississippi, Circuit

103  Court of Forrest County, Mississippi, Claimant No.

104  CI-11-0240........................................$  50,000.00.

105         (p)   Estate of Bobby Ray Dixon v. State of Mississippi,

106  Circuit Court of Forrest County, Mississippi, Claimant No.

107  CI-11-0239........................................$  50,000.00.

108         (q)   Jimmie Bass v. State of Mississippi, Circuit Court

109  of Bolivar County, Mississippi, Claimant No.

110  2011-0009........................................$  50,000.00.

111         (r)   Rolland Glen Anderson v. State of Mississippi,

112  Circuit Court of Hinds County, Mississippi, Claimant No.

113  251-09-640CIV.....................................$  50,000.00.

114         (s)   Roger Harris v. State of Mississippi, Circuit Court

115  of Hinds County; Civil Action No.

116  251-12-534CIV.....................................$  30,000.00.

```
117          (t)  Roger Harris v. State of Mississippi, Circuit Court
118   of Hinds County; Civil Action No.
119   251-12-534CIV......................................$   6,000.00.
120          (u) Jamar Amin Moore vs. State of Mississippi, Circuit
121   Court of Coahoma County; Civil Action No.
122   14-CI-13-001......................................$ 50,0000.00.
123          (v) Jamar Amin Moore vs. State of Mississippi, Circuit
124   Court of Coahoma County; Civil Action
125   No. 14-CI-13-001..................................$ 33,866.00.
126          (w) Jason Hall v. State of Mississippi, Circuit Court of
127   Forrest County; Cause No. CI 14-0014...............$ 50,000.00.
128          (x) Ralph Arnold Smith, Chancery Court of Hinds County,
129   Mississippi; First Judicial District, Cause No. M-2015-0086,
130   O/3...............................................$ 28,400.00.
131       SECTION 5.  In addition to all other sums herein
132   appropriated, the following sum, or so much thereof as may be
133   necessary, is appropriated out of any money to the credit of the
134   Capital Expense Fund, to defray the expenses of the Board of Tax
135   Appeals for the period beginning upon the passage of this act and
136   through June 30, 2018.............................$   33,800.00.
137       This additional appropriation is made for the purpose of
138   supporting the operations of the Board of Tax Appeals.
139       SECTION 6.  In addition to all other sums herein
140   appropriated, the following sum, or so much thereof as may be
141   necessary, is appropriated out of any money to the credit of the
```

142  Capital Expense Fund, to defray the expenses of the Mississippi

143  Department of Education, for the period beginning upon passage of

144  this act and through the fiscal year ending June 30, 2018...

145  .........................................$   3,619,482.00.

146      This additional appropriation is made to defray the expenses

147  of Vocational and Technical Education.

148      **SECTION 7.**  In addition to all other sums herein

149  appropriated, the following sum, or so much thereof as may be

150  necessary, is appropriated out of any money to the credit of the

151  Department of Revenue, to defray the expenses of the Department of

152  Revenue for the period beginning upon passage of this act and

153  through the fiscal year ending June 30, 2018....$   650,617.00.

154      This additional appropriation is for the purpose of

155  reimbursement to the Municipal and Justice Courts that participate

156  in the Court Collections Program and for the purpose of purchasing

157  hardware and software the Mississippi Automated Revenue System.

158      **SECTION 8.**  In addition to all other sums herein

159  appropriated, the following sum, or so much thereof as may be

160  necessary, is appropriated out of any money to the credit of the

161  Board of Examiners for Licensed Professional Counselors, to defray

162  the expenses of the Licensed Professional Counselors Board for the

163  period beginning upon passage of this act and through the fiscal

164  year ending June 30, 2018.......................$   15,000.00.

165      This additional appropriation is for the purpose of defraying

166  unexpected expenses related to the duties of the agency.

167  **SECTION 9.** In addition to all other sums herein
168 appropriated, the following sum, or so much thereof as may be
169 necessary, is appropriated out of any money to the credit of the
170 Engineers and Land Surveyors Board, to defray the expenses of the
171 Engineers and Land Surveyors Board for the period beginning upon
172 passage of this act and through the fiscal year ending June 30,
173 2018.......................................$   17,000.00.
174  This additional appropriation is the for the purpose of
175 paying legal fees.
176  **SECTION 10.** In addition to all other sums herein
177 appropriated, the following sum, or so much thereof as may be
178 necessary, is appropriated out of any money to the credit of the
179 Judicial Performance Commission, to defray the expenses of the
180 Judicial Performance Commission for the period beginning upon
181 passage of this act and through the fiscal year ending June 30,
182 2018.......................................$   62,722.00.
183  This additional appropriation is the for the purpose of
184 supporting the operations of the Commission.
185  **SECTION 11.** In addition to all other sums herein
186 appropriated, the following sum or so much thereof as may be
187 necessary, is appropriated out of any money to the credit of the
188 Department of Public Safety, to defray the expenses of the
189 Department of Public Safety for the period beginning upon passage
190 and through fiscal year ending June 30, 2018.....$  1,725,000.00.

191          This additional appropriation is made for the purpose of a
192   Highway Patrol Trooper School.

193       **SECTION 12.**  In addition to all other sums herein
194   appropriated, the following sum, or so much thereof as may be
195   necessary is appropriated out of any money to the credit of the
196   Department of Finance and Administration, to defray the expenses
197   of the department for the period beginning upon passage and
198   through fiscal year ending June 30, 2018......$    4,068,585.00.

199          This additional appropriation is made for the purpose of
200   supporting the operations of the Department of Finance and
201   Administration.

202       **SECTION 13.**  In addition to all other sums herein
203   appropriated, the following sum, or so much thereof as may be
204   necessary, is appropriated out of any money to the credit of the
205   Department of Finance and Administration, to defray the expenses
206   of the Department of Finance and Administration – Tort Claims
207   Board for the period beginning upon passage and through fiscal
208   year ending June 30, 2018....................$   1,585,056.00.

209          This additional appropriation is made for the purpose of
210   supporting the operations of the Tort Claims Board.

211       **SECTION 14.**  In addition to all other sums herein
212   appropriated, the following sum is appropriated out of any money
213   in the State General Fund not otherwise appropriated for the
214   expenses of the Governor's Division of Medicaid for the period

Exhibit A - Page 88

215  beginning upon passage and through fiscal year ending June 30,

216  2018.......................................$  8,643,031.00.

217      This additional appropriation is made for the purpose of

218  supporting the operations of the Office of the Governor-Division

219  of Medicaid.

220      **SECTION 15.**  In addition to all other sums herein

221  appropriated, the following sum, or so much thereof as may be

222  necessary, is appropriated out of any money to the credit of the

223  Budget Contingency Fund, to defray the expenses of the Mississippi

224  Development Authority, for the period beginning upon passage of

225  this act and through the fiscal year ending June 30,

226  2018.......................................$  5,000,000.00.

227      This additional appropriation is made to defray the expenses

228  of activities in support of Keesler Air Force Base.

229      **SECTION 16.**  In addition to all other sums herein

230  appropriated, the following sum, or so much thereof as may be

231  necessary, is appropriated out of any money to the credit of the

232  Budget Contingency Fund, to defray the expenses of the Mississippi

233  Development Authority, for the period beginning upon passage of

234  this act and through the fiscal year ending June 30,

235  2018.......................................$  1,500,000.00.

236      This additional appropriation is made to defray the expenses

237  of the National Diabetes and Obesity Research Center for

238  contracting with Cleveland Clinic for clinical, educational, and

239  research advisory services.

240    **SECTION 17.**  In addition to all other sums herein

241  appropriated, the following sum, or so much thereof as may be

242  necessary, is appropriated out of any money to the credit of the

243  Budget Contingency Fund, to defray the expenses of the Department

244  of Marine Resources, for the period beginning upon passage of this

245  act and through the fiscal year ending June 30,

246  2018..........................................$  3,000,000.00.

247    This additional appropriation is made to defray the expenses

248  of Phase II of the Mississippi Oyster Restoration Project in the

249  Mississippi Sound.

250    **SECTION 18.**  In addition to all other sums herein

251  appropriated, the following sum, or so much thereof as may be

252  necessary, is appropriated out of any money to the credit of the

253  Capitol Expense Fund, to defray the expenses of the Alcorn State

254  University, for the period beginning upon passage of this act and

255  through the fiscal year ending June 30, 2018.....$   3,311,592.00.

256    This additional appropriation is made to defray the expenses

257  of upgrades and renovations to the university's water treatment

258  facility and related expenses.

259    **SECTION 19.**  In addition to all other sums herein

260  appropriated, the following sum or so much thereof as may be

261  necessary, is appropriated out of any money to the credit of the

262  Department of Public Safety, to defray the expenses of the

263  Department of Public Safety for the period beginning upon passage

264  and through fiscal year ending June 30, 2018.......$  567,475.00.

265      This additional appropriation is made for the purpose of

266  defraying any costs associated with the repayment of National

267  Highway Performance Program funds, Surface Transportation Program

268  funds, or any other settlement agreements.

269      **SECTION 20.**  In addition to all other sums herein

270  appropriated, the following sum, or so much thereof as may be

271  necessary, is appropriated out of any money to the credit of the

272  Capitol Expense Fund, to defray the expenses of the Mississippi

273  Development Authority, for the period beginning upon passage of

274  this act and through the fiscal year ending June 30,

275  2018.........................................$  100,000.00.

276      This additional appropriation is made to defray the expenses

277  of the City of Hattiesburg as a result of the January 21, 2017

278  tornados.

279      **SECTION 21.**  In addition to all other sums herein

280  appropriated, the following sum, or so much thereof as may be

281  necessary, is appropriated out of any money to the credit of the

282  Capitol Expense Fund, to defray the expenses of the Mississippi

283  Development Authority, for the period beginning upon passage of

284  this act and through the fiscal year ending June 30,

285  2018.........................................$   65,000.00.

286      This additional appropriation is made to defray the expenses

287  associated with master planning efforts of the Mississippi Coast

288  Coliseum.

289          **SECTION 22.**  In addition to all other sums herein

290   appropriated, the following sum, or so much thereof as may be

291   necessary, is appropriated out of any money to the credit of the

292   Capitol Expense Fund, to defray the expenses of the Mississippi

293   Development Authority, for the period beginning upon passage of

294   this act and through the fiscal year ending June 30,

295   2018......................................$   100,000.00.

296          This additional appropriation is made to defray the expenses

297   of the Mississippi Hills National Heritage Area.

298          **SECTION 23.**  In addition to all other sums herein

299   appropriated, the following sum, or so much thereof as may be

300   necessary, is appropriated out of any money to the credit of the

301   Capitol Expense Fund, to defray the expenses of the Mississippi

302   Development Authority, for the period beginning upon passage of

303   this act and through the fiscal year ending June 30,

304   2018.......................................$   150,000.00.

305          This additional appropriation is made to defray the expenses

306   of upgrades and renovations to the West Harrison County Vocational

307   and Technical Center.

308          **SECTION 24.**  In addition to all other sums herein

309   appropriated, the following sum, or so much thereof as may be

310   necessary, is appropriated out of any money to the credit of the

311   Capitol Expense Fund, to defray the expenses of the Department of

312   Archives and History, for the period beginning upon passage of

313   this act and through the fiscal year ending June 30, 2018......

314  ...........................................$  500,000.00.

315      This additional appropriation is made to defray the expenses

316  related to the opening of the new Mississippi Museums.

317      **SECTION 25.**  In addition to all other sums herein

318  appropriated, the following sum, or so much thereof as may be

319  necessary, is appropriated out of any money to the credit of the

320  Capitol Expense Fund, to defray the expenses of the Mississippi

321  State University Cooperative Extension Service, for the period

322  beginning upon passage of this act and through the fiscal year

323  ending June 30, 2018..........................$  50,000.00.

324      This additional appropriation is made to defray the expenses

325  of an information campaign related to wild hogs.

326      **SECTION 26.**  This act shall take effect and be in force from

327  and after its passage and through the fiscal year ending June 30,

328  2018, except for Section 4, which shall take effect and be in

329  force through the fiscal year ending June 30, 2017.

S. B. No. 3015          ▌▐▌▐▌▌▐▌▐▌▌▐▌▌▐▌▌▐▌    **~ OFFICIAL ~**
17/SS26/ANAP1SG         ST:  Appropriation; additional appropriations
PAGE 14                 for various state agencies for FY 2017.

Exhibit A - Page 93

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2018

By: Representative Read                     To: Appropriations

HOUSE BILL NO. 1617
(As Sent to Governor)

```
 1        AN ACT MAKING AN ADDITIONAL APPROPRIATION OF GENERAL FUNDS,
 2   CAPITAL EXPENSE FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF
 3   THE OFFICE OF THE GOVERNOR-DIVISION OF MEDICAID FOR FISCAL YEAR
 4   2018; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
 5   YEARS 2018 AND 2019; THE WIRELESS COMMUNICATION COMMISSION FOR
 6   FISCAL YEAR 2018; THE DEPARTMENT OF HUMAN SERVICES FOR FISCAL YEAR
 7   2018; OFFICE OF THE ATTORNEY GENERAL FOR FISCAL YEAR 2018; THE
 8   BOARD OF TAX APPEALS FOR FISCAL YEAR 2018; THE DEPARTMENT OF
 9   INFORMATION TECHNOLOGY SERVICES FOR FISCAL YEAR 2018; THE
10   DEPARTMENT OF REHABILITATION SERVICES FOR FISCAL YEAR 2018;
11   DEPARTMENT OF CORRECTIONS FOR FISCAL YEAR 2018; OIL AND GAS BOARD
12   FOR FISCAL YEAR 2018; JACKSON STATE UNIVERSITY BOARD FOR FISCAL
13   YEARS 2018 AND 2019; MISSISSIPPI STATE UNIVERSITY ALCOHOL SAFETY
14   EDUCATION PROGRAM FOR FISCAL YEAR 2018; THE PUBLIC EMPLOYEES
15   RETIREMENT SYSTEM FOR FISCAL YEAR 2018; DEPARTMENT OF BANKING AND
16   CONSUMER FINANCE FOR FISCAL YEAR 2018; DEPARTMENT OF PUBLIC SAFETY
17   FOR FISCAL YEARS 2018 AND 2019; DEPARTMENT OF INSURANCE FOR FISCAL
18   YEAR 2019; AND FOR RELATED PURPOSES.
```

19        BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

20        **SECTION 1.**  In addition to all other sums herein

21   appropriated, the following sum, or so much thereof as may be

22   necessary, is appropriated out of any money to the credit of the

23   General Fund, and allocated in a manner as determined by the

24   Treasurer's Office to defray the expenses of the Office of the

25   Governor-Division of Medicaid for the period beginning upon

H. B. No. 1617      ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖      **~ OFFICIAL ~**      A1/2
18/HR31/ANAP02SG
PAGE 1 (RF\JAB)

26  passage of this act and through the fiscal year ending June 30,

27  2018.......................................$   16,500,000.00.

28      This additional appropriation is made for the purpose of

29  supporting the operations of the Office of the Governor-Division

30  of Medicaid.

31      **SECTION 2.**  In addition to all other sums herein

32  appropriated, the following sum, or so much thereof as may be

33  necessary, is appropriated out of any money to the credit of the

34  Office of the Governor-Division of Medicaid, and allocated in a

35  manner as determined by the Treasurer's Office, to defray the

36  expenses of the Office of the Governor-Division of Medicaid for

37  the period beginning upon passage of this act and through the

38  fiscal year ending June 30, 2018.............$   45,000,000.00.

39      **SECTION 3.**  In addition to all other sums herein

40  appropriated, the following sum, or so much thereof as may be

41  necessary, is appropriated out of any money to the credit of the

42  Capital Expense Fund, and allocated in a manner as determined by

43  the Treasurer's Office, to defray the expenses of the Department

44  of Finance and Administration for the period beginning upon the

45  passage of this act and through June 30, 2019....................

46  ...........................................$   4,559,746.00.

47      This additional appropriation is made for the purpose of

48  purchasing property insurance on state property as required by the

49  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

50  206.253.

51    **SECTION 4.**  In addition to all other sums herein
52  appropriated, the following sum, or so much thereof as may be
53  necessary, is appropriated out of any money to the credit of the
54  Capital Expense Fund, and allocated in a manner as determined by
55  the Treasurer's Office, to defray the expenses of the Wireless
56  Communication Commission for the period beginning upon the passage
57  of this act and through June 30, 2018...........$   2,384,494.00.
58      This additional appropriation is made for the purpose of
59  paying contractual obligations for system maintenance.
60    **SECTION 5.**  In addition to all other sums herein
61  appropriated, the following sum, or so much thereof as may be
62  necessary, is appropriated out of any money to the credit of the
63  General Fund, and allocated in a manner as determined by the
64  Treasurer's Office, to defray the expenses of the Department of
65  Human Services for the period beginning upon the passage of this
66  act and through June 30, 2018.................$   12,000,000.00.
67      This additional appropriation is made for the purpose of
68  maximizing federal resources for the Department of Child
69  Protection Service.
70    **SECTION 6.**  In addition to all other sums herein
71  appropriated, the following sum, or so much thereof as may be
72  necessary, is appropriated out of any money to the credit of the
73  State General Fund, and allocated in a manner as determined by the
74  Treasurer's Office, to defray the expenses of paying for certain
75  outside legal assistance, expert witness fees, court fees,

H. B. No. 1617    |||||||||||||||||||||||||||||||||||||||    **~ OFFICIAL ~**
18/HR31/ANAP02SG
PAGE 3 (RF\JAB)

76  judgments and settlement agreements incurred by the Office of the

77  Attorney General for the period beginning upon passage of this act

78  and through the fiscal year ending June 30, 2018..................

79  ...........................................$   1,815,194.00.

80      Of the funds appropriated in this section, the following

81  amounts are provided:

82      (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

83  State of Mississippi and the Department of Human Services, United

84  States District Court for the Southern District of Mississippi,

85  Jackson Division, Cause No. 3:04cv251(L)(N).....................

86  ...........................................$     80,972.00.

87      (b)  Troupe v. Barbour, Consolidated with United States v.

88  Mississippi, United States District Court for the Southern

89  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

90  ...........................................$    395,000.00.

91      (c)  Kenneth F. Murphy, Ray J. Murphy and Audie R. Murphy v.

92  The State of Mississippi by and through Delbert Hosemann in his

93  Official Capacity as the Secretary of State and Trustee of the

94  Public Tidelands and The City of Bay Saint Louis, Mississippi, in

95  the Circuit Court of Hancock County, Mississippi, Cause No.

96  12-0153........................................$     39,501.00.

97      (d)  Gale Nelson Walker v. Office of the District Attorney of

98  Hinds County, in the United States District Court for the Southern

99  District Court for the Southern District of Mississippi; Cause No.

100 1:15cv-00364....................................$     31,825.00.

101          (e)  Ola Kirk v. Mississippi Department of Public Safety, et

102  al., in the United States District Court for the Southern District

103  of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

104  ..............................................$   53,062.00.

105          (f)  Scott M. Favre Public Adjuster, LLC v. Delbert Hosemann,

106  Secretary of State of the State of Mississippi, in his official

107  capacity, and the City of Bay St. Louis, Mississippi, in the

108  Circuit Court of Hancock County, Mississippi, Cause No. 12-0237...

109  ..............................................$  140,000.00.

110          (g)  Mark G. Ohman v. the State of Mississippi by and through

111  Delbert Hosemann in his official capacity as Secretary of State

112  and Trustee of the Public Tidelands Trust and the City of Bay St.

113  Louis, Mississippi, in the Circuit Court of Hancock County,

114  Mississippi, Cause No. 15-0098....................$  137,500.00.

115          (h)  Settlement between the United States Environmental

116  Protection Agency and the State of Mississippi, Site/Spill ID

117  Number:04JF, CERCLA ID Number: MS D008154486, Settlement Agreement

118  for the Recovery of Response Costs, Docket No. CERCLA-04-2014-3756

119  ..............................................$    6,520.00.

120          (i)  Rick Parker v. Justin Rollins, Department of Public

121  Safety, in the United States District Court for the Northern

122  District of Mississippi, Civil Action Number 1:14-CV-231-SA-DAS

123  ..............................................$  237,948.00.

124          (j)  State of Mississippi v. Dale Partners Architects P.A.;

125  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

126  Environmental Management Plus; in the Circuit Court of Hinds

127  County, Mississippi, Civil Action Number 14-666...................

128  ...............................................$   78,778.00.

129       (k)  Kennedy Brewer v. State of Mississippi, Circuit Court of

130  Noxubee County, Mississippi, Claimant No. 2009-0099..............

131  ...............................................$   50,000.00.

132       (l)  Levon Brooks v. State of Mississippi, Circuit Court of

133  Noxubee County, Mississippi, Claimant No. 2009-0098..............

134  ...............................................$   50,000.00.

135       (m)  Arthur Johnson v. State of Mississippi, Circuit Court of

136  Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........

137  ...............................................$   50,000.00.

138       (n)  Cedric Willis v. State of Mississippi, Circuit Court of

139  Hinds County, Mississippi, Claimant No. 251-09-649-CIV............

140  ...............................................$   50,000.00.

141       (o)  Sabrina Porter v. State of Mississippi, Circuit Court of

142  Lowndes County, Mississippi, Claimant No. 2011-0014-CV1K..........

143  ...............................................$   29,000.00.

144       (p)  Estate of Larry Ruffin v. State of Mississippi, Circuit

145  Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

146  ...............................................$   50,000.00.

147       (q)  Phillip Leo Bivens v. State of Mississippi, Circuit

148  Court of Forrest County, Mississippi, Claimant No. CI-11-0240.....

149  ...............................................$   50,000.00.

150      (r)  Estate of Bobby Ray Dixon v. State of Mississippi,

151  Circuit Court of Forrest County, Mississippi, Claimant No.

152  CI-11-0239......................................$   50,000.00.

153      (s)  Jimmie Bass v. State of Mississippi, Circuit Court of

154  Bolivar County, Mississippi, Claimant No. 2011-0009...............

155  ..............................................$   50,000.00.

156      (t)  Rolland Glen Anderson v. State of Mississippi, Circuit

157  Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

158  ..............................................$   50,000.00.

159      (u)  Jamar Amin Moore v. State of Mississippi, in the Circuit

160  Court of Coahoma County; Civil Action No. 14-CI-13-0011...........

161  ..............................................$   50,000.00.

162      (v)  Jason Hall v. State of Mississippi, in the Circuit Court

163  of Forrest County; Cause No. CI 14-0014...........$   50,000.00.

164      (w)  Jason Hall v. State of Mississippi , in the Circuit

165  Court of Forrest County; Cause No. CI 14-0014, attorney fees......

166  ..............................................$   35,088.00.

167    **SECTION 7.**  In addition to all other sums herein

168  appropriated, the following sum, or so much thereof as may be

169  necessary, is appropriated out of any money to the credit of the

170  General Fund, and allocated in a manner as determined by the

171  Treasurer's Office, to defray the expenses of the Board of Tax

172  Appeals for the period beginning upon the passage of this act and

173  through June 30, 2018.............................$   19,000.00.

174      This additional appropriation is made for the purpose of
175 supporting the operations of the Board of Tax Appeals.
176      **SECTION 8.**  In addition to all other sums herein
177 appropriated, the following sum, or so much thereof as may be
178 necessary, is appropriated out of any money to the credit of the
179 Capital Expense Fund, and allocated in a manner as determined by
180 the Treasurer's Office, to defray the expenses of the Mississippi
181 Department of Information Technology Services, and allocated in a
182 manner as determined by the Treasurer's Office for the period
183 beginning upon passage of this act and through the fiscal year
184 ending June 30, 2018.............................$   3,000,000.00.
185      This additional appropriation is made to defray the expenses
186 of the department.
187      **SECTION 9.**  In addition to all other sums herein
188 appropriated, the following sum, or so much thereof as may be
189 necessary, is appropriated out of any money to the credit of the
190 General Fund, and allocated in a manner as determined by the
191 Treasurer's Office, to defray the expenses of the Department of
192 Rehabilitation Services and allocated in a manner as determined by
193 the Treasurer's Office for the period beginning upon passage of
194 this act and through the fiscal year ending June 30, 2018.........
195 ...............................................$   1,841,012.00.
196      This additional appropriation is for federal match
197 requirements for waiver services in order to achieve maintenance
198 of effort.

199      **SECTION 10.**  In addition to all other sums herein
200  appropriated, the following sum, or so much thereof as may be
201  necessary, is appropriated out of any money to the credit of the
202  Capital Expense Fund, and allocated in a manner as determined by
203  the Treasurer's Office, to defray the expenses of the Department
204  of Rehabilitation Services for the period beginning upon the
205  passage of this act and through June 30, 2018.....................
206  .............................................$   2,035,362.00.
207      This additional appropriation is for federal match
208  requirements for waiver services in order to achieve maintenance
209  of effort.
210      **SECTION 11.**  In addition to all other sums herein
211  appropriated, the following sum, or so much thereof as may be
212  necessary, is appropriated out of any money to the credit of the
213  Capital Expense Fund, and allocated in a manner as determined by
214  the Treasurer's Office, to defray the expenses of the Department
215  of Corrections for the period beginning upon the passage of this
216  act and through June 30, 2018....................$ 7,111,185.00.
217      This additional appropriation is made for the purpose of
218  paying contractual obligations at Private Prisons and Medical
219  expenses.
220      **SECTION 12.**  In addition to all other sums herein
221  appropriated, the following sum, or so much thereof as may be
222  necessary, is appropriated out of any money to the credit of the
223  General Fund, and allocated in a manner as determined by the

224  Treasurer's Office, to defray the expenses of the Oil and Gas
225  Board for the period beginning upon the passage of this act and
226  through June 30, 2018..............................$   36,900.00.
227      This additional appropriation is made for the purpose of
228  paying expenses of the Board.
229      **SECTION 13.**  In addition to all other sums herein
230  appropriated, the following sum, or so much thereof as may be
231  necessary, is appropriated out of any money to the credit of the
232  Capital Expense Fund, and allocated in a manner as determined by
233  the Treasurer's Office, to defray the expenses of Jackson State
234  University Board for the period beginning upon the passage of this
235  act and through June 30, 2019....................$   1,800,000.00.
236      This additional appropriation is made for the purpose of
237  defraying the costs of the School of Public Health.
238      **SECTION 14.**  In addition to all other sums herein
239  appropriated, the following sum, or so much thereof as may be
240  necessary, is appropriated out of any money to the credit of the
241  Mississippi State University Alcohol Safety Education Program, and
242  allocated in a manner as determined by the Treasurer's Office to
243  defray the expenses of the Mississippi State University Alcohol
244  Safety Education Program for the period beginning upon passage of
245  this act and through the fiscal year ending June 30, 2018.........
246  ..............................................$   198,106.00.
247      This additional appropriation is for the purpose of offering
248  classes throughout the state.

249      **SECTION 15.**  In addition to all other sums herein

250  appropriated, the following sum, or so much thereof as may be

251  necessary, is appropriated out of any money to the credit of the

252  Public Employees' Retirement System, and allocated in a manner as

253  determined by the Treasurer's Office to defray the expenses of the

254  Public Employees' Retirement System for the period beginning upon

255  passage of this act and through the fiscal year ending June 30,

256  2018...........................................$    800,000.00.

257      This additional appropriation is for the purpose of

258  continuing expenses of the System.  The State Personnel Board

259  shall adjust the Fiscal Year 2018 projected annual cost for the

260  System to account for additional salary dollars appropriated

261  herein.

262      **SECTION 16.**  In addition to all other sums herein

263  appropriated, the following sum, or so much thereof as may be

264  necessary, is appropriated out of any money to the credit of the

265  Department of Finance and Administration, and allocated in a

266  manner as determined by the Treasurer's Office to defray the

267  expenses of the Department of Finance and Administration for the

268  period beginning upon passage of this act and through the fiscal

269  year ending June 30, 2018......................$   2,100,000.00.

270      This additional appropriation is for the purpose of repair

271  and renovation.

272      **SECTION 17.** In addition to all other sums herein

273  appropriated, the following sum, or so much thereof as may be

274  necessary, is appropriated out of any money to the credit of the

275  Department of Banking and Consumer Finance, and allocated in a

276  manner as determined by the Treasurer's Office to defray the

277  expenses of the Department for the period beginning upon passage

278  of this act and through the fiscal year ending June 30, 2018......

279  ............................................$    307,907.00.

280      This additional appropriation is made for the purpose of

281  defraying the legal costs of the Department.

282      **SECTION 18.**  In addition to all other sums herein

283  appropriated, the following sum or so much thereof as may be

284  necessary, is appropriated out of any money to the credit of the

285  Department of Public Safety, to defray the expenses of the

286  Department of Public Safety for the period beginning upon the

287  passage of this act and through June 30, 2019....................

288  ...............................................$5,000,000.00.

289      This additional appropriation is made for the purpose of a

290  Highway Patrol Trooper School.

291      **SECTION 19.**  In addition to all other sums herein

292  appropriated,  the following sum, or so much thereof as may be

293  necessary, and contingent upon the passage of Senate Bill No 2467,

294  2018 Regular Session, is hereby appropriated out of any money in

295  the special fund in the State Treasury to the credit of the Rural

296  Fire Truck Acquisition Fund and/or the Supplemental Rural Fire

297  Truck Fund, which was created in Section 1, Laws of 2004, Third

298  Extraordinary Session, to the Mississippi Department of Insurance

299    for the Rural Fire Truck Acquisition Assistance Program for the

300    fiscal year beginning July 1, 2018, and ending June 30, 2019......

301    ...........................................$   1,800,000.00.

302        Of the funds appropriated in the section, Five Hundred

303    Thousand Dollars ($500,000.00) is provided for fire apparatus used

304    for fighting or extinguishing fire used with automobile fire

305    engines or ladder trucks.

306        **SECTION 20.**  This act shall take effect and be in force from

307    and after its passage, except for Sections 3, 13, 18 which shall

308    take effect after passage and through June 30, 2019, and except

309    for Section 19 which shall take effect and be in force from and

310    after July 1, 2018.

H. B. No. 1617      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      **~ OFFICIAL ~**
18/HR31/ANAP02SG      ST:  Appropriations; additional for various
PAGE 13 (RF\JAB)      state agencies for Fiscal Year 2018.

Exhibit A - Page 106

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2019

By:  Representative Read                    To:  Appropriations

HOUSE BILL NO. 1667
(As Sent to Governor)

```
 1      AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
 2  FUNDS, AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT
 3  OF CHILD PROTECTION SERVICES FOR FISCAL YEAR 2019; THE DEPARTMENT
 4  OF FINANCE AND ADMINISTRATION FOR FISCAL YEAR 2019; THE WIRELESS
 5  COMMUNICATION COMMISSION FOR FISCAL YEAR 2019; THE DEPARTMENT OF
 6  PUBLIC SAFETY FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
 7  MISSISSIPPI DEPARTMENT OF MARINE RESOURCES FOR FISCAL YEAR 2019;
 8  THE ATTORNEY GENERAL'S OFFICE FOR FISCAL YEAR 2019 AND FISCAL YEAR
 9  2020; MISSISSIPPI EMERGENCY MANAGEMENT AGENCY - DISASTER TRUST FOR
10  FISCAL YEAR 2019 AND FISCAL YEAR 2020; MISSISSIPPI DEPARTMENT OF
11  CORRECTIONS FOR FISCAL YEAR 2019; DEPARTMENT OF AUDIT FOR FISCAL
12  YEAR 2019; DEPARTMENT OF REVENUE FOR FISCAL YEAR 2019; BOARD OF
13  ANIMAL HEALTH FOR FISCAL YEAR 2019; BOARD OF MEDICAL LICENSURE FOR
14  FISCAL YEAR 2019; INSTITUTIONS OF HIGHER LEARNING - OFFICE OF
15  STUDENT FINANCIAL AID FOR FISCAL YEAR 2019 AND FISCAL YEAR 2020;
16  AND FOR RELATED PURPOSES.
```

17      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

18      **SECTION 1.**  In addition to all other sums herein

19  appropriated, the following sum, or so much thereof as may be

20  necessary, is appropriated out of any money to the credit of the

21  Capital Expense Fund, and allocated in a manner as determined by

22  the Treasurer's Office to defray the expenses of the Department of

23  Child Protection Services for the period beginning upon passage of

24  this act and ending June 30, 2019................$  7,500,000.00.

H. B. No. 1667          |||||||||||||||||||||||||||      **~ OFFICIAL ~**          A1/2
19/HR31/ANAP2SG
PAGE 1 (LAR\JAB)

Exhibit A - Page 107

25      This additional appropriation is made for the purpose of

26  supporting the operations of the Department of Child Protection

27  Services.

28      **SECTION 2.**  In addition to all other sums herein

29  appropriated, the following sum, or so much thereof as may be

30  necessary, is appropriated out of any money to the credit of the

31  Capital Expense Fund, and allocated in a manner as determined by

32  the Treasurer's Office, to defray the expenses of the Department

33  of Finance and Administration for the period beginning upon the

34  passage of this act and through June 30, 2020.....................

35  ..............................................$    6,412,964.00.

36      This additional appropriation is made for the purpose of

37  purchasing property insurance on state property as required by the

38  Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and

39  206.253.

40      **SECTION 3.**  In addition to all other sums herein

41  appropriated, the following sum, or so much thereof as may be

42  necessary, is appropriated out of any money to the credit of the

43  Capital Expense Fund, and allocated in a manner as determined by

44  the Treasurer's Office, to defray the expenses of the Wireless

45  Communication Commission for the period beginning upon the passage

46  of this act and ending June 30, 2019..........$    2,623,727.00.

47      This additional appropriation is made for the purpose of

48  paying contractual obligations for system maintenance.

49      **SECTION 4.**  In addition to all other sums herein

50   appropriated, the following sum, or so much thereof as may be

51   necessary, is appropriated out of any money to the credit of the

52   Capital Expense Fund, and allocated in a manner as determined by

53   the Treasurer's Office, to defray the expenses of the Department

54   of Public Safety for the period beginning upon the passage of this

55   act and through June 30, 2020...................$   6,030,964.00.

56      This additional appropriation is made for the purpose of

57   repayment of Highway Safety Grant program funds.

58      **SECTION 5.**  In addition to all other sums herein

59   appropriated, the following sum, or so much thereof as may be

60   necessary, is appropriated out of any money to the credit of the

61   Capital Expense Fund, and allocated in a manner as determined by

62   the Treasurer's Office, to defray the expenses of the Department

63   of Finance and Administration for the period beginning upon the

64   passage of this act and ending June 30, 2019.....................

65   ...............................................$   3,500,000.00.

66      This additional appropriation is made for the purpose of

67   payment to the United States Department of Health and Human

68   Services.

69      **SECTION 6.**  In addition to all other sums herein

70   appropriated, the following sum, or so much thereof as may be

71   necessary, is appropriated out of any money to the credit of the

72   Capital Expense Fund, and allocated in a manner as determined by

73   the Treasurer's Office, to defray the expenses of the Department

74  of Marine Resources for the period beginning upon the passage of

75  this act and ending June 30, 2019.................$    39,894.00.

76      This additional appropriation is made for the purpose of

77  paying a death benefit payment for a former employee.

78      **SECTION 7.**  In addition to all other sums herein

79  appropriated, the following sum, or so much thereof as may be

80  necessary, is appropriated out of any money to the credit of the

81  Capital Expense Fund, and allocated in a manner as determined by

82  the Treasurer's Office, to defray the expenses of paying for

83  certain outside legal assistance, expert witness fees, court fees,

84  judgments and settlement agreements incurred by the Office of the

85  Attorney General for the period beginning upon passage of this act

86  and ending June 30, 2019........................$  4,288,518.00.

87      Of the funds appropriated in this section, the following

88  amounts are provided:

89      (a) Olivia Y., et al v. Phil Bryant, as Governor of the State

90  of Mississippi and the Department of Human Services, United States

91  District Court for the Southern District of Mississippi, Jackson

92  Division, Cause No. 3:04cv251(L)(N)...............$   123,810.00.

93      (b) Ola Kirk v. Mississippi Department of Public Safety, et

94  al., in the United States District Court for the Southern District

95  of Mississippi; Civil Action No. 3:14-cv-537-WHB-RHW..............

96  ...............................................$    69,095.00.

97      (c) State of Mississippi v. Dale Partners Architects P.A.;

98  Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

99   Environmental Management Plus; in the Circuit Court of Hinds

100  County, Mississippi, Civil Action Number 14-666...................

101  ...............................................$  134,000.00.

102      (d) AVMI, LLC v. The State of Mississippi by and through

103  Delbert Hosemann in his official capacity as Secretary of State

104  and Trustee of the Public Tidelands Trust, in the Circuit Court of

105  Hancock County, Mississippi, Cause No. 14-0007...................

106  ...............................................$  350,000.00.

107      (e) Hancock Realty, Inc., v. The State of Mississippi by and

108  through Delbert Hosemann in his official capacity as Secretary of

109  State and Trustee of the Public Tidelands Trust, and the City of

110  Bay Saint Louis, Mississippi, in the Circuit Court of Hancock

111  County, Mississippi, Cause No. 13-0397..........................

112  ...............................................$  443,600.00.

113      (f) Settlement between the United States Environmental

114  Protection Agency and the State of Mississippi; Chemfax Inc.,

115  Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

116  ID Number: 04JF, CERCLA ID Number: MSD008154486, Settlement

117  Agreement for the Recovery of Response Costs, Docket No.

118  CERCLA-04-2014-3756..............................$    120.00.

119      (g) Charlton Depriest, et al, v. Walnut Grove Correctional

120  Authority, et al.................................$  544,281.00.

121      (h) Big House Books, Charles Owens and Jess Green v. Pelicia

122  Hall, Commissioner of the Mississippi Department of Corrections;

123  Mississippi Department of Corrections; Jacquelyn Banks,

124  Superintendent of the South Mississippi Correctional Institution;

125  South Mississippi Correctional Institution........$    6,000.00.

126       (i) Jackson Women's Health Organization, et al v. Mary

127  Currier, M.D., M.P.H., et al; in the United States District Court,

128  Southern District of Mississippi, Northern Division, Civil Action

129  No. 3:12-CV-436-DPJ-FKB...........................$   763,237.00.

130       (j) Kim Collins v. Trooper Matthew Hood; in the United States

131  District of Mississippi, Aberdeen Division, Civil Action No.

132  1:16-cv-00007-GHD-DAS.............................$   150,000.00.

133       (k) Troupe v. Barbour, Consolidated with United States v.

134  Mississippi, United States District Court for the Southern

135  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

136  ..............................................$  1,040,676.00.

137       (l) Troupe v. Barbour, Consolidated with United States v.

138  Mississippi, United States District Court for the Southern

139  District of Mississippi; Civil Action No. 3:10-CV-153-HTW-MTP.....

140  ..............................................$   205,000.00.

141       (m) Kennedy Brewer v. State of Mississippi, Circuit Court of

142  Noxubee County, Mississippi, Claimant No. 2009-0099..............

143  ..............................................$    50,000.00.

144       (n) Levon Brooks Estate v. State of Mississippi, Circuit

145  Court of Noxubee County, Mississippi, Claimant No. 2009-0098......

146  ..............................................$    50,000.00.

147       (o) Arthur Johnson v. State of Mississippi, Circuit Court of

148  Sunflower County, Mississippi, Claimant No. 2009-0289-CI..........

149 .............................................$  50,000.00.

150      (p) Cedric Willis v. State of Mississippi, Circuit Court of

151 Hinds County, Mississippi, Claimant No. 251-09-649-CIV............

152 .............................................$  50,000.00.

153      (q) Larry Ruffin Estate v. State of Mississippi, Circuit

154 Court of Forrest County, Mississippi, Claimant No. CI-11-0238.....

155 .............................................$  50,000.00.

156      (r) Phillip Leo Bivens Estate v. State of Mississippi,

157 Circuit Court of Forrest County, Mississippi, Claimant No.

158 CI-11-0240......................................$  25,000.00.

159      (s) Bobby Ray Dixon Estate v. State of Mississippi, Circuit

160 Court of Forrest County, Mississippi, Claimant No. CI-11-0239.....

161 .............................................$  25,000.00.

162      (t) Jimmie Bass v. State of Mississippi, Circuit Court of

163 Bolivar County, Mississippi, Claimant No. 2011-0009..............

164 .............................................$  50,000.00.

165      (u) Rolland Glen Anderson v. State of Mississippi, Circuit

166 Court of Hinds County, Mississippi, Claimant No. 251-09-640CIV....

167 .............................................$  50,000.00.

168      (v) Jamar Amin Moore v. State of Mississippi, in the Circuit

169 Court of Coahoma County, Mississippi; Civil Action No.

170 14-CI-13-0011...................................$  32,192.00.

171      (w) Jason Hall v. State of Mississippi, in the Circuit Court

172 of Forrest County, Mississippi; Cause No. CI 14-0014.............

173 .............................................$  26,507.00.

174      **SECTION 8.**  In addition to all other sums herein
175  appropriated, the following sum, or so much thereof as may be
176  necessary, is appropriated out of any money to the credit of the
177  Capital Expense Fund, and allocated in a manner as determined by
178  the Treasurer's Office, to defray the expenses of paying for
179  certain outside legal assistance, expert witness fees, court fees,
180  judgments and settlement agreements incurred by the Office of the
181  Attorney General for the period beginning upon passage of this act
182  and through June 30, 2020.........................$   650,000.00.
183      Joseph Thomas et al. v. Phil Bryant et al, in the United
184  States Court for the Southern District of Mississippi, Northern
185  Division, Civil Action No. 3:18-CV-441-CWR-FKB.....$   650,000.00.
186      **SECTION 9.**  In addition to all other sums herein
187  appropriated, the following sum, or so much thereof as may be
188  necessary, is appropriated out of any money to the credit of the
189  Capital Expense Fund, and allocated in a manner as determined by
190  the Treasurer's Office to defray the expenses of the Mississippi
191  Emergency Management Agency – Disaster Assistance Trust Fund for
192  the period beginning upon passage of this act and ending June 30,
193  2020..........................................$   10,241,238.00.
194      This additional appropriation is made for the purpose of
195  supporting the agency disaster assistance and response to
196  emergencies.
197      **SECTION 10.**  In addition to all other sums herein
198  appropriated, the following sum, or so much thereof as may be

199  necessary, is appropriated out of any money to the credit of the

200  Capital Expense Fund, and allocated in a manner as determined by

201  the Treasurer's Office to defray the expenses of the Mississippi

202  Department of Finance and Administration for the period beginning

203  upon passage of this act and ending June 30, 2020.................

204  ............................................$   2,500,000.00.

205      This additional appropriation is made for the purpose of

206  supporting Mississippi Law Enforcement Officer's Training Academy

207  improvements.

208      **SECTION 11.**  In addition to all other sums herein

209  appropriated, the following sum, or so much thereof as may be

210  necessary, is appropriated out of any money to the credit of the

211  Mississippi Department of Corrections, and allocated in a manner

212  as determined by the Treasurer's Office to defray the expenses of

213  the Mississippi Department of Corrections for the period beginning

214  upon passage of this act and ending June 30, 2019.................

215  ............................................$   7,629,362.00.

216      This additional appropriation is for the purpose of paying

217  medical costs incurred during Fiscal Year 2019.

218      **SECTION 12.**  In addition to all other sums herein

219  appropriated, the following sum, or so much thereof as may be

220  necessary, is appropriated out of any money to the credit of the

221  Mississippi Department of Marine Resources, and allocated in a

222  manner as determined by the Treasurer's Office to defray the

223 expenses of the Department of Marine Resources for the period
224 beginning upon passage of this act and ending June 30, 2019.......
225 ..............................................$  5,000,000.00.
226      This additional appropriation is for the purpose of funding
227 projects under the Gulf of Mexico Energy Security Act.
228      **SECTION 13.**   In addition to all other sums herein
229 appropriated, the following sum, or so much thereof as may be
230 necessary, is appropriated out of any money to the credit of the
231 Mississippi Department of Marine Resources, and allocated in a
232 manner as determined by the Treasurer's Office to defray the
233 expenses of the Department of Marine Resources for the period
234 beginning upon passage of this act and ending June 30, 2019.......
235 ..............................................$  470,924.00.
236      (a) City of Long Beach for prior year expenses for Tidelands
237          projects FY15-P501-06L........................$  295,739.00.
238      (b) City of Long Beach for prior expenses for Tidelands
239          projects FY16-P613-01L........................$  175,185.00.
240      **SECTION 14.**   In addition to all other sums herein
241 appropriated, the following sum, or so much thereof as may be
242 necessary, is appropriated out of any money to the credit of the
243 Department of Audit and allocated in a manner as determined by the
244 Treasurer's Office to defray the expenses of the Department of
245 Audit for the period beginning upon passage of this act and ending
246 June 30, 2019......................................$  500,000.00.

247   This additional appropriation is for the purpose of
248 continuing expenses at the Agency with regard to performing audits
249 throughout the state.

250   **SECTION 15.**  In addition to all other sums herein
251 appropriated, the following sum, or so much thereof as may be
252 necessary, is appropriated out of any money to the credit of the
253 Department of Finance and Administration, and allocated in a
254 manner as determined by the Treasurer's Office to defray the
255 expenses of the Department of Finance and Administration for the
256 period beginning upon passage of this act and through June 30,
257 2020..........................................$   1,423,599.00.

258   This additional appropriation is made for the purpose of
259 purchasing property insurance on state property as required by the
260 Stafford Act, Section 311, Paragraph 5154 and 44 CFR 206.252 and
261 206.253.

262   **SECTION 16.**  In addition to all other sums herein
263 appropriated, the following sum, or so much thereof as may be
264 necessary, is appropriated out of any money to the credit of the
265 Department of Revenue, and allocated in a manner as determined by
266 the Treasurer's Office to defray the expenses of the Department of
267 Revenue for the period beginning upon passage of this act and
268 ending June 30, 2019...............................$   3,551.00.

269   This additional appropriation is made for the purpose of
270 paying for a prior year invoice from Fiscal Year 2016.

271    **SECTION 17.**  In addition to all other sums herein
272    appropriated, the following sum, or so much thereof as may be
273    necessary, is appropriated out of any money to the credit of the
274    Board of Animal Health, and allocated in a manner as determined by
275    the Treasurer's Office to defray the expenses of the Board of
276    Animal Health for the period beginning upon passage of this act
277    and ending June 30, 2019............................$    2,435.00.
278        This additional appropriation is made for the purpose of
279    paying for a prior year invoice from Fiscal Year 2017.
280    **SECTION 18.**  In addition to all other sums herein
281    appropriated, the following sum, or so much thereof as may be
282    necessary, is appropriated out of any money to the credit of the
283    Board of Medical Licensure, and allocated in a manner as
284    determined by the Treasurer's Office to defray the expenses of the
285    Board of Medical Licensure for the period beginning upon passage
286    of this act and ending June 30, 2019..............$    240,000.00.
287        This additional appropriation is for operations of the agency
288    and the purchase of a new licensing system.
289    **SECTION 19.**  In addition to all other sums herein
290    appropriated, the following sum, or so much thereof as may be
291    necessary, is appropriated out of any money to the credit of the
292    Institutions of Higher Learning – Office of Student Financial Aid,
293    and allocated in a manner as determined by the Treasurer's Office
294    to defray the expenses of the Office of Student Financial Aid for

```
295   the period beginning upon passage of this act and through June 30,

296   2020.........................................$  1,500,000.00.

297       SECTION 20.  This act shall take effect and be in force from

298   and after its passage.
```

H. B. No. 1667
19/HR31/ANAP2SG
PAGE 13 (LAR\JAB)

~ **OFFICIAL** ~
ST:  Appropriation; additional for various state
agencies for Fiscal Year 2019.

Exhibit A - Page 119

MISSISSIPPI LEGISLATURE                          REGULAR SESSION 2020

By: Senator(s) Hopson                            To: Appropriations


SENATE BILL NO. 2980
(As Sent to Governor)

1    AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2  FUNDS TO DEFRAY THE EXPENSES OF THE DEPARTMENT OF CORRECTIONS,
3  OFFICE OF ATTORNEY GENERAL, AND THE DEPARTMENT OF HUMAN SERVICES
4  FOR FISCAL YEAR 2020 AND FISCAL YEAR 2021; AND FOR RELATED
5  PURPOSES.

6    BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

7    **SECTION 1.**  In addition to all other sums herein

8  appropriated, the following sum, or so much thereof as may be

9  necessary, is appropriated out of any money to the credit of the

10  Capital Expense Fund, and allocated in a manner as determined by

11  the Treasurer's Office, to defray the expenses of the Mississippi

12  Department of Corrections for the period beginning upon passage of

13  this act and ending June 30, 2021...............$   7,957,795.00.

14  This additional appropriation for an increase in private prison

15  costs incurred in Fiscal Year 2020.

16    **SECTION 2.**  In addition to all other sums herein

17  appropriated, the following sum, or so much thereof as may be

18  necessary, is appropriated out of any money to the credit of the

19  Capital Expense Fund, and allocated in a manner as determined by

20    the Treasurer's Office to defray the expenses of the Department of

21    Corrections for the period beginning upon passage of this act and

22    ending June 30, 2021...........................$  4,239,367.00.

23        This additional appropriation is to defray expenses for the

24    medical program.

25        **SECTION 3.**  In addition to all other sums herein

26    appropriated, the following sum, or so much thereof as may be

27    necessary, is appropriated out of any money to the credit of the

28    Capital Expense Fund, and allocated in a manner as determined by

29    the Treasurer's Office, to defray the expenses of paying for

30    certain outside legal assistance, expert witness fees, court fees,

31    judgments and settlement agreements incurred by the Office of the

32    Attorney General for the period beginning upon passage of this act

33    and ending June 30, 2021........................$ 1,954,885.00.

34        Of the funds appropriated in this section, the following

35    amounts are provided:

36        (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

37    State of Mississippi and the Department of Human Services, United

38    States District Court for the Southern District of Mississippi,

39    Jackson Division, Cause No. 3:03cv251(L)(N)......$   424,175.00.

40        (b)  State of Mississippi v. Dale Partners Architects P.A.;

41    Earl Walls Associates aka NTH, Inc.; Eldridge & Associates;

42    Environmental Management Plus; in the Circuit Court of

43    Hinds County, Mississippi, Civil Action Number 14-666.............

44    ..............................................$   85,000.00.

45      (c)   Settlement between the United States Environmental

46   Protection Agency and State of Mississippi; Chemfax Inc.,

47   Superfund Site, Gulfport, Harrison County, Mississippi, Site/Spill

48   ID Number:  04JF, CERCLA ID Number: MSD008154486, Settlement

49   Agreement for the Recovery of Response Costs, Docket No.

50   CERCLA-04-2014-3756...............................$    2,627.00.

51      (d) William Scott Ashwell v. State of Mississippi, No.

52   18-CV-17AM; Lawrence County Circuit Court..............$

53   75,000.00.

54      (e)   Larry Ruffin Estate v. State of Mississippi, Circuit

55   Court of Forrest County, Mississippi, Claimant No.

56   CI-11-0238......................................$   50,000.00.

57      (f)   Jimmie Bass v. State of Mississippi, Circuit Court of

58   Bolivar County, Mississippi, Claimant No. 2011-0009..............

59   ...............................................$   50,000.00.

60      (g)   Rolland Glen Anderson v. State of Mississippi, Circuit

61   Court of Hinds County, Mississippi, Claimant No.

62   251-09-640CIV...................................$   50,000.00.

63      (h)   Tyler Edmonds v. State of Mississippi, Circuit Court of

64   Oktibbeha County, Mississippi, Cause No.

65   2009-0457-CV....................................$   50,000.00.

66      (i)   Tyler Edmonds v. State of Mississippi, Circuit Court of

67   Oktibbeha County, Mississippi, Cause No. 2009-0457-CV (attorney

68   fees).........................................$   33,750.00.

69        (j)  Natasha Orlantha Stewart v. State of Mississippi,

70   Circuit Court of Hinds County, Mississippi, Civil Action No.

71   25C11:17-cv-00349...............................$   50,000.00.

72        (k)  Natasha Stewart v. State of Mississippi, Circuit Court

73   of Hinds County, Mississippi, Civil Action No.

74   25C11:17-cv-00349 (attorney fees)................$   10,000.00.

75        (l) Amos et al. v. Taylor et al. 20-cv-00007-DMB-JMV (N.D.

76   Miss); Lang, et al. v. Taylor, et al., 4:20-cv-030-DMB RP (N.D.

77   Miss); Alexander, et al. v. Hall, et al., 4:20-cv-021-DMB-JMV

78   (N.D. Miss.)....................................$   600,685.00.

79        (m) Jackson Women's Health Organization et al v. Dobbs et

80   al., 3:18-cv-00171-CWR-FKB (S.D. Miss)...........$   298,819.00.

81        (n) United States v. State of Mississippi,

82   3:16-cv-622-CWR-FKB (S.D. Miss)..................$   99,829.00.

83        (o) United States Department of Justice Investigation into

84   Mississippi's Corrections System.................$   20,000.00.

85        (p) Special Master as Required by Order of the Federal Court

86   regarding United States v. State of Mississippi

87   3:16-cv-00622-CWR-FKS ( S.D. Miss)...............$   55,000.00.

88        **SECTION 4.**  In addition to all other sums herein

89   appropriated, the following sum, or so much thereof as may be

90   necessary, is appropriated out of any money to the credit of the

91   Capital Expense Fund, and allocated in a manner as determined by

92   the Treasurer's Office, to defray the expenses of the Department

93  of Human Services for the period beginning upon passage of this

94  act and ending June 30, 2021.....................$ 5,000,000.00.

95      This additional appropriation is made for the purpose of

96  repayment of Supplemental Nutrition Assistance Program funds.

97      **SECTION 5.**  This act shall take effect and be in force from

98  and after its passage.

S. B. No. 2980
20/SS26/ANAP3SG
PAGE 5

~ **OFFICIAL** ~
ST:  Appropriations; additional appropriations
for various state agencies for FY20.

MISSISSIPPI LEGISLATURE                    REGULAR SESSION 2021

By: Senator(s) Hopson                      To: Appropriations

SENATE BILL NO. 2879
(As Sent to Governor)

1       AN ACT MAKING AN ADDITIONAL APPROPRIATION OF CAPITAL EXPENSE
2   FUNDS AND SPECIAL FUNDS TO DEFRAY THE EXPENSES OF THE INSTITUTIONS
3   OF HIGHER LEARNING – OFFICE OF STUDENT FINANCIAL AID FOR FISCAL
4   YEAR 2021; THE DEPARTMENT OF EDUCATION FOR FISCAL YEAR 2021; THE
5   OFFICE OF ATTORNEY GENERAL FOR FISCAL YEAR 2021; THE DEPARTMENT OF
6   PUBLIC SAFETY FOR FISCAL YEAR 2021; THE STATE FIRE ACADEMY FOR
7   FISCAL YEAR 2021; THE MISSISSIPPI INSURANCE DEPARTMENT FOR FISCAL
8   YEAR 2021; THE DEPARTMENT OF FINANCE AND ADMINISTRATION FOR FISCAL
9   YEAR 2021; AND THE DEPARTMENT OF MARINE RESOURCES FOR FISCAL YEAR
10  2021; AND FOR RELATED PURPOSES.

11      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

12      **SECTION 1.**  In addition to all other sums herein

13  appropriated, the following sum, or so much thereof as may be

14  necessary, is appropriated out of any money to the credit of the

15  Capital Expense Fund, and allocated in a manner as determined by

16  the Treasurer's Office to defray the expenses of the Institutions

17  of Higher Learning – Office of Student Financial Aid for the

18  period beginning July 1, 2020, and ending

19  June 30, 2021....................................$  3,600,000.00.

20      This additional appropriation is made for the purpose of

21  supporting the funding of the Mississippi Resident Tuition

22  Assistance Grant, the Mississippi Eminent Scholars Grant, and the

23  Higher Education Legislative Plan Grant.

24      **SECTION 2.**  In addition to all other sums herein

25  appropriated, the following sum, or so much thereof as may be

26  necessary, is appropriated out of any money to the credit of the

27  Institutions of Higher Learning - Office of Student Financial Aid

28  and allocated in a manner as determined by the Treasurer's Office

29  to defray the expenses of the Institutions of Higher Learning -

30  Office of Student Financial Aid for the period beginning July 1,

31  2020, and ending June 30, 2021......................$ 500,000.00.

32      This additional appropriation is made for the purpose of

33  supporting the funding of the Mississippi Resident Tuition

34  Assistance Grant, the Mississippi Eminent Scholars Grant, and the

35  Higher Education Legislative Plan Grant.

36      **SECTION 3.**  In addition to all other sums herein

37  appropriated, the following sum, or so much thereof as may be

38  necessary, is appropriated out of any money to the credit of the

39  Capital Expense Fund, and allocated in a manner as determined by

40  the Treasurer's Office, to defray the expenses of the Mississippi

41  Department of Education for the period beginning July 1, 2020, and

42  ending June 30, 2021.............................$ 3,064,417.00.

43      This additional appropriation assists with the full funding

44  of CTE student attainment assessments contracted with Mississippi

45  State University (MSU).  It is also to assist with the full

46  funding of the contract with MSU's Research and Curriculum Unit to

47  develop curriculum and other activities.  It will further assist

48  the department with vocational and technical education programs to

49  meet the Maintenance of Effort required by the Carl Perkins Act.

50  **SECTION 4**.  In addition to all other sums herein

51  appropriated, the following sum, or so much thereof as may be

52  necessary, is appropriated out of any money to the credit of the

53  Capital Expense Fund, and allocated in a manner as determined by

54  the Treasurer's Office, to defray the expenses of paying for

55  certain outside legal assistance, expert witness fees, court fees,

56  judgments and settlement agreements incurred by the Office of the

57  Attorney General for the period beginning July 1, 2020, and ending

58  June 30, 2021.....................................$  447,413.00.

59  Of the funds appropriated in this section, the following

60  amounts are provided:

61  (a)  Olivia Y., et al v. Phil Bryant, as Governor of the

62  State of Mississippi and the Department of Human Services, United

63  States District Court for the Southern District of Mississippi,

64  Jackson Division, Cause No.3:03cv251(L)(N)..........$  129,680.00.

65  (b)  Amos et al. v. Taylor et al. 20-cv-00007-DMB-JMV (N.D.

66  Miss); Lang, et al. v. Cain, et al., 4:20-cv-030-DMB RP (N.D.

67  Miss); Brittany Waddell, et al. v. Taylor, et al., Civil Action

68  No. 3:20-cv-340-TSL-RHW (S.D. Miss.)................$  180,963.00.

69  (c)  United States v. State of Mississippi,

70  3:16-cv-622-CWR-FKB (S.D. Miss).....................$  22,412.00.

71        (d)  Joseph Thomas, Vernon Avers, and Melvin Lawson v. Tate

72   Reeves Civil Action No. 3:18-cv-00441-CWR-FKB (S.D. Miss).........

73   ................................................$  36,203.00.

74        (e)  IRS Representation vs State Agencies.......$  78,155.00.

75        **SECTION 5.**  In addition to all other sums herein

76   appropriated, the following sum, or so much thereof as may be

77   necessary, is appropriated out of any money to the credit of the

78   Capital Expense Fund, and allocated in a manner as determined by

79   the Treasurer's Office to defray the expenses of the Department of

80   Public Safety for the fiscal year beginning July 1, 2020, and

81   ending June 30, 2021...............................$  625,000.00.

82        This additional appropriation is made for the purpose of

83   hiring and equipping personnel for the Driver Services Bureau.

84        **SECTION 6.**  In addition to all other sums herein

85   appropriated, the following sum, or so much thereof as may be

86   necessary, is appropriated out of any money to the credit of the

87   Capital Expense Fund, and allocated in a manner as determined by

88   the Treasurer's Office to defray the expenses of the Department of

89   Public Safety for the fiscal year beginning July 1, 2020, and

90   ending June 30, 2021...............................$  111,667.00.

91        This additional appropriation is made for the purpose of

92   hiring and equipping three (3) new forensics laboratory death

93   investigators for the Mississippi Forensics Laboratory.

94        **SECTION 7.**  In addition to all other sums herein

95   appropriated, the following sum, or so much thereof as may be

96  necessary, is appropriated out of any money to the credit of the

97  State Fire Academy and allocated in a manner as determined by the

98  Treasurer's Office to defray the expenses of the State Fire

99  Academy for the fiscal year beginning July 1, 2020, and ending

100  June 30, 2021......................................$  315,700.00.

101      This additional appropriation is made for the purpose of

102  conducting workforce development courses.

103      **SECTION 8.**  In addition to all other sums herein

104  appropriated, the following sum, or so much thereof as may be

105  necessary, is appropriated out of any money to the Rural Fire

106  Truck Acquisition Fund and/or the Supplementary Rural Fire Truck

107  Fund, which was created in Section 152 of Chapter 1, Laws of 2004,

108  Third Extraordinary Session, to the Mississippi Insurance

109  Department for the Rural Fire Truck Acquisition Assistance Program

110  for the fiscal year beginning July 1, 2020, and ending

111  June 30, 2021....................................$  2,300,000.00.

112      This additional appropriation is made for the purpose of

113  funding rural fire trucks.

114      **SECTION 9.**  The following sum, or so much thereof as may be

115  necessary, is hereby appropriated out of any money in the Capital

116  Expense Fund not otherwise appropriated, to the credit of the

117  Department of Finance and Administration for the purpose of

118  defraying the expenses incurred by the department as required by

119  the Rose Isabel Williams Mental Health Reform Act of 2020, for the

120  fiscal year beginning July 1, 2020, and ending

121  June 30, 2021.......................................$ 230,000.00.

122     The funds provided under the provision of this section shall

123  be expended by the department to hire the Coordinator of Mental

124  Health Accessibility under the occupational title of DFA-Deputy

125  Director.  The department shall also expend the funds provided

126  under this section to hire the coordinator's contractual staff.

127     **SECTION 10.**  In addition to all other sums herein

128  appropriated, the following sum, or so much thereof as may be

129  necessary, is appropriated out of any money to the credit of the

130  Department of Marine Resources, and allocated in a manner as

131  determined by the Treasurer's Office to defray the expenses of the

132  department for the period beginning July 1, 2020,

133  and ending June 30, 2021.........................$ 2,000,000.00.

134     This additional appropriation is for the purpose of continued

135  funding of ongoing projects.

136     **SECTION 11.**  This act shall take effect and be in force from

137  and after its passage.

S. B. No. 2879                    ~ **OFFICIAL** ~
21/SS08/ANAP7SG              ST:  Appropriations; additional appropriations
PAGE 6                        for Institutions of Higher Learning (IHL).