**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

OLIVIA Y., et al.,

                              Plaintiffs,

   v.                                                    CIVIL ACTION NO.
                                                         3:04-CV-251-HSO-FKB
TATE REEVES, as Governor of the
State of Mississippi, et al.,

                              Defendants.

---

**PLAINTIFFS' MOTION FOR PAYMENT OF**
**PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES**

Plaintiffs, Olivia Y., et al., by and through their undersigned counsel, under 42 U.S.C. §

1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, respectfully request

that the court approve the parties' agreement regarding Plaintiffs' attorneys' fees and expenses in

the agreed-upon amount as follows:

**A Better Childhood, Inc. $29,500.68.**

The parties agree Defendants will pay this sum in consideration for monitoring and

enforcement work that Plaintiffs' counsel performed on behalf of the Plaintiff Children from July

1, 2021, through December 31, 2021.  However, the parties disagree on the payment's due date.

Plaintiffs request timely payment within thirty (30) days from entry of the Order.

In support of this motion, Plaintiffs offer the following exhibits:

**Exhibit 1**: Declaration of Marcia Robinson Lowry (July 27, 2022)

RESPECTFULLY SUBMITTED, this the 27th day of July 2022.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)
Anastasia Benedetto (*pro hac vice*)
Jonathan Borle (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, New York 10017
Telephone (646) 808-7344
Email: mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org
jborle@abetterchildhood.org

Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
mbentley@bradley.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)