## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| OLIVIA Y., et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| | ) | |
| TATE REEVES, as Governor of | ) | |
| the State of Mississippi, et al. | ) | |
| | ) | |
| Defendants | ) | |

## DECLARATION OF CLINT PENTECOST

I, William C. "Clint" Pentecost, an attorney of record in this civil action, make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am lead counsel for the Defendants in this civil action.

2. On July 27, 2022, I e-mailed counsel for Plaintiffs to inform them that "the check in the amount of $29,500.68 for Invoice #52 is being mailed out to you today." *See* Exhibit 1.

3. On July 27, 2022, at approximately 2:55 p.m., I received an email from Plaintiffs' counsel acknowledging Defendants' payment was being mailed that day. *See* Exhibit 2.

4. On July 27, 2022, at approximately 4:52 p.m., I received a Notice of Electronic Filing that Plaintiffs' Motion for Payment of Plaintiffs' Attorneys' Fees and Expenses related to Invoice #52 [ECF No. 932] had been filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 10th day of August, 2022.

By: /s/ Clint Pentecost
William C. "Clint" Pentecost (MSB #99841)

| | |
|---|---|
| **From:** | Pentecost, Clint |
| **To:** | Anastasia Benedetto |
| **Cc:** | Jonathan Borle; Marcia Lowry |
| **Subject:** | RE: Olivia Y - Attorneys" Fees for July 1, 2021-Dec. 31, 2021 |
| **Date:** | Wednesday, July 27, 2022 2:51:45 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |



EXHIBIT 1

Anastasia,

I just received notice that the check in the amount of $29,500.68 for Invoice #52 is being mailed out to you today.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

---

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Wednesday, June 22, 2022 8:26 AM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Thank you, Clint. We will be submitting this motion to the court shortly.

Best,
**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

---

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Monday, June 20, 2022 at 11:35 AM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached.

**Clint Pentecost**

Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

---

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Monday, June 6, 2022 3:45 PM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Clint,

Please see attached letter. As always, we are available to discuss further.

Best,
**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

---

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Thursday, April 28, 2022 at 5:04 PM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached letter.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

---

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Friday, April 15, 2022 12:08 PM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Clint,

Please see the attached letter. We are available to discuss, should you wish to do so.

Have a nice weekend,
Anastasia

**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Friday, February 25, 2022 at 5:22 PM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached. If you would like to discuss, please let me know.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Wednesday, February 9, 2022 3:55 PM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Clint,

Please see attached fee application for the period of July 1, 2021 – December 31, 2021.

Thanks,

**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781



**Stay Connected:**

   

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately, destroy this email, and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

| | |
|---|---|
| **From:** | Anastasia Benedetto |
| **To:** | Pentecost, Clint |
| **Cc:** | Jonathan Borle; Marcia Lowry |
| **Subject:** | Re: Olivia Y - Attorneys" Fees for July 1, 2021-Dec. 31, 2021 |
| **Date:** | Wednesday, July 27, 2022 2:54:43 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

**EXHIBIT 2**

Great, thank you for letting us know!

Best,
**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

---

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Wednesday, July 27, 2022 at 3:51 PM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
I just received notice that the check in the amount of $29,500.68 for Invoice #52 is being mailed out to you today.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct:  601.351.2452
E-mail: cpentecost@bakerdonelson.com

> **From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
> **Sent:** Wednesday, June 22, 2022 8:26 AM
> **To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
> **Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
> **Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021
>
> Thank you, Clint. We will be submitting this motion to the court shortly.
>
> Best,
> **Anastasia Benedetto**
> Staff Attorney

A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

---

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Monday, June 20, 2022 at 11:35 AM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

> **From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
> **Sent:** Monday, June 6, 2022 3:45 PM
> **To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
> **Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
> **Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021
>
> Clint,
>
> Please see attached letter. As always, we are available to discuss further.
>
> Best,
> **Anastasia Benedetto**
> Staff Attorney
> A Better Childhood
> abenedetto@abetterchildhood.org
> 646-477-1781
>
> ---
>
> **From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
> **Date:** Thursday, April 28, 2022 at 5:04 PM
> **To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
> **Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>

**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached letter.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

---

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Friday, April 15, 2022 12:08 PM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Re: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Clint,

Please see the attached letter. We are available to discuss, should you wish to do so.

Have a nice weekend,
Anastasia

**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781

---

**From:** "Pentecost, Clint" <CPentecost@bakerdonelson.com>
**Date:** Friday, February 25, 2022 at 5:22 PM
**To:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** RE: Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Anastasia,
Please see the attached. If you would like to discuss, please let me know.

**Clint Pentecost**
Of Counsel
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

Direct: 601.351.2452
E-mail: cpentecost@bakerdonelson.com

---

**From:** Anastasia Benedetto <abenedetto@abetterchildhood.org>
**Sent:** Wednesday, February 9, 2022 3:55 PM
**To:** Pentecost, Clint <CPentecost@bakerdonelson.com>
**Cc:** Jonathan Borle <jborle@abetterchildhood.org>; Marcia Lowry <mlowry@abetterchildhood.org>
**Subject:** Olivia Y - Attorneys' Fees for July 1, 2021-Dec. 31, 2021

Clint,

Please see attached fee application for the period of July 1, 2021 – December 31, 2021.

Thanks,
**Anastasia Benedetto**
Staff Attorney
A Better Childhood
abenedetto@abetterchildhood.org
646-477-1781



**Stay Connected:**

   

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately, destroy this email, and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally

protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.