Clerk, US District Court
501 E. Court St., Suite 2.500
Jackson, MS 39201

GULFPORT MS 395

23 AUG 2022 PM 2 T

$0.57
US POSTAGE
FIRST CLASS
062S0009564990
39501

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 29 2022
BY _____ DEPUTY
ARTHUR JOHNSTON

RECEIVED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 39201502299    *0766-17909-23-37*

39201>5022
3935091767

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

CLOSED,FKB

# U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 8/23/2022 at 9:05 AM CDT and filed on 8/23/2022
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT ONLY ORDER** denying as moot Plaintiffs' [838] Motion for Entry of Judgment and [843], [870], [883], [901], [907] Motions for Attorney Fees and Expenses. The parties have informed the Court that these Motions are moot. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by District Judge Halil S. Ozerden on August 23, 2022. (ENW)

**3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:**

Anastasia Benedetto - PHV    abenedetto@abetterchildhood.org

C. Randy Cotton    rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV    ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV    dpost@abetterchildhood.org

Douglas T. Miracle-State Gov    doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy    ecrummy@public-catalyst.com

Grace M. Lopes - PHV    gracemlopes@gmail.com

Harold Edward Pizzetta , III    hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV    jpiskora@loeb.com

Jonathan G. Borle - PHV    jborle@abetterchildhood.org

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com, pamela.atkins@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, sjackson@bradley.com, sruhl@bradley.com

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

W. Wayne Drinkwater , Jr     wdrinkwater@babc.com, champton@babc.com, jaltobelli@babc.com, wayne-drinkwater-3875@ecf.pacerpro.com

William C. Pentecost     cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350