# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **OLIVIA Y., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:04-CV-251-HSO-FKB |
| ) | |
| **TATE REEVES,** as Governor of the ) | |
| State of Mississippi, et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW, W. Wayne Drinkwater, Jr., and moves for leave to withdraw as one of the counsel for Plaintiffs in this action. Movant is now phasing out of active law practice and this motion is part of a larger effort to withdraw from all matters in which he now appears as counsel of record. Plaintiffs and plaintiffs' class are adequately represented by existing counsel Marcia R. Lowry, Anastasia Benedetto, Jonathan Borle, and by Michael J. Bentley as local counsel. Movant is authorized to represent to the Court that Plaintiffs' remaining counsel do not object to the present motion.

RESPECTFULLY SUBMITTED, this 2nd day of September, 2022.

/s/ W. Wayne Drinkwater, Jr.
Wayne Drinkwater, Jr. (MBN 6193)
Michael J. Bentley (MBN 102631)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201

4821-3615-4469.4

Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com
mbentley@bradley.com

Marcia Robinson Lowry (*pro hac vice*)
Anastasia Benedetto (*pro hac vice*)
Jonathan Borle (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, New York 10017
Telephone (646) 808-7344
Email: mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org
jborle@abetterchildhood.org

4821-3615-4469.4

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

/s/ W. Wayne Drinkwater, Jr.
W. Wayne Drinkwater, Jr.

4821-3615-4469.4