CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS



JACKSON MS 390

$ 000.57
02 1P
0000846539    SEP 06 2022
MAILED FROM ZIP CODE 39201



RECEIVED
SEP 12 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 12 2022
BY _____ DEPUTY
ARTHUR JOHNSTON

NIXIE        392   FE 1         0009/09/22
         RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 39201502825      *0466-06091-07-01

39201>5028
39350-176767

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

```
MIME-Version:1.0
From:cmecfhelpdesk@mssd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: William C. Pentecost (clintpentecost@yahoo.com,
cpentecost@bakerdonelson.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com), Marcia
Robinson Lowry - PHV (7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com,
jmacdonald@abetterchildhood.org, mlowry@abetterchildhood.org, srglasser@abetterchildhood.org),
Jonathan G. Borle - PHV (jborle@abetterchildhood.org), Grace M. Lopes - PHV
(gracemlopes@gmail.com), Sheila A. Bedi (sheila.a.bedi@gmail.com), Melody McAnally
(ecf.notices@butlersnow.com, melody.mcanally@butlersnow.com, pamela.atkins@butlersnow.com),
Stephen H. Leech, Jr (stephenhleech@aol.com), Stephen A. Dixon - PHV
(sdixonchildadvocate@hotmail.com), Dawn J. Post - PHV (dpost@abetterchildhood.org), Sara
Robinson-Glasser - PHV (dfriedman@loeb.com, srglasser@abetterchildhood.org,
srglasserlaw@gmail.com), Michael J. Bentley (jaltobelli@bradley.com, mbentley@bradley.com,
michael-bentley-3817@ecf.pacerpro.com, sjackson@bradley.com, sruhl@bradley.com), Douglas T.
Miracle-State Gov (doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov), Christian D. Carbone -
PHV (ccarbone@loeb.com, nydocket@loeb.com), Anastasia Benedetto - PHV
(abenedetto@abetterchildhood.org), John A. Piskora - PHV (jpiskora@loeb.com), Harold Edward
Pizzetta, III (fhell@ago.state.ms.us, hpizzetta@umc.edu), Paul Mathis
(paulmathis@bellsouth.net), Reuben V. Anderson (reuben.anderson@phelps.com), Teri Norton
(teri_norton@mssd.uscourts.gov), Eileen Crummy (ecrummy@public-catalyst.com), Lisa Taylor
(ltaylor@public-catalyst.com), C. Randy Cotton (rcotton@baptistchildrensvillage.com), Kevin
Ryan (kevinmichaelryan1967@gmail.com), District Judge Halil S. Ozerden
(ozerden_chambers@mssd.uscourts.gov, sul_ozerden@mssd.uscourts.gov), Magistrate Judge F. Keith
Ball (ball_chambers@mssd.uscourts.gov, denise_kimble@mssd.uscourts.gov,
denise_wesley@mssd.uscourts.gov, keith_ball@mssd.uscourts.gov, yvonne_jicka@mssd.uscourts.gov)
--Non Case Participants: Kenya Key Rachal-State Gov (kenya.rachal@ago.ms.gov)
--No Notice Sent:

Message-Id:<6314378@mssd.uscourts.gov>
Subject:Activity in Case 3:04-cv-00251-HSO-FKB Johnson, et al v. Barbour, et al Order on
Motion to Withdraw as Attorney
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 9/6/2022 at 9:52 AM CDT and filed on 9/6/2022
**Case Name:**      Johnson, et al v. Barbour, et al
**Case Number:**    3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER granting [938] Motion to Withdraw as Attorney. Attorney W. Wayne**

Drinkwater, Jr. terminated. NO FURTHER WRITTEN ORDER SHALL ISSUE. Signed by Magistrate Judge F. Keith Ball on 9/6/2022. (dcw)

3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:

3:04-cv-00251-HSO-FKB Notice has been delivered by other means to: