IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| OLIVIA Y., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:04-CV-251-HSO-FKB |
| ) | |
| TATE REEVES, as Governor of the ) | |
| State of Mississippi, et al, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AWARD OF CLASS COUNSEL'S FEES AND EXPENSES

Plaintiffs respectfully move this Court for an order granting them attorneys' fees and expenses in the amount of $17,382.92 for the monitoring and enforcement of the Second Modified Mississippi Settlement Agreement and Reform Plan ("MSA," Dkt. No ), from January 1, 2022 through June 30, 2022. This motion is brought under 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 54. This motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Award of Class Counsel's Fees and Expenses, which is filed contemporaneously with and incorporated by reference into this motion. This motion seeks a reasonable rate increase for Plaintiffs' counsel, given that the Court has not updated the fee schedule in almost seven years. In November 2021, Plaintiffs filed a similar motion—which this Court has still not decided—that also seeks a reasonable rate increase. (Dkt. Nos. 924-925). Plaintiffs request that this Court simultaneously resolve both motions. Plaintiffs submit the following exhibits in support of this motion:

1

Exhibit 1: Declaration of Marcia Robinson Lowry (with Attachments A, B, C, D)

Exhibit 2: Declaration of Anastasia Benedetto (with Attachment A)

Exhibit 3: Declaration of Jonathan Borle (with Attachment A)

Exhibit 4: Declaration of Michael Bentley (with Attachments A, B)

As explained in full in Plaintiffs' accompanying memorandum of law and the supporting Declarations, the fees and expenses that Plaintiffs seek this monitoring period were reasonable and necessary to the representation of the Class. The requirements for a finding that the fees and expenses were reasonable and necessary are amply detailed in the accompanying supporting documents.

Respectfully submitted: February 3, 2023.

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (*pro hac vice*)
Anastasia Benedetto (*pro hac vice*)
Jonathan Borle (*pro hac vice*)
A Better Childhood, Inc.
355 Lexington Ave Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Email: mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org
jborle@abetterchildhood.org

Michael J. Bentley (MSB 102631)
BRADLEY ARANT BOULT CUMMINGS, LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS 39201
Phone: 601.948.8000
Fax: 601.592.1457
mbentley@bradley.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Marcia Robinson Lowry, an attorney for *Plaintiffs Olivia Y. et al.*, certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Marcia Robinson Lowry
*Attorney for Plaintiffs Olivia Y. et al.*