Clerk, US District Court
501 E. Court St., Suite 2.500
Jackson, MS 39201

RECEIVED
MAY - 1 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

$0.84
US POSTAGE
FIRST-CLASS
062S0014950479
39501

Richard Ferguson
P.O. Box 1767
Philadelphia, MS 39350



NIXIE        392   FE 1           0004/28/23
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 39201502299      *1866-08877-25-44

**Other Orders/Judgments**
3:04-cv-00251-HSO-FKB
Johnson, et al v. Barbour, et al
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 4/25/2023 at 9:30 AM CDT and filed on 4/25/2023
**Case Name:**        Johnson, et al v. Barbour, et al
**Case Number:**    3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 946

**Docket Text:**
**JOINT STIPULATED ORDER to Modify [917] Rebuilding Order. Signed by District Judge Halil S. Ozerden on April 25, 2023. (ENW)**

3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:

Anastasia Benedetto - PHV    abenedetto@abetterchildhood.org

C. Randy Cotton    rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV    ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV    dpost@abetterchildhood.org

Douglas T. Miracle-State Gov    doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy    ecrummy@public-catalyst.com

Grace M. Lopes - PHV    gracemlopes@gmail.com

Harold Edward Pizzetta , III    hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV    jpiskora@loeb.com

Jonathan G. Borle - PHV    jborle@abetterchildhood.org

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, abc@ecf.courtdrive.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com, pamela.atkins@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

William C. Pentecost    cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599

Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=4/25/2023] [FileNumber=6497845-0
] [38bc9dabcc0229fc927914bac5f28b823c72b3693d6238b2bc4668076e10170a3a5
51dfaca1ba54623fec084ad1ae21153320853d7936399ff4848a5b6c4d7ff]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| ) | |
| TATE REEVES, as Governor of the ) | |
| State of Mississippi, et al. ) | |
| ) | |
| Defendants ) | |

## JOINT STIPULATED ORDER TO MODIFY REBUILDING ORDER

This matter is before the Court on the parties' *ore tenus* Motion to Modify the Joint Stipulated Order for Extension of a Rebuilding Period ("Rebuilding Order"). Having reviewed the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the Motion is well taken and should be granted.

1. The Court entered the 2nd Modified Mississippi Settlement Agreement and Reform Plan ("2nd MSA") [Dkt. No. 712] on December 19, 2016, and the 2nd MSA became effective on January 1, 2018. The Court entered the Rebuilding Order [Dkt. No. 917] on June 24, 2021.

2. The Court is advised that the parties have agreed to a suspension of reporting, monitoring, and enforcement under the 2nd MSA to June 30, 2023. The Court is further advised that the parties will meet on May 30, 2023 (and May 31, 2023, if necessary) to further negotiate and to finalize the terms of an extension of the Rebuilding Period.

3. The Court is further advised that the parties have, accordingly, agreed to modify Section 8 of the Rebuilding Order to the following:

**8. Enforcement Mechanisms**

   a. Plaintiffs shall not invoke the provisions of Section 11.2 of the 2nd MSA for any

failure of Defendants to achieve the standards stated above before July 1, 2023. If Plaintiffs invoke these provisions at a later date, the parties will have thirty days to renew their pending motions and/or file new motions, the opposing party will have thirty days to respond, and the parties will jointly request an expedited hearing date.

b. The Monitor shall convene the parties periodically during the Rebuilding Period including on May 30, 2023 (and May 31, 2023, if necessary).

c. All reporting, monitoring, and enforcement under the 2nd MSA will resume on July 1, 2023. The parties may agree at their next conference to suspend enforcement of the 2nd MSA for a longer period.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the Court grants the parties' Motion to Modify the Rebuilding Order as set forth above.

SO ORDERED, this the 25th day of April, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Marcia Lowry | /s/ Clint Pentecost |
| Marcia Robinson Lowry (*pro hac vice*) | William Clinton Pentecost (MSB #99841) |
| Anastasia Benedetto (*pro hac vice*) | BAKER DONELSON BEARMAN |
| Jonathan Borle (*pro hac vice*) | CALDWELL & BERKOWITZ, PC |
| A BETTER CHILDHOOD, INC. | One Eastover Center |
| 355 Lexington Avenue, Floor 16 | 100 Vision Drive, Suite 400 |
| New York, NY 10017 | Jackson, MS 39211 |
| Phone: 646.808.7344 | Telephone: (601) 351-2400 |
| mlowry@abetterchildhood.org | Facsimile: (601) 351-2424 |
| abenedetto@abetterchildhood.org | cpentecost@bakerdonelson.com |
| jborle@abetterchildhood.org | |
| | Douglas T. Miracle (MSB #9648) |
| Michael J. Bentley (MSB #102631) | Assistant Attorney General |
| BRADLEY, ARRANT, BOULT & CUMMINGS, LLP | OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL |
| One Jackson Place, Suite 400 | P. O. Box 220 |
| Jackson, MS 39201 | Jackson, MS 39205 |
| mbentley@bradley.com | |

2