IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **OLIVIA Y., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 3:04-CV-251-HSO-FKB |
| | ) | |
| **TATE REEVES, as Governor of the** | ) | |
| **State of Mississippi, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR AWARD OF
## CLASS COUNSEL'S FEES AND EXPENSES

Plaintiffs, by and through their undersigned counsel, under 42 U.S.C. § 1988 and Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, request that the court approve the Parties' agreement regarding Plaintiffs' attorneys' fees and expenses in the agreed-upon amount as follows:

**A Better Childhood Inc.: $39,784.33**

The Parties agreed that Defendants will pay this sum for monitoring and enforcement that Plaintiffs' counsel performed on behalf of the Plaintiff Class from July 1, 2022, through December 31, 2022.

Respectfully submitted, this 5th day of May, 2023.

> */s/ Marcia Robinson Lowry*
> Marcia Robinson Lowry (*pro hac vice*)
> Anastasia Benedetto (*pro hac vice*)
> Jonathan Borle (*pro hac vice*)

1

A Better Childhood, Inc.
355 Lexington Ave Floor 16
New York, NY 10017
Telephone: (646) 795-4456
Email: mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org
jborle@abetterchildhood.org

Michael J. Bentley (MSB 102631)
BRADLEY ARANT BOULT CUMMINGS, LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS  39201
Phone: 601.948.8000
Fax: 601.592.1457
mbentley@bradley.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Michael J. Bentley, an attorney for *Plaintiffs Olivia Y. et al.*, certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>*/s/Marcia Robinson Lowry*</u>
*Attorney for Plaintiffs Olivia Y. et al.*