# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) |
|    Plaintiffs | ) |
| v. | )    CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| TATE REEVES, as Governor of the State of Mississippi, et al. | ) |
|    Defendants | ) |

## ORDER ON UNOPPOSED MOTION FOR AWARD OF CLASS COUNSEL'S FEES AND EXPENSES

This matter is before the Court on the parties' Unopposed Motion for Award of Class Counsel's Fees and Expenses. Having reviewed the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the Motion is well taken and should be granted.

The Court shall award Plaintiffs' counsel, A Better Childhood Inc., $39,784.33 in attorneys' fees for monitoring and enforcement that Plaintiffs' counsel performed on behalf of the Plaintiff Class from July 1, 2022, through December 31, 2022.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the Court grants the parties' Unopposed Motion for Award of Class Counsel's Fees and Expenses as set forth above.

SO ORDERED, this the 8th day of May, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Marcia Robinson Lowry | /s/ Clint Pentecost |
| Marcia Robinson Lowry (*pro hac vice*) | William Clinton Pentecost (MSB #99841) |
| Anastasia Benedetto (*pro hac vice*) | BAKER DONELSON BEARMAN |
| Jonathan Borle (*pro hac vice*) | CALDWELL & BERKOWITZ, PC |
| A BETTER CHILDHOOD, INC. | One Eastover Center |
| 355 Lexington Avenue, Floor 16 | 100 Vision Drive, Suite 400 |
| New York, NY 10017 | Jackson, MS 39211 |
| Phone: 646.808.7344 | Telephone: (601) 351-2400 |
| mlowry@abetterchildhood.org | Facsimile: (601) 351-2424 |
| abenedetto@abetterchildhood.org | cpentecost@bakerdonelson.com |
| jborle@abetterchildhood.org | |
| | Douglas T. Miracle (MSB #9648) |
| Michael J. Bentley (MSB #102631) | Assistant Attorney General |
| BRADLEY, ARRANT, BOULT & CUMMINGS, LLP | OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL |
| One Jackson Place, Suite 400 | P. O. Box 220 |
| Jackson, MS 39201 | Jackson, MS 39205 |
| mbentley@bradley.com | |