CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

GULFPORT MS 395
08 MAY 2023 PM 2 L

$0.84
US POSTAGE
FIRST-CLASS
062S0001488603
39501

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 15 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

RECEIVED
MAY 15 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE     392   DE 1          0005/12/23
          RETURN TO SENDER
          NO SUCH NUMBER
          UNABLE TO FORWARD

          BC: 39201502299     *0766-04713-08-38

3935031767

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

## Orders on Motions
3:04-cv-00251-HSO-FKB
Johnson, et al v. Barbour, et al
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

# U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 5/8/2023 at 11:11 AM CDT and filed on 5/8/2023
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 951

**Docket Text:**
**ORDER granting [950] Unopposed Motion for Attorney Fees and Expenses. Signed by District Judge Halil S. Ozerden on May 8, 2023. (ENW)**

**3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:**

Anastasia Benedetto - PHV    abenedetto@abetterchildhood.org

C. Randy Cotton    rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV    ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV    dpost@abetterchildhood.org

Douglas T. Miracle-State Gov    doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy    ecrummy@public-catalyst.com

Grace M. Lopes - PHV    gracemlopes@gmail.com

Harold Edward Pizzetta , III    hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV    jpiskora@loeb.com

Jonathan G. Borle - PHV    jborle@abetterchildhood.org

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, abc@ecf.courtdrive.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com, pamela.atkins@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

William C. Pentecost    cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown


Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599

Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=5/8/2023] [FileNumber=6507808-0]
[8edfb7e7ebe432329d8f8746e776e4b12b070220161bbc208c4c4cd14cb643f7943d
7e2ba8b6458102695bf5dd43369c9225b98ea14a93ddc2c5e85fb844e32f]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>TATE REEVES, as Governor of )<br>the State of Mississippi, et al. )<br>)<br>Defendants ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |

### ORDER ON UNOPPOSED MOTION FOR AWARD OF CLASS COUNSEL'S FEES AND EXPENSES

This matter is before the Court on the parties' Unopposed Motion for Award of Class Counsel's Fees and Expenses. Having reviewed the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the Motion is well taken and should be granted.

The Court shall award Plaintiffs' counsel, A Better Childhood Inc., $39,784.33 in attorneys' fees for monitoring and enforcement that Plaintiffs' counsel performed on behalf of the Plaintiff Class from July 1, 2022, through December 31, 2022.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the Court grants the parties' Unopposed Motion for Award of Class Counsel's Fees and Expenses as set forth above.

SO ORDERED, this the 8th day of May, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

FOR THE PLAINTIFFS:

/s/ Marcia Robinson Lowry
Marcia Robinson Lowry (pro hac vice)
Anastasia Benedetto (pro hac vice)
Jonathan Borle (pro hac vice)
A BETTER CHILDHOOD, INC.
355 Lexington Avenue, Floor 16
New York, NY 10017
Phone: 646.808.7344
mlowry@abetterchildhood.org
abenedetto@abetterchildhood.org
jborle@abetterchildhood.org

Michael J. Bentley (MSB #102631)
BRADLEY, ARRANT, BOULT & CUMMINGS, LLP
One Jackson Place, Suite 400
Jackson, MS 39201
mbentley@bradley.com

FOR THE DEFENDANTS:

/s/ Clint Pentecost
William Clinton Pentecost (MSB #99841)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
cpentecost@bakerdonelson.com

Douglas T. Miracle (MSB #9648)
Assistant Attorney General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P. O. Box 220
Jackson, MS 39205