CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

RECEIVED
AUG - 3 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG - 3 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

$0.87
US POSTAGE
FIRST-CLASS
062S0001443213
39501

NIXIE           392      FE 1                    0008/02/23
              RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
        BC: 39201502825      *2066-03342-02-22

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

**Other Orders/Judgments**
3:04-cv-00251-HSO-FKB
Johnson, et al v. Barbour, et al
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2023 at 9:27 AM CDT and filed on 7/17/2023
**Case Name:** Johnson, et al v. Barbour, et al
**Case Number:** 3:04-cv-00251-HSO-FKB
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** 953

**Docket Text:**
**JOINT STIPULATED ORDER suspending the [712] Second Modified Mississippi Settlement Agreement. Signed by District Judge Halil S. Ozerden on July 17, 2023. (ENW)**


**3:04-cv-00251-HSO-FKB Notice has been electronically mailed to:**

Anastasia Benedetto - PHV     abenedetto@abetterchildhood.org

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV     ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV     dpost@abetterchildhood.org

Douglas T. Miracle-State Gov     doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy     ecrummy@public-catalyst.com

Grace M. Lopes - PHV     gracemlopes@gmail.com

Harold Edward Pizzetta , III     hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV     jpiskora@loeb.com

Jonathan G. Borle - PHV     jborle@abetterchildhood.org

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, abc@ecf.courtdrive.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com, pamela.atkins@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

William C. Pentecost    cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-FKB Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599

Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=7/17/2023] [FileNumber=6557340-0
] [2801453841052cf0a9dda2e27471a33652627fa6d49908dc44f7e31c7ccf64ca107
9a63c1c3f813933a808c0f6c8eb41ad4e95faac8e435968670e975e00177c]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| OLIVIA Y., et al | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| | ) |
| TATE REEVES, as Governor of the | ) |
| State of Mississippi, et al. | ) |
| | ) |
| Defendants | ) |

## JOINT STIPULATED ORDER SUSPENDING
## THE SECOND MODIFIED MISSISSIPPI SETTLEMENT AGREEMENT

The Court has been advised that the parties have negotiated this Joint Stipulated Order Suspending the 2nd Modified Mississippi Settlement Agreement ("Suspension Order") with input from the Court Monitor.

Whereas, the Court entered the 2nd Modified Mississippi Settlement Agreement and Reform Plan ("2nd MSA") [Dkt. No. 712] on December 19, 2016, and the 2nd MSA became effective on January 1, 2018; and

Whereas, the parties agreed to the appointment of Public Catalyst as the Monitor of Defendants' compliance with the 2nd MSA; and

Whereas, the parties agreed to a Rebuilding Period, and the Court entered a Rebuilding Order on June 24, 2021 [Dkt. No. 917] which suspended the 2nd MSA through April 30, 2023; and

Whereas, the parties agreed to modify the Rebuilding Order, and the Court entered a Joint Stipulated Order to Modify the Rebuilding Order on April 25, 2023 [Dkt. No. 946] which suspended the 2nd MSA through June 30, 2023; and

Whereas, it is the intent of the parties that the 2nd MSA continue to be suspended to continue to provide time for the Mississippi Department of Child Protection Services ("MDCPS") to attain benchmarks related to key metrics; and

Whereas, having reviewed the matter and the agreement of the parties as evidenced by their signatures below, the Court finds that the agreement of the parties is well-taken and this Order should be entered.

Now, therefore, it is Ordered that:

1. MDCPS will produce raw data to the Monitor and the Plaintiffs as set forth in Exhibit "A" to this Order as follows:

   a. By July 24, 2023, MDCPS will produce data for the period of January 1, 2023 through March 31, 2023.

   b. By September 1, 2023, MDCPS will produce data for the period of April 1, 2023 through June 30, 2023.

   c. By November 15, 2023, MDCPS will produce data for the period of July 1, 2023 through September 30, 2023.

2. MDCPS will initiate the following graduated caseloads for newly hired caseworkers by July 17, 2023, in Lauderdale County.

   a. A caseload of up to a 50% capacity may be assigned during the first month following successful completion of pre-service training.

   b. A caseload of up to a 75% capacity may be assigned during the second month following successful completion of pre-service training.

   c. A full caseload may be assigned during the third month following successful completion of pre-service training.

3. MDCPS will provide the following to the Monitor and Plaintiffs:

   a. Child well-being data in the same form as it was reported under the Rebuilding Order as follows:

      i. By July 24, 2023, MDCPS will produce well-being data for the period of January 1, 2023 through March 31, 2023.

      ii. By September 1, 2023, MDCPS will produce well-being data for the period of April 1, 2023 through June 30, 2023.

      iii. The Monitor shall prepare a written report related to its review of the reports and verification of data submitted by Defendants under this Section 3.a. The Monitor's report shall be submitted to the parties by November 15, 2023.

   b. The Agency's current Continuous Quality Improvement ("CQI") Plan by September 1, 2023.

   c. Family-based placement data to the Monitor and Plaintiffs in the same manner as it was reported under ¶ 2 of the Rebuilding Order.

2

        d. Overall numbers related to Agency hires, Agency separations, and training classes as follows:

            i. By July 24, 2023, MDCPS will produce data for the period of January 1, 2023 through March 31, 2023.

            ii. By September 1, 2023, MDCPS will produce data for the period of April 1, 2023 through June 30, 2023.

            iii. By November 15, 2023, MDCPS will produce data for the period of July 1, 2023 through September 30, 2023.

4. MDCPS will measure caseloads for its frontline caseworkers during this suspension period based on the weighted standards table set forth in § 1.3.a. of the 2nd MSA.

        a. By November 1, 2023, 75% of MDCPS caseworkers will have caseloads which do not exceed the caseload standards.

        b. Defendants shall report to the Monitor and Plaintiffs on a monthly basis as to this Section 4.

5. Beginning July 17, 2023, the Monitor will undertake reviews of a random sample of ten (10) unsubstantiated maltreatment in care ("MIC") investigations completed 30-60 days prior to the review month.

        a. The review shall assess the quality and timeliness of the investigation as well as the correlates of MIC, including a review of home studies, worker visits, services, and child health visits.

        b. The Monitor will share the review findings with MDCPS and convene regular meetings with MDCPS to discuss the Monitor's findings.

        c. The Monitor shall prepare a written report related to its review of the unsubstantiated MIC investigations under this Section 5. The Monitor's report shall be submitted to the parties by November 15, 2023.

6. All reporting, monitoring, and enforcement under the 2nd MSA is stayed, except as otherwise provided herein.

7. Unless otherwise provided herein or ordered by the Court, Defendants shall not be required to report to the Monitor, Plaintiffs or the Court as to any other provision of the 2nd MSA.

8. The Parties agree that Public Catalyst shall be the Monitor of Defendants' progress towards achievement of the goals set forth herein.

9. Public Catalyst shall provide technical assistance to Defendants as set forth herein or as otherwise agreed to.

10. Plaintiffs shall not invoke the provisions of Section 11.2 of the 2nd MSA for any failure of Defendants to comply with any provision stated above before December 1, 2023. If either party invokes the provisions of Section 11.2 of the 2nd MSA beginning December 1, 2023, the parties will have sixty days to renew their pending motions and/or file new motions, the opposing party will have thirty days to respond, and the parties will jointly request an expedited hearing date.

11. The Monitor shall convene the parties periodically during the Rebuilding Period including at least once during November 2023.

12. All reporting, monitoring, and enforcement under the 2nd MSA will resume on December 1, 2023.

SO ORDERED, this the 17th day of July, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| /s/ Marcia Lowry | /s/ Clint Pentecost |
| Marcia Robinson Lowry (*pro hac vice*) | William Clinton Pentecost (MSB #99841) |
| Anastasia Benedetto (*pro hac vice*) | BAKER DONELSON BEARMAN |
| Jonathan Borle (*pro hac vice*) | CALDWELL & BERKOWITZ, PC |
| A BETTER CHILDHOOD, INC. | One Eastover Center |
| 355 Lexington Avenue, Floor 16 | 100 Vision Drive, Suite 400 |
| New York, NY 10017 | Jackson, MS 39211 |
| Phone: 646.808.7344 | Telephone: (601) 351-2400 |
| mlowry@abetterchildhood.org | Facsimile: (601) 351-2424 |
| abenedetto@abetterchildhood.org | cpentecost@bakerdonelson.com |
| jborle@abetterchildhood.org | |
| | Douglas T. Miracle (MSB #9648) |
| Michael J. Bentley (MSB #102631) | Assistant Attorney General |
| BRADLEY, ARRANT, BOULT & | OFFICE OF THE MISSISSIPPI |
| CUMMINGS, LLP | ATTORNEY GENERAL |
| One Jackson Place, Suite 400 | P. O. Box 220 |
| Jackson, MS 39201 | Jackson, MS 39205 |
| Phone: 601.948.8000 | doug.miracle@ago.ms.gov |
| mbentley@bradley.com | |

# EXHIBIT A

During the suspension period, MDCPS will produce raw data files to the Monitor and the Plaintiffs. MDCPS will not review, clean, or validate the data prior to producing. MDCPS will produce raw data files related to the following provisions from the 2nd MSA.

1.8.b.

2.8.a.

2.9.

4.1.

4.4.

4.6.

4.9.

4.11.

5.1.a.

5.1.b.

5.1.c.

5.1.d.

6.1.a.

6.1.d.

6.2.a.

6.3.b.1.

6.3.b.3.

6.3.d.1.

6.4.a.

7.1.