IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| OLIVIA Y., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 3:04-CV-251-HSO-FKB |
| | ) | |
| TATE REEVES, as Governor of the | ) | |
| State of Mississippi, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF COUSNEL**

Pursuant to Rule 83(B)(3) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi, Plaintiffs respectfully move for withdrawal of Jonathan Borle as counsel for Plaintiffs. Mr. Borle has left the employ of A Better Childhood. Plaintiffs will continue to be represented by the undersigned attorney, as well as other counsel of record for plaintiffs, so Mr. Borle's withdrawal will not adversely impact their interests.

Respectfully submitted, this 18th day of March, 2024.

/s/ Michael J. Bentley
Michael J. Bentley (MSB 102631)
BRADLEY ARANT BOULT CUMMINGS, LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, MS  39201
Phone: 601.948.8000
Fax: 601.948.3000
mbentley@bradley.com

1

>Marcia Robinson Lowry (*pro hac vice*)
>Anastasia Benedetto (*pro hac vice*)
>Jonathan Borle (*pro hac vice*)
>A Better Childhood, Inc.
>355 Lexington Ave Floor 16
>New York, NY 10017
>Telephone: (646) 795-4456
>Email: mlowry@abetterchildhood.org
>abenedetto@abetterchildhood.org
>jborle@abetterchildhood.org
>
>*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ Michael J. Bentley*
>Michael J. Bentley