**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



UNDELIVERABLE WITHOUT COMPANY NAME



FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES

ZIP 39201
02 7H
0006088191      $ 000.64⁰
                MAR 19 2024



RECEIVED
MAY -8 2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

```
NTXTF      076   OF 1        0004/28/24
           RETURN TO SENDER
           INSUFFICIENT ADDRESS
           UNABLE TO FORWARD
BC: 39201502299      *1366-05398-19-37
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

May 08 2024

**ARTHUR JOHNSTON, CLERK**



Case: 3:04-cv-00251-HSO-ASH

Lisa Taylor
Court Monitor
99 Wood Ave. South, 3rd Floor
Iselin, NJ 08830

-------------------------------------------------------

**Utility Events**
<u>3:04-cv-00251-HSO-ASH</u>
<u>Johnson, et al v. Barbour, et al</u>
**CASE CLOSED on 01/04/2008**

CLOSED,FKB

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 3/19/2024 at 11:24 AM CDT and filed on 3/19/2024
**Case Name:**     Johnson, et al v. Barbour, et al
**Case Number:**     <u>3:04-cv-00251-HSO-ASH</u>
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**Remark: Attorneys/Parties are advised to include the case number and new judge assignment of 3:04-cv-251-HSO-ASH on future filed pleadings. (LAT)**


**3:04-cv-00251-HSO-ASH Notice has been electronically mailed to:**

Anastasia Benedetto - PHV     abenedetto@abetterchildhood.org

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Christian D. Carbone - PHV     ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV     dpost@abetterchildhood.org

Douglas T. Miracle-State Gov     doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy     ecrummy@public-catalyst.com

Grace M. Lopes - PHV     gracemlopes@gmail.com

Harold Edward Pizzetta , III     hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV     jpiskora@loeb.com

Jonathan G. Borle - PHV     jborle@abetterchildhood.org

Kevin Ryan    kevinmichaelryan1967@gmail.com

Lisa Taylor    ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV    mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com, 8580637420@filings.docketbird.com, abc@ecf.courtdrive.com, jmacdonald@abetterchildhood.org, srglasser@abetterchildhood.org

Melody McAnally    melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com, pamela.atkins@butlersnow.com

Michael J. Bentley    mbentley@bradley.com, jaltobelli@bradley.com, michael-bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Paul Mathis    paulmathis@bellsouth.net

Reuben V. Anderson    reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV    srglasser@abetterchildhood.org, dfriedman@loeb.com, srglasserlaw@gmail.com

Sheila A. Bedi    sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV    sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr    stephenhleech@aol.com

William C. Pentecost    cpentecost@bakerdonelson.com, clintpentecost@yahoo.com, glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-ASH Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon
1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350