# **MEMORANDUM**

To:     U.S. District Court Clerk

         Southern District of Mississippi – Northern Division

From:  Chad Shook

Re:     Civil Action No.: 3:04-CV-251-HSO-ASH

Date:  April 15, 2025


Please file the enclosed Motion for Appointment in the referenced matter. I will receive my copy through the PACER system. Thank you for your assistance.