


PM
PETAL, MS 39465
APR 14, 2025

39201   $0.61
RDC 03   0 Lb 3.20 Oz   S2324P506494-03

UNITED STATES POSTAL SERVICE®

- Expected delivery date specified for domestic
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 04/17/25

USPS TRACKING® #

9505 5129 9577 5104 6526 45

ober 2023
x 9 1/2











FROM:

PRIORITY MAIL

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: 130 McPhail Rd
Hiburg, MS 39401

To schedule free Package Pickup,
scan the QR code:

USPS.COM/PICKUP

TO: U.S. District Clerk
501 E. Court St.
Suite 2.500
Jackson, MS 39201

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE