**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04-cv-251-HSO-ASH |
| | ) | |
| TATE REEVES, as Governor of the | ) | |
| State of Mississippi, et al. | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' MOTION FOR LEAVE**
**TO EXCEED MEMORANDUM BRIEF PAGE LIMITS**
**FOR THEIR MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**
**OR, IN THE ALTERNATIVE, TO VACATE THE 2ND MSA**

Defendants, by and through undersigned counsel, respectfully move the Court for leave to file a memorandum brief in excess of the thirty-five (35) page limit set forth in Local Uniform Civil Rule 7(b)(5), and would show the Court as follows:

1. Defendants filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the alternative, to Vacate the 2nd MSA ("Motion to Dismiss/Vacate") on May 11, 2026. See ECF No. 976.

2. As movants, Defendants' original and rebuttal briefs in support of the Motion to Dismiss/Vacate are not to exceed a total of 35 pages. *See* L.U. Civ. R. 7(b)(5).

3. Currently, Defendants' original memorandum brief in support of the Motion to Dismiss/Vacate exceeds the 35-page limit prescribed by L.U. Civ. R. 7(b)(5).

4. Good cause exists for this request because this case has a lengthy and complex procedural and factual history, and the issues presented in the corresponding Motion to

1

Dismiss/Vacate are likewise complex, which necessitates additional space in the memorandum briefs for proper presentation beyond the standard page limitation. Defendants have made reasonable efforts to be concise while ensuring that the Court is presented with a complete and accurate statement of the issues necessary for resolution of the motion.

5.      Accordingly, Defendants respectfully request that the Court grant leave to file the 54-page memorandum in support of their Motion to Dismiss/Vacate and to file a rebuttal memorandum, with the two briefs together not exceeding a total of 65 pages.  Pursuant to Section 3.A.3. of the Administrative Procedures for Electronic Case Filing, Defendants have attached a copy of their memorandum brief hereto as Exhibit A.

6.      Defendants further state that they will not oppose a similar request by Plaintiffs for leave to exceed the applicable page limit in connection with Plaintiffs' briefing on the corresponding motion.

7.      Due to the straightforward nature of this motion, Defendants respectfully request that they be relieved of the requirement to submit a supporting memorandum pursuant to L.U. Civ. R. 7(b)(4).

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court grant this Motion (1) permitting the filing of the attached memorandum brief in excess of the page limitation, and (2) permitting Defendants to file original and rebuttal memorandum briefs in support of the Motion to Dismiss/Vacate not to exceed a total of 65 pages together.

RESPECTFULLY SUBMITTED, this the 11th day of May, 2026.

> TATE REEVES, as Governor of the State of Mississippi, ANDREA SANDERS, as Commissioner, Mississippi Department of Child Protection Services, and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

2

By: /s/ *Clint Pentecost*
CLINT PENTECOST


OF COUNSEL:
William C. (Clint) Pentecost (MSB #99841)
Jennifer E. Salvo (MSB #101208)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
cpentecost@bakerdonelson.com
jsalvo@bakerdonelson.com

Douglas T. Miracle (MSB #9648)
Deputy Attorney General
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
Jackson, MS 39201
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov

***Attorneys for Defendants***


## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Response* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

This 11th day of May, 2026.


/s/ Clint Pentecost
CLINT PENTECOST

3