**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

OLIVIA Y., et al )
         )
Plaintiffs )
         )
v. )       CIVIL ACTION NO. 3:04-cv-251-HSO-ASH
         )
TATE REEVES, as Governor of the )
State of Mississippi, et al. )
         )
Defendants )

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Defendants, by and through counsel, file this Response in Opposition to Plaintiffs' Motion for Extension of Time to Respond [ECF No. 979] ("Motion for Time").

1. On May 11, 2026, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the alternative, to Vacate the 2nd MSA [ECF No. 976] and a Memorandum in support of the same [ECF No. 978] (collectively, "Motion to Dismiss/Vacate").

2. Plaintiffs' response to the Motion to Dismiss/Vacate is currently due by May 26, 2026.

3. Plaintiffs' Motion for Time seeks a nearly four-month extension of time to file a response to Defendants' Motion to Dismiss/Vacate.[1]

4. Plaintiffs' Motion for Time should be denied for failure to adhere to the Court's Local Rules which prescribe specific requirements for the filing of any motion.

---

[1] Defendants' Motion to Dismiss/Vacate seeks dismissal of this action or, in the alternative, vacatur of the current consent decree, the 2nd Modified Settlement Agreement and Reform Plan ("2nd MSA"), which went into effect on January 1, 2018.

5.      Even had Plaintiffs complied with the Local Rules, the requested extension of time should be denied for lack of good cause. Plaintiffs cite the Monitor's anticipated 2025 report as the purported good cause for the requested four-month extension. However, the Monitor's evaluation of Defendants' performance related to the 2nd MSA provisions has no bearing on the arguments raised in Defendants' Motion to Dismiss/Vacate.

6.      Plaintiffs can reasonably meet the deadline to respond to the Motion to Dismiss/Vacate or, at the very least, meet the extension proposed by Defendants.

7.      Because Plaintiffs have failed to establish good cause for such an unreasonably long extension of time to respond, the Motion for Time should be denied.

8.      In addition to their Memorandum in Support of Their Response in Opposition to Plaintiffs' Motion for Extension of Time, which is being filed contemporaneously with this Response, Defendants rely on the following exhibit: Exhibit A – Declaration of Clint Pentecost.

WHEREFORE, PREMISES CONSIDERED, Defendants request that this Court deny the Motion for Time. Defendants request any other and further relief this Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED, this the 22nd day of May, 2026.

> TATE REEVES, as Governor of the State of Mississippi, ANDREA SANDERS, as Commissioner, Mississippi Department of Child Protection Services, and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

> By: /s/ *Clint Pentecost*
> CLINT PENTECOST

2

OF COUNSEL:
William C. (Clint) Pentecost (MSB #99841)
Jennifer E. Salvo (MSB #101208)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
cpentecost@bakerdonelson.com
jsalvo@bakerdonelson.com

Douglas T. Miracle (MSB #9648)
Deputy Attorney General
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
Jackson, MS 39201
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *Response* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

This 22nd day of May, 2026.

/s/ Clint Pentecost
CLINT PENTECOST

3