CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

GULFPORT MS 395

27 MAY 2026 AM 2 L

RECEIVED
JUL ' 8 2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

$0.74
US POSTAGE IMI
FIRST-CLASS
063S0001443274
FROM 39501

SOUTHERN DISTRICT OF MISSISSIP
FILED
JUL 0 8 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

NIXIE        326    FE 1              0007/03/26
RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD
BC: 39201502825        *2648-01483-27-14

Richard Ferguson
P.O. Box 1767
Philadelphia, MS 39350

CM/ECF LIVE - U.S. District Court: Mississippi Southern District     https://mssd-ecf.sso.dcn/cgi-bin/Dispatch.pl?64455280022806

## Orders on Motions

3:04-cv-00251-HSO-ASH
<u>Johnson, et al v. Barbour, et al</u>
**CASE CLOSED on 01/04/2008**

CLOSED,ASH

**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered on 5/26/2026 at 8:06 AM CDT and filed on 5/26/2026
**Case Name:**     Johnson, et al v. Barbour, et al
**Case Number:**     <u>3:04-cv-00251-HSO-ASH</u>
**Filer:**
**WARNING: CASE CLOSED on 01/04/2008**
**Document Number:** No document attached

**Docket Text:**
**TEXT ONLY ORDER granting in part and denying in part Plaintiffs' Motion [979] for Extension of Time to Respond to Defendants' Motion [976] to Dismiss for Lack of Subject-Matter Jurisdiction or, in the Alternative, to Vacate the 2nd Modified Settlement Agreement. The Court Monitor shall provide the Court and the parties the 2026 Monitoring Report on or before July 31, 2026. Plaintiffs' Response to Defendants' Motion [976] is now due on or before August 31, 2026, and any Reply is due on or before September 15, 2026. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Halil S. Ozerden on May 26, 2026. (ENW)**

**3:04-cv-00251-HSO-ASH Notice has been electronically mailed to:**

Anastasia Benedetto - PHV     abenedetto@abetterchildhood.org

C. Randy Cotton     rcotton@baptistchildrensvillage.com

Chadwick Shook     pinebeltlawyer@outlook.com, cshook@rocketmail.com

Christian D. Carbone - PHV     ccarbone@loeb.com, nydocket@loeb.com

Dawn J. Post - PHV     dpost@abetterchildhood.org

Douglas T. Miracle-State Gov     doug.miracle@ago.ms.gov, fonda.hellen@ago.ms.gov

Eileen Crummy     ecrummy@public-catalyst.com

Grace M. Lopes - PHV     gracemlopes@gmail.com

Harold Edward Pizzetta , III     hpizzetta@umc.edu, fhell@ago.state.ms.us

John A. Piskora - PHV     jpiskora@loeb.com

Kevin Ryan     kevinmichaelryan1967@gmail.com

Lisa Taylor     ltaylor@public-catalyst.com

Marcia Robinson Lowry - PHV     mlowry@abetterchildhood.org, 7595318420@filings.docketbird.com,
8580637420@filings.docketbird.com, abc@ecf.courtdrive.com, jmacdonald@abetterchildhood.org,
srglasser@abetterchildhood.org

Melody McAnally     melody.mcanally@butlersnow.com, ecf.notices@butlersnow.com,
pamela.atkins@butlersnow.com

Michael J. Bentley     mbentley@bradley.com, jaltobelli@bradley.com, michael-
bentley-3817@ecf.pacerpro.com, mtbrown@bradley.com, sruhl@bradley.com

Paul Mathis     paulmathis@bellsouth.net

Reuben V. Anderson     reuben.anderson@phelps.com

Sara Robinson-Glasser - PHV     srglasser@abetterchildhood.org, dfriedman@loeb.com,
srglasserlaw@gmail.com

Sheila A. Bedi     sheila.a.bedi@gmail.com

Stephen A. Dixon - PHV     sdixonchildadvocate@hotmail.com

Stephen H. Leech , Jr     stephenhleech@aol.com

William C. Pentecost     cpentecost@bakerdonelson.com, clintpentecost@yahoo.com,
glong@bakerdonelson.com, ltraxler@bakerdonelson.com

**3:04-cv-00251-HSO-ASH Notice has been delivered by other means to:**

Catholic Diocese of Jackson
237 Amite Street
P. O. Box 2248
Jackson, MS 39225-2248

Coalition for Children's Welfare
Address Unknown

Delta State University
Department of Social Work
Box 3172
Cleveland, MS 38733

Mississippi Children's Home Services
c/o John M. Damon

1900 N. West Street
P. O. Box 1078
Jackson, MS 39215

National Association of Social Workers
P. O. Box 5599
Pearl, MS 39288-5599

Professionals Advocating for Children Together
PACT
P. O. Box 1446
Gulfport, MS 39502

Elizabeth Shanks Frizsell
5846 Clubview Dr.
Jackson, MS 39211

Erica A. Reed - PHV
A BETTER CHILDHOOD, INC. - Chappaqua
1095 Hardscrabble Road
Chappaqua, NY 10514

George Whitten, Jr
Attorney at Law
310 High Street
Greenwood, MS 38930-3652

Jean Smith
332 Niemeyer Lane
Lumberton, MS 39455

Jerelyn Jones
912 Eastview Street
Jackson, MS 39203

Richard Ferguson
P.O. Box 1767
Phildelphia, MS 39350