# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04-cv-251-HSO-FKB |
| | ) | |
| TATE REEVES, as Governor of the State of Mississippi, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MARCIA ROBINSON-LOWRY**

I Marcia Robinson Lowry, and attorney of record in this civil action, make this declaration under penalty of perjury and under 28 U.S.C. § 1746.

1. I am a member of the Bar of New York and admitted to practice in this Court *pro hac vice.* I am lead counsel for the Plaintiff Class in this case. I am the Executive Director of A Better Childhood ("ABC"). I give this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Vacate.

2. When the Parties met in March of 2021, Commissioner Sanders expressed a desire to cooperate with Plaintiffs and utilize the Monitor's technical expertise to improve Mississippi's foster care system.

3. **Exhibit 2 is** the affidavit of Magdalena Holland.

4. **Exhibit 3** is the affidavit of Cathy Tate.

5. **Exhibit 4** is the affidavit of Terri Rensch.

6. **Exhibit 5** is the affidavit of Austin Richburg.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this the 31st day of August, 2026 in New York, New York.

*/s/Marcia Robinson Lowry*
Marcia Robinson Lowry (*pro hac vice*)
*Attorney for Plaintiffs*