# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., et al<br><br>Plaintiffs<br><br>v.<br><br>TATE REEVES, as Governor of the State of Mississippi, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:04-cv-251-HSO-ASH |

---

**AFFIDAVIT OF CATHY TATE**

---

I, Cathy Tate, declare under penalty of perjury, pursuant to 28 U.S.C. § 174 that the following is true and correct:

1. I am over 18 and competent to testify.

2. I have personal knowledge of the facts stated herein.

3. I, being duly sworn, hereby declare and state as follows:

4. I am the owner of Brilliant Childcare in Gulfport Mississippi. There are two locations: Center 1, which has been open for ten years and Center 2 which has been open for two years.

5. Brilliant Childcare provides daycare services for children age one to five.

6. On average there are 8-10 children who attend Brilliant Childcare who are currently in the foster care system.

7. Approximately 2-3 times a year the children's caseworker will come visit them at the daycare as part of their required visits.

8. The caseworkers will typically stay less than five minutes at a visit. Most often they do not even interact with the child, they do not speak with them, ask them any questions or check them for signs of harm or abuse.

9. Caseworkers seldom interact with my staff. They almost never ask them about the child, their development, their needs or their safety.

10. There have been multiple instances over the years where I have called in a report of suspected abuse by a foster parent and CPS either does not respond or takes multiple days to respond and get back to me.

11. In one instance, there was a six-year-old little boy attending Brilliant Childcare who was showing signs of depression and shared not liking his foster mother. He told me that when his foster mother came to pick him up, he planned to run into the street so that a car could hit him. I called CPS to tell them that this child was suicidal. CPS reported that I was the one who had called in the report and the next day the foster mother pulled the little boy and her two other children out of the daycare. There was no additional follow-up with me from CPS.

12. In another instance, there was bruising that indicated that a toddler had been spanked by his foster parent. I called CPS to report the abuse, they never contacted me and the child remained in that foster home.

13. The matters set forth herein are based on my personal knowledge.

14. I declare under penalty of perjury that the matters set forth herein are true and correct to the best of my knowledge information and belief.

Executed on this 26 day of August, in 2026.

Cathy Tate (Aug 26, 2026 12:07:36 CDT)

CATHY TATE