**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:04-cv-251-HSO-ASH |
| | ) | |
| TATE REEVES, as Governor of the State of Mississippi, et al. | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL**

Defendants, by and through counsel, file this Motion for Extension of Time to File Rebuttal in support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the alternative, to Vacate the 2nd MSA [ECF No. 976].

1. On May 11, 2026, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the alternative, to Vacate the 2nd MSA [ECF No. 976] and a Memorandum in support of the same [ECF No. 978] (collectively, "Motion to Dismiss/Vacate").

2. Plaintiffs' response to the Motion to Dismiss/Vacate was filed on August 31, 2026 [ECF No. 985].

3. Defendants' rebuttal is now due September 15, 2026.

4. Defendants request a brief 7-day extension of time by which to submit their rebuttal to Plaintiffs' Response.

5. Upon information and belief, this brief 7-day extension will not impact any other deadlines in this matter. Further, the Motion is not being filed for the purpose of delay but in the

interest of justice, and the required extension will not prejudice the Plaintiff or unduly delay ultimate resolution of the case.

6. Plaintiffs have no opposition to the requested extension.

7. Defendants respectfully request that this Court grant Defendants an extension of time to file their rebuttal to and including September 22, 2026.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court grant this Motion for Extension of Time to File Rebuttal and extend the deadline for Defendants to file their rebuttal to and including September 22, 2026. A proposed Order will be submitted to the Court's ECF mailbox, pursuant to Local Rule 7(b)(2)(F).

RESPECTFULLY SUBMITTED, this the 10th day of September, 2026.

TATE REEVES, as Governor of the State of Mississippi, ANDREA SANDERS, as Commissioner, Mississippi Department of Child Protection Services, and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

By: /s/ *Clint Pentecost*
CLINT PENTECOST

OF COUNSEL:
William C. (Clint) Pentecost (MSB #99841)
Jennifer E. Salvo (MSB #101208)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
cpentecost@bakerdonelson.com
jsalvo@bakerdonelson.com

Douglas T. Miracle (MSB #9648)
Deputy Attorney General
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
Jackson, MS 39201
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *Motion* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

This 10th day of September, 2026.

/s/ Clint Pentecost
CLINT PENTECOST