**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| OLIVIA Y., et al<br><br>Plaintiffs<br><br>v.<br><br>TATE REEVES, as Governor of the State of Mississippi, *et al.,*<br><br>Defendants | ) | CIVIL ACTION NO. 3:04cv251 HSO-ASH |

**NOTICE OF APPEARANCE**

Jennifer E. Salvo with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC enters her appearance on behalf of Defendants, TATE REEVES, as Governor of the State of Mississippi, the Commissioner, Mississippi Department of Child Protection Services, and the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

THIS, the 28th day of September, 2026.

Respectfully submitted,

**DEFENDANTS,**
TATE REEVES, as Governor of the State of Mississippi, the Commissioner, Mississippi Department of Child Protection Services, and the Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services

BY: /s/ *Jennifer E. Salvo*
JENNIFER E. SALVO

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
William C. Pentecost (MSB #99841)
Jennifer E. Salvo (MSB #101208)
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Douglas T. Miracle (MSB #9648)
Deputy Attorney General
MISSISSIPPI ATTORNEY GENERAL'S OFFICE
550 High Street
Jackson, MS 39201
Telephone: (601) 359-5654
doug.miracle@ago.ms.gov

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

This 28th day of September, 2026.

/s/ *Jennifer E. Salvo*
JENNIFER E. SALVO