**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**OLIVIA Y., et al.** **PLAINTIFFS**

**vs.** **CIVIL ACTION NO. 3:04-CV-251-HSO-ASH**

**TATE REEVES,**
**as Governor of the State of Mississippi, et al.** **DEFENDANTS**

**NOTICE OF APPEARANCE**

Anna Little Morris of the Mississippi Attorney General's Office hereby enters her appearance in this action as counsel of record for Defendants Tate Reeves, as Governor of the State of Mississippi; Andrea Sanders, as Commissioner of the Mississippi Department of Child Protection Services; and Kimberly Wheaton, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services.

Respectfully submitted, this the 3rd day of November, 2026.

TATE REEVES, as Governor of the State of Mississippi; ANDREA SANDERS, as Commissioner of the Mississippi Department of Child Protection Services; and KIMBERLY WHEATON, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services, *Defendants*

LYNN FITCH
ATTORNEY GENERAL OF MISSISSIPPI

BY: /s/ *Anna Little Morris*
ANNA LITTLE MORRIS
Miss. Bar No. 105299

Anna Little Morris (Miss. Bar No. 105299)
Assistant Attorney General
Office of the Attorney General
State of Mississippi

P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3817
anna.morris@ago.ms.gov

*Attorney for Defendants Tate Reeves, as Governor of the State of Mississippi; Andrea Sanders, as Commissioner of the Mississippi Department of Child Protection Services; and Kimberly Wheaton, as Deputy Commissioner of Child Welfare, Mississippi Department of Child Protection Services*

**CERTIFICATE OF SERVICE**

I, Anna Little Morris, do hereby certify that I have this day filed the above and foregoing using the Court's electronic filing system, which provided notice of same to all counsel of record.

SO CERTIFIED, this 3rd day of November 2026.

/s/ *Anna Little Morris*
ANNA LITTLE MORRIS